# EXHIBIT C
# "USDA Directive"



Andrew Currie <andrew@pasafarming.org>

# FW: FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update

**Culbert, Tanya - FPAC-NRCS, MS** <tanya.culbert@usda.gov>  Wed, Jan 22, 2025 at 1:14 PM
To: "Culbert, Tanya - FPAC-NRCS, MS" <tanya.culbert@usda.gov>
Cc: "Anderson, John - FPAC-FSA, SD" <john.a.anderson@usda.gov>, "Abouali, Mustapha - FPAC-NRCS, NV" <mustapha.abouali@usda.gov>, "Hansen, Eric - FPAC-NRCS, DC" <Eric.Hansen@usda.gov>

Hello Grantees,

Please see message below for your awareness.

Let me know if you have questions and I will work to get you answers.

Thank you,

Tanya Culbert

National Program Officer

Office of the Associate Chief l Center for Sustainable Commodity Markets



l c: (601) 748-9177 lRemote duty station

e: [tanya.culbert@usda.gov](mailto:tanya.culbert@usda.gov) l [https://www.nrcs.usda.gov/](https://www.nrcs.usda.gov/)

Stay Connected with USDA:



Helping People Help the Land

*USDA is an equal opportunity provider, employer, and lender.*

*********************************************************************************

2/11/25, 7:54 AM                Pasa Sustainable Agriculture Mail - NOTICE FOR IMMEDIATE TO GRANTEES – NRCS Partnerships for Climate-Smart Commodities Grant …

2:25-cv-02152-RMG        Date Filed 03/19/25        Entry Number 1-3        Page 3 of 8

Dear Grant Recipients,

As of late yesterday, January 21, 2025, the administration placed a temporary suspension on all actions related to grants, including Partnerships for Climate-Smart Commodities grants. This is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.

Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

Sincerely,

Katina

*************************************************************************

Katina D. Hanson

*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets



*USDA is an equal opportunity provider, employer, and lender.*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

2/11/25, 7:53 AM                           Pasa Sustainable Agriculture Mail - FW: FOR DISTRIBUTION TO GRANTEES: Partnerships for Climate-Smart Commodities Grant …

2:25-cv-02152-RMG     Date Filed 03/19/25     Entry Number 1-3     Page 4 of 8



Andrew Currie <andrew@pasafarming.org>

# FW: FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update FAQs

**Culbert, Tanya - FPAC-NRCS, MS** <tanya.culbert@usda.gov>                                    Wed, Jan 22, 2025 at 3:53 PM
To: "Culbert, Tanya - FPAC-NRCS, MS" <tanya.culbert@usda.gov>

Hello Grantees,

Please see additional guidance below.

Thank you,

Tanya Culbert

National Program Officer

Office of the Associate Chief l Center for Sustainable Commodity Markets



l c: (601) 748-9177 lRemote duty station

e: tanya.culbert@usda.gov l https://www.nrcs.usda.gov/

Stay Connected with USDA:

     

Helping People Help the Land

*USDA is an equal opportunity provider, employer, and lender.*

**************************************************************************

Dear Grant Recipients,

We have received additional guidance from the USDA Office of the Chief Financial Officer's office on the temporary suspension of all USDA actions related to grants, including Partnerships for Climate-Smart Commodities grants. Please see Frequently Asked Questions (FAQs) below:

1. **Does the moratorium include no-cost extensions or no-cost modifications on existing awards?**

    a. <u>Answer:</u> No, it does not apply to no-cost extensions or no-cost modifications. This may include budget revisions that do not obligate additional funds, no-cost extensions of time, changes in key staff, and other changes that do not result in any additional expenditure of funds (regardless of their source).

2. **Can existing work continue under active awards?**

    a. <u>Answer:</u> Yes, until such time that you receive guidance in the future that specific transactions must be modified or terminated.

3. **Can payments or claims be processed under existing awards?**

    a. <u>Answer:</u> At this time, yes, payments or claims may continue to be processed under existing awards, provided that they are not funded using IRA and IIJA funding sources. Additional guidance related to IIJA and IRA funds will be provided by OCFO and/or OBPA, when available.

The above direction is subject to change pending updates from the current administration. Any updates will be communicated in writing when available.


Again, this is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.  Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.



Sincerely,

Katina



**************************************************************************

Katina D. Hanson

*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets



*USDA is an equal opportunity provider, employer, and lender.*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the

2/11/25, 7:53 AM    Pasa Sustainable Agriculture Mail - CALL FOR INPUT BY 1/19/25 TO GRANITE CINEMAS Partnerships for Climate-Smart Commodities Grant …

2:25-cv-02152-RMG        Date Filed 03/19/25        Entry Number 1-3        Page 6 of 8

violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

 **U.S. Department of Agriculture**

**PRESS RELEASE**

# Secretary Rollins Releases the First Tranche of Funding Under Review

PUBLISHED: February 20, 2025

SHARE:   

Today, U.S. Secretary of Agriculture Brooke Rollins announced that USDA will release the first tranche of funding that was paused due to the review of funding in the Inflation Reduction Act (IRA).

**Washington, D.C., Feb. 20, 2025**—Today, U.S. Secretary of Agriculture Brooke Rollins announced that USDA will release the first tranche of funding that was paused due to the review of funding in the Inflation Reduction Act (IRA).

In alignment with White House directives, Secretary Rollins will honor contracts that were already made directly to farmers. Specifically, USDA is releasing approximately $20 million in contracts for the Environmental Quality Incentive Program, the Conservation Stewardship Program, and the Agricultural Conservation Easement Program.

"American farmers and ranchers are the backbone of our nation," **said Secretary Rollins**. "They feed, fuel, and clothe our nation—and millions of people around the world. The past four years have been among the most difficult for American Agriculture, due in no small measure to Biden's disastrous policies of over-regulation, extreme environmental programs, and crippling inflation. Unfortunately, the Biden administration rushed out hundreds of millions of dollars of IRA funding that was supposed to be distributed over eight years. After careful review, it is clear that some of this funding went to programs that had nothing to do with agriculture—that is why we are still reviewing—whereas other funding was directed to farmers and ranchers who have since made investments in these programs.

We will honor our commitments to American farmers and ranchers, and we will ensure they have the support they need to be the most competitive in the world."

This is the first tranche of released funding, and additional announcements are forthcoming as USDA continues to review IRA funding to ensure that we honor our sacred obligation to American taxpayers—and to ensure that programs are focused on supporting farmers and ranchers, not DEIA programs or far-left climate programs.

# # #

USDA is an equal opportunity provider, employer, and lender.

PRESS RELEASE

Release No.:
0030.25


U.S. Department of Agriculture