# EXHIBIT G
# "EPA Notice of DOGE Approval Requirement"

**Subject:** FW: Updated EO Compliance Review

Project Officers and Contract Officer Representatives:

Good morning. Please see the updated EO compliance review document (attached) and the instructions below.

Funding organizations will need to provide the amended EO compliance review document to award officials to signal alignment on Administration priorities as detailed through Executive Orders (Presidential Actions – The White House) and the Administrator's "Powering the Great American Comeback" Initiative (EPA Administrator Lee Zeldin Announces EPA's "Powering the Great American Comeback" Initiative | US EPA). For transactions below $50,000, the compliance document is largely the same, except it requests the dollar amount.

There is a new requirement for transactions greater than $50,000. **Effective today, any assistance agreement, contract, or interagency agreement transaction $50,000 or greater must receive approval from an EPA DOGE Team member.** To facilitate the DOGE Team review, please include a brief (1-sentence) explanation of the funding action (all other fields must be completed as well). Programs and regions should aim to submit a single tranche of actions for DOGE review each day between 3pm – 6pm EST. While emergency/ special actions are understandable, please work to batch your funding actions as best as possible.

For compliance reviews requiring DOGE sign-off, please email your request by **2 p.m.** to ▮▮▮▮▮▮ at ▮▮▮▮▮▮@epa.gov **and** ▮▮▮▮▮▮ at ▮▮▮▮▮▮@epa.gov.

Thank you for your time, and feel free to contact me with any questions.

Have a great day,