# LIST OF PLAINTIFFS' GRANTS AND STATUTORY AUTHORITIES

# EXHIBIT 21

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| Granting Agency | Grant Number | Project Name/Notes | Grant Program | Grant Recipient | Relevant Cites | Statutory Authority and Funding Source(s) for Grant Program |
|---|---|---|---|---|---|---|
| DOE | DE-SE0001546 | Assistance for Latest and Zero Building Energy Code Adoption | Assistance for Adoption of the Latest and Zero Building Energy Codes | City of Baltimore | Baltimore Decl., Ex. 14-C [1]<br><br>Amended Compl. ¶¶ 55–61, 150–52 | "Assistance for Latest and Zero Building Energy Code Adoption." DOE "shall use" appropriated funds for this program for "grants to assist" State and local governments to "adopt . . . building energy code[s]" for residential and commercial buildings that meet certain "energy savings" standards. Inflation Reduction Act ("IRA"), Pub. L. No. 117–169 § 50131, 136 Stat. 1818, 2041–42 (Aug. 16, 2022).<br><br>"Energy Policy and Conservation Act." Granting DOE certain authority "to promote the conservation of energy and reduce the rate of growth of energy demand," including through "the development and implementation of specific State energy conservation programs" and "Federal financial and technical assistance to States in support of such programs." 42 U.S.C. § 6321(b). |
| EPA | 5F-03D33625-0 | Youth Empowerment Strategies 4 Environmental Justice | Environmental and Climate Justice Block Grant – | Earth Island Institute | Earth Island Decl., Ex. 8-D<br><br>Amended Compl. ¶¶ 37–38, 114–122 | "Environmental and Climate Justice Block Grants." EPA "shall" use IRA funds appropriated for this program to award grants for certain environmental projects "that benefit disadvantaged |

---

[1] Exhibit cites in this column reference exhibits to Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction.

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Community Change Grant | | | communities." IRA § 60201, 136 Stat. at 2078–79 (codified at 42 U.S.C. § 7438). |
| EPA | 3D30824 | Community Change Grant | Environmental and Climate Justice Block Grant - Community Change Grant | Sustainability Institute | Sustainability Inst. Decl., Ex. 1-B<br><br>Amended Compl. ¶¶ 18–21, 114–122 | *See* IRA "Environmental and Climate Justice Block Grants" program, *supra*. |
| EPA | 97T28301 | Inflation Reduction Act – Environmental and Climate Justice | Environmental and Climate Justice Block Grant - Community Change Grant | Leadership Counsel for Justice and Accountability | Leadership Counsel Decl., Ex. 9-A<br><br>Amended Compl. ¶¶ 39–40, 114–122 | *See* IRA "Environmental and Climate Justice Block Grants" program, *supra*. |
| EPA | 96272300 | Uplifting Bronx Voices for Climate Change Resilience | Environmental and Climate Justice Block Grant – Community Change Grant | Bronx River Alliance | Bronx River Decl., Ex. 5-B<br><br>Amended Compl. ¶¶ 30–31, 114–122 | *See* IRA "Environmental and Climate Justice Block Grants" program, *supra*. |
| EPA | 97T28901 | Huliau o Wai'anae: Turning Points for a Sustainable Future. | Environmental and Climate Justice Block Grant – Community Change Grant | Earth Island Institute | Earth Island Decl., Ex. 8-B<br><br>Amended Compl. ¶¶ 37–38, 114–122 | *See* IRA "Environmental and Climate Justice Block Grants" program, *supra*. |
| EPA | 00A01479 | Elm City Climate Collaborative | Environmental and Climate Justice Block Grant – Community Change Grant | City of New Haven | New Haven Decl., Ex. 18-C<br><br>Amended Compl. ¶¶ 70–73, 114–122 | *See* IRA, "Environmental and Climate Justice Block Grants" program, *supra*. |

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | | | | |
|---|---|---|---|---|---|---|
| EPA | 00E05005 | Climate Resilience Starts at Home: Growing Energy Efficiency, Indoor Air Quality, and Green Jobs in Madison and Fitchburg, Wisconsin | Environmental and Climate Justice Block Grant - Community Change Grant | City of Madison | Madison Decl., Ex. 16-A<br><br>Amended Compl. ¶¶ 64–65, 114–122 | *See* IRA, "Environmental and Climate Justice Block Grants" program, *supra*. |
| EPA | 00A01441 | Electrify New Haven | Environmental and Climate Justice Block Grant – Government to Government Grant | City of New Haven | New Haven Decl., Ex. 18-A<br><br>Amended Compl. ¶¶ 70–73, 114–122 | *See* IRA, "Environmental and Climate Justice Block Grants" program, *supra*. |
| EPA | 95336801 | DPW YH20+ Expansion II | Environmental and Climate Justice Block Grant - Government to Government Grant | City of Baltimore | Baltimore Decl., Exs. 14-C, 14-D<br><br>Amended Compl. ¶¶ 55–61, 114–122 | *See* IRA, "Environmental and Climate Justice Block Grants" program, *supra*. |
| EPA | 03D03424 | North Mecklenburg Air Monitoring Network | Environmental Justice Collaborative Problem-Solving | CleanAIRE NC | CleanAIRE NC Decl., Ex. 6-B<br><br>Amended Compl. ¶¶ 32–33, 114–122 | *See* IRA, "Environmental and Climate Justice Block Grants" program, *supra*. |
| EPA | 96229424 | Partnership for Urban Waterways in Bronx and Lower Westchester Counties, New York | Environmental Justice Collaborative | Bronx River Alliance | Bronx River Decl., Ex. 5-D<br>Amended Compl. ¶¶ 30–31, 114–122 | *See* IRA, "Environmental and Climate Justice Block Grants" program, *supra*. |

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Problem-Solving | | | |
| EPA | 00A01475 | Union Station Area Thermal Energy Network | Climate Pollution Reduction Grant Program | City of New Haven | New Haven Decl., Ex. 18-B<br><br>Amended Compl. ¶¶ 70–73, 138–141 | "Greenhouse Gas Air Pollution Plans and Implementation Grants." EPA "shall" use IRA funds appropriated to this program to award grants for plans and projects "for the reduction of greenhouse gas air pollution." IRA § 60114, 136 Stat. at 2076–77 (codified at 42 U.S.C. § 7437). |
| EPA | 95335901 | Bowley's Lane Composing Facility | Solid Waste Infrastructure for Recycling Grant Program | City of Baltimore | Baltimore Decl., Ex. 14-A<br><br>Amended Compl. ¶¶ 55–61, 155–58 | "State and Tribal Assistance Grants." Under this program, the Infrastructure Investment and Jobs Act ("IIJA") appropriated funds to EPA which "shall be made available" until 2026 for grants under Section 302(a) of the Save Our Seas 2.0 Act. IIJA, Pub. L. No. 117–58 § 601, 135 Stat. 429, 1404 (Nov. 15, 2021).<br><br>"Post-Consumer Materials Infrastructure Grant Program." Section 302(a) of the Save Our Seas 2.0 Act creates a grant program to "support . . . municipal recycling programs" and "improvements to local waste management systems," among other purposes. Pub. L. 116-224 § 302(a), 134 Stat. 1072, 1092 (2020). |
| EPA / NFWF | 0602.24.082555 | Accelerating Clean Water and Conservation Outcomes in | Innovative Nutrient and Sediment Reduction | Alliance for the Shenandoah Valley | Alliance for the Shenandoah Decl., Ex. 4-E | "Environmental Programs and Management." The IIJA appropriated funds which "shall be for" EPA's Chesapeake Bay Program, IIJA § 601, |

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Shenandoah Valley (VA) | Grants Program | | Amended Compl. ¶¶ 27–29, 159–62 | 135 Stat. at 1396, the "goal" of which is "restoring and protecting the Chesapeake Bay ecosystem and the living resources of the Chesapeake Bay ecosystem," including through "assistance grants [] to nonprofit organizations." 33 U.S.C. § 1267(a)(2), (a)(4), (d)(2) |
| USDA | AM22FFWPA0013 | Collaborative Farm Worker and Meatpacking Worker 14-State COVID Relief Fund Project | Agricultural Marketing Service Farm and Food Worker Relief | Pasa | Pasa Decl., Ex. 12-B<br><br>Amended Compl. ¶¶ 47–50, 171–72 | "Agricultural Programs." The Consolidated Appropriations Act of 2021 appropriated funds that USDA "shall use" for "grants and loans" to farmers and other food workers on the frontlines of the COVID-19 pandemic. Pub. L. 116-260 § 751, 134 Stat. 1182, 2107.<br><br>"Specialty Crop Block Grants." The Consolidated Appropriations Act of 2021 appropriated funds to USDA for "Specialty Crop Block Grants" "to remain available until expended." Pub. L. 116-260 § 752, 134 Stat. 1182, 2108.<br><br>Under the Specialty Crops Competitiveness Act of 2004, Specialty Crop Block Grants are made by USDA "to enhance the competitiveness of specialty crops," Pub. L. 108-465 § 101, 118 Stat. 3882, 3882, and include "multistate programs." Agriculture Improvement Act of 2018, Pub. L. 115-334 § 10107, 132 Stat. 4490, 4905–06 |

## EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | | | | |
|---|---|---|---|---|---|---|
| USDA | 2022-70416-37195 | Subaward with National Young Farmers Coalition | American Rescue Plan Technical Assistance Investment Program | RAFI-USA | Amended Compl. ¶¶ 51–54, 132–37 | "USDA Assistance and Support for Socially Disadvantaged Farmers, Ranchers, Forest Land Owners and Operators, and Groups." The American Rescue Plan Act of 2021 appropriated funds to this program that USDA "shall" use to provide "technical assistance" and other support to "socially disadvantaged farmers, ranchers, or forest landowners, or other members of socially disadvantaged groups." Pub. L. 117-2 § 1006, 135 Stat. 4, 13 (Mar. 11, 2021).<br><br>"USDA Assistance and Support for Underserved Farmers, Ranchers, Foresters." The IRA amended Section 1006 of the American Rescue Plan Act and appropriated funds to, among other things, "provide . . . technical assistance" on agriculture issues "to underserved farmers, ranchers, or forest landowners." IRA § 22007(a), 136 Stat. at 2022–23. |
| USDA | NR225F48XXXXC002 | Organic Technical Staffing Assistance | Conservation Stewardship Program: Organic Technical Assistance Grant | Marbleseed | Marbleseed Decl., Ex. 10-C<br><br>Amended Compl. ¶¶ 41–43, 123–131 | "Additional Agricultural Conservation Investments." The IRA appropriated funds to USDA's "conservation stewardship program" and other programs—funds that "shall" be available for agricultural practices that "directly improve soil carbon, reduce nitrogen losses, or reduce, capture, avoid, or sequester carbon dioxide, |

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | methane, or nitrous oxide emissions, associated with agricultural production." IRA § 21001, 136 Stat. at 2015–2016.<br><br>"Conservation Stewardship Program." USDA "shall carry out [the] conservation stewardship program to encourage producers to address priority resource concerns and improve and conserve the quality and condition of natural resources in a comprehensive manner." 16 U.S.C. § 3839aa-22. |
| USDA | NR223A75000 3C062 | Subaward with RAFI-USA | Conservation Technical Assistance Cooperative Agreement | Alliance for Agriculture | Alliance for Agriculture Decl., Ex. 3-D<br><br>Amended Compl. ¶¶ 24–26, 123–131 | "Conservation Technical Assistance." IRA appropriates funds to USDA "to provide conservation technical assistance through the Natural Resources Conservation Service." IRA § 21002(a), 136 Stat. at 2018.<br><br>"Conservation Technical Assistance Fund." The Soil Conservation and Domestic Allotment Act of 1935 appropriates funds to USDA "to provide permanently for the control and prevention of soil erosion to preserve soil, water, and related resources, promote soil and water quality, control floods, [and] . . . protect public health, public lands and relieve unemployment," among other purposes. 16 U.S.C.A. §§ 590a, 590f(b). |

## EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | | | | |
|---|---|---|---|---|---|---|
| USDA | FSA24CPT0014403 | Distressed Borrower Technical Assistance | Distressed Borrower Assistance Network Program | RAFI-USA | RAFI Decl., Ex. 13-D<br><br>Amended Compl. ¶¶ 51–54, 146–49 | "Farm Loan Immediate Relief for Borrowers with at-Risk Agricultural Operations." USDA "shall" use IRA funds for this program to "provide relief" to "distressed borrowers . . . whose agricultural operations are at financial risk as expeditiously as possible." IRA § 22006, 136 Stat. at 2021.<br><br>The Consolidated Farm and Rural Development Act further empowers USDA to "compromise, adjust, reduce, or charge-off debts or claims," among other authorities. 7 U.S.C. 1981(b)(4). |
| USDA | NR242D37XXXXG002 | In Pennsylvania to help improve grazing success and associated economic, environmental, and social co-benefits, including animal health, soil health, carbon sequestration, cost savings, water quality | Environmental Quality Incentives Program – Conservation Innovation Grants | Pasa | Pasa Decl., Ex. 12-D<br><br>Amended Compl. ¶¶ 47–50, 123–131 | "Additional Agricultural Conservation Investments." The IRA appropriates funds to USDA's "environmental quality incentives program,"—funds that "shall" be available for agricultural practices that "directly improve soil carbon, reduce nitrogen losses, or reduce, capture, avoid, or sequester carbon dioxide, methane, or nitrous oxide emissions, associated with agricultural production." IRA § 21001, 136 Stat. at 2015–2016.<br><br>Under the "Environmental Quality Incentives Program," USDA "shall provide payments to [certain] producers," 16 U.S.C. § 3839aa-2(a), to "promote agricultural production, |

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | | | |
|---|---|---|---|---|---|
| | | | | | forest management, and environmental quality as compatible goals, and to optimize environmental benefits." *Id.* § 3839aa. |
| USDA | NR243A750003C062 | Expanding RAFI-USA's Conservation Resources for Resilient Farms Project | Equity in Conservation Outreach Cooperative Agreement | RAFI-USA | RAFI Decl., Ex. 13-B<br><br>Amended Compl. ¶¶ 51–54, 123–131 | *See* "Additional Agricultural Conservation Investments" program, "Environmental Quality Incentives Program," the "Conservation Stewardship Program," and the "Conservation Technical Assistance Fund," *supra*.<br><br>*See also* "Agricultural Conservation Easement Program," which USDA "shall establish for the conservation of eligible land and natural resources through easements or other interests in land." 16 U.S.C.A. § 3865(a). |
| USDA | NR243A750003C045 | Deliver outreach and education programming to increase awareness of and participation in NRCS programs, services and leadership opportunities in agriculture and natural resource conservation in Kentucky. | Equity in Conservation Outreach Cooperative Agreement | Organic Association of Kentucky (OAK) | OAK Decl., Ex. 11-B<br><br>Amended Compl. ¶¶ 44–46, 123–131 | *See* "Additional Agricultural Conservation Investments" program "Environmental Quality Incentives Program," the "Conservation Stewardship Program," the "Conservation Technical Assistance Fund," and the "Agricultural Conservation Easement Program," *supra*. |
| USDA | FSA24GRA0011586 | Increase Land, Capital, and Market Access for Underserved Farmers on a Mid-size National Landscape using New | Increasing Land, Capital, and Market Access Program | Agrarian Trust | Agrarian Trust Decl., Ex. 2-A | *See* "USDA Assistance and Support for Socially Disadvantaged Farmers, Ranchers, Forest Land Owners and Operators, and Groups." The American Rescue Plan Act of 2021 appropriated |

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Model, Agrarian Commons | | | Amended Compl. ¶¶ 22–23, 132–37 | funds that USDA "shall" use to provide "technical assistance," "grants and loans" to "socially disadvantaged farmers, ranchers, or forest landowners, or other members of socially disadvantaged groups." Pub. L. 117-2 § 1006, 135 Stat. 4, 13 (Mar. 11, 2021). <br><br> "USDA Assistance and Support for Underserved Farmers, Ranchers, Foresters." The IRA amended Section 1006 of the American Rescue Plan Act and appropriated additional funds to benefit "underserved farmers, ranchers, or forest landowners" and those who "experienced discrimination . . . in Department of Agriculture farm lending programs," and to "address racial equity issues" within USDA. IRA § 22007, 136 Stat. at 2022–23. |
| USDA | FSA24CPT0013706 | Gaining New Ground | Increasing Land, Capital, and Market Access Program | RAFI-USA | RAFI Decl., Ex. 13-F <br><br> Amended Compl. ¶¶ 51–54, 123–131 | *See* "USDA Assistance and Support for Socially Disadvantaged Farmers, Ranchers, Forest Land Owners and Operators, and Groups" program, and "USDA Assistance and Support for Underserved Farmers, Ranchers, Foresters" program, *supra*. |
| USDA | FSA23CPT0013706 | Gaining New Ground - Subaward with RAFI-USA | Increasing Land, Capital, and Market Access Program | Alliance for Agriculture | Alliance for Agriculture Decl., Ex. 3-B. | *See* "USDA Assistance and Support for Socially Disadvantaged Farmers, Ranchers, Forest Land Owners and Operators, and Groups" program, and "USDA Assistance and Support for |

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Amended Compl. ¶¶ 24–26, 123–131 | Underserved Farmers, Ranchers, Foresters" program, *supra*. |
| USDA | NR233A750004G045 | Expands markets for climate-smart dairy, beef and poultry industry in DE, NC, NJ, NY, MD, OH, PA, SC, TN, VA and WV and supports the implementation and monitoring of climate-smart practices. | Partnerships for Climate-Smart Commodities Program | Conservation Innovation Fund | Cons. Innovation Fund Decl., Ex. 7-A<br><br>Amended Compl. ¶¶ 34–36, 169–170 | The "Commodity Credit Corporation Charter Act" created the Commodity Credit Corporation as an arm of USDA for the purpose of "stabilizing, supporting, and protecting farm income and prices, of assisting in the maintenance of balanced and adequate supplies of agricultural commodities, products thereof, foods, feeds, and fibers . . . and of facilitating the orderly distribution of agricultural commodities." 15 U.S.C. § 714.<br><br>"Additional Agricultural Conservation Investments." The IRA appropriated funds to USDA's Commodity Credit Corporation that "shall" be available for agricultural practices that "directly improve soil carbon, reduce nitrogen losses, or reduce, capture, avoid, or sequester carbon dioxide, methane, or nitrous oxide emissions, associated with agricultural production." IRA § 21001, 136 Stat. at 2015–2016. |
| USDA | NR233A750004G045 | Subaward with Conservation Innovation Fund | Partnerships for Climate-Smart Commodities Program | Alliance for the Shenandoah Valley | Alliance for the Shenandoah Decl., Exs. 4-A, 4-B<br><br>Amended Compl. ¶¶ 27–29, 169–170 | *See* "Commodity Credit Corporation Charter Act" and "Additional Agricultural Conservation Investments," *supra*. |

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | | | | |
|---|---|---|---|---|---|---|
| USDA | NR243A75000 4G010 | Expands climate-smart wheat, grain, specialty and organic crop markets in IA, IL, IN, KS, KY, MI, MN, MO, ND, NE, OH, SD, TN, WI and supports farmer CS practice implementation and monitoring. | Partnerships for Climate-Smart Commodities Program | Marbleseed | Marbleseed Decl., Ex. 10-B<br><br>Amended Compl. ¶¶ 41–43, 169–170 | *See* "Commodity Credit Corporation Charter Act" and "Additional Agricultural Conservation Investments," *supra*. |
| USDA | NR233A75000 4G025 | Expands markets in the Eastern US for climate-smart dairy, grain, livestock, organic and specialty crops; supports farmer and rancher climate-smart practice implementation and monitoring | Partnerships for Climate-Smart Commodities Program | Pasa | Pasa Decl., Ex. 12-A<br><br>Amended Compl. ¶¶ 47–50, 169–170 | *See* "Commodity Credit Corporation Charter Act" and "Additional Agricultural Conservation Investments," *supra*. |
| USDA | NR233A75000 4G092 | Expand markets for climate-Smart grass-fed lamb, grass fed beef, corn, soybeans, small grains, produce, dairy, agroforestry and hemp in Kentucky; supports socially disadvantaged farmers | Partnerships for Climate-Smart Commodities Program | Organic Association of Kentucky (OAK) | OAK Decl., Ex.11-D<br><br>Amended Compl. ¶¶ 44–46, 169–170 | *See* "Commodity Credit Corporation Charter Act" and "Additional Agricultural Conservation Investments," *supra*. |
| USDA | NR233A75000 4G080 | Subaward with A Greener World (AGW) | Partnerships for Climate-Smart | RAFI-USA | RAFI Decl., Ex. 13-J | *See* "Commodity Credit Corporation Charter Act" and "Additional |

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | Commodities Program | | Amended Compl. ¶¶ 51–54, 169–170 | Agricultural Conservation Investments," *supra*. |
|---|---|---|---|---|---|---|
| USDA | FSA23CPT0013667 | Resources for Resilient Farms | Rural Development Policy Cooperative Agreement | RAFI-USA | RAFI Decl., Ex. 13-L<br><br>Amended Compl. ¶¶ 41–43, 132–137 | *See* "USDA Assistance and Support for Socially Disadvantaged Farmers, Ranchers, Forest Land Owners and Operators, and Groups" program, and "USDA Assistance and Support for Underserved Farmers, Ranchers, Foresters" program, *supra*.<br><br>*See also* "Rural development policy cooperative agreements." The Rural Development Act of 1972 authorizes USDA to enter into cooperative agreements "to improve the coordination and effectiveness of Federal programs, services, and actions affecting rural areas," and that "serve the mutual interest of the parties in rural development activities." 7 U.S.C. § 2204b(b)(4)(A). |
| USDA | FSA23CPT0012856 | Collaborative Approaches for Impact for Philadelphia Urban and Innovative Agriculture | Urban Agriculture and Innovative Production Grant | Pasa | Pasa Decl., Ex. 12-C<br><br>Amended Compl. ¶¶ 47–50, 173 | "Food Supply Chain and Agriculture Pandemic Response." The American Rescue Plan Act of 2021 appropriated funds that USDA "shall use" to "make loans and grants" to "maintain and improve food and agricultural supply chain resiliency," among other things. American Rescue Plan Act § 1001, 135 Stat. at 11. |
| USDA | 24-DG-11052021-228 | Ready, Set, Grow San Diego | | City of San Diego | San Diego Decl., Ex. 20-A | "State and Private Forestry Conservation Programs." The IRA appropriated funds to USDA "to |

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | Urban and Community Forestry Grant | | Amended Compl. ¶¶ 74–75, 142–145 | provide multiyear, programmatic, competitive grants" to states and local governments through the Urban and Community Forestry Assistance Program. IRA § 23003(a)(2), 136 Stat. at 2026.<br><br>"Urban and Community Forestry Assistance Program." This program is intended to "implement a tree planting program to complement urban and community tree maintenance and open space programs and to reduce carbon dioxide emissions, conserve energy, and improve air quality in addition to providing other environmental benefits." 16 U.S.C. § 2105(b)(5). |
|---|---|---|---|---|---|---|
| USDA | 23-DG-11094200-363 | Subaward of Ohio Department of Natural Resources | Urban and Community Forestry Grant | City of Columbus | Columbus Decl., Ex. 15-A<br><br>Amended Compl. ¶¶ 62–63, 142–45 | " *See* "State and Private Forestry Conservation Programs" and the "Urban and Community Forestry Assistance Program," *supra*. |
| USDOT | N/A | East Nashville Spokes | Active Transportation Infrastructure Investment Program | City of Nashville | Nashville Decl., Ex. 17<br><br>Amended Compl. ¶¶ 66–69, 166–168 | "Active Transportation Infrastructure Investment Program." The IIJA appropriated funds through 2026 that USDOT "shall" use to "carry out an active transportation infrastructure investment program to make grants, on a competitive basis, to eligible organizations to construct eligible projects to provide safe and connected active transportation facilities in an active transportation network or active |

EXHIBIT 21 – List of Plaintiffs' Grants and Statutory Authorities

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | transportation spine." IIJA § 11529(a), (j), 135 Stat. at 612, 615. |
| USDOT | N/A | Electrify Music City | Charging and Fueling Infrastructure Grant Program | City of Nashville | Nashville Decl., Ex. 17<br><br>Amended Compl. ¶¶ 66–69, 163–165 | "Grants for Charging and Fueling Infrastructure." The IIJA appropriated funds to USDA "to establish a grant program to strategically deploy publicly accessible electric vehicle charging infrastructure, hydrogen fueling infrastructure, propane fueling infrastructure, and natural gas fueling infrastructure along designated alternative fuel corridors or in certain other locations that will be accessible to all drivers of electric vehicles, hydrogen vehicles, propane vehicles, and natural gas vehicles." IIJA § 11401(a), 135 Stat. at 546; *id.* § 11101(b)(1)(C)(i)–(v), 135 Stat. at 445 |