UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute, et al. <br> and <br> Mayor and City Council of Baltimore, et al. <br><br>         Plaintiffs, <br><br> v. <br><br> Donald J. Trump, in his official capacity as President of the United States, et al. <br><br>         Defendants. | Case No. 2:25-cv-02152-RMG <br><br> **Motion <br> in Support of <br> *Pro Hac Vice* Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that <u>Kimberley Hunter</u> be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    [X] Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; [X] does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    _____
    _____

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| <u>Southern Environmental Law Center</u> <br> Firm Name <br> <u>525 East Bay Street, Suite 200</u> <br> Street Address or Post Office Box <br> <u>Charleston, SC 29403</u> <br> City, State, Zip Code | <u>Carl T. Brzorad</u> <br> Name of Local Counsel <br> <u>/s/ Carl T. Brzorad</u> <br> Signature of Local Counsel <br> Local Counsel for the <u>Plaintiffs</u> <br> <u>The Sustainability Institute, et al.</u> |

(843) 720-5270  
Telephone Number  
cbrzorad@selc.org  
E-Mail Address

District of South Carolina  
Federal Bar Number <u>13648</u>

revised 09/19/05