IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute, *et al.*, | ) Civil Action Number:  2:25-cv-02152-RMG |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| Donald J. Trump, in his official capacity | ) |
| as President of the United States, *et al.* | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO NOTICE OF RECENT DEVELOPMENTS**

Defendants hereby respond to Plaintiff's Notice of Recent Developments ("Notice"). ECF No. 35. In the Notice, Plaintiffs represent that, last week, the Environmental Protection Agency ("EPA") issued a termination notice on four of the 38 grant awards at issue in this case and that, in at least one other case, requested modifications to the grant award recipient's workplan. Plaintiffs suggest that, in light of these developments, the Court may wish to expedite the hearing on Plaintiff's Motion for Preliminary Injunction ("PI Motion"), ECF No. 24.

Defendants respectfully request that the Court not adjust existing deadlines due to grant-specific developments. The Court has already shortened Defendants' deadline to respond to Plaintiffs' Motion to Expedite Discovery, ECF No. 31, and scheduled a hearing on April 23, 2025, i.e., seven days following the completion of briefing on Plaintiff's PI Motion. ECF No. 33. As such, this matter will be fully briefed and argued in 23 days' time. Defendants respectfully submit that this schedule adequately balances the need for prompt attention with the need to thoughtfully address the legal issues.

Lastly, the Notice does not include a Local Civil Rule 7.02 certification stating that Plaintiffs' counsel conferred or attempted to confer with Defendants' counsel. While not styled as

a motion, the Notice invites the Court to act by rescheduling the hearing on the PI Motion, and, as

such, the duty to confer applies.

Respectfully submitted,

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By:    _s/ Todd Timmons_____
Todd Timmons (#11254)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel: (803) 237-9265
Todd.Timmons@usdoj.gov

Lee E. Berlinsky (#05443)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel: (843) 266-1679
Lee.Berlinsky@usdoj,gov

April 1, 2025