IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| THE SUSTAINABILITY INSTITUTE, AGRARIAN TRUST, ALLIANCE FOR AGRICULTURE, ALLIANCE FOR THE SHENANDOAH VALLEY, BRONX RIVER ALLIANCE, CLEANAIRE NC, CONSERVATION INNOVATION FUND, EARTH ISLAND INSTITUTE, LEADERSHIP COUNSEL FOR JUSTICE AND ACCOUNTABILITY, MARBLESEED, ORGANIC ASSOCIATION OF KENTUCKY, PENNSYLVANIA ASSOCIATION FOR SUSTAINABLE AGRICULTURE AND RURAL ADVANCEMENT FOUNDATION INTERNATIONAL-USA, and MAYOR AND CITY COUNCIL OF BALTIMORE, CITY OF COLUMBUS, CITY OF MADISON, METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, CITY OF NEW HAVEN, CITY OF SAN DIEGO<br><br>       Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, KEVIN HASSETT, in his official capacity as Assistant to the President for Economic Policy and Director of the National Economic Council; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency; UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE | Case No. 2:25-cv-02152-RMG<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE NONPROFIT RECIPIENTS OF FEDERAL FUNDING IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

1

> ROLLINS, in her official capacity as Secretary of Agriculture; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of the United States Department of Transportation; UNITED STATES DEPARTMENT OF ENERGY; CHRIS WRIGHT, in his official capacity as the Secretary of the United States Department of Energy; UNITED STATES DEPARTMENT OF GOVERNMENTAL EFFICIENCY SERVICE; AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service; ELON MUSK, in his official capacity as Senior Advisor of the United States DOGE Service.
>           Defendants.

Nonprofit recipients of federal funding ActiveSGV, Environmental Protection Network (EPN), Heru Urban Farming and Garden, Kalamazoo Climate Crisis Coalition, Landforce, and the MetroHealth System (collectively the "Nonprofit Grantees") move for leave of this Court to file a brief as *amici curiae*. A copy of the proposed brief is attached to this motion.

Prior to filing, counsel for the Nonprofit Grantees sought consent from counsel for all parties. Plaintiffs consent to this motion. Defendants take no position on this motion.

*Amici* seek leave to file this brief within a reasonable time frame. Plaintiffs

### STATEMENT OF INTEREST OF *AMICI CURIAE*

The Nonprofit Grantees are six nonprofit organizations that have been awarded federal grant funds, either as direct recipients or as sub-grantees, to carry out specific programs enacted by Congress under the Inflation Reduction Act ("IRA") and Infrastructure Investment and Jobs Act ("IIJA"), along with other federal statutes. One *amicus*, Environmental Protection Network, is a technical service provider to over 500 federal grantees that have been impacted by the Executive Branch's recent swath of grant freezes, terminations, certifications and amendments. *Amici* rely on these binding federal grant agreements to operate their programs, often filling critical gaps where federal, state and local institutions fall short. The Nonprofit Grantees seek to

2

assist the Court in its consideration of the harms that Executive Orders No. 14154, 14151, 14222 and resultant agency action have had on their organizations and program beneficiaries, as well as the American people, as a whole.  Given their deep–and presently frustrated–commitments to American communities and dedication to delivering those communities benefits in partnership with our government, they have an interest in the instant matter.

### Reasons Why a Brief of Amici Curiae Is Desirable

The classic role of the amicus curiae is to assist in a case of general public interest, supplement the efforts of counsel, and draw the court's attention to law that may otherwise escape consideration. *Miller-Wohl Co., Inc. v. Commissioner of Labor and Indus.*, 694 F.2d 203, 204 (9th Cir. 1982).

An *amici curiae* brief from the Nonprofit Grantees is desirable because they represent a broad swath of nonprofits who partner with government and bring their experiences of having their Constitutionally-protected speech chilled, being accused of engaging in "illegal" speech and activities, without defining what constitutes harm or what laws they break, and their reliance interest harmed as their funds are frozen without explanation.

For the reasons set forth above, the Nonprofit Grantees respectfully ask that they be granted leave to file their brief of *amici curiae*.

Respectfully submitted,

*s/Kathleen McDaniel*
Kathleen McDaniel (Fed. Bar No. 10139)
BURNETTE SHUTT & McDANIEL, P.A.
Post Office Box 1929
Columbia, SC 29202
T: 803.904.7913
F: 803-904-7910
KMcDaniel@BurnetteShutt.law
*Counsel for Amici Curiae*

Khadijah Silver (NY Bar No. 5473558)
LAWYERS FOR GOOD GOVERNMENT
6218 Georgia Ave NW, Unit 5001
Washington, DC 20011
T: 617.997.3394
khadijah@lawyersforgoodgovernment.org
*Counsel for Amici Curiae*
*(pro hac vice application pending)*

Jillian Beth Blanchard (CA Bar No. 203593)
LAWYERS FOR GOOD GOVERNMENT
6218 Georgia Ave NW, Unit 5001
Washington, DC 20011
T: 617.997.3394
Jillian@lawyersforgoodgovernment.org
*Counsel for Amici Curiae*
*(pro hac vice application pending)*

Larissa Mika Koehler (CA Bar No. 289581)
LAWYERS FOR GOOD GOVERNMENT
6218 Georgia Ave NW, Unit 5001
Washington, DC 20011
T: 617.997.3394
Larissa@lawyersforgoodgovernment.org
*Counsel for Amici Curiae*
*(pro hac vice application pending)*

April 3, 2025
Columbia, South Carolina