# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 4/8/2025

**LICENSEE NAME:** Jillian Beth Blanchard

**LICENSEE BAR NUMBER:** 203593

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/6/1999

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of the licensees current standing with the State Bar of California as of the issue date and that the Discipline and Administrative History listed below is a true and correct copy of the licensees discipline history and their history of administrative actions.

**Discipline and Administrative History:**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| 1/26/2011 | Active | | |
| 11/12/2005 | Inactive | | |
| 8/30/2004 | Active | | |
| 1/1/2003 | Inactive | | |

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record