IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| The Sustainability Institute, *et al.*, | ) | Civil Action Number: 2:25-cv-02152-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald J. Trump, in his official capacity as President of the United States, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

Under the Court's Order of April 7, 2025, ECF No. 45, the Defendants file herewith Department of Energy's Certification and documents in response to the Requests to Produce.

                Respectfully submitted,

                BROOK B. ANDREWS
                ACTING UNITED STATES ATTORNEY

By:   *s/Lee E. Berlinsky*
       Lee E. Berlinsky (#05443)
       Assistant United States Attorney
       151 Meeting Street, Suite 200
       Charleston, South Carolina 29401
       Tel: (843) 266-1679
       Lee.Berlinsky@usdoj.gov

       Todd Timmons (#11254)
       Assistant United States Attorney
       1441 Main Street, Suite 500
       Columbia, South Carolina 29201
       Tel: (803) 237-9265
       Todd.Timmons@usdoj.gov

April 17, 2025