IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| The Sustainability Institute, et al., | ) | Civil Action Number: 2:25-cv-02152-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

I, Nicolle Fleury, am the Deputy Chief Counsel of the Federal Highway Administration ("FHWA"). I have reviewed the Court's Order dated April 7, 2025, in this matter. I hereby certify that I, with the assistance of other employees within FHWA, have made a diligent search of all records of FHWA for documents responsive to the Court's Order. To my personal knowledge and belief, the records produced are a portion of those documents; the Department of Transportation's review of responsive documents from the search remains ongoing.

Further, I certify that the copies of records attached hereto are true and accurate copies of the records of FHWA. These records were prepared and maintained in the ordinary course of business.

Nicolle Fleury
Deputy Chief Counsel, FHWA

~~State of~~ ER
~~County of~~ ER    District of Columbia

I, the undersigned authority, a Notary Public hereby certify that Nicolle Fleury, whose name is signed to the foregoing instrument, and who is known to me, swore before me on this date that the statements set forth in this Affidavit are based on personal knowledge, that these statements are made under oath and that the execution of this Affidavit is voluntarily made on the day the same bears date.

SWORN TO AND SUBSCRIBED BEFORE ME
The 16th day of April, 2025

NOTARY PUBLIC

My Commission Expires: 10/14/2028

District of Columbia

Signed and sworn to (or affirmed) before me on 4/16/2025 by Nicolle Fleury
Date — Name(s) of Individuals(s) making statement

Signature of Notarial Officer
Notary Public
Title of Office

Seal

My Commission Expires: 10/14/2028

[Notary seal: ERIC RATAJCZAK, NOTARY PUBLIC, DISTRICT OF COLUMBIA, EXP.-10/14/2028]