**From:** "Dupont, Bernadette (FHWA)" <Bernadette.Dupont@dot.gov>
**To:** "Burkin, Liza (Volpe)" <Liza.Burkin@dot.gov>
**Cc:** "Dupont, Bernadette (FHWA)" <Bernadette.Dupont@dot.gov>, "Suder, Steven (FHWA)" <steven.suder@dot.gov>, "Buck, Darren (FHWA)" <darren.buck@dot.gov>
**Subject:** ACTION REQUESTED - ATIIP Applications
**Date:** Tue, 1 Apr 2025 15:38:24 +0000
**Importance:** Normal
**Inline-Images:** image005.png; image006.png; image002.png; image004.png

---

Good Morning,

We have decided that we'd like to send the Division Offices that have ATIIP awardees copies of those applications. Can you please send us the files in a compressed format so that we can send them to the Division Offices via email.

Thank you.

**Bernadette Dupont**
USDOT - Federal Highway Administration
Office of Human Environment - Livability Team

📭330 West Broadway, Frankfort, KY 40601-1981

☎ 502-223-6729

📧 bernadette.dupont@dot.gov



All People - All Abilities



**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

**THE DIRECTOR**

January 29, 2025

M-25-14

MEMORANDUM FOR HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

FROM: Matthew J. Vaeth, Acting Director, Office of Management and Budget

SUBJECT: Rescission of M-25-13

    OMB Memorandum M-25-13 is rescinded.  If you have questions about implementing the President's Executive Orders, please contact your agency General Counsel.

**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

**THE DIRECTOR**

January 27, 2025

M-25-13

MEMORANDUM FOR HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

FROM:      Matthew J. Vaeth, Acting Director, Office of Management and Budget

SUBJECT:    Temporary Pause of Agency Grant, Loan, and Other Financial Assistance
            Programs

The American people elected Donald J. Trump to be President of the United States and gave him a mandate to increase the impact of every federal taxpayer dollar. In Fiscal Year 2024, of the nearly $10 trillion that the Federal Government spent, more than $3 trillion was Federal financial assistance, such as grants and loans. Career and political appointees in the Executive Branch have a duty to align Federal spending and action with the will of the American people as expressed through Presidential priorities. Financial assistance should be dedicated to advancing Administration priorities, focusing taxpayer dollars to advance a stronger and safer America, eliminating the financial burden of inflation for citizens, unleashing American energy and manufacturing, ending "wokeness" and the weaponization of government, promoting efficiency in government, and Making America Healthy Again. The use of Federal resources to advance Marxist equity, transgenderism, and green new deal social engineering policies is a waste of taxpayer dollars that does not improve the day-to-day lives of those we serve.

This memorandum requires Federal agencies to identify and review all Federal financial assistance[1] programs and supporting activities consistent with the President's policies and requirements.[2]  For example, during the initial days of his Administration, President Donald J. Trump issued a series of executive orders to protect the American people and safeguard valuable taxpayer resources, including *Protecting the American People Against Invasion* (Jan. 20, 2025), *Reevaluating and Realigning United States Foreign Aid* (Jan. 20, 2025), *Putting America First in International Environmental Agreements* (Jan. 20, 2025), *Unleashing American Energy* (Jan. 20, 2025), *Ending Radical and Wasteful Government DEI Programs and Preferencing* (Jan. 20,

---

[1] 2 CFR 200.1 defines Federal financial assistance to mean "[a]ssistance that recipients or subrecipients receive or administer" in various forms, but this term does not include assistance provided directly to individuals. For the purposes of this memorandum, Federal financial assistance includes: (i) all forms of assistance listed in paragraphs (1) and (2) of the definition of this term at 2 CFR 200.1; and (ii) assistance received or administered by recipients or subrecipients of any type except for assistance received directly by individuals.
[2] Nothing in this memo should be construed to impact Medicare or Social Security benefits.

2025), *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (Jan. 20, 2025), and *Enforcing the Hyde Amendment* (Jan. 24, 2025). These executive orders ensure that Federal funds are used to support hardworking American families.

To implement these orders, each agency must complete a comprehensive analysis of all of their Federal financial assistance programs to identify programs, projects, and activities that may be implicated by any of the President's executive orders. In the interim, to the extent permissible under applicable law, Federal agencies **must temporarily pause** all activities related to obligation or disbursement of all Federal financial assistance, and other relevant agency activities that may be implicated by the executive orders, including, but not limited to, financial assistance for foreign aid, nongovernmental organizations, DEI, woke gender ideology, and the green new deal.

This temporary pause will provide the Administration time to review agency programs and determine the best uses of the funding for those programs consistent with the law and the President's priorities. The temporary pause will become effective on January 28, 2025, at 5:00 PM. Even before completing their comprehensive analysis, Federal agencies must immediately identify any legally mandated actions or deadlines for assistance programs arising while the pause remains in effect. Federal agencies must report this information to OMB along with an analysis of the requirement. OMB also directs Federal agencies to pause all activities associated with open NOFOs, such as conducting merit review panels.

No later than February 10, 2025, agencies shall submit to OMB detailed information on any programs, projects or activities subject to this pause. Each agency must pause: (i) issuance of new awards; (ii) disbursement of Federal funds under all open awards; and (iii) other relevant agency actions that may be implicated by the executive orders, to the extent permissible by law, until OMB has reviewed and provided guidance to your agency with respect to the information submitted.

OMB may grant exceptions allowing Federal agencies to issue new awards or take other actions on a case-by-case basis. To the extent required by law, Federal agencies may continue taking certain administrative actions, such as closeout of Federal awards (2 CFR 200.344), or recording obligations expressly required by law.

Additionally, agencies must, for each Federal financial assistance program: (i) assign responsibility and oversight to a senior political appointee to ensure Federal financial assistance conforms to Administration priorities; (ii) review currently pending Federal financial assistance announcements to ensure Administration priorities are addressed, and, subject to program statutory authority, modify unpublished Federal financial assistance announcements, withdraw any announcements already published, and, to the extent permissible by law, cancel awards already awarded that are in conflict with Administration priorities, and; (iii) ensure adequate oversight of Federal financial assistance programs and initiate investigations when warranted to identify underperforming recipients, and address identified issues up to and including cancellation of awards.

2

**Dupont, Bernadette (FHWA)**

---

| | |
|---|---|
| **From:** | Jackson, Jeremy (FHWA) |
| **Sent:** | Monday, March 31, 2025 4:05 PM |
| **To:** | Dupont, Bernadette (FHWA) |
| **Subject:** | FW: Your ATIIP Discretionary Program Grant - Metropolitan Government of Nashville-Davidson County - Jan. 15, 2025 |

Per your request, see email chain below.

**Jeremy T. Jackson, PMP**
Grants & Local Public Agency Program Coordinator
Cell: 629.203.0072 | Office: 615.781.5762
jeremy.jackson1@dot.gov

Federal Highway Administration | Tennessee Division
highways.dot.gov

---

**From:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Sent:** Wednesday, January 15, 2025 9:13 AM
**To:** Jackson, Jeremy (FHWA) <Jeremy.Jackson1@dot.gov>
**Cc:** Oldham, Jason (FHWA) <Jason.Oldham@dot.gov>; Weems, Dysha (FHWA) <Dysha.Weems@dot.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>; Dearman, Anna (NDOT) <Anna.Dearman@nashville.gov>; Boghozian, Jon (NDOT) <Jon.Boghozian@nashville.gov>; Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov>
**Subject:** RE: Your ATIIP Discretionary Program Grant - Metropolitan Government of Nashville-Davidson County - Jan. 15, 2025

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Jeremy,

We are very excited about this award and look forward to the kickoff meeting. I have copied the East Nashville Spokes team, along with our Grants Coordinator. We look forward to learning more about the process and award development.

Thank you,

**Casey Hopkins|Policy Manager**
Nashville Dept. of Transportation & Multimodal Infrastructure

---

**From:** Jackson, Jeremy (FHWA) <Jeremy.Jackson1@dot.gov>
**Sent:** Wednesday, January 15, 2025 9:02 AM
**To:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Cc:** Oldham, Jason (FHWA) <Jason.Oldham@dot.gov>; Weems, Dysha (FHWA) <Dysha.Weems@dot.gov>
**Subject:** Your ATIIP Discretionary Program Grant - Metropolitan Government of Nashville-Davidson County - Jan. 15, 2025

You don't often get email from jeremy.jackson1@dot.gov. Learn why this is important

1

DOT-000005

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Hello Casey,

I am Jeremy, Grants and Local Public Agency Program Coordinator for the Tennessee Division of the Federal Highway Administration (FHWA). Our division administers the Active Transportation Infrastructure Investment Program (ATIIP) Grant.

Congratulations on being selected as a grant recipient for a Construction Grant for your project, East Nashville Spokes. I will be your primary point of contact at FHWA.

Prior to commencing work on your grant, FHWA must execute a formal Grant Agreement with Metropolitan Government of Nashville-Davidson County outlining the terms and conditions of your ATIIP grant. It is crucial to understand that any expenditures incurred before the formal execution of this agreement by both parties will not be eligible for reimbursement.

In the weeks ahead, FHWA will share information with you about the process we will follow for development and approval of the Grant Agreement. Following an initial information exchange, I will contact you to schedule a kick-off meeting. In the meantime, if you have any questions, please feel free to contact me.

Thank you for your commitment to improving active transportation and transportation choices for all. I look forward to working with you.

Best,

**Jeremy T. Jackson, PMP**
Grants & Local Public Agency Program Coordinator
Cell: 629.203.0072 | Office: 615.781.5762
jeremy.jackson1@dot.gov

Federal Highway Administration | Tennessee Division
highways.dot.gov

DOT-000006

| | |
|---|---|
| **From:** | Herrera, Carlos (FHWA) |
| **To:** | Dupont, Bernadette (FHWA) |
| **Subject:** | FW: City of Nampa ATIIP Discretionary Program Grant |
| **Date:** | Monday, March 31, 2025 3:06:44 PM |

Hi Bernadette-

Below is the email documenting my contact with the City of Nampa notifying them of their award of the ATTIP grant.

Let me know if you need anything else.

Thanks-


**U.S. Department of Transportation**
**Federal Highway Administration**

**Carlos Herrera**
**Financial Manager**
**FHWA - Idaho Division Office**
**3050 Lakeharbor Lane, Suite 126**
**Boise, Idaho 83703**
**Office: 208-617-2133**

---

**From:** Chris Boaz <boazc@cityofnampa.us>
**Sent:** Friday, January 10, 2025 2:25 PM
**To:** Herrera, Carlos (FHWA) <carlos.herrera@dot.gov>
**Cc:** Crystal Craig <craigc@cityofnampa.us>; Heather Tafoya <tafoyah@cityofnampa.us>; Shelia Gibson <gibsons@cityofnampa.us>; Janell Ward <wardja@cityofnampa.us>
**Subject:** RE: City of Nampa ATIIP Discretionary Program Grant

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good Afternoon Carlos!

Thank you for the award notification! We are excited to receive the funds and look forward to working with you.

***Thanks!***

          **Chris Boaz**
          Grants and Capital Manager



Desk: 208-468-5862
cityofnampa.us

Notice: All communication transmitted within the City of Nampa Email system may be a public record and may be subject to disclosure under the Idaho Public Records Act (Idaho Code 74-101 et seq.) and as such may be copied and reproduced by members of the public. In addition, archives of all City emails are generally kept for a period of two years and are also subject to monitoring and review.

---

**From:** Herrera, Carlos (FHWA) <carlos.herrera@dot.gov>
**Sent:** Friday, January 10, 2025 12:02 PM
**To:** Chris Boaz <boazc@cityofnampa.us>
**Subject:** City of Nampa ATIIP Discretionary Program Grant

> **CAUTION:** This email originated OUTSIDE the City of Nampa domain. DO NOT click on links or open attachments unless you recognize the sender or are sure the content is safe. Highlight the suspect email and send using the Outlook Phish Alert Report button or call the IT Helpdesk at (208) 468-5454.

Good Morning Chris-

My name is Carlos Herrera from the Idaho Division of the Federal Highway Administration (FHWA) which is administering the Active Transportation Infrastructure Investment Program (ATIIP) Grant.

I would like to congratulate the City of Nampa on being selected as a grant recipient for a Planning and Design grant for Constitution Way and Juniper Street Regional Pathway Connection project. I will be your primary point of contact at FHWA for this grant.

Before the city may begin work on this grant, FHWA first must enter into a formal Grant Agreement with the City of Nampa detailing the terms of the ATIIP grant. It is important for you to know that any expenditures incurred before the Grant Agreement is signed by both the city and FHWA will not be reimbursed.

In the weeks ahead, FHWA will share information with you about the process we will follow for development and approval of the Grant Agreement. Following an initial information exchange, I will contact you to schedule a kick-off meeting.

In the meantime, if you have any questions, comments, or information you'd like to provide, please feel free to contact me.

Thank you for your commitment to improving active transportation and transportation choices for all. I look forward to working with you.

Have a good weekend-



**Carlos Herrera**
**Financial Manager**
**FHWA – Idaho Division Office**
**3050 Lakeharbor Lane, Suite 126**
**Boise, Idaho 83703**
**Office: 208-617-2133**

DOT-000009

| | |
|---|---|
| **From:** | Buckner, Aaron (FHWA) |
| **To:** | Dupont, Bernadette (FHWA) |
| **Cc:** | Givan, Shundreka (FHWA); Borres, Boday (FHWA) |
| **Subject:** | FW: City of Bowling Green ATIIP Project POC |
| **Date:** | Monday, March 31, 2025 4:36:04 PM |

ATIIP messages part 2.

Thanks,  Aaron

---

**From:** Buckner, Aaron (FHWA)
**Sent:** Tuesday, March 18, 2025 8:41 AM
**To:** Nick Cook <Nick.Cook@bgky.org>
**Cc:** Mattingly, Sawyer (FHWA) <sawyer.mattingly@dot.gov>
**Subject:** RE: City of Bowling Green ATIIP Project POC

Good Morning Nick,

Thanks for following up.  I don't have any additional information at this time.  As soon as I receive direction concerning this award, I will pass it along.

Thanks,  Aaron

---

**From:** Nick Cook <Nick.Cook@bgky.org>
**Sent:** Monday, March 17, 2025 11:42 AM
**To:** Buckner, Aaron (FHWA) <aaron.buckner@dot.gov>
**Cc:** Mattingly, Sawyer (FHWA) <sawyer.mattingly@dot.gov>
**Subject:** RE: City of Bowling Green ATIIP Project POC

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

I just wanted to follow up with you on this.

Thanks,

Nick Cook
City of Bowling Green
Grants Manager
P.O. Box 430/707 E. Main Ave.
Bowling Green, KY 42102-0430
Phone: 270-393-3659

**From:** Buckner, Aaron (FHWA) <aaron.buckner@dot.gov>
**Sent:** Friday, January 10, 2025 8:02 AM
**To:** Nick Cook <Nick.Cook@bgky.org>
**Cc:** Mattingly, Sawyer (FHWA) <sawyer.mattingly@dot.gov>
**Subject:** [EXT] City of Bowling Green ATIIP Project POC

> Warning: This email is from an external source. Review carefully before clicking links or attachments.

Good Morning Nick,

We received a notice that the City of Bowling Green was awarded an ATIIP grant for the Jennings Creek Greenway Project.  Can you share who the POC for Bowling Green is for this project?  The application apparently included the Mayor's contact info, but I wanted to check with you to see who any future correspondence should be sent to.

https://www.fhwa.dot.gov/environment/bicycle_pedestrian/atiip/atiip-project-summaries.pdf

Congratulations!

Thanks,  Aaron

Aaron Buckner, P.E.
Discretionary Grants Program Advisor
Federal Highway Administration - Kentucky Division
330 West Broadway
Frankfort, KY  40601
502-223-6749

DOT-000011

| From: | Buckner, Aaron (FHWA) |
|---|---|
| To: | Dupont, Bernadette (FHWA) |
| Cc: | Givan, Shundreka (FHWA); Borres, Boday (FHWA) |
| Subject: | FW: Your ATIIP Discretionary Program Grant |
| Date: | Monday, March 31, 2025 4:35:43 PM |

Bernadette,

Below are messages with the City of Bowling Green. I have a separate email chain that I will send as a part 2.

Please let me know if you need anything else.

Aaron

**From:** Buckner, Aaron (FHWA)
**Sent:** Friday, January 10, 2025 9:22 AM
**To:** Nick Cook <Nick.Cook@bgky.org>
**Cc:** Mattingly, Sawyer (FHWA) <sawyer.mattingly@dot.gov>
**Subject:** Your ATIIP Discretionary Program Grant

Thanks Nick,

Congratulations on being selected as a grant recipient for a Planning and Design Grant for your project, Jennings Creek Greenway Project. I will be your primary point of contact at FHWA.

Before you may begin work on your grant, FHWA first must enter into a formal Grant Agreement with your jurisdiction detailing the terms of your ATIIP grant. It is important for you to know that any expenditures incurred before the Grant Agreement is signed by both your jurisdiction and FHWA will not be reimbursed.

In the weeks ahead, FHWA will share information with you about the process we will follow for development and approval of the Grant Agreement. Following an initial information exchange, I will contact you to schedule a kick-off meeting. In the meantime, if you have any questions, please feel free to contact me.

Thank you for your commitment to improving active transportation and transportation choices for all. I look forward to working with you.

Aaron Buckner, P.E.
Discretionary Grants Program Advisor
Federal Highway Administration - Kentucky Division
330 West Broadway
Frankfort, KY 40601
502-223-6749

DOT-000012

**From:** Nick Cook <Nick.Cook@bgky.org>
**Sent:** Friday, January 10, 2025 9:11 AM
**To:** Buckner, Aaron (FHWA) <aaron.buckner@dot.gov>
**Cc:** Mattingly, Sawyer (FHWA) <sawyer.mattingly@dot.gov>
**Subject:** RE: City of Bowling Green ATIIP Project POC

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

I will be the POC for this project. Please see my contact info below.

Thanks!

Nick Cook
City of Bowling Green
Grants Manager
P.O. Box 430/707 E. Main Ave.
Bowling Green, KY 42102-0430
Phone: 270-393-3659

**From:** Buckner, Aaron (FHWA) <aaron.buckner@dot.gov>
**Sent:** Friday, January 10, 2025 8:02 AM
**To:** Nick Cook <Nick.Cook@bgky.org>
**Cc:** Mattingly, Sawyer (FHWA) <sawyer.mattingly@dot.gov>
**Subject:** [EXT] City of Bowling Green ATIIP Project POC

Warning: This email is from an external source. Review carefully before clicking links or attachments.

Good Morning Nick,

We received a notice that the City of Bowling Green was awarded an ATIIP grant for the Jennings Creek Greenway Project. Can you share who the POC for Bowling Green is for this project? The application apparently included the Mayor's contact info, but I wanted to check with you to see who any future correspondence should be sent to.

https://www.fhwa.dot.gov/environment/bicycle_pedestrian/atiip/atiip-project-summaries.pdf

Congratulations!

Thanks,  Aaron

Aaron Buckner, P.E.
Discretionary Grants Program Advisor
Federal Highway Administration - Kentucky Division
330 West Broadway
Frankfort, KY  40601
502-223-6749

DOT-000014

| | |
|---|---|
| **From:** | Carr, William (FHWA) |
| **To:** | Dupont, Bernadette (FHWA) |
| **Subject:** | FW: Your ATIIP Discretionary Program Grant |
| **Date:** | Tuesday, April 1, 2025 9:08:48 AM |
| **Attachments:** | image001.png |

Hi Bernadette,

Email Thread 1 of 2 regarding ATIIP and MVPC (recipients).

William G. Carr
Discretionary Grants Coordinator & PMA
Federal Highway Administration – Massachusetts

220 Binney Street, 9th Floor
Cambridge, MA 02142
(617) 494–3622

---

**From:** Jerrard Whitten <jjwhitten@mvpc.org>
**Sent:** Tuesday, January 21, 2025 4:36 PM
**To:** Kunhardt, Maria (FHWA) <maria.kunhardt@dot.gov>; Patrick Reed <preed@mvpc.org>
**Cc:** Singh, Joi (FHWA) <joi.singh@dot.gov>; Miller, Kenneth (FHWA) <Kenneth.Miller@dot.gov>; Brady, Peter (FHWA) <peter.brady@dot.gov>; Carr, William (FHWA) <william.carr@dot.gov>
**Subject:** RE: Your ATIIP Discretionary Program Grant

> Some people who received this message don't often get email from jjwhitten@mvpc.org. Learn why this is important.
>
> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Maria,

Thank you for your correspondence and the congratulations, it's great to meet you virtually. As you can imagine, we are thrilled with this opportunity to advance active transportation along one of the primary east/west corridors here in the Merrimack Valley. Per your instructions, we will not incur any expenses for which we will be seeking reimbursement prior to the execution of our grant agreement with FHWA.

I've added Patrick Reed (MVPC's Transportation Program Manager) to this correspondence and, if possible, it would be helpful if you can add him to your distribution list for this project.

We look forward to working with you and will await your further instructions regarding the ATIIP grant agreement templates and kickoff meeting scheduling.

Sincerely,
Jerrard



**Jerrard Whitten**
**Executive Director**
Merrimack Valley Planning Commission
160 Main Street, Haverhill, MA 01830
Office: 978.374.0519 x18
[MVPC.org](MVPC.org) | [WeAreMV.com](WeAreMV.com)

**From:** Kunhardt, Maria (FHWA) <maria.kunhardt@dot.gov>
**Sent:** Thursday, January 16, 2025 12:33 PM
**To:** Jerrard Whitten <jjwhitten@mvpc.org>
**Cc:** Singh, Joi (FHWA) <joi.singh@dot.gov>; Miller, Kenneth (FHWA) <Kenneth.Miller@dot.gov>; Brady, Peter (FHWA) <peter.brady@dot.gov>; Carr, William (FHWA) <william.carr@dot.gov>
**Subject:** Your ATIIP Discretionary Program Grant

Good Afternoon Jerrard,

My name is Maria Kunhardt from the Massachusetts Division of the **Federal Highway Administration (FHWA)** which is administering the **Active Transportation Infrastructure Investment Program (ATIIP)** Grant.

Congratulations on being selected as a grant recipient for a Planning and Design Grant for your project, Reimagining the 110. I will be your primary point of contact at FHWA.

Before you may begin work on your grant, FHWA first must enter into a formal Grant Agreement with your jurisdiction detailing the terms of your ATIIP grant. It is important for you to know that any expenditures incurred before the Grant Agreement is signed by both your jurisdiction and FHWA will not be reimbursed.

In the weeks ahead, FHWA will share information with you about the process we will follow for development and approval of the Grant Agreement. Following an initial information exchange, and once the ATIIP Grant Agreement Templates, Exhibits, and General Terms and Conditions are finalized by FHWA, I will contact you to schedule a kick-off meeting. In the meantime, if you have any questions, please feel free to contact me.

Thank you for your commitment to improving active transportation and transportation choices for all. I look forward to working with you.

Regards,

Maria

_____

**Maria E. Kunhardt**
Discretionary Grants Program Manager
Federal Highway Administration - Massachusetts
220 Binney Street, Cambridge, MA 02142
617-494-3241
Maria.kunhardt@dot.gov

| | |
|---|---|
| **From:** | Carr, William (FHWA) |
| **To:** | Dupont, Bernadette (FHWA) |
| **Subject:** | FW: ATIIP - Grant Agreement |
| **Date:** | Tuesday, April 1, 2025 9:09:10 AM |
| **Attachments:** | image001.png |
| | Your ATIIP Discretionary Program Grant.msg |

Email Thread 2 of 2

William G. Carr

Discretionary Grants Coordinator & PMA

Federal Highway Administration – Massachusetts

220 Binney Street, 9th Floor

Cambridge, MA 02142

(617) 494–3622

---

**From:** Kunhardt, Maria (FHWA) <maria.kunhardt@dot.gov>
**Sent:** Friday, January 17, 2025 9:01 AM
**To:** Patrick Reed <preed@mvpc.org>
**Cc:** Barber, Joshua (FHWA) <joshua.barber@dot.gov>; Carr, William (FHWA) <william.carr@dot.gov>; Briseno, Miranda E. (DOT) <Miranda.E.Briseno@dot.state.ma.us>; Tony Collins <tcollins@mvpc.org>
**Subject:** FW: ATIIP - Grant Agreement

Good Morning Patrick,

Please see attached, FYI. We will reach out again once we receive the grant agreement documentation from our headquarters, to schedule a kickoff meeting to discuss the agreement template the ATIIP grant requirements.

In the meantime, please feel free to contact me anytime if you have any questions or concerns.

Regards,

Maria

_____

**Maria E. Kunhardt**
Discretionary Grants Program Manager
Federal Highway Administration - Massachusetts
220 Binney Street, Cambridge, MA 02142
617-494-3241
Maria.kunhardt@dot.gov

---

**From:** Patrick Reed <preed@mvpc.org>
**Sent:** Thursday, January 16, 2025 11:20 AM

**To:** Barber, Joshua (FHWA) <joshua.barber@dot.gov>
**Cc:** Briseno, Miranda E. (DOT) <Miranda.E.Briseno@dot.state.ma.us>; Tony Collins
<tcollins@mvpc.org>
**Subject:** ATIIP - Grant Agreement

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do
not click on links or open attachments unless you recognize the sender and know the content
is safe.

Hi Josh,

We were very pleased to be accepted for an ATIIP award. MVPC is anxious to get the ball rolling
on a grant agreement with FHWA. Could you connect us with the right person at FHWA to start
facilitating this process? We'd are happy to start preparing the standard grant agreement form
if FHWA is amenable.

Patrick



Patrick Reed, AICP
Transportation Program Manager
Merrimack Valley Planning Commission
160 Main Street, Haverhill, MA 01830
Office: 978.374.0519 x15
**MVPC.org** | **WeAreMV.com**

**From:** "Kunhardt, Maria (FHWA)" <maria.kunhardt@dot.gov>
**To:** "jjwhitten@mvpc.org" <jjwhitten@mvpc.org>
**Cc:** "Singh, Joi (FHWA)" <joi.singh@dot.gov>, "Miller, Kenneth (FHWA)"
<Kenneth.Miller@dot.gov>, "Brady, Peter (FHWA)" <peter.brady@dot.gov>, "Carr, William
(FHWA)" <william.carr@dot.gov>
**Subject:** Your ATIIP Discretionary Program Grant
**Date:** Thu, 16 Jan 2025 17:33:24 -0000
**Importance:** Normal

---

Good Afternoon Jerrard,

My name is Maria Kunhardt from the Massachusetts Division of the **Federal Highway Administration (FHWA)** which is administering the **Active Transportation Infrastructure Investment Program (ATIIP)** Grant.
Congratulations on being selected as a grant recipient for a Planning and Design Grant for your project, Reimagining the 110. I will be your primary point of contact at FHWA.
Before you may begin work on your grant, FHWA first must enter into a formal Grant Agreement with your jurisdiction detailing the terms of your ATIIP grant. It is important for you to know that any expenditures incurred before the Grant Agreement is signed by both your jurisdiction and FHWA will not be reimbursed.
In the weeks ahead, FHWA will share information with you about the process we will follow for development and approval of the Grant Agreement. Following an initial information exchange, and once the ATIIP Grant Agreement Templates, Exhibits, and General Terms and Conditions are finalized by FHWA, I will contact you to schedule a kick-off meeting. In the meantime, if you have any questions, please feel free to contact me.
Thank you for your commitment to improving active transportation and transportation choices for all. I look forward to working with you.

Regards,

Maria

_____
**Maria E. Kunhardt**
Discretionary Grants Program Manager
Federal Highway Administration - Massachusetts
220 Binney Street, Cambridge, MA 02142
617-494-3241
Maria.kunhardt@dot.gov

DOT-000020

| | |
|---|---|
| **From:** | King, Danielle (FHWA) |
| **To:** | Dupont, Bernadette (FHWA) |
| **Subject:** | FW: SUBJECT: Your ATIIP Discretionary Program Grant |
| **Date:** | Monday, March 31, 2025 3:15:53 PM |
| **Attachments:** | image002.png |

Bernadette,

Please see the correspondence with the selected ATIIP recipient below.



**Danielle King**

Competitive Grants Program Manager
FHWA Ohio Division
200 North High St, Room 328
Columbus, OH 43215
Office:  (614) 280-6851
Cell: (771)-215-8576
danielle.king@dot.gov

---

**From:** Gabe Below <pcauditor@portclinton-oh.gov>
**Sent:** Wednesday, January 22, 2025 8:45 AM
**To:** King, Danielle (FHWA) <lucinda.king@dot.gov>
**Cc:** Lowry, Sara (FHWA) <Sara.Lowry@dot.gov>; Garczewski, Ron (FHWA)
<Ron.Garczewski@dot.gov>
**Subject:** RE: SUBJECT: Your ATIIP Discretionary Program Grant

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thank you so much.

**Gabe W. Below**
**Auditor**
**City of Port Clinton**
1868 East Perry Street
Port Clinton, Ohio 43452
pcauditor@portclinton-oh.gov
(419) 341-6387

---

**From:** King, Danielle (FHWA) <lucinda.king@dot.gov>
**Sent:** Wednesday, January 22, 2025 7:35 AM

**To:** Gabe Below <pcauditor@portclinton-oh.gov>
**Cc:** Lowry, Sara (FHWA) <Sara.Lowry@dot.gov>; Garczewski, Ron (FHWA) <Ron.Garczewski@dot.gov>
**Subject:** RE: SUBJECT: Your ATIIP Discretionary Program Grant

Good Morning Gabe,

We are currently waiting for guidance on how these Executive Orders will be implemented, but I've answered the questions I can below in red.



**Danielle King**

Discretionary Grant Program Manager
FHWA Ohio Division
200 North High St, Room 328
Columbus, OH 43215
Office:  (614) 280-6851
Cell: (771)-215-8576
danielle.king@dot.gov

---

**From:** Gabe Below <pcauditor@portclinton-oh.gov>
**Sent:** Tuesday, January 21, 2025 2:44 PM
**To:** King, Danielle (FHWA) <lucinda.king@dot.gov>
**Cc:** Lowry, Sara (FHWA) <Sara.Lowry@dot.gov>; Garczewski, Ron (FHWA) <Ron.Garczewski@dot.gov>
**Subject:** RE: SUBJECT: Your ATIIP Discretionary Program Grant

Some people who received this message don't often get email from pcauditor@portclinton-oh.gov. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello, Danielle.

We did have a few questions.

Are there steps the City can still take during this time as we prepare, prior to the kick-off meeting and information exchange you noted below? As we prepare to schedule the kick-off meeting, you can start thinking about who will be involved in the process may need to be in attendance at the meeting. You can also take this time to re-review the NOFO and refamiliarize yourself with Section C.4.ii. Eligible Project Cost (a) Planning and Design Costs and Section F. 3. Reporting Requirements, as these will be key considerations for grant implementation and will guide our decisions regarding any changes made from the original grant application to the grant agreement document.

The City was awarded this grant as a Direct Recipient with FHWA; however, you have the opportunity to have the grant funds pass-thru ODOT (with ODOT's concurrence), which would mean the project would proceed similar to an LPA project using ODOT procedures.  We will discuss this at the kick-off meeting, but this is an excellent time to start thinking about which approach the City would prefer.  You may reach out to ODOT to discuss their willingness to administer this project as pass-through prior to the kick-off meeting, if that is an avenue you would like to pursue.

Could the City prepare and issue a Request for Qualifications, for example, and would that step need approval from FHWA prior to issuance?  There is no prohibition from preparing and issuing your RFQs, if you do not intended to request reimbursement for costs associated with development and release of your RFQ or count those costs as match. While not prohibited, FHWA strongly discourages any efforts toward the project prior to agreement execution to prevent the development of ineligible expenditures. We can discuss this topic further, if you have specific timetable concerns.

Are there standard forms from FHWA we should review now?  There will be a standard grant agreement template that we will complete together, based on the original grant application information. This grant template, and instructions for it's completion, will be key topics of discussion at the kick-off meeting. Unfortunately, that document has not been released from the ATIIP Program Office and I cannot provide it to you in advance.

We did saw yesterday the Executive Order on Unleashing American Energy.  Sec. 7 included the immediate pause on disbursement of funds appropriated through the Infrastructure Investment and Jobs Act and agency review of processes, policies, and programs for issuing grants, among other things. Within 90 days, White House officials shall report out findings of the review including recommendations to enhance alignment with EO.  We are still waiting on guidance from our agency on how the Executive Orders will be implemented, including the executive order that you are referencing.  Once we have more information, we will share it with you.

Any advice or guidance would be greatly appreciated.  If best route is to hold tight, we will certainly do so.

Many thanks,

**Gabe W. Below**
**Auditor**
**City of Port Clinton**
1868 East Perry Street
Port Clinton, Ohio 43452
pcauditor@portclinton-oh.gov
(419) 341-6387

---

**From:** Gabe Below
**Sent:** Tuesday, January 14, 2025 10:14 AM
**To:** King, Danielle (FHWA) <lucinda.king@dot.gov>
**Cc:** Lowry, Sara (FHWA) <Sara.Lowry@dot.gov>; Garczewski, Ron (FHWA) <Ron.Garczewski@dot.gov>
**Subject:** RE: SUBJECT: Your ATIIP Discretionary Program Grant

Hello, Danielle.

Thank you for the email.  We look forward to working with you as well.

Thanks,

**Gabe W. Below**
**Auditor**
**City of Port Clinton**
1868 East Perry Street
Port Clinton, Ohio 43452
pcauditor@portclinton-oh.gov
(419) 341-6387

---

**From:** King, Danielle (FHWA) <lucinda.king@dot.gov>
**Sent:** Tuesday, January 14, 2025 7:11 AM
**To:** Gabe Below <pcauditor@portclinton-oh.gov>
**Cc:** Lowry, Sara (FHWA) <Sara.Lowry@dot.gov>; Garczewski, Ron (FHWA) <Ron.Garczewski@dot.gov>; King, Danielle (FHWA) <lucinda.king@dot.gov>
**Subject:** SUBJECT: Your ATIIP Discretionary Program Grant

Good Morning Gabe,

My name is Danielle King from the Ohio Division of the **Federal Highway Administration (FHWA)** which is administering the **Active Transportation Infrastructure Investment Program (ATIIP)** Grant.

Congratulations on being selected as a grant recipient for a Planning and Design Grant for your project, Sandusky Bay Pathway: Old Bay Bridge Connector / Port Clinton to Sandusky Connection Study. I will be your primary point of contact at FHWA.

Before you may begin work on your grant, FHWA first must enter into a formal Grant Agreement with your jurisdiction detailing the terms of your ATIIP grant. It is important for you to know that any expenditures incurred before the Grant Agreement is signed by both your jurisdiction and FHWA will not be reimbursed.

In the weeks ahead, FHWA will share information with you about the process we will follow for development and approval of the Grant Agreement. Following an initial information exchange, I will contact you to schedule a kick-off meeting. In the meantime, if you have any questions, please feel free to contact me.

Thank you for your commitment to improving active transportation and transportation choices for all. I look forward to working with you.

Respectfully,

**Danielle King** (she/her) ← *What are pronouns?*
Discretionary Grant Program Manager



FHWA Ohio Division
200 North High St, Room 328
Columbus, OH 43215
Office: (614) 280-6851
danielle.king@dot.gov



**Dupont, Bernadette (FHWA)**

| | |
|---|---|
| **From:** | Guerra, Lisell (FHWA) |
| **Sent:** | Tuesday, April 1, 2025 8:49 AM |
| **To:** | Dupont, Bernadette (FHWA) |
| **Subject:** | FW: FY23 Active Transportation Infrastructure Investment Program (ATIIP) Discretionary Grant |
| | |
| **Importance:** | High |

Good Morning Bernadette,

Please find the email below as requested.

Thanks,

*Lisell Guerra*

*Highway Engineer/ Competitive Grants Coordinator*
*FHWA Puerto Rico and US Virgin Islands Division*
*350 Carlos Chardon Ave., Suite 210*
*San Juan, PR 00918-2161*
*Email: lisell.guerra@dot.gov*
*Office: (787) 771-2522*

---

**From:** Guerra, Lisell (FHWA)
**Sent:** Friday, January 10, 2025 11:11 AM
**To:** Yrsa Davila Gaona <Yrsa.Davila@dtop.pr.gov>; Paloma D. Cordero de Leon <Pcordero@dtop.pr.gov>; Zaimara Vera Hernández <zvera@dtop.pr.gov>; Juan De Jesus <Juan.DeJesusEstrada@popular.com>
**Subject:** FY23 Active Transportation Infrastructure Investment Program (ATIIP) Discretionary Grant

Saludos a todos y feliz 2025!

I am pleased to inform you that your application has been selected in the first round of ATTIP funding. The list of recipients is available at the following link:
https://www.fhwa.dot.gov/environment/bicycle_pedestrian/atiip/atiip-project-summaries.pdf.

In the coming weeks, we will receive additional information from FHWA HQ, including the grant agreement template, which must be completed before we can obligate the funds. Once we have this document, I will organize a kick-off meeting to discuss the next steps.

Before the meeting, I would appreciate clarification on which agency will be responsible for implementing the grant, DTOP, PRHTA, or a collaboration between the two, so I can identify the appropriate points of contact and their roles in the project.

Congratulations to everyone on this achievement! Please feel free to reach out if you have any questions.

Sincerely,

*Lisell Guerra*

1

*Highway Engineer/ Discretionary Grants Coordinator*
*FHWA Puerto Rico and US Virgin Islands Division*
*350 Carlos Chardon Ave., Suite 210*
*San Juan, PR 00918-2161*
*Email: lisell.guerra@dot.gov*
*Office: (787) 771-2522*

DOT-000027

**From:** "Mendez, Anthony" <Anthony.Mendez@charlottenc.gov>
**To:** "Dupont, Bernadette (FHWA)" <Bernadette.Dupont@dot.gov>
**Cc:** "Gillespie, Erin" <Erin.Gillespie@charlottenc.gov>, "Suder, Steven (FHWA)" <steven.suder@dot.gov>, Active Transportation Infrastructure Investment Program <ATIIP@dot.gov>
**Subject:** Re: [EXT]RE: ATIIP Grant: Albemarle Cultural Trail: A Corridor of Opportunity
**Date:** Wed, 12 Feb 2025 19:19:22 +0000
**Importance:** Normal
**Inline-Images:** image007.png; image008.png; image004.png; image006.png; image009.png

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

That would be great!

Thank you for the update!

Get Outlook for iOS

---

**From:** Dupont, Bernadette (FHWA) <Bernadette.Dupont@dot.gov>
**Sent:** Wednesday, February 12, 2025 1:31:12 PM
**To:** Mendez, Anthony <Anthony.Mendez@charlottenc.gov>
**Cc:** Gillespie, Erin <Erin.Gillespie@charlottenc.gov>; Suder, Steven (FHWA) <steven.suder@dot.gov>; Active Transportation Infrastructure Investment Program <ATIIP@dot.gov>
**Subject:** [EXT]RE: ATIIP Grant: Albemarle Cultural Trail: A Corridor of Opportunity

**EXTERNAL EMAIL:** This email originated from the Internet. Do not click any images, links or open any attachments unless you recognize and trust the sender and know the content is safe. Please click the Phish Alert button to forward the email to Bad.Mail.

Congratulations.

You are correct, we are on "Pause". We don't know anything more at this time. When we do know, the FHWA NC Division Office will be the ones to contact with you with details.
I will let the team know that you made inquiries and that you want to be added to all communications. I believe the contact name that we used was monica.holmes@charlottenc.gov.

---

**Bernadette Dupont**
USDOT - Federal Highway Administration
Office of Human Environment - Livability Team

📪330 West Broadway, Frankfort, KY  40601-1981
☎502-223-6729
✉ bernadette.dupont@dot.gov


All People - All Abilities

**From:** Mendez, Anthony <Anthony.Mendez@charlottenc.gov>
**Sent:** Wednesday, February 12, 2025 11:23 AM
**To:** Dupont, Bernadette (FHWA) <Bernadette.Dupont@dot.gov>
**Cc:** Gillespie, Erin <Erin.Gillespie@charlottenc.gov>
**Subject:** ATIIP Grant: Albemarle Cultural Trail: A Corridor of Opportunity

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Bernadette,

Hi!  I hope that you are doing well!

I'm with the City of Charlotte team that submitted and plan to manage the ATTIIP grant award for the Albemarle Cultural Trail: A Corridor of Opportunity project.

I'm reaching out to you in order to check in on a few things:
1. We have seen the award selection (which we are very excited about) but are having difficulties tracking down any communication on the Grant.  Other programs have sent us invites for intro webinars (although they have been postponed) we want to make sure we are not missing any similar communication around the ATIIP award.
   a. Could you tell me who you have listed as the City's point of Contact? And can you add me for future communication?
2. Can you share with us the status of any next steps we need to be aware of around the ATIIP grant?
   a. Even if things are postponed at this time, any information your able to share can help us adjust and allocate our resources appropriately.

Thank you!  We look forward to working with you and your team on this project in the future.

ACTIVE TRANSPORTATION INFRASTRUCTURE IMPROVEMENT PROGRAM (ATIIP)

**Anthony S. Mendez, PE**
*Corridors of Opportunity Infrastructure Strategy and Development Manager*
600 East 4th Street  |  Charlotte, NC 28202
**(704) 962-7173** (mobile)  |  Anthony.Mendez@charlottenc.gov  |  **charlottenc.gov**



**From:** "Tarpgaard, Sarah (FHWA)" <Sarah.Tarpgaard@dot.gov>
**To:** "Hudson, Samantha" <HUD093@henrico.gov>
**Cc:** "Speaks, Vincent (FHWA)" <vincent.speaks@dot.gov>, "Lewis, Timothy (FHWA)" <timothy.lewis@dot.gov>
**Subject:** RE: ACTION: Obligation of Phase 1 (Final Design & Construction) for CFI Project 693JJ32440780 Henrico County (VA) Charging Network
**Date:** Thu, 13 Feb 2025 15:58:18 -0000
**Importance:** Normal
**Inline-Images:** image001.jpg

---

Sam,

Phase 1 funding was requested by you but not yet obligated by FHWA. Funding obligations are processed via an executed (signed) amendment to the grant, which we distribute to you by email for your records. That has not occurred.

Unfortunately, I do not have any further information at this time as to when that action might occur.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225;* sarah.tarpgaard@dot.gov

*HCFA values your perspective on your recent acquisition experience.  Please take a moment to complete our brief customer survey available* here*. Your response is anonymous and will help us assess the quality of our support to your program*

---

**From:** Hudson, Samantha <HUD093@henrico.gov>
**Sent:** Thursday, February 13, 2025 10:26 AM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Lewis, Timothy (FHWA) <timothy.lewis@dot.gov>
**Cc:** Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** RE: ACTION: Obligation of Phase 1 (Final Design & Construction) for CFI Project 693JJ32440780 Henrico County (VA) Charging Network

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

I am emailing to confirm with you that the Obligation of Phase 1 action was completed. This was submitted and approved by you for processing on 1/12/2025 (see email chain below and attached). I'm asking because I do not see Phase 1 or the associated amount of $1,336,576.00 in Delphi. I understand this may take time to process, so I wanted to confirm it was indeed processed on 1/12/2025 and that it should/will be visible to me in Delphi.

Henrico County has continued to work on the CFI grant project in accordance with the terms of our Grant Agreement and our understanding that the Phase 1 funding obligation was completed.

Could you please let me know if there's been any change to the status and/or when or whether this will show in Delphi?

Thank you,
Sam

**Samantha (Sam) Hudson, AICP, LEED AP**
**Sustainability Division Director**



**Department of General Services**
**O**: 804-501-5763 **C**: 804-929-4389 **E**: hud093@henrico.gov
*Pronouns: she/her* (learn why this is done)

---

**From:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Sent:** Sunday, January 12, 2025 2:26 PM
**To:** Lewis, Timothy (FHWA) <timothy.lewis@dot.gov>; Hudson, Samantha <HUD093@henrico.gov>
**Cc:** Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** RE: ACTION: Obligation of Phase 1 (Final Design & Construction) for CFI Project 693JJ32440780 Henrico County (VA) Charging Network

Tim, (and Samantha)

Thanks for the email. I have requested the funding be processed by the HQ program office. Once we receive it, my colleague Vincent Speaks and I will process the ==grant amendment asap to obligate the funding and will send you the amendment to the grant showing the funding obligation.==

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience. Please take a moment to complete our brief customer survey available here. Your response is anonymous and will help us assess the quality of our support to your program*

---

**From:** Lewis, Timothy (FHWA) <timothy.lewis@dot.gov>
**Sent:** Friday, January 10, 2025 1:15 PM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Cc:** Hudson, Samantha <HUD093@henrico.gov>
**Subject:** ACTION: Obligation of Phase 1 (Final Design & Construction) for CFI Project 693JJ32440780 Henrico County (VA) Charging Network

Sarah,

The Division concurs with the recipient's assertion that they have fulfilled all the requirements for FHWA to obligate Phase 1 (Final Design & Construction) in the amount of $1,336,576 in Delphi.

Let me know if you have any questions.

*Tim*

**Timothy J. Lewis, P.E.**
**Discretionary Grants Program and Project Coordinator**
Federal Highway Administration
Virginia Division
timothy.lewis@dot.gov
**(804)887-9010 (cell)**
(804)775-3348 (office)

**From:** "Taylor Lee" <tlee@gnrc.org>
**To:** "Pulley, Amos (FHWA)" <amos.pulley@dot.gov>
**Subject:** FW: TIP #2025-17-184 Discussion
**Date:** Wed, 22 Jan 2025 16:46:56 -0000
**Importance:** Normal
**Attachments:** unnamed
**Inline-Images:** image001.png; image002.gif

-----Original Appointment-----
**From:** Taylor Lee <tlee@gnrc.org>
**Sent:** Wednesday, January 22, 2025 10:32 AM
**To:** Taylor Lee; Murphy, Melanie (FHWA); Hopkins, Casey (NDOT); Daniel McDonell
**Cc:** Sewell, Marty (NDOT); Hayes, Melisa (NDOT)
**Subject:** TIP #2025-17-184 Discussion
**When:** Wednesday, January 22, 2025 12:00 PM-12:30 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Microsoft Teams Meeting

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 276 348 485 104

Passcode: fL3kd2Qe

_____

For organizers: Meeting options

_____

_____
**From:** Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Sent:** Tuesday, January 21, 2025 4:13 PM
**To:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Taylor Lee <tlee@gnrc.org>; Daniel McDonell
<dmcdonell@gnrc.org>
**Cc:** Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov>; Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Subject:** RE: TIP #2025-17-184 Update

I'm available 11-1.

**Melanie Murphy, AICP** | Transportation Planning Specialist
Federal Highway Administration–TN Division
404 BNA Drive, Suite 508
Nashville, TN 37217
O: 615-781-5767 | C: 615-476-1302
Melanie.Murphy@dot.gov

---

**From:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Sent:** Tuesday, January 21, 2025 3:47 PM
**To:** Taylor Lee <tlee@gnrc.org>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>; Daniel McDonell <dmcdonell@gnrc.org>
**Cc:** Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov>; Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Subject:** RE: TIP #2025-17-184 Update

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

I'm Available 10-2.

**Casey Hopkins|Policy Manager**
Nashville Dept. of Transportation & Multimodal Infrastructure

---

**From:** Taylor Lee <tlee@gnrc.org>
**Sent:** Tuesday, January 21, 2025 3:20 PM
**To:** Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Daniel McDonell <dmcdonell@gnrc.org>
**Cc:** Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov>; Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Subject:** RE: TIP #2025-17-184 Update

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Do either of you have availability tomorrow?

**TAYLOR LEE, GNRC**
o: 615-862-8838

---

**From:** Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Sent:** Tuesday, January 21, 2025 3:19 PM
**To:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Taylor Lee <tlee@gnrc.org>; Daniel McDonell <dmcdonell@gnrc.org>
**Cc:** Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov>; Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Subject:** RE: TIP #2025-17-184 Update

Also happy to jump on a call!

**Melanie Murphy, AICP** | Transportation Planning Specialist
Federal Highway Administration–TN Division
404 BNA Drive, Suite 508
Nashville, TN 37217
O: 615-781-5767 | C: 615-476-1302
Melanie.Murphy@dot.gov

**From:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Sent:** Tuesday, January 21, 2025 2:56 PM
**To:** Taylor Lee <tlee@gnrc.org>; Daniel McDonell <dmcdonell@gnrc.org>
**Cc:** Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov>; Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Subject:** RE: TIP #2025-17-184 Update

<span style="background-color:red;color:white">**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.</span>

Absolutely!

**Casey Hopkins|Policy Manager**
Nashville Dept. of Transportation & Multimodal Infrastructure

---

**From:** Taylor Lee <tlee@gnrc.org>
**Sent:** Wednesday, January 15, 2025 3:19 PM
**To:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Daniel McDonell <dmcdonell@gnrc.org>
**Cc:** Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov>; Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Subject:** RE: TIP #2025-17-184 Update

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Casey,

Would it be possible to discuss this over a virtual meeting with FHWA? I think it would be easiest that way to discuss the updated TIP page and how it will need to look and what TIP actions the change will spur. I've attached the original amendment request to help explain why we didn't originally program all the funds on the current TIP page.

Thank you,

**TAYLOR LEE, GNRC**
o: 615-862-8838

---

**From:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Sent:** Thursday, January 9, 2025 9:40 AM
**To:** Taylor Lee <tlee@gnrc.org>; Daniel McDonell <dmcdonell@gnrc.org>
**Cc:** Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov>; Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Subject:** TIP #2025-17-184 Update

Daniel and Taylor,

Melanie reached out regarding the programmed funds for our Electrify Nashville project. She noticed that only some of the CFI funds are programmed in Nashville's TIP – see below. As funds will be obligated for this project in just two phases, we both agree all funds should be programmed as soon as possible to ensure there are no holdups when NDOT is ready to obligate funds for construction.

I had previously submitted the TIP amendment prior to working with FHWA on the agreement and included more than two phases of work. I believe the attached descriptions may be better to achieve our goals of two phases of work.

Please let us know if any additional information is needed on our end.

Thank you,

## TIP Project #2025-17-184: Electrify Nashville

The Electrify Music City Project will significantly increase the amount of charging infrastructure in the Nashville area to equitably meet the goals of the community and future demand for EVCI. In doing so, project costs will include efforts in planning and development, potential ROW acquisition, installation, operations and maintenance, and educational activities

| Type: | Air Quality | Regional Plan ID: | Congestion Mitigation |
| --- | --- | --- | --- |
| Lead Agency: | Metro Nashville | TDOT PIN: | |
| County: | Davidson County | Total Cost: | $5,867,600.00 |
| Name/Route: | | Total Programmed: | $3,675,900.00 |
| Location: | | Federal Share: | $2,940,720.00 |
| Length: | 0.00 miles | Federal Obligation*: | |
| Air Quality Status: | Exempt | Unobligated Balance: | $2,940,720.00 |

*\* Obligations during current TIP period only.*

<< BACK    Project in Transportation Improvement Program for FYs 2023-2026

🖨 Print Project Information Sheet

### Programmed Funds

| Fiscal Year | Phase | Funding Source | Total Funds | Federal Funds | State Funds | Local Funds |
| --- | --- | --- | --- | --- | --- | --- |
| 2025 | PE-N, PE-D, ROW, CONSTRUCTION | CFI | $2,858,700.00 | $2,286,960.00 | $0.00 | $571,740.00 |
| 2026 | IMPLEMENTATION | CFI | $817,200.00 | $653,760.00 | $0.00 | $163,440.00 |
| TOTAL | | | $3,675,900.00 | $2,940,720.00 | $0.00 | $735,180.00 |

**Casey Hopkins|Policy Manager**
Email: casey.hopkins@nashville.gov
O: 615-880-1676
C: 615-979-1287



ZERO TRAFFIC DEATHS. ZERO EXCUSES. VISION ZERO

DOT-000036

**Event:** FW: TIP #2025-17-184 Discussion

**Start Date:** 2025-01-22 18:00:00 +0000

**End Date:** 2025-01-22 18:30:00 +0000

**Organizer:** Taylor Lee <tlee@gnrc.org>

**Location:** Microsoft Teams Meeting

**Class:** X-PERSONAL

**Date Created:** 2025-04-10 14:40:51 +0000

**Date Modified:** 2025-04-10 14:40:51 +0000

**Priority:** 5

**DTSTAMP:** 2025-01-22 16:32:11 +0000

**Attendee:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>

**Alarm:** Display the following message 15m before start

| Reminder


-----Original Appointment-----
From: Taylor Lee <tlee@gnrc.org>
Sent: Wednesday, January 22, 2025 10:32 AM
To: Taylor Lee; Murphy, Melanie (FHWA); Hopkins, Casey (NDOT); Daniel McDonell
Cc: Sewell, Marty (NDOT); Hayes, Melisa (NDOT)
Subject: TIP #2025-17-184 Discussion
When: Wednesday, January 22, 2025 12:00 PM-12:30 PM (UTC-06:00) Central Time (US & Canada).
Where: Microsoft Teams Meeting


CAUTION: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

---

Microsoft Teams Need help? <https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Faka.ms%2FJoinTeamsMeeting%3Fomkt%3Den-
US&data=05%7C02%7Cmelanie.murphy%40dot.gov%7C88cb000f9cc04a5eaef008dd3b02576a%
7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C638731603464328619%7CUnknown%7C
TWFpbGZsb3d8eyJFbXB0eU1hcGkOnRydWUsllYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTW
FpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=l%2F3XhSkciNtFDRE%2Fj6MIt7jPYnm4D4ckn
mKA0%2BJwKIg%3D&reserved=0>

Join the meeting now <https://gcc02.safelinks.protection.outlook.com/ap/t-59584e83/?
url=https:%2F%2Fteams.microsoft.com%2Fl%2Fmeetup-
join%2F19%253ameeting_YzAyMGYyYzItYTNiMS00MjVmLWI3YTctZWNkZGJlM2QwYWVl%2540thr
ead.v2%2F0%3Fcontext%3D%257b%2522Tid%2522%253a%2522888c620d-bb6e-477d-9ab7-
6f966ba17cfd%2522%252c%2522Oid%2522%253a%2522465b1ed2-fdfd-4471-a9a4-
e003567deaa7%2522%257d&data=05%7C02%7Cmelanie.murphy%40dot.gov%7C88cb000f9cc04
a5eaef008dd3b02576a%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C6387316034643
50009%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkOnRydWUsllYiOiIwLjAuMDAwMCIsIlAi
OiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=uO8uPmbGa5cPZvy
rCehw3ePMCROPgOGkQM%2F8Xjk5Y%2Bo%3D&reserved=0>

Meeting ID: 276 348 485 104

Passcode: fL3kd2Qe

_____

For organizers: Meeting options <https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fteams.microsoft.com%2FmeetingOptions%2F%3ForganizerId%3D465b1ed2-
fdfd-4471-a9a4-e003567deaa7%26tenantId%3D888c620d-bb6e-477d-9ab7-
6f966ba17cfd%26threadId%3D19_meeting_YzAyMGYyYzItYTNiMS00MjVmLWI3YTctZWNkZGJlM2
QwYWVl%40thread.v2%26messageId%3D0%26language%3Den-
US&data=05%7C02%7Cmelanie.murphy%40dot.gov%7C88cb000f9cc04a5eaef008dd3b02576a%
7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C638731603464365117%7CUnknown%7C
TWFpbGZsb3d8eyJFbXB0eU1hcGkOnRydWUsllYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTW
FpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=oePHdRYlPbM%2FbFEDJPwusJwGO9A68WT
n1Xp0PymDQHE%3D&reserved=0>

_____

_____
From: Murphy, Melanie (FHWA) <melanie.murphy@dot.gov <mailto:melanie.murphy@dot.gov> >

Sent: Tuesday, January 21, 2025 4:13 PM
To: Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov <mailto:Casey.Hopkins@nashville.gov> >; Taylor Lee <tlee@gnrc.org <mailto:tlee@gnrc.org> >; Daniel McDonell <dmcdonell@gnrc.org <mailto:dmcdonell@gnrc.org> >
Cc: Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov <mailto:Marty.Sewell@nashville.gov> >; Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov <mailto:Melisa.Hayes@nashville.gov> >
Subject: RE: TIP #2025-17-184 Update

I'm available 11-1.

Melanie Murphy, AICP | Transportation Planning Specialist

Federal Highway Administration–TN Division

404 BNA Drive, Suite 508

Nashville, TN 37217

O: 615-781-5767 | C: 615-476-1302

Melanie.Murphy@dot.gov <mailto:Melanie.Murphy@dot.gov>

From: Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov <mailto:Casey.Hopkins@nashville.gov> >
Sent: Tuesday, January 21, 2025 3:47 PM
To: Taylor Lee <tlee@gnrc.org <mailto:tlee@gnrc.org> >; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov <mailto:melanie.murphy@dot.gov> >; Daniel McDonell <dmcdonell@gnrc.org <mailto:dmcdonell@gnrc.org> >
Cc: Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov <mailto:Marty.Sewell@nashville.gov> >; Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov <mailto:Melisa.Hayes@nashville.gov> >
Subject: RE: TIP #2025-17-184 Update

CAUTION: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

DOT-000039

I'm Available 10-2.


Casey Hopkins|Policy Manager

Nashville Dept. of Transportation & Multimodal Infrastructure


From: Taylor Lee <tlee@gnrc.org <mailto:tlee@gnrc.org> >
Sent: Tuesday, January 21, 2025 3:20 PM
To: Murphy, Melanie (FHWA) <melanie.murphy@dot.gov <mailto:melanie.murphy@dot.gov> >;
Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov <mailto:Casey.Hopkins@nashville.gov> >;
Daniel McDonell <dmcdonell@gnrc.org <mailto:dmcdonell@gnrc.org> >
Cc: Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov <mailto:Marty.Sewell@nashville.gov> >;
Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov <mailto:Melisa.Hayes@nashville.gov> >
Subject: RE: TIP #2025-17-184 Update


Attention: This email originated from a source external to Metro Government. Please exercise
caution when opening any attachments or links from external sources.

Do either of you have availability tomorrow?


TAYLOR LEE, GNRC

o: 615-862-8838


From: Murphy, Melanie (FHWA) <melanie.murphy@dot.gov <mailto:melanie.murphy@dot.gov> >
Sent: Tuesday, January 21, 2025 3:19 PM
To: Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov <mailto:Casey.Hopkins@nashville.gov>
>; Taylor Lee <tlee@gnrc.org <mailto:tlee@gnrc.org> >; Daniel McDonell <dmcdonell@gnrc.org
<mailto:dmcdonell@gnrc.org> >
Cc: Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov <mailto:Marty.Sewell@nashville.gov> >;
Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov <mailto:Melisa.Hayes@nashville.gov> >
Subject: RE: TIP #2025-17-184 Update

Also happy to jump on a call!


Melanie Murphy, AICP | Transportation Planning Specialist

Federal Highway Administration–TN Division

404 BNA Drive, Suite 508

Nashville, TN 37217

O: 615-781-5767 | C: 615-476-1302

Melanie.Murphy@dot.gov <mailto:Melanie.Murphy@dot.gov>


From: Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov
<mailto:Casey.Hopkins@nashville.gov> >
Sent: Tuesday, January 21, 2025 2:56 PM
To: Taylor Lee <tlee@gnrc.org <mailto:tlee@gnrc.org> >; Daniel McDonell <dmcdonell@gnrc.org
<mailto:dmcdonell@gnrc.org> >
Cc: Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov <mailto:Marty.Sewell@nashville.gov> >;
Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov <mailto:Melisa.Hayes@nashville.gov> >;
Murphy, Melanie (FHWA) <melanie.murphy@dot.gov <mailto:melanie.murphy@dot.gov> >
Subject: RE: TIP #2025-17-184 Update


CAUTION: This email originated from outside of the Department of Transportation (DOT). Do not
click on links or open attachments unless you recognize the sender and know the content is safe.


Absolutely!


Casey Hopkins | Policy Manager

Nashville Dept. of Transportation & Multimodal Infrastructure

From: Taylor Lee <tlee@gnrc.org <mailto:tlee@gnrc.org> >
Sent: Wednesday, January 15, 2025 3:19 PM
To: Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov <mailto:Casey.Hopkins@nashville.gov> >; Daniel McDonell <dmcdonell@gnrc.org <mailto:dmcdonell@gnrc.org> >
Cc: Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov <mailto:Marty.Sewell@nashville.gov> >; Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov <mailto:Melisa.Hayes@nashville.gov> >; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov <mailto:melanie.murphy@dot.gov> >
Subject: RE: TIP #2025-17-184 Update

Attention: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Casey,

Would it be possible to discuss this over a virtual meeting with FHWA? I think it would be easiest that way to discuss the updated TIP page and how it will need to look and what TIP actions the change will spur. I've attached the original amendment request to help explain why we didn't originally program all the funds on the current TIP page.

Thank you,

TAYLOR LEE, GNRC

o: 615-862-8838

From: Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov <mailto:Casey.Hopkins@nashville.gov> >
Sent: Thursday, January 9, 2025 9:40 AM
To: Taylor Lee <tlee@gnrc.org <mailto:tlee@gnrc.org> >; Daniel McDonell <dmcdonell@gnrc.org <mailto:dmcdonell@gnrc.org> >
Cc: Sewell, Marty (NDOT) <Marty.Sewell@nashville.gov <mailto:Marty.Sewell@nashville.gov> >;

Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov <mailto:Melisa.Hayes@nashville.gov> >;
Murphy, Melanie (FHWA) <melanie.murphy@dot.gov <mailto:melanie.murphy@dot.gov> >
Subject: TIP #2025-17-184 Update

Daniel and Taylor,

Melanie reached out regarding the programmed funds for our Electrify Nashville project. She noticed that only some of the CFI funds are programmed in Nashville's TIP – see below. As funds will be obligated for this project in just two phases, we both agree all funds should be programmed as soon as possible to ensure there are no holdups when NDOT is ready to obligate funds for construction.

I had previously submitted the TIP amendment prior to working with FHWA on the agreement and included more than two phases of work. I believe the attached descriptions may be better to achieve our goals of two phases of work.

Please let us know if any additional information is needed on our end.

Thank you,

Casey Hopkins│Policy Manager

Email: casey.hopkins@nashville.gov <mailto:casey.hopkins@nashville.gov>

O: 615-880-1676

C: 615-979-1287

DOT-000043

DOT-000044

**From:** "Tarpgaard, Sarah (FHWA)" <Sarah.Tarpgaard@dot.gov>
**To:** Aurelia Witt <AWitt@nctcog.org>, Lori Clark <LClark@nctcog.org>, "Emily Beckham" <EBeckham@nctcog.org>
**Cc:** "Fauver, Kirk (FHWA)" <Kirk.Fauver@dot.gov>, "Murray, Mary (FHWA)" <mary.murray@dot.gov>, "Speaks, Vincent (FHWA)" <vincent.speaks@dot.gov>
**Subject:** Hold Lifted: Funding Amendment #1 to CFI community grant 693JJ32540004 - NCT COG
**Date:** Mon, 24 Mar 2025 15:47:37 +0000
**Importance:** Normal
**Attachments:** 693JJ32540004_Amdt_1_FE.pdf

---

NCT COG:

This email is to notify you that the "hold" on the attached fully executed Amdt 1 is now lifted. The attached fully executed Amdt 1 obligated funds which are now obligated and available for your use on the project Phase 2 in accordance with the award. The Amdt 1 effective date is the date I signed (1/17) and as such the recipient may invoice for costs incurred against the obligated funding retroactive to 1/17/2025.

Please acknowledge receipt, and let me know of any questions.


*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience. Please take a moment to complete our brief customer survey available* <mark>here</mark>*.*
*Your response is anonymous and will help us assess the quality of our support to your program*


---

**From:** Tarpgaard, Sarah (FHWA)
**Sent:** Tuesday, January 28, 2025 4:41 PM
**To:** Aurelia Witt <AWitt@nctcog.org>; Lori Clark <LClark@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Cc:** Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** On Hold: Funding Amendment to CFI community grant to NCT COG
**Importance:** High

NCT COG:

The attached executed Amdt 1 is ON HOLD. Please do not expend costs against the attached funding obligation effective immediately. The FHWA has identified a problem with the attached signed action and is researching a resolution. I will follow up tomorrow with further guidance, and thank you for your patience. It's probable the attached signed action will be pulled back/canceled. (Note: the other Amdt to your EVC RAA grant was obligated successfully and is not covered by this email.)

Please confirm receipt.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience.  Please take a moment to complete our brief customer survey available here.
Your response is anonymous and will help us assess the quality of our support to your program*

**From:** Aurelia Witt <AWitt@nctcog.org>
**Sent:** Thursday, January 23, 2025 8:06 AM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Lori Clark <LClark@nctcog.org>
**Cc:** Emily Beckham <EBeckham@nctcog.org>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA)
<mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA)
<vincent.speaks@dot.gov>
**Subject:** RE: For Recipient Signature: Funding Amendments - CFI and EVC-RAA awards to NCT COG

> Some people who received this message don't often get email from awitt@nctcog.org. Learn why this is important
**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

Please find attached the signed funding amendments.

Thank You!
**Aurelia Witt**
Contracts and Risk Specialist
North Central Texas Council of Governments

**From:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Sent:** Friday, January 17, 2025 11:48 AM
**To:** Lori Clark <LClark@nctcog.org>
**Cc:** Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>; Fauver, Kirk (FHWA)
<Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>;
Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** For Recipient Signature: Funding Amendments - CFI and EVC-RAA awards to NCT COG
**Importance:** High

Lori,

Please have the attached two funding amendments counter-SIGNED, and return to me. I've already signed them.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience.  Please take a moment to complete our brief customer survey available <mark>here</mark>. Your response is anonymous and will help us assess the quality of our support to your program*

**From:** Lori Clark <LClark@nctcog.org>
**Sent:** Thursday, January 16, 2025 4:56 PM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>
**Cc:** Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Subject:** Checking in on CFI Community and EVC-RAA Amendments

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hey Sarah & Kirk,

I wanted to check in on our amendments to the CFI Community and EVC-RAA awards.  I believe Sarah was planning on sending them by COB Tuesday and we haven't seen them yet, so I wanted to make sure that they aren't lost in an internet ether somewhere.  If we get them today or early tomorrow we can probably still turn around counter-signature by end of this week.

Thanks!
Lori
--------------------------------------------------
Lori Pampell Clark (she/her)
lclark@nctcog.org     817-695-9232
Senior Program Manager, Clean Fleet & Energy Programs, Transportation Department
North Central Texas Council of Governments (NCTCOG) www.nctcog.org
@nctcogtrans NCTCOG Transportation: Overview | LinkedIn
DFW Clean Cities Director www.dfwcleancities.org
DFW Clean Cities on LinkedIn: www.linkedin.com/showcase/dfwcleancities/

Docusign Envelope ID: 7085F8CD-096F-4845-B246-FA378C149D56
2:25-cv-02152-RMG     Date Filed 04/17/25     Entry Number 66-2     Page 48 of 104

Page **1** of **2**

## GRANT AMENDMENT

1. **AMENDMENT NO.:**     1                    **EFFECTIVE DATE**: See Block 9

2. **GRANT NO.:**          693JJ32540004

3. **PROCUREMENT REQUEST NO.:**    HEPN250048PR

4. **ISSUED BY**:     Federal Highway Administration
                      Office of Assistance Agreements (HCFA-43)
                      Office of Acquisition and Grants Management (HCFA)
                      1200 New Jersey Avenue, SE
                      Washington, DC 20590

5. **RECIPIENT:**     Name:  North Central Texas Council of Governments
                      UEI:    P18BK5F8VPN3

6. **ACCOUNTING AND APPROPRIATION DATA** *(if required)*:
   15X1220050.0000.060V406500.6801000000.41010.61006600, $11,030,916

7. **DESCRIPTION OF AMENDMENT**:

The purpose of this amendment is to obligate funding in the amount of $11,030,916 that was previously designated as subject to availability. The recipient is authorized to use all obligated funds. Accordingly, the grant is amended as follows: (See attached)

**RECIPIENT**                              **FEDERAL HIGHWAY ADMINISTRATION**
**8. Signature of Person Authorized to Sign**   **9. Signature and Date of Agreement Officer**

Signed by:

*Mike Eastland*

X _____
A4E72C1BEF0F426...

SARAH E
X TARPGAARD     Digitally signed by SARAH E
                TARPGAARD
                Date: 2025.01.17 12:37:29
                -05'00'

Sarah Tarpgaard, Agreement Officer

1

## 1. PAGE 1, BLOCK 11:

Revise Block 11 as follows:

**Federal Funds Obligated**
Phase 1: $3,037,884
Phase 2: $11,030,916 ~~(subj. to availability)~~
Phase 2: $931,200 (subj. to availability)
See Schedule D

## 2. SCHEDULE D

Revise Schedule D, Item 2, Obligation Condition Table, as follows:

| Obligation Condition Table | | |
|---|---|---|
| | **Federal Share Portion of the CFI Grant** | **Obligation Condition** |
| Phase 1: Component 1: Pre-NEPA and Project Planning | $3,037,884 | N/A – funded upon award |
| Phase 2: Component 2: Final Design and Construction / Operations and Maintenance | $11,030,916 | Funded by Amendment 1. |
| Phase 2: Component 2: Final Design and Construction / Operations and Maintenance | $931,200 | FHWA Division Office confirms the Recipient has met all the applicable Federal, and local requirements including NEPA approval. |
| Total Federal Share | $15,000,000 | |

*Except as noted herein, all terms and conditions remain unchanged and in full force and effect.*

DOT-000049

**From:** "Tarpgaard, Sarah (FHWA)" <Sarah.Tarpgaard@dot.gov>
**To:** Aurelia Witt <AWitt@nctcog.org>, Lori Clark <LClark@nctcog.org>, "Emily Beckham" <EBeckham@nctcog.org>
**Cc:** "Fauver, Kirk (FHWA)" <Kirk.Fauver@dot.gov>, "Murray, Mary (FHWA)" <mary.murray@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>, "Speaks, Vincent (FHWA)" <vincent.speaks@dot.gov>
**Subject:** On Hold: Funding Amendment to CFI community grant to NCT COG
**Date:** Tue, 28 Jan 2025 21:40:45 +0000
**Importance:** High
**Attachments:** 693JJ32540004_Amdt_1_FE.pdf

---

NCT COG:

The attached executed Amdt 1 is ON HOLD. Please do not expend costs against the attached funding obligation effective immediately. The FHWA has identified a problem with the attached signed action and is researching a resolution. I will follow up tomorrow with further guidance, and thank you for your patience. It's probable the attached signed action will be pulled back/canceled. (Note: the other Amdt to your EVC RAA grant was obligated successfully and is not covered by this email.)

Please confirm receipt.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience. Please take a moment to complete our brief customer survey available here.*
*Your response is anonymous and will help us assess the quality of our support to your program*

---

**From:** Aurelia Witt <AWitt@nctcog.org>
**Sent:** Thursday, January 23, 2025 8:06 AM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Lori Clark <LClark@nctcog.org>
**Cc:** Emily Beckham <EBeckham@nctcog.org>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** RE: For Recipient Signature: Funding Amendments - CFI and EVC-RAA awards to NCT COG

Some people who received this message don't often get email from awitt@nctcog.org. Learn why this is important
**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

Please find attached the signed funding amendments.

Thank You!
**Aurelia Witt**

Contracts and Risk Specialist
North Central Texas Council of Governments

**From:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Sent:** Friday, January 17, 2025 11:48 AM
**To:** Lori Clark <LClark@nctcog.org>
**Cc:** Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** For Recipient Signature: Funding Amendments - CFI and EVC-RAA awards to NCT COG
**Importance:** High

Lori,

Please have the attached two funding amendments counter-SIGNED, and return to me. I've already signed them.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience.  Please take a moment to complete our brief customer survey available* **here.**
*Your response is anonymous and will help us assess the quality of our support to your program*

**From:** Lori Clark <LClark@nctcog.org>
**Sent:** Thursday, January 16, 2025 4:56 PM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>
**Cc:** Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Subject:** Checking in on CFI Community and EVC-RAA Amendments

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hey Sarah & Kirk,

I wanted to check in on our amendments to the CFI Community and EVC-RAA awards.  I believe Sarah was planning on sending them by COB Tuesday and we haven't seen them yet, so I wanted to make sure that they aren't lost in an internet ether somewhere.  If we get them today or early tomorrow we can probably still turn around counter-signature by end of this week.

Thanks!
Lori
-------------------------------------------------
Lori Pampell Clark (she/her)
lclark@nctcog.org    817-695-9232
Senior Program Manager, Clean Fleet & Energy Programs, Transportation Department
North Central Texas Council of Governments (NCTCOG) www.nctcog.org
@nctcogtrans NCTCOG Transportation: Overview | LinkedIn
DFW Clean Cities Director www.dfwcleancities.org
DFW Clean Cities on LinkedIn: www.linkedin.com/showcase/dfwcleancities/

Docusign Envelope ID: 70858BCD-0D6E-4845-B246-FA378C149D56
2:25-cv-02152-RMG    Date Filed 04/17/25    Entry Number 66-2    Page 52 of 104

Page **1** of **2**

# GRANT AMENDMENT

1. **AMENDMENT NO.:**    1                **EFFECTIVE DATE**: See Block 9

2. **GRANT NO.:**        693JJ32540004

3. **PROCUREMENT REQUEST NO.:**   HEPN250048PR

4. **ISSUED BY**:    Federal Highway Administration
                     Office of Assistance Agreements (HCFA-43)
                     Office of Acquisition and Grants Management (HCFA)
                     1200 New Jersey Avenue, SE
                     Washington, DC 20590

5. **RECIPIENT:**    Name:  North Central Texas Council of Governments
                     UEI:    P18BK5F8VPN3

6. **ACCOUNTING AND APPROPRIATION DATA** *(if required)*:
   15X1220050.0000.060V406500.6801000000.41010.61006600, $11,030,916

7. **DESCRIPTION OF AMENDMENT**:

The purpose of this amendment is to obligate funding in the amount of $11,030,916 that was previously designated as subject to availability. The recipient is authorized to use all obligated funds. Accordingly, the grant is amended as follows: (See attached)

**RECIPIENT**                          **FEDERAL HIGHWAY ADMINISTRATION**
**8. Signature of Person Authorized to Sign**    **9. Signature and Date of Agreement Officer**

Signed by:

X _Mike Eastland_____
   A4E72C1BEF0F426...

SARAH E              Digitally signed by SARAH E
X TARPGAARD          TARPGAARD
                     Date: 2025.01.17 12:37:29
                     -05'00'
Sarah Tarpgaard, Agreement Officer

1

Docusign Envelope ID: 708588CD-096F-4845-B246-FA378C149D56
2:25-cv-02152-RMG     Date Filed 04/17/25     Entry Number 66-2     Page 53 of 104

Page **2** of **2**

## 1.  PAGE 1, BLOCK 11:

Revise Block 11 as follows:

**Federal Funds Obligated**
Phase 1:  $3,037,884
Phase 2: $11,030,916 ~~(subj. to availability)~~
Phase 2: $931,200 (subj. to availability)
See Schedule D

## 2.  SCHEDULE D

Revise Schedule D, Item 2, Obligation Condition Table, as follows:

| Obligation Condition Table | | |
|---|---|---|
| | **Federal Share Portion of the CFI Grant** | **Obligation Condition** |
| Phase 1: Component 1: Pre-NEPA and Project Planning | $3,037,884 | N/A – funded upon award |
| Phase 2: Component 2: Final Design and Construction / Operations and Maintenance | $11,030,916 | Funded by Amendment 1. |
| Phase 2: Component 2: Final Design and Construction / Operations and Maintenance | $931,200 | FHWA Division Office confirms the Recipient has met all the applicable Federal, and local requirements including NEPA approval. |
| Total Federal Share | $15,000,000 | |

*Except as noted herein, all terms and conditions remain unchanged and in full force and effect.*

2

DOT-000053

**From:** CFIAwardees <CFIAwardees@dot.gov>
**To:** "Hopkins, Casey (NDOT)" <Casey.Hopkins@nashville.gov>,
"kendra.abkowitz@nashville.gov" <kendra.abkowitz@nashville.gov>,
"jennifer.westerholm@nashville.gov" <jennifer.westerholm@nashville.gov>
**Subject:** FW: CFI: Notice of Selection for CFI Grant Award
**Date:** Tue, 10 Sep 2024 18:31:16 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.jpg

---

Hello,

Hope all is well. Just wanted to re-send the award letter for the Metropolitan Government of Nashville-Davidson County's CFI Round 1B grant. If you could please confirm your points of contact for the award, that would be much appreciated. Finally, please let us know if you have any questions before tomorrow's Welcome webinar.

All the best,



**CFI Discretionary Grants Program Team**
U.S. DOT | FHWA
Office of Natural Environment
CFIgrants@dot.gov
https://www.fhwa.dot.gov/environment/cfi/

---

**From:** CFIAwardees <CFIAwardees@dot.gov>
**Sent:** Thursday, August 29, 2024 3:28 PM
**To:** Patel, Neelam (FHWA) <neelam.patel@dot.gov>; Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Cc:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Subject:** CFI: Notice of Selection for CFI Grant Award

Applicant Name: Metropolitan Government of Nashville-Davidson County
Application Title: Electrify MUSIC City: Municipality Upgrades for Stations and Integrated Charging
Federal Funding: $4,694,080

Dear Selected CFI Applicant,

**Congratulations!** The U.S. Department of Transportation (USDOT) selected your application to receive a grant award under the Charging and Fueling Infrastructure (CFI) Discretionary Grant Program.

Your selected application was originally submitted in response to the FY 2022/2023 CFI Round 1 NOFO (693JJ323NF00004) issued March 14, 2023, and has been selected under the reserved funding made available for additional awards under the CFI Round 2 NOFO. By email to USDOT, you indicated your request to be reconsidered for award under the reserved funding. Your project has been selected for award under the reserved funding and you are considered a "Round 1B" CFI awardee.

The list of 51 selected Round 1B applications is available online at:
https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/. Please check the list of selected applications to ensure your application information is displayed correctly. Some projects have been selected by USDOT to receive a reduced funding amount that is less than the requested Federal share. In such cases, the project scope will be scaled accordingly in the respective grant awards.

This email is not authorization to begin work, and it does not guarantee Federal funding. For each selected project, USDOT and the selected applicant organization must establish and execute a signed, mutually agreed upon grant agreement prior to the disbursement of award funds. No costs incurred before USDOT signs and executes the grant agreement will be reimbursed.

**Next Steps**: The Federal Highway Administration (FHWA) is responsible for establishing and executing the CFI grant agreements with the selected applicants. You can expect to hear from your designated FHWA Point of Contact (POC) in the near future. Your designated FHWA POC will be an employee of the FHWA Division Office based in your State or the FHWA Office of Tribal Transportation. In the meantime, if you have questions about next steps, please direct them to FHWA using the email CFIAwardees@dot.gov.

**Request for Applicant Points of Contact:** Please reply to this email to confirm receipt and provide your organization's point(s) of contact for FHWA's use in the CFI grant award process.

**Welcome Webinars:** You are invited to attend the following Zoom webinars. The webinars will cover the process for executing grant agreements. The webinars will be recorded for those unable to attend. The intended audience includes the CFI selected recipients' primary POCs and the FHWA POCs.  If additional people from your office should be included, please share with the appropriate people.
- CFI Round 1B Welcome Webinar One
  - Wednesday, September 11, 2024, 2:00 – 3:00pm Eastern
  - https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon; Meeting ID: 160 406 0503; Passcode: 910522
- CFI Round 1B Welcome Webinar Two
  - Thursday, September 19, 2024, 1:00-2:30pm Eastern
  - https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon; Meeting ID: 160 756 3076; Passcode: 594740

**CFI Grant Administration Documents:** In the near future, FHWA will provide a CFI Grant Agreement Template for the recipient to complete in preparation for the award. The template will be discussed at the webinars listed above, and FHWAs POC will coordinate with recipients to complete their agreement template. Recipients are encouraged to review the grant terms and conditions, and grant exhibits, which are incorporated into all CFI grants by reference. The CFI General Terms and Conditions and the CFI Exhibits can be accessed on the CFI website at the bottom of the Grant Resources page.  You are also encouraged to review the CFI FY 2022 and 2023 Round 1 NOFO and Round 1 Question and Answer document.  These documents and other resources can be found using the links on the CFI Round 1 FY 2022 and 2023 Resources page.

**Statewide Transportation Improvement Program (STIP):** All CFI projects are considered to be construction projects under Title 23 United States Code (U.S.C.). Accordingly, all CFI projects are subject to the requirement to be included in an approved STIP applicable to the project. CFI recipients are strongly encouraged to work with their FHWA Division Office and State DOT to ensure the CFI project is consistent with the existing STIP or begin the STIP submittal process as soon as possible. FHWA is unable to execute a CFI grant until the project is included in an approved STIP.  For more information on STIP requirements in your State, please contact your local FHWA Division Office and/or State DOT.

DOT-000055

**In Closing:** We ask for your patience as we work diligently toward executing grant agreements so your important work may begin. The timeline for awarding new grants vary from project to project, and may take months to process and complete.

It's exciting to see so many communities on the path to accelerating an electrified and alternative fuel transportation system that is convenient, affordable, reliable, equitable, accessible, and safe. The whole CFI Grants Program team is passionate about helping you succeed. Thank you for your commitment to electric vehicle charging and alternative fueling infrastructure. If you have questions, please direct them to FHWA using the email CFIAwardees@dot.gov.

Once again, congratulations!



**Neelam R. Patel**
(she/her)

U.S. DOT | FHWA
Office of Natural Environment
Sustainable Transportation and Resilience Team

Neelam.Patel@dot.gov
https://www.fhwa.dot.gov/environment/sustainability/

**From:** CFIAwardees <CFIAwardees@dot.gov>
**To:** "Westerholm, Jennifer (General Services)" <Jennifer.Westerholm@nashville.gov>,
CFIAwardees <CFIAwardees@dot.gov>, "Hopkins, Casey (NDOT)"
<Casey.Hopkins@nashville.gov>, "Abkowitz, Kendra (Mayor's Office)"
<Kendra.Abkowitz@nashville.gov>
**Cc:** "Frinell, Karin M (General Services)" <Karin.Frinell@nashville.gov>, "Elsaghir, Ava
(General Services)" <Ava.Elsaghir@nashville.gov>
**Subject:** RE: CFI: Notice of Selection for CFI Grant Award
**Date:** Tue, 10 Sep 2024 19:40:23 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.jpg

---

Great, thanks for providing that information.

**From:** Westerholm, Jennifer (General Services) <Jennifer.Westerholm@nashville.gov>
**Sent:** Tuesday, September 10, 2024 3:32 PM
**To:** CFIAwardees <CFIAwardees@dot.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Abkowitz, Kendra
(Mayor's Office) <Kendra.Abkowitz@nashville.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Elsaghir, Ava (General Services)
<Ava.Elsaghir@nashville.gov>
**Subject:** RE: CFI: Notice of Selection for CFI Grant Award

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

Hello, thank you for reaching out.

For our part, please include the following individuals on grant related communications:

Jennifer Westerholm jennifer.westerholm@nashville.gov
Ava Elsaghir ava.elsaghir@nashville.gov
Karin Frinnell karin.frinell@nashville.gov

Thank you!

**From:** CFIAwardees <CFIAwardees@dot.gov>
**Sent:** Tuesday, September 10, 2024 1:31 PM
**To:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Abkowitz, Kendra (Mayor's Office)
<Kendra.Abkowitz@nashville.gov>; Westerholm, Jennifer (General Services) <Jennifer.Westerholm@nashville.gov>
**Subject:** FW: CFI: Notice of Selection for CFI Grant Award

Some people who received this message don't often get email from cfiawardees@dot.gov. Learn why this is important
**Attention**: This email originated from a source external to Metro Government. Please exercise caution when
opening any attachments or links from external sources.

Hello,

Hope all is well. Just wanted to re-send the award letter for the Metropolitan Government of Nashville-
Davidson County's CFI Round 1B grant. If you could please confirm your points of contact for the

award, that would be much appreciated. Finally, please let us know if you have any questions before tomorrow's Welcome webinar.

All the best,

 **CFI Discretionary Grants Program Team**
U.S. DOT | FHWA
Office of Natural Environment
CFIgrants@dot.gov
https://www.fhwa.dot.gov/environment/cfi/

---

**From:** CFIAwardees <CFIAwardees@dot.gov>
**Sent:** Thursday, August 29, 2024 3:28 PM
**To:** Patel, Neelam (FHWA) <neelam.patel@dot.gov>; Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Cc:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Subject:** CFI: Notice of Selection for CFI Grant Award

Applicant Name: Metropolitan Government of Nashville-Davidson County
Application Title: Electrify MUSIC City: Municipality Upgrades for Stations and Integrated Charging
Federal Funding: $4,694,080

Dear Selected CFI Applicant,

**Congratulations!** The U.S. Department of Transportation (USDOT) selected your application to receive a grant award under the Charging and Fueling Infrastructure (CFI) Discretionary Grant Program.

Your selected application was originally submitted in response to the FY 2022/2023 CFI Round 1 NOFO (693JJ323NF00004) issued March 14, 2023, and has been selected under the reserved funding made available for additional awards under the CFI Round 2 NOFO. By email to USDOT, you indicated your request to be reconsidered for award under the reserved funding. Your project has been selected for award under the reserved funding and you are considered a "Round 1B" CFI awardee.

The list of 51 selected Round 1B applications is available online at:
https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/. Please check the list of selected applications to ensure your application information is displayed correctly. Some projects have been selected by USDOT to receive a reduced funding amount that is less than the requested Federal share. In such cases, the project scope will be scaled accordingly in the respective grant awards.

This email is not authorization to begin work, and it does not guarantee Federal funding. For each selected project, USDOT and the selected applicant organization must establish and execute a signed, mutually agreed upon grant agreement prior to the disbursement of award funds. No costs incurred before USDOT signs and executes the grant agreement will be reimbursed.

**Next Steps**: The Federal Highway Administration (FHWA) is responsible for establishing and executing the CFI grant agreements with the selected applicants. You can expect to hear from your designated FHWA Point of Contact (POC) in the near future. Your designated FHWA POC will be an employee of the FHWA Division Office based in your State or the FHWA Office of Tribal

Transportation. In the meantime, if you have questions about next steps, please direct them to FHWA using the email CFIAwardees@dot.gov.

**Request for Applicant Points of Contact:** Please reply to this email to confirm receipt and provide your organization's point(s) of contact for FHWA's use in the CFI grant award process.

**Welcome Webinars:** You are invited to attend the following Zoom webinars. The webinars will cover the process for executing grant agreements. The webinars will be recorded for those unable to attend. The intended audience includes the CFI selected recipients' primary POCs and the FHWA POCs. If additional people from your office should be included, please share with the appropriate people.
- CFI Round 1B Welcome Webinar One
- Wednesday, September 11, 2024, 2:00 – 3:00pm Eastern
  - https://usdot.zoomgov.com/j/1604060503?
    pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon; Meeting ID: 160 406 0503;
    Passcode: 910522
- CFI Round 1B Welcome Webinar Two
- Thursday, September 19, 2024, 1:00-2:30pm Eastern
  - https://usdot.zoomgov.com/j/1607563076?
    pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon; Meeting ID: 160 756 3076;
    Passcode: 594740

**CFI Grant Administration Documents:** In the near future, FHWA will provide a CFI Grant Agreement Template for the recipient to complete in preparation for the award. The template will be discussed at the webinars listed above, and FHWAs POC will coordinate with recipients to complete their agreement template. Recipients are encouraged to review the grant terms and conditions, and grant exhibits, which are incorporated into all CFI grants by reference. The CFI General Terms and Conditions and the CFI Exhibits can be accessed on the CFI website at the bottom of the Grant Resources page. You are also encouraged to review the CFI FY 2022 and 2023 Round 1 NOFO and Round 1 Question and Answer document. These documents and other resources can be found using the links on the CFI Round 1 FY 2022 and 2023 Resources page.

**Statewide Transportation Improvement Program (STIP):** All CFI projects are considered to be construction projects under Title 23 United States Code (U.S.C.). Accordingly, all CFI projects are subject to the requirement to be included in an approved STIP applicable to the project. CFI recipients are strongly encouraged to work with their FHWA Division Office and State DOT to ensure the CFI project is consistent with the existing STIP or begin the STIP submittal process as soon as possible. FHWA is unable to execute a CFI grant until the project is included in an approved STIP. For more information on STIP requirements in your State, please contact your local FHWA Division Office and/or State DOT.

**In Closing:** We ask for your patience as we work diligently toward executing grant agreements so your important work may begin. The timeline for awarding new grants vary from project to project, and may take months to process and complete.

It's exciting to see so many communities on the path to accelerating an electrified and alternative fuel transportation system that is convenient, affordable, reliable, equitable, accessible, and safe. The whole CFI Grants Program team is passionate about helping you succeed. Thank you for your commitment to electric vehicle charging and alternative fueling infrastructure. If you have questions, please direct them to FHWA using the email CFIAwardees@dot.gov.

Once again, congratulations!



**Neelam R. Patel**
(she/her)

U.S. DOT | FHWA
Office of Natural Environment
Sustainable Transportation and Resilience
Team

Neelam.Patel@dot.gov
https://www.fhwa.dot.gov/environment/sustainability/

**From:** "Saraf, Fawaz (FHWA)" <fawaz.saraf@dot.gov>
**To:** "Carr, Alfred (DOEE)" <alfred.carr@dc.gov>
**Cc:** "Henderson, Jordan (DOEE)" <jordan.henderson@dc.gov>, "Bartholomew, Thomas (DOEE)"
<thomas.bartholomew@dc.gov>, "Hoyle, Jim (FHWA)" <jim.hoyle@dot.gov>, "Davis,
Tammye (FHWA)" <Tammye.Davis@dot.gov>, "Tarpgaard, Sarah (FHWA)"
<Sarah.Tarpgaard@dot.gov>
**Subject:** RE: Extension for 3355A BENNING RD NE CHARGER - EVC-RAA
**Date:** Thu, 20 Mar 2025 18:12:22 +0000
**Importance:** Normal

---

Al,

I am also reaching out to HQ to find out if the extension request will need to include a modification to schedule E of the agreement. I will be reaching out to Sarah on Monday when she is back in the office.

Thanks
Fawaz

Fawaz K. Saraf, P.E. | Bridge Engineer | FHWA, District of Columbia Division
1200 New Jersey Avenue, SE
East Building, Room E61-212
Washington, DC 20590
Phone: (202) 493-7034

---

**From:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>
**Sent:** Thursday, March 20, 2025 2:07 PM
**To:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>
**Cc:** Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Bartholomew, Thomas (DOEE)
<thomas.bartholomew@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA)
<Tammye.Davis@dot.gov>
**Subject:** RE: Extension for 3355A BENNING RD NE CHARGER - EVC-RAA

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello Fawaz,

Thank you for this update.

We will work on providing the required information.

Sincerely,

Al

Al Carr
Branch Chief
Clean Transportation & Infrastructure
Department of Energy & Environment
alfred.carr@dc.gov | 202 770-7405 (mobile)

**From:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>
**Sent:** Thursday, March 20, 2025 9:46 AM
**To:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>
**Cc:** Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Bartholomew, Thomas (DOEE) <thomas.bartholomew@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** RE: Extension for 3355A BENNING RD NE CHARGER - EVC-RAA

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hello Al,

Further to my email below, it appears that requests for EVC-RAA are now being processed and no longer being held up. Therefore, we strongly encourage your office to expedite the submittal of your extension request and proceed with the submittal as soon as possible. As noted in my previous email, please include the following in your request:

1. It's a no-cost time extension.
2. All supporting information including but not limited to a detailed step-by-step construction schedule. The schedule should outline key milestones, including start dates for the construction of concrete pads, installation of the underground duct banks, PEPCO inspections and connections, delivery of charging stations, final acceptance, and start of operations.

Thanks
Fawaz

Fawaz K. Saraf, P.E. | Bridge Engineer | FHWA, District of Columbia Division
1200 New Jersey Avenue, SE
East Building, Room E61-212
Washington, DC 20590
Phone: (202) 493-7034

**From:** Saraf, Fawaz (FHWA)
**Sent:** Monday, March 17, 2025 7:49 AM
**To:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>
**Cc:** Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Bartholomew, Thomas (DOEE) <thomas.bartholomew@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** RE: Extension for 3355A BENNING RD NE CHARGER - EVC-RAA

Hello Al,

We checked with the FHWA office of Acquisition and Grant Management and were informed that all grant amendment requests, including no-cost amendments, are currently on hold. Therefore, no action may be taken until this status changes.
If your office wishes to proceed with the request to extend the period of performance (POP) end date, beyond the June 30, 2025, date indicated on page 1 of 10 the grant agreement, the following steps will need to be followed:

1. The grant recipient must submit a formal request for a no-cost time extension to the FHWA DC Division office (my office). Please include all supporting information including but not limited to a detailed step-by-step construction schedule. The schedule should outline key milestones, including start dates for the construction of

concrete pads, installation of the underground duct banks, PEPCO inspections and connections, delivery of charging stations, final acceptance, and start of operations.

2. The request will be reviewed by our office and if determined to be complete, it will be forwarded to the FHWA office of Acquisition and Grant Management for further processing and consideration.

Given the current freeze on grant amendment requests, it is possible that approval for extension may not be granted, and the grant will expire (this is happening on other projects due to this freeze).

Please let me know if you have any questions or need further clarification.

Thanks
Fawaz


Fawaz K. Saraf, P.E. | Bridge Engineer | FHWA, District of Columbia Division
1200 New Jersey Avenue, SE
East Building, Room E61-212
Washington, DC 20590
Phone: (202) 493-7034

---

**From:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>
**Sent:** Wednesday, March 12, 2025 4:23 PM
**To:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Cc:** Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Bartholomew, Thomas (DOEE) <thomas.bartholomew@dc.gov>
**Subject:** Extension for 3355A BENNING RD NE CHARGER - EVC-RAA

> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Fawaz, Jim and Tammye,

Would it be possible to amend the grant agreement to give DOEE more time to complete the work?

Per the agreement between FHWA and DOEE, the charging station is to be operational by June 30, 2025.

The current status of the project is that Transco's contractor Prime Power Solution is working to obtain the required license and building permits from city agencies. They anticipate that customer construction will begin on or about April 8, 2025 and will last 3-4 weeks. Their work consists mainly of placing concrete pads for utility transformer and the charging stations, excavating and placing conduit between the transformer pad and the utility pole near the curb.

After the customer construction concludes, the utility construction begins. The utility work consists mainly of delivering and placing the transformer on the pad and placing and connecting wires from the feeder on the pole to the transformer via the buried conduit.

We were informed today by the utility Pepco that the utility construction work will take approximately 8 weeks. Assuming the utility construction begins on May 8th, it will not conclude until early July.

We have inquired with the utility about expediting their work but wanted to keep FHWA informed and begin a conversation about modifying the grant agreement to give us more time.

Thank you,

Al

Al Carr

Branch Chief

Clean Transportation & Infrastructure

Department of Energy & Environment

alfred.carr@dc.gov | 202 770-7405 (mobile)

---

**From:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>
**Sent:** Monday, March 3, 2025 12:36 PM
**To:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>; Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** RE: 3355A BENNING RD NE CHARGER - EVC-RAA; Meeting notes

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hello Al,

Thank you for the additional information. Will review and will let you know if additional clarifications are needed. Also, if you and/or Jordan already have access to Delphi, you may want to make sure that you log in at least once every 45 days otherwise you will lose access and will need to submit a new request for access. Let me know if you do not have access so I may submit a request.

Thanks
Fawaz

Fawaz K. Saraf, P.E. | Bridge Engineer | FHWA, District of Columbia Division
1200 New Jersey Avenue, SE
East Building, Room E61-212
Washington, DC 20590
Phone: (202) 493-7034

---

**From:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>
**Sent:** Friday, February 28, 2025 11:16 AM
**To:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>; Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** Re: 3355A BENNING RD NE CHARGER - EVC-RAA; Meeting notes

> **CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Fawaz,

FLO was selected to provide the charging equipment. They are aligned with Prime.

I believe some of the quotes were all inclusive - such as the Chargepoint quote.

Transco had difficulty finding vendors/teams willing to provide the make ready work.

Transco did reach out to electricians that are not listed on the spreadsheet because they chose not to bid.

Also, I am attaching the Categorical Exclusion.

Thanks,

Al


Al Carr

Branch Chief

Renewable Energy & Clean Transportation

Department of Energy & Environment

alfred.carr@dc.gov

202 770-7405 (mobile)

---

**From:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>
**Sent:** Friday, February 28, 2025 10:56 AM
**To:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>; Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** RE: 3355A BENNING RD NE CHARGER - EVC-RAA; Meeting notes

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Thanks for sharing Al. I did have a few questions on the spreadsheet:

- Prime's bid was for $187,500, Installation and make ready, who was selected for the furnishing the EV chargers?
- Were there any other bids / quotes for Make Ready, other than Prime?

Fawaz K. Saraf, P.E. | Bridge Engineer | FHWA, District of Columbia Division
1200 New Jersey Avenue, SE
East Building, Room E61-212
Washington, DC 20590
Phone: (202) 493-7034

---

**From:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>
**Sent:** Friday, February 28, 2025 8:38 AM
**To:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>; Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** RE: 3355A BENNING RD NE CHARGER - EVC-RAA; Meeting notes

> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thank you.

DOT-000065

Please see attached a summary of Transco's procurement activity to select vendors for the equipment and services.

Al

Al Carr
Branch Chief
Clean Transportation & Infrastructure
DC Department of Energy & Environment
alfred.carr@dc.gov | 202 770-7405 (mobile)

**From:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>
**Sent:** Thursday, February 27, 2025 3:44 PM
**To:** Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Carr, Alfred (DOEE) <alfred.carr@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** 3355A BENNING RD NE CHARGER - EVC-RAA; Meeting notes

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

All,

Please find below notes from the meeting held earlier this afternoon in reference to the subject project:

- Teams meeting was attended by FHWA (Fawaz Saraf, Jim Hoyle, Tammye Davis) and DC Department of Energy (Alfred Carr, Jordan Henderson).
- DOE noted that a preconstruction meeting was held in mid-February 2025 and attended by contractor and utility company.
- Prime is the contractor procured by Transco (grant subrecipient) to prepare the site for the installation of the charging equipment and for the installation of the equipment. Equipment delivered by vendor to Prime.
- Transco solicited multiple bids for the work and Prime was selected.
- DOE noted that they may be submitting first invoice in the next 3 weeks (see attached Delphi eInvoicing Tips and Tricks document and vendor user reference guide). Vendor User reference guide is also attached. Please that recipients are permitted to submit reimbursements up to one (1) time per month (see tips and tricks document).
- DC DOE noted that NEPA and section 106 for the project have been completed.
- FHWA to provide Delphi reference / ID for the project and assist the DOE with any invoicing issue in Delphi.

Thanks
Fawaz

Fawaz K. Saraf, P.E. | Bridge Engineer | FHWA, District of Columbia Division
1200 New Jersey Avenue, SE
East Building, Room E61-212
Washington, DC 20590
Phone: (202) 493-7034

**From:** "Saraf, Fawaz (FHWA)" <fawaz.saraf@dot.gov>
**To:** "Carr, Alfred (DOEE)" <alfred.carr@dc.gov>
**Cc:** "Henderson, Jordan (DOEE)" <jordan.henderson@dc.gov>, "Bartholomew, Thomas (DOEE)" <thomas.bartholomew@dc.gov>, "Hoyle, Jim (FHWA)" <jim.hoyle@dot.gov>, "Davis, Tammye (FHWA)" <Tammye.Davis@dot.gov>, "Tarpgaard, Sarah (FHWA)" <Sarah.Tarpgaard@dot.gov>
**Subject:** RE: Extension for 3355A BENNING RD NE CHARGER - EVC-RAA
**Date:** Thu, 20 Mar 2025 18:12:22 +0000
**Importance:** Normal

---

Al,

I am also reaching out to HQ to find out if the extension request will need to include a modification to schedule E of the agreement. I will be reaching out to Sarah on Monday when she is back in the office.

Thanks
Fawaz

Fawaz K. Saraf, P.E. | Bridge Engineer | FHWA, District of Columbia Division
1200 New Jersey Avenue, SE
East Building, Room E61-212
Washington, DC 20590
Phone: (202) 493-7034

---

**From:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>
**Sent:** Thursday, March 20, 2025 2:07 PM
**To:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>
**Cc:** Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Bartholomew, Thomas (DOEE) <thomas.bartholomew@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** RE: Extension for 3355A BENNING RD NE CHARGER - EVC-RAA

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hello Fawaz,

Thank you for this update.

We will work on providing the required information.

Sincerely,

Al

Al Carr
Branch Chief
Clean Transportation & Infrastructure
Department of Energy & Environment
alfred.carr@dc.gov | 202 770-7405 (mobile)

**From:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>
**Sent:** Thursday, March 20, 2025 9:46 AM
**To:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>
**Cc:** Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Bartholomew, Thomas (DOEE)
<thomas.bartholomew@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA)
<Tammye.Davis@dot.gov>
**Subject:** RE: Extension for 3355A BENNING RD NE CHARGER - EVC-RAA

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hello Al,

Further to my email below, it appears that requests for EVC-RAA are now being processed and no longer being held up. Therefore, we strongly encourage your office to expedite the submittal of your extension request and proceed with the submittal as soon as possible. As noted in my previous email, please include the following in your request:

1. It's a no-cost time extension.
2. All supporting information including but not limited to a detailed step-by-step construction schedule. The schedule should outline key milestones, including start dates for the construction of concrete pads, installation of the underground duct banks, PEPCO inspections and connections, delivery of charging stations, final acceptance, and start of operations.

Thanks
Fawaz

Fawaz K. Saraf, P.E. | Bridge Engineer | FHWA, District of Columbia Division
1200 New Jersey Avenue, SE
East Building, Room E61-212
Washington, DC 20590
Phone: (202) 493-7034

**From:** Saraf, Fawaz (FHWA)
**Sent:** Monday, March 17, 2025 7:49 AM
**To:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>
**Cc:** Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Bartholomew, Thomas (DOEE)
<thomas.bartholomew@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA)
<Tammye.Davis@dot.gov>
**Subject:** RE: Extension for 3355A BENNING RD NE CHARGER - EVC-RAA

Hello Al,

We checked with the FHWA office of Acquisition and Grant Management and were informed that all grant amendment requests, including no-cost amendments, are currently on hold. Therefore, no action may be taken until this status changes.
If your office wishes to proceed with the request to extend the period of performance (POP) end date, beyond the June 30, 2025, date indicated on page 1 of 10 the grant agreement, the following steps will need to be followed:

1. The grant recipient must submit a formal request for a no-cost time extension to the FHWA DC Division office (my office). Please include all supporting information including but not limited to a detailed step-by-step construction schedule. The schedule should outline key milestones, including start dates for the construction of

concrete pads, installation of the underground duct banks, PEPCO inspections and connections, delivery of charging stations, final acceptance, and start of operations.

2. The request will be reviewed by our office and if determined to be complete, it will be forwarded to the FHWA office of Acquisition and Grant Management for further processing and consideration.

Given the current freeze on grant amendment requests, it is possible that approval for extension may not be granted, and the grant will expire (this is happening on other projects due to this freeze).

Please let me know if you have any questions or need further clarification.

Thanks
Fawaz


Fawaz K. Saraf, P.E. | Bridge Engineer | FHWA, District of Columbia Division
1200 New Jersey Avenue, SE
East Building, Room E61-212
Washington, DC 20590
Phone: (202) 493-7034

---

**From:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>
**Sent:** Wednesday, March 12, 2025 4:23 PM
**To:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Cc:** Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Bartholomew, Thomas (DOEE) <thomas.bartholomew@dc.gov>
**Subject:** Extension for 3355A BENNING RD NE CHARGER - EVC-RAA

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Fawaz, Jim and Tammye,

Would it be possible to amend the grant agreement to give DOEE more time to complete the work?

Per the agreement between FHWA and DOEE, the charging station is to be operational by June 30, 2025.

The current status of the project is that Transco's contractor Prime Power Solution is working to obtain the required license and building permits from city agencies. They anticipate that customer construction will begin on or about April 8, 2025 and will last 3-4 weeks. Their work consists mainly of placing concrete pads for utility transformer and the charging stations, excavating and placing conduit between the transformer pad and the utility pole near the curb.

After the customer construction concludes, the utility construction begins. The utility work consists mainly of delivering and placing the transformer on the pad and placing and connecting wires from the feeder on the pole to the transformer via the buried conduit.

We were informed today by the utility Pepco that the utility construction work will take approximately 8 weeks. Assuming the utility construction begins on May 8th, it will not conclude until early July.

We have inquired with the utility about expediting their work but wanted to keep FHWA informed and begin a conversation about modifying the grant agreement to give us more time.

Thank you,

Al

Al Carr

Branch Chief

Clean Transportation & Infrastructure

Department of Energy & Environment

alfred.carr@dc.gov | 202 770-7405 (mobile)

---

**From:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>
**Sent:** Monday, March 3, 2025 12:36 PM
**To:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>; Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** RE: 3355A BENNING RD NE CHARGER - EVC-RAA; Meeting notes

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hello Al,

Thank you for the additional information. Will review and will let you know if additional clarifications are needed. Also, if you and/or Jordan already have access to Delphi, you may want to make sure that you log in at least once every 45 days otherwise you will lose access and will need to submit a new request for access. Let me know if you do not have access so I may submit a request.

Thanks
Fawaz

Fawaz K. Saraf, P.E. | Bridge Engineer | FHWA, District of Columbia Division
1200 New Jersey Avenue, SE
East Building, Room E61-212
Washington, DC 20590
Phone: (202) 493-7034

---

**From:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>
**Sent:** Friday, February 28, 2025 11:16 AM
**To:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>; Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** Re: 3355A BENNING RD NE CHARGER - EVC-RAA; Meeting notes

> **CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Fawaz,

FLO was selected to provide the charging equipment. They are aligned with Prime.

I believe some of the quotes were all inclusive - such as the Chargepoint quote.

Transco had difficulty finding vendors/teams willing to provide the make ready work.

Transco did reach out to electricians that are not listed on the spreadsheet because they chose not to bid.

Also, I am attaching the Categorical Exclusion.

Thanks,

Al


Al Carr

Branch Chief

Renewable Energy & Clean Transportation

Department of Energy & Environment

alfred.carr@dc.gov

202 770-7405 (mobile)

---

**From:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>
**Sent:** Friday, February 28, 2025 10:56 AM
**To:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>; Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** RE: 3355A BENNING RD NE CHARGER - EVC-RAA; Meeting notes

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Thanks for sharing Al. I did have a few questions on the spreadsheet:

- Prime's bid was for $187,500, Installation and make ready, who was selected for the furnishing the EV chargers?
- Were there any other bids / quotes for Make Ready, other than Prime?

Fawaz K. Saraf, P.E. | Bridge Engineer | FHWA, District of Columbia Division
1200 New Jersey Avenue, SE
East Building, Room E61-212
Washington, DC 20590
Phone: (202) 493-7034

---

**From:** Carr, Alfred (DOEE) <alfred.carr@dc.gov>
**Sent:** Friday, February 28, 2025 8:38 AM
**To:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>; Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** RE: 3355A BENNING RD NE CHARGER - EVC-RAA; Meeting notes

> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thank you.

Please see attached a summary of Transco's procurement activity to select vendors for the equipment and services.

Al

Al Carr
Branch Chief
Clean Transportation & Infrastructure
DC Department of Energy & Environment
alfred.carr@dc.gov | 202 770-7405 (mobile)

---

**From:** Saraf, Fawaz (FHWA) <fawaz.saraf@dot.gov>
**Sent:** Thursday, February 27, 2025 3:44 PM
**To:** Henderson, Jordan (DOEE) <jordan.henderson@dc.gov>; Carr, Alfred (DOEE) <alfred.carr@dc.gov>; Hoyle, Jim (FHWA) <jim.hoyle@dot.gov>; Davis, Tammye (FHWA) <Tammye.Davis@dot.gov>
**Subject:** 3355A BENNING RD NE CHARGER - EVC-RAA; Meeting notes

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

All,

Please find below notes from the meeting held earlier this afternoon in reference to the subject project:

- Teams meeting was attended by FHWA (Fawaz Saraf, Jim Hoyle, Tammye Davis) and DC Department of Energy (Alfred Carr, Jordan Henderson).
- DOE noted that a preconstruction meeting was held in mid-February 2025 and attended by contractor and utility company.
- Prime is the contractor procured by Transco (grant subrecipient) to prepare the site for the installation of the charging equipment and for the installation of the equipment. Equipment delivered by vendor to Prime.
- Transco solicited multiple bids for the work and Prime was selected.
- DOE noted that they may be submitting first invoice in the next 3 weeks (see attached Delphi eInvoicing Tips and Tricks document and vendor user reference guide). Vendor User reference guide is also attached. Please that recipients are permitted to submit reimbursements up to one (1) time per month (see tips and tricks document).
- DC DOE noted that NEPA and section 106 for the project have been completed.
- FHWA to provide Delphi reference / ID for the project and assist the DOE with any invoicing issue in Delphi.

Thanks
Fawaz

Fawaz K. Saraf, P.E. | Bridge Engineer | FHWA, District of Columbia Division
1200 New Jersey Avenue, SE
East Building, Room E61-212
Washington, DC 20590
Phone: (202) 493-7034

**From:** "Santalla, Sean (FHWA)" <sean.santalla@dot.gov>
**To:** Robert Hayzlett <Robert.Hayzlett@tn.gov>, "Murphy, Melanie (FHWA)" <melanie.murphy@dot.gov>, "Coleman, Zachary (FHWA)" <zachary.coleman@dot.gov>
**Cc:** "Kim Y. Brymer" <Kim.Y.Brymer@tn.gov>, Janice ShellingtonJenkins <Janice.ShellingtonJenkins@tn.gov>, Matthew Meservy <Matt.Meservy@tn.gov>
**Subject:** RE: Consultation on Proposed Mod 508, Bristol Clean Air Grouping with CRP Funds for Vehicle Electrification and Propane Conversions
**Date:** Tue, 18 Feb 2025 18:21:51 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Bob,

The only guidance that we have received regarding pauses of any Federal-aid highway formula funding program have been applied to the NEVI funding program. As of right now, we have not received guidance/direction regarding any suspension of the ability of States/MPOs to program and request authorization of CRP funds for eligible uses as defined in statute.

Thanks,

Sean Santalla, AICP
Program Development Team Leader
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5772

---

**From:** Robert Hayzlett <Robert.Hayzlett@tn.gov>
**Sent:** Tuesday, February 18, 2025 12:05 PM
**To:** Santalla, Sean (FHWA) <sean.santalla@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>; Coleman, Zachary (FHWA) <zachary.coleman@dot.gov>
**Cc:** Kim Y. Brymer <Kim.Y.Brymer@tn.gov>
**Subject:** Consultation on Proposed Mod 508, Bristol Clean Air Grouping with CRP Funds for Vehicle Electrification and Propane Conversions

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

I need to consult regarding the attached modification I received from the Bristol MPO today. Do the activities listed under comments on the TIP page run afoul of recent executive orders signed by the President? From the guidance I saw on federal grants it appeared that projects dealing with electric vehicles were off the table. If this is true I will have to decline the mod. Are propane conversions and other alternative fuel projects off the table?

Sincerely,



**Bob Hayzlett** | Transportation Program Supervisor
Planning Division

DOT-000073

James K. Polk Building, 6th Floor
505 Deaderick St., Nashville, TN 37243
p. 615-741-5321
robert.hayzlett@tn.gov
tn.gov/tdot

DOT-000074

**From:** "Murphy, Melanie (FHWA)" <melanie.murphy@dot.gov>
**To:** "Jim Kerr" <jkerr@murfreesborotn.gov>
**Cc:** "Erin Tucker" <etucker@murfreesborotn.gov>, "Santalla, Sean (FHWA)"
      <sean.santalla@dot.gov>
**Subject:** RE: Frozen Federal funding
**Date:** Tue, 28 Jan 2025 15:23:51 -0000
**Importance:** Normal

---

Hey Jim,

We are waiting on guidance on the implementation of this pause and any effect it may have on our programs. We'll share anything as soon as we have it.

Thanks,

**Melanie Murphy, AICP** | Transportation Planning Specialist
Federal Highway Administration–TN Division
404 BNA Drive, Suite 508
Nashville, TN 37217
O: 615-781-5767 | C: 615-476-1302
Melanie.Murphy@dot.gov

---

**From:** Jim Kerr <jkerr@murfreesborotn.gov>
**Sent:** Tuesday, January 28, 2025 9:07 AM
**To:** Santalla, Sean (FHWA) <sean.santalla@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Erin Tucker <etucker@murfreesborotn.gov>
**Subject:** FW: Frozen Federal funding
**Importance:** High

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sean/Melanie,

Enclosed an article regarding the temporary pause on federal obligation or reimbursement, do you guys have an understanding of which programs this actually affects, you help is much appreciated.

Best,

*Jim Kerr*
Transportation Director
City of Murfreesboro
P.O. Box 1139
Murfreesboro, TN  37133-1139
Office:  (615) 893-6441
Fax:  (615) 849-2606
Email:jkerr@murfreesborotn.gov

**From:** Erin Tucker <etucker@murfreesborotn.gov>
**Sent:** Tuesday, January 28, 2025 8:51 AM
**To:** Amanda DeRosia <aderosia@murfreesborotn.gov>; Jim Kerr <jkerr@murfreesborotn.gov>; Robert Holtz <rholtz@murfreesborotn.gov>; Jessica Cline <jcline@murfreesborotn.gov>
**Cc:** Darren Gore <dgore@murfreesborotn.gov>; Sam Huddleston <shuddleston@murfreesborotn.gov>; Lesley Short <lshort@murfreesborotn.gov>
**Subject:** Frozen Federal funding
**Importance:** High

Good morning, please see the attached article regarding frozen federal funding. We can try to make draws today - my understanding is that this goes into effect at 5 pm today. Not sure if the requests are automated and will be remitted back to us if we get the request in by that deadline.

Jim, do you have any contacts that you can reach out to regarding this?

https://www.cnn.com/2025/01/27/politics/white-house-pauses-federal-grants-loan-disbursement/index.html

Thanks!

Erin E. Tucker, CPA, CMFO
Chief Financial Officer
(City Recorder/Treasurer)
etucker@murfreesborotn.gov
Office: 615-849-2629 Ext. 1107
Fax: 615-849-2679

**From:** Emily Beckham <EBeckham@nctcog.org>
**To:** "Tarpgaard, Sarah (FHWA)" <Sarah.Tarpgaard@dot.gov>, Aurelia Witt <AWitt@nctcog.org>, Lori Clark <LClark@nctcog.org>
**Cc:** "Fauver, Kirk (FHWA)" <Kirk.Fauver@dot.gov>, "Murray, Mary (FHWA)" <mary.murray@dot.gov>, "Speaks, Vincent (FHWA)" <vincent.speaks@dot.gov>
**Subject:** RE: Hold Lifted: Funding Amendment #1 to CFI community grant 693JJ32540004 - NCT COG
**Date:** Mon, 24 Mar 2025 16:07:59 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image003.png

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sarah,
Acknowledging receipt.  We will follow up if there are any questions.



EMILY BECKHAM, CGMS  PROGRAM MANAGER & TITLE VI/ADA COORDINATOR
TRANSPORTATION // LEGAL SERVICES
EBECKHAM@NCTCOG.ORG  // O: (817) 608-2308 C: (940) 224-7554
616 SIX FLAGS DR., ARLINGTON, TX 76011

WWW.NCTCOG.ORG // @NCTCOGTRANS

---

**From:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Sent:** Monday, March 24, 2025 10:48 AM
**To:** Aurelia Witt <AWitt@nctcog.org>; Lori Clark <LClark@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Cc:** Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** Hold Lifted: Funding Amendment #1 to CFI community grant 693JJ32540004 - NCT COG

NCT COG:

This email is to notify you that the "hold" on the attached fully executed Amdt 1 is now lifted. The attached fully executed Amdt 1 obligated funds which are now obligated and available for your use on the project Phase 2 in accordance with the award. The Amdt 1 effective date is the date I signed (1/17) and as such the recipient may invoice for costs incurred against the obligated funding retroactive to 1/17/2025.

Please acknowledge receipt, and let me know of any questions.


*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience.  Please take a moment to complete our brief customer survey available* <mark>here</mark>*. Your response is anonymous and will help us assess the quality of our support to your program*

**From:** Tarpgaard, Sarah (FHWA)
**Sent:** Tuesday, January 28, 2025 4:41 PM
**To:** Aurelia Witt <AWitt@nctcog.org>; Lori Clark <LClark@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Cc:** Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** On Hold: Funding Amendment to CFI community grant to NCT COG
**Importance:** High

NCT COG:

The attached executed Amdt 1 is ON HOLD. Please do not expend costs against the attached funding obligation effective immediately. The FHWA has identified a problem with the attached signed action and is researching a resolution. I will follow up tomorrow with further guidance, and thank you for your patience. It's probable the attached signed action will be pulled back/canceled. (Note: the other Amdt to your EVC RAA grant was obligated successfully and is not covered by this email.)

Please confirm receipt.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience.  Please take a moment to complete our brief customer survey available* <mark>here</mark>*. Your response is anonymous and will help us assess the quality of our support to your program*

**From:** Aurelia Witt <AWitt@nctcog.org>
**Sent:** Thursday, January 23, 2025 8:06 AM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Lori Clark <LClark@nctcog.org>
**Cc:** Emily Beckham <EBeckham@nctcog.org>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** RE: For Recipient Signature: Funding Amendments - CFI and EVC-RAA awards to NCT COG

Some people who received this message don't often get email from awitt@nctcog.org. Learn why this is important
**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

Please find attached the signed funding amendments.

Thank You!
**Aurelia Witt**
Contracts and Risk Specialist
North Central Texas Council of Governments

**From:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Sent:** Friday, January 17, 2025 11:48 AM

**To:** Lori Clark <LClark@nctcog.org>
**Cc:** Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** For Recipient Signature: Funding Amendments - CFI and EVC-RAA awards to NCT COG
**Importance:** High

Lori,

Please have the attached two funding amendments counter-SIGNED, and return to me. I've already signed them.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience.  Please take a moment to complete our brief customer survey available* <mark>here</mark>*. Your response is anonymous and will help us assess the quality of our support to your program*

---

**From:** Lori Clark <LClark@nctcog.org>
**Sent:** Thursday, January 16, 2025 4:56 PM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>
**Cc:** Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Subject:** Checking in on CFI Community and EVC-RAA Amendments

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hey Sarah & Kirk,

I wanted to check in on our amendments to the CFI Community and EVC-RAA awards.  I believe Sarah was planning on sending them by COB Tuesday and we haven't seen them yet, so I wanted to make sure that they aren't lost in an internet ether somewhere.  If we get them today or early tomorrow we can probably still turn around counter-signature by end of this week.

Thanks!
Lori
--------------------------------------------------
Lori Pampell Clark (she/her)
lclark@nctcog.org      817-695-9232
Senior Program Manager, Clean Fleet & Energy Programs, Transportation Department
North Central Texas Council of Governments (NCTCOG) www.nctcog.org
@nctcogtrans NCTCOG Transportation: Overview | LinkedIn
DFW Clean Cities Director www.dfwcleancities.org
DFW Clean Cities on LinkedIn: www.linkedin.com/showcase/dfwcleancities/

**From:** "Murphy, Melanie (FHWA)" <melanie.murphy@dot.gov>
**To:** "Kim Y. Brymer" <Kim.Y.Brymer@tn.gov>
**Cc:** "Brian Terrell" <Brian.Terrell@tn.gov>, "Robert Hayzlett" <Robert.Hayzlett@tn.gov>, "Daniel Rose" <Daniel.Rose@tn.gov>, "Jason Carney" <Jason.Carney@tn.gov>, "Jeremy Beeman" <Jeremy.Beeman@tn.gov>, "John Kahle" <John.Kahle@tn.gov>, "Ronnie Porter" <Ronnie.Porter@tn.gov>, "Taylor Lee" <tlee@gnrc.org>, "Jon Storey" <Jon.Storey@tn.gov>, "Stacy Morrison" <Stacy.Morrison@tn.gov>, "TDOT.Env NEPA" <TDOT.Env.NEPA@tn.gov>, "TDOT.Env AirNoise" <TDOT.Env.AirNoise@tn.gov>, "Matt Meservy" <Matt.Meservy@tn.gov>, "Simchah Edwards" <Simchah.Edwards@tn.gov>, "Janice ShellingtonJenkins" <Janice.ShellingtonJenkins@tn.gov>, "Ann Marie Anway" <AnnMarie.Anway@tn.gov>, "Jason McCoy" <Jason.McCoy@tn.gov>, "Coleman, Zachary (FHWA)" <zachary.coleman@dot.gov>, "Santalla, Sean (FHWA)" <sean.santalla@dot.gov>, "Hambrecht, Angelia (FHWA)" <angelia.hambrecht@dot.gov>, "Ramirez, Andres (FTA)" <andres.ramirez@dot.gov>
**Subject:** RE: MPO Amend 190 2025-17-184 Nash
**Date:** Fri, 28 Feb 2025 22:14:06 -0000
**Importance:** Normal
**Attachments:** STIP_Amendment_190.pdf; MPO_Amend_190_2025-17-184_Nash.pdf
**Inline-Images:** image001.png

---

Kim,

Thank you for the opportunity to review Amendment 190 to the FY 2023-2026 STIP. Please see FHWA approval of the amendment request attached.

**Melanie Murphy, AICP** | Transportation Planning Specialist
Federal Highway Administration–TN Division
404 BNA Drive, Suite 508
Nashville, TN 37217
O: 615-781-5767 | C: 615-476-1302
Melanie.Murphy@dot.gov

---

**From:** Kim Y. Brymer <Kim.Y.Brymer@tn.gov>
**Sent:** Tuesday, February 18, 2025 3:48 PM
**To:** Santalla, Sean (FHWA) <sean.santalla@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>; Coleman, Zachary (FHWA) <zachary.coleman@dot.gov>
**Cc:** Brian Terrell <Brian.Terrell@tn.gov>; Robert Hayzlett <Robert.Hayzlett@tn.gov>; Daniel Rose <Daniel.Rose@tn.gov>; Jason Carney <Jason.Carney@tn.gov>; Jeremy Beeman <Jeremy.Beeman@tn.gov>; John Kahle <John.Kahle@tn.gov>; Ronnie Porter <Ronnie.Porter@tn.gov>; Taylor Lee <tlee@gnrc.org>; Jon Storey <Jon.Storey@tn.gov>; Stacy Morrison <Stacy.Morrison@tn.gov>; TDOT.Env NEPA <TDOT.Env.NEPA@tn.gov>; TDOT.Env AirNoise <TDOT.Env.AirNoise@tn.gov>; Matt Meservy <Matt.Meservy@tn.gov>; Simchah Edwards <Simchah.Edwards@tn.gov>; Janice ShellingtonJenkins <Janice.ShellingtonJenkins@tn.gov>; Ann Marie Anway <AnnMarie.Anway@tn.gov>; Jason McCoy <Jason.McCoy@tn.gov>
**Subject:** MPO Amend 190 2025-17-184 Nash

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sean,

**NSH - Nashville MPO**
Amendment 190 for NSH MPO Project 2025-17-184  (TDOT PIN N/A )

Project Status changed from Draft to Current

Comments: Amendment 190: The amendment adds a new project to the FYs 2023-2026 eSTIP.  $2,940,720 of CFI federal funds was programmed.  The total project cost is $5,867,600.  The financial tables include modifications; 494, 496, 497, 499, and 500, and amendments 189, 190, and 191.

Sincerely,

Kim



**Kim Y. Brymer** | Trans Monitor 2
Program Development, Planning Division
James K. Polk Bldg., 9th Floor
505 Deaderick St., Nashville, TN 37243
p. 615-532-6083
kim.y.brymer@tn.gov

DOT-000081

**NEW**

## TIP Project Report
2/7/2025

| **Last Revision** | **Revision Date** | | |
|---|---|---|---|
| Amend 190 | 02/7/2024 | | |
| **TIP ID** | **PIN #** | **Length in Miles** | **Lead Agency** |
| NSH 2025-17-184 | | | Metro Nashville |
| **State** | **County** | | |
| TN | Davidson | | |
| **State Route** | **Total Project Cost** | | |
| | $5,867,600 | | |

**Project Name**

Electrify Nashville

**Termini**

**Project Description**

The Electrify Music City Project will significantly increase the amount of charging infrastructure in the Nashville area to equitably meet the goals of the community and future demand for EVCI. In doing so, project costs will include efforts in planning and development, potential ROW acquisition, installation, operations and maintenance, and educational activities

| **Long Range Plan #** | **Conformity Status** |
|---|---|
| Congestion Mitigation | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2025 | PE-N/PE-D/ROW/CONST | CFI | $2,858,700 | $2,286,960 | $0 | $571,740 |
| 2026 | OPERATIONS | CFI | $817,200 | $653,760 | $0 | $163,440 |
| **Total** | | | **$3,675,900** | **$2,940,720** | **$0** | **$735,180** |

Comments:

- Amendment 190: This amendment adds the project to the FYs 2023-2026 eSTIP with $2,940,720 programmed federal Charging and Fueling Infrastructure (CFI) funds.
- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=1245



DOT-000082

## STATEWIDE TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.220, the Tennessee Department of Transportation hereby certifies that its statewide transportation planning process is addressing major issues facing the State, and is being carried out in accordance with the following requirements:

I       23 U.S.C. 134 and 135, 49 USC 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     Section 1101 (b) of the FAST-ACT (Pub. L 114-357) and 49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction projects.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In states containing nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.


Date:  July 23, 2024

Matt Meservy

Director, Planning Division

# RESOLUTION TPB-2025-01

## A RESOLUTION AMENDING THE TRANSPORTATION IMPROVEMENT PROGRAM FOR FEDERAL FISCAL YEARS 2023 THROUGH 2026

**WHEREAS**, the Nashville Area Metropolitan Planning Organization (MPO) is responsible for the development and adoption of a Transportation Improvement Program (TIP) for the metropolitan planning area in cooperation with the state, local governments, and public transit operators; and

**WHEREAS**, on November 16, 2022, the MPO adopted the TIP for federal fiscal years 2023 through 2026 to advance projects contained within the MPO's Regional Transportation Plan; and

**WHEREAS**, the TIP consists of a fiscally constrained multi-year program of federally funded or regionally significant transportation services and improvement projects located within the Tennessee counties of Davidson, Maury, Robertson, Rutherford, Sumner, Williamson, and Wilson County; and

**WHEREAS,** the MPO's Public Participation Plan allows the public and interested stakeholders a period of no fewer than ten days to review proposed amendments to the TIP; and

**WHEREAS,** the following amendments have met all public noticing requirements, are consistent with the Regional Transportation Plan, and conform to the requirements of Title 23 Code of Federal Regulations Part 450.324.

**NOW, THEREFORE, BE IT RESOLVED** by the Transportation Policy Board of the Nashville Area MPO, that the Fiscal Years 2023 through 2026 TIP is amended as follows:

- Amend# 2025-001: Revise the termini for the East Division Street Widening in Mt. Juliet
- Amend# 2025-002: Add funds for Walton Ferry & Old Shackle Island Road Improvements Project in Hendersonville
- Amend# 2025-003: Add project for Electrify Nashville in Nashville
- Amend# 2025-004: Revise project termini for East Nashville Backbones in Nashville
- Amend# 2025-005: Replace funds for Florence Road Sidewalks in Smyrna
- Amend# 2025-006: Replace funds for Jefferson Pike Widening in LaVergne
- Amend# 2025-007: Replace funds for Lowry Street (US41/70S/SR-1) Improvements – Phase 2 in Smyrna
- Amend# 2025-008: Remove funds for Lock 4 Multiuse Trail in Gallatin
- Amend# 2025-009: Remove funds for Citywide Sidewalk Improvements – Phase 2 in Gallatin

**ADOPTED,** this 20th day of November 2024, the general welfare of the citizens of the Region requiring it.

APPROVED AS TO FORM AND LEGALITY:

APPROVED:

_____
Candi Henry, Chief Legal Counsel

_____
The Honorable Mike Callis, Chairperson

ATTEST:

_____
Michael Skipper, Board Secretary

## METROPOLITAN TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.336, the Nashville Area Metropolitan Planning Organization and the Tennessee Department of Transportation hereby certify that the metropolitan transportation planning process is addressing major issues facing the Nashville-Davidson, TN and Murfreesboro, TN urbanized areas, and is being carried out in accordance with the following requirements:

I.      23 U.S.C. 134 and 135, 49 U.S.C. 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction contracts.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

_____ _____          Date: 12/1 7/24 ___ _____ _____

**The Honorable Mike Callis**
**Chair, Transportation Policy Board**
**Nashville Area Metropolitan Planning Organization**

_____          Date: _____12/1 7/24_____

**Matt Meservy  Director, TDOT Long**
**Range Planning**

*ORIGINAL*    **Table 5.    Budgeted Revenue by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| **Total Amount Programmed** | **$512,759,387** | **$409,891,530** | **$462,047,745** | **$139,265,292** | **$1,523,963,954** |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | **$548,595,452** |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | **$107,916,729** |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | **$8,640,000** |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | **$3,080,000** |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | **$6,543,000** |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | **$24,577,739** |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | **$62,160,674** |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | **$22,950,000** |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | **$0** |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | **$387,501,238** |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | **$351,999,121** |

**Table 6.    Programmed Expenditures by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| **Total Amount Programmed** | **$512,759,387** | **$409,891,530** | **$462,047,745** | **$139,265,292** | **$1,523,963,954** |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | **$548,595,452** |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | **$107,916,729** |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | **$8,640,000** |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | **$3,080,000** |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | **$6,543,000** |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | **$24,577,739** |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | **$62,160,674** |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | **$22,950,000** |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | **$0** |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | **$387,501,238** |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | **$351,999,121** |

*REVISED*  **Table 5.   Budgeted Revenue by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

**Table 6.   Programmed Expenditures by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

*ORIGINAL*

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | $ 2,554,117 | $ 2,554,117 |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | $ 763,301 | $ 763,301 |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | $ 104,782 | $ 104,782 |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | $ 2,467,490 | $ 2,467,490 |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | *five year allocation* | | | $ 48,518 | $ 48,518 |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | $ 426,203 | $ 426,203 |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | $ 1,357,011 | $ 1,357,011 |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | $ 2,628,278 | $ 2,628,278 |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | $ 230,080 | | | $ 230,080 | $ 230,080 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Annual Growth 2%

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 30,033,171 | $ 103,085,181 | $ 40,607,034 | $ 20,933,589 | $ 194,658,975 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,449,913 | $ 14,756,853 | $ 3,929,454 | $ 2,530,816 | $ 23,667,036 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 154,466,731 | $ 74,368,331 | $ 57,207,813 | $ 60,189,670 | $ 60,189,670 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,866,052 | $ 1,540,711 | $ 91,401 | $ 90,331 | $ 90,331 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,294 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ - |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 194,658,975 | $ 50,737,094 | $ 9,452,577 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,667,036 | $ 89,891 | $ 440 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

DOT-000089

**REVISED**

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | *$ 2,554,117* | *$ 2,554,117* |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | *$ 763,301* | *$ 763,301* |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | *$ 104,782* | *$ 104,782* |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | *$ 2,467,490* | *$ 2,467,490* |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | *five year allocation* | | | *$ 48,518* | *$ 48,518* |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | *$ 426,203* | *$ 426,203* |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | *$ 1,357,011* | *$ 1,357,011* |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | *$ 2,628,278* | *$ 2,628,278* |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | $ 230,080 | | | *$ 230,080* | *$ 230,080* |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,165 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | | | | $ 2,286,960 | $ 653,760 | $ 2,940,720 | $ 2,940,720 |

| Annual Program Expenditures | | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | | $ 29,193,171 | $ 88,450,208 | $ 62,080,384 | $ 21,253,589 | $ 200,977,352 | |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | | $ 2,244,346 | $ 14,756,853 | $ 3,934,254 | $ 2,210,816 | $ 23,146,269 | |
| Surface Transportation Block Grant - Local STBG | | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | |
| State of Good Repair Program (FTA 5337) | | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 | |
| Bus and Bus Facilities Program (FTA 5339) | | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 | |
| Bus and Bus Facilities Program (FTA 5339-M) | | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 | |
| FTA Community Project Funding (FTA CPF) | | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | |
| Highway Improvement Program (U-HIP) | | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 | |
| Emergency Relief Program (ER) | | $ 484,381 | $ - | $ - | $ - | $ 484,381 | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 | |
| Coronavirus Response & Relief Supplemental Appropriations Act (U-CRRSAA) | | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | | $ - | $ - | $ - | $ - | $ - | |
| Charging and Fueling Infrastructure Grant Program (CFI) | | | | $ 2,286,960 | $ 653,760 | $ 2,940,720 | |

| Annual Cumulative Balance | | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* | |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | | $ 155,306,731 | $ 89,843,303 | $ 51,209,436 | $ 53,871,293 | $ 53,871,293 | |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | | $ 14,071,619 | $ 1,746,278 | $ 292,168 | $ 611,098 | $ 611,098 | |
| Surface Transportation Block Grant - Local STBG | | $ 913,247 | $ 0 | $ - | $ - | $ - | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | | $ - | $ - | $ - | $ - | $ - | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | | $ - | $ - | $ - | $ - | $ - | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | | $ 63,428,254 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | |
| State of Good Repair Program (FTA 5337) | | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) | |
| Bus and Bus Facilities Program (FTA 5339) | | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 | |
| Bus and Bus Facilities Program (FTA 5339-M) | | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 | |
| FTA Community Project Funding (FTA CPF) | | $ - | $ - | $ - | $ - | $ - | |
| Highway Improvement Program (U-HIP) | | $ 1,289,264 | $ - | $ - | $ - | $ - | |
| Emergency Relief Program (ER) | | $ - | $ - | $ - | $ - | $ - | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | | $ - | $ - | $ - | $ - | $ - | |
| Coronavirus Response & Relief Supplemental Appropriations Act (U-CRRSAA) | | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | | $ - | $ - | $ - | $ - | $ - | |
| Charging and Fueling Infrastructure Grant Program (CFI) | | | | $ - | $ - | $ - | |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | | Revenue | Programmed | Reserved | Balance | | |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | | $ 254,848,645 | $ 200,977,352 | $ 50,737,094 | $ 3,134,200 | | |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | | $ 23,757,368 | $ 23,146,269 | $ 89,891 | $ 521,207 | | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - | | |



**U.S. Department of Transportation**

**Federal Highway Administration**

**Tennessee Division**

February 28, 2025

404 BNA Drive, Suite 508
Nashville, Tennessee 37217
Phone (615) 781-5770

In Reply Refer To:
HPD-TN

Mr. Brian Terrell
Transportation Manager 1
Tennessee Department of Transportation
James K. Polk Building, Suite 600
Nashville, TN 37243

Subject: Statewide Transportation Improvement Program Amendment #190

Dear Mr. Terrell:

The Federal Highway Administration (FHWA) has reviewed your electronic submittal of the February 18, 2025, request of concurrence with Amendment #190 to the Statewide Transportation Improvement Program (STIP), adopted by the Nashville MPO Transportation Policy Board on November 20, 2024. The FHWA concurs with the project changes to the FY 2023-2026 STIP as listed below:

| TIP Number | Project Description | Action |
|---|---|---|
| NSH 2025-17-184 | Electrify Nashville | Add project |

If you have any questions regarding this concurrence, please contact me at (615) 781-5767 or Melanie.Murphy@dot.gov.

Sincerely,

MELANIE
ALISHA
MURPHY

Digitally signed by MELANIE ALISHA MURPHY
Date: 2025.02.28 15:39:45 -06'00'

Melanie Murphy, AICP
Transportation Planning Specialist

cc: Mr. Sean Santalla, Program Development Team Leader, FHWA TN Division
    Mr. Andres Ramirez, Community Planner, FTA Region IV
    Mr. Ronnie Porter, Director of Program Operations, TDOT
    Mr. Matt Meservy, Director of Planning, TDOT
    Mr. Robert Hayzlett, Transportation Program Supervisor, TDOT

**From:** CFIAwardees <CFIAwardees@dot.gov>
**To:** "Hopkins, Casey (NDOT)" <Casey.Hopkins@nashville.gov>,
"kendra.abkowitz@nashville.gov" <kendra.abkowitz@nashville.gov>,
"jennifer.westerholm@nashville.gov" <jennifer.westerholm@nashville.gov>
**Subject:** FW: CFI: Notice of Selection for CFI Grant Award
**Date:** Tue, 10 Sep 2024 18:31:16 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.jpg

---

Hello,

Hope all is well. Just wanted to re-send the award letter for the Metropolitan Government of Nashville-Davidson County's CFI Round 1B grant. If you could please confirm your points of contact for the award, that would be much appreciated. Finally, please let us know if you have any questions before tomorrow's Welcome webinar.

All the best,

 **CFI Discretionary Grants Program Team**
U.S. DOT | FHWA
Office of Natural Environment
CFIgrants@dot.gov
https://www.fhwa.dot.gov/environment/cfi/

---

**From:** CFIAwardees <CFIAwardees@dot.gov>
**Sent:** Thursday, August 29, 2024 3:28 PM
**To:** Patel, Neelam (FHWA) <neelam.patel@dot.gov>; Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Cc:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Subject:** CFI: Notice of Selection for CFI Grant Award

Applicant Name: Metropolitan Government of Nashville-Davidson County
Application Title: Electrify MUSIC City: Municipality Upgrades for Stations and Integrated Charging
Federal Funding: $4,694,080

Dear Selected CFI Applicant,

**Congratulations!** The U.S. Department of Transportation (USDOT) selected your application to receive a grant award under the Charging and Fueling Infrastructure (CFI) Discretionary Grant Program.

Your selected application was originally submitted in response to the FY 2022/2023 CFI Round 1 NOFO (693JJ323NF00004) issued March 14, 2023, and has been selected under the reserved funding made available for additional awards under the CFI Round 2 NOFO. By email to USDOT, you indicated your request to be reconsidered for award under the reserved funding. Your project has been selected for award under the reserved funding and you are considered a "Round 1B" CFI awardee.

The list of 51 selected Round 1B applications is available online at: https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/. Please check the list of selected applications to ensure your application information is displayed correctly. Some projects have been selected by USDOT to receive a reduced funding amount that is less than the requested Federal share. In such cases, the project scope will be scaled accordingly in the respective grant awards.

This email is not authorization to begin work, and it does not guarantee Federal funding. For each selected project, USDOT and the selected applicant organization must establish and execute a signed, mutually agreed upon grant agreement prior to the disbursement of award funds. No costs incurred before USDOT signs and executes the grant agreement will be reimbursed.

**Next Steps**: The Federal Highway Administration (FHWA) is responsible for establishing and executing the CFI grant agreements with the selected applicants. You can expect to hear from your designated FHWA Point of Contact (POC) in the near future. Your designated FHWA POC will be an employee of the FHWA Division Office based in your State or the FHWA Office of Tribal Transportation. In the meantime, if you have questions about next steps, please direct them to FHWA using the email CFIAwardees@dot.gov.

**Request for Applicant Points of Contact:** Please reply to this email to confirm receipt and provide your organization's point(s) of contact for FHWA's use in the CFI grant award process.

**Welcome Webinars:** You are invited to attend the following Zoom webinars. The webinars will cover the process for executing grant agreements. The webinars will be recorded for those unable to attend. The intended audience includes the CFI selected recipients' primary POCs and the FHWA POCs.  If additional people from your office should be included, please share with the appropriate people.
- CFI Round 1B Welcome Webinar One
  - Wednesday, September 11, 2024, 2:00 – 3:00pm Eastern
  - https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon; Meeting ID: 160 406 0503; Passcode: 910522
- CFI Round 1B Welcome Webinar Two
  - Thursday, September 19, 2024, 1:00-2:30pm Eastern
  - https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon; Meeting ID: 160 756 3076; Passcode: 594740

**CFI Grant Administration Documents:** In the near future, FHWA will provide a CFI Grant Agreement Template for the recipient to complete in preparation for the award. The template will be discussed at the webinars listed above, and FHWAs POC will coordinate with recipients to complete their agreement template. Recipients are encouraged to review the grant terms and conditions, and grant exhibits, which are incorporated into all CFI grants by reference. The CFI General Terms and Conditions and the CFI Exhibits can be accessed on the CFI website at the bottom of the Grant Resources page.  You are also encouraged to review the CFI FY 2022 and 2023 Round 1 NOFO and Round 1 Question and Answer document.  These documents and other resources can be found using the links on the CFI Round 1 FY 2022 and 2023 Resources page.

**Statewide Transportation Improvement Program (STIP):** All CFI projects are considered to be construction projects under Title 23 United States Code (U.S.C.). Accordingly, all CFI projects are subject to the requirement to be included in an approved STIP applicable to the project. CFI recipients are strongly encouraged to work with their FHWA Division Office and State DOT to ensure the CFI project is consistent with the existing STIP or begin the STIP submittal process as soon as possible. FHWA is unable to execute a CFI grant until the project is included in an approved STIP.  For more information on STIP requirements in your State, please contact your local FHWA Division Office and/or State DOT.

**In Closing:** We ask for your patience as we work diligently toward executing grant agreements so your important work may begin. The timeline for awarding new grants vary from project to project, and may take months to process and complete.

It's exciting to see so many communities on the path to accelerating an electrified and alternative fuel transportation system that is convenient, affordable, reliable, equitable, accessible, and safe. The whole CFI Grants Program team is passionate about helping you succeed. Thank you for your commitment to electric vehicle charging and alternative fueling infrastructure. If you have questions, please direct them to FHWA using the email CFIAwardees@dot.gov.

Once again, congratulations!



| | |
|---|---|
|  | **Neelam R. Patel** <br> (she/her) <br><br> U.S. DOT \| FHWA <br> Office of Natural Environment <br> Sustainable Transportation and Resilience Team <br><br> Neelam.Patel@dot.gov <br> https://www.fhwa.dot.gov/environment/sustainability/ |

**From:** CFIAwardees <CFIAwardees@dot.gov>
**To:** "Westerholm, Jennifer (General Services)" <Jennifer.Westerholm@nashville.gov>,
CFIAwardees <CFIAwardees@dot.gov>, "Hopkins, Casey (NDOT)"
<Casey.Hopkins@nashville.gov>, "Abkowitz, Kendra (Mayor's Office)"
<Kendra.Abkowitz@nashville.gov>
**Cc:** "Frinell, Karin M (General Services)" <Karin.Frinell@nashville.gov>, "Elsaghir, Ava
(General Services)" <Ava.Elsaghir@nashville.gov>
**Subject:** RE: CFI: Notice of Selection for CFI Grant Award
**Date:** Tue, 10 Sep 2024 19:40:23 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.jpg

---

Great, thanks for providing that information.

---

**From:** Westerholm, Jennifer (General Services) <Jennifer.Westerholm@nashville.gov>
**Sent:** Tuesday, September 10, 2024 3:32 PM
**To:** CFIAwardees <CFIAwardees@dot.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Abkowitz, Kendra
(Mayor's Office) <Kendra.Abkowitz@nashville.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Elsaghir, Ava (General Services)
<Ava.Elsaghir@nashville.gov>
**Subject:** RE: CFI: Notice of Selection for CFI Grant Award

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

Hello, thank you for reaching out.

For our part, please include the following individuals on grant related communications:

Jennifer Westerholm jennifer.westerholm@nashville.gov
Ava Elsaghir ava.elsaghir@nashville.gov
Karin Frinnell karin.frinell@nashville.gov

Thank you!

---

**From:** CFIAwardees <CFIAwardees@dot.gov>
**Sent:** Tuesday, September 10, 2024 1:31 PM
**To:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Abkowitz, Kendra (Mayor's Office)
<Kendra.Abkowitz@nashville.gov>; Westerholm, Jennifer (General Services) <Jennifer.Westerholm@nashville.gov>
**Subject:** FW: CFI: Notice of Selection for CFI Grant Award

Some people who received this message don't often get email from cfiawardees@dot.gov. Learn why this is important
**Attention:** This email originated from a source external to Metro Government. Please exercise caution when
opening any attachments or links from external sources.

Hello,

Hope all is well. Just wanted to re-send the award letter for the Metropolitan Government of Nashville-
Davidson County's CFI Round 1B grant. If you could please confirm your points of contact for the

award, that would be much appreciated. Finally, please let us know if you have any questions before tomorrow's Welcome webinar.

All the best,

 **CFI Discretionary Grants Program Team**
U.S. DOT | FHWA
Office of Natural Environment
CFIgrants@dot.gov
https://www.fhwa.dot.gov/environment/cfi/

**From:** CFIAwardees <CFIAwardees@dot.gov>
**Sent:** Thursday, August 29, 2024 3:28 PM
**To:** Patel, Neelam (FHWA) <neelam.patel@dot.gov>; Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Cc:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Subject:** CFI: Notice of Selection for CFI Grant Award

Applicant Name: Metropolitan Government of Nashville-Davidson County
Application Title: Electrify MUSIC City: Municipality Upgrades for Stations and Integrated Charging
Federal Funding: $4,694,080

Dear Selected CFI Applicant,

**Congratulations!** The U.S. Department of Transportation (USDOT) selected your application to receive a grant award under the Charging and Fueling Infrastructure (CFI) Discretionary Grant Program.

Your selected application was originally submitted in response to the FY 2022/2023 CFI Round 1 NOFO (693JJ323NF00004) issued March 14, 2023, and has been selected under the reserved funding made available for additional awards under the CFI Round 2 NOFO. By email to USDOT, you indicated your request to be reconsidered for award under the reserved funding. Your project has been selected for award under the reserved funding and you are considered a "Round 1B" CFI awardee.

The list of 51 selected Round 1B applications is available online at: https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/. Please check the list of selected applications to ensure your application information is displayed correctly. Some projects have been selected by USDOT to receive a reduced funding amount that is less than the requested Federal share. In such cases, the project scope will be scaled accordingly in the respective grant awards.

This email is not authorization to begin work, and it does not guarantee Federal funding. For each selected project, USDOT and the selected applicant organization must establish and execute a signed, mutually agreed upon grant agreement prior to the disbursement of award funds. No costs incurred before USDOT signs and executes the grant agreement will be reimbursed.

**Next Steps**: The Federal Highway Administration (FHWA) is responsible for establishing and executing the CFI grant agreements with the selected applicants. You can expect to hear from your designated FHWA Point of Contact (POC) in the near future. Your designated FHWA POC will be an employee of the FHWA Division Office based in your State or the FHWA Office of Tribal

Transportation. In the meantime, if you have questions about next steps, please direct them to FHWA using the email CFIAwardees@dot.gov.

**Request for Applicant Points of Contact:** Please reply to this email to confirm receipt and provide your organization's point(s) of contact for FHWA's use in the CFI grant award process.

**Welcome Webinars:** You are invited to attend the following Zoom webinars. The webinars will cover the process for executing grant agreements. The webinars will be recorded for those unable to attend. The intended audience includes the CFI selected recipients' primary POCs and the FHWA POCs.  If additional people from your office should be included, please share with the appropriate people.
- CFI Round 1B Welcome Webinar One
- Wednesday, September 11, 2024, 2:00 – 3:00pm Eastern
  - https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon; Meeting ID: 160 406 0503; Passcode: 910522
- CFI Round 1B Welcome Webinar Two
- Thursday, September 19, 2024, 1:00-2:30pm Eastern
  - https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon; Meeting ID: 160 756 3076; Passcode: 594740

**CFI Grant Administration Documents:** In the near future, FHWA will provide a CFI Grant Agreement Template for the recipient to complete in preparation for the award. The template will be discussed at the webinars listed above, and FHWAs POC will coordinate with recipients to complete their agreement template. Recipients are encouraged to review the grant terms and conditions, and grant exhibits, which are incorporated into all CFI grants by reference. The CFI General Terms and Conditions and the CFI Exhibits can be accessed on the CFI website at the bottom of the Grant Resources page.  You are also encouraged to review the CFI FY 2022 and 2023 Round 1 NOFO and Round 1 Question and Answer document.  These documents and other resources can be found using the links on the CFI Round 1 FY 2022 and 2023 Resources page.

**Statewide Transportation Improvement Program (STIP):** All CFI projects are considered to be construction projects under Title 23 United States Code (U.S.C.). Accordingly, all CFI projects are subject to the requirement to be included in an approved STIP applicable to the project. CFI recipients are strongly encouraged to work with their FHWA Division Office and State DOT to ensure the CFI project is consistent with the existing STIP or begin the STIP submittal process as soon as possible. FHWA is unable to execute a CFI grant until the project is included in an approved STIP.  For more information on STIP requirements in your State, please contact your local FHWA Division Office and/or State DOT.

**In Closing:** We ask for your patience as we work diligently toward executing grant agreements so your important work may begin. The timeline for awarding new grants vary from project to project, and may take months to process and complete.

It's exciting to see so many communities on the path to accelerating an electrified and alternative fuel transportation system that is convenient, affordable, reliable, equitable, accessible, and safe. The whole CFI Grants Program team is passionate about helping you succeed. Thank you for your commitment to electric vehicle charging and alternative fueling infrastructure. If you have questions, please direct them to FHWA using the email CFIAwardees@dot.gov.

Once again, congratulations!



**Neelam R. Patel**
(she/her)

U.S. DOT | FHWA
Office of Natural Environment
Sustainable Transportation and Resilience
Team

Neelam.Patel@dot.gov
https://www.fhwa.dot.gov/environment/sustainability/

**From:** "Santalla, Sean (FHWA)" <sean.santalla@dot.gov>
**To:** Micah Bray <mbray@bristoltn.org>, "Coleman, Zachary (FHWA)" <zachary.coleman@dot.gov>, "Murphy, Melanie (FHWA)" <melanie.murphy@dot.gov>
**Cc:** Matthew Meservy <Matt.Meservy@tn.gov>
**Subject:** RE: Pause on Federal Grants
**Date:** Tue, 28 Jan 2025 14:26:30 +0000
**Importance:** Normal

---

Morning Micah,

We're waiting on guidance on the implementation of this pause and any effect it may have on our programs. We'll share anything as soon as we have it.

Thanks,

Sean Santalla, AICP
Program Development Team Leader
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5772

---

**From:** Micah Bray <mbray@bristoltn.org>
**Sent:** Tuesday, January 28, 2025 7:42 AM
**To:** Santalla, Sean (FHWA) <sean.santalla@dot.gov>; Coleman, Zachary (FHWA) <zachary.coleman@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Subject:** FW: Pause on Federal Grants
**Importance:** High

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning to you all,

Forwarding this on to you all in case you can advise as well.

Best,
Micah

**Micah Bray**
Transportation Planning Manager
Bristol TN/VA Metropolitan Planning Organization
(423) 989-5519 | mbray@bristoltn.org
104 8th Street, Bristol, TN 37620

---

**From:** Micah Bray
**Sent:** Tuesday, January 28, 2025 8:10 AM
**To:** Matt Meservy <Matt.Meservy@tn.gov>
**Subject:** Pause on Federal Grants
**Importance:** High

Good morning Matt,

I know you are all probably sitting down this morning to sort this out yourselves, but can you please advise how to proceed with activities funded by the UPWP, if they are even to proceed at all during this pause? Will we be able to reimburse these activities during the pause? And does TDOT already have the disbursements from FHWA to reimburse last quarter's activities?

White House pauses all federal grants, sparking confusion - The Washington Post
Read the Memo Pausing Federal Grants and Loans - The New York Times

Best,
Micah

**Micah Bray**
Transportation Planning Manager
Bristol TN/VA Metropolitan Planning Organization
(423) 989-5519 | mbray@bristoltn.org
104 8th Street, Bristol, TN 37620

This e-mail is the property of the City of Bristol, TN and may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. The views and opinions expressed in this e-mail are those of the sender and are not necessarily those of the City of Bristol, TN.

**From:** "Tarpgaard, Sarah (FHWA)" <Sarah.Tarpgaard@dot.gov>
**To:** Lori Clark <LClark@nctcog.org>, Aurelia Witt <AWitt@nctcog.org>, "Emily Beckham" <EBeckham@nctcog.org>
**Cc:** "Fauver, Kirk (FHWA)" <Kirk.Fauver@dot.gov>, "Murray, Mary (FHWA)" <mary.murray@dot.gov>, "Price, Anna (FHWA)" <anna.price@dot.gov>, "Speaks, Vincent (FHWA)" <vincent.speaks@dot.gov>
**Subject:** Still On Hold: Funding Amendment to CFI community grant to NCT COG
**Date:** Wed, 29 Jan 2025 21:05:41 +0000
**Importance:** Normal

---

NCT COG:

The Funding Amdt 1 for your CFI Community grant remains on hold. I don't have any update unfortunately at this time. I anticipate providing further information by the end of next week on that funding amendment status. Thank you for your patience.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience. Please take a moment to complete our brief customer survey available here.*
*Your response is anonymous and will help us assess the quality of our support to your program*

---

**From:** Tarpgaard, Sarah (FHWA)
**Sent:** Tuesday, January 28, 2025 6:01 PM
**To:** Lori Clark <LClark@nctcog.org>; Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Cc:** Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** RE: On Hold: Funding Amendment to CFI community grant to NCT COG

Yes you may continue to incur costs on the original Phase 1 funding. This Hold covers only the Amdt 1 Phase 2 funding.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience. Please take a moment to complete our brief customer survey available here.*
*Your response is anonymous and will help us assess the quality of our support to your program*

**From:** Lori Clark <LClark@nctcog.org>
**Sent:** Tuesday, January 28, 2025 5:26 PM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Cc:** Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** RE: On Hold: Funding Amendment to CFI community grant to NCT COG

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sorry for another message, but when you provide additional guidance we'd like to understand if we can still incur costs on the original Phase 1 funding obligation.

---------------------------------------------------
Lori Pampell Clark (she/her)
lclark@nctcog.org     817-695-9232
Senior Program Manager, Clean Fleet & Energy Programs, Transportation Department
North Central Texas Council of Governments (NCTCOG) www.nctcog.org
@nctcogtrans NCTCOG Transportation: Overview | LinkedIn
DFW Clean Cities Director www.dfwcleancities.org
DFW Clean Cities on LinkedIn: www.linkedin.com/showcase/dfwcleancities/

**From:** Lori Clark
**Sent:** Tuesday, January 28, 2025 4:24 PM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <ebeckham@nctcog.org>
**Cc:** Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** RE: On Hold: Funding Amendment to CFI community grant to NCT COG

Received. We look forward to the additional guidance.

---------------------------------------------------
Lori Pampell Clark (she/her)
lclark@nctcog.org     817-695-9232
Senior Program Manager, Clean Fleet & Energy Programs, Transportation Department
North Central Texas Council of Governments (NCTCOG) www.nctcog.org
@nctcogtrans NCTCOG Transportation: Overview | LinkedIn
DFW Clean Cities Director www.dfwcleancities.org
DFW Clean Cities on LinkedIn: www.linkedin.com/showcase/dfwcleancities/

**From:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Sent:** Tuesday, January 28, 2025 3:41 PM
**To:** Aurelia Witt <AWitt@nctcog.org>; Lori Clark <LClark@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Cc:** Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** On Hold: Funding Amendment to CFI community grant to NCT COG
**Importance:** High

NCT COG:

The attached executed Amdt 1 is ON HOLD. Please do not expend costs against the attached funding obligation effective immediately. The FHWA has identified a problem with the attached signed action and is researching a resolution. I will follow up tomorrow with further guidance, and thank you for your patience. It's probable the attached signed action will be pulled back/canceled. (Note: the other Amdt to your EVC RAA grant was obligated successfully and is not covered by this email.)

Please confirm receipt.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225;* sarah.tarpgaard@dot.gov

*HCFA values your perspective on your recent acquisition experience.  Please take a moment to complete our brief customer survey available* here.
*Your response is anonymous and will help us assess the quality of our support to your program*

**From:** Aurelia Witt <AWitt@nctcog.org>
**Sent:** Thursday, January 23, 2025 8:06 AM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Lori Clark <LClark@nctcog.org>
**Cc:** Emily Beckham <EBeckham@nctcog.org>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** RE: For Recipient Signature: Funding Amendments - CFI and EVC-RAA awards to NCT COG

Some people who received this message don't often get email from awitt@nctcog.org. Learn why this is important
**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

Please find attached the signed funding amendments.

Thank You!
**Aurelia Witt**
Contracts and Risk Specialist
North Central Texas Council of Governments

**From:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Sent:** Friday, January 17, 2025 11:48 AM
**To:** Lori Clark <LClark@nctcog.org>
**Cc:** Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** For Recipient Signature: Funding Amendments - CFI and EVC-RAA awards to NCT COG
**Importance:** High

Lori,

Please have the attached two funding amendments counter-SIGNED, and return to me. I've already signed them.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225;* sarah.tarpgaard@dot.gov

*HCFA values your perspective on your recent acquisition experience.  Please take a moment to complete our brief customer survey available <mark>here</mark>. Your response is anonymous and will help us assess the quality of our support to your program*

---

**From:** Lori Clark <LClark@nctcog.org>
**Sent:** Thursday, January 16, 2025 4:56 PM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>
**Cc:** Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Subject:** Checking in on CFI Community and EVC-RAA Amendments

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hey Sarah & Kirk,

I wanted to check in on our amendments to the CFI Community and EVC-RAA awards.  I believe Sarah was planning on sending them by COB Tuesday and we haven't seen them yet, so I wanted to make sure that they aren't lost in an internet ether somewhere.  If we get them today or early tomorrow we can probably still turn around counter-signature by end of this week.

Thanks!
Lori
-------------------------------------------------
Lori Pampell Clark (she/her)
lclark@nctcog.org    817-695-9232
Senior Program Manager, Clean Fleet & Energy Programs, Transportation Department
North Central Texas Council of Governments (NCTCOG) www.nctcog.org
@nctcogtrans NCTCOG Transportation: Overview | LinkedIn
DFW Clean Cities Director www.dfwcleancities.org
DFW Clean Cities on LinkedIn: www.linkedin.com/showcase/dfwcleancities/