**To:** Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>; Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>
**Subject:** FW: Blurb for climate-related awards


Gavin,


Please see below based on our discussion on Tuesday. This is what we will be directing agencies to identify.  In talking to the team, they thought Monday is not doable because we are also still gathering information on the equity related awards and due to decentralized systems, the process of identifying awards with specific criteria is very manual. It actually requires opening up every single grant and reading the language.  This is also where I would put a plug in for us to better leverage AI and Machine learning to make tasks like this easier to accomplish.  While we have an AI Governance Board here at USDA, the use of it (at least in the Finance space) is extremely limited.  However, that is a discussion for another time.


We have identified a potential program in the Forest Service that we think can be a "win" due to its size. We will work on that for Monday COB and would ask for consideration of an extension on the larger Climate-related analysis with a due date of next Friday.


Thanks in advance!

---

**From:** Moaney, Lynn - OCFO-OCFO
**Sent:** Thursday, February 20, 2025 2:41 PM
**To:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** RE: Blurb for climate-related awards


Yes, I concur with your writeup below. I also added #5.  Also please include that we are looking at awards processed from July 1st – January 19th ( a little more than 180 days)

The spreadsheet that collects information on the awards should have a column that includes verbiage why this may not support farmers.  This will help with final decision making


Thanks

---

**From:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Sent:** Wednesday, February 19, 2025 5:22 PM
**To:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** Blurb for climate-related awards
**Importance:** High


Good afternoon Ms. Moaney,


Does the following blurb encapsulate what Gavin is looking for?

USDA agencies and sub-entities must identify and report any grants, cooperative agreements, or other similar arrangements (including mutual interest agreements), which fund climate-related activities which do not demonstrably directly or indirectly benefit farmers or producers. This may include awards that fund, for example:

1. Climate consulting services;
2. Climate modeling and other similar technology platforms or solutions; and,
3. The authoring of a report not anticipated to benefit farmers and producers;
4. Any other kinds of analysis, evaluation, or reporting.
5. Climate-friendly facilities/construction

The above list is not exhaustive but meant to be illustrative of the focus of this exercise. These awards will be evaluated to determine if termination is necessary.

---

Best regards,

Chelsea


Chelsea D. Cole, PMP
Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch

Office of the Chief Financial Officer


<image001.png>

1400 Independence Ave, SW Washington DC 20250




This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.
<Conservation of Natural Resources Secretarial Memo.docx>

Please see below based on our discussion on Tuesday. This is what we will be directing agencies to identify. In talking to the team, they thought Monday is not doable because we are also still gathering information on the equity related awards and due to decentralized systems, the process of identifying awards with specific criteria is very manual. It actually requires opening up every single grant and reading the language. This is also where I would put a plug in for us to better leverage AI and Machine learning to make tasks like this easier to accomplish. While we have an AI Governance Board here at USDA, the use of it (at least in the Finance space) is extremely limited. However, that is a discussion for another time.

We have identified a potential program in the Forest Service that we think can be a "win" due to its size. We will work on that for Monday COB and would ask for consideration of an extension on the larger Climate-related analysis with a due date of next Friday.

Thanks in advance!

---

**From:** Moaney, Lynn - OCFO-OCFO
**Sent:** Thursday, February 20, 2025 2:41 PM
**To:** Cole, Chelsea - OCFO-OCFO < Chelsea.Cole@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO < Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA < Lance.Raymond@usda.gov>
**Subject:** RE: Blurb for climate-related awards

Yes, I concur with your writeup below. I also added #5. Also please include that we are looking at awards processed from July 1 $^{st}$ – January 19th ( a little more than 180 days)

The spreadsheet that collects information on the awards should have a column that includes verbiage why this may not support farmers. This will help with final decision making

Thanks

---

**From:** Cole, Chelsea - OCFO-OCFO < Chelsea.Cole@usda.gov>
**Sent:** Wednesday, February 19, 2025 5:22 PM
**To:** Moaney, Lynn - OCFO-OCFO < lynn.moaney@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO < Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA < Lance.Raymond@usda.gov>
**Subject:** Blurb for climate-related awards
**Importance:** High

Good afternoon Ms. Moaney,

Does the following blurb encapsulate what Gavin is looking for?

---

USDA Agencies and staff offices must identify and report grants, cooperative agreements, and other similar arrangements (including mutual interest agreements), which fund climate-related activities which do not demonstrably directly or indirectly benefit farmers or producers. This may include awards that fund, for example:

1. Climate consulting services;
2. Climate modeling and other similar technology platforms or solutions; and,
3. The authoring of a report not anticipated to benefit farmers and producers;
4. Any other kinds of analysis, evaluation, or reporting.
5. Climate-friendly facilities/construction

The above list is not exhaustive but meant to be illustrative of the focus of this exercise. These awards will be evaluated to determine if termination is necessary.

---

Best regards,

Chelsea

USDA000104

Chelsea D. Cole, PMP
Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch

Office of the Chief Financial Officer

 U.S. DEPARTMENT OF AGRICULTURE

1400 Independence Ave, SW Washington DC 20250

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000105

Gavin

---

**From:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Sent:** Thursday, February 20, 2025 5:13 PM
**To:** Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>; Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>
**Subject:** FW: Blurb for climate-related awards

Gavin,

Please see below based on our discussion on Tuesday. This is what we will be directing agencies to identify.  In talking to the team, they thought Monday is not doable because we are also still gathering information on the equity related awards and due to decentralized systems, the process of identifying awards with specific criteria is very manual. It actually requires opening up every single grant and reading the language.  This is also where I would put a plug in for us to better leverage AI and Machine learning to make tasks like this easier to accomplish.  While we have an AI Governance Board here at USDA, the use of it (at least in the Finance space) is extremely limited.  However, that is a discussion for another time.

We have identified a potential program in the Forest Service that we think can be a "win" due to its size. We will work on that for Monday COB and would ask for consideration of an extension on the larger Climate-related analysis with a due date of next Friday.

Thanks in advance!

---

**From:** Moaney, Lynn - OCFO-OCFO
**Sent:** Thursday, February 20, 2025 2:41 PM
**To:** Cole, Chelsea - OCFO-OCFO < Chelsea.Cole@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA < Lance.Raymond@usda.gov>
**Subject:** RE: Blurb for climate-related awards

Yes, I concur with your writeup below. I also added #5.  Also please include that we are looking at awards processed from July 1 st – January 19th ( a little more than 180 days)

The spreadsheet that collects information on the awards should have a column that includes verbiage why this may not support farmers.  This will help with final decision making

Thanks

---

**From:** Cole, Chelsea - OCFO-OCFO < Chelsea.Cole@usda.gov>
**Sent:** Wednesday, February 19, 2025 5:22 PM
**To:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA < Lance.Raymond@usda.gov>
**Subject:** Blurb for climate-related awards
**Importance:** High

Good afternoon Ms. Moaney,

Does the following blurb encapsulate what Gavin is looking for?

---

USDA Agencies and staff offices must identify and report grants, cooperative agreements, and other similar arrangements (including mutual interest agreements);

USDA000106

which fund climate-related activities that do not demonstrably benefit farmers or producers may include, generally, for example:

1. Climate consulting services;
2. Climate modeling and other similar technology platforms or solutions; and,
3. The authoring of a report not anticipated to benefit farmers and producers;
4. Any other kinds of analysis, evaluation, or reporting.
5. Climate-friendly facilities/construction

The above list is not exhaustive but meant to be illustrative of the focus of this exercise. These awards will be evaluated to determine if termination is necessary.

---

Best regards,

Chelsea


Chelsea D. Cole, PMP
Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch

Office of the Chief Financial Officer

**USDA**
**U.S. DEPARTMENT OF AGRICULTURE**
1400 Independence Ave, SW Washington DC 20250

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION OF
DIVERSITY OFFICERS IN HIGHER
EDUCATION, *et al.*,

    *Plaintiffs*,

  v.

DONALD J. TRUMP, *et al.*,

    *Defendants*

Case No. 1:25-cv-00333-ABA

## PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, and upon consideration of the

Motion for a Temporary Restraining Order and/or Preliminary Injunction filed by

Plaintiffs National Association of Diversity Officers in Higher Education, the American

Association of University Professors, Restaurant Opportunities Centers United, and the

Mayor and City Council of Baltimore, Maryland (ECF No. 27) (the Motion),

Defendants memorandum in opposition to the Motion (ECF No. 35), Plaintiffs reply

brief (ECF No. 39), and the exhibits to those submissions, and having held a hearing on

the Motion on February 19, 2025, and for the reasons set forth in the accompanying

Memorandum Opinion, it is hereby ORDERED as follows:

    1.    The Motion is GRANTED IN PART and DENIED IN PART.

    2.    This Order addresses the following provisions in Exec. Order 14151,

*Ending Radical and Wasteful Government DEI Programs and Preferencing*, Executive

Order of January 20, 2025, 90 Fed. Reg. 8339 (Jan. 29, 2025) (the J20 Order), and

Exec. Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based*

1

USDA000108

*Opportunity*, Executive Order of January 21, 2025, 90 Fed. Reg. 8633 (Jan. 31, 2025)

( J21 Order ):

     J20 Order § 2(b)(i) (in part) (the **TERMINATION PROVISION** ):

         Each agency, department, or commission head, in consultation with the Attorney General, the Director of OMB, and the Director of OPM, as appropriate, shall take the following actions within sixty days of this order:

            (i) terminate, to the maximum extent allowed by law, . . . all . . . equity-related grants or contracts[.]

     J21 Order § 3(b)(iv) (the **CERTIFICATION PROVISION** ):

         The head of each agency shall include in every contract or grant award:

            (A) A term requiring the contractual counterparty or grant recipient to agree that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the government s payment decisions for purposes of section 3729(b)(4) of title 31, United States Code; and

            (B) A term requiring such counterparty or recipient to certify that it does not operate any programs promoting DEI that violate any applicable Federal anti-discrimination laws.

     J21 Order § 4(b)(iii) (the **ENFORCEMENT THREAT PROVISION** ):

         To further inform and advise me so that my Administration may formulate appropriate and effective civil-rights policy, the Attorney General, within 120 days of this order, in consultation with the heads of relevant agencies and in coordination with the Director of OMB, shall submit a report to the Assistant to the President for Domestic Policy containing recommendations for enforcing Federal civil-rights laws and taking other appropriate measures to encourage the private sector to end illegal discrimination and

USDA000109

preferences, including DEI. The report shall contain a proposed strategic enforcement plan identifying

. . . (iii) A plan of specific steps or measures to deter DEI programs or principles (whether specifically denominated DEI or otherwise) that constitute illegal discrimination or preferences. As a part of this plan, each agency shall identify up to nine potential civil compliance investigations of publicly traded corporations, large non-profit corporations or associations, foundations with assets of 500 million dollars or more, State and local bar and medical associations, and institutions of higher education with endowments over 1 billion dollars.

3.      Defendants other than the President, and other persons who are in active concert or participation with Defendants (the Enjoined Parties ), shall not:

a.      pause, freeze, impede, block, cancel, or terminate any awards, contracts or obligations ( Current Obligations ), or change the terms of any Current Obligation, on the basis of the Termination Provision;

b.      require any grantee or contractor to make any certification or other representation pursuant to the Certification Provision; or

c.      bring any False Claims Act enforcement action, or other enforcement action, pursuant to the Enforcement Threat Provision, including but not limited to any False Claims Act enforcement action premised on any certification made pursuant to the Certification Provision.

Date:  February 21, 2025                    _____/s/_____
                                            Adam B. Abelson
                                            United States District Judge

3

USDA000110

language. This is a way to put a plug to a larger Agency AI adoption effort to make it likelier to accomplish.  While we have an AI Governance Board here at USDA, the use of it (at least in the Finance space) is extremely limited.  However, that is a discussion for another time.

We have identified a potential program in the Forest Service that we think can be a "win" due to its size. We will work on that for Monday COB and would ask for consideration of an extension on the larger Climate-related analysis with a due date of next Friday.

Thanks in advance!

**From:** Moaney, Lynn - OCFO-OCFO
**Sent:** Thursday, February 20, 2025 2:41 PM
**To:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** RE: Blurb for climate-related awards

Yes, I concur with your writeup below. I also added #5.  Also please include that we are looking at awards processed from July 1st – January 19th ( a little more than 180 days)
The spreadsheet that collects information on the awards should have a column that includes verbiage why this may not support farmers. This will help with final decision making

Thanks

**From:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Sent:** Wednesday, February 19, 2025 5:22 PM
**To:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** Blurb for climate-related awards
**Importance:** High

Good afternoon Ms. Moaney,

Does the following blurb encapsulate what Gavin is looking for?

USDA Agencies and staff offices must identify and report grants, cooperative agreements, and other similar arrangements (including mutual interest agreements), which fund climate-related activities which do not demonstrably directly or indirectly benefit farmers or producers. This may include awards that fund, for example:
1. Climate consulting services;
2. Climate modeling and other similar technology platforms or solutions; and,
3. The authoring of a report not anticipated to benefit farmers and producers;
4. Any other kinds of analysis, evaluation, or reporting.
5. Climate-friendly facilities/construction

The above list is not exhaustive but meant to be illustrative of the focus of this exercise. These awards will be evaluated to determine if termination is necessary.

Best regards,
Chelsea

Chelsea D. Cole, PMP
Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch
Office of the Chief Financial Officer


**U.S. DEPARTMENT OF AGRICULTURE**
1400 Independence Ave, SW Washington DC 20250

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000112

The language looks good to me. I would consider throwing in the word "tracking", since I have seen several grants explicitly focused on the tracking side of the equation (particularly under 10.937 Partnerships for Climate Smart Commodities). Tracking the exact carbon output of soybean yields does not provide a direct benefit to farmers, and we can reallocate that funding in a way that more directly benefits farmers.

With respect to timing - if we extend to next Friday, could we ask mission areas to complete a review of all climate grants in the specified window (and hopefully therefore exceed our 120m goal significantly)?
I spoke with the Secretary tonight who was supportive of these initiatives - working on getting a memo formalized for her signature in parallel.

Also understand that technology and LLM assistance could make grant review simpler; we have been working on tools to assist with grant reviews in other agencies and I am planning to bring them here at some point to help out. Still a ways away however.

Gavin

---

**From:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Sent:** Thursday, February 20, 2025 5:13 PM
**To:** Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>; Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>
**Subject:** FW: Blurb for climate-related awards

Gavin,

Please see below based on our discussion on Tuesday. This is what we will be directing agencies to identify. In talking to the team, they thought Monday is not doable because we are also still gathering information on the equity related awards and due to decentralized systems, the process of identifying awards with specific criteria is very manual. It actually requires opening up every single grant and reading the language. This is also where I would put a plug in for us to better leverage AI and Machine learning to make tasks like this easier to accomplish. While we have an AI Governance Board here at USDA, the use of it (at least in the Finance space) is extremely limited. However, that is a discussion for another time.

We have identified a potential program in the Forest Service that we think can be a "win" due to its size. We will work on that for Monday COB and would ask for consideration of an extension on the larger Climate-related analysis with a due date of next Friday.

Thanks in advance!

---

**From:** Moaney, Lynn - OCFO-OCFO
**Sent:** Thursday, February 20, 2025 2:41 PM
**To:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** RE: Blurb for climate-related awards

Yes, I concur with your writeup below. I also added #5. Also please include that we are looking at awards processed from July 1st – January 19th ( a little more than 180 days)

USDA000113

The specific level of detailed information the Secretary to have a current number of acreage was being map of support farmers. This will help with final decision making

Thanks

---

**From:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Sent:** Wednesday, February 19, 2025 5:22 PM
**To:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** Blurb for climate-related awards
**Importance:** High

Good afternoon Ms. Moaney,

Does the following blurb encapsulate what Gavin is looking for?

---

USDA Agencies and staff offices must identify and report grants, cooperative agreements, and other similar arrangements (including mutual interest agreements), which fund climate-related activities which do not demonstrably directly or indirectly benefit farmers or producers. This may include awards that fund, for example:

1. Climate consulting services;
2. Climate modeling and other similar technology platforms or solutions; and,
3. The authoring of a report not anticipated to benefit farmers and producers;
4. Any other kinds of analysis, evaluation, or reporting.
5. Climate-friendly facilities/construction

The above list is not exhaustive but meant to be illustrative of the focus of this exercise. These awards will be evaluated to determine if termination is necessary.

---

Best regards,

Chelsea

Chelsea D. Cole, PMP
Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch

Office of the Chief Financial Officer

<image001.png>

1400 Independence Ave, SW Washington DC 20250

---

This electronic message contains information generated by the USDA solely for the intended recipients. Any

USDA000114

unauthorized use, disclosure or distribution of this message or its information contents and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

<Conservation of Natural Resources Secretarial Memo.docx>

USDA000115

**To:** Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>; Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>
**Subject:** FW: Blurb for climate-related awards


Gavin,


Please see below based on our discussion on Tuesday. This is what we will be directing agencies to identify.  In talking to the team, they thought Monday is not doable because we are also still gathering information on the equity related awards and due to decentralized systems, the process of identifying awards with specific criteria is very manual. It actually requires opening up every single grant and reading the language.  This is also where I would put a plug in for us to better leverage AI and Machine learning to make tasks like this easier to accomplish.  While we have an AI Governance Board here at USDA, the use of it (at least in the Finance space) is extremely limited.  However, that is a discussion for another time.


We have identified a potential program in the Forest Service that we think can be a "win" due to its size. We will work on that for Monday COB and would ask for consideration of an extension on the larger Climate-related analysis with a due date of next Friday.


Thanks in advance!


---

**From:** Moaney, Lynn - OCFO-OCFO
**Sent:** Thursday, February 20, 2025 2:41 PM
**To:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** RE: Blurb for climate-related awards


Yes, I concur with your writeup below. I also added #5.  Also please include that we are looking at awards processed from July 1st – January 19th ( a little more than 180 days)

The spreadsheet that collects information on the awards should have a column that includes verbiage why this may not support farmers.  This will help with final decision making


Thanks


---

**From:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Sent:** Wednesday, February 19, 2025 5:22 PM
**To:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** Blurb for climate-related awards
**Importance:** High


Good afternoon Ms. Moaney,


Does the following blurb encapsulate what Gavin is looking for?

USDA agencies and USDA-RMA must identify mutual funding cooperative agreements, and other similar forms of funds (including mutual interest agreements), which fund climate-related activities which do not demonstrably directly or indirectly benefit farmers or producers. This may include awards that fund, for example:

1. Climate consulting services;
2. Climate modeling and other similar technology platforms or solutions; and,
3. The authoring of a report not anticipated to benefit farmers and producers;
4. Any other kinds of analysis, evaluation, or reporting.
5. Climate-friendly facilities/construction

The above list is not exhaustive but meant to be illustrative of the focus of this exercise. These awards will be evaluated to determine if termination is necessary.

---

Best regards,

Chelsea

Chelsea D. Cole, PMP
Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch

Office of the Chief Financial Officer

<image001.png>

1400 Independence Ave, SW Washington DC 20250

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.
<Conservation of Natural Resources Secretarial Memo.docx>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION OF
DIVERSITY OFFICERS IN HIGHER
EDUCATION, *et al.*,

     *Plaintiffs*,

    v.

DONALD J. TRUMP, *et al.*,

     *Defendants*

Case No. 1:25-cv-00333-ABA

## PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, and upon consideration of the

Motion for a Temporary Restraining Order and/or Preliminary Injunction filed by

Plaintiffs National Association of Diversity Officers in Higher Education, the American

Association of University Professors, Restaurant Opportunities Centers United, and the

Mayor and City Council of Baltimore, Maryland (ECF No. 27) (the "Motion"),

Defendants' memorandum in opposition to the Motion (ECF No. 35), Plaintiffs' reply

brief (ECF No. 39), and the exhibits to those submissions, and having held a hearing on

the Motion on February 19, 2025, and for the reasons set forth in the accompanying

Memorandum Opinion, it is hereby ORDERED as follows:

    1.    The Motion is GRANTED IN PART and DENIED IN PART.

    2.    This Order addresses the following provisions in Exec. Order 14151,

*Ending Radical and Wasteful Government DEI Programs and Preferencing*, Executive

Order of January 20, 2025, 90 Fed. Reg. 8339 (Jan. 29, 2025) (the "J20 Order"), and

Exec. Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based*

USDA000118

*Opportunity*, Executive Order of January 21, 2025, 90 Fed. Reg. 8633 (Jan. 31, 2025)

( J21 Order ):

> J20 Order § 2(b)(i) (in part) (the **TERMINATION PROVISION** ):

>> Each agency, department, or commission head, in consultation with the Attorney General, the Director of OMB, and the Director of OPM, as appropriate, shall take the following actions within sixty days of this order:

>>> (i) terminate, to the maximum extent allowed by law, . . . all . . . equity-related grants or contracts[.]

> J21 Order § 3(b)(iv) (the **CERTIFICATION PROVISION** ):

>> The head of each agency shall include in every contract or grant award:

>>> (A) A term requiring the contractual counterparty or grant recipient to agree that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the government s payment decisions for purposes of section 3729(b)(4) of title 31, United States Code; and

>>> (B) A term requiring such counterparty or recipient to certify that it does not operate any programs promoting DEI that violate any applicable Federal anti-discrimination laws.

> J21 Order § 4(b)(iii) (the **ENFORCEMENT THREAT PROVISION** ):

>> To further inform and advise me so that my Administration may formulate appropriate and effective civil-rights policy, the Attorney General, within 120 days of this order, in consultation with the heads of relevant agencies and in coordination with the Director of OMB, shall submit a report to the Assistant to the President for Domestic Policy containing recommendations for enforcing Federal civil-rights laws and taking other appropriate measures to encourage the private sector to end illegal discrimination and

2

USDA000119

preferences, including DEI. The report shall contain a proposed strategic enforcement plan identifying

. . . (iii) A plan of specific steps or measures to deter DEI programs or principles (whether specifically denominated DEI or otherwise) that constitute illegal discrimination or preferences. As a part of this plan, each agency shall identify up to nine potential civil compliance investigations of publicly traded corporations, large non-profit corporations or associations, foundations with assets of 500 million dollars or more, State and local bar and medical associations, and institutions of higher education with endowments over 1 billion dollars.

3.    Defendants other than the President, and other persons who are in active concert or participation with Defendants (the  Enjoined Parties ), shall not:

    a.    pause, freeze, impede, block, cancel, or terminate any awards, contracts or obligations ( Current Obligations ), or change the terms of any Current Obligation, on the basis of the Termination Provision;

    b.    require any grantee or contractor to make any  certification  or other representation pursuant to the Certification Provision; or

    c.    bring any False Claims Act enforcement action, or other enforcement action, pursuant to the Enforcement Threat Provision, including but not limited to any False Claims Act enforcement action premised on any certification made pursuant to the Certification Provision.

Date:  February 21, 2025                    _____/s/_____

                                            Adam B. Abelson
                                            United States District Judge

USDA000120

Please see below based on our discussion on Tuesday. This is what we will be directing agencies to identify.  In talking to the team, they thought Monday is not doable because we are also still gathering information on the equity related awards and due to decentralized systems, the process of identifying awards with specific criteria is very manual. It actually requires opening up every single grant and reading the language.  This is also where I would put a plug in for us to better leverage AI and Machine learning to make tasks like this easier to accomplish.  While we have an AI Governance Board here at USDA, the use of it (at least in the Finance space) is extremely limited.  However, that is a discussion for another time.

We have identified a potential program in the Forest Service that we think can be a "win" due to its size. We will work on that for Monday COB and would ask for consideration of an extension on the larger Climate-related analysis with a due date of next Friday.

Thanks in advance!

---

**From:** Moaney, Lynn - OCFO-OCFO
**Sent:** Thursday, February 20, 2025 2:41 PM
**To:** Cole, Chelsea - OCFO-OCFO < Chelsea.Cole@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA < Lance.Raymond@usda.gov>
**Subject:** RE: Blurb for climate-related awards

Yes, I concur with your writeup below. I also added #5.  Also please include that we are looking at awards processed from July 1 $^{st}$ – January 19th ( a little more than 180 days)

The spreadsheet that collects information on the awards should have a column that includes verbiage why this may not support farmers.  This will help with final decision making

Thanks

---

**From:** Cole, Chelsea - OCFO-OCFO < Chelsea.Cole@usda.gov>
**Sent:** Wednesday, February 19, 2025 5:22 PM
**To:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA < Lance.Raymond@usda.gov>
**Subject:** Blurb for climate-related awards
**Importance:** High

Good afternoon Ms. Moaney,

Does the following blurb encapsulate what Gavin is looking for?

---

USDA Agencies and staff offices must identify and report grants, cooperative agreements, and other similar arrangements (including mutual interest agreements), which fund climate-related activities which do not demonstrably directly or indirectly benefit farmers or producers. This may include awards that fund, for example:

1. Climate consulting services;
2. Climate modeling and other similar technology platforms or solutions; and,
3. The authoring of a report not anticipated to benefit farmers and producers;
4. Any other kinds of analysis, evaluation, or reporting.
5. Climate-friendly facilities/construction

The above list is not exhaustive but meant to be illustrative of the focus of this exercise. These awards will be evaluated to determine if termination is necessary.

---

Best regards,

Chelsea

Chelsea D. Cole, PMP
Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch

Office of the Chief Financial Officer



U.S. DEPARTMENT OF AGRICULTURE

1400 Independence Ave, SW Washington DC 20250

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000122

# RE: Requested numbers

**"Cole, Michael - OSEC, DC" <Michael.P.Cole@usda.gov>**

Sent:  2025-03-24T15:00:15Z[UTC]
To:    "Cole, Chelsea - OCFO-OCFO" <Chelsea.Cole@usda.gov>, "Lichtman, Jeremy - OSEC, DC" <Jeremy.Lichtman@usda.gov>
Cc:    "Whitney, Tyson - OCFO-OCFO" <Tyson.Whitney@usda.gov>

Thank you for the great work!

**From:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Sent:** Monday, March 24, 2025 9:32 AM
**To:** Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>; Lichtman, Jeremy - OSEC, DC <Jeremy.Lichtman@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>
**Subject:** Requested numbers
**Importance:** High

Good morning Michael and Jeremy,

Following is the data you requested:

1. Since January 20, USDA has terminated a total of 233 awards:
   a. Federal obligation (face value): $1,208,675,163
   b. Outlays to date: $23,374,923.27
   c. Estimated maximum deobligation (money returned to USDA): $1,185,300,239.73
2. Since January 20, USDA has obligated $272,760,981 towards new grant awards and modifications to add funds.
   a. This number only includes grants and cooperative agreements and does not include e.g., direct payments to producers, loans, etc.
   b. Much of this number is mandatory spending, disaster spending, and congressionally directed spending.
3. For our grants (and cooperative agreements) portfolio, we estimate that we currently have:
   a. Federal obligation (face value) on active awards: $57,488,193,430
   b. Outlays to date: $20,283,352,058
   c. Unspent value on active awards: $37,204,841,372

Best regards,
Chelsea

Chelsea D. Cole, PMP

Federal Financial Assistance Department Policy Lead

Transparency & Accountability Reporting Division | Policy Branch

Office of the Chief Financial Officer

 **U.S. DEPARTMENT OF AGRICULTURE**

1400 Independence Ave, SW Washington DC 20250

USDA000123

# RE: USDA Contract Data Request - New Contracts; Open Contracts

**"Cole, Michael - OSEC, DC" <Michael.P.Cole@usda.gov>**

Sent: 2025-03-24T14:56:21Z[UTC]
To: "Baker, DonaldJr - OCP, DC" <Donald.BakerJr@usda.gov>, "Lichtman, Jeremy - OSEC, DC" <Jeremy.Lichtman@usda.gov>
Cc: "Pletcher Rice, Mary - FS, DC" <Mary.PletcherRice@usda.gov>, "Allen, Matt - OHS, DC" <Matt.Allen@usda.gov>, "Toothman, Rick - OCP, DC" <rick.toothman@usda.gov>, "Erickson, Hilary - OCP, MO" <Hilary.Erickson@usda.gov>

Fantastic work, thank you!

**From:** Baker, DonaldJr - OCP, DC <Donald.BakerJr@usda.gov>
**Sent:** Monday, March 24, 2025 9:22 AM
**To:** Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>; Lichtman, Jeremy - OSEC, DC <Jeremy.Lichtman@usda.gov>
**Cc:** Pletcher Rice, Mary - FS, DC <Mary.PletcherRice@usda.gov>; Allen, Matt - OHS, DC <Matt.Allen@usda.gov>; Toothman, Rick - OCP, DC <rick.toothman@usda.gov>; Erickson, Hilary - OCP, MO <Hilary.Erickson@usda.gov>
**Subject:** FW: USDA Contract Data Request - New Contracts; Open Contracts

Michael and Jeremy,

Below is the data that you asked me to give you before 930am today.

All the best,

Donald W. Baker, Jr.

Director & Senior Procurement Executive
Office of Contracting and Procurement

 **U.S. DEPARTMENT OF AGRICULTURE**

Departmental Administration

1400 Independence Avenue SW, Suite 125W, Washington, DC 20250

p: (202) 720-9448  c: (202) 253-4945

**From:** Toothman, Rick - OCP, DC <rick.toothman@usda.gov>
**Sent:** Monday, March 24, 2025 9:15 AM
**To:** Baker, DonaldJr - OCP, DC <Donald.BakerJr@usda.gov>
**Subject:** USDA Contract Data Request - New Contracts; Open Contracts

**Data Inclusive of Commercial, Food Commodity, and Forest Service Incident Contracts** (*sourced by FPDS*)
- New contracts awarded since 1/20/2025
  - Count: 1,532
  - Obligated Amount: $922,256,793
  - Total Base and All Options: $1,464,196,184
- Active contracts (just *looks at Ultimate Completion Date; many of these may be fully invoiced*)
  - Count: 12,482
  - Obligated Amount: $2,988,129,469
  - Total Base and All Options: $38,496,507,419

Thanks,
Rick Toothman

Associate Director
Procurement Systems Directorate (PSD)
Office of Contracting and Procurement (OCP)

 **U.S. DEPARTMENT OF AGRICULTURE**

Departmental Administration

Washington, DC

p: (703) 307-8566 | c: (202) 557-1754

The language to the CSG for 11.XXX would could be filed in a word "tracking "smart have been several grants explicitly focused on the tracking side of the equation (particularly under 10.937 Partnerships for Climate Smart Commodities). Tracking the exact carbon output of soybean yields does not provide a direct benefit to farmers, and we can reallocate that funding in a way that more directly benefits farmers.

With respect to timing - if we extend to next Friday, could we ask mission areas to complete a review of all climate grants in the specified window (and hopefully therefore exceed our 120m goal significantly)?
I spoke with the Secretary tonight who was supportive of these initiatives - working on getting a memo formalized for her signature in parallel.

Also understand that technology and LLM assistance could make grant review simpler; we have been working on tools to assist with grant reviews in other agencies and I am planning to bring them here at some point to help out. Still a ways away however.

Gavin

---

**From:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Sent:** Thursday, February 20, 2025 5:13 PM
**To:** Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>; Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>
**Subject:** FW: Blurb for climate-related awards

Gavin,

Please see below based on our discussion on Tuesday. This is what we will be directing agencies to identify.  In talking to the team, they thought Monday is not doable because we are also still gathering information on the equity related awards and due to decentralized systems, the process of identifying awards with specific criteria is very manual. It actually requires opening up every single grant and reading the language.  This is also where I would put a plug in for us to better leverage AI and Machine learning to make tasks like this easier to accomplish.  While we have an AI Governance Board here at USDA, the use of it (at least in the Finance space) is extremely limited.  However, that is a discussion for another time.

We have identified a potential program in the Forest Service that we think can be a "win" due to its size. We will work on that for Monday COB and would ask for consideration of an extension on the larger Climate-related analysis with a due date of next Friday.

Thanks in advance!

---

**From:** Moaney, Lynn - OCFO-OCFO
**Sent:** Thursday, February 20, 2025 2:41 PM
**To:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** RE: Blurb for climate-related awards

Yes, I concur with your writeup below. I also added #5.  Also please include that we are looking at awards processed from July 1 $^{st}$ – January 19th ( a little more than 180 days)
The spreadsheet that collects information on the awards should have a column that includes verbiage why this may not support farmers.  This will help with final decision making

Thanks

---

**From:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Sent:** Wednesday, February 19, 2025 5:22 PM
**To:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Cc:** Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>
**Subject:** Blurb for climate-related awards
**Importance:** High

Good afternoon Ms. Moaney,

Does the following blurb encapsulate what Gavin is looking for?

USDA Agencies and staff offices must identify and report grants, cooperative agreements, and other similar arrangements (including mutual interest agreements), which fund climate-related activities which do not demonstrably directly or indirectly benefit farmers or producers. This may include awards that fund, for example:

1. Climate consulting services;

USDA000125

2. Climate monitoring and other similar technology platforms/solutions; and

3. The authoring of a report not anticipated to benefit farmers and producers;

4. Any other kinds of analysis, evaluation, or reporting.

5. Climate-friendly facilities/construction

The above list is not exhaustive but meant to be illustrative of the focus of this exercise. These awards will be evaluated to determine if termination is necessary.

Best regards,
Chelsea

Chelsea D. Cole, PMP
Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch
Office of the Chief Financial Officer

 U.S. DEPARTMENT OF AGRICULTURE
1400 Independence Ave, SW Washington DC 20250

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000126

# FW: USDA Contract Data Request - New Contracts; Open Contracts

"Baker, DonaldJr - OCP, DC" <Donald.BakerJr@usda.gov>

Sent:   2025-03-24T13:22:14Z[UTC]
To:     "Cole, Michael - OSEC, DC" <Michael.P.Cole@usda.gov>, "Lichtman, Jeremy - OSEC, DC" <Jeremy.Lichtman@usda.gov>
Cc:     "Pletcher Rice, Mary - FS, DC" <Mary.PletcherRice@usda.gov>, "Allen, Matt - OHS, DC" <Matt.Allen@usda.gov>, "Toothman, Rick - OCP, DC"
        <rick.toothman@usda.gov>, "Erickson, Hilary - OCP, MO" <Hilary.Erickson@usda.gov>

Michael and Jeremy,

Below is the data that you asked me to give you before 930am today.

All the best,

Donald W. Baker, Jr.

Director & Senior Procurement Executive

Office of Contracting and Procurement

 **U.S. DEPARTMENT OF AGRICULTURE**

Departmental Administration

1400 Independence Avenue SW, Suite 125W, Washington, DC 20250

p: (202) 720-9448  c: (202) 253-4945

---

**From:** Toothman, Rick - OCP, DC <rick.toothman@usda.gov>
**Sent:** Monday, March 24, 2025 9:15 AM
**To:** Baker, DonaldJr - OCP, DC <Donald.BakerJr@usda.gov>
**Subject:** USDA Contract Data Request - New Contracts; Open Contracts

**Data Inclusive of Commercial, Food Commodity, and Forest Service Incident Contracts** (*sourced by FPDS*)
- New contracts awarded since 1/20/2025
  - Count: 1,532
  - Obligated Amount: $922,256,793
  - Total Base and All Options: $1,464,196,184
- Active contracts (just *looks at Ultimate Completion Date; many of these may be fully invoiced*)
  - Count: 12,482
  - Obligated Amount: $2,988,129,469
  - Total Base and All Options: $38,496,507,419

Thanks,
Rick Toothman

Associate Director

Procurement Systems Directorate (PSD)

Office of Contracting and Procurement (OCP)

 **U.S. DEPARTMENT OF AGRICULTURE**

Departmental Administration

Washington, DC

p: (703) 307-8566 | c: (202) 557-1754

# Requested numbers

"Cole, Chelsea - OCFO-OCFO" <Chelsea.Cole@usda.gov>

Sent:    2025-03-24T13:32:10Z[UTC]
To:      "Cole, Michael - OSEC, DC" <Michael.P.Cole@usda.gov>, "Lichtman, Jeremy - OSEC, DC" <Jeremy.Lichtman@usda.gov>
Cc:      "Whitney, Tyson - OCFO-OCFO" <Tyson.Whitney@usda.gov>

Good morning Michael and Jeremy,

Following is the data you requested:

1. Since January 20, USDA has terminated a total of 233 awards:
   a. Federal obligation (face value): $1,208,675,163
   b. Outlays to date: $23,374,923.27
   c. Estimated maximum deobligation (money returned to USDA): $1,185,300,239.73
2. Since January 20, USDA has obligated $272,760,981 towards new grant awards and modifications to add funds.
   a. This number only includes grants and cooperative agreements and does not include e.g., direct payments to producers, loans, etc.
   b. Much of this number is mandatory spending, disaster spending, and congressionally directed spending.
3. For our grants (and cooperative agreements) portfolio, we estimate that we currently have:
   a. Federal obligation (face value) on active awards: $57,488,193,430
   b. Outlays to date: $20,283,352,058
   c. Unspent value on active awards: $37,204,841,372


Best regards,
Chelsea

Chelsea D. Cole, PMP

Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch
Office of the Chief Financial Officer

 **U.S. DEPARTMENT OF AGRICULTURE**

1400 Independence Ave, SW Washington DC 20250

USDA000128

| | |
|---|---|
| **From:** | Christina Kostelecky |
| **To:** | Abbott, Mark - MRP-AMS |
| **Cc:** | Rachel de Vitry; hannah, hannah; SM.MRP.AMS.FFWRGrants; grantsteam |
| **Subject:** | [External Email]Checking status of FFWR |
| **Date:** | Thursday, March 6, 2025 3:13:33 PM |

---

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi there Mark,

Thanks again for the productive close out meeting Monday.

I wanted to check in to see if any updates were able to be shared around the status of the FFWR program, especially with regards to payments.

Appreciate any information you're able to provide.

Christina

--

**Christina Kostelecky | Finance & Administrative Services Co-Director | Pasa Sustainable Agriculture**

814.349.9856 x703 pronouns: *she/they*

Not a member? Join today!

Connect with us: Newsletter | Facebook | Instagram

**_Take action_** _to support farmers impacted by the federal funding freeze._

| From: | Rachel de Vitry |
|---|---|
| To: | SM.MRP.AMS.FFWRGrants |
| Cc: | Kerstin Ams; Grants Admin Team |
| Subject: | [External Email]Re: [GrantsTeam] RE: [External Email]AM22FFWPA0013-01 - Pasa Request #20 |
| Date: | Monday, April 7, 2025 10:29:12 AM |
| Attachments: | image001.png |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello FFWR team,

I submitted this $49,574.79 drawdown request in PMS last Wednesday 4/2.  We haven't received the funds, and I see that the request status is still Pending Review in PMS.  Can you please let me know if anything additional is needed for that drawdown?

Thank you,

Rachel

On Wed, Apr 2, 2025 at 8:47 AM Rachel de Vitry <rachel@pasafarming.org> wrote:

> Great, thank you FFWR Team!
>
> On Tue, Apr 1, 2025 at 6:55 PM 'SM.MRP.AMS.FFWRGrants' via Grants Admin Team <grantsteam@pasafarming.org> wrote:
>
>> Hello Kerstin,
>>
>>
>> Thank you for your payment request #20.  It is approved, and you may now go into the PMS system and enter it.
>>
>>
>> As of this transaction, your current budget balances will be:

USDA000130

| FFWR Balances - Available Funds | | | |
|---|---|---|---|
| **Budget Type** | **Budget** | **Paid** | **Balance** |
| Personnel | $ 3,361,081.91 | $ 3,016,397.26 | $ 344,684.65 |
| Fringe Benefits | $ 1,079,638.24 | $ 963,696.63 | $ 115,941.61 |
| Travel | $ 141,903.92 | $ 110,154.65 | $ 31,749.27 |
| Equipment | $ - | $ - | $ - |
| Supplies | $ 167,948.23 | $ 169,888.86 | $ (1,940.63) |
| Contractual | $ 645,571.99 | $ 513,022.32 | $ 132,549.67 |
| Other | $ 26,433,571.44 | $ 25,489,416.35 | $ 944,155.09 |
| Indirect Costs | $ 550,615.57 | $ 501,142.38 | $ 49,473.19 |
| Deobligated | $ (2,256,910.70) | | |
| **Total** | $ 32,380,331.30 | $ 30,763,718.45 | $ 1,616,612.85 |

Thank you,

The FFWR Team

---

**From:** Kerstin Ams <kerstin@pasafarming.org>
**Sent:** Wednesday, March 26, 2025 2:42 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Hudson, Benjamin (CTR) - MRP-AMS <Benjamin.Hudson@usda.gov>; Grants Admin Team <grantsteam@pasafarming.org>
**Subject:** [External Email]AM22FFWPA0013-01 - Pasa Request #20

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi FFWR Team,

SF270 and the budget worksheet are attached for Pasa's updated payment request #20. We

USDA000131

will update and resubmit the other unprocessed claims. Please let us know if you need anything else at this time.

Kerstin

--

**Kerstin Ams | Grants Finance Manager |** **Pasa Sustainable Agriculture**
(814) 349-9856 x748
*she/her*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

--

**Rachel de Vitry | Finance and Administrative Services Director |** **Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Help us cultivate farms & food systems that nourish, heal & empower. Donate today.**

--

**Rachel de Vitry | Finance and Administrative Services Director |** **Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Help us cultivate farms & food systems that nourish, heal & empower. <u>Donate today.</u>**

USDA000133

| From: | Arielle Nitenson |
|---|---|
| To: | FFWRHelp; steve@pasafarming.org; ffwr@pasafarming.org; Garrick McCullough; emily@pasafarming.org; terrance@pasafarming.org; Christina Kostelecky; maddie@pasafarming.org; chris@pasafarming.org; Elliott Pyon |
| Cc: | SM.MRP.AMS.FFWRGrants |
| Subject: | [External Email]RE: Reminder: Part 6 Risk Assessment Discussion Today at 11 AM EST |
| Date: | Thursday, February 27, 2025 2:34:39 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

---

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Dear PASA,

Thank you for your effort, adaptability, and receptiveness to feedback throughout this program. Your commitment to strong fraud prevention, secure application processing, and continuous improvement has made a significant impact on the population you serve. Below is a quick summary of our discussion from today's risk assessment meeting:

Program Status and Online Applications
- PASA's program is officially ending on March 31, 2025.
- Online applications were closed as of December 16, 2024.
- A login screen, CAPTCHA, and IP tracking were not implemented, as the focus was on sunsetting the public online application.

ID Verification and Document Storage
- Hologram verification on IDs was incorporated into staff training, and routine sessions were conducted.
- Uncertain if passport signature page verification was included – Garrick will follow up.
- Front and back of IDs are collected when possible, but mobile events sometimes miss capturing both sides.

Employment Verification and Fraud Prevention
- PASA conducted random audits on 120 applicants per year and maintained strong duplicate detection measures.
- Key fraud reports track suspicious activity, including repeated phone numbers, email addresses, and bank accounts.
- IP tracking was used for online applications to flag high-volume submissions.

Deconfliction and Outstanding Applications
- Approximately 1,500 applications remain for review, with approximately 500 requiring deconfliction resolution.

- Some grantees have dropped out of the deconfliction process due to lack of funding.
- USDA AMS will provide guidance on handling these unresolved cases, with a follow-up meeting planned.

Wins and Successes
- PASA's fraud detection measures caught real-time fraud at in-person events.
- The Spring 2024 procedural paystub fraud case highlighted the effectiveness of your verification process.
- Your team's proactive approach made sure funds reached the rightful beneficiaries.

Next Steps
- Follow-up on passport signature verification.
- USDA AMS to provide deconfliction guidance.
- Upcoming closeout meeting to finalize grant procedures.

Thank you again for your hard work, dedication, and responsiveness over the past few years. Your efforts have truly made a difference, and we appreciate everything you've done to keep this program secure and effective.
Best,
Arielle

---

**From:** FFWRHelp <ffwrhelp@aeyon.us>
**Sent:** Thursday, February 27, 2025 9:55 AM
**To:** steve@pasafarming.org; ffwr@pasafarming.org; Garrick McCullough <garrick@pasafarming.org>; emily@pasafarming.org; terrance@pasafarming.org; Christina Kostelecky <christina@pasafarming.org>; maddie@pasafarming.org; chris@pasafarming.org; Grasshopper <notifications@grasshopper.com>
**Cc:** Arielle Nitenson <anitenson@aeyon.us>; Elliott Pyon <epyon@aeyon.us>
**Subject:** Reminder: Part 6 Risk Assessment Discussion Today at 11 AM EST

Good morning PASA,

Just a quick reminder that we will be starting our Part 6 risk assessment discussion with you today at 11 AM EST. We're looking forward to speaking with you and getting started!

If you have any questions or need to reschedule, please feel free to let me know.

Best regards,

### FFWR DFP Helpdesk

Ph: 1-888-744-FFWR

USDA000135

FFWRHelp@aeyon.us

https://Aeyon.US





**Abbott, Mark - MRP-AMS**

| | |
|---|---|
| **From:** | Abbott, Mark - MRP-AMS |
| **Sent:** | Thursday, March 20, 2025 6:48 PM |
| **To:** | grantsteam@pasafarming.org; Rachel de Vitry; Christina Kostelecky |
| **Cc:** | SM.MRP.AMS.FFWRGrants |
| **Subject:** | RE: [External Email]Updated Pasa FFWR plan through 3.31.25 |
| **Attachments:** | Pasa FFWR Extension revision plan 11.25.24.pdf |

My apologies for the delay.  Please reference this second attached budget and plan as the approved version.

---

**From:** Abbott, Mark - MRP-AMS
**Sent:** Monday, March 3, 2025 6:00 PM
**To:** grantsteam@pasafarming.org; Rachel de Vitry <rachel@pasafarming.org>; Christina Kostelecky <christina@pasafarming.org>
**Cc:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Subject:** [External Email]Updated Pasa FFWR plan through 3.31.25

Dear PASA Team,

The attached extension and budget modification requests are approved. We do not require a formal amendment to your award for you to implement these approved changes.  Please keep this email for your files, Best, Mark

**Mark Abbott**
Branch Chief
TM Grants Division

---

**From:** Christina Kostelecky <christina@pasafarming.org>
**Sent:** Wednesday, January 22, 2025 12:11 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>; Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; MRP.AMS.SPRSGrants <SPRSGrants@usda.gov>; Russell, Matthew - FNS <matthew.russell@usda.gov>; Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Harding, Ventana - MRP-AMS <Ventana.Harding@usda.gov>
**Cc:** grantsteam@pasafarming.org; Rachel de Vitry <rachel@pasafarming.org>
**Subject:** Re: FW: FW: [External Email]Updated Pasa FFWR plan through 3.31.25

Thank you,
Attached is the revised document and budget.
Sincerely,
Christina Kostelecky

Christina Kostelecky
814.349.9856
grantsteam@pasafarming.org

# MEMORANDUM

USDA000137

**TO:** Mark.Abbott@usda.gov, Ventana.Harding@usda.gov, SM.MRP.AMS.FFWRGrants@usda.gov

**CC:** susan.g.searle@usda.gov, SPRSGrants@usda.gov, matthew.russell@usda.gov

**DATE**: 11/25/2024 01/10/2025 01/22/2025

## RE: Request for One-Time Extension & to Amend the Budget for AMS Agreement AM22FFWPA0013-01

Pennsylvania Association for Sustainable Agriculture ("Pasa") would like to amend the project entitled the **Collaborative Farm Worker and Meatpacking Worker 14-State COVID Relief Fund Project** in AMS Agreement AM22FFWPA0013-01. Please see the detail below that describes the reason and extent of the changes to the project.

## Approved new end date

Pennsylvania Association for Sustainable Agriculture, "Pasa", received notice of a one-time extension for our Farm and Food Worker Relief grant program. The original award started on 10/04/2022 and was set to end on 10/04/2024. **We received an extension with an end date of 03/31/2025**.

## Summary of progress to date

- As of 10/04/2024, we have made **28,382** (60%) of the 47,640 payments needed to complete our award.
- We have held **24 full day events** to process applications in person.
- We have identified several separate instances of fraud. In each of these instances, we've worked with Aeyon to address the issue and provide the information necessary to both stop the current instance and train other grantees to avoid a similar situation. In each case, we've documented the instance and trained our staff to identify and raise the issues.

## Remaining funds and plan for use

### The proposed budget change

Our current approved budget is $34,637,242.

Since our grant will be ending March 31, 2025, we project that we will be able to reach **90%** of the original proposed beneficiaries, or 43,200 individual payments to eligible farm and food workers throughout the region.

We project that a small number (150) payments will be made after the project end date (3/31/25), during the close-out period. These will only be for extenuating circumstances where an application was already in our system and unable to provide appropriate documentation or verification until after 3/31/25, but was able to supply necessary documentation within a reasonable period (30 days).

Our indirect costs reflect the approved de minimis rate of 10% of eligible costs.

| Category | Original budget | Proposed budget change | Difference from original budget |
|---|---|---|---|
| | | | |

USDA000138

| Personnel | $2,423,942 | $3,361,081.91 | -$937,139.91 |
| Fringe Benefits | $799,900 | $1,079,638.24 | -$279,738.24 |
| Travel | $230,100 | $141,903.92 | ($88,196.08) |
| Equipment | $0 | $0 | $0 |
| Supplies | $235,166 | $167,948.23 | ($67,217.77) |
| Contractual | $1,206,823 | $645,571.99 | ($561,251.01) |
| Other | $29,230,000 | $26,433,571.44 | $2,796,428.56 |
| **Direct Costs Subtotal** | **$34,125,931** | **$31,829,715.73** | **$2,296,215.27** |
| Indirect Costs | $511,311 | $550,615.57 | -$39,304.57 |
| **Total Federal Costs** | **$34,637,242** | **$32,380,331.30** | **$2,256,910.70** |

## Timetable for completing the project

- We are on track to issue 75% of all payments by November 30, 2024. Since we're serving the northeast US, we have seen an annual decrease in new applications during the winter. Many migrant or seasonal workers are dispersed and our typical outreach methods don't reach as many eligible applicants during that time.
- We are on track to make 43,200 total payments (90% of the original grant proposal).
- Conduct at least 9 days of in-person events between August and November, 2024.
- Close the public-facing application on January 15, 2025.
- Provide final outreach attempts to beneficiaries between January 15 and March 31, 2025.
- Make 43,050 initial beneficiary payments by 3/31/2025.
- Make an additional 150 payments during the close out period.
- Resolve outstanding payments, reissue returned checks and direct deposits, and continue resolving beneficiary inquiries in the close out period, after 3/31/2025.
- Archive, deconflict, and write final reports in the close out period, after 3/31/2025.

If you have any questions concerning this updated plan, please feel free to contact me. If necessary, I will be more than happy to discuss and ratify this request to ensure that it meets the requirements of the Farm and Food Worker Relief Grant Program.

Sincerely,

Christina Kostelecky
Authorized Representative
Pasa Sustainable Agriculture

USDA000139

On Thu, Jan 16, 2025 at 5:39 PM SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@usda.gov>
wrote:

Hello, Christina,

We have noted that there is an additional category of Closeout costs - $503,133.60 listed in your budget revision
(highlighted in your email below).

We'd like to request that you please revise this by removing the extra category line and use only the categories
listed on your budget history sheet to include the $503,133.60:

### FFWR Balances - Available Funds

| Budget Type | Budget | Paid | Balance |
|---|---|---|---|
| Personnel | $ 2,423,942.00 | $ 2,985,612.49 | $ (561,670.49) |
| Fringe Benefits | $ 799,900.00 | $ 953,537.65 | $ (153,637.65) |
| Travel | $ 230,100.00 | $ 107,248.21 | $ 122,851.79 |
| Equipment | $ - | $ - | $ - |
| Supplies | $ 235,166.00 | $ 163,246.32 | $ 71,919.68 |
| Contractual | $ 1,206,823.00 | $ 502,446.98 | $ 704,376.02 |
| Other | $ 29,230,000.00 | $ 25,479,155.51 | $ 3,750,844.49 |
| Indirect Costs | $ 511,311.00 | $ 492,205.83 | $ 19,105.17 |
| **Total** | $ 34,637,242.00 | $ 30,683,452.99 | $ 3,953,789.01 |

Thank you very much,

The FFWR Team

**From:** Christina Kostelecky <christina@pasafarming.org>
**Sent:** Friday, January 10, 2025 3:28 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** grantsteam <grantsteam@pasafarming.org>; Rachel de Vitry <rachel@pasafarming.org>
**Subject:** Re: FW: [External Email]Updated Pasa FFWR plan through 3.31.25

USDA000140

Thank you for your response and for catching that typo!

I've attached the corrected version to this email.

|  | Original Budget | Revised Budget | Difference |
|---|---|---|---|
| **Other** | 29,230,000 | 26,330,571.44 | (2,899,428.56) |
| Relief Payments & Mini-grants | 28,584,000 | 25,830,000.00 | (2,754,000.00) |
| **Travel** | 230,100 | 141,903.92 | (88,196.08) |
| **Supplies** | 235,166 | 167,948.23 | (67,217.77) |
| **Contractual** | 1,206,823 | 645,571.99 | (561,251.01) |
| **Benefits** | 799,900 | 989,062.24 | 189,162.24 |
| **Salary** | 2,423,942 | 3,089,081.91 | 665,139.91 |
| **TOTAL DIRECT** | **34,125,931** | **31,364,139.73** | **(2,761,791.27)** |
| **Indirect 10%** | 511,311 | 513,057.97 | 1,746.97 |
| **Subtotal** | **34,637,242** | **31,877,197.70** | **(2,760,044.30)** |
|  |  |  |  |
| **Close out costs** |  | 503,133.60 |  |
|  |  |  |  |
| Total Federal Costs, including close out costs | **34,637,242** | **32,380,331.30** | 2,256,910.70 |

Christina

On Wed, Jan 8, 2025 at 5:23 PM SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@usda.gov>
wrote:

> Hello, Christina,
>
> Thank you for your revised budget.  As we are working on processing the requests, we noticed a slight
> discrepancy in calculation as noted below.
>
> If you would please revise and resubmit the request.   The amount highlighted should read as **$31,877,197.70.**

USDA000141

Our indirect costs reflect the approved de minimis rate of 10% of eligible costs.

| Category | Original budget | Proposed budget change | Difference from original budget |
|---|---|---|---|
| Personnel | $2,423,942 | $3,089,081.91 | $665,139.91 |
| Fringe Benefits | $799,900 | $989,062.24 | $189,162.24 |
| Travel | $230,100 | $141,903.92 | ($88,196.08) |
| Equipment | $0 | $0 | $0 |
| Supplies | $235,166 | $167,948.23 | ($67,217.77) |
| Contractual | $1,206,823 | $645,571.99 | ($561,251.01) |
| Other | $29,230,000 | $26,330,571.44 | ($2,899,428.56) |
| **Direct Costs Subtotal** | **$34,125,931** | **$31,364,139.73** | **($2,761,791.27)** |
| Indirect Costs | $511,311 | $513,057.97 | $1,746.97 |
| **Total Federal Costs** | **$34,637,242** | **$31,247,330.20** | **($2,760,044.30)** |
| Close out costs | | $503,133.60 | $503,133.60 |
| **Total Federal Costs, Including close-out costs** | **$34,637,242** | **$32,380,331.30** | **($2,256,910.70)** |

Thank you so much for your assistance.  It's much appreciated!

The FFWR Team

---

**From:** Christina Kostelecky <christina@pasafarming.org>
**Sent:** Monday, November 25, 2024 3:52 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Harding, Ventana - MRP-AMS <Ventana.Harding@usda.gov>; grantsteam <grantsteam@pasafarming.org>
**Subject:** Re: [External Email]Updated Pasa FFWR plan through 3.31.25

Thank you for the email and for letting us know.

Ventana- congratulations on your move! We'll miss you in the FFWR space, but hope the move proves beneficial for you!

I've attached our revised budget AND we just recently had a surge of applicants such that we can reach 90% of our original proposal (the last email had 87.5%).

USDA000142

Please let us know if you have further questions.

Hoping everyone has a restful holiday.


Thank you!

Christina


| Category | Original budget | Proposed budget change | Difference from original budget |
|---|---|---|---|
| Personnel | $2,423,942 | $3,089,081.91 | $665,139.91 |
| Fringe Benefits | $799,900 | $989,062.24 | $189,162.24 |
| Travel | $230,100 | $141,903.92 | ($88,196.08) |
| Equipment | $0 | $0 | $0 |
| Supplies | $235,166 | $167,948.23 | ($67,217.77) |
| Contractual | $1,206,823 | $645,571.99 | ($561,251.01) |
| Other | $29,230,000 | $26,330,571.44 | ($2,899,428.56) |
| **Direct Costs Subtotal** | **$34,125,931** | **$31,364,139.73** | **($2,761,791.27)** |
| Indirect Costs | $511,311 | $513,057.97 | $1,746.97 |
| **Total Federal Costs** | **$34,637,242** | **$31,247,330.20** | **($2,760,044.30)** |
| Close out costs | | $503,133.60 | $503,133.60 |
| **Total Federal Costs, including close-out costs** | **$34,637,242** | **$32,380,331.30** | **($2,256,910.70)** |


On Thu, Nov 21, 2024 at 3:25 PM SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@usda.gov>
wrote:

Hi PASA Team,


We reviewed your NCE revisions.  Unfortunately, we are not able to update the de minimis rate for this grant to
15%. Please update the budget numbers based on the previous indirect cost rates. If you could please provide
a side by side of the original budget items and new budget, we can update your lines items.

USDA000143

Please let us know if you have any questions.

Thanks,

The FFWR Team

---

**From:** Christina Kostelecky <christina@pasafarming.org>
**Sent:** Tuesday, November 12, 2024 7:47 PM
**To:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Harding, Ventana - MRP-AMS <Ventana.Harding@usda.gov>
**Cc:** Yonce, Joseph - MRP-AMS <joseph.yonce@usda.gov>; grantsteam <grantsteam@pasafarming.org>
**Subject:** [External Email]Updated Pasa FFWR plan through 3.31.25

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Christina Kostelecky
814.349.9856
grantsteam@pasafarming.org

# MEMORANDUM

**TO:** Mark.Abbott@usda.gov, Ventana.Harding@usda.gov

**CC:** grantsteam@pasafarming.org

**DATE**: 11/12/2024

# RE: Request for One-Time Extension & to Amend the Budget for AMS Agreement AM22FFWPA0013-01

USDA000144

Pennsylvania Association for Sustainable Agriculture ("Pasa") would like to amend the project entitled the **Collaborative Farm Worker and Meatpacking Worker 14-State COVID Relief Fund Project** in AMS Agreement AM22FFWPA0013-01. Please see the detail below that describes the reason and extent of the changes to the project.

## Approved new end date

Pennsylvania Association for Sustainable Agriculture, "Pasa", received notice of a one-time extension for our Farm and Food Worker Relief grant program. The original award started on 10/04/2022 and was set to end on 10/04/2024. **We received an extension with an end date of 03/31/2025**.

## Summary of progress to date

-
-
- As of 10/04/2024, we have made
- **28,382**
- (60%) of the 47,640 payments needed to complete our award.
-
-
-
- We have held
- **24 full day events**
- to process applications in person.
-
-
-
- We have identified several separate instances of fraud. In each of these instances, we've
- worked with Aeyon to address the issue and provide the information necessary to both stop the current instance and train other grantees to avoid a similar situation. In each case, we've documented the instance and trained our staff to identify and raise the
- issues.
-

## Remaining funds and plan for use

### The proposed budget change

Our current approved budget is $34,637,242.

Since our grant will be ending March 31, 2025, we project that we will be able to reach 87.5% of the original proposed beneficiaries, or 42,000 individual payments to eligible farm and food workers throughout the region.

We project that a small number (150) payments will be made after the project end date (3/31/25), during the close-out period. These will only be for extenuating circumstances where an application was already in our system and unable to provide appropriate documentation or verification until after 3/31/25, but was able to supply necessary documentation within a reasonable period (30 days).

USDA000145

Our indirect costs reflect the higher de minimis rate of 15% of eligible costs (for the remaining duration of the program, starting 10/01/2024).

| Category | Proposed budget change | Remaining to be spent with proposed changes |
|---|---|---|
| Personnel | $3,089,081.91 | $730,000 |
| Fringe Benefits | $989,062.24 | $243,090 |
| Travel | $141,903.92 | $72,000.00 |
| Equipment | $0 | $0 |
| Supplies | $167,948.23 | $12,000.00 |
| Contractual | $645,571.99 | $45,000.00 |
| Other | $25,640,349.44 | $8,215,800 |
| **Direct Costs Subtotal** | **$30,673,918** | **$9,317,890** |
| Indirect Costs | $573,412.47 | $181,064 |
| **Total Federal Costs** | **$31,247,330.20** | **$9,498,954** |
| Close out costs | $521,912.40 | $521,912.40 |
| **Total Federal Costs, including close-out costs** | **$31,769,242.60** | **$10,020,865.90** |

We expect that project close out (after 3/31/25) will cost $521,912.40. Close out costs include retaining personnel essential to performing close-out duties, maintaining and archiving required systems, deconflicting with other organizations, expected bank fees, and eligible indirect on those expenses.

The table above includes a line for the expected close out costs.

# Timetable for completing the project

- 
- 
- We are on track to issue 75% of all payments by November 30, 2024. Since we're serving
- the northeast US, we have seen an annual decrease in new applications during the winter. Many migrant or seasonal workers are dispersed and our typical outreach methods don't reach as many eligible applicants during that time.
- 
- 

USDA000146

- We are on track to make 42,000 total payments (87.5% of the original grant proposal).
- 
- 
- 
- Conduct at least 9 days of in-person events between August and November, 2024.
- 
- 
- 
- Close the public-facing application on January 15, 2025.
- 
- 
- 
- Provide final outreach attempts to beneficiaries between January 15 and March 31, 2025.
- 
- 
- 
- Make 41,900 initial beneficiary payments by 3/31/2025.
- 
- 
- 
- Make an additional 150 payments during the close out period.
- 
- 
- 
- Resolve outstanding payments, reissue returned checks and direct deposits, and continue
- resolving beneficiary inquiries in the close out period, after 3/31/2025.
- 
- 
- 
- Archive, deconflict, and write final reports in the close out period, after 3/31/2025.
- 

If you have any questions concerning this updated plan, please feel free to contact me. If necessary, I will be more than happy to discuss and ratify this request to ensure that it meets the requirements of the Farm and Food Worker Relief Grant Program.

Sincerely,

Christina Kostelecky
Authorized Representative
Pasa Sustainable Agriculture

USDA000147

--

**Christina Kostelecky | Finance
& Administrative Services Co-Director |
Pasa
Sustainable Agriculture**

814.349.9856 x703 pronouns:

*she/they*

Not a member?
Join
today!
Connect with us: Newsletter | Facebook | Instagram

**Join us for our 2025 Sustainable Agriculture Conference | February 5–7 · Lancaster, PA**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

--

**Christina Kostelecky | Finance & Administrative Services Co-Director | Pasa Sustainable Agriculture**

814.349.9856 x703 pronouns: *she/they*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Join us for our 2025 Sustainable Agriculture Conference | February 5–7 · Lancaster, PA**

--

USDA000148

**Christina Kostelecky | Finance & Administrative Services Co-Director | Pasa Sustainable Agriculture**

814.349.9856 x703 pronouns: *she/they*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Join us for our 2025 Sustainable Agriculture Conference | February 5–7 · Lancaster, PA**

--

**Christina Kostelecky | Finance & Administrative Services Co-Director | Pasa Sustainable Agriculture**
814.349.9856 x703 pronouns: *she/they*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Join us for our 2025 Sustainable Agriculture Conference | February 5–7 · Lancaster, PA**

USDA000149

**Outlook**

---

**Alvarez, Nancy - IRA Grant Check-in**

---

| | |
|---|---|
| Organizer | Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov> |
| Meeting time | This event occurred 2 months ago (Mon 2/3/2025 11:00 AM - 12:00 PM) |
| Location | Microsoft Teams Meeting |
| My response | Not yet responded |
| Required attendees | Sanchez scott, Alicia - FS, CA, Alvarez, Nancy, Hutten, Miranda - FS, CA |
| Message sent | Fri 1/31/2025 12:30 PM |

---

*This meeting was scheduled from the bookings page of Sanchez scott, Alicia - FS, CA.*

Use the following link to reschedule or cancel this meeting:
Manage meeting
-----Note added from booking page on Tuesday, January 28, 2025 10:35 AM-----
WH OMB Memo for Temporary Pause of Federal Grants

---

# Microsoft Teams   Need help?

## Join the meeting now

Meeting ID: 219 395 258 162

Passcode: YJ2vU7sY

### Dial in by phone

+1 323-886-7051,,834110097#   United States, Los Angeles

Find a local number

Phone conference ID: 834 110 097#

For organizers: Meeting options | Reset dial-in PIN

---

USDA000150

| | |
|---|---|
| **From:** | Sanchez scott, Alicia - FS, CA |
| **To:** | bwidener@sandiego.gov |
| **Subject:** | ASC |
| **Date:** | Wednesday, February 12, 2025 3:24:00 PM |
| **Attachments:** | image001.png |

SM.FS.asc_ga@usda.gov

Thank you!
Alicia



**Alicia Sanchez Scott**

**Urban & Community Forestry Assistant**
**Program Manager**

**Forest Service**
**Region 5 State and Private Forestry**

**c: 805-450-8369**

alicia.sanchezscott@usda.gov

1323 Club Drive
Vallejo, CA 94592

USDA000151

| From: | Sanchez scott, Alicia - FS, CA |
|---|---|
| To: | bwidener@sandiego.gov |
| Subject: | FW: 24-DG-11052021-228 - Reimbursement Invoice #2 |
| Date: | Friday, March 28, 2025 2:35:00 PM |
| Attachments: | image001.png |
| | AA1000841-23_Inv #2_SF270_v2 Digital Signed 3.19.2025.pdf |
| | SF270 - Payment Tracker Invoice #2.xlsx |

Here it is! It's been over a week since it was submitted.

Also, I asked about attending the event you are hosting in April, and unfortunately, we cannot attend. Hoping we will be able to in the near future.

Take care,

Alicia

**From:** Musa, Louie <LouieM@sandiego.gov>
**Sent:** Wednesday, March 19, 2025 4:46 PM
**To:** FS-ASC GA <SM.FS.asc_ga@usda.gov>
**Cc:** Williams, Kathryn - FS, CA <Kathryn.Williams2@usda.gov>; Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>; Widener, Brian <BWidener@sandiego.gov>; Alvarez, Nancy <NAlvarez@sandiego.gov>; Alfonso, Jorge <JAlfonso@sandiego.gov>
**Subject:** 24-DG-11052021-228 - Reimbursement Invoice #2

Hello,

Please see attached reimbursement invoice #2 for grant award 24-DG-11052021-228 for the City of San Diego.

Thanks,


**Louie Musa**
Senior Grant Administrator
City of San Diego
Transportation

T (619) 753 - 4505
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**

USDA000152

This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

USDA000153

**From:** Sanchez scott, Alicia - FS, CA
**To:** Nonaka, Amy
**Cc:** Valdizno-Amps, Karen; Mabee, Olivia; Ide, John; Sanchez scott, Alicia - FS, CA
**Subject:** RE: [External Email]**Approval/Review Request** Arbor Day 2025 Flyer
**Date:** Friday, March 14, 2025 11:14:35 AM
**Attachments:** image002.png

Hi Amy,

Sorry for the delay! You are good to go with this flyer. Have a great event and weekend!

Thank you!

Alicia



**Alicia Sanchez Scott**
**Urban & Community Forestry Assistant**
**Program Manager**

**Forest Service**
**Region 5 State and Private Forestry**

**c: 805-450-8369**
**alicia.sanchezscott@usda.gov**

1323 Club Drive

Vallejo, CA 94592

**From:** Nonaka, Amy <ANonaka@sandiego.gov>
**Sent:** Wednesday, March 12, 2025 2:31 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>; Mabee, Olivia
<OMabee@sandiego.gov>; Ide, John <JIde@sandiego.gov>
**Subject:** RE: [External Email]**Approval/Review Request** Arbor Day 2025 Flyer

Yes, that's my cell phone, so call or text me .

Sincerely,

**Amy Nonaka**
Project Officer 2
City of San Diego
Transportation

T (619) 335-0577
www.sandiego.gov

USDA000154

**CONFIDENTIAL COMMUNICATION**

This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

**From:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Sent:** Wednesday, March 12, 2025 2:28 PM
**To:** Nonaka, Amy <ANonaka@sandiego.gov>
**Cc:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>; Mabee, Olivia <OMabee@sandiego.gov>; Ide, John <JIde@sandiego.gov>
**Subject:** [EXTERNAL] Re: [External Email]**Approval/Review Request** Arbor Day 2025 Flyer

**This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.**

Hi Amy,
I will definitely get this back to you tomorrow. Is the phone number on your signature line the best way to contact you?
Take care,
Alicia

Alicia Sanchez Scott
Assistant Program Manager
Urban and Community Forestry
Pacific Southwest Region, USFS

**From:** Nonaka, Amy <ANonaka@sandiego.gov>
**Sent:** Wednesday, March 12, 2025 2:10:52 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>; Mabee, Olivia <OMabee@sandiego.gov>; Ide, John <JIde@sandiego.gov>
**Subject:** [External Email]**Approval/Review Request** Arbor Day 2025 Flyer

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.

Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hey Alicia,

Could you please review the attached marketing flyer for Arbor Day 2025? I know it's a tight turnaround time, but if you could provide approval by end of this week, we would like to start sending this out/distributing. Thank you so much!

Sincerely,

**Amy Nonaka**
Project Officer 2
City of San Diego
Transportation

T (619) 335-0577
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000156

| From: | Sanchez scott, Alicia - FS, CA |
|---|---|
| To: | Nonaka, Amy |
| Cc: | Valdizno-Amps, Karen; Mabee, Olivia; Ide, John |
| Subject: | Re: [External Email]**Approval/Review Request** Arbor Day 2025 Flyer |
| Date: | Wednesday, March 12, 2025 2:28:10 PM |

Hi Amy,
I will definitely get this back to you tomorrow. Is the phone number on your signature line the best way to contact you?
Take care,
Alicia

Alicia Sanchez Scott
Assistant Program Manager
Urban and Community Forestry
Pacific Southwest Region, USFS

---

**From:** Nonaka, Amy <ANonaka@sandiego.gov>
**Sent:** Wednesday, March 12, 2025 2:10:52 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>; Mabee, Olivia <OMabee@sandiego.gov>; Ide, John <JIde@sandiego.gov>
**Subject:** [External Email]**Approval/Review Request** Arbor Day 2025 Flyer

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hey Alicia,

Could you please review the attached marketing flyer for Arbor Day 2025?  I know it's a tight turnaround time, but if you could provide approval by end of this week, we would like to start sending this out/distributing.  Thank you so much!

Sincerely,

**Amy Nonaka**
Project Officer 2
City of San Diego
Transportation

T (619) 335-0577
www.sandiego.gov

USDA000157



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

| From: | Sanchez scott, Alicia - FS, CA |
|---|---|
| To: | Nonaka, Amy |
| Cc: | Ide, John; Sanchez scott, Alicia - FS, CA |
| Subject: | RE: [External Email]Arbor Day 2025 (RSG funded) |
| Date: | Wednesday, March 19, 2025 2:51:18 PM |

Hi Amy,

Yes, it would be fine to swap out the 15 gallon trees for 24 gallon trees as long as they are being planted in the locations as identified in the narrative, which is what it sounds like.

Thanks for letting me know.

Alicia

**From:** Nonaka, Amy <ANonaka@sandiego.gov>
**Sent:** Wednesday, March 19, 2025 2:04 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Ide, John <JIde@sandiego.gov>
**Subject:** [External Email]Arbor Day 2025 (RSG funded)

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hey Alicia,

For Arbor Day this year, Urban Forestry Program has selected a venue within the RSG project area in Colina Del Sol Park. Since there aren't many immediate planting locations for street trees nearby, there are 39 tree planting locations the Parks & Rec Dept identified that could be planted. Typically, 24-gal box trees are used for any park trees versus the standard 15-gal used for street trees.

Our question is whether USFS would be okay with these select 39 trees being 24-gal instead of 15-gal, as we're using RSG funds for the tree planting.

Sincerely,

**Amy Nonaka**
Project Officer 2
City of San Diego
Transportation

T (619) 335-0577
www.sandiego.gov

USDA000159



**CONFIDENTIAL COMMUNICATION**

This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

USDA000160

| | |
|---|---|
| **From:** | Sanchez scott, Alicia - FS, CA |
| **To:** | Ide, John |
| **Cc:** | Klaseus, Chelsea; Widener, Brian; Nonaka, Amy; Sanchez scott, Alicia - FS, CA |
| **Subject:** | RE: [External Email]City of San Diego Grant 24-DG-11052021-228 UCF Progress Report |
| **Date:** | Monday, February 3, 2025 3:33:41 PM |
| **Attachments:** | image001.png |

Thanks John!

It was good to see you all last week and today. Thanks for including the communication materials too.

You are all up to date with reporting. Thanks and have a great week!

Alicia

---

**From:** Ide, John <JIde@sandiego.gov>
**Sent:** Friday, January 31, 2025 2:38 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Klaseus, Chelsea <CKlaseus@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>
**Subject:** [External Email]City of San Diego Grant 24-DG-11052021-228 UCF Progress Report

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi Alicia,

It was great talking to you today.

Please find attached the City of San Diego's semi-annual Progress Report, including outreach materials, along with our Federal Financial Report.

Let me know if you have any questions or need any additional information.

Best regards,

**John Ide**
Urban Forestry Program Coordinator
City of San Diego
Transportation

T (619) 527-7508
Urban Forestry Hotline (619) 527-8037
www.sandiego.gov

USDA000161



**CONFIDENTIAL COMMUNICATION**

This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

USDA000162

**From:** Sanchez scott, Alicia - FS, CA
**To:** Ide, John
**Cc:** Widener, Brian; Sanchez scott, Alicia - FS, CA
**Subject:** RE: [External Email]Hold on Grant Funding
**Date:** Tuesday, January 28, 2025 9:47:51 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png

Hi John,

Nancy sent the same message this morning. I don't have anything to share as we are also waiting to hear what is going on. I am so sorry.

If there is anything to share, I am hopefully it will come directly from our Forest Service leadership.

You can call me anytime.
Respectfully,

Alicia



**Alicia Sanchez Scott** (she/her)
**Urban & Community Forestry Assistant**
**Program Manager**

**USDA Forest Service**
**State and Private Forestry**
**Pacific Southwest Region**

**c: 805-450-8369**
alicia.sanchezscott@usda.gov
1323 Club Drive
Vallejo, CA 94592
www.fs.usda.gov

**Caring for the land and serving people**

**Region 5 - Urban and Community Forestry (usda.gov)**

**From:** Ide, John <JIde@sandiego.gov>
**Sent:** Tuesday, January 28, 2025 9:33 AM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Widener, Brian <BWidener@sandiego.gov>
**Subject:** [External Email]Hold on Grant Funding

USDA000163

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good Morning Alicia,

In light of the recent memorandum regarding "Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs" I am unsure what the implications are for the City of san Diego's Ready, Set, Grow San Diego program? Could you provide any clarification or direction going forward? We have just finished on-boarding our new employees and are marking out aggressively for new tree plantings.

I may give you a call this morning but I understand you will be fielding a lot of these inquiries.

Best Regards,

John Ide
Urban Forestry Program Coordinator
jide@sandiego.gov
619-417-3655

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

USDA000164

| | |
|---|---|
| **From:** | Sanchez scott, Alicia - FS, CA |
| **To:** | Valdizno-Amps, Karen |
| **Cc:** | Mabee, Olivia; Nonaka, Amy; Ide, John; Widener, Brian; Sanchez scott, Alicia - FS, CA |
| **Subject:** | RE: [External Email]Join Us for Arbor Day 2025 – Invitation |
| **Date:** | Wednesday, March 19, 2025 7:50:53 AM |
| **Attachments:** | image001.png |

Hi Karen!

Thanks for reaching out and for the invite!

I'll share this with our team and get back to you all.

Take care,
Alicia

---

**From:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Sent:** Monday, March 17, 2025 4:32 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Mabee, Olivia <OMabee@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>
**Subject:** [External Email]Join Us for Arbor Day 2025 – Invitation

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Happy Monday Alicia,

I hope you're doing well. I wanted to reach out to see if you'd be interested in attending or hosting a table at our Arbor Day event on April 25, 2025. I've attached the event flyer for your reference. If you're interested in tabling, please let us know by the end of the week, as we are finalizing the park layout. Thank you!

Respectfully,

**Karen Valdizno-Amps**
Project Officer 1
City of San Diego
Transportation

T (619) 889-0613
www.sandiego.gov

USDA000165



**CONFIDENTIAL COMMUNICATION**

This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

USDA000166

| From: | Sanchez scott, Alicia - FS, CA |
|---|---|
| To: | Valdizno-Amps, Karen |
| Cc: | Mabee, Olivia; Nonaka, Amy; Ide, John; Widener, Brian |
| Subject: | Re: [External Email]Join Us for Arbor Day 2025 – Invitation |
| Date: | Thursday, April 3, 2025 1:14:22 PM |
| Attachments: | image002.png |

Hi Karen
Sorry for the delay. I've reached out to staff at the Cleveland National Forest to see if anyone can be present. Just to clarify, they will have a table or booth to sit at or do they need to bring one with them?
We won't be able to present or speak but they can hand out material.
As soon I hear back from them, hopefully by Monday, I'll let you know or connect them with you.
Thanks!

Alicia Sanchez Scott
Assistant Program Manager
Urban and Community Forestry
Pacific Southwest Region, USFS

**From:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Sent:** Wednesday, April 2, 2025 2:30:32 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Mabee, Olivia <OMabee@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>
**Subject:** RE: [External Email]Join Us for Arbor Day 2025 – Invitation

Hi Alicia,

I hope you're doing well! I wanted to follow up to see if you or anyone from your team will be joining us for Arbor Day. We have a table reserved for USFS and are currently finalizing event logistics.

Please let us know at your earliest convenience, ideally by April 11, 2025, so we can plan accordingly.

Thank you, and we hope to see you there

Respectfully,

**Karen Valdizno-Amps**
Project Officer 1
City of San Diego
Transportation

T (619) 889-0613
www.sandiego.gov

USDA000167



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

---

**From:** Valdizno-Amps, Karen
**Sent:** Wednesday, March 19, 2025 1:21 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Mabee, Olivia <OMabee@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>
**Subject:** RE: [External Email]Join Us for Arbor Day 2025 – Invitation

Thanks Alicia, appreciate it

Respectfully,

**Karen Valdizno-Amps**
Project Officer 1
City of San Diego
Transportation

T (619) 889-0613
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are

USDA000168

hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

---

**From:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Sent:** Wednesday, March 19, 2025 7:51 AM
**To:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Cc:** Mabee, Olivia <OMabee@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>; Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Subject:** [EXTERNAL] RE: [External Email]Join Us for Arbor Day 2025 – Invitation

**This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.**

---

Hi Karen!
Thanks for reaching out and for the invite!
I'll share this with our team and get back to you all.

Take care,
Alicia

---

**From:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Sent:** Monday, March 17, 2025 4:32 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Mabee, Olivia <OMabee@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>
**Subject:** [External Email]Join Us for Arbor Day 2025 – Invitation

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Happy Monday Alicia,

I hope you're doing well. I wanted to reach out to see if you'd be interested in attending or hosting a table at our Arbor Day event on April 25, 2025. I've attached the event flyer for your reference. If you're interested in tabling, please let us know by the end of the week, as we are finalizing the park layout. Thank you!

Respectfully,

**Karen Valdizno-Amps**
Project Officer 1

USDA000169

City of San Diego
Transportation

T (619) 889-0613
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

| From: | Sanchez scott, Alicia - FS, CA |
|---|---|
| To: | Valdizno-Amps, Karen |
| Cc: | Mabee, Olivia; Nonaka, Amy; Ide, John; Widener, Brian; Sanchez scott, Alicia - FS, CA |
| Subject: | RE: [External Email]Join Us for Arbor Day 2025 – Invitation |
| Date: | Wednesday, April 9, 2025 12:23:38 PM |
| Attachments: | image003.png |
| | image005.png |

Hi Karen,

I apologize, but I have not been able to get an answer from the forest on their availability to attend this event. I think we are going to have to pass at this time. I'm sorry to keep you waiting and I hope you all have a wonderful event!!

Please keep me in the loop of other events occurring as I plan on traveling down to San Diego in the next month or so, and it would be great to meet you all!

Take care,

Alicia



**Alicia Sanchez Scott**
**Urban & Community Forestry Assistant Program Manager**

**Forest Service**
**Region 5 State and Private Forestry**

**c: 805-450-8369**
alicia.sanchezscott@usda.gov

1323 Club Drive
Vallejo, CA 94592

---

**From:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Sent:** Thursday, April 3, 2025 1:41 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Mabee, Olivia <OMabee@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>
**Subject:** RE: [External Email]Join Us for Arbor Day 2025 – Invitation

Hi Alicia,

They would have to bring a table with them. Thank you so much, look forward to hearing back

Respectfully,

USDA000171

**Karen Valdizno-Amps**
Project Officer 1
City of San Diego
Transportation

T (619) 889-0613
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

**From:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Sent:** Thursday, April 3, 2025 1:14 PM
**To:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Cc:** Mabee, Olivia <OMabee@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>
**Subject:** [EXTERNAL] Re: [External Email]Join Us for Arbor Day 2025 – Invitation

**This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.**

Hi Karen
Sorry for the delay. I've reached out to staff at the Cleveland National Forest to see if anyone can be present. Just to clarify, they will have a table or booth to sit at or do they need to bring one with them?
We won't be able to present or speak but they can hand out material.
As soon I hear back from them, hopefully by Monday, I'll let you know or connect them with you. Thanks!

Alicia Sanchez Scott
Assistant Program Manager
Urban and Community Forestry

USDA000172

Pacific Southwest Region, USFS

**From:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Sent:** Wednesday, April 2, 2025 2:30:32 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Mabee, Olivia <OMabee@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>
**Subject:** RE: [External Email]Join Us for Arbor Day 2025 – Invitation

Hi Alicia,

I hope you're doing well! I wanted to follow up to see if you or anyone from your team will be joining us for Arbor Day. We have a table reserved for USFS and are currently finalizing event logistics.

Please let us know at your earliest convenience, ideally by April 11, 2025, so we can plan accordingly.

Thank you, and we hope to see you there

Respectfully,

**Karen Valdizno-Amps**
Project Officer 1
City of San Diego
Transportation

T (619) 889-0613
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

**From:** Valdizno-Amps, Karen

**Sent:** Wednesday, March 19, 2025 1:21 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Mabee, Olivia <OMabee@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>
**Subject:** RE: [External Email]Join Us for Arbor Day 2025 – Invitation

Thanks Alicia, appreciate it

Respectfully,

**Karen Valdizno-Amps**
Project Officer 1
City of San Diego
Transportation

T (619) 889-0613
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

**From:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Sent:** Wednesday, March 19, 2025 7:51 AM
**To:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Cc:** Mabee, Olivia <OMabee@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>; Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Subject:** [EXTERNAL] RE: [External Email]Join Us for Arbor Day 2025 – Invitation

**This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.**

Hi Karen!

Thanks for reaching out and for the invite!
I'll share this with our team and get back to you all.

Take care,
Alicia

---

**From:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Sent:** Monday, March 17, 2025 4:32 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Mabee, Olivia <OMabee@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>
**Subject:** [External Email]Join Us for Arbor Day 2025 – Invitation

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Happy Monday Alicia,

I hope you're doing well. I wanted to reach out to see if you'd be interested in attending or hosting a table at our Arbor Day event on April 25, 2025. I've attached the event flyer for your reference. If you're interested in tabling, please let us know by the end of the week, as we are finalizing the park layout. Thank you!

Respectfully,

**Karen Valdizno-Amps**
Project Officer 1
City of San Diego
Transportation

T (619) 889-0613
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone.

Thank you

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000176

| From: | Sanchez scott, Alicia - FS, CA |
|---|---|
| To: | Alvarez, Nancy |
| Cc: | Auch, Patrick; Alfonso, Jorge; Musa, Louie; Widener, Brian; Ide, John; Sanchez scott, Alicia - FS, CA |
| Subject: | Re: [External Email]Meeting Request for 24-DG-11052021-228 over WH OMB Memo for Temporary Pause of Federal Grants |
| Date: | Tuesday, January 28, 2025 9:40:59 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Hi Nancy and team,

I can speak with you anytime if you would like to call me. Or you can schedule a time here:
Book time with Sanchez scott, Alicia - FS, CA: IRA Grant Check-in

At this time, we have no information to share regarding the executive memos as the agency received them the same time everyone else did. I would imagine some direction will come out soon, but we have not received any word from our department to stop any projects or stop disbursements.
I know this is not as helpful. I truly do not have any news to share as we are all waiting, too.

Please call me anytime.
Respectfully,

Alicia



**Alicia Sanchez Scott** (she/her)
**Urban & Community Forestry Assistant**
**Program Manager**

**USDA Forest Service**
**State and Private Forestry**
**Pacific Southwest Region**

c: 805-450-8369
alicia.sanchezscott@usda.gov
1323 Club Drive
Vallejo, CA 94592
www.fs.usda.gov

**Caring for the land and serving people**

**Region 5 - Urban and Community Forestry (usda.gov)**

**From:** Alvarez, Nancy <NAlvarez@sandiego.gov>
**Sent:** Tuesday, January 28, 2025 9:27:11 AM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Auch, Patrick <PAuch@sandiego.gov>; Alfonso, Jorge <JAlfonso@sandiego.gov>; Musa, Louie <LouieM@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>; Ide, John <JIde@sandiego.gov>
**Subject:** [External Email]Meeting Request for 24-DG-11052021-228 over WH OMB Memo for Temporary Pause of Federal Grants

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi Alicia,

We wanted to reach out regarding the attached Memo from the White House Office of Management and Budget and discuss how it affects the City of San Diego grant award 24-DG-11052021-228 "Ready, Set, Grow San Diego," specifically future disbursement requests. Can you please let us know when you are available to meet with us?

Thank you,

**Nancy Alvarez**
Senior Management Analyst
City of San Diego
Transportation

T (619) 753-4507
**www.sandiego.gov**



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

USDA000178

**From:** Sanchez scott, Alicia - FS, CA
**To:** Valdizno-Amps, Karen
**Cc:** Nonaka, Amy; Ide, John; Widener, Brian; Sanchez scott, Alicia - FS, CA
**Subject:** RE: [External Email]Review Request: RSGSD - Tree Tag & Universal Flyer for review- Alicia
**Date:** Thursday, February 6, 2025 4:45:40 PM
**Attachments:** image002.png
image003.png

Hello Karen!

These look great! Thanks for letting me review them.

Brian - I was wondering if it would be okay to share the mockup tree tag with another grantee who is interested in the same concept.

If not, it's okay.

Thanks again and take care,

Alicia



**Alicia Sanchez Scott**
**Urban & Community Forestry Assistant Program Manager**

**USDA Forest Service**
**State and Private Forestry**
**Pacific Southwest Region**

**c: 805-450-8369**
alicia.sanchezscott@usda.gov

1323 Club Drive
Vallejo, CA 94592

---

**From:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Sent:** Thursday, February 6, 2025 3:29 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Nonaka, Amy <ANonaka@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>
**Subject:** [External Email]Review Request: RSGSD - Tree Tag & Universal Flyer for review- Alicia

You don't often get email from kvaldiznoamp@sandiego.gov. Learn why this is important

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello Alicia,

Hope you are having a great day. Could you please review the attached tree tag and universal flyer for Ready, Set, Grow San Diego and let me know if any adjustments are needed? I appreciate your

USDA000179

time and feedback

**Karen Valdizno-Amps**
Project Officer 1
City of San Diego
Transportation

T (619) 889-0613
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

USDA000180

| | |
|---|---|
| **From:** | Sanchez scott, Alicia - FS, CA |
| **To:** | Valdizno-Amps, Karen |
| **Cc:** | Ide, John; Widener, Brian; Nonaka, Amy; Sanchez scott, Alicia - FS, CA |
| **Subject:** | RE: [External Email]RSG SD: Door Hanger - For Alicia's Review |
| **Date:** | Friday, February 7, 2025 10:50:06 AM |
| **Attachments:** | image001.png |

Good morning, Karen!

The only thing I would recommend is adding the UCF program in your statement below.

It currently states, "**The City of San Diego's Urban Forestry Program** was awarded a $10 million grant from the U.S. Forest Service, an agency of the U.S. Department of Agriculture..."

Can you instead add, "USDA Forest Service, Urban and Community Forestry Program...?

It's about the same amount of text when USDA is abbreviated.

Thanks, and these look amazing! I enjoy looking at the communication material you're all creating!

Can you send me the final version when completed?

Thanks!

Alicia

**From:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Sent:** Friday, February 7, 2025 10:42 AM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Ide, John <JIde@sandiego.gov>; Widener, Brian <BWidener@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>
**Subject:** [External Email]RSG SD: Door Hanger - For Alicia's Review

> You don't often get email from kvaldiznoamp@sandiego.gov. Learn why this is important
>
> **[External Email]**
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Happy Friday Alicia,

Please see attached Door Hanger for your review, please let me know if you would like us to make any adjustments on our end. Thank you

**Karen Valdizno-Amps**
Project Officer 1
City of San Diego
Transportation

T (619) 889-0613
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**

This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

USDA000182

| | |
|---|---|
| **From:** | Sanchez scott, Alicia - FS, CA |
| **To:** | Widener, Brian; Musa, Louie |
| **Cc:** | Williams, Kathryn - FS, CA; Alvarez, Nancy; Alfonso, Jorge |
| **Subject:** | RE: 24-DG-11052021-228 - Reimbursement Invoice #2 |
| **Date:** | Monday, March 31, 2025 12:05:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Good morning!

Just wanted to let you know that the payment came through this morning and I approved it. It should show up in the account on file within a couple of days!

Take care!

Alicia

---

**From:** Widener, Brian <BWidener@sandiego.gov>
**Sent:** Friday, March 28, 2025 3:22 PM
**To:** Musa, Louie <LouieM@sandiego.gov>; FS-ASC GA <SM.FS.asc_ga@usda.gov>
**Cc:** Williams, Kathryn - FS, CA <Kathryn.Williams2@usda.gov>; Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>; Alvarez, Nancy <NAlvarez@sandiego.gov>; Alfonso, Jorge <JAlfonso@sandiego.gov>
**Subject:** RE: 24-DG-11052021-228 - Reimbursement Invoice #2

Good afternoon Albuquerque Service Center,

We are checking in on our latest invoice that was sent last week.  Would you be able to let us know where we are at in the processing of this reimbursement request.

Please see attached reimbursement invoice #2 for grant award 24-DG-11052021-228 for the City of San Diego.

Thank you so much, and have a great weekend.


**Brian Widener** (he/him/his)
City Forester
City of San Diego
Transportation

T (619) 527-8050
www.sandiego.gov/trees



USDA000183

**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

**From:** Musa, Louie <LouieM@sandiego.gov>
**Sent:** Wednesday, March 19, 2025 4:46 PM
**To:** SM.FS.asc_ga@usda.gov
**Cc:** Kathryn.Williams2@usda.gov; alicia.sanchezscott@usda.gov; Widener, Brian <BWidener@sandiego.gov>; Alvarez, Nancy <NAlvarez@sandiego.gov>; Alfonso, Jorge <JAlfonso@sandiego.gov>
**Subject:** 24-DG-11052021-228 - Reimbursement Invoice #2

Hello,

Please see attached reimbursement invoice #2 for grant award 24-DG-11052021-228 for the City of San Diego.

Thanks,


**Louie Musa**
Senior Grant Administrator
City of San Diego
Transportation

T (619) 753 - 4505
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

| | |
|---|---|
| **From:** | Sanchez scott, Alicia - FS, CA |
| **To:** | Nonaka, Amy |
| **Cc:** | Aoe, Phoebe; Sanchez scott, Alicia - FS, CA |
| **Subject:** | RE: Please Review: Arbor Day 2025 Media Advisory |
| **Date:** | Thursday, April 10, 2025 4:13:57 PM |
| **Attachments:** | image001.png |

Hello Amy,

Thanks for sending this over for me to review.

The only change I would ask for is in the first paragraph, last sentence.

"The program is supported by a $10 million grant from the USDA Forest Service, Urban and Community Forestry Program."

Everything else looks great!

Thanks again and have a lovely weekend!

Alicia



**Alicia Sanchez Scott**
**Urban & Community Forestry Assistant**
**Program Manager**

**Forest Service**
**Region 5 State and Private Forestry**

**c: 805-450-8369**
alicia.sanchezscott@usda.gov

1323 Club Drive
Vallejo, CA 94592

---

**From:** Nonaka, Amy <ANonaka@sandiego.gov>
**Sent:** Thursday, April 10, 2025 10:16 AM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Aoe, Phoebe <PAoe@sandiego.gov>
**Subject:** Please Review: Arbor Day 2025 Media Advisory

Good morning Alicia,

Please see the Media Advisory for the upcoming Arbor Day event.  Let me know if OK to go, or if edits are needed.

Sincerely,

USDA000185

**Amy Nonaka**
Project Officer 2
City of San Diego
Transportation

T (619) 335-0577
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

USDA000186

| | |
|---|---|
| **From:** | Sanchez scott, Alicia - FS, CA |
| **To:** | Nonaka, Amy |
| **Cc:** | Aoe, Phoebe; Sanchez scott, Alicia - FS, CA |
| **Subject:** | RE: Ready, Set, Grow San Diego 1,000th Tree |
| **Date:** | Tuesday, April 8, 2025 3:35:29 PM |
| **Attachments:** | image001.png |
| | image003.png |
| | image004.png |
| | image007.png |

Hi Amy!!

This looks great! Congratulations to your team for planting the 1000th tree!

And I love the hats!!

Take care,

Alicia



**Alicia Sanchez Scott**
**Urban & Community Forestry Assistant Program Manager**

**Forest Service**
**Region 5 State and Private Forestry**

**c: 805-450-8369**
alicia.sanchezscott@usda.gov

1323 Club Drive
Vallejo, CA 94592

---

**From:** Nonaka, Amy <ANonaka@sandiego.gov>
**Sent:** Tuesday, April 8, 2025 12:55 PM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Aoe, Phoebe <PAoe@sandiego.gov>
**Subject:** Fw: Ready, Set, Grow San Diego 1,000th Tree

Good afternoon Alicia,

Would you please review the video our communications team put together to celebrate the 1000th tree for RSG? I wanted to make sure this was OK to post before it is posted.

Thank you,

Amy Nonaka

Project Officer 2

City of San Diego

Transportation

T (619) 335-0577

www.sandiego.gov

---

**From:** Aoe, Phoebe <PAoe@sandiego.gov>
**Sent:** Tuesday, April 8, 2025 9:00:46 AM
**To:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Rossi, Annabel <ARossi@sandiego.gov>
**Cc:** Widener, Brian <BWidener@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>
**Subject:** Re: Ready, Set, Grow San Diego 1,000th Tree

Hi, thanks everyone for helping coordinate this. Congrats Amy on your first reel! Please review the reel and suggested caption:

We just planted our 1,000th tree in Bay Terraces as part of the Ready, Set, Grow San Diego! Our certified City arborists carefully select trees that thrive in our unique environment. This work is supported by the USDA Forest Service.
#SanDiegoAtWork #Trees

We can post this after all approvals are received. Please pass this on to anyone in UF and USDA who may need to see it.

Best,

Phoebe

--

**Phoebe Aoe**

Senior Public Information Officer

City of San Diego

Communications Department

USDA000188

T (619) 533-3829

C (619) 379-3829





**CONFIDENTIAL COMMUNICATION**

This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

---

**From:** Aoe, Phoebe <PAoe@sandiego.gov>
**Sent:** Thursday, April 3, 2025 1:30 PM
**To:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Rossi, Annabel <ARossi@sandiego.gov>
**Cc:** Widener, Brian <BWidener@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>
**Subject:** Re: Ready, Set, Grow San Diego 1,000th Tree

Hi, thank you!
Please let me know when you have a time set.
For scheduling purposes, I am unavailable between 10:30 a.m. and 1 p.m. I'll be at another shoot.


Best,

Phoebe


--

**Phoebe Aoe**

Senior Public Information Officer

City of San Diego

Communications Department

T (619) 533-3829

C (619) 379-3829





**CONFIDENTIAL COMMUNICATION**

This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

---

**From:** Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Sent:** Thursday, April 3, 2025 8:23 AM
**To:** Aoe, Phoebe <PAoe@sandiego.gov>; Ide, John <JIde@sandiego.gov>; Rossi, Annabel <ARossi@sandiego.gov>
**Cc:** Widener, Brian <BWidener@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>
**Subject:** RE: Ready, Set, Grow San Diego 1,000th Tree

Good Morning Phoebe,

USDA000190

I have cc'd @Rossi, Annabel to this email. I believe that we are going to plant our 1000th tree on Monday.


Respectfully,


**Karen Valdizno-Amps**
Project Officer 1
City of San Diego
Transportation

T (619) 889-0613
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

---

**From:** Aoe, Phoebe <PAoe@sandiego.gov>
**Sent:** Tuesday, April 1, 2025 1:30 PM
**To:** Ide, John <JIde@sandiego.gov>
**Cc:** Widener, Brian <BWidener@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Subject:** Re: Ready, Set, Grow San Diego 1,000th Tree


Hi, I think this is a great idea for social and what an accomplishment! Congrats to your team!

USDA000191

Can I get updates about scheduling? I can try to make it out there to capture it. I'll need someone to be able to speak on camera, too.

Best,

Phoebe

--

**Phoebe Aoe**

Senior Public Information Officer

City of San Diego

Communications Department

T (619) 533-3829

C (619) 379-3829





**CONFIDENTIAL COMMUNICATION**

This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

**From:** Ide, John <JIde@sandiego.gov>
**Sent:** Tuesday, April 1, 2025 11:56 AM
**To:** Aoe, Phoebe <PAoe@sandiego.gov>
**Cc:** Widener, Brian <BWidener@sandiego.gov>; Nonaka, Amy <ANonaka@sandiego.gov>; Valdizno-Amps, Karen <KValdiznoAmp@sandiego.gov>
**Subject:** Ready, Set, Grow San Diego 1,000th Tree

Hi Phoebe,

Our Ready, Set, Grow San Diego team has been hard at work planting trees through the program, and we're excited to reach a major milestone—our 1,000th tree! Based on West Coast Arborists' schedule and pace, the planting is expected to take place by the end of this week or early next week.

While there isn't enough time to organize an event, this could be a great opportunity for a social media post.

Let me know if you'd like more details or have any questions.

Best regards,

**John Ide**

Urban Forestry Program Coordinator

City of San Diego

Transportation

T (619) 527-7508

Urban Forestry Hotline (619) 527-8037

www.sandiego.gov

USDA000193



**CONFIDENTIAL COMMUNICATION**

This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

USDA000194

| | |
|---|---|
| **From:** | Sanchez scott, Alicia - FS, CA |
| **To:** | Widener, Brian |
| **Subject:** | Re: Social Media Guidance for IRA UCF Grants |
| **Date:** | Wednesday, January 29, 2025 2:13:52 PM |
| **Attachments:** | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |

Hi Brian
When you get a moment, can you call me?
I called your direct line but I got a message that the call couldn't be completed.
Just want to make sure this is the correct number: (619) 527-8050?

Alicia Sanchez Scott
Assistant Program Manager
Urban and Community Forestry
Pacific Southwest Region, USFS

**From:** Widener, Brian <BWidener@sandiego.gov>
**Sent:** Monday, October 21, 2024 11:34:03 AM
**To:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Cc:** Ide, John <JIde@sandiego.gov>; Mabee, Olivia <OMabee@sandiego.gov>
**Subject:** RE: Social Media Guidance for IRA UCF Grants

Hi Alicia,

We appreciate all this great information.  Thank you so much.  Happy Monday!

Brian

**Brian Widener** (he/him/his)
City Forester
City of San Diego
Transportation

T (619) 527-8050
www.sandiego.gov/trees



**CONFIDENTIAL COMMUNICATION**

USDA000195

This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you

**From:** Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Sent:** Friday, October 18, 2024 3:30 PM
**To:** Widener, Brian <BWidener@sandiego.gov>
**Cc:** Ide, John <JIde@sandiego.gov>; Mabee, Olivia <OMabee@sandiego.gov>; Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>
**Subject:** [EXTERNAL] Social Media Guidance for IRA UCF Grants

**This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.**

Hello Brian,
It was great seeing you all today!

As promised, below is additional guidance for social media posts.

For all social media communication products (i.e. Twitter/X, Instagram, Facebook posts, reels, stories, etc.), **partners are not expected to include the nondiscrimination statement (NDS) or full statements of Forest Service acknowledgement as expected in traditional products** (i.e. flyers, PowerPoints, banners, websites, videos, etc.).  Instead, partners are advised to write something that alludes to the U.S. Forest Service as a funder or collaborator, as character space limitations permit. This may include tagging official Forest Service social media accounts (regional or national), using logos in posted images or videos, mentioning the U.S. Forest Service by name.
For example:

"This project was funded by the USDA Forest Service."
"This work is supported by the USDA Forest Service."
"This work is possible thanks to our partners the USDA Forest Service, X, Y, Z."
"We are proud to announce this work doing ABC with the USDA Forest Service."

Good examples of social media posts:
- State of Hawaiʻi UCF Program Kaulunani's Announcement of 2024 IRA Awardees: Facebook Post | Instagram Post (long statement)
- Kaulunani's Arbor Day Celebration of IRA Grant Partners: Instagram Reel

Partners are welcome to tag our social media accounts when referencing our agency; of course, these usages are subject to program manager approval, too. There is opportunity for regional

accounts to repost partner social media content if particularly compelling and relevant to a wider audience. The list of regional and national accounts are as follows:

Region 5 Accounts:
- Your Pacific Southwest Forests (@yourpswforests) • Instagram photos and videos
- Your Pacific Southwest Forests
- Twitter: @usfs_r5

National Accounts
- Facebook: U.S. Forest Service
- Instagram: USDA Forest Service (@u.s.forestservice)
- Twitter: @forestservice

As far as videos go, there would need to be a slide at the end of the video or statement with the USDA funding acknowledgement, NDS and logo as any other traditional product we would approve; such as in a flyer.

As mentioned before, please send all social media posts and other products to approve prior to publication and I will see about getting it back to you within 2 days, or within a week for websites or press releases.

Please let me know if you have further questions about any of this information. Have a great weekend!

Respectfully,

Alicia



**Alicia Sanchez Scott** (she/her)
**Urban & Community Forestry Assistant**
**Program Manager**

**USDA Forest Service**
**State and Private Forestry**
**Pacific Southwest Region**

**c: 805-450-8369**
alicia.sanchezscott@usda.gov
1323 Club Drive
Vallejo, CA 94592
www.fs.usda.gov

**Caring for the land and serving people**

**Region 5 - Urban and Community Forestry (usda.gov)**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000198

**Williams, Kathryn - FS, CA**

| | |
|---|---|
| **From:** | FS-ASC GA |
| **Sent:** | Wednesday, April 2, 2025 7:33 AM |
| **To:** | Widener, Brian; Musa, Louie |
| **Cc:** | Williams, Kathryn - FS, CA; Sanchez scott, Alicia - FS, CA; Alvarez, Nancy; Alfonso, Jorge |
| **Subject:** | RE: 24-DG-11052021-228 - Reimbursement Invoice #2 |

Hello,

Thank you for your inquiry.  According to our system, request 2 in the amount of $66,002.82 was fully approved and sent to Treasury for disbursement on 04/01/2025.

Thanks,



**April Madrid**
**Financial Analyst**
Forest Service
CFO ASC Budget and Finance Payments Grants &
Agreements
p: 505-581-2755
april.madrid@usda.gov
4000 Masthead St NE
Albuquerque, NM 87109

---

**From:** Widener, Brian <BWidener@sandiego.gov>
**Sent:** Friday, March 28, 2025 10:22 PM
**To:** Musa, Louie <LouieM@sandiego.gov>; FS-ASC GA <SM.FS.asc_ga@usda.gov>
**Cc:** Williams, Kathryn - FS, CA <Kathryn.Williams2@usda.gov>; Sanchez scott, Alicia - FS, CA
<alicia.sanchezscott@usda.gov>; Alvarez, Nancy <NAlvarez@sandiego.gov>; Alfonso, Jorge <JAlfonso@sandiego.gov>
**Subject:** RE: 24-DG-11052021-228 - Reimbursement Invoice #2

Good afternoon Albuquerque Service Center,

We are checking in on our latest invoice that was sent last week.  Would you be able to let us know where we are at in the processing of this reimbursement request.

Please see attached reimbursement invoice #2 for grant award 24-DG-11052021-228 for the City of San Diego.

Thank you so much, and have a great weekend.


**Brian Widener** (he/him/his)
City Forester
City of San Diego
Transportation

T (619) 527-8050
www.sandiego.gov/trees

USDA000199



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

**From:** Musa, Louie <LouieM@sandiego.gov>
**Sent:** Wednesday, March 19, 2025 4:46 PM
**To:** SM.FS.asc_ga@usda.gov
**Cc:** Kathryn.Williams2@usda.gov; alicia.sanchezscott@usda.gov; Widener, Brian <BWidener@sandiego.gov>; Alvarez, Nancy <NAlvarez@sandiego.gov>; Alfonso, Jorge <JAlfonso@sandiego.gov>
**Subject:** 24-DG-11052021-228 - Reimbursement Invoice #2

Hello,

Please see attached reimbursement invoice #2 for grant award 24-DG-11052021-228 for the City of San Diego.

Thanks,


**Louie Musa**
Senior Grant Administrator
City of San Diego
Transportation

T (619) 753 - 4505
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

USDA000200

**Williams, Kathryn - FS, CA**

| | |
|---|---|
| **From:** | Widener, Brian <BWidener@sandiego.gov> |
| **Sent:** | Tuesday, April 1, 2025 5:13 AM |
| **To:** | Sanchez scott, Alicia - FS, CA |
| **Cc:** | Musa, Louie; Williams, Kathryn - FS, CA; Alvarez, Nancy; Alfonso, Jorge; Ide, John; Klaseus, Chelsea |
| **Subject:** | Re: [EXTERNAL] RE: 24-DG-11052021-228 - Reimbursement Invoice #2 |

Great!  Thank you so much, Alicia.

**Brian Widener** (he/him/his)
City Forester
City of San Diego
Transportation

T (619) 527-8050
www.sandiego.gov/trees

**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

On Mar 31, 2025, at 12:05 PM, Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov> wrote:

\*\*This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.\*\*

Good morning!
Just wanted to let you know that the payment came through this morning and I approved it. It should show up in the account on file within a couple of days!
Take care!
Alicia

**From:** Widener, Brian <BWidener@sandiego.gov>
**Sent:** Friday, March 28, 2025 3:22 PM
**To:** Musa, Louie <LouieM@sandiego.gov>; FS-ASC GA <SM.FS.asc_ga@usda.gov>
**Cc:** Williams, Kathryn - FS, CA <Kathryn.Williams2@usda.gov>; Sanchez scott, Alicia - FS, CA <alicia.sanchezscott@usda.gov>; Alvarez, Nancy <NAlvarez@sandiego.gov>; Alfonso, Jorge <JAlfonso@sandiego.gov>
**Subject:** RE: 24-DG-11052021-228 - Reimbursement Invoice #2

USDA000201

Good afternoon Albuquerque Service Center,

We are checking in on our latest invoice that was sent last week.  Would you be able to let us know where we are at in the processing of this reimbursement request.

Please see attached reimbursement invoice #2 for grant award 24-DG-11052021-228 for the City of San Diego.

Thank you so much, and have a great weekend.


**Brian Widener** (he/him/his)
City Forester
City of San Diego
Transportation

T (619) 527-8050
www.sandiego.gov/trees



**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

**From:** Musa, Louie <LouieM@sandiego.gov>
**Sent:** Wednesday, March 19, 2025 4:46 PM
**To:** SM.FS.asc_ga@usda.gov
**Cc:** Kathryn.Williams2@usda.gov; alicia.sanchezscott@usda.gov; Widener, Brian <BWidener@sandiego.gov>; Alvarez, Nancy <NAlvarez@sandiego.gov>; Alfonso, Jorge <JAlfonso@sandiego.gov>
**Subject:** 24-DG-11052021-228 - Reimbursement Invoice #2

Hello,

Please see attached reimbursement invoice #2 for grant award 24-DG-11052021-228 for the City of San Diego.

Thanks,


**Louie Musa**
Senior Grant Administrator
City of San Diego
Transportation

USDA000202

T (619) 753 - 4505
www.sandiego.gov



**CONFIDENTIAL COMMUNICATION**

This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000203

Hi Dan,

Please see the attached list of grants that may be fully implemented. Please reach out to me or the associated program manager(s) listed on the spreadsheet with any questions.

Thank you,

Robert



**Robert Gentry**
**Field Representative**
**Forest Service**
**Eastern Region - Morgantown Field**
**Office**
**p: 304-285-1540**
**c: 541-410-3281**
**robert.gentry@usda.gov**
180 Canfield St
Morgantown, WV 26505

USDA000204

**James, Kenneth - FPAC-FBC, MI**

| | |
|---|---|
| **From:** | Jerzak, Sandra - FPAC-FBC, MN |
| **Sent:** | Friday, April 11, 2025 4:00 PM |
| **To:** | James, Kenneth - FPAC-FBC, MI; Johnson, Sundii - FPAC-FBC, MD |
| **Cc:** | Jerzak, Sandra - FPAC-FBC, MN |
| **Subject:** | FW: [External Email]FSA Co-op Payment Request 009 |

I found another email back to the recipient under ==FSA23CPT0013667==.  I did mention "HOLD."

Sandra Jerzak
Grant Management Specialist
Grants and Agreements Division
Policy and Audit Branch – Operations Team

USDA  Farm Production and Conservation – Business Center
U.S. DEPARTMENT OF AGRICULTURE
p: (507) 591-4280
e: Sandra.jerzak@usda.gov  | w: www.fpacbc.usda.gov

USDA is an equal opportunity provider, employer, and lender.

---

**From:** Jerzak, Sandra - FPAC-FBC, MN
**Sent:** Tuesday, February 25, 2025 11:11 AM
**To:** Margaret Krome-Lukens <margaret@rafiusa.org>; SM.FPAC.BC.DCWA2.GAD <FPAC.BC.GAD@usda.gov>
**Cc:** McNab, Cara - FPAC-FSA, DC <cara.mcnab@usda.gov>; Kelly Marchand <kmarchand@rafiusa.org>; Lisa Misch <lisa@rafiusa.org>; Grace Barstow <grace@rafiusa.org>
**Subject:** RE: [External Email]FSA Co-op Payment Request 009

Margaret,

Unfortunately, our division is still awaiting guidance from USDA, and  your payment 09 is on HOLD.

Thank you for your patience.

Sandra Jerzak
Grant Management Specialist
Grants and Agreements Division
Policy and Audit Branch – Operations Team

USDA  Farm Production and Conservation – Business Center
U.S. DEPARTMENT OF AGRICULTURE
p: (507) 591-4280
e: Sandra.jerzak@usda.gov  | w: www.fpacbc.usda.gov

USDA is an equal opportunity provider, employer, and lender.

---

**From:** Margaret Krome-Lukens <margaret@rafiusa.org>
**Sent:** Monday, February 24, 2025 12:10 PM
**To:** SM.FPAC.BC.DCWA2.GAD <FPAC.BC.GAD@usda.gov>; Jerzak, Sandra - FPAC-FBC, MN <sandra.jerzak@usda.gov>
**Cc:** McNab, Cara - FPAC-FSA, DC <cara.mcnab@usda.gov>; Kelly Marchand <kmarchand@rafiusa.org>; Lisa Misch

USDA000205

<lisa@rafiusa.org>; Grace Barstow <grace@rafiusa.org>
**Subject:** RE: [External Email]FSA Co-op Payment Request 009

Good Morning, I was wondering if there is any update on this reimbursement request.  Do you know if they are being processed in the usual timeline, or would you anticipate delays?

Thank you!
Margaret

**Margaret Krome-Lukens**
Policy Co-Director
RAFI
(919) 621-3593
she/her/hers

On Tue, Feb 04, 2025 at 3:22 PM, SM.FPAC.BC.DCWA2.GAD <FPAC.BC.GAD@usda.gov> wrote:

> Hello,
>
> Your request was logged as PAY0073484.
>
> Oliver Character, Jr.
> Grants and Agreements Division
>
> USDA
> U.S. DEPARTMENT OF AGRICULTURE
> Farm Production and Conservation Business Center
> 1400 Independence Avenue, Washington, DC, 20250
>
> **From:** Margaret Krome-Lukens <margaret@rafiusa.org>
> **Sent:** Tuesday, January 28, 2025 11:15 AM
> **To:** SM.FPAC.BC.DCWA2.GAD <FPAC.BC.GAD@usda.gov>; McNab, Cara - FPAC-FSA, DC <cara.mcnab@usda.gov>
> **Cc:** Kelly Marchand <kmarchand@rafiusa.org>; Lisa Misch <lisa@rafiusa.org>; Susan Alan <susan@rafiusa.org>; Grace Barstow <grace@rafiusa.org>
> **Subject:** [External Email]FSA Co-op Payment Request 009
>
> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**

USDA000206

Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello,

I'm submitting a payment request #009 for award FSA23CPT0013667. I've attached the SF-270 and GADBET expense table below. Please let me know if any further info or action is needed.

Thanks,

**Margaret Krome-Lukens**

Policy Co-Director

RAFI

(919) 621-3593

she/her/hers

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000207

**James, Kenneth - FPAC-FBC, MI**

| | |
|---|---|
| **From:** | Baisden Shell, Sonja - FPAC-FSA, DC |
| **Sent:** | Thursday, February 6, 2025 4:02 PM |
| **To:** | Jean Theron Willoughby |
| **Cc:** | FPAC.FSA.LAND.ACCESS |
| **Subject:** | RE: [External Email]Quick update on requests |

Hello Jean.

Unfortunately, we have not received any guidance from leadership so I am unable to answer your questions at this time. As soon as I learn anything, I will let you know as soon as possible.

Thank you for your patience.

## Sonja Baisden Shell
*Program Management Specialist*
Administrator's Office/OMS | Outreach Office

 Farm Service Agency
U.S. DEPARTMENT OF AGRICULTURE

e: sonja.baisdenshell@usda.gov | w: Outreach and Education (usda.gov)
Stay Connected with USDA:

    

*USDA is an equal opportunity provider, employer, and lender.*

**From:** Jean Theron Willoughby <jean@agrariantrust.org>
**Sent:** Tuesday, February 4, 2025 12:15 PM
**To:** Baisden Shell, Sonja - FPAC-FSA, DC <Sonja.BaisdenShell@usda.gov>
**Cc:** FPAC.FSA.LAND.ACCESS <Land.Access@usda.gov>
**Subject:** [External Email]Quick update on requests

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi Sonja,

I was hoping to see if you had a sense of how far along our requests were in processing. It would be great to give an update to the farmers and partners this week to help them feel more certain if we can.

Thank you!
Jean

--
Jean Theron Willoughby

USDA000208

Executive Director, Agrarian Trust

c. (984) 227-0437 l. jean-theron

**Let's find a time to meet**

 

USDA000209

**James, Kenneth - FPAC-FBC, MI**

| | |
|---|---|
| **From:** | Baisden Shell, Sonja - FPAC-FSA, DC |
| **Sent:** | Monday, February 10, 2025 2:28 PM |
| **To:** | Jean Theron Willoughby |
| **Cc:** | FPAC.FSA.LAND.ACCESS; Cruz, Michelle - FPAC-FBC, PA; James, Kenneth - FPAC-FBC, MI |
| **Subject:** | RE: [External Email]Change of financial contact, update on requests |
| **Attachments:** | Applicant Contact Information.pdf |

Hello Jean.

Attached is the form you need to fill out and return to update your grant's financial contact.

Unfortunately, I still don't have any updated information to share regarding payments and when they will be processed. We are still waiting on guidance from Leadership. As soon as I hear anything I will pass it along to you.

Again I truly appreciate your patience and I apologize for not being able to provide you with more information.

Thank you.

**Sonja Baisden Shell**
*Program Management Specialist*
Administrator's Office/OMS | Outreach Office



e: sonja.baisdenshell@usda.gov | w: **Outreach and Education (usda.gov)**
Stay Connected with USDA:

   

*USDA is an equal opportunity provider, employer, and lender.*

**From:** Jean Theron Willoughby <jean@agrariantrust.org>
**Sent:** Monday, February 10, 2025 9:16 AM
**To:** Baisden Shell, Sonja - FPAC-FSA, DC <Sonja.BaisdenShell@usda.gov>
**Cc:** FPAC.FSA.LAND.ACCESS <Land.Access@usda.gov>; Cruz, Michelle - FPAC-FBC, PA <Michelle.Cruz@usda.gov>; James, Kenneth - FPAC-FBC, MI <Kenneth.James@usda.gov>
**Subject:** [External Email]Change of financial contact, update on requests

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi Sonja and team, good morning,

I hope you all had as restful a weekend as possible. I understand it's been an extremely busy and hectic time and just have a few things to ask about.

USDA000210

First, we would like to change our grant's financial contact to Marcel De Los Santos. (It's currently Sarah Holdeman.) What are the next steps? I can update RVS, but what else would we need to do?

Our project has continued moving forward and is in full compliance. Unfortunately, the delays in processing our last three requests have been very hard for our team, the farmers, and partners on the project.

For example, Tufts University staff submitted their first major invoice for their work on the project. We will need to include it in our next advance request as planned (at the end of this week). This is part of why we would need to know when our past three requests will be processed so we can give them an idea of what to expect on timing.

Since we had to update an amount on our most recently processed request, I'm also wondering if we will need to go through and update the amounts on the subsequent requests. But I didn't want to revise or resubmit any requests without asking your financial team and grants management specialist first.

Any news would be helpful to share with our project team. Thank you so much for all your efforts and diligence during this time. Your team and this program are so appreciated.

All the best,
Jean

--
Jean Theron Willoughby
Executive Director, Agrarian Trust
c. (984) 227-0437 l. jean-theron
**Let's find a time to meet**

  

USDA000211

**James, Kenneth - FPAC-FBC, MI**

| | |
|---|---|
| **From:** | Baisden Shell, Sonja - FPAC-FSA, DC |
| **Sent:** | Tuesday, February 11, 2025 11:22 AM |
| **To:** | Jean Theron Willoughby |
| **Cc:** | FPAC.FSA.LAND.ACCESS; Cruz, Michelle - FPAC-FBC, PA; James, Kenneth - FPAC-FBC, MI |
| **Subject:** | RE: [External Email]Change of financial contact, update on requests |

Jean, thank you for your email.

I am forwarding it to our Leadership.

Thank you.

## Sonja Baisden Shell

*Program Management Specialist*
Administrator's Office/OMS | Outreach Office



e: sonja.baisdenshell@usda.gov | w: Outreach and Education (usda.gov)
Stay Connected with USDA:



*USDA is an equal opportunity provider, employer, and lender.*

**From:** Jean Theron Willoughby <jean@agrariantrust.org>
**Sent:** Tuesday, February 11, 2025 11:15 AM
**To:** Baisden Shell, Sonja - FPAC-FSA, DC <Sonja.BaisdenShell@usda.gov>
**Cc:** FPAC.FSA.LAND.ACCESS <Land.Access@usda.gov>; Cruz, Michelle - FPAC-FBC, PA <Michelle.Cruz@usda.gov>; James, Kenneth - FPAC-FBC, MI <Kenneth.James@usda.gov>
**Subject:** Re: [External Email]Change of financial contact, update on requests

Dear Sonja and team,


Thanks as always for the prompt response and we really appreciate all that you and your team are doing to help. Thanks for the form too. I'll get it back to you today.

What we need to resolve this week is the status of three overdue payments that were originally requested prior to January 20th. If these payments are not received, we will not be able to function properly as an organization that must meet our payroll and other commitments. This is extremely urgent. Events that have transpired from January 20th onward have no legal bearing on the payments that were requested before that date.

Additionally, following two federal judges' recent orders, including the enforcement order issued yesterday, the funding pauses have no legal standing at all, but our focus here is on the payments requested before January 20th.

USDA000212

Your team shared on January 14th that an internal issue within your system had to be corrected to be able to process the overdue payments. Your team shared that the error was fixed on January 16th. An overdue payment to us from October 2024 was then processed and paid. That was great and very helpful.

However, we're still awaiting payments for November and December 2024 and after. We would like to continue being patient and know that it isn't your choice to be in this situation, but further delays on these overdue payments are not an option for us.

Please direct us to your leadership team so we can follow up. We need their names and contact information including phone numbers and email addresses, as well as an address for sending a letter via mail.

In contacting USDA and FSA leadership, our goal is not to create any difficulties or challenges for your team, who we greatly respect. We are only requesting our funds be disbursed pursuant to our legally binding award and the federal court's orders. Until we receive formal notice otherwise, we will continue to fulfill the obligations of our grant project.

Please find guidance below from federal judges and Treasury on why there is no reason for withholding or delaying legally obligated funds at this time.

Thank you again as always for everything you're doing. Any guidance on how best to address the undue delay is also welcome. We want to work with you to resolve the overdue payments and move forward on our project as soon as possible.

With gratitude,
Jean

--
Jean Theron Willoughby
Executive Director, Agrarian Trust
c. (984) 227-0437 l. jean-theron
**Let's find a time to meet**

**Additional helpful information:**

While various attempts to pause federal funding have been made, all of these attempts have now been:

1. Successfully challenged in court and, until further notice, can no longer be applied. Judge McConnell clarified in a new order that the Administration "must immediately end any federal funding pause during the pendency of the TRO [temporary restraining order]" - including Inflation Reduction Act and Infrastructure Investment Jobs Act funding.

In addition, the order makes it clear that the Administration has to immediately take "any administrative, operational, or technical" steps necessary to reinstate funding, given the fact that their

USDA000213

actions have thus far clearly been in violation of the court's temporary restraining order. Accordingly, we see no reason for withholding legally obligated funds at this time.

2. In a notice provided to agencies on February 2, 2025, Treasury interpreted this order to mean that: "federal agencies cannot pause, freeze, impede, block, cancel, or terminate any awards or obligations on the basis of the OMB memo, or on the basis of the President's recently issued Executive Orders." This prohibition is to be applied to "all awards and obligations."

On Mon, Feb 10, 2025 at 2:28 PM Baisden Shell, Sonja - FPAC-FSA, DC <Sonja.BaisdenShell@usda.gov> wrote:

Hello Jean.

Attached is the form you need to fill out and return to update your grant's financial contact.

Unfortunately, I still don't have any updated information to share regarding payments and when they will be processed.  We are still waiting on guidance from Leadership.  As soon as I hear anything I will pass it along to you.

Again I truly appreciate your patience and I apologize for not being able to provide you with more information.

Thank you.

Sonja Baisden Shell

*Program Management Specialist*

Administrator's Office/OMS | Outreach Office



USDA Farm Service Agency
U.S. DEPARTMENT OF AGRICULTURE

e: sonja.baisdenshell@usda.gov | w: Outreach and Education (usda.gov)

Stay Connected with USDA:

USDA000214



*USDA is an equal opportunity provider, employer, and lender.*

---

**From:** Jean Theron Willoughby <jean@agrariantrust.org>
**Sent:** Monday, February 10, 2025 9:16 AM
**To:** Baisden Shell, Sonja - FPAC-FSA, DC <Sonja.BaisdenShell@usda.gov>
**Cc:** FPAC.FSA.LAND.ACCESS <Land.Access@usda.gov>; Cruz, Michelle - FPAC-FBC, PA <Michelle.Cruz@usda.gov>; James, Kenneth - FPAC-FBC, MI <Kenneth.James@usda.gov>
**Subject:** [External Email]Change of financial contact, update on requests

---

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi Sonja and team, good morning,

I hope you all had as restful a weekend as possible. I understand it's been an extremely busy and hectic time and just have a few things to ask about.

First, we would like to change our grant's financial contact to Marcel De Los Santos. (It's currently Sarah Holdeman.) What are the next steps? I can update RVS, but what else would we need to do?

Our project has continued moving forward and is in full compliance. Unfortunately, the delays in processing our last three requests have been very hard for our team, the farmers, and partners on the project.

For example, Tufts University staff submitted their first major invoice for their work on the project. We will need to include it in our next advance request as planned (at the end of this week). This is part of why we would need to know when our past three requests will be processed so we can give them an idea of what to expect on timing.

USDA000215

Since we had to update an amount on our most recently processed request, I'm also wondering if we will need to go through and update the amounts on the subsequent requests. But I didn't want to revise or resubmit any requests without asking your financial team and grants management specialist first.

Any news would be helpful to share with our project team. Thank you so much for all your efforts and diligence during this time. Your team and this program are so appreciated.

All the best,

Jean

--

Jean Theron Willoughby

Executive Director, Agrarian Trust

c. (984) 227-0437 l. jean-theron

**Let's find a time to meet**

  

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000216

**James, Kenneth - FPAC-FBC, MI**

| | |
|---|---|
| **From:** | Baisden Shell, Sonja - FPAC-FSA, DC |
| **Sent:** | Friday, February 28, 2025 11:09 AM |
| **To:** | Jean Theron Willoughby |
| **Cc:** | FPAC.FSA.LAND.ACCESS |
| **Subject:** | RE: [External Email]Re: Change of contact form attached, updates |

Good morning.

Jean, I'm sorry I didn't respond sooner but I was hoping to hear something, but I haven't gotten any guidance yet.

I truly appreciate your patience and will reach out as soon as possible.

## Sonja Baisden Shell

*Program Management Specialist*
Administrator's Office/OMS | Outreach Office

 Farm Service Agency
U.S. DEPARTMENT OF AGRICULTURE

e: sonja.baisdenshell@usda.gov | w: Outreach and Education (usda.gov)
Stay Connected with USDA:

  

*USDA is an equal opportunity provider, employer, and lender.*

---

**From:** Jean Theron Willoughby <jean@agrariantrust.org>
**Sent:** Friday, February 28, 2025 11:02 AM
**To:** Baisden Shell, Sonja - FPAC-FSA, DC <Sonja.BaisdenShell@usda.gov>
**Cc:** FPAC.FSA.LAND.ACCESS <Land.Access@usda.gov>
**Subject:** [External Email]Re: Change of contact form attached, updates

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Dear Sonja,

Just checking in and hoping to see if you all could give us any communication or update before the weekend on this so we can share with partners on the grant project.

Thanks,
Jean


--
Jean Theron Willoughby
Executive Director, Agrarian Trust

USDA000217

c. (984) 227-0437 l. jean-theron
**Let's find a time to meet**


On Wed, Feb 26, 2025 at 4:11 PM Jean Theron Willoughby <jean@agrariantrust.org> wrote:

Dear Sonja and team,

I hope this finds you well and if there are any program updates, please let us know. We would appreciate any news on the past requests that hadn't been processed, especially those for project activities in 2024. Our major technical assistance partner on our project is Tufts University, and if we could give their financial staff an update that would be helpful as we've received their invoices.

I'm attaching our change of contact form. Thanks for all your help as always.

All the best,
Jean

--
Jean Theron Willoughby
Executive Director, Agrarian Trust
c. (984) 227-0437 l. jean-theron
**Let's find a time to meet**
  

USDA000218

**James, Kenneth - FPAC-FBC, MI**

| | |
|---|---|
| **From:** | Baisden Shell, Sonja - FPAC-FSA, DC |
| **Sent:** | Friday, February 28, 2025 11:35 AM |
| **To:** | Jean Theron Willoughby |
| **Cc:** | FPAC.FSA.LAND.ACCESS |
| **Subject:** | RE: [External Email]Re: Change of contact form attached, updates |

Thank you and same to you.

<span style="color:purple">**Sonja Baisden Shell**</span>

*Program Management Specialist*
Administrator's Office/OMS | Outreach Office

 Farm Service Agency
U.S. DEPARTMENT OF AGRICULTURE

e: sonja.baisdenshell@usda.gov | w: Outreach and Education (usda.gov)
Stay Connected with USDA:

     

*USDA is an equal opportunity provider, employer, and lender.*

---

**From:** Jean Theron Willoughby <jean@agrariantrust.org>
**Sent:** Friday, February 28, 2025 11:17 AM
**To:** Baisden Shell, Sonja - FPAC-FSA, DC <Sonja.BaisdenShell@usda.gov>
**Cc:** FPAC.FSA.LAND.ACCESS <Land.Access@usda.gov>
**Subject:** Re: [External Email]Re: Change of contact form attached, updates

Hi Sonja,

Thanks for letting me know and I completely understand. We'll just check in each week to stay in touch in the meantime. We plan to submit our upcoming quarterly report on time as well. I hope you have a restful weekend and take care.

All the best,
Jean

On Fri, Feb 28, 2025 at 11:08 AM Baisden Shell, Sonja - FPAC-FSA, DC <Sonja.BaisdenShell@usda.gov> wrote:

> Good morning.
>
>
> Jean, I'm sorry I didn't respond sooner but I was hoping to hear something, but I haven't gotten any guidance yet.

USDA000219

I truly appreciate your patience and will reach out as soon as possible.

## Sonja Baisden Shell

*Program Management Specialist*

Administrator's Office/OMS | Outreach Office



e: sonja.baisdenshell@usda.gov | w: **Outreach and Education (usda.gov)**

Stay Connected with USDA:



*USDA is an equal opportunity provider, employer, and lender.*

---

**From:** Jean Theron Willoughby <jean@agrariantrust.org>
**Sent:** Friday, February 28, 2025 11:02 AM
**To:** Baisden Shell, Sonja - FPAC-FSA, DC <Sonja.BaisdenShell@usda.gov>
**Cc:** FPAC.FSA.LAND.ACCESS <Land.Access@usda.gov>
**Subject:** [External Email]Re: Change of contact form attached, updates

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Dear Sonja,

USDA000220

Just checking in and hoping to see if you all could give us any communication or update before the weekend on this so we can share with partners on the grant project.

Thanks,

Jean

--

Jean Theron Willoughby

Executive Director, Agrarian Trust

c. (984) 227-0437 l. jean-theron

**Let's find a time to meet**



On Wed, Feb 26, 2025 at 4:11 PM Jean Theron Willoughby <jean@agrariantrust.org> wrote:

Dear Sonja and team,

I hope this finds you well and if there are any program updates, please let us know. We would appreciate any news on the past requests that hadn't been processed, especially those for project activities in 2024. Our major technical assistance partner on our project is Tufts University, and if we could give their financial staff an update that would be helpful as we've received their invoices.

I'm attaching our change of contact form. Thanks for all your help as always.

All the best,

Jean

USDA000221

--

Jean Theron Willoughby

Executive Director, Agrarian Trust

c. (984) 227-0437 l. jean-theron

**Let's find a time to meet**



This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000222

**James, Kenneth - FPAC-FBC, MI**

---

| | |
|---|---|
| **From:** | Mannigan, Michael - FPAC-FSA, DC |
| **Sent:** | Thursday, March 13, 2025 4:14 PM |
| **To:** | Jean Theron Willoughby |
| **Cc:** | FPAC.FSA.LAND.ACCESS; Mannigan, Michael - FPAC-FSA, DC |
| **Subject:** | RE: Agrarian Land Trust- ILA Grants Management Specialist |

Jean

Thank you for your email, however I did not see an attached contact list update.

Regarding the other items in your email, we are awaiting additional guidance from leadership.

Thank you.

Michael Mannigan
Grants Management Specialist, Outreach Office
Office of Management and Strategy
Administrator's Office

 U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency
1400 Independence Ave., S.W. Washington DC  20250

---

**From:** Jean Theron Willoughby <jean@agrariantrust.org>
**Sent:** Thursday, March 13, 2025 1:01 PM
**To:** Mannigan, Michael - FPAC-FSA, DC <michael.mannigan@usda.gov>
**Cc:** FPAC.FSA.LAND.ACCESS <Land.Access@usda.gov>
**Subject:** Re: Agrarian Land Trust- ILA Grants Management Specialist

Dear Michael and ILA team,

Thank you for this update. We've appreciated working with your team and look forward to sharing all that our project has accomplished so far in our next quarterly report. We've been working hard alongside the farmers we serve and continuing to remain on-track and in compliance with achieving the project's goals.

If you're available to meet in the coming weeks to check in about our project, I'd be glad to accommodate your schedule. I'm also attaching a change of contact form to update our key contacts.

In the meantime, I have a question I'm hoping you can help with regarding our pending requests from November, December, January, and February. The requests were received and logged by your team. I'd be glad to resend copies if needed. For easier reference, a list of these requests as they were logged is below:

PAY0070887 - November reimbursement - $47,653.95

USDA000223

PAY0072887 - December reimbursement - $45,257.02
PAY0071982 - January advance - $98,754.29
PAY0072888 - February advance - $219,147.80

When will these be processed and/or should we expect to resubmit any of them? Because we haven't received a payment for project expenses since our October 2024 request, or an update about the status of the above requests, we're in need of more information.

With over a dozen project partners that serve and represent hundreds of farmers and their families across multiple states, we always aim to share timely and actionable information. I appreciate any updates you can provide so that we can best serve the many partners and farmers working with us.

Thanks for everything you're doing to help this program be successful and look forward to continuing to work with your team.

Best regards,
Jean Willoughby

--
Jean Willoughby
Executive Director, Agrarian Trust
c. (984) 227-0437 l. jean-theron
**Let's find a time to meet**

On Wed, Mar 12, 2025 at 10:18 AM FPAC.FSA.LAND.ACCESS <Land.Access@usda.gov> wrote:

Agrarian Land Trust

From now on your primary ILA Grants Management Specialist will be Michael Mannigan
michael.mannigan@usda.gov

Thank you.

Increasing Land Access Team

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains

USDA000224

may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000225

| | |
|---|---|
| **From:** | Mawhorter, Julie - FS, PA |
| **To:** | Gentry, Robert - FS, WV |
| **Subject:** | Fw: [External Email]Ohio Division of Forestry IRA funding |
| **Date:** | Monday, April 14, 2025 7:59:32 AM |
| **Attachments:** | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |

Get Outlook for iOS

**From:** Mawhorter, Julie - FS, PA <julie.mawhorter@usda.gov>
**Sent:** Friday, February 28, 2025 2:04 PM
**To:** Carrie.Morrow@dnr.ohio.gov <Carrie.Morrow@dnr.ohio.gov>
**Subject:** RE: [External Email]Ohio Division of Forestry IRA funding

Hi Carrie,
I'm glad to hear you received your reimbursement! I haven't received any updated guidance yet from what I shared earlier regarding the transition, but I will definitely reach out as soon as I do.

I'll circle back sometime next week and maybe we can have a general check in call on grant progress reports, etc.

Hope you have a great weekend!

Julie



**Julie Mawhorter**
**Natural Resource Specialist**

**Forest Service**
**Morgantown Field Office**
**Eastern Region State, Private & Tribal Forestry**

p: 570-832-1987
julie.mawhorter@usda.gov

151 Grey Towers Drive
Milford, PA 18337
www.fs.usda.gov

**Caring for the land and serving people**

**From:** Carrie.Morrow@dnr.ohio.gov <Carrie.Morrow@dnr.ohio.gov>
**Sent:** Friday, February 28, 2025 1:17 PM
**To:** Mawhorter, Julie - FS, PA <julie.mawhorter@usda.gov>
**Subject:** [External Email]Ohio Division of Forestry IRA funding

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi Julie!
We have been sitting tight hoping for good news.  I just wanted to check in to see if you have any updates.
We received a recent reimbursement for one of our grant draws and we hope that is a good sign!

Please let me know if you have any updates to share.

My best,

**Carrie Morrow**
**Urban Forestry Administrator**
carrie.morrow@dnr.ohio.gov
(614) 265-6509
Division of Forestry
Ohio Department of Natural Resources
2045 Morse Road, Building H-1
Columbus, OH  43229

forestry.ohiodnr.gov



*Confidentiality Notice: This message is intended solely for the addressee(s). If you receive this message by mistake, please let me know, delete the message, and do not forward it to anyone else. Thank you.*

**From:** Mawhorter, Julie - FS, PA
**To:** Gentry, Robert - FS, WV
**Subject:** Fw: Check in
**Date:** Monday, April 14, 2025 7:58:48 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image007.png
image008.png
image009.png
image010.png

---

Get Outlook for iOS

---

**From:** Mawhorter, Julie - FS, PA <julie.mawhorter@usda.gov>
**Sent:** Tuesday, February 18, 2025 1:31 PM
**To:** Gregory.Guess@dnr.ohio.gov <Gregory.Guess@dnr.ohio.gov>
**Cc:** Carrie.Morrow@dnr.ohio.gov <Carrie.Morrow@dnr.ohio.gov>; Gentry, Robert - FS, WV <robert.gentry@usda.gov>
**Subject:** RE: Check in

Thank you so much for the update, Greg. I will be in touch when we have received additional guidance.



**Julie Mawhorter**
**Natural Resource Specialist**

**Forest Service**
**Morgantown Field Office**
**Eastern Region State, Private & Tribal Forestry**

**p: 570-832-1987**
**julie.mawhorter@usda.gov**

151 Grey Towers Drive
Milford, PA 18337
www.fs.usda.gov

**Caring for the land and serving people**

---

**From:** Gregory.Guess@dnr.ohio.gov <Gregory.Guess@dnr.ohio.gov>
**Sent:** Tuesday, February 18, 2025 1:03 PM
**To:** Mawhorter, Julie - FS, PA <julie.mawhorter@usda.gov>
**Cc:** Carrie.Morrow@dnr.ohio.gov; Gentry, Robert - FS, WV <robert.gentry@usda.gov>
**Subject:** RE: Check in

Julie,

USDA000228

All of our subrecipients will be getting a version of the attached letter. We are continuing to incur expenses related to this grant. Let us know if you can provide any further detail about the status of our reimbursement requests.

Thank you,


**Greg Guess**
**Assistant Chief**
gregory.guess@dnr.ohio.gov
(614) 265-6702 - office
(614) 296-4511
Division of Forestry
Ohio Department of Natural Resources
2045 Morse Rd., Bldg. H-1
Columbus, OH 43229


forestry.ohiodnr.gov



*Confidentiality Notice: This message is intended solely for the addressee(s). If you receive this message by mistake, please let me know, delete the message, and do not forward it to anyone else. Thank you.*

**From:** Mawhorter, Julie - FS, PA <julie.mawhorter@usda.gov>
**Sent:** Wednesday, February 12, 2025 1:40 PM
**To:** Guess, Gregory <Gregory.Guess@dnr.ohio.gov>
**Cc:** Morrow, Carrie <Carrie.Morrow@dnr.ohio.gov>; Gentry, Robert - FS, WV <robert.gentry@usda.gov>
**Subject:** Check in

Hi Greg,

Thank you for your voicemail checking in on Ohio's IRA UCF grant. I appreciate you reaching out, and I ask if there are any updates you wanted to share regarding next steps with your grant, please provide that information to me by email. This assists with our grant monitoring to have documentation of how the project is progressing.

As I know you are aware, the USDA and Forest Service are in the middle of a transition in Administrations. The new Secretary will be establishing priorities and direction on a wide range of issues including those that affect State, Private, and Tribal Forestry programs. We expect

USDA000229

more updates as the transition proceeds and vetting takes place. Thank you so much for your patience as we work through this transition.

Best,
Julie



**Julie Mawhorter**
**Natural Resource Specialist**

**Forest Service**
**Morgantown Field Office**
**Eastern Region State, Private & Tribal Forestry**

**p: 570-832-1987**
[julie.mawhorter@usda.gov](mailto:julie.mawhorter@usda.gov)

151 Grey Towers Drive
Milford, PA 18337
[www.fs.usda.gov](http://www.fs.usda.gov)

**Caring for the land and serving people**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**CAUTION:** This is an external email and may not be safe. If the email looks suspicious, please do not click links or open attachments and forward the email to [csc@ohio.gov](mailto:csc@ohio.gov) or click the Phish Alert Button if available.

USDA000230

| | |
|---|---|
| **From:** | Mawhorter, Julie - FS, PA |
| **To:** | Gentry, Robert - FS, WV |
| **Subject:** | Fw: Grant update - resume work notification |
| **Date:** | Monday, April 14, 2025 8:00:29 AM |
| **Attachments:** | image007.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image017.png |
| | image018.png |
| | image019.png |
| | image020.png |
| | image021.png |
| | image022.png |
| | image023.png |
| | image024.png |
| | image025.png |
| | image026.png |
| | image027.png |
| | image028.png |

Get Outlook for iOS

**From:** Mawhorter, Julie - FS, PA <julie.mawhorter@usda.gov>
**Sent:** Wednesday, March 19, 2025 4:16 PM
**To:** Carrie.Morrow@dnr.ohio.gov <Carrie.Morrow@dnr.ohio.gov>
**Subject:** RE: Grant update - resume work notification

Hi Carrie – thanks for the updates! It would be great to set up a check in call. Let me know if there are some time windows next week that are best for you. Thanks!

Julie



**Julie Mawhorter**
**Natural Resource Specialist**

**Forest Service**
**Morgantown Field Office**
**Eastern Region State, Private & Tribal Forestry**

**p: 570-832-1987**
julie.mawhorter@usda.gov

151 Grey Towers Drive
Milford, PA 18337
www.fs.usda.gov

**Caring for the land and serving people**

**From:** Carrie.Morrow@dnr.ohio.gov <Carrie.Morrow@dnr.ohio.gov>
**Sent:** Thursday, March 13, 2025 7:50 AM
**To:** Mawhorter, Julie - FS, PA <julie.mawhorter@usda.gov>

USDA000231

**Subject:** FW: Grant update - resume work notification

Hi Julie!

We were pleased to learn that our federal grant funds were approved to move forward, and Greg sent the below email to all our grantees this morning.

We will be resuming our plan to implement the last round of IRA grant money distribution but I'm looking for guidance on the following:

1. Is there terminology that we should avoid and any suggestions on replacement wording? (disadvantaged, tree equity, environmental justice, etc.)
2. I'm still waiting on guidance on moving leftover funds in the IRA budget to the competitive grant award budget. I sent an email to grants inbox in July 2024 and January 2025 (attached) and never received a response.
3. The mapping websites are all down (CJest and epa EJscreen), but we can create our own, to help guide our applicants on qualifying locations for funding. Do you have any alternatives?

Thanks, I'm happy to set up a call when you are available too!

My best,
Carrie

**Carrie Morrow**
**Urban Forestry Administrator**
carrie.morrow@dnr.ohio.gov
(614) 265-6509
Division of Forestry
Ohio Department of Natural Resources
2045 Morse Road, Building H-1
Columbus, OH  43229

forestry.ohiodnr.gov



*Confidentiality Notice: This message is intended solely for the addressee(s). If you receive this message by mistake, please let me know, delete the message, and do not forward it to anyone else. Thank you.*

**From:** Guess, Gregory <Gregory.Guess@dnr.ohio.gov>
**Sent:** Thursday, March 13, 2025 7:04 AM
**To:** Guess, Gregory <Gregory.Guess@dnr.ohio.gov>

USDA000232

**Cc:** Morrow, Carrie <Carrie.Morrow@dnr.ohio.gov>; Kloss, Aaron <Aaron.Kloss@dnr.ohio.gov>; Downs, Stephanie <Stephanie.Downs@dnr.ohio.gov>
**Subject:** Grant update - resume work notification

Federal grant recipient and valued partner,

Yesterday the division of forestry was informed that the federal grant that funds your subaward was approved for implementation. If you have paused grant activities, please make plans to resume your project. I know many of you are concerned that this delay impacted your ability to complete the grant within the planned project period. We understand your concern and will work with you on any necessary amendments. Contact your division of forestry grant monitor with any questions you may have.

Thank you,

**Greg Guess**
**Assistant Chief**
gregory.guess@dnr.ohio.gov
(614) 265-6702 - office
(614) 296-4511
Division of Forestry
Ohio Department of Natural Resources
2045 Morse Rd., Bldg. H-1
Columbus, OH 43229

forestry.ohiodnr.gov



*Confidentiality Notice: This message is intended solely for the addressee(s). If you receive this message by mistake, please let me know, delete the message, and do not forward it to anyone else. Thank you.*

**James, Kenneth - FPAC-FBC, MI**

| | |
|---|---|
| **From:** | Culbert, Tanya - FPAC-NRCS, MS |
| **Sent:** | Thursday, February 27, 2025 12:22 PM |
| **To:** | Rachel de Vitry |
| **Cc:** | Jerzak, Sandra - FPAC-FBC, MN; hannah, hannah; Christina Kostelecky |
| **Subject:** | RE: [External Email]URGENT: Immediate Need to Access Obligated Funds - Agreement NR233A750004G025 |

Hi Rachel,

Thank you for the email. This freeze on past reimbursements has lasted a month and we are still waiting on additional guidance.

I have shared your concerns with our management and will let you know as soon as we have any updates. Thank you for all you are doing to advance these market opportunities for the producers enrolled in your project.

Thank you,

Tanya Culbert
National Program Officer
Commerce & Commodities Division | Center for Sustainable Commodity Markets
Office of the Associate Chief

**USDA**
**U.S. DEPARTMENT OF AGRICULTURE**
Natural Resources Conservation Service
p: (601) 748-9177

---

**From:** Rachel de Vitry <rachel@pasafarming.org>
**Sent:** Thursday, February 27, 2025 11:09 AM
**To:** Culbert, Tanya - FPAC-NRCS, MS <tanya.culbert@usda.gov>
**Cc:** Jerzak, Sandra - FPAC-FBC, MN <sandra.jerzak@usda.gov>; hannah, hannah <hannah@pasafarming.org>; Christina Kostelecky <christina@pasafarming.org>
**Subject:** [External Email]URGENT: Immediate Need to Access Obligated Funds - Agreement NR233A750004G025

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Dear Tanya:

First, we want to express our gratitude for the ongoing support you have provided to our team working on the Partnerships for Climate-Smart Commodities grant. Please could you enter into record the following message of concern regarding the dilemma we are in, having been told to continue our work on the PCSC grant while not being reimbursed. Please share the following with the appropriate personnel:

USDA000234

We are writing today to flag an urgent issue that Pasa Sustainable Agriculture is facing with respect to our legally obligated funds. We have been able to complete 15 drawdowns to date including the most recent payment received on 1/9/2025, but as of claim 16 submitted on 1/23/2025, payments for our Partnership for Climate-Smart Commodities grant of $59,139,046.25 have not been made.

We believe that our requests for payment should be honored immediately pursuant to our legally binding award, signed by USDA on 4/6/2023, with revision signed 12/16/2024. While we understand that there have been Executive Orders issued an OMB Guidance Memo halting federal funding of agency grant, loan, and other financial assistance programs, these efforts have been:

1.
2.
3. Successfully
4. challenged in court for state governments and, therefore, should equally apply to other awardees such as nonprofits.
5. Judge McConnell clarified in a new
6. order that the Administration "must immediately end any federal funding pause during the pendency of the TRO [temporary
7. restraining order]"—including Inflation Reduction Act and Infrastructure Investment Jobs Act funding. In addition, the order makes it clear that the Administration has to
8. immediately
9. take "any administrative, operational, or technical" steps necessary to reinstate funding, given the fact that their actions have thus far clearly been in violation of the court's temporary restraining order. Accordingly, we see no reason for withholding our
10. legally obligated funds at this time. Equally, while we understand the Supreme Court has halted the stay of Judge Kahn, multiple Federal judges have indicated their willingness to entertain that funds should be released to all awardees with standing contracts.
11.
12.
13.
14. In
15. a notice provided to agencies on February 2, 2025, Treasury interpreted this order to mean that: "federal agencies cannot
16. pause, freeze, impede, block, cancel, or terminate any awards or obligations on the basis of the OMB memo, or on the basis of the President's recently issued Executive Orders." This prohibition is to be applied to "all
17. awards and obligations." (Emphasis added).
18.
19.
20.
21. The
22. OMB
23. clarification memo states, "Funds for small businesses, farmers, Pell grants, Head Start,
24. rental assistance, and other similar programs will not be paused." Our grant, while not awarded directly to farmers, involves contracts directly to farmers who are in turn expecting payments.
25.

Withholding this money now has already caused (and will continue to cause) irreparable harm to the communities that we serve and cost invaluable jobs. In Pennsylvania alone, we have $641,335 in

USDA000235

shovel-ready projects, farmer implementation payments that would go out within the next quarter if funds were available. Our partner organizations from Maine to South Carolina have hundreds of thousands of project dollars that would also go out to farmers in their regions. Additionally, withholding these funds translates to financial uncertainty for our partner organizations who are pausing hiring and considering staffing reductions. Pasa itself is now carrying $1.18M in expenses incurred and currently unpaid with our two pending claims. Without these funds and reassurance of our ~$1.3M upcoming advance due, we have had to pause hiring and are furloughing a majority of our staff. We have built systems, achieved project milestones to date, and are ready to drive this project forward to success if we have access to the funds obligated to this project.

For all of these reasons, we are requesting our claims be paid immediately pursuant to our legally binding award and the court's order to help the communities across America that we serve. We would appreciate it if you could provide guidance on how long we can rely on the reinstatement to be sustained so that we have full faith in the ability to access these obligated funds. Until we receive formal notice or direction otherwise, we will continue to fulfill the obligations of our grant.

If you are unable to issue payments, we request a clear response by email explaining the legal reasons that USDA has to delay reimbursement of federally authorized, legally obligated funds. Thank you again for your assistance and for all of the hard work you are doing to implement the law.

Best,


Rachel


--
**Rachel de Vitry | Finance and Administrative Services Director | Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram


**Help us cultivate farms & food systems that nourish, heal & empower. Donate today.**

USDA000236

| | |
|---|---|
| **From:** | Bowers, Jeremy - FPAC-NRCS, IL |
| **Bcc:** | Leigh Cocanougher; Brooke Gentile; diane@regenagalliance.org; Zach Gaines; Lisa Woodke; Ellee Igoe; Cynthia A Daley; Mercedes Talvitie; Taylor Marshall; sarahblaney, sarahblaney; Sarah M Collier; Sarah Blaney; Alpa Goswami; bec@regenagalliance.org; A. Michele Auzenne; Lindsey Hethcote; natalie@grazinglands.org; delane.atcitty@inca-tcd.org; aheinemeyer@csuchico.edu; mskellie@farmjournalfoundation.org; Marissa Arnoldussen; emeli@grazinglands.org; mmandes@usfcr.com; Noelle Ferdon Brimlow; Benjamin Lewis; Joseph Haney; Jacob N Brimlow; jgpowell@uw.edu; Marian Escobar; Rose Welch; Judy Linman; Ashley McDonald; Cindi Johnson; ana@whitebuffalolandtrust.org; jesse@whitebuffalolandtrust.org; megan.phillips-goldenberg@macd.org; rivka.hodgkinson@macd.org; avannett@iowas.org; bbeck@iowas.org; Katie Adam; Jessica Whitaker |
| **Subject:** | Partnerships for Climate-Smart Commodities Grant Update |
| **Date:** | Wednesday, January 22, 2025 11:39:00 AM |
| **Attachments:** | image003.png |
| **Importance:** | High |

Good morning/afternoon,

Please see the message below from Katina Hanson for your consideration and awareness and share with appropriate staff/partners. We do not have many details at this point, but I will make myself available if anyone would like to discuss specific grant situations this week.

Thank you

*Jeremy Bowers*

National Program Officer
Office of the Associate Chief | Center for Sustainable Commodity Markets

☎ (309) 297-0486
✉ Jeremy.Bowers@usda.gov

USDA is an equal opportunity provider, employer, and lender.



*********************************************************************************
****

Dear Grant Recipients,

As of late yesterday, January 21, 2025, the administration placed a temporary suspension on all actions related to grants, including Partnerships for Climate-Smart Commodities grants. This is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.

Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

Sincerely,
Katina

USDA000237

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Katina D. Hanson
*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

*USDA is an equal opportunity provider, employer, and lender.*

USDA000238

**From:** Bowers, Jeremy - FPAC-NRCS, IL
**Bcc:** Leigh Cocanougher; Brooke Gentile; diane@regenagalliance.org; Zach Gaines; Lisa Woodke; Ellee Igoe; Cynthia A Daley; Mercedes Talvitie; Taylor Marshall; sarahblaney, sarahblaney; Sarah M Collier; Sarah Blaney; Alpa Goswami; bec@regenagalliance.org; A. Michele Auzenne; Lindsey Hethcote; natalie@grazinglands.org; delane.atcitty@inca-tcd.org; aheinemeyer@csuchico.edu; mskellie@farmjournalfoundation.org; Marissa Arnoldussen; emeli@grazinglands.org; mmandes@usfcr.com; Noelle Ferdon Brimlow; Benjamin Lewis; Joseph Haney; Jacob N Brimlow; jgpowell@uw.edu; Marian Escobar; Rose Welch; Judy Linman; Ashley McDonald; Cindi Johnson; ana@whitebuffalolandtrust.org; jesse@whitebuffalolandtrust.org; megan.phillips-goldenberg@macd.org; rivka.hodgkinson@macd.org; avannett@iowas.org; bbeck@iowas.org; Katie Adam; Jessica Whitaker
**Subject:** RE: Partnerships for Climate-Smart Commodities Grant Update
**Date:** Wednesday, January 22, 2025 1:27:00 PM
**Attachments:** image002.png

Please clarify that "all actions" refers to USDA actions.  Thanks, Katina

---

**From:** Bowers, Jeremy - FPAC-NRCS, IL
**Sent:** Wednesday, January 22, 2025 11:39 AM
**Subject:** Partnerships for Climate-Smart Commodities Grant Update
**Importance:** High

Good morning/afternoon,

Please see the message below from Katina Hanson for your consideration and awareness and share with appropriate staff/partners.  We do not have many details at this point, but I will make myself available if anyone would like to discuss specific grant situations this week.

Thank you

*Jeremy Bowers*

National Program Officer
Office of the Associate Chief | Center for Sustainable Commodity Markets

☎ (309) 297-0486

✉ Jeremy.Bowers@usda.gov

USDA is an equal opportunity provider, employer, and lender.



*****************************************************************************
****

Dear Grant Recipients,

As of late yesterday, January 21, 2025, the administration placed a temporary suspension on all actions related to grants, including Partnerships for Climate-Smart Commodities

USDA000239

grants. This is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.

Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

Sincerely,
Katina

*************************************************************************

Katina D. Hanson
*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets



*USDA is an equal opportunity provider, employer, and lender.*

| From: | Bowers, Jeremy - FPAC-NRCS, IL |
|---|---|
| Bcc: | Leigh Cocanougher; Brooke Gentile; diane@regenagalliance.org; Zach Gaines; Lisa Woodke; Ellee Igoe; Cynthia A Daley; Mercedes Talvitie; Taylor Marshall; sarahblaney, sarahblaney; Sarah M Collier; Sarah Blaney; Alpa Goswami; bec@regenagalliance.org; A. Michele Auzenne; Lindsey Hethcote; natalie@grazinglands.org; delane.atcitty@inca-tcd.org; aheinemeyer@csuchico.edu; mskellie@farmjournalfoundation.org; Marissa Arnoldussen; emeli@grazinglands.org; mmandes@usfcr.com; Noelle Ferdon Brimlow; Benjamin Lewis; Joseph Haney; Jacob N Brimlow; jgpowell@uw.edu; Marian Escobar; Rose Welch; Judy Linman; Ashley McDonald; Cindi Johnson; ana@whitebuffalolandtrust.org; jesse@whitebuffalolandtrust.org; megan.phillips-goldenberg@macd.org; rivka.hodgkinson@macd.org; avannett@iowas.org; bbeck@iowas.org; Katie Adam; Jessica Whitaker |
| Subject: | FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update FAQs |
| Date: | Wednesday, January 22, 2025 3:31:00 PM |
| Attachments: | image002.png |
|  | image001.png |
| Importance: | High |

Good afternoon,

Please see the message below from Katina Hanson with some updates for your consideration and awareness and share with appropriate staff/partners.

Thank you

*Jeremy Bowers*

National Program Officer
Office of the Associate Chief | Center for Sustainable Commodity Markets

☎ (309) 297-0486
✉ Jeremy.Bowers@usda.gov

USDA is an equal opportunity provider, employer, and lender.



*********************************************************************************
****

Dear Grant Recipients,

We have received additional guidance from the USDA Office of the Chief Financial Officer's office on the temporary suspension of all USDA actions related to grants, including Partnerships for Climate-Smart Commodities grants. Please see Frequently Asked Questions (FAQs) below:

1. **Does the moratorium include no-cost extensions or no-cost modifications on existing awards?**
   a. <u>Answer:</u> No, it does not apply to no-cost extensions or no-cost modifications. This may include budget revisions that do not obligate additional funds, no-cost

USDA000241

extensions of time, changes in key staff, and other changes that do not result in any additional expenditure of funds (regardless of their source).

2. **Can existing work continue under active awards?**
   a. <u>Answer:</u> Yes, until such time that you receive guidance in the future that specific transactions must be modified or terminated.

3. **Can payments or claims be processed under existing awards?**
   a. <u>Answer:</u> At this time, yes, payments or claims may continue to be processed under existing awards, provided that they are not funded using IRA and IIJA funding sources. Additional guidance related to IIJA and IRA funds will be provided by OCFO and/or OBPA, when available.

The above direction is subject to change pending updates from the current administration. Any updates will be communicated in writing when available.

Again, this is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.  Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

Sincerely,
Katina

**************************************************************************

Katina D. Hanson
*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets

 **Natural Resources Conservation Service**
**U.S. DEPARTMENT OF AGRICULTURE**
*USDA is an equal opportunity provider, employer, and lender.*

---

**From:** Denton, Matthew - FPAC-NRCS, TN
**Sent:** Wednesday, January 22, 2025 11:29 AM
**To:** Monique Marez <mo@eptimizo.com>; Alice Melendez <alice@moonshinetrail.com>; Elizabeth A Staiger <Elizabeth.Staiger@tamuk.edu>; jon@workinglandscapesnc.org; Megan Wortman <megan@americanlamb.com>; Ibrahim Katampe <ikatampe@centralstate.edu>; Sarah Ficken <sarah@dga-national.org>; Cappellazzi, Shannon B <shannon.cap@oregonstate.edu>; Ericka Blakemore <EBLAKEMORE@mcljasco.com>; Jackie Casteel <jackie.casteel@moaorganic.org>; Drammeh, Lamin <ldrammeh@scsu.edu>; Omondi, Emmanuel <eomondi@Tnstate.edu>; Latawiec, Basia <latawic2@illinois.edu>; Juzhong Tan <jztan@udel.edu>; lagana, lisa <lisa.lagana@mail.wvu.edu>; Tian Nana <Tian@uamont.edu>; Mike Morgenfeld <mike@obc.ag>; Julia Jenikejew <jjenike@clemson.edu>
**Cc:** Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>; Muldowney, Loren - FPAC-

USDA000242

NRCS, NJ <loren.muldowney@usda.gov>; CruzGonzalez, Gregorio - FPAC-NRCS, PR
<gregorio.cruzgonzalez@usda.gov>; Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** Partnerships for Climate-Smart Commodities Grant Update
**Importance:** High

Good morning/afternoon,
Please see the message below from Katina Hanson for your consideration and awareness and
share with appropriate staff/partners.  We do not have many details at this point, but I will make
myself available if anyone would like to discuss specific grant situations this week.

Also, we can discuss broad topics pertaining to this next week during my office hours, Monday
1/27 at noon CST.

Take care,
**J.** Matthew Denton
*Senior National Program Officer & Team Leader (Small Grants)*

Office of the Associate Chief | Center for Sustainable Commodity Markets
**USDA  Natural Resources Conservation Service**
**U.S. DEPARTMENT OF AGRICULTURE**
Remote Duty Station
c: (731) 202-1373
e: matthew.denton@usda.gov

*USDA is an equal opportunity provider, employer, and lender.*

---

**From:** Hanson, Katina - FPAC-NRCS, MO <katina.hanson@usda.gov>
**Sent:** Wednesday, January 22, 2025 11:04 AM
**To:** Hansen, Eric - FPAC-NRCS, DC <Eric.Hansen@usda.gov>; Costa, Allison - FPAC-NRCS, OR
<Allison.Costa@usda.gov>; Anderson, John - FPAC-FSA, SD <john.a.anderson@usda.gov>; Abouali,
Mustapha - FPAC-NRCS, NV <mustapha.abouali@usda.gov>; Culbert, Tanya - FPAC-NRCS, MS
<tanya.culbert@usda.gov>; Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>;
Muldowney, Loren - FPAC-NRCS, NJ <loren.muldowney@usda.gov>; Denton, Matthew - FPAC-NRCS,
TN <matthew.denton@usda.gov>; CruzGonzalez, Gregorio - FPAC-NRCS, PR
<gregorio.cruzgonzalez@usda.gov>
**Cc:** Green, Virginia - FPAC-NRCS, WI <virginia.green@usda.gov>; DeCubellis, Brooke - FPAC-NRCS, OH
<Brooke.DeCubellis@usda.gov>
**Subject:** FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities
Grant Update

*************************************************************************
****

Dear Grant Recipients,

As of late yesterday, January 21, 2025, the administration placed a temporary suspension

USDA000243

on all actions related to grants, including Partnerships for Climate-Smart Commodities grants. This is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.

Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

Sincerely,
Katina

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Katina D. Hanson
*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

*USDA is an equal opportunity provider, employer, and lender.*

USDA000244

| | |
|---|---|
| **From:** | Bowers, Jeremy - FPAC-NRCS, IL |
| **Bcc:** | Leigh Cocanougher; Brooke Gentile; diane@regenagalliance.org; Zach Gaines; Lisa Woodke; Ellee Igoe; Cynthia A Daley; Mercedes Talvitie; Taylor Marshall; sarahblaney, sarahblaney; Sarah M Collier; Sarah Blaney; Alpa Goswami; bec@regenagalliance.org; A. Michele Auzenne; Lindsey Hethcote; natalie@grazinglands.org; delane.atcitty@inca-tcd.org; aheinemeyer@csuchico.edu; mskellie@farmjournalfoundation.org; Marissa Arnoldussen; emeli@grazinglands.org; mmandes@usfcr.com; Noelle Ferdon Brimlow; Benjamin Lewis; Joseph Haney; Jacob N Brimlow; jgpowell@uw.edu; Marian Escobar; Rose Welch; Judy Linman; Ashley McDonald; Cindi Johnson; ana@whitebuffalolandtrust.org; jesse@whitebuffalolandtrust.org; megan.phillips-goldenberg@macd.org; rivka.hodgkinson@macd.org; avannett@iowas.org; bbeck@iowas.org; Katie Adam; Jessica Whitaker |
| **Subject:** | Partnerships for Climate-Smart Commodities Grant Update |
| **Date:** | Wednesday, January 22, 2025 11:39:00 AM |
| **Attachments:** | image003.png |
| **Importance:** | High |

Good morning/afternoon,

Please see the message below from Katina Hanson for your consideration and awareness and share with appropriate staff/partners.  We do not have many details at this point, but I will make myself available if anyone would like to discuss specific grant situations this week.

Thank you

*Jeremy Bowers*

National Program Officer
Office of the Associate Chief | Center for Sustainable Commodity Markets

☎ (309) 297-0486
✉ Jeremy.Bowers@usda.gov

USDA is an equal opportunity provider, employer, and lender.



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dear Grant Recipients,

As of late yesterday, January 21, 2025, the administration placed a temporary suspension on all actions related to grants, including Partnerships for Climate-Smart Commodities grants. This is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.

Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

Sincerely,
Katina

USDA000245

*********************************************************************

Katina D. Hanson

*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

*USDA is an equal opportunity provider, employer, and lender.*

USDA000246

| | |
|---|---|
| **From:** | Bowers, Jeremy - FPAC-NRCS, IL |
| **Bcc:** | Leigh Cocanougher; Brooke Gentile; diane@regenagalliance.org; Zach Gaines; Lisa Woodke; Ellee Igoe; Cynthia A Daley; Mercedes Talvitie; Taylor Marshall; sarahblaney, sarahblaney; Sarah M Collier; Sarah Blaney; Alpa Goswami; bec@regenagalliance.org; A. Michele Auzenne; Lindsey Hethcote; natalie@grazinglands.org; delane.atcitty@inca-tcd.org; aheinemeyer@csuchico.edu; mskellie@farmjournalfoundation.org; Marissa Arnoldussen; emeli@grazinglands.org; mmandes@usfcr.com; Noelle Ferdon Brimlow; Benjamin Lewis; Joseph Haney; Jacob N Brimlow; jgpowell@uw.edu; Marian Escobar; Rose Welch; Judy Linman; Ashley McDonald; Cindi Johnson; ana@whitebuffalolandtrust.org; jesse@whitebuffalolandtrust.org; megan.phillips-goldenberg@macd.org; rivka.hodgkinson@macd.org; avannett@iowas.org; bbeck@iowas.org; Katie Adam; Jessica Whitaker |
| **Subject:** | RE: Partnerships for Climate-Smart Commodities Grant Update |
| **Date:** | Wednesday, January 22, 2025 1:27:00 PM |
| **Attachments:** | image002.png |

Please clarify that "all actions" refers to USDA actions.  Thanks, Katina

---

**From:** Bowers, Jeremy - FPAC-NRCS, IL
**Sent:** Wednesday, January 22, 2025 11:39 AM
**Subject:** Partnerships for Climate-Smart Commodities Grant Update
**Importance:** High

Good morning/afternoon,

Please see the message below from Katina Hanson for your consideration and awareness and share with appropriate staff/partners.  We do not have many details at this point, but I will make myself available if anyone would like to discuss specific grant situations this week.

Thank you

*Jeremy Bowers*
National Program Officer
Office of the Associate Chief | Center for Sustainable Commodity Markets

☎ (309) 297-0486
✉ Jeremy.Bowers@usda.gov

USDA is an equal opportunity provider, employer, and lender.



********************************************************************************
****

Dear Grant Recipients,

As of late yesterday, January 21, 2025, the administration placed a temporary suspension on all actions related to grants, including Partnerships for Climate-Smart Commodities

grants. This is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.

Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

Sincerely,
Katina

*************************************************************************

Katina D. Hanson
*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets



**Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

*USDA is an equal opportunity provider, employer, and lender.*

| From: | Bowers, Jeremy - FPAC-NRCS, IL |
|---|---|
| Bcc: | Leigh Cocanougher; Brooke Gentile; diane@regenagalliance.org; Zach Gaines; Lisa Woodke; Ellee Igoe; Cynthia A Daley; Mercedes Talvitie; Taylor Marshall; sarahblaney, sarahblaney; Sarah M Collier; Sarah Blaney; Alpa Goswami; bec@regenagalliance.org; A. Michele Auzenne; Lindsey Hethcote; natalie@grazinglands.org; delane.atcitty@inca-tcd.org; aheinemeyer@csuchico.edu; mskellie@farmjournalfoundation.org; Marissa Arnoldussen; emeli@grazinglands.org; mmandes@usfcr.com; Noelle Ferdon Brimlow; Benjamin Lewis; Joseph Haney; Jacob N Brimlow; jgpowell@uw.edu; Marian Escobar; Rose Welch; Judy Linman; Ashley McDonald; Cindi Johnson; ana@whitebuffalolandtrust.org; jesse@whitebuffalolandtrust.org; megan.phillips-goldenberg@macd.org; rivka.hodgkinson@macd.org; avannett@iowas.org; bbeck@iowas.org; Katie Adam; Jessica Whitaker |
| Subject: | FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update FAQs |
| Date: | Wednesday, January 22, 2025 3:31:00 PM |
| Attachments: | image002.png |
| | image001.png |
| Importance: | High |

Good afternoon,

Please see the message below from Katina Hanson with some updates for your consideration and awareness and share with appropriate staff/partners.

Thank you

*Jeremy Bowers*

National Program Officer
Office of the Associate Chief | Center for Sustainable Commodity Markets

☎ (309) 297-0486

✉ Jeremy.Bowers@usda.gov

USDA is an equal opportunity provider, employer, and lender.



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dear Grant Recipients,

We have received additional guidance from the USDA Office of the Chief Financial Officer's office on the temporary suspension of all USDA actions related to grants, including Partnerships for Climate-Smart Commodities grants. Please see Frequently Asked Questions (FAQs) below:

1. **Does the moratorium include no-cost extensions or no-cost modifications on existing awards?**
   a. <u>Answer:</u> No, it does not apply to no-cost extensions or no-cost modifications. This may include budget revisions that do not obligate additional funds, no-cost

extensions of time, changes in key staff, and other changes that do not result in any additional expenditure of funds (regardless of their source).

2. **Can existing work continue under active awards?**
   a. <u>Answer:</u> Yes, until such time that you receive guidance in the future that specific transactions must be modified or terminated.

3. **Can payments or claims be processed under existing awards?**
   a. <u>Answer:</u> At this time, yes, payments or claims may continue to be processed under existing awards, provided that they are not funded using IRA and IIJA funding sources. Additional guidance related to IIJA and IRA funds will be provided by OCFO and/or OBPA, when available.

The above direction is subject to change pending updates from the current administration. Any updates will be communicated in writing when available.

Again, this is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days. Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

Sincerely,
Katina

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Katina D. Hanson
*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets

 **Natural Resources Conservation Service**
**U.S. DEPARTMENT OF AGRICULTURE**
*USDA is an equal opportunity provider, employer, and lender.*

---

**From:** Denton, Matthew - FPAC-NRCS, TN
**Sent:** Wednesday, January 22, 2025 11:29 AM
**To:** Monique Marez <mo@eptimizo.com>; Alice Melendez <alice@moonshinetrail.com>; Elizabeth A Staiger <Elizabeth.Staiger@tamuk.edu>; jon@workinglandscapesnc.org; Megan Wortman <megan@americanlamb.com>; Ibrahim Katampe <ikatampe@centralstate.edu>; Sarah Ficken <sarah@dga-national.org>; Cappellazzi, Shannon B <shannon.cap@oregonstate.edu>; Ericka Blakemore <EBLAKEMORE@mcljasco.com>; Jackie Casteel <jackie.casteel@moaorganic.org>; Drammeh, Lamin <ldrammeh@scsu.edu>; Omondi, Emmanuel <eomondi@Tnstate.edu>; Latawiec, Basia <latawic2@illinois.edu>; Juzhong Tan <jztan@udel.edu>; lagana, lisa <lisa.lagana@mail.wvu.edu>; Tian Nana <Tian@uamont.edu>; Mike Morgenfeld <mike@obc.ag>; Julia Jenikejew <jjenike@clemson.edu>
**Cc:** Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>; Muldowney, Loren - FPAC-

USDA000250

NRCS, NJ <loren.muldowney@usda.gov>; CruzGonzalez, Gregorio - FPAC-NRCS, PR
<gregorio.cruzgonzalez@usda.gov>; Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** Partnerships for Climate-Smart Commodities Grant Update
**Importance:** High

Good morning/afternoon,

Please see the message below from Katina Hanson for your consideration and awareness and
share with appropriate staff/partners.  We do not have many details at this point, but I will make
myself available if anyone would like to discuss specific grant situations this week.

Also, we can discuss broad topics pertaining to this next week during my office hours, Monday
1/27 at noon CST.

Take care,

J. Matthew Denton
*Senior National Program Officer & Team Leader (Small Grants)*

Office of the Associate Chief | Center for Sustainable Commodity Markets

**Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

Remote Duty Station
c: (731) 202-1373
e: matthew.denton@usda.gov

*USDA is an equal opportunity provider, employer, and lender.*

---

**From:** Hanson, Katina - FPAC-NRCS, MO <katina.hanson@usda.gov>
**Sent:** Wednesday, January 22, 2025 11:04 AM
**To:** Hansen, Eric - FPAC-NRCS, DC <Eric.Hansen@usda.gov>; Costa, Allison - FPAC-NRCS, OR
<Allison.Costa@usda.gov>; Anderson, John - FPAC-FSA, SD <john.a.anderson@usda.gov>; Abouali,
Mustapha - FPAC-NRCS, NV <mustapha.abouali@usda.gov>; Culbert, Tanya - FPAC-NRCS, MS
<tanya.culbert@usda.gov>; Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>;
Muldowney, Loren - FPAC-NRCS, NJ <loren.muldowney@usda.gov>; Denton, Matthew - FPAC-NRCS,
TN <matthew.denton@usda.gov>; CruzGonzalez, Gregorio - FPAC-NRCS, PR
<gregorio.cruzgonzalez@usda.gov>
**Cc:** Green, Virginia - FPAC-NRCS, WI <virginia.green@usda.gov>; DeCubellis, Brooke - FPAC-NRCS, OH
<Brooke.DeCubellis@usda.gov>
**Subject:** FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities
Grant Update

*************************************************************************
****

Dear Grant Recipients,

As of late yesterday, January 21, 2025, the administration placed a temporary suspension

USDA000251

on all actions related to grants, including Partnerships for Climate-Smart Commodities grants. This is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.

Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

Sincerely,
Katina

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Katina D. Hanson
*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

*USDA is an equal opportunity provider, employer, and lender.*

| From: | Bowers, Jeremy - FPAC-NRCS, IL |
|-------|-------------------------------|
| To: | Brooke Gentile |
| Subject: | RE: [External Email]Re: NR233A750004G092 SUBMITTED Reimbursement Request |
| Date: | Wednesday, January 29, 2025 2:49:00 PM |

Good afternoon,

This is all I have for now.  Wish I had more.

Thank you

I will work to get answers to you as soon as possible. This is a fluid situation, and we ask for your patience as we work to gain additional clarification. We will continue to provide periodic updates via email as more information becomes available.

**From:** Brooke Gentile <brooke@oak-ky.org>
**Sent:** Wednesday, January 29, 2025 2:48 PM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** [External Email]Re: NR233A750004G092 SUBMITTED Reimbursement Request

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi Jeremy,

Please let me know if you've received this Q4 reimbursement request (submitted in EzFedGrants too) and when you think processing will be possible. I know you are getting it from all angles. We appreciate you!

Brooke

-
**Brooke Gentile** (she/her)
Executive Director
Organic Association of Kentucky
PO Box 22244 Lexington, KY 40522
502.219.7378 - cell
www.oak-ky.org

Bring CSA to your workplace
Farmers, apply to participate in the soil health and climate-smart project
Join Kentucky's growing organic movement, become a member

USDA000253

On Tue, Jan 28, 2025 at 7:03 AM Brooke Gentile <brooke@oak-ky.org> wrote:

> Hi Jeremy and Kenneth,
>
> I've submitted OAK's updated reimbursement request to EzFed Grants (GADBET attached). We would be grateful for your review and approval today. This invoice includes significant incentive payments that OAK has already paid out to farmers.
>
> Best,
> Brooke
>
> -
> **Brooke Gentile** (she/her)
> Executive Director
> Organic Association of Kentucky
> PO Box 22244 Lexington, KY 40522
> 502.219.7378 - cell
> www.oak-ky.org
>
> Bring CSA to your workplace
> Farmers, apply to participate in the soil health and climate-smart project
> Join Kentucky's growing organic movement, become a member

USDA000254

| From: | Bowers, Jeremy - FPAC-NRCS, IL |
|-------|-------------------------------|
| To: | Brooke Gentile |
| Subject: | RE: FW: A note from your GMS on request #PAY0073132 |
| Date: | Tuesday, February 11, 2025 5:15:00 PM |
| Attachments: | image001.png |

We are still awaiting additional guidance.


Jeremy Bowers
National Program Officer
c: (309) 297-0486
e: jeremy.bowers@usda.gov

---

**From:** Brooke Gentile <brooke@oak-ky.org>
**Sent:** Tuesday, February 11, 2025 4:57 PM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** Re: FW: A note from your GMS on request #PAY0073132

Hi Jeremy,

Do you have an update from Kenneth on the status of this reimbursement request?

Best,
Brooke


–
**Brooke Gentile** (she/her)
Executive Director
Organic Association of Kentucky
PO Box 22244 Lexington, KY 40522
502.219.7378 - cell
www.oak-ky.org

Bring CSA to your workplace
Farmers, apply to participate in the **soil health and climate-smart project**
Join Kentucky's growing organic movement, **become a member**



On Sat, Feb 1, 2025 at 1:02 PM Bowers, Jeremy - FPAC-NRCS, IL
<jeremy.bowers@usda.gov> wrote:

> This is positive news!
>
> **From:** IT Service Desk <usdafpacbc@servicenowservices.com>

**Sent:** Saturday, February 1, 2025 11:41 AM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Cc:** James, Kenneth - FPAC-FBC, MI <Kenneth.James@usda.gov>; Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** A note from your GMS on request #PAY0073132



# Farm Production and Conservation

## U.S. DEPARTMENT OF AGRICULTURE

Dear JEREMIAH BOWERS,

I have been assigned your ticket PAY0073132 and my goal is to complete the initial review of submitted documents within the next 10 days. Please feel free to contact me if you have any additional information that will assist in my review of this ticket.

Sincerely,

KENNETH James

Unsubscribe | Notification Preferences

Ref:MSG17339180

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interceptions of this message or the  use  or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

| From: | Bowers, Jeremy - FPAC-NRCS, IL |
|---|---|
| To: | Brooke Gentile |
| Subject: | RE: [External Email]check in today |
| Date: | Tuesday, February 18, 2025 8:30:00 AM |

I still plan to hold it. I have no guidance at this point. Maybe we will get something before then.

Thank you

Jeremy Bowers
National Program Officer
c: (309) 297-0486
e: jeremy.bowers@usda.gov

**From:** Brooke Gentile <brooke@oak-ky.org>
**Sent:** Tuesday, February 18, 2025 8:15 AM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** [External Email]check in today

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi Jeremy,

Is the 1pm ET project call still on for today? We have *just* a few questions, and I plan to be on the call. I hope you and the others are doing okay.

We appreciate you!
Brooke

-
**Brooke Gentile** (she/her)
Executive Director
Organic Association of Kentucky
PO Box 22244 Lexington, KY 40522
502.219.7378 - cell
www.oak-ky.org

Bring CSA to your workplace
Farmers, apply to participate in the soil health and climate-smart project
Join Kentucky's growing organic movement, become a member

| | |
|---|---|
| **From:** | Bowers, Jeremy - FPAC-NRCS, IL |
| **To:** | Mercedes Talvitie |
| **Subject:** | RE: suspension questions |
| **Date:** | Wednesday, January 22, 2025 12:18:00 PM |

Here is what I got back.

I would remind them that the approved, budgeted items within their grant can continue at their discretion.  What is impacted currently is the ability to process a claim for those items either through an advance or reimbursement payment.  I would also remind them that this is also temporary.

**From:** Mercedes Talvitie <mercedes.talvitie@marbleseed.org>
**Sent:** Wednesday, January 22, 2025 12:03 PM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** suspension questions

We have two conferences occurring with large producer events and workshops. This includes staff time,travel, and money already spent on the facilities. Do we still have these events or should we cancel them even though there has already been money spent on resources and registration?

**Mercedes Talvitie**
*Climate and Conservation Program Manager*
Marbleseed
715-309-5918 x707 | marbleseed.org

USDA000258

| | |
|---|---|
| **From:** | Bowers, Jeremy - FPAC-NRCS, IL |
| **To:** | Mercedes Talvitie |
| **Subject:** | RE: FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update FAQs |
| **Date:** | Wednesday, January 22, 2025 3:57:00 PM |
| **Attachments:** | image001.png |
| | image003.png |

They can.  We are under CCC funds.

---

**From:** Mercedes Talvitie <mercedes.talvitie@marbleseed.org>
**Sent:** Wednesday, January 22, 2025 3:57 PM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** RE: FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update FAQs

Can you clarify the third point? It does not line up with what they said about "I would remind them that the approved, budgeted items within their grant can continue at their discretion.  What is impacted currently is the ability to process a claim for those items either through an advance or reimbursement payment.  I would also remind them that this is also temporary."

So can they or can't they process invoices that we send each quarter?

**Mercedes Talvitie**
*Climate and Conservation Program Manager*
Marbleseed
715-309-5918 x707 | marbleseed.org

---

**From:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Sent:** Wednesday, January 22, 2025 3:31 PM
**Subject:** FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update FAQs
**Importance:** High

Good afternoon,

Please see the message below from Katina Hanson with some updates for your consideration and awareness and share with appropriate staff/partners.

Thank you

*Jeremy Bowers*

National Program Officer
Office of the Associate Chief | Center for Sustainable Commodity Markets

☎ (309) 297-0486
✉ Jeremy.Bowers@usda.gov

USDA is an equal opportunity provider, employer, and lender.



*************************************************************************************

Dear Grant Recipients,

We have received additional guidance from the USDA Office of the Chief Financial Officer's office on the temporary suspension of all USDA actions related to grants, including Partnerships for Climate-Smart Commodities grants. Please see Frequently Asked Questions (FAQs) below:

1. **Does the moratorium include no-cost extensions or no-cost modifications on existing awards?**
   a. <u>Answer:</u> No, it does not apply to no-cost extensions or no-cost modifications. This may include budget revisions that do not obligate additional funds, no-cost extensions of time, changes in key staff, and other changes that do not result in any additional expenditure of funds (regardless of their source).

2. **Can existing work continue under active awards?**
   a. <u>Answer:</u> Yes, until such time that you receive guidance in the future that specific transactions must be modified or terminated.

3. **Can payments or claims be processed under existing awards?**
   a. <u>Answer:</u> At this time, yes, payments or claims may continue to be processed under existing awards, provided that they are not funded using IRA and IIJA funding sources. Additional guidance related to IIJA and IRA funds will be provided by OCFO and/or OBPA, when available.

The above direction is subject to change pending updates from the current administration. Any updates will be communicated in writing when available.

Again, this is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.  Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

USDA000260

Sincerely,
Katina

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Katina D. Hanson
*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

*USDA is an equal opportunity provider, employer, and lender.*

---

**From:** Denton, Matthew - FPAC-NRCS, TN
**Sent:** Wednesday, January 22, 2025 11:29 AM
**To:** Monique Marez <mo@eptimizo.com>; Alice Melendez <alice@moonshinetrail.com>; Elizabeth A Staiger <Elizabeth.Staiger@tamuk.edu>; jon@workinglandscapesnc.org; Megan Wortman <megan@americanlamb.com>; Ibrahim Katampe <ikatampe@centralstate.edu>; Sarah Ficken <sarah@dga-national.org>; Cappellazzi, Shannon B <shannon.cap@oregonstate.edu>; Ericka Blakemore <EBLAKEMORE@mcljasco.com>; Jackie Casteel <jackie.casteel@moaorganic.org>; Drammeh, Lamin <ldrammeh@scsu.edu>; Omondi, Emmanuel <eomondi@Tnstate.edu>; Latawiec, Basia <latawic2@illinois.edu>; Juzhong Tan <jztan@udel.edu>; lagana, lisa <lisa.lagana@mail.wvu.edu>; Tian Nana <Tian@uamont.edu>; Mike Morgenfeld <mike@obc.ag>; Julia Jenikejew <jjenike@clemson.edu>
**Cc:** Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>; Muldowney, Loren - FPAC-NRCS, NJ <loren.muldowney@usda.gov>; CruzGonzalez, Gregorio - FPAC-NRCS, PR <gregorio.cruzgonzalez@usda.gov>; Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** Partnerships for Climate-Smart Commodities Grant Update
**Importance:** High

Good morning/afternoon,
Please see the message below from Katina Hanson for your consideration and awareness and share with appropriate staff/partners. We do not have many details at this point, but I will make myself available if anyone would like to discuss specific grant situations this week.

Also, we can discuss broad topics pertaining to this next week during my office hours, Monday 1/27 at noon CST.

Take care,
**J.** Matthew Denton
*Senior National Program Officer & Team Leader (Small Grants)*

Office of the Associate Chief | Center for Sustainable Commodity Markets

 **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

USDA000261

Remote Duty Station
c: (731) 202-1373
e: matthew.denton@usda.gov

*USDA is an equal opportunity provider, employer, and lender.*

**From:** Hanson, Katina - FPAC-NRCS, MO <katina.hanson@usda.gov>
**Sent:** Wednesday, January 22, 2025 11:04 AM
**To:** Hansen, Eric - FPAC-NRCS, DC <Eric.Hansen@usda.gov>; Costa, Allison - FPAC-NRCS, OR <Allison.Costa@usda.gov>; Anderson, John - FPAC-FSA, SD <john.a.anderson@usda.gov>; Abouali, Mustapha - FPAC-NRCS, NV <mustapha.abouali@usda.gov>; Culbert, Tanya - FPAC-NRCS, MS <tanya.culbert@usda.gov>; Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>; Muldowney, Loren - FPAC-NRCS, NJ <loren.muldowney@usda.gov>; Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>; CruzGonzalez, Gregorio - FPAC-NRCS, PR <gregorio.cruzgonzalez@usda.gov>
**Cc:** Green, Virginia - FPAC-NRCS, WI <virginia.green@usda.gov>; DeCubellis, Brooke - FPAC-NRCS, OH <Brooke.DeCubellis@usda.gov>
**Subject:** FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dear Grant Recipients,

As of late yesterday, January 21, 2025, the administration placed a temporary suspension on all actions related to grants, including Partnerships for Climate-Smart Commodities grants. This is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.

Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

Sincerely,
Katina

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Katina D. Hanson
*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets



**Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

*USDA is an equal opportunity provider, employer, and lender.*

USDA000262

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000263

| | |
|---|---|
| **From:** | Bowers, Jeremy - FPAC-NRCS, IL |
| **To:** | Mercedes Talvitie |
| **Subject:** | RE: FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update FAQs |
| **Date:** | Wednesday, January 22, 2025 6:11:00 PM |
| **Attachments:** | image001.png |
| | image003.png |

I don't know that anything changed.  Just a little more official guidance and it covers more than just the partnership agreements.

**From:** Mercedes Talvitie <mercedes.talvitie@marbleseed.org>
**Sent:** Wednesday, January 22, 2025 4:01 PM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** RE: FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update FAQs

Okay, thank you! I am confused as to what has changed then….

**Mercedes Talvitie**
*Climate and Conservation Program Manager*
Marbleseed
715-309-5918 x707 | marbleseed.org

**From:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Sent:** Wednesday, January 22, 2025 3:58 PM
**To:** Mercedes Talvitie <mercedes.talvitie@marbleseed.org>
**Subject:** RE: FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update FAQs

They can.  We are under CCC funds.

**From:** Mercedes Talvitie <mercedes.talvitie@marbleseed.org>
**Sent:** Wednesday, January 22, 2025 3:57 PM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** RE: FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update FAQs

Can you clarify the third point? It does not line up with what they said about "I would remind them that the approved, budgeted items within their grant can continue at their discretion.  What is impacted currently is the ability to process a claim for those items either through an advance or reimbursement payment.  I would also remind them that this is also temporary."

USDA000264

So can they or can't they process invoices that we send each quarter?

**Mercedes Talvitie**
*Climate and Conservation Program Manager*
Marbleseed
715-309-5918 x707 | marbleseed.org

---

**From:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Sent:** Wednesday, January 22, 2025 3:31 PM
**Subject:** FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update FAQs
**Importance:** High

Good afternoon,

Please see the message below from Katina Hanson with some updates for your consideration and awareness and share with appropriate staff/partners.

Thank you

*Jeremy Bowers*
National Program Officer
Office of the Associate Chief | Center for Sustainable Commodity Markets

☎ (309) 297-0486
✉ Jeremy.Bowers@usda.gov

USDA is an equal opportunity provider, employer, and lender.



**************************************************************************
****

Dear Grant Recipients,

We have received additional guidance from the USDA Office of the Chief Financial Officer's office on the temporary suspension of all USDA actions related to grants, including Partnerships for Climate-Smart Commodities grants. Please see Frequently Asked Questions (FAQs) below:

USDA000265

1. **Does the moratorium include no-cost extensions or no-cost modifications on existing awards?**
   a. <u>Answer:</u> No, it does not apply to no-cost extensions or no-cost modifications. This may include budget revisions that do not obligate additional funds, no-cost extensions of time, changes in key staff, and other changes that do not result in any additional expenditure of funds (regardless of their source).

2. **Can existing work continue under active awards?**
   a. <u>Answer:</u> Yes, until such time that you receive guidance in the future that specific transactions must be modified or terminated.

3. **Can payments or claims be processed under existing awards?**
   a. <u>Answer:</u> At this time, yes, payments or claims may continue to be processed under existing awards, provided that they are not funded using IRA and IIJA funding sources. Additional guidance related to IIJA and IRA funds will be provided by OCFO and/or OBPA, when available.

The above direction is subject to change pending updates from the current administration. Any updates will be communicated in writing when available.

Again, this is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.  Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

Sincerely,
Katina

*************************************************************************

Katina D. Hanson
*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets

 **Natural Resources Conservation Service**
**U.S. DEPARTMENT OF AGRICULTURE**

*USDA is an equal opportunity provider, employer, and lender.*

---

**From:** Denton, Matthew - FPAC-NRCS, TN
**Sent:** Wednesday, January 22, 2025 11:29 AM
**To:** Monique Marez <mo@eptimizo.com>; Alice Melendez <alice@moonshinetrail.com>; Elizabeth A Staiger <Elizabeth.Staiger@tamuk.edu>; jon@workinglandscapesnc.org; Megan Wortman <megan@americanlamb.com>; Ibrahim Katampe <ikatampe@centralstate.edu>; Sarah Ficken <sarah@dga-national.org>; Cappellazzi, Shannon B <shannon.cap@oregonstate.edu>; Ericka Blakemore <EBLAKEMORE@mcljasco.com>; Jackie Casteel <jackie.casteel@moaorganic.org>;

USDA000266

Drammeh, Lamin <ldrammeh@scsu.edu>; Omondi, Emmanuel <eomondi@Tnstate.edu>; Latawiec, Basia <latawic2@illinois.edu>; Juzhong Tan <jztan@udel.edu>; lagana, lisa <lisa.lagana@mail.wvu.edu>; Tian Nana <Tian@uamont.edu>; Mike Morgenfeld <mike@obc.ag>; Julia Jenikejew <jjenike@clemson.edu>
**Cc:** Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>; Muldowney, Loren - FPAC-NRCS, NJ <loren.muldowney@usda.gov>; CruzGonzalez, Gregorio - FPAC-NRCS, PR <gregorio.cruzgonzalez@usda.gov>; Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** Partnerships for Climate-Smart Commodities Grant Update
**Importance:** High

Good morning/afternoon,

Please see the message below from Katina Hanson for your consideration and awareness and share with appropriate staff/partners.  We do not have many details at this point, but I will make myself available if anyone would like to discuss specific grant situations this week.

Also, we can discuss broad topics pertaining to this next week during my office hours, Monday 1/27 at noon CST.

Take care,

J. Matthew Denton
*Senior National Program Officer & Team Leader (Small Grants)*

Office of the Associate Chief | Center for Sustainable Commodity Markets

**USDA  Natural Resources Conservation Service**
**U.S. DEPARTMENT OF AGRICULTURE**

Remote Duty Station
c: (731) 202-1373
e: matthew.denton@usda.gov

*USDA is an equal opportunity provider, employer, and lender.*

---

**From:** Hanson, Katina - FPAC-NRCS, MO <katina.hanson@usda.gov>
**Sent:** Wednesday, January 22, 2025 11:04 AM
**To:** Hansen, Eric - FPAC-NRCS, DC <Eric.Hansen@usda.gov>; Costa, Allison - FPAC-NRCS, OR <Allison.Costa@usda.gov>; Anderson, John - FPAC-FSA, SD <john.a.anderson@usda.gov>; Abouali, Mustapha - FPAC-NRCS, NV <mustapha.abouali@usda.gov>; Culbert, Tanya - FPAC-NRCS, MS <tanya.culbert@usda.gov>; Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>; Muldowney, Loren - FPAC-NRCS, NJ <loren.muldowney@usda.gov>; Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>; CruzGonzalez, Gregorio - FPAC-NRCS, PR <gregorio.cruzgonzalez@usda.gov>
**Cc:** Green, Virginia - FPAC-NRCS, WI <virginia.green@usda.gov>; DeCubellis, Brooke - FPAC-NRCS, OH <Brooke.DeCubellis@usda.gov>
**Subject:** FOR DISTRIBUTION TO GRANT RECIPIENTS: Partnerships for Climate-Smart Commodities Grant Update

*******************************************************************************

****

Dear Grant Recipients,

As of late yesterday, January 21, 2025, the administration placed a temporary suspension on all actions related to grants, including Partnerships for Climate-Smart Commodities grants. This is a fluid situation, and we ask for your patience as we work to gain additional clarification for you in the coming days.

Please contact your National Program Officer if you have additional questions. We will continue to provide periodic updates via email as more information becomes available.

Sincerely,
Katina

*************************************************************************

Katina D. Hanson
*Director*

Office of the Associate Chief | Center for Sustainable Commodity Markets



Natural Resources Conservation Service
U.S. DEPARTMENT OF AGRICULTURE

*USDA is an equal opportunity provider, employer, and lender.*

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000268

**From:** Bowers, Jeremy - FPAC-NRCS, IL
**To:** Sarah Broadfoot
**Subject:** RE: error on 9/30 SF 425
**Date:** Tuesday, January 28, 2025 7:58:00 AM

Good morning,

I was just informed that all work on Climate Smart is paused.

As I get more guidance I will share it.

Thank you

---

**From:** Sarah Broadfoot <sarah.broadfoot@marbleseed.org>
**Sent:** Friday, January 24, 2025 4:08 PM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** error on 9/30 SF 425

Hi Jeremy,

While I was working on our current SF-425 report—for the quarter ending 12/31, I noticed I had reported our indirect incorrectly on the prior SF-425 (quarter ending 9/30/24). I had filled in the indirect for the quarter as opposed to the cumulative amount. Do you want me to submit a new form to correct my error?

I'm also finding a slight discrepancy between the GADBET numbers and the SF425 calculations—this is due to the GADBETs calculations figuring indirect on the line item versus the base amount total so fractions of cents are being calculated, where the SF-425 is figuring on one lump sum. So, over the course of the grant we have billed 2 cents more than is showing on the report. Since the report auto calculates this number, I'm unable to adjust it. I'm assuming this will adjust over time and eventually this should align, but wanted to flag in case you want me to make an adjustment in another way.

Thanks for your help!

**Sarah Broadfoot** (she|her)
*Operations Director*
Marbleseed
PO Box 339, Spring Valley, WI 54767
888-906-6737 x706 | marbleseed.org

USDA000269

| | |
|---|---|
| **From:** | Bowers, Jeremy - FPAC-NRCS, IL |
| **To:** | Mercedes Talvitie |
| **Subject:** | RE: Advance payment |
| **Date:** | Monday, February 10, 2025 3:39:00 PM |

I'm guessing maybe the invoice needed processed before the advance? As far as it not being completed, they probably just didn't get to it.

No need to submit again. Everything is just waiting for the pause to be lifted.

Jeremy Bowers
National Program Officer
c: (309) 297-0486
e: jeremy.bowers@usda.gov

---

**From:** Mercedes Talvitie <mercedes.talvitie@marbleseed.org>
**Sent:** Monday, February 10, 2025 3:34 PM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** Advance payment

Hi Jeremy,
We are wondering about payments, we submitted both the advance and Q4 2024 invoice on the 15th. Why did the invoice get processed but not the advance if it was prior to the 19th when everything was halted? Should we send it again once the system is back up after the 19th during the planned outage?

**Mercedes Talvitie**
*Climate and Conservation Program Manager*
Marbleseed
888-906-6737 x707 | marbleseed.org

USDA000270

| | |
|---|---|
| **From:** | Bowers, Jeremy - FPAC-NRCS, IL |
| **To:** | Mercedes Talvitie |
| **Subject:** | RE: katina meeting |
| **Date:** | Tuesday, February 11, 2025 11:37:00 AM |

We are still awaiting additional guidance.

## Jeremy Bowers

National Program Officer
c: (309) 297-0486
e: jeremy.bowers@usda.gov

---

**From:** Mercedes Talvitie <mercedes.talvitie@marbleseed.org>
**Sent:** Tuesday, February 11, 2025 10:34 AM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** katina meeting

Hi Jeremy,
We were told that we'd get information from Katina's meeting with the NRCS acting director that occurred last week- should we still be expecting any updates?

**Mercedes Talvitie**
*Climate and Conservation Program Manager*
Marbleseed
888-906-6737 x707 | marbleseed.org

| | |
|---|---|
| **From:** | Bowers, Jeremy - FPAC-NRCS, IL |
| **To:** | Mercedes Talvitie |
| **Subject:** | RE: FMMI is Available! |
| **Date:** | Thursday, February 20, 2025 9:24:00 AM |

Shouldn't have to resubmit.

At this point let's wait for guidance.

Jeremy Bowers

National Program Officer

c: (309) 297-0486

e: jeremy.bowers@usda.gov

---

**From:** Mercedes Talvitie <mercedes.talvitie@marbleseed.org>
**Sent:** Thursday, February 20, 2025 8:48 AM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** Re: FMMI is Available!

Would we have to resubmit advances ? Or can we take back the advance and just submit for Jan 1-Jan 31?

Get Outlook for iOS

---

**From:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Sent:** Thursday, February 20, 2025 7:25:28 AM
**To:** Alpa Goswami <alpa@marbleseed.org>; Leigh Cocanougher <leigh@oak-ky.org>; Lindsey Hethcote <lhethcote@csuchico.edu>; Brooke Gentile <brooke@oak-ky.org>; Zach Gaines <zach.g@proximitymalt.com> <diane@regenagalliance.org <diane@regenagalliance.org>; natalie@grazinglands.org <natalie@grazinglands.org>; Lisa Woodke <Lisa.Woodke@starofthewest.com>; Ellee Igoe <ellee@foodshedcoop.com>; Cynthia A Daley <CDaley@csuchico.edu>; Mercedes Talvitie <mercedes.talvitie@marbleseed.org>; Taylor Marshall <taylormars629@gmail.com>; sarahblaney, sarahblaney <sarahblaney@okconservation.org>; Sarah M Collier <scollier@uw.edu>; Sarah Blaney <skbconservation@gmail.com>; bec@regenagalliance.org <bec@regenagalliance.org>; A. Michele Auzenne <amauzenne@csuchico.edu>; delane.atcitty@inca-tcd.org <delane.atcitty@inca-tcd.org>; aheinemeyer@csuchico.edu <aheinemeyer@csuchico.edu>; mskellie@farmjournalfoundation.org <mskellie@farmjournalfoundation.org>; Marissa Arnoldussen <marissa@oak-ky.org>; emeli@grazinglands.org <emeli@grazinglands.org>; mmandes@usfcr.com <mmandes@usfcr.com>; Noelle Ferdon Brimlow <cnferdon@csuchico.edu>; Benjamin Lewis <blewis5@csuchico.edu>; Joseph Haney <jhaney2@csuchico.edu>; Jacob N Brimlow <jbrimlow@csuchico.edu>; jgpowell@uw.edu <jgpowell@uw.edu>; Marian Escobar <marian@regenagalliance.org>; Rose Welch <rose@organicconsumers.org>; Judy Linman <judy@organicconsumers.org>; Ashley McDonald <ashley@grazinglands.org>; Cindi Johnson <cindi@grazinglands.org>; ana@whitebuffalolandtrust.org <ana@whitebuffalolandtrust.org>; jesse@whitebuffalolandtrust.org

USDA000272

<jesse@whitebuffalolandtrust.org>; megan.phillips-goldenberg@macd.org <megan.phillips-goldenberg@macd.org>; rivka.hodgkinson@macd.org <rivka.hodgkinson@macd.org>; avannett@iowas.org <avannett@iowas.org>; bbeck@iowas.org <bbeck@iowas.org>; Katie Adam <katie.adam@starofthewest.com>; Jessica Whitaker <jessicawhitaker19@gmail.com>
**Subject:** FW: FMMI is Available!

FMMI is back online.

Jeremy Bowers
National Program Officer
c: (309) 297-0486
e: jeremy.bowers@usda.gov

**From:** FMS <FMS@service.govdelivery.com>
**Sent:** Wednesday, February 19, 2025 10:25 PM
**To:** Bowers, Jeremy - FPAC-NRCS, IL <jeremy.bowers@usda.gov>
**Subject:** FMMI is Available!



FIET Bulletin Header

# FMMI is Available

## It's "Go Time" for the Fiori Launchpad!

FMMI is now available to all users. FMMI was temporarily taken down to undergo a system upgrade as part of the FMMI Intelligent Enterprise Transformation (FIET) Project.

**Where can I log into the upgraded system?** Users can log into the upgraded system again now at the existing FMMI Portal link here. Within the FMMI Portal, users can then click on the Fiori Launchpad button or tab. Use the step-by-step guide here to log into the system for the first time.

**What should I do first, now that the system is live?**

- **Workflows** – Any workflow items that you were not able to complete before cutover will need to be reinitiated in the new system.

USDA000273

- **Favorites** – Think about what transactions you'll want to add as favorites in the new system. We recommend favoriting your most frequently used transactions for ease of access.

**Where can I access training materials?** Check out these resources for everything from introductory FMMI material to role-based training:

- **FIET Training Sessions** – Presentation recordings of instructor-led FIET training focused on how FMMI is changing
- **FMMI Online Help** – Covers everything from FMMI basics to role-based training
  - Job Aids – quick reference guides, lists, and templates related to FMMI processing
  - Online Help Procedures – transaction-specific instructions for FMMI processing
  - Knowledge Articles – common processing questions and information designed to help FMMI users avoid or correct common mistakes
  - Training Materials – basic FMMI instruction designed for new users

- **FMMI Reference Material** – An array of FMMI resources including a glossary, BI report descriptions, agency identifiers and codes, USDA Budget Distribution Guide, and more
- **FIET Financial Training Forum Sessions** – Presentation materials and recordings of FMMI upgrade sessions from the 2024 Financial Training Forum (FTF)

**Where can I ask questions or log an issue?** Please submit questions or issues to the Help Desk. Even if you have direct access to Service Now, please log questions or issues to the Help Desk so that we are able to track all requests in one place.

Update your subscriptions, modify your password or e-mail address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your e-mail address to log in. If you have questions or problems with the subscription service, please contact subscriberhelp.govdelivery.com.

This service is provided to you at no charge by USDA, National Finance Center.

GovDelivery, Inc. sending on behalf of USDA, National Finance Center • 13800 Old Gentilly Road • New Orleans LA 70129



USDA000274

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000275

**Abbott, Mark - MRP-AMS**

| | |
|---|---|
| **From:** | Abbott, Mark - MRP-AMS |
| **Sent:** | Thursday, March 13, 2025 12:03 PM |
| **To:** | Christina Kostelecky |
| **Cc:** | Rachel de Vitry; hannah, hannah; SM.MRP.AMS.FFWRGrants; grantsteam |
| **Subject:** | RE: [External Email]Checking status of FFWR |

Hi Christina,

Thanks as well for the productive call on Monday.   We know that USDA leadership is working expeditiously to review our grant programs, but we do not have any additional information regarding the frozen payments. We are asking that all grantees submit outstanding SF-270 requests through this week so that we can begin reviewing the requests.

Talk with you soon,  Mark

**Mark W. Abbott**
Branch Chief
TM Grants Division

---

**From:** Christina Kostelecky <christina@pasafarming.org>
**Sent:** Thursday, March 6, 2025 3:13 PM
**To:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>
**Cc:** Rachel de Vitry <rachel@pasafarming.org>; hannah, hannah <hannah@pasafarming.org>;
SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>; grantsteam <grantsteam@pasafarming.org>
**Subject:** [External Email]Checking status of FFWR

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi there Mark,
Thanks again for the productive close out meeting Monday.

I wanted to check in to see if any updates were able to be shared around the status of the FFWR program, especially with regards to payments.

Appreciate any information you're able to provide.

Christina

--
**Christina Kostelecky | Finance**
**& Administrative Services Co-Director |**
Pasa
Sustainable Agriculture
814.349.9856 x703 pronouns:

*she/they*

USDA000276

Not a member?
Join
today!
Connect with us: Newsletter | Facebook | Instagram

**_Take action_ to support farmers impacted by the federal funding freeze.**

USDA000277

| From: | SM.MRP.AMS.FFWRGrants |
|---|---|
| To: | Kerstin Ams |
| Cc: | Grants Admin Team; SM.MRP.AMS.FFWRGrants |
| Subject: | RE: [External Email]AM22FFWPA0013-01 - Pasa Request #20 |
| Date: | Friday, March 7, 2025 10:20:00 AM |

Hello Kerstin,

Thank you for resubmitting your payment request and only including expenses incurred after 1/19/2025. We are waiting for further guidance.

Sincerely,

The FFWR Team

---

**From:** Kerstin Ams <kerstin@pasafarming.org>
**Sent:** Monday, March 3, 2025 3:41 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Hudson, Benjamin (CTR) - MRP-AMS <Benjamin.Hudson@usda.gov>; Grants Admin Team <grantsteam@pasafarming.org>
**Subject:** [External Email]AM22FFWPA0013-01 - Pasa Request #20

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi FFWR Team,

SF270 and the budget worksheet are attached for Pasa's payment request #20. Please let us know if you need anything else at this time.

Thanks,
Kerstin

--

**Kerstin Ams | Grants Finance Manager | Pasa Sustainable Agriculture**
(814) 349-9856 x748
*she/her*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

HI Dan,

Happy to have a bit of positive news.  The Core grants, are you referring to 23-373 and/or 24-221?

Both have been executed. I can call and we can walk through it.

Thanks

Robert



**Robert Gentry**
**Field Representative**
**Forest Service**
**Eastern Region - Morgantown Field**
**Office**
**p: 304-285-1540**
**c: 541-410-3281**
**robert.gentry@usda.gov**
180 Canfield St
Morgantown, WV 26505

---

**From:** Daniel.Balser@dnr.ohio.gov <Daniel.Balser@dnr.ohio.gov>
**Sent:** Wednesday, March 12, 2025 7:58 AM
**To:** Gentry, Robert - FS, WV <robert.gentry@usda.gov>
**Subject:** RE: Existing Grants

Robert-

This is great news.  Thank you for sharing!

This looks like all infrastructure grants in your list.  Are we also good to proceed with the core grants?

Thanks,

Dan

---

**From:** Gentry, Robert - FS, WV <robert.gentry@usda.gov>
**Sent:** Tuesday, March 11, 2025 9:56 AM
**To:** Balser, Daniel <Daniel.Balser@dnr.ohio.gov>
**Cc:** Gabliks, Maris - FS, NJ <maris.g.gabliks@usda.gov>; Mawhorter, Julie - FS, PA <julie.mawhorter@usda.gov>; Walerak, Todd - FS, WI <todd.t.walerak@usda.gov>; Chuprinko, Teri - FS, WV <Teri.Chuprinko@usda.gov>; Parrish, Raymond - FS, WI <raymond.j.parrish@usda.gov>
**Subject:** Existing Grants

Hi Dan,

Please see the attached list of grants that may be fully implemented. Please reach out to me or the associated program manager(s) listed on the spreadsheet with any questions.

USDA000279

Thank you,

Robert



**Robert Gentry**
**Field Representative**
**Forest Service**
**Eastern Region - Morgantown Field**
**Office**
**p: 304-285-1540**
**c: 541-410-3281**
**robert.gentry@usda.gov**
180 Canfield St
Morgantown, WV 26505

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**CAUTION:** This is an external email and may not be safe. If the email looks suspicious, please do not click links or open attachments and forward the email to csc@ohio.gov or click the Phish Alert Button if available.

USDA000280

| | |
|---|---|
| **From:** | Rachel de Vitry |
| **To:** | SM.MRP.AMS.FFWRGrants |
| **Cc:** | Kerstin Ams; Grants Admin Team |
| **Subject:** | Re: [External Email]AM22FFWPA0013-01 - Pasa Request #18 |
| **Date:** | Saturday, February 8, 2025 3:15:24 PM |
| **Attachments:** | Pasa FFWR Claim 18 _ 12_7_24 - 01_19_25 AMS budget worksheet - Reimbursement - Updated.xlsx |
| | Claim 18_Pasa FFWR 01.28.25 Updated.pdf |

Hello FFWR Team,

Here is our updated SF270 and budget worksheet for claim 18. Expenses after January 20, 2025 have been removed. I did find a date error on Line No. 2 - the correct end date for that line is 01/08/25, not 01/28/25 as originally listed.

We will watch for updates for expenses on and after January 20.

Thank you,

Rachel

On Fri, Feb 7, 2025 at 4:12 PM 'SM.MRP.AMS.FFWRGrants' via Grants Admin Team <grantsteam@pasafarming.org> wrote:

> Hello Kerstin,
>
>
> We wanted to follow up with you and ask that you update your SF-270 and budget worksheet so they only include expenses incurred before January 20, 2025. We have been given the greenlight to process and approve reimbursement requests for expenses that occurred prior to January 20, 2025. We will share guidance on expenditures that occurred on or after January 20, 2025, when it is available. If you have any questions please let us know.
>
>
>
> Sincerely,
>
>
> The FFWR Team
>
>
> ---
>
> **From:** Kerstin Ams <kerstin@pasafarming.org>
> **Sent:** Tuesday, January 28, 2025 1:03 PM
> **To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
> **Cc:** Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Grants Admin Team <grantsteam@pasafarming.org>
> **Subject:** [External Email]AM22FFWPA0013-01 - Pasa Request #18

USDA000281

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good afternoon,

SF270 and the budget worksheet are attached for Pasa's next payment request. Please let us know if you need anything else at this time.

Thanks,

Kerstin

--

**Kerstin Ams | Grants Finance Manager | Pasa Sustainable Agriculture**
(814) 349-9856 x748
*she/her*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

--

**Rachel de Vitry | Finance and Administrative Services Director | Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

| **From:** | SM.MRP.AMS.FFWRGrants |
| **To:** | Kerstin Ams |
| **Cc:** | Grants Admin Team; SM.MRP.AMS.FFWRGrants |
| **Subject:** | RE: [External Email]AM22FFWPA0013-01 - Pasa Request #19 |
| **Date:** | Friday, February 28, 2025 12:58:04 PM |

Hello, Kerstin,

AMS is currently processing invoices which cover costs incurred for activities performed on or prior to 1/19/2025.

Please resubmit your invoice dated 02/27/2025 for award FAIN AM22FFWPA0013 to cover only those activities and costs incurred on or before 1/19/2025.

Thank you,
The FFWR Team

**From:** Kerstin Ams <kerstin@pasafarming.org>
**Sent:** Thursday, February 27, 2025 1:36 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Grants Admin Team <grantsteam@pasafarming.org>
**Subject:** [External Email]AM22FFWPA0013-01 - Pasa Request #19

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good afternoon,

SF270 and the budget worksheet are attached for Pasa's next payment request. Please let us know if you need anything else at this time.

Thanks,
Kerstin

--

**Kerstin Ams | Grants Finance Manager | Pasa Sustainable Agriculture**
(814) 349-9856 x748
*she/her*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

USDA000283

| From: | SM.MRP.AMS.FFWRGrants |
|---|---|
| To: | Kerstin Ams |
| Cc: | Grants Admin Team; SM.MRP.AMS.FFWRGrants |
| Subject: | RE: [External Email]AM22FFWPA0013-01 - Pasa Request #19 |
| Date: | Friday, March 7, 2025 12:12:17 PM |
| Attachments: | image001.png |

Hello Kerstin,

Thank you for your payment request #19.  It is approved, and you may now go into the PMS system and enter it.

As of this transaction, your current budget balances will be:

### FFWR Balances - Available Funds

| Budget Type | Budget | Paid | Balance |
|---|---|---|---|
| Personnel | $ 3,361,081.91 | $ 2,985,612.49 | $ 375,469.42 |
| Fringe Benefits | $ 1,079,638.24 | $ 953,537.65 | $ 126,100.59 |
| Travel | $ 141,903.92 | $ 110,154.65 | $ 31,749.27 |
| Equipment | $ - | $ - | $ - |
| Supplies | $ 167,948.23 | $ 167,834.52 | $ 113.71 |
| Contractual | $ 645,571.99 | $ 513,022.32 | $ 132,549.67 |
| Other | $ 26,433,571.44 | $ 25,487,346.45 | $ 946,224.99 |
| Indirect Costs | $ 550,615.57 | $ 496,635.58 | $ 53,979.99 |
| Deobligated | $ (2,256,910.70) | | |
| **Total** | $ 32,380,331.30 | $ 30,714,143.66 | $ 1,666,187.64 |

Sincerely,

The FFWR Team

---

**From:** Kerstin Ams <kerstin@pasafarming.org>
**Sent:** Monday, March 3, 2025 3:36 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Hudson, Benjamin (CTR) - MRP-AMS <Benjamin.Hudson@usda.gov>; Grants Admin Team <grantsteam@pasafarming.org>
**Subject:** Re: [External Email]AM22FFWPA0013-01 - Pasa Request #19

Hi FFWR Team,

Attached is the updated SF-270 and worksheet for our payment request #19.

Thank you,
Kerstin

On Fri, Feb 28, 2025 at 12:58 PM SM.MRP.AMS.FFWRGrants
<SM.MRP.AMS.FFWRGrants@usda.gov> wrote:

> Hello, Kerstin,
>
> AMS is currently processing invoices which cover costs incurred for activities performed on or prior to 1/19/2025.
>
> Please resubmit your invoice dated 02/27/2025 for award FAIN AM22FFWPA0013 to cover only those activities and costs incurred on or before 1/19/2025.
>
> Thank you,
> The FFWR Team
>
> ---
>
> **From:** Kerstin Ams <kerstin@pasafarming.org>
> **Sent:** Thursday, February 27, 2025 1:36 PM
> **To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
> **Cc:** Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Grants Admin Team <grantsteam@pasafarming.org>
> **Subject:** [External Email]AM22FFWPA0013-01 - Pasa Request #19
>
> > [External Email]
> > If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> > Use caution before clicking links or opening attachments.
> > Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov
>
> Good afternoon,
>
> SF270 and the budget worksheet are attached for Pasa's next payment request. Please let us know if you need anything else at this time.
>
> Thanks,
> Kerstin
>
> --
> **Kerstin Ams | Grants Finance Manager | Pasa Sustainable Agriculture**
> (814) 349-9856 x748
> *she/her*
>
> Not a member? Join today!
> Connect with us: Newsletter | Facebook | Instagram

USDA000285

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

USDA000286

| | |
|---|---|
| **From:** | SM.MRP.AMS.FFWRGrants |
| **To:** | Kerstin Ams |
| **Cc:** | Grants Admin Team; SM.MRP.AMS.FFWRGrants |
| **Subject:** | RE: [External Email]AM22FFWPA0013-01 - Pasa Request #20 |
| **Date:** | Friday, March 7, 2025 12:20:56 PM |

Hello Kerstin,

Thank you for resubmitting your payment request and only including expenses incurred after 1/19/2025. We are waiting for further guidance.

Sincerely,

The FFWR Team

---

**From:** Kerstin Ams <kerstin@pasafarming.org>
**Sent:** Monday, March 3, 2025 3:41 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Hudson, Benjamin (CTR) - MRP-AMS <Benjamin.Hudson@usda.gov>; Grants Admin Team <grantsteam@pasafarming.org>
**Subject:** [External Email]AM22FFWPA0013-01 - Pasa Request #20

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi FFWR Team,

SF270 and the budget worksheet are attached for Pasa's payment request #20. Please let us know if you need anything else at this time.

Thanks,
Kerstin

--

**Kerstin Ams | Grants Finance Manager | Pasa Sustainable Agriculture**
(814) 349-9856 x748
*she/her*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

USDA000287

| | |
|---|---|
| **From:** | SM.MRP.AMS.FFWRGrants |
| **To:** | Kerstin Ams |
| **Cc:** | Grants Admin Team; SM.MRP.AMS.FFWRGrants |
| **Subject:** | RE: [External Email]AM22FFWPA0013-01 - Pasa Request #20 |
| **Date:** | Tuesday, April 1, 2025 6:55:43 PM |
| **Attachments:** | image001.png |

Hello Kerstin,

Thank you for your payment request #20. It is approved, and you may now go into the PMS system and enter it.

As of this transaction, your current budget balances will be:

### FFWR Balances - Available Funds

| Budget Type | Budget | Paid | Balance |
|---|---|---|---|
| Personnel | $ 3,361,081.91 | $ 3,016,397.26 | $ 344,684.65 |
| Fringe Benefits | $ 1,079,638.24 | $ 963,696.63 | $ 115,941.61 |
| Travel | $ 141,903.92 | $ 110,154.65 | $ 31,749.27 |
| Equipment | $ - | $ - | $ - |
| Supplies | $ 167,948.23 | $ 169,888.86 | $ (1,940.63) |
| Contractual | $ 645,571.99 | $ 513,022.32 | $ 132,549.67 |
| Other | $ 26,433,571.44 | $ 25,489,416.35 | $ 944,155.09 |
| Indirect Costs | $ 550,615.57 | $ 501,142.38 | $ 49,473.19 |
| Deobligated | $ (2,256,910.70) | | |
| **Total** | **$ 32,380,331.30** | **$ 30,763,718.45** | **$ 1,616,612.85** |

Thank you,

The FFWR Team

---

**From:** Kerstin Ams <kerstin@pasafarming.org>
**Sent:** Wednesday, March 26, 2025 2:42 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Hudson, Benjamin (CTR) - MRP-AMS <Benjamin.Hudson@usda.gov>; Grants Admin Team <grantsteam@pasafarming.org>
**Subject:** [External Email]AM22FFWPA0013-01 - Pasa Request #20

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

USDA000288

Hi FFWR Team,

SF270 and the budget worksheet are attached for Pasa's updated payment request #20. We will update and resubmit the other unprocessed claims. Please let us know if you need anything else at this time.

Kerstin

--
**Kerstin Ams | Grants Finance Manager |** **Pasa Sustainable Agriculture**
(814) 349-9856 x748
*she/her*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

USDA000289

| From: | SM.MRP.AMS.FFWRGrants |
|---|---|
| To: | Rachel de Vitry |
| Cc: | grantsteam; SM.MRP.AMS.FFWRGrants |
| Subject: | RE: [External Email]AM22FFWPA0013-01 - Pasa Request #21 |
| Date: | Wednesday, April 2, 2025 4:48:00 PM |

Yes, you can enter them directly into PMS, but please send us the new SF-270's and accompanying budget worksheets.  Thanks!

**From:** Rachel de Vitry <rachel@pasafarming.org>
**Sent:** Wednesday, April 2, 2025 2:45 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** grantsteam <grantsteam@pasafarming.org>
**Subject:** Re: [External Email]AM22FFWPA0013-01 - Pasa Request #21

Hi FFWR Team,

Thank you for this update.  I will work on splitting our recent payment request into two payment requests as you've outlined.  Once those are split, should I enter them directly into PMS as payment requests?

Thank you, as always, for your guidance and support.

Best,

Rachel

On Wed, Apr 2, 2025 at 3:51 PM SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@usda.gov> wrote:

> Hi Rachel,
>
> USDA is reviewing the programs for which payments have been on hold to ensure they align with the Department's goals and priorities. This includes some Agricultural Marketing Service (AMS) grants and agreements. Secretary Rollins understands that farmers and ranchers, and other grant-funded entities that serve them, have made decisions based on these funding opportunities, and that some have been waiting on payments during this government-wide review. She is working to make determinations as quickly as possible.
>
> That being said we would like you to split payment request #21 into two separate payment requests as outlined below and then enter them into PMS.
>
>> Payment request #21: $778,832.09, all admin expenses after 1/19/2025
>> Payment request #22: $904,577.00, all recipient payments after 1/19/2025
>
> If you have any questions please let us know.

USDA000290

Sincerely,

The FFWR Team

---

**From:** Rachel de Vitry <rachel@pasafarming.org>
**Sent:** Tuesday, April 1, 2025 12:34 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Hudson, Benjamin (CTR) - MRP-AMS <Benjamin.Hudson@usda.gov>; grantsteam <grantsteam@pasafarming.org>
**Subject:** [External Email]AM22FFWPA0013-01 - Pasa Request #21

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic**;
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi FFWR Team,

SF270 and the budget worksheet are attached for Pasa's payment request #21. This reflects all remaining grant expenses through 3/31/25. Please let us know if you need anything else at this time.

Best,

Rachel

--
**Rachel de Vitry | Finance and Administrative Services Director | Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Help us cultivate farms & food systems that nourish, heal & empower. Donate today.**

This electronic message contains information generated by the USDA solely for the

USDA000291

intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

--
**Rachel de Vitry | Finance and Administrative Services Director | Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Help us cultivate farms & food systems that nourish, heal & empower. Donate today.**

| From: | SM.MRP.AMS.FFWRGrants |
| --- | --- |
| To: | Rachel de Vitry |
| Cc: | grantsteam; SM.MRP.AMS.FFWRGrants |
| Subject: | RE: [External Email]AM22FFWPA0013-01 - Pasa Request #22 |
| Date: | Thursday, April 3, 2025 10:38:10 AM |

Received, thank you!

USDA is reviewing the programs for which payments have been on hold to ensure they align with the Department's goals and priorities. This includes some Agricultural Marketing Service (AMS) grants and agreements. Secretary Rollins understands that farmers and ranchers, and other grant-funded entities that serve them, have made decisions based on these funding opportunities, and that some have been waiting on payments during this government-wide review. She is working to make determinations as quickly as possible.

**From:** Rachel de Vitry <rachel@pasafarming.org>
**Sent:** Thursday, April 3, 2025 6:53 AM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Hudson, Benjamin (CTR) - MRP-AMS <Benjamin.Hudson@usda.gov>; grantsteam <grantsteam@pasafarming.org>
**Subject:** [External Email]AM22FFWPA0013-01 - Pasa Request #22

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi FFWR Team,

SF270 and the budget worksheet are attached for Pasa's final payment request #22. Please let us know if you need anything else at this time.

Best,

Rachel

--

**Rachel de Vitry | Finance and Administrative Services Director | Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Help us cultivate farms & food systems that nourish, heal & empower. Donate today.**

USDA000293

USDA000294

| | |
|---|---|
| **From:** | Rachel de Vitry |
| **To:** | SM.MRP.AMS.FFWRGrants |
| **Cc:** | Kerstin Ams; Grants Admin Team |
| **Subject:** | Re: [External Email]AM22FFWPA0013-01 - Pasa Request #18 |
| **Date:** | Saturday, February 8, 2025 3:15:24 PM |
| **Attachments:** | Pasa FFWR Claim 18 _ 12_7_24 - 01_19_25 AMS budget worksheet - Reimbursement - Updated.xlsx |
| | Claim 18_Pasa FFWR 01.28.25 Updated.pdf |

Hello FFWR Team,

Here is our updated SF270 and budget worksheet for claim 18. Expenses after January 20, 2025 have been removed. I did find a date error on Line No. 2 - the correct end date for that line is 01/08/25, not 01/28/25 as originally listed.

We will watch for updates for expenses on and after January 20.

Thank you,

Rachel

On Fri, Feb 7, 2025 at 4:12 PM 'SM.MRP.AMS.FFWRGrants' via Grants Admin Team <grantsteam@pasafarming.org> wrote:

> Hello Kerstin,
>
>
> We wanted to follow up with you and ask that you update your SF-270 and budget worksheet so they only include expenses incurred before January 20, 2025. We have been given the greenlight to process and approve reimbursement requests for expenses that occurred prior to January 20, 2025. We will share guidance on expenditures that occurred on or after January 20, 2025, when it is available. If you have any questions please let us know.
>
>
>
> Sincerely,
>
>
> The FFWR Team
>
> ---
>
> **From:** Kerstin Ams <kerstin@pasafarming.org>
> **Sent:** Tuesday, January 28, 2025 1:03 PM
> **To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
> **Cc:** Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Grants Admin Team <grantsteam@pasafarming.org>
> **Subject:** [External Email]AM22FFWPA0013-01 - Pasa Request #18

USDA000295

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good afternoon,

SF270 and the budget worksheet are attached for Pasa's next payment request. Please let us know if you need anything else at this time.

Thanks,

Kerstin

--

**Kerstin Ams | Grants Finance Manager | Pasa Sustainable Agriculture**
(814) 349-9856 x748
*she/her*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

--

**Rachel de Vitry | Finance and Administrative Services Director | Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

| **From:** | Abbott, Mark - MRP-AMS |
|---|---|
| **To:** | Christina Kostelecky |
| **Cc:** | Rachel de Vitry; hannah, hannah; SM.MRP.AMS.FFWRGrants; grantsteam |
| **Subject:** | RE: [External Email]Checking status of FFWR |
| **Date:** | Thursday, March 13, 2025 12:02:47 PM |

Hi Christina,

Thanks as well for the productive call on Monday.   We know that USDA leadership is working expeditiously to review our grant programs, but we do not have any additional information regarding the frozen payments. We are asking that all grantees submit outstanding SF-270 requests through this week so that we can begin reviewing the requests.

Talk with you soon,  Mark

**Mark W. Abbott**
Branch Chief
TM Grants Division

---

**From:** Christina Kostelecky <christina@pasafarming.org>
**Sent:** Thursday, March 6, 2025 3:13 PM
**To:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>
**Cc:** Rachel de Vitry <rachel@pasafarming.org>; hannah, hannah <hannah@pasafarming.org>; SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>; grantsteam <grantsteam@pasafarming.org>
**Subject:** [External Email]Checking status of FFWR

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi there Mark,

Thanks again for the productive close out meeting Monday.

I wanted to check in to see if any updates were able to be shared around the status of the FFWR program, especially with regards to payments.

Appreciate any information you're able to provide.

Christina

--
**Christina Kostelecky | Finance
& Administrative Services Co-Director |**
**Pasa**

USDA000297

**Sustainable Agriculture**

814.349.9856 x703 pronouns:

*she/they*

Not a member?
Join
today!
Connect with us: Newsletter | Facebook | Instagram

***Take action* to support farmers impacted by the federal funding freeze.**

USDA000298

| | |
|---|---|
| **From:** | SM.MRP.AMS.FFWRGrants |
| **To:** | Rachel de Vitry |
| **Cc:** | SM.MRP.AMS.FFWRGrants |
| **Subject:** | RE: [External Email]Fwd: AM22FFWPA0013-01 - Pasa Request #21 Updated |
| **Date:** | Thursday, April 3, 2025 10:38:31 AM |

Received, thank you!

USDA is reviewing the programs for which payments have been on hold to ensure they align with the Department's goals and priorities. This includes some Agricultural Marketing Service (AMS) grants and agreements. Secretary Rollins understands that farmers and ranchers, and other grant-funded entities that serve them, have made decisions based on these funding opportunities, and that some have been waiting on payments during this government-wide review. She is working to make determinations as quickly as possible.

**From:** Rachel de Vitry <rachel@pasafarming.org>
**Sent:** Thursday, April 3, 2025 7:17 AM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Subject:** [External Email]Fwd: AM22FFWPA0013-01 - Pasa Request #21 Updated

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

---------- Forwarded message ---------
From: **Rachel de Vitry** <rachel@pasafarming.org>
Date: Thu, Apr 3, 2025 at 8:49 AM
Subject: AM22FFWPA0013-01 - Pasa Request #21 Updated
To: <M.MRP.AMS.FFWRGrants@usda.gov>
Cc: <mark.abbott@usda.gov>, Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>, <benjamin.hudson@usda.gov>, grantsteam <grantsteam@pasafarming.org>

Hi FFWR Team,

SF270 and the budget worksheet are attached for Pasa's updated payment request #21. Please let us know if you need anything else at this time.

Best,

Rachel

--

**Rachel de Vitry | Finance and Administrative Services Director | Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Help us cultivate farms & food systems that nourish, heal & empower. Donate today.**

--

**Rachel de Vitry | Finance and Administrative Services Director | Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Help us cultivate farms & food systems that nourish, heal & empower. Donate today.**

USDA000300

| | |
|---|---|
| **From:** | SM.MRP.AMS.FFWRGrants |
| **To:** | Rachel de Vitry |
| **Cc:** | Kerstin Ams; Grants Admin Team; SM.MRP.AMS.FFWRGrants |
| **Subject:** | RE: [External Email]Re: [GrantsTeam] RE: [External Email]AM22FFWPA0013-01 - Pasa Request #20 |
| **Date:** | Wednesday, April 9, 2025 3:27:00 PM |
| **Attachments:** | image001.png |

Hi Rachel,

Nothing else is needed at this time.  All of the SF-270s are being reviewed—both pre and post January 20th, so the usual timing for payment is different.  We don't have an update on your payment at this time, but we will circle back when we do.

Thanks,

The FFWR Team

---

**From:** Rachel de Vitry <rachel@pasafarming.org>
**Sent:** Monday, April 7, 2025 8:29 AM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Kerstin Ams <kerstin@pasafarming.org>; Grants Admin Team <grantsteam@pasafarming.org>
**Subject:** [External Email]Re: [GrantsTeam] RE: [External Email]AM22FFWPA0013-01 - Pasa Request #20

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello FFWR team,

I submitted this $49,574.79 drawdown request in PMS last Wednesday 4/2.  We haven't received the funds, and I see that the request status is still Pending Review in PMS.  Can you please let me know if anything additional is needed for that drawdown?

Thank you,

Rachel

On Wed, Apr 2, 2025 at 8:47 AM Rachel de Vitry <rachel@pasafarming.org> wrote:

> Great, thank you FFWR Team!
>
> On Tue, Apr 1, 2025 at 6:55 PM 'SM.MRP.AMS.FFWRGrants' via Grants Admin Team

USDA000301

<grantsteam@pasafarming.org> wrote:

Hello Kerstin,

Thank you for your payment request #20.  It is approved, and you may now go into the PMS system and enter it.

As of this transaction, your current budget balances will be:

| FFWR Balances - Available Funds | | | |
|---|---|---|---|
| Budget Type | Budget | Paid | Balance |
| Personnel | $  3,361,081.91 | $  3,016,397.26 | $  344,684.65 |
| Fringe Benefits | $  1,079,638.24 | $  963,696.63 | $  115,941.61 |
| Travel | $  141,903.92 | $  110,154.65 | $  31,749.27 |
| Equipment | $         - | $         - | $         - |
| Supplies | $  167,948.23 | $  169,888.86 | $  (1,940.63) |
| Contractual | $  645,571.99 | $  513,022.32 | $  132,549.67 |
| Other | $ 26,433,571.44 | $ 25,489,416.35 | $  944,155.09 |
| Indirect Costs | $  550,615.57 | $  501,142.38 | $  49,473.19 |
| Deobligated | $ (2,256,910.70) | | |
| Total | $ 32,380,331.30 | $ 30,763,718.45 | $  1,616,612.85 |

Thank you,

The FFWR Team

**From:** Kerstin Ams <kerstin@pasafarming.org>
**Sent:** Wednesday, March 26, 2025 2:42 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Hudson, Benjamin (CTR) - MRP-AMS <Benjamin.Hudson@usda.gov>; Grants Admin Team <grantsteam@pasafarming.org>
**Subject:** [External Email]AM22FFWPA0013-01 - Pasa Request #20

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi FFWR Team,

SF270 and the budget worksheet are attached for Pasa's updated payment request #20. We will update and resubmit the other unprocessed claims. Please let us know if

you need anything else at this time.

Kerstin

--
**Kerstin Ams | Grants Finance Manager | Pasa Sustainable Agriculture**
(814) 349-9856 x748
*she/her*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

--
**Rachel de Vitry | Finance and Administrative Services Director | Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Help us cultivate farms & food systems that nourish, heal & empower. Donate today.**

--
**Rachel de Vitry | Finance and Administrative Services Director | Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Help us cultivate farms & food systems that nourish, heal & empower. Donate today.**

USDA000304

| | |
|---|---|
| **From:** | SM.MRP.AMS.FFWRGrants |
| **To:** | Kerstin Ams |
| **Cc:** | Searle, Susan - MRP-AMS; Grants Admin Team; SM.MRP.AMS.FFWRGrants |
| **Subject:** | RE: [External Email]Re: AM22FFWPA0013-01 - Pasa Request #18 |
| **Date:** | Wednesday, February 5, 2025 11:23:45 AM |

Hello Kerstin,

Thank you for your question.  We have received your payment request, but are waiting on guidance to be given regarding the processing of payments.  As soon as we hear anything we will let you know.

Sincerely,

The FFWR Team

---

**From:** Kerstin Ams <kerstin@pasafarming.org>
**Sent:** Wednesday, February 5, 2025 4:48 AM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Grants Admin Team <grantsteam@pasafarming.org>
**Subject:** [External Email]Re: AM22FFWPA0013-01 - Pasa Request #18

> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good morning,

We want to check if there is anything else we can provide to support this payment request. Thank you for your support!

Kerstin

On Tue, Jan 28, 2025 at 3:02 PM Kerstin Ams <kerstin@pasafarming.org> wrote:

> Good afternoon,
>
> SF270 and the budget worksheet are attached for Pasa's next payment request. Please let us know if you need anything else at this time.
>
> Thanks,
> Kerstin

USDA000305

--

**Kerstin Ams | Grants Finance Manager |** **Pasa Sustainable Agriculture**
(814) 349-9856 x748
*she/her*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

USDA000306

| From: | Abbott, Mark - MRP-AMS |
|---|---|
| To: | Rachel de Vitry; Searle, Susan - MRP-AMS |
| Cc: | hannah, hannah; Christina Kostelecky |
| Subject: | RE: [External Email]URGENT: Immediate Need to Access Obligated Funds - agreement AM22FFWPA0013-01 |
| Date: | Thursday, February 27, 2025 5:25:02 PM |

Dear Rachel,

Acknowledging receipt of your email.  We will be in touch regarding this issue as soon as possible.  Mark

**Mark Abbott**
Branch Chief
TM Grants Division

---

**From:** Rachel de Vitry <rachel@pasafarming.org>
**Sent:** Thursday, February 27, 2025 4:53 PM
**To:** Searle, Susan - MRP-AMS <susan.g.searle@usda.gov>; Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>
**Cc:** hannah hannah <hannah@pasafarming.org>; Christina Kostelecky <christina@pasafarming.org>
**Subject:** [External Email]URGENT: Immediate Need to Access Obligated Funds - agreement AM22FFWPA0013-01

> You don't often get email from rachel@pasafarming.org. Learn why this is important
>
> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Dear Susan and Mark:

First, we want to express our gratitude for the ongoing support you have provided to our team working on the Farm and Foodworker Relief Fund grant. Please could you enter into record the following message of concern regarding the dilemma we are in, having been told to continue our work on the FFWR grant while not being reimbursed. Please share the following with the appropriate personnel:

We are writing to you today to flag an urgent issue that my organization is facing with respect to our legally obligated funds. I serve as the Finance & Administrative Services Director at Pasa Sustainable Agriculture, which is a primary grantee of the Food and Farmworker Relief grant. We were able to do 17 drawdowns through 1/17/2025, then were notified that our claim 18 needed to be modified to only include expenses incurred before 1/20/2025.  Modified claim 18 funds were received on 2/19/2025, but we have yet to receive guidance on when expenses incurred on and after 1/20/2025 will be paid.

We believe that remaining grant funds should be available without impediment

USDA000307

pursuant to our legally binding award, signed by USDA AMS on 10/20/2022. While we understand that there have been Executive Orders issued an OMB Guidance Memo halting federal funding of agency grant, loan, and other financial assistance programs, these efforts have been:

1.
2.
3. Successfully
4. challenged in court for state governments and, therefore, should equally apply to other awardees such as nonprofits.
5. Judge McConnell clarified in a new
6. order that the Administration "must immediately end any federal funding pause during the pendency of the TRO [temporary
7. restraining order]"—including Inflation Reduction Act and Infrastructure Investment Jobs Act funding. In addition, the order makes it clear that the Administration has to
8. immediately
9. take "any administrative, operational, or technical" steps necessary to reinstate funding, given the fact that their actions have thus far clearly been in violation of the court's temporary restraining order. Accordingly, we see no reason for withholding our
10. legally obligated funds at this time. Equally, while we understand the Supreme Court has halted the stay of Judge Kahn, multiple Federal judges have indicated their willingness to entertain that funds should be released to all awardees with standing contracts.
11.
12.
13.
14. In
15. a notice provided to agencies on February 2, 2025, Treasury interpreted this order to mean that: "federal agencies cannot
16. pause, freeze, impede, block, cancel, or terminate any awards or obligations on the basis of the OMB memo, or on the basis of the President's recently issued Executive Orders." This prohibition is to be applied to "all
17. awards and obligations." (Emphasis added).
18.
19.
20.
21. The

22. OMB
23. clarification memo states, "Funds for small businesses, farmers, Pell grants, Head Start,
24. rental assistance, and other similar programs will not be paused." Our grant, while not awarded directly to farmers, involves funds obligated directly to farmers who are in turn expecting payments.
25.


Withholding this money now has already caused (and will continue to cause) irreparable harm to the communities that we serve and cost invaluable jobs. We hosted an event on 2/8/2025 to troubleshoot payments and 120 applicants received payments. We are on target to meet project goals by the grant end date of 3/31/2025 if we have access to funding to wrap up project deliverables. We have submitted a claim for $1,143,982.79 reflecting expenses incurred to date and an advance for March staff time and the remaining balance of relief payments we have to issue. Receipt of these funds will enable us to achieve our deliverable of issuing 43,200 payments by the end of March, a deliverable jeopardized if we are not granted access to funds.  Additionally, without these funds we can not keep our required staff on, including through the grant wrap up period to ensure a successful completion of all project deliverables.

For all of these reasons, we are requesting our remaining funds be made available immediately pursuant to our legally binding award and the court's order to help the communities across America that we serve. We would appreciate it if you could provide guidance on how long we can rely on the reinstatement to be sustained so that we have full faith in the ability to access these obligated funds. Until we receive formal notice or direction otherwise, we will continue to fulfill the obligations of our grant.

If you are unable to pay our claims for project expenses already incurred and expenses necessary to wrap up the grant, we request a clear response by email explaining the legal reasons that USDA AMS has to delay reimbursement of federally authorized, legally obligated funds. Thank you again for your assistance and for all of the hard work you are doing to implement the law.

Best,

Rachel

--
**Rachel de Vitry | Finance and Administrative Services Director | Pasa Sustainable Agriculture**
*she/her*
484.767.4311 (cell)

Not a member? Join today!

USDA000309

Connect with us: Newsletter | Facebook | Instagram

**Help us cultivate farms & food systems that nourish, heal & empower. Donate today.**

USDA000310

| From: | Christina Kostelecky |
|---|---|
| To: | SM.MRP.AMS.FFWRGrants; Searle, Susan - MRP-AMS; MRP.AMS.SPRSGrants; Russell, Matthew - FNS; Abbott, Mark - MRP-AMS; Harding, Ventana - MRP-AMS |
| Cc: | grantsteam@pasafarming.org; Rachel de Vitry |
| Subject: | Re: FW: FW: [External Email]Updated Pasa FFWR plan through 3.31.25 |
| Date: | Wednesday, January 22, 2025 2:13:14 PM |
| Attachments: | image001.png image003.png Pasa FFWR Extension revision plan 11.25.24.pdf |

Thank you,
Attached is the revised document and budget.
Sincerely,
Christina Kostelecky

Christina Kostelecky
814.349.9856
grantsteam@pasafarming.org

# MEMORANDUM

**TO:** Mark.Abbott@usda.gov, Ventana.Harding@usda.gov, SM.MRP.AMS.FFWRGrants@usda.gov

**CC:** susan.g.searle@usda.gov, SPRSGrants@usda.gov, matthew.russell@usda.gov

**DATE**: 11/25/2024 01/10/2025 01/22/2025

## RE: Request for One-Time Extension & to Amend the Budget for AMS Agreement AM22FFWPA0013-01

Pennsylvania Association for Sustainable Agriculture ("Pasa") would like to amend the project entitled the **Collaborative Farm Worker and Meatpacking Worker 14-State COVID Relief Fund Project** in AMS Agreement AM22FFWPA0013-01. Please see the detail below that describes the reason and extent of the changes to the project.

## Approved new end date

Pennsylvania Association for Sustainable Agriculture, "Pasa", received notice of a one-time extension for our Farm and Food Worker Relief grant program. The original award started on 10/04/2022 and was set to end on 10/04/2024. **We received an extension with an end date of 03/31/2025.**

USDA000311

## Summary of progress to date

- As of 10/04/2024, we have made **28,382** (60%) of the 47,640 payments needed to complete our award.

- We have held **24 full day events** to process applications in person.

- We have identified several separate instances of fraud. In each of these instances, we've worked with Aeyon to address the issue and provide the information necessary to both stop the current instance and train other grantees to avoid a similar situation. In each case, we've documented the instance and trained our staff to identify and raise the issues.

## Remaining funds and plan for use

### The proposed budget change

Our current approved budget is $34,637,242.

Since our grant will be ending March 31, 2025, we project that we will be able to reach **90%** of the original proposed beneficiaries, or 43,200 individual payments to eligible farm and food workers throughout the region.

We project that a small number (150) payments will be made after the project end date (3/31/25), during the close-out period. These will only be for extenuating circumstances where an application was already in our system and unable to provide appropriate documentation or verification until after 3/31/25, but was able to supply necessary documentation within a reasonable period (30 days).

Our indirect costs reflect the approved de minimis rate of 10% of eligible costs.

| Category | Original budget | Proposed budget change | Difference from original budget |
|---|---|---|---|
| Personnel | $2,423,942 | $3,361,081.91 | -$937,139.91 |
| Fringe Benefits | $799,900 | $1,079,638.24 | -$279,738.24 |
| Travel | $230,100 | $141,903.92 | ($88,196.08) |
| Equipment | $0 | $0 | $0 |
| Supplies | $235,166 | $167,948.23 | ($67,217.77) |
| Contractual | $1,206,823 | $645,571.99 | ($561,251.01) |

USDA000312

| Other | $29,230,000 | $26,433,571.44 | $2,796,428.56 |
| **Direct Costs Subtotal** | **$34,125,931** | **$31,829,715.73** | **$2,296,215.27** |
| Indirect Costs | $511,311 | $550,615.57 | -$39,304.57 |
| **Total Federal Costs** | **$34,637,242** | **$32,380,331.30** | **$2,256,910.70** |

## Timetable for completing the project

- We are on track to issue 75% of all payments by November 30, 2024. Since we're serving the northeast US, we have seen an annual decrease in new applications during the winter. Many migrant or seasonal workers are dispersed and our typical outreach methods don't reach as many eligible applicants during that time.

- We are on track to make 43,200 total payments (90% of the original grant proposal).

- Conduct at least 9 days of in-person events between August and November, 2024.

- Close the public-facing application on January 15, 2025.

- Provide final outreach attempts to beneficiaries between January 15 and March 31, 2025.

- Make 43,050 initial beneficiary payments by 3/31/2025.

- Make an additional 150 payments during the close out period.

- Resolve outstanding payments, reissue returned checks and direct deposits, and continue resolving beneficiary inquiries in the close out period, after 3/31/2025.

- Archive, deconflict, and write final reports in the close out period, after 3/31/2025.

If you have any questions concerning this updated plan, please feel free to contact me. If necessary, I will be more than happy to discuss and ratify this request to ensure that it meets the requirements of the Farm and Food Worker Relief Grant Program.

USDA000313



Sincerely,


Christina Kostelecky

Authorized Representative

Pasa Sustainable Agriculture


On Thu, Jan 16, 2025 at 5:39 PM SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@usda.gov> wrote:

> Hello, Christina,
>
>
> We have noted that there is an additional category of Closeout costs - $503,133.60 listed in your budget revision (highlighted in your email below).
>
>
> We'd like to request that you please revise this by removing the extra category line and use only the categories listed on your budget history sheet to include the $503,133.60:

| FFWR Balances - Available Funds | | |
|---|---|---|
| **Budget Type** | **Budget** | **Paid** | **Balance** |
| Personnel | $ 2,423,942.00 | $ 2,985,612.49 | $ (561,670.49) |
| Fringe Benefits | $ 799,900.00 | $ 953,537.65 | $ (153,637.65) |
| Travel | $ 230,100.00 | $ 107,248.21 | $ 122,851.79 |
| Equipment | $ - | $ - | $ - |
| Supplies | $ 235,166.00 | $ 163,246.32 | $ 71,919.68 |
| Contractual | $ 1,206,823.00 | $ 502,446.98 | $ 704,376.02 |
| Other | $ 29,230,000.00 | $ 25,479,155.51 | $ 3,750,844.49 |
| Indirect Costs | $ 511,311.00 | $ 492,205.83 | $ 19,105.17 |
| **Total** | $ 34,637,242.00 | $ 30,683,452.99 | $ 3,953,789.01 |

Thank you very much,

The FFWR Team

---

**From:** Christina Kostelecky <christina@pasafarming.org>
**Sent:** Friday, January 10, 2025 3:28 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** grantsteam <grantsteam@pasafarming.org>; Rachel de Vitry <rachel@pasafarming.org>
**Subject:** Re: FW: [External Email]Updated Pasa FFWR plan through 3.31.25


Thank you for your response and for catching that typo!


I've attached the corrected version to this email.


|  | Original Budget | Revised Budget | Difference |
|---|---|---|---|
| **Other** | 29,230,000 | 26,330,571.44 | (2,899,428.56) |
| Relief Payments & Mini-grants | 28,584,000 | 25,830,000.00 | (2,754,000.00) |
| **Travel** | 230,100 | 141,903.92 | (88,196.08) |
| **Supplies** | 235,166 | 167,948.23 | (67,217.77) |
| **Contractual** | 1,206,823 | 645,571.99 | (561,251.01) |
| **Benefits** | 799,900 | 989,062.24 | 189,162.24 |
| **Salary** | 2,423,942 | 3,089,081.91 | 665,139.91 |
| **TOTAL DIRECT** | **34,125,931** | **31,364,139.73** | **(2,761,791.27)** |
| **Indirect 10%** | 511,311 | 513,057.97 | 1,746.97 |
| **Subtotal** | **34,637,242** | **31,877,197.70** | **(2,760,044.30)** |
|  |  |  |  |
| **Close out costs** |  | 503,133.60 |  |
|  |  |  |  |
| Total Federal Costs, including close out costs | **34,637,242** | **32,380,331.30** | 2,256,910.70 |


Christina


On Wed, Jan 8, 2025 at 5:23 PM SM.MRP.AMS.FFWRGrants

<SM.MRP.AMS.FFWRGrants@usda.gov> wrote:

Hello, Christina,

Thank you for your revised budget.  As we are working on processing the requests, we noticed a slight discrepancy in calculation as noted below.

If you would please revise and resubmit the request.   The amount highlighted should read as **$31,877,197.70.**

Our indirect costs reflect the approved de minimis rate of 10% of eligible costs.

| Category | Original budget | Proposed budget change | Difference from original budget |
|---|---|---|---|
| Personnel | $2,423,942 | $3,089,081.91 | $665,139.91 |
| Fringe Benefits | $799,900 | $989,062.24 | $189,162.24 |
| Travel | $230,100 | $141,903.92 | ($88,196.08) |
| Equipment | $0 | $0 | $0 |
| Supplies | $235,166 | $167,948.23 | ($67,217.77) |
| Contractual | $1,206,823 | $645,571.99 | ($561,251.01) |
| Other | $29,230,000 | $26,330,571.44 | ($2,899,428.56) |
| Direct Costs Subtotal | $34,125,931 | $31,364,139.73 | ($2,761,791.27) |
| Indirect Costs | $511,311 | $513,057.97 | $1,746.97 |
| Total Federal Costs | $34,637,242 | $31,247,330.20 | ($2,760,044.30) |
| Close out costs | | $503,133.60 | $503,133.60 |
| Total Federal Costs, Including close-out costs | $34,637,242 | $32,380,331.30 | ($2,256,910.70) |

Thank you so much for your assistance.  It's much appreciated!

The FFWR Team

---

**From:** Christina Kostelecky <christina@pasafarming.org>
**Sent:** Monday, November 25, 2024 3:52 PM
**To:** SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@USDA.GOV>
**Cc:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Harding, Ventana - MRP-AMS <Ventana.Harding@usda.gov>; grantsteam <grantsteam@pasafarming.org>

USDA000316

**Subject:** Re: [External Email]Updated Pasa FFWR plan through 3.31.25

Thank you for the email and for letting us know.

Ventana- congratulations on your move! We'll miss you in the FFWR space, but hope the move proves beneficial for you!

I've attached our revised budget AND we just recently had a surge of applicants such that we can reach 90% of our original proposal (the last email had 87.5%).

Please let us know if you have further questions.

Hoping everyone has a restful holiday.

Thank you!

Christina

| Category | Original budget | Proposed budget change | Difference from original budget |
|---|---|---|---|
| Personnel | $2,423,942 | $3,089,081.91 | $665,139.91 |
| Fringe Benefits | $799,900 | $989,062.24 | $189,162.24 |
| Travel | $230,100 | $141,903.92 | ($88,196.08) |
| Equipment | $0 | $0 | $0 |
| Supplies | $235,166 | $167,948.23 | ($67,217.77) |
| Contractual | $1,206,823 | $645,571.99 | ($561,251.01) |
| Other | $29,230,000 | $26,330,571.44 | ($2,899,428.56) |
| | | | |
| **Direct Costs Subtotal** | **$34,125,931** | **$31,364,139.73** | **($2,761,791.27)** |
| Indirect Costs | $511,311 | $513,057.97 | $1,746.97 |
| | | | |
| **Total Federal Costs** | **$34,637,242** | **$31,247,330.20** | **($2,760,044.30)** |
| | | | |
| Close out costs | | $503,133.60 | $503,133.60 |
| **Total Federal Costs, including close-out costs** | **$34,637,242** | **$32,380,331.30** | **($2,256,910.70)** |

USDA000317

On Thu, Nov 21, 2024 at 3:25 PM SM.MRP.AMS.FFWRGrants <SM.MRP.AMS.FFWRGrants@usda.gov> wrote:

> Hi PASA Team,
>
> We reviewed your NCE revisions.  Unfortunately, we are not able to update the de minimis rate for this grant to 15%. Please update the budget numbers based on the previous indirect cost rates. If you could please provide a side by side of the original budget items and new budget, we can update your lines items.
>
> Please let us know if you have any questions.
>
> Thanks,
>
> The FFWR Team
>
> ---
>
> **From:** Christina Kostelecky <christina@pasafarming.org>
> **Sent:** Tuesday, November 12, 2024 7:47 PM
> **To:** Abbott, Mark - MRP-AMS <Mark.Abbott@usda.gov>; Harding, Ventana - MRP-AMS <Ventana.Harding@usda.gov>
> **Cc:** Yonce, Joseph - MRP-AMS <joseph.yonce@usda.gov>; grantsteam <grantsteam@pasafarming.org>
> **Subject:** [External Email]Updated Pasa FFWR plan through 3.31.25
>
> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov
>
> Christina Kostelecky
> 814.349.9856
> grantsteam@pasafarming.org
>
> # MEMORANDUM
>
> **TO:** Mark.Abbott@usda.gov, Ventana.Harding@usda.gov

**CC:** grantsteam@pasafarming.org

**DATE**: 11/12/2024

**RE:** Request for One-Time Extension & to Amend the Budget for AMS Agreement AM22FFWPA0013-01

Pennsylvania Association for Sustainable Agriculture ("Pasa") would like to amend the project entitled the **Collaborative Farm Worker and Meatpacking Worker 14-State COVID Relief Fund Project** in AMS Agreement AM22FFWPA0013-01. Please see the detail below that describes the reason and extent of the changes to the project.

## Approved new end date

Pennsylvania Association for Sustainable Agriculture, "Pasa", received notice of a one-time extension for our Farm and Food Worker Relief grant program. The original award started on 10/04/2022 and was set to end on 10/04/2024. **We received an extension with an end date of 03/31/2025**.

## Summary of progress to date

- 
- 
- As of 10/04/2024, we have made
- **28,382**
- (60%) of the 47,640 payments needed to complete our award.
- 
- 
- 
- We have held
- **24 full day events**
- to process applications in person.
- 
- 
- 
- We have identified several separate instances of fraud. In each of these instances, we've
- worked with Aeyon to address the issue and provide the information necessary to both stop the current instance and train other grantees to avoid a similar situation. In each case, we've documented the instance and trained our staff to identify and raise the
- issues.
- 

USDA000319

# Remaining funds and plan for use

## The proposed budget change

Our current approved budget is $34,637,242.

Since our grant will be ending March 31, 2025, we project that we will be able to reach 87.5% of the original proposed beneficiaries, or 42,000 individual payments to eligible farm and food workers throughout the region.

We project that a small number (150) payments will be made after the project end date (3/31/25), during the close-out period. These will only be for extenuating circumstances where an application was already in our system and unable to provide appropriate documentation or verification until after 3/31/25, but was able to supply necessary documentation within a reasonable period (30 days).

Our indirect costs reflect the higher de minimis rate of 15% of eligible costs (for the remaining duration of the program, starting 10/01/2024).

| Category | Proposed budget change | Remaining to be spent with proposed changes |
|---|---|---|
| Personnel | $3,089,081.91 | $730,000 |
| Fringe Benefits | $989,062.24 | $243,090 |
| Travel | $141,903.92 | $72,000.00 |
| Equipment | $0 | $0 |
| Supplies | $167,948.23 | $12,000.00 |
| Contractual | $645,571.99 | $45,000.00 |
| Other | $25,640,349.44 | $8,215,800 |
| **Direct Costs Subtotal** | **$30,673,918** | **$9,317,890** |
| Indirect Costs | $573,412.47 | $181,064 |
| **Total Federal Costs** | **$31,247,330.20** | **$9,498,954** |
| Close out costs | $521,912.40 | $521,912.40 |
| **Total Federal Costs, including close-out costs** | **$31,769,242.60** | **$10,020,865.90** |

USDA000320

We expect that project close out (after 3/31/25) will cost $521,912.40. Close out costs include retaining personnel essential to performing close-out duties, maintaining and archiving required systems, deconflicting with other organizations, expected bank fees, and eligible indirect on those expenses.

The table above includes a line for the expected close out costs.

## Timetable for completing the project

- 
- 
- We are on track to issue 75% of all payments by November 30, 2024. Since we're serving
- the northeast US, we have seen an annual decrease in new applications during the winter. Many migrant or seasonal workers are dispersed and our typical outreach methods don't reach as many eligible applicants during that time.
- 
- 
- 
- We are on track to make 42,000 total payments (87.5% of the original grant proposal).
- 
- 
- 
- Conduct at least 9 days of in-person events between August and November, 2024.
- 
- 
- 
- Close the public-facing application on January 15, 2025.
- 
- 
- 
- Provide final outreach attempts to beneficiaries between January 15 and March 31, 2025.
- 
- 
- 
- Make 41,900 initial beneficiary payments by 3/31/2025.
- 
- 
- 
- Make an additional 150 payments during the close out period.
- 
- 
- 
- Resolve outstanding payments, reissue returned checks and direct deposits,

USDA000321

and continue
- resolving beneficiary inquiries in the close out period, after 3/31/2025.
-
-
-
- Archive, deconflict, and write final reports in the close out period, after 3/31/2025.
-

If you have any questions concerning this updated plan, please feel free to contact me. If necessary, I will be more than happy to discuss and ratify this request to ensure that it meets the requirements of the Farm and Food Worker Relief Grant Program.

Sincerely,

Christina Kostelecky
Authorized Representative
Pasa Sustainable Agriculture

--

**Christina Kostelecky | Finance & Administrative Services Co-Director |**
**Pasa**
**Sustainable Agriculture**

814.349.9856 x703 pronouns:

*she/they*

Not a member?
Join
today!
Connect with us: Newsletter | Facebook | Instagram

**Join us for our 2025 Sustainable Agriculture Conference | February 5–7 · Lancaster, PA**

USDA000322

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

--

**Christina Kostelecky | Finance & Administrative Services Co-Director | Pasa Sustainable Agriculture**

814.349.9856 x703 pronouns: *she/they*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Join us for our 2025 Sustainable Agriculture Conference | February 5–7 · Lancaster, PA**

--

**Christina Kostelecky | Finance & Administrative Services Co-Director | Pasa Sustainable Agriculture**

814.349.9856 x703 pronouns: *she/they*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

**Join us for our 2025 Sustainable Agriculture Conference | February 5–7 · Lancaster, PA**

--

**Christina Kostelecky | Finance & Administrative Services Co-Director | Pasa Sustainable Agriculture**

814.349.9856 x703 pronouns: *she/they*

Not a member? Join today!
Connect with us: Newsletter | Facebook | Instagram

USDA000323

**Join us for our [2025 Sustainable Agriculture Conference](#) | February 5–7 · Lancaster, PA**

USDA000324