| The Sustainability Institute, et al. v. Trump, et al.<br>CIVIL NO. 2:25-cv-2152<br>PRIVILEGE LOG - PROTECTED AS RESTRICTED<br>(As of April 17, 2025) | | | | |
|---|---|---|---|---|
| BEGINNING BATES NUMBER | ENDING BATES NUMBER | FILE NAME | DESCRIPTION | PRIVELEGE REASON |
| USDA 000001 | USDA 000002 | Re: Connecting | Emails between USDA OGC attorneys and DOGE Attorney | Attorney Client Privilege / Attorney Work Product |
| USDA 000003 | USDA 000005 | Re: Agency Priority Memo on Climate Grants | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000006 | USDA 000007 | Re: Connecting | Emails between USDA OGC attorneys and DOGE attorney | Attorney Client Privilege / Attorney Work Product |
| USDA 000008 | USDA 000010 | Draft Secretary's Memo | USDA OGC Draft of Secretary's Memo Marked "DRAFT Privileged & Confidential / Pre-Decisional / Attorney Work Product" | Attorney Client Privilege / Attorney Work Product |
| USDA 000011 | USDA 000013 | Re: Grants cancellations in process | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000014 | USDA 000016 | Re: Agency Priority Memo on Climate Grants | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA000017 | USDA000020 | Secretary's Memorandum, Directive on Conservation and Natural Resources Priorities | Drafts sent to USDA OGC attorneys for input | Attorney Client Privilege / Attorney Work Product |
| USDA 000021 | USDA 000027 | RE: Grant Cancellation | Emails and attachments between USDA OGC attorney(s) and Client Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000028 | USDA 000030 | Re: Agency Priority Memo on Climate Grants | Emails between USDA OGC attorneys and DOGE/Agency | Attorney Client Privilege / Attorney Work Product |
| USDA 000031 | USDA 000037 | FW: Privileged and Deliberative - Draft Termination Documents | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000038 | USDA 000040 | Grant cancellations in process | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000041 | USDA 000042 | Re: Court orders re: funding pause | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000043 | USDA 000045 | Re: Agency Priority Memo on Climate Grants | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000046 | USDA000047 | Secretary's Memorandum, Directive on Conservation and Natural Resources Priorities | Drafts sent to USDA OGC attorneys for input | Attorney Client Privilege / Attorney Work Product |
| USDA 000048 | USDA 000049 | Grant Termination | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000050 | USDA 000051 | Re: Connecting | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000052 | USDA 000053 | Re: Grant cancellations in process | Emails between USDA OGC attorney(s) and Client Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |

| | | | | |
|---|---|---|---|---|
| USDA 000054 | USDA 000056 | Re: Grant Cancellation | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000057 | USDA 000057 | Grant termination | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000058 | USDA 000059 | Re: Grant Cancellation | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000060 | USDA 000061 | Re: Grant Termination | Emails between USDA OGC attorney(s) and Client Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000062 | USDA 000064 | Re: Agency Priority Memo on Climate Grants | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000065 | USDA 000066 | Re: Agency Priority Memo on Climate Grants | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000067 | USDA 000068 | Re: Grant cancellations in process | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000069 | USDA 000069 | Conecting | Emails between USDA OGC attorney and DOGE Attorney | Attorney Client Privilege / Attorney Work Product |
| USDA 000070 | USDA 000074 | Re: Grant cancellations in process | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000075 | USDA 000076 | Re: Grant Termination | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000077 | USDA 000078 | Re: Grant cancellations in process | Emails between USDA OGC attorney(s) and Client Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000079 | USDA 000080 | Court orders re: funding pause" | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000081 | USDA 000083 | Agency Priority Memo on Climate Grants | Emails between USDA OGC attorney(s) and Client Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA000084 | USDA 000087 | Secretary's Memorandum, Directive on Conservation and Natural Resources Priorities | Drafts sent to USDA OGC attorneys for input | Attorney Client Privilege / Attorney Work Product |
| USDA 000088 | USDA 000090 | Re: Grant cancellations in process | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000091 | USDA 000094 | Re: Grant cancellations in process | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA 000095 | USDA 000097 | Re: Agency Priority Memo on Climate Grants | Emails between USDA OGC attorney(s) and Agency or DOGE Attorney(s) | Attorney Client Privilege / Attorney Work Product |
| USDA000098 | USDA000101 | Secretary's Memorandum, Directive on Conservation and Natural Resources Priorities | Drafts sent to USDA OGC attorneys for input | Attorney Client Privilege / Attorney Work Product |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |