# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute, et al., | ) Civil Action Number:   2:25-cv-02152-RMG |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT ENVIRONMENTAL PROTECTION AGENCY'S MOTION FOR A TWENTY-FOUR HOUR EXTENSION OF THE DEADLINE IN THE COURT'S ORDER (ECF NO. 45)

Defendant Environmental Protection Agency, by and through Brook B. Andrews, Acting United States Attorney for the District of South Carolina, and the undersigned, hereby move this Court pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Civil Rule 6.01 (D.S.C.), for a twenty-four-hour extension of the deadline set forth in the Court's Order (ECF No. 45).  The basis for this request is that Defendant Environmental Protection Agency has encountered a technical issue in connection with the documents.  This is the first request for an extension of this deadline.  If the extension were granted, the new deadline for Defendant EPA's response would be Friday, April 18, 2025, at 5:00 p.m.

Pursuant to Local Rule 7.02, counsel for Defendants conferred with counsel for Plaintiffs who take no position on this motion.

***SIGNATURE PAGE ATTACHED***

Respectfully submitted,

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By:   *s/Lee E. Berlinsky*
Lee E. Berlinsky (#05443)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel: (843) 266-1679
Lee.Berlinsky@usdoj.gov

Todd Timmons (#11254)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel: (803) 237-9265
Todd.Timmons@usdoj.gov

April 17, 2025