**U.S. Department of Justice**
United States Attorney
*District of South Carolina*

151 Meeting Street, Suite 200
Charleston, SC 29401

Official Business

CLERK, CHARLESTON, SC
2025 APR 17  PM 4: 56


ITEM X-RAYED BY
USMS

2:25-2152-RMG

# FOR HAND DELIVERY TO
# THE HONORABLE
# RICHARD M. GERGEL
# DISTRICT COURT CLERK'S OFFICE

## SEALED AND EX PARTE
## FOR IN CAMERA REVIEW

April 17, 2025