IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute, et al., | ) Civil Action Number:   2:25-cv-02152-RMG |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION**

I, Samuel G. Fuller, declare pursuant to 28 U.S.C. § 1746 as follows:

I am a Trial Attorney with the United States Department of Transportation. I have reviewed the Court's Order dated April 7, 2025, in this matter. I hereby certify that I, with the assistance of other employees within the Department of Transportation, have reviewed and produced the documents collected through the search described in the affidavit of Nicolle Fleury, dated April 16, 2025 (the "Fleury Affidavit"). The review and production of these documents was completed after 5:00 PM on April 17, 2025. To my personal knowledge and belief, the records produced are a complete set of the records described in the Fleury Affidavit.

The copies of records attached hereto are true and accurate copies of the records described in the Fleury Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2025.

*/s/ Samuel G. Fuller*
Samuel G. Fuller
Trial Attorney
United States Department of Transportation