

**GREATER NASHVILLE REGIONAL COUNCIL**

**10:30 A.M., Wed., March 5, 2025**
GNRC Humphreys Room – Fourth Floor
44 Vantage Way, Nashville, TN 37228
MORE INFO: GNRC.org/Calendar

# TRANSPORTATION COORDINATING COMMITTEE MEETING AGENDA

1. **CALL TO ORDER; APPROVAL OF MINUTES** (A)

   **Josh Suddath**
   *Chair*

2. **OPPORTUNITY FOR PUBLIC COMMENT**

3. **ACTION ITEMS:**

   a. **Transportation Improvement Program** (A)
   Staff will present proposed amendments to the TIP for TCC endorsement ahead of the 3/19 TPB adoption hearing.

   **Taylor Lee**
   *Project Delivery Coordinator*

4. **INFORMATIONAL ITEMS:**

   a. **Regional Transportation Plan Activities**
   Staff will report on activities related to a major update to the RTP to include a presentation of the draft policy framework and an overview of the upcoming project evaluation and prioritization process.

   **Michael Skipper**
   *Executive Director*

   b. **Metro Nashville Multimodal Mobility Master Plan**
   NDOT staff will present an overview of the purpose, objectives, and process for the development of the countywide Multimodal Mobility Master Plan (3MP) as Metro looks to coordinate its efforts with regional partners.

   **NDOT Representative**

5. **REGULAR REPORTS:**

   a. **Federal Report**        **FHWA Representative**
   b. **TDOT Report**           **TDOT Representative**
   c. **Chair's Report**        **Josh Suddath**
   d. **Staff Report** (A)      **Daniel McDonell**

6. **OTHER BUSINESS**

7. **ADJOURN**

(A) Indicates an attachment is available in the packet

GNRC does not discriminate on the basis of race, color, religion, sex (including pregnancy, gender identity, and sexual orientation), family status, national origin, age, disability, genetic information, political affiliation, military service, limited English proficiency, any other class protected by applicable law. A copy of the Non-Discrimination Policy is available at www.GNRC.org/Legal. Complaints or request for accommodation should be directed to Grant Kehler, Non-Discrimination Coordinator, 44 Vantage Way, Ste 450, Nashville, TN 37228, or by calling 615-862-8828. GNRC meetings may be audio and video recorded.

**Agenda Item 1.**

# Approval of Meeting Minutes

Minutes for the Transportation Coordinating Committee meeting held on 1/8/25 have been prepared for the Committee's review and approval.

**ACTION:** Approve Meeting Minutes

# GNRC MEETING MINUTES
## Transportation Coordinating Committee

## INFORMATION

**DATE**: January 8, 2025
**LOCATION**: GNRC Offices, 44 Vantage Way, Nashville, TN 37228
**QUORUM**: Yes
**CALLED TO ORDER**: 10:30 a.m.
**ADJOURNED**: 11:35 a.m.

## ATTENDANCE

|  | Members Present |
| --- | --- |
| Davidson Representatives | Marty Sewell (NDOT), Addam McCormick (Goodlettsville) |
| Maury Representatives | Glenn Harper (Columbia), Missy Stahl (Spring Hill) |
| Robertson Representatives | Vonda Gates (County) |
| Rutherford Representatives | Doug Demosi (County), Jim Kerr (Murfreesboro), Kevin Rigsby (Smyrna) |
| Sumner Representatives | Nick Tuttle (Gallatin), Keith Free (Hendersonville), Ceagus Clark (White House) |
| Williamson Representatives | Michael Matteson (County), Jonathan Marston (Franklin), Micah Sullivan (Thompson's Station) |
| Wilson Representatives | Abraham Farias (Mr. Juliet) |
| Transit Representatives | Russ Brashear (Murfreesboro Transit), Stanton Higgs (The TMA Group), Felix Castrodad (WeGo Public Transit), Billy Higgins (WeGo Public Transit) |
| Federal Highway Representative | Melanie Murphy (FHWA) |
| TDOT Representative | Stacy Morrison (TDOT) |
| TDEC Representative | Marc Corrigan (TDEC) |
| Committee Vice-Chair | Josh Suddath (Sumner County) |

## APPROVAL OF MINUTES

**Josh Suddath, TCC Chair**　　　　　　　**Daniel McDonell, MPO Coordinator**

DOT-000967

## AGENDA ITEM 1. CALL TO ORDER AND APPROVAL OF MINUTES

Mr. Josh Suddath, Chair, opened the meeting at 10:30 a.m.

**Mr. Jonathan Marston moved to approve the November 6, 2024, meeting minutes. Mr. Stacy Morrison seconded. The motion passed unanimously.**

## AGENDA ITEM 2. PUBLIC COMMENT

There was no public comment.

## AGENDA ITEM 3. ACTION ITEMS

### 3a. Regional Transportation Plan Amendment

Mr. Michael Skipper, GNRC Executive Director, presented information regarding the proposed amendment to the Regional Transportation Plan. He said TDOT is developing a Choice Lanes project along the I-24 Corridor, between Nashville and Murfreesboro, which would increase roadway capacity and modify interchanges along a regionally significant route. The proposed improvements are required to be identified in the region's adopted metropolitan transportation plan (RTP) and Transportation Improvement Program (TIP).

TDOT has requested an amendment to the RTP to incorporate the project so that funds can be prograde in the TIP for preliminary engineering, design, environmental review, and right-of-way acquisition for FYs 2025 and 2026. The project has received Transportation Modernization Act (TMA) funding ($242.8M) from the state and intends to use funding generated from user fees to cover the remaining cost. It is considered cost feasible, and the total cost is $3,700,000,000.

The amendment schedule is:

- November 5: Initial presentation to TCC
- November 20: Initial presentation to TPB
- January 6: Released for 10-day Public Comment Period
- January 8: TCC endorsement for consideration by TPB
- January 15: TPB adoption hearing

**Mr. Keith Free moved to endorse the RTP amendment for consideration by the TPB. Mr. Stanton Higgs seconded. The motion passed unanimously.**

DOT-000968

## 3b. Transportation Improvement Program Amendments

Mr. Daniel McDonell, GNRC Director of Transportation and Infrastructure, reviewed the three proposed amendments to the TIP.

| Amend# | TIP# | Project | Sponsor | Action |
|--------|------|---------|---------|--------|
| 2025-010 | 2025-82-001 | I-24 Choice Lanes | TDOT | Add Project |
| 2025-011 | 2018-26-082 | Downtown Revitalization, Phase 1 | Mt. Pleasant | Add Funds |
| 2025-012 | 2023-111-167 | North Nashville Community Engagement/Jefferson Street Corridor Planning and Environmental Linkages Study | Metro Nashville | Add Project |

A few clarifying questions were asked and answered. The amendments can be found online at www.GNRC.org/TIP

The amendment schedule is:
- January 6: Released for 10-day public comment period
- January 8: TCC endorsement
- January 15: TPB adoption hearing

**Mr. Nick Tuttle moved to endorse the TIP Amendments for consideration by the TPB. Mr. Jim Kerr seconded. The motion passed unanimously.**

## 3c. Annual Safety Performance Measure Targets

Ms. Ashleigh Glasscock, GNRC Senior Research Analyst, presented the annual safety performance measure targets. She reminded members that the State DOTs and MPOs are required to set these annual targets for roadway safety performance measures. In 2021, the TPB adopted the 2045 RTP, establishing "roadway safety" as the region's top transportation priority. The RTP established a long-term goal of reducing serious injuries and fatalities from roadway crashes by 1% per year until 2045.

She said the purpose of annual target setting is to refocus the region on its long-term goals and to bring awareness to changes in policy or funding approaches. GNRC staff continue to engage in regional safety planning efforts through stakeholder engagement and data analysis.

The annual targets for roadway safety measures are:

| PERFORMANCE MEASURES | BASE YEAR VALUE (2022) | 2025 TARGET | 2045 GOAL |
|---------------------|------------------------|-------------|-----------|
| Number of Fatalities | 240.2 | **185.1** | 152 |
| Fatality Rate | 1.10 | **0.78** | 0.53 |
| Number of Serious Injuries | 1,228.0 | **1,271** | 1,039 |
| Serious Injury Rate | 5.62 | **5.37** | 3.65 |
| Number of Non-motorized Fatalities & Serious Injuries | 169.2 | **168** | 138 |

Several clarifying questions were asked and answered.

DOT-000969

**Ms. Billy Higgins moved to endorse the Annual Safety Performance Measure Targets. Mr. Ceagus Clark seconded. The motion passed unanimously.**

## AGENDA ITEM 4. INFORMATIONAL ITEMS

### 4a. Regional Transportation Plan, Call for Projects

Mr. Skipper opened GNRC's RTP Call for Projects, a three-month process, for the update to the 2050 RTP. He reminded members of the required update timeline for the RTP and its purpose.

GNRC will host and record a virtual training workshop next week and dedicate a portion of the February 5 TCC meeting to answer questions. He asked members to set up their access to www.Apply.NashvilleMPO.org.

He said March 14 is the due date for applications and that all 2025 RTP project applications have been preloaded for review, update, and resubmission.

### 4b. Transportation Planning Work Program, Call for Studies

Mr. Skipper opened the Call for Projects for FYs 2026-2027 Unified Planning Work Program (UPWP), also known as the Transportation Planning Work Program. He said the purpose of the UPWP, which is required to be updated every two years, is to:

- Coordinate planning activities: account for and align activities that have an influence on regionally significant transportation policies, plans, and programs
- Federal programming: prioritize and program federal planning grants in support of transportation goals across the metropolitan planning area

He said staff need the following from TCC members:

- Share information: submit information about relevant local or subregional planning efforts:
  - o Purpose and objectives
  - o Scope and schedule
  - o Geography and partners
  - o Budget and funding source
- Suggest a regional priority: describe a need, issue, or concern that should be examined as part of the regional work program:
  - o Problem statement
  - o Purpose and objectives
  - o Geographic extent
  - o Stakeholders and partners

Members were asked to provide this information by February 14th by completing this survey: www.gnrc.org/survey/upwp.

DOT-000970

He said the adoption schedule will depend on the review periods from state and federal partners, but staff anticipated the following schedule:

- January – Call for Studies
- February – Member Input
- March – Establish Priorities
- April/May – Interagency Review/Public Review
- May/July – Public Hearing and Adoption

## AGENDA ITEM 5. REGULAR REPORTS

### 5a. Federal Report

Ms. Melanie Murphy, FHWA, said that FHWA and TDOT are working together to issue an expectations memo related to the TIP and UPWP documents. They expect to issue the UPWP memo this month and the TIP memo at a later date. She also reminded members of upcoming grant deadlines:

- RAISE Gant - Deadline is January 30, 2025.
- PROTECT Grant – Deadline is February 24, 2025.

She applauded GNRC for establishing its own performance safety measures.

### 5b. TDOT Report

Mr. Stacy Morrison, TDOT, also applauded GNRC for establishing performance safety measures. He shared that two planning grants are finishing up, Lebanon on SR-26, and Metro on SR-45 (Safety Audit on Old Hickory Road). He said TDOT will present to the TCC on these projects once they are complete. He said that the schedule for the next round of planning grants is being worked on.

He said the statewide partnership plan is being reviewed and the 10-year plan should be out Spring of 2025.

### 5c. Chair's Report

Mr. Suddath mentioned an article in the *Tennessean,* from the current day (January 8th), stating that TDOT is considering lowering the speed on Hwy 109 to 45 miles per hour, noting that it relates to the committee's prior conversations related to safety and enforcement.

### 5d. Staff Report

Mr. Daniel McDonell noted that GNRC's Transportation and Infrastructure team was in the hiring process and then went over the upcoming meetings.

Upcoming meetings:
- January 15: Transportation Policy Board at the Downtown Library
- RTP Amendment (I-24 Choice Lanes)
- TIP Amendments

DOT-000971

- Annual Targets for Roadway Safety Performance Measures
- RTP Call for Projects, FYs 2026-2050
- UPWP Call for Projects, FYs 2026-2027
- Updates on Planning Activities and Grant Opportunities

February 5 Transportation Coordinating Committee at GNRC Offices
- Updates on 2050 RTP production
- Updates on Planning Activities and Grant Opportunities

February 19 Regional Council body – place TBD
- Revolving Loan Fund Overview
- Preview of FY2026 Dues
- Updates on Planning Activities and Grant Opportunities

More information can be found online: www.GNRC.org/calendar

He said noted that GNRC's Transportation and Infrastructure Department was conducting interviews to expand its team.

## AGENDA ITEM 6. OTHER BUSINESS

There was no other business.

## AGENDA ITEM 7. ADJOURN

With no further business, the meeting was adjourned at 11:35 a.m.

DOT-000972

## Agenda Item 3a.
# Transportation Improvement Program

The following update(s) to the Transportation Improvement Program (TIP) have been requested by project sponsors. Amendments undergo a required 10-day public review and comment process prior to being presented for approval by the Transportation Policy Board in accordance with the MPO program's adopted *Public Participation Plan.*

The TIP is a publicly adopted four-year work program that includes all regionally significant or federally funded projects by phase of work and year of implementation for activities to improve area roadways, public transportation services, and walking and bicycling conditions.

The TIP must be fiscally constrained to a budget that includes anticipated revenues from current sources of funding.  More information is available online at www.gnrc.org/transportation.

**Additional information and project maps for proposed amendments can be viewed in GNRC's online TIP application at www.gnrc.org/tip.**

| Amend# | TIP# | Project | Sponsor | Action |
|--------|------|---------|---------|--------|
| 2025-013 | 2025-17-184 | Electrify Nashville | Metro Nashville | Add Funds |
| 2025-014 | 2011-42-142 | North Thompson Lane (SR-268) Widening | TDOT | Add Project |
| 2025-015 | 2011-41-144 | Cherry Lane Extension with I-840 Interchange | Murfreesboro | Add Funds |
| 2025-016 | 2008-51-032 | Albert Gallatin Avenue (SR-174)/Hatten Track Road Extension | Gallatin | Add Project |
| 2025-017 | TBD | Kirby Road/South Russell Street Improvements | Portland | Add Project |
| 2025-018 | 2023-59-904 | City of Portland 3R Improvement Program | Portland | Remove Funds |
| 2025-019 | 2015-65-075 | Vehicle Replacement for Vanpool | Williamson County/TMA Group | Add Funds |
| 2025-020 | 2024-15-184 | Donelson Station Transit Center | WeGo/RTA | Add Funds |
| 2025-021 | 2017-15-042 | MTA Building Rehabilitation (Myatt) | WeGo/MTA | Add Funds |
| 2025-022 | TBD | Dickerson Transit Center | WeGo/MTA | Add Project |
| 2025-023 | 2014-15-009 | WeGo Central Renovation | WeGo/MTA | Add Funds |

**ACTION: Endorse for consideration by the Transportation Policy Board**

# GNRC
## GREATER NASHVILLE
## REGIONAL COUNCIL

**FY 2023-2026 TIP Amendment – March 2025 Adoption**

| | |
|---|---|
| **TIP Amendment #:** | **2025-013** |
| **TIP #:** | **2025-17-184** |
| **RTP ID:** | **Congestion Mitigation** |
| **Project:** | **Electrify Nashville** |
| **Requested By:** | **Metro Nashville** |
| **Proposed Changes:** | **Add Funds** |
| **Total Project Cost:** | **$5,867,600** |

**From: $3,675,900**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| 2025 | PE-N, PE-D, ROW, CONSTRUCTION | CFI | 2,858,700 | 2,286,960 | 0 | 571,740 |
| 2026 | IMPLEMENTATION | CFI | 817,200 | 653,760 | 0 | 163,440 |
| Total | | | 3,675,900 | 2,940,720 | 0 | 735,180 |

**To: $5,867,600**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| 2025 | PE-N, PE-D, ROW, CONSTRUCTION | CFI | 2,858,700 | 2,286,960 | 0 | 571,740 |
| 2026 | IMPLEMENTATION | CFI | 3,008,900 | 2,407,120 | 0 | 601,780 |
| Total | | | 5,867,600 | 4,694,080 | 0 | 1,173,520 |

## Amendment Description

This amendment proposes to add $1,753,360 in federal CFI funds to the FY 2026 Implementation phase.

The Electrify Music City Project will significantly increase the amount of charging infrastructure in the Nashville area to equitably meet the goals of the community and future demand for EVCI. In doing so, project costs will include efforts in planning and development, potential ROW acquisition, installation, operations and maintenance, and educational activities



## FY 2023-2026 TIP Amendment – March 2025 Adoption

**TIP Amendment #:**     **2025-014**
**TIP #:**     **2011-42-142**
**RTP ID:**     **2847**
**Project:**     **Thompson Lane (SR-268) Widening**
**Requested By:**     **TDOT**
**Proposed Changes:**     **Add Project**
**Total Project Cost:**     **$137,202,855**

**From: $127,181,500**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|----|--------------|---------|-------|---------|-------|-------|
| 2025 | CONSTRUCTION | STBG | 127,181,500 | 101,745,200 | 25,436,300 | 0 |
| **Total** | | | 127,181,500 | 101,745,200 | 25,436,300 | 0 |

## Amendment Description

This amendment proposes to incorporate the project into the 23-26 TIP with $101,745,200 in federal STBG funds.

The Thompson Lane (SR-268) Widening project will widen SR-268, from SR-1 to SR-10, from 2 to 5 lanes including sidewalks and bike lanes. The project will also interconnect traffic signals into existing fiber optic networks to provide for a coordinated arterial signal system.



## FY 2023-2026 TIP Amendment – March 2025 Adoption

| | |
|---|---|
| **TIP Amendment #:** | **2025-015** |
| **TIP #:** | **2011-41-144** |
| **RTP ID:** | **2717** |
| **Project:** | **Cherry Lane Extension with I-840 Interchange** |
| **Requested By:** | **Murfreesboro** |
| **Proposed Changes:** | **Add Funds** |
| **Total Project Cost:** | **$51,892,000** |

**From: $18,000,000**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| 2025 | ROW | M-STBG | 2,000,000 | 1,600,000 | 0 | 400,000 |
| 2025 | CONSTRUCTION | LOCAL | 503,151.50 | 0 | 0 | 503,151.50 |
| 2025 | CONSTRUCTION | M-STBG | 12,000,000 | 9,600,000 | 0 | 2,400,000 |
| 2025 | CONSTRUCTION | M-STBG | 3,496,848.50 | 2,2797,478.80 | 0 | 699,369.70 |
| **Total** | | | 18,000,000 | 13,997,478.80 | 0 | 4,002,521.20 |

**To: $19,033,168.50**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| **2025** | **PE-D** | **M-STBG** | **250,000** | **200,000** | **0** | **50,000** |
| **2025** | **ROW** | **M-STBG** | **2,312,500** | **1,850,000** | **0** | **462,500** |
| **2025** | **CONSTRUCTION** | **M-STBG** | **16,470,668.50** | **13,176,534.80** | **0** | **3,294,133.70** |
| **Total** | | | **19,033,168.50** | **15,226,534.80** | | **3,806,633.70** |

## Amendment Description

This amendment proposes to remove the FY 2025 Local funding line and add 1,229,056 of Federal M-STBG funds to FY 2025 PE-D, ROW, and Construction.

The Cherry Lane Extension with I-840 Interchange project will construct a new 5 lane facility needed to provide alternative access to and relieve congestion on NW Broad (US-41/70) and Thompson Lane (SR-268).



**GREATER NASHVILLE**
**REGIONAL COUNCIL**

**FY 2023-2026 TIP Amendment – March 2025 Adoption**

| | |
|---|---|
| **TIP Amendment #:** | **2025-016** |
| **TIP #:** | **2008-51-032** |
| **RTP ID:** | **1052-120** |
| **Project:** | **East-West Corridor (Albert Gallatin Avenue (SR-174) / Hatten Track Road Extension)** |
| **Requested By:** | **Gallatin** |
| **Proposed Changes:** | **Add Project** |
| **Total Project Cost:** | **$40,537,641** |

**From: $0**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| 2025 | CONSTRUCTION | U-STBG | 537,641 | 430,113 | 0 | 107,528 |
| **Total** | | | 537,641 | 430,113 | 0 | 107,528 |

**Amendment Description**

This amendment proposes to incorporate the project into the 23-26 TIP with $430,113 of federal U-STBG funds for FY 2025 Construction. These funds are needed to cover project cost overruns.

The East-West Corridor project will widen existing roadway to five lanes with curb and gutter between Blythe Avenue and North Water Avenue. Construct new (2-lane, divided median with turn lanes or 3-lane cross section) roadway connection between Blythe Avenue and SR-109. Acquire right of way for a 5-lane minor arterial (including sidewalks) along the entire route between US-31E and SR-109. Acquire right of way at the intersection of SR-109 and Hatten Track Road to allow for a future interchange at this location.



**FY 2023-2026 TIP Amendment – March 2025 Adoption**

| | |
|---|---|
| **TIP Amendment #** | **2025-019** |
| **TIP #:** | **2015-65-075** |
| **RTP ID:** | **Preservation** |
| **Project:** | **Vehicle Replacement for Vanpool** |
| **Requested By:** | **Williamson County/TMA Group** |
| **Proposed Changes:** | **Add Funds** |
| **Total Project Cost:** | **$1,228,925** |

**From: $812,500**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| 2026 | IMPLEMENTATION | FTA 5307 | $812,500.00 | $650,000.00 | $81,250.00 | $81,250.00 |
| | | | | | | |
| **Total** | | | **$812,500.00** | **$650,000.00** | **$81,250.00** | **$81,250.00** |

**To: $1,228,925**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| | | | | | | |
| **2025** | **IMPLEMENTATION** | **FTA 5307** | **$1,228,925.00** | **$983,140.00** | **$122,892.00** | **$122,893.00** |
| | | | | | | |
| Total | | | **$1,228,925.00** | **$983,140.00** | **$122,892.00** | **$122,893.00** |

**Amendment Description**

This amendment proposes to move funds from FY 2026 Implementation to 2025 Implementation and add an additional $333,140 in FTA 5307 funds to FY 2025.

Funds to replace vanpool vehicles that have met FTA's useful life criteria.



### FY 2023-2026 TIP Amendment – March Adoption

| | |
|---|---|
| **TIP Amendment #** | **2025-020** |
| **TIP #:** | **2024-15-184** |
| **RTP ID:** | **Multimodal** |
| **Project:** | **Donelson Station Transit Center** |
| **Requested By:** | **Regional Transportation Authority** |
| **Proposed Changes:** | **Add Project** |
| **Total Project Cost:** | **$35,000,000** |

**From: $16,250,000**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| 2024 | IMPLEMENTATION | FTA CPF | 3,750,000 | 3,000,000 | 0 | 750,000 |
| 2024 | IMPLEMENTATION | FTA 5339 | 12,500,000 | 10,000,000 | 0 | 2,500,000 |
| Total | | | 16,250,000 | 13,000,000 | 0 | 3,250,000 |

**To: $ 27,657,034**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| **2025** | IMPLEMENTATION | FTA CPF | 3,750,000 | 3,000,000 | 0 | 750,000 |
| **2025** | IMPLEMENTATION | FTA 5339 | 12,500,000 | 10,000,000 | 0 | 2,500,000 |
| **2025** | **IMPLEMENTATION** | **STATE** | **6,250,000** | **0** | **5,000,000** | **1,250,000** |
| **2025** | **IMPLEMENTATION** | **FTA 5337** | **5,157,034** | **4,125,627** | **515,703** | **515,703** |
| **Total** | | | **27,657,034** | **17,125,627** | **5,515,703** | **5,015,703** |

### Amendment Description

This amendment proposes to add $4,125,627 of lapsing FY 25 FTA 5337 funds from
TIP#:2019-85-126  to FY 25 Implementation. Additionally, $5,000,00 of State funds
awarded through the IMPROVE Act Transit Investment Grant Program are added to FY
25 Implementation.

The Donelson Station Transit Center encompasses a major upgrade to the existing Donelson
Commuter Rail Station on the WeGo Star Commuter Rail line. Funding would be to upgrade
station infrastructure to support a full, multi-modal transit center incorporating up to 6 bus
boarding bays, climate-controlled passenger waiting areas, space for various rideshare
activities, digital real-time transit information, transit employee facilities, and enhanced bus
access/egress facilities. The existing rail station and enhanced transit center facility will be part
of a larger development project attracting significant private investment, which the Regional
Transportation Authority of Middle Tennessee is currently advancing under the Joint
Development program of the Federal Transit Administration.



**FY 2023-2026 TIP Amendment – March Adoption**

| | |
|---|---|
| **TIP Amendment #** | **2025-021** |
| **TIP #:** | **2017-15-042** |
| **RTP ID:** | **Multimodal** |
| **Project:** | **MTA Building Rehabilitation (Myatt)** |
| **Requested By:** | **Nashville MTA** |
| **Proposed Changes:** | **Add funds** |
| **Total Project Cost:** | **$3,740,000** |

**From: $1,740,000**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| 2023 | IMPLEMENTATION | FTA 5307 | 250,000 | 200,000 | 25,000 | 25,000 |
| 2024 | IMPLEMENTATION | FTA 5307 | 990,000 | 792,000 | 99,000 | 99,000 |
| 2025 | IMPLEMENTATION | FTA 5307 | 250,000 | 200,000 | 25,000 | 25,000 |
| 2026 | IMPLEMENTATION | FTA 5307 | 250,000 | 200,000 | 25,000 | 25,000 |
| **Total** | | | 1,740,000 | 1,392,000 | 174,000 | 174,000 |

**To: $3,740,000**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| 2023 | IMPLEMENTATION | FTA 5307 | 250,000 | 200,000 | 25,000 | 25,000 |
| 2024 | IMPLEMENTATION | FTA 5307 | 990,000 | 792,000 | 99,000 | 99,000 |
| 2025 | IMPLEMENTATION | FTA 5307 | 250,000 | 200,000 | 25,000 | 25,000 |
| **2025** | **IMPLEMENTATION** | **STATE** | **2,000,000** | **0** | **1,600,000** | **400,000** |
| 2026 | IMPLEMENTATION | FTA 5307 | 250,000 | 200,000 | 125,000 | 25,000 |
| **Total** | | | 3,740,000 | 1,392,000 | 1,774,000 | 574,000 |

**Amendment Description**

This amendment proposes to add $1,600,000 of State IMPROVE Transit Investment Grant Program funding for FY 2025 Implementation.

Rehab/renovate administration and maintenance facilities, reconfiguring site layout, removing fuels tanks, improving ADA access, modifying office space, upgrading lighting & controls, and making electrical and mechanical repairs in order to maintain the facility's State of Good Repair.



**FY 2023-2026 TIP Amendment – March Adoption**

| | |
|---|---|
| **TIP Amendment #** | **2025-023** |
| **TIP #:** | |
| **RTP ID:** | **Multimodal** |
| **Project:** | **Dickerson Transit Center** |
| **Requested By:** | **Nashville MTA** |
| **Proposed Changes:** | **Add Project** |
| **Total Project Cost:** | **$30,000,000** |

To: $ 6,250,000

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| 2025 | IMPLEMENTATION | STATE | 3,125,000 | 0 | 2,500,000 | 625,000 |
| 2026 | IMPLEMENTATION | STATE | 3,125,000 | 0 | 2,500,000 | 625,000 |
| | | | | | | |
| Total | | | 6,250,000 | 0 | 5,000,000 | 1,250,000 |

**Amendment Description**

This amendment proposes to add the project to the 23-236 TIP with $5,000,000 of IMPROVE Act Transit Investment Grant Program awarded funds to FYs 25 & 26 Implementation.

Holladay Ventures, in partnership with MTA, will construct a new Transit Center inclusive of 6 bus bays, a passenger shelter area, break rooms for drivers, shared parking garage, and other features that MTA and WeGo require for such developments, all consistent with the WeGo design requirements.



**FY 2023-2026 TIP Amendment – March Adoption**

| | |
|---|---|
| **TIP Amendment #** | **2025-023** |
| **TIP #:** | **2014-15-009** |
| **RTP ID:** | **Multimodal** |
| **Project:** | **WeGo Central Renovation** |
| **Requested By:** | **Nashville MTA** |
| **Proposed Changes:** | **Add funds** |
| **Total Project Cost:** | **$4,670,355** |

**From: $1,200,000**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| 2023 | IMPLEMENTATION | FTA 5307 | 300,000 | 240,000 | 30,000 | 30,000 |
| 2024 | IMPLEMENTATION | FTA 5307 | 300,000 | 240,000 | 30,000 | 30,000 |
| 2025 | IMPLEMENTATION | FTA 5307 | 300,000 | 240,000 | 30,000 | 30,000 |
| 2026 | IMPLEMENTATION | FTA 5307 | 300,000 | 240,000 | 30,000 | 30,000 |
| **Total** | | | 1,200,000 | 960,000 | 120,000 | 120,000 |

**To: $ 4,670,355**

| FY | Type of Work | Funding | Total | Federal | State | Local |
|---|---|---|---|---|---|---|
| 2023 | IMPLEMENTATION | FTA 5307 | 300,000 | 240,000 | 30,000 | 30,000 |
| 2024 | IMPLEMENTATION | FTA 5307 | 300,000 | 240,000 | 30,000 | 30,000 |
| 2025 | IMPLEMENTATION | FTA 5307 | 300,000 | 240,000 | 30,000 | 30,000 |
| **2025** | **IMPLEMENTATION** | **FTA 5339** | **1,874,005** | **1,499,204** | **187,401** | **187,401** |
| **2025** | **IMPLEMENTATION** | **STATE** | **1,596,350** | **0** | **1,277,080** | **319,270** |
| 2026 | IMPLEMENTATION | FTA 5307 | 300,000 | 240,000 | 30,000 | 30,000 |
| **Total** | | | 4,670,355 | 2,459,204 | 1,584,481 | 626,671 |

**Amendment Description**

This amendment proposes to add $1,277,080 in funding from FY 25 IMPROVE Act Transit Investment Grant Program to replace the outdoor canopies and add $1,499,204 of previously uncommitted FY 24 apportioned FTA 5339 funds to FY 25 Implementation for other State of Good Repair projects at the facility.

Renovations to the WeGo Central facility in order to maintain its State of Good Repair based on assessments performed.

**Agenda Item 5d.**

# Staff Report

## Item 5d1. Regular TIP Status Report

**The regular TIP Status Report is attached as a handout** and includes information and key metrics about the FYs 2023-2026 Transportation Improvement Program including the dollar amounts of programmed and obligated funds, that status of projects by phase, and a list of recent and upcoming grant funding opportunities.

## Item 5d2. Upcoming Meetings

GNRC convenes several boards and committees to fulfill its mission and obligations. Information about all public meetings and events is available online at https://www.gnrc.org/calendar.

**Typical Frequency:**

- Regional Council Body | 3rd Wed in even numbered months
- Board of Directors | 2nd Tue of 2nd month each quarter
- Mayors Caucus | 2nd Tue each month, as needed
- Transportation Policy Board | 3rd Wed in odd numbered months
- Transportation Coordinating Committee | 1st Wed each month
- Aging Advisory Committee | Quarterly, or as needed
- Economic Development Advisory Committee | Quarterly, or as needed

**Upcoming Meetings:**

- **March 19 – Transportation Policy Board**
  - *10:15 a.m. at GNRC Offices*
  - TIP – Adopt Amendments
  - RTP – Review Draft Policy Framework
  - Updates on Regional Planning Activities
  - Updates from Local, State, and Federal Partners

- **April 2 – Transportation Coordinating Committee**
  - *10:30 a.m. at GNRC Offices*
  - RTP – Review Candidate Project List
  - RTP – Preview County Workshops
  - Updates on Regional Planning Activities
  - Updates from Local, State, and Federal Partners



## Nashville Metropolitan Planning Area TIP Status Report
### As of February 20, 2025

## Figure 1. Overview of Key Metrics

| Key Metric | |
|---|---|
| Effective Period for TIP | 10/1/2022 thru 09/30/2026 |
| Period of Performance for Report | **10/1/2022 thru 11/6/2024** |
| Number of Projects Programmed | 226 |
| Number of Projects Initiated | 169 |
| Percentage of Projects Initiated | 75% |
| Total Funds Programmed thru FY 2026* | $2,077,038,171 |
| FHWA Funds Programmed thru FY 2026 | $1,029,424,991 |
| FHWA Funds Obligated to Date | $550,960,758 |
| Percentage of FHWA Funds Obligated (Obligation Rate) | 54% |
| Percentage of TIP Effective Period Elapsed (26/48 months) | 54% |

*Including FHWA, FTA, TDOT, and local fundings sources. More information available at **www.gnrc.org/TIP**.*

## Figure 2. Project Counts by Current Phase of Work

| Current Phase of Work | Number of Projects | Percentage of Projects |
|---|---|---|
| Not Started | 57 | 25% |
| NEPA/Environmental | 48 | 21% |
| Preliminary Design and Engineering | 33 | 15% |
| Right of Way Acquisition | 35 | 16% |
| Construction or Implementation | 53 | 24% |
| All Projects | **226** | **100%** |

*Data derived from information from known Notices to Proceed documents issued by TDOT Local Programs.*

## Connecting Communities. Empowering People.
44 Vantage Way, Suite 450 • Nashville, TN 37228 • GNRC.org

DOT-000984

## Figure 3. Obligation of FHWA Grants with Statewide Availability ($millions)

| Federal Grants with Statewide Availability | Programmed for MPO Area Projects in FY 2025 | FY 2025 Obligations to Date | Obligation Rate | Amount Obligated in November 2025 |
|---|---|---|---|---|
| **CMAQ**-Congestion Mitigation Air Quality Program | $11.3 | $.7 | 6% | $.7 |
| **HSIP**-Highway Safety Improvement Program | $1.25 | $1.5 | 120% | $1.5 |
| **NHPP**-National Highway Performance Program | $186.5 | $16.5 | 88% | $16.5 |
| **STBG**-Surface Transportation Block Grant Program | $5.3 | $2.8 | 53% | $2.8 |
| **TAP**-Transportation Alternatives Program | $2.4 | $0 | 0% | $0 |
| **Total Statewide Programs** | **$206.75** | **$21.5** | **10%** | **$21.5** |

## Figure 4. Obligation of FHWA Grants Suballocated to MPO ($millions)

| Federal Grants Suballocated to Metropolitan Area | Programmed for MPO Area Projects in FY 2025 | FY 2025 Obligations to Date | Obligation Rate | Amount Obligated in November 2025 |
|---|---|---|---|---|
| **U-STBG** Nashville-Davidson Urbanized Area (UZA) | $40.6 | $1.6 | 39% | $1.6 |
| **M-STBG** Murfreesboro UZA | $4 | $.005 | .01% | $.005 |
| **L-STBG** Urban Areas with less than 50,000 population | $0 | $0 | 0% | $0 |
| **U-TAP** Nashville-Davidson UZA | $2.7 | $0 | 0% | $0 |
| **U-HIP** Nashville-Davidson UZA | $0 | $0 | 0% | $0 |
| **U-CRP** Nashville-Davidson UZA | $3 | $.3 | 10% | $.3 |
| **M-CRP** for Murfreesboro UZA | $.5 | $0 | 0% | $0 |
| **H-CRP** Spring Hill UZA | $.15 | $0 | 0% | $0 |
| **Total Suballocated Programs** | **$50.95** | **$1.9** | **4%** | **$1.9** |

DOT-000985

## Figure 5. FHWA Obligations on Locally Managed Projects in FY 25

| Locally Managed Project | Date of Obligation | Authorized Activity | Funding Source(s) | Obligation Amount |
|---|---|---|---|---|
| **Hendersonville –** Hendersonville Closed Loop and Signal Upgrade | 11/6/24 | Const | U-STBG | $896,443 |
| **Franklin –** Franklin ITS Infrastructure | 11/6/24 | PE-D, Const | U-STBG | $680,099 |
| **Franklin –** Murfreesboro Road (SR-96) Traffic Signal Improvements | 11/6/24 | PE-N, PE-D, & Const | CMAQ, U-CRP | $701,664 |
| **Gallatin –** ITS Phase 2 | 11/6/24 | PE-N, PE-D | CMAQ | $264,589 |
| **Sumner County –** ADA Transition Plan Implementation | 11/4/24 | PE-D | U-STBG | $44,000 |
| **Smyrna –** Florence Road Sidewalks | 11/4/24 | PE-N, PE-D | M-STBG | $4,799 |
| **Total All Locally Managed Projects** | | | | **$2,591,594** |

*\*\*Obligated since October TCC meeting. More information available at **www.gnrc.org/app/tip-tracker**.*

## Figure 6. Status of Grant Funding Opportunities

| Grant Opportunity | Funding Available | Deadlines | Applicants from MPO Region |
|---|---|---|---|
| TDOT Multimodal Access Grant | $18 million (Statewide) | Closed | TBD |
| TDOT Statewide Partnership Program | $750 million (Region 3) | Closed | TBD |
| FHWA Multimodal Discretionary Grant | $5.5 billion (Nationwide) | Closed | 0 |
| TDOT Transportation Planning Grant | $2 million (Statewide) | Closed | TBD |
| FHWA Reconnecting Communities Program | $1.8 billion (Nationwide) | Closed | TBD |
| TDOT Transportation Alternatives Program | $8.5 million (Regionwide) | Closed | TBD |
| Tennessee Electric Vehicle Infrastructure | $88.3 million (Statewide) | Closed | TBD |
| Saving Lives with Connectivity | $40 million (Nationwide) | Closed | TBD |
| Accelerated Innovation Deployment Grant | $47.5 million (Nationwide) | Closed | TBD |
| ATTAIN Program | $120,000,000 (Nationwide) | Closed | TBD |
| Bridge Investment Program | $9.6 Billon (Nationwide) | Closed | 1 |
| Prioritization Process Pilot Program | $30 Million | Closed | TBD |
| Active Transportation Infrastructure Investment Program (ATIIP) | $44.5 million (Nationwide) | Closed | TBD |
| USDOT Safe Streets for All Grant | $1.2 billion (Nationwide) | Closed | 3 |

DOT-000986

| SMART Grant | $150 million (Nationwide) | Closed | TBD |
| Charging and Fueling Infrastructure Grant Program | $2.0 billion (Nationwide) | Closed | TBD |
| RAISE Discretionary Grant Program | $1.5 Billion (Nationwide) | 1/30/25 | TBD |
| FHWA PROTECT Discretionary Grant | $848 million (Nationwide) | PAUSED | TBD |

*More information available at **www.gnrc.org/grants**.*

### Figure 7. Census Defined Urban Areas (2010)



DOT-000987

**Figure 8. Census Defined Urban Areas (2020)**



*The U.S. Census Bureau has recently published updated Urban Area boundaries as a result of the 2020 Decennial Census. The 2010 boundaries were the basis of funding allocations thru FY 2022.*

DOT-000988



**GREATER NASHVILLE REGIONAL COUNCIL**

**10:30 A.M., Wed., April 2, 2025**
**GNRC Humphreys Room – Fourth Floor**
**44 Vantage Way, Nashville, TN 37228**
MORE INFO: GNRC.org/Calendar

# TRANSPORTATION COORDINATING COMMITTEE
# MEETING AGENDA

1. **CALL TO ORDER; APPROVAL OF MINUTES** (A)

   **Josh Suddath**
   *Chair*

2. **OPPORTUNITY FOR PUBLIC COMMENT**

3. **ACTION ITEMS:**

   a. *No action items scheduled*

4. **INFORMATIONAL ITEMS:**

   a. Regional Transportation Plan Activities (A)

      Staff will report on activities related to a major update to the RTP to include a review of the applications submitted in response to the call-for-projects.

      **GNRC Staff**

   b. Vanderbilt University *MoveVU* Technology Collaboration (A)

      GNRC has awarded Vanderbilt University a grant to design and pilot a package of innovative technologies to help improve roadway safety and traffic operations and management.  Vanderbilt University will provide an update on the project.

      **Mark Abkowitz**
      *Vanderbilt University*

5. **REGULAR REPORTS:**

   a. TDOT Report

      **TDOT Representative**

   b. Chair's Report

      **Josh Suddath**

   c. Staff Report (A)

      **Daniel McDonell**
      *Director of Transportation and Infrastructure*

6. **OTHER BUSINESS**

7. **ADJOURN**

(A) Indicates an attachment is available in the packet

GNRC does not discriminate on the basis of race, color, religion, sex (including pregnancy, gender identity, and sexual orientation), family status, national origin, age, disability, genetic information, political affiliation, military service, limited English proficiency, any other class protected by applicable law. A copy of the Non-Discrimination Policy is available at www.GNRC.org/Legal. Complaints or request for accommodation should be directed to Grant Kehler, Non-Discrimination Coordinator, 44 Vantage Way, Ste 450, Nashville, TN 37228, or by calling 615-862-8828. GNRC meetings may be audio and video recorded.

**Agenda Item 1.**

# Approval of Meeting Minutes

Minutes for the Transportation Coordinating Committee meeting held on 3/5/25 have been prepared for the Committee's review and approval.

**ACTION:** Approve Meeting Minutes

# GNRC MEETING MINUTES
## Transportation Coordinating Committee

### INFORMATION

**DATE**: March 5, 2025
**LOCATION**: GNRC Offices, 44 Vantage Way, Nashville, TN 37228
**QUORUM**: Yes
**CALLED TO ORDER**: 10:31 a.m.
**ADJOURNED**: 12:06 p.m.

### ATTENDANCE

|  | **Members Present** |
|---|---|
| Davidson Representatives | Marty Sewell (NDOT), Casey Hopkins (NDOT), Addam McCormick (Goodlettsville) |
| Maury Representatives | Glenn Harper (Columbia) |
| Robertson Representatives | *None present* |
| Rutherford Representatives | Doug Demosi (County), Jim Kerr (Murfreesboro), Kevin Rigsby (Smyrna) |
| Sumner Representatives | Josh Suddath (County), Brian Rose (Gallatin), Keith Free (Hendersonville), Nate Heisler (Portland), Ceagus Clark (White House) |
| Williamson Representatives | Michael Matteson (County), Adam Ray (Nolensville), Micah Sullivan (Thompson's Station) |
| Wilson Representatives | Paul Corder (Lebanon), Matt White (Mr. Juliet) |
| Transit Representatives | Russ Brashear (Murfreesboro Transit), Stanton Higgs (The TMA Group), Phil Randall (WeGo Public Transit), Billy Higgins (WeGo Public Transit) |
| Federal Highway Representative | Melanie Murphy (FHWA) |
| TDOT Representative | Jon Storey (TDOT) |
| TDEC Representative | Marc Corrigan (TDEC) |

### APPROVAL OF MINUTES

_____          _____
      **Josh Suddath, TCC Chair**                  **Daniel McDonell, MPO Coordinator**

DOT-000991

## AGENDA ITEM 1. CALL TO ORDER AND APPROVAL OF MINUTES

Mr. Josh Suddath, Chair, opened the meeting at 10:31 a.m.

**Mr. Jim Kerr moved to approve the January 8, 2025 meeting minutes. Mr. Marty Sewell seconded. The motion passed unanimously.**

## AGENDA ITEM 2. PUBLIC COMMENT

Mr. Harry King of Thompson's Station said that the widening of SR-31 through Spring Hill has been in TDOT's plan for years but nothing has been done.  He said that turn lanes are desperately needed. He requested that the group do what they can to get this project done.

## AGENDA ITEM 3. ACTION ITEMS

### 3a. Transportation Improvement Program

Mr. Taylor Lee, Project Delivery Coordinator, briefly went over 11 amendments. He noted that we are still waiting for information on the amendments 2025-022 and 2025-023. He said that for now, they are pending.

The amendment schedule is:

- March 5: Presentation to TCC
- March 20 through March 19: Public Review and Comment
- March 19: Public Hearing; Adoption by the TPB

**Mr. Kerr moved to endorse the TIP amendments for consideration by the TPB. Mr. Glenn Harper seconded. The motion passed unanimously.**

## AGENDA ITEM 4. INFORMATIONAL ITEMS

### 4a. Regional Transportation Plan Activities

Mr. Skipper, GNRC executive director, provided an update on staff activities related to the Regional Transportation Plan. He reminded members that the federal requirements for RTP are:

- Plans are required by federal law for MPO areas
- Must cover 20+ years and account for all federally funded and regionally-significant projects regardless of implementing agency (TDOT, local gov't, transit agency)
- Must include a balanced budget, fiscally constrained by reasonable assumptions for future revenue
- Must address 10 federal planning factors and national performance-based planning requirements
- Must be updated every 5 years

He said that the highlights of the current plan are:

DOT-000992

- Adopted by area mayors and transportation officials in Feb. 2021
- Allocates $10.5 billion in federal formula funds and state transportation dollars for region
- Includes an analysis of existing infrastructure and forecasted conditions
- Identifies strategies for addressing road and bridge conditions, traffic congestion, roadway safety, freight movement, and active transportation options

Mr. Skipper said that the Plan includes:

- Introduction: Importance of Plan, Federal requirements
- Regional Collaboration: Organization, Planning Process, Public and Stakeholder Engagement
- Issues, Trends, Forecasts: Community Concerns, Growth Trends, Transportation performance
- Policy Guidance: Goals, Objectives, Strategies and Actions
- Needs and Priorities: Revenue Forecasts, Funding Priorities
- Implementation: Ongoing Planning, Project Development Process, Performance Monitoring
- Technical Appendices: Overview of Transportation Assets, Lists of Proposed Projects, Explanation of Planning Assumptions, and Process Documentation

Mr. Skipper said that the Key Objectives of the 2050 RTP update are:

- Emphasize unfunded needs and serve as a blueprint for securing additional resources to move projects forward
- Enhance visualizations and triple bottom line analysis for priority projects that can transform the region
- Integrate with other regional plans such as the Comprehensive Economic Development Strategy, Comprehensive Climate Action Plan, Solid Waste Master Plan, Conservation Strategies, and Resiliency Plans
- Focus on issues of affordability and purposeful and sustainable growth and development

Mr. Skipper said that the regional goals are to:

- Maintain a state of good repair
- Improve roadway safety for all users
- Mitigate congestion to keep the region moving
- Increase access to economic opportunities
- Minimize disruptive impacts of projects
- Align with local, state, and national policies

The calendar for TCC/TPB engagement during the update process is:

- January 2025: Call for Projects
- February: Project Application Training
- March: Process Overview
- April: Candidate Project List; County Workshops

DOT-000993

- May: Policy Framework; Financial Assumptions
- June-July: Needs Assessment; Initial project evaluation; County workshops
- August: Base year cost estimates; County workshops
- September: Funding Priorities
- October-November: First Draft of Plan
- November-December: Illustrative Priorities, Implementation Strategies
- January-February 2026: Final Draft of Plan
- March 2026: Plan Adoption

Mr. Skipper briefly went over the In-House Activities and the Consultant Activities. He said the county-level workshops will be:

- Round 1 (April): Review details of candidate project with TDOT and local project sponsors including cost estimates, local funding availability, and desired schedules; review staff evaluation methodology and regional prioritization process

- Round 2 (July): Review preliminary results of project evaluations and discuss recommended changes in scope as a result of staff analysis

- Round 3 (August): Review final project details, including cost estimates, scheduling, and scope; Answer questions about prioritization of projects for the fiscally constrained project list

## 4b. Metro Nashville Multimodal Mobility Master Plan

Mr. Marty Sewell, NDOT, presented on the NDOT Multimodal Mobility Master Plan. He said the plan consists of existing planning efforts.

- Access Nashville 2040
    - Assessing the work completed and identifying new needs
    - Connecting and integrating mode-specific plans that have followed
    - Generating a list of priority projects
- Major and Collector Street Plan
    - Establishing modal priorities by street
    - Developing new street typologies
    - Updating standard details for street sections
    - New GIS tool for the updated streets plan

Mr. Phil Randall, WeGo, said that the nMotion includes:

- Service Analysis
- Operations Analysis
- Agency Capacity
- Technology Integration
- Financial Analysis

DOT-000994

Mr. Sewell said he would continue to update the TCC throughout the process.  Mr. Skipper thanked them for the information and coordination meeting a few weeks ago.

## AGENDA ITEM 5. REGULAR REPORTS

### 5a. Federal Report

Ms. Melanie Murphy, FHWA, said that TIP & UPWP Amendment reviews and approvals are moving ahead at this time as they have been historically. Ms. Murphy did not have an update on when the next Safe Street for All (SS4A) NOFO will be open. Mr. Skipper asked if the SS4A grant awards that have been announced but not yet under contract would be moving forward. Ms. Murphy stated that those grant contracts are being reviewed to ensure they meet the administration's priorities.

### 5b. TDOT Report

Mr. Jon Storey, TDOT, said that they are patching potholes and doing bridge repair. Mr. Storey directed TCC members to go to TDOT FIX to report any potholes or other maintenance issues. Mr. Storey said that the pavement program is now posted and asked for the TCC members to review the list online.  Mr. Storey said that they have let several projects in Davidson, Sumner, Maury, and Rutherford counties. Mr. Storey said that the current revision of the TDOT 10 Year plan is underway.

Mr. Suddath thanked TDOT for the concerted effort to be involved with projects on the local level.

### 5c. Chair's Report

Mr. Suddath thanked Mr. Skipper for his RTP presentation.

### 5d. Staff Report

Mr. Skipper went over the handout which shows the Municipal level population and employment forecasts. He said the staff needs input and asked the members to look at the land use forecast for accuracy.

Mr. Taylor Lee, GNRC, briefly went over the TIP status report.

Mr. Daniel McDonell, GNRC, said MPO dues will increase by two cents in FY26 from $0.28 to $.30 per capita, and rates are estimated based on the 2023 U.S. Census Estimates. He also mentioned that GNRC dues will increase from $0.43 to $0.44 cents per capita,, and these rates are estimated using the 2020 U.S. Census. Each member can find their dues estimates and more information at www.gnrc.org/finance.

Mr. McDonell introduced the two new members of staff, Mr. Will Rogers Safety Planning Coordinator, and Mr. Matthew Cushing, Transportation Planning Manager.

DOT-000995

**Upcoming meetings:**

March 19 – Transportation Policy Board at GNRC Offices
- TIP – Adopt Amendments
- RTP – Review Draft Policy Framework
- Updates on Regional Planning Activities
- Updates from Local, State, and Federal Partners

April 2 – Transportation Coordinating Committee at GNRC Offices
- RTP – Review Candidate Project List
- RTP – Preview County Workshops
- Updates on Regional Planning Activities
- Updates from Local, State, and Federal Partners

April 16 – Regional Council Body at downtown Library
- Area Plan – Aging and Disability Services
- Revolving Loan Fund Program
- Updates on Grant Opportunities

More information about meetings is available online at www.GNRC.org/calendar.

## AGENDA ITEM 6. OTHER BUSINESS

There was no other business.

## AGENDA ITEM 7. ADJOURN

With no further business, the meeting was adjourned at 12:06 p.m.

DOT-000996

**Agenda Item 4a.**

## Regional Transportation Plan Activities

GNRC Staff will present an update on activities related to a major update to the Regional Transportation Plan. Additional information about ongoing and upcoming activities is included with this packet.

**More information about the Regional Transportation Plan:**
www.gnrc.org/transportation

# Current Plan Highlights



- Adopted by area mayors and transportation officials in Feb 2021
- Allocates **$10.5 Billion** in federal formula funds and state transportation dollars for region
- Includes an analysis of existing infrastructure and forecasted conditions
- Identifies strategies for addressing road and bridge conditions, traffic congestion, roadway safety, freight movement, and active transportation options

**GNRC.org/MidTNConnected**



DOT-000998

# Timeline for Plan Update



DOT-000999

# TCC/TPB Engagement

| | |
|---|---|
| **January 2025** | *Call for Projects\** |
| **February** | Project Application Training |
| **March** | Process Overview |
| **April** | Candidate Project List; County Workshops |
| **May** | *Policy Framework; Financial Assumptions\** |
| **June-July** | Needs Assessment; Initial Project Evaluation; County Workshops |
| **August** | Base Year Cost Estimates; County Workshops |
| **September** | *Funding Priorities\** |
| **October-November** | First Draft of Plan |
| **November-December** | Illustrative Priorities, Implementation Strategies |
| **January-February** | Final Draft of Plan |
| **March 2026** | *Plan Adoption\** |



*\*Formal Action to Endorse or Adopt*

# County-Level Workshops

**Round 1 (APRIL)**

**Review details of candidate projects** with TDOT and local project sponsors including cost estimates, local funding availability, and desired schedules; Review staff evaluation methodology and regional prioritization process

**Round 2 (JULY)**

**Review preliminary results of project evaluations** and discuss recommended changes in scope as a result of staff analysis

**Round 3 (AUGUST)**

**Review final project details including cost estimates, scheduling, and scope**; Answer questions about prioritization of projects for the fiscally constrained project list.



DOT-001001

# In-House Activities

- Policy Framework

- Needs Assessment

- Revenue Forecasts

- Project Evaluation and Prioritization

- System-Level Analysis of Environmental Impacts

- System-Level Analysis of Sociocultural Impacts

- System-Level Analysis of Economic Impacts

- System and Corridor-Level Congestion Management Process



# Consultant Activities

- Public Opinion - Attitudinal Surveys

- Funding and Financing Benchmarks

- Project Cost Estimation

- System Preservation Analysis

- Freight and Goods Movement Analysis

- Bicycle and Pedestrian Latent Demand and LOS

- Emissions Reduction Analysis

- Managed Lanes Opportunities



**Agenda Item 4b.**

# Vanderbilt University *MoveVU* Collaboration

GNRC has provided a *Transportation and Technology Program Grant* (U-STBG-TTP) to Vanderbilt University to install and operate an air quality, mobility, and data analysis platform to support MoveVU's integrated transportation demand management strategy. The platform consists of a network of integrated technology products to collect, transmit, store, and analyze data that can be used to support roadway safety planning and countermeasures and to optimize traffic operations and management.

The project is serving as a pilot with the intent to demonstrate the value of broad application across the metropolitan planning area. The initiative was funded to advance the goals and objectives of the Regional Transportation Plan (RTP) adopted by the GNRC Transportation Policy Board in February 2021.

Through this project, Vanderbilt University and GNRC seek to:

- Collect and analyze detailed data in a testbed environment to prepare for future projects across the region.
- Elevate civic engagement in and benefit from transportation demand management strategies.
- Engage commuters and employers about available and emerging tools and strategies better manage transportation demand.

**More information about Vanderbilt University's MoveVU:**
https://www.vanderbilt.edu/transportation-parking/about/movevu/





April, 2025

# GNRC Transportation Coordinating Committee

DOT-001005

# Project Overview

**Objective:** Develop a suite of technology tools for studying motorized/non-motorized travel behavior and related applications to help inform transportation planning





  

Computer Vision
- Identify and track **objects** of interest (cars, trucks, buses, pedestrians, bicycles, motorcycles, scooters)
- Model **spatial regions** of interest (lane, crosswalk, intersection)
- Study object **interactions** with surroundings (vehicle speed, near miss, curb side utilization)

Air quality monitoring (emissions, weather)

Radar
Enhanced analytics
Integration with smart watch technology

*Project sponsored by the Greater Nashville Regional Council through the Transit and Technology Program (TTP)*



DOT-001006

# **S**olar-powered **C**omputer-vision **O**bject **P**rocessing **E**ngine **(SCOPE)**





**Bullet Cameras**

**Radar-Video Fusion Camera**

**Telescopic Pole**

**Solar Panels**

**Trailer with Battery Pack**



**Air Quality Sensor (PM2.5, NO2, wind, air pressure, temperature, humidity)**

**Previous Locations**



Vanderbilt Place          West End & 24th Ave S.

**Current Locations**



21st Ave S. & Broadway          21st Ave S. & Blakemore Ave.

DOT-001007

# SCOPE Analytics Reporting Framework

**1. Computer Vision**



Data Repository

**2. Air-Quality Sensors**





- $NO_2$ and PM2.5
- Wind velocity
- Air pressure, temperature, and humidity

**5. Smart Watch Technology**



- Time
- Location

**3. Radar**



Reporting

- Set (by task)
- Custom

**4. Enhanced Analytics**

- Physiological stress levels

DOT-001008



**Counts by Object Class**



**Travel Behavior**



**Vehicle Speed**



**Curbside Utilization**



**Near Misses**

DOT-001009

# Traveler Stress Management

- Smart watch stress measurement of travelers by mode
  - Mobile cameras deployed for visualizing at-risk areas
  - Wearable technology provides feedback of bio-physiological measurements

- Use Cases
  - High-risk area studies (e.g., congested areas or street crossings)
  - Monitoring worker health (e.g., roadside workers)



DOT-001010

# SCOPE Applications

| Data Type | Tool(s) | Output |
|---|---|---|
| Counts (motorized/non-motorized) | Computer vision<br>Enhanced analytics | Data collection/validation<br>Grant application support |
| Vehicle speed | Computer vision<br>Radar | Enforcement<br>Engineering study |
| Near misses | Computer vision<br>Radar | Crash data analytics |
| Vehicle turning movements | Computer vision | Engineering study |
| Roadway compliance (crosswalk, red light, stop sign, curbside use, etc.) | Computer vision<br>Enhanced analytics | Enforcement<br>Safety study<br>Policy analysis |
| Air quality | Air quality sensors<br>Computer vision<br>Enhanced analytics | Air quality study<br>Disaster preparedness (inclement weather) |
| Traveler stress | Smartwatch<br>Computer vision | Engineering study |
| Non-motorized traveler safety | Smartwatch<br>Computer vision<br>Enhanced analytics | Safety study<br>Policy analysis |
| Special events | Computer vision<br>Enhanced analytics | Traffic study |

DOT-001011

# Ongoing Activities



- Complete model detection upgrade to more advanced version

- Continue model expansion and validation

- Develop standardized reporting - use case templates

*Transforming mobility by improving transportation efficiency, enhancing safety, reducing environmental impact and creating smarter transportation ecosystems.*



DOT-001012

# Next Steps – Implementation Phase

- Install SCOPE units at various locations within the MPO region to demonstrate and evaluate various applications
  - Counts
  - Vehicle speed
  - Near misses
  - Vehicle turning movements
  - Roadway compliance
  - Air quality
  - Traveler stress
  - Non-motorized traveler safety
  - Special events
- Further refinement of existing models and algorithms
- Continued research and development



**MAP LEGEND**
- GNRC County
- GNRC & MPO County
- MPO County

DOT-001013

# We Want Your Feedback!



1. Is the current toolbox useful for your local planning efforts?

2. What additional questions can our analysis help answer?

3. Are there additional data sources that could help supplement information collected through this project?

DOT-001014

**Agenda Item 5c.**

## Staff Report

### Item 5c1. Regular TIP Status Report

**The regular TIP Status Report is attached as a handout** and includes information and key metrics about the FYs 2023-2026 Transportation Improvement Program including the dollar amounts of programmed and obligated funds, that status of projects by phase, and a list of recent and upcoming grant funding opportunities.

### Item 5c2. Upcoming Meetings

GNRC convenes several boards and committees to fulfill its mission and obligations. Information about all public meetings and events is available online at https://www.gnrc.org/calendar.

**Typical Frequency:**

- Regional Council Body | 3rd Wed in even numbered months
- Board of Directors | 2nd Tue of 2nd month each quarter
- Mayors Caucus | 2nd Tue each month, as needed
- Transportation Policy Board | 3rd Wed in odd numbered months
- Transportation Coordinating Committee | 1st Wed each month
- Aging Advisory Committee | Quarterly, or as needed
- Economic Development Advisory Committee | Quarterly, or as needed

**Upcoming Meetings:**

- **April 16 - Regional Council Meeting**
  - *10:15 a.m. at Downtown Nashville Public Library*
- **May 7 - Transportation Coordinating Committee**
  - *10:30 a.m. at GNRC Offices*
- **May 14 - Environmental Roundtable Meeting**
  - *10:00 a.m. at GNRC Offices*
- **May 21 - Transportation Policy Board Meeting**
  - *10:15 a.m. at GNRC Offices*



## Nashville Metropolitan Planning Area TIP Status Report

## As of March 4, 2025

### Figure 1. Overview of Key Metrics

| Key Metric | |
|---|---|
| **Effective Period for TIP** | 10/1/2022 thru 09/30/2026 |
| **Period of Performance for Report** | **10/1/2022 thru 3/4/2025** |
| **Number of Projects Programmed** | 231 |
| **Number of Projects Initiated** | 170 |
| **Percentage of Projects Initiated** | 74% |
| **Total Funds Programmed thru FY 2026*** | $2,104,782,344 |
| **FHWA Funds Programmed thru FY 2026** | $1,072,725,718 |
| **FHWA Funds Obligated to Date** | $633,565,801 |
| **Percentage of FHWA Funds Obligated (Obligation Rate)** | 59% |
| **Percentage of TIP Effective Period Elapsed (29/48 months)** | 60% |

*Including FHWA, FTA, TDOT, and local fundings sources. More information available at www.gnrc.org/TIP.*

### Figure 2. Project Counts by Current Phase of Work

| Current Phase of Work | Number of Projects | Percentage of Projects |
|---|---|---|
| **Not Started** | 61 | 26% |
| **NEPA/Environmental** | 49 | 21% |
| **Preliminary Design and Engineering** | 33 | 14% |
| **Right of Way Acquisition** | 35 | 15% |
| **Construction or Implementation** | 53 | 23% |
| **All Projects** | **231** | **100%** |

*Data derived from information from known Notices to Proceed documents issued by TDOT Local Programs.*

## Connecting Communities. Empowering People.

DOT-001016

## Figure 3. Obligation of FHWA Grants with Statewide Availability ($millions)

| Federal Grants with Statewide Availability | Programmed for MPO Area Projects in FY 2025 | FY 2025 Obligations to Date | Obligation Rate | Amount Obligated in February 2025 |
|---|---|---|---|---|
| **CMAQ**-Congestion Mitigation Air Quality Program | $9.0 | $5.9 | 66% | $1.9 |
| **HSIP**-Highway Safety Improvement Program | $6.2 | $8.7 | 129% | $6.2 |
| **NHPP**-National Highway Performance Program | $186.5 | $70.5 | 39% | $39.0 |
| **STBG**-Surface Transportation Block Grant Program | $17.3 | $9.2 | 53% | $3.9 |
| **TAP**-Transportation Alternatives Program | $2.4 | $0.0 | 0% | $0.0 |
| **Total Statewide Programs** | **$221.0** | **$94.3** | **43%** | **$51.0** |

## Figure 4. Obligation of FHWA Grants Suballocated to MPO ($millions)

| Federal Grants Suballocated to Metropolitan Area | Programmed for MPO Area Projects in FY 2025 | FY 2025 Obligations to Date | Obligation Rate | Amount Obligated in February 2025 |
|---|---|---|---|---|
| **U-STBG**-Nashville-Davidson Urbanized Area (UZA) | $62.0 | $4.5 | 7% | $1.4 |
| **M-STBG**-Murfreesboro UZA | $15.7 | $2.6 | 17% | $1.1 |
| **L-STBG**-Urban Areas with less than 50,000 population | $0.3 | $0.3 | 100% | $0.1 |
| **U-TAP**-Nashville-Davidson UZA | $2.7 | $0.0 | 0% | $0.0 |
| **U-HIP**-Nashville-Davidson UZA | $0.0 | $0.0 | 0% | $0.0 |
| **U-CRP**-Nashville-Davidson UZA | $3.0 | $2.5 | 83% | $1.5 |
| **M-CRP**-Murfreesboro UZA | $0.5 | $0.0 | 0% | $0.0 |
| **H-CRP**-Spring Hill UZA | $0.15 | $0.0 | 0% | $0.0 |
| **Total Suballocated Programs** | **$84** | **$9.9** | **12%** | **$4.1** |

DOT-001017

**Figure 5. FHWA Obligations on Locally Managed Projects in FY 25**

| Locally Managed Project | Date of Obligation | Authorized Activity | Funding Source(s) | Obligation Amount |
|---|---|---|---|---|
| **Franklin** – Various Corridors in Franklin (ITS Infrastructure Expansion) | 3/4/25 | PE-D, Const | U-STBG | $124,156 |
| **Smyrna** – SR-266, Intersection at Old Drakes Creek Road | 2/20/25 | Const | CMAQ, U-CRP | $3,518,828 |
| **Hendersonville** – SR-258, Intersection at Old Nashville Highway | 2/20/25 | PE-D | U-STBG | $87,190 |
| **Murfreesboro** – I-24, Interchange at Joe B. Jackson | 2/13/25 | Const | M-STBG | $925,200 |
| **Murfreesboro** – I-840, Interchange at Veterans Parkway | 2/6/25 | Const | M-STBG | $231,254 |
| **Springfield** – Various Routes in the City of Springfield | 1/14/25 | PE-D | L-STBG | $116,000 |
| **Nashville** - Pedestrian Improvements at Various Locations | 12/12/24 | PE-N | U-STBG | $24,456 |
| **Murfreesboro** – Cherry Lane Extension | 12/9/24 | ROW | M-STBG | $1,600,000 |
| **Lebanon** -  ADA and Pedestrian Signal Improvements at Various Intersections | 11/19/24 | PE-D | U-STBG | $34,160 |
| **Gallatin** – Citywide Sidewalk Improvements - Phase 2 | 11/19/24 | PE-N | CMAQ | $40,000 |
| **Gallatin** – Various Intersection Improvements | 11/19/24 | PE-N | CMAQ | $32,000 |
| **Murfreesboro** – Rutherford Blvd. ASCT | 11/19/24 | Construction | CMAQ, U-CRP, U-STBG | $5,122,861 |
| **Lebanon** – Cedar City Pedestrian Improvements | 11/18/24 | PE-N | L-STBG | $207,408 |
| **Hendersonville** – Hendersonville Closed Loop and Signal Upgrade | 11/6/24 | Const | U-STBG | $896,443 |
| **Franklin** – Franklin ITS Infrastructure | 11/6/24 | PE-D, Const | U-STBG | $680,099 |
| **Franklin** – Murfreesboro Road (SR-96) Traffic Signal Improvements | 11/6/24 | PE-N, PE-D, & Const | CMAQ, U-CRP | $701,664 |
| **Gallatin** – ITS Phase 2 | 11/6/24 | PE-N, PE-D | CMAQ | $264,589 |
| **Sumner County** – ADA Transition Plan Implementation | 11/4/24 | PE-D | U-STBG | $44,000 |
| **Smyrna** – Florence Road Sidewalks | 11/4/24 | PE-N, PE-D | M-STBG | $4,799 |
| **Total All Locally Managed Projects** | | | | **$14,655,107** |

*\*\*Obligated since October TCC meeting. More information available at **www.gnrc.org/app/tip-tracker.***

DOT-001018

## Figure 6. Status of Grant Funding Opportunities

| Grant Opportunity | Funding Available | Deadlines | Applicants from MPO Region |
|---|---|---|---|
| TDOT Multimodal Access Grant | $18 million (Statewide) | Closed | TBD |
| TDOT Statewide Partnership Program | $750 million (Region 3) | Closed | TBD |
| FHWA Multimodal Discretionary Grant Program | $5.5 billion (Nationwide) | Closed | 0 |
| TDOT Transportation Planning Grant | $2 million (Statewide) | Closed | TBD |
| FHWA Reconnecting Communities Program | $1.8 billion (Nationwide) | Closed | TBD |
| TDOT Transportation Alternatives Program | $8.5 million (Regionwide) | Closed | TBD |
| Tennessee Electric Vehicle Infrastructure | $88.3 million (Statewide) | Closed | TBD |
| Saving Lives with Connectivity | $40 million (Nationwide) | Closed | TBD |
| Accelerated Innovation Deployment Grant | $47.5 million (Nationwide) | Closed | TBD |
| ATTAIN Program | $120,000,000 (Nationwide) | Closed | TBD |
| Bridge Investment Program | $9.6 Billon (Nationwide) | Closed | 1 |
| Prioritization Process Pilot Program | $30 Million | Closed | TBD |
| Active Transportation Infrastructure Investment Program (ATIIP) | $44.5 million (Nationwide) | Closed | TBD |
| USDOT Safe Streets for All Grant | $1.2 billion (Nationwide) | Closed | 3 |
| SMART Grant | $150 million (Nationwide) | Closed | TBD |
| Charging and Fueling Infrastructure Grant Program | $2.0 billion (Nationwide) | Closed | TBD |
| RAISE Discretionary Grant Program | $1.5 Billion (Nationwide) | Closed | TBD |
| FHWA PROTECT Discretionary Grant | $848 million (Nationwide) | Closed | TBD |

*More information available at* **www.gnrc.org/grants.**

DOT-001019

## Figure 7. Census Defined Urban Areas (2010)



## Figure 8. Census Defined Urban Areas (2020)



*The U.S. Census Bureau has recently published updated Urban Area boundaries as a result of the 2020 Decennial Census. The 2010 boundaries were the basis of funding allocations thru FY 2022.*

Nashville Metropolitan Planning Area TIP Status Report thru March 4, 2025                    5

DOT-001020

**From:** "Sean O'Kane" <sean.okane@techcrunch.com>
**To:** "Jensen, Gary (FHWA)" <Gary.Jensen@dot.gov>
**Subject:** CFI
**Date:** Fri, 7 Feb 2025 13:45:34 -0500
**Importance:** Normal

---

You don't often get email from sean.okane@techcrunch.com. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Gary,

Will FHWA freeze CFI similar to what it just did with NEVI?
--
Sean O'Kane
Senior Reporter, TechCrunch
sean.okane@techcrunch.com
315-402-9475 (cell / Signal / WhatsApp)



**U.S. Department of Transportation**

Office of the Secretary
of Transportation

1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

# MEMORANDUM FOR SECRETATRIAL OFFICERS AND HEADS OF OPERATING ADMINISTRATIONS

**From:**    The Secretary

**Subject:**    Implementation of Executive Orders Addressing Energy, Climate Change, Diversity, and Gender

**DATE:**    January 29, 2025

---

1. This Memorandum sets forth the initial steps to be taken by the U.S. Department of Transportation (Department or DOT) to implement the provisions of several executive orders including those titled as follows: several executive orders and memoranda issued by the President on January 20, 2025, including: Executive Order 14148, *Initial Rescissions of Harmful Executive Orders and Actions*; Executive Order 14151, *Ending Radical And Wasteful Government DEI Programs And Preferencing*; Executive Order 14154, *Unleashing American Energy;* and an Executive Order of January 20, 2025 titled *"Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government* (collectively referred to herein as "relevant executive orders"), which direct Federal agencies, where and as consistent with law, to identify and eliminate all orders, directives, rules, regulations, notices, guidance documents, funding agreements, programs, and policy statements, or portions thereof, which were authorized, adopted, or approved between noon on January 20, 2021 and noon on January 20, 2025, and which reference or relate in any way to climate change, "greenhouse gas" emissions, racial equity, gender identity, "diversity, equity, and inclusion" goals, environmental justice, or the Justice 40 Initiative.

2. All DOT Operating Administrations (OAs) and all components of the Office of the Secretary (OST) shall, within 10 days of the date of this Memorandum, identify and list in a written report to the Office of the General Counsel and the Office of the Under Secretary for Policy all DOT orders, directives, rules, regulations, notices, guidance documents, funding agreements, programs, and policy statements, or portions thereof, which are subject to the relevant executive orders.

3. Within 10 days after submission of the report, all OAs and OST components shall, in coordination and consultation with the Office of the General Counsel and the Office of the Under Secretary for Policy, initiate all lawful actions necessary to rescind, cancel, revoke, and terminate all DOT orders, directives, rules, regulations, notices, guidance documents, funding agreements, programs, policy statements, or portions thereof, which are subject to the relevant executive orders and which are not required by clear and express statutory language.

4. The Office of the General Counsel and the Office of the Under Secretary for Policy shall be responsible for overseeing compliance with this Memorandum and within 30 days of the date hereof shall

submit a written report to the Secretary regarding the status of compliance by each OA and OST component.

5. Pursuant to the relevant executive orders, the following Departmental Orders are hereby canceled:

| | | |
|---|---|---|
| DOT 1000.17 | Department of Transportation Equity Council | Dec. 19, 2022 |
| DOT 4360 | Climate Change Adaptation and Resilience Policy for DOT Operational Assets | Sept. 18, 2023 |
| DOT 5610.2C | U.S. Department of Transportation Actions to Address Environmental Justice in Minority Populations and Low-income Populations | May 16, 2021 |

Secretary of Transportation

**From:** "Patel, Neelam (FHWA)" <neelam.patel@dot.gov>
**To:** "Culp, Michael (FHWA)" <Michael.Culp@dot.gov>
**Subject:** FW: CFI Round 1B Welcome Webinar One
**Date:** Tue, 1 Apr 2025 18:08:14 +0000
**Importance:** Normal
**Attachments:** unnamed

---

-----Original Appointment-----
**From:** Patel, Neelam (FHWA)
**Sent:** Tuesday, August 27, 2024 2:38 PM
**To:** Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA); Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA); DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
**Cc:** Capri, Danny (FHWA); Townsend, Lotse (FHWA); Retzlaff, Bobbi (FHWA); Rai, Gaurav (FHWA); Jorgenson, Curtis (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA); Johnson, Antonio (FHWA); Michael.Morris@dot.gov; Davis, Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie (FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John (FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica (FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn (FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron (FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley, Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie (FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA); Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA); Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis, Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov; MMeaghe@bart.gov; jimmy.odea@dot.ca.gov; buellt@wsdot.wa.gov; Mary.Brazell@odot.oregon.gov; ben.dealba@energy.ca.gov; mdavis@mwcog.org; jking@mwcog.org; rchristopher@mwcog.org; KrisJohnston@semtribe.com; jtstacy@semtribe.com; Kimberly.Brown@miamidade.gov; gomezp@miamidade.gov; CFarley@atlantaga.gov; JRSeydel@AtlantaGA.Gov; gboike@mg-rc.org; lmathis@mg-rc.org; Matt Garvin; melissa.ovalle@jeffparish.gov; ikm@mdcleanenergy.gov; timothy.slusser@detroitmi.gov; dimitryb@detroitmi.gov; Kristin.Shaw@detroitmi.gov; Huttenlocherc@detroitmi.gov; sbarr@a2gov.org; mstults@a2gov.org; khoenerhoff@a2gov.org; Diana.ChamanSalas@Hennepin.us; mauricio.leonmendez@hennepin.us; janet.mills@hennepin.us; bsmith@ucitymo.org; kcole@ucitymo.org; mcelaj@ucitymo.org; gavetter@ncdot.gov; Hildebrandt, Heather J; Matthews, Marta T; bmignone@oneida-nation.org; pcarmen@oneida-nation.org; kelly.hsieh@onenterprises.com; support@sopec-oh.gov; dvingris@sopec-oh.gov; lbabnik@sopec-oh.gov; nwestendorf@tualatin.gov; kristin.preston@cityofalbany.net; Chris.Bailey@albanyoregon.gov; Jeff.Babbitt@albanyoregon.gov; amanda.burkhart@pittsburghpa.gov; Andrew.shull@pittsburghpa.gov; estebbins-wheelock@burlingtonelectric.com; pnadeau@burlingtonelectric.com; Jennifer Green; cindys00@uw.edu; Nicole Sanderson; eshamb@milwaukee.gov; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary; kuntz.kathryn@countyofdane.com; grants@countyofdane.com; jgardner ozark.org; Kimberly.Butler@Maricopa.gov; PHILIP.McNEELY@Maricopa.gov; David.Bruce@Maricopa.gov; dumurray@ssband.org; dkoupal@ssband.org; rcuellar@ssband.org; liannaccone@isd.lacounty.gov; sean@fortindependence.com; sbrown@cityofdubuque.org; grant.davis cityofchicago.org; morgan.mickelson@indy.gov; mo.mcreynolds@indy.gov; andrewfinzen@pbpnation.org; Norma.Forgione@mass.gov; Sarah.j.white@mass.gov; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us; andy.savastino@kcmo.org; jason.waldron@kcmo.org; david@metroenergy.org; bryan.carter@kcmo.org; SUMMER.ALSTON@DURHAMNC.GOV; jmcneil@sagesrst.com; ysanghvi@dot.nyc.gov; bfiliatraut@morpc.org; robert.mccracken@cincinnati-oh.gov; sself@choctawnation.com; brianna.baber@phila.gov; akshay.malik@phila.gov; lily.reynolds@phila.gov; dominic.mcgraw@phila.gov; Michael.A.Carroll@Phila.gov; loren.doyle@dot.ri.gov; casey.hopkins@nashville.gov; thomas.pommier@houstontx.gov; priya.zachariah@houstontx.gov; liana@livebrooks.com; cody.desautel@colvilletribes.com; Matthew.Pleasants.PLN@colvilletribes.com; billy.nicholson.act@colvilletribes.com; tanderson@jacksonwy.gov; alicia@ytcleancities.org; cfrei@tetoncountywy.gov;

linda.bailey@ee.doe.gov; Peel, Jeff (OST); Kuntz, Kathryn; Belk, Gretchen V; Giles, Carrie; Simpson, Elizabeth; matthew.pleasants.adm@colvilletribes.com; Judy Hoanshelt; Bethune, Michael; Samantha Bingham; Kathryn Thurston; Mindy Campbell; Michael Joslin (AQD); Lisa Mason; Sean Wiedel; Trent R. Marlett; Joseph McNeil; Amy Gillespie; Quinta Warren; Buell, Tonia; Kelly Hsieh; Michael Smith; Pachniak, Josh (FHWA); Kristi Beck (AQD); Anna Kelly; Jessica Stoll; Alex Miller; Murphy, Melanie (FHWA); Frinell, Karin M (General Services); Elsaghir, Ava (General Services); Verducci, John-Paul (DOT); Contreras, Gilberto (FHWA); Ademuyewo, Adekemi (FHWA); Kristen Weston-Smith (AQD); mcdade10@macworx.pro; dmontgomery@ssband.com; dumurray@ssband.com; Julia Murray; shawnkelly@pbpnation.org; JosephRupnick@pbpnation.org; jonathanroberts@pbpnation.org; MichelleSimon@pbpnation.org; jennifer.westerholm@nashville.gov; debora.hall@indy.gov; sybil.brownfield@indy.gov; Mary Nicol; Connie Gonzalez; Chip Davis; Ryan.C.Kingston@mass.gov; Reynolds, Neisha; Steph Wagner; Daniella DiRubba; James.Clarkin@phl.org; Jessica.noon@phl.org; Tiandra Knight; Scarpino, Michael (Volpe); Nick Fortey
**Subject:** CFI Round 1B Welcome Webinar One
**When:** Wednesday, September 11, 2024 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon


This welcome webinar is the first in a two-part series for CFI Round 1B selected recipients and the FHWA POCs. The CFI Grant Program announced 51 selected recipients on August 27, 2024. This webinar will introduce the process to execute the grant agreement for the CFI Program. Please visit the CFI program website.


https://www.fhwa.dot.gov/environment/cfi/
https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/
https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/cfi-awardees-project-description-table_round_1b.pdf
https://www.fhwa.dot.gov/environment/cfi/resources/closed/



Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon

Meeting ID: 160 406 0503
Passcode: 910522

---

One tap mobile
+16692545252,,1604060503#,,,,*910522# US (San Jose)
+16469641167,,1604060503#,,,,*910522# US (US Spanish Line)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 646 828 7666 US (New York)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 160 406 0503
Passcode: 910522

Find your local number: https://usdot.zoomgov.com/u/adQh2vMxVy

---

Join by SIP
• 1604060503@sip.zoomgov.com

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 406 0503
Passcode: 910522



The United States Department of Transportation

Org help

_____

**Event:** FW: CFI Round 1B Welcome Webinar One

**Start Date:** 2024-09-11 18:00:00 +0000

**End Date:** 2024-09-11 19:00:00 +0000

**Organizer:** Patel, Neelam (FHWA) <neelam.patel@dot.gov>

**Location:** https://usdot.zoomgov.com/j/1604060503?
pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon

**Class:** X-PERSONAL

**Date Created:** 2025-04-09 15:21:41 +0000

**Date Modified:** 2025-04-09 15:21:41 +0000

**Priority:** 5

**DTSTAMP:** 2024-09-06 15:21:01 +0000

**Attendee:** Culp, Michael (FHWA) <Michael.Culp@dot.gov>


-----Original Appointment-----
From: Patel, Neelam (FHWA)
Sent: Tuesday, August 27, 2024 2:38 PM
To: Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA); Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA); DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
Cc: Capri, Danny (FHWA); Townsend, Lotse (FHWA); Retzlaff, Bobbi (FHWA); Rai, Gaurav (FHWA); Jorgenson, Curtis (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA); Johnson, Antonio (FHWA); Michael.Morris@dot.gov <mailto:Michael.Morris@dot.gov> ; Davis, Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie (FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John (FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica (FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn (FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron (FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov <mailto:veronica.feliciano@dot.gov> ; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley, Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie (FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA); Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA); Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis, Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov <mailto:rfuente@bart.gov> ; MMeaghe@bart.gov <mailto:MMeaghe@bart.gov> ; jimmy.odea@dot.ca.gov

DOT-001027

<mailto:jimmy.odea@dot.ca.gov> ; buellt@wsdot.wa.gov <mailto:buellt@wsdot.wa.gov> ;
Mary.Brazell@odot.oregon.gov <mailto:Mary.Brazell@odot.oregon.gov> ;
ben.dealba@energy.ca.gov <mailto:ben.dealba@energy.ca.gov> ; mdavis@mwcog.org
<mailto:mdavis@mwcog.org> ; jking@mwcog.org <mailto:jking@mwcog.org> ;
rchristopher@mwcog.org <mailto:rchristopher@mwcog.org> ; KrisJohnston@semtribe.com
<mailto:KrisJohnston@semtribe.com> ; jtstacy@semtribe.com <mailto:jtstacy@semtribe.com> ;
Kimberly.Brown@miamidade.gov <mailto:Kimberly.Brown@miamidade.gov> ;
gomezp@miamidade.gov <mailto:gomezp@miamidade.gov> ; CFarley@atlantaga.gov
<mailto:CFarley@atlantaga.gov> ; JRSeydel@AtlantaGA.Gov <mailto:JRSeydel@AtlantaGA.Gov> ;
gboike@mg-rc.org <mailto:gboike@mg-rc.org> ; lmathis@mg-rc.org <mailto:lmathis@mg-rc.org> ;
Matt Garvin; melissa.ovalle@jeffparish.gov <mailto:melissa.ovalle@jeffparish.gov> ;
ikm@mdcleanenergy.org <mailto:ikm@mdcleanenergy.org> ; timothy.slusser@detroitmi.gov
<mailto:timothy.slusser@detroitmi.gov> ; dimitryb@detroitmi.gov
<mailto:dimitryb@detroitmi.gov> ; Kristin.Shaw@detroitmi.gov
<mailto:Kristin.Shaw@detroitmi.gov> ; Huttenlocherc@detroitmi.gov
<mailto:Huttenlocherc@detroitmi.gov> ; sbarr@a2gov.org <mailto:sbarr@a2gov.org> ;
mstults@a2gov.org <mailto:mstults@a2gov.org> ; khoenerhoff@a2gov.org
<mailto:khoenerhoff@a2gov.org> ; Diana.ChamanSalas@Hennepin.us
<mailto:Diana.ChamanSalas@Hennepin.us> ; mauricio.leonmendez@hennepin.us
<mailto:mauricio.leonmendez@hennepin.us> ; janet.mills@hennepin.us
<mailto:janet.mills@hennepin.us> ; bsmith@ucitymo.org <mailto:bsmith@ucitymo.org> ;
kcole@ucitymo.org <mailto:kcole@ucitymo.org> ; mcelaj@ucitymo.org
<mailto:mcelaj@ucitymo.org> ; gavetter@ncdot.gov <mailto:gavetter@ncdot.gov> ; Hildebrandt,
Heather J; Matthews, Marta T; bmignone@oneida-nation.org <mailto:bmignone@oneida-
nation.org> ; pcarmen@oneida-nation.org <mailto:pcarmen@oneida-nation.org> ;
kelly.hsieh@onenterprises.com <mailto:kelly.hsieh@onenterprises.com> ; support@sopec-
oh.gov <mailto:support@sopec-oh.gov> ; dvingris@sopec-oh.gov <mailto:dvingris@sopec-
oh.gov> ; lbabnik@sopec-oh.gov <mailto:lbabnik@sopec-oh.gov> ; nwestendorf@tualatin.gov
<mailto:nwestendorf@tualatin.gov> ; kristin.preston@cityofalbany.net
<mailto:kristin.preston@cityofalbany.net> ; Chris.Bailey@albanyoregon.gov
<mailto:Chris.Bailey@albanyoregon.gov> ; Jeff.Babbitt@albanyoregon.gov
<mailto:Jeff.Babbitt@albanyoregon.gov> ; amanda.burkhart@pittsburghpa.gov
<mailto:amanda.burkhart@pittsburghpa.gov> ; Andrew.shull@pittsburghpa.gov
<mailto:Andrew.shull@pittsburghpa.gov> ; estebbins-wheelock@burlingtonelectric.com
<mailto:estebbins-wheelock@burlingtonelectric.com> ; pnadeau@burlingtonelectric.com
<mailto:pnadeau@burlingtonelectric.com> ; Jennifer Green; cindys00@uw.edu
<mailto:cindys00@uw.edu> ; Nicole Sanderson; eshamb@milwaukee.gov
<mailto:eshamb@milwaukee.gov> ; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary;
kuntz.kathryn@countyofdane.com <mailto:kuntz.kathryn@countyofdane.com> ;
grants@countyofdane.com <mailto:grants@countyofdane.com> ; jgardner ozark.org;
Kimberly.Butler@Maricopa.gov <mailto:Kimberly.Butler@Maricopa.gov> ;
PHILIP.McNEELY@Maricopa.gov <mailto:PHILIP.McNEELY@Maricopa.gov> ;
David.Bruce@Maricopa.gov <mailto:David.Bruce@Maricopa.gov> ; dumurray@ssband.org
<mailto:dumurray@ssband.org> ; dkoupal@ssband.org <mailto:dkoupal@ssband.org> ;

rcuellar@ssband.org <mailto:rcuellar@ssband.org> ; liannaccone@isd.lacounty.gov
<mailto:liannaccone@isd.lacounty.gov> ; sean@fortindependence.com
<mailto:sean@fortindependence.com> ; sbrown@cityofdubuque.org
<mailto:sbrown@cityofdubuque.org> ; grant.davis cityofchicago.org;
morgan.mickelson@indy.gov <mailto:morgan.mickelson@indy.gov> ; mo.mcreynolds@indy.gov
<mailto:mo.mcreynolds@indy.gov> ; andrewfinzen@pbpnation.org
<mailto:andrewfinzen@pbpnation.org> ; Norma.Forgione@mass.gov
<mailto:Norma.Forgione@mass.gov> ; Sarah.j.white@mass.gov <mailto:Sarah.j.white@mass.gov>
; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us <mailto:elliott.mcfadden@state.mn.us>
; andy.savastino@kcmo.org <mailto:andy.savastino@kcmo.org> ; jason.waldron@kcmo.org
<mailto:jason.waldron@kcmo.org> ; david@metroenergy.org <mailto:david@metroenergy.org> ;
bryan.carter@kcmo.org <mailto:bryan.carter@kcmo.org> ; SUMMER.ALSTON@DURHAMNC.GOV
<mailto:SUMMER.ALSTON@DURHAMNC.GOV> ; jmcneil@sagesrst.com
<mailto:jmcneil@sagesrst.com> ; ysanghvi@dot.nyc.gov <mailto:ysanghvi@dot.nyc.gov> ;
bfiliatraut@morpc.org <mailto:bfiliatraut@morpc.org> ; robert.mccracken@cincinnati-oh.gov
<mailto:robert.mccracken@cincinnati-oh.gov> ; sself@choctawnation.com
<mailto:sself@choctawnation.com> ; brianna.baber@phila.gov
<mailto:brianna.baber@phila.gov> ; akshay.malik@phila.gov <mailto:akshay.malik@phila.gov> ;
lily.reynolds@phila.gov <mailto:lily.reynolds@phila.gov> ; dominic.mcgraw@phila.gov
<mailto:dominic.mcgraw@phila.gov> ; Michael.A.Carroll@Phila.gov
<mailto:Michael.A.Carroll@Phila.gov> ; loren.doyle@dot.ri.gov <mailto:loren.doyle@dot.ri.gov> ;
casey.hopkins@nashville.gov <mailto:casey.hopkins@nashville.gov> ;
thomas.pommier@houstontx.gov <mailto:thomas.pommier@houstontx.gov> ;
priya.zachariah@houstontx.gov <mailto:priya.zachariah@houstontx.gov> ; liana@livebrooks.com
<mailto:liana@livebrooks.com> ; cody.desautel@colvilletribes.com
<mailto:cody.desautel@colvilletribes.com> ; Matthew.Pleasants.PLN@colvilletribes.com
<mailto:Matthew.Pleasants.PLN@colvilletribes.com> ; billy.nicholson.act@colvilletribes.com
<mailto:billy.nicholson.act@colvilletribes.com> ; tanderson@jacksonwy.gov
<mailto:tanderson@jacksonwy.gov> ; alicia@ytcleancities.org <mailto:alicia@ytcleancities.org> ;
cfrei@tetoncountywy.gov <mailto:cfrei@tetoncountywy.gov> ; linda.bailey@ee.doe.gov
<mailto:linda.bailey@ee.doe.gov> ; Peel, Jeff (OST); Kuntz, Kathryn; Belk, Gretchen V; Giles, Carrie;
Simpson, Elizabeth; matthew.pleasants.adm@colvilletribes.com
<mailto:matthew.pleasants.adm@colvilletribes.com> ; Judy Hoanshelt; Bethune, Michael;
Samantha Bingham; Kathryn Thurston; Mindy Campbell; Michael Joslin (AQD); Lisa Mason; Sean
Wiedel; Trent R. Marlett; Joseph McNeil; Amy Gillespie; Quinta Warren; Buell, Tonia; Kelly Hsieh;
Michael Smith; Pachniak, Josh (FHWA); Kristi Beck (AQD); Anna Kelly; Jessica Stoll; Alex Miller;
Murphy, Melanie (FHWA); Frinell, Karin M (General Services); Elsaghir, Ava (General Services);
Verducci, John-Paul (DOT); Contreras, Gilberto (FHWA); Ademuyewo, Adekemi (FHWA); Kristen
Weston-Smith (AQD); mcdade10@macworx.pro <mailto:mcdade10@macworx.pro> ;
dmontgomery@ssband.com <mailto:dmontgomery@ssband.com> ; dumurray@ssband.com
<mailto:dumurray@ssband.com> ; Julia Murray; shawnkelly@pbpnation.org
<mailto:shawnkelly@pbpnation.org> ; JosephRupnick@pbpnation.org
<mailto:JosephRupnick@pbpnation.org> ; jonathanroberts@pbpnation.org
<mailto:jonathanroberts@pbpnation.org> ; MichelleSimon@pbpnation.org

<mailto:MichelleSimon@pbpnation.org> ; jennifer.westerholm@nashville.gov
<mailto:jennifer.westerholm@nashville.gov> ; debora.hall@indy.gov
<mailto:debora.hall@indy.gov> ; sybil.brownfield@indy.gov <mailto:sybil.brownfield@indy.gov> ;
Mary Nicol; Connie Gonzalez; Chip Davis; Ryan.C.Kingston@mass.gov
<mailto:Ryan.C.Kingston@mass.gov> ; Reynolds, Neisha; Steph Wagner; Daniella DiRubba;
James.Clarkin@phl.org <mailto:James.Clarkin@phl.org> ; Jessica.noon@phl.org
<mailto:Jessica.noon@phl.org> ; Tiandra Knight; Scarpino, Michael (Volpe); Nick Fortey
Subject: CFI Round 1B Welcome Webinar One
When: Wednesday, September 11, 2024 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US &
Canada).
Where: https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1604060503%3Fpwd%3DdSkWbG5IyjUVFB4zTm5
vFkLJBDqroP.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C85d63fa880
b8445c36c308dd71482c33%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C638791276
993023339%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMC
IsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=pRmdqGQfjo6
5opGrzMbwoLwBfXuLi0TzShJr1oEs17E%3D&reserved=0> &from=addon


This welcome webinar is the first in a two-part series for CFI Round 1B selected recipients and
the FHWA POCs.  The CFI Grant Program announced 51 selected recipients on August 27, 2024.
This webinar will introduce the process to execute the grant agreement for the CFI Program.
Please visit the CFI program website.


https://www.fhwa.dot.gov/environment/cfi/

https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/

https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/cfi-awardees-project-
description-table_round_1b.pdf

https://www.fhwa.dot.gov/environment/cfi/resources/closed/


Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1
<https://gcc02.safelinks.protection.outlook.com/?

url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1604060503%3Fpwd%3DdSkWbG5IyjUVFB4zTm5
vFkLJBDqroP.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C85d63fa880
b8445c36c308dd71482c33%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C638791276
993044539%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkOnRydWUsIlYiOiIwLjAuMDAwMC
IsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=zPdbLXI6VDay
TSnTm9vIF%2Fc4R6urHLswjR7RvVFWb0w%3D&reserved=0> &from=addon

Meeting ID: 160 406 0503
Passcode: 910522

---

One tap mobile
+16692545252,,1604060503#,,,,*910522# US (San Jose)
+16469641167,,1604060503#,,,,*910522# US (US Spanish Line)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 646 828 7666 US (New York)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 160 406 0503
Passcode: 910522

Find your local number: https://usdot.zoomgov.com/u/adQh2vMxVy
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fu%2FadQh2vMxVy&data=05%7C02%7CMichael.Culp%
40dot.gov%7C85d63fa880b8445c36c308dd71482c33%7Cc4cd245b44f04395a1aa3848d258f78b
%7C0%7C0%7C638791276993058599%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkIOnRy
dWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C
%7C&sdata=aFVZIiNvKJuapadbPbt6pTJY1m7oD9roF6PpuMktpcU%3D&reserved=0>

---

Join by SIP
• 1604060503@sip.zoomgov.com <mailto:1604060503@sip.zoomgov.com>

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 406 0503
Passcode: 910522


<https://upload.wikimedia.org/wikipedia/commons/thumb/4/4f/Flag_of_the_United_States_Depa
rtment_of_Transportation.svg/320px-
Flag_of_the_United_States_Department_of_Transportation.svg.png>

The United States Department of Transportation

 <https://ocioclientcenter.dot.gov/esc> Org help

_____

**From:** "Patel, Neelam (FHWA)" <neelam.patel@dot.gov>
**To:** "Culp, Michael (FHWA)" <Michael.Culp@dot.gov>
**Subject:** FW: CFI Round 1B Welcome Webinar One
**Date:** Tue, 1 Apr 2025 18:08:14 +0000
**Importance:** Normal
**Attachments:** unnamed

---

-----Original Appointment-----
**From:** Patel, Neelam (FHWA)
**Sent:** Tuesday, August 27, 2024 2:38 PM
**To:** Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA); Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA); DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
**Cc:** Capri, Danny (FHWA); Townsend, Lotse (FHWA); Retzlaff, Bobbi (FHWA); Rai, Gaurav (FHWA); Jorgenson, Curtis (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA); Johnson, Antonio (FHWA); Michael.Morris@dot.gov; Davis, Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie (FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John (FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica (FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn (FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron (FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley, Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie (FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA); Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA); Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis, Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov; MMeaghe@bart.gov; jimmy.odea@dot.ca.gov; buellt@wsdot.wa.gov; Mary.Brazell@odot.oregon.gov; ben.dealba@energy.ca.gov; mdavis@mwcog.org; jking@mwcog.org; rchristopher@mwcog.org; KrisJohnston@semtribe.com; jtstacy@semtribe.com; Kimberly.Brown@miamidade.gov; gomezp@miamidade.gov; CFarley@atlantaga.gov; JRSeydel@AtlantaGA.Gov; gboike@mg-rc.org; lmathis@mg-rc.org; Matt Garvin; melissa.ovalle@jeffparish.gov; ikm@mdcleanenergy.gov; timothy.slusser@detroitmi.gov; dimitryb@detroitmi.gov; Kristin.Shaw@detroitmi.gov; Huttenlocherc@detroitmi.gov; sbarr@a2gov.org; mstults@a2gov.org; khoenerhoff@a2gov.org; Diana.ChamanSalas@Hennepin.us; mauricio.leonmendez@hennepin.us; janet.mills@hennepin.us; bsmith@ucitymo.org; kcole@ucitymo.org; mcelaj@ucitymo.org; gavetter@ncdot.gov; Hildebrandt, Heather J; Matthews, Marta T; bmignone@oneida-nation.org; pcarmen@oneida-nation.org; kelly.hsieh@onenterprises.com; support@sopec-oh.gov; dvingris@sopec-oh.gov; lbabnik@sopec-oh.gov; nwestendorf@tualatin.gov; kristin.preston@cityofalbany.net; Chris.Bailey@albanyoregon.gov; Jeff.Babbitt@albanyoregon.gov; amanda.burkhart@pittsburghpa.gov; Andrew.shull@pittsburghpa.gov; estebbins-wheelock@burlingtonelectric.com; pnadeau@burlingtonelectric.com; Jennifer Green; cindys00@uw.edu; Nicole Sanderson; eshamb@milwaukee.gov; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary; kuntz.kathryn@countyofdane.com; grants@countyofdane.com; jgardner ozark.org; Kimberly.Butler@Maricopa.gov; PHILIP.McNEELY@Maricopa.gov; David.Bruce@Maricopa.gov; dumurray@ssband.org; dkoupal@ssband.org; rcuellar@ssband.org; liannaccone@isd.lacounty.gov; sean@fortindependence.com; sbrown@cityofdubuque.org; grant.davis cityofchicago.org; morgan.mickelson@indy.gov; mo.mcreynolds@indy.gov; andrewfinzen@pbpnation.org; Norma.Forgione@mass.gov; Sarah.j.white@mass.gov; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us; andy.savastino@kcmo.org; jason.waldron@kcmo.org; david@metroenergy.org; bryan.carter@kcmo.org; SUMMER.ALSTON@DURHAMNC.GOV; jmcneil@sagesrst.com; ysanghvi@dot.nyc.gov; bfiliatraut@morpc.org; robert.mccracken@cincinnati.gov; sself@choctawnation.com; brianna.baber@phila.gov; akshay.malik@phila.gov; lily.reynolds@phila.gov; dominic.mcgraw@phila.gov; Michael.A.Carroll@Phila.gov; loren.doyle@dot.ri.gov; casey.hopkins@nashville.gov; thomas.pommier@houstontx.gov; priya.zachariah@houstontx.gov; liana@livebrooks.com; cody.desautel@colvilletribes.com; Matthew.Pleasants.PLN@colvilletribes.com; billy.nicholson.act@colvilletribes.com; tanderson@jacksonwy.gov; alicia@ytcleancities.org; cfrei@tetoncountywy.gov;

linda.bailey@ee.doe.gov; Peel, Jeff (OST); Kuntz, Kathryn; Belk, Gretchen V; Giles, Carrie; Simpson, Elizabeth; matthew.pleasants.adm@colvilletribes.com; Judy Hoanshelt; Bethune, Michael; Samantha Bingham; Kathryn Thurston; Mindy Campbell; Michael Joslin (AQD); Lisa Mason; Sean Wiedel; Trent R. Marlett; Joseph McNeil; Amy Gillespie; Quinta Warren; Buell, Tonia; Kelly Hsieh; Michael Smith; Pachniak, Josh (FHWA); Kristi Beck (AQD); Anna Kelly; Jessica Stoll; Alex Miller; Murphy, Melanie (FHWA); Frinell, Karin M (General Services); Elsaghir, Ava (General Services); Verducci, John-Paul (DOT); Contreras, Gilberto (FHWA); Ademuyewo, Adekemi (FHWA); Kristen Weston-Smith (AQD); mcdade10@macworx.pro; dmontgomery@ssband.com; dumurray@ssband.com; Julia Murray; shawnkelly@pbpnation.org; JosephRupnick@pbpnation.org; jonathanroberts@pbpnation.org; MichelleSimon@pbpnation.org; jennifer.westerholm@nashville.gov; debora.hall@indy.gov; sybil.brownfield@indy.gov; Mary Nicol; Connie Gonzalez; Chip Davis; Ryan.C.Kingston@mass.gov; Reynolds, Neisha; Steph Wagner; Daniella DiRubba; James.Clarkin@phl.org; Jessica.noon@phl.org; Tiandra Knight; Scarpino, Michael (Volpe); Nick Fortey
**Subject:** CFI Round 1B Welcome Webinar One
**When:** Wednesday, September 11, 2024 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon

This welcome webinar is the first in a two-part series for CFI Round 1B selected recipients and the FHWA POCs. The CFI Grant Program announced 51 selected recipients on August 27, 2024. This webinar will introduce the process to execute the grant agreement for the CFI Program. Please visit the CFI program website.

https://www.fhwa.dot.gov/environment/cfi/
https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/
https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/cfi-awardees-project-description-table_round_1b.pdf
https://www.fhwa.dot.gov/environment/cfi/resources/closed/

Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon

Meeting ID: 160 406 0503
Passcode: 910522

---

One tap mobile
+16692545252,,1604060503#,,,,*910522# US (San Jose)
+16469641167,,1604060503#,,,,*910522# US (US Spanish Line)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 646 828 7666 US (New York)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 160 406 0503
Passcode: 910522

Find your local number: https://usdot.zoomgov.com/u/adQh2vMxVy

---

Join by SIP
• 1604060503@sip.zoomgov.com

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 406 0503
Passcode: 910522



The United States Department of Transportation

Org help

_____

DOT-001035

**Event:** FW: CFI Round 1B Welcome Webinar One

**Start Date:** 2024-09-11 18:00:00 +0000

**End Date:** 2024-09-11 19:00:00 +0000

**Organizer:** Patel, Neelam (FHWA) <neelam.patel@dot.gov>

**Location:** https://usdot.zoomgov.com/j/1604060503?
pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon

**Class:** X-PERSONAL

**Date Created:** 2025-04-10 19:18:09 +0000

**Date Modified:** 2025-04-10 19:18:09 +0000

**Priority:** 5

**DTSTAMP:** 2024-09-06 15:21:01 +0000

**Attendee:** Culp, Michael (FHWA) <Michael.Culp@dot.gov>




-----Original Appointment-----
From: Patel, Neelam (FHWA)
Sent: Tuesday, August 27, 2024 2:38 PM
To: Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA);
Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA);
DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
Cc: Capri, Danny (FHWA); Townsend, Lotse (FHWA); Retzlaff, Bobbi (FHWA); Rai, Gaurav (FHWA);
Jorgenson, Curtis (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA);
Johnson, Antonio (FHWA); Michael.Morris@dot.gov <mailto:Michael.Morris@dot.gov> ; Davis,
Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie
(FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John
(FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica
(FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn
(FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron
(FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov
<mailto:veronica.feliciano@dot.gov> ; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley,
Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie
(FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA);
Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA);
Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis,
Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov <mailto:rfuente@bart.gov> ;
MMeaghe@bart.gov <mailto:MMeaghe@bart.gov> ; jimmy.odea@dot.ca.gov

<mailto:jimmy.odea@dot.ca.gov> ; buellt@wsdot.wa.gov <mailto:buellt@wsdot.wa.gov> ;
Mary.Brazell@odot.oregon.gov <mailto:Mary.Brazell@odot.oregon.gov> ;
ben.dealba@energy.ca.gov <mailto:ben.dealba@energy.ca.gov> ; mdavis@mwcog.org
<mailto:mdavis@mwcog.org> ; jking@mwcog.org <mailto:jking@mwcog.org> ;
rchristopher@mwcog.org <mailto:rchristopher@mwcog.org> ; KrisJohnston@semtribe.com
<mailto:KrisJohnston@semtribe.com> ; jtstacy@semtribe.com <mailto:jtstacy@semtribe.com> ;
Kimberly.Brown@miamidade.gov <mailto:Kimberly.Brown@miamidade.gov> ;
gomezp@miamidade.gov <mailto:gomezp@miamidade.gov> ; CFarley@atlantaga.gov
<mailto:CFarley@atlantaga.gov> ; JRSeydel@AtlantaGA.Gov <mailto:JRSeydel@AtlantaGA.Gov> ;
gboike@mg-rc.org <mailto:gboike@mg-rc.org> ; lmathis@mg-rc.org <mailto:lmathis@mg-rc.org> ;
Matt Garvin; melissa.ovalle@jeffparish.gov <mailto:melissa.ovalle@jeffparish.gov> ;
ikm@mdcleanenergy.org <mailto:ikm@mdcleanenergy.org> ; timothy.slusser@detroitmi.gov
<mailto:timothy.slusser@detroitmi.gov> ; dimitryb@detroitmi.gov
<mailto:dimitryb@detroitmi.gov> ; Kristin.Shaw@detroitmi.gov
<mailto:Kristin.Shaw@detroitmi.gov> ; Huttenlocherc@detroitmi.gov
<mailto:Huttenlocherc@detroitmi.gov> ; sbarr@a2gov.org <mailto:sbarr@a2gov.org> ;
mstults@a2gov.org <mailto:mstults@a2gov.org> ; khoenerhoff@a2gov.org
<mailto:khoenerhoff@a2gov.org> ; Diana.ChamanSalas@Hennepin.us
<mailto:Diana.ChamanSalas@Hennepin.us> ; mauricio.leonmendez@hennepin.us
<mailto:mauricio.leonmendez@hennepin.us> ; janet.mills@hennepin.us
<mailto:janet.mills@hennepin.us> ; bsmith@ucitymo.org <mailto:bsmith@ucitymo.org> ;
kcole@ucitymo.org <mailto:kcole@ucitymo.org> ; mcelaj@ucitymo.org
<mailto:mcelaj@ucitymo.org> ; gavetter@ncdot.gov <mailto:gavetter@ncdot.gov> ; Hildebrandt,
Heather J; Matthews, Marta T; bmignone@oneida-nation.org <mailto:bmignone@oneida-
nation.org> ; pcarmen@oneida-nation.org <mailto:pcarmen@oneida-nation.org> ;
kelly.hsieh@onenterprises.com <mailto:kelly.hsieh@onenterprises.com> ; support@sopec-
oh.gov <mailto:support@sopec-oh.gov> ; dvingris@sopec-oh.gov <mailto:dvingris@sopec-
oh.gov> ; lbabnik@sopec-oh.gov <mailto:lbabnik@sopec-oh.gov> ; nwestendorf@tualatin.gov
<mailto:nwestendorf@tualatin.gov> ; kristin.preston@cityofalbany.net
<mailto:kristin.preston@cityofalbany.net> ; Chris.Bailey@albanyoregon.gov
<mailto:Chris.Bailey@albanyoregon.gov> ; Jeff.Babbitt@albanyoregon.gov
<mailto:Jeff.Babbitt@albanyoregon.gov> ; amanda.burkhart@pittsburghpa.gov
<mailto:amanda.burkhart@pittsburghpa.gov> ; Andrew.shull@pittsburghpa.gov
<mailto:Andrew.shull@pittsburghpa.gov> ; estebbins-wheelock@burlingtonelectric.com
<mailto:estebbins-wheelock@burlingtonelectric.com> ; pnadeau@burlingtonelectric.com
<mailto:pnadeau@burlingtonelectric.com> ; Jennifer Green; cindys00@uw.edu
<mailto:cindys00@uw.edu> ; Nicole Sanderson; eshamb@milwaukee.gov
<mailto:eshamb@milwaukee.gov> ; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary;
kuntz.kathryn@countyofdane.com <mailto:kuntz.kathryn@countyofdane.com> ;
grants@countyofdane.com <mailto:grants@countyofdane.com> ; jgardner ozark.org;
Kimberly.Butler@Maricopa.gov <mailto:Kimberly.Butler@Maricopa.gov> ;
PHILIP.McNEELY@Maricopa.gov <mailto:PHILIP.McNEELY@Maricopa.gov> ;
David.Bruce@Maricopa.gov <mailto:David.Bruce@Maricopa.gov> ; dumurray@ssband.org
<mailto:dumurray@ssband.org> ; dkoupal@ssband.org <mailto:dkoupal@ssband.org> ;

rcuellar@ssband.org <mailto:rcuellar@ssband.org> ; liannaccone@isd.lacounty.gov
<mailto:liannaccone@isd.lacounty.gov> ; sean@fortindependence.com
<mailto:sean@fortindependence.com> ; sbrown@cityofdubuque.org
<mailto:sbrown@cityofdubuque.org> ; grant.davis cityofchicago.org;
morgan.mickelson@indy.gov <mailto:morgan.mickelson@indy.gov> ; mo.mcreynolds@indy.gov
<mailto:mo.mcreynolds@indy.gov> ; andrewfinzen@pbpnation.org
<mailto:andrewfinzen@pbpnation.org> ; Norma.Forgione@mass.gov
<mailto:Norma.Forgione@mass.gov> ; Sarah.j.white@mass.gov <mailto:Sarah.j.white@mass.gov>
; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us <mailto:elliott.mcfadden@state.mn.us>
; andy.savastino@kcmo.org <mailto:andy.savastino@kcmo.org> ; jason.waldron@kcmo.org
<mailto:jason.waldron@kcmo.org> ; david@metroenergy.org <mailto:david@metroenergy.org> ;
bryan.carter@kcmo.org <mailto:bryan.carter@kcmo.org> ; SUMMER.ALSTON@DURHAMNC.GOV
<mailto:SUMMER.ALSTON@DURHAMNC.GOV> ; jmcneil@sagesrst.com
<mailto:jmcneil@sagesrst.com> ; ysanghvi@dot.nyc.gov <mailto:ysanghvi@dot.nyc.gov> ;
bfiliatraut@morpc.org <mailto:bfiliatraut@morpc.org> ; robert.mccracken@cincinnati-oh.gov
<mailto:robert.mccracken@cincinnati-oh.gov> ; sself@choctawnation.com
<mailto:sself@choctawnation.com> ; brianna.baber@phila.gov
<mailto:brianna.baber@phila.gov> ; akshay.malik@phila.gov <mailto:akshay.malik@phila.gov> ;
lily.reynolds@phila.gov <mailto:lily.reynolds@phila.gov> ; dominic.mcgraw@phila.gov
<mailto:dominic.mcgraw@phila.gov> ; Michael.A.Carroll@Phila.gov
<mailto:Michael.A.Carroll@Phila.gov> ; loren.doyle@dot.ri.gov <mailto:loren.doyle@dot.ri.gov> ;
casey.hopkins@nashville.gov <mailto:casey.hopkins@nashville.gov> ;
thomas.pommier@houstontx.gov <mailto:thomas.pommier@houstontx.gov> ;
priya.zachariah@houstontx.gov <mailto:priya.zachariah@houstontx.gov> ; liana@livebrooks.com
<mailto:liana@livebrooks.com> ; cody.desautel@colvilletribes.com
<mailto:cody.desautel@colvilletribes.com> ; Matthew.Pleasants.PLN@colvilletribes.com
<mailto:Matthew.Pleasants.PLN@colvilletribes.com> ; billy.nicholson.act@colvilletribes.com
<mailto:billy.nicholson.act@colvilletribes.com> ; tanderson@jacksonwy.gov
<mailto:tanderson@jacksonwy.gov> ; alicia@ytcleancities.org <mailto:alicia@ytcleancities.org> ;
cfrei@tetoncountywy.gov <mailto:cfrei@tetoncountywy.gov> ; linda.bailey@ee.doe.gov
<mailto:linda.bailey@ee.doe.gov> ; Peel, Jeff (OST); Kuntz, Kathryn; Belk, Gretchen V; Giles, Carrie;
Simpson, Elizabeth; matthew.pleasants.adm@colvilletribes.com
<mailto:matthew.pleasants.adm@colvilletribes.com> ; Judy Hoanshelt; Bethune, Michael;
Samantha Bingham; Kathryn Thurston; Mindy Campbell; Michael Joslin (AQD); Lisa Mason; Sean
Wiedel; Trent R. Marlett; Joseph McNeil; Amy Gillespie; Quinta Warren; Buell, Tonia; Kelly Hsieh;
Michael Smith; Pachniak, Josh (FHWA); Kristi Beck (AQD); Anna Kelly; Jessica Stoll; Alex Miller;
Murphy, Melanie (FHWA); Frinell, Karin M (General Services); Elsaghir, Ava (General Services);
Verducci, John-Paul (DOT); Contreras, Gilberto (FHWA); Ademuyewo, Adekemi (FHWA); Kristen
Weston-Smith (AQD); mcdade10@macworx.pro <mailto:mcdade10@macworx.pro> ;
dmontgomery@ssband.com <mailto:dmontgomery@ssband.com> ; dumurray@ssband.com
<mailto:dumurray@ssband.com> ; Julia Murray; shawnkelly@pbpnation.org
<mailto:shawnkelly@pbpnation.org> ; JosephRupnick@pbpnation.org
<mailto:JosephRupnick@pbpnation.org> ; jonathanroberts@pbpnation.org
<mailto:jonathanroberts@pbpnation.org> ; MichelleSimon@pbpnation.org

<mailto:MichelleSimon@pbpnation.org> ; jennifer.westerholm@nashville.gov
<mailto:jennifer.westerholm@nashville.gov> ; debora.hall@indy.gov
<mailto:debora.hall@indy.gov> ; sybil.brownfield@indy.gov <mailto:sybil.brownfield@indy.gov> ;
Mary Nicol; Connie Gonzalez; Chip Davis; Ryan.C.Kingston@mass.gov
<mailto:Ryan.C.Kingston@mass.gov> ; Reynolds, Neisha; Steph Wagner; Daniella DiRubba;
James.Clarkin@phl.org <mailto:James.Clarkin@phl.org> ; Jessica.noon@phl.org
<mailto:Jessica.noon@phl.org> ; Tiandra Knight; Scarpino, Michael (Volpe); Nick Fortey
Subject: CFI Round 1B Welcome Webinar One
When: Wednesday, September 11, 2024 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US &
Canada).
Where: https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1604060503%3Fpwd%3DdSkWbG5IyjUVFB4zTm5
vFkLJBDqroP.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C85d63fa880
b8445c36c308dd71482c33%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C638791276
993023339%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMC
IsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=pRmdqGQfjo6
5opGrzMbwoLwBfXuLi0TzShJr1oEs17E%3D&reserved=0> &from=addon

This welcome webinar is the first in a two-part series for CFI Round 1B selected recipients and
the FHWA POCs.  The CFI Grant Program announced 51 selected recipients on August 27, 2024.
This webinar will introduce the process to execute the grant agreement for the CFI Program.
Please visit the CFI program website.

https://www.fhwa.dot.gov/environment/cfi/

https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/

https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/cfi-awardees-project-
description-table_round_1b.pdf

https://www.fhwa.dot.gov/environment/cfi/resources/closed/

Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1
<https://gcc02.safelinks.protection.outlook.com/?

url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1604060503%3Fpwd%3DdSkWbG5IyjUVFB4zTm5
vFkLJBDqroP.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C85d63fa880
b8445c36c308dd71482c33%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C638791276
993044539%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsllYiOiIwLjAuMDAwMC
IsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbClsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=zPdbLXI6VDay
TSnTm9vIF%2Fc4R6urHLswjR7RvVFWb0w%3D&reserved=0> &from=addon


Meeting ID: 160 406 0503
Passcode: 910522


---


One tap mobile
+16692545252,,1604060503#,,,,*910522# US (San Jose)
+16469641167,,1604060503#,,,,*910522# US (US Spanish Line)


---


Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 646 828 7666 US (New York)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 160 406 0503
Passcode: 910522


Find your local number: https://usdot.zoomgov.com/u/adQh2vMxVy
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fu%2FadQh2vMxVy&data=05%7C02%7CMichael.Culp%
40dot.gov%7C85d63fa880b8445c36c308dd71482c33%7Cc4cd245b44f04395a1aa3848d258f78b
%7C0%7C0%7C638791276993058599%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRy
dWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbClsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C
%7C&sdata=aFVZIiNvKJuapadbPbt6pTJY1m7oD9roF6PpuMktpcU%3D&reserved=0>


---


Join by SIP
• 1604060503@sip.zoomgov.com <mailto:1604060503@sip.zoomgov.com>


---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 406 0503
Passcode: 910522

<https://upload.wikimedia.org/wikipedia/commons/thumb/4/4f/Flag_of_the_United_States_Depa
rtment_of_Transportation.svg/320px-
Flag_of_the_United_States_Department_of_Transportation.svg.png>

The United States Department of Transportation

 <https://ocioclientcenter.dot.gov/esc> Org help

_____

**From:** "Patel, Neelam (FHWA)" <neelam.patel@dot.gov>
**To:** "Culp, Michael (FHWA)" <Michael.Culp@dot.gov>
**Subject:** FW: CFI Round 1B Welcome Webinar Two
**Date:** Tue, 1 Apr 2025 18:10:47 +0000
**Importance:** Normal
**Attachments:** unnamed

---

-----Original Appointment-----
**From:** Patel, Neelam (FHWA)
**Sent:** Tuesday, August 27, 2024 2:44 PM
**To:** Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA); Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA); DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
**Cc:** Capri, Danny (FHWA); Retzlaff, Bobbi (FHWA); Townsend, Lotse (FHWA); Jorgenson, Curtis (FHWA); Rai, Gaurav (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA); Johnson, Antonio (FHWA); Michael.Morris@dot.gov; Davis, Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie (FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John (FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica (FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn (FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron (FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley, Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie (FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA); Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA); Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis, Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov; MMeaghe@bart.gov; jimmy.odea@dot.ca.gov; buellt@wsdot.wa.gov; Mary.Brazell@odot.oregon.gov; ben.dealba@energy.ca.gov; mdavis@mwcog.org; jking@mwcog.org; rchristopher@mwcog.org; KrisJohnston@semtribe.com; jtstacy@semtribe.com; Kimberly.Brown@miamidade.gov; gomezp@miamidade.gov; CFarley@atlantaga.gov; JRSeydel@AtlantaGA.Gov; gboike@mg-rc.org; lmathis@mg-rc.org; Matt Garvin; melissa.ovalle@jeffparish.gov; ikm@mdcleanenergy.gov; timothy.slusser@detroitmi.gov; dimitryb@detroitmi.gov; Kristin.Shaw@detroitmi.gov; Huttenlocherc@detroitmi.gov; sbarr@a2gov.org; mstults@a2gov.org; khoenerhoff@a2gov.org; Diana.ChamanSalas@Hennepin.us; mauricio.leonmendez@hennepin.us; janet.mills@hennepin.us; bsmith@ucitymo.org; kcole@ucitymo.org; mcelaj@ucitymo.org; gavetter@ncdot.gov; Hildebrandt, Heather J; Matthews, Marta T; bmignone@oneida-nation.org; pcarmen@oneida-nation.org; kelly.hsieh@onenterprises.com; support@sopec-oh.gov; dvingris@sopec-oh.gov; lbabnik@sopec-oh.gov; nwestendorf@tualatin.gov; kristin.preston@cityofalbany.net; Chris.Bailey@albanyoregon.gov; Jeff.Babbitt@albanyoregon.gov; amanda.burkhart@pittsburghpa.gov; Andrew.shull@pittsburghpa.gov; estebbins-wheelock@burlingtonelectric.com; pnadeau@burlingtonelectric.com; Jennifer Green; cindys00@uw.edu; Nicole Sanderson; eshamb@milwaukee.gov; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary; kuntz.kathryn@countyofdane.com; grants@countyofdane.com; jgardner ozark.org; Kimberly.Butler@Maricopa.gov; PHILIP.McNEELY@Maricopa.gov; David.Bruce@Maricopa.gov; dumurray@ssband.org; dkoupal@ssband.org; rcuellar@ssband.org; liannaccone@isd.lacounty.gov; sean@fortindependence.com; sbrown@cityofdubuque.org; grant.davis cityofchicago.org; morgan.mickelson@indy.gov; mo.mcreynolds@indy.gov; andrewfinzen@pbpnation.org; Norma.Forgione@mass.gov; Sarah.j.white@mass.gov; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us; andy.savastino@kcmo.org; jason.waldron@kcmo.org; david@metroenergy.org; bryan.carter@kcmo.org; SUMMER.ALSTON@DURHAMNC.GOV; jmcneil@sagesrst.com; ysanghvi@dot.nyc.gov; bfiliatraut@morpc.org; robert.mccracken@cincinnati.gov; sself@choctawnation.com; brianna.baber@phila.gov; akshay.malik@phila.gov; lily.reynolds@phila.gov; dominic.mcgraw@phila.gov; Michael.A.Carroll@Phila.gov; loren.doyle@dot.ri.gov; casey.hopkins@nashville.gov; thomas.pommier@houstonx.gov; priya.zachariah@houstontx.gov; liana@livebrooks.com; cody.desautel@colvilletribes.com; Matthew.Pleasants.PLN@colvilletribes.com; billy.nicholson.act@colvilletribes.com; tanderson@jacksonwy.gov; alicia@ytcleancities.gov; cfrei@tetoncountywy.gov;

linda.bailey@ee.doe.gov; Peel, Jeff (OST); Giles, Carrie; Simpson, Elizabeth; matthew.pleasants.adm@colvilletribes.com; Kuntz, Kathryn; Marion, Flore; Bethune, Michael; Kathryn Thurston; Mindy Campbell; Michael Joslin (AQD); Millicent Chandler (AQD); Kristi Beck (AQD); Sean Wiedel; Trent R. Marlett; Joseph McNeil; Buell, Tonia; Kelly Hsieh; Reynolds, Neisha; Daniella DiRubba; Anna Kelly; Frinell, Karin M (General Services); Elsaghir, Ava (General Services); Verducci, John-Paul (DOT); Kristen Weston-Smith (AQD); Jessica Stoll; Steph Wagner; Jason Hanusey; Brett Lawson; Matthew Stephens-Rich; Cherreen Gegenheimer; Ademuyewo, Adekemi (FHWA); Contreras, Gilberto (FHWA); Smoot-Madison, Betty; Chandra Farley; Quinta Warren; Peck, Spencer; Cho Heide; Cotter, Pamela (DOT); Amy Gillespie; Lawlor, Jill; Bopp, Kaylyn; Vaziri, Omid@DOT; Nick Fortey; Miriam Cherayil; Darin Girdler
**Subject:** CFI Round 1B Welcome Webinar Two
**When:** Thursday, September 19, 2024 1:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon


This is the second welcome webinar in a two-part series for CFI Round 1B selected recipients and the FHWA POCs.  The CFI Grant Program announced 51 selected recipients on August 27, 2024.  This webinar will introduce the grant agreement template for the Round 1B CFI Program selected recipients.  Please visit the CFI Round 1 FY 2022 and 2023 Grant Resources website.

https://www.fhwa.dot.gov/environment/cfi/resources/closed/


Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon

Meeting ID: 160 756 3076
Passcode: 594740

---

One tap mobile
+16692545252,,1607563076#,,,,*594740# US (San Jose)
+16468287666,,1607563076#,,,,*594740# US (New York)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)

Meeting ID: 160 756 3076
Passcode: 594740

Find your local number: https://usdot.zoomgov.com/u/aeCJiNuH1V

---

Join by SIP
• 1607563076@sip.zoomgov.com

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 756 3076
Passcode: 594740



The United States Department of Transportation

Org help

_____

**Event:** FW: CFI Round 1B Welcome Webinar Two

**Start Date:** 2024-09-19 17:00:00 +0000

**End Date:** 2024-09-19 18:30:00 +0000

**Organizer:** Patel, Neelam (FHWA) <neelam.patel@dot.gov>

**Location:** https://usdot.zoomgov.com/j/1607563076?
pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon

**Class:** X-PERSONAL

**Date Created:** 2025-04-10 19:17:49 +0000

**Date Modified:** 2025-04-10 19:17:49 +0000

**Priority:** 5

**DTSTAMP:** 2024-09-06 15:21:24 +0000

**Attendee:** Culp, Michael (FHWA) <Michael.Culp@dot.gov>


-----Original Appointment-----
From: Patel, Neelam (FHWA)
Sent: Tuesday, August 27, 2024 2:44 PM
To: Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA); Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA); DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
Cc: Capri, Danny (FHWA); Retzlaff, Bobbi (FHWA); Townsend, Lotse (FHWA); Jorgenson, Curtis (FHWA); Rai, Gaurav (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA); Johnson, Antonio (FHWA); Michael.Morris@dot.gov <mailto:Michael.Morris@dot.gov> ; Davis, Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie (FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John (FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica (FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn (FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron (FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov <mailto:veronica.feliciano@dot.gov> ; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley, Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie (FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA); Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA); Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis, Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov <mailto:rfuente@bart.gov> ; MMeaghe@bart.gov <mailto:MMeaghe@bart.gov> ; jimmy.odea@dot.ca.gov

<mailto:jimmy.odea@dot.ca.gov> ; buellt@wsdot.wa.gov <mailto:buellt@wsdot.wa.gov> ;
Mary.Brazell@odot.oregon.gov <mailto:Mary.Brazell@odot.oregon.gov> ;
ben.dealba@energy.ca.gov <mailto:ben.dealba@energy.ca.gov> ; mdavis@mwcog.org
<mailto:mdavis@mwcog.org> ; jking@mwcog.org <mailto:jking@mwcog.org> ;
rchristopher@mwcog.org <mailto:rchristopher@mwcog.org> ; KrisJohnston@semtribe.com
<mailto:KrisJohnston@semtribe.com> ; jtstacy@semtribe.com <mailto:jtstacy@semtribe.com> ;
Kimberly.Brown@miamidade.gov <mailto:Kimberly.Brown@miamidade.gov> ;
gomezp@miamidade.gov <mailto:gomezp@miamidade.gov> ; CFarley@atlantaga.gov
<mailto:CFarley@atlantaga.gov> ; JRSeydel@AtlantaGA.Gov <mailto:JRSeydel@AtlantaGA.Gov> ;
gboike@mg-rc.org <mailto:gboike@mg-rc.org> ; lmathis@mg-rc.org <mailto:lmathis@mg-rc.org> ;
Matt Garvin; melissa.ovalle@jeffparish.gov <mailto:melissa.ovalle@jeffparish.gov> ;
ikm@mdcleanenergy.org <mailto:ikm@mdcleanenergy.org> ; timothy.slusser@detroitmi.gov
<mailto:timothy.slusser@detroitmi.gov> ; dimitryb@detroitmi.gov
<mailto:dimitryb@detroitmi.gov> ; Kristin.Shaw@detroitmi.gov
<mailto:Kristin.Shaw@detroitmi.gov> ; Huttenlocherc@detroitmi.gov
<mailto:Huttenlocherc@detroitmi.gov> ; sbarr@a2gov.org <mailto:sbarr@a2gov.org> ;
mstults@a2gov.org <mailto:mstults@a2gov.org> ; khoenerhoff@a2gov.org
<mailto:khoenerhoff@a2gov.org> ; Diana.ChamanSalas@Hennepin.us
<mailto:Diana.ChamanSalas@Hennepin.us> ; mauricio.leonmendez@hennepin.us
<mailto:mauricio.leonmendez@hennepin.us> ; janet.mills@hennepin.us
<mailto:janet.mills@hennepin.us> ; bsmith@ucitymo.org <mailto:bsmith@ucitymo.org> ;
kcole@ucitymo.org <mailto:kcole@ucitymo.org> ; mcelaj@ucitymo.org
<mailto:mcelaj@ucitymo.org> ; gavetter@ncdot.gov <mailto:gavetter@ncdot.gov> ; Hildebrandt,
Heather J; Matthews, Marta T; bmignone@oneida-nation.org <mailto:bmignone@oneida-
nation.org> ; pcarmen@oneida-nation.org <mailto:pcarmen@oneida-nation.org> ;
kelly.hsieh@onenterprises.com <mailto:kelly.hsieh@onenterprises.com> ; support@sopec-
oh.gov <mailto:support@sopec-oh.gov> ; dvingris@sopec-oh.gov <mailto:dvingris@sopec-
oh.gov> ; lbabnik@sopec-oh.gov <mailto:lbabnik@sopec-oh.gov> ; nwestendorf@tualatin.gov
<mailto:nwestendorf@tualatin.gov> ; kristin.preston@cityofalbany.net
<mailto:kristin.preston@cityofalbany.net> ; Chris.Bailey@albanyoregon.gov
<mailto:Chris.Bailey@albanyoregon.gov> ; Jeff.Babbitt@albanyoregon.gov
<mailto:Jeff.Babbitt@albanyoregon.gov> ; amanda.burkhart@pittsburghpa.gov
<mailto:amanda.burkhart@pittsburghpa.gov> ; Andrew.shull@pittsburghpa.gov
<mailto:Andrew.shull@pittsburghpa.gov> ; estebbins-wheelock@burlingtonelectric.com
<mailto:estebbins-wheelock@burlingtonelectric.com> ; pnadeau@burlingtonelectric.com
<mailto:pnadeau@burlingtonelectric.com> ; Jennifer Green; cindys00@uw.edu
<mailto:cindys00@uw.edu> ; Nicole Sanderson; eshamb@milwaukee.gov
<mailto:eshamb@milwaukee.gov> ; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary;
kuntz.kathryn@countyofdane.com <mailto:kuntz.kathryn@countyofdane.com> ;
grants@countyofdane.com <mailto:grants@countyofdane.com> ; jgardner ozark.org;
Kimberly.Butler@Maricopa.gov <mailto:Kimberly.Butler@Maricopa.gov> ;
PHILIP.McNEELY@Maricopa.gov <mailto:PHILIP.McNEELY@Maricopa.gov> ;
David.Bruce@Maricopa.gov <mailto:David.Bruce@Maricopa.gov> ; dumurray@ssband.org
<mailto:dumurray@ssband.org> ; dkoupal@ssband.org <mailto:dkoupal@ssband.org> ;

rcuellar@ssband.org <mailto:rcuellar@ssband.org> ; liannaccone@isd.lacounty.gov
<mailto:liannaccone@isd.lacounty.gov> ; sean@fortindependence.com
<mailto:sean@fortindependence.com> ; sbrown@cityofdubuque.org
<mailto:sbrown@cityofdubuque.org> ; grant.davis cityofchicago.org;
morgan.mickelson@indy.gov <mailto:morgan.mickelson@indy.gov> ; mo.mcreynolds@indy.gov
<mailto:mo.mcreynolds@indy.gov> ; andrewfinzen@pbpnation.org
<mailto:andrewfinzen@pbpnation.org> ; Norma.Forgione@mass.gov
<mailto:Norma.Forgione@mass.gov> ; Sarah.j.white@mass.gov <mailto:Sarah.j.white@mass.gov>
; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us <mailto:elliott.mcfadden@state.mn.us>
; andy.savastino@kcmo.org <mailto:andy.savastino@kcmo.org> ; jason.waldron@kcmo.org
<mailto:jason.waldron@kcmo.org> ; david@metroenergy.org <mailto:david@metroenergy.org> ;
bryan.carter@kcmo.org <mailto:bryan.carter@kcmo.org> ; SUMMER.ALSTON@DURHAMNC.GOV
<mailto:SUMMER.ALSTON@DURHAMNC.GOV> ; jmcneil@sagesrst.com
<mailto:jmcneil@sagesrst.com> ; ysanghvi@dot.nyc.gov <mailto:ysanghvi@dot.nyc.gov> ;
bfiliatraut@morpc.org <mailto:bfiliatraut@morpc.org> ; robert.mccracken@cincinnati-oh.gov
<mailto:robert.mccracken@cincinnati-oh.gov> ; sself@choctawnation.com
<mailto:sself@choctawnation.com> ; brianna.baber@phila.gov
<mailto:brianna.baber@phila.gov> ; akshay.malik@phila.gov <mailto:akshay.malik@phila.gov> ;
lily.reynolds@phila.gov <mailto:lily.reynolds@phila.gov> ; dominic.mcgraw@phila.gov
<mailto:dominic.mcgraw@phila.gov> ; Michael.A.Carroll@Phila.gov
<mailto:Michael.A.Carroll@Phila.gov> ; loren.doyle@dot.ri.gov <mailto:loren.doyle@dot.ri.gov> ;
casey.hopkins@nashville.gov <mailto:casey.hopkins@nashville.gov> ;
thomas.pommier@houstontx.gov <mailto:thomas.pommier@houstontx.gov> ;
priya.zachariah@houstontx.gov <mailto:priya.zachariah@houstontx.gov> ; liana@livebrooks.com
<mailto:liana@livebrooks.com> ; cody.desautel@colvilletribes.com
<mailto:cody.desautel@colvilletribes.com> ; Matthew.Pleasants.PLN@colvilletribes.com
<mailto:Matthew.Pleasants.PLN@colvilletribes.com> ; billy.nicholson.act@colvilletribes.com
<mailto:billy.nicholson.act@colvilletribes.com> ; tanderson@jacksonwy.gov
<mailto:tanderson@jacksonwy.gov> ; alicia@ytcleancities.org <mailto:alicia@ytcleancities.org> ;
cfrei@tetoncountywy.gov <mailto:cfrei@tetoncountywy.gov> ; linda.bailey@ee.doe.gov
<mailto:linda.bailey@ee.doe.gov> ; Peel, Jeff (OST); Giles, Carrie; Simpson, Elizabeth;
matthew.pleasants.adm@colvilletribes.com <mailto:matthew.pleasants.adm@colvilletribes.com>
; Kuntz, Kathryn; Marion, Flore; Bethune, Michael; Kathryn Thurston; Mindy Campbell; Michael
Joslin (AQD); Millicent Chandler (AQD); Kristi Beck (AQD); Sean Wiedel; Trent R. Marlett; Joseph
McNeil; Buell, Tonia; Kelly Hsieh; Reynolds, Neisha; Daniella DiRubba; Anna Kelly; Frinell, Karin M
(General Services); Elsaghir, Ava (General Services); Verducci, John-Paul (DOT); Kristen Weston-
Smith (AQD); Jessica Stoll; Steph Wagner; Jason Hanusey; Brett Lawson; Matthew Stephens-Rich;
Cherreen Gegenheimer; Ademuyewo, Adekemi (FHWA); Contreras, Gilberto (FHWA); Smoot-
Madison, Betty; Chandra Farley; Quinta Warren; Peck, Spencer; Cho Heide; Cotter, Pamela (DOT);
Amy Gillespie; Lawlor, Jill; Bopp, Kaylyn; Vaziri, Omid@DOT; Nick Fortey; Miriam Cherayil; Darin
Girdler
Subject: CFI Round 1B Welcome Webinar Two
When: Thursday, September 19, 2024 1:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
Where: https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1

<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1607563076%3Fpwd%3DZXJoECPZK7JNkTJiytnSN
OxVfBI2sQ.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C20877ff51197
4d17e1cd08dd7148876e%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C63879127851
8203188%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkOnRydWUsllYiOiIwLjAuMDAwMCIsll
AiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=Q9%2BQuDek6px
faJxBFpJqh4s6ZVMt3PWFlVcMbTd1e1c%3D&reserved=0> &from=addon

This is the second welcome webinar in a two-part series for CFI Round 1B selected recipients and the FHWA POCs.  The CFI Grant Program announced 51 selected recipients on August 27, 2024. This webinar will introduce the grant agreement template for the Round 1B CFI Program selected recipients.  Please visit the CFI Round 1 FY 2022 and 2023 Grant Resources website.

https://www.fhwa.dot.gov/environment/cfi/resources/closed/

Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1607563076%3Fpwd%3DZXJoECPZK7JNkTJiytnSN
OxVfBI2sQ.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C20877ff51197
4d17e1cd08dd7148876e%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C63879127851
8221085%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkOnRydWUsllYiOiIwLjAuMDAwMCIsll
AiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=JiGMj7Eqmp%2Bz
chF4Gbr2FCVnOvt2MTSWNzGBUU8oWvI%3D&reserved=0> &from=addon

Meeting ID: 160 756 3076
Passcode: 594740

---

One tap mobile
+16692545252,,1607563076#,,,,*594740# US (San Jose)
+16468287666,,1607563076#,,,,*594740# US (New York)

---

DOT-001048

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)

Meeting ID: 160 756 3076
Passcode: 594740

Find your local number: https://usdot.zoomgov.com/u/aeCJiNuH1V
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fu%2FaeCJiNuH1V&data=05%7C02%7CMichael.Culp%4
0dot.gov%7C20877ff511974d17e1cd08dd7148876e%7Cc4cd245b44f04395a1aa3848d258f78b%7
C0%7C0%7C638791278518233855%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydW
UsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7
C&sdata=r37YW44AN4FRXfRUgky05T2sxNLkswSFl7z8C%2Bct0Qg%3D&reserved=0>

---

Join by SIP
• 1607563076@sip.zoomgov.com <mailto:1607563076@sip.zoomgov.com>

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 756 3076
Passcode: 594740

<https://upload.wikimedia.org/wikipedia/commons/thumb/4/4f/Flag_of_the_United_States_Depa
rtment_of_Transportation.svg/320px-
Flag_of_the_United_States_Department_of_Transportation.svg.png>

The United States Department of Transportation

 <https://ocioclientcenter.dot.gov/esc> Org help

_____

DOT-001050

**From:** "Price, Anna (FHWA)" <anna.price@dot.gov>
**To:** "Murray, Mary (FHWA)" <mary.murray@dot.gov>, "Patel, Neelam (FHWA)" <neelam.patel@dot.gov>
**Subject:** FW: Burlington Electric Department CFI grant
**Date:** Tue, 11 Mar 2025 15:16:12 +0000
**Importance:** Normal
**Inline-Images:** image001.gif; image002.gif

---

**From:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Sent:** Tuesday, March 11, 2025 11:11 AM
**To:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

Emily,

Thank you for following up for further explanation. You are correct, OMB Memo M-25-14 rescinded M-25-13. The cancellation of the memo does not hold precedence over the President's Executive Order Unleashing American Energy – The White House. I would advise reading the EO and specifically review Sec. 2 (e) :

*"(e)  to eliminate the "electric vehicle (EV) mandate" and promote true consumer choice, which is essential for economic growth and innovation, by removing regulatory barriers to motor vehicle access; by ensuring a level regulatory playing field for consumer choice in vehicles; by terminating, where appropriate, state emissions waivers that function to limit sales of gasoline-powered automobiles; and by considering the elimination of unfair subsidies and other ill-conceived government-imposed market distortions that favor EVs over other technologies and effectively mandate their purchase by individuals, private businesses, and government entities alike by rendering other types of vehicles unaffordable;"*

FHWA leadership is working with the new Administration for further guidance on how to proceed. Until we receive further guidance from the White House our operating status all discretionary grant actions is on pause. I have not received any further guidance. If anything changes, I will contact your FHWA POC.

I appreciate your patience during this change in Administration.

Best,
Kenan

---

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Thursday, March 6, 2025 7:45 AM
**To:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Kenan,

Thank you for writing back to me. I was aware of OMB Memo M-25-13. I am also aware of OMB Memo M-25-14, which rescinded OMB Memo M-25-13 on January 29, 2025. Therefore, I am confused by your statement that you have not received any new guidance.

Can you please advise or explain?

Thank you,
Emily

**From:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Sent:** Friday, February 28, 2025 11:48 AM
**To:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **Warning:** This email is from a source outside BED.
> Check the Following: ✓ **Name** ✓ **Subject** ✓ **Links** ✓ **Attachments** ✓ **Grammar** ✓ **Tone**
> **Do you know this sender?**

Hi Emily,

As you may be aware, OMB Memo M-25-13 directs agencies to, "temporarily pause all activities related to obligation or disbursement of all Federal financial assistance, and other relevant agency activities that may be implicated by the executive orders." CFI grant and all discretionary grant operations are currently on pause. I have not received any new guidance.

Best,

_____

**Kenan Hall**
Agreement Specialist, HCFA-43
Office of Assistance Agreements
Office of Acquisition and Grants Management
Federal Highway Administration | USDOT
(202) 366-1533

*Please take a moment to complete our brief customer survey available here. Your response is anonymous and will help us assess the quality of our support to your program.*

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Thursday, February 13, 2025 2:28 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>; Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Kenan and Anna,

I wanted to follow up again on the status of FHWA HQ's review of our draft grant agreement. Do you have any updates?

Thanks,
Emily

---

**From:** Emily Stebbins-Wheelock
**Sent:** Wednesday, January 22, 2025 1:19 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>; Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>;
LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

Good afternoon, Kenan and Anna,

I am writing to let you know that our VT FHWA division office has granted NEPA approval for our project. I believe this means that 100% of funds (phase 1 and phase 2) can now be obligated.

Please let me know if there is any update on the status of FHWA HQ's review of our draft grant agreement.

Thanks,
Emily

---

**From:** Price, Anna (FHWA) <anna.price@dot.gov>
**Sent:** Friday, January 10, 2025 4:53 PM
**To:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>; LeBlanc, Jacqueline (FHWA)
<jacqueline.leblanc@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; Hall,
Kenan (FHWA) <kenan.hall@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **Warning:** This email is from a source outside BED.
> Check the Following: ✓ Name ✓ Subject ✓ Links ✓ Attachments ✓ Grammar ✓ Tone
> **Do you know this sender?**

Hi Emily-

Thank you for the update.  I am including Kenan Hall, our contract specialist, on this email.
We received numerous grant agreements last month and as a result, Kenan has been working hard to get through all of them.

Since this is a phased grant agreement – I am hoping you will hear from us soon!

Thanks again for reaching out.

Have a great weekend.

Anna

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Friday, January 10, 2025 4:20 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>
**Subject:** Burlington Electric Department CFI grant

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Anna and Jacqui,

I wanted to provide a couple of updates on our CFI agreement:

- The Burlington City Attorney's Office has completed its review and authorized us to execute the agreement whenever FHWA is ready.
- Liz Shipley from the State Office and I have met this week re NEPA review and are making good progress on the checklist; aiming to submit for review by next week.

Is there any update on the status of FHWA HQ's review of our draft grant agreement?

Thank you,
Emily



**Emily Stebbins-Wheelock (she/her)**
CFO and Manager of Strategy & Innovation

estebbins-wheelock@burlingtonelectric.com
802-865-7466 (direct)
802-578-5640 (cell)

burlingtonelectric.com
Burlington, Vermont



**From:** "Price, Anna (FHWA)" <anna.price@dot.gov>
**To:** "Patel, Neelam (FHWA)" <neelam.patel@dot.gov>, "Murray, Mary (FHWA)" <mary.murray@dot.gov>
**Subject:** FW: Burlington Electric Department CFI grant
**Date:** Wed, 12 Mar 2025 13:32:02 +0000
**Importance:** Normal
**Inline-Images:** image001.gif; image002.gif

---

FYI

---

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Tuesday, March 11, 2025 5:48 PM
**To:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thanks, Kenan,

Yes, I understand that our agreement has not been signed/awarded yet, but my understanding of the court order(s) is that they "appl[y] to future assistance (not just current or existing awards or obligations)," "prohibit all categorical pauses or freezes in <u>obligations</u> or disbursements," and direct agencies to immediately ending any federal funding pause and restore withheld funds, including federal funds appropriated in the IRA and IIJA. This would seem to encompass program funds that have been appropriated by Congress but have not yet been obligated/awarded.

I sincerely appreciate the chance to communicate about this with you and your requesting additional clarity on our behalf.

Thanks again,
Emily

---

**From:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Sent:** Tuesday, March 11, 2025 5:34 PM
**To:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **Warning:** This email is from a source outside BED.
> Check the Following: ✓ Name ✓ Subject ✓ Links ✓ Attachments ✓ Grammar ✓ Tone
> **Do you know this sender?**

Hi Emily,

Thank you for pointing out the information below. Please note, the subject has not been awarded. It was selected for an award.

Again, I appreciate your patience. I completely understand the confusion. I will personally take your concern to leadership to ask for additional clarity.

Kenan

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Tuesday, March 11, 2025 5:15 PM
**To:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Kenan,

I apologize for the additional email. I recently re-reviewed the notice regarding federal funding that we were provided by Treasury on February 3, 2025 and wanted to provide further information.

While we understand that there have been Executive Orders issued halting federal funding under the IRA and IIJA, these efforts have been:

1. Successfully challenged in court and, until further notice, can no longer be applied.  Judge McConnell clarified in a new order that the Administration "must immediately end any federal funding pause during the pendency of the TRO [temporary restraining order]" - including Inflation Reduction Act and Infrastructure Investment Jobs Act funding.  In addition, the order makes it clear that the Administration has to immediately take "any administrative, operational, or technical" steps necessary to reinstate funding, given the fact that their actions have thus far clearly been in violation of the court's temporary restraining order.
2. In a notice provided to agencies on February 2, 2025, Treasury interpreted this order to mean that: "federal agencies cannot pause, freeze, impede, block, cancel, or terminate any awards or obligations on the basis of the OMB memo, or on the basis of the President's recently issued Executive Orders." This prohibition is to be applied to "all awards and obligations…and also applies to future assistance (not just current or existing awards or obligations)" (Emphasis added).
3. We received the attached Notice on February 3, 2025 which confirms that your agency must comply with the terms of the order.

Pausing administrative or operational work on the Charging & Fueling Infrastructure grant program is in direct violation of the January 31, 2025 temporary restraining order and will cause harm to the Burlington, VT municipal electric ratepayers that we serve.

For these reasons, we are requesting that, pursuant to the court's order, FHWA immediately resume review of our draft CFI grant agreement and either sign it or provide feedback to us on requested changes. If you are unable to resume review, we request a clear response by email explaining the legal reasons that FHWA has to delay awards of federally authorized funding.

Thank you again for your assistance and for all of the hard work you are doing to implement the law.

Best,
Emily

**From:** Emily Stebbins-Wheelock
**Sent:** Tuesday, March 11, 2025 1:25 PM
**To:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>;
LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

Hi Kenan,

Thank you for that clarification. We look forward to hearing from you or our FHWA POC once you are able to share
further information.

Best,
Emily

---

**From:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Sent:** Tuesday, March 11, 2025 11:11 AM
**To:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>; Price, Anna (FHWA)
<anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>;
LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **Warning:** This email is from a source outside BED.
> Check the Following: ✓ **Name** ✓ **Subject** ✓ **Links** ✓ **Attachments** ✓ **Grammar** ✓ **Tone**
> **Do you know this sender?**

Emily,

Thank you for following up for further explanation. You are correct, OMB Memo M-25-14 rescinded M-25-13. The
cancellation of the memo does not hold precedence over the President's Executive Order Unleashing American Energy
– The White House. I would advise reading the EO and specifically review Sec. 2 (e) :

*"(e)  to eliminate the "electric vehicle (EV) mandate" and promote true consumer choice, which is essential for economic
growth and innovation, by removing regulatory barriers to motor vehicle access; by ensuring a level regulatory playing
field for consumer choice in vehicles; by terminating, where appropriate, state emissions waivers that function to limit
sales of gasoline-powered automobiles; and by considering the elimination of unfair subsidies and other ill-conceived
government-imposed market distortions that favor EVs over other technologies and effectively mandate their purchase
by individuals, private businesses, and government entities alike by rendering other types of vehicles unaffordable;"*

FHWA leadership is working with the new Administration for further guidance on how to proceed. Until we receive
further guidance from the White House our operating status all discretionary grant actions is on pause. I have not
received any further guidance. If anything changes, I will contact your FHWA POC.

I appreciate your patience during this change in Administration.

Best,
Kenan

---

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Thursday, March 6, 2025 7:45 AM
**To:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>;

LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Kenan,

Thank you for writing back to me. I was aware of OMB Memo M-25-13. I am also aware of OMB Memo M-25-14, which rescinded OMB Memo M-25-13 on January 29, 2025. Therefore, I am confused by your statement that you have not received any new guidance.

Can you please advise or explain?

Thank you,
Emily

**From:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Sent:** Friday, February 28, 2025 11:48 AM
**To:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

**Warning:** This email is from a source outside BED.
Check the Following: ✓ Name ✓ Subject ✓ Links ✓ Attachments ✓ Grammar ✓ Tone
**Do you know this sender?**

Hi Emily,

As you may be aware, OMB Memo M-25-13 directs agencies to, "temporarily pause all activities related to obligation or disbursement of all Federal financial assistance, and other relevant agency activities that may be implicated by the executive orders." CFI grant and all discretionary grant operations are currently on pause. I have not received any new guidance.

Best,

_____
**Kenan Hall**
Agreement Specialist, HCFA-43
Office of Assistance Agreements
Office of Acquisition and Grants Management
Federal Highway Administration | USDOT
(202) 366-1533

*Please take a moment to complete our brief customer survey available here. Your response is anonymous and will help us assess the quality of our support to your program.*

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Thursday, February 13, 2025 2:28 PM

**To:** Price, Anna (FHWA) <anna.price@dot.gov>; Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>;
LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Kenan and Anna,

I wanted to follow up again on the status of FHWA HQ's review of our draft grant agreement. Do you have any updates?

Thanks,
Emily

---

**From:** Emily Stebbins-Wheelock
**Sent:** Wednesday, January 22, 2025 1:19 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>; Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>;
LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

Good afternoon, Kenan and Anna,

I am writing to let you know that our VT FHWA division office has granted NEPA approval for our project. I believe this means that 100% of funds (phase 1 and phase 2) can now be obligated.

Please let me know if there is any update on the status of FHWA HQ's review of our draft grant agreement.

Thanks,
Emily

---

**From:** Price, Anna (FHWA) <anna.price@dot.gov>
**Sent:** Friday, January 10, 2025 4:53 PM
**To:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>; LeBlanc, Jacqueline (FHWA)
<jacqueline.leblanc@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; Hall,
Kenan (FHWA) <kenan.hall@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

**Warning:** This email is from a source outside BED.
Check the Following: ✓ Name ✓ Subject ✓ Links ✓ Attachments ✓ Grammar ✓ Tone
**Do you know this sender?**

Hi Emily-

Thank you for the update. I am including Kenan Hall, our contract specialist, on this email.
We received numerous grant agreements last month and as a result, Kenan has been working hard to get through all of them.

Since this is a phased grant agreement – I am hoping you will hear from us soon!

Thanks again for reaching out.

Have a great weekend.

Anna

---

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Friday, January 10, 2025 4:20 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>
**Subject:** Burlington Electric Department CFI grant

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Anna and Jacqui,

I wanted to provide a couple of updates on our CFI agreement:

- The Burlington City Attorney's Office has completed its review and authorized us to execute the agreement whenever FHWA is ready.
- Liz Shipley from the State Office and I have met this week re NEPA review and are making good progress on the checklist; aiming to submit for review by next week.

Is there any update on the status of FHWA HQ's review of our draft grant agreement?

Thank you,
Emily



**Emily Stebbins-Wheelock (she/her)**
CFO and Manager of Strategy & Innovation

estebbins-wheelock@burlingtonelectric.com
802-865-7466 (direct)
802-578-5640 (cell)

burlingtonelectric.com
Burlington, Vermont



DOT-001060

**From:** "Murray, Mary (FHWA)" <mary.murray@dot.gov>
**To:** "Culp, Michael (FHWA)" <Michael.Culp@dot.gov>
**Subject:** FW: Burlington Electric Department CFI grant
**Date:** Thu, 13 Mar 2025 14:13:20 -0000
**Importance:** Normal
**Inline-Images:** image001.gif; image002.gif

---

FYSA

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Tuesday, March 11, 2025 5:48 PM
**To:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>;
LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thanks, Kenan,

Yes, I understand that our agreement has not been signed/awarded yet, but my understanding of the court order(s) is that they "appl[y] to future assistance (not just current or existing awards or obligations)," "prohibit all categorical pauses or freezes in <u>obligations</u> or disbursements," and direct agencies to immediately ending any federal funding pause and restore withheld funds, including federal funds appropriated in the IRA and IIJA. This would seem to encompass program funds that have been appropriated by Congress but have not yet been obligated/awarded.

I sincerely appreciate the chance to communicate about this with you and your requesting additional clarity on our behalf.

Thanks again,
Emily

**From:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Sent:** Tuesday, March 11, 2025 5:34 PM
**To:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>;
LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

**Warning:** This email is from a source outside BED.
Check the Following: ✓ Name ✓ Subject ✓ Links ✓ Attachments ✓ Grammar ✓ Tone
**Do you know this sender?**

Hi Emily,

Thank you for pointing out the information below. Please note, the subject has not been awarded. It was selected for an award.

Again, I appreciate your patience. I completely understand the confusion. I will personally take your concern to leadership to ask for additional clarity.

Kenan

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Tuesday, March 11, 2025 5:15 PM
**To:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

<span style="background-color:red;color:white">**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.</span>

Kenan,

I apologize for the additional email. I recently re-reviewed the notice regarding federal funding that we were provided by Treasury on February 3, 2025 and wanted to provide further information.

While we understand that there have been Executive Orders issued halting federal funding under the IRA and IIJA, these efforts have been:

1. Successfully challenged in court and, until further notice, can no longer be applied. Judge McConnell clarified in a new order that the Administration "must immediately end any federal funding pause during the pendency of the TRO [temporary restraining order]" - including Inflation Reduction Act and Infrastructure Investment Jobs Act funding. In addition, the order makes it clear that the Administration has to immediately take "any administrative, operational, or technical" steps necessary to reinstate funding, given the fact that their actions have thus far clearly been in violation of the court's temporary restraining order.
2. In a notice provided to agencies on February 2, 2025, Treasury interpreted this order to mean that: "federal agencies cannot pause, freeze, impede, block, cancel, or terminate any awards or obligations on the basis of the OMB memo, or on the basis of the President's recently issued Executive Orders." This prohibition is to be applied to "all awards and obligations…and also applies to future assistance (not just current or existing awards or obligations)" (Emphasis added).
3. We received the attached Notice on February 3, 2025 which confirms that your agency must comply with the terms of the order.

Pausing administrative or operational work on the Charging & Fueling Infrastructure grant program is in direct violation of the January 31, 2025 temporary restraining order and will cause harm to the Burlington, VT municipal electric ratepayers that we serve.

For these reasons, we are requesting that, pursuant to the court's order, FHWA immediately resume review of our draft CFI grant agreement and either sign it or provide feedback to us on requested changes. If you are unable to resume review, we request a clear response by email explaining the legal reasons that FHWA has to delay awards of federally authorized funding.

Thank you again for your assistance and for all of the hard work you are doing to implement the law.

Best,
Emily

DOT-001062

**From:** Emily Stebbins-Wheelock
**Sent:** Tuesday, March 11, 2025 1:25 PM
**To:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

Hi Kenan,

Thank you for that clarification. We look forward to hearing from you or our FHWA POC once you are able to share further information.

Best,
Emily

---

**From:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Sent:** Tuesday, March 11, 2025 11:11 AM
**To:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **Warning:** This email is from a source outside BED.
> Check the Following: ✓ **Name** ✓ **Subject** ✓ **Links** ✓ **Attachments** ✓ **Grammar** ✓ **Tone**
> **Do you know this sender?**

Emily,

Thank you for following up for further explanation. You are correct, OMB Memo M-25-14 rescinded M-25-13. The cancellation of the memo does not hold precedence over the President's Executive Order Unleashing American Energy – The White House. I would advise reading the EO and specifically review Sec. 2 (e) :

*"(e) to eliminate the "electric vehicle (EV) mandate" and promote true consumer choice, which is essential for economic growth and innovation, by removing regulatory barriers to motor vehicle access; by ensuring a level regulatory playing field for consumer choice in vehicles; by terminating, where appropriate, state emissions waivers that function to limit sales of gasoline-powered automobiles; and by considering the elimination of unfair subsidies and other ill-conceived government-imposed market distortions that favor EVs over other technologies and effectively mandate their purchase by individuals, private businesses, and government entities alike by rendering other types of vehicles unaffordable;"*

FHWA leadership is working with the new Administration for further guidance on how to proceed. Until we receive further guidance from the White House our operating status all discretionary grant actions is on pause. I have not received any further guidance. If anything changes, I will contact your FHWA POC.

I appreciate your patience during this change in Administration.

Best,
Kenan

---

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Thursday, March 6, 2025 7:45 AM
**To:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>;

LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Kenan,

Thank you for writing back to me. I was aware of OMB Memo M-25-13. I am also aware of OMB Memo M-25-14, which rescinded OMB Memo M-25-13 on January 29, 2025. Therefore, I am confused by your statement that you have not received any new guidance.

Can you please advise or explain?

Thank you,
Emily

---

**From:** Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Sent:** Friday, February 28, 2025 11:48 AM
**To:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>; Price, Anna (FHWA) <anna.price@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

> **Warning:** This email is from a source outside BED.
> Check the Following: ✓ Name ✓ Subject ✓ Links ✓ Attachments ✓ Grammar ✓ Tone
> **Do you know this sender?**

Hi Emily,

As you may be aware, OMB Memo M-25-13 directs agencies to, "temporarily pause all activities related to obligation or disbursement of all Federal financial assistance, and other relevant agency activities that may be implicated by the executive orders." CFI grant and all discretionary grant operations are currently on pause. I have not received any new guidance.

Best,

_____
**Kenan Hall**
Agreement Specialist, HCFA-43
Office of Assistance Agreements
Office of Acquisition and Grants Management
Federal Highway Administration | USDOT
(202) 366-1533

*Please take a moment to complete our brief customer survey available here. Your response is anonymous and will help us assess the quality of our support to your program.*

---

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Thursday, February 13, 2025 2:28 PM

**To:** Price, Anna (FHWA) <anna.price@dot.gov>; Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>;
LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Kenan and Anna,

I wanted to follow up again on the status of FHWA HQ's review of our draft grant agreement. Do you have any updates?

Thanks,
Emily

---

**From:** Emily Stebbins-Wheelock
**Sent:** Wednesday, January 22, 2025 1:19 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>; Hall, Kenan (FHWA) <kenan.hall@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>;
LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

Good afternoon, Kenan and Anna,

I am writing to let you know that our VT FHWA division office has granted NEPA approval for our project. I believe this means that 100% of funds (phase 1 and phase 2) can now be obligated.

Please let me know if there is any update on the status of FHWA HQ's review of our draft grant agreement.

Thanks,
Emily

---

**From:** Price, Anna (FHWA) <anna.price@dot.gov>
**Sent:** Friday, January 10, 2025 4:53 PM
**To:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>; LeBlanc, Jacqueline (FHWA)
<jacqueline.leblanc@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>; Hall,
Kenan (FHWA) <kenan.hall@dot.gov>
**Subject:** RE: Burlington Electric Department CFI grant

**Warning:** This email is from a source outside BED.
Check the Following: ✓ Name ✓ Subject ✓ Links ✓ Attachments ✓ Grammar ✓ Tone
**Do you know this sender?**

Hi Emily-

Thank you for the update.  I am including Kenan Hall, our contract specialist, on this email.
We received numerous grant agreements last month and as a result, Kenan has been working hard to get through all of them.

Since this is a phased grant agreement – I am hoping you will hear from us soon!

Thanks again for reaching out.

Have a great weekend.

Anna

---

**From:** Emily Stebbins-Wheelock <EStebbins-Wheelock@burlingtonelectric.com>
**Sent:** Friday, January 10, 2025 4:20 PM
**To:** Price, Anna (FHWA) <anna.price@dot.gov>; LeBlanc, Jacqueline (FHWA) <jacqueline.leblanc@dot.gov>
**Cc:** Wellborn, Larkin (FHWA) <Larkin.Wellborn@dot.gov>; Shipley, Elizabeth (FHWA) <elizabeth.shipley@dot.gov>
**Subject:** Burlington Electric Department CFI grant

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Anna and Jacqui,

I wanted to provide a couple of updates on our CFI agreement:

- The Burlington City Attorney's Office has completed its review and authorized us to execute the agreement whenever FHWA is ready.
- Liz Shipley from the State Office and I have met this week re NEPA review and are making good progress on the checklist; aiming to submit for review by next week.

Is there any update on the status of FHWA HQ's review of our draft grant agreement?

Thank you,
Emily



**Emily Stebbins-Wheelock (she/her)**
CFO and Manager of Strategy & Innovation

estebbins-wheelock@burlingtonelectric.com
802-865-7466 (direct)
802-578-5640 (cell)

burlingtonelectric.com
Burlington, Vermont



**From:** "Murphy, Melanie (FHWA)" <melanie.murphy@dot.gov>
**To:** "Santalla, Sean (FHWA)" <sean.santalla@dot.gov>, "DeLeon, Gilberto (FHWA)"
<gilberto.deleon@dot.gov>
**Subject:** FW: CFI Grant Agreement
**Date:** Tue, 21 Jan 2025 22:27:52 +0000
**Importance:** Normal
**Inline-Images:** image001.gif

---

FYI- Received the below question on the "Unleashing American Energy" EO.

Melanie Murphy, AICP | Transportation Planning Specialist
Federal Highway Administration–TN Division
404 BNA Drive, Suite 508
Nashville, TN 37217
O: 615-781-5767 | C: 615-476-1302
Melanie.Murphy@dot.gov

---

**From:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Sent:** Tuesday, January 21, 2025 4:22 PM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy,
Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Chambers, Tesha (NDOT)
<Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links
> or open attachments unless you recognize the sender and know the content is safe.

Amos and Melanie,

Can FHWA provide context and direction on this executive order https://www.whitehouse.gov/presidential-
actions/2025/01/unleashing-american-energy/. Specifically section 7.

Thank you,

**Casey Hopkins|Policy Manager**
Nashville Dept. of Transportation & Multimodal Infrastructure

---

**From:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Sent:** Wednesday, January 15, 2025 9:04 AM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT)
<Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when
opening any attachments or links from external sources.

Good morning Melisa,

Thanks and hope your week is going well too. I'm glad the snow event wasn't as bad as predicted, though we did cancel the DC trip from the expectation.

I submitted the grant agreement for our HQ to review so you're all set for now. I'll let you know if we need anything else or when we hear back on their review/approval.

Thank you,

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Wednesday, January 15, 2025 8:43 AM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Amos & Melanie,

I hope you both are having a nice week so far. I wanted to check in with you two and make sure there isn't anything else we need to update or provide for the grant agreement.

Thank you for your time and help!

*Best,*
Melisa Hayes, MS, EIT
**melisa.hayes@nashville.gov**   *desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Hayes, Melisa (NDOT)
**Sent:** Wednesday, January 8, 2025 9:14 AM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Good morning Amos,

Please see attached for that change in Schedule E. I also updated Schedule A, #4: Recipient Key Personnel. We have decided to remove Karin Frinell from Metro General Services (DGS) because it has been decided that NDOT will be taking over the grant and non-federal funding fully. Please let us know if you have any questions or see anything else I may have missed.

*Thank you,*
Melisa Hayes, MS, EIT

*melisa.hayes@nashville.gov*   *desk: 615-862-5056   cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

**From:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Sent:** Wednesday, January 8, 2025 9:08 AM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT)
<Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when
opening any attachments or links from external sources.

Hey Melisa,

Can you change the wording in schedule E? It says there's one change, but the table shows more than one.

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Tuesday, January 7, 2025 11:53 AM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT)
<Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links
or open attachments unless you recognize the sender and know the content is safe.

Good morning Amos and Melanie,

Thank you for getting back to us quickly with your comments. We have gone through those comments and updated the
agreement accordingly, see attached. Please let us know if we addressed everything correctly and if we are good to
submit the document to our council for approval. I believe we also need you to fill in #'s 1, 10, 11, 14, and 17 (name
typed in).

Thank you again for your time and help!

*Best,*
Melisa Hayes, MS, EIT
*melisa.hayes@nashville.gov*   *desk: 615-862-5056   cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

**From:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Sent:** Monday, January 6, 2025 3:31 PM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT)

<Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Melisa,

See attached with comments. I got the special milestones part wrong, the phases have already been identified with Schedule D in terms of obligations, there's no need to have special milestones. As the instructions said, most will go with alternative 1. Thanks for asking, it was a tad confusing.

If you have any questions let us know, thanks!

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Pulley, Amos (FHWA)
**Sent:** Monday, January 6, 2025 1:31 PM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Happy New Year Melisa!

I can't believe it's already 2025 honestly. We're almost done with comments on the agreement. I think I will be able to send them by tomorrow.

I may be unavailable later this week and most of next. Supposed to be going to DC this Thursday through next Thursday. May end up cancelling the trip due to the potential winter weather coming in which case I'll just have to plan another trip ha.

I did want to let you know that Connie Hill from the CFI team retired at the end of the year. I haven't heard who her replacement is yet but just wanted to let you know.

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Monday, January 6, 2025 1:08 PM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Happy New Year Amos & Melanie!

I hope you are both doing well and had a wonderful holiday! Now that the holidays are over, I thought I would follow up on our grant agreement. Let us know if you have come across anything that needs to be adjusted. We are hoping to submit the agreement for our council approval next Thursday.

We appreciate your time and help; have nice rest of your Monday!

*Best,*
Melisa Hayes, MS, EIT
*melisa.hayes@nashville.gov    desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Hayes, Melisa (NDOT)
**Sent:** Tuesday, December 31, 2024 2:06 PM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Good afternoon Amos and Melanie,

I hope you both have been having a happy holiday so far! Please see attached for our finished grant agreement for your full review. Please let us know if there are any issues with the agreement or discrepancies you come across. We are working to get our Metro council approval by January 20th, so we're doing our best to work through this soon.

Thank you for your time and help and have a nice New Year!!

*Best,*
Melisa Hayes (Hancock), MS, EIT
*melisa.hayes@nashville.gov    desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Sent:** Friday, December 20, 2024 3:47 PM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Melisa,

I got some info back on the questions about the grant agreement.

1. Period of performance – This is up to the applicant to select, there is not a federal upper limit. The recipient should use whatever period of time is needed to construct their project, but keep in mind there is a five-year

reporting requirement in Schedule G of the grant agreement after each charging station is operational. While there is an obligation deadline for funds, the funds do not expire. They are available until the project is complete, but must be obligated by the deadline.

2. Funds Obligation in phases - NEPA would have to be completed and approved before funds for construction or other activities that require NEPA approval can be obligated, this would be required in order to obligate all funds on the front end of the project instead of doing it in phases of preconstruction and construction.

3. Fulton campus site - Not having 24/7 access is not an issue as long as it is accessible to the public for use as frequently as the business operating hours are of the site host.

4. Changes from original application - Schedule E of the grant agreement should be used to document any new locations, changes in locations, charger types. In making location changes, the recipient should be careful not to reduce the number of chargers in disadvantaged communities.

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Tuesday, December 17, 2024 9:00 AM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Amos,

I hope you've been doing well! I wanted to follow up with you to see if you had any updates for us regarding our grant agreement. I appreciate your time and help.

Have a nice rest of your week!

*Best,*
Melisa Hayes (Hancock), MS, EIT
**melisa.hayes@nashville.gov**  *desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Hayes, Melisa (NDOT)
**Sent:** Friday, December 6, 2024 12:46 PM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Good afternoon Amos and Melanie,

Amos, thank you for meeting with us this morning to answer some of the questions we had about the agreement. I have attached our draft grant contract which has comments/questions within it. We also have a question regarding the 24/7 access to the charging stations: Our Fulton Plaza site is normally closed at dusk, and most weekends – due to the sensitivity of the site. The notes on the charge include the rational for keeping this site. Could we get a waiver from FHWA for this site?

Let us know if you see any major concerns with our agreement so far. I'm happy to schedule a follow-up call as needed.

*Thank you,*
Melisa Hayes (Hancock), MS, EIT
**melisa.hayes@nashville.gov**  *desk: 615-862-5056   cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>
**Sent:** Friday, December 6, 2024 9:54 AM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Melisa and Casey,

Thank you for working on this and coordinating today's meeting.

I have reviewed the application budget for the DGS sites, and we have one new location that we are proposing: Police--Madison Precinct. This is a new location that has come online since we submitted our application.

We have a question about the requirement for 24/7 access to the chargers; our Fulton Plaza site is normally closed at dusk, and most weekends – due to the sensitivity of the site. The notes on the charge include the rational for keeping this site. Could we get a waiver from FHWA for this site?

We have 5 sites that were on the original application for only L2 chargers and based on the public occupancy usage of these sites, it has been suggested that we examine DCFC at these sites in combination or instead of the current Level 2 request.

To find these changes in the agreement you can look at the 8th column and if it says "YES" it is the new site; the "Maybe" is for a change in the type of charger, not a change of site.

Finally, we have 6 sites that are going to require some engineering before we can proceed and have a minimum of 5 that will need a transformer added to the site to support this new infrastructure.

DGS understands that the requested/suggested changes at these locations does not increase the grant award amount but could potentially be added value to the overall project outcome.

Please let me know if you have any other questions or need any other data.

Respectfully,

Karin
METRO - GENERAL SERVICES DEPARTMENT
Karin Frinell  |  Grants Manager
Contracts & Grants Email: GSCG@nashville.gov (preferred)
Karin.Frinell@Nashville.gov  |  Cell:  501.295.1341 (preferred)

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Friday, December 6, 2024 8:35 AM
**To:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT)

<Casey.Hopkins@nashville.gov>
**Subject:** CFI Grant Agreement

Good morning,

Karin, could you let us know when you confirm the site changes and if there is or isn't an increased number of proposed chargers? If there is an increased number, I think we could note what that is in the scope change section.

I think that is the only thing we need to do prior to sending Amos the draft agreement. Let me know if we need to discuss further before sending it off.

*Thank you,*
**Melisa Hayes** (Hancock)**, MS, E.I.T.**
*720 South Fifth Street, Nashville, TN 37206*
*melisa.hayes@nashville.gov*  *desk: 615-862-5056    cell: 615-642-4350*

>>>>>>>




**From:** "Murphy, Melanie (FHWA)" <melanie.murphy@dot.gov>
**To:** "Santalla, Sean (FHWA)" <sean.santalla@dot.gov>, "DeLeon, Gilberto (FHWA)" <gilberto.deleon@dot.gov>
**Subject:** FW: CFI Grant Agreement
**Date:** Tue, 21 Jan 2025 22:27:52 -0000
**Importance:** Normal
**Inline-Images:** image001.gif

---

FYI- Received the below question on the "Unleashing American Energy" EO.

Melanie Murphy, AICP | Transportation Planning Specialist
Federal Highway Administration–TN Division
404 BNA Drive, Suite 508
Nashville, TN 37217
O: 615-781-5767 | C: 615-476-1302
Melanie.Murphy@dot.gov

---

**From:** Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Sent:** Tuesday, January 21, 2025 4:22 PM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Amos and Melanie,

Can FHWA provide context and direction on this executive order https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/. Specifically section 7.

Thank you,

**Casey Hopkins|Policy Manager**
Nashville Dept. of Transportation & Multimodal Infrastructure

---

**From:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Sent:** Wednesday, January 15, 2025 9:04 AM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**Attention:** This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Good morning Melisa,

Thanks and hope your week is going well too. I'm glad the snow event wasn't as bad as predicted, though we did cancel the DC trip from the expectation.

I submitted the grant agreement for our HQ to review so you're all set for now. I'll let you know if we need anything else or when we hear back on their review/approval.

Thank you,

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Wednesday, January 15, 2025 8:43 AM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Amos & Melanie,

I hope you both are having a nice week so far. I wanted to check in with you two and make sure there isn't anything else we need to update or provide for the grant agreement.

Thank you for your time and help!

*Best,*
Melisa Hayes, MS, EIT
***melisa.hayes@nashville.gov***   *desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Hayes, Melisa (NDOT)
**Sent:** Wednesday, January 8, 2025 9:14 AM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Good morning Amos,

Please see attached for that change in Schedule E. I also updated Schedule A, #4: Recipient Key Personnel. We have decided to remove Karin Frinell from Metro General Services (DGS) because it has been decided that NDOT will be taking over the grant and non-federal funding fully. Please let us know if you have any questions or see anything else I may have missed.

*Thank you,*
Melisa Hayes, MS, EIT

*melisa.hayes@nashville.gov*   *desk: 615-862-5056   cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Sent:** Wednesday, January 8, 2025 9:08 AM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Hey Melisa,

Can you change the wording in schedule E? It says there's one change, but the table shows more than one.

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Tuesday, January 7, 2025 11:53 AM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Amos and Melanie,

Thank you for getting back to us quickly with your comments. We have gone through those comments and updated the agreement accordingly, see attached. Please let us know if we addressed everything correctly and if we are good to submit the document to our council for approval. I believe we also need you to fill in #'s 1, 10, 11, 14, and 17 (name typed in).

Thank you again for your time and help!

*Best,*
Melisa Hayes, MS, EIT
*melisa.hayes@nashville.gov*   *desk: 615-862-5056   cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Sent:** Monday, January 6, 2025 3:31 PM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT)

<Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Melisa,

See attached with comments. I got the special milestones part wrong, the phases have already been identified with Schedule D in terms of obligations, there's no need to have special milestones. As the instructions said, most will go with alternative 1. Thanks for asking, it was a tad confusing.

If you have any questions let us know, thanks!

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Pulley, Amos (FHWA)
**Sent:** Monday, January 6, 2025 1:31 PM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Happy New Year Melisa!

I can't believe it's already 2025 honestly. We're almost done with comments on the agreement. I think I will be able to send them by tomorrow.

I may be unavailable later this week and most of next. Supposed to be going to DC this Thursday through next Thursday. May end up cancelling the trip due to the potential winter weather coming in which case I'll just have to plan another trip ha.

I did want to let you know that Connie Hill from the CFI team retired at the end of the year. I haven't heard who her replacement is yet but just wanted to let you know.

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Monday, January 6, 2025 1:08 PM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

DOT-001078

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Happy New Year Amos & Melanie!

I hope you are both doing well and had a wonderful holiday! Now that the holidays are over, I thought I would follow up on our grant agreement. Let us know if you have come across anything that needs to be adjusted. We are hoping to submit the agreement for our council approval next Thursday.

We appreciate your time and help; have nice rest of your Monday!

*Best,*
Melisa Hayes, MS, EIT
*melisa.hayes@nashville.gov    desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Hayes, Melisa (NDOT)
**Sent:** Tuesday, December 31, 2024 2:06 PM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Good afternoon Amos and Melanie,

I hope you both have been having a happy holiday so far! Please see attached for our finished grant agreement for your full review. Please let us know if there are any issues with the agreement or discrepancies you come across. We are working to get our Metro council approval by January 20th, so we're doing our best to work through this soon.

Thank you for your time and help and have a nice New Year!!

*Best,*
Melisa Hayes (Hancock), MS, EIT
*melisa.hayes@nashville.gov    desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Sent:** Friday, December 20, 2024 3:47 PM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Melisa,

I got some info back on the questions about the grant agreement.

1. Period of performance – This is up to the applicant to select, there is not a federal upper limit. The recipient should use whatever period of time is needed to construct their project, but keep in mind there is a five-year

reporting requirement in Schedule G of the grant agreement after each charging station is operational. While there is an obligation deadline for funds, the funds do not expire. They are available until the project is complete, but must be obligated by the deadline.

2. Funds Obligation in phases - NEPA would have to be completed and approved before funds for construction or other activities that require NEPA approval can be obligated, this would be required in order to obligate all funds on the front end of the project instead of doing it in phases of preconstruction and construction.

3. Fulton campus site - Not having 24/7 access is not an issue as long as it is accessible to the public for use as frequently as the business operating hours are of the site host.

4. Changes from original application - Schedule E of the grant agreement should be used to document any new locations, changes in locations, charger types. In making location changes, the recipient should be careful not to reduce the number of chargers in disadvantaged communities.

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Tuesday, December 17, 2024 9:00 AM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Amos,

I hope you've been doing well! I wanted to follow up with you to see if you had any updates for us regarding our grant agreement. I appreciate your time and help.

Have a nice rest of your week!

*Best,*
Melisa Hayes (Hancock), MS, EIT
**melisa.hayes@nashville.gov**  *desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Hayes, Melisa (NDOT)
**Sent:** Friday, December 6, 2024 12:46 PM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Good afternoon Amos and Melanie,

Amos, thank you for meeting with us this morning to answer some of the questions we had about the agreement. I have attached our draft grant contract which has comments/questions within it. We also have a question regarding the 24/7 access to the charging stations: Our Fulton Plaza site is normally closed at dusk, and most weekends – due to the sensitivity of the site.   The notes on the charge include the rational for keeping this site.  Could we get a waiver from FHWA for this site?

Let us know if you see any major concerns with our agreement so far. I'm happy to schedule a follow-up call as needed.

*Thank you,*
Melisa Hayes (Hancock), MS, EIT
**_melisa.hayes@nashville.gov_**  *desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>
**Sent:** Friday, December 6, 2024 9:54 AM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Melisa and Casey,

Thank you for working on this and coordinating today's meeting.

I have reviewed the application budget for the DGS sites, and we have one new location that we are proposing: Police--Madison Precinct.  This is a new location that has come online since we submitted our application.

We have a question about the requirement for 24/7 access to the chargers; our Fulton Plaza site is normally closed at dusk, and most weekends – due to the sensitivity of the site.   The notes on the charge include the rational for keeping this site.  Could we get a waiver from FHWA for this site?

We have 5 sites that were on the original application for only L2 chargers and based on the public occupancy usage of these sites, it has been suggested that we examine DCFC at these sites in combination or instead of the current Level 2 request.

To find these changes in the agreement you can look at the 8th column and if it says "YES" it is the new site; the "Maybe" is for a change in the type of charger, not a change of site.

Finally, we have 6 sites that are going to require some engineering before we can proceed and have a minimum of 5 that will need a transformer added to the site to support this new infrastructure.

DGS understands that the requested/suggested changes at these locations does not increase the grant award amount but could potentially be added value to the overall project outcome.

Please let me know if you have any other questions or need any other data.

Respectfully,

Karin
METRO - GENERAL SERVICES DEPARTMENT
Karin Frinell  |  Grants Manager
Contracts & Grants Email: GSCG@nashville.gov (preferred)
Karin.Frinell@Nashville.gov  |  Cell:  501.295.1341 (preferred)

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Friday, December 6, 2024 8:35 AM
**To:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT)

<Casey.Hopkins@nashville.gov>
**Subject:** CFI Grant Agreement

Good morning,

Karin, could you let us know when you confirm the site changes and if there is or isn't an increased number of proposed chargers? If there is an increased number, I think we could note what that is in the scope change section.

I think that is the only thing we need to do prior to sending Amos the draft agreement. Let me know if we need to discuss further before sending it off.

*Thank you,*
**Melisa Hayes** (Hancock)**, MS, E.I.T.**
*720 South Fifth Street, Nashville, TN 37206*
*melisa.hayes@nashville.gov   desk: 615-862-5056   cell: 615-642-4350*

>>>>>>>>





**From:** Leah Thill <lthill@macog.com>
**To:** Erica Tait <Erica.tait@dot.gov>
**Subject:** Re: CFI Grant Agreement Amendment Request
**Date:** Wed, 8 Jan 2025 11:38:11 -0500
**Importance:** Normal
**Attachments:** MACOG_CFI__Non_State_DOT_Grant_Amend_12.23.2024.docx
**Inline-Images:** image.png

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Apologies, in reviewing the amendment request I noticed a typo in the request fo the change in schedule. My intent was to push back the Level 2 completion by one quarter to March 2026, not to move it up! Please see attached file with the correction.

Hope you had a restful and healthy holiday season.

| Milestone | Application | Agreement |
|---|---|---|
| Level 2 – Phase I Substantial Completion | 03/31/2025 | 12/31/2025 |
| Level 3 EVSE – Award Contract(s) for Installation | 03/31/2025 | 09/30/2024 |
| Level 3 EVSE - Planned Construction Substantial Completion and Open to Traffic Date: | 09/30/2026 | 06/30/2027 |

**Budget:** There are no other notable changes to the budget.

**Other:** There are no other notable changes from the application.

12 of 21

On Mon, Dec 23, 2024 at 3:42 PM Leah Thill <lthill@macog.com> wrote:
> Good afternoon,
>
> I'm attaching the requested modifications to MACOG's CFI grant agreement, and for information purposes the tabulation of sites with addresses and additional context.
>
> Let me know if you have any questions when you review in the New Year.
>
> Thanks!
>
> --
> **Leah Thill**
> *Director of Sustainability*
> *She/Her*

**Michiana Area Council of Governments**
227 W. Jefferson Boulevard
11th Floor County-City Building
South Bend, IN 46601

*www.macog.com*
P: 574.914.0777
lthill@macog.com
Follow MACOG on Facebook


--
**Leah Thill**
*Director of Sustainability*
*She/Her*

**Michiana Area Council of Governments**
227 W. Jefferson Boulevard
11th Floor County-City Building
South Bend, IN 46601

*www.macog.com*
P: 574.914.0777
lthill@macog.com
Follow MACOG on Facebook

DOT-001084

**From:** "Jensen, Gary (FHWA)" <Gary.Jensen@dot.gov>
**To:** "Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>
**Subject:** FW: CFI Round 2 Problematic Awards - Gross Misappropriation of Taxpayer Funds - Many Viable Round 2 Applications Slighted
**Date:** Thu, 30 Jan 2025 13:12:09 -0000
**Importance:** Normal
**Inline-Images:** image001[19].png

---

FYI

Gary A. Jensen
Director, Office of Natural Environment
Federal Highway Administration
202-366-2048
Gary.Jensen@dot.gov

---

**From:** Culp, Michael (FHWA) <Michael.Culp@dot.gov>
**Sent:** Thursday, January 30, 2025 8:09 AM
**To:** Jensen, Gary (FHWA) <Gary.Jensen@dot.gov>
**Subject:** FW: CFI Round 2 Problematic Awards - Gross Misappropriation of Taxpayer Funds - Many Viable Round 2 Applications Slighted

Fyi

**From:** Jeff W. Smith <jwsmith@trueupside.com>
**Sent:** Thursday, January 30, 2025 7:57 AM
**To:** Patel, Neelam (FHWA) <neelam.patel@dot.gov>; Culp, Michael (FHWA) <Michael.Culp@dot.gov>; CFIgrants <CFIgrants@dot.gov>; Bezio, Brian (FHWA) <Brian.Bezio@dot.gov>
**Subject:** Re: CFI Round 2 Problematic Awards - Gross Misappropriation of Taxpayer Funds - Many Viable Round 2 Applications Slighted

Some people who received this message don't often get email from jwsmith@trueupside.com. Learn why this is important
**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

https://www.meritalk.com/articles/omb-folds-on-program-funding-freeze/

U.S. District Judge Loren AliKhan ordered the Trump administration to not block "open awards" until at least Feb. 3, noting that her temporary ruling was intended to "maintain the status quo," and doesn't prevent the administration from freezing funding to new programs or restarting funding to programs that have already ended.

The funding freeze sparked outcry from legislators and legal experts who called **the move unconstitutional** and said that the action overstepped the president's authority to override congressionally passed appropriations, which is considered unlawful under the Impoundment Control Act of 1974.

Team,

This means that you have a chance to do the right thing now and make awards that are actually fiscally responsible if you move quickly. Our lobbyist firm is hearing that more and more of these Executive Orders will be repealed soon especially for Congressionally passed appropriations like CFI.

I am still hopeful that you will grant me the professional courtesy of a meeting in the near term.

Thanks.

**Jefferson W. Smith**
**True Upside Consulting, LLC**



**(703) 332-9123**

---

**From:** Jeff W. Smith <jwsmith@trueupside.com>
**Date:** Saturday, January 25, 2025 at 3:45 PM
**To:** neelam.patel@dot.gov <neelam.patel@dot.gov>, michael.culp@dot.gov <michael.culp@dot.gov>, CFIgrants@dot.gov <CFIgrants@dot.gov>, Brian.bezio@dot.gov <Brian.bezio@dot.gov>
**Subject:** Re: CFI Round 2 Problematic Awards - Gross Misappropriation of Taxpayer Funds - Many Viable Round 2 Applications Slighted

Team,

I would appreciate a response to the e-mail below and a time we can have a meeting to discuss this further. To reiterate, I know of at least three of our clients who had applications that were exponentially lower in per port in costs, wildly compliant with the CFI requirements, and offered in some cases 1,000's of incremental public charging ports for 80% less than multiple problematic other initial Round 2 awards. This makes no sense to me or the market. It will not make any sense to OMB or any other Government oversite organization with this new administration in place.

I have not seen any notice to take corrective action to date and it is beyond unacceptable for further Round 2 compliant and compelling applications to not be awarded in short order.

I will make myself available for any time that works for this group next week.

**Jefferson W. Smith**
**True Upside Consulting, LLC**



**(703) 332-9123**

---

**From:** Jeff W. Smith <jwsmith@trueupside.com>
**Date:** Tuesday, January 14, 2025 at 2:26 PM
**To:** neelam.patel@dot.gov <neelam.patel@dot.gov>, michael.culp@dot.gov <michael.culp@dot.gov>, CFIgrants@dot.gov <CFIgrants@dot.gov>, Brian.bezio@dot.gov <Brian.bezio@dot.gov>
**Subject:** CFI Round 2 Problematic Awards - Gross Misappropriation of Taxpayer Funds - Many Viable Round 2 Applications Slighted

CFI Team and Leadership,

Please carefully review the attached document and the comments inserted in blue.

We are Subject Matter Experts (SMEs) on the CFI program and the EV Charging Market. We successfully supported clients with awarded Round 1 and Round 1B CFI applications. We have responded to numerous RFPs from Round 1B applicants who won the Round 1B applications without a private sector sub-recipient where the winning applicants are now seeking private sector partners. Bottom line, we understand the CFI requirements innately, and we know what fair market per port costs are by charger type and level. This knowledge makes us more than qualified for the comments and observations made from Round 2 and attached.

We recommend that the overtly irresponsible awards be rescinded and that those funds are brought back into the CFI program office and actually awarded to applicants that had market reasonable pricing with large numbers of charging ports being activated/deployed with those funds. As stated prior, we know of at least three applicants that fit this award profile for Round 2. Either additional Round 2 or Round 2B awards should be quickly made in the near term to additional compliant applicants to ensure that CFI monies are spent on its actual charters and goals versus wasted on poor award choices with nominal sustainability returns.

Our analysis shows that 11 Round 2 awards (AZ, CA-NV, CA-Sacramento, CA-Dessert Oasis, Broward-Clean Energy, City of Gainesville, Illinois (this is an absurdly made award as well with a serious misappropriation of funds), NH, OK-Cherokee Nation, TN-State of Texas, WA-Northwest) have been granted with beyond egregious overall costs with very limited information provided on how these misappropriation of funds would be allocated, meaning their application could not have been compliant for awards. There are at least other 11 Round 2 awards made at absurdly high rates above market reasonable averages per port and that there were at least 4 non-compliant applications awarded versus the CFI requirements based on information provided in the Project Description. At least 5 applicants are non-compliant to the CFI grant requirements based on  information verbatim shared in the project description. We also noted where numerous clean awards were made at fair market values and with the meaningful proliferation ports per the CFI charter.

We know of at least three applications that were fully compliant to the CFI Round 2 requirements who submitted applications well below fair market value per port installed, who had aggressive private sector funding above the 20% minimum, and gave the Government significant proliferation of ports in high impact areas and corridors. We are confident that there are probably dozens of other applications that were in line with market average costs per port installed and likely gave 1,000s of additional ports proliferated versus the current awards made in accordance with the charter of this program. Knowing this makes the awards made with egregious per port charges/costs and conveyed very limited proliferation of ports even more unacceptable. This definitely means that the funds awarded also could have been **FAR MORE IMPACTFUL** in reducing greenhouse gases. **Corrective action must be taken swiftly.**

We have multiple FOIA requests going out this week to further support our assertions. We are prepared to go to DOGE, OIG, OMB, and to our Congressional Caucuses of our clients if we do not see swift corrective actions on these awards that are consistent with the favorable awards we noted in our attached document.

I am happy to meet with you in person this week to discuss this with you in person. I can defend everything have asserted tactically in order to drive your warranted corrective actions in short order.

We appreciate very much the responsible awards that were made on this Round.

Hoping to meet you in person to get this fixed here in short order.

**Jefferson W. Smith**
**True Upside Consulting, LLC**



**(703) 332-9123**

DOT-001088

**From:** "Murray, Mary (FHWA)" <mary.murray@dot.gov>
**To:** "Culp, Michael (FHWA)" <Michael.Culp@dot.gov>
**Subject:** Fw: On Hold: Funding Amendment to CFI community grant to NCT COG
**Date:** Wed, 29 Jan 2025 01:22:11 -0000
**Importance:** Normal

---

**From:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Sent:** Tuesday, January 28, 2025 6:01:15 PM
**To:** Lori Clark <LClark@nctcog.org>; Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Cc:** Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** RE: On Hold: Funding Amendment to CFI community grant to NCT COG

Yes you may continue to incur costs on the original Phase 1 funding. This Hold covers only the Amdt 1 Phase 2 funding.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience. Please take a moment to complete our brief customer survey available* here*. Your response is anonymous and will help us assess the quality of our support to your program*

---

**From:** Lori Clark <LClark@nctcog.org>
**Sent:** Tuesday, January 28, 2025 5:26 PM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Cc:** Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** RE: On Hold: Funding Amendment to CFI community grant to NCT COG

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Sorry for another message, but when you provide additional guidance we'd like to understand if we can still incur costs on the original Phase 1 funding obligation.

--------------------------------------------------
Lori Pampell Clark (she/her)
lclark@nctcog.org    817-695-9232
Senior Program Manager, Clean Fleet & Energy Programs, Transportation Department
North Central Texas Council of Governments (NCTCOG) www.nctcog.org
@nctcogtrans NCTCOG Transportation: Overview | LinkedIn
DFW Clean Cities Director www.dfwcleancities.org
DFW Clean Cities on LinkedIn: www.linkedin.com/showcase/dfwcleancities/

**From:** Lori Clark
**Sent:** Tuesday, January 28, 2025 4:24 PM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <ebeckham@nctcog.org>
**Cc:** Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** RE: On Hold: Funding Amendment to CFI community grant to NCT COG

Received. We look forward to the additional guidance.

-------------------------------------------------
Lori Pampell Clark (she/her)
lclark@nctcog.org    817-695-9232
Senior Program Manager, Clean Fleet & Energy Programs, Transportation Department
North Central Texas Council of Governments (NCTCOG) www.nctcog.org
@nctcogtrans NCTCOG Transportation: Overview | LinkedIn
DFW Clean Cities Director www.dfwcleancities.org
DFW Clean Cities on LinkedIn: www.linkedin.com/showcase/dfwcleancities/

**From:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Sent:** Tuesday, January 28, 2025 3:41 PM
**To:** Aurelia Witt <AWitt@nctcog.org>; Lori Clark <LClark@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Cc:** Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** On Hold: Funding Amendment to CFI community grant to NCT COG
**Importance:** High

NCT COG:

The attached executed Amdt 1 is ON HOLD. Please do not expend costs against the attached funding obligation effective immediately. The FHWA has identified a problem with the attached signed action and is researching a resolution. I will follow up tomorrow with further guidance, and thank you for your patience. It's probable the attached signed action will be pulled back/canceled. (Note: the other Amdt to your EVC RAA grant was obligated successfully and is not covered by this email.)

Please confirm receipt.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience.  Please take a moment to complete our brief customer survey available here.*
*Your response is anonymous and will help us assess the quality of our support to your program*

**From:** Aurelia Witt <AWitt@nctcog.org>
**Sent:** Thursday, January 23, 2025 8:06 AM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Lori Clark <LClark@nctcog.org>
**Cc:** Emily Beckham <EBeckham@nctcog.org>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** RE: For Recipient Signature: Funding Amendments - CFI and EVC-RAA awards to NCT COG

Some people who received this message don't often get email from awitt@nctcog.org. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

Please find attached the signed funding amendments.

Thank You!
**Aurelia Witt**
Contracts and Risk Specialist
North Central Texas Council of Governments

**From:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>
**Sent:** Friday, January 17, 2025 11:48 AM
**To:** Lori Clark <LClark@nctcog.org>
**Cc:** Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>; Murray, Mary (FHWA) <mary.murray@dot.gov>; Price, Anna (FHWA) <anna.price@dot.gov>; Speaks, Vincent (FHWA) <vincent.speaks@dot.gov>
**Subject:** For Recipient Signature: Funding Amendments - CFI and EVC-RAA awards to NCT COG
**Importance:** High

Lori,

Please have the attached two funding amendments counter-SIGNED, and return to me. I've already signed them.

*Thank you,*

Sarah Tarpgaard, Contracting Officer / Agreement Officer
Office of Assistance Agreements (HCFA-43)
Office of Acquisition and Grants Management (HCFA)
Federal Highway Administration (FHWA)
US Department of Transportation (USDOT)
*(202) 493-3225; sarah.tarpgaard@dot.gov*

*HCFA values your perspective on your recent acquisition experience.  Please take a moment to complete our brief customer survey available* here*.
Your response is anonymous and will help us assess the quality of our support to your program*

**From:** Lori Clark <LClark@nctcog.org>
**Sent:** Thursday, January 16, 2025 4:56 PM
**To:** Tarpgaard, Sarah (FHWA) <Sarah.Tarpgaard@dot.gov>; Fauver, Kirk (FHWA) <Kirk.Fauver@dot.gov>
**Cc:** Aurelia Witt <AWitt@nctcog.org>; Emily Beckham <EBeckham@nctcog.org>
**Subject:** Checking in on CFI Community and EVC-RAA Amendments

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hey Sarah & Kirk,

I wanted to check in on our amendments to the CFI Community and EVC-RAA awards.  I believe Sarah was planning on sending them by COB Tuesday and we haven't seen them yet, so I wanted to make sure that they aren't lost in an internet ether somewhere.  If we get them today or early tomorrow we can probably still turn around counter-signature by end of this week.

Thanks!
Lori

-------------------------------------------------

Lori Pampell Clark (she/her)
lclark@nctcog.org     817-695-9232
Senior Program Manager, Clean Fleet & Energy Programs, Transportation Department
North Central Texas Council of Governments (NCTCOG) www.nctcog.org
@nctcogtrans NCTCOG Transportation: Overview | LinkedIn
DFW Clean Cities Director www.dfwcleancities.org
DFW Clean Cities on LinkedIn: www.linkedin.com/showcase/dfwcleancities/

DOT-001092

**ORIGINAL**

## TIP Project Report
### 2/7/2025

| TIP ID | PIN # | Length in Miles | Lead Agency |
|---|---|---|---|
| NSH 2022-72-143 | 132381.00 | 2.6 | Mt. Juliet |

| State | County |
|---|---|
| TN | Wilson |

| State Route | Total Project Cost |
|---|---|
| | $25,000,000 |

**Project Name**

East Division Street Widening

**Termini**

East Division Street, From Mount Juliet Road (SR-171) to east of Golden Bear Gateway

**Project Description**

This project consists of the widening of East Division Street from 2 lanes to a 4-lane median divided roadway from N. Mt. Juliet Road (SR-171) to east of Golden Bear Gateway. This project will also provide safe roadway shoulders, traversable side slopes, and multi-modal features in addition to the road widening.

| Long Range Plan # | Conformity Status |
|---|---|
| 2807 | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2023 | PE-D | LOCAL | $1,000,000 | $0 | $0 | $1,000,000 |
| 2023 | ROW | LOCAL | $5,500,000 | $0 | $0 | $5,500,000 |
| **Total** | | | **$6,500,000** | **$0** | **$0** | **$6,500,000** |

Comments:

- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=1133

DOT-001093

**ORIGINAL**



DOT-001094

**REVISED**

## TIP Project Report

| Last Revision | Revision Date | | 2/7/2025 |
|---|---|---|---|
| **Amendment 189** | **02/7/2025** | | |

| TIP ID | PIN # | Length in Miles | Lead Agency |
|---|---|---|---|
| NSH 2022-72-143 | 132381.00 | 2.88 | Mt. Juliet |

| State | County |
|---|---|
| TN | Wilson |

| State Route | Total Project Cost |
|---|---|
| | $25,000,000 |

**Project Name**

East Division Street Widening

**Termini**

East Division Street, From west of N Mt. Juliet Rd (SR-171) to east of Rutland Drive

**Project Description**

This project consists of the widening of East Division Street from 2 lanes to a 4-lane median divided roadway from west of N. Mt. Juliet Road (SR-171) to east of Rutland Drive. This project will also provide safe roadway shoulders, traversable side slopes, and multi-modal features in addition to the road widening.

| Long Range Plan | Conformity Status |
|---|---|
| 2807 | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2025 | PE-D | LOCAL | $1,000,000 | $0 | $0 | $1,000,000 |
| 2025 | ROW | LOCAL | $5,500,000 | $0 | $0 | $5,500,000 |
| **Total** | | | **$6,500,000** | **$0** | **$0** | **$6,500,000** |

Comments:

- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=1133

Amendment 189: This amendment proposes to change the project's termini from "N Mt. Juliet Rd (SR-171) to Golden Bear Gateway" to "West of N Mt. Juliet Rd (SR-171) to east of Rutland Drive". This updated terminus reflects the required roadway transition lengths for tapering of a 4-lane roadway down to a 2-lane roadway on each end of the project. The length drecreased from 2.6 to 2.88.  The fiscal year for the programmed PE-D & ROW funds have been revised to FY 2025

DOT-001095



DOT-001096

## STATEWIDE TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.220, the Tennessee Department of Transportation hereby certifies that its statewide transportation planning process is addressing major issues facing the State, and is being carried out in accordance with the following requirements:

| | |
|---|---|
| I | 23 U.S.C. 134 and 135, 49 USC 5303 and 5304 (Highways and Transit). |
| II. | Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21. |
| III. | 49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity. |
| IV. | Section 1101 (b) of the FAST-ACT (Pub. L 114-357) and 49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects. |
| V. | 23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction projects. |
| VI. | Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38. |
| VII. | In states containing nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93. |
| VIII. | The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance. |
| IX. | Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender. |
| X. | Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities. |

Date:  July 23, 2024

Matt Meservy

Director, Planning Division

DOT-001097

# RESOLUTION TPB-2025-01

## A RESOLUTION AMENDING THE TRANSPORTATION IMPROVEMENT PROGRAM FOR FEDERAL FISCAL YEARS 2023 THROUGH 2026

**WHEREAS,** the Nashville Area Metropolitan Planning Organization (MPO) is responsible for the development and adoption of a Transportation Improvement Program (TIP) for the metropolitan planning area in cooperation with the state, local governments, and public transit operators; and

**WHEREAS,** on November 16, 2022, the MPO adopted the TIP for federal fiscal years 2023 through 2026 to advance projects contained within the MPO's Regional Transportation Plan; and

**WHEREAS,** the TIP consists of a fiscally constrained multi-year program of federally funded or regionally significant transportation services and improvement projects located within the Tennessee counties of Davidson, Maury, Robertson, Rutherford, Sumner, Williamson, and Wilson County; and

**WHEREAS,** the MPO's Public Participation Plan allows the public and interested stakeholders a period of no fewer than ten days to review proposed amendments to the TIP; and

**WHEREAS,** the following amendments have met all public noticing requirements, are consistent with the Regional Transportation Plan, and conform to the requirements of Title 23 Code of Federal Regulations Part 450.324.

**NOW, THEREFORE, BE IT RESOLVED** by the Transportation Policy Board of the Nashville Area MPO, that the Fiscal Years 2023 through 2026 TIP is amended as follows:

- Amend# 2025-001: Revise the termini for the East Division Street Widening in Mt. Juliet
- Amend# 2025-002: Add funds for Walton Ferry & Old Shackle Island Road Improvements Project in Hendersonville
- Amend# 2025-003: Add project for Electrify Nashville in Nashville
- Amend# 2025-004: Revise project termini for East Nashville Backbones in Nashville
- Amend# 2025-005: Replace funds for Florence Road Sidewalks in Smyrna
- Amend# 2025-006: Replace funds for Jefferson Pike Widening in LaVergne
- Amend# 2025-007: Replace funds for Lowry Street (US41/70S/SR-1) Improvements – Phase 2 in Smyrna
- Amend# 2025-008: Remove funds for Lock 4 Multiuse Trail in Gallatin
- Amend# 2025-009: Remove funds for Citywide Sidewalk Improvements – Phase 2 in Gallatin

**ADOPTED,** this 20th day of November 2024, the general welfare of the citizens of the Region requiring it.

APPROVED AS TO FORM AND LEGALITY:

APPROVED:

Candi Henry, Chief Legal Counsel

The Honorable Mike Callis, Chairperson

ATTEST:

Michael Skipper, Board Secretary

DOT-001099

## METROPOLITAN TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.336, the Nashville Area Metropolitan Planning Organization and the Tennessee Department of Transportation hereby certify that the metropolitan transportation planning process is addressing major issues facing the Nashville-Davidson, TN and Murfreesboro, TN urbanized areas, and is being carried out in accordance with the following requirements:

I.      23 U.S.C. 134 and 135, 49 U.S.C. 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction contracts.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

_____  _____     Date: 12/17/24 ___ _____ _____

**The Honorable Mike Callis**
**Chair, Transportation Policy Board**
**Nashville Area Metropolitan Planning Organization**

_____     Date: _____12/17/24_____

**Matt Meservy  Director, TDOT Long**
**Range Planning**

*ORIGINAL*    Table 5.    Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| **Total Amount Programmed** | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

Table 6.    Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| **Total Amount Programmed** | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

*REVISED*     **Table 5.    Budgeted Revenue by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| **Total Amount Programmed** | **$505,530,876** | **$398,824,587** | **$481,546,663** | **$132,269,804** | **$1,518,171,930** |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | **$548,595,452** |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | **$107,916,729** |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | **$8,640,000** |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | **$3,080,000** |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | **$6,543,000** |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | **$24,577,739** |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | **$56,432,892** |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | **$22,950,000** |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | **$0** |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | **$387,501,238** |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | **$351,934,879** |

**Table 6.    Programmed Expenditures by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| **Total Amount Programmed** | **$505,530,876** | **$398,824,587** | **$481,546,663** | **$132,269,804** | **$1,518,171,930** |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | **$548,595,452** |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | **$107,916,729** |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | **$8,640,000** |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | **$3,080,000** |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | **$6,543,000** |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | **$24,577,739** |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | **$56,432,892** |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | **$22,950,000** |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | **$0** |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | **$387,501,238** |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | **$351,934,879** |

*ORIGINAL*

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability | | |
|---|---|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 | | Annual Growth |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 | | 2% |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 | | |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | *$ 2,554,117* | | | | *$ 2,554,117* | *$ 2,554,117* | | |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | *$ 763,301* | | | | *$ 763,301* | *$ 763,301* | | |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | *$ 104,782* | | | | *$ 104,782* | *$ 104,782* | | |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | *$ 2,467,490* | | | | *$ 2,467,490* | *$ 2,467,490* | | |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | *$ 48,518* | *five year allocation* | | | *$ 48,518* | *$ 48,518* | | |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | *$ 426,203* | | | | *$ 426,203* | *$ 426,203* | | |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | *$ 1,357,011* | | | | *$ 1,357,011* | *$ 1,357,011* | | |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | *$ 2,628,278* | | | | *$ 2,628,278* | *$ 2,628,278* | | |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | *$ -* | *$ 230,080* | | | *$ 230,080* | *$ 230,080* | | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 | | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 | | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 | | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 | | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 | | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 | | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 | | |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 | | |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 | | |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 | | |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 | | |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 | | |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 | | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 | | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 | | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 30,033,171 | $ 103,085,181 | $ 40,607,034 | $ 20,933,589 | $ 194,658,975 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,449,913 | $ 14,756,853 | $ 3,929,454 | $ 2,530,816 | $ 23,667,036 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 154,466,731 | $ 74,368,331 | $ 57,207,813 | $ 60,189,670 | $ 60,189,670 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,866,052 | $ 1,540,711 | $ 91,401 | $ 90,331 | $ 90,331 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,294 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ - |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 194,658,975 | $ 50,737,094 | $ 9,452,577 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,667,036 | $ 89,891 | $ 440 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**REVISED**

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | *$ 2,554,117* | *$ 2,554,117* |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | *$ 763,301* | *$ 763,301* |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | *$ 104,782* | *$ 104,782* |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | *$ 2,467,490* | *$ 2,467,490* |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | *five year allocation* | | | *$ 48,518* | *$ 48,518* |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | *$ 426,203* | *$ 426,203* |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | *$ 1,357,011* | *$ 1,357,011* |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | *$ 2,628,278* | *$ 2,628,278* |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | $ 230,080 | | | *$ 230,080* | *$ 230,080* |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | | | | $ 2,286,960 | $ 653,760 | $ 2,940,720 | $ 2,940,720 |

| Annual Program Expenditures | | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | | $ 29,193,171 | $ 88,450,208 | $ 62,080,384 | $ 21,253,589 | $ 200,977,352 | |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | | $ 2,244,346 | $ 14,756,853 | $ 3,934,254 | $ 2,210,816 | $ 23,146,269 | |
| Surface Transportation Block Grant - Local STBG | | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | |
| State of Good Repair Program (FTA 5337) | | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 | |
| Bus and Bus Facilities Program (FTA 5339) | | $ 9,478,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 | |
| Bus and Bus Facilities Program (FTA 5339-M) | | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 | |
| FTA Community Project Funding (FTA CPF) | | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | |
| Highway Improvement Program (U-HIP) | | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 | |
| Emergency Relief Program (ER) | | $ 484,381 | $ - | $ - | $ - | $ 484,381 | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | | $ - | $ - | $ - | $ - | $ - | |
| Charging and Fueling Infrastructure Grant Program (CFI) | | $ - | $ - | $ 2,286,960 | $ 653,760 | $ 2,940,720 | |

| Annual Cumulative Balance | | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* | |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | | $ 155,306,731 | $ 89,843,303 | $ 51,209,436 | $ 53,871,293 | $ 53,871,293 | |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | | $ 14,071,619 | $ 1,746,278 | $ 292,168 | $ 611,098 | $ 611,098 | |
| Surface Transportation Block Grant - Local STBG | | $ 913,247 | $ 0 | $ - | $ - | $ - | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | | $ - | $ - | $ - | $ - | $ - | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | | $ - | $ - | $ - | $ - | $ - | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | | $ 63,428,254 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | |
| State of Good Repair Program (FTA 5337) | | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) | |
| Bus and Bus Facilities Program (FTA 5339) | | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 | |
| Bus and Bus Facilities Program (FTA 5339-M) | | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 | |
| FTA Community Project Funding (FTA CPF) | | $ - | $ - | $ - | $ - | $ - | |
| Highway Improvement Program (U-HIP) | | $ 1,289,264 | $ - | $ - | $ - | $ - | |
| Emergency Relief Program (ER) | | $ - | $ - | $ - | $ - | $ - | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | | $ - | $ - | $ - | $ - | $ - | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | | $ - | $ - | $ - | $ - | $ - | |
| Charging and Fueling Infrastructure Grant Program (CFI) | | $ - | $ - | $ - | $ - | $ - | |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 200,977,352 | $ 50,737,094 | $ 3,134,200 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,146,269 | $ 89,891 | $ 521,207 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

*NEW*

**TIP Project Report**

2/7/2025

| **Last Revision** | **Revision Date** | | |
|---|---|---|---|
| Amend 190 | 02/7/2024 | | |

| **TIP ID** | **PIN #** | **Length in Miles** | **Lead Agency** |
|---|---|---|---|
| NSH 2025-17-184 | | | Metro Nashville |

| **State** | **County** | |
|---|---|---|
| TN | Davidson | |

| **State Route** | **Total Project Cost** |
|---|---|
| | $5,867,600 |

**Project Name**

Electrify Nashville

**Termini**



**Project Description**

The Electrify Music City Project will significantly increase the amount of charging infrastructure in the Nashville area to equitably meet the goals of the community and future demand for EVCI. In doing so, project costs will include efforts in planning and development, potential ROW acquisition, installation, operations and maintenance, and educational activities

| **Long Range Plan #** | **Conformity Status** |
|---|---|
| Congestion Mitigation | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2025 | PE-N/PE-D/ROW/CONST | CFI | $2,858,700 | $2,286,960 | $0 | $571,740 |
| 2026 | OPERATIONS | CFI | $817,200 | $653,760 | $0 | $163,440 |
| **Total** | | | **$3,675,900** | **$2,940,720** | **$0** | **$735,180** |

Comments:

- Amendment 190: This amendment adds the project to the FYs 2023-2026 eSTIP with $2,940,720 programmed federal Charging and Fueling Infrastructure (CFI) funds.
- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=1245



DOT-001105

# STATEWIDE TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.220, the Tennessee Department of Transportation hereby certifies that its statewide transportation planning process is addressing major issues facing the State, and is being carried out in accordance with the following requirements:

I    23 U.S.C. 134 and 135, 49 USC 5303 and 5304 (Highways and Transit).

II.   Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.  49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.   Section 1101 (b) of the FAST-ACT (Pub. L 114-357) and 49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.    23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction projects.

VI.   Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.  In states containing nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII. The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.   Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.    Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

Date:  July 23, 2024

Matt Meservy

Director, Planning Division

# RESOLUTION TPB-2025-01

## A RESOLUTION AMENDING THE TRANSPORTATION IMPROVEMENT PROGRAM FOR FEDERAL FISCAL YEARS 2023 THROUGH 2026

**WHEREAS**, the Nashville Area Metropolitan Planning Organization (MPO) is responsible for the development and adoption of a Transportation Improvement Program (TIP) for the metropolitan planning area in cooperation with the state, local governments, and public transit operators; and

**WHEREAS**, on November 16, 2022, the MPO adopted the TIP for federal fiscal years 2023 through 2026 to advance projects contained within the MPO's Regional Transportation Plan; and

**WHEREAS**, the TIP consists of a fiscally constrained multi-year program of federally funded or regionally significant transportation services and improvement projects located within the Tennessee counties of Davidson, Maury, Robertson, Rutherford, Sumner, Williamson, and Wilson County; and

**WHEREAS,** the MPO's Public Participation Plan allows the public and interested stakeholders a period of no fewer than ten days to review proposed amendments to the TIP; and

**WHEREAS,** the following amendments have met all public noticing requirements, are consistent with the Regional Transportation Plan, and conform to the requirements of Title 23 Code of Federal Regulations Part 450.324.

**NOW, THEREFORE, BE IT RESOLVED** by the Transportation Policy Board of the Nashville Area MPO, that the Fiscal Years 2023 through 2026 TIP is amended as follows:

- Amend# 2025-001: Revise the termini for the East Division Street Widening in Mt. Juliet
- Amend# 2025-002: Add funds for Walton Ferry & Old Shackle Island Road Improvements Project in Hendersonville
- Amend# 2025-003: Add project for Electrify Nashville in Nashville
- Amend# 2025-004: Revise project termini for East Nashville Backbones in Nashville
- Amend# 2025-005: Replace funds for Florence Road Sidewalks in Smyrna
- Amend# 2025-006: Replace funds for Jefferson Pike Widening in LaVergne
- Amend# 2025-007: Replace funds for Lowry Street (US41/70S/SR-1) Improvements – Phase 2 in Smyrna
- Amend# 2025-008: Remove funds for Lock 4 Multiuse Trail in Gallatin
- Amend# 2025-009: Remove funds for Citywide Sidewalk Improvements – Phase 2 in Gallatin

**ADOPTED**, this 20th day of November 2024, the general welfare of the citizens of the Region requiring it.

**APPROVED AS TO FORM AND LEGALITY:**

**APPROVED:**

Candi Henry, Chief Legal Counsel

The Honorable Mike Callis, Chairperson

**ATTEST:**

Michael Skipper, Board Secretary

DOT-001108

## METROPOLITAN TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.336, the Nashville Area Metropolitan Planning Organization and the Tennessee Department of Transportation hereby certify that the metropolitan transportation planning process is addressing major issues facing the Nashville-Davidson, TN and Murfreesboro, TN urbanized areas, and is being carried out in accordance with the following requirements:

I.      23 U.S.C. 134 and 135, 49 U.S.C. 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction contracts.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

_____     _____     Date: 12/1 7/24 ___ _____ _____

**The Honorable Mike Callis**
**Chair, Transportation Policy Board**
**Nashville Area Metropolitan Planning Organization**

_____     Date: _____12/1 7/24_____

**Matt Meservy  Director, TDOT Long**
**Range Planning**

*ORIGINAL*    Table 5.    Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

Table 6.    Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

DOT-001110

*REVISED*    Table 5.    Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

Table 6.    Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

*ORIGINAL*

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | $ 2,554,117 | $ 2,554,117 |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | $ 763,301 | $ 763,301 |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | $ 104,782 | $ 104,782 |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | $ 2,467,490 | $ 2,467,490 |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | *five year allocation* | | | $ 48,518 | $ 48,518 |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | $ 426,203 | $ 426,203 |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | $ 1,357,011 | $ 1,357,011 |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | $ 2,628,278 | $ 2,628,278 |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | $ 230,080 | | | $ 230,080 | $ 230,080 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Annual Growth 2%

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 30,033,171 | $ 103,085,181 | $ 40,607,034 | $ 20,933,589 | $ 194,658,975 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,449,913 | $ 14,756,853 | $ 3,929,454 | $ 2,530,816 | $ 23,667,036 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,127 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 154,466,731 | $ 74,368,331 | $ 57,207,813 | $ 60,189,670 | $ 60,189,670 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,866,052 | $ 1,540,711 | $ 91,401 | $ 90,331 | $ 90,331 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,294 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ - |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 194,658,975 | $ 50,737,094 | $ 9,452,577 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,667,036 | $ 89,891 | $ 440 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**REVISED**

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | *$ -* | *$ 2,554,117* | | | | *$ 2,554,117* | *$ 2,554,117* |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | *$ -* | *$ 763,301* | | | | *$ 763,301* | *$ 763,301* |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | *$ -* | *$ 104,782* | | | | *$ 104,782* | *$ 104,782* |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | *$ -* | *$ 2,467,490* | | | | *$ 2,467,490* | *$ 2,467,490* |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | *$ -* | *$ 48,518* | *five year allocation* | | | *$ 48,518* | *$ 48,518* |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | *$ -* | *$ 426,203* | | | | *$ 426,203* | *$ 426,203* |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | *$ -* | *$ 1,357,011* | | | | *$ 1,357,011* | *$ 1,357,011* |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | *$ -* | *$ 2,628,278* | | | | *$ 2,628,278* | *$ 2,628,278* |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | *$ -* | *$ -* | *$ 230,080* | | | *$ 230,080* | *$ 230,080* |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,165 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $ - | $ - | $ - | $ 2,286,960 | $ 653,760 | $ 2,940,720 | $ 2,940,720 |

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 29,193,171 | $ 88,450,208 | $ 62,080,384 | $ 21,253,589 | $ 200,977,352 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,244,346 | $ 14,756,853 | $ 3,934,254 | $ 2,210,816 | $ 23,146,269 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $ - | $ - | $ 2,286,960 | $ 653,760 | $ 2,940,720 |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 155,306,731 | $ 89,843,303 | $ 51,209,436 | $ 53,871,293 | $ 53,871,293 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 14,071,619 | $ 1,746,278 | $ 292,168 | $ 611,098 | $ 611,098 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,254 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 200,977,352 | $ 50,737,094 | $ 3,134,200 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,146,269 | $ 89,891 | $ 521,207 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**ORIGINAL**

**TIP Project Report**
2/7/2025

| TIP ID | PIN # | Length in Miles | Lead Agency |
|---|---|---|---|
| NSH 2018-16-070 | 128886.00 | 3.8 | Metro Nashville |

| State | County | | |
|---|---|---|---|
| TN | Davidson | | |

| State Route | Total Project Cost | | |
|---|---|---|---|
| | $2,685,175 | | |

**Project Name**

East Nashville Backbones

**Termini**

Union Street, From 2nd Avenue North to 1st Avenue North; Woodland Street, From 1st Avenue North to South 11th Street; South 5th Street, From Woodland Street to Davidson Street; South 10th Street, From Woodland Street to Sevier Street

**Project Description**

This project consists of major separated bike lanes including the installation of necessary pavement markings, signs, and delineators on both sides of the following road segments:• Union Street from 2nd Avenue North to 1st Avenue North• Woodland Street from 1st Avenue North to South 11th Street• South 5th Street from Woodland Street to Davidson Street• South 10th Street from Woodland Street to Sevier Street

| Long Range Plan # | Conformity Status |
|---|---|
| ATP | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2023 | PE-D | STBG-U | $800,000 | $640,000 | $0 | $160,000 |
| 2023 | Const | LOCAL | $1,070,800 | $0 | $0 | $1,070,800 |
| 2024 | Const | STBG-U | $337,475 | $269,980 | $0 | $67,495 |
| 2024 | CONST | U-RSV | $448,088 | $358,470 | $0 | $89,618 |
| **Total** | | | **$2,656,363** | **$1,268,450** | **$0** | **$1,387,913** |

Comments:

- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=979
- Modification 407: This project has been modified to shift $50,782 in federal U-STBG funds from the FY 2024 Construction phase to the FY 2024 PE-N phase, update the FY to 2024, and update the project termini and scope.

DOT-001114



DOT-001115

**REVISED**

## TIP Project Report

2/7/2025

| Last Revision | Revision Date | | |
|---|---|---|---|
| **Amend 191** | **02/7/2024** | | |
| **TIP ID** | **PIN #** | **Length in Miles** | **Lead Agency** |
| NSH 2018-16-070 | 128886.00 | 3.44 | Metro Nashville |

| State | County | | |
|---|---|---|---|
| TN | Davidson | | |

| State Route | Total Project Cost |
|---|---|
| | $3,133,263 |

**Project Name**

East Nashville Backbones

**Termini**

Union Street from 3rd Avenue North to 1st Avenue North; Woodland Street from 1st Avenue North to South 11th Street; South 5th Street from Main Street to Davidson Street; South 10th Street from Main Street to Sevier Street

**Project Description**

This project consists of major separated bike lanes including the installation of necessary pavement markings, signs, and delineators on both sides of the following road segments: Union Street from 3rd Avenue North to 1st Avenue North; Woodland Street from 1st Avenue North to South 11th Street; South 5th Street from Main Street to Davidson Street; South 10th Street from Main Street to Sevier Street

| Long Range Plan # | Conformity Status |
|---|---|
| ATP | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2025 | PE-D | STBG-U | $800,000 | $640,000 | $0 | $160,000 |
| 2025 | Const | LOCAL | $1,070,800 | $0 | $0 | $1,070,800 |
| 2025 | Const | STBG-U | $337,475 | $269,980 | $0 | $67,495 |
| 2025 | CONST | U-RSV | $448,088 | $358,470 | $0 | $89,618 |
| **Total** | | | **$2,656,363** | **$1,268,450** | **$0** | **$1,387,913** |

Comments:

- Amendment 191: This amendment revises the project's termini to "Union Street from 3rd Avenue North to 1st Avenue North; Woodland Street from 1st Avenue North to South 11th Street; South 5th Street from Main Street to Davidson Street; South 10th Street from Main Street to Sevier Street" and updates the length of the project to 3.44 miles. Additionally the total project cost has been updated to reflect the U-RSV funds.
- Modification 407: This project has been modified to shift $50,782 in federal U-STBG funds from the FY 2024 Construction phase to the FY 2024 PE-N phase, update the FY to 2024, and update the project termini and scope.
- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=979

DOT-001116

**REVISED**



DOT-001117

# STATEWIDE TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.220, the Tennessee Department of Transportation hereby certifies that its statewide transportation planning process is addressing major issues facing the State, and is being carried out in accordance with the following requirements:

I       23 U.S.C. 134 and 135, 49 USC 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     Section 1101 (b) of the FAST-ACT (Pub. L 114-357) and 49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction projects.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In states containing nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.


Date:  July 23, 2024

Matt Meservy

Director, Planning Division

DOT-001118

## METROPOLITAN TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.336, the Nashville Area Metropolitan Planning Organization and the Tennessee Department of Transportation hereby certify that the metropolitan transportation planning process is addressing major issues facing the Nashville-Davidson, TN and Murfreesboro, TN urbanized areas, and is being carried out in accordance with the following requirements:

I.    23 U.S.C. 134 and 135, 49 U.S.C. 5303 and 5304 (Highways and Transit).

II.   Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.  49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.   49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.    23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction contracts.

VI.   Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.  In nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII. The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.   Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.    Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

_____    _____    Date: 12/1 7/24 ___ _____ _____

**The Honorable Mike Callis**
**Chair, Transportation Policy Board**
**Nashville Area Metropolitan Planning Organization**

_____    Date: _____12/1 7/24_____

**Matt Meservy  Director, TDOT Long**
**Range Planning**

# RESOLUTION TPB-2025-01

## A RESOLUTION AMENDING THE TRANSPORTATION IMPROVEMENT PROGRAM FOR FEDERAL FISCAL YEARS 2023 THROUGH 2026

**WHEREAS,** the Nashville Area Metropolitan Planning Organization (MPO) is responsible for the development and adoption of a Transportation Improvement Program (TIP) for the metropolitan planning area in cooperation with the state, local governments, and public transit operators; and

**WHEREAS,** on November 16, 2022, the MPO adopted the TIP for federal fiscal years 2023 through 2026 to advance projects contained within the MPO's Regional Transportation Plan; and

**WHEREAS,** the TIP consists of a fiscally constrained multi-year program of federally funded or regionally significant transportation services and improvement projects located within the Tennessee counties of Davidson, Maury, Robertson, Rutherford, Sumner, Williamson, and Wilson County; and

**WHEREAS,** the MPO's Public Participation Plan allows the public and interested stakeholders a period of no fewer than ten days to review proposed amendments to the TIP; and

**WHEREAS,** the following amendments have met all public noticing requirements, are consistent with the Regional Transportation Plan, and conform to the requirements of Title 23 Code of Federal Regulations Part 450.324.

**NOW, THEREFORE, BE IT RESOLVED** by the Transportation Policy Board of the Nashville Area MPO, that the Fiscal Years 2023 through 2026 TIP is amended as follows:

- Amend# 2025-001: Revise the termini for the East Division Street Widening in Mt. Juliet
- Amend# 2025-002: Add funds for Walton Ferry & Old Shackle Island Road Improvements Project in Hendersonville
- Amend# 2025-003: Add project for Electrify Nashville in Nashville
- Amend# 2025-004: Revise project termini for East Nashville Backbones in Nashville
- Amend# 2025-005: Replace funds for Florence Road Sidewalks in Smyrna
- Amend# 2025-006: Replace funds for Jefferson Pike Widening in LaVergne
- Amend# 2025-007: Replace funds for Lowry Street (US41/70S/SR-1) Improvements – Phase 2 in Smyrna
- Amend# 2025-008: Remove funds for Lock 4 Multiuse Trail in Gallatin
- Amend# 2025-009: Remove funds for Citywide Sidewalk Improvements – Phase 2 in Gallatin

**ADOPTED**, this 20th day of November 2024, the general welfare of the citizens of the Region requiring it.

APPROVED AS TO FORM AND LEGALITY:

APPROVED:

Candi Henry, Chief Legal Counsel

The Honorable Mike Callis, Chairperson

ATTEST:

Michael Skipper, Board Secretary

*ORIGINAL*    **Table 5.    Budgeted Revenue by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

**Table 6.    Programmed Expenditures by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

*REVISED*  **Table 5.    Budgeted Revenue by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| **Total Amount Programmed** | **$505,530,876** | **$398,824,587** | **$481,546,663** | **$132,269,804** | **$1,518,171,930** |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | **$548,595,452** |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | **$107,916,729** |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | **$8,640,000** |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | **$3,080,000** |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | **$6,543,000** |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | **$24,577,739** |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | **$56,432,892** |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | **$22,950,000** |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | **$0** |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | **$387,501,238** |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | **$351,934,879** |

**Table 6.    Programmed Expenditures by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| **Total Amount Programmed** | **$505,530,876** | **$398,824,587** | **$481,546,663** | **$132,269,804** | **$1,518,171,930** |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | **$548,595,452** |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | **$107,916,729** |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | **$8,640,000** |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | **$3,080,000** |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | **$6,543,000** |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | **$24,577,739** |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | **$56,432,892** |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | **$22,950,000** |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | **$0** |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | **$387,501,238** |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | **$351,934,879** |

DOT-001123

*ORIGINAL*

### Annual Revenue Allocations

| | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability | |
|---|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 | Annual Growth |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 | 2% |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 | |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | $ 2,554,117 | $ 2,554,117 | |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | $ 763,301 | $ 763,301 | |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | $ 104,782 | $ 104,782 | |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | $ 2,467,490 | $ 2,467,490 | |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | | *five year allocation* | | $ 48,518 | $ 48,518 | |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | $ 426,203 | $ 426,203 | |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | $ 1,357,011 | $ 1,357,011 | |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | $ 2,628,278 | $ 2,628,278 | |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | $ 230,080 | | | $ 230,080 | $ 230,080 | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 | |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 | |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 | |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 | |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 | |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 | |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | | |

### Annual Program Expenditures

| | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 30,033,171 | $ 103,085,181 | $ 40,607,034 | $ 20,933,589 | $ 194,658,975 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,449,913 | $ 14,756,853 | $ 3,929,454 | $ 2,530,816 | $ 23,667,036 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

### Annual Cumulative Balance

| | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 154,466,731 | $ 74,368,331 | $ 57,207,813 | $ 60,189,670 | $ 60,189,670 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,866,052 | $ 1,540,711 | $ 91,401 | $ 90,331 | $ 90,331 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,294 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 |
| State of Good Repair Program (FTA 5337) | $ 6,116,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

### Regional STBG Balance Less Reserve Funding

| | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 194,658,975 | $ 50,737,094 | $ 9,452,577 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,667,036 | $ 89,891 | $ 440 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

DOT-001124

**REVISED**

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $  161,963,842 | $  22,536,060 | $  22,986,781 | $  23,446,516 | $  23,915,447 | $  92,884,803 | $  254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $  13,932,128 | $  2,383,837 | $  2,431,513 | $  2,480,144 | $  2,529,746 | $  9,825,240 | $  23,757,368 |
| Surface Transportation Block Grant - Local STBG | $  - | $  10,579,780 | $  - | $  - | $  - | $  10,349,700 | $  10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $  - | $  2,554,117 | | | | $  2,554,117 | $  2,554,117 |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $  - | $  763,301 | | | | $  763,301 | $  763,301 |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $  - | $  104,782 | | | | $  104,782 | $  104,782 |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $  - | $  2,467,490 | | | | $  2,467,490 | $  2,467,490 |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $  - | $  48,518 | *five year allocation* | | | $  48,518 | $  48,518 |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $  - | $  426,203 | | | | $  426,203 | $  426,203 |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $  - | $  1,357,011 | | | | $  1,357,011 | $  1,357,011 |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $  - | $  2,628,278 | | | | $  2,628,278 | $  2,628,278 |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $  - | $  - | $  230,080 | | | $  230,080 | $  230,080 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $  6,891,180 | $  2,699,210 | $  2,753,194 | $  2,808,258 | $  2,864,423 | $  11,125,084 | $  18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $  2,655,859 | $  2,708,977 | $  3,032,165 | $  3,092,747 | $  3,154,602 | $  11,988,431 | $  14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $  364,934 | $  372,233 | $  464,019 | $  473,300 | $  482,765 | $  1,792,317 | $  2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $  - | $  - | $  157,825 | $  160,982 | $  164,201 | $  483,008 | $  483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $  80,507,076 | $  31,196,836 | $  31,820,772 | $  32,457,188 | $  33,106,332 | $  128,581,127 | $  209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $  6,264,504 | $  3,194,897 | $  3,258,795 | $  3,323,971 | $  3,390,450 | $  13,168,113 | $  19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $  2,066,742 | $  1,245,626 | $  1,270,539 | $  1,295,949 | $  1,321,868 | $  5,133,982 | $  7,200,724 |
| State of Good Repair Program (FTA 5337) | $  10,979,939 | $  4,208,140 | $  4,292,302 | $  4,378,148 | $  4,465,711 | $  17,344,302 | $  28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $  2,991,194 | $  6,488,689 | $  10,518,463 | $  1,548,832 | $  1,579,809 | $  20,135,792 | $  23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $  475,213 | $  135,000 | $  137,700 | $  140,454 | $  143,263 | $  556,417 | $  1,031,630 |
| FTA Community Project Funding (FTA CPF) | $  - | $  - | $  3,000,000 | $  - | $  - | $  3,000,000 | $  3,000,000 |
| Highway Improvement Program (U-HIP) | $  2,089,264 | $  - | $  - | $  - | $  - | $  - | $  2,089,264 |
| Emergency Relief Program (ER) | $  484,381 | $  - | $  - | $  - | $  - | $  - | $  484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $  1,474,786 | $  - | $  - | $  - | $  - | $  - | $  1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $  3,519,799 | $  - | $  - | $  - | $  - | $  - | $  3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $  - | $  - | $  - | $  2,286,960 | $  653,760 | $  2,940,720 | $  2,940,720 |

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $  29,193,171 | $  88,450,208 | $  62,080,384 | $  21,253,589 | $  200,977,352 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $  2,244,346 | $  14,756,853 | $  3,934,254 | $  2,210,816 | $  23,146,269 |
| Surface Transportation Block Grant - Local STBG | $  9,666,533 | $  913,247 | $  - | $  - | $  10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $  7,802,776 | $  417,344 | $  2,753,194 | $  5,672,681 | $  16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $  4,576,792 | $  3,820,149 | $  3,092,747 | $  279,815 | $  11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $  737,167 | $  464,019 | $  473,300 | $  482,765 | $  2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $  - | $  157,825 | $  160,982 | $  164,201 | $  483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $  48,275,658 | $  40,681,171 | $  33,915,016 | $  31,851,121 | $  154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $  4,520,000 | $  4,930,000 | $  4,570,000 | $  2,300,000 | $  16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $  1,245,626 | $  1,270,539 | $  1,295,949 | $  1,321,868 | $  5,133,982 |
| State of Good Repair Program (FTA 5337) | $  9,022,027 | $  6,458,968 | $  7,019,136 | $  5,824,110 | $  28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $  9,479,883 | $  10,000,000 | $  - | $  - | $  19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $  180,000 | $  522,940 | $  180,000 | $  - | $  882,940 |
| FTA Community Project Funding (FTA CPF) | $  - | $  3,000,000 | $  - | $  - | $  3,000,000 |
| Highway Improvement Program (U-HIP) | $  800,000 | $  1,289,264 | $  - | $  - | $  2,089,264 |
| Emergency Relief Program (ER) | $  484,381 | $  - | $  - | $  - | $  484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $  1,474,786 | $  - | $  - | $  - | $  1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $  3,498,799 | $  - | $  - | $  - | $  3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $  - | $  - | $  - | $  - | $  - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $  - | $  - | $  2,286,960 | $  653,760 | $  2,940,720 |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $  155,306,731 | $  89,843,303 | $  51,209,436 | $  53,871,293 | $  53,871,293 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $  14,071,619 | $  1,746,278 | $  292,168 | $  611,098 | $  611,098 |
| Surface Transportation Block Grant - Local STBG | $  913,247 | $  0 | $  - | $  - | $  - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $  1,787,614 | $  4,123,464 | $  4,178,528 | $  1,370,270 | $  1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $  788,044 | $  - | $  - | $  2,874,787 | $  2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $  - | $  - | $  - | $  - | $  - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $  - | $  - | $  - | $  - | $  - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $  63,428,254 | $  54,567,855 | $  53,110,027 | $  54,365,237 | $  54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $  4,939,401 | $  3,268,196 | $  2,022,167 | $  3,112,617 | $  3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $  2,066,742 | $  2,066,742 | $  2,066,742 | $  2,066,742 | $  2,066,742 |
| State of Good Repair Program (FTA 5337) | $  6,166,052 | $  3,999,386 | $  1,358,398 | $  (0) | $  (0) |
| Bus and Bus Facilities Program (FTA 5339) | $  (0) | $  518,463 | $  2,067,295 | $  3,647,103 | $  3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $  430,213 | $  44,973 | $  5,427 | $  148,690 | $  148,690 |
| FTA Community Project Funding (FTA CPF) | $  - | $  - | $  - | $  - | $  - |
| Highway Improvement Program (U-HIP) | $  1,289,264 | $  - | $  - | $  - | $  - |
| Emergency Relief Program (ER) | $  - | $  - | $  - | $  - | $  - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $  - | $  - | $  - | $  - | $  - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $  21,000 | $  21,000 | $  21,000 | $  21,000 | $  21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $  - | $  - | $  - | $  - | $  - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $  - | $  - | $  - | $  - | $  - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $  254,848,645 | $  200,977,352 | $  50,737,094 | $  3,134,200 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $  23,757,368 | $  23,146,269 | $  89,891 | $  521,207 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $  14,644,290 | $  11,769,503 | $  2,874,787 | $  - |

**ORIGINAL**

**TIP Project Report**
**2/7/2025**

| TIP ID | PIN # | Length in Miles | Lead Agency |
|---|---|---|---|
| NSH 2022-72-143 | 132381.00 | 2.6 | Mt. Juliet |

| State | County |
|---|---|
| TN | Wilson |

| State Route | Total Project Cost |
|---|---|
| | $25,000,000 |

**Project Name**

East Division Street Widening

**Termini**

East Division Street, From Mount Juliet Road (SR-171) to east of Golden Bear Gateway

**Project Description**

This project consists of the widening of East Division Street from 2 lanes to a 4-lane median divided roadway from N. Mt. Juliet Road (SR-171) to east of Golden Bear Gateway. This project will also provide safe roadway shoulders, traversable side slopes, and multi-modal features in addition to the road widening.

| Long Range Plan # | Conformity Status |
|---|---|
| 2807 | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2023 | PE-D | LOCAL | $1,000,000 | $0 | $0 | $1,000,000 |
| 2023 | ROW | LOCAL | $5,500,000 | $0 | $0 | $5,500,000 |
| **Total** | | | **$6,500,000** | **$0** | **$0** | **$6,500,000** |

Comments:

- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=1133

DOT-001126



DOT-001127

# REVISED

**TIP Project Report**
2/7/2025

| Last Revision | Revision Date |
|---|---|
| Amendment 189 | 02/7/2025 |

| TIP ID | PIN # | Length in Miles | Lead Agency |
|---|---|---|---|
| NSH 2022-72-143 | 132381.00 | 2.88 | Mt. Juliet |

| State | County |
|---|---|
| TN | Wilson |

| State Route | Total Project Cost |
|---|---|
| | $25,000,000 |

**Project Name**

East Division Street Widening

**Termini**

East Division Street, From west of N Mt. Juliet Rd (SR-171) to east of Rutland Drive

**Project Description**

This project consists of the widening of East Division Street from 2 lanes to a 4-lane median divided roadway from west of N. Mt. Juliet Road (SR-171) to east of Rutland Drive. This project will also provide safe roadway shoulders, traversable side slopes, and multi-modal features in addition to the road widening.

| Long Range Plan | Conformity Status |
|---|---|
| 2807 | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2025 | PE-D | LOCAL | $1,000,000 | $0 | $0 | $1,000,000 |
| 2025 | ROW | LOCAL | $5,500,000 | $0 | $0 | $5,500,000 |
| **Total** | | | **$6,500,000** | **$0** | **$0** | **$6,500,000** |

Comments:

- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=1133

Amendment 189: This amendment proposes to change the project's termini from "N Mt. Juliet Rd (SR-171) to Golden Bear Gateway" to "West of N Mt. Juliet Rd (SR-171) to east of Rutland Drive". This updated terminus reflects the required roadway transition lengths for tapering of a 4-lane roadway down to a 2-lane roadway on each end of the project. The length drecreased from 2.6 to 2.88. The fiscal year for the programmed PE-D & ROW funds have been revised to FY 2025

DOT-001128

*REVISED*



DOT-001129

# STATEWIDE TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.220, the Tennessee Department of Transportation hereby certifies that its statewide transportation planning process is addressing major issues facing the State, and is being carried out in accordance with the following requirements:

I       23 U.S.C. 134 and 135, 49 USC 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     Section 1101 (b) of the FAST-ACT (Pub. L 114-357) and 49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction projects.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In states containing nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.


Date:  July 23, 2024

Matt Meservy

Director, Planning Division

# RESOLUTION TPB-2025-01

## A RESOLUTION AMENDING THE TRANSPORTATION IMPROVEMENT PROGRAM FOR FEDERAL FISCAL YEARS 2023 THROUGH 2026

**WHEREAS,** the Nashville Area Metropolitan Planning Organization (MPO) is responsible for the development and adoption of a Transportation Improvement Program (TIP) for the metropolitan planning area in cooperation with the state, local governments, and public transit operators; and

**WHEREAS,** on November 16, 2022, the MPO adopted the TIP for federal fiscal years 2023 through 2026 to advance projects contained within the MPO's Regional Transportation Plan; and

**WHEREAS,** the TIP consists of a fiscally constrained multi-year program of federally funded or regionally significant transportation services and improvement projects located within the Tennessee counties of Davidson, Maury, Robertson, Rutherford, Sumner, Williamson, and Wilson County; and

**WHEREAS,** the MPO's Public Participation Plan allows the public and interested stakeholders a period of no fewer than ten days to review proposed amendments to the TIP; and

**WHEREAS,** the following amendments have met all public noticing requirements, are consistent with the Regional Transportation Plan, and conform to the requirements of Title 23 Code of Federal Regulations Part 450.324.

**NOW, THEREFORE, BE IT RESOLVED** by the Transportation Policy Board of the Nashville Area MPO, that the Fiscal Years 2023 through 2026 TIP is amended as follows:

- Amend# 2025-001: Revise the termini for the East Division Street Widening in Mt. Juliet
- Amend# 2025-002: Add funds for Walton Ferry & Old Shackle Island Road Improvements Project in Hendersonville
- Amend# 2025-003: Add project for Electrify Nashville in Nashville
- Amend# 2025-004: Revise project termini for East Nashville Backbones in Nashville
- Amend# 2025-005: Replace funds for Florence Road Sidewalks in Smyrna
- Amend# 2025-006: Replace funds for Jefferson Pike Widening in LaVergne
- Amend# 2025-007: Replace funds for Lowry Street (US41/70S/SR-1) Improvements – Phase 2 in Smyrna
- Amend# 2025-008: Remove funds for Lock 4 Multiuse Trail in Gallatin
- Amend# 2025-009: Remove funds for Citywide Sidewalk Improvements – Phase 2 in Gallatin

**ADOPTED,** this 20th day of November 2024, the general welfare of the citizens of the Region requiring it.

APPROVED AS TO FORM AND LEGALITY:

_____
Candi Henry, Chief Legal Counsel

APPROVED:

_____
The Honorable Mike Callis, Chairperson

ATTEST:

_____
Michael Skipper, Board Secretary

## METROPOLITAN TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.336, the Nashville Area Metropolitan Planning Organization and the Tennessee Department of Transportation hereby certify that the metropolitan transportation planning process is addressing major issues facing the Nashville-Davidson, TN and Murfreesboro, TN urbanized areas, and is being carried out in accordance with the following requirements:

I.     23 U.S.C. 134 and 135, 49 U.S.C. 5303 and 5304 (Highways and Transit).

II.    Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.   49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.    49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.     23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction contracts.

VI.    Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.   In nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.  The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.    Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.     Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

_____  _____     Date: 12/17/24 ___ _____ _____

**The Honorable Mike Callis**
**Chair, Transportation Policy Board**
**Nashville Area Metropolitan Planning Organization**


_____     Date: _____12/17/24_____

**Matt Meservy  Director, TDOT Long**
**Range Planning**

*ORIGINAL*   Table 5.   Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

Table 6.   Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

DOT-001134

*REVISED*    Table 5.    Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

Table 6.    Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

*ORIGINAL*

### Annual Revenue Allocations

| | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability | |
|---|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 | Annual Growth |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 | 2% |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 | |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | *$ 2,554,117* | | | | *$ 2,554,117* | *$ 2,554,117* | |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | *$ 763,301* | | | | *$ 763,301* | *$ 763,301* | |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | *$ 104,782* | | | | *$ 104,782* | *$ 104,782* | |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | *$ 2,467,490* | | | | *$ 2,467,490* | *$ 2,467,490* | |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | *$ 48,518* | *five year allocation* | | | *$ 48,518* | *$ 48,518* | |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | *$ 426,203* | | | | *$ 426,203* | *$ 426,203* | |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | *$ 1,357,011* | | | | *$ 1,357,011* | *$ 1,357,011* | |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | *$ 2,628,278* | | | | *$ 2,628,278* | *$ 2,628,278* | |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | *$ 230,080* | | | *$ 230,080* | *$ 230,080* | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 | |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 | |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 | |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 | |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 | |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 | |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |

### Annual Program Expenditures

| | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 30,033,171 | $ 103,085,181 | $ 40,607,034 | $ 20,933,589 | $ 194,658,975 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,449,913 | $ 14,756,853 | $ 3,929,454 | $ 2,530,816 | $ 23,667,036 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,340 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

### Annual Cumulative Balance

| | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 154,466,731 | $ 74,368,331 | $ 57,207,813 | $ 60,189,670 | $ 60,189,670 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,866,052 | $ 1,540,711 | $ 91,401 | $ 90,331 | $ 90,331 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,294 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

### Regional STBG Balance Less Reserve Funding

| | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 194,658,975 | $ 50,737,094 | $ 9,452,577 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,667,036 | $ 89,891 | $ 440 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**REVISED**

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | *$ 2,554,117* | *$ 2,554,117* |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | *$ 763,301* | *$ 763,301* |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | *$ 104,782* | *$ 104,782* |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | *$ 2,467,490* | *$ 2,467,490* |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | *five year allocation* | | | *$ 48,518* | *$ 48,518* |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | *$ 426,203* | *$ 426,203* |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | *$ 1,357,011* | *$ 1,357,011* |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | *$ 2,628,278* | *$ 2,628,278* |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | $ 230,080 | | | *$ 230,080* | *$ 230,080* |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $ - | $ - | $ - | $ 2,286,960 | $ 653,760 | $ 2,940,720 | $ 2,940,720 |

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 29,193,171 | $ 88,450,208 | $ 62,080,384 | $ 21,253,589 | $ 200,977,352 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,244,346 | $ 14,756,853 | $ 3,934,254 | $ 2,210,816 | $ 23,146,269 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $ - | $ - | $ 2,286,960 | $ 653,760 | $ 2,940,720 |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 155,306,731 | $ 89,843,303 | $ 51,209,436 | $ 53,871,293 | $ 53,871,293 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 14,071,619 | $ 1,746,278 | $ 292,168 | $ 611,098 | $ 611,098 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,254 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 200,977,352 | $ 50,737,094 | $ 3,134,200 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,146,269 | $ 89,891 | $ 521,207 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**NEW**

# TIP Project Report
2/7/2025

| Last Revision | Revision Date | | |
|---|---|---|---|
| **Amend 190** | **02/7/2024** | | |

| TIP ID | PIN # | Length in Miles | Lead Agency |
|---|---|---|---|
| NSH 2025-17-184 | | | Metro Nashville |

| State | County |
|---|---|
| TN | Davidson |

| State Route | Total Project Cost |
|---|---|
| | $5,867,600 |

**Project Name**

Electrify Nashville

**Termini**

**Project Description**

The Electrify Music City Project will significantly increase the amount of charging infrastructure in the Nashville area to equitably meet the goals of the community and future demand for EVCI. In doing so, project costs will include efforts in planning and development, potential ROW acquisition, installation, operations and maintenance, and educational activities

| Long Range Plan # | Conformity Status |
|---|---|
| Congestion Mitigation | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2025 | PE-N/PE-D/ROW/CONST | CFI | $2,858,700 | $2,286,960 | $0 | $571,740 |
| 2026 | OPERATIONS | CFI | $817,200 | $653,760 | $0 | $163,440 |
| **Total** | | | **$3,675,900** | **$2,940,720** | **$0** | **$735,180** |

Comments:

- Amendment 190: This amendment adds the project to the FYs 2023-2026 eSTIP with $2,940,720 programmed federal Charging and Fueling Infrastructure (CFI) funds.
- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=1245



DOT-001138

# STATEWIDE TRANSPORTATION PLANNING
# PROCESS CERTIFICATION

In accordance with 23 CFR 450.220, the Tennessee Department of Transportation hereby certifies that its statewide transportation planning process is addressing major issues facing the State, and is being carried out in accordance with the following requirements:

I       23 U.S.C. 134 and 135, 49 USC 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     Section 1101 (b) of the FAST-ACT (Pub. L 114-357) and 49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction projects.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In states containing nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.


Date:  July 23, 2024

Matt Meservy

Director, Planning Division

# RESOLUTION TPB-2025-01

## A RESOLUTION AMENDING THE TRANSPORTATION IMPROVEMENT PROGRAM FOR FEDERAL FISCAL YEARS 2023 THROUGH 2026

**WHEREAS,** the Nashville Area Metropolitan Planning Organization (MPO) is responsible for the development and adoption of a Transportation Improvement Program (TIP) for the metropolitan planning area in cooperation with the state, local governments, and public transit operators; and

**WHEREAS,** on November 16, 2022, the MPO adopted the TIP for federal fiscal years 2023 through 2026 to advance projects contained within the MPO's Regional Transportation Plan; and

**WHEREAS,** the TIP consists of a fiscally constrained multi-year program of federally funded or regionally significant transportation services and improvement projects located within the Tennessee counties of Davidson, Maury, Robertson, Rutherford, Sumner, Williamson, and Wilson County; and

**WHEREAS,** the MPO's Public Participation Plan allows the public and interested stakeholders a period of no fewer than ten days to review proposed amendments to the TIP; and

**WHEREAS,** the following amendments have met all public noticing requirements, are consistent with the Regional Transportation Plan, and conform to the requirements of Title 23 Code of Federal Regulations Part 450.324.

**NOW, THEREFORE, BE IT RESOLVED** by the Transportation Policy Board of the Nashville Area MPO, that the Fiscal Years 2023 through 2026 TIP is amended as follows:

- Amend# 2025-001: Revise the termini for the East Division Street Widening in Mt. Juliet
- Amend# 2025-002: Add funds for Walton Ferry & Old Shackle Island Road Improvements Project in Hendersonville
- Amend# 2025-003: Add project for Electrify Nashville in Nashville
- Amend# 2025-004: Revise project termini for East Nashville Backbones in Nashville
- Amend# 2025-005: Replace funds for Florence Road Sidewalks in Smyrna
- Amend# 2025-006: Replace funds for Jefferson Pike Widening in LaVergne
- Amend# 2025-007: Replace funds for Lowry Street (US41/70S/SR-1) Improvements – Phase 2 in Smyrna
- Amend# 2025-008: Remove funds for Lock 4 Multiuse Trail in Gallatin
- Amend# 2025-009: Remove funds for Citywide Sidewalk Improvements – Phase 2 in Gallatin

**ADOPTED,** this 20th day of November 2024, the general welfare of the citizens of the Region requiring it.

**APPROVED AS TO FORM AND LEGALITY:**

Candi Henry, Chief Legal Counsel

**APPROVED:**

The Honorable Mike Callis, Chairperson

**ATTEST:**

Michael Skipper, Board Secretary

## METROPOLITAN TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.336, the Nashville Area Metropolitan Planning Organization and the Tennessee Department of Transportation hereby certify that the metropolitan transportation planning process is addressing major issues facing the Nashville-Davidson, TN and Murfreesboro, TN urbanized areas, and is being carried out in accordance with the following requirements:

I.      23 U.S.C. 134 and 135, 49 U.S.C. 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction contracts.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

_____     Date: 12/17/24 _____

**The Honorable Mike Callis**
**Chair, Transportation Policy Board**
**Nashville Area Metropolitan Planning Organization**

_____     Date: _____12/17/24_____

**Matt Meservy  Director, TDOT Long
Range Planning**

DOT-001142

*ORIGINAL*    Table 5.    Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

Table 6.    Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

*REVISED*    **Table 5.    Budgeted Revenue by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

**Table 6.    Programmed Expenditures by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

*ORIGINAL*

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | *$ 2,554,117* | | | | *$ 2,554,117* | *$ 2,554,117* |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | *$ 763,301* | | | | *$ 763,301* | *$ 763,301* |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | *$ 104,782* | | | | *$ 104,782* | *$ 104,782* |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | *$ 2,467,490* | | | | *$ 2,467,490* | *$ 2,467,490* |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | *$ 48,518* | *five year allocation* | | | *$ 48,518* | *$ 48,518* |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | *$ 426,203* | | | | *$ 426,203* | *$ 426,203* |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | *$ 1,357,011* | | | | *$ 1,357,011* | *$ 1,357,011* |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | *$ 2,628,278* | | | | *$ 2,628,278* | *$ 2,628,278* |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | *$ 230,080* | | | *$ 230,080* | *$ 230,080* |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Annual Growth 2%

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 30,033,171 | $ 103,085,181 | $ 40,607,034 | $ 20,933,589 | $ 194,658,975 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,449,913 | $ 14,756,853 | $ 3,929,454 | $ 2,530,816 | $ 23,667,036 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 154,466,731 | $ 74,368,331 | $ 57,207,813 | $ 60,189,670 | $ 60,189,670 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,866,052 | $ 1,540,711 | $ 91,401 | $ 90,331 | $ 90,331 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,254 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 194,658,975 | $ 50,737,094 | $ 9,452,577 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,667,036 | $ 89,891 | $ 440 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

*REVISED*

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | 161,963,842 | 22,536,060 | 22,986,781 | 23,446,516 | 23,915,447 | 92,884,803 | 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | 13,932,128 | 2,383,837 | 2,431,513 | 2,480,144 | 2,529,746 | 9,825,240 | 23,757,368 |
| Surface Transportation Block Grant - Local STBG | - | 10,579,780 | - | - | - | 10,349,700 | 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | - | 2,554,117 | | | | 2,554,117 | 2,554,117 |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | - | 763,301 | | | | 763,301 | 763,301 |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | - | 104,782 | | | | 104,782 | 104,782 |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | - | 2,467,490 | | | | 2,467,490 | 2,467,490 |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | - | 48,518 | five year allocation | | | 48,518 | 48,518 |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | - | 426,203 | | | | 426,203 | 426,203 |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | - | 1,357,011 | | | | 1,357,011 | 1,357,011 |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | - | 2,628,278 | | | | 2,628,278 | 2,628,278 |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | - | | 230,080 | | | 230,080 | 230,080 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | 6,891,180 | 2,699,210 | 2,753,194 | 2,808,258 | 2,864,423 | 11,125,084 | 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | 2,655,859 | 2,708,977 | 3,032,165 | 3,092,747 | 3,154,602 | 11,988,431 | 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | 364,934 | 372,233 | 464,019 | 473,300 | 482,765 | 1,792,317 | 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | - | - | 157,825 | 160,982 | 164,201 | 483,008 | 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | 80,507,076 | 31,196,836 | 31,820,772 | 32,457,188 | 33,106,332 | 128,581,127 | 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | 6,264,504 | 3,194,897 | 3,258,795 | 3,323,971 | 3,390,450 | 13,168,113 | 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | 2,066,742 | 1,245,626 | 1,270,539 | 1,295,949 | 1,321,868 | 5,133,982 | 7,200,724 |
| State of Good Repair Program (FTA 5337) | 10,979,939 | 4,208,140 | 4,292,302 | 4,378,148 | 4,465,711 | 17,344,302 | 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | 2,991,194 | 6,488,689 | 10,518,463 | 1,548,832 | 1,579,809 | 20,135,792 | 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | 475,213 | 135,000 | 137,700 | 140,454 | 143,263 | 556,417 | 1,031,630 |
| FTA Community Project Funding (FTA CPF) | - | - | 3,000,000 | - | - | 3,000,000 | 3,000,000 |
| Highway Improvement Program (U-HIP) | 2,089,264 | - | - | - | - | - | 2,089,264 |
| Emergency Relief Program (ER) | 484,381 | - | - | - | - | - | 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | 1,474,786 | - | - | - | - | - | 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | 3,519,799 | - | - | - | - | - | 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | - | - | - | - | - | - | - |
| Charging and Fueling Infrastructure Grant Program (CFI) | - | - | - | 2,286,960 | 653,760 | 2,940,720 | 2,940,720 |

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | 29,193,171 | 88,450,208 | 62,080,384 | 21,253,589 | 200,977,352 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | 2,244,346 | 14,756,853 | 3,934,254 | 2,210,816 | 23,146,269 |
| Surface Transportation Block Grant - Local STBG | 9,666,533 | 913,247 | - | - | 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | 7,802,776 | 417,344 | 2,753,194 | 5,672,681 | 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | 4,576,792 | 3,820,149 | 3,092,747 | 279,815 | 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | 737,167 | 464,019 | 473,300 | 482,765 | 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | - | 157,825 | 160,982 | 164,201 | 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | 48,275,658 | 40,681,171 | 33,915,016 | 31,851,121 | 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | 4,520,000 | 4,930,000 | 4,570,000 | 2,300,000 | 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | 1,245,626 | 1,270,539 | 1,295,949 | 1,321,868 | 5,133,982 |
| State of Good Repair Program (FTA 5337) | 9,022,027 | 6,458,968 | 7,019,136 | 5,824,110 | 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | 9,479,883 | 10,000,000 | - | - | 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | 180,000 | 522,940 | 180,000 | - | 882,940 |
| FTA Community Project Funding (FTA CPF) | - | 3,000,000 | - | - | 3,000,000 |
| Highway Improvement Program (U-HIP) | 800,000 | 1,289,264 | - | - | 2,089,264 |
| Emergency Relief Program (ER) | 484,381 | - | - | - | 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | 1,474,786 | - | - | - | 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | 3,498,799 | - | - | - | 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | - | - | - | - | - |
| Charging and Fueling Infrastructure Grant Program (CFI) | - | - | 2,286,960 | 653,760 | 2,940,720 |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | 155,306,731 | 89,843,303 | 51,209,436 | 53,871,293 | 53,871,293 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | 14,071,619 | 1,746,278 | 292,168 | 611,098 | 611,098 |
| Surface Transportation Block Grant - Local STBG | 913,247 | 0 | - | - | - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | 1,787,614 | 4,123,464 | 4,178,528 | 1,370,270 | 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | 788,044 | - | - | 2,874,787 | 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | - | - | - | - | - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | - | - | - | - | - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | 63,428,254 | 54,567,855 | 53,110,027 | 54,365,237 | 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | 4,939,401 | 3,268,196 | 2,022,167 | 3,112,617 | 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | 2,066,742 | 2,066,742 | 2,066,742 | 2,066,742 | 2,066,742 |
| State of Good Repair Program (FTA 5337) | 6,166,052 | 3,999,386 | 1,358,398 | (0) | (0) |
| Bus and Bus Facilities Program (FTA 5339) | (0) | 518,463 | 2,067,295 | 3,647,103 | 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | 430,213 | 44,973 | 5,427 | 148,690 | 148,690 |
| FTA Community Project Funding (FTA CPF) | - | - | - | - | - |
| Highway Improvement Program (U-HIP) | 1,289,264 | - | - | - | - |
| Emergency Relief Program (ER) | - | - | - | - | - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | - | - | - | - | - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | - | - | - | - | - |
| Charging and Fueling Infrastructure Grant Program (CFI) | - | - | - | - | - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | 254,848,645 | 200,977,352 | 50,737,094 | 3,134,200 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | 23,757,368 | 23,146,269 | 89,891 | 521,207 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | 14,644,290 | 11,769,503 | 2,874,787 | - |

**ORIGINAL**

**TIP Project Report**
2/7/2025

| TIP ID | PIN # | Length in Miles | Lead Agency |
|---|---|---|---|
| NSH 2018-16-070 | 128886.00 | 3.8 | Metro Nashville |

| State | County |
|---|---|
| TN | Davidson |

| State Route | Total Project Cost |
|---|---|
| | $2,685,175 |

**Project Name**

East Nashville Backbones

**Termini**

Union Street, From 2nd Avenue North to 1st Avenue North; Woodland Street, From 1st Avenue North to South 11th Street; South 5th Street, From Woodland Street to Davidson Street; South 10th Street, From Woodland Street to Sevier Street

**Project Description**

This project consists of major separated bike lanes including the installation of necessary pavement markings, signs, and delineators on both sides of the following road segments:• Union Street from 2nd Avenue North to 1st Avenue North• Woodland Street from 1st Avenue North to South 11th Street• South 5th Street from Woodland Street to Davidson Street• South 10th Street from Woodland Street to Sevier Street

| Long Range Plan # | Conformity Status |
|---|---|
| ATP | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2023 | PE-D | STBG-U | $800,000 | $640,000 | $0 | $160,000 |
| 2023 | Const | LOCAL | $1,070,800 | $0 | $0 | $1,070,800 |
| 2024 | Const | STBG-U | $337,475 | $269,980 | $0 | $67,495 |
| 2024 | CONST | U-RSV | $448,088 | $358,470 | $0 | $89,618 |
| **Total** | | | **$2,656,363** | **$1,268,450** | **$0** | **$1,387,913** |

Comments:

- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=979
- Modification 407: This project has been modified to shift $50,782 in federal U-STBG funds from the FY 2024 Construction phase to the FY 2024 PE-N phase, update the FY to 2024, and update the project termini and scope.

DOT-001147



DOT-001148

**REVISED**

## TIP Project Report
2/7/2025

| **Last Revision** | **Revision Date** | | |
|---|---|---|---|
| Amend 191 | 02/7/2024 | | |

| **TIP ID** | **PIN #** | **Length in Miles** | **Lead Agency** |
|---|---|---|---|
| NSH 2018-16-070 | 128886.00 | 3.44 | Metro Nashville |

| **State** | **County** |
|---|---|
| TN | Davidson |

| **State Route** | **Total Project Cost** |
|---|---|
| | $3,133,263 |

**Project Name**

East Nashville Backbones

**Termini**

Union Street from 3rd Avenue North to 1st Avenue North; Woodland Street from 1st Avenue North to South 11th Street; South 5th Street from Main Street to Davidson Street; South 10th Street from Main Street to Sevier Street

**Project Description**

This project consists of major separated bike lanes including the installation of necessary pavement markings, signs, and delineators on both sides of the following road segments: Union Street from 3rd Avenue North to 1st Avenue North; Woodland Street from 1st Avenue North to South 11th Street; South 5th Street from Main Street to Davidson Street; South 10th Street from Main Street to Sevier Street

| **Long Range Plan #** | **Conformity Status** |
|---|---|
| ATP | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2025 | PE-D | STBG-U | $800,000 | $640,000 | $0 | $160,000 |
| 2025 | Const | LOCAL | $1,070,800 | $0 | $0 | $1,070,800 |
| 2025 | Const | STBG-U | $337,475 | $269,980 | $0 | $67,495 |
| 2025 | CONST | U-RSV | $448,088 | $358,470 | $0 | $89,618 |
| **Total** | | | **$2,656,363** | **$1,268,450** | **$0** | **$1,387,913** |

Comments:

- Amendment 191: This amendment revises the project's termini to "Union Street from 3rd Avenue North to 1st Avenue North; Woodland Street from 1st Avenue North to South 11th Street; South 5th Street from Main Street to Davidson Street; South 10th Street from Main Street to Sevier Street" and updates the length of the project to 3.44 miles. Additionally the total project cost has been updated to reflect the U-RSV funds.
- Modification 407: This project has been modified to shift $50,782 in federal U-STBG funds from the FY 2024 Construction phase to the FY 2024 PE-N phase, update the FY to 2024, and update the project termini and scope.
- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=979

DOT-001149



DOT-001150

## STATEWIDE TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.220, the Tennessee Department of Transportation hereby certifies that its statewide transportation planning process is addressing major issues facing the State, and is being carried out in accordance with the following requirements:

I        23 U.S.C. 134 and 135, 49 USC 5303 and 5304 (Highways and Transit).

II.      Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.     49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.      Section 1101 (b) of the FAST-ACT (Pub. L 114-357) and 49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.       23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction projects.

VI.      Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.     In states containing nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.    The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.      Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.       Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.


_____          Date:  July 23, 2024

Matt Meservy

Director, Planning Division

DOT-001151

## METROPOLITAN TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.336, the Nashville Area Metropolitan Planning Organization and the Tennessee Department of Transportation hereby certify that the metropolitan transportation planning process is addressing major issues facing the Nashville-Davidson, TN and Murfreesboro, TN urbanized areas, and is being carried out in accordance with the following requirements:

I.      23 U.S.C. 134 and 135, 49 U.S.C. 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction contracts.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

_____ _____      Date: 12/17/24 ___ _____ _____

**The Honorable Mike Callis**
**Chair, Transportation Policy Board**
**Nashville Area Metropolitan Planning Organization**

_____      Date: _____12/17/24_____

**Matt Meservy  Director, TDOT Long**
**Range Planning**

DOT-001152

# RESOLUTION TPB-2025-01

## A RESOLUTION AMENDING THE TRANSPORTATION IMPROVEMENT PROGRAM FOR FEDERAL FISCAL YEARS 2023 THROUGH 2026

**WHEREAS,** the Nashville Area Metropolitan Planning Organization (MPO) is responsible for the development and adoption of a Transportation Improvement Program (TIP) for the metropolitan planning area in cooperation with the state, local governments, and public transit operators; and

**WHEREAS,** on November 16, 2022, the MPO adopted the TIP for federal fiscal years 2023 through 2026 to advance projects contained within the MPO's Regional Transportation Plan; and

**WHEREAS,** the TIP consists of a fiscally constrained multi-year program of federally funded or regionally significant transportation services and improvement projects located within the Tennessee counties of Davidson, Maury, Robertson, Rutherford, Sumner, Williamson, and Wilson County; and

**WHEREAS,** the MPO's Public Participation Plan allows the public and interested stakeholders a period of no fewer than ten days to review proposed amendments to the TIP; and

**WHEREAS,** the following amendments have met all public noticing requirements, are consistent with the Regional Transportation Plan, and conform to the requirements of Title 23 Code of Federal Regulations Part 450.324.

**NOW, THEREFORE, BE IT RESOLVED** by the Transportation Policy Board of the Nashville Area MPO, that the Fiscal Years 2023 through 2026 TIP is amended as follows:

- Amend# 2025-001: Revise the termini for the East Division Street Widening in Mt. Juliet
- Amend# 2025-002: Add funds for Walton Ferry & Old Shackle Island Road Improvements Project in Hendersonville
- Amend# 2025-003: Add project for Electrify Nashville in Nashville
- Amend# 2025-004: Revise project termini for East Nashville Backbones in Nashville
- Amend# 2025-005: Replace funds for Florence Road Sidewalks in Smyrna
- Amend# 2025-006: Replace funds for Jefferson Pike Widening in LaVergne
- Amend# 2025-007: Replace funds for Lowry Street (US41/70S/SR-1) Improvements – Phase 2 in Smyrna
- Amend# 2025-008: Remove funds for Lock 4 Multiuse Trail in Gallatin
- Amend# 2025-009: Remove funds for Citywide Sidewalk Improvements – Phase 2 in Gallatin

**ADOPTED,** this 20th day of November 2024, the general welfare of the citizens of the Region requiring it.

APPROVED AS TO FORM AND LEGALITY:

APPROVED:

_____
Candi Henry, Chief Legal Counsel

_____
The Honorable Mike Callis, Chairperson

ATTEST:

_____
Michael Skipper, Board Secretary

DOT-001154

*ORIGINAL*   Table 5.   Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

Table 6.   Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

**REVISED**    Table 5.    Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

Table 6.    Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

*ORIGINAL*

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability | | |
|---|---|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 | | Annual Growth |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 | | 2% |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 | | |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | $ 2,554,117 | $ 2,554,117 | | |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | $ 763,301 | $ 763,301 | | |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | $ 104,782 | $ 104,782 | | |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | $ 2,467,490 | $ 2,467,490 | | |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | | *five year allocation* | | $ 48,518 | $ 48,518 | | |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | $ 426,203 | $ 426,203 | | |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | $ 1,357,011 | $ 1,357,011 | | |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | $ 2,628,278 | $ 2,628,278 | | |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | $ 230,080 | | | $ 230,080 | $ 230,080 | | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 | | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 | | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 | | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 | | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 | | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 | | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 | | |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 | | |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 | | |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 | | |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 | | |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 | | |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 | | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 | | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 | | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 30,033,171 | $ 103,085,181 | $ 40,607,034 | $ 20,933,589 | $ 194,658,975 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,449,913 | $ 14,756,853 | $ 3,929,454 | $ 2,530,816 | $ 23,667,036 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 154,466,731 | $ 74,368,331 | $ 57,207,813 | $ 60,189,670 | $ 60,189,670 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,866,052 | $ 1,540,711 | $ 91,401 | $ 90,331 | $ 90,331 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,254 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ - |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 194,658,975 | $ 50,737,094 | $ 9,452,577 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,667,036 | $ 89,891 | $ 440 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

DOT-001157

*REVISED*

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | $ 2,554,117 | 2,554,117 |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | $ 763,301 | 763,301 |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | $ 104,782 | 104,782 |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | $ 2,467,490 | 2,467,490 |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | *five year allocation* | | | $ 426,203 | 426,203 |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | $ 1,357,011 | 1,357,011 |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | $ 2,628,278 | 2,628,278 |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | $ 230,080 | | | $ 230,080 | 230,080 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,165 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Charging and Fueling Infrastructure Grant Program (CFI) | | | | $ 2,286,960 | $ 653,760 | $ 2,940,720 | 2,940,720 |

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 29,193,171 | $ 88,450,208 | $ 62,080,384 | $ 21,253,589 | $ 200,977,352 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,244,346 | $ 14,756,853 | $ 3,934,254 | $ 2,210,816 | $ 23,146,269 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $ - | $ - | $ 2,286,960 | $ 653,760 | $ 2,940,720 |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 155,306,731 | $ 89,843,303 | $ 51,209,436 | $ 53,871,293 | $ 53,871,293 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 14,071,619 | $ 1,746,278 | $ 292,168 | $ 611,098 | $ 611,098 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | - |
| Carbon Reduction Program - Spring Hill (H-CRP) | $ - | $ - | $ - | $ - | - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,254 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $ - | $ - | $ - | $ - | - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 200,977,352 | $ 50,737,094 | $ 3,134,200 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,146,269 | $ 89,891 | $ 521,207 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**NEW**

## TIP Project Report
2/7/2025

| Last Revision | Revision Date |
|---|---|
| **Amend 190** | **02/7/2024** |

| TIP ID | PIN # | Length in Miles | Lead Agency |
|---|---|---|---|
| NSH 2025-17-184 | | | Metro Nashville |

| State | County |
|---|---|
| TN | Davidson |

| State Route | Total Project Cost |
|---|---|
| | $5,867,600 |

**Project Name**

Electrify Nashville

**Termini**

**Project Description**

The Electrify Music City Project will significantly increase the amount of charging infrastructure in the Nashville area to equitably meet the goals of the community and future demand for EVCI. In doing so, project costs will include efforts in planning and development, potential ROW acquisition, installation, operations and maintenance, and educational activities

| Long Range Plan # | Conformity Status |
|---|---|
| Congestion Mitigation | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2025 | PE-N/PE-D/ROW/CONST | CFI | $2,858,700 | $2,286,960 | $0 | $571,740 |
| 2026 | OPERATIONS | CFI | $817,200 | $653,760 | $0 | $163,440 |
| **Total** | | | **$3,675,900** | **$2,940,720** | **$0** | **$735,180** |

Comments:

- Amendment 190: This amendment adds the project to the FYs 2023-2026 eSTIP with $2,940,720 programmed federal Charging and Fueling Infrastructure (CFI) funds.
- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=1245



DOT-001159

# STATEWIDE TRANSPORTATION PLANNING
# PROCESS CERTIFICATION

In accordance with 23 CFR 450.220, the Tennessee Department of Transportation hereby certifies that its statewide transportation planning process is addressing major issues facing the State, and is being carried out in accordance with the following requirements:

I.      23 U.S.C. 134 and 135, 49 USC 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     Section 1101 (b) of the FAST-ACT (Pub. L 114-357) and 49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction projects.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In states containing nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.


Date:  July 23, 2024

Matt Meservy

Director, Planning Division

# RESOLUTION TPB-2025-01

## A RESOLUTION AMENDING THE TRANSPORTATION IMPROVEMENT PROGRAM FOR FEDERAL FISCAL YEARS 2023 THROUGH 2026

**WHEREAS**, the Nashville Area Metropolitan Planning Organization (MPO) is responsible for the development and adoption of a Transportation Improvement Program (TIP) for the metropolitan planning area in cooperation with the state, local governments, and public transit operators; and

**WHEREAS,** on November 16, 2022, the MPO adopted the TIP for federal fiscal years 2023 through 2026 to advance projects contained within the MPO's Regional Transportation Plan; and

**WHEREAS,** the TIP consists of a fiscally constrained multi-year program of federally funded or regionally significant transportation services and improvement projects located within the Tennessee counties of Davidson, Maury, Robertson, Rutherford, Sumner, Williamson, and Wilson County; and

**WHEREAS,** the MPO's Public Participation Plan allows the public and interested stakeholders a period of no fewer than ten days to review proposed amendments to the TIP; and

**WHEREAS,** the following amendments have met all public noticing requirements, are consistent with the Regional Transportation Plan, and conform to the requirements of Title 23 Code of Federal Regulations Part 450.324.

**NOW, THEREFORE, BE IT RESOLVED** by the Transportation Policy Board of the Nashville Area MPO, that the Fiscal Years 2023 through 2026 TIP is amended as follows:

- Amend# 2025-001: Revise the termini for the East Division Street Widening in Mt. Juliet
- Amend# 2025-002: Add funds for Walton Ferry & Old Shackle Island Road Improvements Project in Hendersonville
- Amend# 2025-003: Add project for Electrify Nashville in Nashville
- Amend# 2025-004: Revise project termini for East Nashville Backbones in Nashville
- Amend# 2025-005: Replace funds for Florence Road Sidewalks in Smyrna
- Amend# 2025-006: Replace funds for Jefferson Pike Widening in LaVergne
- Amend# 2025-007: Replace funds for Lowry Street (US41/70S/SR-1) Improvements – Phase 2 in Smyrna
- Amend# 2025-008: Remove funds for Lock 4 Multiuse Trail in Gallatin
- Amend# 2025-009: Remove funds for Citywide Sidewalk Improvements – Phase 2 in Gallatin

**ADOPTED,** this 20th day of November 2024, the general welfare of the citizens of the Region requiring it.

APPROVED AS TO FORM AND LEGALITY:

_____
Candi Henry, Chief Legal Counsel

APPROVED:

_____
The Honorable Mike Callis, Chairperson

ATTEST:

_____
Michael Skipper, Board Secretary

DOT-001162

## METROPOLITAN TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.336, the Nashville Area Metropolitan Planning Organization and the Tennessee Department of Transportation hereby certify that the metropolitan transportation planning process is addressing major issues facing the Nashville-Davidson, TN and Murfreesboro, TN urbanized areas, and is being carried out in accordance with the following requirements:

I.      23 U.S.C. 134 and 135, 49 U.S.C. 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction contracts.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

_____  _____     Date: 12/17/24 ___ _____ _____

**The Honorable Mike Callis**
**Chair, Transportation Policy Board**
**Nashville Area Metropolitan Planning Organization**

_____     Date: _____12/17/24_____

**Matt Meservy  Director, TDOT Long**
**Range Planning**

*ORIGINAL*    **Table 5.    Budgeted Revenue by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

**Table 6.    Programmed Expenditures by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

*REVISED*    Table 5.    Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

Table 6.    Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

*ORIGINAL*

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability | | |
|---|---|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 | | Annual Growth |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 | | 2% |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 | | |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | $ 2,554,117 | $ 2,554,117 | | |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | $ 763,301 | $ 763,301 | | |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | $ 104,782 | $ 104,782 | | |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | $ 2,467,490 | $ 2,467,490 | | |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | | five year allocation | | $ 48,518 | $ 48,518 | | |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | $ 426,203 | $ 426,203 | | |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | $ 1,357,011 | $ 1,357,011 | | |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | $ 2,628,278 | $ 2,628,278 | | |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | $ 230,080 | | | $ 230,080 | $ 230,080 | | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 | | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 | | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 | | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 | | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 | | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 | | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 | | |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 | | |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 | | |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 | | |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 | | |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 | | |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 | | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 | | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 | | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 30,033,171 | $ 103,085,181 | $ 40,607,034 | $ 20,933,589 | $ 194,658,975 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,449,913 | $ 14,756,853 | $ 3,929,454 | $ 2,530,816 | $ 23,667,036 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 154,466,731 | $ 74,368,331 | $ 57,207,813 | $ 60,189,670 | $ 60,189,670 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,866,052 | $ 1,540,711 | $ 91,401 | $ 90,331 | $ 90,331 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,294 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 194,658,975 | $ 50,737,094 | $ 9,452,577 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,667,036 | $ 89,891 | $ 440 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

DOT-001166

**REVISED**

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 |
| _Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)_ | $ - | $ 2,554,117 | | | | $ 2,554,117 | $ 2,554,117 |
| _Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)_ | $ - | $ 763,301 | | | | $ 763,301 | $ 763,301 |
| _Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)_ | $ - | $ 104,782 | | | | $ 104,782 | $ 104,782 |
| _Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)_ | $ - | $ 2,467,490 | | | | $ 2,467,490 | $ 2,467,490 |
| _Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)_ | $ - | $ 48,518 | _five year allocation_ | | | $ 48,518 | $ 48,518 |
| _Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)_ | $ - | $ 426,203 | | | | $ 426,203 | $ 426,203 |
| _Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)_ | $ - | $ 1,357,011 | | | | $ 1,357,011 | $ 1,357,011 |
| _Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)_ | $ - | $ 2,628,278 | | | | $ 2,628,278 | $ 2,628,278 |
| _Surface Transportation Block Grant - White House Urban Cluster (L-STBG)_ | $ - | $ - | $ 230,080 | | | $ 230,080 | $ 230,080 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,165 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | | | | $ 2,286,960 | $ 653,760 | $ 2,940,720 | $ 2,940,720 |

| Annual Program Expenditures | | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | | $ 29,193,171 | $ 88,450,208 | $ 62,080,384 | $ 21,253,589 | $ 200,977,352 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | | $ 2,244,346 | $ 14,756,853 | $ 3,934,254 | $ 2,210,816 | $ 23,146,269 |
| Surface Transportation Block Grant - Local STBG | | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act (U-CRRSAA) | | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | | $ - | $ - | $ 2,286,960 | $ 653,760 | $ 2,940,720 |

| Annual Cumulative Balance | | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | | $ 155,306,731 | $ 89,843,303 | $ 51,209,436 | $ 53,871,293 | $ 53,871,293 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | | $ 14,071,619 | $ 1,746,278 | $ 292,168 | $ 611,098 | $ 611,098 |
| Surface Transportation Block Grant - Local STBG | | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | | $ 63,428,254 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 |
| State of Good Repair Program (FTA 5337) | | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act (U-CRRSAA) | | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | | $ 254,848,645 | $ 200,977,352 | $ 50,737,094 | $ 3,134,200 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | | $ 23,757,368 | $ 23,146,269 | $ 89,891 | $ 521,207 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**NEW**

## TIP Project Report
2/7/2025

| **Last Revision** | **Revision Date** | | |
|---|---|---|---|
| Amend 190 | 02/7/2024 | | |

| **TIP ID** | **PIN #** | **Length in Miles** | **Lead Agency** |
|---|---|---|---|
| NSH 2025-17-184 | | | Metro Nashville |

| **State** | **County** | |
|---|---|---|
| TN | Davidson | |

| **State Route** | **Total Project Cost** |
|---|---|
| | $5,867,600 |

**Project Name**

Electrify Nashville

**Termini**

**Project Description**

The Electrify Music City Project will significantly increase the amount of charging infrastructure in the Nashville area to equitably meet the goals of the community and future demand for EVCI. In doing so, project costs will include efforts in planning and development, potential ROW acquisition, installation, operations and maintenance, and educational activities

| **Long Range Plan #** | **Conformity Status** |
|---|---|
| Congestion Mitigation | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2025 | PE-N/PE-D/ROW/CONST | CFI | $2,858,700 | $2,286,960 | $0 | $571,740 |
| 2026 | OPERATIONS | CFI | $817,200 | $653,760 | $0 | $163,440 |
| **Total** | | | **$3,675,900** | **$2,940,720** | **$0** | **$735,180** |

Comments:

- Amendment 190: This amendment adds the project to the FYs 2023-2026 eSTIP with $2,940,720 programmed federal Charging and Fueling Infrastructure (CFI) funds.
- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=1245



DOT-001168

## STATEWIDE TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.220, the Tennessee Department of Transportation hereby certifies that its statewide transportation planning process is addressing major issues facing the State, and is being carried out in accordance with the following requirements:

I      23 U.S.C. 134 and 135, 49 USC 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.    Section 1101 (b) of the FAST-ACT (Pub. L 114-357) and 49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.     23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction projects.

VI.    Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.   In states containing nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.  The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.    Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.     Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

Date:  July 23, 2024

Matt Meservy

Director, Planning Division

# RESOLUTION TPB-2025-01

## A RESOLUTION AMENDING THE TRANSPORTATION IMPROVEMENT PROGRAM FOR FEDERAL FISCAL YEARS 2023 THROUGH 2026

**WHEREAS**, the Nashville Area Metropolitan Planning Organization (MPO) is responsible for the development and adoption of a Transportation Improvement Program (TIP) for the metropolitan planning area in cooperation with the state, local governments, and public transit operators; and

**WHEREAS**, on November 16, 2022, the MPO adopted the TIP for federal fiscal years 2023 through 2026 to advance projects contained within the MPO's Regional Transportation Plan; and

**WHEREAS**, the TIP consists of a fiscally constrained multi-year program of federally funded or regionally significant transportation services and improvement projects located within the Tennessee counties of Davidson, Maury, Robertson, Rutherford, Sumner, Williamson, and Wilson County; and

**WHEREAS,** the MPO's Public Participation Plan allows the public and interested stakeholders a period of no fewer than ten days to review proposed amendments to the TIP; and

**WHEREAS,** the following amendments have met all public noticing requirements, are consistent with the Regional Transportation Plan, and conform to the requirements of Title 23 Code of Federal Regulations Part 450.324.

**NOW, THEREFORE, BE IT RESOLVED** by the Transportation Policy Board of the Nashville Area MPO, that the Fiscal Years 2023 through 2026 TIP is amended as follows:

- Amend# 2025-001: Revise the termini for the East Division Street Widening in Mt. Juliet
- Amend# 2025-002: Add funds for Walton Ferry & Old Shackle Island Road Improvements Project in Hendersonville
- Amend# 2025-003: Add project for Electrify Nashville in Nashville
- Amend# 2025-004: Revise project termini for East Nashville Backbones in Nashville
- Amend# 2025-005: Replace funds for Florence Road Sidewalks in Smyrna
- Amend# 2025-006: Replace funds for Jefferson Pike Widening in LaVergne
- Amend# 2025-007: Replace funds for Lowry Street (US41/70S/SR-1) Improvements – Phase 2 in Smyrna
- Amend# 2025-008: Remove funds for Lock 4 Multiuse Trail in Gallatin
- Amend# 2025-009: Remove funds for Citywide Sidewalk Improvements – Phase 2 in Gallatin

**ADOPTED,** this 20th day of November 2024, the general welfare of the citizens of the Region requiring it.

APPROVED AS TO FORM AND LEGALITY:

_____
Candi Henry, Chief Legal Counsel

APPROVED:

_____
The Honorable Mike Callis, Chairperson

ATTEST:

_____
Michael Skipper, Board Secretary

DOT-001171

## METROPOLITAN TRANSPORTATION PLANNING
### PROCESS CERTIFICATION

In accordance with 23 CFR 450.336, the Nashville Area Metropolitan Planning Organization and the Tennessee Department of Transportation hereby certify that the metropolitan transportation planning process is addressing major issues facing the Nashville-Davidson, TN and Murfreesboro, TN urbanized areas, and is being carried out in accordance with the following requirements:

I.     23 U.S.C. 134 and 135, 49 U.S.C. 5303 and 5304 (Highways and Transit).

II.    Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.   49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.    49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.     23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction contracts.

VI.    Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.   In nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.  The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.    Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.     Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

_____     Date: 12/17/24 _____
**The Honorable Mike Callis**
**Chair, Transportation Policy Board**
**Nashville Area Metropolitan Planning Organization**

_____     Date: _____12/17/24_____
**Matt Meservy  Director, TDOT Long Range Planning**

DOT-001172

*ORIGINAL*     Table 5.     Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

Table 6.     Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

*REVISED*  **Table 5.  Budgeted Revenue by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

**Table 6.  Programmed Expenditures by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

*ORIGINAL*

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | $ 2,554,117 | $ 2,554,117 |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | $ 763,301 | $ 763,301 |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | $ 104,782 | $ 104,782 |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | $ 2,467,490 | $ 2,467,490 |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | *five year allocation* | | | $ 48,518 | $ 48,518 |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | $ 426,203 | $ 426,203 |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | $ 1,357,011 | $ 1,357,011 |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | $ 2,628,278 | $ 2,628,278 |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | | $ 230,080 | | | $ 230,080 | $ 230,080 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Annual Growth 2%

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 30,033,171 | $ 103,085,181 | $ 40,607,034 | $ 20,933,589 | $ 194,658,975 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,449,913 | $ 14,756,853 | $ 3,929,454 | $ 2,530,816 | $ 23,667,036 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 154,466,731 | $ 74,368,331 | $ 57,207,813 | $ 60,189,670 | $ 60,189,670 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,866,052 | $ 1,540,711 | $ 91,401 | $ 90,331 | $ 90,331 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,294 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 |
| State of Good Repair Program (FTA 5337) | $ 6,116,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 194,658,975 | $ 50,737,094 | $ 9,452,577 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,667,036 | $ 89,891 | $ 440 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**REVISED**

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | $ 2,554,117 | $ 2,554,117 |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | $ 763,301 | $ 763,301 |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | $ 104,782 | $ 104,782 |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | $ 2,467,490 | $ 2,467,490 |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | *five year allocation* | | | $ 48,518 | $ 48,518 |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | $ 426,203 | $ 426,203 |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | $ 1,357,011 | $ 1,357,011 |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | $ 2,628,278 | $ 2,628,278 |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | $ 230,080 | | | $ 230,080 | $ 230,080 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $ - | $ - | $ - | $ 2,286,960 | $ 653,760 | $ 2,940,720 | $ 2,940,720 |

| Annual Program Expenditures | | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | | $ 29,193,171 | $ 88,450,208 | $ 62,080,384 | $ 21,253,589 | $ 200,977,352 | |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | | $ 2,244,346 | $ 14,756,853 | $ 3,934,254 | $ 2,210,816 | $ 23,146,269 | |
| Surface Transportation Block Grant - Local STBG | | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 | |
| Carbon Reduction Program - Spring Hill (H-CRP) | | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | |
| State of Good Repair Program (FTA 5337) | | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 | |
| Bus and Bus Facilities Program (FTA 5339) | | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 | |
| Bus and Bus Facilities Program (FTA 5339-M) | | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 | |
| FTA Community Project Funding (FTA CPF) | | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | |
| Highway Improvement Program (U-HIP) | | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 | |
| Emergency Relief Program (ER) | | $ 484,381 | $ - | $ - | $ - | $ 484,381 | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | | $ - | $ - | $ - | $ - | $ - | |
| Charging and Fueling Infrastructure Grant Program (CFI) | | $ - | $ - | $ 2,286,960 | $ 653,760 | $ 2,940,720 | |

| Annual Cumulative Balance | | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* | |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | | $ 155,306,731 | $ 89,843,303 | $ 51,209,436 | $ 53,871,293 | $ 53,871,293 | |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | | $ 14,071,619 | $ 1,746,278 | $ 292,168 | $ 611,098 | $ 611,098 | |
| Surface Transportation Block Grant - Local STBG | | $ 913,247 | $ 0 | $ - | $ - | $ - | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | | $ - | $ - | $ - | $ - | $ - | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | | $ - | $ - | $ - | $ - | $ - | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | | $ 63,428,254 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | |
| State of Good Repair Program (FTA 5337) | | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) | |
| Bus and Bus Facilities Program (FTA 5339) | | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 | |
| Bus and Bus Facilities Program (FTA 5339-M) | | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 | |
| FTA Community Project Funding (FTA CPF) | | $ - | $ - | $ - | $ - | $ - | |
| Highway Improvement Program (U-HIP) | | $ 1,289,264 | $ - | $ - | $ - | $ - | |
| Emergency Relief Program (ER) | | $ - | $ - | $ - | $ - | $ - | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | | $ - | $ - | $ - | $ - | $ - | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | | $ - | $ - | $ - | $ - | $ - | |
| Charging and Fueling Infrastructure Grant Program (CFI) | | $ - | $ - | $ - | $ - | $ - | |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 200,977,352 | $ 50,737,094 | $ 3,134,200 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,146,269 | $ 89,891 | $ 521,207 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**ORIGINAL**

**TIP Project Report**
**2/7/2025**

| TIP ID | PIN # | Length in Miles | Lead Agency |
|---|---|---|---|
| NSH 2018-16-070 | 128886.00 | 3.8 | Metro Nashville |

| State | County |
|---|---|
| TN | Davidson |

| State Route | Total Project Cost |
|---|---|
| | $2,685,175 |

**Project Name**

East Nashville Backbones

**Termini**

Union Street, From 2nd Avenue North to 1st Avenue North; Woodland Street, From 1st Avenue North to South 11th Street; South 5th Street, From Woodland Street to Davidson Street; South 10th Street, From Woodland Street to Sevier Street

**Project Description**

This project consists of major separated bike lanes including the installation of necessary pavement markings, signs, and delineators on both sides of the following road segments:• Union Street from 2nd Avenue North to 1st Avenue North• Woodland Street from 1st Avenue North to South 11th Street• South 5th Street from Woodland Street to Davidson Street• South 10th Street from Woodland Street to Sevier Street

| Long Range Plan # | Conformity Status |
|---|---|
| ATP | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2023 | PE-D | STBG-U | $800,000 | $640,000 | $0 | $160,000 |
| 2023 | Const | LOCAL | $1,070,800 | $0 | $0 | $1,070,800 |
| 2024 | Const | STBG-U | $337,475 | $269,980 | $0 | $67,495 |
| 2024 | CONST | U-RSV | $448,088 | $358,470 | $0 | $89,618 |
| **Total** | | | **$2,656,363** | **$1,268,450** | **$0** | **$1,387,913** |

Comments:

- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=979
- Modification 407: This project has been modified to shift $50,782 in federal U-STBG funds from the FY 2024 Construction phase to the FY 2024 PE-N phase, update the FY to 2024, and update the project termini and scope.

DOT-001177



DOT-001178

**REVISED**

**TIP Project Report**

2/7/2025

| Last Revision | Revision Date | | |
|---|---|---|---|
| **Amend 191** | **02/7/2024** | | |

| TIP ID | PIN # | Length in Miles | Lead Agency |
|---|---|---|---|
| NSH 2018-16-070 | 128886.00 | 3.44 | Metro Nashville |

| State | County |
|---|---|
| TN | Davidson |

| State Route | Total Project Cost |
|---|---|
| | $3,133,263 |

**Project Name**

East Nashville Backbones

**Termini**

Union Street from 3rd Avenue North to 1st Avenue North; Woodland Street from 1st Avenue North to South 11th Street; South 5th Street from Main Street to Davidson Street; South 10th Street from Main Street to Sevier Street

**Project Description**

This project consists of major separated bike lanes including the installation of necessary pavement markings, signs, and delineators on both sides of the following road segments: Union Street from 3rd Avenue North to 1st Avenue North; Woodland Street from 1st Avenue North to South 11th Street; South 5th Street from Main Street to Davidson Street; South 10th Street from Main Street to Sevier Street

| Long Range Plan # | Conformity Status |
|---|---|
| ATP | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2025 | PE-D | STBG-U | $800,000 | $640,000 | $0 | $160,000 |
| 2025 | Const | LOCAL | $1,070,800 | $0 | $0 | $1,070,800 |
| 2025 | Const | STBG-U | $337,475 | $269,980 | $0 | $67,495 |
| 2025 | CONST | U-RSV | $448,088 | $358,470 | $0 | $89,618 |
| **Total** | | | **$2,656,363** | **$1,268,450** | **$0** | **$1,387,913** |

Comments:

- Amendment 191: This amendment revises the project's termini to "Union Street from 3rd Avenue North to 1st Avenue North; Woodland Street from 1st Avenue North to South 11th Street; South 5th Street from Main Street to Davidson Street; South 10th Street from Main Street to Sevier Street" and updates the length of the project to 3.44 miles. Additionally the total project cost has been updated to reflect the U-RSV funds.
- Modification 407: This project has been modified to shift $50,782 in federal U-STBG funds from the FY 2024 Construction phase to the FY 2024 PE-N phase, update the FY to 2024, and update the project termini and scope.
- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=979

DOT-001179



DOT-001180

# STATEWIDE TRANSPORTATION PLANNING
# PROCESS CERTIFICATION

In accordance with 23 CFR 450.220, the Tennessee Department of Transportation hereby certifies that its statewide transportation planning process is addressing major issues facing the State, and is being carried out in accordance with the following requirements:

| | |
|---|---|
| I | 23 U.S.C. 134 and 135, 49 USC 5303 and 5304 (Highways and Transit). |
| II. | Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21. |
| III. | 49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity. |
| IV. | Section 1101 (b) of the FAST-ACT (Pub. L 114-357) and 49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects. |
| V. | 23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction projects. |
| VI. | Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38. |
| VII. | In states containing nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93. |
| VIII. | The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance. |
| IX. | Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender. |
| X. | Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities. |

Date:  July 23, 2024

Matt Meservy

Director, Planning Division

DOT-001181

## METROPOLITAN TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.336, the Nashville Area Metropolitan Planning Organization and the Tennessee Department of Transportation hereby certify that the metropolitan transportation planning process is addressing major issues facing the Nashville-Davidson, TN and Murfreesboro, TN urbanized areas, and is being carried out in accordance with the following requirements:

I.      23 U.S.C. 134 and 135, 49 U.S.C. 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction contracts.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

_____  _____     Date: 12/1 7/24 ___ _____ _____

**The Honorable Mike Callis**
**Chair, Transportation Policy Board**
**Nashville Area Metropolitan Planning Organization**


_____     Date: _____12/1 7/24_____

**Matt Meservy  Director, TDOT Long**
**Range Planning**

DOT-001182

# RESOLUTION TPB-2025-01

## A RESOLUTION AMENDING THE TRANSPORTATION IMPROVEMENT PROGRAM FOR FEDERAL FISCAL YEARS 2023 THROUGH 2026

**WHEREAS,** the Nashville Area Metropolitan Planning Organization (MPO) is responsible for the development and adoption of a Transportation Improvement Program (TIP) for the metropolitan planning area in cooperation with the state, local governments, and public transit operators; and

**WHEREAS,** on November 16, 2022, the MPO adopted the TIP for federal fiscal years 2023 through 2026 to advance projects contained within the MPO's Regional Transportation Plan; and

**WHEREAS,** the TIP consists of a fiscally constrained multi-year program of federally funded or regionally significant transportation services and improvement projects located within the Tennessee counties of Davidson, Maury, Robertson, Rutherford, Sumner, Williamson, and Wilson County; and

**WHEREAS,** the MPO's Public Participation Plan allows the public and interested stakeholders a period of no fewer than ten days to review proposed amendments to the TIP; and

**WHEREAS,** the following amendments have met all public noticing requirements, are consistent with the Regional Transportation Plan, and conform to the requirements of Title 23 Code of Federal Regulations Part 450.324.

**NOW, THEREFORE, BE IT RESOLVED** by the Transportation Policy Board of the Nashville Area MPO, that the Fiscal Years 2023 through 2026 TIP is amended as follows:

- Amend# 2025-001: Revise the termini for the East Division Street Widening in Mt. Juliet
- Amend# 2025-002: Add funds for Walton Ferry & Old Shackle Island Road Improvements Project in Hendersonville
- Amend# 2025-003: Add project for Electrify Nashville in Nashville
- Amend# 2025-004: Revise project termini for East Nashville Backbones in Nashville
- Amend# 2025-005: Replace funds for Florence Road Sidewalks in Smyrna
- Amend# 2025-006: Replace funds for Jefferson Pike Widening in LaVergne
- Amend# 2025-007: Replace funds for Lowry Street (US41/70S/SR-1) Improvements – Phase 2 in Smyrna
- Amend# 2025-008: Remove funds for Lock 4 Multiuse Trail in Gallatin
- Amend# 2025-009: Remove funds for Citywide Sidewalk Improvements – Phase 2 in Gallatin

**ADOPTED,** this 20th day of November 2024, the general welfare of the citizens of the Region requiring it.

**APPROVED AS TO FORM AND LEGALITY:**

Candi Henry, Chief Legal Counsel

**APPROVED:**

The Honorable Mike Callis, Chairperson

**ATTEST:**

Michael Skipper, Board Secretary

*ORIGINAL*    Table 5.    Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

Table 6.    Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | $62,160,674 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | $351,999,121 |

*REVISED*     **Table 5.     Budgeted Revenue by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

**Table 6.     Programmed Expenditures by Year for Statewide Programs**

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

DOT-001186

*ORIGINAL*

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability | | |
|---|---|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 | | Annual Growth |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 | | 2% |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 | | |
| Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG) | $ - | $ 2,554,117 | | | | $ 2,554,117 | $ 2,554,117 | | |
| Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG) | $ - | $ 763,301 | | | | $ 763,301 | $ 763,301 | | |
| Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG) | $ - | $ 104,782 | | | | $ 104,782 | $ 104,782 | | |
| Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG) | $ - | $ 2,467,490 | | | | $ 2,467,490 | $ 2,467,490 | | |
| Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG) | $ - | $ 48,518 | | five year allocation | | $ 48,518 | $ 48,518 | | |
| Surface Transportation Block Grant - Portland Urban Cluster (L-STBG) | $ - | $ 426,203 | | | | $ 426,203 | $ 426,203 | | |
| Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG) | $ - | $ 1,357,011 | | | | $ 1,357,011 | $ 1,357,011 | | |
| Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG) | $ - | $ 2,628,278 | | | | $ 2,628,278 | $ 2,628,278 | | |
| Surface Transportation Block Grant - White House Urban Cluster (L-STBG) | $ - | $ - | $ 230,080 | | | $ 230,080 | $ 230,080 | | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 | | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 | | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 | | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 | | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 | | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 | | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 | | |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 | | |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 | | |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 | | |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 | | |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 | | |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 | | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 | | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 | | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 30,033,171 | $ 103,085,181 | $ 40,607,034 | $ 20,933,589 | $ 194,658,975 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,449,913 | $ 14,756,853 | $ 3,929,454 | $ 2,530,816 | $ 23,667,036 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 154,466,731 | $ 74,368,331 | $ 57,207,813 | $ 60,189,670 | $ 60,189,670 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,866,052 | $ 1,540,711 | $ 91,401 | $ 90,331 | $ 90,331 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,254 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ - |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 194,658,975 | $ 50,737,094 | $ 9,452,577 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,667,036 | $ 89,891 | $ 440 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**REVISED**

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | $ 2,554,117 | $ 2,554,117 |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | $ 763,301 | $ 763,301 |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | $ 104,782 | $ 104,782 |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | $ 2,467,490 | $ 2,467,490 |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | five year allocation | | | $ 48,518 | $ 48,518 |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | $ 426,203 | $ 426,203 |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | $ 1,357,011 | $ 1,357,011 |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | $ 2,628,278 | $ 2,628,278 |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | $ 230,080 | | | $ 230,080 | $ 230,080 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,165 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | | | | $ 2,286,960 | $ 653,760 | $ 2,940,720 | $ 2,940,720 |

| Annual Program Expenditures | | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | | $ 29,193,171 | $ 88,450,208 | $ 62,080,384 | $ 21,253,589 | $ 200,977,352 | |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | | $ 2,244,346 | $ 14,756,853 | $ 3,934,254 | $ 2,210,816 | $ 23,146,269 | |
| Surface Transportation Block Grant - Local STBG | | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | |
| State of Good Repair Program (FTA 5337) | | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 | |
| Bus and Bus Facilities Program (FTA 5339) | | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 | |
| Bus and Bus Facilities Program (FTA 5339-M) | | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 | |
| FTA Community Project Funding (FTA CPF) | | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | |
| Highway Improvement Program (U-HIP) | | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 | |
| Emergency Relief Program (ER) | | $ 484,381 | $ - | $ - | $ - | $ 484,381 | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | | $ - | $ - | $ - | $ - | $ - | |
| Charging and Fueling Infrastructure Grant Program (CFI) | | $ - | $ - | $ 2,286,960 | $ 653,760 | $ 2,940,720 | |

| Annual Cumulative Balance | | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* | |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | | $ 155,306,731 | $ 89,843,303 | $ 51,209,436 | $ 53,871,293 | $ 53,871,293 | |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | | $ 14,071,619 | $ 1,746,278 | $ 292,168 | $ 611,098 | $ 611,098 | |
| Surface Transportation Block Grant - Local STBG | | $ 913,247 | $ 0 | $ - | $ - | $ - | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | | $ - | $ - | $ - | $ - | $ - | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | | $ - | $ - | $ - | $ - | $ - | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | | $ 63,428,254 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | |
| State of Good Repair Program (FTA 5337) | | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) | |
| Bus and Bus Facilities Program (FTA 5339) | | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 | |
| Bus and Bus Facilities Program (FTA 5339-M) | | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 | |
| FTA Community Project Funding (FTA CPF) | | $ - | $ - | $ - | $ - | $ - | |
| Highway Improvement Program (U-HIP) | | $ 1,289,264 | $ - | $ - | $ - | $ - | |
| Emergency Relief Program (ER) | | $ - | $ - | $ - | $ - | $ - | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | | $ - | $ - | $ - | $ - | $ - | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | | $ - | $ - | $ - | $ - | $ - | |
| Charging and Fueling Infrastructure Grant Program (CFI) | | $ - | $ - | $ - | $ - | $ - | |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 200,977,352 | $ 50,737,094 | $ 3,134,200 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,146,269 | $ 89,891 | $ 521,207 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**From:** CFIAwardees <CFIAwardees@dot.gov>
**To:** "Patel, Neelam (FHWA)" <neelam.patel@dot.gov>, "Tarpgaard, Sarah (FHWA)" <Sarah.Tarpgaard@dot.gov>
**Cc:** "Hopkins, Casey (NDOT)" <Casey.Hopkins@nashville.gov>, "Pulley, Amos (FHWA)" <amos.pulley@dot.gov>
**Subject:** CFI: Notice of Selection for CFI Grant Award
**Date:** Thu, 29 Aug 2024 19:27:52 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg

---

Applicant Name: Metropolitan Government of Nashville-Davidson County
Application Title: Electrify MUSIC City: Municipality Upgrades for Stations and Integrated Charging
Federal Funding: $4,694,080

Dear Selected CFI Applicant,

**Congratulations!** The U.S. Department of Transportation (USDOT) selected your application to receive a grant award under the Charging and Fueling Infrastructure (CFI) Discretionary Grant Program.

Your selected application was originally submitted in response to the FY 2022/2023 CFI Round 1 NOFO (693JJ323NF00004) issued March 14, 2023, and has been selected under the reserved funding made available for additional awards under the CFI Round 2 NOFO. By email to USDOT, you indicated your request to be reconsidered for award under the reserved funding. Your project has been selected for award under the reserved funding and you are considered a "Round 1B" CFI awardee.

The list of 51 selected Round 1B applications is available online at: https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/. Please check the list of selected applications to ensure your application information is displayed correctly. Some projects have been selected by USDOT to receive a reduced funding amount that is less than the requested Federal share. In such cases, the project scope will be scaled accordingly in the respective grant awards.

This email is not authorization to begin work, and it does not guarantee Federal funding. For each selected project, USDOT and the selected applicant organization must establish and execute a signed, mutually agreed upon grant agreement prior to the disbursement of award funds. No costs incurred before USDOT signs and executes the grant agreement will be reimbursed.

**Next Steps**: The Federal Highway Administration (FHWA) is responsible for establishing and executing the CFI grant agreements with the selected applicants. You can expect to hear from your designated FHWA Point of Contact (POC) in the near future. Your designated FHWA POC will be an employee of the FHWA Division Office based in your State or the FHWA Office of Tribal Transportation. In the meantime, if you have questions about next steps, please direct them to FHWA using the email CFIAwardees@dot.gov.

**Request for Applicant Points of Contact:** Please reply to this email to confirm receipt and provide your organization's point(s) of contact for FHWA's use in the CFI grant award process.

**Welcome Webinars:** You are invited to attend the following Zoom webinars. The webinars will cover the process for executing grant agreements. The webinars will be recorded for those unable to attend.

The intended audience includes the CFI selected recipients' primary POCs and the FHWA POCs. If additional people from your office should be included, please share with the appropriate people.

- CFI Round 1B Welcome Webinar One
- Wednesday, September 11, 2024, 2:00 – 3:00pm Eastern
  - https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon; Meeting ID: 160 406 0503; Passcode: 910522
- CFI Round 1B Welcome Webinar Two
- Thursday, September 19, 2024, 1:00-2:30pm Eastern
  - https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon; Meeting ID: 160 756 3076; Passcode: 594740

**CFI Grant Administration Documents:** In the near future, FHWA will provide a CFI Grant Agreement Template for the recipient to complete in preparation for the award. The template will be discussed at the webinars listed above, and FHWAs POC will coordinate with recipients to complete their agreement template. Recipients are encouraged to review the grant terms and conditions, and grant exhibits, which are incorporated into all CFI grants by reference. The CFI General Terms and Conditions and the CFI Exhibits can be accessed on the CFI website at the bottom of the Grant Resources page. You are encouraged to review the CFI FY 2022 and 2023 Round 1 NOFO and Round 1 Question and Answer document. These documents and other resources can be found using the links on the CFI Round 1 FY 2022 and 2023 Resources page.

**Statewide Transportation Improvement Program (STIP):** All CFI projects are considered to be construction projects under Title 23 United States Code (U.S.C.). Accordingly, all CFI projects are subject to the requirement to be included in an approved STIP applicable to the project. CFI recipients are strongly encouraged to work with their FHWA Division Office and State DOT to ensure the CFI project is consistent with the existing STIP or begin the STIP submittal process as soon as possible. FHWA is unable to execute a CFI grant until the project is included in an approved STIP. For more information on STIP requirements in your State, please contact your local FHWA Division Office and/or State DOT.

**In Closing:** We ask for your patience as we work diligently toward executing grant agreements so your important work may begin. The timeline for awarding new grants vary from project to project, and may take months to process and complete.

It's exciting to see so many communities on the path to accelerating an electrified and alternative fuel transportation system that is convenient, affordable, reliable, equitable, accessible, and safe. The whole CFI Grants Program team is passionate about helping you succeed. Thank you for your commitment to electric vehicle charging and alternative fueling infrastructure. If you have questions, please direct them to FHWA using the email CFIAwardees@dot.gov.

Once again, congratulations!



**Neelam R. Patel**
(she/her)
U.S. DOT | FHWA
Office of Natural Environment
Sustainable Transportation and Resilience Team
Neelam.Patel@dot.gov
https://www.fhwa.dot.gov/environment/sustainability/

DOT-001191

**From:** "Patel, Neelam (FHWA)" <neelam.patel@dot.gov>
**To:** "Culp, Michael (FHWA)" <Michael.Culp@dot.gov>
**Subject:** FW: CFI Round 1B Welcome Webinar One
**Date:** Tue, 1 Apr 2025 18:08:14 +0000
**Importance:** Normal
**Attachments:** unnamed

---

-----Original Appointment-----
**From:** Patel, Neelam (FHWA)
**Sent:** Tuesday, August 27, 2024 2:38 PM
**To:** Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA); Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA); DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
**Cc:** Capri, Danny (FHWA); Townsend, Lotse (FHWA); Retzlaff, Bobbi (FHWA); Rai, Gaurav (FHWA); Jorgenson, Curtis (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA); Johnson, Antonio (FHWA); Michael.Morris@dot.gov; Davis, Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie (FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John (FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica (FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn (FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron (FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley, Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie (FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA); Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA); Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis, Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov; MMeaghe@bart.gov; jimmy.odea@dot.ca.gov; buellt@wsdot.wa.gov; Mary.Brazell@odot.oregon.gov; ben.dealba@energy.ca.gov; mdavis@mwcog.org; jking@mwcog.org; rchristopher@mwcog.org; KrisJohnston@semtribe.com; jtstacy@semtribe.com; Kimberly.Brown@miamidade.gov; gomezp@miamidade.gov; CFarley@atlantaga.gov; JRSeydel@AtlantaGA.Gov; gboike@mg-rc.org; lmathis@mg-rc.org; Matt Garvin; melissa.ovalle@jeffparish.gov; ikm@mdcleanenergy.gov; timothy.slusser@detroitmi.gov; dimitryb@detroitmi.gov; Kristin.Shaw@detroitmi.gov; Huttenlocherc@detroitmi.gov; sbarr@a2gov.org; mstults@a2gov.org; khoenerhoff@a2gov.org; Diana.ChamanSalas@Hennepin.us; mauricio.leonmendez@hennepin.us; janet.mills@hennepin.us; bsmith@ucitymo.org; kcole@ucitymo.org; mcelaj@ucitymo.org; gavetter@ncdot.gov; Hildebrandt, Heather J; Matthews, Marta T; bmignone@oneida-nation.org; pcarmen@oneida-nation.org; kelly.hsieh@onenterprises.com; support@sopec-oh.gov; dvingris@sopec-oh.gov; lbabnik@sopec-oh.gov; nwestendorf@tualatin.gov; kristin.preston@cityofalbany.net; Chris.Bailey@albanyoregon.gov; Jeff.Babbitt@albanyoregon.gov; amanda.burkhart@pittsburghpa.gov; Andrew.shull@pittsburghpa.gov; estebbins-wheelock@burlingtonelectric.com; pnadeau@burlingtonelectric.com; Jennifer Green; cindys00@uw.edu; Nicole Sanderson; eshamb@milwaukee.gov; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary; kuntz.kathryn@countyofdane.com; grants@countyofdane.com; jgardner ozark.org; Kimberly.Butler@Maricopa.gov; PHILIP.McNEELY@Maricopa.gov; David.Bruce@Maricopa.gov; dumurray@ssband.org; dkoupal@ssband.org; rcuellar@ssband.org; liannaccone@isd.lacounty.gov; sean@fortindependence.com; sbrown@cityofdubuque.org; grant.davis cityofchicago.org; morgan.mickelson@indy.gov; mo.mcreynolds@indy.gov; andrewfinzen@pbpnation.org; Norma.Forgione@mass.gov; Sarah.j.white@mass.gov; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us; andy.savastino@kcmo.org; jason.waldron@kcmo.org; david@metroenergy.org; bryan.carter@kcmo.org; SUMMER.ALSTON@DURHAMNC.GOV; jmcneil@sagesrst.com; ysanghvi@dot.nyc.gov; bfiliatraut@morpc.org; robert.mccracken@cincinnati.gov; sself@choctawnation.com; brianna.baber@phila.gov; akshay.malik@phila.gov; lily.reynolds@phila.gov; dominic.mcgraw@phila.gov; Michael.A.Carroll@Phila.gov; loren.doyle@dot.ri.gov; casey.hopkins@nashville.gov; thomas.pommier@houstonx.gov; priya.zachariah@houstonx.gov; liana@livebrooks.com; cody.desautel@colvilletribes.com; Matthew.Pleasants.PLN@colvilletribes.com; billy.nicholson.act@colvilletribes.com; tanderson@jacksonwy.gov; alicia@ytcleancities.gov; cfrei@tetoncountywy.gov;

linda.bailey@ee.doe.gov; Peel, Jeff (OST); Kuntz, Kathryn; Belk, Gretchen V; Giles, Carrie; Simpson, Elizabeth; matthew.pleasants.adm@colvilletribes.com; Judy Hoanshelt; Bethune, Michael; Samantha Bingham; Kathryn Thurston; Mindy Campbell; Michael Joslin (AQD); Lisa Mason; Sean Wiedel; Trent R. Marlett; Joseph McNeil; Amy Gillespie; Quinta Warren; Buell, Tonia; Kelly Hsieh; Michael Smith; Pachniak, Josh (FHWA); Kristi Beck (AQD); Anna Kelly; Jessica Stoll; Alex Miller; Murphy, Melanie (FHWA); Frinell, Karin M (General Services); Elsaghir, Ava (General Services); Verducci, John-Paul (DOT); Contreras, Gilberto (FHWA); Ademuyewo, Adekemi (FHWA); Kristen Weston-Smith (AQD); mcdade10@macworx.pro; dmontgomery@ssband.com; dumurray@ssband.com; Julia Murray; shawnkelly@pbpnation.org; JosephRupnick@pbpnation.org; jonathanroberts@pbpnation.org; MichelleSimon@pbpnation.org; jennifer.westerholm@nashville.gov; debora.hall@indy.gov; sybil.brownfield@indy.gov; Mary Nicol; Connie Gonzalez; Chip Davis; Ryan.C.Kingston@mass.gov; Reynolds, Neisha; Steph Wagner; Daniella DiRubba; James.Clarkin@phl.org; Jessica.noon@phl.org; Tiandra Knight; Scarpino, Michael (Volpe); Nick Fortey
**Subject:** CFI Round 1B Welcome Webinar One
**When:** Wednesday, September 11, 2024 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon


This welcome webinar is the first in a two-part series for CFI Round 1B selected recipients and the FHWA POCs. The CFI Grant Program announced 51 selected recipients on August 27, 2024.  This webinar will introduce the process to execute the grant agreement for the CFI Program.  Please visit the CFI program website.


https://www.fhwa.dot.gov/environment/cfi/
https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/
https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/cfi-awardees-project-description-table_round_1b.pdf
https://www.fhwa.dot.gov/environment/cfi/resources/closed/



Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon

Meeting ID: 160 406 0503
Passcode: 910522

---

One tap mobile
+16692545252,,1604060503#,,,,*910522# US (San Jose)
+16469641167,,1604060503#,,,,*910522# US (US Spanish Line)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 646 828 7666 US (New York)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 160 406 0503
Passcode: 910522

Find your local number: https://usdot.zoomgov.com/u/adQh2vMxVy

---

Join by SIP
• 1604060503@sip.zoomgov.com

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 406 0503
Passcode: 910522



The United States Department of Transportation

Org help

_____

**Event:** FW: CFI Round 1B Welcome Webinar One

**Start Date:** 2024-09-11 18:00:00 +0000

**End Date:** 2024-09-11 19:00:00 +0000

**Organizer:** Patel, Neelam (FHWA) <neelam.patel@dot.gov>

**Location:** https://usdot.zoomgov.com/j/1604060503?
pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon

**Class:** X-PERSONAL

**Date Created:** 2025-04-10 19:16:33 +0000

**Date Modified:** 2025-04-10 19:16:33 +0000

**Priority:** 5

**DTSTAMP:** 2024-09-06 15:21:01 +0000

**Attendee:** Culp, Michael (FHWA) <Michael.Culp@dot.gov>

-----Original Appointment-----
From: Patel, Neelam (FHWA)
Sent: Tuesday, August 27, 2024 2:38 PM
To: Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA);
Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA);
DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
Cc: Capri, Danny (FHWA); Townsend, Lotse (FHWA); Retzlaff, Bobbi (FHWA); Rai, Gaurav (FHWA);
Jorgenson, Curtis (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA);
Johnson, Antonio (FHWA); Michael.Morris@dot.gov <mailto:Michael.Morris@dot.gov> ; Davis,
Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie
(FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John
(FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica
(FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn
(FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron
(FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov
<mailto:veronica.feliciano@dot.gov> ; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley,
Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie
(FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA);
Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA);
Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis,
Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov <mailto:rfuente@bart.gov> ;
MMeaghe@bart.gov <mailto:MMeaghe@bart.gov> ; jimmy.odea@dot.ca.gov

<mailto:jimmy.odea@dot.ca.gov> ; buellt@wsdot.wa.gov <mailto:buellt@wsdot.wa.gov> ;
Mary.Brazell@odot.oregon.gov <mailto:Mary.Brazell@odot.oregon.gov> ;
ben.dealba@energy.ca.gov <mailto:ben.dealba@energy.ca.gov> ; mdavis@mwcog.org
<mailto:mdavis@mwcog.org> ; jking@mwcog.org <mailto:jking@mwcog.org> ;
rchristopher@mwcog.org <mailto:rchristopher@mwcog.org> ; KrisJohnston@semtribe.com
<mailto:KrisJohnston@semtribe.com> ; jtstacy@semtribe.com <mailto:jtstacy@semtribe.com> ;
Kimberly.Brown@miamidade.gov <mailto:Kimberly.Brown@miamidade.gov> ;
gomezp@miamidade.gov <mailto:gomezp@miamidade.gov> ; CFarley@atlantaga.gov
<mailto:CFarley@atlantaga.gov> ; JRSeydel@AtlantaGA.Gov <mailto:JRSeydel@AtlantaGA.Gov> ;
gboike@mg-rc.org <mailto:gboike@mg-rc.org> ; lmathis@mg-rc.org <mailto:lmathis@mg-rc.org> ;
Matt Garvin; melissa.ovalle@jeffparish.gov <mailto:melissa.ovalle@jeffparish.gov> ;
ikm@mdcleanenergy.org <mailto:ikm@mdcleanenergy.org> ; timothy.slusser@detroitmi.gov
<mailto:timothy.slusser@detroitmi.gov> ; dimitryb@detroitmi.gov
<mailto:dimitryb@detroitmi.gov> ; Kristin.Shaw@detroitmi.gov
<mailto:Kristin.Shaw@detroitmi.gov> ; Huttenlocherc@detroitmi.gov
<mailto:Huttenlocherc@detroitmi.gov> ; sbarr@a2gov.org <mailto:sbarr@a2gov.org> ;
mstults@a2gov.org <mailto:mstults@a2gov.org> ; khoenerhoff@a2gov.org
<mailto:khoenerhoff@a2gov.org> ; Diana.ChamanSalas@Hennepin.us
<mailto:Diana.ChamanSalas@Hennepin.us> ; mauricio.leonmendez@hennepin.us
<mailto:mauricio.leonmendez@hennepin.us> ; janet.mills@hennepin.us
<mailto:janet.mills@hennepin.us> ; bsmith@ucitymo.org <mailto:bsmith@ucitymo.org> ;
kcole@ucitymo.org <mailto:kcole@ucitymo.org> ; mcelaj@ucitymo.org
<mailto:mcelaj@ucitymo.org> ; gavetter@ncdot.gov <mailto:gavetter@ncdot.gov> ; Hildebrandt,
Heather J; Matthews, Marta T; bmignone@oneida-nation.org <mailto:bmignone@oneida-
nation.org> ; pcarmen@oneida-nation.org <mailto:pcarmen@oneida-nation.org> ;
kelly.hsieh@onenterprises.com <mailto:kelly.hsieh@onenterprises.com> ; support@sopec-
oh.gov <mailto:support@sopec-oh.gov> ; dvingris@sopec-oh.gov <mailto:dvingris@sopec-
oh.gov> ; lbabnik@sopec-oh.gov <mailto:lbabnik@sopec-oh.gov> ; nwestendorf@tualatin.gov
<mailto:nwestendorf@tualatin.gov> ; kristin.preston@cityofalbany.net
<mailto:kristin.preston@cityofalbany.net> ; Chris.Bailey@albanyoregon.gov
<mailto:Chris.Bailey@albanyoregon.gov> ; Jeff.Babbitt@albanyoregon.gov
<mailto:Jeff.Babbitt@albanyoregon.gov> ; amanda.burkhart@pittsburghpa.gov
<mailto:amanda.burkhart@pittsburghpa.gov> ; Andrew.shull@pittsburghpa.gov
<mailto:Andrew.shull@pittsburghpa.gov> ; estebbins-wheelock@burlingtonelectric.com
<mailto:estebbins-wheelock@burlingtonelectric.com> ; pnadeau@burlingtonelectric.com
<mailto:pnadeau@burlingtonelectric.com> ; Jennifer Green; cindys00@uw.edu
<mailto:cindys00@uw.edu> ; Nicole Sanderson; eshamb@milwaukee.gov
<mailto:eshamb@milwaukee.gov> ; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary;
kuntz.kathryn@countyofdane.com <mailto:kuntz.kathryn@countyofdane.com> ;
grants@countyofdane.com <mailto:grants@countyofdane.com> ; jgardner ozark.org;
Kimberly.Butler@Maricopa.gov <mailto:Kimberly.Butler@Maricopa.gov> ;
PHILIP.McNEELY@Maricopa.gov <mailto:PHILIP.McNEELY@Maricopa.gov> ;
David.Bruce@Maricopa.gov <mailto:David.Bruce@Maricopa.gov> ; dumurray@ssband.org
<mailto:dumurray@ssband.org> ; dkoupal@ssband.org <mailto:dkoupal@ssband.org> ;

rcuellar@ssband.org <mailto:rcuellar@ssband.org> ; liannaccone@isd.lacounty.gov
<mailto:liannaccone@isd.lacounty.gov> ; sean@fortindependence.com
<mailto:sean@fortindependence.com> ; sbrown@cityofdubuque.org
<mailto:sbrown@cityofdubuque.org> ; grant.davis cityofchicago.org;
morgan.mickelson@indy.gov <mailto:morgan.mickelson@indy.gov> ; mo.mcreynolds@indy.gov
<mailto:mo.mcreynolds@indy.gov> ; andrewfinzen@pbpnation.org
<mailto:andrewfinzen@pbpnation.org> ; Norma.Forgione@mass.gov
<mailto:Norma.Forgione@mass.gov> ; Sarah.j.white@mass.gov <mailto:Sarah.j.white@mass.gov>
; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us <mailto:elliott.mcfadden@state.mn.us>
; andy.savastino@kcmo.org <mailto:andy.savastino@kcmo.org> ; jason.waldron@kcmo.org
<mailto:jason.waldron@kcmo.org> ; david@metroenergy.org <mailto:david@metroenergy.org> ;
bryan.carter@kcmo.org <mailto:bryan.carter@kcmo.org> ; SUMMER.ALSTON@DURHAMNC.GOV
<mailto:SUMMER.ALSTON@DURHAMNC.GOV> ; jmcneil@sagesrst.com
<mailto:jmcneil@sagesrst.com> ; ysanghvi@dot.nyc.gov <mailto:ysanghvi@dot.nyc.gov> ;
bfiliatraut@morpc.org <mailto:bfiliatraut@morpc.org> ; robert.mccracken@cincinnati-oh.gov
<mailto:robert.mccracken@cincinnati-oh.gov> ; sself@choctawnation.com
<mailto:sself@choctawnation.com> ; brianna.baber@phila.gov
<mailto:brianna.baber@phila.gov> ; akshay.malik@phila.gov <mailto:akshay.malik@phila.gov> ;
lily.reynolds@phila.gov <mailto:lily.reynolds@phila.gov> ; dominic.mcgraw@phila.gov
<mailto:dominic.mcgraw@phila.gov> ; Michael.A.Carroll@Phila.gov
<mailto:Michael.A.Carroll@Phila.gov> ; loren.doyle@dot.ri.gov <mailto:loren.doyle@dot.ri.gov> ;
casey.hopkins@nashville.gov <mailto:casey.hopkins@nashville.gov> ;
thomas.pommier@houstontx.gov <mailto:thomas.pommier@houstontx.gov> ;
priya.zachariah@houstontx.gov <mailto:priya.zachariah@houstontx.gov> ; liana@livebrooks.com
<mailto:liana@livebrooks.com> ; cody.desautel@colvilletribes.com
<mailto:cody.desautel@colvilletribes.com> ; Matthew.Pleasants.PLN@colvilletribes.com
<mailto:Matthew.Pleasants.PLN@colvilletribes.com> ; billy.nicholson.act@colvilletribes.com
<mailto:billy.nicholson.act@colvilletribes.com> ; tanderson@jacksonwy.gov
<mailto:tanderson@jacksonwy.gov> ; alicia@ytcleancities.org <mailto:alicia@ytcleancities.org> ;
cfrei@tetoncountywy.gov <mailto:cfrei@tetoncountywy.gov> ; linda.bailey@ee.doe.gov
<mailto:linda.bailey@ee.doe.gov> ; Peel, Jeff (OST); Kuntz, Kathryn; Belk, Gretchen V; Giles, Carrie;
Simpson, Elizabeth; matthew.pleasants.adm@colvilletribes.com
<mailto:matthew.pleasants.adm@colvilletribes.com> ; Judy Hoanshelt; Bethune, Michael;
Samantha Bingham; Kathryn Thurston; Mindy Campbell; Michael Joslin (AQD); Lisa Mason; Sean
Wiedel; Trent R. Marlett; Joseph McNeil; Amy Gillespie; Quinta Warren; Buell, Tonia; Kelly Hsieh;
Michael Smith; Pachniak, Josh (FHWA); Kristi Beck (AQD); Anna Kelly; Jessica Stoll; Alex Miller;
Murphy, Melanie (FHWA); Frinell, Karin M (General Services); Elsaghir, Ava (General Services);
Verducci, John-Paul (DOT); Contreras, Gilberto (FHWA); Ademuyewo, Adekemi (FHWA); Kristen
Weston-Smith (AQD); mcdade10@macworx.pro <mailto:mcdade10@macworx.pro> ;
dmontgomery@ssband.com <mailto:dmontgomery@ssband.com> ; dumurray@ssband.com
<mailto:dumurray@ssband.com> ; Julia Murray; shawnkelly@pbpnation.org
<mailto:shawnkelly@pbpnation.org> ; JosephRupnick@pbpnation.org
<mailto:JosephRupnick@pbpnation.org> ; jonathanroberts@pbpnation.org
<mailto:jonathanroberts@pbpnation.org> ; MichelleSimon@pbpnation.org

<mailto:MichelleSimon@pbpnation.org> ; jennifer.westerholm@nashville.gov
<mailto:jennifer.westerholm@nashville.gov> ; debora.hall@indy.gov
<mailto:debora.hall@indy.gov> ; sybil.brownfield@indy.gov <mailto:sybil.brownfield@indy.gov> ;
Mary Nicol; Connie Gonzalez; Chip Davis; Ryan.C.Kingston@mass.gov
<mailto:Ryan.C.Kingston@mass.gov> ; Reynolds, Neisha; Steph Wagner; Daniella DiRubba;
James.Clarkin@phl.org <mailto:James.Clarkin@phl.org> ; Jessica.noon@phl.org
<mailto:Jessica.noon@phl.org> ; Tiandra Knight; Scarpino, Michael (Volpe); Nick Fortey
Subject: CFI Round 1B Welcome Webinar One
When: Wednesday, September 11, 2024 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US &
Canada).
Where: https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1604060503%3Fpwd%3DdSkWbG5IyjUVFB4zTm5
vFkLJBDqroP.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C85d63fa880
b8445c36c308dd71482c33%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C638791276
993023339%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMC
IsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=pRmdqGQfjo6
5opGrzMbwoLwBfXuLi0TzShJr1oEs17E%3D&reserved=0> &from=addon


This welcome webinar is the first in a two-part series for CFI Round 1B selected recipients and
the FHWA POCs.  The CFI Grant Program announced 51 selected recipients on August 27, 2024.
This webinar will introduce the process to execute the grant agreement for the CFI Program.
Please visit the CFI program website.


https://www.fhwa.dot.gov/environment/cfi/

https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/

https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/cfi-awardees-project-
description-table_round_1b.pdf

https://www.fhwa.dot.gov/environment/cfi/resources/closed/


Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1
<https://gcc02.safelinks.protection.outlook.com/?

url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1604060503%3Fpwd%3DdSkWbG5IyjUVFB4zTm5
vFkLJBDqroP.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C85d63fa880
b8445c36c308dd71482c33%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C638791276
993044539%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOiJSdWUsIlYiOiIwLjAwMDAwMC
IsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=zPdbLXI6VDay
TSnTm9vIF%2Fc4R6urHLswjR7RvVFWb0w%3D&reserved=0> &from=addon

Meeting ID: 160 406 0503
Passcode: 910522

---

One tap mobile
+16692545252,,1604060503#,,,,*910522# US (San Jose)
+16469641167,,1604060503#,,,,*910522# US (US Spanish Line)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 646 828 7666 US (New York)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 160 406 0503
Passcode: 910522

Find your local number: https://usdot.zoomgov.com/u/adQh2vMxVy
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fu%2FadQh2vMxVy&data=05%7C02%7CMichael.Culp%
40dot.gov%7C85d63fa880b8445c36c308dd71482c33%7Cc4cd245b44f04395a1aa3848d258f78b
%7C0%7C0%7C638791276993058599%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOiJSv
dWUsIlYiOiIwLjAwMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C
%7C&sdata=aFVZIiNvKJuapadbPbt6pTJY1m7oD9roF6PpuMktpcU%3D&reserved=0>

---

Join by SIP
• 1604060503@sip.zoomgov.com <mailto:1604060503@sip.zoomgov.com>

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 406 0503
Passcode: 910522

<https://upload.wikimedia.org/wikipedia/commons/thumb/4/4f/Flag_of_the_United_States_Depa
rtment_of_Transportation.svg/320px-
Flag_of_the_United_States_Department_of_Transportation.svg.png>

The United States Department of Transportation

 <https://ocioclientcenter.dot.gov/esc> Org help

_____

**From:** "Patel, Neelam (FHWA)" <neelam.patel@dot.gov>
**To:** "Culp, Michael (FHWA)" <Michael.Culp@dot.gov>
**Subject:** FW: CFI Round 1B Welcome Webinar Two
**Date:** Tue, 1 Apr 2025 18:10:47 +0000
**Importance:** Normal
**Attachments:** unnamed

---

-----Original Appointment-----
**From:** Patel, Neelam (FHWA)
**Sent:** Tuesday, August 27, 2024 2:44 PM
**To:** Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA); Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA); DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
**Cc:** Capri, Danny (FHWA); Retzlaff, Bobbi (FHWA); Townsend, Lotse (FHWA); Jorgenson, Curtis (FHWA); Rai, Gaurav (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA); Johnson, Antonio (FHWA); Michael.Morris@dot.gov; Davis, Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie (FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John (FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica (FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn (FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron (FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley, Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie (FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA); Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA); Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis, Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov; MMeaghe@bart.gov; jimmy.odea@dot.ca.gov; buellt@wsdot.wa.gov; Mary.Brazell@odot.oregon.gov; ben.dealba@energy.ca.gov; mdavis@mwcog.org; jking@mwcog.org; rchristopher@mwcog.org; KrisJohnston@semtribe.com; jtstacy@semtribe.com; Kimberly.Brown@miamidade.gov; gomezp@miamidade.gov; CFarley@atlantaga.gov; JRSeydel@AtlantaGA.Gov; gboike@mg-rc.org; lmathis@mg-rc.org; Matt Garvin; melissa.ovalle@jeffparish.gov; ikm@mdcleanenergy.org; timothy.slusser@detroitmi.gov; dimitryb@detroitmi.gov; Kristin.Shaw@detroitmi.gov; Huttenlocherc@detroitmi.gov; sbarr@a2gov.org; mstults@a2gov.org; khoenerhoff@a2gov.org; Diana.ChamanSalas@Hennepin.us; mauricio.leonmendez@hennepin.us; janet.mills@hennepin.us; bsmith@ucitymo.org; kcole@ucitymo.org; mcelaj@ucitymo.org; gavetter@ncdot.gov; Hildebrandt, Heather J; Matthews, Marta T; bmignone@oneida-nation.org; pcarmen@oneida-nation.org; kelly.hsieh@onenterprises.com; support@sopec-oh.gov; dvingris@sopec-oh.gov; lbabnik@sopec-oh.gov; nwestendorf@tualatin.gov; kristin.preston@cityofalbany.net; Chris.Bailey@albanyoregon.gov; Jeff.Babbitt@albanyoregon.gov; amanda.burkhart@pittsburghpa.gov; Andrew.shull@pittsburghpa.gov; estebbins-wheelock@burlingtonelectric.com; pnadeau@burlingtonelectric.com; Jennifer Green; cindys00@uw.edu; Nicole Sanderson; eshamb@milwaukee.gov; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary; kuntz.kathryn@countyofdane.com; grants@countyofdane.com; jgardner ozark.org; Kimberly.Butler@Maricopa.gov; PHILIP.McNEELY@Maricopa.gov; David.Bruce@Maricopa.gov; dumurray@ssband.org; dkoupal@ssband.org; rcuellar@ssband.org; liannaccone@isd.lacounty.gov; sean@fortindependence.com; sbrown@cityofdubuque.org; grant.davis cityofchicago.org; morgan.mickelson@indy.gov; mo.mcreynolds@indy.gov; andrewfinzen@pbpnation.org; Norma.Forgione@mass.gov; Sarah.j.white@mass.gov; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us; andy.savastino@kcmo.org; jason.waldron@kcmo.org; david@metroenergy.org; bryan.carter@kcmo.org; SUMMER.ALSTON@DURHAMNC.GOV; jmcneil@sagesrst.com; ysanghvi@dot.nyc.gov; bfiliatraut@morpc.org; robert.mccracken@cincinnati-oh.gov; sself@choctawnation.com; brianna.baber@phila.gov; akshay.malik@phila.gov; lily.reynolds@phila.gov; dominic.mcgraw@phila.gov; Michael.A.Carroll@Phila.gov; loren.doyle@dot.ri.gov; casey.hopkins@nashville.gov; thomas.pommier@houstontx.gov; priya.zachariah@houstontx.gov; liana@livebrooks.com; cody.desautel@colvilletribes.com; Matthew.Pleasants.PLN@colvilletribes.com; billy.nicholson.act@colvilletribes.com; tanderson@jacksonwy.gov; alicia@ytcleancities.org; cfrei@tetoncountywy.gov;

linda.bailey@ee.doe.gov; Peel, Jeff (OST); Giles, Carrie; Simpson, Elizabeth;
matthew.pleasants.adm@colvilletribes.com; Kuntz, Kathryn; Marion, Flore; Bethune, Michael; Kathryn Thurston;
Mindy Campbell; Michael Joslin (AQD); Millicent Chandler (AQD); Kristi Beck (AQD); Sean Wiedel; Trent R. Marlett;
Joseph McNeil; Buell, Tonia; Kelly Hsieh; Reynolds, Neisha; Daniella DiRubba; Anna Kelly; Frinell, Karin M (General
Services); Elsaghir, Ava (General Services); Verducci, John-Paul (DOT); Kristen Weston-Smith (AQD); Jessica Stoll; Steph
Wagner; Jason Hanusey; Brett Lawson; Matthew Stephens-Rich; Cherreen Gegenheimer; Ademuyewo, Adekemi
(FHWA); Contreras, Gilberto (FHWA); Smoot-Madison, Betty; Chandra Farley; Quinta Warren; Peck, Spencer; Cho Heide;
Cotter, Pamela (DOT); Amy Gillespie; Lawlor, Jill; Bopp, Kaylyn; Vaziri, Omid@DOT; Nick Fortey; Miriam Cherayil; Darin
Girdler
**Subject:** CFI Round 1B Welcome Webinar Two
**When:** Thursday, September 19, 2024 1:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon


This is the second welcome webinar in a two-part series for CFI Round 1B selected recipients and the FHWA
POCs.  The CFI Grant Program announced 51 selected recipients on August 27, 2024.  This webinar will introduce
the grant agreement template for the Round 1B CFI Program selected recipients.  Please visit the CFI Round 1 FY
2022 and 2023 Grant Resources website.


https://www.fhwa.dot.gov/environment/cfi/resources/closed/


Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon

Meeting ID: 160 756 3076
Passcode: 594740

---

One tap mobile
+16692545252,,1607563076#,,,,*594740# US (San Jose)
+16468287666,,1607563076#,,,,*594740# US (New York)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)

Meeting ID: 160 756 3076
Passcode: 594740

Find your local number: https://usdot.zoomgov.com/u/aeCJiNuH1V

---

Join by SIP
- 1607563076@sip.zoomgov.com

---

Join by H.323
- 161.199.138.10 (US West)
- 161.199.136.10 (US East)

Meeting ID: 160 756 3076
Passcode: 594740



The United States Department of Transportation

Org help

_____

**Event:** FW: CFI Round 1B Welcome Webinar Two

**Start Date:** 2024-09-19 17:00:00 +0000

**End Date:** 2024-09-19 18:30:00 +0000

**Organizer:** Patel, Neelam (FHWA) <neelam.patel@dot.gov>

**Location:** https://usdot.zoomgov.com/j/1607563076?
pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon

**Class:** X-PERSONAL

**Date Created:** 2025-04-10 19:16:33 +0000

**Date Modified:** 2025-04-10 19:16:33 +0000

**Priority:** 5

**DTSTAMP:** 2024-09-06 15:21:24 +0000

**Attendee:** Culp, Michael (FHWA) <Michael.Culp@dot.gov>


-----Original Appointment-----
From: Patel, Neelam (FHWA)
Sent: Tuesday, August 27, 2024 2:44 PM
To: Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA); Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA); DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
Cc: Capri, Danny (FHWA); Retzlaff, Bobbi (FHWA); Townsend, Lotse (FHWA); Jorgenson, Curtis (FHWA); Rai, Gaurav (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA); Johnson, Antonio (FHWA); Michael.Morris@dot.gov <mailto:Michael.Morris@dot.gov> ; Davis, Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie (FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John (FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica (FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn (FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron (FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov <mailto:veronica.feliciano@dot.gov> ; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley, Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie (FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA); Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA); Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis, Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov <mailto:rfuente@bart.gov> ; MMeaghe@bart.gov <mailto:MMeaghe@bart.gov> ; jimmy.odea@dot.ca.gov

<mailto:jimmy.odea@dot.ca.gov> ; buellt@wsdot.wa.gov <mailto:buellt@wsdot.wa.gov> ;
Mary.Brazell@odot.oregon.gov <mailto:Mary.Brazell@odot.oregon.gov> ;
ben.dealba@energy.ca.gov <mailto:ben.dealba@energy.ca.gov> ; mdavis@mwcog.org
<mailto:mdavis@mwcog.org> ; jking@mwcog.org <mailto:jking@mwcog.org> ;
rchristopher@mwcog.org <mailto:rchristopher@mwcog.org> ; KrisJohnston@semtribe.com
<mailto:KrisJohnston@semtribe.com> ; jtstacy@semtribe.com <mailto:jtstacy@semtribe.com> ;
Kimberly.Brown@miamidade.gov <mailto:Kimberly.Brown@miamidade.gov> ;
gomezp@miamidade.gov <mailto:gomezp@miamidade.gov> ; CFarley@atlantaga.gov
<mailto:CFarley@atlantaga.gov> ; JRSeydel@AtlantaGA.Gov <mailto:JRSeydel@AtlantaGA.Gov> ;
gboike@mg-rc.org <mailto:gboike@mg-rc.org> ; lmathis@mg-rc.org <mailto:lmathis@mg-rc.org> ;
Matt Garvin; melissa.ovalle@jeffparish.gov <mailto:melissa.ovalle@jeffparish.gov> ;
ikm@mdcleanenergy.org <mailto:ikm@mdcleanenergy.org> ; timothy.slusser@detroitmi.gov
<mailto:timothy.slusser@detroitmi.gov> ; dimitryb@detroitmi.gov
<mailto:dimitryb@detroitmi.gov> ; Kristin.Shaw@detroitmi.gov
<mailto:Kristin.Shaw@detroitmi.gov> ; Huttenlocherc@detroitmi.gov
<mailto:Huttenlocherc@detroitmi.gov> ; sbarr@a2gov.org <mailto:sbarr@a2gov.org> ;
mstults@a2gov.org <mailto:mstults@a2gov.org> ; khoenerhoff@a2gov.org
<mailto:khoenerhoff@a2gov.org> ; Diana.ChamanSalas@Hennepin.us
<mailto:Diana.ChamanSalas@Hennepin.us> ; mauricio.leonmendez@hennepin.us
<mailto:mauricio.leonmendez@hennepin.us> ; janet.mills@hennepin.us
<mailto:janet.mills@hennepin.us> ; bsmith@ucitymo.org <mailto:bsmith@ucitymo.org> ;
kcole@ucitymo.org <mailto:kcole@ucitymo.org> ; mcelaj@ucitymo.org
<mailto:mcelaj@ucitymo.org> ; gavetter@ncdot.gov <mailto:gavetter@ncdot.gov> ; Hildebrandt,
Heather J; Matthews, Marta T; bmignone@oneida-nation.org <mailto:bmignone@oneida-
nation.org> ; pcarmen@oneida-nation.org <mailto:pcarmen@oneida-nation.org> ;
kelly.hsieh@onenterprises.com <mailto:kelly.hsieh@onenterprises.com> ; support@sopec-
oh.gov <mailto:support@sopec-oh.gov> ; dvingris@sopec-oh.gov <mailto:dvingris@sopec-
oh.gov> ; lbabnik@sopec-oh.gov <mailto:lbabnik@sopec-oh.gov> ; nwestendorf@tualatin.gov
<mailto:nwestendorf@tualatin.gov> ; kristin.preston@cityofalbany.net
<mailto:kristin.preston@cityofalbany.net> ; Chris.Bailey@albanyoregon.gov
<mailto:Chris.Bailey@albanyoregon.gov> ; Jeff.Babbitt@albanyoregon.gov
<mailto:Jeff.Babbitt@albanyoregon.gov> ; amanda.burkhart@pittsburghpa.gov
<mailto:amanda.burkhart@pittsburghpa.gov> ; Andrew.shull@pittsburghpa.gov
<mailto:Andrew.shull@pittsburghpa.gov> ; estebbins-wheelock@burlingtonelectric.com
<mailto:estebbins-wheelock@burlingtonelectric.com> ; pnadeau@burlingtonelectric.com
<mailto:pnadeau@burlingtonelectric.com> ; Jennifer Green; cindys00@uw.edu
<mailto:cindys00@uw.edu> ; Nicole Sanderson; eshamb@milwaukee.gov
<mailto:eshamb@milwaukee.gov> ; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary;
kuntz.kathryn@countyofdane.com <mailto:kuntz.kathryn@countyofdane.com> ;
grants@countyofdane.com <mailto:grants@countyofdane.com> ; jgardner ozark.org;
Kimberly.Butler@Maricopa.gov <mailto:Kimberly.Butler@Maricopa.gov> ;
PHILIP.McNEELY@Maricopa.gov <mailto:PHILIP.McNEELY@Maricopa.gov> ;
David.Bruce@Maricopa.gov <mailto:David.Bruce@Maricopa.gov> ; dumurray@ssband.org
<mailto:dumurray@ssband.org> ; dkoupal@ssband.org <mailto:dkoupal@ssband.org> ;

rcuellar@ssband.org <mailto:rcuellar@ssband.org> ; liannaccone@isd.lacounty.gov
<mailto:liannaccone@isd.lacounty.gov> ; sean@fortindependence.com
<mailto:sean@fortindependence.com> ; sbrown@cityofdubuque.org
<mailto:sbrown@cityofdubuque.org> ; grant.davis cityofchicago.org;
morgan.mickelson@indy.gov <mailto:morgan.mickelson@indy.gov> ; mo.mcreynolds@indy.gov
<mailto:mo.mcreynolds@indy.gov> ; andrewfinzen@pbpnation.org
<mailto:andrewfinzen@pbpnation.org> ; Norma.Forgione@mass.gov
<mailto:Norma.Forgione@mass.gov> ; Sarah.j.white@mass.gov <mailto:Sarah.j.white@mass.gov>
; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us <mailto:elliott.mcfadden@state.mn.us>
; andy.savastino@kcmo.org <mailto:andy.savastino@kcmo.org> ; jason.waldron@kcmo.org
<mailto:jason.waldron@kcmo.org> ; david@metroenergy.org <mailto:david@metroenergy.org> ;
bryan.carter@kcmo.org <mailto:bryan.carter@kcmo.org> ; SUMMER.ALSTON@DURHAMNC.GOV
<mailto:SUMMER.ALSTON@DURHAMNC.GOV> ; jmcneil@sagesrst.com
<mailto:jmcneil@sagesrst.com> ; ysanghvi@dot.nyc.gov <mailto:ysanghvi@dot.nyc.gov> ;
bfiliatraut@morpc.org <mailto:bfiliatraut@morpc.org> ; robert.mccracken@cincinnati-oh.gov
<mailto:robert.mccracken@cincinnati-oh.gov> ; sself@choctawnation.com
<mailto:sself@choctawnation.com> ; brianna.baber@phila.gov
<mailto:brianna.baber@phila.gov> ; akshay.malik@phila.gov <mailto:akshay.malik@phila.gov> ;
lily.reynolds@phila.gov <mailto:lily.reynolds@phila.gov> ; dominic.mcgraw@phila.gov
<mailto:dominic.mcgraw@phila.gov> ; Michael.A.Carroll@Phila.gov
<mailto:Michael.A.Carroll@Phila.gov> ; loren.doyle@dot.ri.gov <mailto:loren.doyle@dot.ri.gov> ;
casey.hopkins@nashville.gov <mailto:casey.hopkins@nashville.gov> ;
thomas.pommier@houstontx.gov <mailto:thomas.pommier@houstontx.gov> ;
priya.zachariah@houstontx.gov <mailto:priya.zachariah@houstontx.gov> ; liana@livebrooks.com
<mailto:liana@livebrooks.com> ; cody.desautel@colvilletribes.com
<mailto:cody.desautel@colvilletribes.com> ; Matthew.Pleasants.PLN@colvilletribes.com
<mailto:Matthew.Pleasants.PLN@colvilletribes.com> ; billy.nicholson.act@colvilletribes.com
<mailto:billy.nicholson.act@colvilletribes.com> ; tanderson@jacksonwy.gov
<mailto:tanderson@jacksonwy.gov> ; alicia@ytcleancities.org <mailto:alicia@ytcleancities.org> ;
cfrei@tetoncountywy.gov <mailto:cfrei@tetoncountywy.gov> ; linda.bailey@ee.doe.gov
<mailto:linda.bailey@ee.doe.gov> ; Peel, Jeff (OST); Giles, Carrie; Simpson, Elizabeth;
matthew.pleasants.adm@colvilletribes.com <mailto:matthew.pleasants.adm@colvilletribes.com>
; Kuntz, Kathryn; Marion, Flore; Bethune, Michael; Kathryn Thurston; Mindy Campbell; Michael
Joslin (AQD); Millicent Chandler (AQD); Kristi Beck (AQD); Sean Wiedel; Trent R. Marlett; Joseph
McNeil; Buell, Tonia; Kelly Hsieh; Reynolds, Neisha; Daniella DiRubba; Anna Kelly; Frinell, Karin M
(General Services); Elsaghir, Ava (General Services); Verducci, John-Paul (DOT); Kristen Weston-
Smith (AQD); Jessica Stoll; Steph Wagner; Jason Hanusey; Brett Lawson; Matthew Stephens-Rich;
Cherreen Gegenheimer; Ademuyewo, Adekemi (FHWA); Contreras, Gilberto (FHWA); Smoot-
Madison, Betty; Chandra Farley; Quinta Warren; Peck, Spencer; Cho Heide; Cotter, Pamela (DOT);
Amy Gillespie; Lawlor, Jill; Bopp, Kaylyn; Vaziri, Omid@DOT; Nick Fortey; Miriam Cherayil; Darin
Girdler
Subject: CFI Round 1B Welcome Webinar Two
When: Thursday, September 19, 2024 1:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
Where: https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1

<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1607563076%3Fpwd%3DZXJJoECPZK7JNkTJiytnSN
OxVfBI2sQ.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C20877ff51197
4d17e1cd08dd7148876e%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C63879127851
8203188%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkOnRydWUsllYiOiIwLjAuMDAwMCIsll
AiOiJXaW4zMilsIkFOIjoiTWFpbCIsIldUljoyfQ%3D%3D%7C0%7C%7C%7C&sdata=Q9%2BQuDek6px
faJxBFpJqh4s6ZVMt3PWFlVcMbTd1e1c%3D&reserved=0> &from=addon

This is the second welcome webinar in a two-part series for CFI Round 1B selected recipients and the FHWA POCs.  The CFI Grant Program announced 51 selected recipients on August 27, 2024.  This webinar will introduce the grant agreement template for the Round 1B CFI Program selected recipients.  Please visit the CFI Round 1 FY 2022 and 2023 Grant Resources website.

https://www.fhwa.dot.gov/environment/cfi/resources/closed/

Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1607563076?pwd=ZXJJoECPZK7JNkTJiytnSNOxVfBI2sQ.1
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1607563076%3Fpwd%3DZXJJoECPZK7JNkTJiytnSN
OxVfBI2sQ.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C20877ff51197
4d17e1cd08dd7148876e%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C63879127851
8221085%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkOnRydWUsllYiOiIwLjAuMDAwMCIsll
AiOiJXaW4zMilsIkFOIjoiTWFpbCIsIldUljoyfQ%3D%3D%7C0%7C%7C%7C&sdata=JiGMj7Eqmp%2Bz
chF4Gbr2FCVnOvt2MTSWNzGBUU8oWvl%3D&reserved=0> &from=addon

Meeting ID: 160 756 3076
Passcode: 594740

---

One tap mobile
+16692545252,,1607563076#,,,,*594740# US (San Jose)
+16468287666,,1607563076#,,,,*594740# US (New York)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)

Meeting ID: 160 756 3076
Passcode: 594740

Find your local number: https://usdot.zoomgov.com/u/aeCJiNuH1V
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fu%2FaeCJiNuH1V&data=05%7C02%7CMichael.Culp%4
0dot.gov%7C20877ff511974d17e1cd08dd7148876e%7Cc4cd245b44f04395a1aa3848d258f78b%7
C0%7C0%7C638791278518233855%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydW
UsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7
C&sdata=r37YW44AN4FRXfRUgky05T2sxNLkswSFl7z8C%2Bct0Qg%3D&reserved=0>

---

Join by SIP
• 1607563076@sip.zoomgov.com <mailto:1607563076@sip.zoomgov.com>

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 756 3076
Passcode: 594740

<https://upload.wikimedia.org/wikipedia/commons/thumb/4/4f/Flag_of_the_United_States_Depa
rtment_of_Transportation.svg/320px-
Flag_of_the_United_States_Department_of_Transportation.svg.png>

The United States Department of Transportation

 <https://ocioclientcenter.dot.gov/esc> Org help

_____

DOT-001209

**From:** "Hayes, Melisa (NDOT)" <Melisa.Hayes@nashville.gov>
**To:** "Murphy, Melanie (FHWA)" <melanie.murphy@dot.gov>
**Cc:** "Frinell, Karin M (General Services)" <Karin.Frinell@nashville.gov>, "Hopkins, Casey (NDOT)" <Casey.Hopkins@nashville.gov>, "Chambers, Tesha (NDOT)" <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement
**Date:** Wed, 26 Feb 2025 15:13:27 +0000
**Importance:** Normal
**Inline-Images:** image001.gif

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thank you for the update Melanie!

*Best,*
Melisa Hayes, MS, EIT
**melisa.hayes@nashville.gov**   *desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Sent:** Monday, February 24, 2025 9:58 AM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Good morning,

I am reaching out to let y'all know that I will be the main point of contact for this grant moving forward. So if you have any questions, please make sure you are reaching out to me.

We have not received an update on the status of the grant agreement at this time. Thanks!

**Melanie Murphy, AICP** | Transportation Planning Specialist
Federal Highway Administration–TN Division
404 BNA Drive, Suite 508
Nashville, TN 37217
O: 615-781-5767 | C: 615-476-1302
Melanie.Murphy@dot.gov

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Thursday, January 16, 2025 12:13 PM
**To:** Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>; Pulley, Amos (FHWA)

<amos.pulley@dot.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Melanie and Amos,

Thank you for the update and clarification! We will make sure to wait until we hear back that the agreement has been cleared by HCFA before sending to our council for approval.

*Best,*
Melisa Hayes, MS, EIT
**melisa.hayes@nashville.gov**   *desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Sent:** Wednesday, January 15, 2025 9:12 AM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>; Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Subject:** RE: CFI Grant Agreement

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Melisa – just a reminder, the grant agreement has to be cleared for execution by our Office of Acquisition and Grants Management (HCFA) before the Metro Council is able to sign off on it.

Melanie Murphy, AICP | Transportation Planning Specialist
Federal Highway Administration–TN Division
404 BNA Drive, Suite 508
Nashville, TN 37217
O: 615-781-5767 | C: 615-476-1302
Melanie.Murphy@dot.gov

---

**From:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Sent:** Wednesday, January 15, 2025 9:04 AM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Good morning Melisa,

Thanks and hope your week is going well too. I'm glad the snow event wasn't as bad as predicted, though we did cancel the DC trip from the expectation.

I submitted the grant agreement for our HQ to review so you're all set for now. I'll let you know if we need anything else or when we hear back on their review/approval.

Thank you,

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Wednesday, January 15, 2025 8:43 AM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Amos & Melanie,

I hope you both are having a nice week so far. I wanted to check in with you two and make sure there isn't anything else we need to update or provide for the grant agreement.

Thank you for your time and help!

*Best,*
Melisa Hayes, MS, EIT
*melisa.hayes@nashville.gov*   *desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Hayes, Melisa (NDOT)
**Sent:** Wednesday, January 8, 2025 9:14 AM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Good morning Amos,

Please see attached for that change in Schedule E. I also updated Schedule A, #4: Recipient Key Personnel. We have decided to remove Karin Frinell from Metro General Services (DGS) because it has been decided that NDOT will be taking over the grant and non-federal funding fully. Please let us know if you have any questions or see anything else I may have missed.

*Thank you,*
Melisa Hayes, MS, EIT
*melisa.hayes@nashville.gov*   *desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Sent:** Wednesday, January 8, 2025 9:08 AM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT)

<Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Hey Melisa,

Can you change the wording in schedule E? It says there's one change, but the table shows more than one.

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Tuesday, January 7, 2025 11:53 AM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT)
<Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Amos and Melanie,

Thank you for getting back to us quickly with your comments. We have gone through those comments and updated the agreement accordingly, see attached. Please let us know if we addressed everything correctly and if we are good to submit the document to our council for approval. I believe we also need you to fill in #'s 1, 10, 11, 14, and 17 (name typed in).

Thank you again for your time and help!

*Best,*
Melisa Hayes, MS, EIT
**melisa.hayes@nashville.gov**   *desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Sent:** Monday, January 6, 2025 3:31 PM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT)
<Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Melisa,

See attached with comments. I got the special milestones part wrong, the phases have already been identified with Schedule D in terms of obligations, there's no need to have special milestones. As the instructions said, most will go with alternative 1. Thanks for asking, it was a tad confusing.

If you have any questions let us know, thanks!

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Pulley, Amos (FHWA)
**Sent:** Monday, January 6, 2025 1:31 PM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Happy New Year Melisa!

I can't believe it's already 2025 honestly. We're almost done with comments on the agreement. I think I will be able to send them by tomorrow.

I may be unavailable later this week and most of next. Supposed to be going to DC this Thursday through next Thursday. May end up cancelling the trip due to the potential winter weather coming in which case I'll just have to plan another trip ha.


I did want to let you know that Connie Hill from the CFI team retired at the end of the year. I haven't heard who her replacement is yet but just wanted to let you know.

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Monday, January 6, 2025 1:08 PM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>; Chambers, Tesha (NDOT) <Tesha.Chambers@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Happy New Year Amos & Melanie!

I hope you are both doing well and had a wonderful holiday! Now that the holidays are over, I thought I would follow up on our grant agreement. Let us know if you have come across anything that needs to be adjusted. We are hoping to submit the agreement for our council approval next Thursday.

We appreciate your time and help; have nice rest of your Monday!

*Best,*
Melisa Hayes, MS, EIT
*melisa.hayes@nashville.gov   desk: 615-862-5056   cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Hayes, Melisa (NDOT)
**Sent:** Tuesday, December 31, 2024 2:06 PM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Good afternoon Amos and Melanie,

I hope you both have been having a happy holiday so far! Please see attached for our finished grant agreement for your full review. Please let us know if there are any issues with the agreement or discrepancies you come across. We are working to get our Metro council approval by January 20th, so we're doing our best to work through this soon.

Thank you for your time and help and have a nice New Year!!

*Best,*
Melisa Hayes (Hancock), MS, EIT
*melisa.hayes@nashville.gov   desk: 615-862-5056   cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>
**Sent:** Friday, December 20, 2024 3:47 PM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

Melisa,

I got some info back on the questions about the grant agreement.

1. Period of performance – This is up to the applicant to select, there is not a federal upper limit. The recipient should use whatever period of time is needed to construct their project, but keep in mind there is a five-year reporting requirement in Schedule G of the grant agreement after each charging station is operational. While there is an obligation deadline for funds, the funds do not expire. They are available until the project is complete, but must be obligated by the deadline.

2. Funds Obligation in phases - NEPA would have to be completed and approved before funds for construction or other activities that require NEPA approval can be obligated, this would be required in order to obligate all funds

on the front end of the project instead of doing it in phases of preconstruction and construction.

3. Fulton campus site - Not having 24/7 access is not an issue as long as it is accessible to the public for use as frequently as the business operating hours are of the site host.

4. Changes from original application - Schedule E of the grant agreement should be used to document any new locations, changes in locations, charger types. In making location changes, the recipient should be careful not to reduce the number of chargers in disadvantaged communities.

**Amos Pulley, E.I.** | Operations Program Specialist
FHWA Tennessee Division
404 BNA Drive, Bldg. 200, Ste. 508
Nashville, TN 37217
615-781-5769
Amos.Pulley@dot.gov

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Tuesday, December 17, 2024 9:00 AM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

**CAUTION**: This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Amos,

I hope you've been doing well! I wanted to follow up with you to see if you had any updates for us regarding our grant agreement. I appreciate your time and help.

Have a nice rest of your week!

*Best,*
Melisa Hayes (Hancock), MS, EIT
*melisa.hayes@nashville.gov  desk: 615-862-5056   cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Hayes, Melisa (NDOT)
**Sent:** Friday, December 6, 2024 12:46 PM
**To:** Pulley, Amos (FHWA) <amos.pulley@dot.gov>; Murphy, Melanie (FHWA) <melanie.murphy@dot.gov>
**Cc:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Good afternoon Amos and Melanie,

Amos, thank you for meeting with us this morning to answer some of the questions we had about the agreement. I have attached our draft grant contract which has comments/questions within it. We also have a question regarding the 24/7 access to the charging stations: Our Fulton Plaza site is normally closed at dusk, and most weekends – due to the sensitivity of the site.   The notes on the charge include the rational for keeping this site.  Could we get a waiver from FHWA for this site?

DOT-001216

Let us know if you see any major concerns with our agreement so far. I'm happy to schedule a follow-up call as needed.

*Thank you,*
Melisa Hayes (Hancock), MS, EIT
**melisa.hayes@nashville.gov**  *desk: 615-862-5056    cell: 615-642-4350*
*Nashville Department of Transportation & Multimodal Infrastructure*

---

**From:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>
**Sent:** Friday, December 6, 2024 9:54 AM
**To:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** RE: CFI Grant Agreement

Melisa and Casey,

Thank you for working on this and coordinating today's meeting.

I have reviewed the application budget for the DGS sites, and we have one new location that we are proposing: Police--Madison Precinct.  This is a new location that has come online since we submitted our application.

We have a question about the requirement for 24/7 access to the chargers; our Fulton Plaza site is normally closed at dusk, and most weekends – due to the sensitivity of the site.   The notes on the charge include the rational for keeping this site.  Could we get a waiver from FHWA for this site?

We have 5 sites that were on the original application for only L2 chargers and based on the public occupancy usage of these sites, it has been suggested that we examine DCFC at these sites in combination or instead of the current Level 2 request.

To find these changes in the agreement you can look at the 8th column and if it says "YES" it is the new site; the "Maybe" is for a change in the type of charger, not a change of site.

Finally, we have 6 sites that are going to require some engineering before we can proceed and have a minimum of 5 that will need a transformer added to the site to support this new infrastructure.

DGS understands that the requested/suggested changes at these locations does not increase the grant award amount but could potentially be added value to the overall project outcome.

Please let me know if you have any other questions or need any other data.

Respectfully,

Karin
METRO - GENERAL SERVICES DEPARTMENT
Karin Frinell  |  Grants Manager
Contracts & Grants Email: GSCG@nashville.gov (preferred)
Karin.Frinell@Nashville.gov  |  Cell:  501.295.1341 (preferred)

---

**From:** Hayes, Melisa (NDOT) <Melisa.Hayes@nashville.gov>
**Sent:** Friday, December 6, 2024 8:35 AM
**To:** Frinell, Karin M (General Services) <Karin.Frinell@nashville.gov>; Hopkins, Casey (NDOT) <Casey.Hopkins@nashville.gov>
**Subject:** CFI Grant Agreement

Good morning,

Karin, could you let us know when you confirm the site changes and if there is or isn't an increased number of proposed chargers? If there is an increased number, I think we could note what that is in the scope change section.

I think that is the only thing we need to do prior to sending Amos the draft agreement. Let me know if we need to discuss further before sending it off.

*Thank you,*
**Melisa Hayes** (Hancock)**, MS, E.I.T.**
*720 South Fifth Street, Nashville, TN 37206*
**melisa.hayes@nashville.gov**   *desk: 615-862-5056   cell: 615-642-4350*

>>>>>>>>







**From:** "Patel, Neelam (FHWA)" <neelam.patel@dot.gov>
**To:** "Culp, Michael (FHWA)" <Michael.Culp@dot.gov>
**Subject:** FW: CFI Round 1B Welcome Webinar One
**Date:** Tue, 1 Apr 2025 18:08:14 +0000
**Importance:** Normal
**Attachments:** unnamed

---

-----Original Appointment-----
**From:** Patel, Neelam (FHWA)
**Sent:** Tuesday, August 27, 2024 2:38 PM
**To:** Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA); Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA); DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
**Cc:** Capri, Danny (FHWA); Townsend, Lotse (FHWA); Retzlaff, Bobbi (FHWA); Rai, Gaurav (FHWA); Jorgenson, Curtis (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA); Johnson, Antonio (FHWA); Michael.Morris@dot.gov; Davis, Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie (FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John (FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica (FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn (FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron (FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley, Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie (FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA); Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA); Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis, Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov; MMeaghe@bart.gov; jimmy.odea@dot.ca.gov; buellt@wsdot.wa.gov; Mary.Brazell@odot.oregon.gov; ben.dealba@energy.ca.gov; mdavis@mwcog.org; jking@mwcog.org; rchristopher@mwcog.org; KrisJohnston@semtribe.com; jtstacy@semtribe.com; Kimberly.Brown@miamidade.gov; gomezp@miamidade.gov; CFarley@atlantaga.gov; JRSeydel@AtlantaGA.Gov; gboike@mg-rc.org; lmathis@mg-rc.org; Matt Garvin; melissa.ovalle@jeffparish.gov; ikm@mdcleanenergy.gov; timothy.slusser@detroitmi.gov; dimitryb@detroitmi.gov; Kristin.Shaw@detroitmi.gov; Huttenlocherc@detroitmi.gov; sbarr@a2gov.org; mstults@a2gov.org; khoenerhoff@a2gov.org; Diana.ChamanSalas@Hennepin.us; mauricio.leonmendez@hennepin.us; janet.mills@hennepin.us; bsmith@ucitymo.org; kcole@ucitymo.org; mcelaj@ucitymo.org; gavetter@ncdot.gov; Hildebrandt, Heather J; Matthews, Marta T; bmignone@oneida-nation.org; pcarmen@oneida-nation.org; kelly.hsieh@onenterprises.com; support@sopec-oh.gov; dvingris@sopec-oh.gov; lbabnik@sopec-oh.gov; nwestendorf@tualatin.gov; kristin.preston@cityofalbany.net; Chris.Bailey@albanyoregon.gov; Jeff.Babbitt@albanyoregon.gov; amanda.burkhart@pittsburghpa.gov; Andrew.shull@pittsburghpa.gov; estebbins-wheelock@burlingtonelectric.com; pnadeau@burlingtonelectric.com; Jennifer Green; cindys00@uw.edu; Nicole Sanderson; eshamb@milwaukee.gov; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary; kuntz.kathryn@countyofdane.com; grants@countyofdane.com; jgardner ozark.org; Kimberly.Butler@Maricopa.gov; PHILIP.McNEELY@Maricopa.gov; David.Bruce@Maricopa.gov; dumurray@ssband.org; dkoupal@ssband.org; rcuellar@ssband.org; liannaccone@isd.lacounty.gov; sean@fortindependence.com; sbrown@cityofdubuque.org; grant.davis cityofchicago.org; morgan.mickelson@indy.gov; mo.mcreynolds@indy.gov; andrewfinzen@pbpnation.org; Norma.Forgione@mass.gov; Sarah.j.white@mass.gov; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us; andy.savastino@kcmo.org; jason.waldron@kcmo.org; david@metroenergy.org; bryan.carter@kcmo.org; SUMMER.ALSTON@DURHAMNC.GOV; jmcneil@sagesrst.com; ysanghvi@dot.nyc.gov; bfiliatraut@morpc.org; robert.mccracken@cincinnati-oh.gov; sself@choctawnation.com; brianna.baber@phila.gov; akshay.malik@phila.gov; lily.reynolds@phila.gov; dominic.mcgraw@phila.gov; Michael.A.Carroll@Phila.gov; loren.doyle@dot.ri.gov; casey.hopkins@nashville.gov; thomas.pommier@houstontx.gov; priya.zachariah@houstontx.gov; liana@livebrooks.com; cody.desautel@colvilletribes.com; Matthew.Pleasants.PLN@colvilletribes.com; billy.nicholson.act@colvilletribes.com; tanderson@jacksonwy.gov; alicia@ytcleancities.gov; cfrei@tetoncountywy.gov;

linda.bailey@ee.doe.gov; Peel, Jeff (OST); Kuntz, Kathryn; Belk, Gretchen V; Giles, Carrie; Simpson, Elizabeth; matthew.pleasants.adm@colvilletribes.com; Judy Hoanshelt; Bethune, Michael; Samantha Bingham; Kathryn Thurston; Mindy Campbell; Michael Joslin (AQD); Lisa Mason; Sean Wiedel; Trent R. Marlett; Joseph McNeil; Amy Gillespie; Quinta Warren; Buell, Tonia; Kelly Hsieh; Michael Smith; Pachniak, Josh (FHWA); Kristi Beck (AQD); Anna Kelly; Jessica Stoll; Alex Miller; Murphy, Melanie (FHWA); Frinell, Karin M (General Services); Elsaghir, Ava (General Services); Verducci, John-Paul (DOT); Contreras, Gilberto (FHWA); Ademuyewo, Adekemi (FHWA); Kristen Weston-Smith (AQD); mcdade10@macworx.pro; dmontgomery@ssband.com; dumurray@ssband.com; Julia Murray; shawnkelly@pbpnation.org; JosephRupnick@pbpnation.org; jonathanroberts@pbpnation.org; MichelleSimon@pbpnation.org; jennifer.westerholm@nashville.gov; debora.hall@indy.gov; sybil.brownfield@indy.gov; Mary Nicol; Connie Gonzalez; Chip Davis; Ryan.C.Kingston@mass.gov; Reynolds, Neisha; Steph Wagner; Daniella DiRubba; James.Clarkin@phl.org; Jessica.noon@phl.org; Tiandra Knight; Scarpino, Michael (Volpe); Nick Fortey
**Subject:** CFI Round 1B Welcome Webinar One
**When:** Wednesday, September 11, 2024 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon


This welcome webinar is the first in a two-part series for CFI Round 1B selected recipients and the FHWA POCs. The CFI Grant Program announced 51 selected recipients on August 27, 2024.  This webinar will introduce the process to execute the grant agreement for the CFI Program.  Please visit the CFI program website.


https://www.fhwa.dot.gov/environment/cfi/
https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/
https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/cfi-awardees-project-description-table_round_1b.pdf
https://www.fhwa.dot.gov/environment/cfi/resources/closed/



Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon

Meeting ID: 160 406 0503
Passcode: 910522

---

One tap mobile
+16692545252,,1604060503#,,,,*910522# US (San Jose)
+16469641167,,1604060503#,,,,*910522# US (US Spanish Line)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 646 828 7666 US (New York)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 160 406 0503
Passcode: 910522

Find your local number: https://usdot.zoomgov.com/u/adQh2vMxVy

---

Join by SIP
• 1604060503@sip.zoomgov.com

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 406 0503
Passcode: 910522



The United States Department of Transportation

Org help

_____

**Event:** FW: CFI Round 1B Welcome Webinar One

**Start Date:** 2024-09-11 18:00:00 +0000

**End Date:** 2024-09-11 19:00:00 +0000

**Organizer:** Patel, Neelam (FHWA) <neelam.patel@dot.gov>

**Location:** https://usdot.zoomgov.com/j/1604060503?
pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1&from=addon

**Class:** X-PERSONAL

**Date Created:** 2025-04-10 18:23:35 +0000

**Date Modified:** 2025-04-10 18:23:35 +0000

**Priority:** 5

**DTSTAMP:** 2024-09-06 15:21:01 +0000

**Attendee:** Culp, Michael (FHWA) <Michael.Culp@dot.gov>

-----Original Appointment-----
From: Patel, Neelam (FHWA)
Sent: Tuesday, August 27, 2024 2:38 PM
To: Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA);
Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA);
DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
Cc: Capri, Danny (FHWA); Townsend, Lotse (FHWA); Retzlaff, Bobbi (FHWA); Rai, Gaurav (FHWA);
Jorgenson, Curtis (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA);
Johnson, Antonio (FHWA); Michael.Morris@dot.gov <mailto:Michael.Morris@dot.gov> ; Davis,
Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie
(FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John
(FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica
(FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn
(FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron
(FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov
<mailto:veronica.feliciano@dot.gov> ; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley,
Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie
(FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA);
Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA);
Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis,
Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov <mailto:rfuente@bart.gov> ;
MMeaghe@bart.gov <mailto:MMeaghe@bart.gov> ; jimmy.odea@dot.ca.gov

<mailto:jimmy.odea@dot.ca.gov> ; buellt@wsdot.wa.gov <mailto:buellt@wsdot.wa.gov> ;
Mary.Brazell@odot.oregon.gov <mailto:Mary.Brazell@odot.oregon.gov> ;
ben.dealba@energy.ca.gov <mailto:ben.dealba@energy.ca.gov> ; mdavis@mwcog.org
<mailto:mdavis@mwcog.org> ; jking@mwcog.org <mailto:jking@mwcog.org> ;
rchristopher@mwcog.org <mailto:rchristopher@mwcog.org> ; KrisJohnston@semtribe.com
<mailto:KrisJohnston@semtribe.com> ; jtstacy@semtribe.com <mailto:jtstacy@semtribe.com> ;
Kimberly.Brown@miamidade.gov <mailto:Kimberly.Brown@miamidade.gov> ;
gomezp@miamidade.gov <mailto:gomezp@miamidade.gov> ; CFarley@atlantaga.gov
<mailto:CFarley@atlantaga.gov> ; JRSeydel@AtlantaGA.Gov <mailto:JRSeydel@AtlantaGA.Gov> ;
gboike@mg-rc.org <mailto:gboike@mg-rc.org> ; lmathis@mg-rc.org <mailto:lmathis@mg-rc.org> ;
Matt Garvin; melissa.ovalle@jeffparish.gov <mailto:melissa.ovalle@jeffparish.gov> ;
ikm@mdcleanenergy.org <mailto:ikm@mdcleanenergy.org> ; timothy.slusser@detroitmi.gov
<mailto:timothy.slusser@detroitmi.gov> ; dimitryb@detroitmi.gov
<mailto:dimitryb@detroitmi.gov> ; Kristin.Shaw@detroitmi.gov
<mailto:Kristin.Shaw@detroitmi.gov> ; Huttenlocherc@detroitmi.gov
<mailto:Huttenlocherc@detroitmi.gov> ; sbarr@a2gov.org <mailto:sbarr@a2gov.org> ;
mstults@a2gov.org <mailto:mstults@a2gov.org> ; khoenerhoff@a2gov.org
<mailto:khoenerhoff@a2gov.org> ; Diana.ChamanSalas@Hennepin.us
<mailto:Diana.ChamanSalas@Hennepin.us> ; mauricio.leonmendez@hennepin.us
<mailto:mauricio.leonmendez@hennepin.us> ; janet.mills@hennepin.us
<mailto:janet.mills@hennepin.us> ; bsmith@ucitymo.org <mailto:bsmith@ucitymo.org> ;
kcole@ucitymo.org <mailto:kcole@ucitymo.org> ; mcelaj@ucitymo.org
<mailto:mcelaj@ucitymo.org> ; gavetter@ncdot.gov <mailto:gavetter@ncdot.gov> ; Hildebrandt,
Heather J; Matthews, Marta T; bmignone@oneida-nation.org <mailto:bmignone@oneida-
nation.org> ; pcarmen@oneida-nation.org <mailto:pcarmen@oneida-nation.org> ;
kelly.hsieh@onenterprises.com <mailto:kelly.hsieh@onenterprises.com> ; support@sopec-
oh.gov <mailto:support@sopec-oh.gov> ; dvingris@sopec-oh.gov <mailto:dvingris@sopec-
oh.gov> ; lbabnik@sopec-oh.gov <mailto:lbabnik@sopec-oh.gov> ; nwestendorf@tualatin.gov
<mailto:nwestendorf@tualatin.gov> ; kristin.preston@cityofalbany.net
<mailto:kristin.preston@cityofalbany.net> ; Chris.Bailey@albanyoregon.gov
<mailto:Chris.Bailey@albanyoregon.gov> ; Jeff.Babbitt@albanyoregon.gov
<mailto:Jeff.Babbitt@albanyoregon.gov> ; amanda.burkhart@pittsburghpa.gov
<mailto:amanda.burkhart@pittsburghpa.gov> ; Andrew.shull@pittsburghpa.gov
<mailto:Andrew.shull@pittsburghpa.gov> ; estebbins-wheelock@burlingtonelectric.com
<mailto:estebbins-wheelock@burlingtonelectric.com> ; pnadeau@burlingtonelectric.com
<mailto:pnadeau@burlingtonelectric.com> ; Jennifer Green; cindys00@uw.edu
<mailto:cindys00@uw.edu> ; Nicole Sanderson; eshamb@milwaukee.gov
<mailto:eshamb@milwaukee.gov> ; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary;
kuntz.kathryn@countyofdane.com <mailto:kuntz.kathryn@countyofdane.com> ;
grants@countyofdane.com <mailto:grants@countyofdane.com> ; jgardner ozark.org;
Kimberly.Butler@Maricopa.gov <mailto:Kimberly.Butler@Maricopa.gov> ;
PHILIP.McNEELY@Maricopa.gov <mailto:PHILIP.McNEELY@Maricopa.gov> ;
David.Bruce@Maricopa.gov <mailto:David.Bruce@Maricopa.gov> ; dumurray@ssband.org
<mailto:dumurray@ssband.org> ; dkoupal@ssband.org <mailto:dkoupal@ssband.org> ;

rcuellar@ssband.org <mailto:rcuellar@ssband.org> ; liannaccone@isd.lacounty.gov
<mailto:liannaccone@isd.lacounty.gov> ; sean@fortindependence.com
<mailto:sean@fortindependence.com> ; sbrown@cityofdubuque.org
<mailto:sbrown@cityofdubuque.org> ; grant.davis cityofchicago.org;
morgan.mickelson@indy.gov <mailto:morgan.mickelson@indy.gov> ; mo.mcreynolds@indy.gov
<mailto:mo.mcreynolds@indy.gov> ; andrewfinzen@pbpnation.org
<mailto:andrewfinzen@pbpnation.org> ; Norma.Forgione@mass.gov
<mailto:Norma.Forgione@mass.gov> ; Sarah.j.white@mass.gov <mailto:Sarah.j.white@mass.gov>
; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us <mailto:elliott.mcfadden@state.mn.us>
; andy.savastino@kcmo.org <mailto:andy.savastino@kcmo.org> ; jason.waldron@kcmo.org
<mailto:jason.waldron@kcmo.org> ; david@metroenergy.org <mailto:david@metroenergy.org> ;
bryan.carter@kcmo.org <mailto:bryan.carter@kcmo.org> ; SUMMER.ALSTON@DURHAMNC.GOV
<mailto:SUMMER.ALSTON@DURHAMNC.GOV> ; jmcneil@sagesrst.com
<mailto:jmcneil@sagesrst.com> ; ysanghvi@dot.nyc.gov <mailto:ysanghvi@dot.nyc.gov> ;
bfiliatraut@morpc.org <mailto:bfiliatraut@morpc.org> ; robert.mccracken@cincinnati-oh.gov
<mailto:robert.mccracken@cincinnati-oh.gov> ; sself@choctawnation.com
<mailto:sself@choctawnation.com> ; brianna.baber@phila.gov
<mailto:brianna.baber@phila.gov> ; akshay.malik@phila.gov <mailto:akshay.malik@phila.gov> ;
lily.reynolds@phila.gov <mailto:lily.reynolds@phila.gov> ; dominic.mcgraw@phila.gov
<mailto:dominic.mcgraw@phila.gov> ; Michael.A.Carroll@Phila.gov
<mailto:Michael.A.Carroll@Phila.gov> ; loren.doyle@dot.ri.gov <mailto:loren.doyle@dot.ri.gov> ;
casey.hopkins@nashville.gov <mailto:casey.hopkins@nashville.gov> ;
thomas.pommier@houstontx.gov <mailto:thomas.pommier@houstontx.gov> ;
priya.zachariah@houstontx.gov <mailto:priya.zachariah@houstontx.gov> ; liana@livebrooks.com
<mailto:liana@livebrooks.com> ; cody.desautel@colvilletribes.com
<mailto:cody.desautel@colvilletribes.com> ; Matthew.Pleasants.PLN@colvilletribes.com
<mailto:Matthew.Pleasants.PLN@colvilletribes.com> ; billy.nicholson.act@colvilletribes.com
<mailto:billy.nicholson.act@colvilletribes.com> ; tanderson@jacksonwy.gov
<mailto:tanderson@jacksonwy.gov> ; alicia@ytcleancities.org <mailto:alicia@ytcleancities.org> ;
cfrei@tetoncountywy.gov <mailto:cfrei@tetoncountywy.gov> ; linda.bailey@ee.doe.gov
<mailto:linda.bailey@ee.doe.gov> ; Peel, Jeff (OST); Kuntz, Kathryn; Belk, Gretchen V; Giles, Carrie;
Simpson, Elizabeth; matthew.pleasants.adm@colvilletribes.com
<mailto:matthew.pleasants.adm@colvilletribes.com> ; Judy Hoanshelt; Bethune, Michael;
Samantha Bingham; Kathryn Thurston; Mindy Campbell; Michael Joslin (AQD); Lisa Mason; Sean
Wiedel; Trent R. Marlett; Joseph McNeil; Amy Gillespie; Quinta Warren; Buell, Tonia; Kelly Hsieh;
Michael Smith; Pachniak, Josh (FHWA); Kristi Beck (AQD); Anna Kelly; Jessica Stoll; Alex Miller;
Murphy, Melanie (FHWA); Frinell, Karin M (General Services); Elsaghir, Ava (General Services);
Verducci, John-Paul (DOT); Contreras, Gilberto (FHWA); Ademuyewo, Adekemi (FHWA); Kristen
Weston-Smith (AQD); mcdade10@macworx.pro <mailto:mcdade10@macworx.pro> ;
dmontgomery@ssband.com <mailto:dmontgomery@ssband.com> ; dumurray@ssband.com
<mailto:dumurray@ssband.com> ; Julia Murray; shawnkelly@pbpnation.org
<mailto:shawnkelly@pbpnation.org> ; JosephRupnick@pbpnation.org
<mailto:JosephRupnick@pbpnation.org> ; jonathanroberts@pbpnation.org
<mailto:jonathanroberts@pbpnation.org> ; MichelleSimon@pbpnation.org

<mailto:MichelleSimon@pbpnation.org> ; jennifer.westerholm@nashville.gov
<mailto:jennifer.westerholm@nashville.gov> ; debora.hall@indy.gov
<mailto:debora.hall@indy.gov> ; sybil.brownfield@indy.gov <mailto:sybil.brownfield@indy.gov> ;
Mary Nicol; Connie Gonzalez; Chip Davis; Ryan.C.Kingston@mass.gov
<mailto:Ryan.C.Kingston@mass.gov> ; Reynolds, Neisha; Steph Wagner; Daniella DiRubba;
James.Clarkin@phl.org <mailto:James.Clarkin@phl.org> ; Jessica.noon@phl.org
<mailto:Jessica.noon@phl.org> ; Tiandra Knight; Scarpino, Michael (Volpe); Nick Fortey
Subject: CFI Round 1B Welcome Webinar One
When: Wednesday, September 11, 2024 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US &
Canada).
Where: https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1604060503%3Fpwd%3DdSkWbG5IyjUVFB4zTm5
vFkLJBDqroP.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C85d63fa880
b8445c36c308dd71482c33%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C638791276
993023339%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMC
IsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=pRmdqGQfjo6
5opGrzMbwoLwBfXuLi0TzShJr1oEs17E%3D&reserved=0> &from=addon

This welcome webinar is the first in a two-part series for CFI Round 1B selected recipients and
the FHWA POCs.  The CFI Grant Program announced 51 selected recipients on August 27, 2024.
This webinar will introduce the process to execute the grant agreement for the CFI Program.
Please visit the CFI program website.

https://www.fhwa.dot.gov/environment/cfi/

https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/

https://www.fhwa.dot.gov/environment/cfi/grant_recipients/round_1b/cfi-awardees-project-
description-table_round_1b.pdf

https://www.fhwa.dot.gov/environment/cfi/resources/closed/

Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1604060503?pwd=dSkWbG5IyjUVFB4zTm5vFkLJBDqroP.1
<https://gcc02.safelinks.protection.outlook.com/?

url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1604060503%3Fpwd%3DdSkWbG5IyjUVFB4zTm5
vFkLJBDqroP.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C85d63fa880
b8445c36c308dd71482c33%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C638791276
993044539%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkOnRydWUsIlYiOiIwLjAuMDAwMC
IsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=zPdbLXl6VDay
TSnTm9vIF%2Fc4R6urHLswjR7RvVFWb0w%3D&reserved=0> &from=addon

Meeting ID: 160 406 0503
Passcode: 910522

---

One tap mobile
+16692545252,,1604060503#,,,,*910522# US (San Jose)
+16469641167,,1604060503#,,,,*910522# US (US Spanish Line)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 646 828 7666 US (New York)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 160 406 0503
Passcode: 910522

Find your local number: https://usdot.zoomgov.com/u/adQh2vMxVy
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fu%2FadQh2vMxVy&data=05%7C02%7CMichael.Culp%
40dot.gov%7C85d63fa880b8445c36c308dd71482c33%7Cc4cd245b44f04395a1aa3848d258f78b
%7C0%7C0%7C638791276993058599%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRy
dWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C
%7C&sdata=aFVZIiNvKJuapadbPbt6pTJY1m7oD9roF6PpuMktpcU%3D&reserved=0>

---

Join by SIP
• 1604060503@sip.zoomgov.com <mailto:1604060503@sip.zoomgov.com>

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 406 0503
Passcode: 910522

<https://upload.wikimedia.org/wikipedia/commons/thumb/4/4f/Flag_of_the_United_States_Depa
rtment_of_Transportation.svg/320px-
Flag_of_the_United_States_Department_of_Transportation.svg.png>

The United States Department of Transportation

 <https://ocioclientcenter.dot.gov/esc> Org help

_____

**From:** "Patel, Neelam (FHWA)" <neelam.patel@dot.gov>
**To:** "Culp, Michael (FHWA)" <Michael.Culp@dot.gov>
**Subject:** FW: CFI Round 1B Welcome Webinar Two
**Date:** Tue, 1 Apr 2025 18:10:47 +0000
**Importance:** Normal
**Attachments:** unnamed

---

-----Original Appointment-----
**From:** Patel, Neelam (FHWA)
**Sent:** Tuesday, August 27, 2024 2:44 PM
**To:** Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA); Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA); DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
**Cc:** Capri, Danny (FHWA); Retzlaff, Bobbi (FHWA); Townsend, Lotse (FHWA); Jorgenson, Curtis (FHWA); Rai, Gaurav (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA); Johnson, Antonio (FHWA); Michael.Morris@dot.gov; Davis, Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie (FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John (FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica (FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn (FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron (FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley, Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie (FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA); Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA); Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis, Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov; MMeaghe@bart.gov; jimmy.odea@dot.ca.gov; buellt@wsdot.wa.gov; Mary.Brazell@odot.oregon.gov; ben.dealba@energy.ca.gov; mdavis@mwcog.gov; jking@mwcog.gov; rchristopher@mwcog.gov; KrisJohnston@semtribe.com; jtstacy@semtribe.com; Kimberly.Brown@miamidade.gov; gomezp@miamidade.gov; CFarley@atlantaga.gov; JRSeydel@AtlantaGA.Gov; gboike@mg-rc.org; lmathis@mg-rc.org; Matt Garvin; melissa.ovalle@jeffparish.gov; ikm@mdcleanenergy.gov; timothy.slusser@detroitmi.gov; dimitryb@detroitmi.gov; Kristin.Shaw@detroitmi.gov; Huttenlocherc@detroitmi.gov; sbarr@a2gov.org; mstults@a2gov.org; khoenerhoff@a2gov.org; Diana.ChamanSalas@Hennepin.us; mauricio.leonmendez@hennepin.us; janet.mills@hennepin.us; bsmith@ucitymo.org; kcole@ucitymo.org; mcelaj@ucitymo.org; gavetter@ncdot.gov; Hildebrandt, Heather J; Matthews, Marta T; bmignone@oneida-nation.org; pcarmen@oneida-nation.org; kelly.hsieh@onenterprises.org; support@sopec-oh.gov; dvingris@sopec-oh.gov; lbabnik@sopec-oh.gov; nwestendorf@tualatin.gov; kristin.preston@cityofalbany.net; Chris.Bailey@albanyoregon.gov; Jeff.Babbitt@albanyoregon.gov; amanda.burkhart@pittsburghpa.gov; Andrew.shull@pittsburghpa.gov; estebbins-wheelock@burlingtonelectric.com; pnadeau@burlingtonelectric.com; Jennifer Green; cindys00@uw.edu; Nicole Sanderson; eshamb@milwaukee.gov; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary; kuntz.kathryn@countyofdane.com; grants@countyofdane.com; jgardner ozark.org; Kimberly.Butler@Maricopa.gov; PHILIP.McNEELY@Maricopa.gov; David.Bruce@Maricopa.gov; dumurray@ssband.org; dkoupal@ssband.org; rcuellar@ssband.org; liannaccone@isd.lacounty.gov; sean@fortindependence.com; sbrown@cityofdubuque.org; grant.davis cityofchicago.org; morgan.mickelson@indy.gov; mo.mcreynolds@indy.gov; andrewfinzen@pbpnation.org; Norma.Forgione@mass.gov; Sarah.j.white@mass.gov; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us; andy.savastino@kcmo.org; jason.waldron@kcmo.org; david@metroenergy.org; bryan.carter@kcmo.org; SUMMER.ALSTON@DURHAMNC.GOV; jmcneil@sagesrst.com; ysanghvi@dot.nyc.gov; bfiliatraut@morpc.org; robert.mccracken@cincinnati.gov; sself@choctawnation.com; brianna.baber@phila.gov; akshay.malik@phila.gov; lily.reynolds@phila.gov; dominic.mcgraw@phila.gov; Michael.A.Carroll@Phila.gov; loren.doyle@dot.ri.gov; casey.hopkins@nashville.gov; thomas.pommier@houstontx.gov; priya.zachariah@houstontx.gov; liana@livebrooks.com; cody.desautel@colvilletribes.com; Matthew.Pleasants.PLN@colvilletribes.com; billy.nicholson.act@colvilletribes.com; tanderson@jacksonwy.gov; alicia@ytcleancities.gov; cfrei@tetoncountywy.gov;

DOT-001228

linda.bailey@ee.doe.gov; Peel, Jeff (OST); Giles, Carrie; Simpson, Elizabeth; matthew.pleasants.adm@colvilletribes.com; Kuntz, Kathryn; Marion, Flore; Bethune, Michael; Kathryn Thurston; Mindy Campbell; Michael Joslin (AQD); Millicent Chandler (AQD); Kristi Beck (AQD); Sean Wiedel; Trent R. Marlett; Joseph McNeil; Buell, Tonia; Kelly Hsieh; Reynolds, Neisha; Daniella DiRubba; Anna Kelly; Frinell, Karin M (General Services); Elsaghir, Ava (General Services); Verducci, John-Paul (DOT); Kristen Weston-Smith (AQD); Jessica Stoll; Steph Wagner; Jason Hanusey; Brett Lawson; Matthew Stephens-Rich; Cherreen Gegenheimer; Ademuyewo, Adekemi (FHWA); Contreras, Gilberto (FHWA); Smoot-Madison, Betty; Chandra Farley; Quinta Warren; Peck, Spencer; Cho Heide; Cotter, Pamela (DOT); Amy Gillespie; Lawlor, Jill; Bopp, Kaylyn; Vaziri, Omid@DOT; Nick Fortey; Miriam Cherayil; Darin Girdler

**Subject:** CFI Round 1B Welcome Webinar Two
**When:** Thursday, September 19, 2024 1:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon


This is the second welcome webinar in a two-part series for CFI Round 1B selected recipients and the FHWA POCs.  The CFI Grant Program announced 51 selected recipients on August 27, 2024.  This webinar will introduce the grant agreement template for the Round 1B CFI Program selected recipients.  Please visit the CFI Round 1 FY 2022 and 2023 Grant Resources website.


https://www.fhwa.dot.gov/environment/cfi/resources/closed/


Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon

Meeting ID: 160 756 3076
Passcode: 594740

---

One tap mobile
+16692545252,,1607563076#,,,,*594740# US (San Jose)
+16468287666,,1607563076#,,,,*594740# US (New York)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)

Meeting ID: 160 756 3076
Passcode: 594740

Find your local number: https://usdot.zoomgov.com/u/aeCJiNuH1V

---

DOT-001229

Join by SIP
• 1607563076@sip.zoomgov.com

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 756 3076
Passcode: 594740



The United States Department of Transportation

Org help

_____

**Event:** FW: CFI Round 1B Welcome Webinar Two

**Start Date:** 2024-09-19 17:00:00 +0000

**End Date:** 2024-09-19 18:30:00 +0000

**Organizer:** Patel, Neelam (FHWA) <neelam.patel@dot.gov>

**Location:** https://usdot.zoomgov.com/j/1607563076?
pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1&from=addon

**Class:** X-PERSONAL

**Date Created:** 2025-04-10 18:23:35 +0000

**Date Modified:** 2025-04-10 18:23:35 +0000

**Priority:** 5

**DTSTAMP:** 2024-09-06 15:21:24 +0000

**Attendee:** Culp, Michael (FHWA) <Michael.Culp@dot.gov>

-----Original Appointment-----
From: Patel, Neelam (FHWA)
Sent: Tuesday, August 27, 2024 2:44 PM
To: Patel, Neelam (FHWA); Tarpgaard, Sarah (FHWA); Hill, Connie (FHWA); Murray, Mary (FHWA); Turchetta, Diane (FHWA); Price, Anna (FHWA); Culp, Michael (FHWA); Jensen, Gary (FHWA); DeSousa, Kehan (Volpe); Filosa, Gina (Volpe)
Cc: Capri, Danny (FHWA); Retzlaff, Bobbi (FHWA); Townsend, Lotse (FHWA); Jorgenson, Curtis (FHWA); Rai, Gaurav (FHWA); McDaniel, Valera (FHWA); Rico, Paki (FHWA); Jackson, Abigail (FHWA); Johnson, Antonio (FHWA); Michael.Morris@dot.gov <mailto:Michael.Morris@dot.gov> ; Davis, Tammye (FHWA); Lopez, Luis D. (FHWA); Ibeh, Sonya (FHWA); Fly, Kendra (FHWA); Gibson, Johnnie (FHWA); Diipla, Jon Paul (FHWA); Tracy, Betsy (FHWA); Frierson, Tymli (FHWA); Broemmelsiek, John (FHWA); Rocha, Marco (FHWA); Kunhardt, Maria (FHWA); Peratino, James (FHWA); Uribe, Monica (FHWA); Dewey, Andrea (FHWA); Maurer, Brandan (FHWA); Mareck, Scott (FHWA); Perkins, Dawn (FHWA); Brew, Donnie (FHWA); Reovan, Andrew (FHWA); McGrath, Nicole (FHWA); Garczewski, Ron (FHWA); Fortey, Nick (FHWA); Ebur, Andrea (FHWA); veronica.feliciano@dot.gov <mailto:veronica.feliciano@dot.gov> ; Padilla, Carlos (FHWA); Nickelson, John (FHWA); Pulley, Amos (FHWA); Fauver, Kirk (FHWA); Larsen, Lisa (FHWA); McAleer, Kevin (FHWA); Hayek, Benjie (FHWA); Bonds, Bob (FHWA); Amanin, Jasmine (FHWA); Phan, Lanh (FHWA); Dam, Tay (FHWA); Jackson, Sandra (FHWA); Coon, Adam (FHWA); Nevins, Brian (FHWA); Rost, Rebecca (FHWA); Speaks, Vincent (FHWA); Hall, Kenan (FHWA); Buck, Ryan (FHWA); Kyaw, Ei Mon (FHWA); Lewis, Timothy (FHWA); Truong, Jeffrey (FHWA); rfuente@bart.gov <mailto:rfuente@bart.gov> ; MMeaghe@bart.gov <mailto:MMeaghe@bart.gov> ; jimmy.odea@dot.ca.gov

DOT-001231

<mailto:jimmy.odea@dot.ca.gov> ; buellt@wsdot.wa.gov <mailto:buellt@wsdot.wa.gov> ;
Mary.Brazell@odot.oregon.gov <mailto:Mary.Brazell@odot.oregon.gov> ;
ben.dealba@energy.ca.gov <mailto:ben.dealba@energy.ca.gov> ; mdavis@mwcog.org
<mailto:mdavis@mwcog.org> ; jking@mwcog.org <mailto:jking@mwcog.org> ;
rchristopher@mwcog.org <mailto:rchristopher@mwcog.org> ; KrisJohnston@semtribe.com
<mailto:KrisJohnston@semtribe.com> ; jtstacy@semtribe.com <mailto:jtstacy@semtribe.com> ;
Kimberly.Brown@miamidade.gov <mailto:Kimberly.Brown@miamidade.gov> ;
gomezp@miamidade.gov <mailto:gomezp@miamidade.gov> ; CFarley@atlantaga.gov
<mailto:CFarley@atlantaga.gov> ; JRSeydel@AtlantaGA.Gov <mailto:JRSeydel@AtlantaGA.Gov> ;
gboike@mg-rc.org <mailto:gboike@mg-rc.org> ; lmathis@mg-rc.org <mailto:lmathis@mg-rc.org> ;
Matt Garvin; melissa.ovalle@jeffparish.gov <mailto:melissa.ovalle@jeffparish.gov> ;
ikm@mdcleanenergy.org <mailto:ikm@mdcleanenergy.org> ; timothy.slusser@detroitmi.gov
<mailto:timothy.slusser@detroitmi.gov> ; dimitryb@detroitmi.gov
<mailto:dimitryb@detroitmi.gov> ; Kristin.Shaw@detroitmi.gov
<mailto:Kristin.Shaw@detroitmi.gov> ; Huttenlocherc@detroitmi.gov
<mailto:Huttenlocherc@detroitmi.gov> ; sbarr@a2gov.org <mailto:sbarr@a2gov.org> ;
mstults@a2gov.org <mailto:mstults@a2gov.org> ; khoenerhoff@a2gov.org
<mailto:khoenerhoff@a2gov.org> ; Diana.ChamanSalas@Hennepin.us
<mailto:Diana.ChamanSalas@Hennepin.us> ; mauricio.leonmendez@hennepin.us
<mailto:mauricio.leonmendez@hennepin.us> ; janet.mills@hennepin.us
<mailto:janet.mills@hennepin.us> ; bsmith@ucitymo.org <mailto:bsmith@ucitymo.org> ;
kcole@ucitymo.org <mailto:kcole@ucitymo.org> ; mcelaj@ucitymo.org
<mailto:mcelaj@ucitymo.org> ; gavetter@ncdot.gov <mailto:gavetter@ncdot.gov> ; Hildebrandt,
Heather J; Matthews, Marta T; bmignone@oneida-nation.org <mailto:bmignone@oneida-
nation.org> ; pcarmen@oneida-nation.org <mailto:pcarmen@oneida-nation.org> ;
kelly.hsieh@onenterprises.com <mailto:kelly.hsieh@onenterprises.com> ; support@sopec-
oh.gov <mailto:support@sopec-oh.gov> ; dvingris@sopec-oh.gov <mailto:dvingris@sopec-
oh.gov> ; lbabnik@sopec-oh.gov <mailto:lbabnik@sopec-oh.gov> ; nwestendorf@tualatin.gov
<mailto:nwestendorf@tualatin.gov> ; kristin.preston@cityofalbany.net
<mailto:kristin.preston@cityofalbany.net> ; Chris.Bailey@albanyoregon.gov
<mailto:Chris.Bailey@albanyoregon.gov> ; Jeff.Babbitt@albanyoregon.gov
<mailto:Jeff.Babbitt@albanyoregon.gov> ; amanda.burkhart@pittsburghpa.gov
<mailto:amanda.burkhart@pittsburghpa.gov> ; Andrew.shull@pittsburghpa.gov
<mailto:Andrew.shull@pittsburghpa.gov> ; estebbins-wheelock@burlingtonelectric.com
<mailto:estebbins-wheelock@burlingtonelectric.com> ; pnadeau@burlingtonelectric.com
<mailto:pnadeau@burlingtonelectric.com> ; Jennifer Green; cindys00@uw.edu
<mailto:cindys00@uw.edu> ; Nicole Sanderson; eshamb@milwaukee.gov
<mailto:eshamb@milwaukee.gov> ; Coe, Nathan; Bohdziewicz, Joanna; Allen, Zachary;
kuntz.kathryn@countyofdane.com <mailto:kuntz.kathryn@countyofdane.com> ;
grants@countyofdane.com <mailto:grants@countyofdane.com> ; jgardner ozark.org;
Kimberly.Butler@Maricopa.gov <mailto:Kimberly.Butler@Maricopa.gov> ;
PHILIP.McNEELY@Maricopa.gov <mailto:PHILIP.McNEELY@Maricopa.gov> ;
David.Bruce@Maricopa.gov <mailto:David.Bruce@Maricopa.gov> ; dumurray@ssband.org
<mailto:dumurray@ssband.org> ; dkoupal@ssband.org <mailto:dkoupal@ssband.org> ;

rcuellar@ssband.org <mailto:rcuellar@ssband.org> ; liannaccone@isd.lacounty.gov
<mailto:liannaccone@isd.lacounty.gov> ; sean@fortindependence.com
<mailto:sean@fortindependence.com> ; sbrown@cityofdubuque.org
<mailto:sbrown@cityofdubuque.org> ; grant.davis cityofchicago.org;
morgan.mickelson@indy.gov <mailto:morgan.mickelson@indy.gov> ; mo.mcreynolds@indy.gov
<mailto:mo.mcreynolds@indy.gov> ; andrewfinzen@pbpnation.org
<mailto:andrewfinzen@pbpnation.org> ; Norma.Forgione@mass.gov
<mailto:Norma.Forgione@mass.gov> ; Sarah.j.white@mass.gov <mailto:Sarah.j.white@mass.gov>
; vineet.gupta boston.gov; elliott.mcfadden@state.mn.us <mailto:elliott.mcfadden@state.mn.us>
; andy.savastino@kcmo.org <mailto:andy.savastino@kcmo.org> ; jason.waldron@kcmo.org
<mailto:jason.waldron@kcmo.org> ; david@metroenergy.org <mailto:david@metroenergy.org> ;
bryan.carter@kcmo.org <mailto:bryan.carter@kcmo.org> ; SUMMER.ALSTON@DURHAMNC.GOV
<mailto:SUMMER.ALSTON@DURHAMNC.GOV> ; jmcneil@sagesrst.com
<mailto:jmcneil@sagesrst.com> ; ysanghvi@dot.nyc.gov <mailto:ysanghvi@dot.nyc.gov> ;
bfiliatraut@morpc.org <mailto:bfiliatraut@morpc.org> ; robert.mccracken@cincinnati-oh.gov
<mailto:robert.mccracken@cincinnati-oh.gov> ; sself@choctawnation.com
<mailto:sself@choctawnation.com> ; brianna.baber@phila.gov
<mailto:brianna.baber@phila.gov> ; akshay.malik@phila.gov <mailto:akshay.malik@phila.gov> ;
lily.reynolds@phila.gov <mailto:lily.reynolds@phila.gov> ; dominic.mcgraw@phila.gov
<mailto:dominic.mcgraw@phila.gov> ; Michael.A.Carroll@Phila.gov
<mailto:Michael.A.Carroll@Phila.gov> ; loren.doyle@dot.ri.gov <mailto:loren.doyle@dot.ri.gov> ;
casey.hopkins@nashville.gov <mailto:casey.hopkins@nashville.gov> ;
thomas.pommier@houstontx.gov <mailto:thomas.pommier@houstontx.gov> ;
priya.zachariah@houstontx.gov <mailto:priya.zachariah@houstontx.gov> ; liana@livebrooks.com
<mailto:liana@livebrooks.com> ; cody.desautel@colvilletribes.com
<mailto:cody.desautel@colvilletribes.com> ; Matthew.Pleasants.PLN@colvilletribes.com
<mailto:Matthew.Pleasants.PLN@colvilletribes.com> ; billy.nicholson.act@colvilletribes.com
<mailto:billy.nicholson.act@colvilletribes.com> ; tanderson@jacksonwy.gov
<mailto:tanderson@jacksonwy.gov> ; alicia@ytcleancities.org <mailto:alicia@ytcleancities.org> ;
cfrei@tetoncountywy.gov <mailto:cfrei@tetoncountywy.gov> ; linda.bailey@ee.doe.gov
<mailto:linda.bailey@ee.doe.gov> ; Peel, Jeff (OST); Giles, Carrie; Simpson, Elizabeth;
matthew.pleasants.adm@colvilletribes.com <mailto:matthew.pleasants.adm@colvilletribes.com>
; Kuntz, Kathryn; Marion, Flore; Bethune, Michael; Kathryn Thurston; Mindy Campbell; Michael
Joslin (AQD); Millicent Chandler (AQD); Kristi Beck (AQD); Sean Wiedel; Trent R. Marlett; Joseph
McNeil; Buell, Tonia; Kelly Hsieh; Reynolds, Neisha; Daniella DiRubba; Anna Kelly; Frinell, Karin M
(General Services); Elsaghir, Ava (General Services); Verducci, John-Paul (DOT); Kristen Weston-
Smith (AQD); Jessica Stoll; Steph Wagner; Jason Hanusey; Brett Lawson; Matthew Stephens-Rich;
Cherreen Gegenheimer; Ademuyewo, Adekemi (FHWA); Contreras, Gilberto (FHWA); Smoot-
Madison, Betty; Chandra Farley; Quinta Warren; Peck, Spencer; Cho Heide; Cotter, Pamela (DOT);
Amy Gillespie; Lawlor, Jill; Bopp, Kaylyn; Vaziri, Omid@DOT; Nick Fortey; Miriam Cherayil; Darin
Girdler
Subject: CFI Round 1B Welcome Webinar Two
When: Thursday, September 19, 2024 1:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
Where: https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1

<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1607563076%3Fpwd%3DZXJoECPZK7JNkTJiytnSN
OxVfBI2sQ.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C20877ff51197
4d17e1cd08dd7148876e%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C63879127851
8203188%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsllViOiIwLjAuMDAwMCIsll
AiOiJXaW4zMiIsllkFOIjoiTWFpbClslldUljoyfQ%3D%3D%7C0%7C%7C%7C&sdata=Q9%2BQuDek6px
faJxBFpJqh4s6ZVMt3PWFlVcMbTd1e1c%3D&reserved=0> &from=addon

This is the second welcome webinar in a two-part series for CFI Round 1B selected recipients and
the FHWA POCs.  The CFI Grant Program announced 51 selected recipients on August 27, 2024.
This webinar will introduce the grant agreement template for the Round 1B CFI Program selected
recipients.  Please visit the CFI Round 1 FY 2022 and 2023 Grant Resources website.

https://www.fhwa.dot.gov/environment/cfi/resources/closed/

Neelam Patel is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://usdot.zoomgov.com/j/1607563076?pwd=ZXJoECPZK7JNkTJiytnSNOxVfBI2sQ.1
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fj%2F1607563076%3Fpwd%3DZXJoECPZK7JNkTJiytnSN
OxVfBI2sQ.1%26from%3Daddon&data=05%7C02%7CMichael.Culp%40dot.gov%7C20877ff51197
4d17e1cd08dd7148876e%7Cc4cd245b44f04395a1aa3848d258f78b%7C0%7C0%7C63879127851
8221085%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsllViOiIwLjAuMDAwMCIsll
AiOiJXaW4zMiIsllkFOIjoiTWFpbClslldUljoyfQ%3D%3D%7C0%7C%7C%7C&sdata=JiGMj7Eqmp%2Bz
chF4Gbr2FCVnOvt2MTSWNzGBUU8oWvl%3D&reserved=0> &from=addon

Meeting ID: 160 756 3076
Passcode: 594740

---

One tap mobile
+16692545252,,1607563076#,,,,*594740# US (San Jose)
+16468287666,,1607563076#,,,,*594740# US (New York)

---

DOT-001234

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)

Meeting ID: 160 756 3076
Passcode: 594740

Find your local number: https://usdot.zoomgov.com/u/aeCJiNuH1V
<https://gcc02.safelinks.protection.outlook.com/?
url=https:%2F%2Fusdot.zoomgov.com%2Fu%2FaeCJiNuH1V&data=05%7C02%7CMichael.Culp%4
0dot.gov%7C20877ff511974d17e1cd08dd7148876e%7Cc4cd245b44f04395a1aa3848d258f78b%7
C0%7C0%7C638791278518233855%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydW
UsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7
C&sdata=r37YW44AN4FRXfRUgky05T2sxNLkswSFl7z8C%2Bct0Qg%3D&reserved=0>

---

Join by SIP
• 1607563076@sip.zoomgov.com <mailto:1607563076@sip.zoomgov.com>

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 756 3076
Passcode: 594740

<https://upload.wikimedia.org/wikipedia/commons/thumb/4/4f/Flag_of_the_United_States_Depa
rtment_of_Transportation.svg/320px-
Flag_of_the_United_States_Department_of_Transportation.svg.png>

The United States Department of Transportation

 <https://ocioclientcenter.dot.gov/esc> Org help

_____

DOT-001235

DOT-001236



**U.S. Department of Transportation**

**Federal Highway Administration**

**Tennessee Division**

February 28, 2025

404 BNA Drive, Suite 508
Nashville, Tennessee 37217
Phone (615) 781-5770

In Reply Refer To:
HPD-TN

Mr. Brian Terrell
Transportation Manager 1
Tennessee Department of Transportation
James K. Polk Building, Suite 600
Nashville, TN 37243

Subject: Statewide Transportation Improvement Program Amendment #190

Dear Mr. Terrell:

The Federal Highway Administration (FHWA) has reviewed your electronic submittal of the February 18, 2025, request of concurrence with Amendment #190 to the Statewide Transportation Improvement Program (STIP), adopted by the Nashville MPO Transportation Policy Board on November 20, 2024. The FHWA concurs with the project changes to the FY 2023-2026 STIP as listed below:

| TIP Number | Project Description | Action |
|---|---|---|
| NSH 2025-17-184 | Electrify Nashville | Add project |

If you have any questions regarding this concurrence, please contact me at (615) 781-5767 or Melanie.Murphy@dot.gov.

Sincerely,

MELANIE
ALISHA
MURPHY

Digitally signed by MELANIE
ALISHA MURPHY
Date: 2025.02.28 15:39:45
-06'00'

Melanie Murphy, AICP
Transportation Planning Specialist

cc: Mr. Sean Santalla, Program Development Team Leader, FHWA TN Division
    Mr. Andres Ramirez, Community Planner, FTA Region IV
    Mr. Ronnie Porter, Director of Program Operations, TDOT
    Mr. Matt Meservy, Director of Planning, TDOT
    Mr. Robert Hayzlett, Transportation Program Supervisor, TDOT



**U.S. Department of Transportation**

Office of the Secretary
of Transportation

1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

# MEMORANDUM FOR SECRETATRIAL OFFICERS AND HEADS OF OPERATING ADMINISTRATIONS

**From:**     The Secretary

**Subject:**  Implementation of Executive Orders Addressing Energy, Climate Change, Diversity, and Gender

**DATE:**     January 29, 2025

---

1. This Memorandum sets forth the initial steps to be taken by the U.S. Department of Transportation (Department or DOT) to implement the provisions of several executive orders including those titled as follows: several executive orders and memoranda issued by the President on January 20, 2025, including: Executive Order 14148, *Initial Rescissions of Harmful Executive Orders and Actions*; Executive Order 14151, *Ending Radical And Wasteful Government DEI Programs And Preferencing;* Executive Order 14154, *Unleashing American Energy;* and an Executive Order of January 20, 2025 titled *"Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government* (collectively referred to herein as "relevant executive orders"), which direct Federal agencies, where and as consistent with law, to identify and eliminate all orders, directives, rules, regulations, notices, guidance documents, funding agreements, programs, and policy statements, or portions thereof, which were authorized, adopted, or approved between noon on January 20, 2021 and noon on January 20, 2025, and which reference or relate in any way to climate change, "greenhouse gas" emissions, racial equity, gender identity, "diversity, equity, and inclusion" goals, environmental justice, or the Justice 40 Initiative.

2. All DOT Operating Administrations (OAs) and all components of the Office of the Secretary (OST) shall, within 10 days of the date of this Memorandum, identify and list in a written report to the Office of the General Counsel and the Office of the Under Secretary for Policy all DOT orders, directives, rules, regulations, notices, guidance documents, funding agreements, programs, and policy statements, or portions thereof, which are subject to the relevant executive orders.

3. Within 10 days after submission of the report, all OAs and OST components shall, in coordination and consultation with the Office of the General Counsel and the Office of the Under Secretary for Policy, initiate all lawful actions necessary to rescind, cancel, revoke, and terminate all DOT orders, directives, rules, regulations, notices, guidance documents, funding agreements, programs, policy statements, or portions thereof, which are subject to the relevant executive orders and which are not required by clear and express statutory language.

4. The Office of the General Counsel and the Office of the Under Secretary for Policy shall be responsible for overseeing compliance with this Memorandum and within 30 days of the date hereof shall

DOT-001238

submit a written report to the Secretary regarding the status of compliance by each OA and OST component.

5. Pursuant to the relevant executive orders, the following Departmental Orders are hereby canceled:

| DOT 1000.17 | Department of Transportation Equity Council | Dec. 19, 2022 |
| DOT 4360 | Climate Change Adaptation and Resilience Policy for DOT Operational Assets | Sept. 18, 2023 |
| DOT 5610.2C | U.S. Department of Transportation Actions to Address Environmental Justice in Minority Populations and Low-income Populations | May 16, 2021 |

Secretary of Transportation

**NEW**

## TIP Project Report
2/7/2025

| Last Revision | Revision Date |
|---|---|
| Amend 190 | 02/7/2024 |

| TIP ID | PIN # | Length in Miles | Lead Agency |
|---|---|---|---|
| NSH 2025-17-184 | | | Metro Nashville |

| State | County |
|---|---|
| TN | Davidson |

| State Route | Total Project Cost |
|---|---|
| | $5,867,600 |

**Project Name**

Electrify Nashville

**Termini**

**Project Description**

The Electrify Music City Project will significantly increase the amount of charging infrastructure in the Nashville area to equitably meet the goals of the community and future demand for EVCI. In doing so, project costs will include efforts in planning and development, potential ROW acquisition, installation, operations and maintenance, and educational activities

| Long Range Plan # | Conformity Status |
|---|---|
| Congestion Mitigation | Exempt |

| FY | Phase | Funding | Programmed Funds | Fed Funds | State Fund | Local Funds |
|---|---|---|---|---|---|---|
| 2025 | PE-N/PE-D/ROW/CONST | CFI | $2,858,700 | $2,286,960 | $0 | $571,740 |
| 2026 | OPERATIONS | CFI | $817,200 | $653,760 | $0 | $163,440 |
| **Total** | | | **$3,675,900** | **$2,940,720** | **$0** | **$735,180** |

Comments:

- Amendment 190: This amendment adds the project to the FYs 2023-2026 eSTIP with $2,940,720 programmed federal Charging and Fueling Infrastructure (CFI) funds.
- http://tipapp.nashvillempo.org/MPO_TIPApp_2326/TipProjectInfo.aspx?tipprojectid=1245



DOT-001240

## STATEWIDE TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.220, the Tennessee Department of Transportation hereby certifies that its statewide transportation planning process is addressing major issues facing the State, and is being carried out in accordance with the following requirements:

I       23 U.S.C. 134 and 135, 49 USC 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     Section 1101 (b) of the FAST-ACT (Pub. L 114-357) and 49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction projects.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In states containing nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.


Date:  July 23, 2024

Matt Meservy

Director, Planning Division

# RESOLUTION TPB-2025-01

## A RESOLUTION AMENDING THE TRANSPORTATION IMPROVEMENT PROGRAM FOR FEDERAL FISCAL YEARS 2023 THROUGH 2026

**WHEREAS,** the Nashville Area Metropolitan Planning Organization (MPO) is responsible for the development and adoption of a Transportation Improvement Program (TIP) for the metropolitan planning area in cooperation with the state, local governments, and public transit operators; and

**WHEREAS,** on November 16, 2022, the MPO adopted the TIP for federal fiscal years 2023 through 2026 to advance projects contained within the MPO's Regional Transportation Plan; and

**WHEREAS,** the TIP consists of a fiscally constrained multi-year program of federally funded or regionally significant transportation services and improvement projects located within the Tennessee counties of Davidson, Maury, Robertson, Rutherford, Sumner, Williamson, and Wilson County; and

**WHEREAS,** the MPO's Public Participation Plan allows the public and interested stakeholders a period of no fewer than ten days to review proposed amendments to the TIP; and

**WHEREAS,** the following amendments have met all public noticing requirements, are consistent with the Regional Transportation Plan, and conform to the requirements of Title 23 Code of Federal Regulations Part 450.324.

**NOW, THEREFORE, BE IT RESOLVED** by the Transportation Policy Board of the Nashville Area MPO, that the Fiscal Years 2023 through 2026 TIP is amended as follows:

- Amend# 2025-001: Revise the termini for the East Division Street Widening in Mt. Juliet
- Amend# 2025-002: Add funds for Walton Ferry & Old Shackle Island Road Improvements Project in Hendersonville
- Amend# 2025-003: Add project for Electrify Nashville in Nashville
- Amend# 2025-004: Revise project termini for East Nashville Backbones in Nashville
- Amend# 2025-005: Replace funds for Florence Road Sidewalks in Smyrna
- Amend# 2025-006: Replace funds for Jefferson Pike Widening in LaVergne
- Amend# 2025-007: Replace funds for Lowry Street (US41/70S/SR-1) Improvements – Phase 2 in Smyrna
- Amend# 2025-008: Remove funds for Lock 4 Multiuse Trail in Gallatin
- Amend# 2025-009: Remove funds for Citywide Sidewalk Improvements – Phase 2 in Gallatin

**ADOPTED,** this 20th day of November 2024, the general welfare of the citizens of the Region requiring it.

APPROVED AS TO FORM AND LEGALITY:

_____
Candi Henry, Chief Legal Counsel

APPROVED:

_____
The Honorable Mike Callis, Chairperson

ATTEST:

_____
Michael Skipper, Board Secretary

## METROPOLITAN TRANSPORTATION PLANNING
## PROCESS CERTIFICATION

In accordance with 23 CFR 450.336, the Nashville Area Metropolitan Planning Organization and the Tennessee Department of Transportation hereby certify that the metropolitan transportation planning process is addressing major issues facing the Nashville-Davidson, TN and Murfreesboro, TN urbanized areas, and is being carried out in accordance with the following requirements:

I.      23 U.S.C. 134 and 135, 49 U.S.C. 5303 and 5304 (Highways and Transit).

II.     Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000 d-1) and 49 CFR part 21.

III.    49 U.S.C. 5332, prohibiting discrimination on the basis of race, color, creed, national origin, sex, or age in employment or business opportunity.

IV.     49 CFR part 26 regarding the involvement of disadvantaged business enterprises in USDOT-funded projects.

V.      23 CFR part 230, regarding the implementation of an equal employment opportunity program on Federal and Federal-aid highway construction contracts.

VI.     Provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq) and 49 CFR parts 27, 37, and 38.

VII.    In nonattainment and maintenance areas, sections 174 and 176 (c) and (d) of the Clean Air Act, as amended, 42 U.S.C. 7504, 7506 (c) and (d), and 40 CFR part 93.

VIII.   The Older Americans Act, as amended (42 U.S.C. 6101), prohibiting discrimination on the basis of age in programs or activities receiving Federal financial assistance.

IX.     Section 324 of Title 23 U.S.C. regarding the prohibition of discrimination based on gender.

X.      Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and 49 CFR part 27 regarding discrimination against individuals with disabilities.

_____  _____    Date: 12/17/24 ___ _____ _____

**The Honorable Mike Callis**
**Chair, Transportation Policy Board**
**Nashville Area Metropolitan Planning Organization**

_____    Date: _____12/17/24_____

**Matt Meservy  Director, TDOT Long**
**Range Planning**

DOT-001244

*ORIGINAL*    Table 5.    Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| **Total Amount Programmed** | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | **$548,595,452** |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | **$107,916,729** |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | **$8,640,000** |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | **$3,080,000** |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | **$6,543,000** |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | **$24,577,739** |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | **$62,160,674** |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | **$22,950,000** |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | **$0** |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | **$387,501,238** |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | **$351,999,121** |

Table 6.    Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| **Total Amount Programmed** | $512,759,387 | $409,891,530 | $462,047,745 | $139,265,292 | $1,523,963,954 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | **$548,595,452** |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | **$107,916,729** |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | **$8,640,000** |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | **$3,080,000** |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | **$6,543,000** |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | **$24,577,739** |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,707,286 | $28,775,526 | $8,602,274 | $14,075,588 | **$62,160,674** |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | **$22,950,000** |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | **$0** |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | **$387,501,238** |
| Local Funds (including matching funds) | $125,825,297 | $124,808,478 | $59,474,630 | $41,890,716 | **$351,999,121** |

DOT-001245

*REVISED*    Table 5.    Budgeted Revenue by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

Table 6.    Programmed Expenditures by Year for Statewide Programs

| Grant Program | FY 2023 | FY 2024 | FY 2025 | FY 2026 | TOTAL |
|---|---|---|---|---|---|
| Total Amount Programmed | $505,530,876 | $398,824,587 | $481,546,663 | $132,269,804 | $1,518,171,930 |
| National Highway Performance Program (NHPP) | $194,975,528 | $107,072,480 | $186,537,124 | $60,010,320 | $548,595,452 |
| Surface Transportation Block Grant - State (STBG) | $42,310,425 | $57,738,504 | $5,334,240 | $2,533,560 | $107,916,729 |
| Highway Safety Improvement Program (HSIP) | $4,752,000 | $3,294,000 | $297,000 | $297,000 | $8,640,000 |
| Highway Safety Improvement Program - Planning (PHSIP) | $80,000 | $3,000,000 | $0 | $0 | $3,080,000 |
| Highway Safety Improvement Program - Railroad (HSIP-R) | $1,660,050 | $3,460,050 | $948,600 | $474,300 | $6,543,000 |
| Transportation Alternatives Program - State (TAP) | $15,979,521 | $6,151,045 | $2,447,173 | $0 | $24,577,739 |
| Congestion Mitigation & Air Quality Program (CMAQ) | $10,367,286 | $25,993,526 | $11,724,274 | $8,347,806 | $56,432,892 |
| National Highway Freight Program (NHFP) | $0 | $22,950,000 | $0 | $0 | $22,950,000 |
| Highway Infrastructure Program (HIP) | $0 | $0 | $0 | $0 | $0 |
| Non-Federal State Funds (including matching funds) | $116,469,280 | $52,641,447 | $198,406,704 | $19,983,808 | $387,501,238 |
| Local Funds (including matching funds) | $118,936,786 | $116,523,535 | $75,851,549 | $40,623,010 | $351,934,879 |

DOT-001246

*ORIGINAL*

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability | | |
|---|---|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 | | Annual Growth |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 | | 2% |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | | | $ 10,349,700 | $ 10,349,700 | | |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | $ 2,554,117 | | | | $ 2,554,117 | $ 2,554,117 | | |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | $ 763,301 | $ 763,301 | | |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | $ 104,782 | $ 104,782 | | |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | $ 2,467,490 | $ 2,467,490 | | |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | | *five year allocation* | | $ 48,518 | $ 48,518 | | |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | $ 426,203 | $ 426,203 | | |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | $ 1,357,011 | $ 1,357,011 | | |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | $ 2,628,278 | $ 2,628,278 | | |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | $ - | $ 230,080 | | | $ 230,080 | $ 230,080 | | |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 | | |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,105 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 | | |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 | | |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 | | |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 | | |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 | | |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 | | |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 | | |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 | | |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 | | |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 | | |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 | | |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 | | |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 | | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 | | |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 30,033,171 | $ 103,085,181 | $ 40,607,034 | $ 20,933,589 | $ 194,658,975 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,449,913 | $ 14,756,853 | $ 3,929,454 | $ 2,530,816 | $ 23,667,036 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 154,466,731 | $ 74,368,331 | $ 57,207,813 | $ 60,189,670 | $ 60,189,670 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,866,052 | $ 1,540,711 | $ 91,401 | $ 90,331 | $ 90,331 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,294 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 194,658,975 | $ 50,737,094 | $ 9,452,577 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,667,036 | $ 89,891 | $ 440 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**REVISED**

| Annual Revenue Allocations | Carryover | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year | Total Availability |
|---|---|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 161,963,842 | $ 22,536,060 | $ 22,986,781 | $ 23,446,516 | $ 23,915,447 | $ 92,884,803 | $ 254,848,645 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 13,932,128 | $ 2,383,837 | $ 2,431,513 | $ 2,480,144 | $ 2,529,746 | $ 9,825,240 | $ 23,757,368 |
| Surface Transportation Block Grant - Local STBG | $ - | $ 10,579,780 | $ - | $ - | $ - | $ 10,349,700 | $ 10,349,700 |
| *Surface Transportation Block Grant - Columbia Urban Cluster (L-STBG)* | $ - | | | | | $ 2,554,117 | $ 2,554,117 |
| *Surface Transportation Block Grant - Fairview Urban Cluster (L-STBG)* | $ - | $ 763,301 | | | | $ 763,301 | $ 763,301 |
| *Surface Transportation Block Grant - Greenbrier Urban Cluster (L-STBG)* | $ - | $ 104,782 | | | | $ 104,782 | $ 104,782 |
| *Surface Transportation Block Grant - Lebanon Urban Cluster (L-STBG)* | $ - | $ 2,467,490 | | | | $ 2,467,490 | $ 2,467,490 |
| *Surface Transportation Block Grant - Mount Pleasant Urban Cluster (L-STBG)* | $ - | $ 48,518 | *five year allocation* | | | $ 48,518 | $ 48,518 |
| *Surface Transportation Block Grant - Portland Urban Cluster (L-STBG)* | $ - | $ 426,203 | | | | $ 426,203 | $ 426,203 |
| *Surface Transportation Block Grant - Springfield Urban Cluster (L-STBG)* | $ - | $ 1,357,011 | | | | $ 1,357,011 | $ 1,357,011 |
| *Surface Transportation Block Grant - Spring Hill Urban Cluster (L-STBG)* | $ - | $ 2,628,278 | | | | $ 2,628,278 | $ 2,628,278 |
| *Surface Transportation Block Grant - White House Urban Cluster (L-STBG)* | $ - | | $ 230,080 | | | $ 230,080 | $ 230,080 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 6,891,180 | $ 2,699,210 | $ 2,753,194 | $ 2,808,258 | $ 2,864,423 | $ 11,125,084 | $ 18,016,265 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 2,655,859 | $ 2,708,977 | $ 3,032,165 | $ 3,092,747 | $ 3,154,602 | $ 11,988,431 | $ 14,644,290 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 364,934 | $ 372,233 | $ 464,019 | $ 473,300 | $ 482,765 | $ 1,792,317 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 80,507,076 | $ 31,196,836 | $ 31,820,772 | $ 32,457,188 | $ 33,106,332 | $ 128,581,127 | $ 209,088,203 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 6,264,504 | $ 3,194,897 | $ 3,258,795 | $ 3,323,971 | $ 3,390,450 | $ 13,168,113 | $ 19,432,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 | $ 7,200,724 |
| State of Good Repair Program (FTA 5337) | $ 10,979,939 | $ 4,208,140 | $ 4,292,302 | $ 4,378,148 | $ 4,465,711 | $ 17,344,302 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 2,991,194 | $ 6,488,689 | $ 10,518,463 | $ 1,548,832 | $ 1,579,809 | $ 20,135,792 | $ 23,126,986 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 475,213 | $ 135,000 | $ 137,700 | $ 140,454 | $ 143,263 | $ 556,417 | $ 1,031,630 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 2,089,264 | $ - | $ - | $ - | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,519,799 | $ - | $ - | $ - | $ - | $ - | $ 3,519,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $ - | $ - | $ - | $ 2,286,960 | $ 653,760 | $ 2,940,720 | $ 2,940,720 |

| Annual Program Expenditures | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Total 4-Year |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 29,193,171 | $ 88,450,208 | $ 62,080,384 | $ 21,253,589 | $ 200,977,352 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 2,244,346 | $ 14,756,853 | $ 3,934,254 | $ 2,210,816 | $ 23,146,269 |
| Surface Transportation Block Grant - Local STBG | $ 9,666,533 | $ 913,247 | $ - | $ - | $ 10,579,780 |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 7,802,776 | $ 417,344 | $ 2,753,194 | $ 5,672,681 | $ 16,645,995 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 4,576,792 | $ 3,820,149 | $ 3,092,747 | $ 279,815 | $ 11,769,503 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ 737,167 | $ 464,019 | $ 473,300 | $ 482,765 | $ 2,157,251 |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ 157,825 | $ 160,982 | $ 164,201 | $ 483,008 |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 48,275,658 | $ 40,681,171 | $ 33,915,016 | $ 31,851,121 | $ 154,722,966 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,520,000 | $ 4,930,000 | $ 4,570,000 | $ 2,300,000 | $ 16,320,000 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 1,245,626 | $ 1,270,539 | $ 1,295,949 | $ 1,321,868 | $ 5,133,982 |
| State of Good Repair Program (FTA 5337) | $ 9,022,027 | $ 6,458,968 | $ 7,019,136 | $ 5,824,110 | $ 28,324,241 |
| Bus and Bus Facilities Program (FTA 5339) | $ 9,479,883 | $ 10,000,000 | $ - | $ - | $ 19,479,883 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 180,000 | $ 522,940 | $ 180,000 | $ - | $ 882,940 |
| FTA Community Project Funding (FTA CPF) | $ - | $ 3,000,000 | $ - | $ - | $ 3,000,000 |
| Highway Improvement Program (U-HIP) | $ 800,000 | $ 1,289,264 | $ - | $ - | $ 2,089,264 |
| Emergency Relief Program (ER) | $ 484,381 | $ - | $ - | $ - | $ 484,381 |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ 1,474,786 | $ - | $ - | $ - | $ 1,474,786 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 3,498,799 | $ - | $ - | $ - | $ 3,498,799 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $ - | $ - | $ 2,286,960 | $ 653,760 | $ 2,940,720 |

| Annual Cumulative Balance | FY 2023 | FY 2024 | FY 2025 | FY 2026 | Ending Balance* |
|---|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 155,306,731 | $ 89,843,303 | $ 51,209,436 | $ 53,871,293 | $ 53,871,293 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 14,071,619 | $ 1,746,278 | $ 292,168 | $ 611,098 | $ 611,098 |
| Surface Transportation Block Grant - Local STBG | $ 913,247 | $ 0 | $ - | $ - | $ - |
| Transportation Alternatives Program - Nashville-Davidson UZA (U-TAP) | $ 1,787,614 | $ 4,123,464 | $ 4,178,528 | $ 1,370,270 | $ 1,370,270 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 788,044 | $ - | $ - | $ 2,874,787 | $ 2,874,787 |
| Carbon Reduction Program - Murfreesboro UZA (M-CRP) | $ - | $ - | $ - | $ - | $ - |
| Carbon Reduction Program - Spring Hill UZA (H-CRP) | $ - | $ - | $ - | $ - | $ - |
| Large Urban Transit Formula Funds - Nashville-Davidson UZA (FTA 5307) | $ 63,428,254 | $ 54,567,855 | $ 53,110,027 | $ 54,365,237 | $ 54,365,237 |
| Large Urban Transit Formula Funds - Murfreesboro UZA (FTA 5307) | $ 4,939,401 | $ 3,268,196 | $ 2,022,167 | $ 3,112,617 | $ 3,112,617 |
| Enhanced Mobility for Seniors and Individuals with Disabilities (FTA 5310) | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 | $ 2,066,742 |
| State of Good Repair Program (FTA 5337) | $ 6,166,052 | $ 3,999,386 | $ 1,358,398 | $ (0) | $ (0) |
| Bus and Bus Facilities Program (FTA 5339) | $ (0) | $ 518,463 | $ 2,067,295 | $ 3,647,103 | $ 3,647,103 |
| Bus and Bus Facilities Program (FTA 5339-M) | $ 430,213 | $ 44,973 | $ 5,427 | $ 148,690 | $ 148,690 |
| FTA Community Project Funding (FTA CPF) | $ - | $ - | $ - | $ - | $ - |
| Highway Improvement Program (U-HIP) | $ 1,289,264 | $ - | $ - | $ - | $ - |
| Emergency Relief Program (ER) | $ - | $ - | $ - | $ - | $ - |
| Advanced Transportation and Congestion Management Technologies Deployment (ATCMTD) | $ - | $ - | $ - | $ - | $ - |
| Coronavirus Response & Relief Supplemental Appropriations Act - Nashville UZA (U-CRRSAA) | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Coronavirus Response & Relief Supplemental Appropriations Act - Murfreesboro UZA (M-CRRSAA) | $ - | $ - | $ - | $ - | $ - |
| Charging and Fueling Infrastructure Grant Program (CFI) | $ - | $ - | $ - | $ - | $ - |

*U-STBG and M-STBG includes construction reserve funds which are programmed after the completion of PE and are available on a first-come basis.

Carryover as of 1/1/23, end of Q1 FFY 2023

| Regional STBG Balance Less Reserve Funding | Revenue | Programmed | Reserved | Balance |
|---|---|---|---|---|
| Surface Transportation Block Grant - Nashville-Davidson UZA (U-STBG) | $ 254,848,645 | $ 200,977,352 | $ 50,737,094 | $ 3,134,200 |
| Surface Transportation Block Grant - Murfreesboro UZA (M-STBG) | $ 23,757,368 | $ 23,146,269 | $ 89,891 | $ 521,207 |
| Carbon Reduction Program - Nashville-Davidson UZA (U-CRP) | $ 14,644,290 | $ 11,769,503 | $ 2,874,787 | $ - |

**From:** Joshua Rodriguez <jrodriguez@aashto.org>
**To:** Gary Jensen <Gary.Jensen@dot.gov>
**Cc:** "Biondi, Emily (FHWA)" <Emily.Biondi@dot.gov>
**Subject:** Re: NEVI Rule Revisions and New Guidance?
**Date:** Wed, 5 Mar 2025 12:09:44 +0000
**Importance:** Normal
**Attachments:** AASHTO-Letter-to-USDOT-on-Program-Interruptions-2025-03-04-FINAL.pdf

---

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Gary,

I wanted to thank you again for taking a quick second to talk and give you a heads up on a letter AASHTO sent to Secretary Duffy yesterday. While we did not disseminate the letter it is public and hosted on our public webpage to share. There are two directly relevant topics in the letter Environmental Approvals and NEVI.

If you have any questions, please don't hesitate to reach out.

AASHTO-Letter-to-USDOT-on-Program-Interruptions-2025-03-04-FINAL.pdf

**Josh Rodriguez**
Program Director for Environment
(202) 624-3638

---

**From:** Jensen, Gary (FHWA) <Gary.Jensen@dot.gov>
**Sent:** Monday, March 3, 2025 12:28 PM
**To:** Joshua Rodriguez <jrodriguez@aashto.org>
**Subject:** RE: NEVI Rule Revisions and New Guidance?

Yes, that would work fine.  Thanks!!

Gary A. Jensen
Director, Office of Natural Environment
Federal Highway Administration
202-366-2048
Gary.Jensen@dot.gov

---

**From:** Joshua Rodriguez <jrodriguez@aashto.org>
**Sent:** Monday, March 3, 2025 12:26 PM
**To:** Jensen, Gary (FHWA) <Gary.Jensen@dot.gov>
**Cc:** Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>
**Subject:** Re: NEVI Rule Revisions and New Guidance?

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Gary,

Totally understand, will 3pm today work for you?

**Josh Rodriguez**
Program Director for Environment
American Association of State Highway and Transportation Officials | AASHTO
555 12th St. NW | Suite 1000 | Washington, DC 20004
Phone: (202) 624-3638 | JRodriguez@aashto.org | www.transportation.org

---

**From:** Jensen, Gary (FHWA) <Gary.Jensen@dot.gov>
**Sent:** Monday, March 3, 2025 12:08:45 PM
**To:** Joshua Rodriguez <jrodriguez@aashto.org>
**Cc:** Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>
**Subject:** RE: NEVI Rule Revisions and New Guidance?

Josh,

Unfortunately, both Emily and I have conflicts on Wednesday.

Would you have a few minutes for a brief call this afternoon to discuss?   I'm free any time after 1:15.

Thanks!

Gary A. Jensen
Director, Office of Natural Environment
Federal Highway Administration
202-366-2048
Gary.Jensen@dot.gov

---

**From:** Joshua Rodriguez <jrodriguez@aashto.org>
**Sent:** Monday, March 3, 2025 10:17 AM
**To:** Biondi, Emily (FHWA) <Emily.Biondi@dot.gov>; Jensen, Gary (FHWA) <Gary.Jensen@dot.gov>
**Subject:** NEVI Rule Revisions and New Guidance?

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Emily and Gary,

We are reaching out this morning to confirm or clarify some information that states are receiving from their Division Offices and other DOT outlets. State DOT leadership and some practitioners have been informed that they can expect new NEVI guidance in the spring, along with a revised NEVI rule. However, this message is not consistent nationwide. Some states are not receiving any information, while others are getting contradictory messages.

We are holding our monthly EV Practitioners working group call this Wednesday and would like to invite you both to provide any updates, even if brief, on the new guidance or a revision to the rule. The virtual meeting is scheduled for Wednesday, March 5th, from 4 PM to 5 PM EST. Please let me know if

you are able to attend. If not, any information AASHTO can provide to the group would be greatly appreciated and valuable.

Thank you, and please let us know if there is anything AASHTO and our program can do to assist during the continued Executive transition.

**Josh Rodriguez**
Program Director for Environment
American Association of State Highway and Transportation Officials | AASHTO
555 12th St. NW | Suite 1000 | Washington, DC 20004
Phone: (202) 624-3638 | JRodriguez@aashto.org | www.transportation.org

DOT-001251



**Garrett T. Eucalitto,** *President*
Commissioner, Connecticut Department of Transportation

**Jim Tymon,** *Executive Director*

March 4, 2025

The Honorable Sean Duffy
Secretary
United States Department of Transportation
1200 New Jersey Ave SE
Washington, DC 20590

Subject: Ensuring Uninterrupted Federal Investment in State Transportation Programs and Projects

Dear Secretary Duffy:

The American Association of State Highway and Transportation Officials (AASHTO) writes to once again express our gratitude for your keynote remarks at the AASHTO Washington Briefing on February 5. We were especially heartened to hear your strong support for state-driven decision-making as part of the 109-year old Federal-aid Highway Program when you said, "We should rethink the way we're doing business together by giving you all a lot more autonomy, a lot more authority, a lot more freedom to do the projects that you know are important in your communities." Given the shared priorities between the US Department of Transportation (USDOT) and the nation's state departments of transportation (state DOTs), we are calling attention to detrimental project delivery impacts from a growing number of interruptions in federal approvals—including federal funding—that states are currently experiencing in USDOT-administered programs. We believe ensuring uninterrupted federal transportation funding provided to states and the associated federal approvals are fully aligned with President Trump's infrastructure vision to build more, build faster, build better, and build more beautifully.

These interruptions—whether directly or indirectly related to funding—have the effect of freezing essential construction and planning activities including those involving roadway and bridge projects. Delays like these leave state DOTs at serious risk of losing the upcoming construction season for many projects. This will not only add to overall costs to the American people but also deprive communities from receiving those economic, safety, and quality of life benefits.

Additionally, we believe all federal dollars committed to state DOTs through all formula programs and executed grants represent legally binding obligations. These programs are reimbursable programs, where state DOTs pay contractors for work they have completed and then seek reimbursement from USDOT. In order to avoid unexpected cash flow challenges for state DOTs, we request reimbursement requests be paid immediately for construction and related costs already incurred, including projects that utilize and have received prior federal approval for advance construction (AC).

Specifically, we request an immediate resolution in the following areas:

**Environmental Review and Permitting**
AASHTO fully agrees with the intent behind your X statement on February 21, 2025, "Slashed burdensome transportation regulations / Cut red tape to lower costs and improve efficiency." However, due to USDOT's pause on signing environmental documents pertaining to NEPA, Section 4(f), Section 6(f), Section 106, and more, state DOTs are at risk of project schedules slipping and construction seasons missed; in my state of Connecticut alone, nearly $1 billion in federal funds supporting vital transportation projects are in limbo due to the pauses in approving environmental documents. Continued failure to

**American Association of State Highway and Transportation Officials**

DOT-001252

advance standard environmental documents will result in missing the upcoming construction window altogether for many different types of investments, including critical Interstate Highway facilities. AASHTO has many ideas to speed up projects through a reform of environmental review and permitting; but in the meantime, USDOT needs to do all it can to provide clear guidance to state DOTs and avoid further delaying project development activities that represent our shared priorities.

**Restoring State-requested Obligations and Reimbursements**
As noted earlier, we believe all federal dollars committed to state DOTs through all formula programs and executed grants must be paid immediately. This includes restoring full access to the Federal Highway Administration's Financial Management and Information Systems (FMIS) to allow processing of all obligation and reimbursement requests. We specifically call for the processing of all AC conversion and reimbursement requests, for which states have already committed state dollars and is creating growing cash flow issues.

**National Electric Vehicle Infrastructure (NEVI) Formula Program**
As a formula program, the NEVI program dollars (exclusive of set-asides) are apportioned to states exactly in the same manner as core highway formula programs as determined under Title 23 Section 104. While we understand and appreciate the Trump Administration's articulation of its policy priorities, States have made awards and entered into contracts—multiyear contracts in some cases—with the private sector based on five years of NEVI formula funding apportioned under the Infrastructure Investment and Jobs Act (IIJA). Restoring the flow of NEVI funding will allow states to honor the commitments they have already made based on the formula funding authorized by Congress in the IIJA.

In closing, we thank USDOT for its recent reaffirmation after program review to handle processing of routine planning approvals—including Statewide Transportation Improvement Program amendments—by FHWA's Division Offices, whose unique state-level presence has always symbolized the equally unique and enduring federal-state partnership for transportation programs since 1916. We also very much appreciate the intent in FHWA's February 6, 2025, letter to state DOT leaders regarding NEVI that said, "States will be held harmless for not implementing their existing plan." AASHTO's request to USDOT is to build upon this notion of holding state DOTs harmless from undue financial risk associated with federally funded projects, and to support continued and stable federal transportation investment that unleashes the economic and quality of life benefits of critical transportation investments being made each day by our nation's state DOTs.

Thank you for your consideration and we look forward to continuing the longstanding federal-state partnership with you and the entire USDOT leadership upon their Senate confirmation.

Sincerely,

Garrett T. Eucalitto
President, American Association of State Highway Transportation Officials
Commissioner, Connecticut Department of Transportation

DOT-001253