**U.S. Department of Justice**
United States Attorney
*District of South Carolina*

*151 Meeting Street, Suite 200*
*Charleston, SC 29401*

Official Business

CLERK, CHARLESTON, SC

2025 APR 18  PM 3: 22

# FOR HAND DELIVERY TO
# THE HONORABLE
# RICHARD M. GERGEL
# DISTRICT COURT CLERK'S OFFICE

2:25 - 2152 RMG

## SEALED AND EX PARTE
## FOR IN CAMERA REVIEW

April 18, 2025