IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| The Sustainability Institute, *et al.*, | ) | Civil Action Number: 2:25-cv-02152-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald J. Trump, in his official capacity | ) | |
| as President of the United States, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF FILING**

Under the Court's Order of April 7, 2025, ECF No. 45, the Defendants file herewith

Environmental Protection Agency's Certification and documents in response to the Requests to

Produce.

Respectfully submitted,

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By:     *s/Lee E. Berlinsky*
         Lee E. Berlinsky (#05443)
         Assistant United States Attorney
         151 Meeting Street, Suite 200
         Charleston, South Carolina 29401
         Tel: (843) 266-1679
         Lee.Berlinsky@usdoj.gov

         Todd Timmons (#11254)
         Assistant United States Attorney
         1441 Main Street, Suite 500
         Columbia, South Carolina 29201
         Tel: (803) 237-9265
         Todd.Timmons@usdoj.gov

April 18, 2025