| Impact Type | Impact | Notes |
|---|---|---|
| Currency | 180,000.00 | |
| Currency | 2,794,027.00 | |
| Currency | 25,000,000.00 | |
| Currency | 25,000,000.00 | |
| Currency | 25,000,000.00 | |
| Currency | 25,000,000.00 | |
| Currency | 153,679.00 | |
| Currency | 209,395.00 | |
| Currency | 1,300,000.00 | |
| Currency | 1,004,600.00 | |
| Currency | 8,160,515.00 | |
| Currency | 553,792.00 | |
| Currency | 6,500,000.00 | |
| Currency | 6,500,000.00 | |
| Currency | 82,590.00 | |

Message

**From**:         Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**:         3/27/2025 7:25:30 PM
**To**:           Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject**:      Daily Summary Report of Grant Terminations as of 03/27/2025
**Attachments**:  Grant Termination List.xlsx

Up to 263 terminated/ cancelled.

Also, yesterday I had the amount wrong. Somehow, I had $410M (I went back and can't figure out why the sum was incorrect) and it should have been $251M. It is up to $323M today.

Dan

**Daily Summary Report of Assistance Agreement Terminations**
**Beginning January 20, 2025**
Data compiled as of 03/27/2025

| Grant Awarded? Yes, No , Closed | Cancel Date | FT Code Date | Program Code |
|---|---|---|---|
| No | 2/13/2025 | N/A | 5N |
| Yes | 2/21/2025 | 2/24/2025 | 51 |
| Yes | 2/21/2025 | 2/21/2025 | XJ |
| Yes | 2/21/2025 | 2/21/2025 | 5N |
| Yes | 2/21/2025 | 2/25/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | 5B |
| Yes | 2/21/2025 | 2/24/2025 | XJ |
| Yes | 2/21/2025 | 2/21/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | 5B |
| Yes | 2/21/2025 | 2/24/2025 | 5B |
| Yes | 2/21/2025 | 2/24/2025 | 5N |
| Yes | 2/21/2025 | 2/21/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | 5B |
| Yes | 2/21/2025 | 2/24/2025 | 51 |
| Yes | 2/21/2025 | 2/24/2025 | 51 |
| Yes | 2/22/2025 | 2/25/2025 | 5B |
| Yes | 2/22/2025 | 2/24/2025 | 5B |
| Yes | 2/22/2025 | 2/24/2025 | 5B |
| Yes | 2/24/2025 | 2/25/2025 | 5N |
| Yes | 2/25/2025 | 2/26/2025 | XJ |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |

| Grant Family (FAIN) | Grant No | Project Cost (EPA + Cost Share) | Cumulative Award Amount | Compass Remaining Amount (Estimate) | Awarding Region Code | AAShip | Project Start Date | Project End Date |
|---|---|---|---|---|---|---|---|---|
| 84082101 | 84082101-0 | $11,967,248 | $11,967,248 | $0.00 | EPA HQ | OEJECR | 5/1/2024 | 4/30/2027 |
| 00A01436 | 00A01436-1 | $500,000 | $500,000 | $331,894 | EPA R1 | R01 | 5/1/2024 | 2/21/2025 |
| 00E03450 | 00E03450-4 | $10,000,000 | $8,000,000 | $6,032,005 | EPA R5 | R05 | 6/1/2023 | 2/21/2025 |
| 00E03682 | 00E03682-1 | $8,000,000 | $8,000,000 | $6,776,965 | EPA R5 | R05 | 4/1/2024 | 2/21/2025 |
| 00I10501 | 00I10501-2 | $10,000,000 | $7,000,000 | $6,348,308 | EPA R8 | R08 | 5/1/2024 | 2/21/2025 |
| 03D03124 | 03D03124-1 | $500,000 | $500,000 | $344,607 | EPA R4 | R04 | 2/1/2024 | 2/21/2025 |
| 13746681 | 13746681-3 | $13,000,000 | $11,000,000 | $8,528,291 | EPA R4 | R04 | 9/1/2023 | 2/21/2025 |
| 84061101 | 84061101-1 | $10,000,000 | $8,000,000 | $5,435,871 | EPA HQ | OEJECR | 6/1/2024 | 2/21/2025 |
| 95314201 | 95314201-3 | $12,000,000 | $12,000,000 | $6,541,566 | EPA R3 | R03 | 7/1/2023 | 2/21/2025 |
| 95334801 | 95334801-1 | $500,000 | $500,000 | $478,160 | EPA R3 | R03 | 5/1/2024 | 2/21/2025 |
| 95338201 | 95338201-1 | $500,000 | $500,000 | $463,397 | EPA R3 | R03 | 2/1/2024 | 2/21/2025 |
| 95341301 | 95341301-1 | $8,000,000 | $8,000,000 | $6,821,157 | EPA R3 | R03 | 5/1/2024 | 2/21/2025 |
| 96701501 | 96701501-3 | $10,000,000 | $8,000,000 | $6,150,076 | EPA R7 | R07 | 4/1/2023 | 2/21/2025 |
| 98T65801 | 98T65801-3 | $9,999,999 | $8,100,000 | $6,492,862 | EPA R9 | R09 | 6/1/2023 | 2/21/2025 |
| 98T88701 | 98T88701-1 | $500,000 | $500,000 | $381,032 | EPA R9 | R09 | 3/1/2024 | 2/21/2025 |
| 98T91201 | 98T91201-1 | $500,000 | $500,000 | $465,754 | EPA R9 | R09 | 4/1/2024 | 2/21/2025 |
| 98T91501 | 98T91501-1 | $500,000 | $500,000 | $429,810 | EPA R9 | R09 | 5/1/2024 | 2/21/2025 |
| 02F50601 | 02F50601-1 | $500,000 | $500,000 | $232,243 | EPA R6 | R06 | 5/1/2024 | 2/21/2025 |
| 02F50801 | 02F50801-1 | $500,000 | $500,000 | $410,939 | EPA R6 | R06 | 4/1/2024 | 2/22/2025 |
| 02J56601 | 02J56601-1 | $500,000 | $500,000 | $410,393 | EPA R10 | R10 | 4/1/2024 | 2/22/2025 |
| 02J63801 | 02J63801-2 | $8,000,000 | $8,000,000 | $6,321,921 | EPA R10 | R10 | 3/1/2024 | 2/22/2025 |
| 00E03451 | 00E03451-2 | $10,000,000 | $4,000,000 | $2,467,892 | EPA R5 | R05 | 6/1/2023 | 2/25/2025 |
| 84108101 | 84108101-0 | $1,298,635 | $1,298,635 | $0 | EPA HQ | OCSPP | 3/31/2025 | 2/28/2030 |
| 84108601 | 84108601-0 | $2,146,625 | $2,146,625 | $0 | EPA HQ | OCSPP | 1/1/2024 | 12/31/2029 |
| 84109001 | 84109001-0 | $2,189,939 | $2,189,939 | $0 | EPA HQ | OCSPP | 12/1/2024 | 6/30/2027 |
| 84108501 | 84108501-0 | $2,445,363 | $2,445,363 | $0 | EPA HQ | OCSPP | 12/1/2024 | 11/30/2029 |
| 84108001 | 84108001-0 | $2,486,224 | $2,486,224 | $0 | EPA HQ | OCSPP | 1/15/2025 | 1/14/2030 |

**Project Title**

Initial Award UNITE-EJ: united network for Impact, Transformation, and Equity in Environmental Justice Communities
Green Jobs Corps: Growing a New Generation of New Haven Environmental Justice Problem-Solvers
Community Development and Technical Assistance to Advance Environment and Energy Justice in the Great Lakes Region
The Minneapolis Foundation TCGM Grant 1
Mountains and Plains Thriving Communities Collaborative (MaPTCC)
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Community Investment Recovery Center (CIRC): A U.S. EPA Enviornmental Justice Thriving Communities Technical Assistance Center (TCTAC)
Environmental Justice Thriving Communities tehcnical Assistance Center (EJ TCTAC)
Mid-Atlantic-Thriving Communities Hub (Match)
Hunting Park Community-Led Climate Resilience and Empowerment Project
Building Community Resilience in Virgina's Coalfields with Place-bsed Climate Change Adaption
TCGM Initial Award - Green & Healthy Homes Initiative will act as pass-through entity for EPA's EJ thriving Communities Grantmaking Program, R3
Environmental Justice Thriving Communities Technical Assistance Centers Program
Special Purpose Activities Related to Environmental Justice
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Vulnerable to Vibrant: Solar Workforce Development Trainings, Illegal Dumpling Abatement, and Environmental Justice Community
Justice in the Air: The Partnership for Community Health Equity
Creating Equitable and Low-Impact Transportation To and Along the Oregon Coast
Northwest Network for Environmental Justice-Initial Award
EPA Region V Environmental Justice Thriving Communities Technical Assistance Center (EJ TCTAC) Program Community-Led Alliance by Blacks
EPD Development for Construction Materials & Products that Reduce Climate Change Impacts and Advance the Circular Economy
National Glass Association FR
EPD Assistance Grant - Exterior Insulation - EIFS
Portland Cement Association (PCA) - Reducing Embodied Greenhouse Gas Emissions for Cementitious Materials
Technical Assistance Program to Reduce Embodied Greenhouse Gas Emissions for Construction Materials and Products

| Application Name | Applicant State | Assistance Listing Code |
|---|---|---|
| Climate Justice Alliance | CA | 66.615 |
| New Haven Ecology Project Inc | CT | 66.306 |
| Regents of the University of Minnesota | MN | 66.309 |
| Minneapolis Foundation | MN | 66.615 |
| Montana State University | MT | 66.309 |
| Parks Alliance of Louisville, Inc. | KY | 66.306 |
| Deep South Center for Environmental Justice Inc | LA | 66.309 |
| Institute for Sustainable Communities | VT | 66.309 |
| National Wildlife Federation | VA | 66.309 |
| Nueva Esperanza Inc | PA | 66.306 |
| Appalachian Voices | NC | 66.306 |
| Green & Healthy Homes Initiative Inc | MD | 66.615 |
| Wichita State University | KS | 66.309 |
| San Diego State University Foundation | CA | 66.309 |
| Bayview Hunters Point Community Advocates Inc. | CA | 66.306 |
| Council for Native Hawaiian Advancement | HI | 66.306 |
| The Friendship House Association of American Indians | CA | 66.306 |
| Black united Fund of Texas, Inc. | TX | 66.306 |
| Earth Care International | NM | 66.306 |
| Oregon Coast Visitors Association, Inc | OR | 66.306 |
| Philanthropy Northwest | WA | 66.615 |
| BIG, NFP | IL | 66.309 |
| Rochester Institute of Technology | NY | 66.721 |
| National Glass Association | VA | 66.721 |
| EIFS Industry Members Association | VA | 66.721 |
| Portland Cement Association | DC | 66.721 |
| West Virginia University Research Corporation | WV | 66.721 |

EPA_00037143

**Assistance Listing Description**

Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products

| | | | |
|---|---|---|---|
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| Yes | 3/7/2025 | 3/7/2025 | AI |
| No | 3/7/2025 | N/A | AI |
| No | 3/7/2025 | N/A | AI |
| No | 3/7/2025 | N/A | AI |
| Yes | 3/7/2025 | 3/7/2025 | AI |
| Yes | 3/7/2025 | 3/7/2025 | AI |
| Yes | 3/10/2025 | 3/11/2025 | 52 |
| Yes | 3/11/2025 | 3/11/2025 | 51 |
| Yes | 3/11/2025 | 3/12/2025 | XJ |
| Yes | 3/12/2025 | 3/12/2025 | 51 |
| Yes | 3/12/2025 | 3/12/2025 | 5B |
| Yes | 3/12/2025 | 3/12/2025 | 5C |
| Yes | 3/12/2025 | 3/12/2025 | 5C |
| Yes | 3/12/2025 | 3/12/2025 | AJ |
| Yes | 3/12/2025 | 3/12/2025 | AJ |
| Yes | 3/12/2025 | 3/12/2025 | AJ |
| Yes | 3/12/2025 | 3/12/2025 | EC |
| Yes | 3/12/2025 | 3/12/2025 | EC |
| Yes | 3/12/2025 | 3/12/2025 | XJ |
| Yes | 3/12/2025 | 3/21/2025 | AJ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 84107101 | 84107101-0 | $2,499,999 | $2,499,999 | $0 | EPA HQ | OCSPP | 2/1/2025 | 1/31/2029 |
| 84106801 | 84106801-0 | $3,268,757 | $3,268,757 | $0 | EPA HQ | OCSPP | 3/1/2025 | 2/29/2028 |
| 84108901 | 84108901-0 | $3,500,000 | $3,500,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 1/1/2027 |
| 84108701 | 84108701-0 | $3,887,329 | $3,887,329 | $0 | EPA HQ | OCSPP | 2/1/2025 | 1/31/2030 |
| 84109301 | 84109301-0 | $4,222,307 | $4,222,307 | $0 | EPA HQ | OCSPP | 3/1/2025 | 2/28/2030 |
| 84110601 | 84110601-0 | $4,662,182 | $4,662,182 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84110001 | 84110001-0 | $6,000,000 | $6,000,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84111301 | 84111301-0 | $6,000,000 | $6,000,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84107801 | 84107801-0 | $6,186,200 | $6,186,200 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84108301 | 84108301-0 | $6,371,426 | $6,371,426 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84107301 | 84107301-0 | $9,632,293 | $9,632,293 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84111101 | 84111101-0 | $9,696,503 | $9,696,503 | $0 | EPA HQ | OCSPP | 3/1/2025 | 2/28/2030 |
| 84110301 | 84110301-0 | $9,975,000 | $9,975,000 | $0 | EPA HQ | OCSPP | 4/1/2025 | 3/31/2030 |
| 84108801 | 84108801-0 | $9,990,311 | $9,990,311 | $0 | EPA HQ | OCSPP | 9/1/2024 | 8/31/2029 |
| 84107001 | 84107001-0 | $9,990,668 | $9,990,668 | $0 | EPA HQ | OCSPP | 9/1/2024 | 8/31/2029 |
| 84107901 | 84107901-0 | $10,000,000 | $10,000,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84081901 | 84081901-1 | $500,000 | $500,000 | $456,449 | EPA HQ | OCFO | 4/1/2024 | 3/7/2025 |
| 84107501 | 84107501-0 | $200,400 | $200,400 | $0 | EPA HQ | OCFO | 1/1/2025 | 12/31/2025 |
| 84106001 | 84106001-0 | $500,000 | $500,000 | $0 | EPA HQ | OCFO | 1/1/2025 | 12/31/2027 |
| 84106101 | 84106101-0 | $500,000 | $500,000 | $0 | EPA HQ | OCFO | 1/1/2025 | 12/31/2027 |
| 84083801 | 84083801-2 | $499,976 | $499,976 | $348,546 | EPA HQ | OCFO | 5/1/2024 | 3/7/2025 |
| 84085601 | 84085601-1 | $499,437 | $499,437 | $412,729 | EPA HQ | OCFO | 6/1/2024 | 3/7/2025 |
| 02J57401 | 02J57401-1 | $877,458 | $877,458 | $756,942 | EPA R10 | R10 | 2/1/2024 | 3/10/2025 |
| 00A01311 | 00A01311-2 | $500,000 | $500,000 | $476,118 | EPA R1 | R01 | 10/1/2024 | 3/11/2025 |
| 95316401 | 95316401-3 | $48,902 | $40,000 | $16,898 | EPA R3 | R03 | 9/1/2023 | 3/11/2025 |
| 95335201 | 95335201-1 | $500,000 | $500,000 | $483,159 | EPA R3 | R03 | 6/1/2024 | 3/11/2025 |
| 95337401 | 95337401-1 | $490,912 | $490,912 | $481,289 | EPA R3 | R03 | 7/1/2024 | 3/11/2025 |
| 95336201 | 95336201-2 | $1,000,000 | $1,000,000 | $990,805 | EPA R3 | R03 | 3/1/2024 | 3/12/2025 |
| 95336301 | 95336301-1 | $460,459 | $460,459 | $460,459 | EPA R3 | R03 | 6/1/2024 | 3/11/2025 |
| 95336401 | 95336401-1 | $1,000,000 | $1,000,000 | $980,972 | EPA R3 | R03 | 2/1/2024 | 3/11/2025 |
| 95336901 | 95336901-1 | $1,000,000 | $1,000,000 | $978,000 | EPA R3 | R03 | 5/1/2024 | 3/12/2025 |
| 01D19220 | 01D19220-3 | $200,000 | $200,000 | $0 | EPA R4 | R04 | 10/1/2020 | 3/12/2025 |
| 84037001 | 84037001-2 | $199,983 | $199,983 | $35,920 | EPA HQ | OEJECR | 4/1/2022 | 3/12/2025 |
| 84037101 | 84037101-2 | $200,000 | $200,000 | $7,645 | EPA HQ | OEJECR | 5/1/2022 | 3/12/2025 |
| 84061001 | 84061001-2 | $10,000,000 | $4,750,000 | $250,000 | EPA HQ | OEJECR | 9/1/2023 | 3/12/2025 |
| 84034101 | 84034101-3 | $200,000 | $200,000 | $21,037 | EPA HQ | OEJECR | 10/1/2021 | 3/12/2025 |

Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Uncertainty Assessment Framework for Robust PCRs of Salvaged and Remanufactured Construction Materials
Northwest Building Sustainability Initiative: Enhancing EPD Development for Oregon and Washington Manufacturers
Rebuilding Exchange - FR
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Label Program for Advancing EPD Adoption
AWC: Expanding data and enhancing transparency of U.S. Wood Products
ACMA-IACMI Circle FR
Enabling Robust EPDs for Biogenic Building Materials
SteelEPD: Accelerating Steel Industry Sustainability through Robust Data and EPD Genration
NRMCA Accelerating Concretes' Drive to Carbon Neutrality FR
ACLCA Robust EPD three-pronged 'WED' Approach - Workforce development (W), EPD standardization E, and Data integration and harmonization
PCI FR
FY25 Oklahoma State University EPD Assistance Grant
Validating and Expanding Research and Education for LCA Policy (VERE-LCA)
FY25 NAPA EPD Assistance
Prepared: Building evidence-based tools to integrate community experiences
DataGen Prepared
Strengthening Reporting Capacity in Rural Alaska Municipal and Tribal Governments
Prepared: Building capacity for community leaders nationwide to apply, manage, and meet grant reporting requirements
Promoting Readiness and Enhancing Proficiency to Advance Reporting and Data for the Gullah Geechee Nation
Data Equity for Community Impact
Advancing tree equity and environmental justice in Spokane County through urban forestry career development and educational programs.
Collaborating for Tree Equity in Providence
Girl Scouts Healthy Living Champions
Reducing Childhood Asthma by Improving Indoor Air Quality in Affordable Mulifamily Housing
Monitoring Air Toxics and Assessing Benefits of Reduced Air Pollution from the Delaware City Refinery.
Enhancing, Strengthening and Scaling Action on Environmental Justice in Philadelphia
Climate Resilience Cohort
Community Engagement Pilot Project in Environmental Justice Communities Overburdened with PFS Contamination in Drinking Water
Environmental justice collaboration to improve air quality and community resiliency for both human health and environmental well-being in South Ba
State Environmental Justice Cooperative Agreement Program
EJCPS/ARP - Climate Resiliency in Yurok and Karuk Ancestral Territories
Healthy Communities
National Indian Health Board Environmental Justice Thriving Communities Technical Assistance Center
SEJCA / ARP Reducing Household Asthma Triggers by Addressing the Digital Divide to Improve Children's Health and Mitigate COVID-19 Impacts

| | | |
|---|---|---|
| Cornell University | NY | 66.721 |
| University of Texas at Austin | MC | 66.721 |
| International Code Council, Inc. | IL | 66.721 |
| Evanston Rebuilding Warehouse | IL | 66.721 |
| University of California, Davis | CA | 66.721 |
| International Living Future Institute | OR | 66.721 |
| American Wood Council | VA | 66.721 |
| Collaborative Composite Solutions Corp | TN | 66.721 |
| Hemp Building Institute | TN | 66.721 |
| University of Massachusetts Lowell | MA | 66.721 |
| National Ready-Mixed Concrete Association | VA | 66.721 |
| American Center for Life Cycle Assessment | MD | 66.721 |
| Prestressed Concrete Institute | IL | 66.721 |
| Oklahoma State University | OK | 66.721 |
| University of Washington | WA | 66.721 |
| National Asphalt Pavement Association Inc | MD | 66.721 |
| University of Massachusetts Dartmouth | MA | 66.203 |
| SaNDAI Cares | VA | 66.203 |
| Alaska Municipal League | AK | 66.203 |
| University of Massachusetts Dartmouth | MA | 66.203 |
| Palmetto Futures | NC | 66.203 |
| New Growth Innovation Network, Inc | FL | 66.203 |
| Spokane Conservation District | WA | 66.312 |
| The Nature Conservancy | VA | 66.306 |
| Girls Scouts of Black Diamond Council, Inc. | WV | 66.309 |
| National Housing Trust | DC | 66.306 |
| Clean Air Council | DE | 66.306 |
| City of Philadelphia | PA | 66.312 |
| County of Albemarle | VA | 66.312 |
| WV Dept of Environmental Protection | WV | 66.312 |
| The Environment Maryland Departmetn of | MD | 66.312 |
| South Carolina Department of Environmental Services | SC | 66.312 |
| Yurok Tribe | CA | 66.306 |
| Metro Community Ministries | GA | 66.306 |
| National Indian Health Board | | 66.309 |
| Department of Energy and Environment | DC | 66.312 |

Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Government-to-Government (EJG2G) Program

| | | | |
|---|---|---|---|
| Yes | 3/21/2025 | 3/21/2025 | XJ |
| Yes | 3/21/2025 | 3/21/2025 | EC |
| Yes | 3/21/2025 | 3/21/2025 | EC |
| Yes | 3/21/2025 | 3/21/2025 | AJ |
| Yes | 3/21/2025 | 3/21/2025 | 52 |
| Yes | 3/21/2025 | 3/21/2025 | 5C |
| Yes | 3/21/2025 | 3/21/2025 | EC |
| No | 3/24/2025 | N/A | 5Z |
| Yes | 3/24/2025 | 3/24/2025 | AJ |
| Yes | 3/24/2025 | 3/24/2025 | EC |
| Yes | 3/24/2025 | 3/25/2025 | EC |
| Yes | 3/24/2025 | 3/24/2025 | 5F |
| Yes | 3/21/2025 | 3/24/2025 | AJ |
| Yes | 3/21/2025 | 3/24/2025 | AJ |
| Yes | 3/21/2025 | 3/24/2025 | 5B |
| Yes | 3/21/2025 | 3/24/2025 | 5B |
| Yes | 3/21/2025 | 3/24/2025 | 5B |
| Yes | 3/21/2025 | 3/24/2025 | 5B |
| Yes | 3/21/2025 | 3/24/2025 | 5B |
| Yes | 3/21/2025 | 3/24/2025 | 5B |
| Yes | 3/21/2025 | 3/24/2025 | 51 |
| Yes | 3/21/2025 | 3/24/2025 | 51 |
| Yes | 3/21/2025 | 3/24/2025 | 5C |
| Yes | 3/21/2025 | 3/24/2025 | 52 |
| Yes | 3/21/2025 | 3/24/2025 | 5B |
| Yes | 3/21/2025 | 3/24/2025 | AJ |
| Yes | 3/21/2025 | 3/24/2025 | 5C |
| Yes | 3/21/2025 | 3/24/2025 | 51 |
| Yes | 3/21/2025 | 3/24/2025 | 5C |
| Yes | 3/21/2025 | 3/24/2025 | 5C |
| Yes | 3/21/2025 | 3/24/2025 | 52 |
| Yes | 3/21/2025 | 3/24/2025 | 5C |
| Yes | 3/21/2025 | 3/24/2025 | 5B |
| Yes | 3/21/2025 | 3/24/2025 | AJ |
| Yes | 3/21/2025 | 3/24/2025 | 5C |
| Yes | 3/21/2025 | 3/24/2025 | 52 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 84060301 | 84060301-4 | $10,000,000 | $10,000,000 | $8,277,730 | EPA HQ | OEJECR | 8/1/2023 | 3/21/2025 |
| 84036501 | 84036501-2 | $200,000 | $200,000 | $1 | EPA HQ | OEJECR | 6/1/2022 | 3/21/2025 |
| 84037401 | 84037401-2 | $200,000 | $200,000 | $37,001 | EPA HQ | OEJECR | 4/1/2022 | 3/21/2025 |
| 84032601 | 84032601-4 | $200,000 | $200,000 | $124,762 | EPA HQ | OEJECR | 10/1/2021 | 3/21/2025 |
| 02J57901 | 02J57901-1 | $997,622 | $997,622 | $962,072 | EPA R10 | R10 | 7/1/2024 | 3/11/2025 |
| 02J58001 | 02J58001-1 | $997,374 | $997,374 | $781,343 | EPA R10 | R10 | 4/1/2024 | 3/12/2025 |
| 84037701 | 84037701-2 | $200,000 | $200,000 | $0 | EPA HQ | OEJECR | 5/1/2022 | 3/21/2025 |
| 02J94801 | 02J94801-0 | $400,000 | $260,000 | $0 | EPA R10 | R10 | 1/1/2025 | 4/30/2026 |
| 84032801 | 84032801-4 | $200,000 | $200,000 | $90,000 | EPA HQ | OEJECR | 10/1/2021 | 3/12/2025 |
| 84036901 | 84036901-2 | $200,000 | $200,000 | $53,323 | EPA HQ | OEJECR | 7/1/2022 | 3/24/2025 |
| 84037901 | 84037901-2 | $199,911 | $199,911 | $20,855 | EPA HQ | OEJECR | 1/1/2022 | 3/24/2025 |
| 84098801 | 84098801-1 | $5,300,000 | $4,900,000 | $3,586,748 | EPA HQ | OCSPP | 10/1/2024 | 3/24/2025 |
| 98T29801 | 98T29801-3 | $200,000 | $200,000 | $46,538 | EPA R9 | R09 | 10/1/2021 | 3/21/2025 |
| 98T29901 | 98T29901-1 | $199,781 | $199,781 | $48,598 | EPA R9 | R09 | 10/1/2021 | 3/21/2025 |
| 98T88001 | 98T88001-1 | $500,000 | $500,000 | $500,000 | EPA R9 | R09 | 11/1/2024 | 3/21/2025 |
| 98T88201 | 98T88201-1 | $500,000 | $500,000 | $438,159 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T88301 | 98T88301-1 | $450,000 | $450,000 | $352,253 | EPA R9 | R09 | 1/1/2024 | 3/21/2025 |
| 98T88401 | 98T88401-1 | $500,000 | $500,000 | $500,000 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T88601 | 98T88601-1 | $500,000 | $500,000 | $482,196 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T88801 | 98T88801-1 | $500,000 | $500,000 | $159,938 | EPA R9 | R09 | 1/1/2024 | 3/21/2025 |
| 98T88901 | 98T88901-1 | $500,000 | $500,000 | $481,701 | EPA R9 | R09 | 6/1/2024 | 3/21/2025 |
| 98T89001 | 98T89001-1 | $500,000 | $500,000 | $395,981 | EPA R9 | R09 | 2/15/2024 | 3/21/2025 |
| 98T89601 | 98T89601-1 | $1,000,000 | $1,000,000 | $956,075 | EPA R9 | R09 | 7/1/2024 | 3/21/2025 |
| 98T89701 | 98T89701-1 | $981,042 | $981,042 | $980,014 | EPA R9 | R09 | 6/1/2024 | 3/21/2025 |
| 98T89801 | 98T89801-1 | $500,000 | $500,000 | $389,203 | EPA R9 | R09 | 5/1/2024 | 3/21/2025 |
| 98T89901 | 98T89901-1 | $999,994 | $999,994 | $999,994 | EPA R9 | R09 | 5/1/2024 | 3/21/2025 |
| 98T90001 | 98T90001-1 | $1,000,000 | $1,000,000 | $257,204 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T90101 | 98T90101-2 | $150,000 | $150,000 | $111,063 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T90201 | 98T90201-1 | $1,000,000 | $1,000,000 | $790,314 | EPA R9 | R09 | 4/15/2024 | 3/21/2025 |
| 98T90301 | 98T90301-1 | $1,000,000 | $1,000,000 | $995,669 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T90401 | 98T90401-2 | $1,000,000 | $1,000,000 | $638,228 | EPA R9 | R09 | 5/1/2024 | 3/21/2025 |
| 98T90601 | 98T90601-1 | $1,000,000 | $1,000,000 | $774,373 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T90701 | 98T90701-1 | $568,000 | $500,000 | $343,213 | EPA R9 | R09 | 5/1/2024 | 3/21/2025 |
| 98T91401 | 98T91401-2 | $1,000,000 | $1,000,000 | $931,833 | EPA R9 | R09 | 7/1/2024 | 3/21/2025 |
| 98T91601 | 98T91601-1 | $582,055 | $582,055 | $564,975 | EPA R9 | R09 | 6/12/2024 | 3/21/2025 |
| 02J57501 | 02J57501-1 | $999,587 | $999,587 | $836,926 | EPA R10 | R10 | 3/1/2024 | 3/21/2025 |

EPA_00037151

Environmental Justice Thriving Communities Technical Assistance Centers Program (EJ TCTAC)
Safe, Healthy, and Resilient Housing in post-Hurricane Florida
Resilient People, Resilient Places, Creating a Community-based Model for Climate Resilience in Metro Kansas City
ARP / SEJCA Air Related Community Engagement for COVID-19 Response
Buiilding Community Resiliency to the Hazards of Smoke and Wildfires
Building climate change resiliency and protecting health through smoke disaster preparedness (smoke-readiness)
EJCPS / ARP - Climate Plus: Going Beyond Weatherization to Healthy Air Quality in Low Income Homes
Colville Tribes Zero Emissions refuse Hauler Pilot Project
ARP / SEJCA - VADEQ EJ Training Academy and EJ Map-Based Tool
EJCPS / ARP Building Neighborhood Stewardship in the Masonville Cove Watershed.
Environmental Justice Collaborative Problem-Solving - Urban Integrated Pest Management Technician Training
Water utility workforce development benefitting disadvantaged communities, reducing greenhouse gas emissions and other pollutants.
State Environmental Justice Cooperative Agreement - Air Quality Community Training
State Environmental Justice Cooperative Agreement Program - Clean Air Project
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Government-To-Government (EJG2G) Program
Inflation Reduction Act &ndash; Environmental Justice Government-to-Government
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Environmental Justice Government to Government - TheCalifornia Extreme Heat Adaptation Planning Guide
Inflation Reduction Act - Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement - IRA
Inflation Reduction Act &ndash; Environmental Justice Government-To-Government
Inflation Reduction Act &ndash; Environmental Justice Government-To-Government
Inflation Reduction Act &ndash; Environmental Justice Government-to-Government
Inflation Reduction Act &ndash; Environmental Justice Government-To-Government
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
**Environmental Justice Government-To-Government**
Inflation Reduction Act - Environmental Justice Government-To-Government
Rockwood Environmental Justice and Climate Resilience

| | | |
|---|---|---|
| Internatioal City/County Mgmt. Assoc. | DC | 66.309 |
| Pioneer Bay Community Development Corporation | FL | 66.306 |
| Mid America Regional Council Comm Svcs Corp | MO | 66.306 |
| AL Department Environmental Management | AL | 66.312 |
| Lane Regional Air Protection Agency | OR | 66.312 |
| County of, Chelan | WA | 66.312 |
| SEEED Inc | TN | 66.306 |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | WA | 66.049 |
| Commonwealth of Virginia Dept. of Env. Quality | VA | 66.312 |
| Greater Baybrook Alliance, Inc. | MD | 66.306 |
| Energy Coordinating Agency of Philadelphia, Inc. | PA | 66.306 |
| Energy Innovation Center Institute, Inc. | PA | 66.616 |
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT | CA | 66.312 |
| TOHONO O'ODHAM NATION | AZ | 66.312 |
| NORTHERN NEVADA INSTITUTE FOR PUBLIC HEALTH | NV | 66.306 |
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK | CA | 66.306 |
| TERRAGRAPHICS INTERNATIONAL FOUNDATION, INC. | ID | 66.306 |
| COMMUNITY HEALTH COUNCILS INC | CA | 66.306 |
| WEST OAKLAND ENVIRONMENTAL INDICATORS PROJECT | CA | 66.306 |
| GoG - GRADES OF GREEN, INC. | CA | 66.306 |
| QUAIL BOTANICAL GARDENS FOUNDATION, INC. | CA | 66.306 |
| k8562 - Kaunalewa | HI | 66.306 |
| CITY AND COUNTY OF SAN FRANCISCO | CA | 66.312 |
| CITY OF SACRAMENTO | CA | 66.312 |
| AMISTADES, INC | AZ | 66.306 |
| GOVERNORS OFFICE OF PLANNING & RESEARCH | CA | 66.312 |
| San Joaquin Valley Unified APCD | CA | 66.312 |
| Bisbee Science Exploration and Research Center, Inc | AZ | 66.306 |
| City & County of Honolulu - DBFS | HI | 66.312 |
| CoS - COUNTY OF STANISLAUS | CA | 66.312 |
| CITY OF FLAGSTAFF | AZ | 66.312 |
| San Diego County Air Pollution Control District | CA | 66.312 |
| RED FEATHER DEVELOPMENT GROUP | AZ | 66.306 |
| Public Health, California Department of | CA | 66.312 |
| THE BUENA VISTA RANCHERIA OF THE ME-WUK INDIANS | CA | 66.312 |
| Multnomah County | OR | 66.312 |

EPA_00037153

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Clean Heavy-Duty Vehicles Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental and Climate Justice Block Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program

| | | | |
|---|---|---|---|
| Yes | | 3/21/2025 | 3/24/2025 5C |
| Yes | | 3/21/2025 | 3/24/2025 5C |
| Yes | | 3/21/2025 | 3/24/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 EQ |
| Yes | | 3/25/2025 | 3/25/2025 AJ |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 AK |
| Yes | | 3/25/2025 | 3/25/2025 AJ |
| Yes | | 3/25/2025 | 3/25/2025 5C |
| Yes | | 3/25/2025 | 3/25/2025 AJ |
| Yes | | 3/25/2025 | 3/25/2025 5C |
| Yes | | 3/25/2025 | 3/25/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 ED |
| Yes | | 3/25/2025 | 3/25/2025 AJ |
| Yes | | 3/25/2025 | 3/25/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 52 |
| Yes | | 3/25/2025 | 3/26/2025 5C |
| Yes | | 3/26/2025 | 3/26/2025 52 |
| Yes | | 3/26/2025 | 3/26/2025 52 |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EC |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02J57701 | 02J57701-1 | $1,000,000 | $1,000,000 | $781,995 | EPA R10 | R10 | 4/1/2024 | 3/21/2025 |
| 02J57801 | 02J57801-1 | $1,000,000 | $1,000,000 | $915,601 | EPA R10 | R10 | 3/1/2024 | 3/21/2025 |
| 98T89501 | 98T89501-1 | $500,000 | $500,000 | $326,411 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 02F06301 | 02F06301-3 | $107,090 | $75,000 | $40,826 | EPA R6 | R06 | 8/15/2022 | 3/25/2025 |
| 02F64501 | 02F64501-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R6 | OEJECR | 10/1/2024 | 3/25/2025 |
| 02F50201 | 02F50201-1 | $150,000 | $150,000 | $128,333 | EPA R6 | R06 | 7/15/2024 | 3/25/2025 |
| 02F50301 | 02F50301-1 | $499,876 | $499,876 | $78,600 | EPA R6 | R06 | 7/1/2024 | 3/25/2025 |
| 02F50401 | 02F50401-2 | $500,000 | $500,000 | $451,537 | EPA R6 | R06 | 6/1/2024 | 3/25/2025 |
| 02F50501 | 02F50501-2 | $425,616 | $425,616 | $349,406 | EPA R6 | R06 | 4/1/2024 | 3/25/2025 |
| 02F50701 | 02F50701-1 | $500,000 | $500,000 | $500,000 | EPA R6 | R06 | 6/15/2024 | 3/25/2025 |
| 02F50901 | 02F50901-1 | $500,000 | $500,000 | $446,676 | EPA R6 | R06 | 8/1/2024 | 3/25/2025 |
| 02F51601 | 02F51601-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R6 | R06 | 10/1/2024 | 3/25/2025 |
| 02F51701 | 02F51701-1 | $1,000,000 | $1,000,000 | $979,830 | EPA R6 | R06 | 4/1/2024 | 3/25/2025 |
| 02F51801 | 02F51801-1 | $999,367 | $999,367 | $999,367 | EPA R6 | R06 | 6/1/2024 | 3/25/2025 |
| 02F52101 | 02F52101-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R6 | R06 | 10/1/2024 | 3/25/2025 |
| 02F52401 | 02F52401-1 | $652,664 | $652,664 | $652,664 | EPA R6 | R06 | 12/15/2024 | 3/25/2025 |
| 02F53801 | 02F53801-1 | $499,996 | $499,996 | $499,996 | EPA R6 | R06 | 8/1/2024 | 3/25/2025 |
| 02F59601 | 02F59601-1 | $50,000 | $50,000 | $30,238 | EPA R6 | R06 | 9/15/2024 | 3/25/2025 |
| 02F64601 | 02F64601-1 | $1,074,619 | $1,000,000 | $993,423 | EPA R6 | R06 | 10/1/2024 | 3/25/2025 |
| 02F73901 | 02F73901-1 | $500,000 | $500,000 | $498,039 | EPA R6 | R06 | 1/1/2025 | 3/25/2025 |
| 02F74001 | 02F74001-1 | $500,000 | $500,000 | $500,000 | EPA R6 | R06 | 2/1/2025 | 3/25/2025 |
| 02F52201 | 02F52201-1 | $999,960 | $999,960 | $984,150 | EPA R6 | R06 | 9/1/2024 | 3/25/2025 |
| 02F66601 | 02F66601-1 | $539,452 | $539,452 | $534,886 | EPA R6 | R06 | 4/1/2024 | 3/25/2025 |
| 95337601 | 95337601-1 | $1,000,000 | $1,000,000 | $981,813 | EPA R3 | R03 | 4/1/2024 | 3/26/2025 |
| 95337801 | 95337801-3 | $930,411 | $930,411 | $885,562 | EPA R3 | R03 | 5/1/2024 | 3/26/2025 |
| 84032401 | | $200,000 | $200,000 | $0 | EPA HQ | OEJECR | 10/1/2021 | 9/30/2024 |
| 84036801 | | $163,136 | $163,136 | $0 | EPA HQ | OEJECR | 6/1/2022 | 5/31/2024 |
| 84043401 | | $75,000 | $75,000 | $0 | EPA HQ | OEJECR | 5/1/2022 | 3/31/2024 |
| 84049001 | | $52,533 | $52,533 | $0 | EPA HQ | OEJECR | 2/1/2023 | 1/31/2024 |
| 84049201 | | $85,163 | $85,163 | $0 | EPA HQ | OEJECR | 2/1/2023 | 1/31/2024 |
| 84050001 | | $62,534 | $62,534 | $0 | EPA HQ | OEJECR | 2/1/2023 | 5/31/2024 |
| 95812300 | | $75,000 | $75,000 | $0 | EPA R8 | R08 | 7/1/2022 | 12/31/2023 |
| 95812400 | | $75,000 | $75,000 | $0 | EPA R8 | R08 | 7/5/2022 | 3/29/2024 |
| 95815070 | | $75,000 | $75,000 | $0 | EPA R8 | R08 | 5/3/2022 | 3/31/2024 |
| 95820412 | | $200,000 | $200,000 | $0 | EPA R8 | R08 | 10/1/2021 | 12/31/2023 |
| 95820612 | | $200,000 | $200,000 | $0 | EPA R8 | R08 | 2/11/2022 | 1/31/2024 |

Healthy and Resilient Communities Project
Community-Led Wildfire Preparedness Initiative
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Community Awareness - COVID and Climate Change (CAC)
Conservation Protection Restoration Authority (CPRA) - Piloting insurance solutions to increase equitable disaster response in Coastal Louisiana
Environmental Impact & Education in Southwest Louisiana
Resilient Communities: The Gentilly Beehive Microgrid Community Resilience Project
Sewa International Linear Forest Program
Engaging K-12 communities in Civic Science to Monitor Air Quality and Watershed Health in Greater Houston
DigDeep's Colonias Water Project will bring short-and long-term safe water solutions to the residents of the Hueco Tanks colonia.
Cultivating a Diverse Green Economy in New Orleans through Youth Environmental Education and Land Stewardship
Louisiana Department of Health EJG2G
Project San Juan County, New Mexico
The Chickasaw Nation's Environmental Justice Government to Government Grant Application
FY2024 Air Monitoring Project - Air Monitoring Van
Breathe Easy 3 Pilot for the Forest District
NEOKC Environmental Placekeeping
Community Outreach and eduation - Fifth Ward/Kashmere Gardens UPRR Site
Environmental Justice Government to Government Program - Louisiana International Terminal Sustainability Management Plan
Navajo Nation Elders Tree and Garden Planting at Assisted Living Centers in Gallup, New Mexico
Addressing Public Health and Environmental Justice Issues in Tribal Nations
Environmental Justice/Climate Resiliency
Recycling Infrastructure Project
Environmental Justice issues in the City of McKeesport
Environmental Justice Government to Government Grant
ARP / SEJCA - YH2O+Expansion Project
Collaborating on Restoration (CORE): Youth and Community-Driven Environmental Stewardship in New Orleans East (LA)
EJCPS / ARP Table to Farm Sana Monica Bay Restoration Foundation
Kaw Nation Environmental Department
FY2023 Otoe-Missouria Rescue Plan
Mescalero Apache Tribe - EJ Air Sensor Project
Clean Air - Healthy Hoes: Co-Creating a Wildfire Smoke Ready Community
Supporting Near-Port Communities in Addressing Harmful Air Quality Impacts
White Mesa Community Health Awareness Project: Understanding the Health Effects of America's Last Conventional Uranium Mill
ARP / SEJCA - City of Fort Collins
EJCPS/ARP - Advancing Climate Resiliency & Equity through Electricfication

| | | |
|---|---|---|
| King County | WA | 66.312 |
| Tacoma Pierce County Health Department | WA | 66.312 |
| CASA FAMILIAR, INC. | CA | 66.306 |
| Louisiana Bucket Brigade | LA | 66.604 |
| Coastal Protection & Restoration Authority of Louisiana | LA | 66.312 |
| Micah Six Eight Mission | LA | 66.306 |
| Groundwork New Orleans | LA | 66.306 |
| Sewa International, Inc. | TX | 66.306 |
| Children's Environmental Literacy Foundation Inc | NY | 66.306 |
| The Digdeep Right to Water Project | CA | 66.306 |
| Thrive New Orleans | LA | 66.306 |
| Health, Louisiana Departmetn of | LA | 66.312 |
| New Mexico Environment Department | NM | 66.312 |
| Chickasaw Nation | OK | 66.312 |
| LA Department of Environmental Quality | LA | 66.312 |
| | TX | 66.312 |
| Open Design Collective, Inc | OK | 66.306 |
| Coalition of Community Organizations | TX | 66.614 |
| Port of New Orleans | LA | 66.312 |
| Tree New Mexico | NM | 66.306 |
| ICAST (International Center for Appropriate and Sustainable Technology) | CO | 66.306 |
| City of Houston | TX | 66.312 |
| Santo Domingo Pueblo | NM | 66.312 |
| City of McKeesport | PA | 66.312 |
| County of Allegheny | PA | 66.312 |
| City of Baltimore | MD | 66.312 |
| Pontchartrain Conservancy | LA | 66.306 |
| Santa Monica Bay Restoration Foundation | CA | 66.604 |
| Kaw Nation of Oklahoma | OK | 66.604 |
| Otoe-Missouria Tribe of Oklahoma | OK | 66.604 |
| Mescalero Apache Tribe | NM | 66.604 |
| Climate Smart Missoula | MT | 66.604 |
| Utah Clean Cities | UT | 66.604 |
| Ute Mountain Ute Tribe | CO | 66.604 |
| City of Fort Collins | CO | 66.312 |
| Utah Clean Energy Alliance | UT | 66.306 |

Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Direct Financial Assistance to Community Service Providers to Support Environmental Justice Activities
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

| | | | |
|---|---|---|---|
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | XJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | XJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | XJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |

EPA_00037160

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 96213100 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 3/1/2022 | 8/28/2023 |
| 96238000 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 10/1/2022 | 9/30/2024 |
| 96239622 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 6/1/2022 | 12/31/2023 |
| 96239700 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 4/1/2022 | 10/31/2024 |
| 96240100 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 3/1/2022 | 2/8/2024 |
| 96240222 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 6/1/2022 | 5/31/2024 |
| 96240322 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 4/1/2022 | 3/31/2023 |
| 96254220 | $30,000 | $30,000 | $0 | EPA R2 | R02 | 10/1/2019 | 9/30/2021 |
| 96378501 | $120,000 | $120,000 | $0 | EPA R3 | R03 | 9/7/2020 | 4/28/2023 |
| 96708401 | $40,000 | $40,000 | $0 | EPA R7 | R07 | 7/1/2023 | 6/30/2024 |
| 96848301 | $75,000 | $75,000 | $0 | EPA R8 | R08 | 5/23/2022 | 5/22/2024 |
| 96892401 | $75,000 | $75,000 | $0 | EPA R8 | R08 | 7/1/2022 | 8/31/2023 |
| 96893301 | $75,000 | $75,000 | $0 | EPA R8 | R08 | 6/7/2022 | 12/31/2023 |
| 97784001 | $120,000 | $120,000 | $0 | EPA R7 | R07 | 9/1/2020 | 9/1/2023 |
| 97784101 | $120,000 | $120,000 | $0 | EPA R7 | R07 | 9/1/2020 | 8/31/2023 |
| 97791101 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 6/1/2022 | 5/31/2024 |
| 97791201 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 2/1/2022 | 1/31/2024 |
| 97791301 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 6/1/2022 | 9/30/2024 |
| 97791401 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 3/1/2022 | 12/31/2023 |
| 97791501 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 4/1/2022 | 3/31/2024 |
| 97791601 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 6/1/2022 | 11/30/2023 |
| 97796601 | $40,000 | $40,000 | $0 | EPA R7 | R07 | 9/1/2022 | 8/31/2024 |
| 00A00597 | $75,000 | $75,000 | $0 | EPA R1 | R01 | 4/1/2022 | 5/30/2023 |
| 00A00720 | $120,000 | $120,000 | $0 | EPA R1 | R01 | 10/1/2020 | 9/30/2022 |
| 00A00789 | $200,000 | $200,000 | $0 | EPA R1 | R01 | 3/1/2022 | 6/30/2024 |
| 00A00791 | $75,000 | $75,000 | $0 | EPA R1 | R01 | 1/1/2022 | 4/30/2024 |
| 00A00795 | $75,000 | $75,000 | $0 | EPA R1 | R01 | 3/1/2022 | 6/30/2024 |
| 00A01125 | $48,851 | $40,000 | $0 | EPA R1 | R01 | 7/1/2023 | 6/30/2024 |
| 00D42816 | $54,947 | $54,947 | $0 | EPA R4 | R04 | 5/1/2016 | 4/30/2023 |
| 00E02951 | $200,000 | $200,000 | $0 | EPA R5 | R05 | 10/1/2020 | 9/30/2024 |
| 00E03091 | $156,719 | $75,000 | $0 | EPA R5 | R05 | 4/1/2022 | 3/31/2024 |
| 00E03092 | $75,000 | $75,000 | $0 | EPA R5 | R05 | 3/1/2022 | 8/28/2023 |
| 00E03093 | $75,000 | $75,000 | $0 | EPA R5 | R05 | 4/1/2022 | 9/30/2023 |
| 00E03094 | $156,331 | $75,000 | $0 | EPA R5 | R05 | 2/1/2022 | 1/31/2024 |
| 00E03096 | $75,000 | $75,000 | $0 | EPA R5 | R05 | 2/1/2022 | 12/31/2023 |
| 00E03098 | $74,992 | $74,992 | $0 | EPA R5 | R05 | 6/1/2022 | 8/31/2023 |

The Elizabeth Clean Air Project: A Community Collaboration to Reduce Particulate Matter from Port Newark - Elizabeth Marine Terminal
EJSG/ARP - Environmental Values Advancing At-Risk Communities
Urban Agroforestry for Food Security, Green Space Access, and Environmental Justice and Equity Benefits
Garden 2 Market Internship
Citizen Science Environmental Investigation - The Health of our Local Ecosystem
Fish Consumption Outreach
Community Driven Climate Resiliency and Mitigation Action Supported by Local Sustainable Businesses
Get M.A.D: Motivated and Doing Campaign: Solid Waste and Illegal Dumping Awareness Project
Eastern Shore Water Quality Improvement Project
Policy & Advocacy Collective, (PAC)
Evaluating Indigenous Communities' Vulnerability to Climate-Driven Stressors
Summit County Climate Equity Plan
Growing Greener Communities
Action for a Healthy Blue River Watershed: Heart of the City Assessment and Restoration
24:1 Project Clear the Air
KC Urban Heat Community Workshops
City Sprouts Victory Gardens Health Initiative 2022
Springfield Community Gardens EJ Small Grants Program
Spark - North Omaha Trail Clean Air Initiative
Air Quality & Transportation Equity: Building Community Capacity to Improve Local Environments and Public Health
Inclusive Sustainability for St. Louis
CWS Risk Assessment and Emergency Response Plan Development for Overburdened Communities
The Oskoosooduck (Mary Momoho) Community Garden
New Voices At The Water Table: Leadership Development For Olneyville Youth And Residents
Pioneer Valley Air Quality Monitoring Project: Building Community Leadership on Air Quality and Climate Resilience
EJSG/ARP - Community Tree Stories: Exploring Healthy Environments in Three Boston EJ Neighborhoods
EJSG/ARP - Heat, Food and Housing in Everett, Massachusetts
Mystic River Watershed UW Federal Partnership Ambassador Support
Environmental Justice Small Grant Program
Environmental Justice Community Resiliency Plan48217/SW Detroit, Pilot Project
Health and Environmental Equity in the Toxic Donut
Keweenaw Bay Indian Community Environmental Justice Small Grant
Detroit & Highland Park Decarbonization Contractor Accelerator
EJSP/ARP Democratizing Data for Clean Water and Clean Air
EJSG/ARP Environmental Justice for Frontline Communities at the 3rd Busiest Port in North America
Breathing Justice: Resistance to Systemic Air Pollution in the Latinx Community in Dane County Wisconsin

| | | |
|---|---|---|
| Grondwork Elizabeth | NJ | 66.604 |
| Clean and Healthy New York Inc | NY | 66.604 |
| Atlantic States Legal Foundaion Inc. | NY | 66.604 |
| Van Cortlandt Park Alliance Inc | NY | 66.604 |
| The Place for Learning dba Long Island Science Center | NY | 66.604 |
| Rochester Refugee Resettlement Services Inc | NY | 66.604 |
| Western New York Sustainable Business Roundtable | NY | 66.604 |
| Unified Valisburg Services Organization | NJ | 66.604 |
| Southeast Rural Community Assistance Project Inc | VA | 66.306 |
| Urban neighborhood Initiative, Inc. | MO | 66.309 |
| Indigenous Vision | MT | 66.604 |
| High Country Conservation Center | CO | 66.604 |
| Groundwork Denver Incorp. | CO | 66.604 |
| Heartland Conservation Alliance Inc | MO | 66.306 |
| Beyond Housing Inc. | MO | 66.306 |
| Metropolitan Energy Center | MO | 66.604 |
| City Sprouts, Inc. | NE | 66.604 |
| Springfield Community Gardens | MO | 66.604 |
| Spark | NE | 66.604 |
| PedNet Coalition, Inc. | MO | 66.604 |
| Missouri Energy Care Inc. | MO | 66.604 |
| Midwest Assistance Program | MO | 66.309 |
| Eastern Pequot Tribal Nation | CT | 66.604 |
| Woonasquatucket River Watershed Council | RI | 66.306 |
| Partners for a Healthier Community Inc. | MA | 66.306 |
| Speak for the Trees, Inc | MA | 66.604 |
| Mystic River Watershed Association Inc. | MA | 66.604 |
| Mystic River Watershed Association Inc. | MA | 66.309 |
| Choctaw Nation of Oklahoma | OK | 66.604 |
| Michigan Dept of Environment Great Lakes & Energy | MI | 66.312 |
| People for Community Recovery | IL | 66.604 |
| Keweenaw Bay Indian Community | MI | 66.604 |
| Detroiters Working for Environmental Justice | MI | 66.604 |
| Groundwork Ohio River Valley | OH | 66.604 |
| Southwest Detroit Environmental Vision | MI | 66.604 |
| Latino Academy of Workforce Development, Inc | WI | 66.604 |

Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program

| | | | |
|---|---|---|---|
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | XJ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |

EPA_00037165

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00E03103 | | $75,000 | $75,000 | $0 | EPA R5 | R05 | 4/1/2022 | 6/30/2023 |
| 00E03104 | | $75,000 | $75,000 | $0 | EPA R5 | R05 | 4/11/2022 | 6/30/2023 |
| 00E03105 | | $61,726 | $46,362 | $0 | EPA R5 | R05 | 2/28/2022 | 12/31/2023 |
| 00E03108 | | $75,000 | $75,000 | $0 | EPA R5 | R05 | 2/1/2022 | 4/30/2023 |
| 01D02020 | | $30,000 | $30,000 | $0 | EPA R4 | R04 | 2/1/2020 | 6/30/2023 |
| 01D15120 | | $120,000 | $120,000 | $0 | EPA R4 | R04 | 10/1/2020 | 6/30/2023 |
| 01D15220 | | $120,000 | $120,000 | $0 | EPA R4 | R04 | 10/1/2020 | 9/30/2023 |
| 01F69601 | | $80,000 | $0 | $0 | EPA R6 | R06 | 4/7/2020 | 8/31/2022 |
| 01F89801 | | $200,000 | $200,000 | $0 | EPA R6 | OEJECR | 10/1/2020 | 9/30/2024 |
| 01J67301 | | $30,000 | $30,000 | $0 | EPA R10 | R10 | 11/1/2019 | 3/30/2023 |
| 01J84501 | | $135,191 | $120,000 | $0 | EPA R10 | R10 | 10/1/2020 | 12/30/2022 |
| 01J84601 | | $120,000 | $120,000 | $0 | EPA R10 | R10 | 10/1/2020 | 12/31/2023 |
| 02D22722 | | $75,000 | $75,000 | $0 | EPA R4 | OEJECR | 6/1/2022 | 9/1/2023 |
| 02D22922 | | $75,000 | $0 | $0 | EPA R4 | R04 | 9/30/2022 | 4/30/2025 |
| 02F05001 | 02F05001-3 | $200,000 | $200,000 | $42,229 | EPA R6 | R06 | 10/1/2021 | 9/30/2024 |
| 02F05201 | | $135,236 | $135,236 | $0 | EPA R6 | OEJECR | 11/3/2021 | 3/31/2024 |
| 02F06401 | | $74,998 | $74,998 | $0 | EPA R6 | R06 | 7/11/2022 | 11/30/2023 |
| 02F06501 | | $110,500 | $50,000 | $0 | EPA R6 | OEJECR | 9/19/2022 | 7/31/2024 |
| 02F06601 | | $75,000 | $75,000 | $0 | EPA R6 | R06 | 4/1/2022 | 10/30/2023 |
| 02F11501 | | $200,000 | $200,000 | $0 | EPA R6 | R06 | 4/1/2022 | 4/30/2024 |
| 02F24001 | | $39,716 | $39,716 | $0 | EPA R6 | R06 | 11/1/2022 | 10/31/2024 |
| 02J02401 | | $200,000 | $200,000 | $0 | EPA R10 | R10 | 1/1/2022 | 6/30/2024 |
| 02J03101 | | $75,000 | $75,000 | $0 | EPA R10 | R10 | 3/1/2022 | 10/1/2023 |
| 02J03201 | | $75,000 | $75,000 | $0 | EPA R10 | R10 | 2/1/2022 | 3/31/2023 |
| 02J04101 | | $75,000 | $75,000 | $0 | EPA R10 | OA | 2/1/2022 | 5/1/2023 |
| 98T16301 | | $120,000 | $120,000 | $0 | EPA R9 | R09 | 10/1/2020 | 10/31/2024 |
| 98T29401 | | $200,000 | $200,000 | $14,570 | EPA R9 | R09 | 10/1/2021 | 10/31/2024 |
| 98T29501 | | $200,000 | $200,000 | $0 | EPA R9 | R09 | 12/1/2021 | 5/31/2024 |
| 98T31701 | | $228,676 | $199,959 | $0 | EPA R9 | R09 | 3/1/2022 | 5/31/2024 |
| 98T32401 | | $74,960 | $74,960 | $0 | EPA R9 | R09 | 6/1/2022 | 11/30/2023 |
| 98T32601 | | $75,000 | $75,000 | $0 | EPA R9 | R09 | 6/1/2022 | 4/30/2024 |
| 98T32701 | | $74,763 | $74,763 | $0 | EPA R9 | R09 | 2/1/2022 | 10/31/2023 |
| 98T32801 | | $75,000 | $75,000 | $0 | EPA R9 | R09 | 3/1/2022 | 2/29/2024 |
| 98T33401 | | $75,000 | $75,000 | $0 | EPA R9 | R09 | 2/1/2022 | 12/31/2023 |
| 98T34601 | | $112,600 | $75,000 | $0 | EPA R9 | R09 | 4/1/2022 | 3/31/2024 |
| 98T34701 | | $75,000 | $75,000 | $0 | EPA R9 | R09 | 3/1/2022 | 2/29/2024 |

Lead Free Water for All
ICAN: Addressing Energy Burden and Air Pollution through Solar and Energy Efficiency Skills-Training
Union Hospital Foundation EJ SG
Neighborhood Community Solar Garden model as a Tool for Equity, Access and Prosperity
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Blight to Bioswales (B2B) Water Quality Project
Northwest New Mexico Partnership for Water Utility Training and Safe Water Sustainability
Springbrook Creek: Training the Next Generation of Water Quality Advocates
Development of a Community Action Plan for Climate
Juneau's Community P and D Resiliency Expo
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
SEJCA/ARP - The City of Dallas Data-Driven Air Quality Outreach Pilot
State Environmental Justice Cooperative Agreement American Rescue Plan - Kaw Nation Environmental Justice Project
EJSG/ARP - Integrating Water Quality into Public Lands Programming
Environmental Education Pilot Program for Our Young Champions of the Earth: Where the Animal, Mineral and Plant Kingdoms are Understood, In
American Rescue Plan- Bernalillo County Urban Agricultural Project: Strengthening our communities through a Neighborhood Food Hub
ARP-The Houston Agri-Power program will address improving environmental quality and health disparities in Texas' largest underserved population
Port Arthur Environmental Justice initiative 2022-2023
EJCPS - The Environmental Reporting, Response, and Action Project
Snohomish County COVID-19 Relief Project
Envisioning the Tiny Home Ecovillage: Prioritizing environmental justice and human ecological health in planning for the unhoused in Seattle.
American Rescue Plan (ARP) Funded Climate Justice in the South Puget Sound
ENVIRONMENTAL JUSTICE PROGRAM - Navajo Nation EJ Collaborative Problem-Solving
State Environmental Justice Cooperative Agreement - COVID 19 Projects
State Environmental Justice Cooperative Agreement Program - Train-the-Trainer Health Promoter Program
Environmental Justice Program - Vallejo Food Rescue Project
ENVIRONMENTAL JUSTICE PROGRAM - Comunidad Unida, Aire Limpio: Leveraging Community Air Monitoring for Public Health and Environmen
Environmental Justice Program - Bayview Food Sovereignty
ENVIRONMENTAL JUSTIICE PROGRAM: Harvest to Home Healthy Produce Delivery Project
ENVIRONMENTAL JUSTICE PROGRAM - Congregations as Community Resiliency Hubs
Environmental Justice Program - CARE Resilience Hub: Making Hot Spaces Cool
ENVIRONMENTAL JUSTICE PROGRAM - Navajo Green Job Career Development
ENVIRONMENTAL JUSTICE PROGRAM - New Voices Are Rising for Community Resilience

| | | |
|---|---|---|
| BIG, NFP | IL | 66.604 |
| We Want Green Too | MI | 66.604 |
| Union Hospital Foundation | IN | 66.604 |
| The Neighborhood Hub | MN | 66.604 |
| LEAD Coalition of Bay County Inc | FL | 66.604 |
| National Coalition of 100 Black Women - Central Florida Chapter Inc. | FL | 66.306 |
| Mississippi Band Of Choctaw Indians | MS | 66.306 |
| Southern United Neighborhoods | LA | 66.604 |
| New Mexico Environment Department | NM | 66.312 |
| Forterra | WA | 66.604 |
| Shoshone-Bannock Tribes of the Fort Hall Reserv | ID | 66.306 |
| Central Council of the Tlingit & Haida Tribes | AK | 66.306 |
| New Hope Community Development Inc | NC | 66.604 |
| Bonifay Main Street Association Inc. | FL | 66.604 |
| City of Dallas | TX | 66.312 |
| Kaw Nation of Oklahoma | OK | 66.312 |
| Cottonwood Gulch Expeditions | NM | 66.604 |
| Teaching Responsible Earth Education | LA | 66.604 |
| Bernalillo County Community Health Council | NM | 66.604 |
| Black united Fund of Texas, Inc. | TX | 66.306 |
| Houston Advanced Research Center | TX | 66.309 |
| Front and Centered | WA | 66.306 |
| Vision Church | WA | 66.604 |
| Traction: Design, Action, Research | WA | 66.604 |
| Thurston Climate Action Team | WA | 66.604 |
| NAVAJO NATION TRIBAL GOVERNMENT | AZ | 66.306 |
| American Samoa EPA | AS | 66.312 |
| Contra Costa County Health Services Department | CA | 66.312 |
| SUSTAINABLE SOLANO INC | CA | 66.306 |
| OneOC | CA | 66.604 |
| AsianWeek Foundation | CA | 66.604 |
| Grow2Zero FARMS | CA | 66.604 |
| The Regeneration Project | CA | 66.604 |
| Retail, Arts, Innovation & Livability Community Development | AZ | 66.604 |
| Purpose Focused Alternative Learning Corporation | AZ | 66.604 |
| Rose Foundation for Communities & the Environment | CA | 66.604 |

EPA_00037168

Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program

| | | | |
|---|---|---|---|
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Yes | 3/26/2025 | 3/26/2025 | EC |
| Yes | 3/24/2025 | 3/25/2025 | 51 |
| Yes | 3/25/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/25/2025 | 3/26/2025 | AJ |
| Yes | 3/25/2025 | 3/25/2025 | 52 |
| Yes | 3/25/2025 | 3/26/2025 | 51 |
| Yes | 3/25/2025 | 3/26/2025 | 52 |
| Yes | 3/26/2025 | 3/26/2025 | 5C |
| Yes | 3/25/2025 | 3/25/2025 | XJ |
| Yes | 3/24/2025 | 3/25/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/25/2025 | 3/25/2025 | 5C |
| Yes | 3/25/2025 | 3/25/2025 | 5C |
| Yes | 3/25/2025 | 3/26/2025 | AJ |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/25/2025 | 3/25/2025 | 5F |
| Yes | 3/25/2025 | 3/25/2025 | 5F |
| Yes | 3/25/2025 | 3/26/2025 | 52 |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 51 |
| Yes | 3/26/2025 | 3/26/2025 | 52 |
| Yes | 3/26/2025 | 3/26/2025 | 5C |
| Yes | 3/26/2025 | 3/26/2025 | AJ |
| No | 3/26/2025 | N/A | 5Z |
| Yes | 3/26/2025 | 3/26/2025 | XJ |
| Yes | 3/26/2025 | 3/26/2025 | 52 |
| Yes | 3/26/2025 | 3/26/2025 | 51 |
| Yes | 3/26/2025 | 3/26/2025 | 51 |
| Yes | 3/26/2025 | 3/26/2025 | 5B |

EPA_00037170

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 98T36301 | | $75,000 | $75,000 | $0 | EPA R9 | R09 | 4/1/2022 | 3/13/2025 |
| 98T36601 | | $75,000 | $75,000 | $0 | EPA R9 | R09 | 4/1/2022 | 3/31/2024 |
| 00E03087 | 00E03087-3 | $200,000 | $200,000 | $255 | EPA R5 | R05 | 2/1/2022 | 3/26/2025 |
| 00E03622 | 00E03622-2 | $500,000 | $500,000 | $380,916 | EPA R5 | R05 | 3/1/2024 | 2/28/2027 |
| 00E03624 | 00E03624-2 | $500,000 | $500,000 | $305,154 | EPA R5 | R05 | 3/1/2024 | 3/24/2025 |
| 00E03625 | 00E03625-1 | $498,008 | $498,008 | $485,021 | EPA R5 | R05 | 8/1/2024 | 3/26/2025 |
| 00E03646 | 00E03646-1 | $500,000 | $500,000 | $500,000 | EPA R5 | R05 | 7/1/2024 | 3/26/2025 |
| 00E03804 | 00E03804-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R5 | R05 | 10/1/2024 | 3/24/2025 |
| 00E03854 | 00E03854-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R5 | R05 | 10/1/2024 | 3/24/2025 |
| 00E03856 | 00E03856-1 | $497,184 | $497,184 | $487,764 | EPA R5 | R05 | 10/1/2024 | 3/24/2025 |
| 00E03859 | 00E03859-1 | $1,000,000 | $1,000,000 | $992,383 | EPA R5 | R05 | 10/1/2024 | 3/25/2025 |
| 00E03638 | 00E03638-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R5 | R05 | 5/1/2024 | 3/26/2025 |
| 00E03396 | 00E03396-1 | $30,455 | $30,455 | $17,430 | EPA R5 | R05 | 5/1/2023 | 3/25/2025 |
| 00E03626 | 00E03626-1 | $499,998 | $499,998 | $468,296 | EPA R5 | R05 | 5/1/2024 | 3/24/2025 |
| 00E03627 | 00E03627-1 | $495,146 | $495,146 | $426,991 | EPA R5 | R05 | 7/1/2024 | 3/26/2025 |
| 00E03628 | 00E03628-1 | $499,634 | $499,634 | $475,745 | EPA R5 | R05 | 7/8/2024 | 3/26/2025 |
| 00E03632 | 00E03632-2 | $1,000,000 | $1,000,000 | $953,000 | EPA R5 | R05 | 6/1/2024 | 3/25/2025 |
| 00E03634 | 00E03634-1 | $1,000,000 | $1,000,000 | $899,533 | EPA R5 | R05 | 7/1/2024 | 3/25/2025 |
| 00E03637 | 00E03637-1 | $1,000,000 | $1,000,000 | $992,444 | EPA R5 | R05 | 7/1/2024 | 3/25/2025 |
| 00E03648 | 00E03648-1 | $499,200 | $499,200 | $262,600 | EPA R5 | R05 | 1/1/2024 | 3/25/2025 |
| 00E04045 | 00E04045-1 | $20,000,000 | $20,000,000 | $20,000,000 | EPA R5 | R05 | 3/12/2025 | 3/25/2025 |
| 00E04058 | 00E04058-1 | $20,000,000 | $20,000,000 | $20,000,000 | EPA R5 | R05 | 2/1/2025 | 3/25/2025 |
| 00E03635 | 00E03635-3 | $1,545,800 | $1,000,000 | $1,000,000 | EPA R5 | R05 | 7/1/2024 | 3/25/2025 |
| 00E03858 | 00E03858-1 | $474,253 | $474,253 | $474,253 | EPA R5 | R05 | 10/1/2024 | 3/25/2025 |
| 95334701 | 95334701-1 | $500,000 | $500,000 | $417,085 | EPA R3 | R03 | 5/1/2024 | 3/26/2025 |
| 95335401 | 95335401-1 | $500,000 | $500,000 | $280,664 | EPA R3 | R03 | 4/1/2024 | 3/26/2025 |
| 95335501 | 95335501-1 | $370,775 | $370,775 | $297,923 | EPA R3 | R03 | 2/1/2024 | 3/26/2025 |
| 95336701 | 95336701-1 | $997,266 | $997,266 | $964,381 | EPA R3 | R03 | 5/1/2024 | 3/26/2025 |
| 95336801 | 95336801-2 | $324,000 | $324,000 | $324,000 | EPA R3 | R03 | 10/1/2023 | 3/26/2025 |
| 95337701 | 95337701-1 | $1,000,000 | $1,000,000 | $500,000 | EPA R3 | R03 | 5/1/2024 | 3/26/2025 |
| 953A0089 | 953A0089-0 | $4,615,350 | $2,800,000 | $0 | EPA R3 | OAR | 1/1/2025 | 12/31/2026 |
| 00I24100 | 00I24100-3 | $94,000 | $94,000 | $94,000 | EPA R8 | R08 | 8/15/2023 | 3/26/2025 |
| 00I39300 | 00I39300-1 | $904,330 | $904,330 | $904,330 | EPA R8 | R08 | 7/5/2024 | 3/26/2025 |
| 00I43300 | 00I43300-2 | $500,000 | $500,000 | $446,883 | EPA R8 | R08 | 7/1/2024 | 3/26/2025 |
| 00I43400 | 00I43400-1 | $500,000 | $500,000 | $479,654 | EPA R8 | R08 | 7/15/2024 | 3/26/2025 |
| 00I43500 | 00I43500-1 | $150,000 | $150,000 | $119,584 | EPA R8 | R08 | 3/5/2024 | 3/26/2025 |

ENVIRONMENTAL JUSTICE PROGRAM - West Oakland Sustainable Port Collaborative: Accelerating the Port of Oaklands Transition to Zero-Emi
ENVIRONMENTAL JUSTICE PROGRAM - TRANSPORTATION BEHAVIORS RELATED TO FOOD &amp; ENERGY IN RURAL NAVAJO AND HC
Building Community Transportation Resilience in the Aftermath of COVID-19
Ecolibrium3 EJ CPS 2023
ARCH (Accompanying Returning Citizens with Hope) Reentry Solar Program
Bloomington-Normal Climate Responsive Community (BNCRC)
The Miami Valley Environmental Justice Collaborative Problem-Solving (EJCPS) Cooperative Agreement Program
WI DNR G2G 2024
Leech Lake Band of Ojibwe G2G FY24
Building Engagement to Policy Pipelines: A Regional Approach to Environmental Justice in Greater Cincinnati
Cuyahoga County Solar for Schools G2G 2024
Addressing Impacts of Climate Change in Cuyahoga County Using HIA's
Preserving & Sharing the Critical Lessons of the PBB Disaster
One Love Global EJ CPS 2023
South Bend Green Empowerment: Improving resources for green development in South Bend's historically underserved communities
Comprehensive air pollution monitoring of industrial sources in disproportionately impacted communities in Metro East, Illinois
Fort Wayne City Utilities: Lead Service Line Replacement Program in Disadvantaged Communities
City of Milwaukee Healthy Homes & ECO Neighborhood
MN Department of Commerce G2G 2023
REFLO Summer High School Environmental Internships
Moving Evansville Toward A Healthier Future
CCG 2024 Benton Harbor Neighborhood Resilience Hubs
A Model Regional Resilience Network with Resilient Infrastructure
It's in the Air: Community Air Quality System in Detroit
Strengthening Southwest Philadelphia's Environmental Sovereignty and Climate Resilience
YESS of Charles County will work with residents in Nanjemoy, Maryland to improve their wastewater and drinking water systems.
Nature-Based Solutions for Clean Water and Community Resilience in Eagle Harbor, MD
Building Frederick County Together
DPW YH2O+ Expansion II
EJG2G Pennsylvania Engaging New Voices on Environmental Justice
Penn Hills School District - Diesel School Bus Replacement Project
Focus Points Pilot Agrivoltaic Project
Confederated Salish and Kootenai Tribes Environmental Justice Government-to-Government (EJG2G) Project
National Wildlife Foundation - Globeville I-70 Green Infrastructure Partnership 2024-2027
Denver Urban Gardens' (DUG) Dig Deeper Initiative (DDI)
Addressing Environmental and Public Health Vulnerabilities Through Access to Environmental Programming

| | | |
|---|---|---|
| West Oakland Environmental Indicators Project | CA | 66.604 |
| Native Renewables, Inc. | AZ | 66.604 |
| HOURCAR | MN | 66.306 |
| ECOLIBRIUM3 | MN | 66.306 |
| Vincentian Ohio Action Network | OH | 66.306 |
| Ecology Action Center | IL | 66.306 |
| Advocates for Basic Legal Equality, Inc. | OH | 66.306 |
| Wisconsin Department of Natural Resources | WI | 66.312 |
| Leech Lake Band of Ojibwe | MN | 66.312 |
| Green Umbrella | OH | 66.306 |
| Cuyahoga County | OH | 66.312 |
| Cuyahoga County Board-Health | OH | 66.312 |
| ALMA College | MI | 66.309 |
| One Love Global | MI | 66.306 |
| ENFOCUS INC | IN | 66.306 |
| United Congregations of Metro | IL | 66.306 |
| Fort Wayne City Utilities | IN | 66.312 |
| City of Milwaukee | WI | 66.312 |
| Department of Commerce Minnesota | MN | 66.312 |
| Reflo, Inc. | WI | 66.306 |
| City of Evansville | IN | 66.616 |
| Southwestern Michigan Commission | MI | 66.616 |
| City of Ann Arbor | MI | 66.312 |
| Detroiters Working for Environmental Justice | MI | 66.306 |
| John Bartram Association | PA | 66.306 |
| YESS of Charles County, Inc. | MD | 66.306 |
| Ridge to Reefs Inc | MD | 66.306 |
| Frederick County Maryland | MD | 66.312 |
| City of Baltimore | MD | 66.312 |
| Pennsylvania Department of Environmental Protection | PA | 66.312 |
| Penn Hills School District | PA | 66.049 |
| Focus Points Family Resource Center | CO | 66.309 |
| Confederated Salish & Kootenai Tribes | MT | 66.312 |
| National Wildlife Federation | VA | 66.306 |
| Denver Urban Gardens | CO | 66.306 |
| EcoAction Partners | CO | 66.306 |

Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental and Climate Justice Block Grant Program
Environmental and Climate Justice Block Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Clean Heavy-Duty Vehicles Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

| | | | |
|---|---|---|---|
| Yes | | 3/26/2025 | 3/26/2025 51 |
| Yes | | 3/26/2025 | 3/26/2025 51 |
| Yes | | 3/26/2025 | 3/26/2025 AJ |
| Yes | | 3/26/2025 | 3/26/2025 5C |
| Yes | | 3/26/2025 | 3/26/2025 AK |
| Yes | | 3/26/2025 | 3/26/2025 52 |
| Yes | | 3/26/2025 | 3/26/2025 AK |
| Yes | | 3/26/2025 | 3/26/2025 52 |
| Yes | | 3/26/2025 | 3/26/2025 52 |
| Yes | | 3/26/2025 | 3/26/2025 5B |
| Yes | | 3/26/2025 | 3/27/2025 52 |
| Yes | | 3/25/2025 | 3/27/2025 5B |
| Yes | | 3/25/2025 | 3/27/2025 5B |
| Yes | | 3/25/2025 | 3/27/2025 51 |
| Yes | | 3/25/2025 | 3/27/2025 5B |
| Yes | | 3/26/2025 | 3/27/2025 5B |
| Yes | | 3/27/2025 | 3/27/2025 51 |
| Yes | | 3/27/2025 | 3/27/2025 51 |
| Yes | | 3/27/2025 | 3/27/2025 51 |
| Yes | | 3/27/2025 | 3/27/2025 51 |

EPA_00037175

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00I43600 | 00I43600-1 | $574,179 | $500,000 | $467,281 | EPA R8 | R08 | 10/1/2024 | 3/26/2025 |
| 00I43700 | 00I43700-1 | $500,000 | $500,000 | $394,507 | EPA R8 | R08 | 3/15/2024 | 3/26/2025 |
| 00I51800 | 00I51800-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R8 | R08 | 9/6/2024 | 3/26/2025 |
| 00I52500 | 00I52500-1 | $1,000,000 | $1,000,000 | $966,542 | EPA R8 | R08 | 8/15/2024 | 3/26/2025 |
| 00I52700 | 00I52700-2 | $1,000,000 | $1,000,000 | $991,831 | EPA R8 | R08 | 7/12/2024 | 3/26/2025 |
| 00I52800 | 00I52800-2 | $1,000,000 | $1,000,000 | $976,894 | EPA R8 | R08 | 5/13/2024 | 3/26/2025 |
| 00I52900 | 00I52900-3 | $1,000,000 | $1,000,000 | $869,491 | EPA R8 | R08 | 9/30/2024 | 3/26/2025 |
| 00I53000 | 00I53000-1 | $1,000,000 | $1,000,000 | $999,393 | EPA R8 | R08 | 8/15/2024 | 3/26/2025 |
| 02J58101 | 02J58101-1 | $977,919 | $977,919 | $868,407 | EPA R10 | R10 | 4/1/2024 | 3/26/2025 |
| 02J56701 | 02J56701-1 | $351,968 | $351,968 | $206,468 | EPA R10 | R10 | 4/1/2024 | 3/26/2025 |
| 02J58201 | 02J58201-1 | $471,635 | $471,635 | $393,067 | EPA R10 | R10 | 5/15/2024 | 3/26/2025 |
| 02J56101 | 02J56101-1 | $443,189 | $443,189 | $288,888 | EPA R10 | R10 | 2/1/2024 | 3/25/2025 |
| 02J56201 | 02J56201-1 | $500,000 | $500,000 | $355,651 | EPA R10 | R10 | 3/1/2024 | 3/25/2025 |
| 02J56301 | 02J56301-2 | $477,135 | $477,135 | $351,119 | EPA R10 | R10 | 4/1/2024 | 3/25/2025 |
| 02J57301 | 02J57301-1 | $500,000 | $500,000 | $437,285 | EPA R10 | R10 | 4/15/2024 | 3/25/2025 |
| 02J56401 | 02J56401-1 | $341,538 | $341,538 | $296,436 | EPA R10 | R10 | 5/1/2024 | 3/26/2025 |
| 00A01150 | 00A01150-2 | $500,000 | $500,000 | $415,677 | EPA R1 | R01 | 4/1/2024 | 3/27/2025 |
| 00A01235 | 00A01235-1 | $500,000 | $500,000 | $409,136 | EPA R1 | R01 | 1/17/2024 | 3/27/2025 |
| 00A01314 | 00A01314-1 | $500,000 | $500,000 | $367,003 | EPA R1 | R01 | 4/1/2024 | 3/27/2025 |
| 00A01389 | 00A01389-1 | $500,000 | $500,000 | $432,589 | EPA R1 | R01 | 4/1/2024 | 3/27/2025 |

Electronic bicycles for Pueblo, Colorado

American Solar Energy Society, Inc. - Net Zero Solar Living for Oglala Lakota Affordable & Traditional Housing Initiative at Pine Ridge Reservation

Environmental Justice Government to Government Grant

A one-stop shop to accelerate healthy, resilient, low-carbon housing for low-income, rural, and Indigenous residents of Missoula County

North Dakota Environmental Government-to-Government (EJG2G) Program

Catalyzing Community: Revitalizing the Cooperative Cultural Center for Health, Justice, and Inclusion

UDEQ Community-Engaged Air Pollution Monitoring and Mitigation

City and County of Denver Healthy Affordable Home Electrification Program

Climate Vulnerability Rapid-Assessment Tool and Training

Southern Oregon Wildfire Resilience Education for All

Engaging schools and communities in environmental justice: Working together to improve water quality in rural Whitman County

Empowering Environmental Justice communities to build climate resiliency through community-oriented solutions, equitable fuels reduction program

Health Climate Planning that Strengthens Alaska's Rural Communities

Drying seaweed using waste heat: a proof of concept to build community resilience for food security and economic diversity in PWS, AK

Wildfire Preparedness and Resiliency in Farmworker Communities

Tribal Youth Environmental Justice and Climate Leadership Program

Cooling Solutions for Heat and Health

Growing Environmental Justice through Community Food Forest Development

Refugee Lead Safety

Fitchburg Green Solutions Project: Nature-Based Solutions to Climate Impacts

| | | |
|---|---|---|
| Bessemer Historical Society, Inc. | CO | 66.306 |
| American Solar Energy Society Inc. | CO | 66.306 |
| Colorado Department of Public Health & Environment | CO | 66.312 |
| Missoula County | MT | 66.312 |
| North Dakota Department of Environmental Quality | ND | 66.312 |
| Town of Bluff | UT | 66.312 |
| State of Utah Dept of Environmental Quality | UT | 66.312 |
| Denver, City & County of | CO | 66.312 |
| Tulalip Tribes of Washington | WA | 66.312 |
| SOUTHERN OREGON FOREST RESTORATION COLLABORATIVE | OR | 66.306 |
| PALOUSE CONSERVATION DISTRICT | WA | 66.312 |
| METHOW VALLEY CITIZENS COUNCIL | WA | 66.306 |
| ALASKA MUNICIPAL LEAGUE | AK | 66.306 |
| PRINCE WILLIAM SOUND SCIENCE AND TECHNOLOGY INSTITUTE | AK | 66.306 |
| FARMWORKER JUSTICE FUND INC | DC | 66.306 |
| UPPER SNAKE RIVER TRIBES FOUNDATION INC | ID | 66.306 |
| Mystic River Watershed Association, Inc. | MA | 66.306 |
| United Charitable | VA | 66.306 |
| Refugee Development Center, Inc | RI | 66.306 |
| Nashua River Watershed Association Inc | MA | 66.306 |

EPA_00037178

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

Cell: J203
Comment: [Threaded comment]

Your version of Excel allows you to read this threaded comment; however, any edits to it will get removed if the file is opened in a newer version of Excel. Learn more: https://go.microsoft.com/fwlink/?linkid=870924

Comment:
    Compass balance as of 03/25/25.

EPA_00037180

**Grant Termination Summary Report**
Data compiled as of 03/27/2025

| Region/HQ | No. of Grants Awarded and Terminated | Amount Awarded and Terminated | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled |
|---|---|---|---|---|
| R01 | 6 | $3,000,000 | $2,432,417 | 0 |
| R02 | 0 | $0 | $0 | 0 |
| R03 | 19 | $31,113,823 | $23,347,287 | 1 |
| R04 | 3 | $11,700,000 | $8,872,899 | 0 |
| R05 | 25 | $73,193,878 | $67,398,647 | 0 |
| R06 | 22 | $13,391,931 | $12,311,154 | 0 |
| R07 | 1 | $8,000,000 | $6,150,076 | 0 |
| R08 | 14 | $16,148,330 | $15,058,698 | 0 |
| R09 | 28 | $25,162,872 | $20,233,391 | 0 |
| R10 | 16 | $18,435,425 | $14,964,516 | 1 |
| HQ | 17 | $31,149,307 | $19,158,615 | 25 |
| **Total** | **151** | **$231,295,566** | **$189,927,701** | **27** |



Total Amount Awarded and Terminated by Region (%

EPA_00037181

| Amount Not Yet Awarded and Cancelled | No. of Grants Awarded and Closed (Expired) |
|---|---|
| $0 | 6 |
| $0 | 8 |
| $2,800,000 | 1 |
| $0 | 6 |
| $0 | 11 |
| $0 | 9 |
| $0 | 10 |
| $0 | 8 |
| $0 | 13 |
| $260,000 | 7 |
| $129,617,409 | 6 |
| **$132,677,409** | **85** |



Message

**From**:            Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**:            4/3/2025 7:16:45 PM
**To**:              Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject**:         Daily Summary Report of Grant Terminations as of 04/03/2025
**Attachments**:     Grant Termination List.xlsx


330 terminations for ~$341 million in savings . . .

Dan

**Daily Summary Report of Assistance Agreement Terminations**
**Beginning January 20, 2025**
Data compiled as of 04/03/2025

| Grant Awarded? Yes, No , Closed | Cancel Date | FT Code Date | Program Code |
|---|---|---|---|
| No | 2/13/2025 | N/A | 5N |
| Yes | 2/21/2025 | 2/24/2025 | 51 |
| Yes | 2/21/2025 | 2/21/2025 | XJ |
| Yes | 2/21/2025 | 2/21/2025 | 5N |
| Yes | 2/21/2025 | 2/25/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | 5B |
| Yes | 2/21/2025 | 2/24/2025 | XJ |
| Yes | 2/21/2025 | 2/21/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | 5B |
| Yes | 2/21/2025 | 2/24/2025 | 5B |
| Yes | 2/21/2025 | 2/24/2025 | 5N |
| Yes | 2/21/2025 | 2/21/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | 5B |
| Yes | 2/21/2025 | 2/24/2025 | 51 |
| Yes | 2/21/2025 | 2/24/2025 | 51 |
| Yes | 2/22/2025 | 2/25/2025 | 5B |
| Yes | 2/22/2025 | 2/24/2025 | 5B |
| Yes | 2/22/2025 | 2/24/2025 | 5B |
| Yes | 2/24/2025 | 2/25/2025 | 5N |
| Yes | 2/25/2025 | 2/26/2025 | XJ |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |

| Grant Family (FAIN) | Grant No | Project Cost (EPA + Cost Share) | Cumulative Award Amount | Compass Remaining Amount (Estimate) | Awarding Region Code | AAShip | Project Start Date | Project End Date |
|---|---|---|---|---|---|---|---|---|
| 84082101 | 84082101-0 | $11,967,248 | $11,967,248 | $0.00 | EPA HQ | OEJECR | 5/1/2024 | 4/30/2027 |
| 00A01436 | 00A01436-1 | $500,000 | $500,000 | $331,894 | EPA R1 | R01 | 5/1/2024 | 2/21/2025 |
| 00E03450 | 00E03450-4 | $10,000,000 | $8,000,000 | $6,032,005 | EPA R5 | R05 | 6/1/2023 | 2/21/2025 |
| 00E03682 | 00E03682-1 | $8,000,000 | $8,000,000 | $6,776,965 | EPA R5 | R05 | 4/1/2024 | 2/21/2025 |
| 00I10501 | 00I10501-2 | $10,000,000 | $7,000,000 | $6,348,308 | EPA R8 | R08 | 5/1/2024 | 2/21/2025 |
| 03D03124 | 03D03124-1 | $500,000 | $500,000 | $344,607 | EPA R4 | R04 | 2/1/2024 | 2/21/2025 |
| 13746681 | 13746681-3 | $13,000,000 | $11,000,000 | $8,528,291 | EPA R4 | R04 | 9/1/2023 | 2/21/2025 |
| 84061101 | 84061101-1 | $10,000,000 | $8,000,000 | $5,435,871 | EPA HQ | OEJECR | 6/1/2024 | 2/21/2025 |
| 95314201 | 95314201-3 | $12,000,000 | $12,000,000 | $6,541,566 | EPA R3 | R03 | 7/1/2023 | 2/21/2025 |
| 95334801 | 95334801-1 | $500,000 | $500,000 | $478,160 | EPA R3 | R03 | 5/1/2024 | 2/21/2025 |
| 95338201 | 95338201-1 | $500,000 | $500,000 | $463,397 | EPA R3 | R03 | 2/1/2024 | 2/21/2025 |
| 95341301 | 95341301-1 | $8,000,000 | $8,000,000 | $6,821,157 | EPA R3 | R03 | 5/1/2024 | 2/21/2025 |
| 96701501 | 96701501-3 | $10,000,000 | $8,000,000 | $6,150,076 | EPA R7 | R07 | 4/1/2023 | 2/21/2025 |
| 98T65801 | 98T65801-3 | $9,999,999 | $8,100,000 | $6,492,862 | EPA R9 | R09 | 6/1/2023 | 2/21/2025 |
| 98T88701 | 98T88701-1 | $500,000 | $500,000 | $381,032 | EPA R9 | R09 | 3/1/2024 | 2/21/2025 |
| 98T91201 | 98T91201-1 | $500,000 | $500,000 | $465,754 | EPA R9 | R09 | 4/1/2024 | 2/21/2025 |
| 98T91501 | 98T91501-1 | $500,000 | $500,000 | $429,810 | EPA R9 | R09 | 5/1/2024 | 2/21/2025 |
| 02F50601 | 02F50601-1 | $500,000 | $500,000 | $232,243 | EPA R6 | R06 | 5/1/2024 | 2/21/2025 |
| 02F50801 | 02F50801-1 | $500,000 | $500,000 | $410,939 | EPA R6 | R06 | 4/1/2024 | 2/22/2025 |
| 02J56601 | 02J56601-1 | $500,000 | $500,000 | $410,393 | EPA R10 | R10 | 4/1/2024 | 2/22/2025 |
| 02J63801 | 02J63801-2 | $8,000,000 | $8,000,000 | $6,321,921 | EPA R10 | R10 | 3/1/2024 | 2/22/2025 |
| 00E03451 | 00E03451-2 | $10,000,000 | $4,000,000 | $2,467,892 | EPA R5 | R05 | 6/1/2023 | 2/25/2025 |
| 84108101 | 84108101-0 | $1,298,635 | $1,298,635 | $0 | EPA HQ | OCSPP | 3/31/2025 | 2/28/2030 |
| 84108601 | 84108601-0 | $2,146,625 | $2,146,625 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84109001 | 84109001-0 | $2,189,939 | $2,189,939 | $0 | EPA HQ | OCSPP | 12/1/2024 | 6/30/2027 |
| 84108501 | 84108501-0 | $2,445,363 | $2,445,363 | $0 | EPA HQ | OCSPP | 12/1/2024 | 11/30/2029 |
| 84108001 | 84108001-0 | $2,486,224 | $2,486,224 | $0 | EPA HQ | OCSPP | 1/15/2025 | 1/14/2030 |

| Project Title |
|---|

Initial Award UNITE-EJ: united network for Impact, Transformation, and Equity in Environmental Justice Communities
Green Jobs Corps: Growing a New Generation of New Haven Environmental Justice Problem-Solvers
Community Development and Technical Assistance to Advance Environment and Energy Justice in the Great Lakes Region
The Minneapolis Foundation TCGM Grant 1
Mountains and Plains Thriving Communities Collaborative (MaPTCC)
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Community Investment Recovery Center (CIRC): A U.S. EPA Enviornmental Justice Thriving Communities Technical Assistance Center (TCTAC)
Environmental Justice Thriving Communities tehcnical Assistance Center (EJ TCTAC)
Mid-Atlantic-Thriving Communities Hub (Match)
Hunting Park Community-Led Climate Resilience and Empowerment Project
Building Community Resilience in Virgina's Coalfields with Place-bsed Climate Change Adaption
TCGM Initial Award - Green & Healthy Homes Initiative will act as pass-through entity for EPA's EJ thriving Communities Grantmaking Program, R3
Environmental Justice Thriving Communities Technical Assistance Centers Program
Special Purpose Activities Related to Environmental Justice
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Vulnerable to Vibrant: Solar Workforce Development Trainings, Illegal Dumpling Abatement, and Environmental Justice Community
Justice in the Air: The Partnership for Community Health Equity
Creating Equitable and Low-Impact Transportation To and Along the Oregon Coast
Northwest Network for Environmental Justice-Initial Award
EPA Region V Environmental Justice Thriving Communities Technical Assistance Center (EJ TCTAC) Program Community-Led Alliance by Blacks
EPD Development for Construction Materials & Products that Reduce Climate Change Impacts and Advance the Circular Economy
National Glass Association FR
EPD Assistance Grant - Exterior Insulation - EIFS
Portland Cement Association (PCA) - Reducing Embodied Greenhouse Gas Emissions for Cementitious Materials
Technical Assistance Program to Reduce Embodied Greenhouse Gas Emissions for Construction Materials and Products

| Application Name | Applicant State | Assistance Listing Code |
|---|---|---|
| Climate Justice Alliance | CA | 66.615 |
| New Haven Ecology Project Inc | CT | 66.306 |
| Regents of the University of Minnesota | MN | 66.309 |
| Minneapolis Foundation | MN | 66.615 |
| Montana State University | MT | 66.309 |
| Parks Alliance of Louisville, Inc. | KY | 66.306 |
| Deep South Center for Environmental Justice Inc | LA | 66.309 |
| Institute for Sustainable Communities | VT | 66.309 |
| National Wildlife Federation | VA | 66.309 |
| Nueva Esperanza Inc | PA | 66.306 |
| Appalachian Voices | NC | 66.306 |
| Green & Healthy Homes Initiative Inc | MD | 66.615 |
| Wichita State University | KS | 66.309 |
| San Diego State University Foundation | CA | 66.309 |
| Bayview Hunters Point Community Advocates Inc. | CA | 66.306 |
| Council for Native Hawaiian Advancement | HI | 66.306 |
| The Friendship House Association of American Indians | CA | 66.306 |
| Black united Fund of Texas, Inc. | TX | 66.306 |
| Earth Care International | NM | 66.306 |
| Oregon Coast Visitors Association, Inc | OR | 66.306 |
| Philanthropy Northwest | WA | 66.615 |
| BIG, NFP | IL | 66.309 |
| Rochester Institute of Technology | NY | 66.721 |
| National Glass Association | VA | 66.721 |
| EIFS Industry Members Association | VA | 66.721 |
| Portland Cement Association | DC | 66.721 |
| West Virginia University Research Corporation | WV | 66.721 |

**Assistance Listing Description**

Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products

| | | | |
|---|---|---|---|
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| Yes | 3/7/2025 | 3/7/2025 | AI |
| No | 3/7/2025 | N/A | AI |
| No | 3/7/2025 | N/A | AI |
| No | 3/7/2025 | N/A | AI |
| Yes | 3/7/2025 | 3/7/2025 | AI |
| Yes | 3/7/2025 | 3/7/2025 | AI |
| Yes | 3/10/2025 | 3/11/2025 | 52 |
| Yes | 3/11/2025 | 3/11/2025 | 51 |
| Yes | 3/11/2025 | 3/12/2025 | XJ |
| Yes | 3/12/2025 | 3/12/2025 | 51 |
| Yes | 3/12/2025 | 3/12/2025 | 5B |
| Yes | 3/12/2025 | 3/12/2025 | 5C |
| Yes | 3/12/2025 | 3/12/2025 | 5C |
| Yes | 3/12/2025 | 3/12/2025 | AJ |
| Yes | 3/12/2025 | 3/12/2025 | AJ |
| Yes | 3/12/2025 | 3/12/2025 | AJ |
| Yes | 3/12/2025 | 3/12/2025 | EC |
| Yes | 3/12/2025 | 3/12/2025 | EC |
| Yes | 3/12/2025 | 3/12/2025 | XJ |
| Yes | 3/12/2025 | 3/21/2025 | AJ |

EPA_00037867

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 84107101 | 84107101-0 | $2,499,999 | $2,499,999 | $0 | EPA HQ | OCSPP | 2/1/2025 | 1/31/2029 |
| 84106801 | 84106801-0 | $3,268,757 | $3,268,757 | $0 | EPA HQ | OCSPP | 3/1/2025 | 2/29/2028 |
| 84108901 | 84108901-0 | $3,500,000 | $3,500,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 1/1/2027 |
| 84108701 | 84108701-0 | $3,887,329 | $3,887,329 | $0 | EPA HQ | OCSPP | 2/1/2025 | 1/31/2030 |
| 84109301 | 84109301-0 | $4,222,307 | $4,222,307 | $0 | EPA HQ | OCSPP | 3/1/2025 | 2/28/2030 |
| 84110601 | 84110601-0 | $4,662,182 | $4,662,182 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84110001 | 84110001-0 | $6,000,000 | $6,000,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84111301 | 84111301-0 | $6,000,000 | $6,000,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84107801 | 84107801-0 | $6,186,200 | $6,186,200 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84108301 | 84108301-0 | $6,371,426 | $6,371,426 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84107301 | 84107301-0 | $9,632,293 | $9,632,293 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84111101 | 84111101-0 | $9,696,503 | $9,696,503 | $0 | EPA HQ | OCSPP | 3/1/2025 | 2/28/2030 |
| 84110301 | 84110301-0 | $9,975,000 | $9,975,000 | $0 | EPA HQ | OCSPP | 4/1/2025 | 3/31/2030 |
| 84108801 | 84108801-0 | $9,990,311 | $9,990,311 | $0 | EPA HQ | OCSPP | 9/1/2024 | 8/31/2029 |
| 84107001 | 84107001-0 | $9,990,668 | $9,990,668 | $0 | EPA HQ | OCSPP | 9/1/2024 | 8/31/2029 |
| 84107901 | 84107901-0 | $10,000,000 | $10,000,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84081901 | 84081901-1 | $500,000 | $500,000 | $456,449 | EPA HQ | OCFO | 4/1/2024 | 3/7/2025 |
| 84107501 | 84107501-0 | $200,400 | $200,400 | $0 | EPA HQ | OCFO | 1/1/2025 | 12/31/2025 |
| 84106001 | 84106001-0 | $500,000 | $500,000 | $0 | EPA HQ | OCFO | 1/1/2025 | 12/31/2027 |
| 84106101 | 84106101-0 | $500,000 | $500,000 | $0 | EPA HQ | OCFO | 1/1/2025 | 12/31/2027 |
| 84083801 | 84083801-2 | $499,976 | $499,976 | $348,546 | EPA HQ | OCFO | 5/1/2024 | 3/7/2025 |
| 84085601 | 84085601-1 | $499,437 | $499,437 | $412,729 | EPA HQ | OCFO | 6/1/2024 | 3/7/2025 |
| 02J57401 | 02J57401-1 | $877,458 | $877,458 | $756,942 | EPA R10 | R10 | 2/1/2024 | 3/10/2025 |
| 00A01311 | 00A01311-2 | $500,000 | $500,000 | $476,118 | EPA R1 | R01 | 10/1/2024 | 3/11/2025 |
| 95316401 | 95316401-3 | $48,902 | $40,000 | $16,898 | EPA R3 | R03 | 9/1/2023 | 3/11/2025 |
| 95335201 | 95335201-1 | $500,000 | $500,000 | $483,159 | EPA R3 | R03 | 6/1/2024 | 3/11/2025 |
| 95337401 | 95337401-1 | $490,912 | $490,912 | $481,289 | EPA R3 | R03 | 7/1/2024 | 3/11/2025 |
| 95336201 | 95336201-2 | $1,000,000 | $1,000,000 | $990,805 | EPA R3 | R03 | 3/1/2024 | 3/12/2025 |
| 95336301 | 95336301-1 | $460,459 | $460,459 | $460,459 | EPA R3 | R03 | 6/1/2024 | 3/11/2025 |
| 95336401 | 95336401-1 | $1,000,000 | $1,000,000 | $980,972 | EPA R3 | R03 | 2/1/2024 | 3/11/2025 |
| 95336901 | 95336901-1 | $1,000,000 | $1,000,000 | $978,000 | EPA R3 | R03 | 5/1/2024 | 3/12/2025 |
| 01D19220 | 01D19220-3 | $200,000 | $200,000 | $0 | EPA R4 | R04 | 10/1/2020 | 3/12/2025 |
| 84037001 | 84037001-2 | $199,983 | $199,983 | $35,920 | EPA HQ | OEJECR | 4/1/2022 | 3/12/2025 |
| 84037101 | 84037101-2 | $200,000 | $200,000 | $7,645 | EPA HQ | OEJECR | 5/1/2022 | 3/12/2025 |
| 84061001 | 84061001-2 | $10,000,000 | $4,750,000 | $250,000 | EPA HQ | OEJECR | 9/1/2023 | 3/12/2025 |
| 84034101 | 84034101-3 | $200,000 | $200,000 | $21,037 | EPA HQ | OEJECR | 10/1/2021 | 3/12/2025 |

Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Uncertainty Assessment Framework for Robust PCRs of Salvaged and Remanufactured Construction Materials
Northwest Building Sustainability Initiative: Enhancing EPD Development for Oregon and Washington Manufacturers
Rebuilding Exchange - FR
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Label Program for Advancing EPD Adoption
AWC: Expanding data and enhancing transparency of U.S. Wood Products
ACMA-IACMI Circle FR
Enabling Robust EPDs for Biogenic Building Materials
SteelEPD: Accelerating Steel Industry Sustainability through Robust Data and EPD Genration
NRMCA Accelerating Concretes' Drive to Carbon Neutrality FR
ACLCA Robust EPD three-pronged 'WED' Approach - Workforce development (W), EPD standardization E, and Data integration and harmonization
PCI FR
FY25 Oklahoma State University EPD Assistance Grant
Validating and Expanding Research and Education for LCA Policy (VERE-LCA)
FY25 NAPA EPD Assistance
Prepared: Building evidence-based tools to integrate community experiences
DataGen Prepared
Strengthening Reporting Capacity in Rural Alaska Municipal and Tribal Governments
Prepared: Building capacity for community leaders nationwide to apply, manage, and meet grant reporting requirements
Promoting Readiness and Enhancing Proficiency to Advance Reporting and Data for the Gullah Geechee Nation
Data Equity for Community Impact
Advancing tree equity and environmental justice in Spokane County through urban forestry career development and educational programs.
Collaborating for Tree Equity in Providence
Girl Scouts Healthy Living Champions
Reducing Childhood Asthma by Improving Indoor Air Quality in Affordable Mulifamily Housing
Monitoring Air Toxics and Assessing Benefits of Reduced Air Pollution from the Delaware City Refinery.
Enhancing, Strengthening and Scaling Action on Environmental Justice in Philadelphia
Climate Resilience Cohort
Community Engagement Pilot Project in Environmental Justice Communities Overburdened with PFS Contamination in Drinking Water
Environmental justice collaboration to improve air quality and community resiliency for both human health and environmental well-being in South Ba
State Environmental Justice Cooperative Agreement Program
EJCPS/ARP - Climate Resiliency in Yurok and Karuk Ancestral Territories
Healthy Communities
National Indian Health Board Environmental Justice Thriving Communities Technical Assistance Center
SEJCA / ARP Reducing Household Asthma Triggers by Addressing the Digital Divide to Improve Children's Health and Mitigate COVID-19 Impacts

| | | |
|---|---|---|
| Cornell University | NY | 66.721 |
| University of Texas at Austin | MC | 66.721 |
| International Code Council, Inc. | IL | 66.721 |
| Evanston Rebuilding Warehouse | IL | 66.721 |
| University of California, Davis | CA | 66.721 |
| International Living Future Institute | OR | 66.721 |
| American Wood Council | VA | 66.721 |
| Collaborative Composite Solutions Corp | TN | 66.721 |
| Hemp Building Institute | TN | 66.721 |
| University of Massachusetts Lowell | MA | 66.721 |
| National Ready-Mixed Concrete Association | VA | 66.721 |
| American Center for Life Cycle Assessment | MD | 66.721 |
| Prestressed Concrete Institute | IL | 66.721 |
| Oklahoma State University | OK | 66.721 |
| University of Washington | WA | 66.721 |
| National Asphalt Pavement Association Inc | MD | 66.721 |
| University of Massachusetts Dartmouth | MA | 66.203 |
| SaNDAI Cares | VA | 66.203 |
| Alaska Municipal League | AK | 66.203 |
| University of Massachusetts Dartmouth | MA | 66.203 |
| Palmetto Futures | NC | 66.203 |
| New Growth Innovation Network, Inc | FL | 66.203 |
| Spokane Conservation District | WA | 66.312 |
| The Nature Conservancy | VA | 66.306 |
| Girls Scouts of Black Diamond Council, Inc. | WV | 66.309 |
| National Housing Trust | DC | 66.306 |
| Clean Air Council | DE | 66.306 |
| City of Philadelphia | PA | 66.312 |
| County of Albemarle | VA | 66.312 |
| WV Dept of Environmental Protection | WV | 66.312 |
| The Environment Maryland Departmetn of | MD | 66.312 |
| South Carolina Department of Environmental Services | SC | 66.312 |
| Yurok Tribe | CA | 66.306 |
| Metro Community Ministries | GA | 66.306 |
| National Indian Health Board | | 66.309 |
| Department of Energy and Environment | DC | 66.312 |

EPA_00037870

Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Government-to-Government (EJG2G) Program

| | | |
|---|---|---|
| Yes | 3/21/2025 | 3/21/2025 XJ |
| Yes | 3/21/2025 | 3/21/2025 EC |
| Yes | 3/21/2025 | 3/21/2025 EC |
| Yes | 3/21/2025 | 3/21/2025 AJ |
| Yes | 3/21/2025 | 3/21/2025 52 |
| Yes | 3/21/2025 | 3/21/2025 5C |
| Yes | 3/21/2025 | 3/21/2025 EC |
| No | 3/24/2025 N/A | 5Z |
| Yes | 3/24/2025 | 3/24/2025 AJ |
| Yes | 3/24/2025 | 3/24/2025 EC |
| Yes | 3/24/2025 | 3/25/2025 EC |
| Yes | 3/24/2025 | 3/24/2025 5F |
| Yes | 3/21/2025 | 3/24/2025 AJ |
| Yes | 3/21/2025 | 3/24/2025 AJ |
| Yes | 3/21/2025 | 3/24/2025 5B |
| Yes | 3/21/2025 | 3/24/2025 5B |
| Yes | 3/21/2025 | 3/24/2025 5B |
| Yes | 3/21/2025 | 3/24/2025 5B |
| Yes | 3/21/2025 | 3/24/2025 5B |
| Yes | 3/21/2025 | 3/24/2025 5B |
| Yes | 3/21/2025 | 3/24/2025 51 |
| Yes | 3/21/2025 | 3/24/2025 51 |
| Yes | 3/21/2025 | 3/24/2025 5C |
| Yes | 3/21/2025 | 3/24/2025 52 |
| Yes | 3/21/2025 | 3/24/2025 5B |
| Yes | 3/21/2025 | 3/24/2025 AJ |
| Yes | 3/21/2025 | 3/24/2025 5C |
| Yes | 3/21/2025 | 3/24/2025 51 |
| Yes | 3/21/2025 | 3/24/2025 5C |
| Yes | 3/21/2025 | 3/24/2025 5C |
| Yes | 3/21/2025 | 3/24/2025 52 |
| Yes | 3/21/2025 | 3/24/2025 5C |
| Yes | 3/21/2025 | 3/24/2025 5B |
| Yes | 3/21/2025 | 3/24/2025 AJ |
| Yes | 3/21/2025 | 3/24/2025 5C |
| Yes | 3/21/2025 | 3/24/2025 52 |

EPA_00037872

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 84060301 | 84060301-4 | $10,000,000 | $10,000,000 | $8,277,730 | EPA HQ | OEJECR | 8/1/2023 | 3/21/2025 |
| 84036501 | 84036501-2 | $200,000 | $200,000 | $1 | EPA HQ | OEJECR | 6/1/2022 | 3/21/2025 |
| 84037401 | 84037401-2 | $200,000 | $200,000 | $37,001 | EPA HQ | OEJECR | 4/1/2022 | 3/21/2025 |
| 84032601 | 84032601-4 | $200,000 | $200,000 | $124,762 | EPA HQ | OEJECR | 10/1/2021 | 3/21/2025 |
| 02J57901 | 02J57901-1 | $997,622 | $997,622 | $962,072 | EPA R10 | R10 | 7/1/2024 | 3/11/2025 |
| 02J58001 | 02J58001-1 | $997,374 | $997,374 | $781,343 | EPA R10 | R10 | 4/1/2024 | 3/12/2025 |
| 84037701 | 84037701-2 | $200,000 | $200,000 | $0 | EPA HQ | OEJECR | 5/1/2022 | 3/21/2025 |
| 02J94801 | 02J94801-0 | $400,000 | $260,000 | $0 | EPA R10 | R10 | 1/1/2025 | 4/30/2026 |
| 84032801 | 84032801-4 | $200,000 | $200,000 | $90,000 | EPA HQ | OEJECR | 10/1/2021 | 3/12/2025 |
| 84036901 | 84036901-2 | $200,000 | $200,000 | $53,323 | EPA HQ | OEJECR | 7/1/2022 | 3/24/2025 |
| 84037901 | 84037901-2 | $199,911 | $199,911 | $20,855 | EPA HQ | OEJECR | 1/1/2022 | 3/24/2025 |
| 84098801 | 84098801-1 | $5,300,000 | $4,900,000 | $3,586,748 | EPA HQ | OCSPP | 10/1/2024 | 3/24/2025 |
| 98T29801 | 98T29801-3 | $200,000 | $200,000 | $46,538 | EPA R9 | R09 | 10/1/2021 | 3/21/2025 |
| 98T29901 | 98T29901-1 | $199,781 | $199,781 | $48,598 | EPA R9 | R09 | 10/1/2021 | 3/21/2025 |
| 98T88001 | 98T88001-1 | $500,000 | $500,000 | $500,000 | EPA R9 | R09 | 11/1/2024 | 3/21/2025 |
| 98T88201 | 98T88201-1 | $500,000 | $500,000 | $438,159 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T88301 | 98T88301-1 | $450,000 | $450,000 | $352,253 | EPA R9 | R09 | 1/1/2024 | 3/21/2025 |
| 98T88401 | 98T88401-1 | $500,000 | $500,000 | $500,000 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T88601 | 98T88601-1 | $500,000 | $500,000 | $482,196 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T88801 | 98T88801-1 | $500,000 | $500,000 | $159,938 | EPA R9 | R09 | 1/1/2024 | 3/21/2025 |
| 98T88901 | 98T88901-1 | $500,000 | $500,000 | $481,701 | EPA R9 | R09 | 6/1/2024 | 3/21/2025 |
| 98T89001 | 98T89001-1 | $500,000 | $500,000 | $395,981 | EPA R9 | R09 | 2/15/2024 | 3/21/2025 |
| 98T89601 | 98T89601-1 | $1,000,000 | $1,000,000 | $956,075 | EPA R9 | R09 | 7/1/2024 | 3/21/2025 |
| 98T89701 | 98T89701-1 | $981,042 | $981,042 | $980,014 | EPA R9 | R09 | 6/1/2024 | 3/21/2025 |
| 98T89801 | 98T89801-1 | $500,000 | $500,000 | $389,203 | EPA R9 | R09 | 5/1/2024 | 3/21/2025 |
| 98T89901 | 98T89901-1 | $999,994 | $999,994 | $999,994 | EPA R9 | R09 | 5/1/2024 | 3/21/2025 |
| 98T90001 | 98T90001-1 | $1,000,000 | $1,000,000 | $257,204 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T90101 | 98T90101-2 | $150,000 | $150,000 | $111,063 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T90201 | 98T90201-1 | $1,000,000 | $1,000,000 | $790,314 | EPA R9 | R09 | 4/15/2024 | 3/21/2025 |
| 98T90301 | 98T90301-1 | $1,000,000 | $1,000,000 | $995,669 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T90401 | 98T90401-2 | $1,000,000 | $1,000,000 | $638,228 | EPA R9 | R09 | 5/1/2024 | 3/21/2025 |
| 98T90601 | 98T90601-1 | $1,000,000 | $1,000,000 | $774,373 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T90701 | 98T90701-1 | $568,000 | $500,000 | $343,213 | EPA R9 | R09 | 5/1/2024 | 3/21/2025 |
| 98T91401 | 98T91401-2 | $1,000,000 | $1,000,000 | $931,833 | EPA R9 | R09 | 7/1/2024 | 3/21/2025 |
| 98T91601 | 98T91601-1 | $582,055 | $582,055 | $564,975 | EPA R9 | R09 | 6/12/2024 | 3/21/2025 |
| 02J57501 | 02J57501-1 | $999,587 | $999,587 | $836,926 | EPA R10 | R10 | 3/1/2024 | 3/21/2025 |

Environmental Justice Thriving Communities Technical Assistance Centers Program (EJ TCTAC)
Safe, Healthy, and Resilient Housing in post-Hurricane Florida
Resilient People, Resilient Places, Creating a Community-based Model for Climate Resilience in Metro Kansas City
ARP / SEJCA Air Related Community Engagement for COVID-19 Response
Buiilding Community Resiliency to the Hazards of Smoke and Wildfires
Building climate change resiliency and protecting health through smoke disaster preparedness (smoke-readiness)
EJCPS / ARP - Climate Plus: Going Beyond Weatherization to Healthy Air Quality in Low Income Homes
Colville Tribes Zero Emissions refuse Hauler Pilot Project
ARP / SEJCA - VADEQ EJ Training Academy and EJ Map-Based Tool
EJCPS / ARP Building Neighborhood Stewardship in the Masonville Cove Watershed.
Environmental Justice Collaborative Problem-Solving - Urban Integrated Pest Management Technician Training
Water utility workforce development benefitting disadvantaged communities, reducing greenhouse gas emissions and other pollutants.
State Environmental Justice Cooperative Agreement - Air Quality Community Training
State Environmental Justice Cooperative Agreement Program - Clean Air Project
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Government-To-Government (EJG2G) Program
Inflation Reduction Act &ndash; Environmental Justice Government-to-Government
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Environmental Justice Government to Government - TheCalifornia Extreme Heat Adaptation Planning Guide
Inflation Reduction Act - Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement - IRA
Inflation Reduction Act &ndash; Environmental Justice Government-To-Government
Inflation Reduction Act &ndash; Environmental Justice Government-To-Government
Inflation Reduction Act &ndash; Environmental Justice Government-to-Government
Inflation Reduction Act &ndash; Environmental Justice Government-To-Government
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Environmental Justice Government-To-Government
Inflation Reduction Act - Environmental Justice Government-To-Government
Rockwood Environmental Justice and Climate Resilience

| | | |
|---|---|---|
| Internatioal City/County Mgmt. Assoc. | DC | 66.309 |
| Pioneer Bay Community Development Corporation | FL | 66.306 |
| Mid America Regional Council Comm Svcs Corp | MO | 66.306 |
| AL Department Environmental Management | AL | 66.312 |
| Lane Regional Air Protection Agency | OR | 66.312 |
| County of, Chelan | WA | 66.312 |
| SEEED Inc | TN | 66.306 |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | WA | 66.049 |
| Commonwealth of Virginia Dept. of Env. Quality | VA | 66.312 |
| Greater Baybrook Alliance, Inc. | MD | 66.306 |
| Energy Coordinating Agency of Philadelphia, Inc. | PA | 66.306 |
| Energy Innovation Center Institute, Inc. | PA | 66.616 |
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT | CA | 66.312 |
| TOHONO O'ODHAM NATION | AZ | 66.312 |
| NORTHERN NEVADA INSTITUTE FOR PUBLIC HEALTH | NV | 66.306 |
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK | CA | 66.306 |
| TERRAGRAPHICS INTERNATIONAL FOUNDATION, INC. | ID | 66.306 |
| COMMUNITY HEALTH COUNCILS INC | CA | 66.306 |
| WEST OAKLAND ENVIRONMENTAL INDICATORS PROJECT | CA | 66.306 |
| GoG - GRADES OF GREEN, INC. | CA | 66.306 |
| QUAIL BOTANICAL GARDENS FOUNDATION, INC. | CA | 66.306 |
| k8562 - Kaunalewa | HI | 66.306 |
| CITY AND COUNTY OF SAN FRANCISCO | CA | 66.312 |
| CITY OF SACRAMENTO | CA | 66.312 |
| AMISTADES, INC | AZ | 66.306 |
| GOVERNORS OFFICE OF PLANNING & RESEARCH | CA | 66.312 |
| San Joaquin Valley Unified APCD | CA | 66.312 |
| Bisbee Science Exploration and Research Center, Inc | AZ | 66.306 |
| City & County of Honolulu - DBFS | HI | 66.312 |
| CoS - COUNTY OF STANISLAUS | CA | 66.312 |
| CITY OF FLAGSTAFF | AZ | 66.312 |
| San Diego County Air Pollution Control District | CA | 66.312 |
| RED FEATHER DEVELOPMENT GROUP | AZ | 66.306 |
| Public Health, California Department of | CA | 66.312 |
| THE BUENA VISTA RANCHERIA OF THE ME-WUK INDIANS | CA | 66.312 |
| Multnomah County | OR | 66.312 |

EPA_00037875

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Clean Heavy-Duty Vehicles Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental and Climate Justice Block Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program

| | | | |
|---|---|---|---|
| Yes | | 3/21/2025 | 3/24/2025 5C |
| Yes | | 3/21/2025 | 3/24/2025 5C |
| Yes | | 3/21/2025 | 3/24/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 EQ |
| Yes | | 3/25/2025 | 3/25/2025 AJ |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 AK |
| Yes | | 3/25/2025 | 3/25/2025 AJ |
| Yes | | 3/25/2025 | 3/25/2025 5C |
| Yes | | 3/25/2025 | 3/25/2025 AJ |
| Yes | | 3/25/2025 | 3/25/2025 5C |
| Yes | | 3/25/2025 | 3/25/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 ED |
| Yes | | 3/25/2025 | 3/25/2025 AJ |
| Yes | | 3/25/2025 | 3/25/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 52 |
| Yes | | 3/25/2025 | 3/26/2025 5C |
| Yes | | 3/26/2025 | 3/26/2025 52 |
| Yes | | 3/26/2025 | 3/26/2025 52 |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EC |

EPA_00037877

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02J57701 | 02J57701-1 | $1,000,000 | $1,000,000 | $781,995 | EPA R10 | R10 | 4/1/2024 | 3/21/2025 |
| 02J57801 | 02J57801-1 | $1,000,000 | $1,000,000 | $915,601 | EPA R10 | R10 | 3/1/2024 | 3/21/2025 |
| 98T89501 | 98T89501-1 | $500,000 | $500,000 | $326,411 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 02F06301 | 02F06301-3 | $107,090 | $75,000 | $40,826 | EPA R6 | R06 | 8/15/2022 | 3/25/2025 |
| 02F64501 | 02F64501-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R6 | OEJECR | 10/1/2024 | 3/25/2025 |
| 02F50201 | 02F50201-1 | $150,000 | $150,000 | $128,333 | EPA R6 | R06 | 7/15/2024 | 3/25/2025 |
| 02F50301 | 02F50301-1 | $499,876 | $499,876 | $78,600 | EPA R6 | R06 | 7/1/2024 | 3/25/2025 |
| 02F50401 | 02F50401-2 | $500,000 | $500,000 | $451,537 | EPA R6 | R06 | 6/1/2024 | 3/25/2025 |
| 02F50501 | 02F50501-2 | $425,616 | $425,616 | $349,406 | EPA R6 | R06 | 4/1/2024 | 3/25/2025 |
| 02F50701 | 02F50701-1 | $500,000 | $500,000 | $500,000 | EPA R6 | R06 | 6/15/2024 | 3/25/2025 |
| 02F50901 | 02F50901-1 | $500,000 | $500,000 | $446,676 | EPA R6 | R06 | 8/1/2024 | 3/25/2025 |
| 02F51601 | 02F51601-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R6 | R06 | 10/1/2024 | 3/25/2025 |
| 02F51701 | 02F51701-1 | $1,000,000 | $1,000,000 | $979,830 | EPA R6 | R06 | 4/1/2024 | 3/25/2025 |
| 02F51801 | 02F51801-1 | $999,367 | $999,367 | $999,367 | EPA R6 | R06 | 6/1/2024 | 3/25/2025 |
| 02F52101 | 02F52101-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R6 | R06 | 10/1/2024 | 3/25/2025 |
| 02F52401 | 02F52401-1 | $652,664 | $652,664 | $652,664 | EPA R6 | R06 | 12/15/2024 | 3/25/2025 |
| 02F53801 | 02F53801-1 | $499,996 | $499,996 | $499,996 | EPA R6 | R06 | 8/1/2024 | 3/25/2025 |
| 02F59601 | 02F59601-1 | $50,000 | $50,000 | $30,238 | EPA R6 | R06 | 9/15/2024 | 3/25/2025 |
| 02F64601 | 02F64601-1 | $1,074,619 | $1,000,000 | $993,423 | EPA R6 | R06 | 10/1/2024 | 3/25/2025 |
| 02F73901 | 02F73901-1 | $500,000 | $500,000 | $498,039 | EPA R6 | R06 | 1/1/2025 | 3/25/2025 |
| 02F74001 | 02F74001-1 | $500,000 | $500,000 | $500,000 | EPA R6 | R06 | 2/1/2025 | 3/25/2025 |
| 02F52201 | 02F52201-1 | $999,960 | $999,960 | $984,150 | EPA R6 | R06 | 9/1/2024 | 3/25/2025 |
| 02F66601 | 02F66601-1 | $539,452 | $539,452 | $534,886 | EPA R6 | R06 | 4/1/2024 | 3/25/2025 |
| 95337601 | 95337601-1 | $1,000,000 | $1,000,000 | $981,813 | EPA R3 | R03 | 4/1/2024 | 3/26/2025 |
| 95337801 | 95337801-3 | $930,411 | $930,411 | $885,562 | EPA R3 | R03 | 5/1/2024 | 3/26/2025 |
| 84032401 | | $200,000 | $200,000 | $0 | EPA HQ | OEJECR | 10/1/2021 | 9/30/2024 |
| 84036801 | | $163,136 | $163,136 | $0 | EPA HQ | OEJECR | 6/1/2022 | 5/31/2024 |
| 84043401 | | $75,000 | $75,000 | $0 | EPA HQ | OEJECR | 5/1/2022 | 3/31/2024 |
| 84049001 | | $52,533 | $52,533 | $0 | EPA HQ | OEJECR | 2/1/2023 | 1/31/2024 |
| 84049201 | | $85,163 | $85,163 | $0 | EPA HQ | OEJECR | 2/1/2023 | 1/31/2024 |
| 84050001 | | $62,534 | $62,534 | $0 | EPA HQ | OEJECR | 2/1/2023 | 5/31/2024 |
| 95812300 | | $75,000 | $75,000 | $0 | EPA R8 | R08 | 7/1/2022 | 12/31/2023 |
| 95812400 | | $75,000 | $75,000 | $0 | EPA R8 | R08 | 7/5/2022 | 3/29/2024 |
| 95815070 | | $75,000 | $75,000 | $0 | EPA R8 | R08 | 5/3/2022 | 3/31/2024 |
| 95820412 | | $200,000 | $200,000 | $0 | EPA R8 | R08 | 10/1/2021 | 12/31/2023 |
| 95820612 | | $200,000 | $200,000 | $0 | EPA R8 | R08 | 2/11/2022 | 1/31/2024 |

Healthy and Resilient Communities Project
Community-Led Wildfire Preparedness Initiative
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Community Awareness - COVID and Climate Change (CAC)
Conservation Protection Restoration Authority (CPRA) - Piloting insurance solutions to increase equitable disaster response in Coastal Louisiana
Environmental Impact & Education in Southwest Louisiana
Resilient Communities: The Gentilly Beehive Microgrid Community Resilience Project
Sewa International Linear Forest Program
Engaging K-12 communities in Civic Science to Monitor Air Quality and Watershed Health in Greater Houston
DigDeep's Colonias Water Project will bring short-and long-term safe water solutions to the residents of the Hueco Tanks colonia.
Cultivating a Diverse Green Economy in New Orleans through Youth Environmental Education and Land Stewardship
Louisiana Department of Health EJG2G
Project San Juan County, New Mexico
The Chickasaw Nation's Environmental Justice Government to Government Grant Application
FY2024 Air Monitoring Project - Air Monitoring Van
Breathe Easy 3 Pilot for the Forest District
NEOKC Environmental Placekeeping
Community Outreach and eduation - Fifth Ward/Kashmere Gardens UPRR Site
Environmental Justice Government to Government Program - Louisiana International Terminal Sustainability Management Plan
Navajo Nation Elders Tree and Garden Planting at Assisted Living Centers in Gallup, New Mexico
Addressing Public Health and Environmental Justice Issues in Tribal Nations
Environmental Justice/Climate Resiliency
Recycling Infrastructure Project
Environmental Justice issues in the City of McKeesport
Environmental Justice Government to Government Grant
ARP / SEJCA - YH2O+Expansion Project
Collaborating on Restoration (CORE): Youth and Community-Driven Environmental Stewardship in New Orleans East (LA)
EJCPS / ARP Table to Farm Sana Monica Bay Restoration Foundation
Kaw Nation Environmental Department
FY2023 Otoe-Missouria Rescue Plan
Mescalero Apache Tribe - EJ Air Sensor Project
Clean Air - Healthy Hoes: Co-Creating a Wildfire Smoke Ready Community
Supporting Near-Port Communities in Addressing Harmful Air Quality Impacts
White Mesa Community Health Awareness Project: Understanding the Health Effects of America's Last Conventional Uranium Mill
ARP / SEJCA - City of Fort Collins
EJCPS/ARP - Advancing Climate Resiliency & Equity through Electricfication

EPA_00037879

| | | |
|---|---|---|
| King County | WA | 66.312 |
| Tacoma Pierce County Health Department | WA | 66.312 |
| CASA FAMILIAR, INC. | CA | 66.306 |
| Louisiana Bucket Brigade | LA | 66.604 |
| Coastal Protection & Restoration Authority of Louisiana | LA | 66.312 |
| Micah Six Eight Mission | LA | 66.306 |
| Groundwork New Orleans | LA | 66.306 |
| Sewa International, Inc. | TX | 66.306 |
| Children's Environmental Literacy Foundation Inc | NY | 66.306 |
| The Digdeep Right to Water Project | CA | 66.306 |
| Thrive New Orleans | LA | 66.306 |
| Health, Louisiana Departmetn of | LA | 66.312 |
| New Mexico Environment Department | NM | 66.312 |
| Chickasaw Nation | OK | 66.312 |
| LA Department of Environmental Quality | LA | 66.312 |
| | TX | 66.312 |
| Open Design Collective, Inc | OK | 66.306 |
| Coalition of Community Organizations | TX | 66.614 |
| Port of New Orleans | LA | 66.312 |
| Tree New Mexico, Inc | NM | 66.306 |
| ICAST (International Center for Appropriate and Sustainable Technology) | CO | 66.306 |
| City of Houston | TX | 66.312 |
| Santo Domingo Pueblo | NM | 66.312 |
| City of McKeesport | PA | 66.312 |
| County of Allegheny | PA | 66.312 |
| City of Baltimore | MD | 66.312 |
| Pontchartrain Conservancy | LA | 66.306 |
| Santa Monica Bay Restoration Foundation | CA | 66.604 |
| Kaw Nation of Oklahoma | OK | 66.604 |
| Otoe-Missouria Tribe of Oklahoma | OK | 66.604 |
| Mescalero Apache Tribe | NM | 66.604 |
| Climate Smart Missoula | MT | 66.604 |
| Utah Clean Cities | UT | 66.604 |
| Ute Mountain Ute Tribe | CO | 66.604 |
| City of Fort Collins | CO | 66.312 |
| Utah Clean Energy Alliance | UT | 66.306 |

Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Direct Financial Assistance to Community Service Providers to Support Environmental Justice Activities
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

| | | | |
|---|---|---|---|
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | XJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | XJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | XJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 96213100 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 3/1/2022 | 8/28/2023 |
| 96238000 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 10/1/2022 | 9/30/2024 |
| 96239622 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 6/1/2022 | 12/31/2023 |
| 96239700 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 4/1/2022 | 10/31/2024 |
| 96240100 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 3/1/2022 | 2/8/2024 |
| 96240222 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 6/1/2022 | 5/31/2024 |
| 96240322 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 4/1/2022 | 3/31/2023 |
| 96254220 | $30,000 | $30,000 | $0 | EPA R2 | R02 | 10/1/2019 | 9/30/2021 |
| 96378501 | $120,000 | $120,000 | $0 | EPA R3 | R03 | 9/7/2020 | 4/28/2023 |
| 96708401 | $40,000 | $40,000 | $0 | EPA R7 | R07 | 7/1/2023 | 6/30/2024 |
| 96848301 | $75,000 | $75,000 | $0 | EPA R8 | R08 | 5/23/2022 | 5/22/2024 |
| 96892401 | $75,000 | $75,000 | $0 | EPA R8 | R08 | 7/1/2022 | 8/31/2023 |
| 96893301 | $75,000 | $75,000 | $0 | EPA R8 | R08 | 6/7/2022 | 12/31/2023 |
| 97784001 | $120,000 | $120,000 | $0 | EPA R7 | R07 | 9/1/2020 | 9/1/2023 |
| 97784101 | $120,000 | $120,000 | $0 | EPA R7 | R07 | 9/1/2020 | 8/31/2023 |
| 97791101 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 6/1/2022 | 5/31/2024 |
| 97791201 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 2/1/2022 | 1/31/2024 |
| 97791301 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 6/1/2022 | 9/30/2024 |
| 97791401 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 3/1/2022 | 12/31/2023 |
| 97791501 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 4/1/2022 | 3/31/2024 |
| 97791601 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 6/1/2022 | 11/30/2023 |
| 97796601 | $40,000 | $40,000 | $0 | EPA R7 | R07 | 9/1/2022 | 8/31/2024 |
| 00A00597 | $75,000 | $75,000 | $0 | EPA R1 | R01 | 4/1/2022 | 5/30/2023 |
| 00A00720 | $120,000 | $120,000 | $0 | EPA R1 | R01 | 10/1/2020 | 9/30/2022 |
| 00A00789 | $200,000 | $200,000 | $0 | EPA R1 | R01 | 3/1/2022 | 6/30/2024 |
| 00A00791 | $75,000 | $75,000 | $0 | EPA R1 | R01 | 1/1/2022 | 4/30/2024 |
| 00A00795 | $75,000 | $75,000 | $0 | EPA R1 | R01 | 3/1/2022 | 6/30/2024 |
| 00A01125 | $48,851 | $40,000 | $0 | EPA R1 | R01 | 7/1/2023 | 6/30/2024 |
| 00D42816 | $54,947 | $54,947 | $0 | EPA R4 | R04 | 5/1/2016 | 4/30/2023 |
| 00E02951 | $200,000 | $200,000 | $0 | EPA R5 | R05 | 10/1/2020 | 9/30/2024 |
| 00E03091 | $156,719 | $75,000 | $0 | EPA R5 | R05 | 4/1/2022 | 3/31/2024 |
| 00E03092 | $75,000 | $75,000 | $0 | EPA R5 | R05 | 3/1/2022 | 8/28/2023 |
| 00E03093 | $75,000 | $75,000 | $0 | EPA R5 | R05 | 4/1/2022 | 9/30/2023 |
| 00E03094 | $156,331 | $75,000 | $0 | EPA R5 | R05 | 2/1/2022 | 1/31/2024 |
| 00E03096 | $75,000 | $75,000 | $0 | EPA R5 | R05 | 2/1/2022 | 12/31/2023 |
| 00E03098 | $74,992 | $74,992 | $0 | EPA R5 | R05 | 6/1/2022 | 8/31/2023 |

The Elizabeth Clean Air Project: A Community Collaboration to Reduce Particulate Matter from Port Newark - Elizabeth Marine Terminal
EJSG/ARP - Environmental Values Advancing At-Risk Communities
Urban Agroforestry for Food Security, Green Space Access, and Environmental Justice and Equity Benefits
Garden 2 Market Internship
Citizen Science Environmental Investigation - The Health of our Local Ecosystem
Fish Consumption Outreach
Community Driven Climate Resiliency and Mitigation Action Supported by Local Sustainable Businesses
Get M.A.D: Motivated and Doing Campaign: Solid Waste and Illegal Dumping Awareness Project
Eastern Shore Water Quality Improvement Project
Policy & Advocacy Collective, (PAC)
Evaluating Indigenous Communities' Vulnerability to Climate-Driven Stressors
Summit County Climate Equity Plan
Growing Greener Communities
Action for a Healthy Blue River Watershed: Heart of the City Assessment and Restoration
24:1 Project Clear the Air
KC Urban Heat Community Workshops
City Sprouts Victory Gardens Health Initiative 2022
Springfield Community Gardens EJ Small Grants Program
Spark - North Omaha Trail Clean Air Initiative
Air Quality & Transportation Equity: Building Community Capacity to Improve Local Environments and Public Health
Inclusive Sustainability for St. Louis
CWS Risk Assessment and Emergency Response Plan Development for Overburdened Communities
The Oskoosooduck (Mary Momoho) Community Garden
New Voices At The Water Table: Leadership Development For Olneyville Youth And Residents
Pioneer Valley Air Quality Monitoring Project: Building Community Leadership on Air Quality and Climate Resilience
EJSG/ARP - Community Tree Stories: Exploring Healthy Environments in Three Boston EJ Neighborhoods
EJSG/ARP - Heat, Food and Housing in Everett, Massachusetts
Mystic River Watershed UW Federal Partnership Ambassador Support
Environmental Justice Small Grant Program
Environmental Justice Community Resiliency Plan48217/SW Detroit, Pilot Project
Health and Environmental Equity in the Toxic Donut
Keweenaw Bay Indian Community Environmental Justice Small Grant
Detroit & Highland Park Decarbonization Contractor Accelerator
EJSP/ARP Democratizing Data for Clean Water and Clean Air
EJSG/ARP Environmental Justice for Frontline Communities at the 3rd Busiest Port in North America
Breathing Justice: Resistance to Systemic Air Pollution in the Latinx Community in Dane County Wisconsin

| | | |
|---|---|---|
| Grondwork Elizabeth | NJ | 66.604 |
| Clean and Healthy New York Inc | NY | 66.604 |
| Atlantic States Legal Foundaion Inc. | NY | 66.604 |
| Van Cortlandt Park Alliance Inc | NY | 66.604 |
| The Place for Learning dba Long Island Science Center | NY | 66.604 |
| Rochester Refugee Resettlement Services Inc | NY | 66.604 |
| Western New York Sustainable Business Roundtable | NY | 66.604 |
| Unified Valisburg Services Organization | NJ | 66.604 |
| Southeast Rural Community Assistance Project Inc | VA | 66.306 |
| Urban neighborhood Initiative, Inc. | MO | 66.309 |
| Indigenous Vision | MT | 66.604 |
| High Country Conservation Center | CO | 66.604 |
| Groundwork Denver Incorp. | CO | 66.604 |
| Heartland Conservation Alliance Inc | MO | 66.306 |
| Beyond Housing Inc. | MO | 66.306 |
| Metropolitan Energy Center | MO | 66.604 |
| City Sprouts, Inc. | NE | 66.604 |
| Springfield Community Gardens | MO | 66.604 |
| Spark | NE | 66.604 |
| PedNet Coalition, Inc. | MO | 66.604 |
| Missouri Energy Care Inc. | MO | 66.604 |
| Midwest Assistance Program | MO | 66.309 |
| Eastern Pequot Tribal Nation | CT | 66.604 |
| Woonasquatucket River Watershed Council | RI | 66.306 |
| Partners for a Healthier Community Inc. | MA | 66.306 |
| Speak for the Trees, Inc | MA | 66.604 |
| Mystic River Watershed Association Inc. | MA | 66.604 |
| Mystic River Watershed Association Inc. | MA | 66.309 |
| Choctaw Nation of Oklahoma | OK | 66.604 |
| Michigan Dept of Environment Great Lakes & Energy | MI | 66.312 |
| People for Community Recovery | IL | 66.604 |
| Keweenaw Bay Indian Community | MI | 66.604 |
| Detroiters Working for Environmental Justice | MI | 66.604 |
| Groundwork Ohio River Valley | OH | 66.604 |
| Southwest Detroit Environmental Vision | MI | 66.604 |
| Latino Academy of Workforce Development, Inc | WI | 66.604 |

EPA_00037885

Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program

| | | | |
|---|---|---|---|
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | XJ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |

EPA_00037887

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00E03103 | $75,000 | $75,000 | $0 | EPA R5 | R05 | 4/1/2022 | 6/30/2023 |
| 00E03104 | $75,000 | $75,000 | $0 | EPA R5 | R05 | 4/11/2022 | 6/30/2023 |
| 00E03105 | $61,726 | $46,362 | $0 | EPA R5 | R05 | 2/28/2022 | 12/31/2023 |
| 00E03108 | $75,000 | $75,000 | $0 | EPA R5 | R05 | 2/1/2022 | 4/30/2023 |
| 01D02020 | $30,000 | $30,000 | $0 | EPA R4 | R04 | 2/1/2020 | 6/30/2023 |
| 01D15120 | $120,000 | $120,000 | $0 | EPA R4 | R04 | 10/1/2020 | 6/30/2023 |
| 01D15220 | $120,000 | $120,000 | $0 | EPA R4 | R04 | 10/1/2020 | 9/30/2023 |
| 01F69601 | $80,000 | $0 | $0 | EPA R6 | R06 | 4/7/2020 | 8/31/2022 |
| 01F89801 | $200,000 | $200,000 | $0 | EPA R6 | OEJECR | 10/1/2020 | 9/30/2024 |
| 01J67301 | $30,000 | $30,000 | $0 | EPA R10 | R10 | 11/1/2019 | 3/30/2023 |
| 01J84501 | $135,191 | $120,000 | $0 | EPA R10 | R10 | 10/1/2020 | 12/30/2022 |
| 01J84601 | $120,000 | $120,000 | $0 | EPA R10 | R10 | 10/1/2020 | 12/31/2023 |
| 02D22722 | $75,000 | $75,000 | $0 | EPA R4 | OEJECR | 6/1/2022 | 9/1/2023 |
| 02D22922 | $75,000 | $0 | $0 | EPA R4 | R04 | 9/30/2022 | 4/30/2025 |
| 02F05001 | $200,000 | $200,000 | $42,229 | EPA R6 | R06 | 10/1/2021 | 9/30/2024 |
| 02F05201 | $135,236 | $135,236 | $0 | EPA R6 | OEJECR | 11/3/2021 | 3/31/2024 |
| 02F06401 | $74,998 | $74,998 | $0 | EPA R6 | R06 | 7/11/2022 | 11/30/2023 |
| 02F06501 | $110,500 | $50,000 | $0 | EPA R6 | OEJECR | 9/19/2022 | 7/31/2024 |
| 02F06601 | $75,000 | $75,000 | $0 | EPA R6 | R06 | 4/1/2022 | 10/30/2023 |
| 02F11501 | $200,000 | $200,000 | $0 | EPA R6 | R06 | 4/1/2022 | 4/30/2024 |
| 02F24001 | $39,716 | $39,716 | $0 | EPA R6 | R06 | 11/1/2022 | 10/31/2024 |
| 02J02401 | $200,000 | $200,000 | $0 | EPA R10 | R10 | 1/1/2022 | 6/30/2024 |
| 02J03101 | $75,000 | $75,000 | $0 | EPA R10 | R10 | 3/1/2022 | 10/1/2023 |
| 02J03201 | $75,000 | $75,000 | $0 | EPA R10 | R10 | 2/1/2022 | 3/31/2023 |
| 02J04101 | $75,000 | $75,000 | $0 | EPA R10 | OA | 2/1/2022 | 5/1/2023 |
| 98T16301 | $120,000 | $120,000 | $0 | EPA R9 | R09 | 10/1/2020 | 10/31/2024 |
| 98T29401 | $200,000 | $200,000 | $14,570 | EPA R9 | R09 | 10/1/2021 | 10/31/2024 |
| 98T29501 | $200,000 | $200,000 | $0 | EPA R9 | R09 | 12/1/2021 | 5/31/2024 |
| 98T31701 | $228,676 | $199,959 | $0 | EPA R9 | R09 | 3/1/2022 | 5/31/2024 |
| 98T32401 | $74,960 | $74,960 | $0 | EPA R9 | R09 | 6/1/2022 | 11/30/2023 |
| 98T32601 | $75,000 | $75,000 | $0 | EPA R9 | R09 | 6/1/2022 | 4/30/2024 |
| 98T32701 | $74,763 | $74,763 | $0 | EPA R9 | R09 | 2/1/2022 | 10/31/2023 |
| 98T32801 | $75,000 | $75,000 | $0 | EPA R9 | R09 | 3/1/2022 | 2/29/2024 |
| 98T33401 | $75,000 | $75,000 | $0 | EPA R9 | R09 | 2/1/2022 | 12/31/2023 |
| 98T34601 | $112,600 | $75,000 | $0 | EPA R9 | R09 | 4/1/2022 | 3/31/2024 |
| 98T34701 | $75,000 | $75,000 | $0 | EPA R9 | R09 | 3/1/2022 | 2/29/2024 |

Lead Free Water for All
ICAN: Addressing Energy Burden and Air Pollution through Solar and Energy Efficiency Skills-Training
Union Hospital Foundation EJ SG
Neighborhood Community Solar Garden model as a Tool for Equity, Access and Prosperity
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Blight to Bioswales (B2B) Water Quality Project
Northwest New Mexico Partnership for Water Utility Training and Safe Water Sustainability
Springbrook Creek: Training the Next Generation of Water Quality Advocates
Development of a Community Action Plan for Climate
Juneau's Community P and D Resiliency Expo
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
SEJCA/ARP - The City of Dallas Data-Driven Air Quality Outreach Pilot
State Environmental Justice Cooperative Agreement American Rescue Plan - Kaw Nation Environmental Justice Project
EJSG/ARP - Integrating Water Quality into Public Lands Programming
Environmental Education Pilot Program for Our Young Champions of the Earth: Where the Animal, Mineral and Plant Kingdoms are Understood, In
American Rescue Plan- Bernalillo County Urban Agricultural Project: Strengthening our communities through a Neighborhood Food Hub
ARP-The Houston Agri-Power program will address improving environmental quality and health disparities in Texas' largest underserved population
Port Arthur Environmental Justice initiative 2022-2023
EJCPS - The Environmental Reporting, Response, and Action Project
Snohomish County COVID-19 Relief Project
Envisioning the Tiny Home Ecovillage: Prioritizing environmental justice and human ecological health in planning for the unhoused in Seattle.
American Rescue Plan (ARP) Funded Climate Justice in the South Puget Sound
ENVIRONMENTAL JUSTICE PROGRAM - Navajo Nation EJ Collaborative Problem-Solving
State Environmental Justice Cooperative Agreement - COVID 19 Projects
State Environmental Justice Cooperative Agreement Program - Train-the-Trainer Health Promoter Program
Environmental Justice Program - Vallejo Food Rescue Project
ENVIRONMENTAL JUSTICE PROGRAM - Comunidad Unida, Aire Limpio: Leveraging Community Air Monitoring for Public Health and Environmen
Environmental Justice Program - Bayview Food Sovereignty
ENVIRONMENTAL JUSTIICE PROGRAM: Harvest to Home Healthy Produce Delivery Project
ENVIRONMENTAL JUSTICE PROGRAM - Congregations as Community Resiliency Hubs
Environmental Justice Program - CARE Resilience Hub: Making Hot Spaces Cool
ENVIRONMENTAL JUSTICE PROGRAM - Navajo Green Job Career Development
ENVIRONMENTAL JUSTICE PROGRAM - New Voices Are Rising for Community Resilience

| | | |
|---|---|---|
| BIG, NFP | IL | 66.604 |
| We Want Green Too | MI | 66.604 |
| Union Hospital Foundation | IN | 66.604 |
| The Neighborhood Hub | MN | 66.604 |
| LEAD Coalition of Bay County Inc | FL | 66.604 |
| National Coalition of 100 Black Women - Central Florida Chapter Inc. | FL | 66.306 |
| Mississippi Band Of Choctaw Indians | MS | 66.306 |
| Southern United Neighborhoods | LA | 66.604 |
| New Mexico Environment Department | NM | 66.312 |
| Forterra | WA | 66.604 |
| Shoshone-Bannock Tribes of the Fort Hall Reserv | ID | 66.306 |
| Central Council of the Tlingit & Haida Tribes | AK | 66.306 |
| New Hope Community Development Inc | NC | 66.604 |
| Bonifay Main Street Association Inc. | FL | 66.604 |
| City of Dallas | TX | 66.312 |
| Kaw Nation of Oklahoma | OK | 66.312 |
| Cottonwood Gulch Expeditions | NM | 66.604 |
| Teaching Responsible Earth Education | LA | 66.604 |
| Bernalillo County Community Health Council | NM | 66.604 |
| Black united Fund of Texas, Inc. | TX | 66.306 |
| Houston Advanced Research Center | TX | 66.309 |
| Front and Centered | WA | 66.306 |
| Vision Church | WA | 66.604 |
| Traction: Design, Action, Research | WA | 66.604 |
| Thurston Climate Action Team | WA | 66.604 |
| NAVAJO NATION TRIBAL GOVERNMENT | AZ | 66.306 |
| American Samoa EPA | AS | 66.312 |
| Contra Costa County Health Services Department | CA | 66.312 |
| SUSTAINABLE SOLANO INC | CA | 66.306 |
| OneOC | CA | 66.604 |
| AsianWeek Foundation | CA | 66.604 |
| Grow2Zero FARMS | CA | 66.604 |
| The Regeneration Project | CA | 66.604 |
| Retail, Arts, Innovation & Livability Community Development | AZ | 66.604 |
| Purpose Focused Alternative Learning Corporation | AZ | 66.604 |
| Rose Foundation for Communities & the Environment | CA | 66.604 |

Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program

| | | | |
|---|---|---|---|
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Yes | 3/26/2025 | 3/26/2025 | EC |
| Yes | 3/24/2025 | 3/25/2025 | 51 |
| Yes | 3/25/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/25/2025 | 3/26/2025 | AJ |
| Yes | 3/25/2025 | 3/25/2025 | 52 |
| Yes | 3/25/2025 | 3/26/2025 | 51 |
| Yes | 3/25/2025 | 3/26/2025 | 52 |
| Yes | 3/26/2025 | 3/26/2025 | 5C |
| Yes | 3/25/2025 | 3/25/2025 | XJ |
| Yes | 3/24/2025 | 3/25/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/25/2025 | 3/25/2025 | 5C |
| Yes | 3/25/2025 | 3/25/2025 | 5C |
| Yes | 3/25/2025 | 3/26/2025 | AJ |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/25/2025 | 3/26/2025 | 52 |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 51 |
| Yes | 3/26/2025 | 3/26/2025 | 52 |
| Yes | 3/26/2025 | 3/26/2025 | 5C |
| Yes | 3/26/2025 | 3/26/2025 | AJ |
| No | 3/26/2025 | N/A | 5Z |
| Yes | 3/26/2025 | 3/26/2025 | XJ |
| Yes | 3/26/2025 | 3/26/2025 | 52 |
| Yes | 3/26/2025 | 3/26/2025 | 51 |
| Yes | 3/26/2025 | 3/26/2025 | 51 |
| Yes | 3/26/2025 | 3/26/2025 | 5B |
| Yes | 3/26/2025 | 3/26/2025 | 51 |
| Yes | 3/26/2025 | 3/26/2025 | 51 |

EPA_00037892

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 98T36301 | | $75,000 | $75,000 | $0 | EPA R9 | R09 | 4/1/2022 | 3/13/2025 |
| 98T36601 | | $75,000 | $75,000 | $0 | EPA R9 | R09 | 4/1/2022 | 3/31/2024 |
| 00E03087 | 00E03087-3 | $200,000 | $200,000 | $255 | EPA R5 | R05 | 2/1/2022 | 3/26/2025 |
| 00E03622 | 00E03622-2 | $500,000 | $500,000 | $380,916 | EPA R5 | R05 | 3/1/2024 | 2/28/2027 |
| 00E03624 | 00E03624-2 | $500,000 | $500,000 | $305,154 | EPA R5 | R05 | 3/1/2024 | 3/24/2025 |
| 00E03625 | 00E03625-1 | $498,008 | $498,008 | $485,021 | EPA R5 | R05 | 8/1/2024 | 3/26/2025 |
| 00E03646 | 00E03646-1 | $500,000 | $500,000 | $500,000 | EPA R5 | R05 | 7/1/2024 | 3/26/2025 |
| 00E03804 | 00E03804-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R5 | R05 | 10/1/2024 | 3/24/2025 |
| 00E03854 | 00E03854-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R5 | R05 | 10/1/2024 | 3/24/2025 |
| 00E03856 | 00E03856-1 | $497,184 | $497,184 | $487,764 | EPA R5 | R05 | 10/1/2024 | 3/24/2025 |
| 00E03859 | 00E03859-1 | $1,000,000 | $1,000,000 | $992,383 | EPA R5 | R05 | 10/1/2024 | 3/25/2025 |
| 00E03638 | 00E03638-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R5 | R05 | 5/1/2024 | 3/26/2025 |
| 00E03396 | 00E03396-1 | $30,455 | $30,455 | $17,430 | EPA R5 | R05 | 5/1/2023 | 3/25/2025 |
| 00E03626 | 00E03626-1 | $499,998 | $499,998 | $468,296 | EPA R5 | R05 | 5/1/2024 | 3/24/2025 |
| 00E03627 | 00E03627-1 | $495,146 | $495,146 | $426,991 | EPA R5 | R05 | 7/1/2024 | 3/26/2025 |
| 00E03628 | 00E03628-1 | $499,634 | $499,634 | $475,745 | EPA R5 | R05 | 7/8/2024 | 3/26/2025 |
| 00E03632 | 00E03632-2 | $1,000,000 | $1,000,000 | $953,000 | EPA R5 | R05 | 6/1/2024 | 3/25/2025 |
| 00E03634 | 00E03634-1 | $1,000,000 | $1,000,000 | $899,533 | EPA R5 | R05 | 7/1/2024 | 3/25/2025 |
| 00E03637 | 00E03637-1 | $1,000,000 | $1,000,000 | $992,444 | EPA R5 | R05 | 7/1/2024 | 3/25/2025 |
| 00E03648 | 00E03648-1 | $499,200 | $499,200 | $262,600 | EPA R5 | R05 | 1/1/2024 | 3/25/2025 |
| 00E03635 | 00E03635-3 | $1,545,800 | $1,000,000 | $1,000,000 | EPA R5 | R05 | 7/1/2024 | 3/25/2025 |
| 00E03858 | 00E03858-1 | $474,253 | $474,253 | $474,253 | EPA R5 | R05 | 10/1/2024 | 3/25/2025 |
| 95334701 | 95334701-1 | $500,000 | $500,000 | $417,085 | EPA R3 | R03 | 5/1/2024 | 3/26/2025 |
| 95335401 | 95335401-1 | $500,000 | $500,000 | $280,664 | EPA R3 | R03 | 4/1/2024 | 3/26/2025 |
| 95335501 | 95335501-1 | $370,775 | $370,775 | $297,923 | EPA R3 | R03 | 2/1/2024 | 3/26/2025 |
| 95336701 | 95336701-1 | $997,266 | $997,266 | $964,381 | EPA R3 | R03 | 5/1/2024 | 3/26/2025 |
| 95336801 | 95336801-2 | $324,000 | $324,000 | $324,000 | EPA R3 | R03 | 10/1/2023 | 3/26/2025 |
| 95337701 | 95337701-1 | $1,000,000 | $1,000,000 | $500,000 | EPA R3 | R03 | 5/1/2024 | 3/26/2025 |
| 953A0089 | 953A0089-0 | $4,615,350 | $2,800,000 | $0 | EPA R3 | OAR | 1/1/2025 | 12/31/2026 |
| 00I24100 | 00I24100-3 | $94,000 | $94,000 | $94,000 | EPA R8 | R08 | 8/15/2023 | 3/26/2025 |
| 00I39300 | 00I39300-1 | $904,330 | $904,330 | $904,330 | EPA R8 | R08 | 7/5/2024 | 3/26/2025 |
| 00I43300 | 00I43300-2 | $500,000 | $500,000 | $446,883 | EPA R8 | R08 | 7/1/2024 | 3/26/2025 |
| 00I43400 | 00I43400-1 | $500,000 | $500,000 | $479,654 | EPA R8 | R08 | 7/15/2024 | 3/26/2025 |
| 00I43500 | 00I43500-1 | $150,000 | $150,000 | $119,584 | EPA R8 | R08 | 3/5/2024 | 3/26/2025 |
| 00I43600 | 00I43600-1 | $574,179 | $500,000 | $467,281 | EPA R8 | R08 | 10/1/2024 | 3/26/2025 |
| 00I43700 | 00I43700-1 | $500,000 | $500,000 | $394,507 | EPA R8 | R08 | 3/15/2024 | 3/26/2025 |

ENVIRONMENTAL JUSTICE PROGRAM - West Oakland Sustainable Port Collaborative: Accelerating the Port of Oaklands Transition to Zero-Emi
ENVIRONMENTAL JUSTICE PROGRAM - TRANSPORTATION BEHAVIORS RELATED TO FOOD &amp; ENERGY IN RURAL NAVAJO AND HC
Building Community Transportation Resilience in the Aftermath of COVID-19
Ecolibrium3 EJ CPS 2023
ARCH (Accompanying Returning Citizens with Hope) Reentry Solar Program
Bloomington-Normal Climate Responsive Community (BNCRC)
The Miami Valley Environmental Justice Collaborative Problem-Solving (EJCPS) Cooperative Agreement Program
WI DNR G2G 2024
Leech Lake Band of Ojibwe G2G FY24
Building Engagement to Policy Pipelines: A Regional Approach to Environmental Justice in Greater Cincinnati
Cuyahoga County Solar for Schools G2G 2024
Addressing Impacts of Climate Change in Cuyahoga County Using HIA's
Preserving & Sharing the Critical Lessons of the PBB Disaster
One Love Global EJ CPS 2023
South Bend Green Empowerment: Improving resources for green development in South Bend's historically underserved communities
Comprehensive air pollution monitoring of industrial sources in disproportionately impacted communities in Metro East, Illinois
Fort Wayne City Utilities: Lead Service Line Replacement Program in Disadvantaged Communities
City of Milwaukee Healthy Homes & ECO Neighborhood
MN Department of Commerce G2G 2023
REFLO Summer High School Environmental Internships
A Model Regional Resilience Network with Resilient Infrastructure
It's in the Air: Community Air Quality System in Detroit
Strengthening Southwest Philadelphia's Environmental Sovereignty and Climate Resilience
YESS of Charles County will work with residents in Nanjemoy, Maryland to improve their wastewater and drinking water systems.
Nature-Based Solutions for Clean Water and Community Resilience in Eagle Harbor, MD
Building Frederick County Together
DPW YH2O+ Expansion II
EJG2G Pennsylvania Engaging New Voices on Environmental Justice
Penn Hills School District - Diesel School Bus Replacement Project
Focus Points Pilot Agrivoltaic Project
Confederated Salish and Kootenai Tribes Environmental Justice Government-to-Government (EJG2G) Project
National Wildlife Foundation - Globeville I-70 Green Infrastructure Partnership 2024-2027
Denver Urban Gardens' (DUG) Dig Deeper Initiative (DDI)
Addressing Environmental and Public Health Vulnerabilities Through Access to Environmental Programming
Electronic bicycles for Pueblo, Colorado
American Solar Energy Society, Inc. - Net Zero Solar Living for Oglala Lakota Affordable & Traditional Housing Initiative at Pine Ridge Reservation

| | | |
|---|---|---|
| West Oakland Environmental Indicators Project | CA | 66.604 |
| Native Renewables, Inc. | AZ | 66.604 |
| HOURCAR | MN | 66.306 |
| ECOLIBRIUM3 | MN | 66.306 |
| Vincentian Ohio Action Network | OH | 66.306 |
| Ecology Action Center | IL | 66.306 |
| Advocates for Basic Legal Equality, Inc. | OH | 66.306 |
| Wisconsin Department of Natural Resources | WI | 66.312 |
| Leech Lake Band of Ojibwe | MN | 66.312 |
| Green Umbrella | OH | 66.306 |
| Cuyahoga County | OH | 66.312 |
| Cuyahoga County Board-Health | OH | 66.312 |
| ALMA College | MI | 66.309 |
| One Love Global | MI | 66.306 |
| ENFOCUS INC | IN | 66.306 |
| United Congregations of Metro | IL | 66.306 |
| Fort Wayne City Utilities | IN | 66.312 |
| City of Milwaukee | WI | 66.312 |
| Department of Commerce Minnesota | MN | 66.312 |
| Reflo, Inc. | WI | 66.306 |
| City of Ann Arbor | MI | 66.312 |
| Detroiters Working for Environmental Justice | MI | 66.306 |
| John Bartram Association | PA | 66.306 |
| YESS of Charles County, Inc. | MD | 66.306 |
| Ridge to Reefs Inc | MD | 66.306 |
| Frederick County Maryland | MD | 66.312 |
| City of Baltimore | MD | 66.312 |
| Pennsylvania Department of Environmental Protection | PA | 66.312 |
| Penn Hills School District | PA | 66.049 |
| Focus Points Family Resource Center | CO | 66.309 |
| Confederated Salish & Kootenai Tribes | MT | 66.312 |
| National Wildlife Federation | VA | 66.306 |
| Denver Urban Gardens | CO | 66.306 |
| EcoAction Partners | CO | 66.306 |
| Bessemer Historical Society, Inc. | CO | 66.306 |
| American Solar Energy Society Inc. | CO | 66.306 |

Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Clean Heavy-Duty Vehicles Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

| | | | | |
|---|---|---|---|---|
| Yes | | 3/26/2025 | 3/26/2025 | AJ |
| Yes | | 3/26/2025 | 3/26/2025 | 5C |
| Yes | | 3/26/2025 | 3/26/2025 | AK |
| Yes | | 3/26/2025 | 3/26/2025 | 52 |
| Yes | | 3/26/2025 | 3/26/2025 | AK |
| Yes | | 3/26/2025 | 3/26/2025 | 52 |
| Yes | | 3/26/2025 | 3/26/2025 | 52 |
| Yes | | 3/26/2025 | 3/26/2025 | 5B |
| Yes | | 3/26/2025 | 3/27/2025 | 52 |
| Yes | | 3/25/2025 | 3/27/2025 | 5B |
| Yes | | 3/25/2025 | 3/27/2025 | 5B |
| Yes | | 3/25/2025 | 3/27/2025 | 51 |
| Yes | | 3/25/2025 | 3/27/2025 | 5B |
| Yes | | 3/26/2025 | 3/26/2025 | 5B |
| Yes | | 3/27/2025 | 3/27/2025 | 51 |
| Yes | | 3/27/2025 | 3/27/2025 | 51 |
| Yes | | 3/27/2025 | 3/27/2025 | 51 |
| Yes | | 3/27/2025 | 3/27/2025 | 51 |
| Closed | N/A | | N/A | NE |
| Yes | | 3/27/2025 | 3/27/2025 | 5C |
| Yes | | 3/27/2025 | 3/27/2025 | 5C |
| Yes | | 3/27/2025 | 3/27/2025 | 5C |
| Yes | | 3/27/2025 | 3/27/2025 | 52 |
| Yes | | 3/27/2025 | 3/27/2025 | 52 |
| Yes | | 3/27/2025 | 3/27/2025 | 52 |
| Yes | | 3/27/2025 | 3/27/2025 | 5B |
| Yes | | 3/27/2025 | 3/27/2025 | 5B |
| Closed | N/A | | N/A | XJ |
| Closed | N/A | | N/A | NE |
| Yes | | 3/27/2025 | 3/28/2025 | EQ |
| Yes | | 3/27/2025 | 3/28/2025 | EQ |
| Yes | | 3/28/2025 | 3/28/2025 | EQ |
| Yes | | 3/28/2025 | 3/28/2025 | 5B |
| Yes | | 3/28/2025 | 3/28/2025 | 5B |
| Yes | | 3/28/2025 | 3/28/2025 | 5B |
| Closed | N/A | | N/A | EQ |

EPA_00037897

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00I51800 | 00I51800-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R8 | R08 | 9/6/2024 | 3/26/2025 |
| 00I52500 | 00I52500-1 | $1,000,000 | $1,000,000 | $966,542 | EPA R8 | R08 | 8/15/2024 | 3/26/2025 |
| 00I52700 | 00I52700-2 | $1,000,000 | $1,000,000 | $991,831 | EPA R8 | R08 | 7/12/2024 | 3/26/2025 |
| 00I52800 | 00I52800-2 | $1,000,000 | $1,000,000 | $976,894 | EPA R8 | R08 | 5/13/2024 | 3/26/2025 |
| 00I52900 | 00I52900-3 | $1,000,000 | $1,000,000 | $869,491 | EPA R8 | R08 | 9/30/2024 | 3/26/2025 |
| 00I53000 | 00I53000-1 | $1,000,000 | $1,000,000 | $999,393 | EPA R8 | R08 | 8/15/2024 | 3/26/2025 |
| 02J58101 | 02J58101-1 | $977,919 | $977,919 | $868,407 | EPA R10 | R10 | 4/1/2024 | 3/26/2025 |
| 02J56701 | 02J56701-1 | $351,968 | $351,968 | $206,468 | EPA R10 | R10 | 4/1/2024 | 3/26/2025 |
| 02J58201 | 02J58201-1 | $471,635 | $471,635 | $393,067 | EPA R10 | R10 | 5/15/2024 | 3/26/2025 |
| 02J56101 | 02J56101-1 | $443,189 | $443,189 | $288,888 | EPA R10 | R10 | 2/1/2024 | 3/25/2025 |
| 02J56201 | 02J56201-1 | $500,000 | $500,000 | $355,651 | EPA R10 | R10 | 3/1/2024 | 3/25/2025 |
| 02J56301 | 02J56301-2 | $477,135 | $477,135 | $351,119 | EPA R10 | R10 | 4/1/2024 | 3/25/2025 |
| 02J57301 | 02J57301-1 | $500,000 | $500,000 | $437,285 | EPA R10 | R10 | 4/15/2024 | 3/25/2025 |
| 02J56401 | 02J56401-1 | $341,538 | $341,538 | $296,436 | EPA R10 | R10 | 5/1/2024 | 3/26/2025 |
| 00A01150 | 00A01150-2 | $500,000 | $500,000 | $415,677 | EPA R1 | R01 | 4/1/2024 | 3/27/2025 |
| 00A01235 | 00A01235-1 | $500,000 | $500,000 | $409,136 | EPA R1 | R01 | 1/17/2024 | 3/27/2025 |
| 00A01314 | 00A01314-1 | $500,000 | $500,000 | $367,003 | EPA R1 | R01 | 4/1/2024 | 3/27/2025 |
| 00A01389 | 00A01389-1 | $500,000 | $500,000 | $432,589 | EPA R1 | R01 | 4/1/2024 | 3/27/2025 |
| 97T06901 | | $0 | $0 | $0 | EPA R9 | R09 | 7/1/2024 | 3/1/2026 |
| 00E03636 | 00E03636-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R5 | R05 | 6/1/2024 | 3/27/2025 |
| 00A01183 | 00A01183-3 | $886,014 | $886,014 | $733,943 | EPA R1 | R01 | 5/1/2024 | 3/27/2025 |
| 00A01276 | 00A01276-2 | $876,765 | $876,765 | $860,917 | EPA R1 | R01 | 5/12/2024 | 3/27/2025 |
| 00A01439 | 00A01439-2 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R1 | R01 | 10/1/2024 | 3/27/2025 |
| 00A01440 | 00A01440-2 | $1,050,000 | $1,050,000 | $1,050,000 | EPA R1 | R01 | 8/1/2024 | 3/27/2025 |
| 00A01441 | 00A01441-1 | $1,000,000 | $1,000,000 | $980,991 | EPA R1 | R01 | 7/1/2024 | 3/27/2025 |
| 00A01502 | 00A01502-1 | $500,000 | $500,000 | $383,427 | EPA R1 | R01 | 2/1/2024 | 3/27/2025 |
| 00A01504 | 00A01504-1 | $500,000 | $500,000 | $463,425 | EPA R1 | R01 | 6/1/2024 | 3/27/2025 |
| 96708901 | | $40,000 | $40,000 | $0 | EPA R7 | R07 | 10/1/2023 | 9/30/2024 |
| 96235423 | | $144,252 | $80,000 | $0 | EPA R2 | R02 | 4/3/2023 | 6/30/2025 |
| 02D22822 | 02D22822-1 | $75,000 | $75,000 | $0 | EPA R4 | R04 | 10/1/2023 | 3/20/2025 |
| 02D23022 | 02D23022-2 | $75,000 | $75,000 | $0 | EPA R4 | R04 | 3/1/2023 | 2/28/2025 |
| 00A00600 | 00A00600-2 | $74,965 | $74,965 | $31,069 | EPA R1 | R01 | 5/1/2022 | 3/28/2025 |
| 00A01182 | 00A01182-2 | $500,000 | $500,000 | $379,289 | EPA R1 | R01 | 6/15/2024 | 3/28/2025 |
| 00A01352 | 00A01352-1 | $150,000 | $150,000 | $86,631 | EPA R1 | R01 | 2/1/2024 | 3/28/2025 |
| 00A01390 | 00A01390-1 | $500,000 | $500,000 | $371,348 | EPA R1 | R01 | 2/1/2024 | 3/28/2025 |
| 02J03701 | | $75,000 | $75,000 | $0 | EPA R10 | R10 | 1/1/2022 | 9/30/2023 |

Environmental Justice Government to Government Grant
A one-stop shop to accelerate healthy, resilient, low-carbon housing for low-income, rural, and Indigenous residents of Missoula County
North Dakota Environmental Government-to-Government (EJG2G) Program
Catalyzing Community: Revitalizing the Cooperative Cultural Center for Health, Justice, and Inclusion
UDEQ Community-Engaged Air Pollution Monitoring and Mitigation
City and County of Denver Healthy Affordable Home Electrification Program
Climate Vulnerability Rapid-Assessment Tool and Training
Southern Oregon Wildfire Resilience Education for All
Engaging schools and communities in environmental justice: Working together to improve water quality in rural Whitman County
Empowering Environmental Justice communities to build climate resiliency through community-oriented solutions, equitable fuels reduction program
Health Climate Planning that Strengthens Alaska's Rural Communities
Drying seaweed using waste heat: a proof of concept to build community resilience for food security and economic diversity in PWS, AK
Wildfire Preparedness and Resiliency in Farmworker Communities
Tribal Youth Environmental Justice and Climate Leadership Program
Cooling Solutions for Heat and Health
Growing Environmental Justice through Community Food Forest Development
Refugee Lead Safety
Fitchburg Green Solutions Project: Nature-Based Solutions to Climate Impacts
Environmental Education - Youth-led Community Action in Palau
Community Engagement Process for Flint Climate Change and Resiliency Plan
GPCOG G2G '23
Building and Expanding Equitable Active Transportation Networks in Northwestern Vermont
City of Waterbury, CT - Environmental Justice Government-to-Government (EJG2G) Program
City of Bridgeport - Environmental Justice Government-to-Government Application
Electrify New Haven
Healthy Air Network - Building rural community capacity and youth education on air quality and climate resilience in the Connecticut River Valley
Building on HEAL (Healthy Environments Advance Learning)
KC Tree Core Workforce Training Program
Urban Ecology Teen Summer and Scholars Program (Urban Eco-Teens)
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
EJSG/Arp - Dwight, Healthy and Just Neighborhood
MPRC CPS '23
Center for an Ecology-Based Economy - Collaborative Problem-Solving 2023
Gulf of Maine Research Institute - Collaborative Problem Solving 2023
EJSG/ARP - Local mitigation of Greenhouse Gases through Education and Empowerment of Fairview Residents

| | | |
|---|---|---|
| Colorado Department of Public Health & Environment | CO | 66.312 |
| Missoula County | MT | 66.312 |
| North Dakota Department of Environmental Quality | ND | 66.312 |
| Town of Bluff | UT | 66.312 |
| State of Utah Dept of Environmental Quality | UT | 66.312 |
| Denver, City & County of | CO | 66.312 |
| Tulalip Tribes of Washington | WA | 66.312 |
| SOUTHERN OREGON FOREST RESTORATION COLLABORATIVE | OR | 66.306 |
| PALOUSE CONSERVATION DISTRICT | WA | 66.312 |
| METHOW VALLEY CITIZENS COUNCIL | WA | 66.306 |
| ALASKA MUNICIPAL LEAGUE | AK | 66.306 |
| PRINCE WILLIAM SOUND SCIENCE AND TECHNOLOGY INSTITUTE | AK | 66.306 |
| FARMWORKER JUSTICE FUND INC | DC | 66.306 |
| UPPER SNAKE RIVER TRIBES FOUNDATION INC | ID | 66.306 |
| Mystic River Watershed Association, Inc. | MA | 66.306 |
| United Charitable | VA | 66.306 |
| Refugee Development Center, Inc | RI | 66.306 |
| Nashua River Watershed Association Inc | MA | 66.306 |
| University of Maine System | ME | 66.951 |
| City of Flint | MI | 66.312 |
| Greater Portland Council of Governments | ME | 66.312 |
| Northwest Regional Planning Commission | VT | 66.312 |
| City of Waterbury | CT | 66.312 |
| City of Bridgeport | CT | 66.312 |
| City of New Haven | CT | 66.312 |
| Hitchcock Center for the Environment, Inc | MA | 66.306 |
| Health Resources in Action, Inc. | MA | 66.306 |
| Bridging the Gap Inc. | MO | 66.309 |
| Van Cortlandt Park Alliance Inc | NY | 66.951 |
| Institute for the Advancement of Minority Health | MS | 66.604 |
| Nettles Foundation | MS | 66.604 |
| Greater Dwight Develoopment Corporation | CT | 66.604 |
| Maine Peoples Resource Center | ME | 66.306 |
| Center for an Ecology-Based Economy | ME | 66.306 |
| Gulf of Maine Research Institute | ME | 66.306 |
| Anchorage NeighborhoodHousing Services Inc | AK | 66.604 |

EPA_00037900

Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Education Grants
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Education Grants
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program

EPA_00037901

| | | | |
|---|---|---|---|
| Yes | | 3/28/2025 | 3/28/2025 5B |
| Yes | | 3/28/2025 | 3/28/2025 5B |
| Yes | | 3/28/2025 | 3/28/2025 5B |
| Yes | | 3/28/2025 | 3/28/2025 51 |
| Yes | | 3/28/2025 | 3/28/2025 5B |
| Yes | | 3/28/2025 | 3/28/2025 AJ |
| Yes | | 3/26/2025 | 3/28/2025 AJ |
| Yes | | 3/28/2025 | 3/28/2025 5B |
| Yes | | 3/28/2025 | 3/28/2025 5C |
| No | | 3/31/2025 N/A | 5Z |
| Yes | | 3/31/2025 | 3/31/2025 52 |
| Yes | | 3/31/2025 | 3/31/2025 AK |
| Yes | | 3/31/2025 | 3/31/2025 AK |
| Yes | | 3/31/2025 | 3/31/2025 AJ |
| Yes | | 3/31/2025 | 3/31/2025 AK |
| Yes | | 3/28/2025 | 3/31/2025 AK |
| Yes | | 3/28/2025 | 3/31/2025 5B |
| Yes | | 3/28/2025 | 3/31/2025 5B |
| Yes | | 3/28/2025 | 3/31/2025 5B |
| Yes | | 3/28/2025 | 3/31/2025 5B |
| Yes | | 3/28/2025 | 3/31/2025 5B |
| Yes | | 3/28/2025 | 3/31/2025 EQ |
| Yes | | 3/28/2025 | 3/31/2025 EQ |
| Yes | | 3/28/2025 | 3/31/2025 EC |
| Yes | | 3/28/2025 | 3/31/2025 EC |
| Yes | | 3/28/2025 | 3/31/2025 AJ |
| Yes | | 3/28/2025 | 3/31/2025 52 |
| Yes | | 3/28/2025 | 3/31/2025 5B |
| Yes | | 3/28/2025 | 3/31/2025 51 |
| Yes | | 3/28/2025 | 3/31/2025 52 |
| Yes | | 3/28/2025 | 3/31/2025 52 |
| Yes | | 3/28/2025 | 3/31/2025 5C |
| Yes | | 3/28/2025 | 3/31/2025 52 |
| Yes | | 3/28/2025 | 3/31/2025 5B |
| Yes | | 3/28/2025 | 3/31/2025 XJ |
| Yes | | 3/28/2025 | 3/31/2025 5B |

EPA_00037902

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 96711401 | 96711401-1 | $500,000 | $500,000 | $393,765 | EPA R7 | R07 | 6/1/2024 | 3/28/2025 |
| 96711501 | 96711501-1 | $1,774,458 | $472,919 | $372,919 | EPA R7 | R07 | 9/1/2024 | 3/28/2025 |
| 96711701 | 96711701-1 | $500,000 | $500,000 | $466,304 | EPA R7 | R07 | 9/1/2024 | 3/28/2025 |
| 96711901 | 96711901-2 | $500,000 | $500,000 | $500,000 | EPA R7 | R07 | 10/1/2024 | 3/28/2025 |
| 96712101 | 96712101-1 | $499,342 | $499,342 | $425,114 | EPA R7 | R07 | 9/1/2024 | 3/28/2025 |
| 96712201 | 96712201-2 | $1,000,000 | $1,000,000 | $964,511 | EPA R7 | R07 | 5/1/2024 | 3/28/2025 |
| 00I52600 | 00I52600-1 | $999,935 | $999,935 | $999,935 | EPA R8 | R08 | 6/24/2024 | 3/26/2025 |
| 03D02824 | 03D02824-1 | $500,000 | $500,000 | $431,169 | EPA R4 | R04 | 3/1/2024 | 3/20/2025 |
| 03D03724 | 03D03724-1 | $1,000,000 | $1,000,000 | $958,607 | EPA R4 | R04 | 3/1/2024 | 3/26/2025 |
| 953A0094 | 953A0094-0 | $37,634,715 | $24,503,465 | $0 | EPA R3 | OAR | 1/1/2025 | 12/31/2026 |
| 00A01184 | 00A01184-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R1 | R01 | 4/1/2024 | 3/31/2025 |
| 00A01236 | 00A01236-3 | $1,000,000 | $1,000,000 | $904,060 | EPA R1 | R01 | 7/1/2024 | 3/31/2025 |
| 00A01275 | 00A01275-1 | $1,000,000 | $1,000,000 | $994,120 | EPA R1 | R01 | 10/1/2024 | 3/31/2025 |
| 00A01316 | 00A01316-1 | $944,618 | $944,618 | $578,016 | EPA R1 | R01 | 6/3/2024 | 3/31/2025 |
| 00A01317 | 00A01317-3 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R1 | R01 | 10/1/2024 | 3/31/2025 |
| 96213824 | 96213824-1 | $1,028,353 | $1,028,353 | $1,028,353 | EPA R2 | R02 | 9/1/2024 | 3/28/2025 |
| 96214024 | 96214024-1 | $500,000 | $500,000 | $479,822 | EPA R2 | R02 | 3/1/2024 | 3/28/2025 |
| 96214124 | 96214124-1 | $500,000 | $500,000 | $22,692 | EPA R2 | R02 | 1/1/2024 | 3/28/2025 |
| 96214224 | 96214224-1 | $327,900 | $327,900 | $296,942 | EPA R2 | R02 | 6/1/2024 | 3/28/2025 |
| 96214324 | 96214324-1 | $500,000 | $500,000 | $474,858 | EPA R2 | R02 | 3/1/2024 | 3/28/2025 |
| 96229424 | 96229424-1 | $500,000 | $500,000 | $444,275 | EPA R2 | R02 | 2/1/2024 | 3/28/2025 |
| 96239900 | 96239900-4 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 1/1/2022 | 3/28/2025 |
| 96240922 | 96240922-2 | $75,000 | $75,000 | $75,000 | EPA R2 | OEJECR | 9/1/2022 | 3/28/2025 |
| 96241922 | 96241922-2 | $200,000 | $200,000 | $0 | EPA R2 | R02 | 10/1/2022 | 3/28/2025 |
| 96242022 | 96242022-3 | $200,000 | $200,000 | $30,930 | EPA R2 | R02 | 10/1/2022 | 3/28/2025 |
| 96263100 | 96263100-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R2 | R02 | 8/1/2024 | 3/28/2025 |
| 96263324 | 96263324-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R2 | R02 | 10/1/2024 | 3/28/2025 |
| 96263424 | 96263424-1 | $500,000 | $500,000 | $495,000 | EPA R2 | R02 | 7/1/2024 | 3/28/2025 |
| 96263724 | 96263724-1 | $500,000 | $500,000 | $400,000 | EPA R2 | R02 | 6/1/2024 | 3/28/2025 |
| 96263923 | 96263923-1 | $982,633 | $982,633 | $982,633 | EPA R2 | R02 | 9/1/2024 | 3/28/2025 |
| 96264123 | 96264123-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R2 | R02 | 12/1/2024 | 3/28/2025 |
| 96264223 | 96264223-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R2 | R02 | 10/1/2024 | 3/28/2025 |
| 96265800 | 96265800-1 | $1,050,000 | $1,050,000 | $1,050,000 | EPA R2 | R02 | 11/1/2024 | 3/28/2025 |
| 96266600 | 96266600-1 | $150,000 | $150,000 | $105,940 | EPA R2 | R02 | 8/1/2024 | 3/28/2025 |
| 02D48523 | 02D48523-2 | $60,000 | $60,000 | $21,032 | EPA R4 | R04 | 5/1/2023 | 3/12/2025 |
| 03D03324 | 03D03324-1 | $500,000 | $500,000 | $377,482 | EPA R4 | R04 | 4/1/2024 | 3/12/2025 |

Springfield Community Gardens 2040 Collaborative Farming Forward
Climate Action Hubs - Gamaliel Foundation EJCPS
Building Capacity for Impactful Environmental Justice Work in Iowa
Bridging the GAP Inc. Community Resiliency Investment Program
Collaborative Transit Master Planning: Addressing environmental justice and public health harms to transform disadvantaged communities
Iowa's Environmental Justice Health Equity Program (EJHE) Program
The Montana Environmental Services for Housing Project
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government- to- Government (EJG2G) Program
Howard County Public Schools CHDV Grant 2024
Wabanaki Heat Pump Initiative
Addressing Inequities through a Comprehensive CHW Home Visiting Model (AIM)
Addressing Environmental Justice in the Champlain Valley through Healthy and Energy-Efficient Homes
Rhode Island Department of Environmental Management Government to Government
Improving Air Quality for Environmental Justice Communities Disproportionately Affected by Ashma in Providence, RI
Assisting communities in identifying, preventing and eliminating blighted properties and associated health and environmental risks through educatio
New Jersey EJ Education Collaborative
Grassroots Leadership, Educatio, and a Safe Water Quality Network in Puerto Rico
Advancing Environmental Justice and Climate Resiliency through increasing Tree Canopy in the Ironbound section of Newark
Puerto Rico Planning for Locally Led Adaptation
Partnership for Urban Waterways in Bronx and Lower Westchester Counties, New York
South Bronx Air Quality , COVID-19 Transmission, Vaccine Outreach, and Collective Action Project
Staten Island Economic Development Corporation Environmental Justice North Shore Program
Terra Ay Ay Environmental Action Group
The Puerto Rico Anti-Blight Initiative: Fostering Civic Participation for Safer, Healthier, and Resilient Communities
NJDEP - Determination and Vulnerability Assessment of Urban Heat Island Exposure in NJ Environmental Justice and Overburdened Communities
The New York City Air Conditioner Recovery Program
Environmental Justice Collaborative Problem-Solving in Arecibo, Barceloneta and Utuado, Puerto Rico - PathStone
Nos Quedamos Climate Justice, Community Resilience, and Emergency Preparedness Curricula for South Bronx Youth and Adults
Retooling Homes for improved Air Quality
Environmental Justice for Jersey City Youth Through Neighborhood Greenways and Nature-Based Programming
Clean Hudson - Hudson County, Division of Planning Project
The Municipal Housing Authority for the City of Yonkers Green Project
SSCC Citizen Science for Environmental Health & Climate Resiliency
Surveys, Investigations, Training and Special Activities for Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

EPA_00037904

| | | |
|---|---|---|
| Springfield Community Gardens | MO | 66.306 |
| Gamaliel Foundation | IL | 66.306 |
| Iowa Environmental Council | IA | 66.306 |
| Bridging the Gap Inc. | MO | 66.306 |
| Pednet Coalition, Inc. | MO | 66.306 |
| | | 66.312 |
| Montana Department of Environmental Quality | MT | 66.312 |
| E3 Solutions, Inc. | AL | 66.306 |
| Mobile County Board of Health | AL | 66.312 |
| Board of Education of Howard County | MD | 66.049 |
| Penobscot Indian Nation | ME | 66.312 |
| Public Health, Massachusetts Department of | MA | 66.312 |
| Human Services Vermont Agency of | VT | 66.312 |
| Rhode Island Department of Environmental Management | RI | 66.312 |
| The Rhode Island Department of Health | RI | 66.312 |
| Municipio De Vega Baja | PR | 66.312 |
| New Jersey Environmental Justice Alliance Inc. | NJ | 66.306 |
| ATMA CONNECT | CA | 66.306 |
| Ironbound Community Corporation | NJ | 66.306 |
| Sociedad Ambiente Marino Inc | PR | 66.306 |
| Bronx River Alliance Inc | NY | 66.306 |
| Youth Ministries for Peace and Justice Inc | NY | 66.604 |
| Staten Island Economic Development Corporation | NY | 66.604 |
| St Croix Foundation for Community Development Inc | VI | 66.306 |
| Center for Habitat Reconstruction, Inc. | PR | 66.306 |
| New Jersey Department of Environmental Protection | NJ | 66.312 |
| City of New York | NY | 66.312 |
| Pathstone Corporation | NY | 66.306 |
| WE STAY-NOS QUEDAMOS INC | NY | 66.306 |
| City of Jamestown | NY | 66.312 |
| City of Jersey City | NJ | 66.312 |
| Hudson County Board-Freeholder | NJ | 66.312 |
| Municipal Housing Authority for the City of Yonkers Inc | NY | 66.312 |
| Sixth Street Community Cetner, Inc | NY | 66.306 |
| Jackson State University | MS | 66.309 |
| STEPS COALITION | MS | 66.306 |

EPA_00037905

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Clean Heavy-Duty Vehicles Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

EPA_00037906

| | | | |
|---|---|---|---|
| Yes | | 3/28/2025 | 3/31/2025 51 |
| Yes | | 3/31/2025 | 3/31/2025 52 |
| Yes | | 3/28/2025 | 4/1/2025 5B |
| Yes | | 3/31/2025 | 4/1/2025 5C |
| Yes | | 3/31/2025 | 4/1/2025 52 |
| Yes | | 3/31/2025 | 4/1/2025 AJ |
| Yes | | 3/28/2025 | 4/2/2025 5B |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Yes | | 3/28/2025 | 4/3/2025 51 |
| Yes | | 3/28/2025 | 4/3/2025 52 |

EPA_00037907

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03D03624 | 03D03624-2 | $500,000 | $500,000 | $371,038 | EPA R4 | R04 | 3/1/2024 | 3/12/2025 |
| 03D04424 | 03D04424-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R4 | R04 | 3/1/2024 | 3/31/2025 |
| 03D02924 | 03D02924-1 | $150,000 | $150,000 | $121,949 | EPA R4 | R04 | 3/1/2024 | 3/20/2025 |
| 03D04124 | 03D04124-2 | $1,000,000 | $1,000,000 | $963,911 | EPA R4 | R04 | 3/1/2024 | 3/31/2025 |
| 03D03924 | 03D03924-1 | $1,000,000 | $1,000,000 | $969,682 | EPA R4 | R04 | 3/1/2024 | 3/31/2025 |
| 03D04324 | 03D04324-1 | $1,000,000 | $1,000,000 | $975,768 | EPA R4 | R04 | 7/31/2024 | 3/31/2025 |
| 03D03424 | 03D03424-1 | $500,000 | $500,000 | $267,590 | EPA R4 | R04 | 3/1/2024 | 3/14/2025 |
| 84017701 | | $200,000 | $200,000 | $0 | EPA HQ | OA | 11/1/2020 | 10/31/2023 |
| 84033701 | | $200,000 | $200,000 | $0 | EPA HQ | OEJECR | 10/1/2021 | 9/30/2024 |
| 84034201 | | $183,727 | $183,727 | $0 | EPA HQ | OEJECR | 10/1/2021 | 9/30/2024 |
| 84034401 | | $200,000 | $200,000 | $0 | EPA HQ | OEJECR | 10/1/2021 | 9/30/2024 |
| 84037201 | | $160,000 | $160,000 | $0 | EPA HQ | OEJECR | 3/1/2022 | 8/31/2024 |
| 84049101 | | $98,574 | $98,574 | $0 | EPA HQ | OEJECR | 2/1/2023 | 1/31/2024 |
| 03D03224 | 03D03224-1 | $1,000,000 | $500,000 | $398,650 | EPA R4 | R04 | 3/1/2024 | 3/21/2025 |
| 03D03824 | 03D03824-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R4 | R04 | 4/1/2024 | 3/28/2025 |

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government- to- Government (EJG2G) Program
Environmental Justice Government- to- Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Using Artificial Intelligence to Reduce Lead Exposure and Promote Environmental Justice
ARP / SEJCA - Healthy People, Homes and Neighborhoods Project
SEJCA / ARP Nickerson Gardens 'Breathe Free' Covid-19 and Asthma Awareness Program
ARP / SEJCA - LDEQ State Environmental Justice Cooperative Agreement Program
EJCPS/ARP Live Heatlhy Little Havana, Inc. - Building Climate Resiliency for Little Havana's Affordable Housing Stock
Choclaw Nation of Oklahoma Project Oka Storm
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government- to- Government (EJG2G) Program

| | | |
|---|---|---|
| Tennessee Environmental Council, Inc. | TN | 66.306 |
| City of Memphis, Tennessee | TN | 66.312 |
| DreamNGreen - DREAM IN GREEN, INC. | FL | 66.306 |
| LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT | KY | 66.312 |
| PalmBchCoGov - COUNTY OF PALM BEACH | FL | 66.312 |
| scdoes4789 - South Carolina Department of Environmental Services | SC | 66.312 |
| CLEANAIRE NORTH CAROLINA | NC | 66.306 |
| City of Toledo | OH | 66.312 |
| City of Mailwaukee | WI | 66.312 |
| Housing Authority of the City of Los Angeles | CA | 66.312 |
| Louisiana Department of Environmental Quality | LA | 66.312 |
| Live Healthy little Havana, Inc. | FL | 66.306 |
| Choclaw Nation of Oklahoma | OK | 66.604 |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | MS | 66.306 |
| CITY OF SAVANNAH | GA | 66.312 |

EPA_00037910

Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program

Cell: J191
Comment: [Threaded comment]

Your version of Excel allows you to read this threaded comment; however, any edits to it will get removed if the file is opened in a newer version of Excel. Learn more: https://go.microsoft.com/fwlink/?linkid=870924

Comment:
Compass balance $42,228.72 as of 04/02/25. Financial closure pending repayment of overdrawn funds.

Cell: J203
Comment: [Threaded comment]

Your version of Excel allows you to read this threaded comment; however, any edits to it will get removed if the file is opened in a newer version of Excel. Learn more: https://go.microsoft.com/fwlink/?linkid=870924

Comment:
Compass balance as of 04/02/25. RTP requesting new FFR from recipient.

**Grant Termination Summary Report**

Data compiled as of 04/03/2025

| Region/HQ | No. of Grants Awarded and Terminated | Amount Awarded and Terminated | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled |
|---|---|---|---|---|
| R01 | 22 | $14,982,362 | $13,249,652 | 0 |
| R02 | 19 | $11,088,886 | $9,886,445 | 0 |
| R03 | 19 | $31,113,823 | $23,347,287 | 2 |
| R04 | 18 | $20,560,000 | $16,729,776 | 0 |
| R05 | 24 | $34,193,878 | $28,398,647 | 0 |
| R06 | 22 | $13,391,931 | $12,311,154 | 0 |
| R07 | 7 | $11,472,261 | $9,272,690 | 0 |
| R08 | 15 | $17,148,265 | $16,058,633 | 0 |
| R09 | 28 | $25,162,872 | $20,233,391 | 0 |
| R10 | 16 | $18,435,425 | $14,964,516 | 1 |
| HQ | 17 | $31,149,307 | $19,158,615 | 25 |
| **Total** | **207** | **$228,699,010** | **$183,610,807** | **28** |



| Amount Not Yet Awarded and Cancelled | No. of Grants Awarded and Closed (Expired) |
|---|---|
| $0 | 6 |
| $0 | 9 |
| $27,303,465 | 1 |
| $0 | 6 |
| $0 | 11 |
| $0 | 9 |
| $0 | 11 |
| $0 | 8 |
| $0 | 14 |
| $260,000 | 8 |
| $129,617,409 | 12 |
| **$157,180,874** | **95** |



| Date of Termination / Grant Action | Contract/Order #/ PIID / FAIN | Agency |
|---|---|---|
| 13-Feb-25 | redacted (internal) | EPA |
| 21-Feb-25 | 13746681 | EPA |
| 21-Feb-25 | 84061101 | EPA |
| 21-Feb-25 | 95314201 | EPA |
| 21-Feb-25 | 95334801 | EPA |
| 21-Feb-25 | 95338201 | EPA |
| 21-Feb-25 | 95341301 | EPA |
| 21-Feb-25 | 96701501 | EPA |
| 21-Feb-25 | 00E03450 | EPA |
| 21-Feb-25 | 00E03682 | EPA |
| 21-Feb-25 | 00I10501 | EPA |
| 21-Feb-25 | 02F50601 | EPA |
| 21-Feb-25 | 02F50801 | EPA |
| 21-Feb-25 | 02J56601 | EPA |
| 21-Feb-25 | 02J63801 | EPA |
| 21-Feb-25 | 03D03124 | EPA |
| 21-Feb-25 | 98T65801 | EPA |
| 21-Feb-25 | 98T88701 | EPA |
| 21-Feb-25 | 98T91201 | EPA |
| 21-Feb-25 | 98T91501 | EPA |
| 21-Feb-25 | 00A01436 | EPA |
| 4-Mar-25 | 84108101 | EPA |
| 4-Mar-25 | 84108601 | EPA |
| 4-Mar-25 | 84109001 | EPA |

EPA_00038562

**Vendor**

CLIMATE JUSTICE ALLIANCE

DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC

INSTITUTE FOR SUSTAINABLE COMMUNITIES

NATIONAL WILDLIFE FEDERATION
NUEVA ESPERANZA, INC.
APPALACHIAN VOICES

GREEN & HEALTHY HOMES INITIATIVE INC

WICHITA STATE UNIVERSITY

REGENTS OF THE UNIVERSITY OF MINNESOTA

MINNEAPOLIS FOUNDATION
MONTANA STATE UNIVERSITY
BLACK UNITED FUND OF TEXAS, INC.
EARTH CARE INTERNATIONAL

OREGON COAST VISITORS ASSOCIATION, INC.

PHILANTHROPY NORTHWEST
PARKS ALLIANCE OF LOUISVILLE, INC.

SAN DIEGO STATE UNIVERSITY FOUNDATION

BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC.

COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT

THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN
INDIANS
NEW HAVEN ECOLOGY PROJECT INC
ROCHESTER INSTITUTE OF TECHNOLOGY
NATIONAL GLASS ASSOCIATION
EIFS Industry Members Association

| Category | (i.e. DEI, Climate & Sustainability, Consulting & Research Services, Non-Performing/Non-Essential Contracts, Recruitment Services) |
|---|---|

Environmental justice work; DEI EO issues. Wasteful

Environmental justice work; DEI EO issues. Wasteful.

Program not in line with administration priorities: 66.309- Thriving communities - Surveys, studies, investigatio
Environmental justice work; DEI EO issues. Wasteful
Environmental justice work; DEI EO issues. Wasteful.
Environmental justice work; DEI EO issues. Wasteful.

Program not in line with administration priorities: 66.615  - Environmental Justice subawards
Environmental justice work; DEI EO issues. Wasteful

Environmental justice work; DEI EO issues. Wasteful.
Program not in line with administration priorities: 66.615 - Environmental Justice subawards
Environmental justice work; DEI EO issues. Wasteful.
Environmental justice work; DEI EO issues. Wasteful
Environmental justice work; DEI EO issues. Wasteful

Environmental justice work; DEI EO issues. Wasteful.
Program not in line with administration priorities: 66.615  - Environmental Justice subawards
Environmental justice work; DEI EO issues. Wasteful

Environmental justice work; DEI EO issues. Wasteful.

Environmental justice work; DEI EO issues. Wasteful

Environmental justice work; DEI EO issues. Wasteful.


Environmental justice work; DEI EO issues. Wasteful.
Environmental justice work; DEI EO issues. Wasteful
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements

**Contract Description**

Through a strategic learning stance of cooperation, mutual benefit, and power building in EJ communities, UN

DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $8,000,000 TO THE DEEP SO

DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMU
DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO NATIONAL WILDLIFE FEDERATION (NWF). S
DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)
DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)

DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)

DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING TO WICHITA STATE UNIVERSITY. SPECIFICALI

DESCRIPTION:THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER WILL LEVERAGE EXI
DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)
DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO MONTANA STATE UNIVERSITY (MSU). SPEC
DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)
DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)

DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)
THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO PHILANTH
DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $500,000 TO SUPPORT COM

DESCRIPTION:THE PURPOSE OF THIS PROJECT IS TO EMPOWER COMMUNITIES BY PROVIDING CRI

DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)

DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE COUNCIL FOR NATIVE HAWAIIAN ADV/

DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO FRIENDSHIP HOUSE ASSOCIATION OF AME
DESCRIPTION:THE COOPERATIVE AGREEMENT PROVIDES FUNDING TO NEW HAVEN ECOLOGY PRC
This agreement provides funding under the Inflation Reduction Act (IRA) to Rochester Institute of Technology
This agreement provides funding under the Inflation Reduction Act (IRA) to the National Glass Association (N
The EIFS Industry Members Association (EIMA) is a nonprofit trade association that represents the Exterior In

EPA_00038565

| | Total | $235,549,761 | $227,408,298 |
|---|---|---|---|

| Status | Contract Ceiling Value | Potential Contract Savings (Contract Ceiling Value - Dollars Obligated) | Updated by | Update Date |
|---|---|---|---|---|
| Cancelled signature process on draft grant | $50,000,000 | $50,000,000 | KL | 2/13/2025 |
| Terminated | $8,000,000 | $8,000,000.00 | KL | 2/24/2025 |
| Terminated | $8,000,000 | $5,993,225.78 | KL | 2/24/2025 |
| Terminated | $5,000,000 | $4,550,417.38 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $8,000,000 | $7,160,606.98 | KL | 2/24/2025 |
| Terminated | $5,000,000 | $3,930,077.34 | KL | 2/24/2025 |
| Terminated | $5,000,000 | $3,721,823.91 | KL | 2/24/2025 |
| Terminated | $8,000,000 | $7,645,588.84 | KL | 2/24/2025 |
| Terminated | $4,000,000 | $3,908,168.00 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $8,000,000 | $7,008,434.42 | KL | 2/24/2025 |
| Terminated | $500,000 | $432,512.75 | KL | 2/24/2025 |
| Terminated | $5,100,000 | $4,191,942.41 | KL | 2/24/2025 |
| Terminated | $500,000 | $427,089.90 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $500,000 | $488,649.60 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $1,298,635 | $1,298,635 | EJ | 3/4/2025 |
| Terminated | $2,146,625 | $2,146,625 | EJ | 3/4/2025 |
| Terminated | $2,189,939 | $2,189,939 | EJ | 3/4/2025 |

**Included in Daily
Executive Summary**

| | | |
|---|---|---|
| 4-Mar-25 | 84108501 | EPA |
| 4-Mar-25 | 84108001 | EPA |
| 4-Mar-25 | 84107101 | EPA |
| 4-Mar-25 | 84106801 | EPA |
| 4-Mar-25 | 84108901 | EPA |
| 4-Mar-25 | 84108701 | EPA |
| 4-Mar-25 | 84109301 | EPA |
| 4-Mar-25 | 84110601 | EPA |
| 4-Mar-25 | 84110001 | EPA |
| 4-Mar-25 | 84111301 | EPA |
| 4-Mar-25 | 84107801 | EPA |
| 4-Mar-25 | 84108301 | EPA |
| 4-Mar-25 | 84107301 | EPA |
| 4-Mar-25 | 84111101 | EPA |
| 4-Mar-25 | 84110301 | EPA |
| 4-Mar-25 | 84108801 | EPA |
| 4-Mar-25 | 84107001 | EPA |
| 4-Mar-25 | 84107901 | EPA |

PORTLAND CEMENT ASSOCIATION
WEST VIRGINIA UNIVERSITY RESEARCH CORPORATION
CORNELL UNIVERSITY
University of Texas at Austin
INTERNATIONAL CODE COUNCIL, INC.
EVANSTON REBUILDING WAREHOUSE
UNIVERSITY OF CALIFORNIA, DAVIS
INTERNATIONAL LIVING FUTURE INSTITUTE
AMERICAN WOOD COUNCIL
COLLABORATIVE COMPOSITE SOLUTIONS CORP
Hemp Building Institute
UNIVERSITY OF MASSACHUSETTS LOWELL
NATIONAL READY-MIXED CONCRETE ASSOCIATION
AMERICAN CENTER FOR LIFE CYCLE ASSESSMENT
PRESTRESSED CONCRETE INSTITUTE
OKLAHOMA STATE UNIVERSITY
UNIVERSITY OF WASHINGTON
NATIONAL ASPHALT PAVEMENT ASSOCIATION INC

Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements

This agreement provides funding under the Inflation Reduction Act (IRA) to Portland Cement Association (PCA
This agreement provides funding under the Inflation Reduction Act (IRA) to West Virginia University Research
This agreement provides funding under the Inflation Reduction Act (IRA) to Cornell University. This program is
This agreement provides funding under the Inflation Reduction Act (IRA) to The University of Texas at Austin.
This agreement provides funding under the Inflation Reduction Act (IRA) to the International Code Council - E
This agreement provides funding under the Inflation Reduction Act (IRA) to Rebuilding Exchange. This progra
This agreement provides funding under the Inflation Reduction Act (IRA) to The University of California, Davis
This agreement provides funding under the Inflation Reduction Act (IRA) to International Living Future Institute
This agreement provides funding under the Inflation Reduction Act (IRA) to the American Wood Council. This
This agreement provides funding under the Inflation Reduction Act (IRA) to ACMA-IACMI CIRCLE Partnership
This agreement provides funding under the Inflation Reduction Act (IRA) to Hemp Building Institute. This prog
This agreement provides funding under the Inflation Reduction Act (IRA) to University of Massachusetts. This
This agreement provides funding under the Inflation Reduction Act (IRA) to National Ready-Mix Association (N
This agreement provides funding under the Inflation Reduction Act (IRA) to the American Center for Life Cycle
This agreement provides funding under the Inflation Reduction Act (IRA) to the Precast/ Prestressed Concrete
This agreement provides funding under the Inflation Reduction Act (IRA) to Oklahoma State University. This p
This agreement provides funding under the Inflation Reduction Act (IRA) to University of Washington. This pro
This agreement provides funding under the Inflation Reduction Act (IRA) to the National Asphalt Pavement As

| | | | |
|---|---|---|---|
| Terminated | $2,445,363 | $2,445,363 | EJ | 3/4/2025 |
| Terminated | $2,486,224 | $2,486,224 | EJ | 3/4/2025 |
| Terminated | $2,499,999 | $2,499,999 | EJ | 3/4/2025 |
| Terminated | $3,268,757 | $3,268,757 | EJ | 3/4/2025 |
| Terminated | $3,500,000 | $3,500,000 | EJ | 3/4/2025 |
| Terminated | $3,887,329 | $3,887,329 | EJ | 3/4/2025 |
| Terminated | $4,222,307 | $4,222,307 | EJ | 3/4/2025 |
| Terminated | $4,662,182 | $4,662,182 | EJ | 3/4/2025 |
| Terminated | $6,000,000 | $6,000,000 | EJ | 3/4/2025 |
| Terminated | $6,000,000 | $6,000,000 | EJ | 3/4/2025 |
| Terminated | $6,186,200 | $6,186,200 | EJ | 3/4/2025 |
| Terminated | $6,371,426 | $6,371,426 | EJ | 3/4/2025 |
| Terminated | $9,632,293 | $9,632,293 | EJ | 3/4/2025 |
| Terminated | $9,696,503 | $9,696,503 | EJ | 3/4/2025 |
| Terminated | $9,975,000 | $9,975,000 | EJ | 3/4/2025 |
| Terminated | $9,990,311 | $9,990,311 | EJ | 3/4/2025 |
| Terminated | $9,990,668 | $9,990,668 | EJ | 3/4/2025 |
| Terminated | $10,000,000 | $10,000,000 | EJ | 3/4/2025 |

EPA_00038572

EPA_00038573

| Agency | Type | Status | Initiative |
|--------|------|--------|-----------|
| EPA | DEIA | Terminated | Business Mgmt. Assoc.; Jefferson Consulting; Federal Mgmt. Partners; Lighthouse Strategy Consulting |
| DOD | DEIA | Terminated | Dignitas Technologies |
| USDA | DEIA | Terminated | K.L. Scott & Associates |
| USDA | DEIA | Terminated | Timothy J. Londagin, LLC |
| USDA | DEIA | Terminated | AMA Consulting |
| USDA | DEIA | Terminated | Ivy Planning Group |
| DOC | DEIA | Terminated | Elevate USA |
| HHS | DEIA | Terminated | Powertrain Inc. |
| HHS | DEIA | Terminated | Performax 3 Inc. |
| HHS | DEIA | Terminated | Ivy Planning Group |
| HHS | DEIA | Terminated | Deloitte Consulting |
| SBA | DEIA | Terminated | 2M Research Services |
| TREAS | DEIA | Terminated | Inroads Inc. |
| TREAS | DEIA | Terminated | Hispanic Assoc. of Colleges and Universities |
| TREAS | DEIA | Terminated | Inroads Inc. |

| Impact Type | Impact | Notes |
|---|---|---|
| Currency | 180,000.00 | |
| Currency | 2,794,027.00 | |
| Currency | 25,000,000.00 | |
| Currency | 25,000,000.00 | |
| Currency | 25,000,000.00 | |
| Currency | 25,000,000.00 | |
| Currency | 153,679.00 | |
| Currency | 209,395.00 | |
| Currency | 1,300,000.00 | |
| Currency | 1,004,600.00 | |
| Currency | 8,160,515.00 | |
| Currency | 553,792.00 | |
| Currency | 6,500,000.00 | |
| Currency | 6,500,000.00 | |
| Currency | 82,590.00 | |

Message

**From:** Jehling, Erica [Jehling.Erica@epa.gov]
**Sent:** 3/6/2025 1:48:08 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:** Re: Loving, Kathryn shared "contract_details" with you

Under 66.721?  My report yesterday shows they were all cancelled

Get Outlook for iOS

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Thursday, March 6, 2025 8:42:44 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** FW: Loving, Kathryn shared "contract_details" with you

It looks like there were 17 other pre-award actions under this program that were not selected. Any idea why?

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Monday, March 3, 2025 8:40 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

And here is the next set—$116,449,76. The entire "Reducing Embodied GHG Emissions for Construction Materials and Products" Environmental Product Declaration Assistance program.

| Date Cancellation Process Started | Rationale | Terms and Conditions (T&C) | URL | Financial Account Indentifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108101 | $1,298,635.00 | | $1,298,635.00 |

EPA_00038774

| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108601 | $2,146,625.00 | | $2,146,625.00 |
|---|---|---|---|---|---|---|---|

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84109001 | $2,189,939.00 | | $2,189,939.00 |

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108501 | $2,445,363.00 | | $2,445,363.00 |

EPA_00038777

2/16/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108001 | $2,486,224.00 | | $2,486,224.00 |

EPA_00038778

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107101 | $2,499,999.00 | | $2,499,999.00 |

EPA_00038779

2/16/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84106801 | $3,268,757.00 | | $3,268,757.00 |

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108901 | $3,500,000.00 | | $3,500,000.00 |

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108701 | $3,887,329.00 | | $3,887,329.00 |

EPA_00038782

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84109301 | $4,222,307.00 | | $4,222,307.00 |

EPA_00038783

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84110601 | $4,662,182.00 | | $4,662,182.00 |

EPA_00038784

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84110001 | $6,000,000.00 | | $6,000,000.00 |

2/16/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84111301 | $6,000,000.00 | | | $6,000,000.00 |

EPA_00038786

2/16/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107801 | $6,186,200.00 | | | $6,186,200.00 |

2/16/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108301 | $6,371,426.00 | | $6,371,426.00 |

EPA_00038788

2/16/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107301 | $9,632,293.00 | | $9,632,293.00 |

EPA_00038789

| 2/16/2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84111101 | $9,696,503.00 | | $9,696,503.00 |

EPA_00038790

2/16/2025

| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84110301 | $9,975,000.00 | | $9,975,000.00 |

2/16/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108801 | $9,990,311.00 | | $9,990,311.00 |

EPA_00038792

2/16/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107001 | $9,990,668.00 | | $9,990,668.00 |

EPA_00038793

2/16/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107901 | $10,000,000.00 | | $10,000,000.00 |

| Recipient Name |
| --- |
| ROCHESTER INSTITUTE OF TECHNOLOGY |

EPA_00038795

t3622 - NATIONAL
GLASS
ASSOCIATION

EPA_00038796

t7534 - EIFS
Industry Members
Association

t6083 - PORTLAND
CEMENT
ASSOCIATION

EPA_00038798

WEST VIRGINIA
UNIVERSITY
RESEARCH
CORPORATION

EPA_00038799

CORNELL
UNIVERSITY

University of Texas
at Austin

t9814 -
INTERNATIONAL
CODE COUNCIL,
INC.

EPA_00038802

t9433 - EVANSTON
REBUILDING
WAREHOUSE

EPA_00038803

UNIVERSITY OF
CALIFORNIA,
DAVIS

t1259 -
INTERNATIONAL
LIVING FUTURE
INSTITUTE

EPA_00038805

t8613 - AMERICAN
WOOD COUNCIL

EPA_00038806

t6030 -
COLLABORATIVE
COMPOSITE
SOLUTIONS CORP

EPA_00038807

t9952 - Hemp
Building Institute

EPA_00038808

UNIVERSITY OF
MASSACHUSETTS
LOWELL

EPA_00038809

t9195 - NATIONAL
READY-MIXED
CONCRETE
ASSOCIATION

EPA_00038810

t0497 - AMERICAN CENTER FOR LIFE CYCLE ASSESSMENT

EPA_00038811

t9174 -
PRESTRESSED
CONCRETE
INSTITUTE

EPA_00038812

OKLAHOMA
STATE
UNIVERSITY

EPA_00038813

UNIVERSITY OF
WASHINGTON

EPA_00038814

t7105 - NATIONAL
ASPHALT
PAVEMENT
ASSOCIATION
INC

--

Travis Voyles

C: (202) 787-0595

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 20, 2025 11:13 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Great Travis, thank you! We will get moving on these, plus all the TCTACs!

I'm including Erica since I think she'll be submitting the cancellation requests and Dan's team will execute.

Kathryn

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 20, 2025 10:37 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Sorry—I missed these additional 4 TCTAC ones you had flagged that should have been inleuded. Not sure this gets us up to the 18 total still.

| 2/13/2025 | Program not in line with administration priorities: 66.309-Thriving communities - Surveys, studies, investigations, training, and special purpose activities relating to environmental justice | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 | 84061101 |

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95341301_6800 | 95341301 |

EPA_00038818

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02J63801_6800 | 02J63801 |
|---|---|---|---|---|

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03682_6800 | 00E03682 |

| $8,000,000 | $2,006,774.22 | $5,993,225.78 | INSTITUTE FOR SUSTAINABLE COMMUNITIES | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S | 8/3/2023 |
|---|---|---|---|---|---|

| | | | | COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. | |
|---|---|---|---|---|---|

| | | | | THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL. ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN | |
| | | | | | |

| $8,000,000 | $839,393.02 | $7,160,606.98 | GREEN & HEALTHY HOMES INITIATIVE INC | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO GREEN AND HEALTHY HOMES INITIATIVE (GHHI). THE RECIPIENT WILL SERVE AS THE REGION 3 GRANTMAKER FOR EPA'S THRIVING COMMUNITIES GRANTMAKER PROGRAM. GHHI PLANS TO USE A STRONG PARTICIPATORY GOVERNANCE FRAMEWORK TO BUILD CAPACITY IN UNDERSERVED AREAS ACROSS THE MID-ATLANTIC REGION. GHHI'S COMMUNICATION PLAN RECOGNIZES THE NEED TO REACH DIVERSE AUDIENCES USING WIDE-RANGING DELIVERY METHODS AND PARTNERS TO LEVERAGE BEST PRACTICES IN OUTREACH AND IMPLEMENTATION. MOREOVER, GHHI WILL ENGAGE COMMUNITIES THROUGH A STAKEHOLDER ADVISORY BOARD, STATUTORY PARTNERSHIPS, AND MECHANISMS FOR PROVIDING DIRECT FEEDBACK TO ADAPT FREQUENTLY TO THE NEEDS OF COMMUNITIES, PARTICULARLY THOSE FROM DISADVANTAGED OR UNDERSERVED AREAS. COLLECTIVELY, THIS PROJECT WILL DESIGN COMPETITIVE APPLICATION IN-TAKE AND EVALUATION PROCESSES, SUBAWARD PROCESSES, OUTREACH, AND SUPPORT FOR COMMUNITIES THROUGHOUT REGION 3.  ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE FINALIZING APPLICATION MATERIALS FOR ALL THREE SUBRECIPIENT PHASES, ASSEMBLING THE REVIEW TEAM AND ENSURING REPRESENTATION OF DIVERSE COMMUNITIES. IN THE INITIAL AWARD, THE GRANTMAKER WILL DEVELOP THE OUTREACH PLAN PRIOR | 5/3/2024 |
| --- | --- | --- | --- | --- | --- |

EPA_00038824

TO APPLICATION INTAKE PROCESS, PARTNER WITH REGION 3 TCTAC FOR EDUCATION AND RECRUITMENT EFFORTS, CONDUCT WEBINARS, CONFERENCE CALLS, AND MEETINGS IN UNDERSERVED AREAS TO PROMOTE AND EXPLAIN THE PROGRAM. FINALLY, POTENTIAL CANDIDATES WILL BE IDENTIFIED FOR $75K NON-COMPETITIVE SUBAWARDS IN THIS PHASE. SUBRECIPIENT:SUBAWARD: CHILDREN'S NATIONAL HOSPITAL - WILL PROVIDE TECHNICAL ASSISTANCE REPLICABLE TOOLS TO INFORM THE EFFORTS OF GRANTEES UNDER GHHI'S PROPOSED EPA REGION 3 THRIVING COMMUNITIES PROGRAM: (I) A REGISTRY OF NEARLY ALL THE PEDIATRIC PATIENTS WITH ASTHMA IN THE IMMEDIATE DC REGION; AND (II) A HEALTHY HOUSING MAP WHICH OVERLAYS AT-RISK PEDIATRIC ASTHMA MORBIDITY AND ASTHMA-RELATED HEALTH HAZARDS REPORTED AT MULTI-FAMILY HOUSING COMPLEXES IN DC. CHILDREN'S NATIONAL WILL ALSO LEVERAGE ITS NETWORK TO CONDUCT OUTREACH AND PROMOTE EPA'S TC PROGRAM AWARENESS AND SUPPORT APPLICANT OUTREACH. SUBAWARD AMOUNT CALCULATED AT $91.95 PER HOUR, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $109,000 = 54.50% X $200,000.

SUBAWARD: HOWARD UNIVERSITY - WILL SUPPORT GHHI'S THRIVING COMMUNITIES RFA OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE THROUGH THE HOWARD UNIVERSITY SCHOOL OF LAW AND ENVIRONMENTAL JUSTICE CENTER, AS WELL AS

THE SCHOOL OF ARCHITECTURE AND THURGOOD MARSHALL CIVIL RIGHTS CENTER. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $172,500 = $300,000 X 57.50%.

SUBAWARD: VIRGINIA POVERTY LAW CENTER - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $78,000 = $78,000 X 100%.

SUBAWARD: DELAWARE STATE UNIVERSITY - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT AN $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES TOTAL COST OF $78,000 = $78,000 X 100%.
OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE UTILIZING PARTNER NETWORKS TO DISTRIBUTE RFA ANNOUNCEMENTS, HOLD WEBINARS, CONFERENCE CALLS, AND OUTREACH EVENTS, CONDUCT OFFICE HOURS TO SUPPORT POTENTIAL APPLICANTS, AND ENGAGING EXPERTISE OF ADVISORY BOARD AND TECHNICAL ASSISTANCE STATUTORY PARTNERS TO OVERSEE PRE-APPLICATION PROCESS. THE EXPECTED

| | | | | OUTCOMES INCLUDE DEVELOPMENT OF A TRANSPARENT, EQUITABLE, ENGAGING APPLICATION PROCESS FOR THE SUBSEQUENT | |
|---|---|---|---|---|---|

EPA_00038827

| | | | | | |
|---|---|---|---|---|---|
| $8,000,000 | $991,565.58 | $7,008,434.42 | PHILANTHROPY NORTHWEST | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO PHILANTHROPY NORTHWEST (PNW) AS A REGIONAL GRANTMAKER. THE RECIPIENT, ALONG WITH PARTNERS, WILL USE THE INITIAL AWARD TO ESTABLISH AND SUPPORT THE ACCESSIBILITY AND EQUITABLE DISTRIBUTION OF ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES RESOURCES TO HISTORICALLY UNDERSERVED COMMUNITIES TO IMPROVE ENVIRONMENTAL AND COMMUNITY HEALTH AND WELLBEING THROUGH A PASS-THROUGH SUBGRANT PROGRAM. WOVEN THROUGHOUT THE STRUCTURE IS A DELIBERATE AND INTENTIONAL PROCESS TO CENTER COMMUNITY MEMBERS IN DECISION-MAKING. DURING THE PROJECT PERIOD, PNW'S PARTICIPATORY GOVERNANCE APPROACH WILL CONVENE THREE GROUPS: THE ADVISORY GROUP, THE TASK FORCE AND PEER REVIEW GROUP, COMPRISED OF PARTNERS AND COMMUNITY MEMBERS. THESE GROUPS WILL GUIDE OVERALL PROGRAM DEVELOPMENT AND IMPLEMENTATION, HELP DESIGN APPLICATIONS AND SCORING RUBRICS, ESTABLISH METRICS FOR PROJECT OUTCOMES, AND EVALUATE APPLICATIONS. PNW WILL UNDERTAKE STRATEGIC, TARGETED, AND INTENTIONAL OUTREACH TO ENSURE POTENTIAL APPLICANTS THROUGHOUT REGION 10 ARE AWARE OF THE FUNDING OPPORTUNITY AND ENCOURAGED TO APPLY. THE OUTREACH STRATEGY WILL INCLUDE IN-PERSON EVENTS, WEBINARS, A PARTNER OUTREACH TOOLKIT, PAID DIGITAL ADVERTISING, AND | 6/14/2024 |

REGIONAL-SPECIFIC MESSAGING. ADDITIONALLY, FOUR MAIN SYSTEMS WILL BE USED TO SUPPORT THE EFFICIENT AND EFFECTIVE GRANT AWARD, DISBURSEMENT, TRACKING, ADJUSTMENT, AND FULL EXPENDITURE: AN EASY-TO-USE GRANT APPLICATION PLATFORM, A CUSTOMIZED PROJECT AND GRANTS MANAGEMENT SYSTEM, AND ACCOUNTING SOFTWARE FOR FINANCIAL MANAGEMENT. PNW'S PLAN FOR EPA'S ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES GRANTMAKING PROGRAM IS ANCHORED IN PNW'S CORE GOAL TO DISBURSE PROGRAM FUNDS EXPEDITIOUSLY AND EQUITABLY THROUGH THE DESIGN AND IMPLEMENTATION OF A SIMPLIFIED GRANTMAKING PROCESS THAT: CENTERS COMMUNITY VOICE AND PARTICIPATORY GRANTMAKING; LEVERAGES THE KNOWLEDGE AND RELATIONSHIPS OF OUR PARTNERS; AND ADDRESSES ENVIRONMENTAL JUSTICE ISSUES FOR COMMUNITIES MOST IN NEED.ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE THE FOLLOWING: RECRUIT MEMBERS AND CONVENE MEETINGS OF THE ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP; CO-DESIGN THE GRANTMAKING PROGRAM INCLUDING THE APPLICATION, EVALUATION CRITERIA, AND METRICS; DEVELOP OUTREACH STRATEGY; LAUNCH PROJECT WEBSITE; IMPLEMENT OUTREACH ACTIVITIES SUCH AS IN-PERSON EVENTS, WEBINARS, MESSAGING TOOLKIT, AND MEDIA PLACEMENTS; ESTABLISH PROJECT MANAGEMENT TOOLS INCLUDING APPLICATION PORTAL, GRANTS MANAGEMENT SYSTEM, AND FINANCIAL MANAGEMENT SYSTEM;

ESTABLISH A PROCESS FOR QUALITY ASSURANCE PROJECT MANAGEMENT WITH EPA REGIONAL OFFICE; DEVELOP AND OFFER TRAININGS FOR REVIEWERS AND SUBGRANTEES; PROVIDE TECHNICAL ASSISTANCE TO APPLICANTS AND SUBGRANTEES. SUBRECIPIENT:THIS AWARD WILL INCLUDE SUBAWARDS TO THREE DIFFERENT ENTITIES. THE SUBAWARDS WILL SUPPORT THE DESIGN OF THE GRANTMAKING PROGRAM, EXPERTISE ON DATA SOVEREIGNTY FOR TRIBAL COMMUNITIES, OUTREACH AND COMMUNICATIONS TO TRIBAL COMMUNITIES AND OTHER PARTNERS ABOUT THE PROGRAM, APPLICATION REVIEW, ACCESS TO A APPLICATION PLATFORM, APPLICATION REVIEWER SCORING TOOL, TECHNICAL ASSISTANCE WITH THE APPLICATION, GRANTS MANAGEMENT INCLUDING THE REVIEW PROCESS, REPORTING REQUIREMENTS, AND COMMUNICATIONS WITH GRANTEES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ESTABLISHED ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP COMPRISED OF PARTNERS AND COMMUNITY MEMBERS; PROJECT WEBSITE; AN OUTREACH TOOLKIT; SIMPLIFIED GRANT APPLICATION; CUSTOMIZED GRANTS MANAGEMENT SYSTEM; ESTABLISHED FINANCIAL MANAGEMENT SYSTEM; DEVELOPED FINANCIAL MANAGEMENT AND DATA REPORTING TRAINING FOR SUBGRANTEES.

THE EXPECTED OUTCOMES INCLUDE A GRANTMAKING PROCESS ESTABLISHED WITH PARTICIPATORY GOVERNANCE AND AN ACCESSIBLE GRANTMAKING PROCESS.

| | | | | THE INTENDED BENEFICIARIES INCLUDE HISTORICALLY UNDERSERVED COMMUNITIES IN REGION 10 WHICH INCLUDES ALASKA, IDAHO, OREGON, WASHINGTON, AND 271 TRIBAL NA | |
|---|---|---|---|---|---|

EPA_00038831

| $8,000,000 | $354,411.16 | $7,645,588.84 | MINNEAPOLIS FOUNDATION | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE MINNEAPOLIS FOUNDATION. THIS IS A REGIONAL GRANTMAKER. THE MINNEAPOLIS FOUNDATION, PARTNERED ALONG WITH THE NDN COLLECTIVE, WILL INSTITUTE A GRANTMAKING PROGRAM WITHIN THE REGION 5 STATES. THIS AWARD WILL BE USED TO DEVELOP THE ADMINISTRATIVE AND PROGRAMMATIC STRENGTH NEEDED TO AWARD OVER 200 GRANTS WITHIN REGION 5, TARGETING AREAS SUCH AS RURAL COMMUNITIES, URBAN CENTERS AND TRIBAL COMMUNITIES.<br><br> THE MINNEAPOLIS FOUNDATION WILL DEVELOP A QUALITY MANAGEMENT PLAN, CREATE AN APPLICATION TO SUPPORT THE GRANTMAKING PROGRAM, TRAIN THEIR STATUTORY PARTNER ON EPA REQUIREMENTS, IDENTIFY AND RECRUIT 10 REGIONAL COMMUNITY ADVISORY COMMITTEE (RAC) MEMBERS, AND PERFORM OUTREACH IN THEIR TARGETED COMMUNITIES USING THESE FUNDS. THE MINNEAPOLIS FOUNDATION WILL USE THE MONEY ASSOCIATED WITH THIS AWARD TO BUILD UP THEIR GRANT MAKING CAPACITY AND TO COVER ADMINISTRATIVE COSTS ASSOCIATED WITH GRANTMAKING FOR THE NEXT THREE YEARS. ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE PARTNERING WITH THE NDN COLLECTIVE AND USING THE MINNEAPOLIS FOUNDATION'S PROJECTS (MIDWEST EJ NETWORK AND RE-AMP) TO OUTREACH SPECIFIC COMMUNITIES IN TRIBAL GOVERNMENTS, URBAN EJ AREAS AND RURAL/REMOTE EJ AREAS. ADDITIONALLY, THE | 6/24/2024 |
|---|---|---|---|---|---|

EPA_00038832

MINNEAPOLIS FOUNDATION AND THEIR PARTNERS WILL RECRUIT 10 RESIDENT ADVISORY COMMITTEE CONSULTANTS TO HELP DRAFT THE REQUEST FOR FUNDING AND REVIEW APPLICATIONS. THESE 10 RAC CONSULTANTS WILL BE RECRUITED THROUGHOUT REGION 5 AND BE COMPRISED OF INDIVIDUALS FROM DIFFERENT COMMUNITY ORGANIZATIONS, LOCAL COMMUNITIES AND OTHER PARTNERSHIP TYPES. RAC MEMBERS ALONG WITH THE MINNEAPOLIS FOUNDATION AND NDN COLLECTIVE WILL WORK COLLABORATIVELY TO CREATE AND REVIEW APPLICATIONS ADDRESSING THE SPECIFIC NEEDS OF DISADVANTAGED COMMUNITIES WITHIN THE REGION 5 STATES. VARIOUS PARTNERS HAVE EXPERIENCE WITH PARTICIPATORY GOVERNANCE AND THE MINNEAPOLIS FOUNDATION WILL EXPAND ON THOSE RELATIONSHIPS THROUGH THEIR COLLABORATION WITH OTHER COMMUNITY ORGANIZATIONS. SUBRECIPIENT:NDN COLLECTIVE WILL COLLABORATIVELY OVERSEE AND MONITOR ALL ASPECTS OF PROGRAM IMPLEMENTATION, PAYING PARTICULAR ATTENTION TO COMPLIANCE WITH EPA AND FEDERAL REQUIREMENTS ALONG WITH THE MINNEAPOLIS FOUNDATION. USING A CONSENSUS DECISION-MAKING MODEL, NDN COLLECTIVE AND THE MINNEAPOLIS FOUNDATION WILL IDENTIFY RAC MEMBERS, PARTICIPATE IN RAC MEETINGS AS NON-VOTING PARTICIPANTS, AND OVERSEE IMPLEMENTATION OF RAC DECISIONS AND RECOMMENDATIONS. THIS PARTNERSHIP WILL ALSO SERVE AS DECISION MAKERS FOR ADMINISTRATIVE DECISIONS THAT NEED TO BE MADE ON AN IMMEDIATE

BASIS. ADDITIONALLY, NDN COLLECTIVE PROVIDES CRITICAL KNOWLEDGE OF INDIGENOUS PRACTICE, CUSTOMS AND KNOWLEDGE TO SUPPORT TARGETED OUTREACH TO TRIBAL COMMUNITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE DEVELOPING AN ONLINE PLATFORM FOR COLLECTING APPLICATIONS AND REPORTING, TRAINING STATUTORY PARTNERS IN QUALITY ASSURANCE, MONITORING TYPE AND AMOUNT OF OUTREACH IN DIFFERENT COMMUNITY TYPES, KEEPING APPLICATION DECISIONS NO MORE THAN 5 MONTHS FROM APPLICATION SUBMISSION, AND MONITORING APPLICANT SATISFACTION WITH THE APPLICATION PROCESS.

 THE EXPECTED OUTCOMES INCLUDE SHORT TERM OUTCOMES SUCH AS INCREASING THE NUMBER OF DISADVANTAGED COMMUNITY RESIDENTS THAT HAVE KNOWLEDGE AND SKILLS ABOUT ENGAGING IN EJ, PUBLIC HEALTH OR CLIMATE CHANGE ISSUES IN THEIR COMMUNITIES, INCREASING THE NUMBER OF DISADVANTAGED COMMUNITY MEMBERS WITH RELIABLE ACCESS TO ENVIRONMENTAL DATA AND INCREASING GRASS-ROOT LED COLLABORATIONS AND PARTNERSHIPS WORKING TO IMPROVED ENVIRONMENTAL QUALITY AND PUBLIC HEALTH IN DISADVANTAGED COMMUNITIES. INTERMEDIATE OUTCOMES INCLUDE INCREASING THE NUMBER OF COMMUNITIES THAT HAVE CAPACITY TO COLLECT, ANALYZE AND SHARE ENVIRONMENTAL DATA, REDUCE PUBLIC EXPOSURE TO TOXINS AND POLLUTANTS IN AREAS THAT WERE RESTORES OR CLEANED UP AND INCREASED NUMBER

| | | | | OF CBOS WITH INCREASED CAPACITY IN TERMS OF FUNDING, STAFF AND SKILLS. LONG | |
|---|---|---|---|---|---|
| | | | | | |

--

Travis Voyles
C: (202) 787-0595

---

**From:** Voyles, Travis
**Sent:** Thursday, February 20, 2025 8:22 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Good Morning Team—

Below are the next set of approved to cancel grants. $42,261,933 total in remaining funds it looks like, but OMS can confirm.

One flag I have is the first few large ones are the EJ Thriving Communities Technical Assistance Centers (TCTACs)—https://www.epa.gov/environmentaljustice/environmental-justice-thriving-communities-technical-assistance-centers. There were 18 in total established, so a number of them are missed here. Not sure why they didn't all get captured (they may have not all gone out yet), but I would want to apply a broad approach and cancel them all in the vein the entire program is inconsistent with Adminstration priorities and I personally do not see the need for these because at the state-level, EPA and the TCTAC grantees refused to engage with the state in any kind of coordination. This should result in a larger $$ amount.

I can flag for OMS separately too that we want the cancellation to extend to every TCTAC grantee.

| Date Cancellation Process Started | Rationale | Terms and Conditions (T&C) | URL |
|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_13746681_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T65801_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95314201_6800 |

EPA_00038837

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_96701501_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03450_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03451_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00I10501_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95338201_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T88701_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95334801_6800 |

EPA_00038840

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_03D03124_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02F50801_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T91501_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02J56601_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00A01436_6800 |
|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T91201_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02F50601_6800 |

| Financial Account Indentifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name |
| --- | --- | --- | --- | --- |

| | | | | |
|---|---|---|---|---|
| 84061101 | $8,000,000 | $1,564,072.97 | $6,435,927.03 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
| 13746681 | $8,000,000 | $0.00 | $8,000,000.00 | DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC |

EPA_00038845

| | | | | |
|---|---|---|---|---|
| 98T65801 | $5,100,000 | $908,057.59 | $4,191,942.41 | SAN DIEGO STATE UNIVERSITY FOUNDATION |
| 95314201 | $5,000,000 | $449,582.62 | $4,550,417.38 | NATIONAL WILDLIFE FEDERATION |

EPA_00038846

| | | | | |
|---|---|---|---|---|
| 96701501 | $5,000,000 | $1,069,922.66 | $3,930,077.34 | WICHITA STATE UNIVERSITY |
| 0.00E+00 | $5,000,000 | $1,278,176.09 | $3,721,823.91 | REGENTS OF THE UNIVERSITY OF MINNESOTA |
| 0.00E+00 | $4,000,000 | $1,324,675.77 | $2,675,324.23 | BIG, NFP |

| | | | | |
|---|---|---|---|---|
| 00I10501 | $4,000,000 | $91,832.00 | $3,908,168.00 | MONTANA STATE UNIVERSITY |
| 95338201 | $500,000 | | $500,000.00 | APPALACHIAN VOICES |

| | | | | |
|---|---|---|---|---|
| 98T88701 | $500,000 | $72,910.10 | $427,089.90 | BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC. |
| 95334801 | $500,000 | | $500,000.00 | NUEVA ESPERANZA, INC. |

EPA_00038849

| | | | | |
|---|---|---|---|---|
| 03D03124 | $500,000 | $67,487.25 | $432,512.75 | PARKS ALLIANCE OF LOUISVILLE, INC. |
| 02F50801 | $500,000 | | $500,000.00 | EARTH CARE INTERNATIONAL |

| | | | | |
|---|---|---|---|---|
| 98T91501 | $500,000 | $11,350.40 | $488,649.60 | THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS |
| 02J56601 | $500,000 | | $500,000.00 | OREGON COAST VISITORS ASSOCIATION, INC. |

| | | | | |
|---|---|---|---|---|
| 00A01436 | $500,000 | | $500,000.00 | NEW HAVEN ECOLOGY PROJECT INC |
| 98T91201 | $500,000 | | $500,000.00 | COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT |

| 02F50601 | $500,000 | | $500,000.00 | BLACK UNITED FUND OF TEXAS, INC. |
|----------|----------|--|-------------|-----------------------------------|

| Description | Date Signed |
|-------------|-------------|
| | |

EPA_00038853

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA | 8/3/2023 |

| | |
|---|---|
| PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL. ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN | |
| DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $8,000,000 TO THE DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE (DSCEJ), IN LOUISIANA.ACTIVITIES:THE ACTIVITIES TO BE PERFORMED INCLUDE, CONSULTING WITH OTHER COMMUNITY BASED ORGANIZATIONS (CBOS) TO LEARN ABOUT THE HISTORY OF THEIR COMMUNITIES AND THE CAPABILITIES OF THEIR ORGANIZATIONS. THE RECIPIENT WILL ALSO BUILD ORGANIZATIONAL CAPACITIES OF LEAST 250 CBOS IN UNDERSERVED COMMUNITIES WITHIN THE ENVIRONMENTAL PROTECTION AGENCY'S (EPA) REGIONS 4 AND 6. THROUGH THE PROVISION OF DIRECT SERVICES, DSCEJ WILL ASSIST THE CBOS IN BUILDING THEIR CAPACITIES FOR RESEARCH AND COMMUNITY ENGAGEMENT WHILE ALSO | 9/25/2023 |

EPA_00038855

ASSISTING THEM IN APPLYING FOR SEVERAL
DIFFERENT GRANTS FROM THE EPA, THE
DEPARTMENT OF ENERGY (DOE), AND OTHER
AGENCIES. THE REACH AND IMPACT OF THE
COMMUNITY INVESTMENT AND RECOVERY
CENTER (CIRC) WILL BE INCREASED IN AN
EFFORT TO SUSTAIN CAPACITY-BUILDING
SERVICES BEYOND THE 5-YEAR PERFORMANCE
PERIOD OF THIS GRANT.SUBRECIPIENT:NO
SUBAWARDS ARE INCLUDED IN THIS
ASSISTANCE AGREEMENT.OUTCOMES:THE
ANTICIPATED DELIVERABLES INCLUDE
ORGANIZATIONAL DEVELOPMENT, IDENTIFYING
AND PRIORITIZING NEEDS, PROVIDING
EDUCATION ON PRIORITY ENVIRONMENTAL
ISSUES (AIR QUALITY, SOIL CONTAMINATION,
CLEAN ENERGY, ETC.), CREATING COMMUNITY
PROFILES USING DATA AND MAPPING,
RELATIONSHIP BUILDING, AND TRAINING AND
ASSISTANCE TO BUILD KNOWLEDGE OF FEDERAL
FUNDED PROGRAMS. THE EXPECTED OUTCOMES
INCLUDE INCREASED AWARENESS, KNOWLEDGE
AND UNDERSTANDING OF GRANTS AMONG
UNDERSERVED COMMUNITIES, INCREASED
ACCESS TO GRANT WRITING AND MANAGEMENT
RESOURCES, AND AN INCREASE TO THE NUMBER
AND QUALITY OF APPLICATIONS FOR FUNDING
RELATED TO ENVIRONMENTAL AND ENERGY
JUSTICE FROM UNDERSERVED COMMUNITIES IN
THE SOUTHEAST REGION. THE INTENDED
BENEFICIARIES OF THIS GRANT INCLUDE
UNDERSERVED COMMUNITIES THROUGHOUT
EACH OF THE STATES IN EPA'S REGION 4:
(ALABAMA, FLORIDA, GEORGIA, KENTUCKY,
MISSISSIPPI, NORTH CAROLINA, SOUTH
CAROLINA, TENNESSEE) AND EPA'S REGION 6:
(ARKANSAS, LOUISIANA, NEW MEXICO,
OKLAHOMA, TEXAS).

| | 6/5/2023 |
|---|---|
| DESCRIPTION:THE PURPOSE OF THIS PROJECT IS TO EMPOWER COMMUNITIES BY PROVIDING CRITICAL SERVICES TO COMMUNITY ORGANIZATIONS. THESE SERVICES WILL EXPAND PARTICIPANTS' CAPACITY TO MEET COMMUNITY-DEFINED PRIORITIES AND PARTICIPATE MEANINGFULLY IN DECISION-MAKING PROCESSES, FOCUSING SPECIFICALLY ON UNDERSERVED, RURAL, REMOTE, TRIBAL, INDIGENOUS, AND PACIFIC ISLAND COMMUNITIES ACROSS EPA REGION 9. THE GOAL/MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION. THE HUB OF THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTERS (TCTAC) WILL BE BASED IN A PHYSICAL AND VIRTUAL CENTER AT SAN DIEGO STATE UNIVERSITY (SDSU) CALLED THE CENTER FOR COMMUNITY ENERGY AND ENVIRONMENTAL JUSTICE. HUB PARTNERS WILL WORK TO COORDINATE ACTIVITIES IN THEIR AREA(S) OF EXPERTISE ACROSS ALL OF EPA REGION 9 AND WILL FACILITATE CO-PRODUCTION, CO-DEVELOPMENT, SHARING , TRANSFER, AND DELIVERY OF BOTH PROCESS AND CONTENT AMONG SPOKE PARTNERS AND COMMUNITY PARTNERS FOR ENVIRONMENTAL PROGRAMS (AIR, WATER, WASTE, ENERGY, TOXICS) AND GRANTSMANSHIP. SPOKE PARTNERS WILL LEAD ON DELIVERING SERVICES (IN PERSON AND VIRTUALLY) TO ELIGIBLE COMMUNITY ORGANIZATIONS, BUILDING AND EXPANDING ON THEIR EXISTING ELIGIBLE COMMUNITY ORGANIZATIONS IN THEIR NETWORK AND IDENTIFYING AND CONNECTING WITH NEW COMMUNITY ORGANIZATIONS, SUPPORTING COMMUNITY ENGAGEMENT AND CAPACITY BUILDING.<br><br>HUB PARTNERS INCLUDE: SDSU COMMUNITY CLIMATE ACTION NETWORK, ENVIRONMENTAL PROTECTION NETWORK, USD ENERGY POLICY INITIATIVE CENTER, ASU ENERGY AND SOCIETY, INSTITUTE FOR TRIBAL ENVIRONMENTAL PROFESSIONALS, AND CENTER FOR CREATIVE LAND RECYCLING.<br><br>SPOKE PARTNERS INCLUDE: CLIMATE SCIENCE ALLIANCE (CA), PUBLIC HEALTH ALLIANCE (CA), ARIZONA STATE UNIV SCHOOL OF SUSTAINABILITY (AZ), DESERT RESEARCH INSTITUTE (NV), PACIFIC RISA (HI, AS), AND UNIV OF GUAM CENTER FOR ISLAND SUSTAINABILITY | |

EPA_00038857

(GUAM).

THIS AGREEMENT PROVIDES PARTIAL FEDERAL FUNDING IN THE AMOUNT OF $4,000,000. PRE-AWARD COSTS ARE APPROVED BACK TO 6/1/2023. REFER TO TERMS AND CONDITIONS.ACTIVITIES:SDSU TCTAC'S MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION.

ACTIVITIES INCLUDE CONVENING TCTAC HUBS AND SPOKES MEETINGS. CONDUCTING NEEDS ASSESSMENTS STARTING WITH COMMUNITIES WHERE TCTAC PARTNERS. DEVELOP OUTREACH COLLATERAL (I.E. LOGO, WEBSITE, COMMUNICATION CHANNELS, ETC). RELEASE OF COMMUNICATION MATERIALS TO SPOKES TO CUSTOMIZE AND ENHANCE OUTREACH. INCREASING COMMUNITY FOOTPRINT RECEIVING TECHNICAL ASSISTANCE 5-10%. DEVELOP COMMUNITY KNOWLEDGE PORTAL. HUBS WILL COMPILE EXISTING INFORMATION ON GRANTSMANSHIP, ENERGY JUSTICE (ENJ), AND ENVIRONMENTAL JUSTICE (EJ) TO SHARE. HUB TEAMS WILL WORK WITH SPOKE PARTNERS AND COMMUNITY STAKEHOLDERS TO CO-PRODUCE NEW MATERIALS TO MEET PARTNER NEEDS WITH CONTINUOUS ROLL-OUT AS NEW RESOURCES ARE COMPLETED. CONDUCT ANNUAL INTRA-TCTAC TRAINING ON WORKPLACE CONDUCT, MICROAGGRESSIONS, AND THE TENETS OF DEIA. CONVENE COMMUNITY TRAINING EVENTS AND WORKSHOPS, ONE-ON-ONE SERVICES, COMMUNITY KNOWLEDGE PORTAL PROVIDING TECHNICAL ASSISTANCE ON ENVIRONMENTAL PROGRAMS (AIR, WATER, ENERGY, WASTE, TOXICS). SERVICE DELIVERY TRACKING AND FEEDBACK EFFORTS. CONDUCT MONTHLY INTRA-TCTAC COORDINATION CALLS. SUBMIT REQUIRED REPORTS TO EPA. PARTICIPATE IN EPA REGIONAL AND NATIONAL MEETINGS AND SYMPOSIUMS.

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO NATIONAL WILDLIFE FEDERATION (NWF). SPECIFICALLY, NWF WILL WORK WITH CORE PARTNERS (UMD CEEJH AND UMD EFC) TO DESIGN, OPERATE, AND LEAD A MID-ATLANTIC THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV, AS WELL AS THE DISTRICT OF COLUMBIA. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY JUSTICE WORK.

THIS ACTION PARTIALLY FUNDS THE GRANT IN THE AMOUNT OF $4,000,000. FEDERAL FUNDS IN THE AMOUNT OF $8,000,000 ARE CONTINGENT UPON AVAILABILITY OF ADDITIONAL FUNDING. ACTIVITIES:USING CORE PARTNERS AND COMMUNITY-BASED HUBS, THIS PROJECT WILL PROVIDE OUTREACH TO COMMUNITIES IN NEED OF TECHNICAL ASSISTANCE AND INCREASE CAPACITY AND KNOWLEDGE RELATED TO ENVIRONMENTAL AND ENERGY JUSTICE CONCERNS. SUBRECIPIENT:CORE PARTNERS NATIONAL WILDLIFE FEDERATION, UNIVERSITY OF MARYLAND CENTER FOR COMMUNITY ENGAGEMENT, ENVIRONMENTAL JUSTICE, AND HEALTH (CEEJH) AND UNIVERSITY OF MARYLAND ENVIRONMENTAL FINANCE CENTER (EFC), WILL DESIGN, OPERATE AND LEAD A MID-ATLANTIC THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV AND DC. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY JUSTICE WORK. USING A 'HUB' APPROACH, THE CORE PARTNERS (1 SUBAWARD FOR UMD) WILL ACT AS 'CORE HUBS', AND THE COMMUNITY-BASED 'HUBS' (10 SUBAWARDS) WILL ALLOW FOR SERVICE DELIVERY TO BE MORE ACCESSIBLE TO POTENTIAL PROGRAM PARTICIPANTS, BOTH GEOGRAPHICALLY AS WELL AS CULTURALLY, DUE TO THEIR ON-THE-GROUND COMMUNITY PRESENCE. OUTCOMES:THE EXPECTED OUTCOMES OF THIS PROJECT INCLUDE: GAINED KNOWLEDGE AND SKILLS NEEDED TO UNDERSTAND AND ASSESS ENVIRONMENTAL AND ENERGY JUSTICE ISSUES AND TO ENGAGE POLICYMAKERS, GOVERNMENT AGENCIES, AND INDUSTRY; AND AN INCREASE IN FINANCIAL, TECHNICAL, AND INSTITUTIONAL KNOWLEDGE, RESOURCES, AND SKILLS TO ASSESS, DESIGN, IMPLEMENT, MAINTAIN, AND PAY FOR ENVIRONMENTAL AND ENERGY JUSTICE | 6/7/2023 |

| | |
|---|---|
| RELATED PROJECTS. THE INTENDED BENEFICIARIES INCLUDE COMMUNITIES THAT ARE UNDERSERVED, OVERBURDENED, RESOURCE-CONSTRAINED, AND RURAL IN ALL REGION 3 AREAS: DE, MD, PA, VA, WV, AND DC. | |
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING TO WICHITA STATE UNIVERSITY. SPECIFICALLY, THE RECIPIENT WILL REMOVE BARRIERS AND IMPROVE ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS. WITH THIS CRITICAL INVESTMENT, WICHITA STATE UNIVERSITY CENTER WILL PROVIDE TRAINING AND OTHER ASSISTANCE TO BUILD CAPACITY FOR NAVIGATING FEDERAL GRANT APPLICATION SYSTEMS, WRITING STRONG GRANT PROPOSALS, AND EFFECTIVELY MANAGING GRANT FUNDING. IN ADDITION, THIS CENTER WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS AND WILL ALSO CREATE AND MANAGE COMMUNICATION CHANNELS TO ENSURE ALL COMMUNITIES HAVE DIRECT ACCESS TO RESOURCES AND INFORMATION.ACTIVITIES:THE ACTIVITIES INCLUDE: SERVING AS A HUB FOR INFORMATION, TRAINING, RESOURCES, TECHNICAL ASSISTANCE (TA), AND CONNECTION FOR ADDRESSING ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE CONCERNS IN UNDERSERVED COMMUNITIES IN MISSOURI, NEBRASKA, KANSAS, IOWA AND FEDERALLY RECOGNIZED TRIBES; DEVELOP OPERATIONS CENTER AND FOCUS ON CREATING COMMUNITY ASSESSMENT PROCESS AND TOOLS; HOST GRANT WRITING/MANAGEMENT TRAININGS, HOST CIVIC ENGAGEMENT TRAININGS, RESPOND TO REQUESTS FROM GENERAL PUBLIC REGARDING ENVIRONMENTAL AND ENERGY JUSTICE GRANT MAKING AND PROGRAM NEEDS, PROVIDE TRAINING AND TECHNICAL ASSISTANCE TO IDENTIFY COMMUNITIES OF GREATEST NEED (CGNS) AND ACT AS A COMMUNITY ENGAGEMENT AND OUTREACH HUB FOR THE | 6/1/2023 |

EPA_00038860

| | |
|---|---|
| REGION.SUBRECIPIENT:WICHITA STATE UNIVERSITY EJ TCTAC CENTERS WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS.  OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TARGETED COMMUNITY ENGAGEMENTS SUCH AS OUTREACH, GRANT WRITING AND EVALUATION WORKSHOPS, TRAININGS, COMMUNITY ENGAGEMENT EVENTS, ETC. THE EXPECTED OUTCOMES INCLUDES GRANT TRAINING, COMMUNITY NEEDS ASSESSMENT, SURVEYS, INTERVIEWS, MAPPING, RESEARCH AND OTHER TOOLS TO ASSESS ENVIRONMENTAL JUSTICE OR ENERGY JUSTICE NEEDS; AND CIVIC ENGAGEMENT AND LEADERSHIP DEVELOPMENT. THE INTENDED BENEFICIARIES INCLUDES LARGE, SMALL, RURAL, REMOTE, AND TRIBAL COMMUNITIES; NONPROFITS; BUSINESSES; LOCAL GOVERNMENTS; AND STATE AND FEDERAL AGENCIES ACROSS THE HEARTLAND OF KANSAS, NEBRASKA, IOWA, MISSOURI, AND FEDERALLY RECOGNIZED TRIBES. THE CENTER WILL BUILD A COMMUNITY'S ABILITY TO PARTICIPATE IN ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE DECISION-MAKING AT ALL LEVELS OF GOVERNMENT, FIND AND APPLY FOR GRANTS, AND ENGAGE WITH THE PRIVATE SECTOR TO BE PART OF ENERGY AND INFRASTRUCTURE PROJECT DESIGN AND DEVELOPMENT. | |
| DESCRIPTION:THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER WILL LEVERAGE EXISTING UNIVERSITY EXTENSION NETWORKS AND TECHNICAL SERVICE PROVIDERS TO REACH REMOTE, RURAL, AND UNDERSERVED COMMUNITIES ACROSS EPA REGION 5, INCLUDING THE STATES OF MINNESOTA, MICHIGAN, WISCONSIN, ILLINOIS, INDIANA, AND OHIO AND 35 TRIBAL NATIONS.ACTIVITIES:THE PROPOSED GREAT LAKES ENVIRONMENTAL JUSTICE TECHNICAL ASSISTANCE CENTER (TAC) IS ORIENTED AROUND THREE INTERRELATED ACTIVITIES: 1. IDENTIFY UNDERSERVED AND OVERBURDENED COMMUNITIES WHO COULD BENEFIT FROM ENVIRONMENTAL AND ENERGY-RELATED PROGRAMS, 2. BUILD CAPACITY FOR COMMUNITIES TO ENGAGE IN ENVIRONMENTAL DECISION MAKING AND ACCESS TECHNICAL ASSISTANCE, AND 3. PROVIDE TAILORED, ACCESSIBLE, CULTURALLY APPROPRIATE ASSISTANCE THAT ALLOWS COMMUNITIES TO SECURE FUNDING AND RESOURCES THAT MATERIALLY IMPROVE THEIR SOCIAL, ECONOMIC, AND ENVIRONMENTAL OUTCOMES.SUBRECIPIENT:ACTIVITIES INCLUDE | 7/3/2023 |

| | |
|---|---|
| PROVIDING TECHNICAL ASSISTANCE TO REGION 5 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED ACTIVITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES FOR THE TCTAC INCLUDE: A WEB PORTAL, MINUTES AND TRAININGS RELATED TO COMMUNITY WORKSHOPS, RECORDS OF APPLICANTS ASSISTED, AND OTHER RELATED MATERIALS. EXPECTED OUTCOMES INCLUDE: 1. HIGHER CAPACITY FOR COMMUNITIES, NON-PROFIT ORGANIZATIONS, AND INDIVIDUALS TO APPLY FOR GRANT OPPORTUNITIES, 2. IMPROVED CONNECTIONS BETWEEN COMMUNITIES AND TECHNICAL ASSISTANCE RESOURCES, AND 3. INCREASED PARTICIPATION IN FEDERAL AND STATE ENVIRONMENTAL AND ENERGY DECISION-MAKING AS EVIDENCED BY GREATER PARTICIPATION IN PUBLIC ENGAGEMENT, OUTREACH, EPA AND DOE PROGRAMS, PUBLIC COMMENTS, AND EJ COMMUNITIES OCCUPYING POSITIONS OF POWER IN LOCAL AND FEDERAL DECISION-MAKING BODIES.<br><br>THE INTENDED BENEFICIARIES ARE THE PEOPLE OF REGION 5, INCLUDING THE RESIDENTS OF MINNESOTA, WISCONSIN, MICHIGAN, ILLINOIS, INDIANA, AND OHIO, AS WELL AS THE MEMBERS OF THE 35 FEDERALLY-RECOGNIZED TRIBES PRESENT IN THE REGION. | |
| DESCRIPTION:WITH A SKILLED NETWORK OF SPECIALIZED PARTNERS SPREAD ACROSS THE ENTIRE SIX-STATE-AND-TRIBAL GEOGRAPHY OF EPA REGION V, THIS ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC) IS UNIQUELY SITUATED TO SHAPE EQUITY BY PROVIDING ASSISTANCE, TRAINING, AND RESOURCES TO PROGRAM PARTICIPANTS. EACH OPERATIONAL PARTNER HAS EVOLVED THROUGH GRASSROOTS EFFORTS, COMPREHENSIVELY INTEGRATING SCIENCE, TRADITION, AND CULTURE. THE CONSORTIUM DERIVES ITS POWER FROM THE PEOPLE. LOCATED NEAR THE EPA REGION 5 HEADQUARTERS IN CHICAGO, ILLINOIS, BIG SERVES AS THE EPICENTER OF THE EJ TCTAC. POWERFUL PARTNERS ENSURE THAT THIS TARGETED, SPECIALIZED PROGRAM EXTENDS THROUGHOUT THE 35 TRIBAL LANDS, ILLINOIS, INDIANA, MICHIGAN, MINNESOTA, OHIO, AND WISCONSIN. THIS DEDICATED TEAM ENSURES THAT EACH EJ TCTAC FOCUS AREA OUTLINED BY EPA IS CARRIED OUT PROFESSIONALLY, THOROUGHLY, AND CONTINUOUSLY, INCORPORATING REAL-TIME ADVANCES, ARISING CHALLENGES, AND MEANINGFUL INVOLVEMENT OF THE COMMUNITIES. TO HELP ACHIEVE EQUITY, IN ALIGNMENT WITH EXECUTIVE ORDER 13985, EACH INVOLVED ORGANIZATION ENVISIONS A TECHNICAL ASSISTANCE CENTER THAT EMPOWERS COMMUNITIES TO REMEDIATE SOCIAL, | 8/18/2023 |

ECONOMIC, AND HEALTH BURDENS BY SEEKING ENVIRONMENTAL AND ENERGY JUSTICE. FOR MAXIMUM IMPACT, SERVICES PROVIDED ENGAGE PARTICIPANTS AT EVERY LEVEL OF READINESS TO DESIGN SOLUTIONS, OBTAIN NEEDED FUNDING AND RESOURCES, AND DIRECT ACTIVITIES AND RESOURCES TOWARD THEIR IDENTIFIED NEEDS WITH EMPHASIS ON THOSE DISPROPORTIONATELY HARMED. TO BEST ENSURE THAT ALL ELIGIBLE SERVICES OF EJ TCTAC OBJECTIVES ARE PROVIDED THROUGHOUT THE ENTIRE GEOGRAPHIC AREA, INCLUDING REMOTE AND RURAL AREAS, 23 DOCUMENTED, SUPPORTING PARTNERS PROVIDE VALUABLE ASSISTANCE. TO CREATE A NEW CHAPTER OF HOPE, HEALING, AND REGENERATION, THE WHOLE-SYSTEM SOLUTION PROPOSED BY BIG AND CONVEYED THROUGH THIS EJ TCTAC EMPOWERS INDIVIDUALS AND COMMUNITIES TO LESSEN BARRIERS TO HEALTHY LIVING AND ECONOMIC FREEDOM. THE EJ TCTAC WILL OFFER HYBRID VIRTUAL AND ON-SITE SERVICES. THE WIDESPREAD NETWORK OF PARTNERS WILL OPERATE SATELLITE OFFICES TO ENSURE PHYSICAL AND VIRTUAL SERVICES ARE ACCESSIBLE TO REMOTE AND UNDERSERVED COMMUNITIES. SEDAC WILL DEPLOY A DEDICATED 1-800 CALL-CENTER. BEL AND MTERA WILL DEVELOP MULTILINGUAL RESOURCES AND CONTINUE TO LEVERAGE EXISTING TRIBAL NETWORKS ACROSS THE REGION. SERVICES INCLUDE PRODUCTION OF AND INSTRUCTION ON HOW-TO-PRODUCE PHYSICAL, DIGITAL, AND VIRTUAL RESOURCES THAT INCLUDE STORYTELLING, FACT SHEETS, CASE STUDIES, INFOGRAPHICS, AND BEST-PRACTICE TIP SHEETS. TO TEACH CAPACITY BUILDING AT BOTH REGIONAL AND LOCAL LEVELS, THE EJ TCTAC WILL FACILITATE STAKEHOLDER ENGAGEMENT DISCUSSIONS, LISTENING SESSIONS, AND OUTREACH WITH GOVERNMENT AND PRIVATE SECTORS. BIG WILL ALSO CLOSELY COLLABORATE WITH THE UNIVERSITY OF MINNESOTA WHICH IS ALSO RECEIVING AN EJ TCTAC AWARD TO SUPPORT EPA REGION V COMMUNITIES.ACTIVITIES:.SUBRECIPIENT:THERE ARE NINE SUB-AWARDS UNDER THIS GRANT AGREEMENT. ACTIVITIES FOR EACH DIFFER BASED ON EXPERTISE BUT INCLUDE FOR EXAMPLE, TRIBAL RELATIONS EXPERTISE, ENERGY SOVEREIGNTY EXPERTISE, TRANSLATION AND INTERPRETATION SERVICES, RURAL COMMUNITIES OUTREACH, OUTREACH AND EDUCATION, GRANTS TRAINING AND WRITING, PUBLIC HEALTH, ENERGY DESIGN, ETC. OUTCOMES:.

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO MONTANA STATE UNIVERSITY (MSU). SPECIFICALLY, MSU WILL DELIVER EFFECTIVE, NO-COST TECHNICAL ASSISTANCE (TA) TO INDIVIDUALS AND ORGANIZATIONS COMMITTED TO ENERGY AND ENVIRONMENTAL JUSTICE IN REGION 8, ESPECIALLY REPRESENTATIVES OF UNDERSERVED AND OVERBURDENED GEOGRAPHIES AMONG THE REGION'S 28 FEDERALLY-RECOGNIZED TRIBES AND IN URBAN, REMOTE AND RURAL LOCATIONS. MSU MOUNTAINS AND PLAINS THRIVING COMMUNITIES COLLABORATIVE (MAPTCC) TA OFFERINGS AIM TO BUILD CAPACITY AMONG PROGRAM PARTICIPANTS IN THE AREAS OF THE ABILITY TO SUCCEED IN GRANT APPLICATION AND MANAGEMENT PROCESSES, UNDERSTANDING OF FUNDING SOURCES AND GRANT REQUIREMENTS, AND THE ABILITY TO PARTICIPATE AND ENGAGE EFFECTIVELY IN ENVIRONMENTAL AND ENERGY JUSTICE DECISION-MAKING. ACTIVITIES:THE ACTIVITIES INCLUDE:<br><br>(1) CONDUCTING OUTREACH, MARKETING AND RECRUITMENT THROUGH THE MANAGEMENT OF WEBSITE, SOCIAL MEDIA AND OTHER MARKETING TOOLS AND IN-PERSON ENGAGEMENTS; (2) PROVIDING NETWORKING AND COORDINATION WITHIN THE BROADER TCTAC AND REGIONAL TA PROFESSIONAL COMMUNITIES; (3) DIRECT COMMUNITY RESOURCE AND ENGAGEMENT SERVICES SUCH AS PROVIDING GENERAL INFORMATION, COORDINATION AND PLANNING CAPACITY, DEVELOPING AND SUPPORTING THE USE OF CUSTOMIZED PRODUCTS SUCH AS READINESS ASSESSMENTS AND FUNDING STRATEGIES, REFERRALS TO TRAINING PROGRAMS AND TA SERVICES, MENTORSHIP AND ENCOURAGEMENT, AND SUPPORT FOR FACILITATING MEETINGS AND PEER NETWORKING INCLUDING TRANSLATION, INTERPRETATION AND ACCESSIBILITY SERVICES; (4) MAINTENANCE OF A DIGITAL RESOURCE CENTER WHICH SERVES AS A PARTICIPANT DATABASE SYSTEM AND COMMUNICATIONS BACKBONE; (5) DEVELOPMENT AND DELIVERY OF CAPACITY-BUILDING TRAINING PROGRAMS; (6) THE DELIVERY OF SPECIALIZED SUPPORT TO PROGRAM PARTICIPANTS THROUGH CUSTOM WORKSHOPS AND CONSULTATIONS BY SUBJECT MATTER AND TECHNICAL EXPERTS IN THE AREAS OF COMMUNITY DEVELOPMENT, ENVIRONMENTAL AND ENERGY JUSTICE, AND CLEAN ENERGY DEVELOPMENT, AND (7) PROJECT MANAGEMENT, EVALUATION AND REPORTING. SUBRECIPIENT:ACTIVITIES INCLUDE PROVIDING TECHNICAL ASSISTANCE TO REGION 8 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED | 6/14/2024 |

ACTIVITIES.

TOTAL SUMS FOR YEARS 1 - 5:
COLORADO STATE UNIVERSITY: $1,942,682.00
CENTER FOR SOCIAL CREATIVITY: $1,003,691.00
ALLIANCE FOR TRIBAL CLEAN ENERGY:
$1,400,022.00
UNIVERSITY OF WYOMING: $1,027,541.00
UTAH STATE UNIVERSITY:
$1,009,011.00OUTCOMES:THE ANTICIPATED
DELIVERABLES INCLUDE A PUBLIC-FACING
WEBSITE, AS WELL AS THE ABILITY TO MAKE
REQUESTS AND INQUIRIES VIA TEXT, PHONE AND
EMAIL; A DIGITAL RESOURCE CENTER SERVING
GRANT ANNOUNCEMENTS, MODULAR
TRAININGS, AND CUSTOMIZED PORTFOLIOS FOR
PROGRAM PARTICIPANTSMDASH;AND
ASSOCIATED DATASETS OF PARTICIPANT AND
PROVIDER CONTACTS; ORGANIZATIONAL
FUNDING AND SUSTAINABILITY PLANS FOR
PROGRAM PARTICIPANTS.

THE EXPECTED OUTCOMES INCLUDE
INCREASING PROGRAM PARTICIPANTS',
PARTICULARLY UNDERSERVED AND
RURAL/REMOTE COMMUNITIES, ACCESS TO AND
AWARENESS OF GRANT OPPORTUNITIES,
KNOWLEDGE OF THE GRANT APPLICATION AND
MANAGEMENT PROCESS, UNDERSTANDING OF
FINANCING SOURCES AND GRANT
REQUIREMENTS, AND THE ABILITY TO
PARTICIPATE AND ENGAGE IN ENVIRONMENTAL
AND ENERGY JUSTICE DECISION-MAKING.
EXPECTED OUTCOMES OF THIS PROGRAM ARE
THE INCREASED CAPACITY IN TO ADVANCE AND
ADDRESS ENVIRONMENTAL AND ENERGY
JUSTICE ISSUES ACROSS REGION 8. THIS WILL
LEAD TO PROGRESS TOWARDS ACHIEVING THE
OBJECTIVES OF EXECUTIVE ORDERS 13985, 14008,
14091 AND 14096.

THE INTENDED BENEFICIARIES IN REGION 8
INCLUDE BUT ARE NOT LIMITED TO: NONPROFIT
ORGANIZATIONS; COMMUNITY-BASED AND
GRASSROOTS ORGANIZATIONS; PHILANTHROPIC
AND CIVIC ORGANIZATIONS; UNDERSERVED
COMMUNITIES AND ORGANIZATIONS; RURAL
AND REMOTE COMMUNITIES AND
ORGANIZATIONS; FAITH-BASED ORGANIZATIONS
AND CHURCHES; EDUCATIONAL INSTITUTIONS
(E.G., SCHOOLS, COLLEGES, AND UNIVERSITIES),
INCLUDING MINORITY SERVING INSTITUTIONS;
INDIVIDUALS OF UNDERSERVED COMMUNITIE

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO APPALACHIAN VOICES.  THE RECIPIENT WILL CREATE A COMPREHENSIVE FRAMEWORK KNOWN AS THE COAL COMMUNITY RESILIENCE PLANNING MODEL AND TOOLKIT. THIS MODEL AND TOOLKIT WILL SERVE AS AN ADAPTABLE GUIDE FOR FIVE COAL COMMUNITIES IN VIRGINIA TO NAVIGATE AND RESPOND TO THE MULTIFACETED CHALLENGES POSED BY ECONOMIC SHIFTS, ENVIRONMENTAL CONCERNS, AND THE NEED TO PLAN FOR CLIMATE CHANGE. ACTIVITIES:THE FOLLOWING ACTIVITIES WILL BE PERFORMED: ORGANIZE GOVERNMENT LEADS AND CORE COMMUNITY STAKEHOLDERS, NURTURE COMMUNITY ENGAGEMENT AND DEVELOP RESILIENCE MAPS, ENCOURAGE COMMUNITY PROJECT IDEATION AND PLAN DEVELOPMENT, DEVELOP COMMUNITY PROJECT SUSTAINABILITY PLANS, MEASURE AND SUSTAIN IMPACT, AND DEVELOP ENVIRONMENTAL JUSTICE ADVOCATES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE FOLLOWING: A COLLABORATIVE DECISION-MAKING PROCESS; 200+ COMMUNITY MEMBERS ENGAGED; 5 COMMUNITY RESILIENCE MAPS; 5 COMMUNITY-BASED PROJECT DESIGNS; PROJECT PREDEVELOPMENT CONSULTING; 12 EDUCATION WEBINARS ON CLIMATE/RESILIENCE TOPICS; 20 NEW EJ LEADERS DEVELOPED; SKILLS AND METRICS DEVELOPED TO MEASURE IMPACT; THE DEVELOPMENT OF COAL COMMUNITIES RESILIENCE TOOLKIT; ENGAGEMENT IN THE EJ PROCESSES AND RULEMAKING EFFORTS; COALFIELD RESILIENCE; AND THE DEVELOPMENT OF A COMMUNITY FEEDBACK FORM.<br><br>THE EXPECTED OUTCOMES INCLUDE THE FOLLOWING: THE CREATION OF CORE PARTNERSHIP ACCOUNTABILITY AND ORGANIZATIONAL STRUCTURE; HOSTING 2 LISTENING SESSIONS IN EACH LOCALITY; ACTIVATING 50 STAKEHOLDERS; BOLSTERING THE COMMUNITY BUY-IN PROCESS; STRATEGIC PROJECT IMPLEMENTATION; COMPLETING 5 RESILIENCE PROJECTS; INCREASING LOCAL COLLABORATIVE STRATEGIES; AND ENCOURAGING PARTICIPATION IN REGULATORY/POLICY OPPORTUNITIES.<br><br>THE INTENDED BENEFICIARIES ARE CITIZENS, LOCAL GOVERNMENT LEADERS, FUNDERS, POLICY MAKERS, REGIONAL ECONOMIC DEVELOPMENT GROUPS, AND EJ ORGANIZATIONS. | 3/19/2024 |

DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES.  THE RECIPIENT PROJECT IS FOCUSED ON THE BAYVIEW-HUNTERS POINT COMMUNITY OF SAN FRANCISCO CA. THE IMMEDIATE OUTCOME OF THIS TWO-YEAR INITIATIVE WILL BE THE DEVELOPMENT OF AN ENVIRONMENTAL JUSTICE POLICY PLATFORM, GROUNDED IN THE NEIGHBORHOOD'S OWN LIVED EXPERIENCES AND COMMUNITY SCIENCE - DOCUMENTATION AND MAPPING OF ENVIRONMENTAL TOXIC EXPOSURES AND ADVERSE HEALTH EFFECTS TO PAST AND PRESENT RESIDENTS AND WORKERS, BUILDING AN ACCESSIBLE LIBRARY OF LOCAL ENVIRONMENTAL ISSUES, POTENTIAL MITIGATION MEASURES, AND SUBSTANTIVE POLICY CHANGES. THE PROJECT CONNECTS MULTIPLE COMMUNITY-LED EFFORTS INTO A LARGER, COHESIVE PROGRAM OF POLLUTION REDUCTION, PUBLIC HEALTH ADVOCACY, AND NEIGHBORHOOD EMPOWERMENT. A MAJOR RESULT OF THE PROGRAM WILL BE THE DEVELOPMENT OF NEW CADRES OF TRAINED AND EXPERIENCED COMMUNITY ENVIRONMENTAL HEALTH ACTIVISTS, INCLUDING YOUTH ADVOCATES.

THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COSTS HAVE BEEN APPROVED BACK TO 3/1/2024.

ACTIVITIES:THE ACTIVITIES INCLUDE HIRING A PROGRAM COORDINATOR, COMPLETE MOU'S WITH COLLABORATIVE PARTNERS, DEVELOP TRAINING MATERIALS FOR STAFF, PREPARE FOR PROGRAM LAUNCHES AND DESIGN YOUTH TRAININGS.
SUBRECIPIENT:3RD STREET YOUTH CENTER AND CLINIC, WILL ESTABLISH A YOUTH ADVOCATES PROGRAM UNDER THIS INITIATIVE, TRAINING AND MENTORING OUR NEXT GENERATION OF COMMUNITY LEADERS, GIVING THEM A FOUNDATION OF SKILLS IN ADVOCACY, DATA ANALYSIS, AND COMMUNITY OUTREACH. WE WILL CO-DEVELOP ENVIRONMENTAL JUSTICE AND POLICY CURRICULA, STRATEGIZE INTERVENTIONS, DRAFT EVIDENCE-BASED POLICY RECOMMENDATIONS, AND JOINTLY DEVELOP EDUCATIONAL MATERIALS TO SUPPORT LASTING COLLABORATION AMONG THE PARTNERS.

SF BAY PHYSICIANS FOR SOCIAL RESPONSIBILITY WILL LEAD AND SUPPORT A SERIES OF TRAININGS ON VARIOUS TOPICS INCLUDING PUBLIC HEALTH IMPACTS OF EXPOSURES AND HOW TO INTERPRET DATA. THEY WILL CREATE EDUCATIONAL MATERIALS

3/27/2024

| | |
|---|---|
| BASED ON THE PUBLIC HEALTH IMPACTS OF EXPOSURES FOUND THROUGH GROUND TRUTHING AND ANY INFORMATION RESULTED IN THE AB 617 PROCESS. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE SIGN IN SHEERS, TRAINING MATERIALS, MEETING REPORTS, POLICY PROPOSALS, DRAFT ARC GIS MAP AND UPDATED DATA FINDINGS.<br><br>THE EXPECTED OUTCOMES INCLUDE INCREASE IN COMMUNITY CAPACITY AND ACCESS TO POLICY MAKING TOOLS, SECC AND YOUTH CURRICULUM IMPLEMENTED. TOXIC INDEX DATA COLLECTED AND ANALYZED, YOUTH PROGRAM PRESENTS DATA ANALYSIS TO SECC AND AB617 STEERING COMMITTEE. SECC AND YOUTH INTERACT WITH STATE REPRESENTATIVES THROUGH STATE LEGISLATIVE DAY AND PRESENT CONCERNS AND POLICY IDEAS, AND INCREASED COMMUNITY CAPACITY IN POLICY ADVOCACY AND KNOWLEDGE IN ENVIRONMENTAL JUSTICE. UPDATED TOXIC INDEX DATA. DEVELOPED COORDINATION AND STRENGTHENED RELATIONSHIPS WITH PROJECT PARTNERS, AB 617 CSC, STATE LEGISLATORS AND THE D10 SUPERVISORS' OFFICE.<br><br>THE INTENDED BENEFICIARIES INCLUDE THE COMMUNITY OF THE BAY VIEW HUNTERS POINT. | |
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO NUEVA ESPERANZA, INC. THE RECIPIENT AND ITS PARTNERS IN THE HUNTING PARK COMMUNITY-LED CLIMATE RESILIENCE AND EMPOWERMENT PROJECT WILL BUILD THE CAPACITY OF RESIDENTS, LEADERS AND NEIGHBORHOOD INFRASTRUCTURE TO IMPROVE THE CLIMATE RESILIENCY OF THE HUNTING PARK (HP) NEIGHBORHOOD IN PHILADELPHIA, PA, AGAINST THE DISPROPORTIONATE HEALTH AND ECONOMIC IMPACTS OF HEAT IN THE COMMUNITY.<br><br>ACTIVITIES:THE ACTIVITIES INCLUDE BUILDING TREE COVER; TRAININGS FOR COMMUNITY MEMBERS; DISTRIBUTING EXTREME HEAT MITIGATION TRAINING AND TOOLS TO RESIDENTS; FACILITATING COMMUNITY DIALOGUE; FORMALIZING A COMMUNITY-DRIVEN ENVIRONMENTAL POLICY PLATFORM; AND COMPLETING A HEALTH IMPACT ASSESSMENT.<br><br>SUBRECIPIENT:HUNTING PARK GREEN WILL RECEIVE A SUBAWARD OF $75,051 TO COLLABORATE ON OUTREACH; CO-MANAGE TREE STEWARDSHIP AND TRAINING; AND FACILITATE COMMUNITY CONVERSATIONS. AS I PLANT THE SEED WILL RECEIVE A SUBAWARD OF $57,099 TO COLLABORATE ON OUTREACH AND FACILITATE COMMUNITY CONVERSATIONS. | 4/8/2024 |

HUNTING PARK NEIGHBORHOOD ADVISORY COMMITTEE WILL RECEIVE A SUBAWARD OF $53,007 TO LEAD WEATHERIZATION TRAINING. HUNTING PARK COMMUNITY SOLAR INITIATIVE WILL RECEIVE A SUBAWARD OF $35,979 TO DELIVER SOLAR PANEL INSTALLATION TRAINING TO HP RESIDENTS. PENNSYLVANIA HORTICULTURAL SOCIETY WILL RECEIVE A SUBAWARD OF $42,000 TO DELIVER TREES, TREE PLANTINGS AND MAINTENANCE TRAINING; AND PROVIDE INSIGHTS ON ENVIRONMENTAL IMPACT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ADDITIONAL TREES IN HP; TRAININGS IN TREE MAINTENANCE, CLIMATE CHANGE, COMMUNITY ORGANIZING, HEAT SAFETY, AND SOLAR PANEL INSTALLATION; DISTRIBUTION OF COOLING KITS AND INSTALLED AIR CONDITIONERS WITH WEATHERIZATION KITS AND WORKSHOPS; HP CLIMATE JUSTICE PLATFORM; HEALTH IMPACT ASSESSMENT TO GAUGE EXISTING HEALTH DISPARITIES AND SPECIFIC HEALTH CHALLENGES; AND INSIGHTS GAINED FOR NEIGHBORHOODS ENGAGING IN COMMUNITY-DRIVEN CLIMATE CHANGE. THE EXPECTED OUTCOMES INCLUDE VIABLE TREE CANOPY; INCREASED COMMUNITY KNOWLEDGE AND COMMUNITY SKILLS; IMPROVED BLOCK-LEVEL AND HOUSING HVAC CONDITIONS AND INDOOR AIR QUALITY; AND DECREASED RATES OF HEAT STROKE, HEAT EXHAUSTION AND ASTHMA. OTHER OUTCOMES INCLUDE INCREASED COMMUNITY COHESION; IMPROVED LEVERAGING OF CITY-PRIVATE RESOURCES; GRADUAL REDUCTION IN THE NEIGHBORHOOD HEAT INDEX; AND MODELING FOR OTHER CLIMATE VULNERABLE NEIGHBORHOODS. THE INTENDED BENEFICIARIES INCLUDE CURRENT AND FUTURE RESIDENTS OF HUNTING PARK.

| DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $500,000 TO SUPPORT COMPLIANCE OF THE CLEAN AIR ACT FOR THE PARKS ALLIANCE OF LOUISVILLE, INC.  THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE PARKS ALLIANCE OF LOUISVILLE. THE RECIPIENT WILL ACTIVELY ENGAGE RESIDENTS OF LOUISVILLE'S CALIFORNIA NEIGHBORHOOD IN THE PLANNING, PROGRAMMING, AND STEWARDSHIP OF THE NEW 20-ACRE ALBERTA O. JONES PARK.ACTIVITIES:THE ACTIVITIES INCLUDE HIRING A PARK SUPERINTENDENT TO OVERSEE THE STEWARDSHIP AND ONGOING PROGRAMMING OF THE NEWLY BUILT ALBERTA O. JONES PUBLIC PARK, FORMING AND OPERATIONALIZING OF THE PARK COMMUNITY COUNCIL, PERFORMING A HEALTH IMPACT ASSESSMENT (HIA), CONDUCTING COMMUNITY OUTREACH EVENTS, SURVEYING RESIDENTS' EXPERIENCE, ACQUISITION OF SMALL PARCELS OF LAND FOR PHASE II OF ALBERTA O. JONES PUBLIC PARK, INCORPORATING PLANNING AND ENGINEERING BEST PRACTICES TO MITIGATE RISK OF EXPOSURE TO FLOODING AND CSOS (COMBINED SEWER OVERFLOWS).SUBRECIPIENT:SUBAWARD ACTIVITIES INCLUDE PROVIDING STAFF AND ORGANIZATIONAL EXPERIENCE, CONDUCTING A HEALTH IMPACT ASSESSMENT (LMPHW CENTER FOR HEALTH EQUITY) AND DISSEMINATING THE INFORMATION TO THE APPROPRIATE AUDIENCES, FACILITATING PUBLIC COMMUNITY-ENGAGEMENT WORKSHOPS (BRIGHTSIDE FOUNDATION; BERNHEIM ARBORETUM AND RESEARCH FOREST) WHICH INCLUDE PROVIDING GARDENING MATERIALS, EDIBLE GARDEN EDUCATION, RAIN-GARDEN EDUCATION, TREE-PLANTING; EDUCATE COMMUNITY MEMBERS ABOUT THEIR IMPORTANCE IN MITIGATING FLOODING AND OTHER CLIMATE IMPACTS, CONDUCTING A BIODIVERSITY STUDY OF THE PARK, MEASURING THE IMPACT OF THE ADDITION OF NATIVE PLANTS AND TREES IN ATTRACTING BIODIVERSE SPECIES TO A NEIGHBORHOOD DESIGNATED AS AN URBAN HEAT ISLAND; CONSULT ON THE DESIGN AND DEVELOPMENT OF AN AG INNOVATION HUB AT ALBERTA O. JONES PARK, WORKING IN COLLABORATION WITH YOUTHBUILD TO TRANSFORM ABOUT TWO ACRES OF THE PARK INTO AN AGRICULTURAL HUB AND JOB TRAINING SITE FOR YOUTH INTERESTED IN CAREERS IN PARKS AND URBAN FARMING.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE CREATION AND DISSEMINATION OF A REPORT TO SHARE THE FINDINGS OF THE HIA, FEEDBACK FROM 150+ RESIDENTS FOR THE DESIGNING AND PROGRAMMING OF PHASE 2 OF THE PARK, SHARED RESOURCES AND INFORMATION TO RESIDENTS FROM 7 COMMUNITY PARTNERS, | 4/27/2024 |
|---|---|

RECRUITMENT AND TRAINING OF A PARK
SUPERINTENDENT, CONDUCTION OF 4 PARK
COMMUNITY COUNCIL MEETINGS, AND
SECURING FEMA APPROVAL FOR PHASE 2 OF THE
PARK CONSTRUCTION IN COMPLIANCE WITH
HAZARD MITIGATION GRANT STANDARDS.
THE EXPECTED OUTCOMES INCLUDE INCREASED
ENGAGEMENT OF THE COMMUNITY IN
IDENTIFYING CORE STRATEGIES THROUGH
WHICH PARK DESIGN AND PROGRAMMING THAT
CAN IMPACT RESIDENTS' MENTAL HEALTH AND
WELLBEING (GOAL = 150); INCREASED NUMBER
OF RESIDENTS THAT ARE AWARE OF THE RISKS
ASSOCIATED WITH EXPOSURE TO CSOS AND
FLOODING DRIVEN BY INCREASED FREQUENCY
AND INTENSITY OF RAIN EVENTS (GOAL = 150);
PILOTING OF A COMMUNITY-DRIVEN PARK
PLANNING AND STEWARDSHIP MODEL THAT CAN
BE REPLICATED IN OTHER LOUISVILLE PUBLIC
PARKS - PARTICULARLY THOSE IN
HISTORICALLY UNDERSERVED AND
DISADVANTAGED NEIGHBORHOODS; PROVIDING
INFORMATION TO THE COMMUNITY, DECISION-
MAKERS, AND OTHER STAKEHOLDERS ABOUT
THE POTENTIAL BENEFICIAL AND ADVERSE
IMPACTS TO MENTAL HEALTH THAT MAY
RESULT FROM THE TRANSFORMATION OF
VACANT/ABANDONED PROPERTY IN THE
CALIFORNIA NEIGHBORHOOD INTO A NEW
PUBLIC PARK (GOAL = 2 GOVERNMENT
PARTNERS, 1 HEALTHCARE SYSTEM, 1 PUBLIC
HEALTH ORGANIZATION, AND 2 UNIVERSITIES);
CREATE LEARNING OPPORTUNITIES FOR
RESIDENTS - INCLUDING YOUTH - THAT
LEVERAGE PARK INFRASTRUCTURE AND
PROGRAMMING TO PROMOTE COMMUNITY
EMPOWERMENT, HEALTH, AND WELLBEING;
PRODUCTIVELY USE 20 ACRES OF
VACANT/ABANDONED PROPERTY AS A NEW
PUBLIC PARK IN THE CALIFORNIA
NEIGHBORHOOD THAT SERVES AS A
RECREATIONAL, CULTURAL, AND SOCIAL HUB -
PLANNED, PROGRAMMED, AND STEWARDED BY
THE RESIDENTS; PROVIDING INFORMATION TO
THE COMMUNITY, DECISION-MAKERS, AND
OTHER STAKEHOLDERS ABOUT THE POTENTIAL
BENEFICIAL AND ADVERSE IMPACTS

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO EARTH CARE INTERNATIONAL.  SPECIFICALLY, THE RECIPIENT WILL PARTNER WITH THE CITY AND COUNTY OF SANTA FE, THE SANTA FE PUBLIC SCHOOL DISTRICT, THE HEALTH EQUITY PARTNERSHIP, MAINSTREET NEW MEXICO, AND THE SOUTHSIDE BUSINESS COUNCIL TO CONDUCT A COMMUNITY-LED HEALTH ASSESSMENT FOR THE SOUTHSIDE OF SANTA FE USING THE COLLABORATIVE PROBLEM-SOLVING FRAMEWORK TO DEVELOP CONCRETE URBAN PLANNING, LOCAL POLICY, AND COMMUNITY-DRIVEN DEVELOPMENT SOLUTIONS TO THE ENVIRONMENTAL JUSTICE AND PUBLIC HEALTH CHALLENGES FACING THE AREA. THEY WILL USE A HEALTH IMPACT ASSESSMENT TO ESTABLISH A FOUNDATION FOR CUMULATIVE IMPACTS ASSESSMENT WHILE CONSIDERING LAND-USE DEVELOPMENT PROPOSALS. THEY WILL ALSO CONDUCT A CITIZEN-SCIENCE AIR-MONITORING PROJECT FOCUSED ON EMISSIONS FROM AN ASPHALT PLANT TO EMPOWER STUDENTS AND RESIDENTS IN THE AREA WITH DATA TO INFORM COMMUNITY ADVOCACY EFFORTS. THESE COMPLEMENTARY PROJECTS WILL ENGAGE PUBLIC INSTITUTIONS, BUSINESS LEADERS, DECISION-MAKERS, AND THOUSANDS OF YOUTHS AND FAMILIES IN COLLABORATIVE PROBLEM-SOLVING AND PUBLIC POLICY DEVELOPMENT. THE EXPECTED OUTCOME OF THE COMMUNITY-DRIVEN ASSESSMENT PROJECT WILL BE POLICY AND COMMUNITY DEVELOPMENT DIRECTIVES DEVELOPED BY DIVERSE STAKEHOLDERS TO FOSTER ENVIRONMENTAL JUSTICE, IMPROVE COMMUNITY HEALTH, AND BUILD LONG-TERM RESILIENCE IN THE FACE OF CLIMATE CHANGE.ACTIVITIES:THE ACTIVITIES INCLUDE THREE CIVIC ENGAGEMENT PROCESSES TO GENERATE COMMUNITY-DRIVEN SOLUTIONS TO COMMUNITY HEALTH, ENVIRONMENTAL AND DEVELOPMENT CONCERNS THAT HAVE BEGUN TO BE ARTICULATED IN RESPONSE TO THE PROPOSED EXPANSION OF AN ASPHALT PLANT IN THE AREA. THE FIRST PROCESS AND OVERARCHING FRAMEWORK IS THE COLLABORATIVE PROBLEM-SOLVING PROCESS TO FULLY INVEST COMMUNITY-LED SOLUTION BUILDING TO MITIGATE THE POLLUTION AND OTHER CHALLENGES IN THE AREA AND BUILD A MORE RESILIENT COMMUNITY. THE SECOND PROCESS IS THE HEALTH IMPACT ASSESSMENT WHICH WILL ENGAGE THE COMMUNITY AROUND THE QUESTION OF HOW CUMULATIVE IMPACTS ANALYSIS REQUIREMENTS IN DEVELOPMENT AND PERMITTING PROCESSES MIGHT SUPPORT THE COMMUNITY'S ENVIRONMENTAL JUSTICE VISION AND GOALS. THE THIRD IS AN AIR QUALITY MONITORING COMPONENT DESIGNED | 4/29/2024 |

TO CONTRIBUTE TO THE PROJECT'S LEADERSHIP DEVELOPMENT, INFORMATION GATHERING, AND SOLUTION-GENERATION OBJECTIVES. THE ACTIVITIES INCLUDE, FORMING THE PROJECT TEAM, DEVELOPING TRAININGS AND TRAINING COMMUNITY LEADERS, DEVELOPING AN ENGAGEMENT PLAN, CONDUCTING OUTREACH FOR SCREENING AND SCOPING PROCESSES, ESTABLISHING FIVE AIR MONITORING SITES AND MONITORING AIR QUALITY, CONDUCTING HEALTH IMPACT ANALYSIS, REPORTING FINDINGS, AND DEVELOPING RECOMMENDATIONS AND AN ACTION PLAN.SUBRECIPIENT:AS DESCRIBED IN THE PROPOSAL, THE SUBAWARD WILL BE MADE TO THE HEALTH EQUITY PARTNERSHIP (HEP) FOR THEIR WORK TO GUIDE THE HEALTH IMPACT ASSESSMENT (HIA) IN DESIGN AND IMPLEMENTATION THROUGH TRAINING AND TECHNICAL ASSISTANCE INCLUDING GRAPHIC RECORDING AND DOCUMENTATION, EVALUATION, AND REPORT PRINTING . THE SUBAWARD BUDGET INCLUDES FOUR ALL-DAY TRAININGS WITH TIME COSTS FOR THE TRAINERS TO PREPARE AND EXECUTE THE TRAINING, GRAPHIC RECORDING FOR EACH, AND THE COST OF TRAINING MATERIALS.  OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TWENTY YOUTH AND PARENT LEADERS TRAINED IN COMMUNITY HEALTH ASSESSMENT AND AIR QUALITY MONITORING, TEN TECHNICAL TRAININGS ON COLLABORATIVE PROBLEM-SOLVING MODEL, HEALTH IMPACT ANALYSIS ASSESSMENT, CUMULATIVE IMPACTS ASSESSMENT, CITIZEN SCIENCE REPORTS, AIR QUALITY MONITORING, AND DATA AND EVALUATION FOR PROJECT TEAM INCLUDING STAFF, STAKEHOLDER PARTNERS, YOUTH AND PARENT PROJECT LEADERS, AND TEACHERS. ADDITIONALLY, FIVE-HUNDRED RESIDENTS WILL BE REACHED THROUGH CANVASSING AND COMMUNITY MEETINGS TO ENGAGE NEIGHBORHOOD RESIDENTS, FIVE MONITORING SITES WILL BE ESTABLISHED, FIVE TEACHERS WILL BE GIVEN TECHNICAL TRAINING AND ENGAGED IN CURRICULUM DEVELOPMENT AND SE

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS.  SPECIFICALLY, THE RECIPIENT WILL FUND A FULLTIME PROJECT MANAGER TO PLAN, PARTNER, AND COLLABORATE TO IMPLEMENT THE PROPOSED INDIGENOUS COMMUNITY GARDEN. THE GARDEN, LOCATED IN GOLDEN GATE PARK WITHIN SAN FRANCISCO, IS A NATIVE-LED PARTNERSHIP BETWEEN THE FRIENDSHIP HOUSE ASSOCIATION, THE ASSOCIATION OF RAMAYTUSH OHLONE, THE CULTURAL CONSERVANCY, AND SAN FRANCISCO RECREATION AND PARKS DEPARTMENT. THE COMMUNITY GARDEN SPACE CENTERS ITSELF AROUND TRADITIONAL INDIGENOUS ECOLOGICAL KNOWLEDGE, THE CORNERSTONE OF REGENERATIVE AGRICULTURE. PROJECT WORK WILL INCLUDE PLANNING AND PREPARATION WORK INCLUDING COLLABORATION WITH THE SAN FRANCISCO RECREATION AND PARKS DEPARTMENT TO ENSURE CITY COMPLIANCE, DEVELOPMENT AND IMPLEMENTATION OF THE GARDEN PLANS WITHIN THE ALLOTTED PARCEL USING PARTNER AND COMMUNITY FEEDBACK ALIKE, GARDEN ESTABLISHMENT, AND DEVELOPMENT OF ONGOING EDUCATION AND OUTREACH PROGRAMMING. ONCE OPERATIONAL, THE INDIGENOUS COMMUNITY GARDEN WILL PROVIDE SAN FRANCISCO'S NATIVE COMMUNITY WITH TRAINING AND EDUCATION ON HOW TO MANAGE NATIVE LANDSCAPES, A CEREMONIAL SPACE WITHIN THE CITY, AND INCREASE KNOWLEDGE ABOUT PREPARATION, AND CONSUMPTION OF HEALTHY FIRST FOODS. THROUGHOUT THE PROJECT PERIOD FRIENDSHIP HOUSE ASSOCIATION WILL WORK TO FURTHER BROADEN COMMUNITY CONNECTIONS AND CREATE NEW PARTNERSHIPS THROUGH THEIR WORK ON THE INDIGENOUS COMMUNITY GARDEN. FINAL EVALUATIONS AND REVIEWS WITHIN THE PROJECT PERIOD WILL ALLOW FRIENDSHIP HOUSE ASSOCIATION AND THEIR PARTNERS THE ABILITY TO ENSURE LONG-TERM GARDEN SUSTAINABILITY AND CREATE A ROADMAP FOR LONG-LASTING PARTNERSHIPS AND COLLABORATIVE EFFORTS. ACTIVITIES:THE ACTIVITIES IN THIS PROJECT INCLUDE ESTABLISHING AND MAINTAINING NEW COLLABORATIVE TRIBAL, GOVERNMENT, OTHER PARTNERSHIPS, PLANNING AND PREPARATION OF THE PROJECT SCOPE, INITIAL DEVELOPMENT INCLUDING ALL RELEVANT PERMITTING ACTIVITIES, OVERALL GARDEN ESTABLISHMENT, AND ONGOING GARDEN OPERATIONS AND OPTIMIZATION. IN YEAR 1 COMMUNITY STAKEHOLDERS AND PARTNERS WILL BE IDENTIFIED AND ENGAGED TO HELP DESIGN THE OVERALL PROJECT AND PROVIDE INPUT THROUGHOUT THE LIFE OF THE PROJECT. THE APPROPRIATE PERMITS WILL BE IDENTIFIED AND | 4/29/2024 |

APPLIED FOR AND, AS A PARTNER, THE CITY OF SAN FRANCISCO WILL ALSO OVERSEE THE CEQA PROCESS AND HOLD COMMUNITY MEETINGS RELATED TO THE PROJECT. BASIC SITE PREPARATION WILL BE DONE DURING THE FIRST YEAR AS WELL, OVERSEEN BY THE PROJECT MANAGER FUNDED VIA THIS COOPERATIVE AGREEMENT. IN YEAR 2, THE GARDEN WILL BE ESTABLISHED. PLANT SPECIES, TRADITIONAL FOODS, AND HERBAL PLANTS FOR CULTIVATION WILL BE SELECTED IN PARTNERSHIP WITH THE ASSOCIATION OF RAMAYTUSH OHLONE AND CULTURAL CONSERVANCY. IN ADDITION, DESIGN AND IMPLEMENTATION FOR A LAND BASED HEALING PROGRAM AND AN EDUCATION AND OUTREACH PROGRAM FOR FRIENDSHIP HOUSE RESIDENTS AND MEMBERS OF THE PUBLIC WILL OCCUR, IN COLLABORATION WITH PROJECT PARTNERS. IN YEAR 3, OVERALL PROJECT IMPLEMENTATION WILL OCCUR. THE FINAL YEAR WILL BE USED TO TRACK AND RECORD THE FARMS PROGRESS AND GROWTH, ALLOW FOR IMPLEMENTATION OF THE HEALING AND EDUCATIONAL PROGRAMS, AND A FINAL ASSESSMENT OF PROJECT SUSTAINABILITY WILL BE MADE IN ADDITION TO A PLAN FOR SUSTAINING FUTURE OPERATIONS PAST THE LENGTH OF THIS COOPERATIVE AGREEMENT. OVER THE COURSE OF THE ENTIRE PROJECT PERIOD THE PROJECT MANAGER WILL STRIVE TO CREATE NEW AND LONG-LASTING COLLABORATIVE PARTNERSHIPS THROUGH MONTHLY STAKEHOLDER MEETINGS, CREATING AN INTERNAL FRAMEWORK FOR EVALUATING AND SUSTAINING LONG-TERM PARTNERSHIPS, AND DEVELOPING A RECOGNITION PROGRAM TO ACKNOWLEDGE SIGNIFICANT CONTRIBUTIONS FROM PARTNERS.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE FORMAL STAKEHOLDER PARTNERSHIPS WITH THE LISTED PROJECT PARTNERS, DOCUMENTATION OF STAKEHOLDER INPUT GAINED THROUGH WEBINARS, LISTENING SESSIONS, AND COMMUNITY MEETINGS HELD THROUGHOUT THE PRO

EPA_00038875

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO OREGON COAST VISITORS ASSOCIATION. THE RECIPIENT WILL PERFORM WORK TO EXPAND EQUITABLE AND INCLUSIVE MOVEMENT TO AND ALONG THE OREGON COAST. THE GRANT AIMS TO REDUCE THE NATURE GAP OBSERVED IN THE PORTLAND METRO, SALEM, AND EUGENE AREAS, REDUCE BARRIERS AND INCREASE FEELINGS OF SAFETY FOR DISADVANTAGED COMMUNITIES VISITING THE OREGON COAST, DECREASE WORKFORCE TRAFFIC AND BURDEN, AND DECREASE TRAFFIC CONGESTION AND AIR POLLUTION AT HIGHLY VISITED COASTAL DESTINATIONS.ACTIVITIES:THE ACTIVITIES INCLUDE DEVELOPING SOCIAL, ENVIRONMENTAL, FINANCIAL, AND TECHNICAL STRATEGIES TO ASSESS THE CRITICAL POINTS OF TECHNICAL AND SOCIAL INFRASTRUCTURE NEEDED FOR EQUITABLE AND LOW IMPACT TRANSPORTATION. THE RECIPIENT WILL DEVELOP A QAPP, THEN WORK ALONGSIDE LOCAL PARTNERS TO ENGAGE COMMUNITIES IN FOCUS GROUPS. INFORMATION WILL BE GATHERED AND SYNTHESIZED INTO AN EQUITABLE AND INCLUSIVE MOVEMENT PLAN FOR THE AREA.SUBRECIPIENT:A $15,000 SUB-AWARD TO OREGON STATE UNIVERSITY'S TOURISM LAB SUPPORTS COMMUNITY ENGAGEMENT AT A DESTINATION LEVEL AND HELPS DETERMINE THE CARRYING CAPACITY OF VISITORS FOR A GIVEN CITY OR COUNTY. A $3,000 SUB-AWARD TO PORTLAND STATE UNIVERSITY CREATES A TRANSPORTATION ANALYSIS IN LINE WITH PROJECT OBJECTIVES. A $28,000 SUB-AWARD TO FORTH MOBILITY SUPPORTS TECHNICAL AND FINANCIAL ASSESSMENTS AND WORKFORCE FOCUS GROUPS.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE A MULTI-CHAPTER EQUITABLE AND INCLUSIVE MOVEMENT PLAN CREATED USING COMMUNITY-SOURCED INFORMATION. BENEFICIARIES INCLUDE THREE COMMUNITIES BURDENED BY ENVIRONMENTAL JUSTICE ISSUES RELATING TO TRANSPORTATION TO AND ALONG THE OREGON COAST: DISADVANTAGED COMMUNITIES WHO RESIDE IN THE PORTLAND METRO, SALEM, AND EUGENE AREAS WHO WISH TO VISIT THE OREGON COAST AS TOURISTS, THE TOURISM WORKFORCE WHO COMMUTE TO THEIR EMPLOYMENT ON THE OREGON COAST, AND RESIDENTS RESIDING IN CONGESTED TRAFFIC WAYS ALONG THE NORTH AND CENTRAL OREGON COAST. THE EXPECTED OUTCOMES INCLUDE REDUCING THE NATURE GAP AND PROMOTING EQUITABLE AND ACCESSIBLE TRAVEL TO THE OREGON COAST FOR VULNERABLE COMMUNITIES IN PORTLAND, SALEM, AND EUGENE; REDUCING TRANSPORTATION EMISSIONS AND IMPROVING ACCESS TO ZERO-EMISSION TRANSPORTATION | 4/30/2024 |

INFRASTRUCTURE FOR THE TOURISM
WORKFORCE ON THE OREGON COAST; AND
PLANNING AN EQUITABLE WAY FORWARD FOR
OREGON COAST DESTINATIONS EXPERIENCING
HIGH VISITATION TRAFFIC.

| | |
|---|---|
| DESCRIPTION:THE COOPERATIVE AGREEMENT PROVIDES FUNDING TO NEW HAVEN ECOLOGY PROJECT, INC. (NHEP). THE PROJECT WILL ENGAGE COMMUNITIES AND SOLVE PROBLEMS FACING THE CITY OF NEW HAVEN WITH A FOCUS ON SIX NEIGHBORHOODS IMPACTED BY ENVIRONMENTAL JUSTICE: WEST ROCK, WEST RIVER, NEWHALLVILLE, DWIGHT/DIXWELL, FAIR HAVEN, AND THE HILL. THE RECIPIENT WILL DEVELOP A GREEN JOB CORPS (GJC) CONSISTING OF OVER 100 HIGH SCHOOL STUDENTS WHO WILL BE RECRUITED FROM COMMON GROUND HIGH SCHOOL (CGHS) AND OTHER NEW HAVEN HIGH SCHOOLS TO PARTICIPATE IN AT LEAST 200 PAID ENVIRONMENTAL JUSTICE POSITIONS AS ENVIRONMENTAL JUSTICE PROBLEM SOLVERS. THROUGH THE GJC, STUDENTS WILL RECEIVE ENVIRONMENTAL JOB TRAINING AND LEADERSHIP DEVELOPMENT IN HIGH-IMPACT ROLES RELATED TO COMMUNITY ENGAGEMENT, PUBLIC EDUCATION, AND ACTION AROUND LOCAL ENVIRONMENTAL JUSTICE CHALLENGES. GJC MEMBERS WILL WORK WITH NEW HAVEN RESIDENTS TO CONTRIBUTE DIRECTLY TO IMPROVE AIR QUALITY, DECREASE CLIMATE IMPACTS, IMPROVE CLIMATE RESILIENCY, DECREASE ENVIRONMENTAL HEALTH IMPACTS, AND ASSIST IN INCREASING THE CITY OF NEW HAVEN'S CAPACITY TO PROBLEM-SOLVE ENVIRONMENTAL JUSTICE ISSUES BY LEADING COMMUNITY ENGAGEMENT EFFORTS THAT INCORPORATE ENVIRONMENTAL JUSTICE PRIORITIES INTO CITY PLANNING.ACTIVITIES:THE ACTIVITIES INCLUDE THE DEVELOPMENT OF A GREEN JOB CORPS (GJC), CONSISTING OF OVER 100 HIGH SCHOOL STUDENTS FROM COMMON GROUND HIGH SCHOOL (CGHS) AND OTHER NEW HAVEN HIGH SCHOOLS TO PARTICIPATE IN AT LEAST 200 PAID POSITIONS AS ENVIRONMENTAL JUSTICE PROBLEM SOLVERS. THE RECIPIENT WILL PROVIDE TRAINING ON ENVIRONMENTAL JUSTICE PROBLEM-SOLVING TO GJC MEMBERS, | 5/2/2024 |

EPA_00038877

DEVELOP WORKSHOPS ON ENVIRONMENTAL
JUSTICE PROBLEM-SOLVING AND
ENVIRONMENTAL JUSTICE ISSUES FOR GJC
MEMBERS, HOLD 2 ANNUAL YOUTH PROBLEM-
SOLVING SUMMITS FOR GJC MEMBERS AND
YOUTH AT PARTNERSHIP SITES, DEVELOP A GJC
TOOLKIT, PROVIDE OPPORTUNITIES FOR GJC
MEMBERS TO PRESENT THEIR RESULTS AT
URBAN PUBLIC SCHOOLS, AND ENGAGE NEW
HAVEN COMMUNITY MEMBERS IN BUILDING
ENVIRONMENTAL JUSTICE PLANS AND
COMMUNITY-BASED ENVIRONMENTAL JUSTICE
PROBLEM-SOLVING. THE RECIPIENT WILL
PROVIDE OPPORTUNITIES FOR ENGAGEMENT
WITH COMMUNITY MEMBERS THROUGH THE GJC
AND FACILITATE CLIMATE ADAPTATION AND
RESILIENCY MEASURES INCLUDING INCREASING
THE URBAN TREE CANOPY IN NEW HAVEN,
INCREASING COMMUNITY COMPOSTING
EFFORTS, REDUCING FOOD WASTE, AND
SUPPORTING URBAN
AGRICULTURE.SUBRECIPIENT:THE URBAN
RESOURCES INITIATIVE WILL PROVIDE TRAINING
AND SUPERVISION TO 36 NEW HAVEN YOUTH AS
PART OF PAID ENVIRONMENTAL JUSTICE WORK
OPPORTUNITIES; ENSURE GREEN JOB CORPS (GJC)
MEMBERS PARTICIPATE IN WORK THAT BUILDS
TOWARDS ENVIRONMENTAL JUSTICE; AND
ENGAGE IN SUPERVISOR WORKSHOPS, YOUTH
LEADERSHIP SUMMITS, PROJECT EVALUATION
EFFORTS, AND DOCUMENTATION ACTIVITIES.
THE NEW HAVEN CLIMATE MOVEMENT WILL
SUPPORT TWO PAID INTERNS IN EACH OF THE
FIVE NEW HAVEN PUBLIC SCHOOLS WHO WILL
ACT AS YOUTH CLIMATE ACTION INTERNS.
THESE INTERNS WILL ENGAGE OTHER STUDENTS,
TEACHERS, FAMILIES, AND RESIDENTS IN
PLANNING CLIMATE PROJECTS FOCUSED ON
GREENHOUSE REDUCTION AND PUBLIC HEALTH
IMPROVEMENTS; ORGANIZE PUBLIC EDUCATION
TO INCREASE SUPPORT FOR CLIMATE CHANGE
ACTION; AND EVALUATE AND REPORT ON THE
IMPACT OF THESE PROJECTS. NAPPESOUL, INC.
WILL PROVIDE TRAINING AND SUPERVISION TO
9-18 NEW HAVEN YOUTH AS PART OF PAID
ENVIRONMENTAL JUSTICE WORK
OPPORTUNITIES FOCUSED ON SUSTAINABLE
GARDENING; ENSURE GJC MEMBERS ARE
ENGAGED IN WORK THAT BUILDS
ENVIRONMENTAL JUSTICE AND ENGAGES
COMMUNITY MEMBERS MOST IMPACTED BY
FOOD INSECURITY; AND ENGAGE IN SUPERVISOR
WORKSHOPS, YOUTH LEADERSHIP SUMMITS,
PROJECT EVALUATION EFFORTS, AND
DOCUMENTATION ACTIVITIES.
HAVEN'S HARVEST WILL PROVIDE TRAINING
AND SUPERVISION TO 6-12 NEW HAVEN YOUTH
AS PART OF PAID ENVIRONMENTAL JUSTICE
WORK OPPORTUNITIES; ENSURE GJC MEMBERS
ARE ENGAGED IN WORK THAT BUILDS
ENVIRONMENTAL JUSTICE AND ENGAGES
COMMUNITY MEMBERS MOST IMPACTED BY

| | |
|---|---|
| FOOD INSECURITY; AND ENGAGE IN SUPERVISOR WORKSHOPS, YOUTH LEADERSHIP SUMMITS, PROJECT EVAL | |
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT (CNHA).  SPECIFICALLY, SOLARIZE808 IS AN INITIATIVE CO-DESIGNED WITH COMMUNITY STAKEHOLDERS, PRIORITIZING LOW AND MODERATE-INCOME (LMI), ASSET LIMITED, INCOME CONSTRAINED, EMPLOYED (ALICE) HOUSEHOLDS, AND NATIVE HAWAIIAN FAMILIES. THE WORK WILL FOCUS ON ENERGY EFFICIENCY EDUCATION, HOME AUDITS, BULK PURCHASING OF SOLAR PV EQUIPMENT, AND CREATIVE FINANCING THROUGH HOLISTIC AND HANDHELD APPROACHES.<br><br>THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COST ARE APPROVED BACK TO 04/01/2024. SEE TERMS AND CONDITIONS.ACTIVITIES:THE ACTIVITIES AIM TO INCREASE SOLAR PENETRATION FOR LMI/ALICE COMMUNITIES, ENSURING A MORE EQUITABLE DISTRIBUTION OF SOLAR ENERGY BENEFITS. THIS INCLUDES DELIVERING INCLUSIVE, ATTRACTIVE, LOW-COST, AND LONG-TERM SOLAR FINANCING AND LEASING PRODUCTS TO LMI/ALICE CUSTOMERS, EVEN THOSE WHO MAY BE CREDIT-CHALLENGED. THERE'S ALSO A FOCUS ON ACCELERATING FINANCING FOR 'SOLAR PLUS' OFFERINGS, WHICH COULD INCLUDE SOLAR COMBINED WITH ENERGY EFFICIENCY, SPECIFIC HVAC SOLUTIONS, BATTERY STORAGE, ELECTRIC VEHICLE CHARGERS, OR OTHER SUITABLE CLEAN ENERGY | 5/3/2024 |

TECHNOLOGIES. ADDITIONALLY, THE PROMOTION OF SOLAR-POSITIVE POLICIES IS ENCOURAGED, URGING LOCAL GOVERNMENTS TO ADOPT STREAMLINED SOLAR ENERGY PERMITTING POLICIES AND FAIR UTILITY DISTRIBUTED GENERATION POLICIES. THIS ADVANCES GREENHOUSE GAS REDUCTION GOALS, CLEAN-ENERGY PRODUCTION, WORKFORCE DEVELOPMENT OPPORTUNITIES, AND OTHER COMMUNITY POLICY OBJECTIVES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE PROJECT ANTICIPATES SEVERAL KEY DELIVERABLES AIMED AT PROMOTING ENERGY EFFICIENCY AND SOLAR ADOPTION. THESE INCLUDE CONDUCTING 10 COMMUNITY ENERGY WORKSHOPS WITH STAKEHOLDERS AND 4 ENERGY EFFICIENCY WORKSHOPS. THE PROJECT WILL ALSO DEVELOP STRATEGIES TO INCREASE PARTICIPATION AND IDENTIFY, DOCUMENT, AND TEST SOLUTIONS TO PERCEIVED BARRIERS TO PARTICIPATION. SURVEYS WILL BE DEVELOPED PRE AND POST PARTICIPATION TO MEASURE IMPACT. MEETINGS WITH STAKEHOLDERS WILL BE HELD TO IDENTIFY KEY BARRIERS TO CUSTOMER ACQUISITION, WITH RECORDS OF MEETINGS HELD, NUMBER OF SIGN-UPS, HOME AUDITS, AND SOLAR (+) SYSTEMS. ENGAGEMENTS WITH LOCAL GOVERNMENT OFFICIALS, UTILITY REPRESENTATIVES, AND OTHER KEY ACTORS WILL BE SUMMARIZED.

THE EXPECTED OUTCOMES OF THE PROJECT ARE SIGNIFICANT. THE PROJECT AIMS TO INCREASE ENERGY EFFICIENCY HOME AUDITS AND SOLAR (+) INSTALLATIONS BY 100. THIS IS EXPECTED TO RESULT IN SUSTAINED LOWER ELECTRIC BILLS FOR PARTICIPANTS AND LOWER UTILITY STRESS. THE PROJECT ALSO AIMS FOR A SUSTAINED INCREASE IN MARKET PENETRATION OF ROOFTOP SOLAR AND REDUCED EMISSIONS OF GREENHOUSE GASES. THE PROJECT WILL WORK TOWARDS INCREASED LEGISLATION AND FUNDING FOR LMI/ALICE HOUSEHOLDS TO ATTAIN SOLAR (+), THEREBY INCREASING PARTICIPANT ENERGY SOVEREIGNTY.

THE INTENDED BENEFICIARIES OF THE PROJECT ARE ASSET LIMITED, INCOME CONSTRAINED, EMPLOYED (ALICE) HOUSEHOLDS AND NATIVE HAWAIIAN FAMILIES. THESE GROUPS STAND TO BENEFIT FROM THE INCREASED ACCESS TO SOLAR ENERGY AND THE POTENTIAL FOR LOWER ENERGY BILLS. THE PROJECT'S FOCUS ON THESE GROUPS ENSURES THAT THE BENEFITS OF RENEWABLE ENERGY ARE ACCESSIBLE TO THOSE WHO NEED IT MOST.

| | 5/8/2024 |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BLACK UNITED FUND OF TEXAS.  THIS PROJECT HAS THREE MAIN COMPONENTS THAT IT SEEKS TO ADDRESS. FIRSTLY, IT WILL ESTABLISH A FREE SOLAR WORKFORCE DEVELOPMENT PROGRAM THAT NOT ONLY INCLUDES TRAINING FOR SOLAR INSTALLATION, BUT ALSO, THE SOFT SKILLS AND PROFESSIONAL  DEVELOPMENT SUPPORT AT-RISK POPULATIONS  FOR EXAMPLE, (E.G. PREVIOUSLY INCARCERATED INDIVIDUALS, NON-COLLEGE BOUND YOUTHS, AND VETERANS.) SECONDLY, THE PROJECT WILL OFFER EDUCATIONAL OPPORTUNITIES FOR YOUTH POPULATIONS TO FIRST DEEPEN THEIR UNDERSTANDING OF THE POLICY AND ENVIRONMENTAL BARRIERS THAT ENVIRONMENTAL JUSTICE COMMUNITIES FACE, AND THEN LEARN ABOUT THE RESOURCES THAT CAN BE LEVERAGED TO ADDRESS THESE ISSUES. LASTLY, THE PROJECT PLANS TO MITIGATE ISSUES OF ILLEGAL DUMPING IN THE TARGET AREA BY ACTIVATING STUDENTS WITH NEWLY ACQUIRED KNOWLEDGE TO BECOME PARTICIPANTS IN SOLUTIONS THAT WILL LEAD TO A SAFER AND HEALTHIER ENVIRONMENT FOR THE COMMUNITY.ACTIVITIES:FIRSTLY, IT WILL ESTABLISH A FREE SOLAR WORKFORCE DEVELOPMENT PROGRAM THAT NOT ONLY INCLUDES TRAINING FOR SOLAR INSTALLATION, BUT ALSO THE SOFT SKILLS AND PROFESSIONAL DEVELOPMENT SUPPORT AT-RISK POPULATIONS. SECONDLY, THE PROJECT WILL OFFER EDUCATIONAL OPPORTUNITIES FOR YOUTH POPULATIONS TO FIRST DEEPEN THEIR UNDERSTANDING OF THE POLICY AND ENVIRONMENTAL BARRIERS THAT ENVIRONMENTAL JUSTICE COMMUNITIES FACE, AND THEN LEARN ABOUT THE RESOURCES THAT CAN BE LEVERAGED TO ADDRESS THESE ISSUES. LASTLY, THE PROJECT PLANS TO MITIGATE ISSUES OF ILLEGAL DUMPING IN THE TARGET AREA BY ACTIVATING STUDENTS WITH NEWLY ACQUIRED KNOWLEDGE TO BECOME PARTICIPANTS IN SOLUTIONS THAT WILL LEAD TO A SAFER AND HEALTHIER ENVIRONMENT FOR THE COMMUNITY. SUBRECIPIENT:THE HOUSTON HEALTH DEPARTMENT WILL ASSIST BUFTX IN THE RECRUITMENT OF STUDENTS FOR THE TRAINING PROGRAM, BY HELPING RECRUIT FROM THE COMMUNITY, THE HOUSTON HEALTH DEPARTMENT RE-ENTRY PROGRAM, THE VETERANS' PROGRAM, AND THE MY BROTHER'S KEEPER PROGRAM. MOREOVER, THE HOUSTON HEALTH DEPARTMENT CLIENT ACCESS DIVISION WILL MEET WITH ATTENDEES AT THE BAYLAN CENTER DURING THE TRAINING TO ASSESS INDIVIDUAL NEEDS AND THEN CONNECT CLIENTS TO COVERAGE AND RESOURCES. THE HOUSTON HEALTH DEPARTMENT HAS A LONG | |

HISTORY OF SUPPORTING 5TH WARD AND
KASHMERE GARDENS COMMUNITIES AND THE
PROPOSED SOLAR INSTALLATION WORKFORCE
DEVELOPMENT HIGHLY ALIGNS WITH GOALS
HIGHLIGHTED IN THE 2020 RESILIENT HOUSTON
PLAN AND 2020 CLIMATE ACTION PLAN. BLACK
UNITED FUND OF TEXAS INTENDS TO PROVIDE
FUNDING TO THE HOUSTON HEALTH
DEPARTMENT VIA A SUB-AWARD AMOUNT OF
$120,000.' SOUTH UNION COMMUNITY
 DEVELOPMENT CORPORATION (COMMUNITY
BASE ORGANIZATION) IS COMMITTED TO
SUPPORTING VULNERABLE TO VIBRANT BY
SHARING LESSONS FROM THEIR VERY OWN
SOLAR WORKFORCE TRAINING AND
ENVIRONMENTAL JUSTICE PROGRAMMING. THE
HOUSTON COMMUNITY COLLEGE WILL OFFER A
CERTIFICATE PROGRAM TO PREPARE STUDENTS
FOR JOBS IN SOLAR INSTALLATION AND HAS
COMMITTED TO OFFERING THIS EXPEDITED
SOLAR TRAINING PROGRAM A TOTAL OF FOUR
CLASSES.
OUTCOMES:OUTCOMES ARE THE PROJECT WILL
STRENGTHEN THE NEIGHBORHOOD'S ADAPTIVE
CAPACITY FOR CLIMATE RESILIENCE, CREATE
OPPORTUNITIES FOR INCLUSIVE ECONOMIC
OPPORTUNITIES THROUGH WORKFORCE
DEVELOPMENT, LOWER CRIME AND POVERTY
RATES DUE TO MORE GAINFUL EMPLOYMENT IN
THE COMMUNITY AND THROUGHOUT HOUSTON
AS BLACK UNITED FUND OF TEXAS MOVE
TOWARDS GREEN ENERGY, AND IMPROVED
QUALITY OF LIFE IN THE TARGET AREA WITH
COMMUNITY-LED PROGRAMMING.
DELIVERABLES WILL BE TRAINED PROGRAM
PARTICIPANTS IN SOLAR PANEL INSTALLATION,
ADDRESSING ILLEGAL DUMPING IN WARD 5 IN
HOUSTON, TEXAS. LASTLY, THE BUILDING OF
HYDROPONIC CONTAINERS TO GROW
VEGETABLES IN ATTENDED BENEFICIARIES ARE
THE CITIZENS OF WARD 5 OF HOUSTON TEXAS.

--

Travis Voyles
C: (202) 787-0595

From: Killian, Cole <Killian.Cole@epa.gov>
Sent: Sunday, February 16, 2025 4:06 PM
To: Voyles, Travis <voyles.travis@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
Cc: Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
Subject: RE: Loving, Kathryn shared "contract_details" with you

Yes, I've just populated the "Total Outlayed Amount (est)" and "Remaining (est)" columns for the Feb 13
grants.

Looking forward to the next set!

Best,
Cole

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Sunday, February 16, 2025 11:52 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

On the 2/13 grants reviewed, can you add the remaining amount of the grant? That would be helpful to see that information moving forward like it was presented on the 2/11 grants.

Hope to have another set (contracts and grants) coming y'alls way soon.

--

Travis Voyles
C: (202) 787-0595

---

**From:** Killian, Cole <Killian.Cole@epa.gov>
**Sent:** Friday, February 14, 2025 11:48 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you for this update Travis.

As a note: OMS is giving input on whether they think any given contract is mission-critical, and they didn't mark any of these contracts as mission-critical.

OMS is now moving forwards with terminating these contracts.

Best,
Cole

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 10:18 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you!

And below is the test batch run that just got approved to cancel. We will go back into the spreadsheet and mark these as "Approved to Cancel".

| Date Cancellation Process Started | PIID | Terms and Conditions | Rationale | Notes from EAS Description | Recipient Name |
|---|---|---|---|---|---|

| 2/11/2025 | 68HERH24F0023 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | Technical assistance for planning, development, implementation, and reporting assistance related to the environmental climate justice program. | ENDYNA, INC. |
|---|---|---|---|---|---|
| 2/11/2025 | 68HERH23F0237 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. If we were doing this, we should insource. | The contractor will fulfill OEJECR's need for EJ and Civil Rights programming and learning material in support of implementing EJ and Civil rights considerations into EPA policies, programs, and activities. | ENDYNA, INC. |
| 2/11/2025 | 68HE0P24F0031 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | The Suppliers are encouraged to bid on training 40 employees for 3 days of training over a 5-week training period, spread out over 5 months that is in person training. The training will focus on critical leadership skills and should include some training on Environmental Justice, Working with Communities, and Diversity Equity Inclusion and Accessibility (DEIA). | HUMAN CAPTIAL RESOURCES & CONCEPTS INC |
| 2/11/2025 | 68HERC24F0330 | No notice required. Term for convenience. FAR 52.249 | Waste: Should be in-sourced. (Training material development.) And HIA probably has a DEI angle, though it is not explicit here. | The EPA Office of Research and Development (ORD) is collaborating with Region 5 to develop Health Impact Assessment (HIA) learning objectives and training materials for new and existing EPA staff, and potentially external partners, such as states, to understand and perform HIA in an EPA context. ORD has a long history of doing HIA research and practice. Based on our experience, we are well-positioned to be a resource for the Agency as it is building capacity to do cumulative impact assessment (CIA), of which one existing methodology is Health Impact Assessment. Cumulative impact assessment is a priority by which EPA has committed to addressing environmental justice issues. | PEGASUS TECHNICAL SERVICES, INC |

EPA_00038884

| 2/11/2025 | 68HERH23F0327 | No notice required. Term for convenience. FAR 52.249 | Waste: Retreats might be wasteful, and external contractor support for a retreat is definitely wasteful. | The contractor shall provide strategic planning, facilitation and leadership support for the Office of Land and Emergency Management (OLEM), Office of Emergency Management (OEM) conferences and meetings related to OEM senior management and staff office wide retreats. Support for this task order should also include an experienced, skillful facilitator to conduct interviews with each OEM staff and manager, provide developmental training exercises and training materials, pre-retreat development of an agenda and topical discussions to include strategic planning, and provide highlights after the meeting. | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. |
| 2/11/2025 | 68HERC23P0042 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Procure Gartner HR research and advisory services covering employee experience, diversity, equity, inclusion and accessibility, and work life integration. | GARTNER, INC. |
| 2/11/2025 | 68HERH24P0143 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE | LIGHTHOUSE STRATEGY CONSULTING LLC |
| 2/11/2025 | 68HERC23F0428 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | ICF INCORPORATED, L.L.C. |
| 2/11/2025 | 68HERH24F0409 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Provides administrative support and meeting planning support to the office of environmental justice and external civil rights. | INTSCI-ENDYNA LLC |

| Public Contract Description | Base and All Options Value | Base Exercised Options Value | Total Obligation | Outstanding Value |
|---|---|---|---|---|
| BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION | $117,931,407.48 | $70,122,340.16 | $64,668,605.16 | $53,262,802.32 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | $6,895,921.10 | $3,206,754.60 | $750,000.00 | $6,145,921.10 |
| | $228,292.84 | $43,000.00 | $43,000.00 | $185,292.84 |

| | | | |
|---|---|---|---|
| | $248,464.00 | $109,528.00 | $109,528.00 | $138,936.00 |

| | | | | |
|---|---|---|---|---|
| TASK ORDER FOR FACILITATION, LEADERSHIP DEVELOPMENT, AND OFFICE-WIDE RETREAT SUPPORT (FOLLOW-ON TO EP-17-W-003/0013) UNDER MULTIPLE-AWARD BRIDGE CONTRACTS FOR OFFICE OF LAND AND EMERGENCY MANAGEMENT, OFFICE OF EMERGENCY MANAGEMENT. | $108,255.27 | $108,255.27 | $64,533.82 | $43,721.45 |
| | $95,922.00 | $95,922.00 | $95,922.00 | $0.00 |
| CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A | $180,000.00 | $180,000.00 | $180,000.00 | $0.00 |

EPA_00038887

| | | | |
|---|---|---|---|
| STEM AUDIENCE. TRAINING OFFERED SHOULD BE | | | |
| SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | $985,889 | $985,889 | $985,889 | 0 |
| CONTRACTOR SUPPORT FOR OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS, OFFICE OF POLICY, PARTNERSHIPS AND PROGRAM DEVELOPMENT, PARTNERSHIPS AND COLLABORATION DIVISION. | $257,672.10 | $257,672.10 | $257,672.10 | $0.00 |

--

Travis Voyles
C: (202) 787-0595

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 13, 2025 6:11 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi everyone,

Keeping up the cadence today, we have added to the queue a list of 71 grants that were all signed before July 1, 2024, worth $119M (ceiling; savings will be lower once we subtract obligations). The new tab is called "Feb 13 grants to cancel".

It was great to put 5 of the "gold bars" on this list, that are signed before July 1! (The majority of those were signed after July 1.) We have marked those 5 rows in blue, because gold is too hard to read. Total award value for those 5 is $36.9M, of which $27.8M has not yet been obligated. We are calling them "gold bars" because they were awards to grant makers who plan to give subawards. 4 of the 5 are part of the Thriving communities grantmaking program that Lee cancelled part of earlier today.

Best,
Kathryn

**From:** Loving, Kathryn
**Sent:** Thursday, February 13, 2025 9:22 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

I have added a column "T&C" that indicates no notice and comment period required for the contracts and grants we already sent you. As you can imagine, the DOGE team has lawyers that are pretty experienced with grant and contract cancellation at this point, so that's what that is based on!

I will also add that the careers in EPA OMS are already supporting us on this – they are the ones who will be executing the cancellation on your greenlight, not us. They see no issues with cancelling the Feb 11 list of contracts, and we're sharing the Feb 12 list with them now. They seem very knowledgeable about this topic, so I think you should trust them on how to cancel properly!

Kathryn

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 6:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** Re: Loving, Kathryn shared "contract_details" with you

Thank you so much! This is really helpful. Paige and I had a good discussion with the Administrator last night reviewing the examples and process. One aspect he raised that we just want to ensure we are covering when taking the action to cancel that we are doing it reflective of any terms/conditions/notification requirements in the contract or grant. Is that something y'all feel you are able to capture in your review or we can engage OMS to quickly get us that details?

Otherwise he liked the process and agrees that we'll be able to quickly move through reviewing these once that element is addressed.

Sorry again to add one more aspect, but with that I believe we'll be able to cover all the elements requested by the Administrator.

Get Outlook for iOS

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Wednesday, February 12, 2025 6:47:34 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi all, thank you so much for taking a look at the Feb 11 contracts last night! I moved the rows that were more controversial over to the "contracts to review" tab. (e.g. if Paige flagged.) The careers are ready to hit cancel on the rest, pending a green light from you all!

In addition, we added a new tab "Feb 12 contracts to cancel" with a new tranche of contracts we found today. We'd love your review on those as well.

Similar story for the grants – the grants that Paige flagged are moved over to "grants for further review". They are all under 2 grant programs EPA has already halted, and were all signed prior to July 1, 2024, so we think they will be straightforward to cancel once you give a green light. We did not add any new grants today; maybe tomorrow 😊

And in all tabs there is now a "reason" column to justify cancellation.

Best,
Kathryn

**From:** Loving, Kathryn
**Sent:** Tuesday, February 11, 2025 7:51 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Loving, Kathryn shared "contract_details" with you



**Loving, Kathryn invited you to edit a file**

Hi Travis, as we discussed today, here's a list of contracts and grants that we want to push forward to cancellation, and keep the momentum going! We removed the ones we thought were yellow flags, so we think these are pretty uncontroversial, but we added a column "AO reviewed", for your team to add any greenlight or flags.

Thanks!
Kathryn

📊 contract_details

🔒 This invite will only work for you and people with existing access.

Open     Share

EPA_00038890



Privacy Statement

This email is generated through Environmental Protection Agency (EPA)'s use of Microsoft 365 and may contain content that is controlled by Environmental Protection Agency (EPA).

| Date of Termination / Grant Action | Contract/Order #/ PIID / FAIN | Agency |
|---|---|---|
| 13-Feb-25 | redacted (internal) | EPA |
| 21-Feb-25 | 13746681 | EPA |
| 21-Feb-25 | 84061101 | EPA |
| 21-Feb-25 | 95314201 | EPA |
| 21-Feb-25 | 95334801 | EPA |
| 21-Feb-25 | 95338201 | EPA |
| 21-Feb-25 | 95341301 | EPA |
| 21-Feb-25 | 96701501 | EPA |
| 21-Feb-25 | 00E03450 | EPA |
| 21-Feb-25 | 00E03682 | EPA |
| 21-Feb-25 | 00I10501 | EPA |
| 21-Feb-25 | 02F50601 | EPA |
| 21-Feb-25 | 02F50801 | EPA |
| 21-Feb-25 | 02J56601 | EPA |
| 21-Feb-25 | 02J63801 | EPA |
| 21-Feb-25 | 03D03124 | EPA |
| 21-Feb-25 | 98T65801 | EPA |
| 21-Feb-25 | 98T88701 | EPA |
| 21-Feb-25 | 98T91201 | EPA |
| 21-Feb-25 | 98T91501 | EPA |
| 21-Feb-25 | 00A01436 | EPA |
| 4-Mar-25 | 84108101 | EPA |
| 4-Mar-25 | 84108601 | EPA |
| 4-Mar-25 | 84109001 | EPA |
| 4-Mar-25 | 84108501 | EPA |
| 4-Mar-25 | 84108001 | EPA |
| 4-Mar-25 | 84107101 | EPA |
| 4-Mar-25 | 84106801 | EPA |

**Vendor**

CLIMATE JUSTICE ALLIANCE

DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC

INSTITUTE FOR SUSTAINABLE COMMUNITIES

NATIONAL WILDLIFE FEDERATION
NUEVA ESPERANZA, INC.
APPALACHIAN VOICES

GREEN & HEALTHY HOMES INITIATIVE INC

WICHITA STATE UNIVERSITY

REGENTS OF THE UNIVERSITY OF MINNESOTA

MINNEAPOLIS FOUNDATION
MONTANA STATE UNIVERSITY
BLACK UNITED FUND OF TEXAS, INC.
EARTH CARE INTERNATIONAL

OREGON COAST VISITORS ASSOCIATION, INC.

PHILANTHROPY NORTHWEST
PARKS ALLIANCE OF LOUISVILLE, INC.

SAN DIEGO STATE UNIVERSITY FOUNDATION

BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC.

COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT

THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS
NEW HAVEN ECOLOGY PROJECT INC
ROCHESTER INSTITUTE OF TECHNOLOGY
NATIONAL GLASS ASSOCIATION
EIFS Industry Members Association
PORTLAND CEMENT ASSOCIATION
WEST VIRGINIA UNIVERSITY RESEARCH CORPORATION
CORNELL UNIVERSITY
University of Texas at Austin

**Category**                         **(i.e. DEI, Climate & Sustainability, Consulting & Research Services, Non-Performing/Non-Essential Contracts, Recruitment Services)**

Environmental justice work; DEI EO issues. Wasteful

Environmental justice work; DEI EO issues. Wasteful.

Program not in line with administration priorities: 66.309- Thriving communities - Surveys, studies, investigatio
Environmental justice work; DEI EO issues. Wasteful
Environmental justice work; DEI EO issues. Wasteful.
Environmental justice work; DEI EO issues. Wasteful.

Program not in line with administration priorities: 66.615  - Environmental Justice subawards
Environmental justice work; DEI EO issues. Wasteful

Environmental justice work; DEI EO issues. Wasteful.
Program not in line with administration priorities: 66.615 - Environmental Justice subawards
Environmental justice work; DEI EO issues. Wasteful
Environmental justice work; DEI EO issues. Wasteful
Environmental justice work; DEI EO issues. Wasteful

Environmental justice work; DEI EO issues. Wasteful.
Program not in line with administration priorities: 66.615  - Environmental Justice subawards
Environmental justice work; DEI EO issues. Wasteful

Environmental justice work; DEI EO issues. Wasteful.

Environmental justice work; DEI EO issues. Wasteful

Environmental justice work; DEI EO issues. Wasteful.

Environmental justice work; DEI EO issues. Wasteful.
Environmental justice work; DEI EO issues. Wasteful
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements

**Contract Description**

Through a strategic learning stance of cooperation, mutual benefit, and power building in EJ communities, UN

DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $8,000,000 TO THE DEEP SO

DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMU
DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO NATIONAL WILDLIFE FEDERATION (NWF). S
DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)
DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)

DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)

DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING TO WICHITA STATE UNIVERSITY. SPECIFICALI

DESCRIPTION:THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER WILL LEVERAGE EXI
DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)
DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO MONTANA STATE UNIVERSITY (MSU). SPEC
DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)
DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)

DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)
THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO PHILANTH
DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $500,000 TO SUPPORT COM

DESCRIPTION:THE PURPOSE OF THIS PROJECT IS TO EMPOWER COMMUNITIES BY PROVIDING CRI

DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA)

DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE COUNCIL FOR NATIVE HAWAIIAN ADV

DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO FRIENDSHIP HOUSE ASSOCIATION OF AME
DESCRIPTION:THE COOPERATIVE AGREEMENT PROVIDES FUNDING TO NEW HAVEN ECOLOGY PRO
This agreement provides funding under the Inflation Reduction Act (IRA) to Rochester Institute of Technology
This agreement provides funding under the Inflation Reduction Act (IRA) to the National Glass Association (N
The EIFS Industry Members Association (EIMA) is a nonprofit trade association that represents the Exterior In
This agreement provides funding under the Inflation Reduction Act (IRA) to Portland Cement Association (PC
This agreement provides funding under the Inflation Reduction Act (IRA) to West Virginia University Research
This agreement provides funding under the Inflation Reduction Act (IRA) to Cornell University. This program is
This agreement provides funding under the Inflation Reduction Act (IRA) to The University of Texas at Austin.

| Status | Contract Ceiling Value | Potential Contract Savings (Contract Ceiling Value - Dollars Obligated) | Updated by | Update Date |
|---|---|---|---|---|
| Cancelled signature process on draft grant | $50,000,000 | $50,000,000 | KL | 2/13/2025 |
| Terminated | $8,000,000 | $8,000,000.00 | KL | 2/24/2025 |
| Terminated | $8,000,000 | $5,993,225.78 | KL | 2/24/2025 |
| Terminated | $5,000,000 | $4,550,417.38 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $8,000,000 | $7,160,606.98 | KL | 2/24/2025 |
| Terminated | $5,000,000 | $3,930,077.34 | KL | 2/24/2025 |
| Terminated | $5,000,000 | $3,721,823.91 | KL | 2/24/2025 |
| Terminated | $8,000,000 | $7,645,588.84 | KL | 2/24/2025 |
| Terminated | $4,000,000 | $3,908,168.00 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $8,000,000 | $7,008,434.42 | KL | 2/24/2025 |
| Terminated | $500,000 | $432,512.75 | KL | 2/24/2025 |
| Terminated | $5,100,000 | $4,191,942.41 | KL | 2/24/2025 |
| Terminated | $500,000 | $427,089.90 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $500,000 | $488,649.60 | KL | 2/24/2025 |
| Terminated | $500,000 | $500,000.00 | KL | 2/24/2025 |
| Terminated | $1,298,635 | $1,298,635 | EJ | 3/4/2025 |
| Terminated | $2,146,625 | $2,146,625 | EJ | 3/4/2025 |
| Terminated | $2,189,939 | $2,189,939 | EJ | 3/4/2025 |
| Terminated | $2,445,363 | $2,445,363 | EJ | 3/4/2025 |
| Terminated | $2,486,224 | $2,486,224 | EJ | 3/4/2025 |
| Terminated | $2,499,999 | $2,499,999 | EJ | 3/4/2025 |
| Terminated | $3,268,757 | $3,268,757 | EJ | 3/4/2025 |

| Included in Daily Executive Summary | Awarded or Pending |
|---|---|
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | Yes |
| | No |
| | No |
| | No |
| | No |
| | No |
| | No |
| | No |

| | | |
|---|---|---|
| 4-Mar-25 | 84108901 | EPA |
| 4-Mar-25 | 84108701 | EPA |
| 4-Mar-25 | 84109301 | EPA |
| 4-Mar-25 | 84110601 | EPA |
| 4-Mar-25 | 84110001 | EPA |
| 4-Mar-25 | 84111301 | EPA |
| 4-Mar-25 | 84107801 | EPA |
| 4-Mar-25 | 84108301 | EPA |
| 4-Mar-25 | 84107301 | EPA |
| 4-Mar-25 | 84111101 | EPA |
| 4-Mar-25 | 84110301 | EPA |
| 4-Mar-25 | 84108801 | EPA |
| 4-Mar-25 | 84107001 | EPA |
| 4-Mar-25 | 84107901 | EPA |
| 10-Mar-25 | 02J57401-0 | EPA |
| 4-Feb-25 | GS02F0128W | EPA |
| 7-Feb-25 | 68HERD23P0034 | EPA |
| 10-Feb-25 | 68HERC25P0001 | EPA |
| 14-Feb-25 | 68HERC19D0003 | EPA |
| 14-Feb-25 | 68HERC20C0061 | EPA |
| 14-Feb-25 | 68HERC20D0029 | EPA |
| 14-Feb-25 | 68HERH22A0025 | EPA |
| 14-Feb-25 | 68HERH22A0025 | EPA |
| 14-Feb-25 | 68HERH23D0014 | EPA |
| 14-Feb-25 | 68HERH24D0008 | EPA |
| 20-Feb-25 | 68HERH20D0001 | EPA |
| 20-Feb-25 | 68HERH20D0001 | EPA |
| 20-Feb-25 | 68HERH21A0018 | EPA |
| 20-Feb-25 | 68HERH21D0001 | EPA |
| 20-Feb-25 | 68HERH23D0012 | EPA |
| 20-Feb-25 | 68HERH23D0013 | EPA |
| 20-Feb-25 | 68HERH23P0123 | EPA |

INTERNATIONAL CODE COUNCIL, INC.
EVANSTON REBUILDING WAREHOUSE
UNIVERSITY OF CALIFORNIA, DAVIS
INTERNATIONAL LIVING FUTURE INSTITUTE
AMERICAN WOOD COUNCIL
COLLABORATIVE COMPOSITE SOLUTIONS CORP
Hemp Building Institute
UNIVERSITY OF MASSACHUSETTS LOWELL
NATIONAL READY-MIXED CONCRETE ASSOCIATION
AMERICAN CENTER FOR LIFE CYCLE ASSESSMENT
PRESTRESSED CONCRETE INSTITUTE
OKLAHOMA STATE UNIVERSITY
UNIVERSITY OF WASHINGTON
NATIONAL ASPHALT PAVEMENT ASSOCIATION INC
Spokane Conservation District
MANAGED CARE ADVISORS, INC.

POLITICO LLC

CONFERENCE BOARD, INC., THE

ICF Incorporated, L.L.C.

INSIDE WASHINGTON PUBLISHERS LLC

PEGASUS TECHNICAL SERVICES, INC

ENDYNA, INC.

ENDYNA, INC.

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.

INTSCI-ENDYNA LLC

ENVIRONMENTAL MANAGEMENT SUPPORT, INC

ENVIRONMENTAL MANAGEMENT SUPPORT, INC

SKEO SOLUTIONS, INC.

INDUSTRIAL ECONOMICS INC

Abt Global LLC

BOOZ ALLEN HAMILTON INC

GARTNER, INC.

Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements
Non-essential grants, not statutory requirements

This agreement provides funding under the Inflation Reduction Act (IRA) to the International Code Council - E
This agreement provides funding under the Inflation Reduction Act (IRA) to Rebuilding Exchange. This progra
This agreement provides funding under the Inflation Reduction Act (IRA) to The University of California, Davis
This agreement provides funding under the Inflation Reduction Act (IRA) to International Living Future Institute
This agreement provides funding under the Inflation Reduction Act (IRA) to the American Wood Council. This
This agreement provides funding under the Inflation Reduction Act (IRA) to ACMA-IACMI CIRCLE Partnership
This agreement provides funding under the Inflation Reduction Act (IRA) to Hemp Building Institute. This prog
This agreement provides funding under the Inflation Reduction Act (IRA) to University of Massachusetts. This
This agreement provides funding under the Inflation Reduction Act (IRA) to National Ready-Mix Association (N
This agreement provides funding under the Inflation Reduction Act (IRA) to the American Center for Life Cycle
This agreement provides funding under the Inflation Reduction Act (IRA) to the Precast/ Prestressed Concrete
This agreement provides funding under the Inflation Reduction Act (IRA) to Oklahoma State University. This p
This agreement provides funding under the Inflation Reduction Act (IRA) to University of Washington. This pro
This agreement provides funding under the Inflation Reduction Act (IRA) to the National Asphalt Pavement As
Advancing tree equity and environmental justice in Spokane County through urban forestry career developme
Workers Compensation Program

E&E NEWS 12 MONTH BASE PERIOD AND 12 MONTH OPTION PERIOD SUBSCRIPTION ACCESS

Talent Management Executive Council 12-month Membership  (Period of Performance February 1, 2025 - Jar

Support for Expanding the Environmental Justice Content within ACE (America's Children and the Environmen

U.S. EPA access to Inside Washington Publishers' InsideEPA.com

Office of Research and Development Risk Management and Ecological Exposure Research Support Services

EARTH Mission Support

EARTH Mission Support - Technical Assistance for Grant Applicants/Recipients and Administrative Support to

Facilitation, Leadership Development, and Office-Wide Retreat Support(Follow-On to EP-17-W-003/0013)

Support for the U.S. EPA Science Advisory Board Staff Office and other Agency Federal Advisory Committee

Green Remediation Support (68HERH19F00046 Old TO 027 - OPIV)

Citizens Guide (Old Task Order 028 68HERH19F0066 - OP IV)

Superfund Redevelopment Initiative (SRI) and Technical Assistance Services Contract (TASC)

Economic Support for EPA's Third e-Manifest Rule

Task Order for Mission Support (Follow-On to EP-17-W-001/ 68HERH21F0326) under Multiple-Award Bridge

Task Order for Emergency Planning and Community Right-to-Know Act (EPCRA), Oil Spills Prevention and P

Gartner under FedLink Contract LCFDL19C0019/68HERH19P0017 for three years - to obtain the Seat license

| | | | |
|---|---|---|---|
| Terminated | $3,500,000 | $3,500,000 | EJ | 3/4/2025 |
| Terminated | $3,887,329 | $3,887,329 | EJ | 3/4/2025 |
| Terminated | $4,222,307 | $4,222,307 | EJ | 3/4/2025 |
| Terminated | $4,662,182 | $4,662,182 | EJ | 3/4/2025 |
| Terminated | $6,000,000 | $6,000,000 | EJ | 3/4/2025 |
| Terminated | $6,000,000 | $6,000,000 | EJ | 3/4/2025 |
| Terminated | $6,186,200 | $6,186,200 | EJ | 3/4/2025 |
| Terminated | $6,371,426 | $6,371,426 | EJ | 3/4/2025 |
| Terminated | $9,632,293 | $9,632,293 | EJ | 3/4/2025 |
| Terminated | $9,696,503 | $9,696,503 | EJ | 3/4/2025 |
| Terminated | $9,975,000 | $9,975,000 | EJ | 3/4/2025 |
| Terminated | $9,990,311 | $9,990,311 | EJ | 3/4/2025 |
| Terminated | $9,990,668 | $9,990,668 | EJ | 3/4/2025 |
| Terminated | $10,000,000 | $10,000,000 | EJ | 3/4/2025 |
| Terminated | $877,458 | $756,942 | KL | 3/10/2025 |
| Terminated | $1,423,855 | $638,687 | EJ | 3/11/2025 |
| Terminated | $545,710 | $0 | EJ | 3/11/2025 |
| Terminated | $18,500 | $0 | EJ | 3/11/2025 |
| Terminated | $985,889 | $0 | EJ | 3/11/2025 |
| Terminated | $1,107,500 | $0 | EJ | 3/11/2025 |
| Terminated | $248,464 | $138,936 | EJ | 3/11/2025 |
| Terminated | $6,895,921 | $6,145,921 | EJ | 3/11/2025 |
| Terminated | $134,022,675 | $69,354,070 | EJ | 3/11/2025 |
| Terminated | $108,255 | $43,721 | EJ | 3/11/2025 |
| Terminated | $257,672 | $0 | EJ | 3/11/2025 |
| Terminated | $166,873 | $6,873 | EJ | 3/11/2025 |
| Terminated | $53,395 | $24,852 | EJ | 3/11/2025 |
| Terminated | $205,800 | $44,100 | EJ | 3/11/2025 |
| Terminated | $82,927 | $52,927 | EJ | 3/11/2025 |
| Terminated | $173,384 | $0 | EJ | 3/11/2025 |
| Terminated | $540,484 | $70,230 | EJ | 3/11/2025 |
| Terminated | $1,993,036 | $319,391 | EJ | 3/11/2025 |

No
No
No
No
No
No
No
No
No
No
No
No
No
No
Yes
Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

| | | |
|---|---|---|
| 21-Feb-25 | 68HERH21A0018 | EPA |
| 27-Feb-25 | 68HERH21D0001 | EPA |
| 24-Feb-25 | 68HERC25C0035 | EPA |
| 4-Mar-25 | 68HE0421D0001 | EPA |
| 4-Mar-25 | 68HERC20D0013 | EPA |
| 4-Mar-25 | 68HERC20D0016 | EPA |
| 4-Mar-25 | 68HERC20D0017 | EPA |
| 4-Mar-25 | 68HERC21D0008 | EPA |
| 4-Mar-25 | 68HERC21D0016 | EPA |
| 4-Mar-25 | 68HERC22D0006 | EPA |
| 4-Mar-25 | 68HERC23A0005 | EPA |
| 4-Mar-25 | 68HERC23A0005 | EPA |
| 4-Mar-25 | 68HERC24A0015 | EPA |
| 4-Mar-25 | 68HERC24D0006 | EPA |
| 4-Mar-25 | 68HERC24D0006 | EPA |
| 4-Mar-25 | 68HERC24D0006 | EPA |
| 4-Mar-25 | 68HERC24D0006 | EPA |
| 4-Mar-25 | 68HERD19A0001 | EPA |
| 4-Mar-25 | 68HERH19D0027 | EPA |
| 4-Mar-25 | 68HERH19D0028 | EPA |
| 4-Mar-25 | 68HERH19D0028 | EPA |
| 4-Mar-25 | 68HERH19D0029 | EPA |
| 4-Mar-25 | 68HERH19D0030 | EPA |
| 4-Mar-25 | 68HERH21A0018 | EPA |

SKEO SOLUTIONS, INC.

INDUSTRIAL ECONOMICS INC

CENTRY CARPETING INC

ALEUT SERVICES LLC

AVANTI CORPORATION

TETRA TECH, INC.

SCIENTIFIC CONSULTING GROUP, INC, THE

Ecosystem Planning and Restoration, LLC

ICF INCORPORATED, L.L.C.

EASTERN RESEARCH GROUP, INC.

Ross & Associates Environmental Consulting, Ltd.

Ross & Associates Environmental Consulting, Ltd.

TTW SOLUTIONS, INC.

EASTERN RESEARCH GROUP INC

EASTERN RESEARCH GROUP INC

EASTERN RESEARCH GROUP INC

EASTERN RESEARCH GROUP INC

EASTERN RESEARCH GROUP, INC.

ABT ASSOCIATES INC.

EASTERN RESEARCH GROUP, INC.

EASTERN RESEARCH GROUP, INC.

ICF Incorporated, L.L.C.

Research Triangle Institute

SKEO SOLUTIONS, INC.

EPA_00041439

Superfund Redevelopment Initiative (SRI) and Technical Assistance Services Contract (TASC)Call Order: 30.0

Identification of Non-Hazardous Materials That Are Solid Waste, Contaminant Analyses, and Related Work

Removal and Installation of Carpeting for OAP/PMD offices at William Jefferson Clinton Federal South buildin

Task Order for Cost Documentation and Redaction under Region 4, Enforcement Support Services VI (ESS)

National Aquatic Resource Surveys: Reporting and  Visualization for Multiple Audiences

Contract 68HERC20D0016 - Task Order technical support for modeling education.

Technology Transfer Support

Wetlands Aquatic Resources Technical Support: Integrating Tidal Restriction Protocol into Existing Platform

SLTPB Regulation Public Hearing Support Task Order under Contract 68HERC21D0016

TECHNICAL AND ADMINISTRATIVE PROGRAM SUPPORT FOR THE WATER PERMITS DIVISION (WPD)

Effective and Sustainable Utility Management Planning and Development.

SUPPORT FOR SUSTAINABLE WATER SECTOR UTILITIES

EPA BPA for Acquisition Functional Management Support, Accepted U.S. SBA 8(a) BD program

Facilitation and ADR Support Services for the Office of Water ¿ Just-In-Time Services.

OEJECR EJ Community Engagement General Support ¿ Just-In-Time Services.

Environmental Collaboration and Conflict Resolution Services (ECCRS).

New task order on Contract 68HERC24D0006.

Support Services for Source Characterization

Greenhouse Gas Inventory Capacity- Building Support

Greenhouse Gas Inventory Capacity-Building Support

Technical and Outreach Support Services for Greenhouse Gas Program

Greenhouse Gas Inventory Capacity-Building Support

Technical and Outreach Support Services for Greenhouse Gas Program

Superfund Redevelopment Initiative (SRI) and Technical Assistance Services Contract (TASC). Call Order: 21

| | | | |
|---|---|---|---|
| Terminated | $130,725 | $0 | EJ | 3/11/2025 |
| Terminated | $91,206 | $6,491 | EJ | 3/11/2025 |
| Terminated | $37,463 | $37,463 | EJ | 3/11/2025 |
| Terminated | $1,227,042 | $1,087,295 | EJ | 3/11/2025 |
| Terminated | $1,447,029 | $63 | EJ | 3/11/2025 |
| Terminated | $321,427 | $261,427 | EJ | 3/11/2025 |
| Terminated | $241,665 | $228,929 | EJ | 3/11/2025 |
| Terminated | $203,136 | $0 | EJ | 3/11/2025 |
| Terminated | $755,541 | $555,541 | EJ | 3/11/2025 |
| Terminated | $147,941 | $75,503 | EJ | 3/11/2025 |
| Terminated | $222,230 | $44,995 | EJ | 3/11/2025 |
| Terminated | $85,551 | $0 | EJ | 3/11/2025 |
| Terminated | $997,692 | $897,692 | EJ | 3/11/2025 |
| Terminated | $2,113,965 | $1,970,465 | EJ | 3/11/2025 |
| Terminated | $6,158,591 | $4,983,591 | EJ | 3/11/2025 |
| Terminated | $227,792 | $207,792 | EJ | 3/11/2025 |
| Terminated | $474,695 | $462,195 | EJ | 3/11/2025 |
| Terminated | $190,777 | $39,174 | EJ | 3/11/2025 |
| Terminated | $287,504 | $35,642 | EJ | 3/11/2025 |
| Terminated | $652,102 | $457,725 | EJ | 3/11/2025 |
| Terminated | $1,586,296 | $889,605 | EJ | 3/11/2025 |
| Terminated | $955,636 | $91,135 | EJ | 3/11/2025 |
| Terminated | $423,549 | $121,802 | EJ | 3/11/2025 |
| Terminated | $137,025 | $0 | EJ | 3/11/2025 |

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

| | | |
|---|---|---|
| 4-Mar-25 | 68HERH21A0018 | EPA |
| 4-Mar-25 | 68HERH21A0018 | EPA |
| 4-Mar-25 | 68HERH21D0001 | EPA |
| 4-Mar-25 | 68HERH22A0020 | EPA |
| 4-Mar-25 | 68HERH22A0023 | EPA |
| 4-Mar-25 | 68HERH22A0029 | EPA |
| 4-Mar-25 | 68HERH22A0029 | EPA |
| 4-Mar-25 | 68HERH22P0204 | EPA |
| 4-Mar-25 | 68HERH23A0025 | EPA |
| 4-Mar-25 | 68HERH23A0025 | EPA |
| 4-Mar-25 | 68HERH23D0005 | EPA |
| 4-Mar-25 | 68HERH23D0005 | EPA |
| 4-Mar-25 | 68HERH23D0008 | EPA |
| 4-Mar-25 | 68HERH24D0008 | EPA |
| 4-Mar-25 | 68HERH24P0056 | EPA |
| 4-Mar-25 | 68HERH24P0100 | EPA |
| 4-Mar-25 | 68HERH24P0157 | EPA |
| 4-Mar-25 | FA701420D0007 | EPA |
| 5-Mar-25 | 68HERC22D0006 | EPA |
| 7-Mar-25 | 68HE0P24P0007 | EPA |
| 7-Mar-25 | 68HERC24D0006 | EPA |
| 7-Mar-25 | 68HERC24D0006 | EPA |
| 7-Mar-25 | 68HERH19D0029 | EPA |
| 7-Mar-25 | 68HERH19D0029 | EPA |

SKEO SOLUTIONS, INC.

SKEO SOLUTIONS, INC.

INDUSTRIAL ECONOMICS INC

EASTERN RESEARCH GROUP, INC.

Research Triangle Institute

S C & A, Inc.

S C & A INC

American National Standards Institute, Incorporated

RENAISSANCE PLANNING GROUP, INC.

RENAISSANCE PLANNING GROUP, INC.

Avanti Corporation

Avanti Corporation

S C & A, Inc.

INTSCI-ENDYNA LLC

AMERICAN NATIONAL STANDARDS INSTITUTE
INCORPORATED

American Council For An Energy Efficient Economy

AMERICAN COUNCIL FOR AN ENERGY EFFICIENT
ECONOMY

DELOITTE CONSULTING LLP

EASTERN RESEARCH GROUP INC

PARTNERSHIP FOR PUBLIC SERVICE INC

EASTERN RESEARCH GROUP INC

EASTERN RESEARCH GROUP INC

ICF INCORPORATED, L.L.C.

ICF Incorporated, L.L.C.

EPA_00041445

Superfund Redevelopment Initiative (SRI) and Technical Assistance Services Contract (TASC)Call Order: 19.0

Superfund Redevelopment Initiative (SRI) and Technical Assistance Services Contract (TASC)

Office of Resource Conservation and Recovery Economic Analytical Support.  Task Order: Analytic Needs Ass

EARTH Mission Support

Provide lifecycle administrative grants management support to all 10 Regional Grant offices, Acquisition and A

EARTH Mission Support

EARTH Advisory Team Knowledge Capture Support

Support for the US Household Energy Community to Continue to Engage in Promoting Standards through ISO

BPA focused on technical assistance related to community revitalization.

To issue a Call Order for EPA/GSA Technical Assistance Land Port of Entry at Nogales, AZ.

Technical Support for Strategic Environmental Management Approaches by EPA

Technical Support for Strategic Environmental Management Approaches by EPA

Technical Support for Strategic Environmental Management Approaches by EPA

Support for the U.S. EPA Science Advisory Board Staff Office and other Agency Federal Advisory Committee

Provide administrative support and strategic guidance for the US Household Energy Community to Continue t

New sole source purchase order entitled "Gold-Level Services for the ACEEE 2024 Summer Study on Energy

New sole source purchase order "Gold-Level Services for the ACEEE 2024 Energy Efficiency Policy Forum"N

EPA OEJECR Transformation

Support for Water Permits Division (WPD)/Municipal Branch Communications.

Membership renewal for Public Service (Emerging HR Leaders Program). POP May 15, 2024 to May 14, 2025

ECCRS CONTRACT MANAGEMENT & SUPPORT JUST-IN-TIME SERVICES Task Order 01

Environmental Collaboration and Conflict Resolution Services (ECCRS).

Technical and Outreach Support Services for Greenhouse Gas Program

Capacity-Building to Support Developing Country Reporting under the Paris Agreement

| | | | |
|---|---|---|---|
| Terminated | $681,450 | $0 | EJ | 3/11/2025 |
| Terminated | $550,251 | $120,561 | EJ | 3/11/2025 |
| Terminated | $866,654 | $113,078 | EJ | 3/11/2025 |
| Terminated | $657,839 | $476,839 | EJ | 3/11/2025 |
| Terminated | $3,309,925 | $2,181,040 | EJ | 3/11/2025 |
| Terminated | $413,229 | $290,145 | EJ | 3/11/2025 |
| Terminated | $127,316 | $93,830 | EJ | 3/11/2025 |
| Terminated | $100,000 | $80,000 | EJ | 3/11/2025 |
| Terminated | $170,613 | $0 | EJ | 3/11/2025 |
| Terminated | $179,856 | $0 | EJ | 3/11/2025 |
| Terminated | $169,024 | $0 | EJ | 3/11/2025 |
| Terminated | $172,903 | $0 | EJ | 3/11/2025 |
| Terminated | $194,531 | $97,055 | EJ | 3/11/2025 |
| Terminated | $97,217 | $0 | EJ | 3/11/2025 |
| Terminated | $100,000 | $70,000 | EJ | 3/11/2025 |
| Terminated | $24,000 | $12,000 | EJ | 3/11/2025 |
| Terminated | $24,000 | $12,000 | EJ | 3/11/2025 |
| Terminated | $10,485,553 | $3,960,935 | EJ | 3/11/2025 |
| Terminated | $1,007,259 | $734,231 | EJ | 3/11/2025 |
| Terminated | $16,500 | $0 | EJ | 3/11/2025 |
| Terminated | $419,263 | $333,748 | EJ | 3/11/2025 |
| Terminated | $1,256,075 | $1,116,075 | EJ | 3/11/2025 |
| Terminated | $1,530,202 | $881,727 | EJ | 3/11/2025 |
| Terminated | $2,368,235 | $1,143,235 | EJ | 3/11/2025 |

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

| | | |
|---|---|---|
| 7-Mar-25 | 68HERH22A0001 | EPA |
| 7-Mar-25 | 68HERH22A0024 | EPA |
| 10-Mar-25 | 68HERH22A0001 | EPA |
| 20-Feb-25 | GS00F117CA | EPA |
| 7-Feb-25 | 68HERH24P0156 | EPA |
| 22-Jan-25 | 68HERH24P0143 | EPA |
| 13-Feb-25 | GS10F0065V | EPA |
| 11-Feb-25 | 68HERH25P0029 | EPA |
| 4-Mar-25 | 68HERC22A0019 | EPA |
| 13-Feb-25 | 84082101 | EPA |
| 25-Feb-25 | 00E03451 | EPA |
| 7-Mar-25 | 84107501 | EPA |
| 7-Mar-25 | 84106001 | EPA |
| 7-Mar-25 | 84106101 | EPA |
| 7-Mar-25 | 84081901 | EPA |
| 7-Mar-25 | 84083801 | EPA |
| 7-Mar-25 | 84085601 | EPA |
| 10-Mar-25 | 02J57401-0 | EPA |

THE CauseWay Agency LLC

SCIENTIFIC CONSULTING GROUP INC

THE CauseWay Agency LLC

GMG MANAGEMENT CONSULTING INC.

POLITICO, LLC

LIGHTHOUSE STRATEGY CONSULTING LLC

THE ASSOCIATION OF STATE WETLAND MANAGERS INC.

NATIONAL ENVIRONMENTAL JUSTICE CONFERENCE INC

Cadmus Group LLC, The

Climate Justice Alliance
BIG, NFP
SaNDAI Cares
Alaska Municipal League
University of Massachusetts Dartmouth
University of Massachusetts Dartmouth
Palmetto Futures
New Growth Innovation Network, Inc
Spokane Conservation District

EPA_00041451

U.S. EPA SmartWay Transport Partnership Marketing, Communication & Outreach Support

EARTH Mission Support

U.S. EPA SmartWay Transport Partnership Marketing, Communication & Outreach Support

Support to EJ Grants Management

Online News Subscription Politico Pro subscription for Agency management.

Diversity Equity Inclusion & Accessibility (DEIA) Consulting Services

Sediment Workshop 2025 - Engage and commit key stakeholders around the beneficial reuse of sediment an

2025 National Environmental Justice Conference and Training Program

Technical Support for Assessment and Watershed Protection-3

Initial Award UNITE-EJ: united network for Impact, Transformation, and Equity in Environmental Justice Comn
EPA Region V Environmental Justice Thriving Communities Technical Assistance Center (EJ TCTAC) Progran
DataGen Prepared
Strengthening Reporting Capacity in Rural Alaska Municipal and Tribal Governments
Prepared: Building capacity for community leaders nationwide to apply, manage, and meet grant reporting rec
Prepared: Building evidence-based tools to integrate community experiences
Promoting Readiness and Enhancing Proficiency to Advance Reporting and Data for the Gullah Geechee Nat
Data Equity for Community Impact
Advancing tree equity and environmental justice in Spokane County through urban forestry career developme

| | | | |
|---|---|---|---|
| Terminated | $906,205 | $350,201 | EJ | 3/11/2025 |
| Terminated | $9,016,308 | $6,807,506 | EJ | 3/11/2025 |
| Terminated | $428,333 | $232,019 | EJ | 3/11/2025 |
| Terminated | $75,021 | $0 | EJ | 3/11/2025 |
| Terminated | $179,409 | $0 | EJ | 3/11/2025 |
| Terminated | $180,000 | $0 | EJ | 3/11/2025 |
| Terminated | $64,153 | $0 | EJ | 3/11/2025 |
| Terminated | $20,000 | $0 | EJ | 3/11/2025 |
| Terminated | $355,077 | $118,077 | EJ | 3/11/2025 |
| Terminated | $11,967,248 | $0 | EJ | 3/11/2025 |
| Terminated | $4,000,000 | $1,532,108 | EJ | 3/11/2025 |
| Terminated | $200,400 | $0 | EJ | 3/11/2025 |
| Terminated | $500,000 | $0 | EJ | 3/11/2025 |
| Terminated | $500,000 | $0 | EJ | 3/11/2025 |
| Terminated | $500,000 | $456,449 | EJ | 3/11/2025 |
| Terminated | $499,976 | $348,546 | EJ | 3/11/2025 |
| Terminated | $499,437 | $412,729 | EJ | 3/11/2025 |
| Terminated | $877,458 | $756,942 | EJ | 3/11/2025 |

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

Yes

No
Yes
No
No
No
Yes
Yes
Yes
Yes

Grant

redacted
(internal)

|  | #N/A |
| 13746681 | #N/A |
| 84061101 | #N/A |
| 95314201 | #N/A |
| 95334801 | #N/A |
| 95338201 | #N/A |
| 95341301 | #N/A |
| 96701501 | #N/A |
| 00E03450 | #N/A |
| 00E03682 | #N/A |
| 00I10501 | #N/A |
| 02F50601 | #N/A |
| 02F50801 | #N/A |
| 02J56601 | #N/A |
| 02J63801 | #N/A |
| 03D03124 | #N/A |
| 98T65801 | #N/A |
| 98T88701 | #N/A |
| 98T91201 | #N/A |
| 98T91501 | #N/A |
| 00A01436 | #N/A |
| 84108101 | #N/A |
| 84108601 | #N/A |
| 84109001 | #N/A |
| 84108501 | #N/A |
| 84108001 | #N/A |
| 84107101 | #N/A |
| 84106801 | #N/A |
| 84108901 | #N/A |
| 84108701 | #N/A |
| 84109301 | #N/A |
| 84110601 | #N/A |
| 84110001 | #N/A |

| | |
|---|---|
| 84111301 | #N/A |
| 84107801 | #N/A |
| 84108301 | #N/A |
| 84107301 | #N/A |
| 84111101 | #N/A |
| 84110301 | #N/A |
| 84108801 | #N/A |
| 84107001 | #N/A |
| 84107901 | #N/A |
| 02J57401-0 | #N/A |
| GS02F01 28W | #N/A |
| 68HERD2 3P0034 | #N/A |
| 68HERC2 5P0001 | #N/A |
| 68HERC1 9D0003 | #N/A |
| 68HERC2 0C0061 | #N/A |
| 68HERC2 0D0029 | #N/A |
| 68HERH2 2A0025 | #N/A |
| 68HERH2 2A0025 | #N/A |
| 68HERH2 3D0014 | #N/A |
| 68HERH2 4D0008 | #N/A |
| 68HERH2 0D0001 | #N/A |
| 68HERH2 0D0001 | #N/A |
| 68HERH2 1A0018 | #N/A |

EPA_00041456

68HERH2
1D0001
#N/A

68HERH2
3D0012
#N/A

68HERH2
3D0013
#N/A

68HERH2
3P0123
#N/A

68HERH2
1A0018
#N/A

68HERH2
1D0001
#N/A

68HERC2
5C0035
#N/A

68HE0421
D0001
#N/A

68HERC2
0D0013
#N/A

68HERC2
0D0016
#N/A

68HERC2
0D0017
#N/A

68HERC2
1D0008
#N/A

68HERC2
1D0016
#N/A

68HERC2
2D0006
#N/A

68HERC2
3A0005
#N/A

68HERC2
3A0005
#N/A

68HERC2
4A0015
#N/A

68HERC2
4D0006
#N/A

68HERC2
4D0006
#N/A

68HERC2
4D0006
#N/A

68HERC2
4D0006
#N/A

68HERD1
9A0001
#N/A

68HERH1
9D0027
#N/A

68HERH1
9D0028
#N/A

68HERH1
9D0028
#N/A

68HERH1
9D0029
#N/A

68HERH1
9D0030
#N/A

68HERH2
1A0018
#N/A

68HERH2
1A0018
#N/A

68HERH2
1A0018
#N/A

68HERH2
1D0001
#N/A

68HERH2
2A0020
#N/A

68HERH2
2A0023
#N/A

68HERH2
2A0029
#N/A

68HERH2
2A0029
#N/A

68HERH2
2P0204
#N/A

68HERH2
3A0025
#N/A

68HERH2
3A0025
#N/A

68HERH2
3D0005
#N/A

68HERH2
3D0005
#N/A

68HERH2
3D0008
#N/A

68HERH2
4D0008
#N/A

68HERH2
4P0056
#N/A

68HERH2
4P0100
#N/A

68HERH2
4P0157
#N/A

FA701420
D0007
#N/A

68HERC2
2D0006
#N/A

68HE0P2
4P0007
#N/A

| | |
|---|---|
| 68HERC2 4D0006 | #N/A |
| 68HERC2 4D0006 | #N/A |
| 68HERH1 9D0029 | #N/A |
| 68HERH1 9D0029 | #N/A |
| 68HERH2 2A0001 | #N/A |
| 68HERH2 2A0024 | #N/A |
| 68HERH2 2A0001 | #N/A |
| GS00F11 7CA | #N/A |
| 68HERH2 4P0156 | #N/A |
| 68HERH2 4P0143 | #N/A |
| GS10F00 65V | #N/A |
| 68HERH2 5P0029 | #N/A |
| 68HERC2 2A0019 | #N/A |
| 84082101 | #N/A |
| 00E03451 | #N/A |
| 84107501 | #N/A |
| 84106001 | #N/A |
| 84106101 | #N/A |
| 84081901 | #N/A |
| 84083801 | #N/A |
| 84085601 | #N/A |

| Agency | Type | Status | Initiative |
|---|---|---|---|
| EPA | DEIA | Terminated | Business Mgmt. Assoc.; Jefferson Consulting; Federal Mgmt. Partners; Lighthouse Strategy Consulting |
| DOD | DEIA | Terminated | Dignitas Technologies |
| USDA | DEIA | Terminated | K.L. Scott & Associates |
| USDA | DEIA | Terminated | Timothy J. Londagin, LLC |
| USDA | DEIA | Terminated | AMA Consulting |
| USDA | DEIA | Terminated | Ivy Planning Group |
| DOC | DEIA | Terminated | Elevate USA |
| HHS | DEIA | Terminated | Powertrain Inc. |
| HHS | DEIA | Terminated | Performax 3 Inc. |
| HHS | DEIA | Terminated | Ivy Planning Group |
| HHS | DEIA | Terminated | Deloitte Consulting |
| SBA | DEIA | Terminated | 2M Research Services |
| TREAS | DEIA | Terminated | Inroads Inc. |
| TREAS | DEIA | Terminated | Hispanic Assoc. of Colleges and Universities |
| TREAS | DEIA | Terminated | Inroads Inc. |

| Impact Type | Impact | Notes |
|---|---|---|
| Currency | 180,000.00 | |
| Currency | 2,794,027.00 | |
| Currency | 25,000,000.00 | |
| Currency | 25,000,000.00 | |
| Currency | 25,000,000.00 | |
| Currency | 25,000,000.00 | |
| Currency | 153,679.00 | |
| Currency | 209,395.00 | |
| Currency | 1,300,000.00 | |
| Currency | 1,004,600.00 | |
| Currency | 8,160,515.00 | |
| Currency | 553,792.00 | |
| Currency | 6,500,000.00 | |
| Currency | 6,500,000.00 | |
| Currency | 82,590.00 | |

EPA_00041462

| Message | |
|---|---|
| **From**: | Kathryn Armstrong Loving [kathryn.loving@gmail.com] |
| **Sent**: | 2/12/2025 12:10:07 AM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov] |
| **Subject**: | public grant details |
| **Attachments**: | grant_details.csv |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

TREASURY_ACCOUNT_IDENTIFIERS,AWARD_ID,URL,FAIN,TYPE_DESCRIPTION,GENERATED_UNIQUE_AWARD_ID,DISPLAY_AWARD_ID,UPDATE_DATE,AWARD_AMOUNT,RECIPIENT_NAME,DESCRIPTION,RECIPIENT_UEI,ACTION_DATE,FISCAL_YEAR,LAST_MODIFIED_DATE,PERIOD_OF_PERFORMANCE_START_DATE,PERIOD_OF_PERFORMANCE_CURRENT_END_DATE,DATE_SIGNED,RECIPIENT_LOCATION_COUNTRY_NAME,RECIPIENT_LOCATION_STATE_CODE,RECIPIENT_LOCATION_COUNTY_CODE,RECIPIENT_LOCATION_COUNTY_NAME,RECIPIENT_LOCATION_ZIP5,RECIPIENT_LOCATION_CONGRESSIONAL_CODE,RECIPIENT_LOCATION_CITY_NAME,RECIPIENT_LOCATION_STATE_NAME,RECIPIENT_LOCATION_STATE_FIPS,RECIPIENT_LOCATION_STATE_POPULATION,RECIPIENT_LOCATION_COUNTY_POPULATION,RECIPIENT_LOCATION_CONGRESSIONAL_POPULATION,POP_COUNTRY_CODE,POP_COUNTRY_NAME,POP_COUNTY_NAME,POP_CITY_NAME,POP_STATE_NAME,CFDA_NUMBER,RAW_RECIPIENT_NAME,SUBAWARD_COUNT,TOTAL_FUNDING_AMOUNT,TOTAL_INDIRECT_FEDERAL_SHARING,TOTAL_SUBAWARD_AMOUNT,TRANSACTION_UNIQUE_ID,AWARDING_SUBTIER_AGENCY_CODE_RAW,AWARDING_SUBTIER_AGENCY_NAME_RAW,AWARDING_TOPTIER_AGENCY_CODE_RAW,AWARDING_TOPTIER_AGENCY_NAME_RAW,FUNDING_SUBTIER_AGENCY_CODE_RAW,FUNDING_SUBTIER_AGENCY_NAME_RAW,FUNDING_TOPTIER_AGENCY_CODE_RAW,FUNDING_TOPTIER_AGENCY_NAME_RAW,DATA_SOURCE,EARLIEST_TRANSACTION_ID,LATEST_TRANSACTION_ID,EARLIEST_TRANSACTION_SEARCH_ID,LATEST_TRANSACTION_SEARCH_ID,TOTAL_OUTLAYS,TYPE_DESCRIPTION_RAW,Remaining

"{83947,81886}",162165926,https://www.usaspending.gov/award/ASST_NON_84061101_6800,84061101,COOPERATIVE_AGREEMENT_(B),ASST_NON_84061101_6800,84061101,2024-T1-15 04:02:28.768Z,"$8,000,000.00",INSTITUTE FOR SUSTAINABLE COMMUNITIES,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL. ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN",J1DEYVM9BXE8,2023-08-03,2023,2023-08-22,2023-06-01,2028-03-31,2023-08-03,UNITED STATES,VT,23,WASHINGTON,5602,0,MONTPELIER,VERMONT,50,643077,59807,645570,USA,UNITED STATES,WASHINGTON,MONTPELIER,VERMONT,66.309,INSTITUTE FOR SUSTAINABLE COMMUNITIES,4,8000000,1276941,910054,6800_84061101_-NONE-_66.309_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,211696304,211696304,211696304,211696304,1564072.97,COOPERATIVE AGREEMENT (B),"$6,435,927.03"

,163787443,https://www.usaspending.gov/award/ASST_NON_13746681_6800,13746681,COOPERATIVE_AGREEMENT_(B),ASST_NON_13746681_6800,13746681,2023-T2-08 03:25:31.860Z,"$8,000,000.00",DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC,"DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $8,000,000 TO THE DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE (DSCEJ), IN LOUISIANA.ACTIVITIES:THE ACTIVITIES TO BE PERFORMED

INCLUDE, CONSULTING WITH OTHER COMMUNITY BASED ORGANIZATIONS (CBOS) TO LEARN ABOUT THE HISTORY OF THEIR COMMUNITIES AND THE CAPABILITIES OF THEIR ORGANIZATIONS. THE RECIPIENT WILL ALSO BUILD ORGANIZATIONAL CAPACITIES OF LEAST 250 CBOS IN UNDERSERVED COMMUNITIES WITHIN THE ENVIRONMENTAL PROTECTION AGENCY'S (EPA) REGIONS 4 AND 6. THROUGH THE PROVISION OF DIRECT SERVICES, DSCEJ WILL ASSIST THE CBOS IN BUILDING THEIR CAPACITIES FOR RESEARCH AND COMMUNITY ENGAGEMENT WHILE ALSO ASSISTING THEM IN APPLYING FOR SEVERAL DIFFERENT GRANTS FROM THE EPA, THE DEPARTMENT OF ENERGY (DOE), AND OTHER AGENCIES. THE REACH AND IMPACT OF THE COMMUNITY INVESTMENT AND RECOVERY CENTER (CIRC) WILL BE INCREASED IN AN EFFORT TO SUSTAIN CAPACITY-BUILDING SERVICES BEYOND THE 5-YEAR PERFORMANCE PERIOD OF THIS GRANT.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ORGANIZATIONAL DEVELOPMENT, IDENTIFYING AND PRIORITIZING NEEDS, PROVIDING EDUCATION ON PRIORITY ENVIRONMENTAL ISSUES (AIR QUALITY, SOIL CONTAMINATION, CLEAN ENERGY, ETC.), CREATING COMMUNITY PROFILES USING DATA AND MAPPING, RELATIONSHIP BUILDING, AND TRAINING AND ASSISTANCE TO BUILD KNOWLEDGE OF FEDERAL FUNDED PROGRAMS. THE EXPECTED OUTCOMES INCLUDE INCREASED AWARENESS, KNOWLEDGE AND UNDERSTANDING OF GRANTS AMONG UNDERSERVED COMMUNITIES, INCREASED ACCESS TO GRANT WRITING AND MANAGEMENT RESOURCES, AND AN INCREASE TO THE NUMBER AND QUALITY OF APPLICATIONS FOR FUNDING RELATED TO ENVIRONMENTAL AND ENERGY JUSTICE FROM UNDERSERVED COMMUNITIES IN THE SOUTHEAST REGION. THE INTENDED BENEFICIARIES OF THIS GRANT INCLUDE UNDERSERVED COMMUNITIES THROUGHOUT EACH OF THE STATES IN EPA'S REGION 4: (ALABAMA, FLORIDA, GEORGIA, KENTUCKY, MISSISSIPPI, NORTH CAROLINA, SOUTH CAROLINA, TENNESSEE) AND EPA'S REGION 6: (ARKANSAS, LOUISIANA, NEW MEXICO, OKLAHOMA, TEXAS).",MVEKMLDNS5V5,2023-11-29,2024,2023-12-06,2023-09-01,2028-04-30,2023-09-25,UNITED STATES,LA,71,ORLEANS,70127,2,NEW ORLEANS,LOUISIANA,22,4657757,383997,762623,USA,UNITED STATES,,,TEXAS,66.309,DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC,0,8000000,496860,,6800 13746681 -NONE- .66.309 1,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,213420130,216186362,213420130,216186362,,COOPERATIVE AGREEMENT (B),"$8,000,000.00"

"{83947,81886}",160687276,https://www.usaspending.gov/award/ASST_NON_98T65801_6800,98T6 5801,COOPERATIVE AGREEMENT (B),ASST_NON_98T65801_6800,98T65801,2024-T1-15 04:02:28.768 Z,"$5,100,000.00",SAN DIEGO STATE UNIVERSITY FOUNDATION,"DESCRIPTION:THE PURPOSE OF THIS PROJECT IS TO EMPOWER COMMUNITIES BY PROVIDING CRITICAL SERVICES TO COMMUNITY ORGANIZATIONS. THESE SERVICES WILL EXPAND PARTICIPANTS' CAPACITY TO MEET COMMUNITY-DEFINED PRIORITIES AND PARTICIPATE MEANINGFULLY IN DECISION-MAKING PROCESSES, FOCUSING SPECIFICALLY ON UNDERSERVED, RURAL, REMOTE, TRIBAL, INDIGENOUS, AND PACIFIC ISLAND COMMUNITIES ACROSS EPA REGION 9. THE GOAL/MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION. THE HUB OF THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTERS (TCTAC) WILL BE BASED IN A PHYSICAL AND VIRTUAL CENTER AT SAN DIEGO STATE UNIVERSITY (SDSU) CALLED THE CENTER FOR COMMUNITY ENERGY AND ENVIRONMENTAL JUSTICE. HUB PARTNERS WILL WORK TO COORDINATE ACTIVITIES IN THEIR AREA(S) OF EXPERTISE ACROSS ALL OF EPA REGION 9 AND WILL FACILITATE CO-PRODUCTION, CO-DEVELOPMENT, SHARING , TRANSFER, AND DELIVERY OF BOTH PROCESS AND CONTENT AMONG SPOKE PARTNERS AND COMMUNITY PARTNERS FOR ENVIRONMENTAL PROGRAMS (AIR, WATER, WASTE, ENERGY, TOXICS) AND GRANTSMANSHIP. SPOKE PARTNERS WILL LEAD ON DELIVERING SERVICES (IN PERSON AND VIRTUALLY) TO ELIGIBLE COMMUNITY ORGANIZATIONS, BUILDING AND EXPANDING ON THEIR EXISTING ELIGIBLE COMMUNITY ORGANIZATIONS IN THEIR NETWORK AND IDENTIFYING AND CONNECTING WITH NEW COMMUNITY ORGANIZATIONS, SUPPORTING COMMUNITY ENGAGEMENT AND CAPACITY BUILDING.

HUB PARTNERS INCLUDE: SDSU COMMUNITY CLIMATE ACTION NETWORK, ENVIRONMENTAL PROTECTION NETWORK, USD ENERGY POLICY INITIATIVE CENTER, ASU ENERGY AND SOCIETY, INSTITUTE FOR TRIBAL ENVIRONMENTAL PROFESSIONALS, AND CENTER FOR CREATIVE LAND RECYCLING.

SPOKE PARTNERS INCLUDE: CLIMATE SCIENCE ALLIANCE (CA), PUBLIC HEALTH ALLIANCE (CA), ARIZONA STATE UNIV SCHOOL OF SUSTAINABILITY (AZ), DESERT RESEARCH INSTITUTE (NV), PACIFIC RISA (HI, AS), AND UNIV OF GUAM CENTER FOR ISLAND SUSTAINABILITY (GUAM).

THIS AGREEMENT PROVIDES PARTIAL FEDERAL FUNDING IN THE AMOUNT OF $4,000,000.  PRE-AWARD COSTS ARE APPROVED BACK TO 6/1/2023.  REFER TO TERMS AND CONDITIONS.ACTIVITIES:SDSU TCTAC'S MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION.

ACTIVITIES INCLUDE CONVENING TCTAC HUBS AND SPOKES MEETINGS. CONDUCTING NEEDS ASSESSMENTS STARTING WITH COMMUNITIES WHERE TCTAC PARTNERS. DEVELOP OUTREACH COLLATERAL (I.E. LOGO, WEBSITE, COMMUNICATION CHANNELS, ETC). RELEASE OF COMMUNICATION MATERIALS TO SPOKES TO CUSTOMIZE AND ENHANCE OUTREACH. INCREASING COMMUNITY FOOTPRINT RECEIVING TECHNICAL ASSISTANCE 5-10%. DEVELOP COMMUNITY KNOWLEDGE PORTAL. HUBS WILL COMPILE EXISTING INFORMATION ON GRANTSMANSHIP, ENERGY JUSTICE (ENJ), AND ENVIRONMENTAL JUSTICE

(EJ) TO SHARE. HUB TEAMS WILL WORK WITH SPOKE PARTNERS AND COMMUNITY STAKEHOLDERS TO
CO-PRODUCE NEW MATERIALS TO MEET PARTNER NEEDS WITH CONTINUOUS ROLL-OUT AS NEW
RESOURCES ARE COMPLETED. CONDUCT ANNUAL INTRA-TCTAC TRAINING ON WORKPLACE CONDUCT,
MICROAGGRESSIONS, AND THE TENETS OF DEIA. CONVENE COMMUNITY TRAINING EVENTS AND
WORKSHOPS, ONE-ON-ONE SERVICES, COMMUNITY KNOWLEDGE PORTAL PROVIDING TECHNICAL
ASSISTANCE ON ENVIRONMENTAL PROGRAMS (AIR, WATER, ENERGY, WASTE, TOXICS). SERVICE
DELIVERY TRACKING AND FEEDBACK EFFORTS. CONDUCT MONTHLY INTRA-TCTAC COORDINATION CALLS.
SUBMIT REQUIRED REPORTS TO EPA. PARTICIPATE IN EPA REGIONAL AND NATIONAL MEETINGS AND
SYMPOSIUMS.",H59JKGFZKHL7,2024-06-13,2024,2024-06-26,2023-06-01,2028-05-30,2023-06-
05,UNITED STATES,CA,73,SAN DIEGO,92182,51,SAN
DIEGO,CALIFORNIA,6,39538223,3298634,762785,USA,UNITED STATES,SAN DIEGO,SAN
DIEGO,CALIFORNIA,66.309,SAN DIEGO STATE UNIVERSITY
FOUNDATION,7,5100000,602865,2002000,6800_98T65801_-NONE-_66.309_1,6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,210130739,222918033,210130739,222918033,908057.59,COOPERATIVE AGREEMENT
(B),"$4,191,942.41"

"{81886,83947}",160687102,https://www.usaspending.gov/award/ASST_NON_95314201_6800,9531
4201,COOPERATIVE AGREEMENT (B),ASST_NON_95314201_6800,95314201,2024-T1-29 05:02:04.170
Z,"$5,000,000.00",NATIONAL WILDLIFE FEDERATION,"DESCRIPTION:THE AGREEMENT PROVIDES
FUNDING TO NATIONAL WILDLIFE FEDERATION (NWF). SPECIFICALLY, NWF WILL WORK WITH CORE
PARTNERS (UMD CEEJH AND UMD EFC) TO DESIGN, OPERATE, AND LEAD A MID-ATLANTIC THRIVING
COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL
ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV, AS
WELL AS THE DISTRICT OF COLUMBIA. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED
PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN
ENVIRONMENTAL AND ENERGY JUSTICE WORK.

THIS ACTION PARTIALLY FUNDS THE GRANT IN THE AMOUNT OF $4,000,000. FEDERAL FUNDS IN THE
AMOUNT OF $8,000,000 ARE CONTINGENT UPON AVAILABILITY OF ADDITIONAL FUNDING.

ACTIVITIES:USING CORE PARTNERS AND COMMUNITY-BASED HUBS, THIS PROJECT WILL PROVIDE
OUTREACH TO COMMUNITIES IN NEED OF TECHNICAL ASSISTANCE AND INCREASE CAPACITY AND
KNOWLEDGE RELATED TO ENVIRONMENTAL AND ENERGY JUSTICE CONCERNS. SUBRECIPIENT:CORE
PARTNERS NATIONAL WILDLIFE FEDERATION, UNIVERSITY OF MARYLAND CENTER FOR COMMUNITY
ENGAGEMENT, ENVIRONMENTAL JUSTICE, AND HEALTH (CEEJH) AND UNIVERSITY OF MARYLAND
ENVIRONMENTAL FINANCE CENTER (EFC), WILL DESIGN, OPERATE AND LEAD A MID- ATLANTIC
THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES
TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND
WV AND DC. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE
PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY
JUSTICE WORK. USING A 'HUB' APPROACH, THE CORE PARTNERS (1 SUBAWARD FOR UMD) WILL ACT
AS 'CORE HUBS', AND THE COMMUNITY-BASED 'HUBS' (10 SUBAWARDS) WILL ALLOW FOR SERVICE
DELIVERY TO BE MORE ACCESSIBLE TO POTENTIAL PROGRAM PARTICIPANTS, BOTH GEOGRAPHICALLY
AS WELL AS CULTURALLY, DUE TO THEIR ON-THE-GROUND COMMUNITY PRESENCE. OUTCOMES:THE
EXPECTED OUTCOMES OF THIS PROJECT INCLUDE: GAINED KNOWLEDGE AND SKILLS NEEDED TO
UNDERSTAND AND ASSESS ENVIRONMENTAL AND ENERGY JUSTICE ISSUES AND TO ENGAGE
POLICYMAKERS, GOVERNMENT AGENCIES, AND INDUSTRY; AND AN INCREASE IN FINANCIAL,
TECHNICAL, AND INSTITUTIONAL KNOWLEDGE, RESOURCES, AND SKILLS TO ASSESS, DESIGN,
IMPLEMENT, MAINTAIN, AND PAY FOR ENVIRONMENTAL AND ENERGY JUSTICE RELATED PROJECTS. THE
INTENDED BENEFICIARIES INCLUDE COMMUNITIES THAT ARE UNDERSERVED, OVERBURDENED,
RESOURCE-CONSTRAINED, AND RURAL IN ALL REGION 3 AREAS: DE, MD, PA, VA, WV, AND
DC.",GEJMTLKRLVF4,2024-06-11,2024,2024-06-26,2023-07-01,2028-06-30,2023-06-07,UNITED
STATES,VA,59,FAIRFAX,20190,11,RESTON,VIRGINIA,51,8631393,1150309,774154,USA,UNITED
STATES,,,VIRGINIA,66.309,NATIONAL WILDLIFE
FEDERATION,9,5000000,180686,1720308,6800_95314201_-NONE-_66.309_1,6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,210130564,222917946,210130564,222917946,449582.62,COOPERATIVE AGREEMENT
(B),"$4,550,417.38"

"{83947,81886}",160687162,https://www.usaspending.gov/award/ASST_NON_96701501_6800,9670
1501,COOPERATIVE AGREEMENT (B),ASST_NON_96701501_6800,96701501,2024-T1-15 04:02:28.768
Z,"$5,000,000.00",WICHITA STATE UNIVERSITY,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING
TO WICHITA STATE UNIVERSITY. SPECIFICALLY, THE RECIPIENT WILL REMOVE BARRIERS AND
IMPROVE ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS. WITH THIS
CRITICAL INVESTMENT, WICHITA STATE UNIVERSITY CENTER WILL PROVIDE TRAINING AND OTHER
ASSISTANCE TO BUILD CAPACITY FOR NAVIGATING FEDERAL GRANT APPLICATION SYSTEMS, WRITING
STRONG GRANT PROPOSALS, AND EFFECTIVELY MANAGING GRANT FUNDING. IN ADDITION, THIS
CENTER WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND
TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS
REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL
JUSTICE CONCERNS AND WILL ALSO CREATE AND MANAGE COMMUNICATION CHANNELS TO ENSURE ALL
COMMUNITIES HAVE DIRECT ACCESS TO RESOURCES AND INFORMATION.ACTIVITIES:THE ACTIVITIES
INCLUDE: SERVING AS A HUB FOR INFORMATION, TRAINING, RESOURCES, TECHNICAL ASSISTANCE
(TA), AND CONNECTION FOR ADDRESSING ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE CONCERNS
IN UNDERSERVED COMMUNITIES IN MISSOURI, NEBRASKA, KANSAS, IOWA AND FEDERALLY RECOGNIZED
TRIBES; DEVELOP OPERATIONS CENTER AND FOCUS ON CREATING COMMUNITY ASSESSMENT PROCESS
AND TOOLS; HOST GRANT WRITING/MANAGEMENT TRAININGS, HOST CIVIC ENGAGEMENT TRAININGS,

RESPOND TO REQUESTS FROM GENERAL PUBLIC REGARDING ENVIRONMENTAL AND ENERGY JUSTICE
GRANT MAKING AND PROGRAM NEEDS, PROVIDE TRAINING AND TECHNICAL ASSISTANCE TO IDENTIFY
COMMUNITIES OF GREATEST NEED (CGNS) AND ACT AS A COMMUNITY ENGAGEMENT AND OUTREACH HUB
FOR THE REGION.SUBRECIPIENT:WICHITA STATE UNIVERSITY EJ TCTAC CENTERS WILL PROVIDE
GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND
INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING
BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE
CONCERNS.  OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TARGETED COMMUNITY ENGAGEMENTS
SUCH AS OUTREACH, GRANT WRITING AND EVALUATION WORKSHOPS, TRAININGS, COMMUNITY
ENGAGEMENT EVENTS, ETC. THE EXPECTED OUTCOMES INCLUDES GRANT TRAINING, COMMUNITY NEEDS
ASSESSMENT, SURVEYS, INTERVIEWS, MAPPING, RESEARCH AND OTHER TOOLS TO ASSESS
ENVIRONMENTAL JUSTICE OR ENERGY JUSTICE NEEDS; AND CIVIC ENGAGEMENT AND LEADERSHIP
DEVELOPMENT. THE INTENDED BENEFICIARIES INCLUDES LARGE, SMALL, RURAL, REMOTE, AND
TRIBAL COMMUNITIES; NONPROFITS; BUSINESSES; LOCAL GOVERNMENTS; AND STATE AND FEDERAL
AGENCIES ACROSS THE HEARTLAND OF KANSAS, NEBRASKA, IOWA, MISSOURI, AND FEDERALLY
RECOGNIZED TRIBES. THE CENTER WILL BUILD A COMMUNITY'S ABILITY TO PARTICIPATE IN
ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE DECISION-MAKING AT ALL LEVELS OF GOVERNMENT,
FIND AND APPLY FOR GRANTS, AND ENGAGE WITH THE PRIVATE SECTOR TO BE PART OF ENERGY AND
INFRASTRUCTURE PROJECT DESIGN AND DEVELOPMENT.",JKKNZLNYLJ19,2024-06-14,2024,2024-06-
26,2023-04-01,2028-03-31,2023-06-01,UNITED
STATES,KS,173,SEDGWICK,67260,4,WICHITA,KANSAS,20,2937880,523824,732928,USA,UNITED
STATES,SEDGWICK,WICHITA,KANSAS,66.309,WICHITA STATE
UNIVERSITY,8,5000000,451262,1604702,6800 96701501 -NONE- 66.309 1,6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,210130624,222917988,210130624,222917988,1069922.66,COOPERATIVE AGREEMENT
(B),"$3,930,077.34"

"{83947,81886}",161009197,https://www.usaspending.gov/award/ASST_NON_00E03450_6800,0.00
E+00,COOPERATIVE AGREEMENT (B),ASST_NON_00E03450_6800,0.00E+00,2024-T1-15 04:02:28.768
Z,"$5,000,000.00",REGENTS OF THE UNIVERSITY OF MINNESOTA,"DESCRIPTION:THE THRIVING
COMMUNITIES TECHNICAL ASSISTANCE CENTER WILL LEVERAGE EXISTING UNIVERSITY EXTENSION
NETWORKS AND TECHNICAL SERVICE PROVIDERS TO REACH REMOTE, RURAL, AND UNDERSERVED
COMMUNITIES ACROSS EPA REGION 5, INCLUDING THE STATES OF MINNESOTA, MICHIGAN,
WISCONSIN, ILLINOIS, INDIANA, AND OHIO AND 35 TRIBAL NATIONS.ACTIVITIES:THE PROPOSED
GREAT LAKES ENVIRONMENTAL JUSTICE TECHNICAL ASSISTANCE CENTER (TAC) IS ORIENTED AROUND
THREE INTERRELATED ACTIVITIES: 1. IDENTIFY UNDERSERVED AND OVERBURDENED COMMUNITIES WHO
COULD BENEFIT FROM ENVIRONMENTAL AND ENERGY-RELATED PROGRAMS, 2. BUILD CAPACITY FOR
COMMUNITIES TO ENGAGE IN ENVIRONMENTAL DECISION MAKING AND ACCESS TECHNICAL ASSISTANCE,
AND 3. PROVIDE TAILORED, ACCESSIBLE, CULTURALLY APPROPRIATE ASSISTANCE THAT ALLOWS
COMMUNITIES TO SECURE FUNDING AND RESOURCES THAT MATERIALLY IMPROVE THEIR SOCIAL,
ECONOMIC, AND ENVIRONMENTAL OUTCOMES.SUBRECIPIENT:ACTIVITIES INCLUDE PROVIDING
TECHNICAL ASSISTANCE TO REGION 5 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS,
COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED ACTIVITIES. OUTCOMES:THE
ANTICIPATED DELIVERABLES FOR THE TCTAC INCLUDE: A WEB PORTAL, MINUTES AND TRAININGS
RELATED TO COMMUNITY WORKSHOPS, RECORDS OF APPLICANTS ASSISTED, AND OTHER RELATED
MATERIALS. EXPECTED OUTCOMES INCLUDE: 1. HIGHER CAPACITY FOR COMMUNITIES, NON-PROFIT
ORGANIZATIONS, AND INDIVIDUALS TO APPLY FOR GRANT OPPORTUNITIES, 2. IMPROVED
CONNECTIONS BETWEEN COMMUNITIES AND TECHNICAL ASSISTANCE RESOURCES, AND 3. INCREASED
PARTICIPATION IN FEDERAL AND STATE ENVIRONMENTAL AND ENERGY DECISION-MAKING AS
EVIDENCED BY GREATER PARTICIPATION IN PUBLIC ENGAGEMENT, OUTREACH, EPA AND DOE
PROGRAMS, PUBLIC COMMENTS, AND EJ COMMUNITIES OCCUPYING POSITIONS OF POWER IN LOCAL AND
FEDERAL DECISION-MAKING BODIES.

THE INTENDED BENEFICIARIES ARE THE PEOPLE OF REGION 5, INCLUDING THE RESIDENTS OF
MINNESOTA, WISCONSIN, MICHIGAN, ILLINOIS, INDIANA, AND OHIO, AS WELL AS THE MEMBERS OF
THE 35 FEDERALLY-RECOGNIZED TRIBES PRESENT IN THE REGION.",KABJZBBJ4B54,2024-06-
30,2024,2024-07-09,2023-06-01,2028-05-31,2023-07-03,UNITED
STATES,MN,53,HENNEPIN,55455,5,MINNEAPOLIS,MINNESOTA,27,5706494,1281565,708012,USA,UNITE
D STATES,,,MINNESOTA,66.309,REGENTS OF THE UNIVERSITY OF
MINNESOTA,2,5000000,624424,255301,6800 00E03450 -NONE- 66.309 1,6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,210478265,223260522,210478265,223260522,1278176.09,COOPERATIVE AGREEMENT
(B),"$3,721,823.91"

{81886},162681594,https://www.usaspending.gov/award/ASST_NON_00E03451_6800,0.00E+00,COO
PERATIVE AGREEMENT (B),ASST_NON_00E03451_6800,0.00E+00,2024-T1-15 04:02:28.768
Z,"$4,000,000.00","BIG, NFP","DESCRIPTION:WITH A SKILLED NETWORK OF SPECIALIZED
PARTNERS SPREAD ACROSS THE ENTIRE SIX-STATE-AND-TRIBAL GEOGRAPHY OF EPA REGION V, THIS
ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC) IS
UNIQUELY SITUATED TO SHAPE EQUITY BY PROVIDING ASSISTANCE, TRAINING, AND RESOURCES TO
PROGRAM PARTICIPANTS. EACH OPERATIONAL PARTNER HAS EVOLVED THROUGH GRASSROOTS EFFORTS,
COMPREHENSIVELY INTEGRATING SCIENCE, TRADITION, AND CULTURE. THE CONSORTIUM DERIVES ITS
POWER FROM THE PEOPLE. LOCATED NEAR THE EPA REGION 5 HEADQUARTERS IN CHICAGO, ILLINOIS,
BIG SERVES AS THE EPICENTER OF THE EJ TCTAC. POWERFUL PARTNERS ENSURE THAT THIS
TARGETED, SPECIALIZED PROGRAM EXTENDS THROUGHOUT THE 35 TRIBAL LANDS, ILLINOIS,
INDIANA, MICHIGAN, MINNESOTA, OHIO, AND WISCONSIN. THIS DEDICATED TEAM ENSURES THAT
EACH EJ TCTAC FOCUS AREA OUTLINED BY EPA IS CARRIED OUT PROFESSIONALLY, THOROUGHLY, AND
CONTINUOUSLY, INCORPORATING REAL-TIME ADVANCES, ARISING CHALLENGES, AND MEANINGFUL

INVOLVEMENT OF THE COMMUNITIES. TO HELP ACHIEVE EQUITY, IN ALIGNMENT WITH EXECUTIVE ORDER 13985, EACH INVOLVED ORGANIZATION ENVISIONS A TECHNICAL ASSISTANCE CENTER THAT EMPOWERS COMMUNITIES TO REMEDIATE SOCIAL, ECONOMIC, AND HEALTH BURDENS BY SEEKING ENVIRONMENTAL AND ENERGY JUSTICE. FOR MAXIMUM IMPACT, SERVICES PROVIDED ENGAGE PARTICIPANTS AT EVERY LEVEL OF READINESS TO DESIGN SOLUTIONS, OBTAIN NEEDED FUNDING AND RESOURCES, AND DIRECT ACTIVITIES AND RESOURCES TOWARD THEIR IDENTIFIED NEEDS WITH EMPHASIS ON THOSE DISPROPORTIONATELY HARMED. TO BEST ENSURE THAT ALL ELIGIBLE SERVICES OF EJ TCTAC OBJECTIVES ARE PROVIDED THROUGHOUT THE ENTIRE GEOGRAPHIC AREA, INCLUDING REMOTE AND RURAL AREAS, 23 DOCUMENTED, SUPPORTING PARTNERS PROVIDE VALUABLE ASSISTANCE. TO CREATE A NEW CHAPTER OF HOPE, HEALING, AND REGENERATION, THE WHOLE-SYSTEM SOLUTION PROPOSED BY BIG AND CONVEYED THROUGH THIS EJ TCTAC EMPOWERS INDIVIDUALS AND COMMUNITIES TO LESSEN BARRIERS TO HEALTHY LIVING AND ECONOMIC FREEDOM. THE EJ TCTAC WILL OFFER HYBRID VIRTUAL AND ON-SITE SERVICES. THE WIDESPREAD NETWORK OF PARTNERS WILL OPERATE SATELLITE OFFICES TO ENSURE PHYSICAL AND VIRTUAL SERVICES ARE ACCESSIBLE TO REMOTE AND UNDERSERVED COMMUNITIES. SEDAC WILL DEPLOY A DEDICATED 1-800 CALL-CENTER. BEL AND MTERA WILL DEVELOP MULTILINGUAL RESOURCES AND CONTINUE TO LEVERAGE EXISTING TRIBAL NETWORKS ACROSS THE REGION. SERVICES INCLUDE PRODUCTION OF AND INSTRUCTION ON HOW-TO-PRODUCE PHYSICAL, DIGITAL, AND VIRTUAL RESOURCES THAT INCLUDE STORYTELLING, FACT SHEETS, CASE STUDIES, INFOGRAPHICS, AND BEST-PRACTICE TIP SHEETS. TO TEACH CAPACITY BUILDING AT BOTH REGIONAL AND LOCAL LEVELS, THE EJ TCTAC WILL FACILITATE STAKEHOLDER ENGAGEMENT DISCUSSIONS, LISTENING SESSIONS, AND OUTREACH WITH GOVERNMENT AND PRIVATE SECTORS. BIG WILL ALSO CLOSELY COLLABORATE WITH THE UNIVERSITY OF MINNESOTA WHICH IS ALSO RECEIVING AN EJ TCTAC AWARD TO SUPPORT EPA REGION V COMMUNITIES.ACTIVITIES:.SUBRECIPIENT:THERE ARE NINE SUB-AWARDS UNDER THIS GRANT AGREEMENT. ACTIVITIES FOR EACH DIFFER BASED ON EXPERTISE BUT INCLUDE FOR EXAMPLE, TRIBAL RELATIONS EXPERTISE, ENERGY SOVEREIGNTY EXPERTISE, TRANSLATION AND INTERPRETATION SERVICES, RURAL COMMUNITIES OUTREACH, OUTREACH AND EDUCATION, GRANTS TRAINING AND WRITING, PUBLIC HEALTH, ENERGY DESIGN, ETC. OUTCOMES:.",SQF7TN2RHME5,2023-12-28,2024,2024-01-18,2023-06-01,2028-05-31,2023-08-18,UNITED STATES,IL,31,COOK,60637,7,CHICAGO,ILLINOIS,17,12812508,5275541,712378,USA,UNITED STATES,,,ILLINOIS,66.309,"BIG, NFP",7,4000000,112162,1048886.59,6800 00E03451 -NONE-,66.309 1,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,212246214,217445809,212246214,217445809,1324675.77,COOPERATIVE AGREEMENT (B),"$2,675,324.23"

{83947},173367025,https://www.usaspending.gov/award/ASST_NON_00I10501_6800,00I10501,COOPERATIVE AGREEMENT (B),ASST_NON_00I10501_6800,00I10501,2024-11-15 04:02:28.768 Z,"$4,000,000.00",MONTANA STATE UNIVERSITY,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO MONTANA STATE UNIVERSITY (MSU). SPECIFICALLY, MSU WILL DELIVER EFFECTIVE, NO-COST TECHNICAL ASSISTANCE (TA) TO INDIVIDUALS AND ORGANIZATIONS COMMITTED TO ENERGY AND ENVIRONMENTAL JUSTICE IN REGION 8, ESPECIALLY REPRESENTATIVES OF UNDERSERVED AND OVERBURDENED GEOGRAPHIES AMONG THE REGION'S 28 FEDERALLY-RECOGNIZED TRIBES AND IN URBAN, REMOTE AND RURAL LOCATIONS. MSU MOUNTAINS AND PLAINS THRIVING COMMUNITIES COLLABORATIVE (MAPTCC) TA OFFERINGS AIM TO BUILD CAPACITY AMONG PROGRAM PARTICIPANTS IN THE AREAS OF THE ABILITY TO SUCCEED IN GRANT APPLICATION AND MANAGEMENT PROCESSES, UNDERSTANDING OF FUNDING SOURCES AND GRANT REQUIREMENTS, AND THE ABILITY TO PARTICIPATE AND ENGAGE EFFECTIVELY IN ENVIRONMENTAL AND ENERGY JUSTICE DECISION-MAKING.

ACTIVITIES:THE ACTIVITIES INCLUDE:


(1) CONDUCTING OUTREACH, MARKETING AND RECRUITMENT THROUGH THE MANAGEMENT OF WEBSITE, SOCIAL MEDIA AND OTHER MARKETING TOOLS AND IN-PERSON ENGAGEMENTS; (2) PROVIDING NETWORKING AND COORDINATION WITHIN THE BROADER TCTAC AND REGIONAL TA PROFESSIONAL COMMUNITIES; (3) DIRECT COMMUNITY RESOURCE AND ENGAGEMENT SERVICES SUCH AS PROVIDING GENERAL INFORMATION, COORDINATION AND PLANNING CAPACITY, DEVELOPING AND SUPPORTING THE USE OF CUSTOMIZED PRODUCTS SUCH AS READINESS ASSESSMENTS AND FUNDING STRATEGIES, REFERRALS TO TRAINING PROGRAMS AND TA SERVICES, MENTORSHIP AND ENCOURAGEMENT, AND SUPPORT FOR FACILITATING MEETINGS AND PEER NETWORKING INCLUDING TRANSLATION, INTERPRETATION AND ACCESSIBILITY SERVICES; (4) MAINTENANCE OF A DIGITAL RESOURCE CENTER WHICH SERVES AS A PARTICIPANT DATABASE SYSTEM AND COMMUNICATIONS BACKBONE; (5) DEVELOPMENT AND DELIVERY OF CAPACITY-BUILDING TRAINING PROGRAMS; (6) THE DELIVERY OF SPECIALIZED SUPPORT TO PROGRAM PARTICIPANTS THROUGH CUSTOM WORKSHOPS AND CONSULTATIONS BY SUBJECT MATTER AND TECHNICAL EXPERTS IN THE AREAS OF COMMUNITY DEVELOPMENT, ENVIRONMENTAL AND ENERGY JUSTICE, AND CLEAN ENERGY DEVELOPMENT, AND (7) PROJECT MANAGEMENT, EVALUATION AND REPORTING.

SUBRECIPIENT:ACTIVITIES INCLUDE PROVIDING TECHNICAL ASSISTANCE TO REGION 8 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED ACTIVITIES.


TOTAL SUMS FOR YEARS 1 - 5:

COLORADO STATE UNIVERSITY: $1,942,682.00

CENTER FOR SOCIAL CREATIVITY: $1,003,691.00

ALLIANCE FOR TRIBAL CLEAN ENERGY: $1,400,022.00

UNIVERSITY OF WYOMING: $1,027,541.00

UTAH STATE UNIVERSITY: $1,009,011.00OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE A
PUBLIC-FACING WEBSITE, AS WELL AS THE ABILITY TO MAKE REQUESTS AND INQUIRIES VIA TEXT,
PHONE AND EMAIL; A DIGITAL RESOURCE CENTER SERVING GRANT ANNOUNCEMENTS, MODULAR
TRAININGS, AND CUSTOMIZED PORTFOLIOS FOR PROGRAM PARTICIPANTSMDASH;AND ASSOCIATED
DATASETS OF PARTICIPANT AND PROVIDER CONTACTS; ORGANIZATIONAL FUNDING AND
SUSTAINABILITY PLANS FOR PROGRAM PARTICIPANTS.

THE EXPECTED OUTCOMES INCLUDE INCREASING PROGRAM PARTICIPANTS', PARTICULARLY
UNDERSERVED AND RURAL/REMOTE COMMUNITIES, ACCESS TO AND AWARENESS OF GRANT
OPPORTUNITIES, KNOWLEDGE OF THE GRANT APPLICATION AND MANAGEMENT PROCESS, UNDERSTANDING
OF FINANCING SOURCES AND GRANT REQUIREMENTS, AND THE ABILITY TO PARTICIPATE AND ENGAGE
IN ENVIRONMENTAL AND ENERGY JUSTICE DECISION-MAKING. EXPECTED OUTCOMES OF THIS PROGRAM
ARE THE INCREASED CAPACITY IN TO ADVANCE AND ADDRESS ENVIRONMENTAL AND ENERGY JUSTICE
ISSUES ACROSS REGION 8. THIS WILL LEAD TO PROGRESS TOWARDS ACHIEVING THE OBJECTIVES OF
EXECUTIVE ORDERS 13985, 14008, 14091 AND 14096.

THE INTENDED BENEFICIARIES IN REGION 8 INCLUDE BUT ARE NOT LIMITED TO: NONPROFIT
ORGANIZATIONS; COMMUNITY-BASED AND GRASSROOTS ORGANIZATIONS; PHILANTHROPIC AND CIVIC
ORGANIZATIONS; UNDERSERVED COMMUNITIES AND ORGANIZATIONS; RURAL AND REMOTE COMMUNITIES
AND ORGANIZATIONS; FAITH-BASED ORGANIZATIONS AND CHURCHES; EDUCATIONAL INSTITUTIONS
(E.G., SCHOOLS, COLLEGES, AND UNIVERSITIES), INCLUDING MINORITY SERVING INSTITUTIONS;
INDIVIDUALS OF UNDERSERVED COMMUNITIE",EJ3UF7TK8RT5,2024-06-14,2024,2024-07-24,2024-05-
01,2029-04-30,2024-06-14,UNITED
STATES,MT,31,GALLATIN,59717,1,BOZEMAN,MONTANA,30,1084225,118960,556300,USA,UNITED
STATES,,,MONTANA,66.309,MONTANA STATE
UNIVERSITY,5,4000000,371765,2127879,6800_00I10501_-NONE- 66.309_0,6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,223803054,223803054,223803054,223803054,91832,COOPERATIVE AGREEMENT
(B),"$3,908,168.00"

{82646},169932197,https://www.usaspending.gov/award/ASST_NON_00I43700_6800,00I43700,PRO
JECT GRANT (B),ASST_NON_00I43700_6800,00I43700,2024-11-15 04:02:28.768
Z,"$500,000.00","AMERICAN SOLAR ENERGY SOCIETY, INC.","DESCRIPTION:THIS AGREEMENT
PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO AMERICAN SOLAR ENERGY
SOCIETY (ASES). THE RECIPIENT  ASES PROPOSES TO CONDUCT A COMMUNITY-BASED PROJECT TO
DEMONSTRATE HOW INNOVATIVE SOLAR ENERGY TECHNOLOGIES CAN ADDRESS KEY PROBLEMS ON THE
OGLALA LAKOTA PINE RIDGE RESERVATION TO PROMOTE HEALTHY LIFESTYLES, INCLUDING IMPROVED
INDOOR AIR QUALITY, BETTER ON-SITE WATER ACCESS AND QUALITY, IMPROVED FOOD ACCESS AND
PRESERVATION, AND BETTER ENERGY RESILIENCY WITH SOLAR POWER TECHNOLOGIES FOR BOTH ON-
GRID AND OFF-GRID TRIBAL RESIDENCES. IN COOPERATION WITH A RECENTLY FUNDED AFFORDABLE
DOME HOUSING PROJECT UNDERWAY BY RCR AND IOH, ASES LOOKS TO GREATLY MAGNIFY THE
POSITIVE IMPACT OF THIS PROJECT WITH THE ADDITION OF SOLAR. THIS WILL ALLOW THESE HOMES
TO BECOME NET-ZERO AND MEET ALL THEIR OWN POWER NEEDS. WE WILL ALSO BE CONDUCTING JOB
TRAINING WORKSHOPS WITH HANDS-ON SOLAR INSTALLATION EXPERIENCE FOR PARTICIPANTS, AS
WELL AS STUDENT EDUCATIONAL ACTIVITIES WITH RED CLOUD HIGH SCHOOL (RCHS). WE WILL
CONDUCT TRAINING ON SOLAR POWER SYSTEMS, SOLAR WATER PUMPING, SOLAR REFRIGERATION,
SOLAR WATER PURIFICATION, AND SOLAR BUSINESS DEVELOPMENT. PROJECT TIOSCARON;PAACUTE;YE,
THE LAKOTA WORD FOR THE TRADITIONAL FORM OF MULTIGENERATIONAL SELF-GOVERNANCE, WILL
SERVE AS A SOLAR DEMONSTRATION PROJECT TO EXPAND TO OTHER INDIGENOUS COMMUNITIES IN
SOUTH DAKOTA AND AROUND THE COUNTRY.


ACTIVITIES:THE ACTIVITIES INCLUDE:

#9679;   SMALL SCALE CONSTRUCTION - SOLAR POWER SYSTEMS

#9679;   WATER PURIFICATION - SOLAR DISTILLATION

#9679;   FOOD SECURITY - SOLAR PUMPING FOR GARDENS AND SOLAR REFRIGERATION FOR FOOD
PRESERVATION

#9679;   PUBLIC EDUCATION - VOCATIONAL SCHOOL TRAINING

#9679;   MONITORING - SYSTEM PERFORMANCE AND HEALTH IMPACTS (CLEAN WATER AND
NUTRITION)

#9679;   DEMONSTRATION - INNOVATIVE SOLAR TECHNOLOGIES

#9679;   SMALL SCALE CONSTRUCTION - SOLAR POWER SYSTEMSSUBRECIPIENT:NO SUBAWARDS ARE
INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE:

#9679; # OF SOLAR INSTALLATIONS

#9679; # WORKSHOPS/SEMINARS AND PERSONS ATTENDING

#9679; # KWH GENERATED BY SOLAR

#9679; # LITERS WATER PUMPED BY SOLAR

#9679; # LITERS WATER PURIFIED BY SOLAR

#9679; % INDOOR AIR QUALITY IMPROVEMENT (PPM)

#9679; KG OF GARDEN PRODUCE GROWN


THE EXPECTED OUTCOMES INCLUDE:


#9679;    BETTER INDOOR AIR QUALITY BY NOT BURNING FOSSIL FUELS. PASSIVE SOLAR AND
SOLAR ELECTRIC HEATING REDUCE THE LOAD ON INDOOR ELECTRIC HEATING AND COOKING,
ELIMINATING THE NEED TO BURN KEROSENE, PROPANE AND WOOD, THEREFORE ASSISTING IN CLEANER
AIR WITHIN THE STRUCTURE.

#9679;    NET ZERO ENERGY USE (ENERGY SELF-SUFFICIENCY).

#9679;    IMPROVED DRINKING WATER QUALITY.  SOLAR DISTILLATION REMOVES ARSENIC FROM
WATER WHICH IS A COMMON CONTAMINANT AT PINE RIDGE.

#9679;    SOLAR WATER PUMPS FOR WATER SUPPLY AND GARDENING. INTERESTED HOUSEHOLDS CAN
AUGMENT THEIR DIET WITH FRESHLY GROWN ON-SITE GARDEN PRODUCE. THEY CAN ALSO STOP
TRUCKING IN WATER AND HAVE A RELIABLE AND CLEAN DOMESTIC WATER SUPPLY. THE WATER TABLE
IN THIS REGION IS ONLY ABOUT 15 FT. TO 30 FT ON AVERAGE, WHICH IS EASY TO ACCESS WITH A
SOLAR PUMP. THIS WILL BE PARTICULARLY  USEFUL FOR REMOTE RESIDENTIAL SITES NOT
CONNECTED TO A MUNICIPAL WATER SUPPLY.


THE INTENDED BENEFICIARIES INCLUDE:


OGLALA LAKOTA COUNTY IS 92% NATIVE AMERICAN AND ONE OF THE MOST IMPOVERISHED COUNTIES
IN THE NATION, WITH A MEDIAN PER CAPITA INCOME OF $900 PER MONTH. AVERAGE LIFE
EXPECTANCY ON THE PINE RIDGE INDIAN RESERVATION IS ONLY 48 YEARS OLD FOR MEN AND ONLY
52 YEARS OLD FOR WOMEN, WITH RATES OF DISEASE FAR ABOVE NATIONAL AVERAGES. SOME LOCAL
WATER IS CONTAMINATED WITH ARSENIC AND URANIUM FROM MINING, CONTRIBUTING TO GREATLY
INCREASED CANCER RATES. DIABETES IS ONE OF THE MOST COMMON KILLERS AT PINE RIDGE, WITH
RATES 800% ABOVE THE NATIONAL AVERAGE. INFANT MORTALITY IS 300% HIGHER. MENTAL HEALTH
ISSUES LEAD TO SUICIDE BEING 75% HIGHER THAN THE NATIONAL RATE,
ESPECIALLY",H35DFL1JK2E4,2024-03-07,2024,2024-03-25,2024-03-15,2027-03-15,2024-03-
07,UNITED
STATES,CO,13,BOULDER,80302,2,BOULDER,COLORADO,8,5773714,330758,717177,USA,UNITED
STATES,OGLALA LAKOTA,OGLALA,SOUTH DAKOTA,66.306,"AMERICAN SOLAR ENERGY SOCIETY,
INC.",0,500000,24000,,6800 00I43700 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,220167910,220167910,220167910,220167910,26000,PROJECT GRANT (B),"$474,000.00"

{82646},169932245,https://www.usaspending.gov/award/ASST_NON_02J56201_6800,02J56201,PRO
JECT GRANT (B),ASST_NON_02J56201_6800,02J56201,2024-11-15 04T02:28.768
Z,"$500,000.00",ALASKA MUNICIPAL LEAGUE,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING
UNDER THE INFLATION REDUCTION ACT (IRA) TO ALASKA MUNICIPAL LEAGUE (AML).  THE
RECIPIENT WILL UTILIZE HEALTH IMPACT ASSESSMENTS (HIAS) TO EVALUATE THE IMPACT OF
CLIMATE CHANGE AND NATURAL DISASTERS ON DISADVANTAGED COMMUNITIES IN RURAL AREAS OF
ALASKA, RESULTING IN CLIMATE ACTION AND RESILIENCE PLANS FOR DOZENS OF COMMUNITIES.
HIAS WILL BE EMPLOYED TO DEVELOP THE BASIS FOR FUTURE CLIMATE ACTION AND DISASTER
RESILIENCE PLANS. AML WILL WORK WITH PARTNERS TO DEVELOP A MODEL FOR RAPID
IMPLEMENTATION THAT IS CONSISTENT WITH THE LIMITED CAPACITY OF THESE COMMUNITIES. THIS
PROJECT WILL INCREASE THE COMPETENCY OF DISADVANTAGED COMMUNITIES TO PARTICIPATE IN
STATE AND FEDERAL OPPORTUNITIES, INCLUDING FOR FEDERAL INFRASTRUCTURE INVESTMENTS THAT
REQUIRE THIS LEVEL OF PLANNING AND ASSESSMENT. THE PROJECT WILL INCLUDE ALL COASTAL
COMMUNITIES AS PART OF ITS OUTREACH AND ENGAGEMENT, WITH DISADVANTAGED COMMUNITIES
DIRECTLY BENEFITING AND DOZENS OF OTHERS RECEIVING BEST PRACTICES AND TRAINING. THE
OBJECTIVES OF THE PROJECT ARE TO PRODUCE A HEALTH IMPACT ASSESSMENT AND CLIMATE ACTION
AND RESILIENCE PLAN FOR EACH PARTICIPATING COMMUNITY, WITH OUTCOMES THAT INCLUDE
INCREASED PUBLIC HEALTH AND ACCESS TO FEDERAL FUNDING THAT IMPROVES LIVING CONDITIONS.
ACTIVITIES:THE ACTIVITIES INCLUDE FORMATION OF A MUNICIPAL STAKEHOLDER ADVISORY
COMMITTEE, COMMUNITY OUTREACH WITH COASTAL ALASKA COMMUNITIES, DEVELOPMENT OF
ASSESSMENT AND PLANNING TOOLS BY THE PROJECT TEAM, ENGAGE WITH COMMUNITIES AND PROVIDE
TECHNICAL ASSISTANCE AROUND RESILIENCY PLANNING, ASSESSMENT OF HEALTH IMPACTS OF
CLIMATE CHANGE IN COASTAL ALASKA COMMUNITIES, DEVELOPMENT OF CLIMATE ACTION AND
RESILIENCE PLANS, AND IDENTIFICATION OF POTENTIAL STATE AND FEDERAL
INVESTMENTS.SUBRECIPIENT:THE SUBAWARD TO THE UNIVERSITY OF ALASKA ANCHORAGE IS TO COVER
PERSONNEL COSTS TO AID IN THE FULFILLMENT OF PROJECT ACTIVITIES INCLUDING IDENTIFYING
AVAILABLE DATA SOURCES AND INFORMATION FOR THE HEALTH IMPACT ASSESSMENTS (HIAS), REVIEW
OF THE HIAS, DEVELOPMENT OF A MODEL CLIMATE ACTION AND RESILIENCE PLAN (CARP), AIDING
IN THE CLIMATE PLANNING WITH LOCAL RESILIENCE PLANNING COMMITTEES, AND REVIEW OF DRAFT
COMMUNITY CARPS.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE 25 PARTICIPATING ALASKA
COASTAL COMMUNITIES THAT WILL EACH HAVE: A LOCAL RESILIENCE PLANNING COMMITTEE, A
COMPLETED HEALTH IMPACT ASSESSMENT, A CLIMATE ACTION AND RESILIENCY PLAN, AND TECHNICAL
ASSISTANCE FOR FUTURE RESILIENCE FUNDING. ADDITIONALLY, THERE WILL BE A MODEL HEALTH
IMPACT ASSESSMENT, A MODEL CLIMATE ACTION AND RESILIENCY PLAN, AND AN ASSET MANAGEMENT

TRAINING SHARED WITH LOCAL ALASKA GOVERNMENTS.

THE EXPECTED OUTCOMES INCLUDE INCREASED OPPORTUNITY FOR REGIONAL PARTNERSHIPS,
INCREASED AWARENESS OF SOCIAL DETERMINANTS OF HEALTH, MORE FAMILIARITY WITH ASSET
MANAGEMENT, LOCAL GOVERNMENTS WITH MORE ACCESS TO RESILIENCE MEASURES, INCREASED
COMPETITIVENESS FOR FEDERAL INVESTMENT, MORE PLANNING TOOLS FOR COMMUNITIES, PROGRESS
ON UPDATING HAZARD MITIGATION PLANS, INCREASED NUMBER OF LOCAL GOVERNMENT OFFICIALS
WITH ENVIRONMENTAL JUSTICE TRAINING, INCREASED AWARENESS OF ENVIRONMENTAL JUSTICE,
PROJECT DEVELOPMENT AND INCREASED READINESS, CLIMATE RESILIENCE PLANS ADOPTED, AND
HAZARD MITIGATION PLANS IMPLEMENTED.

THE INTENDED BENEFICIARIES INCLUDE THE 25 PARTICIPATING COMMUNITIES AS WELL AS LOCAL
GOVERNMENTS, REGIONAL NONPROFITS, TRIBAL GOVERNMENTS, UTILITIES, AND COMMUNITY
PLANNERS.",RPTJN4EMAGN3,2024-03-14,2024,2024-03-25,2024-03-01,2027-02-28,2024-03-
14,UNITED STATES,AK,110,JUNEAU,99801,0,JUNEAU,ALASKA,2,733391,32255,732673,USA,UNITED
STATES,,,ALASKA,66.306,ALASKA MUNICIPAL LEAGUE,0,500000,34067,,6800_02J56201 -NONE-
_66.306_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,220167958,220167958,220167958,220167958,44860.65,PROJECT GRANT
(B),"$455,139.35"

{82646},170235876,https://www.usaspending.gov/award/ASST_NON_95338201_6800,95338201,PRO
JECT GRANT (B),ASST_NON_95338201_6800,95338201,2024-04-30 02:37:03.954
Z,"$500,000.00",APPALACHIAN VOICES,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER
THE INFLATION REDUCTION ACT (IRA) TO APPALACHIAN VOICES.  THE RECIPIENT WILL CREATE A
COMPREHENSIVE FRAMEWORK KNOWN AS THE COAL COMMUNITY RESILIENCE PLANNING MODEL AND
TOOLKIT. THIS MODEL AND TOOLKIT WILL SERVE AS AN ADAPTABLE GUIDE FOR FIVE COAL
COMMUNITIES IN VIRGINIA TO NAVIGATE AND RESPOND TO THE MULTIFACETED CHALLENGES POSED BY
ECONOMIC SHIFTS, ENVIRONMENTAL CONCERNS, AND THE NEED TO PLAN FOR CLIMATE CHANGE.
ACTIVITIES:THE FOLLOWING ACTIVITIES WILL BE PERFORMED: ORGANIZE GOVERNMENT LEADS AND
CORE COMMUNITY STAKEHOLDERS, NURTURE COMMUNITY ENGAGEMENT AND DEVELOP RESILIENCE MAPS,
ENCOURAGE COMMUNITY PROJECT IDEATION AND PLAN DEVELOPMENT, DEVELOP COMMUNITY PROJECT
SUSTAINABILITY PLANS, MEASURE AND SUSTAIN IMPACT, AND DEVELOP ENVIRONMENTAL JUSTICE
ADVOCATES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE
AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE FOLLOWING: A COLLABORATIVE
DECISION-MAKING PROCESS; 200+ COMMUNITY MEMBERS ENGAGED; 5 COMMUNITY RESILIENCE MAPS; 5
COMMUNITY-BASED PROJECT DESIGNS; PROJECT PREDEVELOPMENT CONSULTING; 12 EDUCATION
WEBINARS ON CLIMATE/RESILIENCE TOPICS; 20 NEW EJ LEADERS DEVELOPED; SKILLS AND METRICS
DEVELOPED TO MEASURE IMPACT; THE DEVELOPMENT OF COAL COMMUNITIES RESILIENCE TOOLKIT;
ENGAGEMENT IN THE EJ PROCESSES AND RULEMAKING EFFORTS; COALFIELD RESILIENCE; AND THE
DEVELOPMENT OF A COMMUNITY FEEDBACK FORM.

THE EXPECTED OUTCOMES INCLUDE THE FOLLOWING: THE CREATION OF CORE PARTNERSHIP
ACCOUNTABILITY AND ORGANIZATIONAL STRUCTURE; HOSTING 2 LISTENING SESSIONS IN EACH
LOCALITY; ACTIVATING 50 STAKEHOLDERS; BOLSTERING THE COMMUNITY BUY-IN PROCESS;
STRATEGIC PROJECT IMPLEMENTATION; COMPLETING 5 RESILIENCE PROJECTS; INCREASING LOCAL
COLLABORATIVE STRATEGIES; AND ENCOURAGING PARTICIPATION IN REGULATORY/POLICY
OPPORTUNITIES.

THE INTENDED BENEFICIARIES ARE CITIZENS, LOCAL GOVERNMENT LEADERS, FUNDERS, POLICY
MAKERS, REGIONAL ECONOMIC DEVELOPMENT GROUPS, AND EJ ORGANIZATIONS.",KAJBG36GJ197,2024-
03-19,2024,2024-04-08,2024-02-01,2027-01-31,2024-03-19,UNITED
STATES,NC,189,WATAUGA,28607,5,BOONE,NORTH CAROLINA,37,10439388,54086,743662,USA,UNITED
STATES,,,VIRGINIA,66.306,APPALACHIAN VOICES,0,500000,16908,,6800_95338201 -NONE-
_66.306_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,220508244,220508244,220508244,220508244,,PROJECT GRANT (B),"$500,000.00"

{82646},170235927,https://www.usaspending.gov/award/ASST_NON_98T88701_6800,98T88701,PRO
JECT GRANT (B),ASST_NON_98T88701_6800,98T88701,2024-11-15 04:02:28.768
Z,"$500,000.00","BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC.","DESCRIPTION:THIS
AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BAYVIEW HUNTERS
POINT COMMUNITY ADVOCATES.  THE RECIPIENT PROJECT IS FOCUSED ON THE BAYVIEW-HUNTERS
POINT COMMUNITY OF SAN FRANCISCO CA. THE IMMEDIATE OUTCOME OF THIS TWO-YEAR INITIATIVE
WILL BE THE DEVELOPMENT OF AN ENVIRONMENTAL JUSTICE POLICY PLATFORM, GROUNDED IN THE
NEIGHBORHOOD'S OWN LIVED EXPERIENCES AND COMMUNITY SCIENCE - DOCUMENTATION AND MAPPING
OF ENVIRONMENTAL TOXIC EXPOSURES AND ADVERSE HEALTH EFFECTS TO PAST AND PRESENT
RESIDENTS AND WORKERS, BUILDING AN ACCESSIBLE LIBRARY OF LOCAL ENVIRONMENTAL ISSUES,
POTENTIAL MITIGATION MEASURES, AND SUBSTANTIVE POLICY CHANGES. THE PROJECT CONNECTS
MULTIPLE COMMUNITY-LED EFFORTS INTO A LARGER, COHESIVE PROGRAM OF POLLUTION REDUCTION,
PUBLIC HEALTH ADVOCACY, AND NEIGHBORHOOD EMPOWERMENT. A MAJOR RESULT OF THE PROGRAM
WILL BE THE DEVELOPMENT OF NEW CADRES OF TRAINED AND EXPERIENCED COMMUNITY
ENVIRONMENTAL HEALTH ACTIVISTS, INCLUDING YOUTH ADVOCATES.

THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-
AWARD COSTS HAVE BEEN APPROVED BACK TO 3/1/2024.

ACTIVITIES:THE ACTIVITIES INCLUDE HIRING A PROGRAM COORDINATOR, COMPLETE MOU'S WITH COLLABORATIVE PARTNERS, DEVELOP TRAINING MATERIALS FOR STAFF, PREPARE FOR PROGRAM LAUNCHES AND DESIGN YOUTH TRAININGS.

SUBRECIPIENT:3RD STREET YOUTH CENTER AND CLINIC, WILL ESTABLISH A YOUTH ADVOCATES PROGRAM UNDER THIS INITIATIVE, TRAINING AND MENTORING OUR NEXT GENERATION OF COMMUNITY LEADERS, GIVING THEM A FOUNDATION OF SKILLS IN ADVOCACY, DATA ANALYSIS, AND COMMUNITY OUTREACH. WE WILL CO-DEVELOP ENVIRONMENTAL JUSTICE AND POLICY CURRICULA, STRATEGIZE INTERVENTIONS, DRAFT EVIDENCE-BASED POLICY RECOMMENDATIONS, AND JOINTLY DEVELOP EDUCATIONAL MATERIALS TO SUPPORT LASTING COLLABORATION AMONG THE PARTNERS.

SF BAY PHYSICIANS FOR SOCIAL RESPONSIBILITY WILL LEAD AND SUPPORT A SERIES OF TRAININGS ON VARIOUS TOPICS INCLUDING PUBLIC HEALTH IMPACTS OF EXPOSURES AND HOW TO INTERPRET DATA. THEY WILL CREATE EDUCATIONAL MATERIALS BASED ON THE PUBLIC HEALTH IMPACTS OF EXPOSURES FOUND THROUGH GROUND TRUTHING AND ANY INFORMATION RESULTED IN THE AB 617 PROCESS.

OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE SIGN IN SHEERS, TRAINING MATERIALS, MEETING REPORTS, POLICY PROPOSALS, DRAFT ARC GIS MAP AND UPDATED DATA FINDINGS.

THE EXPECTED OUTCOMES INCLUDE INCREASE IN COMMUNITY CAPACITY AND ACCESS TO POLICY MAKING TOOLS, SECC AND YOUTH CURRICULUM IMPLEMENTED. TOXIC INDEX DATA COLLECTED AND ANALYZED, YOUTH PROGRAM PRESENTS DATA ANALYSIS TO SECC AND AB617 STEERING COMMITTEE. SECC AND YOUTH INTERACT WITH STATE REPRESENTATIVES THROUGH STATE LEGISLATIVE DAY AND PRESENT CONCERNS AND POLICY IDEAS, AND INCREASED COMMUNITY CAPACITY IN POLICY ADVOCACY AND KNOWLEDGE IN ENVIRONMENTAL JUSTICE. UPDATED TOXIC INDEX DATA. DEVELOPED COORDINATION AND STRENGTHENED RELATIONSHIPS WITH PROJECT PARTNERS, AB 617 CSC, STATE LEGISLATORS AND THE D10 SUPERVISORS' OFFICE.

THE INTENDED BENEFICIARIES INCLUDE THE COMMUNITY OF THE BAY VIEW HUNTERS POINT.",LBPNTJXL7C43,2024-03-27,2024,2024-04-08,2024-03-01,2026-02-28,2024-03-27,UNITED STATES,CA,75,SAN FRANCISCO,94124,11,SAN FRANCISCO,CALIFORNIA,6,39538223,873965,702058,USA,UNITED STATES,SAN FRANCISCO,SAN FRANCISCO,CALIFORNIA,66.306,"BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC.",0,500000,26100,,6800 98T88701 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,220508295,220508295,220508295,220508295,72910.1,PROJECT GRANT (B),"$427,089.90"

{82646},170984755,https://www.usaspending.gov/award/ASST_NON_95334801_6800,95334801,PROJECT GRANT (B),ASST_NON_95334801_6800,95334801,2024-05-31 02:37:45.402Z,"$500,000.00","NUEVA ESPERANZA, INC.","DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO NUEVA ESPERANZA, INC. THE RECIPIENT AND ITS PARTNERS IN THE HUNTING PARK COMMUNITY-LED CLIMATE RESILIENCE AND EMPOWERMENT PROJECT WILL BUILD THE CAPACITY OF RESIDENTS, LEADERS AND NEIGHBORHOOD INFRASTRUCTURE TO IMPROVE THE CLIMATE RESILIENCY OF THE HUNTING PARK (HP) NEIGHBORHOOD IN PHILADELPHIA, PA, AGAINST THE DISPROPORTIONATE HEALTH AND ECONOMIC IMPACTS OF HEAT IN THE COMMUNITY.

ACTIVITIES:THE ACTIVITIES INCLUDE BUILDING TREE COVER; TRAININGS FOR COMMUNITY MEMBERS; DISTRIBUTING EXTREME HEAT MITIGATION TRAINING AND TOOLS TO RESIDENTS; FACILITATING COMMUNITY DIALOGUE; FORMALIZING A COMMUNITY-DRIVEN ENVIRONMENTAL POLICY PLATFORM; AND COMPLETING A HEALTH IMPACT ASSESSMENT.

SUBRECIPIENT:HUNTING PARK GREEN WILL RECEIVE A SUBAWARD OF $75,051 TO COLLABORATE ON OUTREACH; CO-MANAGE TREE STEWARDSHIP AND TRAINING; AND FACILITATE COMMUNITY CONVERSATIONS. AS I PLANT THE SEED WILL RECEIVE A SUBAWARD OF $57,099 TO COLLABORATE ON OUTREACH AND FACILITATE COMMUNITY CONVERSATIONS. HUNTING PARK NEIGHBORHOOD ADVISORY COMMITTEE WILL RECEIVE A SUBAWARD OF $53,007 TO LEAD WEATHERIZATION TRAINING. HUNTING PARK COMMUNITY SOLAR INITIATIVE WILL RECEIVE A SUBAWARD OF $35,979 TO DELIVER SOLAR PANEL INSTALLATION TRAINING TO HP RESIDENTS. PENNSYLVANIA HORTICULTURAL SOCIETY WILL RECEIVE A SUBAWARD OF $42,000 TO DELIVER TREES, TREE PLANTINGS AND MAINTENANCE TRAINING; AND PROVIDE INSIGHTS ON ENVIRONMENTAL IMPACT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ADDITIONAL TREES IN HP; TRAININGS IN TREE MAINTENANCE, CLIMATE CHANGE, COMMUNITY ORGANIZING, HEAT SAFETY, AND SOLAR PANEL INSTALLATION; DISTRIBUTION OF COOLING KITS AND INSTALLED AIR CONDITIONERS WITH WEATHERIZATION KITS AND WORKSHOPS; HP CLIMATE JUSTICE PLATFORM; HEALTH IMPACT ASSESSMENT TO GAUGE EXISTING HEALTH DISPARITIES AND SPECIFIC HEALTH CHALLENGES; AND INSIGHTS GAINED FOR NEIGHBORHOODS ENGAGING IN COMMUNITY-DRIVEN CLIMATE CHANGE. THE EXPECTED OUTCOMES INCLUDE VIABLE TREE CANOPY; INCREASED COMMUNITY KNOWLEDGE AND COMMUNITY SKILLS; IMPROVED BLOCK-LEVEL AND HOUSING HVAC CONDITIONS AND INDOOR AIR QUALITY; AND DECREASED RATES OF HEAT STROKE, HEAT EXHAUSTION AND ASTHMA. OTHER OUTCOMES INCLUDE INCREASED COMMUNITY COHESION; IMPROVED LEVERAGING OF CITY-PRIVATE RESOURCES; GRADUAL REDUCTION IN THE NEIGHBORHOOD HEAT INDEX; AND MODELING FOR OTHER CLIMATE VULNERABLE NEIGHBORHOODS. THE INTENDED BENEFICIARIES INCLUDE CURRENT AND FUTURE RESIDENTS OF HUNTING PARK.",JV71JLXXSTJ5,2024-04-08,2024,2024-05-02,2024-05-01,2027-04-30,2024-04-08,UNITED STATES,PA,101,PHILADELPHIA,19140,2,PHILADELPHIA,PENNSYLVANIA,42,13002700,1603797,767191

,USA,UNITED STATES,PHILADELPHIA,PHILADELPHIA,PENNSYLVANIA,66.306,"NUEVA ESPERANZA,
INC.",0,500000,25134,,6800 95334801 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,221273612,221273612,221273612,221273612,,PROJECT GRANT (B),"$500,000.00"

{82646},171128477,https://www.usaspending.gov/award/ASST_NON_00A01390_6800,00A01390,PRO
JECT GRANT (B),ASST_NON_00A01390_6800,00A01390,2024-11-15 04:02:28.768
Z,"$500,000.00",GULF OF MAINE RESEARCH INSTITUTE,"DESCRIPTION:THE AGREEMENT PROVIDES
FUNDING TO GULF OF MAINE RESEARCH INSTITUTE. SPECIFICALLY, THE RECIPIENT WILL BUILD
CAPACITY FOR DISADVANTAGED WORKING WATERFRONT COMMUNITIES TO HAVE MEANINGFUL
INVOLVEMENT IN THE OFFSHORE WIND (OSW) DEVELOPMENT PROCESS IN THE GULF OF MAINE. THIS
PROJECT WILL ENHANCE COASTAL COMMUNITIES' ABILITY TO ENGAGE CONSTRUCTIVELY IN THE
DEVELOPMENT PROCESS THROUGH DEVELOPING RESOURCES (EDUCATIONAL AND INFORMATIONAL
ASSETS), SHARING THEM IN AN ONLINE HUB, AND ALSO DIRECTLY IN THE PRIORITIZED
ENVIRONMENTAL JUSTICE COMMUNITIES HIGHLIGHTED IN THIS PROJECT IN THE GULF OF MAINE.
SECOND, THIS PROJECT WILL BUILD OFF OF FUNDING THEY HAVE RECEIVED FROM DEPARTMENT OF
ENERGY (DOE), WHERE THEY WILL SUPPORT COMMUNITIES CO-CREATE STRATEGIES FOR THE MOST
EQUITABLE BENEFIT FROM COMMUNITY BENEFIT ARRANGEMENTS (INCLUDING, BUT NOT LIMITED TO,
POWER PURCHASE AGREEMENTS WITH GULF OF MAINE STATES, COMMUNITY BENEFIT AGREEMENTS (CBA)
FROM DEVELOPERS, AND INVESTMENTS IN COMMUNITIES TIED TO OFFSHORE WIND IMPACTS). THEY
WILL BUILD OFF THIS WORK BY WORKING WITH COMMUNITIES AND REGIONAL STAKEHOLDERS (I.E.
MUNICIPALITIES AND LOCAL GOVERNMENTS), WHO WILL BE TASKED WITH ENSURING COMPENSATION
AND OTHER FINANCIAL BENEFITS CAN BE GRANTED EQUITABLY FROM COMMUNITY BENEFIT
ARRANGEMENTS. AS COMMUNITY BENEFIT ARRANGEMENTS FROM OFFSHORE WIND ARE A NEW SOURCE OF
FUNDING, THEY WILL SUPPORT MUNICIPAL/GOVERNMENT STAFF WITH UNDERSTANDING POTENTIAL
BENEFITS AND WITH DEVELOPING FINANCIAL INFRASTRUCTURE THAT WILL ALLOW FOR THE MOST
IMPACT ON INVESTMENT.ACTIVITIES:THE ACTIVITIES INCLUDE DEVELOPING INFORMATIONAL,
EDUCATIONAL, CULTURAL, AND ENGAGEMENT ASSETS REGARDING OFFSHORE WIND (OSW) DEVELOPMENT.
THIS WILL BE DONE BY LEVERAGING RELATIONSHIPS WITH COMMUNITY PARTNERS TO FURTHER
UNDERSTAND THE SECTORS OF THE FISHING COMMUNITY NEEDS AND SHARE RESOURCES DIRECTLY WITH
THESE GROUPS. THEY WILL COMPILE, SYNTHESIZE, ANALYZE, AND TRANSLATE INFORMATION ON
PRIORITY AREAS AND PROVIDE ONGOING UPDATESAS MORE INFORMATIO N IS AVAILABLE. THIS
INCLUDES KEY TAKEAWAYS FROM RELEVANT REPORTS, AND TRANSLATION OF ENVIRONMENTAL IMPACT
STATEMENTS AND OTHER MATERIALS THAT WILL BE PUBLISHED THROUGHOUT THIS PROJECT. THESE
RESOURCES WILL BE SHARED IN PLEASANT POINT, STONINGTON, AND PORTLAND, MAINE; HAMPTON,
NEW HAMPSHIRE; AND GLOUCESTER AND NEW BEDFORD, MASSACHUSETTS. THEY WILL ALSO SHARE
THESE RESOURCES WITHIN THE GULF OF MAINE OFFSHORE WIND RESOURCE HUB ON THE
ORGANIZATION'S WEBSITE. THE RESOURCE HUB WILL BE MAINTAINED THROUGH THIS PROJECT AND
RESOURCES WILL BE UPDATED THROUGHOUT THE PROJECT'S DURATION. DURING THE SECOND AND
THIRD YEARS OF THE PROJECT, THEY WILL REEVALUATE AND UPDATE THE RESOURCES BASED ON
LOCAL COMMUNITY NEEDS. THEY WILL HOLD LISTENING SESSIONS IN EACH OF THE COMMUNITIES TO
BE RESPONSIVE TO THEIR CHANGING NEEDS CONCERNING OSW DEVELOPMENT. THE SECOND MAJOR
ACTIVITY WILL BUILD THE CAPACITY FOR COMMUNITIES TO ENGAGE IN COMMUNITY BENEFIT
ARRANGEMENTS THROUGH SUPPORTING COMMUNITIES TO DEVELOP FINANCIAL INFRASTRUCTURE THAT
CREATES BROADER IMPACT ON INVESTMENT. THIS WILL INVOLVE OUTREACH TO IDENTIFIED
COMMUNITIES TO IDENTIFY THE NEEDS OF THE COMMUNITY AND ESTABLISH A NETWORK OF
STAKEHOLDERS TO ENGAGE IN THE DEVELOPMENT OF THEIR OWN COMMUNITY BENEFIT AGREEMENTS
(CBA). THE PROJECT WILL ALSO IDENTIFY WHAT FINANCIAL STRUCTURES AND INVESTMENTS EXIST
IN EACH COMMUNITY THAT COULD BE POTENTIAL CONDUITS FOR CBA FUNDING, CONDUCT FINANCIAL
ANALYSIS TO GIVE THE COMMUNITY OR MUNICIPALITY GUIDANCE ON HOW THAT FINANCIAL STRUCTURE
WILL SUPPORT THEIR CBA OBJECTIVE AND SUSTAINABILITY IN COMING YEARS, AND PRODUCE A
REPORT ON PRIORITIZED COMMUNITIES AND THEIR INDEPENDENT CBAS, WORKSHOPS, AND
PROGRAMMING TO SERVE AS CASE STUDIES AND BEST PRACTICES FOR FUTURE
COMMUNITIES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE
AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE: AT LEAST SIX LEADERS, ONE FOR
EACH FOCUS COMMUNITY, SERVING AS A COMMUNITY POINT OF CONTACT; AT",JJGPRKQALRL7,2024-
04-22,2024,2024-05-09,2024-02-01,2027-02-01,2024-04-22,UNITED
STATES,ME,5,CUMBERLAND,4101,1,PORTLAND,MAINE,23,1362359,303069,686648,USA,UNITED
STATES,CUMBERLAND,PORTLAND,MAINE,66.306,GULF OF MAINE RESEARCH
INSTITUTE,0,500000,175325,,6800 00A01390 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,221449157,221449157,221449157,221449157,33356.93,PROJECT GRANT
(B),"$466,643.07"

{82646},171128548,https://www.usaspending.gov/award/ASST_NON_03D03124_6800,03D03124,PRO
JECT GRANT (B),ASST_NON_03D03124_6800,03D03124,2024-11-15 04:02:28.768
Z,"$500,000.00","PARKS ALLIANCE OF LOUISVILLE, INC.","DESCRIPTION:THIS ACTION APPROVES
AN AWARD IN THE AMOUNT OF $500,000 TO SUPPORT COMPLIANCE OF THE CLEAN AIR ACT FOR THE
PARKS ALLIANCE OF LOUISVILLE, INC. THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION
REDUCTION ACT (IRA) TO THE PARKS ALLIANCE OF LOUISVILLE. THE RECIPIENT WILL ACTIVELY
ENGAGE RESIDENTS OF LOUISVILLE'S CALIFORNIA NEIGHBORHOOD IN THE PLANNING, PROGRAMMING,
AND STEWARDSHIP OF THE NEW 20-ACRE ALBERTA O. JONES PARK.ACTIVITIES:THE ACTIVITIES
INCLUDE HIRING A PARK SUPERINTENDENT TO OVERSEE THE STEWARDSHIP AND ONGOING PROGRAMMING
OF THE NEWLY BUILT ALBERTA O. JONES PUBLIC PARK, FORMING AND OPERATIONALIZING OF THE
PARK COMMUNITY COUNCIL, PERFORMING A HEALTH IMPACT ASSESSMENT (HIA), CONDUCTING
COMMUNITY OUTREACH EVENTS, SURVEYING RESIDENTS' EXPERIENCE, ACQUISITION OF SMALL
PARCELS OF LAND FOR PHASE II OF ALBERTA O. JONES PUBLIC PARK, INCORPORATING PLANNING
AND ENGINEERING BEST PRACTICES TO MITIGATE RISK OF EXPOSURE TO FLOODING AND CSOS
(COMBINED SEWER OVERFLOWS).SUBRECIPIENT:SUBAWARD ACTIVITIES INCLUDE PROVIDING STAFF AND

ORGANIZATIONAL EXPERIENCE, CONDUCTING A HEALTH IMPACT ASSESSMENT (LMPHW CENTER FOR HEALTH EQUITY) AND DISSEMINATING THE INFORMATION TO THE APPROPRIATE AUDIENCES, FACILITATING PUBLIC COMMUNITY-ENGAGEMENT WORKSHOPS (BRIGHTSIDE FOUNDATION; BERNHEIM ARBORETUM AND RESEARCH FOREST) WHICH INCLUDE PROVIDING GARDENING MATERIALS, EDIBLE GARDEN EDUCATION, RAIN-GARDEN EDUCATION, TREE-PLANTING; EDUCATE COMMUNITY MEMBERS ABOUT THEIR IMPORTANCE IN MITIGATING FLOODING AND OTHER CLIMATE IMPACTS, CONDUCTING A BIODIVERSITY STUDY OF THE PARK, MEASURING THE IMPACT OF THE ADDITION OF NATIVE PLANTS AND TREES IN ATTRACTING BIODIVERSE SPECIES TO A NEIGHBORHOOD DESIGNATED AS AN URBAN HEAT ISLAND; CONSULT ON THE DESIGN AND DEVELOPMENT OF AN AG INNOVATION HUB AT ALBERTA O. JONES PARK, WORKING IN COLLABORATION WITH YOUTHBUILD TO TRANSFORM ABOUT TWO ACRES OF THE PARK INTO AN AGRICULTURAL HUB AND JOB TRAINING SITE FOR YOUTH INTERESTED IN CAREERS IN PARKS AND URBAN FARMING.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE CREATION AND DISSEMINATION OF A REPORT TO SHARE THE FINDINGS OF THE HIA, FEEDBACK FROM 150+ RESIDENTS FOR THE DESIGNING AND PROGRAMMING OF PHASE 2 OF THE PARK, SHARED RESOURCES AND INFORMATION TO RESIDENTS FROM 7 COMMUNITY PARTNERS, RECRUITMENT AND TRAINING OF A PARK SUPERINTENDENT, CONDUCTION OF 4 PARK COMMUNITY COUNCIL MEETINGS, AND SECURING FEMA APPROVAL FOR PHASE 2 OF THE PARK CONSTRUCTION IN COMPLIANCE WITH HAZARD MITIGATION GRANT STANDARDS.

THE EXPECTED OUTCOMES INCLUDE INCREASED ENGAGEMENT OF THE COMMUNITY IN IDENTIFYING CORE STRATEGIES THROUGH WHICH PARK DESIGN AND PROGRAMMING THAT CAN IMPACT RESIDENTS' MENTAL HEALTH AND WELLBEING (GOAL = 150); INCREASED NUMBER OF RESIDENTS THAT ARE AWARE OF THE RISKS ASSOCIATED WITH EXPOSURE TO CSOS AND FLOODING DRIVEN BY INCREASED FREQUENCY AND INTENSITY OF RAIN EVENTS (GOAL = 150); PILOTING OF A COMMUNITY-DRIVEN PARK PLANNING AND STEWARDSHIP MODEL THAT CAN BE REPLICATED IN OTHER LOUISVILLE PUBLIC PARKS - PARTICULARLY THOSE IN HISTORICALLY UNDERSERVED AND DISADVANTAGED NEIGHBORHOODS; PROVIDING INFORMATION TO THE COMMUNITY, DECISION-MAKERS, AND OTHER STAKEHOLDERS ABOUT THE POTENTIAL BENEFICIAL AND ADVERSE IMPACTS TO MENTAL HEALTH THAT MAY RESULT FROM THE TRANSFORMATION OF VACANT/ABANDONED PROPERTY IN THE CALIFORNIA NEIGHBORHOOD INTO A NEW PUBLIC PARK (GOAL = 2 GOVERNMENT PARTNERS, 1 HEALTHCARE SYSTEM, 1 PUBLIC HEALTH ORGANIZATION, AND 2 UNIVERSITIES); CREATE LEARNING OPPORTUNITIES FOR RESIDENTS - INCLUDING YOUTH - THAT LEVERAGE PARK INFRASTRUCTURE AND PROGRAMMING TO PROMOTE COMMUNITY EMPOWERMENT, HEALTH, AND WELLBEING; PRODUCTIVELY USE 20 ACRES OF VACANT/ABANDONED PROPERTY AS A NEW PUBLIC PARK IN THE CALIFORNIA NEIGHBORHOOD THAT SERVES AS A RECREATIONAL, CULTURAL, AND SOCIAL HUB - PLANNED, PROGRAMMED, AND STEWARDED BY THE RESIDENTS; PROVIDING INFORMATION TO THE COMMUNITY, DECISION-MAKERS, AND OTHER STAKEHOLDERS ABOUT THE POTENTIAL BENEFICIAL AND ADVERSE IMPACTS",MA2GYKEKBU54,2024-04-27,2024,2024-05-09,2024-02-01,2027-01-31,2024-04-27,UNITED STATES,KY,111,JEFFERSON,40205,3,LOUISVILLE,KENTUCKY,21,4505836,782969,745141,USA,UNITED STATES,JEFFERSON,LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT (BALANCE),KENTUCKY,66.306,"PARKS ALLIANCE OF LOUISVILLE, INC.",0,500000,50000,,6800_03D03124_-NONE-_66.306_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,221449229,221449229,221449229,221449229,67487.25,PROJECT GRANT (B),"$432,512.75"

{82646},171128537,https://www.usaspending.gov/award/ASST_NON_02F50801_6800,02F50801,PROJECT GRANT (B),ASST_NON_02F50801_6800,02F50801,2024-05-31 02:37:45.402Z,"$500,000.00",EARTH CARE INTERNATIONAL,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO EARTH CARE INTERNATIONAL.  SPECIFICALLY, THE RECIPIENT WILL PARTNER WITH THE CITY AND COUNTY OF SANTA FE, THE SANTA FE PUBLIC SCHOOL DISTRICT, THE HEALTH EQUITY PARTNERSHIP, MAINSTREET NEW MEXICO, AND THE SOUTHSIDE BUSINESS COUNCIL TO CONDUCT A COMMUNITY-LED HEALTH ASSESSMENT FOR THE SOUTHSIDE OF SANTA FE USING THE COLLABORATIVE PROBLEM-SOLVING FRAMEWORK TO DEVELOP CONCRETE URBAN PLANNING, LOCAL POLICY, AND COMMUNITY-DRIVEN DEVELOPMENT SOLUTIONS TO THE ENVIRONMENTAL JUSTICE AND PUBLIC HEALTH CHALLENGES FACING THE AREA. THEY WILL USE A HEALTH IMPACT ASSESSMENT TO ESTABLISH A FOUNDATION FOR CUMULATIVE IMPACTS ASSESSMENT WHILE CONSIDERING LAND-USE DEVELOPMENT PROPOSALS. THEY WILL ALSO CONDUCT A CITIZEN-SCIENCE AIR-MONITORING PROJECT FOCUSED ON EMISSIONS FROM AN ASPHALT PLANT TO EMPOWER STUDENTS AND RESIDENTS IN THE AREA WITH DATA TO INFORM COMMUNITY ADVOCACY EFFORTS. THESE COMPLEMENTARY PROJECTS WILL ENGAGE PUBLIC INSTITUTIONS, BUSINESS LEADERS, DECISION-MAKERS, AND THOUSANDS OF YOUTHS AND FAMILIES IN COLLABORATIVE PROBLEM-SOLVING AND PUBLIC POLICY DEVELOPMENT. THE EXPECTED OUTCOME OF THE COMMUNITY-DRIVEN ASSESSMENT PROJECT WILL BE POLICY AND COMMUNITY DEVELOPMENT DIRECTIVES DEVELOPED BY DIVERSE STAKEHOLDERS TO FOSTER ENVIRONMENTAL JUSTICE, IMPROVE COMMUNITY HEALTH, AND BUILD LONG-TERM RESILIENCE IN THE FACE OF CLIMATE CHANGE.ACTIVITIES:THE ACTIVITIES INCLUDE THREE CIVIC ENGAGEMENT PROCESSES TO GENERATE COMMUNITY-DRIVEN SOLUTIONS TO COMMUNITY HEALTH, ENVIRONMENTAL AND DEVELOPMENT CONCERNS THAT HAVE BEGUN TO BE ARTICULATED IN RESPONSE TO THE PROPOSED EXPANSION OF AN ASPHALT PLANT IN THE AREA. THE FIRST PROCESS AND OVERARCHING FRAMEWORK IS THE COLLABORATIVE PROBLEM-SOLVING PROCESS TO FULLY INVEST COMMUNITY-LED SOLUTION BUILDING TO MITIGATE THE POLLUTION AND OTHER CHALLENGES IN THE AREA AND BUILD A MORE RESILIENT COMMUNITY. THE SECOND PROCESS IS THE HEALTH IMPACT ASSESSMENT WHICH WILL ENGAGE THE COMMUNITY AROUND THE QUESTION OF HOW CUMULATIVE IMPACTS ANALYSIS REQUIREMENTS IN DEVELOPMENT AND PERMITTING PROCESSES MIGHT SUPPORT THE COMMUNITY'S ENVIRONMENTAL JUSTICE VISION AND GOALS. THE THIRD IS AN AIR QUALITY MONITORING COMPONENT DESIGNED TO CONTRIBUTE TO THE PROJECT'S LEADERSHIP DEVELOPMENT, INFORMATION GATHERING, AND SOLUTION-GENERATION OBJECTIVES. THE ACTIVITIES INCLUDE, FORMING THE PROJECT TEAM, DEVELOPING TRAININGS AND TRAINING COMMUNITY LEADERS, DEVELOPING AN ENGAGEMENT PLAN, CONDUCTING OUTREACH FOR SCREENING AND SCOPING PROCESSES, ESTABLISHING FIVE AIR MONITORING SITES AND MONITORING

AIR QUALITY, CONDUCTING HEALTH IMPACT ANALYSIS, REPORTING FINDINGS, AND DEVELOPING
RECOMMENDATIONS AND AN ACTION PLAN.SUBRECIPIENT:AS DESCRIBED IN THE PROPOSAL, THE
SUBAWARD WILL BE MADE TO THE HEALTH EQUITY PARTNERSHIP (HEP) FOR THEIR WORK TO GUIDE
THE HEALTH IMPACT ASSESSMENT (HIA) IN DESIGN AND IMPLEMENTATION THROUGH TRAINING AND
TECHNICAL ASSISTANCE INCLUDING GRAPHIC RECORDING AND DOCUMENTATION, EVALUATION, AND
REPORT PRINTING . THE SUBAWARD BUDGET INCLUDES FOUR ALL-DAY TRAININGS WITH TIME COSTS
FOR THE TRAINERS TO PREPARE AND EXECUTE THE TRAINING, GRAPHIC RECORDING FOR EACH, AND
THE COST OF TRAINING MATERIALS.  OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TWENTY
YOUTH AND PARENT LEADERS TRAINED IN COMMUNITY HEALTH ASSESSMENT AND AIR QUALITY
MONITORING, TEN TECHNICAL TRAININGS ON COLLABORATIVE PROBLEM-SOLVING MODEL, HEALTH
IMPACT ANALYSIS ASSESSMENT, CUMULATIVE IMPACTS ASSESSMENT, CITIZEN SCIENCE REPORTS, AIR
QUALITY MONITORING, AND DATA AND EVALUATION FOR PROJECT TEAM INCLUDING STAFF,
STAKEHOLDER PARTNERS, YOUTH AND PARENT PROJECT LEADERS, AND TEACHERS. ADDITIONALLY,
FIVE-HUNDRED RESIDENTS WILL BE REACHED THROUGH CANVASSING AND COMMUNITY MEETINGS TO
ENGAGE NEIGHBORHOOD RESIDENTS, FIVE MONITORING SITES WILL BE ESTABLISHED, FIVE TEACHERS
WILL BE GIVEN TECHNICAL TRAINING AND ENGAGED IN CURRICULUM DEVELOPMENT AND
SE",MK7DPGZBV139,2024-04-29,2024,2024-05-09,2024-04-01,2027-03-31,2024-04-29,UNITED
STATES,NM,49,SANTA FE,87507,3,SANTA FE,NEW MEXICO,35,2117522,154823,703657,USA,UNITED
STATES,SANTA FE,SANTA FE,NEW MEXICO,66.306,EARTH CARE
INTERNATIONAL,0,500000,0,,6800_02F50801_-NONE-_66.306_0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,221449218,221449218,221449218,221449218,,PROJECT GRANT (B),"$500,000.00"

{82646},171128853,https://www.usaspending.gov/award/ASST_NON_98T91501_6800,98T91501,PRO
JECT GRANT (B),ASST_NON_98T91501_6800,98T91501,2024-11-15 04T02:28.768
Z,"$500,000.00",THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS,"DESCRIPTION:THE
AGREEMENT PROVIDES FUNDING TO FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS.
SPECIFICALLY, THE RECIPIENT WILL FUND A FULLTIME PROJECT MANAGER TO PLAN, PARTNER, AND
COLLABORATE TO IMPLEMENT THE PROPOSED INDIGENOUS COMMUNITY GARDEN. THE GARDEN, LOCATED
IN GOLDEN GATE PARK WITHIN SAN FRANCISCO, IS A NATIVE-LED PARTNERSHIP BETWEEN THE
FRIENDSHIP HOUSE ASSOCIATION, THE ASSOCIATION OF RAMAYTUSH OHLONE, THE CULTURAL
CONSERVANCY, AND SAN FRANCISCO RECREATION AND PARKS DEPARTMENT. THE COMMUNITY GARDEN
SPACE CENTERS ITSELF AROUND TRADITIONAL INDIGENOUS ECOLOGICAL KNOWLEDGE, THE
CORNERSTONE OF REGENERATIVE AGRICULTURE. PROJECT WORK WILL INCLUDE PLANNING AND
PREPARATION WORK INCLUDING COLLABORATION WITH THE SAN FRANCISCO RECREATION AND PARKS
DEPARTMENT TO ENSURE CITY COMPLIANCE, DEVELOPMENT AND IMPLEMENTATION OF THE GARDEN
PLANS WITHIN THE ALLOTTED PARCEL USING PARTNER AND COMMUNITY FEEDBACK ALIKE, GARDEN
ESTABLISHMENT, AND DEVELOPMENT OF ONGOING EDUCATION AND OUTREACH PROGRAMMING. ONCE
OPERATIONAL, THE INDIGENOUS COMMUNITY GARDEN WILL PROVIDE SAN FRANCISCO'S NATIVE
COMMUNITY WITH TRAINING AND EDUCATION ON HOW TO MANAGE NATIVE LANDSCAPES, A CEREMONIAL
SPACE WITHIN THE CITY, AND INCREASE KNOWLEDGE ABOUT PREPARATION, AND CONSUMPTION OF
HEALTHY FIRST FOODS. THROUGHOUT THE PROJECT PERIOD FRIENDSHIP HOUSE ASSOCIATION WILL
WORK TO FURTHER BROADEN COMMUNITY CONNECTIONS AND CREATE NEW PARTNERSHIPS THROUGH THEIR
WORK ON THE INDIGENOUS COMMUNITY GARDEN. FINAL EVALUATIONS AND REVIEWS WITHIN THE
PROJECT PERIOD WILL ALLOW FRIENDSHIP HOUSE ASSOCIATION AND THEIR PARTNERS THE ABILITY
TO ENSURE LONG-TERM GARDEN SUSTAINABILITY AND CREATE A ROADMAP FOR LONG-LASTING
PARTNERSHIPS AND COLLABORATIVE EFFORTS. ACTIVITIES:THE ACTIVITIES IN THIS PROJECT
INCLUDE ESTABLISHING AND MAINTAINING NEW COLLABORATIVE TRIBAL, GOVERNMENT, OTHER
PARTNERSHIPS, PLANNING AND PREPARATION OF THE PROJECT SCOPE, INITIAL DEVELOPMENT
INCLUDING ALL RELEVANT PERMITTING ACTIVITIES, OVERALL GARDEN ESTABLISHMENT, AND ONGOING
GARDEN OPERATIONS AND OPTIMIZATION. IN YEAR 1 COMMUNITY STAKEHOLDERS AND PARTNERS WILL
BE IDENTIFIED AND ENGAGED TO HELP DESIGN THE OVERALL PROJECT AND PROVIDE INPUT
THROUGHOUT THE LIFE OF THE PROJECT. THE APPROPRIATE PERMITS WILL BE IDENTIFIED AND
APPLIED FOR AND, AS A PARTNER, THE CITY OF SAN FRANCISCO WILL ALSO OVERSEE THE CEQA
PROCESS AND HOLD COMMUNITY MEETINGS RELATED TO THE PROJECT. BASIC SITE PREPARATION WILL
BE DONE DURING THE FIRST YEAR AS WELL, OVERSEEN BY THE PROJECT MANAGER FUNDED VIA THIS
COOPERATIVE AGREEMENT. IN YEAR 2, THE GARDEN WILL BE ESTABLISHED. PLANT SPECIES,
TRADITIONAL FOODS, AND HERBAL PLANTS FOR CULTIVATION WILL BE SELECTED IN PARTNERSHIP
WITH THE ASSOCIATION OF RAMAYTUSH OHLONE AND CULTURAL CONSERVANCY. IN ADDITION, DESIGN
AND IMPLEMENTATION FOR A LAND BASED HEALING PROGRAM AND AN EDUCATION AND OUTREACH
PROGRAM FOR FRIENDSHIP HOUSE RESIDENTS AND MEMBERS OF THE PUBLIC WILL OCCUR, IN
COLLABORATION WITH PROJECT PARTNERS. IN YEAR 3, OVERALL PROJECT IMPLEMENTATION WILL
OCCUR. THE FINAL YEAR WILL BE USED TO TRACK AND RECORD THE FARMS PROGRESS AND GROWTH,
ALLOW FOR IMPLEMENTATION OF THE HEALING AND EDUCATIONAL PROGRAMS, AND A FINAL
ASSESSMENT OF PROJECT SUSTAINABILITY WILL BE MADE IN ADDITION TO A PLAN FOR SUSTAINING
FUTURE OPERATIONS PAST THE LENGTH OF THIS COOPERATIVE AGREEMENT. OVER THE COURSE OF THE
ENTIRE PROJECT PERIOD THE PROJECT MANAGER WILL STRIVE TO CREATE NEW AND LONG-LASTING
COLLABORATIVE PARTNERSHIPS THROUGH MONTHLY STAKEHOLDER MEETINGS, CREATING AN INTERNAL
FRAMEWORK FOR EVALUATING AND SUSTAINING LONG-TERM PARTNERSHIPS, AND DEVELOPING A
RECOGNITION PROGRAM TO ACKNOWLEDGE SIGNIFICANT CONTRIBUTIONS FROM
PARTNERS.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE
AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE FORMAL STAKEHOLDER PARTNERSHIPS
WITH THE LISTED PROJECT PARTNERS, DOCUMENTATION OF STAKEHOLDER INPUT GAINED THROUGH
WEBINARS, LISTENING SESSIONS, AND COMMUNITY MEETINGS HELD THROUGHOUT THE
PRO",GGCPV39FEE61,2024-04-29,2024,2024-05-09,2024-05-01,2027-04-30,2024-04-29,UNITED
STATES,CA,75,SAN FRANCISCO,94103,11,SAN
FRANCISCO,CALIFORNIA,6,39538223,873965,702058,USA,UNITED STATES,SAN FRANCISCO,SAN
FRANCISCO,CALIFORNIA,66.306,THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN
INDIANS,0,500000,104117,,6800_98T91501_-NONE-_66.306_0,6800,ENVIRONMENTAL PROTECTION

AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,221449382,221449382,221449382,221449382,11350.4,PROJECT GRANT
(B),"$488,649.60"

{82646},171128545,https://www.usaspending.gov/award/ASST_NON_02J56601_6800,02J56601,PRO
JECT GRANT (B),ASST_NON_02J56601_6800,02J56601,2024-06-27 02:38:57.390
Z,"$500,000.00","OREGON COAST VISITORS ASSOCIATION, INC.","DESCRIPTION:THIS AGREEMENT
PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO OREGON COAST VISITORS
ASSOCIATION. THE RECIPIENT WILL PERFORM WORK TO EXPAND EQUITABLE AND INCLUSIVE MOVEMENT
TO AND ALONG THE OREGON COAST. THE GRANT AIMS TO REDUCE THE NATURE GAP OBSERVED IN THE
PORTLAND METRO, SALEM, AND EUGENE AREAS, REDUCE BARRIERS AND INCREASE FEELINGS OF
SAFETY FOR DISADVANTAGED COMMUNITIES VISITING THE OREGON COAST, DECREASE WORKFORCE
TRAFFIC AND BURDEN, AND DECREASE TRAFFIC CONGESTION AND AIR POLLUTION AT HIGHLY VISITED
COASTAL DESTINATIONS.ACTIVITIES:THE ACTIVITIES INCLUDE DEVELOPING SOCIAL,
ENVIRONMENTAL, FINANCIAL, AND TECHNICAL STRATEGIES TO ASSESS THE CRITICAL POINTS OF
TECHNICAL AND SOCIAL INFRASTRUCTURE NEEDED FOR EQUITABLE AND LOW IMPACT TRANSPORTATION.
THE RECIPIENT WILL DEVELOP A QAPP, THEN WORK ALONGSIDE LOCAL PARTNERS TO ENGAGE
COMMUNITIES IN FOCUS GROUPS. INFORMATION WILL BE GATHERED AND SYNTHESIZED INTO AN
EQUITABLE AND INCLUSIVE MOVEMENT PLAN FOR THE AREA.SUBRECIPIENT:A $15,000 SUB-AWARD TO
OREGON STATE UNIVERSITY'S TOURISM LAB SUPPORTS COMMUNITY ENGAGEMENT AT A DESTINATION
LEVEL AND HELPS DETERMINE THE CARRYING CAPACITY OF VISITORS FOR A GIVEN CITY OR COUNTY.
A $3,000 SUB-AWARD TO PORTLAND STATE UNIVERSITY CREATES A TRANSPORTATION ANALYSIS IN
LINE WITH PROJECT OBJECTIVES. A $28,000 SUB-AWARD TO FORTH MOBILITY SUPPORTS TECHNICAL
AND FINANCIAL ASSESSMENTS AND WORKFORCE FOCUS GROUPS.OUTCOMES:THE ANTICIPATED
DELIVERABLES INCLUDE A MULTI-CHAPTER EQUITABLE AND INCLUSIVE MOVEMENT PLAN CREATED
USING COMMUNITY-SOURCED INFORMATION. BENEFICIARIES INCLUDE THREE COMMUNITIES BURDENED
BY ENVIRONMENTAL JUSTICE ISSUES RELATING TO TRANSPORTATION TO AND ALONG THE OREGON
COAST: DISADVANTAGED COMMUNITIES WHO RESIDE IN THE PORTLAND METRO, SALEM, AND EUGENE
AREAS WHO WISH TO VISIT THE OREGON COAST AS TOURISTS, THE TOURISM WORKFORCE WHO COMMUTE
TO THEIR EMPLOYMENT ON THE OREGON COAST, AND RESIDENTS RESIDING IN CONGESTED TRAFFIC
WAYS ALONG THE NORTH AND CENTRAL OREGON COAST. THE EXPECTED OUTCOMES INCLUDE REDUCING
THE NATURE GAP AND PROMOTING EQUITABLE AND ACCESSIBLE TRAVEL TO THE OREGON COAST FOR
VULNERABLE COMMUNITIES IN PORTLAND, SALEM, AND EUGENE; REDUCING TRANSPORTATION
EMISSIONS AND IMPROVING ACCESS TO ZERO-EMISSION TRANSPORTATION INFRASTRUCTURE FOR THE
TOURISM WORKFORCE ON THE OREGON COAST; AND PLANNING AN EQUITABLE WAY FORWARD FOR OREGON
COAST DESTINATIONS EXPERIENCING HIGH VISITATION TRAFFIC.",K83MCVLDYRG7,2024-04-
30,2024,2024-05-09,2024-04-01,2027-03-31,2024-04-30,UNITED
STATES,OR,57,TILLAMOOK,97134,1,OCEANSIDE,OREGON,41,4237256,27390,701594,USA,UNITED
STATES,TILLAMOOK,TILLAMOOK,OREGON,66.306,"OREGON COAST VISITORS ASSOCIATION,
INC.",0,500000,0,,6800_02J56601_-NONE-_66.306_0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,221449226,221449226,221449226,221449226,,PROJECT GRANT (B),"$500,000.00"

{82646},171584398,https://www.usaspending.gov/award/ASST_NON_98T88401_6800,98T88401,PRO
JECT GRANT (B),ASST_NON_98T88401_6800,98T88401,2024-06-27 02:38:57.390
Z,"$500,000.00",COMMUNITY HEALTH COUNCILS INC,"DESCRIPTION:THIS AGREEMENT PROVIDES
FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO COMMUNITY HEALTH COUNCILS. THE
RECIPIENT WILL PROPOSE TO LAUNCH AN ADVOCACY AND EDUCATION CAMPAIGN SPEARHEADED BY
PROMOTORAS/COMMUNITY HEALTH WORKERS (CHW LAY HEALTH EDUCATORS), RELATED TO THE IMPACT
OF ENVIRONMENTAL CHEMICALS ON BREAST CANCER AND REPRODUCTIVE HEALTH. THE MAIN OBJECTIVE
IS TO MOBILIZE AND EDUCATE BIPOC (BLACK, INDIGENOUS, AND OTHER PEOPLE OF COLOR) WOMEN
OF REPRODUCTIVE AGE ABOUT THE HIDDEN HAZARDS OF POOR AIR, SOIL, AND WATER TO TAKE
ACTION IN REDUCING THEIR EXPOSURES. TOXINS IN PERSONAL CARE AND HOUSEHOLD CLEANING
PRODUCTS WILL ALSO BE ADDRESSED TO ADVOCATE FOR THE ADOPTION OF SAFER, AFFORDABLE, AND
REALISTIC CHOICES AND BEHAVIORS WITHIN THEIR FINANCIAL, EMPLOYMENT, AND HOUSING
LIMITATIONS.


THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-
AWARD COSTS ARE APPROVED BACK TO APRIL 1, 2024.ACTIVITIES:THE ACTIVITIES INCLUDE
EDUCATION AND COACHING PROMOTORA/CHWS TO TEACH THEIR FRIENDS, FAMILIES, AND OTHER
COMMUNITY MEMBERS ABOUT LOWERING THEIR RISKS FOR BREAST CANCER AND REPRODUCTIVE HARM BY
REDUCING EXPOSURE TO TOXINS. PROMOTORAS/CHWS WILL BE SUPPORTED BY PEER-TO-PEER
LEARNING, AND TRAINING IN COMMUNITY ORGANIZING AND ADVOCACY WHERE THEY WILL ENGAGE IN,
AND/OR LAUNCH, LOCAL ENVIRONMENTAL JUSTICE MOVEMENTS. THE PROPOSED ACTIVITY CATEGORIES
INCLUDE 1) CHW/PROMOTORA TRAINING, 2) COMMUNITY PRESENTATIONS, 3) COMMUNITY
DISSEMINATION CONFERENCE, AND 4) PROGRAM AND INTERVENTION EVALUATION AND IS DESCRIBED
IN THE FOLLOWING MANNER:

1) CHW/PROMOTORA TRAINING: THIS PROGRAM AIMS AT TOXIN EXPOSURE AWARENESS AND ADVOCACY
TRAINING AT SEVERAL SCALES, FROM ADJACENT ENVIRONMENTAL ISSUES (OIL FIELD) TO
MODIFIABLE BEHAVIORS OF HOUSEHOLD CHEMICAL AND COSMETICS USAGE. THROUGHOUT THE 3-YEAR
COOPERATIVE AGREEMENT, A MINIMUM OF 75 CHW/PROMOTORAS WILL BE TRAINED TO PROVIDE
ONGOING EDUCATION AND ADVOCACY TRAINING SESSIONS. IN ADDITION, CURRICULUM DEVELOPMENT
WILL INCLUDE CULTURALLY PROMISING PRACTICES, SUCH AS USING COMMUNITY HEALTH
WORKERS/PROMOTORAS FROM THE SAME CULTURAL BACKGROUND AS THE TARGET POPULATION.

2) COMMUNITY PRESENTATIONS: ONCE TRAINED, THE CHW/PROMOTORAS WILL PROVIDE HEALTH
EDUCATION AND ADVOCACY PRESENTATIONS TO FRIENDS, FAMILY, AND THE COMMUNITY. THE

CHW/PROMOTORA PRESENTATIONS WILL OCCUR IN ENGLISH OR SPANISH, DEPENDING ON THE
AUDIENCE. EDUCATIONAL MATERIALS AND KITS WILL BE DISTRIBUTED.

3) COMMUNITY DISSEMINATION CONFERENCE: THE PROGRAM WILL CONCLUDE WITH A DISSEMINATION
CONFERENCE. THE CONFERENCE WILL AIM TO DISSEMINATE EVALUATION FINDINGS AND EDUCATE THE
COMMUNITY ABOUT ADVOCACY FOR POLICY AND SYSTEM CHANGES AND PREVENTATIVE MEASURES IN
RELATION TO ENVIRONMENTAL HARMS AND TOXINS.

4) PROGRAM AND INTERVENTION EVALUATION: IRIS CANTOR-UCLA WOMEN'S HEALTH EDUCATION AND
RESEARCH CENTER (WHERC) WILL LEAD THE PROGRAM AND INTERVENTION EVALUATION, EVALUATING
THE IMPACT OF THE TRAINING AND EDUCATIONAL PROGRAMS. THE RESULTS OF THE EVALUATION WILL
BE PRESENTED IN A SCHOLARLY JOURNAL THAT UNDERGOES PEER-REVIEW. ADDITIONALLY, POLICY
BRIEFS WILL BE PRODUCED PERIODICALLY OVER THE THREE-YEAR PERIOD AS THE DATA BECOMES
AVAILABLE.

SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE
ANTICIPATED DELIVERABLES INCLUDE (1) AGENDA, MEETING SUMMARY NOTES, AND ATTENDANCE
RECORDS FROM ALL PUBLIC OUTREACH ENGAGEMENTS THAT INCLUDE BUT NOT LIMITED TO COHORT
GATHERINGS, COMMUNITY ADVISORY MEETINGS, WORKSHOPS, FOLLOW-UP PRESENTATIONS, AND
CONFERENCES; (2) AGENDA, MEETING SUMMARY NOTES, AND ATTENDANCE RECORDS FOR INTERNAL
MEETINGS; (3) COPIES OF SURVEYS MADE BOTH PRE- AND POST-TEST WITH SUMMARY NOTES AND
LIST OF AUDIENCE; (4) ALL VISUAL AIDS USED PICTURES, VIDEOS AND DIAGRAMS USED IN
PUBLIC ENGAGEMENTS; (5) FINAL VERSION OF DESIGNED CURRICULUM AND EDUCATIONAL KITS AND
ASSOCIATED MATERIALS.

THE OUTCOMES ARE CREATING COLLECTIVE ACTIONS TARGETING ELECTED OFFICIALS AND OTHER
S",UL4DJTK2S8V7,2024-05-01,2024,2024-05-23,2024-04-01,2027-03-31,2024-05-01,UNITED
STATES,CA,37,LOS ANGELES,90018,37,LOS
ANGELES,CALIFORNIA,6,39538223,10014009,752632,USA,UNITED STATES,LOS ANGELES,LOS
ANGELES,CALIFORNIA,66.306,COMMUNITY HEALTH COUNCILS INC,0,500000,28156,,6800_98T88401 -
NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,221938867,221938867,221938867,221938867,,PROJECT GRANT (B),"$500,000.00"

{82646},171584114,https://www.usaspending.gov/award/ASST_NON_00A01436_6800,00A01436,PRO
JECT GRANT (B),ASST_NON_00A01436_6800,00A01436,2024-06-27 02:38:57.390
Z,"$500,000.00",NEW HAVEN ECOLOGY PROJECT INC,"DESCRIPTION:THE COOPERATIVE AGREEMENT
PROVIDES FUNDING TO NEW HAVEN ECOLOGY PROJECT, INC. (NHEP). THE PROJECT WILL ENGAGE
COMMUNITIES AND SOLVE PROBLEMS FACING THE CITY OF NEW HAVEN WITH A FOCUS ON SIX
NEIGHBORHOODS IMPACTED BY ENVIRONMENTAL JUSTICE: WEST ROCK, WEST RIVER, NEWHALLVILLE,
DWIGHT/DIXWELL, FAIR HAVEN, AND THE HILL. THE RECIPIENT WILL DEVELOP A GREEN JOB CORPS
(GJC) CONSISTING OF OVER 100 HIGH SCHOOL STUDENTS WHO WILL BE RECRUITED FROM COMMON
GROUND HIGH SCHOOL (CGHS) AND OTHER NEW HAVEN HIGH SCHOOLS TO PARTICIPATE IN AT LEAST
200 PAID ENVIRONMENTAL JUSTICE POSITIONS AS ENVIRONMENTAL JUSTICE PROBLEM SOLVERS.
THROUGH THE GJC, STUDENTS WILL RECEIVE ENVIRONMENTAL JOB TRAINING AND LEADERSHIP
DEVELOPMENT IN HIGH-IMPACT ROLES RELATED TO COMMUNITY ENGAGEMENT, PUBLIC EDUCATION, AND
ACTION AROUND LOCAL ENVIRONMENTAL JUSTICE CHALLENGES. GJC MEMBERS WILL WORK WITH NEW
HAVEN RESIDENTS TO CONTRIBUTE DIRECTLY TO IMPROVE AIR QUALITY, DECREASE CLIMATE
IMPACTS, IMPROVE CLIMATE RESILIENCY, DECREASE ENVIRONMENTAL HEALTH IMPACTS, AND ASSIST
IN INCREASING THE CITY OF NEW HAVEN'S CAPACITY TO PROBLEM-SOLVE ENVIRONMENTAL JUSTICE
ISSUES BY LEADING COMMUNITY ENGAGEMENT EFFORTS THAT INCORPORATE ENVIRONMENTAL JUSTICE
PRIORITIES INTO CITY PLANNING.ACTIVITIES:THE ACTIVITIES INCLUDE THE DEVELOPMENT OF A
GREEN JOB CORPS (GJC), CONSISTING OF OVER 100 HIGH SCHOOL STUDENTS FROM COMMON GROUND
HIGH SCHOOL (CGHS) AND OTHER NEW HAVEN HIGH SCHOOLS TO PARTICIPATE IN AT LEAST 200 PAID
POSITIONS AS ENVIRONMENTAL JUSTICE PROBLEM SOLVERS. THE RECIPIENT WILL PROVIDE TRAINING
ON ENVIRONMENTAL JUSTICE PROBLEM-SOLVING TO GJC MEMBERS, DEVELOP WORKSHOPS ON
ENVIRONMENTAL JUSTICE PROBLEM-SOLVING AND ENVIRONMENTAL JUSTICE ISSUES FOR GJC MEMBERS,
HOLD 2 ANNUAL YOUTH PROBLEM-SOLVING SUMMITS FOR GJC MEMBERS AND YOUTH AT PARTNERSHIP
SITES, DEVELOP A GJC TOOLKIT, PROVIDE OPPORTUNITIES FOR GJC MEMBERS TO PRESENT THEIR
RESULTS AT URBAN PUBLIC SCHOOLS, AND ENGAGE NEW HAVEN COMMUNITY MEMBERS IN BUILDING
ENVIRONMENTAL JUSTICE PLANS AND COMMUNITY-BASED ENVIRONMENTAL JUSTICE PROBLEM-SOLVING.
THE RECIPIENT WILL PROVIDE OPPORTUNITIES FOR ENGAGEMENT WITH COMMUNITY MEMBERS THROUGH
THE GJC AND FACILITATE CLIMATE ADAPTATION AND RESILIENCY MEASURES INCLUDING INCREASING
THE URBAN TREE CANOPY IN NEW HAVEN, INCREASING COMMUNITY COMPOSTING EFFORTS, REDUCING
FOOD WASTE, AND SUPPORTING URBAN AGRICULTURE.SUBRECIPIENT:THE URBAN RESOURCES
INITIATIVE WILL PROVIDE TRAINING AND SUPERVISION TO 36 NEW HAVEN YOUTH AS PART OF PAID
ENVIRONMENTAL JUSTICE WORK OPPORTUNITIES; ENSURE GREEN JOB CORPS (GJC) MEMBERS
PARTICIPATE IN WORK THAT BUILDS TOWARDS ENVIRONMENTAL JUSTICE; AND ENGAGE IN SUPERVISOR
WORKSHOPS, YOUTH LEADERSHIP SUMMITS, PROJECT EVALUATION EFFORTS, AND DOCUMENTATION
ACTIVITIES. THE NEW HAVEN CLIMATE MOVEMENT WILL SUPPORT TWO PAID INTERNS IN EACH OF THE
FIVE NEW HAVEN PUBLIC SCHOOLS WHO WILL ACT AS YOUTH CLIMATE ACTION INTERNS. THESE
INTERNS WILL ENGAGE OTHER STUDENTS, TEACHERS, FAMILIES, AND RESIDENTS IN PLANNING
CLIMATE PROJECTS FOCUSED ON GREENHOUSE REDUCTION AND PUBLIC HEALTH IMPROVEMENTS;
ORGANIZE PUBLIC EDUCATION TO INCREASE SUPPORT FOR CLIMATE CHANGE ACTION; AND EVALUATE
AND REPORT ON THE IMPACT OF THESE PROJECTS. NAPPESOUL, INC. WILL PROVIDE TRAINING AND
SUPERVISION TO 9-18 NEW HAVEN YOUTH AS PART OF PAID ENVIRONMENTAL JUSTICE WORK
OPPORTUNITIES FOCUSED ON SUSTAINABLE GARDENING; ENSURE GJC MEMBERS ARE ENGAGED IN WORK
THAT BUILDS ENVIRONMENTAL JUSTICE AND ENGAGES COMMUNITY MEMBERS MOST IMPACTED BY FOOD
INSECURITY; AND ENGAGE IN SUPERVISOR WORKSHOPS, YOUTH LEADERSHIP SUMMITS, PROJECT

EVALUATION EFFORTS, AND DOCUMENTATION ACTIVITIES.

HAVEN'S HARVEST WILL PROVIDE TRAINING AND SUPERVISION TO 6-12 NEW HAVEN YOUTH AS PART
OF PAID ENVIRONMENTAL JUSTICE WORK OPPORTUNITIES; ENSURE GJC MEMBERS ARE ENGAGED IN
WORK THAT BUILDS ENVIRONMENTAL JUSTICE AND ENGAGES COMMUNITY MEMBERS MOST IMPACTED BY
FOOD INSECURITY; AND ENGAGE IN SUPERVISOR WORKSHOPS, YOUTH LEADERSHIP SUMMITS, PROJECT
EVAL",K2LJTAZ9JGK5,2024-05-02,2024,2024-05-23,2024-05-01,2026-04-30,2024-05-02,UNITED
STATES,CT,170,,6515,3,NEW HAVEN,CONNECTICUT,9,3605944,,719381,USA,UNITED STATES,NEW
HAVEN,NEW HAVEN,CONNECTICUT,66.306,NEW HAVEN ECOLOGY PROJECT
INC,0,500000,0,,6800 00A01436 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,221938625,221938625,221938625,221938625,,PROJECT GRANT (B),"$500,000.00"

{82646},171584400,https://www.usaspending.gov/award/ASST_NON_98T91201_6800,98T91201,PRO
JECT GRANT (B),ASST_NON_98T91201_6800,98T91201,2024-06-27 02:38:57.390
Z,"$500,000.00",COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT,"DESCRIPTION:THE AGREEMENT
PROVIDES FUNDING TO THE COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT (CNHA).  SPECIFICALLY,
SOLARIZE808 IS AN INITIATIVE CO-DESIGNED WITH COMMUNITY STAKEHOLDERS, PRIORITIZING LOW
AND MODERATE-INCOME (LMI), ASSET LIMITED, INCOME CONSTRAINED, EMPLOYED (ALICE)
HOUSEHOLDS, AND NATIVE HAWAIIAN FAMILIES. THE WORK WILL FOCUS ON ENERGY EFFICIENCY
EDUCATION, HOME AUDITS, BULK PURCHASING OF SOLAR PV EQUIPMENT, AND CREATIVE FINANCING
THROUGH HOLISTIC AND HANDHELD APPROACHES.

THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COST
ARE APPROVED BACK TO 04/01/2024. SEE TERMS AND CONDITIONS.ACTIVITIES:THE ACTIVITIES AIM
TO INCREASE SOLAR PENETRATION FOR LMI/ALICE COMMUNITIES, ENSURING A MORE EQUITABLE
DISTRIBUTION OF SOLAR ENERGY BENEFITS. THIS INCLUDES DELIVERING INCLUSIVE, ATTRACTIVE,
LOW-COST, AND LONG-TERM SOLAR FINANCING AND LEASING PRODUCTS TO LMI/ALICE CUSTOMERS,
EVEN THOSE WHO MAY BE CREDIT-CHALLENGED. THERE'S ALSO A FOCUS ON ACCELERATING FINANCING
FOR 'SOLAR PLUS' OFFERINGS, WHICH COULD INCLUDE SOLAR COMBINED WITH ENERGY EFFICIENCY,
SPECIFIC HVAC SOLUTIONS, BATTERY STORAGE, ELECTRIC VEHICLE CHARGERS, OR OTHER SUITABLE
CLEAN ENERGY TECHNOLOGIES. ADDITIONALLY, THE PROMOTION OF SOLAR-POSITIVE POLICIES IS
ENCOURAGED, URGING LOCAL GOVERNMENTS TO ADOPT STREAMLINED SOLAR ENERGY PERMITTING
POLICIES AND FAIR UTILITY DISTRIBUTED GENERATION POLICIES. THIS ADVANCES GREENHOUSE GAS
REDUCTION GOALS, CLEAN-ENERGY PRODUCTION, WORKFORCE DEVELOPMENT OPPORTUNITIES, AND
OTHER COMMUNITY POLICY OBJECTIVES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS
ASSISTANCE AGREEMENT.OUTCOMES:THE PROJECT ANTICIPATES SEVERAL KEY DELIVERABLES AIMED AT
PROMOTING ENERGY EFFICIENCY AND SOLAR ADOPTION. THESE INCLUDE CONDUCTING 10 COMMUNITY
ENERGY WORKSHOPS WITH STAKEHOLDERS AND 4 ENERGY EFFICIENCY WORKSHOPS. THE PROJECT WILL
ALSO DEVELOP STRATEGIES TO INCREASE PARTICIPATION AND IDENTIFY, DOCUMENT, AND TEST
SOLUTIONS TO PERCEIVED BARRIERS TO PARTICIPATION. SURVEYS WILL BE DEVELOPED PRE AND
POST PARTICIPATION TO MEASURE IMPACT. MEETINGS WITH STAKEHOLDERS WILL BE HELD TO
IDENTIFY KEY BARRIERS TO CUSTOMER ACQUISITION, WITH RECORDS OF MEETINGS HELD, NUMBER OF
SIGN-UPS, HOME AUDITS, AND SOLAR (+) SYSTEMS. ENGAGEMENTS WITH LOCAL GOVERNMENT
OFFICIALS, UTILITY REPRESENTATIVES, AND OTHER KEY ACTORS WILL BE SUMMARIZED.

THE EXPECTED OUTCOMES OF THE PROJECT ARE SIGNIFICANT. THE PROJECT AIMS TO INCREASE
ENERGY EFFICIENCY HOME AUDITS AND SOLAR (+) INSTALLATIONS BY 100. THIS IS EXPECTED TO
RESULT IN SUSTAINED LOWER ELECTRIC BILLS FOR PARTICIPANTS AND LOWER UTILITY STRESS. THE
PROJECT ALSO AIMS FOR A SUSTAINED INCREASE IN MARKET PENETRATION OF ROOFTOP SOLAR AND
REDUCED EMISSIONS OF GREENHOUSE GASES. THE PROJECT WILL WORK TOWARDS INCREASED
LEGISLATION AND FUNDING FOR LMI/ALICE HOUSEHOLDS TO ATTAIN SOLAR (+), THEREBY
INCREASING PARTICIPANT ENERGY SOVEREIGNTY.

THE INTENDED BENEFICIARIES OF THE PROJECT ARE ASSET LIMITED, INCOME CONSTRAINED,
EMPLOYED (ALICE) HOUSEHOLDS AND NATIVE HAWAIIAN FAMILIES. THESE GROUPS STAND TO BENEFIT
FROM THE INCREASED ACCESS TO SOLAR ENERGY AND THE POTENTIAL FOR LOWER ENERGY BILLS. THE
PROJECT'S FOCUS ON THESE GROUPS ENSURES THAT THE BENEFITS OF RENEWABLE ENERGY ARE
ACCESSIBLE TO THOSE WHO NEED IT MOST.",GLEMCWQJA2E1,2024-05-03,2024,2024-05-23,2024-04-
01,2027-03-31,2024-05-03,UNITED
STATES,HI,3,HONOLULU,96707,1,KAPOLEI,HAWAII,15,1455271,1016508,712947,USA,UNITED
STATES,HONOLULU,KAPOLEI,HAWAII,66.306,COUNCIL FOR NATIVE HAWAIIAN
ADVANCEMENT,0,500000,16680,,6800 98T91201 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,221938869,221938869,221938869,221938869,,PROJECT GRANT (B),"$500,000.00"

{82646},172549935,https://www.usaspending.gov/award/ASST_NON_02F50601_6800,02F50601,PRO
JECT GRANT (B),ASST_NON_02F50601_6800,02F50601,2024-05-29 02:49:59.346
Z,"$500,000.00","BLACK UNITED FUND OF TEXAS, INC.","DESCRIPTION:THIS AGREEMENT PROVIDES
FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BLACK UNITED FUND OF TEXAS.  THIS
PROJECT HAS THREE MAIN COMPONENTS THAT IT SEEKS TO ADDRESS. FIRSTLY, IT WILL ESTABLISH
A FREE SOLAR WORKFORCE DEVELOPMENT PROGRAM THAT NOT ONLY INCLUDES TRAINING FOR SOLAR
INSTALLATION, BUT ALSO, THE SOFT SKILLS AND PROFESSIONAL  DEVELOPMENT SUPPORT AT-RISK
POPULATIONS  FOR EXAMPLE, (E.G. PREVIOUSLY INCARCERATED INDIVIDUALS, NON-COLLEGE BOUND
YOUTHS, AND VETERANS.) SECONDLY, THE PROJECT WILL OFFER EDUCATIONAL OPPORTUNITIES FOR
YOUTH POPULATIONS TO FIRST DEEPEN THEIR UNDERSTANDING OF THE POLICY AND ENVIRONMENTAL
BARRIERS THAT ENVIRONMENTAL JUSTICE COMMUNITIES FACE, AND THEN LEARN ABOUT THE

RESOURCES THAT CAN BE LEVERAGED TO ADDRESS THESE ISSUES. LASTLY, THE PROJECT PLANS TO MITIGATE ISSUES OF ILLEGAL DUMPING IN THE TARGET AREA BY ACTIVATING STUDENTS WITH NEWLY ACQUIRED KNOWLEDGE TO BECOME PARTICIPANTS IN SOLUTIONS THAT WILL LEAD TO A SAFER AND HEALTHIER ENVIRONMENT FOR THE COMMUNITY.ACTIVITIES:FIRSTLY, IT WILL ESTABLISH A FREE SOLAR WORKFORCE DEVELOPMENT PROGRAM THAT NOT ONLY INCLUDES TRAINING FOR SOLAR INSTALLATION, BUT ALSO THE SOFT SKILLS AND PROFESSIONAL DEVELOPMENT SUPPORT AT-RISK POPULATIONS. SECONDLY, THE PROJECT WILL OFFER EDUCATIONAL OPPORTUNITIES FOR YOUTH POPULATIONS TO FIRST DEEPEN THEIR UNDERSTANDING OF THE POLICY AND ENVIRONMENTAL BARRIERS THAT ENVIRONMENTAL JUSTICE COMMUNITIES FACE, AND THEN LEARN ABOUT THE RESOURCES THAT CAN BE LEVERAGED TO ADDRESS THESE ISSUES. LASTLY, THE PROJECT PLANS TO MITIGATE ISSUES OF ILLEGAL DUMPING IN THE TARGET AREA BY ACTIVATING STUDENTS WITH NEWLY ACQUIRED KNOWLEDGE TO BECOME PARTICIPANTS IN SOLUTIONS THAT WILL LEAD TO A SAFER AND HEALTHIER ENVIRONMENT FOR THE COMMUNITY.

SUBRECIPIENT:THE HOUSTON HEALTH DEPARTMENT WILL ASSIST BUFTX IN THE RECRUITMENT OF STUDENTS FOR THE TRAINING PROGRAM, BY HELPING RECRUIT FROM THE COMMUNITY, THE HOUSTON HEALTH DEPARTMENT RE-ENTRY PROGRAM, THE VETERANS' PROGRAM, AND THE MY BROTHER'S KEEPER PROGRAM. MOREOVER, THE HOUSTON HEALTH DEPARTMENT CLIENT ACCESS DIVISION WILL MEET WITH ATTENDEES AT THE BAYLAN

CENTER DURING THE TRAINING TO ASSESS INDIVIDUAL NEEDS AND THEN CONNECT CLIENTS TO COVERAGE AND RESOURCES. THE HOUSTON HEALTH DEPARTMENT HAS A LONG HISTORY OF SUPPORTING 5TH WARD AND KASHMERE GARDENS COMMUNITIES AND THE PROPOSED SOLAR INSTALLATION WORKFORCE DEVELOPMENT HIGHLY ALIGNS WITH GOALS HIGHLIGHTED IN THE 2020 RESILIENT HOUSTON PLAN AND 2020 CLIMATE ACTION PLAN. BLACK UNITED FUND OF TEXAS INTENDS TO PROVIDE FUNDING TO THE HOUSTON HEALTH DEPARTMENT VIA A SUB-AWARD AMOUNT OF $120,000.' SOUTH UNION COMMUNITY

DEVELOPMENT CORPORATION (COMMUNITY BASE ORGANIZATION) IS COMMITTED TO SUPPORTING VULNERABLE TO VIBRANT BY SHARING LESSONS FROM THEIR VERY OWN SOLAR WORKFORCE TRAINING AND ENVIRONMENTAL JUSTICE PROGRAMMING. THE HOUSTON COMMUNITY COLLEGE WILL OFFER A CERTIFICATE PROGRAM TO PREPARE STUDENTS FOR JOBS IN SOLAR INSTALLATION AND HAS COMMITTED TO OFFERING THIS EXPEDITED SOLAR TRAINING PROGRAM A TOTAL OF FOUR CLASSES.

OUTCOMES:OUTCOMES ARE THE PROJECT WILL STRENGTHEN THE NEIGHBORHOOD'S ADAPTIVE CAPACITY FOR CLIMATE RESILIENCE, CREATE OPPORTUNITIES FOR INCLUSIVE ECONOMIC OPPORTUNITIES THROUGH WORKFORCE DEVELOPMENT, LOWER CRIME AND POVERTY RATES DUE TO MORE GAINFUL EMPLOYMENT IN THE COMMUNITY AND THROUGHOUT HOUSTON AS BLACK UNITED FUND OF TEXAS MOVE TOWARDS GREEN ENERGY, AND IMPROVED QUALITY OF LIFE IN THE TARGET AREA WITH COMMUNITY-LED PROGRAMMING. DELIVERABLES WILL BE TRAINED PROGRAM PARTICIPANTS IN SOLAR PANEL INSTALLATION, ADDRESSING ILLEGAL DUMPING IN WARD 5 IN HOUSTON, TEXAS. LASTLY, THE BUILDING OF HYDROPONIC CONTAINERS TO GROW VEGETABLES IN ATTENDED BENEFICIARIES ARE THE CITIZENS OF WARD 5 OF HOUSTON TEXAS.",CLFQV7S7ZLE8,2024-05-08,2024,2024-06-27,2024-05-01,2027-04-30,2024-05-08,UNITED STATES,TX,201,HARRIS,77026,18,HOUSTON,TEXAS,48,29145505,4731145,758643,USA,UNITED STATES,,,TEXAS,66.306,"BLACK UNITED FUND OF TEXAS, INC.",0,500000,19575,,6800 02F50601 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,222945873,222945873,222945873,222945873,,PROJECT GRANT (B),"$500,000.00"

{82646},171584344,https://www.usaspending.gov/award/ASST_NON_95335401_6800,95335401,PROJECT GRANT (B),ASST_NON_95335401_6800,95335401,2024-11-15 04:02:28.768 Z,"$500,000.00","YESS OF CHARLES COUNTY, INC.","DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT TO YESS! OF SOUTHERN MARYLAND.  THE RECIPIENT WILL HELP HISTORICAL RESIDENTS WHO ARE CURRENTLY HAVING DIFFICULTY WITH DRINKING WATER AND WASTEWATER ISSUES IN THE TOWN OF NANJEMOY, MARYLAND.  MAPPING AND SCOPING OF THE HOMES IN NANJEMOY WITH DRINKING WATER OR WASTEWATER ISSUES WILL TAKE PLACE, AND PUBLIC MEETINGS WILL BE HELD TO DETERMINE POSSIBLE SOLUTIONS IN THE FUTURE.ACTIVITIES:THE ACTIVITIES INCLUDE SCOPING OF THE OVERALL PROJECT, HOLDING REGULAR PLANNING AND VISIONING MEETINGS WITH THE COMMUNITY'S RESIDENTS, MAPPING THE NEIGHBORHOOD TO LOCATE THE RESIDENTS IN NEED OF HELP, AND ALSO SAMPLING IN CERTAIN AREAS.SUBRECIPIENT:THERE TWO SUB-AWARDS.  ONE IS TO THE UNIV. OF NORTH CAROLINA GILLINGS SCHOOL OF GLOBAL HEALTH TO COLLECT AND ANALYZE WATER AND SOIL SAMPLES.  THE OTHER SUB-AWARD IS TO THE COMMUNITY VISIONING ORGANIZATION WHO WILL LEAD THE COMMUNITY VISIONING EXERCISES AND MEETINGS.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE MAPPING OF ALL THE HISTORICAL HOMES WITH DRINKING WATER OR WASTEWATER ISSUES, HOLDING REGULAR PUBLIC MEETINGS, AND PROVIDING REGULAR PROGRESS REPORTS..

THE EXPECTED OUTCOMES INCLUDE PROVIDING A FRAMEWORK TO SOMEHOW ELIMINATE THE TOWN'S DRINKING WATER AND WASTEWATER ISSUES IN THE FUTURE.

THE INTENDED BENEFICIARIES INCLUDE THE CURRENT RESIDENTS OF NANJEMOY WITH DRINKING AND/OR WASTEWATER ISSUES AT THEIR HOMES.  THE TOWN DOES NOT HAVE ANY PUBLIC WATER OR WASTEWATER SYSTEM.",LBJ2KYT3J6G8,2024-05-08,2024,2024-05-23,2024-04-01,2027-03-31,2024-05-08,UNITED STATES,MD,17,CHARLES,20640,5,INDIAN HEAD,MARYLAND,24,6177224,166617,789756,USA,UNITED STATES,CHARLES,MARYLAND,MARYLAND,66.306,"YESS OF CHARLES COUNTY, INC.",0,500000,41682,,6800_95335401_-NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,221938813,221938813,221938813,221938813,42128.79,PROJECT GRANT

(B),"$457,871.21"

{82646},171584399,https://www.usaspending.gov/award/ASST_NON_98T90701_6800,98T90701,PRO
JECT GRANT (B),ASST_NON_98T90701_6800,98T90701,2024-11-15 04:02:28.768
Z,"$500,000.00",RED FEATHER DEVELOPMENT GROUP,"DESCRIPTION:THIS AGREEMENT PROVIDES
FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO RED FEATHER DEVELOPMENT GROUP. THE
RECIPIENT WILL DEVELOP PROGRAMMING TO ADDRESS THE ENVIRONMENTAL HEALTH DISPARITIES
STEMMING FROM POOR INDOOR AIR QUALITY, INCREASE CLIMATE RESILIENCE IN HOPI AND NAVAJO
TRIBAL COMMUNITIES, INCREASE THE NUMBER OF INDIGENOUS TRADE PROFESSIONALS PROVIDING
HEALTHY HEATING EXPERTISE, AND REDUCE THE ENERGY BURDEN EXPERIENCED BY TRIBAL MEMBERS
BY PROVIDING FAMILIES SAFE AND EFFICIENT HEATING OPTIONS.ACTIVITIES:THE ACTIVITIES
INCLUDE DIY HEALTHY HEATING EDUCATION WORKSHOPS, PRO WOOD STOVE INSTALLATION AND
MAINTENANCE COURSES, AND IN-HOME HEALTHY HEATING EDUCATION AND HEATING REPAIR CASE
MANAGEMENT.  SUBRECIPIENT:THE NATIONAL FIREPLACE INSTITUTE, THE CHIMNEY SAFETY
INSTITUTE OF AMERICA, AND INSTITUTE FOR TRIBAL ENVIRONMENTAL PROFESSIONALS WILL BE
TEACHING PARTNERS AND LEAD WORKSHOP TOPICS FOR THE DIY HEALTHY HEATING EDUCATION
WORKSHOPS AND PRO WOOD INSTALLATION AND MAINTENANCE COURSES. OUTCOMES:THE ANTICIPATED
DELIVERABLES INCLUDE THREE DIY HEALTHY HEATING WORKSHOPS, THREE PRO WOOD STOVE
INSTALLATION AND MAINTENANCE COURSES, 71 HEALTHY HEATING SOLUTION STIPENDS, AND 137
HEATING REPAIR CASE MANAGEMENT PROJECTS.  THE EXPECTED OUTCOMES INCLUDE INCREASED
KNOWLEDGE OF AIR QUALITY HEALTH IMPACTS, AIR QUALITY HAZARD MITIGATION STRATEGIES,
BASIC HEATING REPAIR IMPLEMENTATION, GREATER COMMUNITY AWARENESS OF HEALTHY HOME
HEATING IMPROVEMENTS, AND A GROWTH IN TRIBAL TRADE PROFESSIONALS.  THE INTENDED
BENEFICIARIES INCLUDE HOPI AND NAVAJO NATION COMMUNITY MEMBERS.


THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000.
PRE-AWARD COSTS ARE APPROVED BACK TO MAY 1, 2024.",ZZ4LGBTWS3Z8,2024-05-08,2024,2024-
05-23,2024-05-01,2027-04-30,2024-05-08,UNITED
STATES,AZ,5,COCONINO,86004,2,FLAGSTAFF,ARIZONA,4,7151502,145101,809339,USA,UNITED
STATES,NAVAJO,HOPI RESERVATION,ARIZONA,66.306,RED FEATHER DEVELOPMENT
GROUP,0,568000,28880,,6800_98T90701_-NONE-_66.306_0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,221938868,221938868,221938868,221938868,40820.51,PROJECT GRANT
(B),"$459,179.49"

{82646},171975328,https://www.usaspending.gov/award/ASST_NON_95334701_6800,95334701,PRO
JECT GRANT (B),ASST_NON_95334701_6800,95334701,2024-06-27 02:38:57.390
Z,"$500,000.00",JOHN BARTRAM ASSOCIATION,"DESCRIPTION:THIS COOPERATIVE AGREEMENT
PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO JOHN BARTRAM ASSOCIATION.
SPECIFICALLY, THE RECIPIENT WILL WORK WITH THE NEIGHBORHOOD OF SOUTHWEST PHILADELPHIA.
JOHN BARTRAM ASSOCIATION WILL CREATE A REPLICABLE MODEL ADDRESSING THREE KEY ISSUES OF
ENVIRONMENTAL AND PUBLIC HEALTH: 1) COMBATING WASTE AND POLLUTION THROUGH ADVOCACY AND
POLICY DEVELOPMENT, EDUCATION, AND TRAINING INDIVIDUALS TO END ILLEGAL DUMPING IN THE
NEIGHBORHOOD; 2) GREENING AND TREE CANOPY EXPANSION TO MITIGATE CLIMATE AND HEALTH
RISKS FROM THE URBAN HEAT ISLAND EFFECT AND TO IMPROVE AIR QUALITY; AND 3) PROMOTING
PUBLIC ENGAGEMENT THROUGH YOUTH WORKFORCE DEVELOPMENT, HOME GARDENING, NEIGHBORHOOD
CLEAN-UPS, AND OTHER COMMUNITY ACTIVITIES TO BUILD LOCAL CAPACITY FOR CONTINUED
ADVOCACY, EDUCATION, AND EMPOWERMENT.


ACTIVITIES:THE ACTIVITIES THAT WILL BE PERFORMED INCLUDE IMPLEMENTING CLIMATE
RESILIENCY PROGRAMS BY: 1) ENGAGING PARTNERS AND COMMUNITY MEMBERS TO USE EXISTING
ENVIRONMENTAL DATA TO IDENTIFY AND PRIORITIZE LOCAL CLIMATE RESILIENCE AREAS FACING
ENVIRONMENTAL JUSTICE (EJ) CONCERNS; 2) RECEIVING INPUT FROM PARTNERS IN THE PLANNING
AND DESIGN PROCESS TO CREATE FLOOD MITIGATION AND CLIMATE RESILIENCE STRATEGIES; 3)
TRAINING AND EMPLOYING MARGINALIZED MEMBERS OF EJ COMMUNITIES TO IMPLEMENT GREEN
INFRASTRUCTURE PROJECTS; 4) CLEANING UP ILLEGAL DUMPS NEAR THE SCHUYLKILL RIVER; 5)
TRACKING THE NUMBER OF NATIVE TREES, SHRUBS, AND FLOWERS PLANTED, THE ESTIMATED POUNDS
OF WASTE REMOVED FROM WATERWAYS, THE NUMBER OF VOLUNTEERS, CBO PARTNERSHIPS, ENGAGEMENT
FROM EJ COMMUNITIES, AND THE NUMBER OF PEOPLE TRAINED AND EMPLOYED TO IMPLEMENT GREEN
INFRASTRUCTURE PROJECTS; AND 6) CALCULATING THE ESTIMATED PROJECTED ENVIRONMENTAL
IMPACT, SUCH AS TECHNICAL MODELLING OF AMOUNT OF STORM WATER DIVERTED. SUBRECIPIENT:THE
ACADEMY OF NATURAL SCIENCES OF DREXEL UNIVERSITY (ANS) WILL: CO-DEVELOP EDUCATIONAL
PROGRAMMING (2-4 CLASSES/WORKSHOPS PER YEAR) FOR YOUTH WORKFORCE DEVELOPMENT
PARTICIPANTS ON CLIMATE CHANGE, URBAN RESILIENCE, AND OTHER TOPICS DEEMED USEFUL FOR
CAPACITY BUILDING AND LEADERSHIP DEVELOPMENT; LEVERAGE ANS' PUBLIC, PRIVATE, AND NGO
COLLABORATORS THROUGH THE RESILIENT COMMUNITIES STORMWATER INITIATIVE AND OTHER
PROGRAMS TO BRING ADDITIONAL ORGANIZATIONS AND RESOURCES TO BEAR ON THIS PROGRAM AS
NEEDED;

PROVIDE POLICY ANALYSIS, PROGRAM DESIGN (INCLUDING EXPERTISE IN CONSENSUS BUILDING AND
CIVILIAN CORPS, LIKE YOUTH CLIMATE CORPS), AND PROGRAM EVALUATION SUPPORT, AS NEEDED.


CLEAN WATER FUND WILL: IDENTIFY AND HOLD ONE-ON-ONE MEETINGS WITH NEIGHBORHOOD AND
BUSINESS LEADERS BASED IN SOUTHWEST PHILADELPHIA INVOLVED IN TRASH CLEAN-UPS, ENLIST
THESE LEADERS TO JOIN THE CLEAN PHILADELPHIA NOW COALITION, COLLECT PETITION SIGNATURES
FROM THEIR MEMBERS IN SUPPORT OF ENDING DUMPING IN PHILADELPHIA FOREVER, ASSEMBLE THOSE
REPRESENTATIVES TO FORM A COALITION TO SPEAK AS ONE VOICE FOR SOUTHWEST PHILLY IN
ADVOCACY EFFORTS, DEVELOP A POLICY PLATFORM TO ADVOCATE FOR LOCAL GOVERNMENT TO ADDRESS