DUMPING AND WASTE IN SOUTHWEST PHILADELPHIA.

EMPOWERED CDC WILL: PROVIDE SUPPORT FOR BLOCK-BY-BLOCK ENGAGEMENT WITH LOCAL RESIDENT HOMEOWNERS FOR ALL ASPECTS OF THE PROJECT, AND JOIN IN FACILITATION, CAPACITY-BUILDING, AND ENVIRONMENTAL REMEDIATION ACTIVITIES WITH THE GOAL OF CREATING AND PRESERVING GREEN SPACES IN THE COMMUNITY FOR GATHERING AND RESPITE

OUTCOMES:THE ANTICIPATED DELIVERABLES AND EXPECTED OUTCOMES INCLUDE QUARTERLY REPORTS, AND A REPLICABLE MODEL FOR ADDRESSING THREE KEY ISSUES OF ENVIRONMENTAL AND PUBLIC HEALTH: 1) COMBATTING WASTE AND POLLUTION THROUGH ADVOCACY AND POLICY DEVELOPMENT, EDUCATION, AND TRAINING INDIVIDUALS TO END ILLEGAL DUMPING IN THE NEIGHBORHOOD; 2) GREENING AND TREE CANOPY EXPANSION TO MITIGATE CLIMATE AND HEALTH RISKS FROM THE URBAN HEAT ISLAND EFFECT AND TO IMPROVE AIR QUALITY; AND 3) PROMOTING PUBLIC ENGAGEMENT THROUGH YOUTH WORKFORCE DEVELOPMENT, HOME GARDENING, NEIGHBORHOOD CL",NTL6FRF7XMM6,2024-05-16,2024,2024-06-06,2024-05-01,2027-04-30,2024-05-16,UNITED STATES,PA,101,PHILADELPHIA,19143,5,PHILADELPHIA,PENNSYLVANIA,42,13002700,1603797,754121,USA,UNITED STATES,PHILADELPHIA,PHILADELPHIA,PENNSYLVANIA,66.306,JOHN BARTRAM ASSOCIATION,0,500000,50000,,6800_95334701_-NONE-_66.306_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,222329792,222329792,222329792,222329792,,PROJECT GRANT (B),"$500,000.00"

{82646},171968797,https://www.usaspending.gov/award/ASST_NON_03D02824_6800,03D02824,PROJECT GRANT (B),ASST_NON_03D02824_6800,03D02824,2024-11-15 04:02:28.768Z,"$500,000.00",E3 SOLUTIONS,"DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $500,000 TO SUPPORT E3 SOLUTIONS INC. TO ADDRESS ENVIRONMENTAL AND PUBLIC HEALTH ISSUES BY ENGAGING THE COMMUNITY, GOVERNMENT PARTNERS, AND LOCAL BUSINESSES TO DEVELOP PLANS AND MAKE PROGRESS TOWARD CREATING HEALTHY HOMES. THE GOAL IS TO REDUCE EXPOSURE TO TOXIC POLLUTANTS IN HOMES THROUGH CONTINUED COLLABORATIVE ACTION AT THE LOCAL LEVEL. THE PROJECT WILL DELIVER A CURRICULUM IN CITIZEN SCIENCE EDUCATION, WHICH WILL TRAIN PEOPLE IN SELMA, DALLAS COUNTY, AND WILCOX COUNTY TO BECOME ENVIRONMENTAL CITIZEN SCIENTISTS WITH A FOCUS ON IMPROVING HEALTHY HOMES. DESCRIBE THE ACTIVITIES TO BE PERFORMED: THERE ARE 6 (SIX) KEY TASKS NEEDED TO COMPLETE THIS PROJECT WHICH INCLUDES: PROGRAMMATIC SUPPORT, OUTREACH AND COMMUNITY ENGAGEMENT, TRAINING AND CAPACITY BUILDING, HOME INSPECTIONS, REMEDIATION AND PREVENTION, AND MONITORING AND EVALUATION. DESCRIBE ANTICIPATED DELIVERABLES AND EXPECTED OUTCOMES, AND INTENDED BENEFICIARIES: THE ANTICIPATED DELIVERABLES INCLUDE: CONDUCT COMMUNITY OUTREACH, TRAIN CITIZENS IN ENVIRONMENTAL HEALTH ASSESSMENT TECHNIQUES, CONDUCT HOME INSPECTIONS, DEVELOP AND IMPLEMENT ACTION PLANS, PROVIDE RESOURCES AND GUIDANCE ON LOW-COST DIY SOLUTIONS FOR REMEDIATING HAZARDS, OFFER WORKSHOPS ON PREVENTATIVE MEASURES AND CONDUCT ONGOING MONITORING AND EVALUATION SERVICES. THE EXPECTED OUTCOMES INCLUDE 100 CITIZENS COMPLETING FUNDAMENTALS OF EJ TRAINING, 25 HIGH SCHOOL STUDENTS COMPLETING INTRODUCTORY ENVIRONMENTAL TRAINING, 50 CITIZENS COMPLETING CITIZEN HOME INSPECTORS TRAINING, 40 CITIZENS COMPLETING LEAD RENOVATION, REPAIR, AND PAINTING CLASS, 250 HOMES INSPECTED, 12 QUARTERLY MEETINGS, AND ACTION PLAN DEVELOPED AND IMPLEMENTED TO ADDRESS IDENTIFIED HAZARDS. THE INTENDED BENEFICIARIES INCLUDES; CITY, STATE, LOCAL GOVERNMENT, LOCAL PARTNERS, COMMUNITY LEADERS, AND LOCAL SCHOOLS IN AND AROUND SELMA AND NEARBY BLACK BELT COUNTIES. ACTIVITIES:.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:.",YJCEBT57JXV6,2024-05-16,2024,2024-06-06,2024-03-01,2027-09-30,2024-05-16,UNITED STATES,AL,73,JEFFERSON,35211,7,BIRMINGHAM,ALABAMA,1,5024279,674721,716213,USA,UNITED STATES,DALLAS,SELMA,ALABAMA,66.306,E3 SOLUTIONS,0,500000,50000,,6800_03D02824_-NONE-_66.306_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,222329668,222329668,222329668,222329668,14448.45,PROJECT GRANT (B),"$485,551.55"

{82646},171968798,https://www.usaspending.gov/award/ASST_NON_03D03324_6800,03D03324,PROJECT GRANT (B),ASST_NON_03D03324_6800,03D03324,2024-06-27 02:38:57.390Z,"$500,000.00",STEPS COALITION,"DESCRIPTION:THIS ACTION PROVIDES FUNDING IN THE AMOUNT OF $500,000 TO STEPS COALITION UNDER THE INFLATION REDUCTION ACT (IRA). THE PURPOSE OF THE AWARD IS FOR THE RECIPIENT TO PROVIDE PROVIDE TRAINING AND COHORT BUILDING IN COMMUNITY LEADERS IN EAST BILOXI, MS WHILE PROVIDING RESOURCES TO ENGAGE RESIDENTS IN CIVIC, LAND-USE AND OTHER CRITICAL PROCESSES. ACTIVITIES INCLUDE EXPLORING THE DEVELOPMENT OF A COMMUNITY LAND TRUST, ESTABLISHING A PARTNERSHIP WITH THE LOCAL TRANSIT AUTHORITY TO RESTORE SERVICE TO THE NEIGHBORHOOD AND TO RAISE AWARENESS OF THE SERVICES, AND BRINGING LANGUAGE JUSTICE TO MORE GOVERNMENT SERVICES. ANTICIPATED DELIVERABLES INCLUDE CONTINUED LEADERSHIP DEVELOPMENT TRAININGS AND MEETINGS, HOSTING COMMUNITY ACTION MEETINGS, IDENTIFYING AND CONDUCTING OUTREACH WITH POTENTIAL MODEL COMMUNITIES TO DETERMINE POTENTIAL TOUR LOCATIONS, OFFERING SMALL GRANT OPPORTUNITIES TO THE COHORT PARTICIPANTS FOR CAPACITY BUILDING OR PROJECT IMPLEMENTATION, AND EXPLORING AND PLANNING FOR THE DEVELOPMENT OF A COMMUNITY LAND TRUST. DIRECT BENEFICIARIES INCLUDE THE RESIDENTS OF BILOXI, MISSISSIPPI.

ACTIVITIES:-SUBRECIPIENT:THIS AGREEMENT SUPPORTS THE RECIPIENT'S PROJECT TO OFFER CAPACITY-BUILDING SMALL GRANTS TO THEIR LEADERSHIP COHORT. RESILIENT EAST BILOXI WILL OFFER SMALL GRANT OPPORTUNITIES TO THE COHORT PARTICIPANTS FOR CAPACITY BUILDING OR PROJECT IMPLEMENTATION. THE PROJECT TEAM WILL ALSO CONDUCT ONE-ON-ONE MEETINGS TO FACILITATE DEVELOPMENT OF PROJECT PROPOSALS WITH COHORT MEMBERS. AFTER PROJECTS ARE AWARDED, THE PROJECT TEAM WILL CONTINUE TO SUPPORT AWARDEES NAVIGATE BUDGET TRACKING

AND REPORTING REQUIREMENTS AND AS PROJECT CLOSE OUT THEY WILL SUPPORT THEM IN FINAL
CLOSE OUT PROCESSES. AWARDEES WILL ALSO HIGHLIGHT THEIR PROGRESS AT COMMUNITY ACTION
MEETINGS AND WRITE FINAL REPORTS TO BE SHARED ON THE RESILIENT EAST BILOXI
WEBSITE.OUTCOMES:-",JN2GLBYH11T3,2024-05-16,2024,2024-06-06,2024-04-01,2027-03-31,2024-
05-16,UNITED
STATES,MS,47,HARRISON,39503,4,GULFPORT,MISSISSIPPI,28,2961279,208621,742632,USA,UNITED
STATES,HARRISON,BILOXI,MISSISSIPPI,66.306,STEPS
COALITION,0,500000,44259,,6800 03D03324 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,222329669,222329669,222329669,222329669,,PROJECT GRANT (B),"$500,000.00"

{82646},171968710,https://www.usaspending.gov/award/ASST_NON_00A01235_6800,00A01235,PRO
JECT GRANT (B),ASST_NON_00A01235_6800,00A01235,2024-11-15 04T02:28.768
Z,"$500,000.00",UNITED CHARITABLE,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO UNITED
CHARITABLE. SPECIFICALLY, THE RECIPIENT WILL WORK WITH 11 PARTNER ORGANIZATIONS TO
DEVELOP 8 FOOD FORESTS (I.E., DIVERSE ORCHARDS THAT ARE DESIGNED TO MIMIC THE NATURAL
ECOLOGY TO MAXIMIZE THE PRODUCTION OF HEALTHY FOOD), PROVIDING BENEFITS SUCH AS
IMPROVEMENT OF PUBLIC AND ENVIRONMENTAL HEALTH, WHILE SERVING COMMUNITIES WITH HIGH
RATES OF FOOD INSECURITY. THIS PROJECT IS FOCUSED ON CREATING GREATER CLIMATE
RESILIENCY AND FOOD SECURITY FOR COMMUNITIES DISPROPORTIONATELY IMPACTED BY
ENVIRONMENTAL INJUSTICE. INFORMATION GATHERED WILL BE SHARED THROUGH A NATION-WIDE
NETWORK (I.E., GIVING GROVE) TO REPLICATE BEST PRACTICES IN DEVELOPING THRIVING
COMMUNITY FOOD FORESTS ACROSS THE U.S.ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING
WORKPLANS FOR TWO REGIONAL COMMUNITY TREE STEWARDS (CTS) AMERICORPS EACH YEAR OF THE
PROJECT PERIOD, AND TWO TOTAL COMMUNITY ORCHARD STEWARD (COSA) AMERICORPS VOLUNTEERS IN
SERVICE TO AMERICA (VISTA) SERVICE MEMBERS, AND INTEGRATING THEM INTO THEIR HOST SITES
(PROJECT PARTNERS) TO HELP CREATE EDUCATIONAL MATERIALS AND CARE FOR COMMUNITY FRUIT
TREES IN THEIR ASSIGNED LOCATION; CONDUCTING PRUNING, TREE CARE, AND PLANTING
WORKSHOPS/TRAININGS FOR EXISTING FOOD FORESTS IN THE REGION AS WELL AS IN PREPARATION
FOR NEW ONES; PLANTING NEW COMMUNITY FOOD FORESTS AT DESIGNATED PARTNER SITES;
DEVELOPING A MODEL FOR AND SUPPORTING ORCHARD CARETAKERS WITHIN PARTNER ORGANIZATIONS
TO ASSURE PROPER ONGOING CARE AND UTILIZATION OF THE FOOD FORESTS; DEMONSTRATING A
MODEL FOR COMMUNITY ORCHARD STEWARDSHIP THAT CAN BE REPLICATED NATIONWIDE, ESPECIALLY
WITH THE GRANTEES' CONNECTION TO THE GIVING GROVE'S NATIONWIDE NETWORK OF COMMUNITY
ORCHARD AFFILIATES.SUBRECIPIENT:EACH YEAR 6 PARTNERS – NIBEZUN, ALAN DAY COMMUNITY
GARDEN, PENOBSCOT NATION, WABANAKI PUBLIC HEALTH AND WELLNESS CENTER, YMCA A-L OUTDOOR
LEARNING CENTER, AND INDIAN TOWNSHIP TRIBAL GOVERNMENT - WILL RECEIVE $2,000 ($1,000 IN
THE SPRING AND $1,000 IN THE FALL) FOR ORCHARD/FOOD FOREST CARETAKER MAINTENANCE. THE
SUBRECIPIENTS WILL USE THESE FUNDS TO PERFORM THE NECESSARY UPKEEP TO THEIR
ORCHARD/FOOD FOREST TO MAXIMIZE ITS PRODUCTIVITY WHILE ALSO COMPLETING AN ORCHARD/FOOD
FOREST CHECKLIST FOR EACH CORRESPONDING SEASON, PROVIDED BY RETREEUS; A PRODUCTIVITY
AND COMMUNITY ENGAGEMENT REPORT FOR EACH CORRESPONDING SEASON, PROVIDED BY RETREEUS; A
PRODUCTIVITY REPORT FOR EACH CORRESPONDING SEASON, PROVIDED BY RETREEUS; AND REPORTING
ANY ISSUES CONFRONTING THE PROJECT TO RETREEUS STAFF THROUGHOUT THE DURATION OF THIS
AGREEMENT.

OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE DISTRIBUTION AND PLANTING OF 1,870
FRUIT AND NUT TREES FOR THE CREATION OF 8 NEW FOOD FORESTS; DIRECT EDUCATIONAL PROGRAMS
FOR 500+ INDIVIDUALS THROUGH 17 WORKSHOPS/TRAININGS; ESTABLISHING 6 REGIONAL COMMUNITY
TREE STEWARDS AND 2 COMMUNITY ORCHARD STEWARD AMERICORPS VOLUNTEERS IN SERVICE TO
AMERICA (VISTA) POSITIONS AND DOCUMENTING BEST PRACTICES AND LESSONS LEARNED THAT CAN
BE SHARED WITH AFFILIATED ORGANIZATIONS TO REPLICATE SUCCESSES BROADLY.

THE EXPECTED OUTCOMES INCLUDE AN INCREASE IN NUMBER OF COMMUNITY MEMBERS AWARE OF FRUIT
AND NUT PRODUCTION; EXPANDED ACCESS TO NATIVE FRUIT AND NUT TREES THAT CAN BE PLANTED
AT COMMUNITY MEMBERS' HOMES; INCREASE IN COMMUNITY ORCHARD STEWARDSHIP; 2,891,544 LBS.
$CO_2$ SEQUESTERED OVER ORCHARDS' LIFETIME; 584,000 LBS. OF FRUIT HARVESTED ANNUALLY;
1,674,800 LBS. $CO_2$ AVOIDED ANNUALLY VIA LOCAL FRUIT PRODUCTION; 3,734,241 GALLONS OF
STORM RUNOFF AVOIDED.

THE INTENDED BENEFICIARIES INCLUDE 9,100 COMMUNITY MEMBERS ANNUALLY PROVIDED WITH
INCREASED ACCESS TO HEALTHY FOOD IN AREAS FACING FOOD INSECURITY; SPECIFIC GEOGRAPHIC
AREAS ARE LOCATED WITHIN RURAL AREAS OF MAINE (AUBURN, PORTLAND, NORWAY, PASSADUMKEAG,
STARKS, INDIAN ISLAND, INDIAN TOWNSHIP, LEWISTON, MILLINOCKET). AS WELL AS, PROJECT
PARTNERS IN THESE AREAS WHO WILL RECEIVE FOOD FORESTS AND/OR ONGOING MAINTENANCE,
HARVE",S8ZHQ9CRZFT3,2024-05-20,2024,2024-06-06,2024-01-17,2027-01-17,2024-05-20,UNITED
STATES,VA,107,LOUDOUN,20147,10,ASHBURN,VIRGINIA,51,8631393,420959,791467,USA,UNITED
STATES,,,MAINE,66.306,UNITED CHARITABLE,0,500000,51000,,6800 00A01235 -NONE-
66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,222329581,222329581,222329581,222329581,49551.7,PROJECT GRANT
(B),"$450,448.30"

{82646},171975400,https://www.usaspending.gov/award/ASST_NON_98T89001_6800,98T89001,PRO
JECT GRANT (B),ASST_NON_98T89001_6800,98T89001,2024-11-15 04T02:28.768
Z,"$500,000.00",KAUNALEWA,"DESCRIPTION:KAUNALEWA AND ITS COMMUNITY PARTNERS PROPOSE A
COMPREHENSIVE ENVIRONMENTAL MITIGATION AND REVITALIZATION PROGRAM TO ELEVATE CAPACITY
OF EXISTING PROGRAMS AND WIDELY SUPPORTED INITIATIVES. THE PROJECT LEVERAGES AN EPA

BROWNFIELD JOB TRAINING AWARDED IN FY2022 AND PREVIOUS ENVIRONMENTAL JUSTICE
COLLABORATIVE PROBLEM-SOLVING (EJCPS) GRANT-FUNDED PROJECTS AND PROGRAMMING. THIS BROAD
INITIATIVE WILL INCLUDE COMMUNITY-ORIENTED AND COLLABORATIVE INCLUSION, LEADING TO
GREATER PARTICIPATION OF NATIVE HAWAIIAN FAMILIES ACROSS THE PROJECT. CORE PROPOSED
ACTIVITIES INCLUDE SOLID WASTE MITIGATION ALONG AQUATIC PASSAGEWAYS, COMMUNITY
REMEDIATION PROGRAMS TO REDUCE HARMFUL ENVIRONMENTAL ACTIVITIES (E.G., ILLEGAL
DUMPING), GREEN INFRASTRUCTURE STRATEGIES TO IMPROVE WATER AND SOIL QUALITY. THIS
COMPREHENSIVE ENVIRONMENTAL JUSTICE PROGRAM WILL FURTHER ADVANCE LOCAL ECONOMIC
DEVELOPMENT, HEAVILY DEPENDENT ON AGRICULTURAL OUTPUT AND, BY EXTENSION, ENVIRONMENTAL
STEWARDSHIP.

THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000.
PREAWARD COSTS ARE APPROVED BACK TO MAY 1, 2024.

ACTIVITIES:THE ACTIVITIES INCLUDE: INSTALLATION OF WATER FILTRATION SYSTEMS IN PUBLIC
SPACES AND SCHOOLS IMPACTED BY CONTAMINATION; ESTABLISHING A REPOSITORY OF NATIVE
PLANTS AND TREES FOR DISTRIBUTION TO COMMUNITY MEMBERS; DISPOSAL OF NUISANCE VEHICLES
AND ABANDONED INDUSTRIAL WASTE;  ADULT ENVIRONMENTAL JOB TRAINING AND YOUTH
CONSERVATION EDUCATION, AND GREEN REMEDIATION OF SPACES IN THE
COMMUNITY.SUBRECIPIENT:KEKAHA HAWAIIAN HOMESTEAD ASSOCIATION STAFF PROVIDE
ENVIRONMENTAL EDUCATIONAL OPPORTUNITIES TO HAWAIIAN BENEFICIARIES IN THEIR NATIVE
HAWAIIAN LANGUAGE. AS WELL AS INSTALLING NATIVE PLANTS AND TREES ALONG AQUATIC
PASSAGEWAYS ON HOMESTEAD LANDS.

WEST KAUAI UNITED METHODIST CHURCH WILL SUPPORT CLEAN WATER AWARENESS TO ELDERLY KEKAHA
SUGAR PLANTATION WORKERS AND PARENTS OF YOUNG CHILDREN. THE CHURCH WILL ALSO PROVIDE
VOLUNTEERS FOR DISTRIBUTING AND INSTALLING NATIVE TREES AND PLANTS. KAUNALEWA PLANS TO
MAINTAIN AND SUSTAIN THESE RELATIONSHIPS INTO THE FUTURE AND WILL LEVERAGE THE
PARTNERSHIP ADVANCED THROUGH THIS PARTNERSHIP TOWARDS CURRENT AND FUTURE ENVIRONMENTAL,
ECONOMIC, AND SOCIAL JUSTICE PROJECTS.

SURFRIDER FOUNDATION WILL ASSIST WITH ORGANIZED BEACH CLEANUPS AND THE HARMFUL IMPACTS
OF ILLEGAL DUMPING EDUCATION.

EARTHJUSTICE WILL USE ITS ENVIRONMENTAL EXPERTISE TO ASSESS EXISTING WATER AND
CONSERVATION MANAGEMENT PLANS THAT WILL HELP INFORM THE PUBLIC ON THE DEPTH OF THE
ISSUE AND HOW PEOPLE CAN ADVOCATE FOR CLEANER WATER POLICIES.  OUTCOMES:KAUNALEWA AND
ITS PARTNERS SEEK TO IMPROVE WATER QUALITY AND PUBLIC ACCESS TO CLEAN WATER AND
AGRICULTURAL PURPOSES IN THE MANA AHUPUAA. THIS PROJECT WILL PRINCIPALLY SERVE THE
RESIDENTS OF MANA AHUPUAA, WHO HAVE BEEN HISTORICALLY MARGINALIZED AND EXPOSED TO
GENERATIONAL TOXIC MANUFACTURING AND CONTAMINANTS FROM ILLEGAL DUMPING. KAUNALEWA WILL
BRING A VOICE, DIGNITY, SAFETY, AND AGENCY TO MANA AHUPUAA'S PEOPLE ACROSS THREE
COMMUNITY EMPOWERMENT THEMES.

KAUNALEWA WILL PROVIDE IMMEDIATE RELIEF TO THE COMMUNITY THROUGH A COMPREHENSIVE
ENVIRONMENTAL REVITALIZATION PROJECT. IT WILL EDUCATE THE LOCAL POPULATION BY RAISING
AWARENESS ABOUT LOCAL TOXIC CONDITIONS AND THEIR POTENTIAL IMPACT ON HEALTH. LASTLY,
KAUNALEWA WILL LEAD AND ALSO EMPOWER THE LOCAL NATIVE HAWAIIAN COMMUNITY TO ADVOCATE
FOR CLEAN WATER THROUGH PARTICIPATION IN LEGISLATIVE DECISION-
MAKING.",WYNSKNG58JF5,2024-05-21,2024,2024-06-06,2024-05-01,2027-04-30,2024-05-
21,UNITED STATES,HI,7,KAUAI,96752,2,KEKAHA,HAWAII,15,1455271,73298,728606,USA,UNITED
STATES,KAUAI,,HAWAII,66.306,KAUNALEWA,0,500000,38081,,6800_98T89001_-NONE-
_66.306_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,222329862,222329862,222329862,222329862,40156.91,PROJECT GRANT
(B),"$459,843.09"

{82646},171968718,https://www.usaspending.gov/award/ASST_NON_00A01502_6800,00A01502,PRO
JECT GRANT (B),ASST_NON_00A01502_6800,00A01502,2024-11-15 04T02:28.768
Z,"$500,000.00","HITCHCOCK CENTER FOR THE ENVIRONMENT, INC.","DESCRIPTION:THE AGREEMENT
PROVIDES FUNDING TO THE HITCHCOCK CENTER FOR THE ENVIRONMENT. SPECIFICALLY, THE
RECIPIENT WILL EXPAND COMMUNITY-BASED AIR MONITORING IN THE CONNECTICUT RIVER VALLEY
COMMUNITY, AND PROVIDE TRAINING AND EDUCATION RELATED TO AIR QUALITY AND EXTREME HEAT.
TO ACHIEVE THIS GOAL, THE HITCHCOCK CENTER FOR THE ENVIRONMENT WILL EXPAND ON THE
EXISTING NETWORK OF AIR MONITORS IN THE REGION BY ADDING 10 NEW AIR SENSORS. THE
HITCHCOCK CENTER FOR THE ENVIRONMENT WILL WORK WITH THE YALE RESEARCH TEAM TO MAINTAIN
THE AIR MONITOR NETWORK AND TO SHARE AIR QUALITY INFORMATION ON A PUBLICLY AVAILABLE
WEBSITE. THE HITCHCOCK CENTER FOR THE ENVIRONMENT WILL ALSO WORK WITH THE PUBLIC HEALTH
INSTITUTE OF WESTERN MASSACHUSETTS (PHIWM) TO RECRUIT, TRAIN, AND CONVENE A TEAM OF 10
RESIDENT ADVISORS TO MONITOR AND MAINTAIN THE AIR SENSOR NETWORK. ADDITIONALLY, THE
HITCHCOCK CENTER FOR THE ENVIRONMENT WILL TRAIN AND EDUCATE YOUTH LEADERS, SHARE
NUMEROUS MULTIMEDIA EDUCATIONAL RESOURCES, AND EMPOWER RESIDENTS TO IMPROVE AIR
QUALITY,ADDRESS EXTREME HEAT, AND IMPROVE CLIMATE RESILIENCE.ACTIVITIES:THE ACTIVITIES
INCLUDE PROVIDING CAPACITY BUILDING BY RECRUITING, TRAINING, AND CONVENING RESIDENT
ADVISORS AND YOUTH LEADERS IN TRANSFORMATIONAL LEADERSHIP RELATED TO AIR QUALITY AND
CLIMATE RESILIENCE ADVOCACY. THE PROJECT WILL ALSO MAINTAIN AND EXPAND AN EXISTING

NETWORK OF LOCAL AIR SENSORS. THE NETWORK WILL BE EXPANDED THROUGH THE ADDITION OF 10 NEW AIR SENSORS AND THE INCORPORATION OF EXTREME HEAT DATA. THIS INFORMATION WILL BE SHARED ON A PUBLICLY AVAILABLE WEBSITE WHICH WILL BE AVAILABLE IN SPANISH. THIS PROJECT WILL ALSO EDUCATE LOCAL RESIDENTS AND STUDENTS THROUGH PRESENTATIONS AND PARTNERSHIPS WITH COMMUNITY-BASED ORGANIZATIONS, CITY DEPARTMENTS, LIBRARIES AND SCHOOLS. THIS PROJECT WILL ALSO WORK WITH LOCAL RESIDENTS TO DEVELOP AND IMPLEMENT ACTION STEPS BASED IN AVOIDING AND/OR ADDRESSING POOR AIR QUALITY AND EXTREME HEAT. THE HITCHCOCK CENTER FOR THE ENVIRONMENT WILL ALSO WORK WITH PARTNERS TO PARTICIPATE IN STATE AND REGIONAL LEARNING COMMUNITIES TO SHARE LESSONS LEARNED, MEASURABLE RESULTS, BEST PRACTICES AND STRATEGIES WITH OTHER STATEWIDE/ REGIONAL ENVIRONMENTAL JUSTICE COMMUNITIES.SUBRECIPIENT:THIS ASSISTANCE AGREEMENTS INCLUDES TWO SUBAWARD RECIPIENTS: YALE UNIVERSITY SCHOOL OF PUBLIC HEALTH AND THE PUBLIC HEALTH INSTITUTE OF WESTERN MASSACHUSETTS (PHIWM). THE YALE SCHOOL OF PUBLIC HEALTH WILL MAINTAIN A DATABASE OF CALIBRATED AND CLEANED DATA FROM ALL LOW-COST AIR SENSORS INCLUDED IN THE HEALTHY AIR NETWORK OVER THE THREE-YEAR PROJECT AND MAINTAIN A PUBLIC WEBSITE TO SHARE AIR QUALITY AND EXTREME HEAT DATA. YALE SCHOOL OF PUBLIC HEALTH WILL ALSO PARTICIPATE IN MONTHLY MEETINGS (MARCH 2024 THROUGH FEBRUARY 2027) OF PROJECT PARTNERS AND PROVIDE SEMI-ANNUAL FINANCIAL AND PROGRESS REPORTS. THE PUBLIC HEALTH INSTITUTE OF WESTERN MASSACHUSETTS (PHIWM) WILL CONVENE MONTHLY MEETINGS (MARCH 2024 THROUGH FEBRUARY 2027) OF PROJECT PARTNERS AND THE RESIDENT ADVISORS AND RECRUIT, TRAIN AND MANAGE THE STIPENDS FOR THE 8 HEALTHY AIR NETWORK RESIDENT ADVISORS. PHIWM WILL ALSO PROVIDE EDUCATIONAL RESOURCES FOR COMMUNITY MEMBERS ON AIR QUALITY DATA, HEALTH IMPACTS, CLIMATE RESILIENCE, AND/OR URBAN FORESTRY AND SUPPORT MAINTENANCE OF THE HEALTHY AIR NETWORK WEBSITE. ACTIVITIES WILL ALSO INCLUDE PROVIDING SEMI-ANNUAL FINANCIAL AND PROGRESS REPORTS, CONDUCTING OUTREACH TO OUR LIVE WELL SPRINGFIELD AND PIONEER VALLEY ASTHMA COALITION MEMBERS AND OTHER NETWORKS TO SUPPORT THE WORK TO INCREASE RESIDENT AND MUNICIPAL ENGAGEMENT. PHIWM WILL ALSO PUBLICIZE PROJECT ACTIVITIES THROUGH SOCIAL MEDIA NETWORKS AND ORGANIZE OUTREACH TO RESIDENTS OF THE ENVIRONMENTAL JUSTICE NEIGHBORHOODS IN THE REGION.

OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE COORDINATING 10-12 MONTHLY PLANNING MEETINGS WITH THE CORE TEAM PARTNERS, RECRUIT AND TRAIN 8 RESIDENT ADVISORS ABD 4 YOUTH ADVISORS, AND PLACE AND MONITOR 10 ADDITIONAL AIR QUALITY MONITORS. THE PROJECT WILL A",JZN1YESH54G9,2024-05-23,2024,2024-06-06,2024-02-01,2027-01-31,2024-05-23,UNITED STATES,MA,15,HAMPSHIRE,1002,2,AMHERST,MASSACHUSETTS,25,7029917,162308,781228,USA,UNITED STATES,HAMPDEN,,MASSACHUSETTS,66.306,"HITCHCOCK CENTER FOR THE ENVIRONMENT, INC.",0,500000,23134,,6800 00A01502 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,222329589,222329589,222329589,222329589,29723.37,PROJECT GRANT (B),"$470,276.63"

{82646},171975399,https://www.usaspending.gov/award/ASST_NON_98T88801_6800,98T88801,PRO JECT GRANT (B),ASST_NON_98T88801_6800,98T88801,2024-11-15 04:02:28.768 Z,"$500,000.00","GRADES OF GREEN, INC.","DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO GRADES OF GREEN. THE RECIPIENT WILL ADDRESS ENVIRONMENTAL JUSTICE AND HEALTH ISSUES THE INGLEWOOD COMMUNITY FACES THROUGH SCHOOL FOCUSED ACTION BY COLLABORATION WITH THE INGLEWOOD UNIFIED SCHOOL DISTRICT (IUSD) AND COMMUNITY PARTNERS. THE PROJECT WILL SUPPORT AND CATALYZE IUSD'S COMPLIANCE WITH LOCAL ENVIRONMENTAL ORDINANCES (SENATE BILL 1383), SUPPORT COMMUNITY GOALS AS IDENTIFIED BY IUSD'S FACILITIES MASTER PLAN AND THE CITY OF INGLEWOOD'S ENVIRONMENTAL JUSTICE (EJ) ELEMENT PUBLICATION AND MOBILIZE GENERATIONS OF LEADERS THROUGH DISTRICT-WIDE PLANNING WHICH ENGAGES THE IUSD IN STUDENT-LED IMPLEMENTATION OF EXPERIENTIAL LEARNING, ENVIRONMENTAL EDUCATION PROGRAMS. CALIFORNIA'S SB1383 REQUIRES THAT ALL LOCAL EDUCATION AGENCIES DIVERT 75% OF ORGANIC MATERIALS FROM LANDFILL WASTE STREAMS AND REDIRECT 20% OF EDIBLE MATERIALS TO FOOD DONATION ORGANIZATIONS AND SCHOOL SHARE TABLES. THIS MANDATE ALSO REQUIRE LOCAL EDUCATION AGENCIES TO PROVIDE ORGANIC DIVERSION/RECOVERY EDUCATION TO ALL STAKEHOLDERS. JURISDICTIONS WILL FINE LOCAL EDUCATION AGENCIES FOR NONCOMPLIANCE, EVEN THOUGH SB 1383 AND THE AUTHORING BODY DOES NOT PROVIDE PROPER FUNDING, PROGRAMS, OR ASSISTANCE IN IMPLEMENTATION. THIS PROJECT WILL PROVIDE ENVIRONMENTAL EDUCATION, TRAINING AND PROGRAMS, ADDRESS ACCESSIBILITY, DEVELOP IMPLEMENTATION SYSTEMS FOR WASTE DIVERSION AND ESTABLISH FOOD RECOVERY/DONATION OF EDIBLE FOOD AT IUSD.


THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000.


PRE-AWARD COSTS ARE APPROVED BACK TO JANUARY 1, 2024.ACTIVITIES:

THE ACTIVITIES INCLUDE: RESEARCH INTO INGLEWOOD UNIFIED SCHOOL DISTRICT, IDENTIFICATION OF PARTNERS (NONPROFIT, FOR PROFIT, GOVERNMENT, CIVIC, SCHOOLS), MEETING WITH CITY AND SCHOOL STAKEHOLDERS, SCHOOL DISTRICT GRADES OF GREEN PROGRAMS PRESENTATION (INTRODUCING PROGRAMS TO DISTRICT), DISTRICT CONSULTATION (GOALS IDENTIFICATION), ECO ASSESSMENTS (BASELINE OF CURRENT PROGRAMS), ORGANICS ASSESSMENTS (BASELINE OF CURRENT PROGRAMS), STRATEGIZING WITH DISTRICT ON IMPLEMENTATION PLAN, SCHOOL SITE VISITS, BASELINE SURVEY OF PROGRAM PARTICIPANTS, SCHOOL SURVEY OF CAPACITY (LOCATION AVAILABILITY, STAFF, RESOURCES), PROGRAM DEVELOPMENT AND CUSTOMIZATION, STUDENTS CONDUCT COMMUNITY OUTREACH TO IUSD SCHOOLS AND LARGER INGLEWOOD COMMUNITY; TEACHER, CUSTODIAL, AND GARDENS OF GREEN (GOG) STAFF TRAININGS, PROGRAM AND EDUCATIONAL IMPLEMENTATION, GREEN SPACE AND WASTE DIVERSION IMPLEMENTATION, PROGRAM SUSTAINABILITY PLAN, IMPACTS/METRICS REPORTING, COMMUNITY SURVEYING ON THE IMPACT OF IMPLEMENTATION, EVALUATION AND IMPROVEMENT OF

PROGRAMS, BEST PRACTICE DEVELOPMENT, ADMINISTRATION OF AND MEETINGS TO DISCUSS/DEBRIEF BEST PRACTICES, PROVIDE STIPENDS AND ECO GRANTS TO RELEVANT STAKEHOLDERS, ENRICH GATE AND ELOP PROGRAMS. SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:DELIVERABLES INCLUDE IMPLEMENTING GRADES OF GREEN PROGRAMS ACROSS 16 SCHOOLS, RECRUITING 16 STUDENT AND STAFF LEADERS, TRAINING 100% OF TEACHERS, TRAINING 100% OF CUSTODIAL STAFF, PROVIDING STIPENDS TO EDUCATORS, ASSES 16 IUSD SCHOOLS WITH ECO AND ORGANICS ASSESSMENTS, SURVEY 100% OF PARTICIPANTS IN GOG PROGRAMS PRIOR TO IMPLEMENTATION, SURVEY 100% OF PARTICIPANTS AFTER GOG IMPLEMENTATION, HOLD 2 TEACHER TRAININGS ANNUALLY FOR EDUCATORS AT IUSD IN PERSON, ONLINE, AND VIA VIDEO RECORDING, HOLD 2 CUSTODIAL TRAININGS ANNUALLY FOR EDUCATORS AT IUSD IN PERSON AND ONLINE, HOLD 1 PROGRAM LAUNCH MEETING AND 1 PROGRAM DEBRIEF MEETING EACH PROGRAM PERIOD, CONDUCT 12 CHECK-IN MEETINGS ANNUALLY WITH CAMPUS STAKEHOLDERS (ONE PER MONTH), CREATE 16 GREEN TEAMS ACROSS IUSD, BUILD 16 GREEN SPACES AT IUSD, EACH GREEN TEAM REACHES 1,000 COMMUNITY MEMBERS, ADMINISTER 2 MEDIA LEARNINGS, MATERIALS, OR OUTREACH MEETINGS ANNUALLY, REDUCE SOURCE POLLUTION OF TRASH BAGS USED AT IUSD BY AT LEAST 50%.

OUTCOMES INCLUDE A CHANGE IN ENVIR",KU2RDGFMNW41,2024-05-23,2024,2024-06-06,2024-01-01,2026-12-31,2024-05-23,UNITED STATES,CA,37,LOS ANGELES,90245,36,EL SEGUNDO,CALIFORNIA,6,39538223,10014009,722961,USA,UNITED STATES,LOS ANGELES,INGLEWOOD,CALIFORNIA,66.306,"GRADES OF GREEN, INC.",0,500000,28545,,6800_98T88801 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,222329861,222329861,222329861,222329861,169034.46,PROJECT GRANT (B),"$330,965.54"

{82646},171975401,https://www.usaspending.gov/award/ASST_NON_98T89801_6800,98T89801,PROJECT GRANT (B),ASST_NON_98T89801_6800,98T89801,2024-11-15 04T02:28.768 Z,"$500,000.00","AMISTADES, INC","DESCRIPTION:AMISTADES, INC AND THEIR SUBAWARDEES WILL ADDRESS THE CRITICALLY INCREASING HEAT SEVERITY AND ITS IMPACT IN DISPROPORTIONATELY AFFECTED LATINO-DOMINANT COMMUNITIES WHERE SOCIOECONOMIC AND CULTURAL BARRIERS AND HISTORICAL TRAUMA FROM BARRIO/NEIGHBORHOOD ERADICATION PROMOTE SYSTEM MISTRUST AND SUSTAINED DISPARITY IN THE TUCSON, ARIZONA. THEIR EFFORTS WILL JUMPSTART THE CITY OF TUCSON 2022 TUCSON RESILIENT TOGETHER CLIMATE AND ADAPTATION PLAN GOALS BY BUILDING HEAT SEVERITY RESILIENCE IN AND NEARBY THE TUCSON'S 85706 ZIP CODES WHICH CURRENTLY HAS SIX LATINO NEIGHBORHOODS WITH EXCESSIVE HEAT INDEX AND LOW SHADE TREE EQUITY. PROJECT ACTIVITIES WILL FOCUS ON CULTURALLY SPECIFIC COMMUNITY OUTREACH AND ENGAGEMENT AND PARTNERSHIP DEVELOPMENT; CLIMATE RESILIENCY EDUCATION AND PLANNING USING THE ENVIRONMENTAL JUSTICE PROBLEM SOLVING (EJCPS) MODEL; AND YOUTH AND ADULT ADVOCACY AND MOBILIZATION TRAINING AS ADVOCATES IN REGIONAL ENVIRONMENTAL JUSTICE ADVISORY GROUPS AND COMMITTEES. SPECIFIC PROJECT OBJECTIVES WILL BE TO 1) ENGAGE AND INFORM LATINO RESIDENTS ABOUT CLIMATE RESILIENCY; 2) BUILD CAPACITY TO RESPOND TO EXTREME HEAT EVENTS AND ADVOCATE FOR ENVIRONMENTAL JUSTICE ISSUES SPECIFIC TO THEIR NEIGHBORHOODS, AND 3) CREATE ACCESS TO RESOURCES AND ADAPTIVE STRATEGIES THAT HELP THEM STAY SAFE, COOL, AND BRING TEMPERATURES DOWN. PROJECT EFFORTS WILL RESULT IN A MASTER CLIMATE RESILIENCY PLAN THAT INCLUDE THE CONCEPTUAL DESIGN OF TWO CULTURALLY CENTERED CLIMATE RESILIENCE HUBS THAT WILL PROVIDE SAFE SPACES FOR RESIDENTS TO COOL DOWN, BUILD CONNECTIONS, AND ACCESS RESOURCES; DEVELOPMENT OF A CLIMATE CRISIS COMMUNICATION AND RESPONSE PLAN, DEVELOPMENT OF A 15- MEMBER YOUTH CLIMATE COALITION IMPLEMENTING COMMUNITY CLIMATE RESILIENCE ACTIVITIES; COMMUNITY TOOLKIT, AND MOBILIZATION OF 10 TRAINED LATINO CLIMATE ADVOCATES ENGAGING IN REGIONAL ACTION. FORMATIVE EVALUATION BY AMISTADES, INC. WILL MEASURE THE IMPACT OF ACTIVITIES FOR CONTINUOUS IMPROVEMENT. THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000.ACTIVITIES:THE GRANTEE WILL AWARD AND MANAGE SUBAWARDS; CREATE A COMMUNICATION STRATEGY; SCHEDULE/DESIGN/IMPLEMENT SESSIONS WITH KEY AUDIENCES (MEETINGS, INFORMATION SESSIONS, MOBILIZATION ACTIVITIES/EVENTS, ETC); DEVELOP AND RECRUIT A DIVERSE GROUP FOR A COMMUNITY OF PRACTICE (YOUTH COALITION AND CLIMATE ADVOCATES); MEASURE SUCCESS OF WORK; DEVELOP/DISTRIBUTE FACTSHEETS; DEVELOP A MASTER CLIMATE RESILIENCY PLAN WHICH INCLUDES A CLIMATE CRISIS COMMUNICATION AND RESPONSE PLAN AS WELL AS WILL HELP DETERMINE NEEDS TO IMPLEMENT/DESIGN AND IDENTIFY TWO RESILIENCE HUBS; AND DESIGN/PUBLISH A COMMUNITY TOOLKIT.

SUBRECIPIENT:SUBAWARDS WILL SUPPORT ACTIVITIES SUCH AS:

1)     COORDINATE WITH AMISTADES TEAMS IN COORDINATION MEETINGS;

2)     SUPPORT PROJECT PLANNING AND IMPLEMENTATION;

3)     DEVELOP AND RUN ENGAGING ENVIRONMENTAL EDUCATION PROGRAMS FOR FAMILIES AND YOUTH;

4)     OFFER WORKSHOPS, EVENTS, AND HANDS-ON ENVIRONMENTAL EDUCATION;

5)     CREATE EDUCATIONAL MATERIALS AND RESOURCES;

6)     PARTNER WITH SCHOOLS AND COMMUNITY ORGANIZATIONS;

7)     EVALUATE PROGRAM IMPACT AND REFINE APPROACHES;

8)     PROVIDE TRAINING FOR EDUCATORS AND VOLUNTEERS; AND

9)     CO-LEAD ENVIRONMENTAL STEWARDSHIP AND VOLUNTEER ACTIVITIES TOWARD ENVIRONMENTAL ACTION.OUTCOMES:1.  30- 36 MONTHLY PROJECT MEETINGS WITH SUBAWARDEES. OUTCOME: KEY

SUBAWARD PARTNER AND NETWORKING ALLY INVESTMENT INTO A CULTURALLY ADAPTED AND
RESPONSIVE CLIMATE RESILIENCY PLAN;

2.  COMMUNICATIONS PLAN. OUTCOME: RATHER THAN EMBRACING TRADITIONAL MAINSTREAM
COMMUNICATION STRATEGIES ASSOCIATED WITH GENERIC OUTREACH INITIATIVES, AMISTADES INC.
WILL UTILIZE AN OUTREACH AND COMMUNICATION CAMPAIGN ROOTED IN RAZALOGIA UTILIZING
CAFECITOS AS THE COMMUNICATION STRATEGY. THE PLAN THEN IS TO USE THESE STRATEGIES TO
GAGE AND ENGAGE PARTICIPANTS TO THIS GRANT (I.E. THE COMMUNITY) AND LEARN FROM AND
PRESENT THEIR STORY AT FINAL REPORT. FINALLY, THESE STRATEGIES WILL BE USED TO YIELD AN
ADAPTED, GRASSRO",HE5BNNCEYH85,2024-05-24,2024,2024-06-06,2024-05-01,2027-04-30,2024-
05-24,UNITED
STATES,AZ,19,PIMA,85701,7,TUCSON,ARIZONA,4,7151502,1043433,793370,USA,UNITED
STATES,PIMA,TUCSON,ARIZONA,66.306,"AMISTADES,  INC",0,500000,55179,,6800_98T89801 -NONE-
_66.306_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,222329863,222329863,222329863,222329863,40989.13,PROJECT GRANT
(B),"$459,010.87"

{82646},171975398,https://www.usaspending.gov/award/ASST_NON_98T88201_6800,98T88201,PRO
JECT GRANT (B),ASST_NON_98T88201_6800,98T88201,2024-06-27 02:38:57.390
Z,"$500,000.00",CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK,"DESCRIPTION:THE
PURPOSE OF THIS COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING UNDER THE INFLATION
REDUCTION ACT (IRA) TO CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK (CCEJN). THE
RECIPIENT WILL BUILD UPON AND EXPAND EXISTING PROGRAMS AND RELATIONSHIPS WITH
RESIDENTS, RESEARCHERS, AND REGULATORS TO CREATE CAMPAIGNS CAPABLE OF PRODUCING
MEANINGFUL ENVIRONMENTAL AND PUBLIC HEALTH RESULTS. THEY WILL ACCOMPLISH THIS USING TWO
APPROACHES: 1) COMMUNITY-LED AND-INFORMED AIR MONITORING CAMPAIGNS THAT ARE SUPPORTED
BY TECHNICAL EXPERTS; 2) FACILITATION OF THE MEANINGFUL INVOLVEMENT OF RESIDENT LEADERS
FROM RURAL, DISADVANTAGED COMMUNITIES IN PUBLIC PROCESSES THAT IMPACT THEIR HEALTH.

THIS COOPERATIVE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000.00.

PRE-AWARD COSTS ARE APPROVED BACK TO APRIL 1, 2024.

ACTIVITIES:THE ACTIVITIES INCLUDE 1) COMMUNITY-LED AND-INFORMED AIR MONITORING
CAMPAIGNS THAT ARE SUPPORTED BY TECHNICAL EXPERTS; AND 2) FACILITATION OF THE
MEANINGFUL INVOLVEMENT OF RESIDENT LEADERS FROM RURAL, DISADVANTAGED COMMUNITIES IN
PUBLIC PROCESSES THAT IMPACT THEIR HEALTH.

(1) COMMUNITY-LED AND-INFORMED AIR MONITORING CAMPAIGNS THAT ARE SUPPORTED BY TECHNICAL
EXPERTS: THE COMMUNITY AIR MONITORING CAMPAIGNS HAVE THREE COMPONENTS: WE WILL WORK
WITH COLORADO STATE UNIVERSITY TO BUILD LOCAL CAPACITY TO MAINTAIN A COMMUNITY-RUN
PARTICULATE MATTER (PM) AND OZONE MONITORING NETWORK IN RURAL AREAS THAT LACK
REGULATORY MONITORS; WE WILL WORK WITH THE PUBLIC HEALTH INSTITUTE TO UTILIZE METHANE-
SENSING EQUIPMENT TO IDENTIFY AND REPORT FUGITIVE EMISSIONS FROM OIL AND GAS
INFRASTRUCTURE IN FENCE LINE COMMUNITIES; AND WE WILL WORK WITH PSE HEALTHY ENERGY TO
CREATE AND IMPLEMENT A COMMUNITY-INFORMED VOLATILE ORGANIC COMPOUND (VOC) BUCKET
SAMPLING CAMPAIGN TO INVESTIGATE AND RESPOND TO COMMUNITY CONCERNS.

(2) FACILITATION OF THE MEANINGFUL INVOLVEMENT OF RESIDENT LEADERS FROM RURAL,
DISADVANTAGED COMMUNITIES IN PUBLIC PROCESSES THAT IMPACT THEIR HEALTH: WE WILL PARTNER
WITH GRASSROOTS GROUPS AND RESIDENT LEADERS FROM SMALL, DISADVANTAGED COMMUNITIES IN
THE REGION TO CREATE A RURAL COMMUNITIES ENVIRONMENTAL JUSTICE ADVISORY COMMITTEE. THIS
COMMITTEE WILL LEARN ABOUT -AND BUILD THEIR CAPACITY TO ENGAGE IN-PUBLIC PROCESSES
RELATED TO AIR QUALITY AND CLIMATE CHANGE POLICY. THE COMMITTEE MEMBERS WILL ALSO
IDENTIFY SHARED PROBLEMS, COME TO A CONSENSUS ON A SHARED VISION, ENVISION POSSIBLE
SOLUTIONS, AND COLLECTIVELY SET TARGETS TO ACCOMPLISH GOALS. A TECHNICAL ADVISORY
COMMITTEE (TAC) COMPOSED OF ACADEMICS AND REGULATORS WILL SUPPORT THIS RESIDENT GROUP
AND WORK COLLECTIVELY TO INVESTIGATE AND DEVELOP SOLUTIONS TO THE RESIDENTS' KEY
ENVIRONMENTAL AND PUBLIC HEALTH CONCERNS.

SUBRECIPIENT:THIS IS ASSISTANCE AGREEMENT INCLUDES SUBAWARDS FOR COLORADO STATE
UNIVERSITY AND PSE HEALTH ENERGY.

COLORADO STATE UNIVERSITY (CSU) WILL BUILD THE CAPACITY OF CCEJN STAFF TO OPERATE AND
MAINTAIN A COMMUNITY OZONE AND PM SENSOR NETWORK. CSU WILL PROVIDE TECHNICAL SUPPORT
AND CAPACITY-BUILDING TRAINING TO CCEJN TO INSTILL LONG-TERM SUSTAINABILITY AND LOCAL
CONTROL OF THE NETWORK. SPECIFICALLY, THE FUNDING WILL SUPPORT TRAVEL FOR A STUDENT FOR
RUNNING SENSOR TRAINING AND TROUBLESHOOTING WORKSHOPS FOR CCEJN AND OTHERS, AND DR.
JATHAR'S TIME FOR ANALYSIS AROUND DECISION-MAKING (E.G., CITING SENSORS) AND
INTERPRETATION (E.G., AIR QUALITY TRENDS).

PSE HEALTH ENERGY (PSE) WILL SUPPORT CCEJN IN THE DEVELOPMENT OF A VOC AIR SAMPLING
PLAN, INCLUDING STRATEGIES TO IDENTIFY AIR SAMPLING LOCATIONS AND PROVIDE AIR SAMPLING

GUIDANCE. PSE WILL ALSO ANALYZE AND SUMMARIZE THE LABORATORY DATA FROM THE COLLECTED
AIR SAMPLES INTO SHORT WRITTEN SUMMARIES, FIGURES, AND AGGREGATED DATASETS, AS WELL AS
SUPPORT CCEJN'S CAPACITY-BUILDING INITIATIVES VIA MONTHLY CALLS. OUTCOMES:THE
ANTICIPATED DELIVERABLES INCLUDE COMMUNITY-LED AND-INFORMED AIR MONITORING CAMPAIGNS
THAT ARE SUPPORTED BY TECHNICAL EXPERTS AND FACILITATION OF THE
MEANI",XN6XXDCN5AZ6,2024-05-29,2024,2024-06-06,2024-04-01,2027-03-31,2024-05-29,UNITED
STATES,CA,19,FRESNO,93727,21,FRESNO,CALIFORNIA,6,39538223,1008654,755683,USA,UNITED
STATES,KERN,LOST HILLS,CALIFORNIA,66.306,CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE
NETWORK,0,500000,45455,,6800 98T88201 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,222329860,222329860,222329860,222329860,,PROJECT GRANT (B),"$500,000.00"

{82646},171975342,https://www.usaspending.gov/award/ASST_NON_96214124_6800,96214124,PRO
JECT GRANT (B),ASST_NON_96214124_6800,96214124,2024-11-15 04T02:28.768
Z,"$500,000.00",ATMA CONNECT,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE
INFLATION REDUCTION ACT (IRA) TO ADDRESS AND MITIGATE THE HEALTH RISKS FROM WATER
CONTAMINATION CAUSED BY FAILING SEPTIC SYSTEMS AND ESTABLISH A MULTI-STAKEHOLDER
NETWORK TO PROMOTE LONG-TERM SOLUTIONS AND INFORMATION SHARING. THROUGH WATER SYSTEM
SAMPLING, COMMUNITY MEETINGS, AND DATA GATHERING, ONLINE ENGAGEMENT, COMMUNITY MEMBERS
WILL BE ABLE TO  ONE ANOTHER OF WATER EVENTS AND BETTER SAFEGUARD CLEAN DRINKING AND
WASTE WATER. THIS NETWORK WILL BE RESILIENT IN THE FACE OF INCREASINGLY EXTREME WEATHER
EVENTS AND CLIMATE CHANGE EFFECTS ON THE ISLAND OF PUERTO RICO.

ACTIVITIES:THE ACTIVITIES TO BE PERFORMED INCLUDE: CREATION OF A WEBSITE TO ACT LANDING
PAGE FOR ALL STAKEHOLDERS TO SHARE INFORMATION AND PROJECT UPDATES ALONG WITH A SOCIAL
MEDIA CAMPAIGN ON THE DEVELOPED SITE TO SHARE INFO ON WATER QUALITY. THIS WILL
EFFECTIVELY ESTABLISH A SAFE WATER QUALITY NETWORK THAT BRINGS TOGETHER AFFECTED
COMMUNITY MEMBERS AND STAKEHOLDERS FOR COLLABORATION. IN ADDITION TO THE ONLINE
CAMPAIGN, THE GRANTEE WILL CONDUCT AN OUTREACH AND INFORMATION CAMPAIGN WITH PARTNERS
IN THE FORM OF TOWN HALLS WITH ACADEMIC PROFESSIONALS THAT WILL ENGAGE AT LEAST 100
PEOPLE ON ACTIONABLE STEPS AND MEASURES TO PROTECT ENVIRONMENTAL AND PUBLIC HEALTH.
FURTHER RESOURCE DEVELOPMENT INCLUDES IDENTIFYING AND COLLECTING WATER QUALITY TESTING
RESOURCES DELINEATING COST, PROCUREMENT METHODS, AND PARAMETERS TESTED. DURING AND AT
THE END OF THE PROJECT, REPORTS, INTERVIEWS, AND SURVEYS TO GAGE SUCCESS OF PROGRAMMING
WILL BE DELIVERED TO THE PROGRAM OFFICE, AND MADE AVAILABLE TO
STAKEHOLDERS.SUBRECIPIENT:THE SUB-AWARDEE ASOCIACION ENLACE ASUNTOS WILL HOLD
WORKSHOPS, TRAIN RESIDENTS, AND LIASE WITH OTHER ORGANIZATIONS OF INTEREST, SUCH AS THE
ENVIRONMENTAL TERRITORIAL BOARD AND NATIONAL UNIVERSITY COLLEGE

THE SUB-AWARDEE FUNDACION CORAZON ELASTICO WILL WORK TO DESIGN AND PRESENT THE WATER
QUALITY EXHIBIT AS AN EDUCATIONAL TOOL IN SCHOOLS MALLS AND COMMUNITY CENTERS.
OUTCOMES:BENEFICIARIES OF THIS PROJECT INCLUDE HOMEOWNER AND COMMERCIAL PROPERTY OWNERS
IN PUERTO RICO AS WELL AS RESIDENTS WITH SEPTIC AND WATER SYSTEMS. THE EXPECTED
OUTCOMES INCLUDE: AN INCREASE IN THE NUMBER OF HOMEOWNERS/ COMMERCIAL BUSINESS OWNERS
ARE EDUCATED ABOUT WATER QUALITY ISSUES AND ABLE TO TAKE ACTION USING INFORMATION AND
TOOLS GAINED TO TEST THEIR OWN WATER SUPPLY AND SEPTIC SYSTEMS ISSUES (TEST WATER AND
SEPTIC SYSTEMS, CONTACT RELEVANT OFFICIALS, PARTICIPATE IN SURVEYS ETC.). WITH A WELL-
INFORMED PUBLIC, THE COMMUNITY WILL BE BETTER ABLE TO ACCESS FUNDING FOR UPGRADES AND
COLLABORATE WITH ACADEMICS AND GOVERNMENTAL OFFICIALS IN DATA GATHERING. THE GRANTEE
WILL CREATE A WEBSITE AND PLATFORM WITH INFORMATIVE CONTENT AND USER FEEDBACK. THE
TOWNHALLS WITH ACADEMICS AND PROFESSIONALS DESIGNED TO ENGAGE PEOPLE, WITH PERSONAL
STORIES, SURVEYS, AND ACTIVITIES.",Y3L2J4N45124,2024-05-30,2024,2024-06-06,2024-01-
01,2025-12-31,2024-05-30,UNITED
STATES,CA,1,ALAMEDA,94610,12,OAKLAND,CALIFORNIA,6,39538223,1682353,737766,USA,UNITED
STATES,,,PUERTO RICO,66.306,ATMA CONNECT,0,500000,40716,,6800 96214124 -NONE-
66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,222329805,222329805,222329805,222329805,79228,PROJECT GRANT (B),"$420,772.00"

{82646},171968786,https://www.usaspending.gov/award/ASST_NON_02J57301_6800,02J57301,PRO
JECT GRANT (B),ASST_NON_02J57301_6800,02J57301,2024-11-15 04T02:28.768
Z,"$500,000.00",FARMWORKER JUSTICE FUND INC,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING
TO FARMWORKERS JUSTICE. SPECIFICALLY, THE RECIPIENT WILL FARMWORKER JUSTICE'S PROJECT
WILL BUILD CAPACITY AMONG FARMWORKER-SERVING PARTNERS TO PERFORM COMMUNITY OUTREACH AND
IMPROVE WILDFIRE EMERGENCY PREPAREDNESS AND DISASTER RESILIENCY AMONG FARMWORKER
COMMUNITIES BY PROVIDING ACCESS TO INFORMATION AND LINKS TO RESOURCES. DURING THE
THREE-YEAR PROJECT, FJ WILL PARTNER WITH ORGANIZATIONS IN WASHINGTON STATE TO CREATE A
TOOLKIT OF RESOURCES AS WELL AS SMS/TEXT MESSAGES TO 10,258 FARMWORKERS IN WASHINGTON
STATE. DURING THE FIRST TWO YEARS OF THE PROJECT, FJ, ITS PROJECT PARTNERS, AND THE
PROJECT ADVISORY COMMITTEE WILL PILOT THE TOOLKIT IN WASHINGTON WITH THE AIM OF SCALING
THE PROJECT TO THE NATIONAL LEVEL DURING YEAR 3.ACTIVITIES:THE ACTIVITIES INCLUDE;
ELEMENT 1: ISSUE IDENTIFICATION, COMMUNITY VISION, AND STRATEGIC GOAL SETTING. WILDFIRE
SMOKE WAS IDENTIFIED AS A PROBLEM HAVING SIGNIFICANT IMPACTS ON FARMWORKER COMMUNITIES
BY VARIOUS CBOS DURING MEETINGS FOR THE WESTERN PACT ON HEAT AND WILDFIRE SMOKE. CBOS
ALSO IDENTIFIED GAPS IN EMERGENCY PREPAREDNESS-SUCH AS INSUFFICIENT COMMUNICATION OF
EMERGENCY INFORMATION IN RELEVANT LANGUAGES AND DIFFICULTIES REACHING WORKERS LIVING IN
LABOR CAMPS) - THAT THIS PROJECT WILL SEEK TO ADDRESS. ELEMENT 2: COMMUNITY CAPACITY-
BUILDING AND LEADERSHIP DEVELOPMENT. THIS PROJECT WILL BUILD THE CAPACITY OF
FARMWORKER-SERVING CBOS BY DEVELOPING AND DISTRIBUTING INFORMATIONAL MATERIALS DESIGNED

FOR FARMWORKERS, USING TECHNOLOGY TO CONNECT COMMUNITIES TO DISASTER PREPAREDNESS AND
RESOURCES, PROVIDING OUTREACH GUIDANCE AND SUPPORT, AND CREATING NEW COLLABORATIONS
THROUGH WHICH ORGANIZATIONS CAN SHARE RESOURCES AND INFORMATION. ELEMENT 3: CONSENSUS
BUILDING AND DISPUTE RESOLUTION. WE WILL WORK WITH OUR PARTNERS TO CREATE AN INCLUSIVE
SPACE WHERE THEY HAVE EQUAL OPPORTUNITY TO PROVIDE INPUT IN A CONSENSUS-BASED DECISION-
MAKING PROCESS. ELEMENT 4: MULTI-STAKEHOLDER PARTNERSHIPS AND LEVERAGING OF RESOURCES.
THE GRANTEE WILL PARTNER WITH THE FOLLOWING STAKEHOLDERS: MOSES LAKE COMMUNITY HEALTH
CENTER (MLCHC), NORTHWEST REGIONAL PRIMARY CARE ASSOCIATION (NWRPCA), AND THE NATIONAL
MIGRANT AND SEASONAL HEAD START COLLABORATION OFFICE (NMSHSCO)/FHI 360. BY BRINGING OUR
RESOURCES AND EXPERTISE TOGETHER, WE WILL BE ABLE TO IDENTIFY GAPS IN WILDFIRE
PREPAREDNESS, PROVIDE RESOURCES AND INFORMATION TO UNDERSERVED FARMWORKERS, AND DEVISE
STRATEGIES TO MAXIMIZE OUR IMPACT. ELEMENT 5: CONSTRUCTIVE ENGAGEMENT BY RELEVANT
STAKEHOLDERS. THE GRANTEE WILL ENGAGE A NATIONAL ADVISORY COMMITTEE WHOSE MEMBERS WILL
INCLUDE THE PACIFIC NORTHWEST AGRICULTURAL HEALTH AND SAFETY CENTER (PNASH) AT THE
UNIVERSITY OF WASHINGTON, WASHINGTON STATE UNIVERSITY, REPRESENTATIVES FROM COMMUNITY,
ENVIRONMENTAL AND/OR ENVIRONMENTAL JUSTICE ORGANIZATIONS, AND A REPRESENTATIVE FROM
EACH OF OUR THREE PARTNER ORGANIZATIONS (FOR A TOTAL OF UP TO 8 MEMBERS). THE ADVISORY
COMMITTEE WILL PROVIDE GUIDANCE ON VARIOUS ASPECTS OF THE PROJECT, INCLUDING THE NEEDS
ASSESSMENT, MATERIALS DEVELOPMENT AND EVALUATION, OUTREACH AND COMMUNICATION
STRATEGIES, ETC. ELEMENT 6: SOUND MANAGEMENT AND IMPLEMENTATION. FJ AND OUR PARTNER
ORGANIZATIONS HAVE AMPLE EXPERIENCE WITH FEDERAL GRANTS AND HAVE AUDITING AND
MANAGEMENT SYSTEMS IN PLACE TO ENSURE THAT ALL FINANCIAL REQUIREMENTS ARE FOLLOWED.
ELEMENT 7: EVALUATION, LESSONS LEARNED, AND REPLICATION OF BEST PRACTICES. IN YEAR 2
(2025), WE WILL EVALUATE ALL PROJECT MATERIALS WITH FEEDBACK FROM OUR PARTNERS AND
ADVISORY COMMITTEE AND MAKE REVISIONS. IN YEAR 3 (2026), AN OUTSIDE CONSULTANT WILL
LEAD AN EVALUATION OF PROJECT RESULTS, IDENTIFY BEST PRACTICES AND AREAS FOR
IMPROVEMENT, AND DEVELOP RECOMMENDATIONS FOR SCALING UP THE PROJECT TO THE NATIONAL
LEVEL. WE WILL CONVENE A NATIONAL MEETING OF FARMWORKER-SERVING ORGANIZATIONS PRIOR TO
THE 2026 WILDFIRE SEASON TO DISCUSS NATIONAL REPLICATION OF THE PROJECT USING BEST
PRACTICES DERIVED FROM YEAR 1 - 3 ACTIVIT",P5KWHV8QH7F1,2024-05-30,2024,2024-06-
06,2024-04-15,2027-04-14,2024-05-30,UNITED STATES,DC,1,DISTRICT OF
COLUMBIA,20036,98,WASHINGTON,DISTRICT OF COLUMBIA,11,689545,689545,670050,USA,UNITED
STATES,,,WASHINGTON,66.306,FARMWORKER JUSTICE FUND INC,0,500000,0,,6800_02J57301_-NONE-
_66.306_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,222329657,222329657,222329657,222329657,29138.42,PROJECT GRANT
(B),"$470,861.58"

{82646},172522990,https://www.usaspending.gov/award/ASST_NON_03D03424_6800,03D03424,PRO
JECT GRANT (B),ASST_NON_03D03424_6800,03D03424,2024-11-15 04:02:28.768
Z,"$500,000.00",CLEANAIRE NORTH CAROLINA,"DESCRIPTION:THIS ACTION APPROVES AN AWARD IN
THE AMOUNT OF $500,000 TO PROVIDE FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO
CLEANAIRE NORTH CAROLINA. THE RECIPIENT WILL, IN PARTNERSHIP WITH NORTH MECKLENBURG
COMMUNITY-BASED NONPROFIT LETHA'S 1STOP SHOP AND NORTH MECKLENBURG ECONOMIC MOBILITY
COLLABORATIVE, WILL ESTABLISH AN AIR MONITORING CLUSTER NETWORK IN FOUR IMPACTED
COMMUNITIES ACROSS NORTH MECKLENBURG TO ADDRESS HEALTH IMPACTS ASSOCIATED WITH AIR
POLLUTION. THEIR WORK WILL BE FOCUSED ON THE COMMUNITIES OF HUNTINGTON GREEN
(HUNTERSVILLE, NC), POTTSTOWN (HUNTERSVILLE, NC), SMITHVILLE (CORNELIUS, NC), AND WEST
DAVIDSON (DAVIDSON, NC). RESIDENTS WILL COLLECT AIR QUALITY DATA THROUGH THE CLUSTER
NETWORK AND PARTAKE IN CLEANAIRE NORTH CAROLINA'S AIRKEEPER ACADEMY, ENGAGING IN THE
HEALTHY AIR EDUCATION SERIES, CLEAN AIR ADVOCACY TRAINING, AND MAPS AND APPS SESSION.
CLEANAIRE NORTH CAROLINA WILL ALSO WORK WITH LOCAL COMMUNITY-BASED ORGANIZATIONS,
ATRIUM HEALTH, AND THE MECKLENBURG COUNTY HEALTH DEPARTMENT TO TRAIN COMMUNITY HEALTH
WORKERS AS LEAD AIRKEEPERS AND CONDUCT A HEALTH IMPACT ASSESSMENT WITH LAKE NORMAN
COMMUNITY HEALTH CLINIC, MECKLENBURG COUNTY HEALTH DEPARTMENT, ATRIUM HEALTH AND NORTH
CAROLINA STATE UNIVERSITY.ACTIVITIES:THE ACTIVITIES INCLUDE: CLEANAIRE NORTH CAROLINA
WILL ESTABLISH AN AIR MONITORING CLUSTER NETWORK IN FOUR IMPACTED COMMUNITIES ACROSS
NORTH MECKLENBURG TO ADDRESS HEALTH IMPACTS ASSOCIATED WITH AIR POLLUTION. RESIDENTS
WILL COLLECT AIR QUALITY DATA THROUGH THE CLUSTER NETWORK AND PARTAKE IN CLEANAIRE
NORTH CAROLINA'S AIRKEEPER ACADEMY, ENGAGING IN THE HEALTHY AIR EDUCATION SERIES, CLEAN
AIR ADVOCACY TRAINING, AND MAPS AND APPS SESSION. CLEANAIRE NORTH CAROLINA WILL ALSO
WORK WITH LOCAL CBOS, ATRIUM HEALTH, AND THE MECKLENBURG COUNTY HEALTH DEPARTMENT TO
TRAIN COMMUNITY HEALTH WORKERS AS LEAD AIRKEEPERS AND CONDUCT A HEALTH IMPACT
ASSESSMENT WITH LAKE NORMAN COMMUNITY HEALTH CLINIC, MECKLENBURG COUNTY HEALTH
DEPARTMENT, ATRIUM HEALTH AND NORTH CAROLINA STATE UNIVERSITY. SUBRECIPIENT:FOUR
SUBAWARDS: LETHA'S 1STOP SHOP WILL MANAGE THE COMMUNITY ENGAGEMENT ACTIVITIES, RECRUIT
COMMUNITY SCIENTISTS, KNOWN AS AIRKEEPERS, AND FACILITATE RESIDENTS' PARTICIPATION IN
CANC'S AIRKEEPER ACADEMY. AND WILL SERVE AS THE COMMUNITY VOICE FOR THIS INITIATIVE
CONNECTING RESIDENTS WITH LOCAL AND STATE AGENCIES, ELECTED OFFICIALS, HEALTH
PROFESSIONALS, AND OTHER FAITH-BASED COMMUNITIE; NMEMC WILL RECEIVE A SUB-AWARD FOR
ASSISTING WITH ELEMENT 4 OF THE EPA EJCPS MODEL. RECOGNIZING THAT ECONOMIC IMMOBILITY
IS A MULTIDETERMINANT PROBLEM, NMEMC HAS ORGANIZED ITS EFFORTS AS A BACKBONE
ORGANIZATION AS DESCRIBED BY STANFORD'S CENTER FOR SOCIAL INFORMATION AND HAS DEVELOPED
A HEALTH-CENTERED COMMUNITY OF PRACTICE THAT CAN BE LEVERAGED TO ENGAGE IN BUILDING
COMMUNITY CAPACITY TO ADDRESS ENVIRONMENTAL INJUSTICE; SUBAWARD FOR POTTSTOWN AND
SMITHVILLE COMMUNITY COALITION WILL BRING PEOPLE POWER AND COMMUNITY ORGANIZATION TO
THIS GRANT. THEY WILL CONTRIBUTE TO THIS PROJECT BY RECRUITING AIRKEEPERS FROM THEIR
COMMUNITY TO HOST LOW-SENSOR AIR MONITORS AND ENCOURAGE RESIDENTS TO ENGAGE IN
EDUCATION AND ADVOCACY TRAININGS THROUGH THE AIRKEEPER ACADEMY; AND CATERPILLAR
MINISTRIES WILL SUPPORT AND ENGAGE IN THE GRANT, SPECIFICALLY WITH ELEMENT 4: MULTI-

STAKEHOLDER PARTNERSHIPS AND LEVERAGING OF RESOURCES. THEY WILL ASSIST LOCAL COMMUNITY-BASED ORGANIZATIONS WITH AIRKEEPER RECRUITMENT AND COMMUNITY ENGAGEMENT IN THE AIRKEEPER ACADEMY COURSES FOR THE HUNTINGTON GREEN COMMUNITY.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE: CLEANAIRE NORTH CAROLINA WILL ESTABLISH AN AIR MONITORING CLUSTER NETWORK IN FOUR IMPACTED COMMUNITIES ACROSS NORTH MECKLENBURG TO ADDRESS HEALTH IMPACTS ASSOCIATED WITH AIR POLLUTION. RESIDENTS WILL COLLECT AIR QUALITY DATA THROUGH THE CLUSTER NETWORK AND PARTAKE IN CLEANAIRE NORTH CAROLINA'S AIRKEEPER ACADEMY, ENGAGING IN THE HEALTHY AIR EDUCATION SERIES, CLEAN AIR ADV",W7YGH485JJR3,2024-06-02,2024,2024-06-26,2024-03-01,2026-02-28,2024-06-02,UNITED STATES,NC,119,MECKLENBURG,28204,14,CHARLOTTE,NORTH CAROLINA,37,10439388,1115482,764197,USA,UNITED STATES,CABARRUS,HUNTERSVILLE,NORTH CAROLINA,66.306,CLEANAIRE NORTH CAROLINA,0,500000,49000,,6800 03D03424 -NONE-_66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,222917837,222917837,222917837,222917837,99210.37,PROJECT GRANT (B),"$400,789.63"

{82646},172523555,https://www.usaspending.gov/award/ASST_NON_98T88901_6800,98T88901,PROJECT GRANT (B),ASST_NON_98T88901_6800,98T88901,2024-11-15 04:02:28.768 Z,"$500,000.00","QUAIL BOTANICAL GARDENS FOUNDATION, INC.","DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO QUAIL BOTANICAL GARDENS FOUNDATION, INC. SPECIFICALLY, THE RECIPIENT WILL CREATE AND STRENGTHEN A PARTNERSHIP OF TRIBAL GOVERNMENT, COMMUNITY-BASED NON-PROFIT, ACADEMIC, AND INDUSTRY GROUPS TO SUPPORT THE FEDERALLY RECOGNIZED TRIBAL COMMUNITIES OF JAMUL AND VIEJAS BANDS OF KUMEYAAY AND PALA BAND OF LUISENTILDE;O MISSION INDIANS IN SAN DIEGO COUNTY, CA IN THEIR ADAPTATION AND RESILIENCE TO CLIMATE CHANGE, DROUGHT, AND WILDFIRE, ESPECIALLY PERTAINING TO PLANTS OF CULTURAL SIGNIFICANCE, TRIBAL HEALTH, AND WELLBEING. THE PARTNERSHIP WILL CONVENE A TRIBAL WORKING GROUP TO DEVELOP A CULTURAL KNOWLEDGE AND DATA SOVEREIGNTY AGREEMENT TO PROTECT INDIGENOUS RIGHTS AND FACILITATE KNOWLEDGE SHARING, WITH FOCUS ON CULTURALLY SIGNIFICANT PLANTS OF EACH TRIBAL PARTNER THAT NEED PROTECTION, CONSERVATION, RESTORATION, AND/OR PROPAGATION. WITH THEIR TRIBAL PARTNERS, THEY WILL BUILD CAPACITY, EDUCATION, AND INFRASTRUCTURE FOR HABITAT RESTORATION PROJECTS; EVALUATE CHANGING OCCURRENCE DISTRIBUTIONS FOR THE CULTURALLY IMPORTANT PLANTS; CONDUCT RESPONSIBLE SOCIAL PLANT SURVEYS AND COLLECTIONS; DEVELOP SEED BANKS AND GARDENS OR GREENHOUSES IN THE TRIBAL COMMUNITY; AND PROPAGATE CRITICALLY NEEDED PLANTS.

THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COSTS ARE APPROVED BACK TO 6/1/2024.ACTIVITIES:THE ACTIVITIES INCLUDE COMMUNITY STAKEHOLDER MEETINGS, EDUCATIONAL PROGRAMMING AND OUTREACH, DEVELOPING A TRIBAL WORKING GROUP TO CREATE A CULTURAL KNOWLEDGE AND DATA SOVEREIGNTY AGREEMENT, NATIVE PLANT SEED BANKING AND PROPAGATION, AND PLANNING, BUILDING CAPACITY FOR AND CONDUCTING HABITAT RESTORATION PROJECTS.SUBRECIPIENT:JAMUL INDIAN VILLAGE OF CALIFORNIA A KUMEYAAY NATION, PALA BAND OF MISSION INDIANS AND VIEJAS TRIBAL GOVERNMENT: THESE GROUPS PARTICIPATE IN TRIBAL WORKING GROUP TO DEVELOP A CULTURAL KNOWLEDGE AND DATA SOVEREIGNTY AGREEMENT IN THIS PROJECT. TRIBAL REPRESENTATIVES (E.G. TRIBAL HISTORIC PRESERVATION OFFICER, EDUCATIONAL DIRECTOR, AND ENVIRONMENTAL DIRECTOR) WILL WORK TO IDENTIFY THE MOST PERTINENT PROJECT ACTIVITIES FOR THE COMMUNITIES, AND THE PLANTS THAT ARE MOST IMPORTANT TO THEIR PEOPLE THAT ARE IMPACTED BY CLIMATE CHANGE AND DROUGHT, WILDFIRE AND OTHER DISASTERS.

FLOWER HILL INSTITUTE: THEIR ROLE IN THE PROJECT WILL BE ADVISORY IN CONSENSUS BUILDING AND DISPUTE RESOLUTION, FACILITATIVE IN THE TRIBAL WORKING GROUP TO DEVELOP A DATA SOVEREIGNTY AGREEMENT, AND PARTICIPATORY IN THE COMMUNITY CAPACITY BUILDING AND SUMMATIVE PROJECT EVALUATION FOR REPLICATION.

COASTAL ROOTS FARM: THIS GROUP WILL SHARE SIGNIFICANT EXPERIENCE AND EXPERTISE IN PLANNING AND BUILDING COMMUNITY GARDENS IN SAN DIEGO COUNTY, ESPECIALLY WITH AND AT THE REQUEST OF TRIBAL GOVERNMENTS INCLUDING CAMPO INDIAN RESERVATION, LA JOLLA, LA POSTA, SAN PASQUAL, AND SANTA YSABEL RESERVATIONS AND THEIR ROLE IN THE PARTNERSHIP IS TO BUILD ON THEIR PREVIOUS SUCCESSES AND HELP THE PARTNERSHIP TO AVOID OR MORE EASILY OVERCOME THEIR PREVIOUS CHALLENGES. THIS GROUP WILL BE IN A FINANCIAL RELATIONSHIP AS A PARTNER THROUGH SUBAWARD TO HELP PLAN AND CONSTRUCT COMMUNITY GARDENS REQUESTED BY THE UNDERSERVED COMMUNITY. THIS GROUP ALSO HAS EXPERIENCE WITH PROPAGATING NATIVE PLANTS, EDUCATIONAL PROGRAMMING AND OUTREACH, AND WITH NAVIGATING WORKING RELATIONSHIPS BETWEEN CBOS, INDUSTRY, AND TRIBAL GOVERNMENTS THAT WILL BE INVALUABLE IN THE PLANNING AND EXECUTION OF THE PARTNERSHIP.

OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE 9 EVENTS WITH PARTNERS FOR EDUCATION AND OUTREACH, 300 COMMUNITY MEMBERS REACHED BY PROGRAMS, TRIBAL CULTURAL KNOWLEDGE AND DATA SOVEREIGNTY AGREEMENT MADE. NATIVE PLANT RANGES OBSERVED, NATIVE PLANT SEEDS COLLECTED, NATIVE PLANTS PROPAGATED, UP TO 3 COMMUNITY GARDENS DESIGNED AND BUILT, AND UP TO 3 HABITAT AREAS RESTORED,

THE EXPECTED OUTCOMES INCLUDE AN INCREASE IN NUMBER OF LOCAL STAKEHOLDERS COMMITTED TO REPLICATE PROJECT TO INCLUDE TRIBAL GOVERNMENT NON-PARTNER, INCREASE",L3RJSL937RX8,2024-06-06,2024,2024-06-26,2024-06-01,2027-05-30,2024-06-06,UNITED STATES,CA,73,SAN DIEGO,92024,49,ENCINITAS,CALIFORNIA,6,39538223,3298634,765147,USA,UNITED STATES,,,CALIFORNIA,66.306,"QUAIL BOTANICAL GARDENS FOUNDATION,

INC.",0,500000,27205,,6800_98T88901_-NONE- 66.306_0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,222918040,222918040,222918040,222918040,3733.67,PROJECT GRANT
(B),"$496,266.33"

{82646},172523466,https://www.usaspending.gov/award/ASST_NON_95335201_6800,95335201,PRO
JECT GRANT (B),ASST_NON_95335201_6800,95335201,2024-07-26 02:48:55.260
Z,"$500,000.00",NATIONAL HOUSING TRUST,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING TO
THE NATIONAL HOUSING TRUST (NHT) TO IDENTIFY TWO LOW-INCOME, MULTIFAMILY RENTAL
PROPERTIES WITH A HIGH PREVALENCE OF CHILDREN WITH ASTHMA AND POOR ENERGY PERFORMANCE,
AND TO IMPLEMENT REMEDIATION MEASURES SUCH AS HVAC UPGRADES, MOLD REMEDIATION, AND PEST
REMOVAL IN THESE BUILDINGS. THESE EFFORTS WILL DEMONSTRATE THE EFFECTIVENESS OF
COMBINING DECARBONIZATION AND HEALTHY HOUSING REMEDIATION TO IMPROVE HEALTH OUTCOMES
FOR UNDER-RESOURCED CHILDREN LIVING IN MULTI-FAMILY HOUSING WHILE REDUCING CARBON
EMISSIONS. THIS PROJECT WILL ALSO DEMONSTRATE HOW THESE OVERALL BUILDING UPGRADES WILL
IMPROVE INDOOR AIR QUALITY. RECENT RESEARCH HAS ELEVATED THE NEGATIVE HEALTH IMPACTS OF
FOSSIL FUEL COMBUSTION IN BUILDINGS, INCLUDING TRIGGERING ASTHMA EPISODES IN CHILDREN.
HOWEVER, DECARBONIZING HOUSING ALONE DOES NOT ADDRESS ALL ASTHMA CAUSES. USING OUTSIDE
FUNDING SOURCES, NHT WILL ADOPT A COLLABORATIVE PROBLEM-SOLVING WITH COMMUNITY BASED
ORGANIZATION (CBO) PARTNERS TO CONDUCT OUTREACH AND EDUCATION ABOUT THEIR EFFORTS TO
IMPROVE HEALTHY HOUSING. ACTIVITIES:THIS NHT PROJECT WILL INCLUDE THE FOLLOWING
ACTIVITIES: A) IDENTIFY TWO LOW-INCOME MULTIFAMILY RENTAL PROPERTIES WITH A HIGH
PREVALENCE OF CHILDREN WITH ASTHMA AND POOR ENERGY PERFORMANCE; B) PARTNER WITH A
BLACK, INDIGENOUS AND PEOPLE OF COLOR (BIPOC)-LED CBO AND ENGAGE RESIDENTS THROUGH
COMMUNITY-FACILITATED DISCUSSIONS AND DEVELOPMENT MEETINGS; C) CONDUCT HEALTHY HOUSING
ASSESSMENTS AND DEVELOP A SCOPE OF WORK; AND D) IMPLEMENT REMEDIATION MEASURES AND
E)DISSEMINATE PROJECT OUTCOMES, LESSONS LEARNED WITH RECOMMENDATIONS FOR SCALING AND
REPLICATING THIS PILOT PROGRAM. IN ESSENCE, THIS EPA GRANT WILL LEVERAGE AN NHT-LED
DECARBONIZATION INITIATIVE AIMING TO IDENTIFY SEPARATE FUNDING SOURCES FOR
DECARBONIZATION UPGRADES IN AFFORDABLE MULTIFAMILY HOUSING. THE PARTNERING CBOS WILL
CONDUCT EDUCATION AND OUTREACH ABOUT THIS PROJECT, HOWEVER, FUNDING FOR THESE CBOS IS
NOT INCLUDED AS PART OF THIS EPA FUNDED PROJECT. SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED
IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES WITH INTENDED
BENEFICIARY(IES) WILL INCLUDE THE NHT CONVENING POST-RETROFIT ALL-PARTNER MEETINGS TO
IMPART LESSONS LEARNED FROM RESIDENT ENGAGEMENT ACTIVITIES AND REMEDIATION UPGRADES.
ADDITIONALLY, CBO PARTNERS WILL DETERMINE BEST PRACTICE STRATEGIES FOR EQUITABLE
RESIDENT ENGAGEMENT AND HEALTHY HOUSING REMEDIATION IN AFFORDABLE HOUSING. MOREOVER,
THE NHT WILL: A) WRITE AND DISSEMINATE A SUMMARY REPORT OF THE PROJECT FINDINGS; B)
PROVIDE PROJECT IMPLEMENTATION RECOMMENDATIONS FOR ITS CBO PARTNERS AND PROPERTY
OWNERS; AND C) CONVEY POLICY AND PROGRAM DESIGN RECOMMENDATIONS TO POLICYMAKERS. THE
EXPECTED OUTCOMES WITH INTENDED BENEFICIARY(IES) WILL INCLUDE THE LEVERAGING OF A
LARGER NHT-LED INITIATIVE, BASED ON THIS PROPOSAL'S PROJECT, TO RETROFIT AND
DECARBONIZE AFFORDABLE HOUSING. LAUNCHED IN LATE-2022 AND SEEDED WITH PHILANTHROPIC
FUNDING, THE INITIATIVE INVOLVES WORKING WITH RESIDENTS, PROPERTY OWNERS, LENDERS, AND
POLICYMAKERS TO SCALE UP RETROFITS OF MULTI-FAMILY PROPERTIES, RESULTING IN THE
PRESERVATION OF AFFORDABLE HOUSING THAT IS SAFER AND HEALTHIER FOR RESIDENTS,
COMMUNITIES, AND THE PLANET. THE OUTPUTS OF THIS GRANT-FUNDED PROJECT WILL INCLUDE
USING THE MOMENTUM OF THIS PROPOSAL'S PROJECT TO CONVEY BEST PRACTICES FOR THE LARGER
INITIATIVE. THE OUTPUTS WILL FOCUS ON THE GOAL OF PROMOTING SYSTEMS CHANGE RELATIVE TO
HOW THESE RETROFIT PROJECTS ARE DESIGNED AND DEVELOPED IN THE DISTRICT OF COLUMBIA AND
NATIONWIDE. INTENDED BENEFICIARIES OF THIS HEALTHY HOUSING REMEDIATION INCLUDE
RESIDENTS OF COMMUNITIES WITH HIGH CONCENTRATIONS OF CHILDREN WITH ASTHMA IN
DISADVANTAGED AND PREDOMINANTLY BIPOC NEIGHBORHOODS OF WASHINGTON
D.C.",JX69LRYCYUA7,2024-06-07,2024,2024-06-26,2024-06-01,2027-05-31,2024-06-07,UNITED
STATES,DC,1,DISTRICT OF COLUMBIA,20036,98,WASHINGTON,DISTRICT OF
COLUMBIA,11,689545,689545,670050,USA,UNITED STATES,,,DISTRICT OF
COLUMBIA,66.306,NATIONAL HOUSING TRUST,0,500000,7011,,6800_95335201_-NONE-
_66.306_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,222917951,222917951,222917951,222917951,,PROJECT GRANT (B),"$500,000.00"

{82646},172522950,https://www.usaspending.gov/award/ASST_NON_02F50401_6800,02F50401,PRO
JECT GRANT (B),ASST_NON_02F50401_6800,02F50401,2024-07-26 02:48:55.260
Z,"$500,000.00","SEWA INTERNATIONAL, INC.","DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING
UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO SEWA
INTERNATIONAL INC. SPECIFICALLY, THE RECIPIENT WILL CREATE A LINEAR FOREST PROGRAM THAT
IS TARGETED TO INCREASE COMMUNITY ENGAGEMENT WITH THE HELP OF OUR PARTNERS AND PLANT
NATIVE TREES TO REDUCE HEAT SPOTS IN THE ALIEF COMMUNITY OF HOUSTON,
TEXAS.ACTIVITIES:THE ACTIVITIES INCLUDE PLANTING LINEAR FORESTS IN THE ALIEF AREA
ACROSS HARRIS COUNTY BASED ON HEAT MAP ANALYSIS PROVIDED BY HOUSTON ADVANCE RESEARCH
CENTER (HARC) LOCATION IDENTIFICATION. CONDUCTING COMMUNITY OUTREACH AND AWARENESS
CAMPAIGNS VIA DOOR-TO-DOOR AND SOCIAL MEDIA ALONG WITH THE PARTNERS. CONNECT WITH LOCAL
BUSINESS, SCHOOLS, COMMUNITY ORGANIZATIONS, ENVIRONMENTAL SOCIAL ACTIVISTS AND EXPERTS
VIA IDENTIFIED PROJECT PARTNERS. AND IDENTIFYING AND ENGAGING YOUTH VOLUNTEERS AND
COMMUNITY LEADERS TO SUPPORT AND ADVOCATE FOR THE PROJECT. MONTHLY YOUTH AMBASSADOR
MEETINGS WILL BE CONDUCTED FOR DISCUSSING OUTREACH PLANS AND ACTIVITIES.

SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE
ANTICIPATED DELIVERABLES INCLUDE PLANTING AND SUSTAINING 1000 TREES USING WATER COLLARS
(DIAPERS) OVER THE PERIOD OF THREE YEARS.

THE EXPECTED OUTCOMES INCLUDE INCREASED TREE CANOPY, REDUCE TEMPERATURES AND THE PROVISION OF ENVIRONMENTAL JUSTICE TO THE COMMUNITY.

THE INTENDED BENEFICIARIES INCLUDE THE ALIEF COMMUNITY IN HARRIS COUNTY (HOUSTON) TEXAS AND THE FOLLOWING ZIP CODES: 77411, 77099, 77072.",P54SAXB46GW1,2024-06-07,2024,2024-06-26,2024-06-01,2027-05-31,2024-06-07,UNITED STATES,TX,201,HARRIS,77082,7,HOUSTON,TEXAS,48,29145505,4731145,793128,USA,UNITED STATES,HARRIS,HOUSTON,TEXAS,66.306,"SEWA INTERNATIONAL, INC.",0,500000,45475,,6800 02F50401 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,222917797,222917797,222917797,222917797,,PROJECT GRANT (B),"$500,000.00"

{82646},172863362,https://www.usaspending.gov/award/ASST_NON_98T89501_6800,98T89501,PROJECT GRANT (B),ASST_NON_98T89501_6800,98T89501,2024-07-26 02:48:55.260Z,"$500,000.00","CASA FAMILIAR, INC","DESCRIPTION:THE LA SEMILLA ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING PROJECT SUPPORTS A NEIGHBORHOOD ENVIRONMENTAL JUSTICE AND CLIMATE RESILIENCY CENTER SET TO ADDRESS ENVIRONMENTAL AND PUBLIC HEALTH ISSUES. THE PROJECT WILL PROTECT HUMAN HEALTH AND THE ENVIRONMENT FOR THE RESIDENTS OF SAN YSIDRO WHICH HAVE BEEN ADVERSELY AND DISPROPORTIONATELY AFFECTED BY ENVIRONMENTAL, CLIMATE, AND HUMAN HEALTH HARMS. ONCE LA SEMILLA IS CONSTRUCTED, THE PROJECT WILL INCLUDE SHARED COMMUNITY SPACES FOR EJ PROGRAMS, HOUSING, CLEANER MODES OF MOBILITY, CONNECTIONS TO TRANSIT, AND GREEN TECHNOLOGY INCORPORATED INTO THE CONSTRUCTION. LA SEMILLA ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM-SOLVING PROJECT MAIN OBJECTIVE, ACTIVITIES, AND OUTPUTS/OUTCOMES INCLUDE MAINTAINING RESIDENTIAL AND STAKEHOLDER ENGAGEMENT THROUGH LA SEMILLA PROJECT CONSTRUCTION CONCLUSION; FACILITATING ON-SITE COMMUNITY AND STAKEHOLDER WORKSHOPS THROUGH THE CONSTRUCTION PHASE OF LA SEMILLA CONSTRUCTION PROJECT; MONITORING NET ZERO AND GHG REDUCTION GOALS FOR THE PROJECT WITH SUPPORT FROM A RESILIENCY PLANNING CONSULTANT 12 MONTHS AFTER COMPLETION; ESTABLISHING COLLABORATION WITH ENVIRONMENTAL HEALTH COALITION ON TECHNICAL ASSISTANCE WITH PAIR PROGRAM DURING LA SEMILLA CONSTRUCTION PROJECT; AND SUPPORTING COMMUNITY GROUNDBREAKING AND RIBBON CUTTING CEREMONIES WITH RESIDENT LEADERS, PARTICIPANTS, SURROUNDING NEIGHBORS AND COMMUNITY, STAKEHOLDERS, AND SUPPORTERS FOR LA SEMILLA CONSTRUCTION PROJECT.

THIS COOPERATIVE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COSTS ARE APPROVED BACK TO 04/01/2024. SEE TERMS AND CONDITIONS.ACTIVITIES:THE ACTIVITIES INCLUDE:

1. MAINTAIN RESIDENTIAL AND STAKEHOLDER ENGAGEMENT THROUGH LA SEMILLA PROJECT (A NEIGHBORHOOD ENVIRONMENTAL JUSTICE AND CLIMATE RESILIENCY CENTER) CONSTRUCTION CONCLUSION

2. FACILITATE ON-SITE COMMUNITY AND STAKEHOLDER WORKSHOPS THROUGH THE CONSTRUCTION PHASE OF LA SEMILLA CONSTRUCTION PROJECT.

3. MONITOR NET ZERO AND GHG REDUCTION GOALS FOR THE PROJECT WITH SUPPORT FROM RESILIENCY PLANNING CONSULTANT 12 MONTHS AFTER COMPLETION.

4. ESTABLISH COLLABORATION WITH ENVIRONMENTAL HEALTH COALITION ON TECHNICAL ASSISTANCE WITH PAIR PROGRAM (INDOOR AIR MONITOR AND MEDIATION AIR QUALITY PROGRAM) DURING LA SEMILLA CONSTRUCTION PROJECT.

5. COMMUNITY GROUNDBREAKING AND RIBBON CUTTING CEREMONIES WITH RESIDENT LEADERS, PARTICIPANTS, SURROUNDING NEIGHBORS AND COMMUNITY, STAKEHOLDERS, AND SUPPORTERS FOR LA SEMILLA CONSTRUCTION PROJECT.SUBRECIPIENT:THIS ASSISTANCE AGREEMENT INCLUDES SUBAWARDS FOR THE ENVIRONMENTAL HEALTH COALITION (EHC).

EHC IS WORK ON PAIR PROGRAM CURRICULUM DEVELOPMENT, TECHNICAL ASSISTANCE AND TRACKING AND REPORTING INCLUDING AIRTABLE TRAINING THROUGH ITS $15,000 SUBAWARD.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE A COMMUNITY-LED DESIGN OF LA SEMILLA, INTERNAL AND EXTERNAL TECHNICAL TRAINING, VIDEO OF LA SEMILLA DEVELOPMENT, AIR FILTRATION IN 125 HOMES, AND TRACKING OF PAIR PROGRAM ACTIVITIES.

THE EXPECTED OUTCOMES INCLUDE BUT ARE NOT LIMITED TO INCREASED ACCESS TO ZERO-EMISSION TECHNOLOGY, ALLEVIATING THE IMPACT OF EXTREME HEAT EVENTS, INCREASED RESIDENT AWARENESS OF GREEN AND CLEAN TECHNOLOGIES, DEVELOPMENT OF 6 COMMUNITY YOUTH IN EJ FIELD, AND REDUCTION OF INDOOR AIR POLLUTION.

THE INTENDED BENEFICIARIES INCLUDE RESIDENTS OF THE SAN YSIDRO COMMUNITY, INCLUDING 125 HOMES WHO WILL BENEFIT FROM PAIR PROGRAM AIR MONITORING AND MEDIATION.",DA19F5NKBH38,2024-06-21,2024,2024-07-09,2024-04-01,2026-03-31,2024-06-21,UNITED STATES,CA,73,SAN DIEGO,92173,52,SAN YSIDRO,CALIFORNIA,6,39538223,3298634,759409,USA,UNITED STATES,SAN DIEGO,SAN YSIDRO,CALIFORNIA,66.306,"CASA FAMILIAR, INC.",0,500000,19070,,6800 98T89501 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,223260834,223260834,223260834,223260834,,PROJECT GRANT (B),"$500,000.00"

{82646},172862679,https://www.usaspending.gov/award/ASST_NON_00E03646_6800,0.00E+00,PROJECT GRANT (B),ASST_NON_00E03646_6800,0.00E+00,2024-07-26 02:48:55.260Z

Z,"$500,000.00","ADVOCATES FOR BASIC LEGAL EQUALITY, INC.","DESCRIPTION:THIS AGREEMENT
PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO ADVOCATES FOR BASIC LEGAL
EQUITY.  THE PURPOSE OF THE GRANT IS TO BUILD THE MIAMI VALLEY COMMUNITY'S CAPACITY TO
TACKLE ENVIRONMENTAL JUSTICE ISSUES BY FOLLOWING EPA'S COLLABORATIVE PROBLEM-SOLVING
MODEL. THIS PROJECT WILL PROVIDE MICRO-GRANT OPPORTUNITIES (A TOTAL OF $200,000) TO THE
COMMUNITY TO FUND ENVIRONMENTAL JUSTICE PROJECTS WITHIN THE REGION. IT WILL BUILD THE
COMMUNITY'S CAPACITY TO APPLY FOR ADDITIONAL GRANT FUNDING, BY ALLOWING COMMUNITY
MEMBERS TO APPLY FOR GRANT SPECIALIST SUPPORT ON GRANT APPLICATIONS. ADDITIONALLY, IT
WILL PROMOTE COMMUNITY COLLABORATION BY FUNDING THREE COMMUNITY MEETINGS PER YEAR
THROUGHOUT THE DURATION OF THE GRANT PERIOD. THE COMMUNITY MEETINGS FUNCTION AS A
PLATFORM FOR COMMUNITY NETWORKING AND ENVIRONMENTAL JUSTICE INFORMATION SHARING.
ACTIVITIES:THE PROJECT INCLUDES THREE MAIN OBJECTIVES, SUMMARIZED BELOW:


1.)    HOST COMMUNITY MEETINGS: THE RECIPIENT AND THEIR PARTNERSHIP WILL HOST THREE
COMMUNITY MEETINGS PER YEAR WHERE THE COMMUNITY WILL HAVE THE OPPORTUNITY TO DISCUSS
ENVIRONMENTAL JUSTICE ISSUES THEY EXPERIENCE OR HAVE WITNESSED IN THEIR COMMUNITY. ANY
OPEN-ENDED FEEDBACK THAT IS RECEIVED WILL BE COMPILED TO HELP GUIDE DECISION-MAKING ON
THE PRIORITIZATION OF MICRO-GRANT AWARDS. THE COMMUNITY MEETINGS WILL SERVE AS
NETWORKING OPPORTUNITIES FOR THE COMMUNITY. PARTICIPANTS WILL HAVE THE OPPORTUNITY TO
MEET OTHER ACTIVE MEMBERS OF THEIR COMMUNITY WHO HAVE A SHARED GOAL OF SOLVING
ENVIRONMENTAL JUSTICE CONCERNS WITHIN THE MIAMI VALLEY REGION. ADDITIONALLY,
INFORMATION ABOUT MICROGRANT OPPORTUNITIES AND GRANT-WRITING ASSISTANCE (DESCRIBED IN
FURTHER DETAIL BELOW) WILL ALSO BE SHARED AT THE EVENTS.


2.)    IMPROVE THE COMMUNITY'S CAPACITY FOR GRANT/ RESOURCE ACQUISITION: TWO GRANT-
FUNDED POSITIONS WILL BE CREATED TO HELP BUILD THE COMMUNITIES CAPACITY TO OBTAIN
GRANTS FOR ENVIRONMENTAL JUSTICE CONCERNS. THE TWO POSITIONS ARE A GRANT SPECIALIST AND
AN ADMINISTRATIVE ASSISTANT. THE MIAMI VALLEY ENVIRONMENTAL JUSTICE PARTNERSHIP WILL
MAKE THE GRANT SPECIALIST'S EXPERTISE AVAILABLE TO COMMUNITY-BASED ORGANIZATIONS AND
OTHER ENVIRONMENTAL JUSTICE-ORIENTED ENTITIES TO IMPROVE RESOURCE ACQUISITION CAPACITY
AND EFFECTIVENESS. COMMUNITY MEMBERS AND GROUPS WILL BE PROVIDED WITH VARIOUS AVENUES
TO REQUEST AND ACCESS GRANT-WRITING EXPERTISE.


3.)    COMMUNITY MICROGRANT DISTRIBUTION: IN THE FORM OF MICROGRANTS, 40% OF THE
PROJECT FUNDING WILL BE MADE DIRECTLY AVAILABLE TO COMMUNITY-BASED ORGANIZATIONS AND
ENVIRONMENTAL JUSTICE-ORIENTED CBOS WORKING TO COMBAT ENVIRONMENTAL INJUSTICE IN 1)
RACIAL AND ETHNIC MINORITY GROUPS, 2) LOW-INCOME HOUSEHOLDS AND ZIP-CODES, AND 3)
HISTORICALLY REDLINED NEIGHBORHOODS AND AREAS. APPLICANTS WILL SUBMIT AN INITIAL
APPLICATION TO BE PRELIMINARILY SCORED BY THE REVIEW PANEL. THE SCORING RUBRIC
(INCLUDED AS ATTACHMENT TO NARRATIVE) WILL BE BASED ON THE ENVIRONMENTAL JUSTICE
COLLABORATIVE PROBLEM-SOLVING MODEL AND WILL BE SCORED BASED ON HOW WELL EACH
APPLICATION CONNECTS TO THE SEVEN ELEMENTS.

SUBRECIPIENT:SUBAWARDS WILL BE GRANTED TO THE DAYTON FOUNDATION IN ORDER TO DISPERSE
MICRO-GRANT AWARDS TOTALING $200,000 TO THE MIAMI VALLEY COMMUNITY. THE DAYTON
FOUNDATION WILL BE RESPONSIBLE FOR THE ADMIRATIVE ASPECTS OF DISTRIBUTING MICRO-GRANT
AWARDS TO SELECTEES AND ENSURING ALL APPLICABLE POLICIES AND PROCEDURES ARE FOLLOWED.
IN YEAR 1, $25,000 OF MICRO-GRANTS WILL BE DISTRIBUTED. IN YEAR 2, $75,000 OF
MICROGRANT AWARDS WILL BE DISTRIBUTED. IN YEAR 3, $100,000 OF MICROGRANT AWARDS WILL BE
DISTRIBUTED.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE: 1) THREE COMMUNITY EVENTS
PER YEAR THROUGHOUT THE DURATION OF THE GRANT PERIOD (A TOTAL OF 9 COMMUNITY EVENTS).
2) THE DISTRIBUTION OF $200,000 IN MICRO-GRANTS THROUGHOUT THE MIAMI VALLEY COMMUNITY
FOR PROJECTS THAT ADDRESS LOCAL ENVIRONMENTAL JUSTICE CONCERNS. 3) THE CREATION OF A
GRANT SPECIALIST AND ADMINISTRAT",L2V8KFY3LDD6,2024-06-21,2024,2024-07-09,2024-07-
01,2027-07-01,2024-06-21,UNITED
STATES,OH,95,LUCAS,43604,9,TOLEDO,OHIO,39,11799448,431279,783751,USA,UNITED
STATES,,,OHIO,66.306,"ADVOCATES FOR BASIC LEGAL EQUALITY,
INC.",0,500000,27273,,6800 00E03646 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,223260525,223260525,223260525,223260525,,PROJECT GRANT (B),"$500,000.00"


{82646},172862743,https://www.usaspending.gov/award/ASST_NON_02F50901_6800,02F50901,PRO
JECT GRANT (B),ASST_NON_02F50901_6800,02F50901,2024-07-26 02:48:55.260
Z,"$500,000.00",THRIVE NEW ORLEANS,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER
THE INFLATION REDUCTION ACT (IRA) TO THRIVE NEW ORLEANS. THE RECIPIENT WILL PROVIDE AN
INTENSIVE 6-WEEK SUMMER ENVIRONMENTAL EDUCATION CAMP FOR 50 HIGH SCHOOL STUDENTS EACH
YEAR. STUDENTS WILL GAIN UNDERSTANDING OF THE NATURAL ENVIRONMENT, NATIVE BIODIVERSITY,
AND BENEFITS OF WATER; DEVELOP PRACTICAL GREEN INFRASTRUCTURE SKILLS TO INCREASE THEIR
HOUSEHOLD AND NEIGHBORHOOD RESILIENCE TO FLOOD RISK; AND LEARN ABOUT WASTE LITERACY AND
WASTE MANAGEMENT STRATEGIES TO KEEP THEIR COMMUNITIES CLEAN.ACTIVITIES:THIS CAMP WILL
PROVIDE AN EDUCATIONAL SUMMER PROGRAM FOR 50 STUDENTS EACH YEAR. THE PROGRAM WILL SPAN
6 WEEKS AND CONSIST OF 3 MODULES. THE FIRST MODULE, 'LIVING WITH WATER,' WILL FOCUS ON
WETLAND ECOLOGY. DURING THE PROGRAM, STUDENTS WILL COLLECT WATER SAMPLES FOR
MICROSCOPIC, MICROBIOLOGY, AND MICROPLASTIC STUDIES, AND EACH STUDENT WILL SELECT A
SPECIES TO STUDY AND REPORT BACK ON.THE SECOND MODULE WILL INVOLVE GREEN INFRASTRUCTURE
SKILLS DEVELOPMENT, WHERE STUDENTS WILL WORK IN GROUPS OF 3-4 TO PLANT NATIVE SPECIES,
CREATE BIOSWALES, CONSTRUCT RAIN GARDENS, AND PAINT RAIN BARRELS TO MITIGATE
STORMWATER. THE THIRD MODULE WILL COVER WASTE MANAGEMENT AND WASTE LITERACY. THE

ACTIVITIES WILL INCLUDE SITE VISITS TO NEW ORLEANS EAST CANAL AND DPS-PUMPING STATION 10, AS WELL AS A KAYAK ACTIVITY AT LAKE PONTCHARTRAIN THROUGH JOE BROWN LAKES.

SUBRECIPIENT:THRIVE NEW ORLEANS WILL PROVIDE A SUBAWARD TO CULTURE OF CLEANLINESS WHICH WILL CONDUCT OUTREACH ACTIVITIES AND PROJECT RECRUITMENT. IT WILL SUPPORT LITTER ABATEMENT IN THE COMMUNITY AND CATCH BASINS CLEAN UP, PROVIDING WASTE MANAGEMENT LITERACY. OUTCOMES:IT IS EXPECTED THAT THIS PROJECT WILL YIELD THE FOLLOWING OUTCOMES: 150 STUDENTS WILL BE INTRODUCED TO THE CURRICULUM THROUGH CLASSROOMS OR AFTER-SCHOOL FOCUS GROUPS, COMPLETION OF ENVIRONMENTAL SPEAKERS' WORKSHOPS, AND FIELD TRIPS/SITE VISITS WITH STUDENTS.

THE ANTICIPATED IMPACTS OF THE PROJECT INCLUDE EMPOWERING YOUTH TO ADVOCATE FOR STORMWATER INTERVENTIONS TO ENHANCE THEIR OVERALL QUALITY OF LIFE, INCREASING COMMUNITY RESIDENT PARTICIPATION AND ENGAGEMENT IN STAKEHOLDER MEETINGS REGARDING GREEN INFRASTRUCTURE, AND DEVELOPING STRONGER POLICIES AROUND RECYCLING IN THE CITY OF NEW ORLEANS. ADDITIONALLY, THERE IS AN AIM TO RAISE AWARENESS AMONG RESIDENTS ABOUT THE BROKEN AND TRASH-FILLED CATCH BASINS THAT CONTRIBUTE TO FLOODED COMMUNITIES.

THE PRIMARY BENEFICIARIES OF THIS PROJECT ARE HIGH SCHOOL STUDENTS IN THE DESIRE/FLORIDA NEIGHBORHOODS IN THE 9TH WARD  NEW ORLEANS, LA..",XPXHQCN35NJ9,2024-06-25,2024,2024-07-09,2024-08-01,2027-07-31,2024-06-25,UNITED STATES,LA,71,ORLEANS,70116,2,NEW ORLEANS,LOUISIANA,22,4657757,383997,762623,USA,UNITED STATES,ORLEANS,NEW ORLEANS,LOUISIANA,66.306,THRIVE NEW ORLEANS,0,500000,43182,,6800 02F50901 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,223260589,223260589,223260589,223260589,,PROJECT GRANT (B),"$500,000.00"

{82646},172863360,https://www.usaspending.gov/award/ASST_NON_98T88601_6800,98T88601,PROJECT GRANT (B),ASST_NON_98T88601_6800,98T88601,2024-07-26 02:48:55.260 Z,"$500,000.00",WEST OAKLAND ENVIRONMENTAL INDICATORS PROJECT,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO WEST OAKLAND ENVIRONMENTAL INDICATORS PROJECT (WOEIP).  THE RECIPIENT WILL WORK LONG-TERM PARTNERS BAY AREA AIR QUALITY MANAGEMENT DISTRICT (BAAQMD), CALIFORNIA AIR RESOURCE BOARD (CARB), UC BERKELEY, AND ENVIRONMENTAL DEFENSE FUND (EDF).  THEY ARE PROPOSING A COLLABORATIVE PROJECT THAT DIRECTLY SUPPORTS THE EXISTING WEST OAKLAND COMMUNITY ACTION PLAN (WOCAP) PROCESS BY DEVELOPING AND IMPLEMENTING A PERFORMANCE MEASUREMENT STRATEGY ADDRESSING WOCAP'S CORE PILLARS: REDUCING EMISSIONS, REDUCING EXPOSURE, AND IMPROVING HEALTH AND ENVIRONMENTAL EQUITY. THE COLLABORATIVE, THE WOCAP STEERING COMMITTEE, AND WEST OAKLAND RESIDENTS WILL CONDUCT A PARTICIPATORY PROCESS TO ACCOMPLISH THESE GOALS.

THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PREAWARD COSTS ARE APPROVED BACK TO 04/01/2024.


ACTIVITIES:THE ACTIVITIES INCLUDE IN YEAR 1 TO DEFINE METHODOLOGIES THAT ACCURATELY AND APPROPRIATELY MEASURE CONCENTRATION, EXPOSURE, AND COMMUNITY EQUITY METRICS RELATED TO THE WEST OAKLAND COMMUNITY ACTION PLAN (WOCAP) STRATEGIES, INCLUDING AN IMPLEMENTATION PLAN FOR A COMMUNITY-OWNED AIR POLLUTION MONITORING NETWORK TO COLLECT DATA ON HYPERLOCAL POLLUTION CONCENTRATIONS. IN YEARS 2-3, THEY WILL DEPLOY THE MONITORING NETWORK, CONDUCT DATA ANALYSIS AND COMMUNITY REPORTING, AND USE THIS DATA IN COLLABORATION WITH THE WEST OAKLAND COMMUNITY ACTION PLAN (WOCAP) STEERING COMMITTEE AND BROADER WEST OAKLAND COMMUNITY TO CONTINUOUSLY INFORM IMPLEMENTATION OF THE WEST OAKLAND COMMUNITY ACTION PLAN (WOCAP) STRATEGIES IN A MANNER THAT EMBODIES THE EPA'S COLLABORATIVE PROBLEM-SOLVING PROCESS.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE INCLUDE HISTORICAL DOCUMENTATION CAPTURING THE ACTIVITIES, CONTENT, AND LEARNINGS FROM WORKING SESSIONS, PARTICIPATORY WORKSHOPS, AND OUTREACH. DOCUMENTED MEASURES AND METHODOLOGIES FOR UNDERSTANDING AIR POLLUTION CONCENTRATIONS, EXPOSURES, AND EQUITY IMPACTS. SUMMARIES AND REPORTS OF DATA ANALYSIS AND MODELING, INCLUDING COMPARISONS, IMPACT PROGRESS REPORTS, AND LEARNINGS. COMMUNITY-CENTRIC CONTENT VOICING THE COMMUNITY'S LIVED EXPERIENCE. A COMMUNITY-LED AIR QUALITY MONITORING SYSTEM THROUGHOUT WEST OAKLAND, MAINTAINED BY TRAINED COMMUNITY SCIENTISTS.

THE EXPECTED OUTCOMES ARE TO DEVELOP A SET OF INDICATORS OF PROGRESS TOWARDS WEST OAKLAND COMMUNITY ACTION PLAN (WOCAP) EMISSION AND EXPOSURE REDUCTION AND EQUITY TARGETS, AND DEFINE THE METRICS USED TO EVALUATE THESE INDICATORS. DEVELOP A DETAILED MONITORING IMPLEMENTATION PLAN (INCLUDING A QUALITY ASSURANCE PROJECT PLAN) FOR A COMMUNITY-MANAGED NETWORK OF CONTINUOUS AIR MONITORS TO MEASURE HYPERLOCAL AIR POLLUTION CONCENTRATIONS ACROSS THE SEVEN WEST OAKLAND COMMUNITY ACTION PLAN (WOCAP) IMPACT ZONES AND POTENTIALLY OTHER RELEVANT LOCATIONS IN WEST OAKLAND. ACTIVITIES WILL FOCUS ON IMPLEMENTATION OF THE MONITORING PLAN, AND INITIAL ITERATION ON ANALYSIS AND REPORTING OF COLLECTED DATA.

THE INTENDED BENEFICIARIES INCLUDE COMMUNITIES OF WEST OAKLAND, CALIFORNIA",UR5ECKS6A1T6,2024-06-25,2024,2024-07-09,2024-04-01,2026-03-31,2024-06-

25,UNITED
STATES,CA,1,ALAMEDA,94607,12,OAKLAND,CALIFORNIA,6,39538223,1682353,737766,USA,UNITED
STATES,ALAMEDA,OAKLAND,CALIFORNIA,66.306,WEST OAKLAND ENVIRONMENTAL INDICATORS
PROJECT,0,500000,41827,,6800 98T88601 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,223260832,223260832,223260832,223260832,,PROJECT GRANT (B),"$500,000.00"

{82646},172862742,https://www.usaspending.gov/award/ASST_NON_02F50701_6800,02F50701,PRO
JECT GRANT (B),ASST_NON_02F50701_6800,02F50701,2024-07-26 02:48:55.260
Z,"$500,000.00",THE DIGDEEP RIGHT TO WATER PROJECT,"DESCRIPTION:THIS AGREEMENT PROVIDES
FUNDING UNDER THE INFLATION REDUCTION ACT. THE AGREEMENT PROVIDES FUNDING TO DIGDEEP,
THE DIGDEEP RIGHT TO WATER PROJECT. SPECIFICALLY, THE RECIPIENT WILL BRING SHORT- AND
LONG-TERM SAFE WATER SOLUTIONS TO RESIDENTS OF THE HUECO TANKS COLONIA, A RURAL
COMMUNITY LESS THAN AN HOUR'S DRIVE FROM THE CITY OF EL PASO THAT DOES NOT HAVE ACCESS
TO PIPED WATER. DIGDEEP'S PROJECT WILL LEAD TO INCREASED ACCESS TO SAFE AND AFFORDABLE
ALTERNATIVE WATER SOLUTIONS AND A UNIFIED COMMUNITY THAT IS EQUIPPED TO ADVOCATE FOR
PERMANENT PIPED WATER THAT IS AVAILABLE TO ALL RESIDENTS.ACTIVITIES:THE ACTIVITIES
INCLUDE PUBLIC EDUCATION, LEADERSHIP AND ADVOCACY TRAINING, COMMUNITY BUILDING,
FACILITATING THE ENGAGEMENT OF DISADVANTAGED COMMUNITIES IN A COMMUNITY STEERING
COMMITTEE, ENVIRONMENTAL JUSTICE PARTNERSHIP BUILDING THAT ENGAGES DISADVANTAGED
COMMUNITIES IN LOCAL AND STATE PUBLIC PROCESSES, WATER QUALITY TESTING, MITIGATION OF
WATER-BORNE ILLNESS, AND CONFLICT RESOLUTION.SUBRECIPIENT:FOR THIS PROJECT, ADULTS AND
YOUTH UNITED DEVELOPMENT ASSOCIATION, INC'S CERTIFIED PROMOTORS WILL DEVELOP
RELATIONSHIPS WITH RESIDENTS LEADING TO THEIR PARTICIPATION IN THE STEERING COMMITTEE
TO PROVIDE ADVOCACY TRAINING TO LEADERS AND RESIDENTS. IN ADDITION TO HELPING THIS
COLONIA OBTAIN SAFE WATER, ADULTS AND YOUTH UNITED DEVELOPMENT ASSOCIATION, INC'S
INTEREST IN THIS PARTNERSHIP WITH DIGDEEP IS TO UNDERSTAND THE NEEDS OF COLONIA
RESIDENTS FURTHER SO THEY CAN BUILD PROGRAMS THAT ARE RESPONSIVE TO THOSE NEEDS AS WELL
AS ASSIST RESIDENTS IN GAINING ACCESS TO PROGRAMS FOR WHICH THEY MAY BE ELIGIBLE, BUT
UNAWARE. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE PRE- AND POST-WATER SAMPLING
RESULTS, FINAL REPORT OF FULL PROJECT RESULTS, AND REPORTS OF GATHERED RESEARCH,
PERMANENT SAFE WATER SOLUTIONS, AND PUBLIC GRANT OPPORTUNITIES.

THE EXPECTED OUTCOMES INCLUDE INCREASED ACCESS TO SAFE AND AFFORDABLE ALTERNATIVE WATER
SOLUTIONS AND A UNIFIED COMMUNITY THAT IS EQUIPPED TO ADVOCATE FOR PERMANENT PIPED
WATER THAT IS AVAILABLE TO ALL RESIDENTS.

THE INTENDED BENEFICIARIES INCLUDE RESIDENTS OF THE HUECO TANKS COLONIA, A RURAL
COMMUNITY LESS THAN AN HOUR'S DRIVE FROM THE CITY OF EL PASO,
TEXAS.",NMURSTSUXGN4,2024-06-27,2024,2024-07-09,2024-06-15,2027-06-14,2024-06-27,UNITED
STATES,NM,31,THOREAU,NEW MEXICO,35,2117522,72902,703657,USA,UNITED
STATES,EL PASO,EL PASO,TEXAS,66.306,THE DIGDEEP RIGHT TO WATER
PROJECT,0,500000,36508,,6800 02F50701 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,223260588,223260588,223260588,223260588,,PROJECT GRANT (B),"$500,000.00"

{82646},171968730,https://www.usaspending.gov/award/ASST_NON_00E03626_6800,0.00E+00,PRO
JECT GRANT (B),ASST_NON_00E03626_6800,0.00E+00,2024-11-15 04:02:28.768
Z,"$499,998.00",ONE LOVE GLOBAL,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE
INFLATION REDUCTION ACT (IRA) TO ONE LOVE GLOBAL. THE RECIPIENT, ONE LOVE GLOBAL, AND
ITS PARTNERS WILL ADVANCE WATER EQUITY IN DETROIT, MICHIGAN, CENTERING AROUND THE
UNDERSERVED BLACK AND BROWN COMMUNITY AT THE INTERSECTIONS OF RACIAL EQUITY,
ENVIRONMENTAL JUSTICE, AND PUBLIC HEALTH. THE MAIN OBJECTIVES AND ACTIVITIES INCLUDE 1)
IMPROVING NATIONAL AND LOCAL ENVIRONMENTAL AND PUBLIC HEALTH TOOLS WITH A WATER EQUITY
LENS, 2) SUPPORTING BLACK AND BROWN YOUTH TO DEVELOP THEIR ENVIRONMENTAL JUSTICE
KNOWLEDGE AND SKILLS TO LEVERAGE THESE TOOLS AND LEAD IMPLEMENTATION OF WATER TESTING
AND DATA TRANSPARENCY IN COMMUNITY. OUTCOMES WILL INCLUDE A PILOT TESTING TOOL
DEVELOPED FOR WATER EQUITY AND WATER TESTING IN DETROIT, TRAIN YOUTH IN ENVIRONMENTAL
JUSTICE AND WATER TESTING, AND PILOT AND FULL-SCALE IMPLEMENTATION OF THE TOOL
COMPLETED BY YOUTH IN THE COMMUNITY. DOCUMENTATION OF THE ANALYSIS, RECOMMENDATIONS,
IMPLEMENTATION, LEARNING, AND ACHIEVEMENTS WITH THE TOOL WILL HELP TO PROMOTE ITS
REPLICABILITY REGIONALLY AND NATIONALLY TO ADVANCE EQUITABLE, COMMUNITY-DRIVEN POLICY
AND SYSTEMS TRANSFORMATION ACROSS A BROADER SCALE.ACTIVITIES:THE ACTIVITIES INCLUDE
PARTNERS LEVERAGING THE NATIONAL COMMUNITY ENVIRONMENTAL JUSTICE SCREENING TOOL
(CEJST), EJSCREEN TOOL, AND FRESHWATER FUTURE APPLICATION TO DEVELOP A PILOT TESTING
TOOL FOR WATER EQUITY AND WATER TESTING IN DETROIT. BY THE END OF 2024, 10 YOUTH (6
WITH PEACE AND PROSPERITY YOUTH ACTION MOVEMENT (PPM) DETROIT, 4 WITH WE THE YOUTH OF
DETROIT) WILL BE TRAINED IN WATER TESTING AND WATER INEQUITY TO THEN PILOT TEST THE
WATER EQUITY TOOL ON THE EASTSIDE OF DETROIT. IMPLEMENT FULL-SCALE USE OF THE WATER
EQUITY TOOL IN DETROIT BY THE END OF 2025, INCORPORATING FEEDBACK AND LESSONS LEARNED
FROM THE PILOT TEST.

SUBRECIPIENT:WE THE PEOPLE OF DETROIT (WPD) (COMMUNITY-BASED ORGANIZATION) WILL PROVIDE
COMMUNITY LINKAGE SUPPORT; COLLABORATIVE RESEARCH SUPPORT WITH WPD'S COMMUNITY RESEARCH
COLLECTIVE (CRC); TRAINING OF YOUTH ON HISTORY OF WATER POLICY IN DETROIT; COORDINATING
YOUTH TRAINING AND PILOT TESTING. FRESHWATER FUTURE (REGIONAL NONPROFIT) WILL PROVIDE
TECHNICAL ASSISTANCE AND TRAINING ON BETA-TESTED COMMUNITY-BASED ASSET APPLICATION;
PROVIDE TRAINING ON WATER TESTING TO YOUTH LEADERS. FLINT COMMUNITY LAB (FCL)
(COMMUNITY-BASED ORGANIZATION) WILL TRAIN YOUTH LEADERS ON WATER QUALITY AND WATER

TESTING.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE DEVELOPING A TOOL FOR WATER EQUITY AND WATER TESTING IN DETROIT AND TRAINING YOUTH IN ENVIRONMENTAL JUSTICE AND WATER TESTING, AND PILOT AND FULL-SCALE IMPLEMENTATION OF THE TOOL COMPLETED BY YOUTH IN THE COMMUNITY. THE EXPECTED OUTCOMES INCLUDE THE PILOT PROJECT PLAN AND CURRICULUM COMPLETED. CURRICULUM AND CAPACITY BUILDING ARE INTEGRATED INTO YOUTH SUMMER PROGRAMMING. YOUTH WILL HAVE AN INCREASED KNOWLEDGE OF HISTORY, RACIAL EQUITY, WATER EQUITY, AND ENVIRONMENTAL JUSTICE. YOUTH WILL HAVE INCREASED SKILLS TO IMPLEMENT TOOL AND THE TOOL IMPLEMENTED W/ 250 DETROIT HOUSEHOLDS. THE INTENDED BENEFICIARIES ARE THE BLACK AND BROWN YOUTH IN COMMUNITIES IN DETROIT.",CCVJTJXCBBP4,2024-05-17,2024,2024-06-06,2024-05-01,2027-04-30,2024-05-17,UNITED STATES,MI,65,INGHAM,48910,7,LANSING,MICHIGAN,26,10077331,284900,777572,USA,UNITED STATES,WAYNE,DETROIT,MICHIGAN,66.306,ONE LOVE GLOBAL,0,499998,23115,,6800_00E03626_-NONE-_66.306_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,222329601,222329601,222329601,222329601,14472.11,PROJECT GRANT (B),"$485,525.89"

{82646},174633995,https://www.usaspending.gov/award/ASST_NON_00E03648_6800,0.00E+00,PROJECT GRANT (B),ASST_NON_00E03648_6800,0.00E+00,2024-11-15 04:02:28.768 Z,"$499,200.00",REFLO INC,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO REFLO, INC. THE RECIPIENT WILL UTILIZE ITS COLLABORATIVE EJ (ENVIRONMENTAL JUSTICE) ALLIANCE AMONG LOCAL ENVIRONMENTAL NONPROFITS TO SUPPORT AND CREATE ENVIRONMENTAL YOUTH INTERNSHIPS. YOUNG PEOPLE, ESPECIALLY YOUTH OF COLOR, WILL BE INTRODUCED TO THE ENVIRONMENTAL SECTOR AND EDUCATION, IN A CONTEXT THAT MINIMIZES CONFOUNDING COMPETITION AND MAXIMIZES PROGRAMMATIC SYNERGIES BETWEEN MILWAUKEE ENVIRONMENTAL NONPROFITS. THE ENVISIONED RESULT WOULD BE THAT YOUTH OF COLOR IN MILWAUKEE WILL LEARN ABOUT ENVIRONMENTAL PRINCIPLES AND BE EFFECTIVELY SUPPORTED TO PURSUE HIGHER EDUCATION AND OCCUPATIONS IN THE ENVIRONMENTAL SECTOR, WHERE THEY WILL HAVE SIGNIFICANT IMPACT AS, USUALLY, MANY YOUTH OF COLOR ARE MEMBERS OF HISTORICALLY MARGINALIZED COMMUNITIES. ACTIVITIES:THE ACTIVITIES INCLUDE A RETREAT AMONGST REFLO AND ITS PARTNERS TO DEVELOP CURRICULA, DISCUSS BEST PRACTICES, DEFINE AND MEASURE SUCCESS, DETERMINE HOW BEST TO SUPPORT YOUNG PEOPLE IN MILWAUKEE IN JOINING THE PROGRAM; YOUTH RECRUITMENT; YOUTH PARTICIPATING IN INTERNSHIPS IN A VARIETY OF ENVIRONMENTAL NONPROFITS AROUND MILWAUKEE; EDUCATIONAL MATERIAL DELIVERED TO YOUTH PARTICIPANTS ON FUNDAMENTALS OF ENVIRONMENTAL AND SUSTAINABILITY; FIELD TRIPS TO SITES TANGIBLY PRACTICING ENVIRONMENTAL LITERACY FOR FIRST HAND EXPOSURE TO SUSTAINABILITY PRACTICES; CREATING NEW PARTNERSHIPS BETWEEN REFLO AND OTHER NONPROFITS TO EXPAND EDUCATIONAL AND INTERNSHIP OPPORTUNITIES FOR PROGRAM PARTICIPANTS; HAVING YOUTH PARTICIPANTS ATTEND AND PRESENT THEIR SUCCESSES AND KNOWLEDGE GAINED AT THE GREEN AND HEALTHY SCHOOLS CONFERENCE IN MILWAUKEE. SUBRECIPIENT:GREAT LAKES COMMUNITY CONSERVATION CORPS: COMMITS TO HAVING THEIR YOUTH PARTICIPATE IN COLLABORATIVE PROGRAMMING, PARTICIPATING IN THE GREEN AND HEALTHY SCHOOLS CONFERENCE, AND FURTHER DEVELOPING THE COLLABORATIVE'S GOVERNANCE. THEIR YOUTH PROGRAMMING CURRENTLY CONSISTS OF SUPPORTING NEIGHBORHOOD BEAUTIFICATION, LAND AND WATER CONSERVATION, AND RENEWABLE ENERGY INSTALLATION.

GROUNDWORK MILWAUKEE: COMMITS TO SHARED INTERN RECRUITMENT EFFORTS; CO-DEVELOPMENT AND COORDINATION OF PROGRAM ACTIVITIES AND RESOURCES; AND LEVERAGING ITS MILWAUKEE FLOOD AND HEALTH VULNERABILITY ASSESSMENT TO USE GIS DATA TO SUPPORT COMMUNITY-BASED ADVOCACY AND FUTURE PLANNING TO MITIGATE POTENTIAL FLOOD AND HEALTH RISKS.

MENOMONEE VALLEY PARTNERS: COMMITS TO INVOLVING ITS STEM INTERNSHIP HIGH SCHOOL STUDENTS IN SHARED PROGRAMMING AND COORDINATING A DAY TRIP TO WISCONSIN DEPARTMENT OF NATURAL RESOURCES' VALLEY HEADQUARTERS TO CONNECT ALL THE CBO INTERNS WITH ENVIRONMENTAL CAREER OPPORTUNITIES AND VALLEY GREEN INFRASTRUCTURE PROJECTS.

NEARBY NATURE MILWAUKEE: COMMITS TO INVOLVING ITS SUMMER YOUTH INTERNSHIP IN SHARED PROGRAMMING; SHARING ITS SCIENCE-BASED CURRICULUM THAT GIVES STUDENTS AN INTRODUCTION TO WATERSHED MANAGEMENT, LAND STEWARDSHIP, WATER SAFETY, WILDLIFE HABITAT RESTORATION, AND FORESTRY; AND COLLABORATING BEYOND CBO SILOS TO SUPPORT APPLICANTS OF COLOR FOR GREEN JOBS AND CAREERS IN SOUTHEAST WISCONSIN.

RIVER REVITALIZATION FOUNDATION: COMMITS TO THE PARTICIPATION OF THEIR RIVERINE-TERNS PROGRAM, HOSTING THE PROPOSED PARTNER RETREAT AT THEIR RIVERSIDE LOCATION, SHARING PLANT IDENTIFICATION RESOURCES, AND LEVERAGING THEIR RELATIONSHIP WITH SECUREFUTURES FOR FINANCIAL LITERACY TRAINING.

RIVEREDGE: COMMITS TO SHARING, LEARNING, AND BUILDING THE MILWAUKEE SUMMER ENVIRONMENTAL YOUTH INTERNSHIPS COLLABORATIVE FOR THE LONG-TERM.

SIXTEENTH STREET COMMUNITY HEALTH CENTERS: OFFERS ITS EXPERTISE IN UNDERSTANDING THE CONNECTION BETWEEN ENVIRONMENT AND HEALTH AND YEARS OF EXPERIENCE DEVELOPING PROGRAMMING TO ADDRESS THE SOCIAL AND ENVIRONMENTAL DETERMINANTS OF HEALTH WITHIN AND BEYOND CLINIC WALLS-IN ADDITION TO PARTICIPATION OF STUDENTS IN THEIR KINNICKINTERNSHIP PROGRAM.

TEENS GROW GREENS: COMMITS THE PARTICIPATION OF ITS TWO SUMMER
INTERNSHI",PPK2JBFM1JF7,2024-04-18,2024,2024-09-04,2024-01-01,2026-12-31,2024-04-
18,UNITED
STATES,WI,79,MILWAUKEE,53211,4,MILWAUKEE,WISCONSIN,55,5893718,939489,732094,USA,UNITED
STATES,MILWAUKEE,,WISCONSIN,66.306,REFLO INC,0,499200,14100,,6800 00E03648 -NONE-
_66.306_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,225134266,225134266,225134266,225134266,82300,PROJECT GRANT (B),"$416,900.00"

{82646},172863230,https://www.usaspending.gov/award/ASST_NON_95337401_6800,95337401,PRO
JECT GRANT (B),ASST_NON_95337401_6800,95337401,2024-07-26 02:48:55.260
Z,"$490,912.00",CLEAN AIR COUNCIL,"DESCRIPTION:THIS COOPERATIVE AGREEMENT PROVIDES
FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE CLEAN AIR COUNCIL. SPECIFICALLY,
THE RECIPIENT WILL USE THESE FUNDS TO WORK WITH AIR MONITORING PROFESSIONALS, PUBLIC
HEALTH ACADEMICS AND LOCAL ORGANIZATIONS TO ASSES REAL-TIME AIR POLLUTION TRENDS FROM
THE DELAWARE CITY REFINERY (DCR).  IN COLLABORATION WITH COMMUNITY MEMBERS, PROJECT
PARTNERS WILL ANALYZE THIS DATA TO IDENTIFY IMPACTS OF REFINERY POLLUTION ON RESIDENTS'
HEALTH AND QUALITY OF LIFE AND IDENTIFY PUBLIC HEALTH IMPROVEMENTS LIKELY TO RESULT
FROM REDUCED POLLUTION FROM THE DCR. THIS PROJECT WILL ALSO CREATE A NETWORK OF LOCAL
ORGANIZATIONS IN ORDER TO PREPARE IMPACTED RESIDENTS FOR POTENTIAL INCIDENTS AT THE
DCR, SUCH AS ACCIDENTAL FIRES AND DANGEROUS SHORT-TERM AIR POLLUTION.  THIS PROJECT,
VIA EXTENSIVE COMMUNITY ORGANIZING, AIR MONITORING, AND DATA ANALYSIS, WILL INFLUENCE
THE NEXT ITERATION OF THE DCR'S AIR POLLUTION PERMITS BY TAKING INTO ACCOUNT THE PUBLIC
HEALTH BENEFITS OF POLLUTION REDUCTIONS IDENTIFIED AS A PART OF THIS
PROJECT.ACTIVITIES:THE PROJECT ACTIVITIES INCLUDE: 1) TRAINING OF COMMUNITY MEMBERS ,
MONITORING OF AIR QUALITY, PUBLIC EDUCATION, AND THE DEVELOPMENT OF DISASTER
PREPAREDNESS PLANS; 2) COMMUNITY-LED AIR POLLUTION MONITORING, PREVENTION, AND
REMEDIATION TO HELP REDUCE GREENHOUSE GAS EMISSIONS AND OTHER AIR POLLUTANTS; 3)
ENGAGEMENT OF DISADVANTAGED COMMUNITIES IN STATE AND FEDERAL ADVISORY GROUPS, PUBLIC
COMMUNITY MEETINGS, RULEMAKINGS, AND OTHER PUBLIC PROCESSES; 4) MONITORING THE HAZARDS
POSED BY REFINERY POLLUTION, INCLUDING ACCIDENTS AND OTHER UNPERMITTED RELEASES, BY
COMBINING DATA WITH COMMUNITY ADVOCACY; 5) PILOTING OF REAL-TIME, FENCE-LINE MONITORING
THAT WILL USE OPTICAL OPEN PATH SENSORS TO MEASURE CONCENTRATIONS OF BENZENE, TOLUENE,
ETHYLBENZENE, XYLENES, NAPHTHALENE, AMMONIA, AND SULFUR DIOXIDE IN 5-MINUTE INTERVALS;
AND 6) EQUIPPING INDIVIDUALS LIVING NEAR DCR TO REPORT ODORS AND HEALTH SYMPTOMS
ASSOCIATED WITH THEM IN REAL TIME.  THIS PROJECT WILL ALSO INCLUDE EDUCATIONAL EVENTS
IN WHICH PARTICIPANTS CAN LEARN ABOUT HOW TO REDUCE THEIR OVERALL RISK FOR RESPIRATORY
ISSUES, CANCER, AND OTHER HEALTH ISSUES IDENTIFIED IN THE PROJECT
AREA.SUBRECIPIENT:THIS PROJECT INCLUDES TWO SUBAWARDS. ONE SUBAWARD FOR $84,000 WILL BE
AWARDED TO DREXEL UNIVERSITY'S, DR. GWEN OTTINGER AND HER STUDENTS. TOGETHER THEY WILL
MAKE REAL-TIME DATA AVAILABLE, COORDINATE COMMUNITY MONITORING ACTIVITIES, AND
CONTRIBUTE TO REPORTS. THE SECOND SUBAWARD WILL BE AWARDED FOR $148,000 TO COMMUNITY
HOUSING AND EMPOWERMENT CONNECTIONS INC. THIS SUBAWARD WILL ESTABLISH A LOCAL COMMUNITY
GROUP DEDICATED TO PROTECTING PUBLIC HEALTH IN NEIGHBORHOODS IMPACTED BY THE DELAWARE
CITY REFINERY. THE RESIDENTS WILL LEARN HOW TO USE THE AIR QUALITY DATA COLLECTED
WITHIN THIS PROJECT TO ADVOCATE TO LOCAL AND STATE DECISION MAKERS FOR MORE PROTECTIVE
POLICIES AND MITIGATION MEASURES TO REDUCE THE HARMFUL EFFECTS OF AIR POLLUTION ON
PUBLIC HEALTH.

OUTCOMES:THE ANTICIPATED DELIVERABLES ARE: 1) CREATION OF AN ENVIRONMENTAL HAZARD AND
HEALTH QUESTIONNAIRE. 2) SUBMISSION OF QUARTERLY REPORTS 3) CREATION OF CUSTOM BRANDED,
RESIDENT-LED OUTREACH TEAM; 4) CREATION OF EDUCATIONAL MATERIALS FOCUSED ON COMMUNITY
HAZARDS AND HEALTH; AND 4) THE ESTABLISHMENT OF TWO WORKING GROUPS TO INFLUENCE LOCAL
DECISION MAKING AND MONITOR ENVIRONMENTAL CONDITIONS.  THE EXPECTED OUTCOMES ARE: 1)
THE INSTALLATION OF UV DOAS AIR MONITORS IN THREE NEIGHBORHOODS; 2) CREATION OF A NEW
COMMUNITY ORGANIZATION WITH LOCAL RESIDENTS ENGAGED IN ADDRESSING AIR POLLUTION
CONCERNS FROM THE DCR THROUGH LEVERAGING AIR MONITORING DATA AND CROWD-SOURCED
INFORMATION; 3) ENHANCED UNDERSTANDING AND IDENTIFICATION OF EACH COMMUNITY'S CONCERNS
ABOUT SPECIFIC POLLUTANTS AND HEALTH ISSUES; 4) REDUCTIONS IN AIR POLLUTION REQUIRED BY
AN UPDATED AIR POLLUTION PERMIT AT THE DCR AND OTHER PUBLIC HEALTH-RELATED DECISIONS,
AS A RESULT OF INCREASED PUBLIC ENGA",RVABT5PL87J7,2024-06-25,2024,2024-07-09,2024-07-
01,2027-06-30,2024-06-25,UNITED STATES,DE,3,NEW
CASTLE,19801,0,WILMINGTON,DELAWARE,10,989948,570719,1003384,USA,UNITED
STATES,,,DELAWARE,66.306,CLEAN AIR COUNCIL,0,490912,44628,,6800 95337401 -NONE-
_66.306_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,223260701,223260701,223260701,223260701,,PROJECT GRANT (B),"$490,912.00"

{82646},171128848,https://www.usaspending.gov/award/ASST_NON_98T88301_6800,98T88301,PRO
JECT GRANT (B),ASST_NON_98T88301_6800,98T88301,2024-11-15 04:02:28.768
Z,"$450,000.00","TERRAGRAPHICS INTERNATIONAL FOUNDATION,
INC.","DESCRIPTION:TERRAGRAPHICS INTERNATIONAL FOUNDATION INC (TIFO), THE RECIPIENT,
WILL COLLABORATE WITH THE SHOSHONE-PAIUTE (A.K.A. SHO PAI) TRIBE OF THE DUCK VALLEY
INDIAN RESERVATION LOCATED BETWEEN IDAHO AND NEVADA TO ADAPT NATIONAL INCIDENT
MANAGEMENT SYSTEM (NIMS).  THE NIMS IS AN EMERGENCY RESPONSE FRAMEWORK TO ADDRESS FAST
MOVING MINING PROJECTS IN THE NATIONAL ENVIRONMENTAL POLICY ACT (NEPA) REVIEW PROCESS,
FACILITATING USE OF TRIBAL CULTURAL AND ENVIRONMENTAL KNOWLEDGE TO ADDRESS MINING
IMPACTS. THE PROJECT WILL ADAPT THREE COMPONENTS OF NIMS (RESOURCE MANAGEMENT;
COORDINATION; AND COMMUNICATION STRATEGIES) TO IMPROVE TRIBAL RESPONSE TO NEPA REQUESTS
BASED ON THE ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM SOLVING (EJCPS) PROCESS.

THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $450,000. PREAWARD COSTS ARE APPROVED BACK TO JANUARY 1, 2024. REFER TO TERMS AND CONDITIONS

ACTIVITIES:THE FOUR ACTIVITIES LISTED BELOW WILL BE CONDUCTED OVER THREE YEARS:

WORKSHOPS: EIGHT WORKSHOPS ON THE RAPID RESPONSE STRATEGY;

TRAINING: FIVE TRAINING EVENTS ON RESOURCE MANAGEMENT COVERING NEPA PROCESS, ENVIRONMENTAL IMPACT REVIEW, HEALTH IMPACT ASSESSMENTS, NIMS, AND GEOGRAPHICAL INFORMATION SYSTEM (GIS) APPLICATION AND TOOLS;

COMMUNITY FORUMS: SIX COMMUNITY FORUMS OVER THE THREE YEARS TO ENGAGE COMMUNITY ON THE GRANT EARLY AND THROUGHOUT THE GRANT PERIOD;

HANDS-ON ACTIVITIES: THREE HANDS ON ACTIVITIES, BEGINNING WITH BASELINE DATA COLLECTION OF THE TRIBE'S ENVIRONMENTAL AND CULTURAL RESOURCES THEY WANT TO PROTECT, FOLLOWED BY ADAPTING AND REFINEMENT OF THE NIMS TO RESPOND TO MIMING PROJECTS REVIEWED UNDER NEPA.

SUBRECIPIENT:SHO PAI OF DUCK VALLEY INDIAN RESERVATION WILL BE A CO-PARTNER IN THE DEVELOPMENT AND IMPLEMENTATION OF WORKSHOPS, TRAININGS, COMMUNITY FORUMS, AND HANDS-ON ACTIVITIES AS SUBAWARDEE IN THIS ASSISTANCE AGREEMENT.  THESE FOUR ACTIVITIES WILL BE CONDUCTED OVER THREE YEARS AND RESULT IN OUTPUTS (DELIVERABLES) AS LISTED BELOW:

-   WORKSHOPS: EIGHT WORKSHOPS ON THE RAPID RESPONSE STRATEGY;

-   TRAINING: FIVE TRAINING EVENTS ON RESOURCE MANAGEMENT COVERING NEPA PROCESS, ENVIRONMENTAL IMPACT REVIEW, HEALTH IMPACT ASSESSMENTS, NIMS, AND GEOGRAPHICAL INFORMATION SYSTEM (GIS) APPLICATION AND TOOLS;

-   COMMUNITY FORUMS: SIX COMMUNITY FORUMS OVER THE THREE YEARS TO ENGAGE COMMUNITY ON THE GRANT EARLY AND THROUGHOUT THE GRANT PERIOD.

-   HANDS-ON ACTIVITIES: THREE HANDS ON ACTIVITIES, BEGINNING WITH BASELINE DATA COLLECTION OF THE TRIBES ENVIRONMENTAL AND CULTURAL RESOURCES THEY WANT TO PROTECT, FOLLOWED BY ADAPTING AND REFINEMENT OF THE NIMS TO RESPOND TO MIMING PROJECTS REVIEWED UNDER NEPA.

THE RECIPIENT MUST REPORT ON ITS SUBAWARD MONITORING ACTIVITIES UNDER 2 CFR 200.332(D) AS A SUBAWARDEE, AS NOTED HEREIN (AND TERMS AND CONDITIONS).  SHO PAI WILL ALSO BE RESPONSIBLE FOR REPORTING TO TIFO ON PROGRESS OF ACTIVITIES, AS FOLLOWS: 1. SUMMARIES OF FINANCIAL AND PROGRAMMATIC REPORTS, INCLUDING REPORTS DEMONSTRATING SUBAWARDEE (SUBRECIPIENT) EFFECTIVE PERFORMANCE; ENVIRONMENTAL RESULTS THE SUBRECIPIENT ACHIEVED, AND MANAGEMENT DECISIONS RELATIVE TO GRANT ACTIVITIES; AND ANY ACTIVITIES WHICH ARE NOT EXPECTED TO MEET OUTCOMES, MILESTONES, OR SCHEDULES AND CORRECT ACTIONS .  OUTCOMES:THE GRANTEE TIFO WITH ENGAGEMENT AND SUPPORT FROM TRIBE SHO PAI OF DUCK VALLEY INDIAN RESERVATION (DVIR) A SUBAWARDEE TO TIFO, WILL DEVELOP CAPACITY AND TOOLS FOR TRIBE TO EFFECTIVELY AND MORE RAPIDLY RESPOND TO GOVERNMENT TO GOVERNMENT CONSULTATION ON PROPOSED MINING PROJECTS.  TIFO AND SHO PAI OF DVIR WILL COLLABORATE TO COMPLETE WORKSHOPS, TRAININGS, COMMUNITY FORUMS AND HANDS ON ACTIVITIES AS THEIR DELIVERABLES (OUTPUTS):

COMPLETE EIGHT WORKSHOPS ON THE RAPID RESPONSE STRATEGY TO INCREASE CAPACITY OF SHO PAI TRIBE; COMPLETE FIVE TRAINING EVENTS ON RESOURCE MANAGEMENT COVERING NEPA PROCESS, ENVIRONMENTAL IMPACT REVIEW, HEALTH IMPACT ASSESSMENTS, NIMS, AND GEOGRAPHICAL INFORMATION SYSTEM (GIS) APPLICATI",C83QUXEKJ2C4,2024-04-24,2024,2024-05-09,2024-01-01,2026-12-31,2024-04-24,UNITED STATES,ID,57,LATAH,83843,1,MOSCOW,IDAHO,16,1839106,39517,967737,USA,UNITED STATES,OWYHEE,DUCK VALLEY RESERVATION,IDAHO,66.306,"TERRAGRAPHICS INTERNATIONAL FOUNDATION, INC.",1,450000,24822,207259,6800_98T88301 -NONE-
_66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,221449377,221449377,221449377,221449377,50106.78,PROJECT GRANT (B),"$399,893.22"

{82646},171128544,https://www.usaspending.gov/award/ASST_NON_02J56101_6800,02J56101,PROJECT GRANT (B),ASST_NON_02J56101_6800,02J56101,2024-11-15 04T02:28.76Z,"$443,189.00",METHOW VALLEY CITIZENS COUNCIL,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO METHOW VALLEY CITIZENS COUNCIL. THE RECIPIENT WILL 1) BUILD CLIMATE CHANGE RESILIENCY THROUGHOUT OKANOGAN COUNTY USING THE CLIMATE ACTION PLAN FRAMEWORK; 2) PROMOTE EQUITABLE POLLUTION MONITORING AND FUELS REDUCTION SOLUTIONS; AND 3) IN 2025, METHOW VALLEY CITIZENS COUNCIL AND PARTNERS WILL HOST AN AIR AND CLIMATE CONFERENCE IN NORTH CENTRAL WASHINGTON TO ENGAGE THE BROADER REGION AND PROCURE COMMITMENTS FROM LOCAL GOVERNMENTS ON ACTION ITEMS DIRECTLY RELATED TO STRENGTHENING CLIMATE RESILIENCY FOR VULNERABLE AND OVERBURDENED COMMUNITIES. IT IS ANTICIPATED THAT THIS WORK WILL INFORM, ENGAGE, AND DEEPEN CONNECTIONS BETWEEN OVERBURDENED AND VULNERABLE COMMUNITIES ACROSS NORTH CENTRAL WASHINGTON.

ACTIVITIES:THE ACTIVITIES INCLUDE CONDUCTING 12 QUARTERLY FORUMS THROUGH THE 3-YEAR PERFORMANCE PERIOD TO ADVANCE IMPLEMENTATION OF THE CLIMATE ACTION PLAN AND SHARE RELEVANT EDUCATION AND COLLABORATION AROUND RURAL CLIMATE SOLUTIONS; COORDINATING AND

SUPPORTING A VOLUNTEER 'IMPLEMENTATION HUB', THAT PROVIDE GRANT SUPPORT, EVALUATION AND METRICS, AND NETWORKING TO ADVANCE CLIMATE ACTION PROJECTS; DISTRIBUTING 12 QUARTERLY NEWSLETTERS FOR RESILIENT METHOW OVER THE THREE-YEAR PERFORMANCE PERIOD; COORDINATING TARGETED OUTREACH AND COLLABORATION WITH STAKEHOLDERS IN IMPLEMENTING THE METHOW VALLEY CLIMATE ACTION PLAN; HIRING A SUMMER INTERN FOR RESILIENT METHOW; CONDUCTING 12 CHIPPING AND VEGETATION DRIVES OVER THE 3-YEAR PERFORMANCE PERIOD; RECRUITING TWO NEW CLEAN AIR AMBASSADORS TO THE CLEAN AIR AMBASSADOR NETWORK IN VULNERABLE COMMUNITIES IN OKANOGAN COUNTY CURRENTLY WITHOUT AN AIR QUALITY SENSOR WITHIN ~10 MILES; REPLACING 35 AGING PURPLE AIR SENSORS; DEVELOPING A DIRECT MAILER OUTREACH FOR PRESCRIBED BURNING OPERATIONS FOR LOCALLY AFFECTED COMMUNITIES IN NORTH CENTRAL WASHINGTON; DEVELOPING 'ALTERNATIVES TO BURNING' HANDOUTS AND OTHER MATERIAL FOCUSING ON WHY AND HOW PROPERTY OWNERS CAN REDUCE AIR POLLUTION AND BE PREPARED FOR WILDFIRE; SECURING A VENUE FOR AIR AND CLIMATE CONFERENCE; INVITING PARTNERS, INCLUDING OTHER ORGANIZATIONS, AGENCIES, AND BUSINESSES; SECURING KEYNOTE SPEAKER COMMITMENT FOR THE CONFERENCE; PLANNING ALL LOGISTICS: AUDIO-VISUAL, CATERING, RENTALS, DECORATION; ADVERTISING THE AIR AND CLIMATE CONFERENCE; COORDINATING OUTREACH MATERIALS; HOSTING AN AIR AND CLIMATE CONFERENCE.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE: 40 RELIABLE LOW-COST SENSORS TO MONITOR PM2.5 POLLUTION; 13 QUARTERLY FORUMS FOCUSED ON IMPLEMENTING ACTIONS IN THE METHOW VALLEY CLIMATE ACTION PLAN (MVCAP); 18 WOOD CHIPPING AND VEGETATION DRIVE EVENTS OVER THREE YEARS; 1 REGIONAL AIR AND CLIMATE CONFERENCE.

THE EXPECTED OUTCOMES INCLUDE AN INCREASE IN THE NUMBER OF RESIDENTS ENGAGED IN CLIMATE RESILIENCY AND AIR QUALITY ISSUES AND WORK IN THE COMMUNITY (~1,000 RESIDENTS); DECREASED AIR POLLUTION FROM OUTDOOR BURNING; CONVENING OF OTHER ORGANIZATIONS, PARTNERS, AND POTENTIAL NEW PARTNERS RESULTING FROM THE AIR AND CLIMATE CONFERENCE; NEW AIR POLLUTION MONITORS IN PREVIOUSLY UNMONITORED AREAS; DEEPER CONVERSATIONS ABOUT AIR POLLUTIONS AND CLIMATE SOLUTIONS OCCUR AS A RESULT OF AIR AND CLIMATE CONFERENCE.

THE INTENDED BENEFICIARIES INCLUDE LOCAL PARTNERS; COMMUNITY RESIDENTS; UNDERSERVED POPULATIONS IN OKANOGAN COUNTY; CITY, STATE, AND LOCAL GOVERNMENT; MEMBERS OF THE COMMUNITY AT INCREASED RISK FROM EXPOSURE TO WILDFIRE SMOKE AND AIR POLLUTION (E.G. ELDERS, CHILDREN, PREGNANT WOMEN); COUNTY PUBLIC HEALTH LEADERSHIP; ATTENDEES OF THE AIR AND CLIMATE CONFERENCE.",SCJCN3LPMCE7,2024-04-22,2024,2024-05-09,2024-02-01,2027-01-31,2024-04-22,UNITED STATES,WA,47,OKANOGAN,98856,4,TWISP,WASHINGTON,53,7705281,42104,778838,USA,UNITED STATES,OKANOGAN,TWISP,WASHINGTON,66.306,METHOW VALLEY CITIZENS COUNCIL,0,443189,24879,,6800 02J56101 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,221449225,221449225,221449225,221449225,57670.23,PROJECT GRANT (B),"$385,518.77"

{82646},171975329,https://www.usaspending.gov/award/ASST_NON_95335501_6800,95335501,PROJECT GRANT (B),ASST_NON_95335501_6800,95335501,2024-06-27 02J38:57.390 Z,"$370,775.00",RIDGE TO REEFS INC,"DESCRIPTION:THIS COOPERATIVE AGREEMENT PROVIDES FUNDING TO RIDGE TO REEFS, INC. TO FUND A PROJECT ADDRESSING LEGACY AIR AND WATER POLLUTION CONTAMINATION IMPACTS FROM THE CHALK POINT GENERATING STATION, A FORMERLY COAL-FIRED POWER PLANT LOCATED ADJACENT TO THE COMMUNITY OF EAGLE HARBOR, MD. EAGLE HARBOR IS THE LAST HISTORICALLY AFRICAN AMERICAN (GREATER THAN 90%) WATERFRONT COMMUNITY IN THE ENTIRE CHESAPEAKE BAY. THE PROJECT IS A COLLABORATION AMONG LOCAL COMMUNITY ORGANIZATIONS, COMMUNITY MEMBERS, SCIENTISTS, ENVIRONMENTAL ENGINEERS, EDUCATORS AND POLICYMAKERS TO CLEARLY DEFINE WATER QUALITY, SOIL, AND HEALTH IMPACTS IN EAGLE HARBOR AND TRACK IMPROVEMENTS FROM THE IMPLEMENTATION OF NATURE-BASED RESTORATION TECHNIQUES.ACTIVITIES:THE ACTIVITIES TO BE PERFORMED INCLUDE MONTHLY PARTNER MEETINGS, COMMUNITY MEETINGS, COLLECTING ENVIRONMENTAL DATA (WATER QUALITY, SOIL QUALITY), ANALYZING DATA AND DEVELOPING REPORTS, CONDUCTING FIELDWORK DEVELOPING RESTORATION STRATEGIES TO ADDRESS POLLUTION ISSUES, CREATING A DRAFT ACTION PLAN FOR ENVIRONMENTAL HEALTH IN EAGLE HARBOR, DEPLOYING WATER AND/OR SOIL REMEDIATION STRATEGIES WHERE CONTAMINATION HAS BEEN IDENTIFIED, AND CREATING A SMALL COMMUNITY-SCALE NATURE-BASED WASTEWATER TREATMENT PILOT.SUBRECIPIENT:THE PATUXENT RIVERKEEPER ORGANIZATION WILL BE RECEIVING A SUBAWARD OF $9,750. FRED TUTMAN, THE PATUXENT RIVERKEEPER, AND THE PATUXENT RIVERKEEPER ORGANIZATION WILL SUPPORT THE SUCCESS OF THIS PROJECT BY HELPING TO INTERFACE WITH TOWN MANAGEMENT AND RESIDENTS IN A LONG-TERM, CONSISTENT MANNER THAT BUILDS TRUST; HOSTING COMMUNITY MEETINGS AND GATHERING INFORMATION FROM CONVERSATIONS WITH COMMUNITY MEMBERS TO GLEAN INFORMATION AND PROMOTE INTEREST IN LOCAL WATER QUALITY SOLUTIONS; AND WORKING WITH THE TOWN TO IDENTIFY AND BUILD CONSENSUS AROUND LOCAL CONSERVATION GOALS, PROBLEMS, AND STRATEGIES.

THE UNIVERSITY OF MARYLAND, DEPARTMENT OF ENVIRONMENTAL SCIENCE AND TECHNOLOGY, WILL BE RECEIVING A SUBAWARD OF $5,000. DR. PETER IAN MAY FROM THE UNIVERSITY OF MARYLAND'S ROLE IN THE PROJECT INCLUDES PROVIDING OYSTER CAGES FOR POTENTIAL REMEDIATION PROJECTS, ASSISTING WITH DATA ANALYSIS, AND ASSISTING WITH THE DESIGN OF NATURE-BASED SYSTEMS.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE SUCCESSFULLY COLLECTING SOIL AND WATER QUALITY DATA, CREATING AN ACTION PLAN, INVOLVING THE COMMUNITY, AND DEPLOYING SOIL AND/OR WATER REMEDIATIONS TO HELP CLEAN THE COASTAL AREA IN EAGLE HARBOR.

THE EXPECTED OUTCOMES ARE TO ENSURE A CLEAN BILL OF HEALTH FOR THEIR COMMUNITY'S

FUTURE, ENGAGE COMMUNITY STAKEHOLDERS AND HOMEOWNERS IN THE PLAN TO IMPLEMENT
BIOREMEDIATION OF CONTAMINATED SOIL OR WATER, AND PROVIDE AFFORDABLE, NATURE-BASED
SEPTIC UPGRADES. OTHER OUTCOMES INCLUDE STRENGTHENING THE TOWN TO HAVE THE ABILITY TO
MAKE INFORMED DECISIONS LONG AFTER THE PROJECT ENDS. THERE WILL BE INCREASED TRUST AND
COLLABORATION BETWEEN DECISION-MAKERS AND RESIDENTS.


THE BENEFICIARIES INCLUDE CURRENT AND FUTURE EAGLE HARBOR
RESIDENTS.",WV21TFJGANU6,2024-05-22,2024,2024-06-06,2024-02-01,2027-01-31,2024-05-
22,UNITED
STATES,MD,13,CARROLL,21784,2,SYKESVILLE,MARYLAND,24,6177224,172891,774740,USA,UNITED
STATES,PRINCE GEORGE'S,EAGLE HARBOR,MARYLAND,66.306,RIDGE TO REEFS
INC,0,370775,33707,,6800 95335501 -NONE- 66.306_0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,222329793,222329793,222329793,222329793,,PROJECT GRANT (B),"$370,775.00"

{82646},171584189,https://www.usaspending.gov/award/ASST_NON_02J56401_6800,02J56401,PRO
JECT GRANT (B),ASST_NON_02J56401_6800,02J56401,2024-11-15 04:02:28.768
Z,"$341,538.00",UPPER SNAKE RIVER TRIBES FOUNDATION INC,"DESCRIPTION:WITH THE
ENVIRONMENTAL PROTECTION AGENCY (EPA) ENVIRONMENTAL JUSTICE COLLABORATIVE PROBLEM
SOLVING (EJCPS) FUNDING OPPORTUNITY, THE GRANTEE HOPES TO BUILD OFF THEIR PREVIOUS
EFFORTS TO IMPLEMENT A STRONGER, BETTER PREPARED GENERATION OF TRIBAL ENVIRONMENTAL
LEADERS. THERE ARE THREE FOCUS AREAS IN WHICH UPPER SNAKE RIVER TRIBAL FOUNDATION (USRT
OR USRTF) CAN ENGAGE TRIBAL YOUTH ON CLIMATE HAZARDS AND ENVIRONMENTAL JUSTICE
CONCERNS: 1) IMPROVE THE ENVIRONMENTAL JUSTICE LITERACY OF TRIBAL YOUTH; 2)
AUTHENTICALLY CONNECT TRIBAL YOUTH TO LOCAL AND REGIONAL ENVIRONMENTAL JUSTICE ISSUES
THAT IMPACT THEIR COMMUNITY THROUGH COLLABORATIVE CIVIC ENGAGEMENT; AND 3) EMPOWER
TRIBAL YOUTH TO TAKE ACTION THROUGH CAREER AND WORKFORCE DEVELOPMENT IN CLIMATE AND
ENVIRONMENTAL JUSTICE. THE OVERARCHING GOAL OF THIS PROGRAM WILL BE TO PROVIDE
COLLABORATIVE EXPERIENCES, TRAINING, AND OPPORTUNITIES THAT WILL HELP THE NEXT
GENERATION OF TRIBAL LEADERS ADDRESS THEIR MOST PRESSING ENVIRONMENTAL JUSTICE CONCERNS
WITHIN THEIR OWN COMMUNITIES, REGIONALLY, AND BEYOND. USRT WILL ACCOMPLISH THIS WORK
WITH THE CONTINUED IMPLEMENTATION OF OUR CLIMATE CURRICULUM AND SUITE OF ENVIRONMENTAL
JUSTICE-FOCUSED PROGRAMMING (FIGURE 2). THE GEOGRAPHIC LOCATION OF THIS WORK WILL VARY
DEPENDING ON THE CIRCUMSTANCES. SOME WORK MAY BE CONDUCTED VIRTUALLY, IN PERSON AT EACH
RESERVATION, AND IN BOISE WHERE MANY OF THE RESOURCES WE HOPE TO OFFER THE STUDENTS ARE
LOCATED.ACTIVITIES:IN YEAR 1 OF THE PROJECT UPPER SNAKE RIVER TRIBES FOUNDATION (USRT
OR USRTF) WILL BEGIN COLLABORATIVE PROGRAM DEVELOPMENT, THEY WILL MEET WITH TRIBAL
LEADERS, EDUCATORS, AND OUR PARTNERS TO STRATEGIZE ON NEXT STEPS. USRT WILL HOST TWO
WORKSHOPS AT EACH RESERVATION OVER THE COURSE OF THE FIRST YEAR. THESE WORKSHOPS WILL
FOCUS ON BUILDING COMMUNITY COLLABORATION, DISCUSSION OF ENVIRONMENTAL JUSTICE AND
CLIMATE ISSUES, IDENTIFYING SERVICE-LEARNING OPPORTUNITIES AND INTRODUCING THE PROGRAM
AND PLAN TO THE COMMUNITY. USRT WILL HOST SIX VIRTUAL CLASSES THAT ARE OPEN TO EACH
MEMBER TRIBE. IN YEAR 2 USRT WILL HOST AN ADDITIONAL FOUR WORKSHOPS (ONE AT EACH
COMMUNITY). USRT WILL CONDUCT FOUR FIELD TRIPS/EJ CAMPS FOCUSED ON IMMERSIVE
ENVIRONMENTAL JUSTICE AND CLIMATE CHANGE LEARNING. DURING YEAR TWO, USRT WILL WORK WITH
STUDENT PARTICIPANTS TO IMPLEMENT TWO SERVICE-LEARNING ACTIVITIES AT EACH RESERVATION
(EIGHT TOTAL). YOUTH-LED SERVICE-LEARNING ACTIVITIES INCLUDE AIR QUALITY MONITORING,
WATER QUALITY TESTING, ENVIRONMENTAL JUSTICE PRESENTATIONS AT THE COMMUNITY CENTER, AND
PUBLIC-EDUCATION CAMPAIGNS ON AN ENVIRONMENTAL JUSTICE TOPIC. USRT WILL HOST VIRTUAL
CLASSES THAT ARE OPEN TO EACH MEMBER TRIBE. IN YEAR 3 USRT AND ITS PARTNERS WILL SELECT
EIGHT TRIBAL YOUTH PARTICIPANTS TO PARTICIPATE IN PAID INTERNSHIPS FOCUSED ON
ENVIRONMENTAL JUSTICE, CLIMATE CHANGE, AND CIVIC ENGAGEMENT. USRT WILL WORK WITH ITS
PARTNERS TO CONDUCT FOUR CAREER-FOCUSED FIELD TRIP EXPERIENCES (ONE FOR EACH TRIBE)
WITH TRIBAL CHAPERONES. USRT WILL HOST VIRTUAL CLASSES THAT ARE OPEN TO EACH MEMBER
TRIBE.

SUBRECIPIENT:FRIENDS OF THE OWYHEE'S (FOTO) WILL BRING THEIR EXPERTISE TO LEAD CAREER,
FIELD-WORK FOCUSED EXPEDITIONS INTO THE OWYHEE CANYONLANDS TO OFFER PARTICIPANTS IN-
THE-FIELD EXPERIENCES. THE NATURE CONSERVANCY (TNC) WILL BRING EXPERTISE TO THE VIRTUAL
CLIMATE JUSTICE CLASSES, HOST TWO SERVICE-LEARNING FIELD DAYS AT ONE OF THE TNC'S
PRESERVES, AND HOST ONE TRIBAL YOUTH INTERN AT THEIR SILVER CREEK PRESERVE.OUTCOMES:THE
ANTICIPATED DELIVERABLES INCLUDE EDUCATING TRIBAL YOUTH ON THE EFFECTS OF CLIMATE
CHANGE, PARTICIPATION IN CAREER BUILDING EVENTS, SERVICE-LEARNING OPPORTUNITIES, AND
WORKSHOP EVENTS. THE INTENDED BENEFICIARIES ARE THE YOUTH OF THE UPPER SNAKE RIVER
TRIBES AND THE IMPACT THEIR EDUCATION WILL HAVE ON THE FUTURE OF THE TRIBES. THE
PROCESS OF ENGAGING WITH TRIBAL COMMUNITIES, EMPOWERING YOUTH, AND SUSTAINING YOUTH
PROGRAMMING CAN BE MODELED BY OTHER COMMUNITIES AND ORGANIZATIONS ACROSS THE
NATION.",DYUCPZHLFAC1,2024-05-09,2024,2024-05-23,2024-05-01,2027-04-30,2024-05-
09,UNITED STATES,ID,1,ADA,83706,2,BOISE,IDAHO,16,1839106,494967,933186,USA,UNITED
STATES,CHURCHILL,FALLON PAIUTE-SHOSHONE RESERVATION,NEVADA,66.306,UPPER SNAKE RIVER
TRIBES FOUNDATION INC,0,341538,26531,,6800 02J56401 -NONE- 66.306_0,6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,221938700,221938700,221938700,221938700,15624.08,PROJECT GRANT
(B),"$325,913.92"

"{78952,14258}",148927800,https://www.usaspending.gov/award/ASST_NON_84037401_6800,8403
7401,PROJECT GRANT (B),ASST_NON_84037401_6800,84037401,2024-11-16 04:34:23.474
Z,"$200,000.00",MID-AMERICA REGIONAL COUNCIL COMMUNITY SERVICES

CORPORATION,"DESCRIPTION:

THE PURPOSE OF THIS COOPERATIVE AGREEMENT (PARTIALLY FUNDED WITH AMERICAN RESCUE PLAN APPROPRIATIONS) IS TO PROVIDE FUNDING UNDER SECTION 103 OF THE CLEAN AIR ACT AND SECTION 104 OF THE CLEAN WATER ACT TO MID-AMERICA REGIONAL COUNCIL CSC TO COORDINATE COMMUNITY-BASED CLIMATE RESILIENCE EFFORTS ACROSS THE KANSAS CITY METROPOLITAN AREA THROUGH STRATEGIC INVESTMENT IN COMMUNITY ORGANIZATIONS AND PUBLIC EDUCATION AROUND THE RECENTLY ADOPTED REGIONAL CLIMATE ACTION PLAN (CAP). THE RECIPIENT INTENDS TO ISSUE SUBAWARD AGREEMENTS TO ITS PARTNERS TO SUPPORT CAPACITY BUILDING WITH STAFF TIME FOR PROJECT DEVELOPMENT AND IMPLEMENTATION, TRAINING, OUTREACH TO OTHER NEIGHBORHOOD GROUPS, AND TECHNICAL ASSISTANCE DELIVERY.


ACTIVITIES:

PROJECT ACTIVITIES INCLUDE PROVIDING COMMUNITY LEADERS WITH FUNDING AND TECHNICAL ASSISTANCE TO ADVANCE NEIGHBORHOOD LEVEL CLIMATE RESILIENCE, WITH AN EMPHASIS ON GREEN INFRASTRUCTURE; COMMUNITY PARTNERS SUPPORTING THE DEVELOPMENT OF A CLIMATE RESILIENCE AND VULNERABILITY ASSESSMENT,  AND DEPLOYING THE FRAMEWORK TO UNDERSTAND THE RISKS, GAPS, AND OPPORTUNITIES TO ADVANCE RESILIENCE GOALS WITHIN THEIR SERVICE AREAS; AND COMMUNITY LEADERS ENGAGING IN SHARED LEARNING OPPORTUNITIES TO CREATE EFFICIENCIES IN NEIGHBORHOOD SCALE CLIMATE RESILIENCE PROJECTS AND IDENTIFY BEST PRACTICES FOR COMMUNITY-BASED RESILIENCE IN THE KANSAS CITY REGION.

OUTCOMES:

EXPECTED OUTCOMES OF THIS PROJECT ARE INCREASED CLIMATE AWARENESS ACROSS THE KC METRO; BUILDING OF CAPACITY, TOOLS, AND MODELS FOR COMMUNITY-BASED RESILIENCE EFFORTS; AND SUPPORTING PROJECTS THAT INCREASE CLIMATE RESILIENCE AMONGST THE MOST VULNERABLE, ALL WHILE CONNECTING COMMUNITY-BASED EFFORTS TO REGIONAL POLICY, PLANNING, AND LOCAL CLIMATE LEADERSHIP. DIRECT BENEFICIARIES OF THIS PROJECT ARE RESIDENTS OF KANSAS CITY, PARTICULARLY IVANHOE, WESTSIDE, AND DUNBAR NEIGHBORHOODS IN KANSAS CITY, MISSOURI AND NORTHEAST NEIGHBORHOODS OF KANSAS CITY, KANSAS.

SUBRECIPIENT:

MARC WILL SUB AWARD $100,000 IN GRANT FUNDS TO COMMUNITY PARTNERS TO SUPPORT CAPACITY BUILDING INCLUDING INCREASED STAFF TIME FOR PROJECT DEVELOPMENT AND IMPLEMENTATION, TRAINING, OUTREACH AND CONSENSUS BUILDING WITH OTHER NEIGHBORHOOD GROUPS, AND TECHNICAL ASSISTANCE DELIVERY ON COMMUNITY RESILIENCE PLANNING AND AIR QUALITY MONITORING.",KYZAXLUEMGL3,2023-04-25,2023,2023-05-04,2022-04-01,2025-09-30,2022-04-01,UNITED STATES,MO,95,JACKSON,64105,5,KANSAS CITY,MISSOURI,29,6154913,717204,771274,USA,UNITED STATES,CASS,KANSAS CITY,MISSOURI,66.306,MID-AMERICA REGIONAL COUNCIL COMMUNITY SERVICES CORPORATION,0,200000,17038,,6800_84037401_-NONE-_66.306_1,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,195794244,208049494,195794244,208049494,135218.72,PROJECT GRANT (B),"$64,781.28"

"{14258,78952}",150724591,https://www.usaspending.gov/award/ASST_NON_84036901_6800,84036901,PROJECT GRANT (B),ASST_NON_84036901_6800,84036901,2024-11-16 04:34:23.474Z,"$200,000.00","GREATER BAYBROOK ALLIANCE, INC","DESCRIPTION:THE PURPOSE OF THIS COOPERATIVE AGREEMENT, PARTIALLY FUNDED BY THE AMERICAN RESCUE PLAN, IS TO PROVIDE FUNDS TO GREATER BAYBROOK ALLIANCE WITH THE GOAL OF BUILDING NEIGHBORHOOD STEWARDSHIP IN THE MASONVILLE COVE WATERSHED.  THIS EFFORT WILL DEVELOP A SYSTEMATIC, COMMUNITY-BASED APPROACH TO ACHIEVE LASTING SOLUTIONS TO THE ENVIRONMENTAL AND PUBLIC HEALTH CONCERNS IN THE MASONVILLE COVE WATERSHED.  THROUGH CAPACITY BUILDING, WE STRENGTHEN THE NEIGHBORHOOD'S ABILITY TO RESPOND TO POLLUTION, TRASH, AND DUMPING BY INCUBATING THE NEW FRIENDS OF FARRING BAYBROOK PARK AND FRIENDS OF MASONVILLE COVE COMMUNITY GROUPS. GBA AND PARTNERS WILL RECRUIT AND SUPPORT RESIDENT LEADERS  THROUGHOUT THE COLLABORATIVE PROBLEM SOLVING PROCESS. PROVIDE RESIDENTS WITH TRAINING INCLUDING WATERSHED ENVIRONMENTALEDUCATION, POLLUTION IDENTIFICATION, MONITORING, AND MITIGATION/ADVOCACY TOOLS.  PROVIDE PEER LEARNING OPPORTUNITIES. IMPLEMENT MAINTENANCE WITH CAPACITYBUILDING/STEWARDSHIP TRAINING AND WORKFORCE DEVELOPMENT. PROVIDE ONGOING SUPPORT.ACTIVITIES:TO ACHIEVE THE PROPOSED OUTCOMES, COLLABORATIVE TEAM ACTIVITIES FOCUS ON COMMUNITY ENGAGEMENT, EDUCATION, AND TRAINING.  CONDUCT OUTREACH AND ENGAGE NEW STAKEHOLDERS WITH VESTED INTERESTS PROJECT AREAS WHO HAVE INTERESTS IN WATER QUALITY CONCERNS IN THE WATERSHED BUT HAVE NOT YET ENGAGED IN LEARNING OR PROBLEM SOLVING.  CONDUCT POLLUTION 101 TRAINING AND TWO OUTFALL SCREENING BLITZ EVENTS PER YEAR IN THE BAYBROOK REGION. TO EDUCATE RESIDENTS ABOUT POLLUTANTS ENTERING OUR STREAMS AND THE BALTIMORE HARBOR, HOW THEY ARE REGRETTING THERE IN THE FIRST PLACE, AND WHAT COMMUNITY MEMBERS CAN DO TO PROTECT THEIR LOCAL WATER WAYS. THE TRAINING CONNECTS RESIDENTS WITH THE PEOPLE AND TOOLS THEY NEED TO EFFECTIVELY ADVOCATE FOR WATERWAY HEALTH IN THEIR OWN NEIGHBORHOODS. PLAN, ORGANIZE AND ENGAGE RESIDENTS IN ONSITE ENVIRONMENTAL EDUCATIONAL CURRICULA AT THE MASONVILLE COVE ENVIRONMENTAL EDUCATION CENTER AND FERRING BAYBROOK PARK. ENGAGE RESIDENTS IN ACTIVE LEARNING THROUGH TRAINING, HANDS-ON ACTIVITIES, AND DEMONSTRATIONS TO BUILD ORGANIZATIONAL LEADERSHIP, AND LONG-TERM CAPACITY TO ENSURE SUSTAINABLE IMPROVEMENTS THROUGH HOST FOUR COMMUNITY TRAININGS WHICH INCLUDE DEMONSTRATIONS VIA CLEAN-UPS ACROSS THE MASONVILLE COVE WATERSHED. GBA WILL RECRUIT CANDIDATES WITH ORGANIZING AND/OR ENVIRONMENTAL ACTIVISM EXPERIENCE, WITH

ATTENTION TO RECRUIT DIVERSE CANDIDATES INCLUDING COMMUNITY MEMBERS.  PROVIDE HANDS-ON COMMUNITY PROGRAMS TO EDUCATE AND ENCOURAGE YOUTH AND ADULTS ABOUT THEIR BEHAVIORS AND HABITS THAT IMPACT THE ENVIRONMENT. THESE PROGRAMS ARE DESIGNED TO INCREASE PUBLIC AWARENESS OF URBAN ENVIRONMENTAL ISSUES AND THE HUMAN IMPACT ON THE ENVIRONMENT, INCREASE KNOWLEDGE ABOUT WATERSHED DYNAMICS AND THE TYPES OF POLLUTION AFFECTING THE CHESAPEAKE BAY, AND ENCOURAGE PARTICIPATION IN THE FREE COMMUNITY ACTIVITIES. THE MCEEC COMMUNITY PROGRAMS ADDRESS WAYS THAT PEOPLE CAN CHANGE THEIR HABITS AND DEMONSTRATE THAT SMALL ACTIONS UNDERTAKEN BY MANY PEOPLE SUCH AS THROWING AWAY TRASH, RECYCLING.

SUBRECIPIENT:LIVING CLASSROOM FOUNDATION ON BEHALF OF THE MASONVILLE COVE PARTNERSHIP

THE  LIVING CLASSROOM FOUNDATIONN WILL PROVIDE PLACE-BASED ENVIRONMENTAL EDUCATION WITH ATTENTION TO THE MASONVILLE COVE

WATERSHED DYNAMICS AND WATER QUALITY ISSUES; GATHER AND SHARE INFORMATION ABOUT WATER QUALITY IN THE MASONVILLE

COVE WATERSHED; AND DEVELOP AND PROVIDE PEER LEARNING EXCHANGE OPPORTUNITIES WITH THE PATUXENT NATIONAL WILDLIFE REFUGE.

GBA IS AN EXISTING PARTNER TO THE MASONVILLE COVE PARTNERSHIP THROUGH OUR WORK TO EXPAND

PEDESTRIAN/BICYCLE ACCESS TO MASONVILLE COVE; THIS PROJECT BUILDS ON OUR CURRENT COLLABORATION. THE

MASONVILLE COVE PARTNERSHIP WILL BE A SUBRECIPIENT OF THIS AWARD (LIVING CLASSROOMS FOUNDATION AS THE

FISCAL AGENT) IN COMPLIANCE WITH 2 CFR   200.331.

BLUE WATER BALTIMORE (BWB) BRINGS DEEP TECHNICAL EXPERTISE ON WATER QUALITY

ISSUES AND REMEDIATION",JQ5CBNJP8FU1,2024-01-30,2024,2024-02-06,2022-07-01,2025-06-30,2022-07-06,UNITED STATES,MD,510,BALTIMORE (CITY),21225,7,BROOKLYN,MARYLAND,24,6177224,585708,745963,USA,UNITED STATES,BALTIMORE (CITY),BALTIMORE,MARYLAND,66.306,"GREATER BAYBROOK ALLIANCE, INC",0,200000,17373,,6800 84036901 -NONE- 66.306 1,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,198110892,218034145,198110892,218034145,106143.01,PROJECT GRANT (B),"$93,856.99"

{14258},148927795,https://www.usaspending.gov/award/ASST_NON_84037701_6800,84037701,PROJECT GRANT (B),ASST_NON_84037701_6800,84037701,2024-11-16 04:34:23.474 Z,"$200,000.00",SEEED INC.,"DESCRIPTION:

THE PURPOSE OF THIS AMERICAN RESCUE PLAN (ARP) FUNDED COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING UNDER SECTION 103 OF THE CLEAN AIR ACT TO SEEED, INC TO IMPROVE THE ENERGY EFFICIENCY, INDOOR AIR QUALITY, AND CLIMATE RESILIENCE OF THE OLDER HOUSING STOCK IN KNOXVILLE AND ADDRESS HEALTH DISPARITIES ASSOCIATED WITH EXPOSURE TO AIR POLLUTION AND CLIMATE CHANGE IMPACTS. THIS AGREEMENT QUALIFIES FOR ARP FUNDING UNDER CAA SECTION 103(B)(3). PEOPLE WITH MODERATE-TO-SEVERE OR UNCONTROLLED ASTHMA ARE MORE LIKELY TO BE HOSPITALIZED FROM COVID-19. AIR POLLUTION MAY CONTRIBUTE TO ASTHMA. BY ADDRESSING AIR POLLUTION IN CAA 103(B)(3) PROJECTS, THE CHANCES OF SEVERE ILLNESS FROM COVID-19 ARE REDUCED.

ACTIVITIES:

PROJECT ACTIVITIES INCLUDE (1) CONVENING A CLIMATE PLUS STAKEHOLDERS TASK FORCE TO ADDRESS THE ISSUES OF CLIMATE CHANGE, WEATHERIZATION, ENERGY EFFICIENCY, INDOOR AIR QUALITY, AND HEALTH;  (2) CONDUCTING A STUDY AND PUBLIC EDUCATION PROJECT TO ASSESS AND IMPROVE THE INDOOR AIR QUALITY IN 40-50 WEATHERIZED HOMES AND LEARN THE BEST LOW-COST, INDOOR AIR QUALITY IMPROVEMENTS THAT CAN BE MADE BY YOUNG ADULTS TO INFORM WORKFORCE DEVELOPMENT; AND (3) EDUCATING LOW INCOME COMMUNITY MEMBERS ON HOW CLIMATE CHANGE WILL AFFECT INDOOR AIR QUALITY AND THE LINK BETWEEN RESPIRATORY ILLNESS, AIR QUALITY, AND CLIMATE CHANGE.

OUTCOMES:

EXPECTED OUTCOMES OF THIS PROJECT ARE COMMUNITY VISION AND STRATEGIC GOAL SETTING TO
SOLVE INDOOR ENVIRONMENTAL AND HOUSING INJUSTICES, ACCRUAL OF INDOOR AIR QUALITY,
HEALTH, AND WELLBEING BENEFITS TO LOW-INCOME HOUSEHOLDS, INCREASE IN ACCESS TO
INFORMATION THAT EDUCATES THE COMMUNITY, AND ADDRESSING RACIAL, HEALTH AND WEALTH
DISPARITIES THROUGH IMPROVED HOUSING CONDITIONS AND CLIMATE PREPAREDNESS MEASURES.
DIRECT BENEFICIARIES ARE LOW-INCOME MINORITIES IN KNOXVILLE WHERE THE LARGEST POCKETS
OF BOTH POVERTY AND PEOPLE OF COLOR EXIST AND THE HOUSING STOCK IS OLDER.

SUBRECIPIENT:

THE RECIPIENT INTENDS TO ISSUE A SUBAWARD AGREEMENT TO THREE3, INC. IN COMPLIANCE WITH
APPENDIX A OF EPA&RSQUO;S SUBAWARD POLICY. THREE3, INC. IS A 501 (C)(3) NON-PROFIT
SCIENTIFIC AND EDUCATION ORGANIZATION LOCATED IN KNOXVILLE. THREE3 WILL PROVIDE
TECHNICAL ASSISTANCE TO SEEED FOR COMMUNITY ENGAGEMENT STRATEGIES, PROVIDE TRAINING AND
EDUCATIONAL MATERIALS FOR CE TRAINING AND COMMUNITY OUTREACH AND EDUCATION, COORDINATE
PARTNER COLLABORATION AND WORK CLOSELY WITH THE CITY TO FACILITATE THE CLIMATE PLUS
TASK FORCE, BE RESPONSIBLE FOR MEASURING THE OUTPUTS AND EVALUATING THE OUTCOMES OF THE
CLIMATE PLUS PILOT PROJECT, AND CONTRIBUTE TO THE DISSEMINATION OF THE
RESULTS.",G2DLTR2LLBG1,2024-03-22,2024,2024-04-08,2022-05-01,2025-04-30,2022-04-
14,UNITED
STATES,TN,93,KNOX,37915,2,KNOXVILLE,TENNESSEE,47,6910840,478971,783395,USA,UNITED
STATES,KNOX,KNOXVILLE,TENNESSEE,66.306,SEEED INC.,0,200000,12365,,6800_84037701_-NONE-
_66.306_1,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,195794237,220508224,195794237,220508224,163098.66,PROJECT GRANT
(B),"$36,901.34"

{14258},146600642,https://www.usaspending.gov/award/ASST_NON_02J03001_6800,02J03001,PRO
JECT GRANT (B),ASST_NON_02J03001_6800,02J03001,2024-11-16_04:34:23.474
Z,"$200,000.00",CONFEDERATED TRIBES OF COLVILLE RESERVATION,"DESCRIPTION:

THE PURPOSE OF THIS AMERICAN RESCUE PLAN FUNDED ENVIRONMENTAL JUSTICE COLLABORATIVE
PROBLEM SOLVING (EJCPS) COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING UNDER SECTION 103
OF THE CLEAN AIR ACT TO THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION TO INSTALL
A NETWORK OF 52 CONSUMER-GRADE PURPLEAIR PARTICULATE MATTER (PM)2.5 MONITORS TO PROVIDE
REAL-TIME DATA DURING THE SMOKE SEASON, WITH THE APPLICATION OF CORRECTION EQUATIONS TO
PROVIDE DATA REGARDING THE FREQUENCY, INTENSITY, AND LOCATION OF HIGH-PM2.5 EVENTS DUE
TO DUST STORMS OR INDUSTRIAL EMISSIONS.

ACTIVITIES:

WITHIN THE UPPER COLUMBIA RIVER/LAKE ROOSEVELT VALLEY IN WASHINGTON BETWEEN THE US-
CANADA BORDER AND THE CONFLUENCE WITH THE SPOKANE RIVER, FEW AIR MONITORING STATIONS
ARE IN LOCATIONS THAT CAN PROVIDE DATA TO HELP RESIDENTS ASSESS THEIR ACUTE AND CHRONIC
RISKS. PROJECT ACTIVITIES FOR THIS PROJECT INCLUDE DISSEMINATING RELEVANT DATA
INTERPRETATIONS AND PROVIDING EDUCATION TO ALLOW REGIONAL RESIDENTS TO MAKE INFORMED
CHOICES ABOUT THEIR ACTIVITIES DURING TIMES OF HIGH AIR POLLUTION.

OUTCOMES:

EXPECTED OUTCOMES INCLUDE STRENGTHENING PARTNERSHIPS BETWEEN TRIBAL MEMBERS AND OTHER
LOCAL RESIDENTS TO ADDRESS SHARED HIGH-PRIORITY ENVIRONMENTAL CONCERNS AND ENHANCING
TRIBAL GOVERNMENTS' ABILITY TO PRIORITIZE POLICIES ABOUT AIR QUALITY IMPROVEMENT.
DIRECT BENEFICIARIES ARE RESIDENTS OF NORTH-CENTRAL EASTERN WASHINGTON. PEOPLE WITH
MODERATE-TO-SEVERE OR UNCONTROLLED ASTHMA ARE MORE LIKELY TO BE HOSPITALIZED FROM
COVID-19. AIR POLLUTION MAY CONTRIBUTE TO ASTHMA. BY ADDRESSING AIR POLLUTION IN CAA
103(B)(3) PROJECTS, THE CHANCES OF SEVERE ILLNESS FROM COVID-19 ARE REDUCED.

SUBRECIPIENT:

NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.",NU9UAKLRDDP1,2024-03-
29,2024,2024-04-08,2022-02-01,2025-01-31,2022-02-11,UNITED
STATES,WA,47,OKANOGAN,99155,4,NESPELEM,WASHINGTON,53,7705281,42104,778838,USA,UNITED
STATES,OKANOGAN,COLVILLE RESERVATION,WASHINGTON,66.306,CONFEDERATED TRIBES OF COLVILLE
RESERVATION,0,200000,0,,6800_02J03001_-NONE-_66.306_1,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,192489356,220508192,192489356,220508192,131785.95,PROJECT GRANT
(B),"$68,214.05"

"{14258,78952}",149848347,https://www.usaspending.gov/award/ASST_NON_84037101_6800,8403
7101,PROJECT GRANT (B),ASST_NON_84037101_6800,84037101,2024-11-16_04:34:23.474
Z,"$200,000.00",METRO COMMUNITY MINISTRIES INC,"DESCRIPTION:THE PURPOSE OF THIS
COOPERATIVE AGREEMENT, PARTIALLY FUNDED BY THE AMERICAN RESCUE PLAN, IS TO PROVIDE
FUNDING TO METRO MINISTRIES TO CONDUCT PUBLIC EDUCATION THROUGH YOUTH PRESENTATIONS
TARGETING COMMUNITY ORGANIZATIONS, SCHOOLS AND COMMUNITY GROUPS.  YOUTH AND YOUNG
ADULTS WILL BE RECRUITED FROM AMONG RESIDENTS IN TARGET COMMUNITIES AND PARTICIPATE IN
A 10-HOUR TRAINING ON THE CLEAN WATER ACT, WHICH WILL INCLUDE ENVIRONMENTAL HEALTH
PRACTICES, LEARNING INFORMATION RELATED TO CAUSE, EFFECT, PREVENTION, REDUCTION AND
ELIMINATION OF WATER POLLUTION.  AN ADDITIONAL FIVE HOURS OF COVID 19 HEALTH AND SAFETY

TRAINING WILL BE INCORPORATED.  THESE YOUTH, COMMUNITY ADVOCATES, WILL DEVELOP ARTISTIC PRESENTATIONS USING SOCIAL MEDIA, WEB PRESENCE, COMIC BOOKS, SKITS/THEATRICAL ENDEAVORS, AND PRESENTATIONS BOTH IN PERSON AND VIRTUAL.ACTIVITIES:THROUGH HEALTHY COMMUNITIES METRO ANTICIPATES RECRUITING 20 COMMUNITY ADVOCATES FROM THE TARGET COMMUNITIES OVER THE TWO YEAR PERIOD.  3-5 TEAMS OF YOUTH WILL PROVIDE EDUCATION AND AWARENESS TO 4 ELEMENTARY SCHOOLS AND 200 STUDENTS; REACH FOUR COMMUNITY GROUPS AND 60 MEMBERS, AND FOUR COMMUNITY ORGANIZATIONS AND 100 COMMUNITY PROFESSIONALS THROUGH PRESENTATION OF CLEAN WATER AND POLLUTION ABATEMENT STRATEGIES.  COMMUNITY ADVOCATES WILL PRODUCE CLEAN WATER WORKSHOPS IN FIVE MODALITIES:  MICRO-PLAY, PICTORIAL, VIDEO, MUSICAL DELIVERY/SONG, AND AN E-BOOK; EACH OF THESE WILL BE SHARED WITH THE FUNDER AND LOCAL ENVIRONMENTAL GROUPS, AND POSTED ON THE PROGRAM'S SOCIAL MEDIA PAGES. SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:DIRECT BENEFICIARIES OF THIS GRANT ARE AT LEAST 12 COMMUNITY GROUPS, AND FOUR COMMUNITY STAKEHOLDER GROUPS. HEALTHY COMMUNITIES WILL PROVIDE EDUCATIONAL WORKSHOPS TO AT LEAST 12 COMMUNITY GROUPS.  BY EDUCATING COMMUNITY ON HEALTHY WATERWAYS AND RESPONSIBILITY TOWARDS WATER SOURCES, 80% OF PARTICIPANTS WILL DEMONSTRATE INCREASED KNOWLEDGE OF HEALTH AND SAFE WATERWAYS, THUS CREATING EMPOWERMENT TOWARDS A CLEANER SOURCE OF WATER FOR HOUSEHOLDS AND BUSINESSES.- STAKEHOLDER CONSENSUS:  HEALTHY COMMUNITIES WILL PROVIDE EDUCATION TO AT LEAST FOUR COMMUNITY STAKEHOLDER GROUPS.  AT END OF THE PRESENTATION, STAKEHOLDER PARTICIPANTS WILL BUILD CONSENSUS ON EFFORTS TO ENSURE HEALTH WATERWAYS IN THEIR COMMUNITIES, DEVELOPING A PLAN OF CONTINUED EDUCATION. - ENVIRONMENTAL RESULTS:  AT LEAST 80% OF EDUCATIONAL WORKSHOP PARTICIPANTS WILL DEMONSTRATE INCREASED KNOWLEDGE IN ENVIRONMENTAL HEALTH AND SAFETY, THUS INCREASING HEALTHY WATERWAYS.- SUSTAINABILITY:  BY PROVIDING EDUCATIONAL WORKSHOPS AND TANGIBLE SKILLS FOR ENVIRONMENTAL HEALTH AND SAFETY, AT LEAST 75% OF PARTICIPANTS WILL DEMONSTRATE COMMITMENT TO CONTINUE COMMUNITY EDUCATION EFFORTS WITH COMMUNITY RESIDENTS, NEIGHBORS, FRIENDS AND FAMILY.",C4MKS1YDS2J3,2024-04-29,2024,2024-05-09,2022-05-01,2025-04-30,2022-05-06,UNITED STATES,GA,63,CLAYTON,30349,5,ATLANTA,GEORGIA,13,10711908,297595,765685,USA,UNITED STATES,,GEORGIA,66.306,METRO COMMUNITY MINISTRIES INC.,0,200000,15325,,6800_84037101_-NONE-_66.306_1,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,19702320,221449286,197023207,221449286,134884.98,PROJECT GRANT (B),"$65,115.02"

{78952},152549049,https://www.usaspending.gov/award/ASST_NON_96242022_6800,96242022,PROJECT GRANT (B),ASST_NON_96242022_6800,96242022,2024-11-15 04:02:28.768 Z,"$200,000.00",CENTRO PARA LA RECONSTRUCCION DEL HABITAT INC,"DESCRIPTION:THE NON-PROFIT ORGANIZATION CENTER FOR HABITAT RECONSTRUCTION WILL PROVIDE THREE PILOT LOW-INCOME COMMUNITIES IN PUERTO RICO WITH EDUCATION, TRAINING, MEETINGS, AND COMMUNITY PLANNING GEARED TOWARDS THE IDENTIFICATION, PREVENTION, AND ELIMINATION OF BLIGHTED PROPERTIES AND THEIR ENVIRONMENTAL AND HEALTH RISKS. ACTIVITIES:PROJECT ACTIVITIES INCLUDE CREATION OF A COMPREHENSIVE PLAN; DEVELOPMENT OF NUISANCE REMEDIATION STRATEGIES APPROPRIATE FOR THE MOST COMMON NUISANCE SITUATIONS; AND COLLABORATIVE WORK WITH MUNICIPALITIES TO ADDRESS CODE ENFORCEMENT GAPS, FOSTER MUNICIPAL-COMMUNITY PARTNERSHIPS, STRENGTHEN LOCAL LEGAL FRAMEWORKS, LEVERAGE PRIVATE AND PUBLIC RESOURCES FOR CONTINUED WORK, AND PROVIDE A REPLICABLE MODEL FOR OTHER PUERTO RICAN COMMUNITIES. SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:EXPECTED OUTCOMES ARE AN INCREASE NUMBER OF COMMUNITY STAKEHOLDERS COMMITTED TO THE FIGHT AGAINST BLIGHT; A DECREASE IN NUMBER OF ENVIRONMENTAL AND HEALTH RISKS IN THE COMMUNITY; INCREASED NUMBER OF NEW NUISANCE ABATEMENT AND CODE ENFORCEMENT ORDINANCES ENACTED BY LOCAL GOVERNMENT; AND AN INCREASED NUMBER OF REUSE AND PLACEMAKING PROJECTS THAT CONVERTED NUISANCES FOR DISASTER RESILIENCY WITHIN A THREE-YEAR PERIOD. DIRECT BENEFICIARIES OF THIS PROJECT ARE RESIDENTS OF THE THREE TARGET COMMUNITIES OF CAGUUML;ITAS, AGUAS BUENAS, RIACUTE;O PIEDRAS, SAN JUAN, AND SAN ISIDRO, CANOACUTE;VANAS THAT ARE MADE UP OF A MIX OF LOW-INCOME RURAL, URBAN, AND INFORMAL NEIGHBORHOODS. THE RECIPIENT DOES NOT INTEND TO ISSUE ANY SUBAWARDS.",XY3LGMKFP7M8,2024-06-05,2024,2024-06-26,2022-10-01,2025-09-30,2022-09-30,UNITED STATES,PR,127,SAN JUAN,918,98,SAN JUAN,PUERTO RICO,72,3285874,342259,3263584,USA,UNITED STATES,SAN JUAN,SAN JUAN ZONA URBANA,PUERTO RICO,66.306,CENTRO PARA LA RECONSTRUCCION DEL HABITAT INC,0,200000,18181,,6800_96242022_-NONE-_66.306_2,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),DBR,200564943,222917973,200564943,222917973,120246.43,PROJECT GRANT (B),"$79,753.57"

{14258},151671634,https://www.usaspending.gov/award/ASST_NON_84036501_6800,84036501,PROJECT GRANT (B),ASST_NON_84036501_6800,84036501,2024-11-16 04:34:23.474 Z,"$200,000.00",PIONEER BAY COMMUNITY DEVELOPMENT CORPORATION,"DESCRIPTION:THE PURPOSE OF THIS AMERICAN RESCUE PLAN FUNDED COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING UNDER SECTION 103 OF THE CLEAN AIR ACT TO PIONEER BAY COMMUNITY DEVELOPMENT CORPORATION TO ADDRESS COMMUNITY-IDENTIFIED CHALLENGES IN LOCAL HOUSING INFRASTRUCTUREMDASH;POOR INDOOR AIR QUALITY FROM MOLD AND POOR DRINKING WATER QUALITYMDASH;RESULTING FROM THE IMPACTS OF HURRICANE MICHAEL IN 2018 AND DECADES OF ENVIRONMENTAL POLLUTION FROM A LOCAL PAPER MILL. THE PROJECT FOCUSES ON THE RESIDENTS OF NORTH PORT ST. JOE IN NORTHWEST FLORIDA, AN UNDERSERVED AND UNDER-RESOURCED BLACK COMMUNITY SEVERELY IMPACTED BY COVID-19 THAT RECENTLY FORMED AN ENVIRONMENTAL JUSTICE COALITION AND COMMUNITY DEVELOPMENT CORPORATION TO HELP CLEAN UP AND REVITALIZE THE COMMUNITY. THE PROJECT WILL EXPAND AN EXISTING MULTI-STAKEHOLDER PARTNERSHIP COMPOSED OF NON-PROFITS, UNIVERSITIES, LOCAL GOVERNMENTS, AND THE STATE PUBLIC HEALTH AGENCY. THIS PARTNERSHIP, LED BY THE

PIONEER BAY CDC, WILL: CONDUCT A NEEDS-BASED ASSESSMENT, A RAPID HEALTH IMPACT
ASSESSMENT, AND A HOUSING CONDITIONS ASSESSMENT TO IDENTIFY PUBLIC HEALTH THREATS;
DEVELOP AND PURSUE A CONTEXT-SENSITIVE COMMUNITY ENGAGEMENT PLAN INCLUDING SOCIAL MEDIA
COLLATERAL; DEVELOP AND SHARE PUBLIC EDUCATION RESOURCES INCLUDING A COMMUNITY HEALTH
RESOURCE HANDBOOK, A HOME RESTORATION AND MANAGEMENT PLAN, AND AN ONLINE GIS ATLAS OF
PUBLIC HEALTH CHALLENGES; AND INTEGRATE PROJECT FINDINGS INTO THE COMMUNITY'S EXISTING
MASTER PLAN.ACTIVITIES:THIS PROJECT WILL PERFORM THE FOLLOWING ACTIVITIES FACILITATE A
NEEDS-BASED ASSESSMENT, A RAPID HEALTH IMPACT ASSESSMENT, AND A HOUSING CONDITIONS
ASSESSMENT.  DEVELOP A COMPREHENSIVE COMMUNITY ENGAGEMENT PLAN. CREATE A COMMUNITY
RESOURCE BOOK, A HOME RESTORATION AND MANAGEMENT PLAN, AND CREATE A WEBSITE AND SOCIAL
MEDIA ACCOUNTS FOR COMMUNITY INFORMATION.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS
ASSISTANCE AGREEMENT.OUTCOMES:THE PROJECT ANTICIPATED DELIVERABLES ARE 1) NEEDS BASED
ASSESSMENT, 2) RAPID HEALTH IMPACT ASSESSMENT, 3) HOUSING CONDITIONS ASSESSMENT, 4)
COMMUNITY HEALTH RESOURCE BOOK, 5) PROJECT WEBSITE.

THE EXPECTED OUTCOMES ARE GREATER COMMUNITY ENGAGEMENT, INCREASED COMMUNITY CAPACITY,
REDUCTION OF STRESS AND ANXIETY.

THE RESIDENTS OF N PORT ST JOE, FLORIDA ARE THE INTENDED BENEFICIARIES OF THIS
PROJECT.",UYBCGRJA6787,2024-06-12,2024,2024-06-26,2022-06-01,2025-05-31,2022-08-
25,UNITED STATES,FL,45,GULF,32456,2,PORT SAINT
JOE,FLORIDA,12,21538187,14192,785319,USA,UNITED STATES,BAY,PORT SAINT
JOE,FLORIDA,66.306,PIONEER BAY COMMUNITY DEVELOPMENT
CORPORATION,0,200000,0,,6800 84036501 -NONE- 66.306 1,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,199346299,222917925,199346299,222917925,129936.07,PROJECT GRANT
(B),"$70,063.93"

"{78952,14258}",149790484,https://www.usaspending.gov/award/ASST_NON_00E03086_6800,0.00
E+00,PROJECT GRANT (B),ASST_NON_00E03086_6800,0.00E+00,2024-11-16 04:34:23.474
Z,"$199,983.00","KEEP INDIANAPOLIS BEAUTIFUL, INC.","DESCRIPTION:THE PURPOSE OF THIS
ARP FUNDED COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING TO KEEP INDIANAPOLIS BEAUTIFUL,
INC. TO WORK WITH INDIANAPOLIS RESIDENTS TO COLLECT ENVIRONMENTAL DATA; EDUCATE ABOUT
THE ENVIRONMENTAL BENEFITS OF TREES; AND CREATE NEIGHBORHOOD STORY MAPS TO FACILITATE
RESIDENT ENGAGEMENT IN GREEN INFRASTRUCTURE PLANNINGACTIVITIES: PROJECT ACTIVITIES
INCLUDE PLANNING, HOSTING AND FACILITATING TRAININGS; CONDUCTING POST-TRAINING
ASSESSMENTS; DEVELOPING AN ADVISORY COMMITTEE COMPRISED OF RESIDENTS; HOSTING TOWNHALLS
WITH RESIDENTS; CONDUCTING ENGAGEMENT AND OUTREACH IN THE COMMUNITY; DEVELOPING A
PARTICIPATORY STORY MAP; AND DEPLOYING AIR QUALITY AND HEAT SENSORS AND DATA
COLLECTION.SUBRECIPIENT:THE RECIPIENT INTENDS TO ISSUE SUBAWARD AGREEMENTS TO ITS
PARTNERS IN COMPLIANCE WITH APPENDIX A OF EPA'S SUBAWARD POLICY. THE SUB-AWARDEES WILL
PROVIDE EDUCATIONAL MATERIALS, CONDUCT PRE-AND POST-ASSESSMENTS, DEVELOP STORY MAPS,
DEPLOY AND COLLECT DATA FROM PURPLE AIR AND TEMPERATURE SENSORS, AND MAP PROJECT DATA
AND OUTCOMES. OUTCOMES:EXPECTED OUTCOMES ARE INCREASED AWARENESS OF SOCIAL AND NATURAL
CAPITAL; GREATER ACCEPTANCE OF TREES IN THE CITY; AND INCREASED INPUT FROM NEIGHBORS
ABOUT ENVIRONMENTAL ISSUES IMPACTING QUALITY OF LIFE IN THEIR COMMUNITIES. DIRECT
BENEFICIARIES OF THIS PROJECT ARE RESIDENTS OF UNDERSERVED INDIANAPOLIS
NEIGHBORHOODS.",VHSGBTG4WTC5,2023-12-28,2024,2024-01-05,2022-02-01,2025-01-31,2022-04-
12,UNITED
STATES,IN,97,MARION,46203,7,INDIANAPOLIS,INDIANA,18,6785528,977203,749635,USA,UNITED
STATES,MARION,CITY OF INDIANAPOLIS (BALANCE),INDIANA,66.306,"KEEP INDIANAPOLIS
BEAUTIFUL, INC.",0,213983,6915,,6800 00E03086 -NONE- 66.306 1,6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL
PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,196934199,217156635,196934199,217156635,155289.77,PROJECT GRANT
(B),"$44,693.23"

{14258},147535008,https://www.usaspending.gov/award/ASST_NON_84037001_6800,84037001,PRO
JECT GRANT (B),ASST_NON_84037001_6800,84037001,2024-11-16 04:34:23.474
Z,"$199,983.00",YUROK TRIBE,"DESCRIPTION:

THE PURPOSE OF THIS AMERICAN RESCUE PLAN FUNDED ENVIRONMENTAL JUSTICE COLLABORATIVE
PROBLEM SOLVING (EJCPS) COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING UNDER SECTION 103
OF THE CLEAN AIR ACT TO THE YUROK TRIBE TO CREATE A SCALABLE AND ADAPTABLE DATA
COLLECTION PLAN TO EVALUATE THE ENVIRONMENTAL IMPACTS OF CONDUCTING PRESCRIBED AND
CULTURAL BURNS. THE DATA COLLECTION PLAN IS A CRITICAL PART OF CLIMATE RESILIENCY
PLANNING BY PROVIDING SCIENTIFIC EVIDENCE OF THE IMPACTS OF PRESCRIBED AND CULTURAL
BURNS AS A METHOD TO REDUCE FUEL FOR CATASTROPHIC WILDFIRES AND SUPPORT AND STRENGTHEN
CULTURAL RESOURCES AND TRADITIONAL FOOD SYSTEMS, SUCH AS TANOAK GROVES. CATASTROPHIC
WILDFIRES CAN INCREASE AIR POLLUTION TO DANGEROUS LEVELS THAT IMPACT HUMAN HEALTH.
PEOPLE WITH MODERATE-TO-SEVERE OR UNCONTROLLED ASTHMA ARE MORE LIKELY TO BE
HOSPITALIZED FROM COVID-19. AIR POLLUTION MAY CONTRIBUTE TO ASTHMA. BY ADDRESSING AIR
POLLUTION IN CAA 103(B)(3) PROJECTS, THE CHANCES OF SEVERE ILLNESS FROM COVID-19 ARE
REDUCED.  PROJECT ACTIVITIES INCLUDE CONDUCTING QUARTERLY PROJECT MEETINGS; CREATING
WORKING GROUPS WHERE EXPERTS IN SPECIFIC FIELDS CAN GATHER TO DISCUSS THE DATA
COLLECTION PLANS AND PROTOCOLS FOR THEIR EMPHASIS; AND DEVELOPING A DATA COLLECTION
PLAN WITH PARTNER FEEDBACK. EXPECTED OUTCOMES INCLUDE THE COLLECTION OF A LARGE DATASET
TO COMPARE THE EFFECTIVENESS OF PRESCRIBED AND CULTURAL BURNS AS A CATASTROPHIC
WILDFIRE PREVENTION IN VARIOUS ECOSYSTEMS AND MICROCLIMATE; INCREASED PARTNERSHIP AND
COLLABORATION ON PRESCRIBED AND CULTURAL BURNS IN THE REGION; AND INCREASED CLIMATE

RESILIENCY IN YUROK AND KARUK ANCESTRAL TERRITORIES. DIRECT BENEFICIARIES ARE MEMBERS
OF THE YUROK, KARUK, AND HOOPA TRIBES. THE RECIPIENT INTENDS TO ISSUE SUBAWARD
AGREEMENTS TO ITS PARTNERS TO PROVIDE EXPERTISE AS NECESSARY AND APPROPRIATE AND REVIEW
AND PROVIDE INPUT ON RELEVANT PROTOCOLS.

ACTIVITIES:

THE GRANTEE WILL WORK TO IDENTIFY ADDITIONAL COLLABORATORS; CREATE AND SIGN CONTRACTS
WITH STAKEHOLDERS; AND ALLOCATE THEIR FUNDING ON A REGULAR BASIS. THE GRANTEE WILL ALSO
ORGANIZE AND HOST QUARTERLY PROJECT MEETINGS BETWEEN ALL STAKEHOLDERS. WORKING GROUPS
WILL BE CREATED WHERE EXPERTS IN SPECIFIC FIELDS CAN DISCUSS THE DATA COLLECTION PLAN
AND ACCOMPANYING PROTOCOLS. MEETINGS NOTES FROM THE QUARTERLY PROJECT MEETINGS AND
WORKING GROUP MEETINGS WILL BE COMPILED ON AN ONGOING BASIS AND WILL FORM THE BASIS OF
THE DATA COLLECTION PLAN, AND WILL BE MADE AVAILABLE TO STAKEHOLDERS. A DRAFT DATA
COLLECTION PLAN WILL BE COMPILED AND SHARED WITH STAKEHOLDERS. STAKEHOLDER FEEDBACK ON
THE DRAFT DATA COLLECTION PLAN WILL BE COMPILED AND REVISIONS MADE AS NEEDED. A FINAL
DATA COLLECTION PLAN WILL BE SHARED FOR APPROVAL BY COLLABORATORS, AND THEN SUBMITTED
TO THE APPROPRIATE OVERSIGHT COMMITTEES IN THE YUROK TRIBE, KARUK TRIBE, AND OTHER
STAKEHOLDER GROUPS AS APPROPRIATE. REPORTS ON THE STATUS OF THE PROJECT WILL BE
PREPARED AND SHARED WITH THE YUROK TRIBAL COUNCIL, THE KARUK TRIBAL COUNCIL, AND EPA.

OUTCOMES:

ANTICIPATED DELIVERABLES INCLUDE: AN EXPANDED LIST OF PROJECT COLLABORATORS, SHORT- AND
LONG-TERM PROJECT PLANS, MEETING NOTES, A FRAMEWORK FOR FOCUS-SPECIFIC DATA COLLECTION
PLANS, A DRAFT DATA COLLECTION PLAN, A FINAL DATA COLLECTION PLAN, AND STATUS REPORTS
FOR THE YUROK TRIBAL COUNCIL, KUROK TRIBAL COUNCIL, AND EPA.

ANTICIPATED OUTCOMES INCLUDE: LASTING PARTNERSHIPS WITH PROJECT COLLABORATORS,
INCREASED CAPACITY WITHIN THE YUROK AND KARUK COMMUNITIES TO CONDUCT SCIENTIFIC
RESEARCH, A METHOD FOR QUANTIFYING YUROK TRADITIONAL ECOLOGICAL KNOWLEDGE AND KARUK
TRADITIONAL ECOLOGICAL KNOWLEDGE REGARDING CULTURAL AND PRESCRIBED BURNS, AND AN
INCREASED ABILITY TO GATHER RESOURCES TO CONDUCT CULTURAL AND PRESCRIBED BURNS WITHIN
YUROK AND KARUK ANCESTRAL TERRITORIES.

INTENDED BENEFICIARIES: BOTH THE YUROK AND KARUK COMMUNITIES.

SUBRECIPIENT:

THERE WILL BE THREE SUB-AWARDS: TO THE KARUK TRIBE, THE MID-KLAMATH WATERSHED COUNCIL,
AND THE UNIVERSITY OF WASH",MPW4FLVA9JJ5,2024-03-26,2024,2024-04-08,2022-04-01,2025-03-
31,2022-03-23,UNITED STATES,CA,15,DEL
NORTE,95548,2,KLAMATH,CALIFORNIA,6,39538223,27743,764439,USA,UNITED
STATES,HUMBOLDT,YUROK RESERVATION,CALIFORNIA,66.306,YUROK
TRIBE,0,199983,0,,6800 84037001 -NONE- 66.306 1,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,193837196,220508223,193837196,220508223,118326.94,PROJECT GRANT
(B),"$81,656.06"

{82646},169932196,https://www.usaspending.gov/award/ASST_NON_00I43500_6800,00I43500,PRO
JECT GRANT (B),ASST_NON_00I43500_6800,00I43500,2024-11-15 04:02:28.768
Z,"$150,000.00",ECOACTION PARTNERS,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER
THE INFLATION REDUCTION ACT (IRA) TO ECOACTION PARTNERS.  THE RECIPIENT'S PROJECT SEEKS
TO ADDRESS ENVIRONMENTAL AND PUBLIC HEALTH VULNERABILITIES RELATED TO DISASTER
PREPAREDNESS (WILDFIRE AND DROUGHT), ENERGY, RECREATION, AND ADVOCACY. FUNDING FROM THE
EPA WILL DIRECTLY BOLSTER ACCESS TO EXISTING PROGRAMS THAT ADDRESS INEQUALITIES AROUND
THESE VULNERABILITIES IN THE DEFINED GEOGRAPHIC AREA. AS PARTNERS IN THIS PROJECT,
ECOACTION PARTNERS (EAP) AND SHEEP MOUNTAIN ALLIANCE (SMA) WILL BUILD REGIONAL
RESILIENCY THROUGH EDUCATIONAL PROGRAMMING AND OUTREACH INITIATIVES TO UNDERSERVED
RESIDENTS IN THE REGION. THROUGH THESE INITIATIVES, THE PROJECT OUTCOMES AIM TO REMOVE
EXISTING BARRIERS TO ACCESSING CURRENT CLIMATE RESILIENCY PROGRAMMING AND TO INCREASE
PUBLIC HEALTH AND ENVIRONMENTAL RESILIENCY AMONG UNDERSERVED POPULATIONS IN THE
REGION.ACTIVITIES:THE ACTIVITIES INCLUDE TWELVE WORKSHOPS, THREE COMMUNITY
CONVERSATIONS, TWO BILINGUAL BROCHURES/INFO SHEETS,, OUTDOOR PROGRAMMING, RESIDENT
PARTICIPATION IN COLORADO AFFORDABLE RESIDENTIAL ENERGY (CARE) PROGRAM, BILINGUAL
EDUCATIONAL MATERIAL DEVELOPMENT FOR DROUGHT AND WILDFIRE PROGRAMS, AND ENGAGING WITH
LOCAL AND FEDERAL GOVERNMENTS, CLIMATE CHANGE AND DISASTER RESILIENCY, AND FACILITATING
ENGAGEMENT OF DISADVANTAGED COMMUNITIES.SUBRECIPIENT:TWO SUBAWARDS ARE INCLUDED IN THIS
ASSISTANCE AGREEMENT.

TELLURIDE FOUNDATION IN OVERSIGHT OF COLLABORATIVE ACTION FOR IMMIGRANTS FOR $4,000.00
PER PROJECT YEAR FOR OUTREACH AND EVENT SUPPORT, TRANSLATION AND INTERPRETATION
SERVICES WITH A TOTAL OF $12,000.00 FOR THE 3-YEAR PROJECT DURATION.

SHEEP MOUNTAIN ALLIANCE, STAFF TIME FOR THE EXECUTIVE DIRECTOR WITH 197 HOURS PER YEAR
AT $40/HOUR AND PROGRAM COORDINATOR WITH 250 HOURS PER YEAR AT $31/HOUR ALONG WITH A
HEALTH STIPEND AT $400/MONTH AND MILEAGE OF 250 MILES PER YEAR AT $0.65/MILE. THIS IS A
TOTAL OF $20,587.50 PER PROJECT YEAR OR A TOTAL OF $61,762.50 FOR THE 3-YEAR

DURATION.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TWO BILINGUAL FACT SHEETS
(PRINTED AND DIGITALLY AVAILABLE) AND ONE BILINGUAL EDUCATIONAL MATERIAL PRODUCT FOR
DROUGHT AND WILDFIRE WORKSHOP, FEEDBACK FROM WORKSHOPS PARTICIPANTS, COMPLETED
HOUSEHOLD PARTICIPATION NUMBERS FOR CARE PROGRAM.

THE EXPECTED OUTCOMES INCLUDE 600 RESIDENTS INTRODUCED TO OUTDOOR OPPORTUNITIES,
PATHWAYS FOR INCREASED ENGAGEMENT IDENTIFIED, INCREASED PARTICIPANT KNOWLEDGE OF LAND
USE AND RECREATION, RESIDENTS EXPERIENCING LOWER UTILITY BILLS, INCREASED LATINX
HOUSEHOLDS PARTICIPATING, ENGAGED RESIDENTS ON CLIMATE ACTION PLAN, EFFICIENT AND
CLIMATE ACTION RESOURCES, CREATING RESOURCE ACCESS FOR MATERIALS TO SERVE RESIDENTS,
CREATING RESOURCES FOR BUSINESSES TO IDENTIFYING FUNDING OPPORTUNITIES FOR CLIMATE
ACTION, RESIDENTS USE RESOURCES TO FIND FUNDING FOR MITIGATION RELATED TO WILDFIRE AND
DROUGHT ON THEIR OWN PROPERTIES. OUTCOMES WILL INCLUDE AWARENESS AND PARTICIPATION IN
DISASTER PREPAREDNESS PLANNING AND MITIGATION AMONG UNDERSERVED POPULATIONS IN THE
REGION, AS WELL AS DIVERSE REPRESENTATION AND PARTICIPATION IN OUTDOOR RECREATION AND
PUBLIC LANDS ADVOCACY AND ENERGY SUBSIDY PROGRAMMING. THIS INCLUDES A DIVERSE,
EQUITABLE AND INCLUSIVE OUTDOOR COMMUNITY, CONSISTENT COMMUNITY PARTICIPATION IN A
VARIETY OF RECREATIONAL ACTIVITIES, ALONG WITH REDUCED

BARRIERS OF ENTRY INTO OUTDOOR AND CLIMATE PROGRAMMING. WE HOPE TO SEE INCREASED
ENGAGEMENT IN CLIMATE/ENERGY PROGRAMMING BY UNDERSERVED COMMUNITIES INCLUDING AN
INCREASED PERCENTAGE OF LATINX PARTICIPATION IN THE CARE PROGRAM AND COMMUNITY
KNOWLEDGE OF AND ENGAGEMENT WITH THE CLIMATE ACTION PLAN OUR AT-RISK COMMUNITIES WILL
BE BETTER EDUCATED ON WILDFIRE/DROUGHT RISK/RESOURCES, WITH INCREASED KNOWLEDGE OF THE
SKILLS TO MITIGATE REGIONAL DROUGHT AND WILDFIRE RISK IN HOME SETTING AND FUNDING
PROGRAMS AVAILABLE TO ASSIST WITH THESE EFFORTS. ADDITIONALLY WE WILL SEE MORE DIVERSE
REPRESENTATION IN PUBLIC PROCESSES AND COMMUNITY COALITIONS AND MORE
P",C3VLVQDYCA18,2024-03-01,2024,2024-03-25,2024-03-05,2027-03-04,2024-03-01,UNITED
STATES,CO,113,SAN MIGUEL,81435,3,TELLURIDE,COLORADO,8,5773714,8072,734246,USA,UNITED
STATES,SAN MIGUEL,,COLORADO,66.306,ECOACTION PARTNERS,0,150000,3600,,6800 00I43500 -
NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,220167909,220167909,220167909,220167909,13676.07,PROJECT GRANT
(B),"$136,323.93"

{82646},171584108,https://www.usaspending.gov/award/ASST_NON_00A01352_6800,00A01352,PRO
JECT GRANT (B),ASST NON_00A01352_6800,00A01352,2024-11-15 04:02:28.768
Z,"$150,000.00",CENTER FOR AN ECOLOGY-BASED ECONOMY,"DESCRIPTION:THE AGREEMENT PROVIDES
FUNDING TO THE CENTER FOR AN ECOLOGY-BASED ECONOMY. SPECIFICALLY, THE RECIPIENT WILL
SUPPORT THE TOWN OF NORWAY, MAINE TO IMPLEMENT LOCAL PROJECTS, AND DEVELOP A CLIMATE
ACTION PLAN LINKED TO THEIR COMPREHENSIVE PLAN. MATERIALS AND TOOLS DEVELOPED IN
NORWAY, MAINE WILL BE SHARED TO HELP OTHER LOCAL, RURAL MUNICIPALITIES INCREASE CLIMATE
RESILIENCE AND IMPROVE THE QUALITY OF THE ENVIRONMENT AND PUBLIC HEALTH. THEY WILL ALSO
ACCELERATE THEIR WORK WITH THE OXFORD HILLS SCHOOL DISTRICT TO CONDUCT ENERGY AUDITS
AND SUPPORT LOCAL TRANSITION TO RENEWABLE ENERGY INCLUDING BUILDING EFFICIENCY
UPGRADES, PROVIDING EDUCATION FOR THE SCHOOL BOARD, STAFF AND COMMUNITY MEMBERS TO
INCREASE CLIMATE RESILIENCE AND IMPROVE THE INDOOR QUALITY OF THE LEARNING ENVIRONMENT
FOR LOCAL STUDENTS. ADDITIONALLY THE PROJECT WILL DESIGN AND DELIVER EDUCATIONAL
WORKSHOPS AROUND FOREST MANAGEMENT PRACTICES THAT CAN GENERATE INCOME WHILE
SEQUESTERING CARBON AND PROTECTING WATERSHEDS.ACTIVITIES:PROJECT ACTIVITIES INCLUDE
HIRING A PROJECT COORDINATOR TO MANAGE PROJECT TIMELINES AND BUDGETS, CREATE
EDUCATIONAL MATERIALS AND TEMPLATES, DESIGN AND FACILITATE WORKSHOPS AND EVENTS, AND
GENERATE MARKETING MATERIALS, PRESS RELEASES AND SOCIAL MEDIA CONTENT. THE PROJECT WILL
DEVELOP A CLIMATE ACTION PLAN FOR THE TOWN OF NORWAY, MAINE, INCORPORATE CLIMATE
CONCERNS INTO THEIR COMPREHENSIVE PLAN, AND BUILD ON EXISTING EFFORTS TO IDENTIFY
VULNERABLE POPULATIONS. THE PROJECT WILL SUPPORT THE TOWN'S CLIMATE ACTION PLAN THROUGH
COLLABORATION WITH THE NORWAY CLIMATE ACTION ADVISORY COMMITTEE (NCAAC) INCLUDING
CONDUCTING RESEARCH ON OTHER MODEL PLANS, FINALIZE AND PRESENT RESULTS OF
INFRASTRUCTURE AND SOCIAL VULNERABILITY ASSESSMENTS THAT ARE CURRENTLY UNDERWAY,
FACILITATE A ROBUST PUBLIC ENGAGEMENT PROCESS, AND PROVIDE ADDITIONAL ASSISTANCE. USING
NORWAY, MAINE AS A MODEL, THIS APPROACH WILL BE REPLICATED IN TEN OTHER COMMUNITIES IN
THE REGION. TEMPLATE AND GUIDELINE DOCUMENTS WILL BE DEVELOPED INCLUDING CLIMATE ACTION
PLANS SPECIFIC TO RURAL INLAND TOWNS, VULNERABLE POPULATION ASSESSMENTS, VULNERABLE
INFRASTRUCTURE ASSESSMENTS, AND GUIDELINES FOR DEVELOPING SOLAR ON LOCATIONS INCLUDING
LANDFILLS. SUPPORT FOR THE OTHER TEN MUNICIPALITIES WILL INCLUDING FORMING AND
MAINTAINING CLIMATE COMMITTEES AND IDENTIFYING RESOURCES FOR IMPLEMENTING PROJECTS. THE
RECIPIENT AND PARTNERS WILL CONDUCT TRAININGS AND CREATE EDUCATIONAL MATERIALS FOR TOWN
OFFICIALS, SCHOOL BOARD MEMBERS, AND COMMUNITY MEMBERS ON A RANGE OF TOPICS INCLUDING
RENEWABLE ENERGY, FOREST MANAGEMENT STRATEGIES FOR CARBON SEQUESTRATION, WATERSHED
PROTECTION, AND OTHER ISSUES. THE RECIPIENT AND PROJECT PARTNERS WILL WORK WITH
LANDOWNERS AND SOLICIT PUBLIC INPUT TO DESIGN UP TO SIX PROJECTS TO INCREASE SOIL
CARBON, DECREASE EROSION, CONSERVE BIODIVERSITY AND DIVERSIFY POTENTIAL INCOME STREAMS.
THE PROJECT WILL ALSO PREPARE ENERGY ASSESSMENTS FOR LOCAL SCHOOL BUILDINGS IN THE
OXFORD HILLS SCHOOL DISTRICT, PREPARE REPORTS ON ENERGY-EFFICIENCY AND WEATHERIZATION
PROJECTS, PREPARE REPORTS ON RENEWABLE ENERGY OPTIONS AND PROVIDE GUIDANCE ON RENEWABLE
ENERGY CONTRACTS AND PROJECTS AND ASSIST IN PURSUING OPPORTUNITIES TO ELECTRIFY VEHICLE
FLEETS. SUBRECIPIENT:THIS SUBAWARD TO WESTERN FOOTHILLS LAND TRUST (WFLT) WILL PROVIDE
TECHNICAL ASSISTANCE AND SUPPORT ON BEST PRACTICES FOR LAND USE AND WATERSHED-BASED
PROJECTS. WFLT WILL BE RESPONSIBLE FOR COLLABORATING WITH THE RECIPIENT AND THE OXFORD
COUNTY SOIL AND WATER CONSERVATION DISTRICT ON DESIGNING AND DELIVERING 12 PUBLIC
TRAININGS BETWEEN APRIL 2024 AND OCTOBER 2025. WFLT WILL BE RESPONSIBLE FOR SHARING

INFORMATION, RESOURCES, AND OTHER TECHNICAL EXPERTISE WITH MUNICIPALITIES AND
LANDOWNERS WITHIN THIS PROJECT SCOPE, FROM APRIL 2024 THROUGH DECEMBER 2025, TO DESIGN
LAND-BASED PROJECTS AS THEY RELATE TO WATERSHEDS, RIVERS AND STREAMS, AQUIFERS,
SIGNIFICANT NATURAL HABITATS, CLIMATE RESILENCE AND PRIME AGRICULTURAL
SOILS.OUTCOMES:THE ANTICIP",QHY3HS8G5VB8,2024-05-08,2024,2024-05-23,2024-02-01,2027-02-
01,2024-05-08,UNITED
STATES,ME,17,OXFORD,4268,2,NORWAY,MAINE,23,1362359,57777,685599,USA,UNITED
STATES,OXFORD,,MAINE,66.306,CENTER FOR AN ECOLOGY-BASED
ECONOMY,0,150000,13636,,6800 00A01352 -NONE- 66.306 0,6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY (EPA),6800,ENVIRONMENTAL PROTECTION
AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,221938619,221938619,221938619,221938619,30647.03,PROJECT GRANT
(B),"$119,352.97"

{82646},171584202,https://www.usaspending.gov/award/ASST_NON_03D02924_6800,03D02924,PRO
JECT GRANT (B),ASST_NON_03D02924_6800,03D02924,2024-11-15 04:02:28.768
Z,"$150,000.00","DREAM IN GREEN, INC.","DESCRIPTION:THIS ACTION PROVIDES FUNDING IN THE
AMOUNT OF $150,000 TO DREAM IN GREEN, INC. UNDER THE INFLATION REDUCTION ACT (IRA). THE
PURPOSE OF THIS AWARD IS FOR THE RECIPIENT TO DEVELOP, PLAN, AND IMPLEMENT ACTIVITIES
TO EDUCATE AND PROVIDE RESOURCES TO MITIGATE THE STRESSES OF CLIMATE CHANGE ON LOCAL
FOOD PRODUCTION AND HEALTH RISKS OF EXTREME HEAT TARGETING NEIGHBORHOODS IN HIGH HAZARD
FLOOD ZONES AND FOOD DESERTS. ACTIVITIES:THE ACTIVITIES INCLUDE IDENTIFY AND ENGAGE
ADDITIONAL PARTNERS TO ORGANIZE FORUMS TO DEVELOP, ORGANIZE, AND DISTRIBUTE RESOURCES
TO DISADVANTAGED COMMUNITIES; DEVELOPMENT OF 'COMMUNITY CLIMATE RESILIENCE LESSONS''
FOR SCHOOLS PROVIDING PROFESSIONAL DEVELOPMENT FOR EDUCATORS AND SKILLS TRAINING FOR
STUDENTS; AND HOST COMMUNITY WORKSHOPS TO PROVIDE TOOLS, TREES, AND RESOURCES TO
MITIGATE EXTREME HEAT HEALTH RISKS AND INCREASE TREE CANOPY IN VULNERABLE COMMUNITIES.
SUBRECIPIENT:CITIZENS FOR A BETTER SOUTH FLORIDA: CITIZENS ENGAGES LOCAL COMMUNITY
LEADERS TO EDUCATE THEIR NEIGHBORS, FAMILY, AND COLLEAGUES ON PERTINENT ENVIRONMENTAL
ISSUES AND THEIR RESPECTIVE SOLUTIONS OR MITIGATION TECHNIQUES. CITIZENS ACCOMPLISHES
THIS THROUGH THE MAINTENANCE OF A DIVERSE BOARD, STAFF, INTERNS, AND VOLUNTEERS THAT
ACT AS LIAISONS BETWEEN THE NATURAL ENVIRONMENT AND LOCAL URBAN COMMUNITIES. DIG HAS
PREVIOUSLY WORKED WITH CITIZENS TO PROVIDE WORKSHOPS ON TREE CANOPY AND NATIVE PLANTS
TO RESIDENTS AND WILL CONTINUE TO UTILIZE THEIR EXPERTISE TO ADAPT FUTURE WORKSHOPS
BASED ON COMMUNITY NEEDS. CITIZENS WILL RECEIVE A SUBAWARD UNDER THIS PROJECT TO COVER
THE EXPENSES OF THE ROLES LISTED BELOW.

ROLE: PROVIDE RESOURCES FOR WORKSHOPS SUPPORTING INCREASING TREE CANOPY AND 'RIGHT
TREE, RIGHT PLACE; CO-HOST WORKSHOPS FOR RESIDENTS ON THE BENEFITS OF TREES IN TACKLING
EXTREME HEAT AND STEPS THEY CAN TAKE AT HOME AND PROVIDE PLANTS FOR WORKSHOP ATTENDEES
TO PLANT AT HOME TO INCREASE TREE CANOPY.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE
HOSTING 3 COMMUNITY ENGAGEMENT FORUMS TO DISSEMINATE CLIMATE SURVEYS TO GUIDE THE
DEVELOPMENT OF NEEDED RESOURCES, CREATING, IMPLEMENTING, AND EVALUATING 10 COMMUNITY
CLIMATE RESILIENCE LESSONS, AND IMPLEMENTING 6 WE-LAB WORKSHOPS ON INDIVIDUAL CLIMATE
SOLUTIONS AND THE DISTRIBUTION OF TREES. THE EXPECTED OUTCOMES INCLUDE: AN INCREASE
KNOWLEDGE OF HEALTH RISKS RELATED TO EXTREME HEAT TO BOLSTER COMMUNITY RESILIENCE,
ENGAGEMENT OF RESIDENTS IN INCREASING AND IMPLEMENTING SUSTAINABLE BEHAVIORS; PROVING
TOOLS AND SKILLS TO REDUCE FOOD INSECURITY IN UNDERSERVED COMMUNITIES, AND INCREASING
TREE CANOPY IN HEAT ISLANDS AND SCHOOLS, WHILE BUILDING NATURAL RESOURCE MANAGEMENT
SKILLS IN SCHOOLS. THE INTENDED BENEFICIARIES INCLUDE THESE 10 COMMUNITIES: LITTLE
HAITI, LITTLE HAVANA, OVERTOWN, LIBERTY CITY/BROWNSVILLE, HOMESTEAD, FLORIDA CITY,
GOULDS, OPA-LOCKA, HIALEAH, MIAMI GARDENS, AND ALLAPATTAH, IN THE STATE OF
FLORIDA.",Q5XJH21BLZ39,2024-05-14,2024,2024-05-23,2024-03-01,2027-02-28,2024-05-
14,UNITED STATES,FL,86,MIAMI-
DADE,33130,27,MIAMI,FLORIDA,12,21538187,2701767,747914,USA,UNITED STATES,MIAMI-
DADE,,FLORIDA,66.306,"DREAM IN GREEN, INC.",0,150000,8280,,6800_03D02924 -NONE-
_66.306 0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,221938713,221938713,221938713,221938713,3931.94,PROJECT GRANT
(B),"$146,068.06"

{81886},159787941,https://www.usaspending.gov/award/ASST_NON_00E03396_6800,0.00E+00,COO
PERATIVE AGREEMENT (B),ASST_NON_00E03396_6800,0.00E+00,2024-T1-15 04:02:28.768
Z,"$30,455.00",ALMA COLLEGE,"DESCRIPTION:THE PROJECT WILL EXAMINE THE HISTORY OF THE
VELSICOL CHEMICAL CORP. SUPERFUND SITE AND RELATED IMPACTS ON THE LOCAL POPULATION AND
CREATE EDUCATIONAL MATERIALS AND OUTREACH PROGRAMS TO SERVE AS RESOURCES IN ADDRESSING
AND UNDERSTANDING POTENTIAL, FUTURE ENVIRONMENTAL CHALLENGES. ACTIVITIES:THE PROJECT
WILL COLLECT EXISTING MATERIALS ON THE HISTORY OF THE SUPERFUND SITE AND THE IMPACTS OF
EXPOSURE TO POLYBROMINATED BIPHENYL (PBB) AS WELL AS CREATE NEW CONTENT THROUGH
INTERVIEWS WITH THE LOCAL POPULATION. THE PROJECT WILL ALSO UTILIZE EDUCATORS TO
DEVELOP CONTENT AND IDENTIFY KEY COMMUNITY PARTNERS TO HOST INFORMATIVE PRESENTATIONS
AND WORKSHOPS BASED ON THESE MATERIALS.OUTCOMES:THROUGH THESE ACTIVITIES, THERE ARE FIVE INTERCONNECTED
ENVIRONMENTAL EDUCATION DELIVERABLES. ONE IS THE CREATION OF A WEBSITE THAT ARCHIVES
HISTORICAL MATERIALS RELATED TO THE COMPANY, THE DISASTER, AND THE SUPERFUND SITE THAT
ALSO INCLUDES OPPORTUNITIES AND NOTICES FOR UPCOMING EVENTS. ANOTHER DELIVERABLE WILL
BE A DOCUMENTARY PRESENTING THE LONG-TERM IMPACTS OF THE DISASTER ON THE HEALTH,
ECONOMY, AND CULTURE OF CENTRAL MICHIGAN THROUGH INTERVIEWS WITH PEOPLE FROM AFFECTED
COMMUNITIES. A THIRD DELIVERABLE WILL BE THE DEVELOPMENT OF A NEW K-12 CURRICULUM WHICH
USES THE HISTORY OF THE DISASTER TO EXPLORE THEMES OF ENVIRONMENTAL STEWARDSHIP AND THE
PRECAUTIONARY PRINCIPLE. FOURTH, WILL BE THE CREATION OF AN ADULT EDUCATIONAL PROGRAM

FOCUSED ON ECOLOGICAL ECONOMICS, GOVERNANCE, AND JUSTICE. AND LASTLY, THE PROJECT WILL
CREATE MATERIALS AND WORKSHOPS THAT FOCUS ON THE CONCERNS OF SMALL FARMERS IN MICHIGAN.

THESE DELIVERABLES WILL BENEFIT THE COMMUNITY IN WHICH THE SUPERFUND SITE IS LOCATED
AND THOSE IMPACTED IN THE SURROUNDING CITIES, BUT WILL ALSO SERVE AS VALUABLE RESOURCES
AND EXAMPLES FOR OTHER POPULATIONS AFFECTED BY SIMILAR DISASTERS AND THE GENERAL
PUBLIC.",D6MLK34UKWD5,2023-05-31,2023,2023-06-06,2023-05-01,2025-05-01,2023-05-
31,UNITED
STATES,MI,57,GRATIOT,48801,4,ALMA,MICHIGAN,26,10077331,41761,770400,USA,UNITED
STATES,GRATIOT,ALMA,MICHIGAN,66.309,ALMA COLLEGE,0,30455,0,,6800_00E03396_-NONE-
_66.309_0,6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),6800,ENVIRONMENTAL PROTECTION AGENCY,68,ENVIRONMENTAL PROTECTION AGENCY
(EPA),DBR,209186180,209186180,209186180,209186180,13024.88,COOPERATIVE AGREEMENT
(B),"$17,430.12"

,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,SUM:,"$58,419,200.54"

,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,

,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,

,,,,,,,,,"$67,476,033.00",,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,

Message

| | |
|---|---|
| **From**: | Kathryn Loving [kl22department@gmail.com] |
| **Sent**: | 2/13/2025 9:38:38 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov] |
| **Subject**: | public Feb 13 grants |
| **Attachments**: | Feb 13 public grants info.csv |

Caution: This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Justification,URL,FAIN,TYPE_DESCRIPTION,GENERATED_UNIQUE_AWARD_ID,AWARD_AMOUNT,RECIPIEN
T_NAME,DESCRIPTION,Date_Signed,Outlayed Amount,Internal Note

"66.312 - updated guidance on covid, all education and
training",https://www.usaspending.gov/award/ASST_NON_84032601_6800,84032601,,,"$200,000
",AL DEPARTMENT ENVIRONMENTAL MANAGEMENT,"THE PURPOSE OF THIS AMERICAN RESCUE PLAN
FUNDED COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING TO THE ALABAMA DEPARTMENT OF
ENVIRONMENTAL MANAGEMENT (ADEM) TO DEVELOP AND UTILIZE A MOBILE EDUCATION TRAILER TO
PROVIDE EDUCATION AND TRAINING RELATED TO THE CAUSES AND EFFECTS OF AIR POLLUTION
(CLEAN AIR ACT, SECTION 103 (B)(3) WITHIN UNDERSERVED COMMUNITIES THAT HAVE EXPERIENCED
PROLIFIC IMPACTS DUE TO THE COVID-19 PANDEMIC. THE TARGET AREA FOR THIS PROJECT IS
MONTGOMERY COUNTY, AL WHERE ONE OF THE UNDERLYING MEDICAL CONDITIONS FOR MANY RESIDENTS
IS CHRONIC LUNG DISEASE OR MODERATE TO SEVERE ASTHMA. ACTIVITIES WILL INCLUDE
DEVELOPMENT OF INTERACTIVE AND VISUALLY ENGAGING EXHIBITS TO ENCOURAGE PARTICIPANTS TO
LEARN MORE ABOUT HOW THE COMMUNITY IS IMPACTED BY AIR POLLUTION AND THE EXHIBITS WILL
PROVIDE GUIDANCE TO ALLOW THEM TO IMPLEMENT PRACTICES. RESIDENTS WILL ALSO BE PROVIDED
WITH UPDATED INFORMATION AND GUIDANCE FOR COVID-19 RESOURCE INFORMATION. OUTCOMES
INCLUDE PROVIDING APPROXIMATEL",9/27/2021,"$32,642.38",

66.312- implementing recommendations from EJ study on
TWITTER,https://www.usaspending.gov/award/ASST_NON_84032801_6800,84032801,,,"$200,000",
VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY,"THE PURPOSE OF THIS AMERICAN RESCUE PLAN
FUNDED COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING TO THE VIRGINIA DEPARTMENT OF
ENVIRONMENTAL QUALITY (VADEQ) TO IMPLEMENT TWO KEY RECOMMENDATIONS RESULTING FROM ITS
2019-2020 ENVIRONMENTAL JUSTICE (EJ) STUDY: 1) DEVELOPMENT AND IMPLEMENTATION OF AN EJ
TRAINING ACADEMY AND 2) DEVELOPMENT OF A VIRGINIA-SPECIFIC EJ MAP-BASED TOOL. WORK
UNDER THIS PROJECT WILL FOCUS ON EJ TRAINING AND CAPACITY BUILDING FOR MEMBERS OF TWO
UNDERSERVED COMMUNITIES IN SOUTHEASTERN VA IDENTIFIED AS NEEDING INCREASED AIR QUALITY
MONITORING, AS WELL AS AN AIR QUALITY ASSESSMENT. THE EJ MAP-BASED TOOL WILL INCLUDE A
COMPREHENSIVE COLLECTION OF DATA NEEDED TO INFORM THE DECISION-MAKING PROCESS BY VADEQ
AS WELL AS RESOURCES, GUIDANCE, AND BEST PRACTICES ON HOW TO USE IT MOST EFFECTIVELY
WHEN REACHING OUT TO VARIOUS STAKEHOLDERS. SPECIFIC PROJECT ACTIVITIES INCLUDE: 1)
PILOTING AN EJ TRAINING PROGRAM, 2) DEVELOPING A MAP-BASED TOOL WITH A HEAT ISLAND
LAYER, AND 3) DEVELO",9/29/2021,"$110,000.00",

66.312 - reduce transmission of
covid!,https://www.usaspending.gov/award/ASST_NON_84034101_6800,84034101,,,"$200,000",D
EPARTMENT OF ENERGY AND ENVIRONMENT,"THE PURPOSE OF THIS AMERICAN RESCUE PLAN FUNDED
COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING TO THE DISTRICT OF COLUMBIA DEPARTMENT OF
ENERGY AND ENVIRONMENT'S (DOEE) AIR QUALITY DIVISION TO EMPOWER PREDOMINANTLY MINORITY
FAMILIES LIVING IN HIGH-POVERTY NEIGHBORHOODS EAST OF THE ANACOSTIA RIVER IN WARDS 7
AND 8 TO TAKE ACTION TO MANAGE ENVIRONMENTAL CONDITIONS AT HOME. THE PROJECT'S PRIMARY
ACTIVITIES ARE TO PROVIDE TRAINING AND PUBLIC EDUCATION TO IMPROVE CHILDREN'S LONG-TERM
ASTHMA CONTROL AND TO REDUCE TRANSMISSION OF THE COVID- 19 VIRUS. WORKING IN CLOSE
COLLABORATION WITH MULTISECTOR PARTNERS, DOEE SEEKS TO MITIGATE THESE IMPACTS BY
PROVIDING PARTICIPANTS WITH TECHNICAL TRAINING, CONDUCTING VIRTUAL HOME VISITS,
DELIVERING ASTHMA MANAGEMENT KITS, AND DEVELOPING ONLINE CONTENT RELATED TO INDOOR AIR
QUALITY HAZARDS. DUE TO THE PANDEMIC, CHILDREN ARE SPENDING MORE TIME AT HOME MAKING
HOME-BASED EXPOSURE TO AIR CONTAMINANTS MORE ACUTE AND HOME-BASED INTERVENTIONS MORE
IMPERATIVE. TH",9/30/2021,,

Funding media
outlet,https://www.usaspending.gov/award/ASST_NON_96393701_6800,96393701,PROJECT GRANT
(B),ASST_NON_96393701_6800,"$1,050,000","BAY JOURNAL MEDIA, INC.","THIS ACTION AWARDS
FEDERAL FUNDS IN THE AMOUNT OF $350,000. FEDERAL FUNDS IN THE AMOUNT OF $1,750,000 ARE
CONTINGENT UPON AVAILABILITY.


THE PURPOSE OF THIS AWARD IS TO PROVIDE SUPPORT FOR WRITING, EDITING, AND PUBLISHING
THE BAY JOURNAL (A MONTHLY PERIODICAL) AS WELL AS THE ELECTRONIC NEWS SERVICE AND BAY
JOURNAL WEBSITE TO INFORM THE PUBLIC ABOUT ISSUES AND EVENTS THAT AFFECT THE CHESAPEAKE
BAY AND ITS WATERSHED.

ACTIVITIES:THE ACTIVITIES TO BE PERFORMED UNDER THIS AGREEMENT WILL FOCUS ON EDUCATING
AND RAISING PUBLIC AWARENESS AND INCLUDE DEVELOPING STORY IDEAS; CONDUCTING RESEARCH;
WRITING, EDITING AND PREPARING COPY; PUBLISHING THE PERIODICAL 10 MONTHS OF THE YEAR;
AND MAINTAINING THE WEBSITE.

OUTCOMES:THE EXPECTED OUTCOME IS PROTECTION AND RESTORATION OF THE CHESAPEAKE BAY
ECOSYSTEM THROUGH INCREASED PUBLIC AWARENESS OF RESTORATION EFFORTS. THIS WORK SUPPORTS
ACHIEVEMENT OF THE GOALS OF THE 2014 CHESAPEAKE BAY WATERSHED AGREEMENT. DIRECT
BENEFICIARIES OF THIS PROJECT INCLUDE THE GENERAL PUBLIC, THE CHESAPEAKE BAY
PARTNERSHIP, AND THE HEALTH OF THE CHESAPEAKE BAY.

SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE
AGREEMENT.",5/2/2022,"$988,376.99",

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_02F17301_6800,02F17301,PROJECT GRANT
(B),ASST_NON_02F17301_6800,"$100,000",ECORISE YOUTH INNOVATIONS,"DESCRIPTION:THIS
AGREEMENT PROVIDES FUNDING TO ECORISE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN,
DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES

THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL
BENEFIT THE ENVIRONMENT IN OKLAHOMA CITY AND BRYAN COUNTY, OK. THE RECIPIENT WILL DO
THIS BY PROVIDING TEACHERS WITH STANDARDS-ALIGNED ENVIRONMENTAL EDUCATION CURRICULA,
PROFESSIONAL DEVELOPMENT, AND YEAR-ROUND SUPPORT FROM ECORISE PROGRAM STAFF AND PROJECT
PARTNERS; PROVIDING STUDENTS LESSONS ON ENVIRONMENTAL LITERACY, ENGINEERING DESIGN, AND
ENVIRONMENTAL JUSTICE; AND FACILITATING STUDENT CREATION OF ENVIRONMENTAL IMPROVEMENT
PROJECTS TO IMPACT THE COMMUNITY.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS
AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN OKLAHOMA CITY AND BRYAN COUNTY, OK AND
PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO
TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD
INCLUDE: PROVIDING TEACHERS WITH STANDARDS-ALIGNED ENVIRONMENTAL EDUCATION CURRICULA,
PROFESSIONAL DEVELOPMENT, AND YEAR-ROUND SUPPORT FROM ECORISE PROGRAM STAFF AND PROJECT
PARTNERS; PROVIDING STUDENTS LESSONS ON ENVIRONMENTAL LITERACY, ENGINEERING DESIGN, AND
ENVIRONMENTAL JUSTICE; AND FACILITATING STUDENT CREATION OF ENVIRONMENTAL IMPROVEMENT
PROJECTS TO IMPACT THE COMMUNITY.SUBRECIPIENT:SUBAWARD RECIPIENTS INCLUDE RESTORE
OKLAHOMA CITY, OKC BEAUTIFUL, OKLAHOMA GREEN SCHOOLS, AND TWO OTHER PARTNERS. SUBAWARD
ACTIVITIES INCLUDE GIVING SCHOOL PRESENTATIONS ON ECORISE RESOURCES, ASSISTING AND
COLLABORATING ON TEACHER WORKSHOPS, PROVIDING ONE-ON-ONE SUPPORT TO TEACHERS,
SUPPORTING TEACHER OUTREACH STATEWIDE, AND IMPLEMENTING PROGRAMS SUCH AS SCHOOL
GARDENS, CLASSROOM SUPPORT, NUTRITION EDUCATION AND WORKFORCE DEVELOPMENT TO HELP
ECORISE IMPLEMENT ITS PROGRAM IN SCHOOLS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT
WILL RESULT IN THE FOLLOWING DELIVERABLES: 163 SUSTAINABLE INTELLIGENCE K-12 LESSONS,
40 DESIGN STUDIO ACTIVITIES, AND THREE INTRODUCTION TO ENVIRONMENTAL JUSTICE MODULES.

EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASED ENVIRONMENTAL LITERACY OF STUDENTS
AND TEACHERS, INCREASED INTEREST IN ENVIRONMENTAL CAREERS BY STUDENTS, STUDENTS
INSPIRED TO BE SUSTAINABLE LEADERS IN THEIR COMMUNITIES, INCREASED CONFIDENCE AND
SKILLS BY TEACHERS TO TEACH ENVIRONMENTAL EDUCATION, AND TEACHER DRIVEN TO MAKE
STEWARDSHIP AND SUSTAINABILITY PART OF THE CURRICULUM. THE PROJECT WILL BENEFIT
STUDENTS AND TEACHERS OF OKLAHOMA CITY AND BRYAN COUNTY, OK.",6/30/2022,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_96394301_6800,96394301,PROJECT GRANT
(B),ASST_NON_96394301_6800,"$99,272",JASTECH DEVELOPMENT SERVICES INC,"DESCRIPTION:THIS
PROJECT PROVIDES FUNDING TO JASTECH DEVELOPMENT SERVICES, INC. TO IMPLEMENT ITS
PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION
PRACTICES, METHODS, AND TECHNIQUES THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY
AND ENCOURAGE BEHAVIOR BENEFITTING THE ENVIRONMENT IN THE OVERBROOK SECTION OF
PHILADELPHIA, PA. THE GRANTEE WILL DO THIS BY INCREASING PUBLIC AWARENESS AND KNOWLEDGE
ABOUT ENVIRONMENTAL ISSUES BY PROVIDING PROGRAM PARTICIPANTS WITH THE SKILLS NECESSARY
TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS IN THEIR COMMUNITY.

THE OVERBROOK COMMUNITY SCIENCE (OCS) PROJECT WILL SUPPORT EPA'S PRIORITIES FOR
COMMUNITY PROJECTS THAT INCREASE PUBLIC UNDERSTANDING OF THE BENEFITS OF ENVIRONMENTAL
STEWARDSHIP THROUGH COMMUNITY COLLABORATION ON ISSUES OF CLIMATE AND ENVIRONMENTAL
SUSTAINABILITY. THE OCS WILL PROVIDE RESOURCES FROM THE CITY AND STATE TO EDUCATE
STAKEHOLDERS IN NON-FORMAL SETTINGS ON CAREER DEVELOPMENT, ABOUT ENVIRONMENTAL ISSUES
AND SOLUTIONS, AND TEACH ABOUT ENVIRONMENTAL JUSTICE AND LOCAL ENVIRONMENTAL ISSUES.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN WEST AND NORTH PHILADELPHIA AND PROVIDE THESE COMMUNITIES WITH
THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TAKE RESPONSIBLE ACTIONS.
ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDES FORMING A COMMUNITY
ADVISORY BOARD (CAB) TO IMPLEMENT A REPLICABLE PILOT PROGRAM THAT FULFILS COMMUNITY-
IDENTIFIED NEEDS FOR ADAPTING TO BURDENSOME CLIMATE AND ENVIRONMENTAL EXPOSURES. ALL
PARTNERS AND SUB-AWARDEES WILL ASSIST IN THE OUTREACH AND IDENTIFICATION OF CITY-OWNED,
VACANT LOTS IN THE OVERBROOK AND NORTH PHILADELPHIA SECTIONS OF PHILADELPHIA.

THE OCS PLANS TO WORK WITH COMMUNITY MEMBERS TO IDENTIFY THEIR DESIRED USE AND WILL
PROVIDE WORK TO REMOVE DEBRIS FROM UNDERSERVICED VACANT LOTS. FURTHERMORE, SUB-
AWARDEES, ESPERANZA, IMPACT SERVICES, WYNNEFIELD OVERBROOK REVITALIZATION CORPORATION,
AND PENNSYLVANIA HORTICULTURAL SOCIETY, WILL PROVIDE COMMUNITY OUTREACH WITH THE
PHILADELPHIA COMMERCE DEPARTMENT. THE OCS WILL IDENTIFY NEEDS FOR ADAPTING TO CLIMATE
CHANGE AND MOTIVATING NEIGHBORHOOD-LEVEL ACTIONS TO OVERCOME BURDENSOME ENVIRONMENTAL
AND HEALTH EXPOSURES; SUPPORT THE INVENTORY OF VACANT LOTS; AND HELP CONVENE MEMBERS
FOR THE CAB AND PARTICIPANTS FOR FOCUS GROUPS. THE OCS PLANS TO WORK WITH THESE
COMMUNITIES FROM WEST AND NORTH PHILADELPHIA TO INSTALL AIR MONITORS IN APPROXIMATELY
42 HOMES.SUBRECIPIENT:THE OCS SUBAWARDEES, ESPERANZA, IMPACT SERVICES, WYNNEFIELD
OVERBROOK REVITALIZATION CORPORATION AND PENNSYLVANIA HORTICULTURAL SOCIETY WILL
PROVIDE COMMUNITY OUTREACH WITH THE PHILADELPHIA COMMERCE DEPARTMENT'S - PHILADELPHIA
TAKING CARE OF BUSINESS CORRIDOR (PHL TBC) STAFF MEMBERS. THEY WILL INFORM COMMUNITY
MEMBERS ON OUTCOMES OF THE PILOT TO FULFIL COMMUNITY-IDENTIFIED NEEDS FOR ADAPTING TO
CLIMATE CHANGE AND MOTIVATING NEIGHBORHOOD-LEVEL ACTIONS TO OVERCOME BURDENSOME
ENVIRONMENTAL AND HEALTH EXPOSURES, SUPPORT THE INVENTORY OF VACANT LOTS, HELP CONVENE
MEMBERS FOR THE COMMUNITY ADVISORY BOARD AND PARTICIPANTS FOR FOCUS GROUPS.OUTCOMES:IT
IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: FORMING A
COMMUNITY ADVISORY BOARD TO PARTICIPATE IN THE CAMPAIGN PROCESS; CONDUCTING FOCUS
GROUPS TO IDENTIFY KEY BEHAVIORAL TARGETS AND BETTER UNDERSTAND TARGET AUDIENCE
PERCEPTIONS OF BARRIERS AND BENEFITS OF KEY BEHAVIORAL TARGETS; PERFORMING SAMPLING AND

LEAD EXPOSURE RISK ANALYSIS; ASSESSING VACANT PROPERTIES IN THE SPECIFIED DISTRICTS;
DEVELOPING AND IMPLEMENTING THE COMMUNITY-BASED CAMPAIGN IN A PARTICIPATORY MANNER,
UTILIZING EXISTING ENVIRONMENTAL HEALTH RESOURCES (E.G., EPA NONPOINT SOURCE OUTREACH
TOOLBOX, OEEC EDUCATION PROGRAM, EPA, CDC, AND AD COUNCIL LEAD POISONING PREVENTION
OUTREACH MATERIALS); AND, IMPLEMENTING A FOLLOW-UP COMMUNITY TRAINING AND ASSESS THE
EFFECTIVENESS OF THE CAMPAIGN",7/11/2022,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_98T46801_6800,98T46801,PROJECT GRANT
(B),ASST_NON_98T46801_6800,"$100,000",ECORISE YOUTH INNOVATIONS,"DESCRIPTION:THIS
PROJECT PROVIDES FUNDING TO ECORISE YOUTH INNOVATIONS TO IMPLEMENT ITS PROJECT, WHICH
WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS,
AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE
BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN PALM SPRINGS, SACRAMENTO, SAN FRANCISCO,
AND SAN MATEO COUNTIES IN CALIFORNIA. THE GRANTEE WILL DO THIS BY TEACHING STUDENTS TO
BUILD ENVIRONMENTAL LITERACY; GAIN CONTEXT AROUND LOCAL ENVIRONMENTAL CONDITIONS; AND
LEARN HOW TO USE COMPASSION AND EMPATHY TO HELP REPAIR DAMAGE FROM RACIST BEHAVIORS,
POLICIES, AND SYSTEMS. WITH THIS KNOWLEDGE AND AWARENESS, STUDENTS TAKE ACTION,
IDENTIFYING AND DESIGNING SOLUTIONS THROUGH SELF-LED, INNOVATIVE PROJECTS THAT ENGAGE
AND POSITIVELY IMPACT THE BROADER COMMUNITY. SUCH PROJECTS COULD INCLUDE SCHOOLWIDE
WATER-CONSERVATION EFFORTS, SCHOOL AIR PURIFICATION INSTALLATIONS, THE CREATION OF
OUTDOOR CLASSROOMS, AND MUCH MORE. THROUGH THIS COMBINATION OF LEARNING AND DOING,
STUDENTS DEVELOP THEIR STEM AND 21ST CENTURY SKILLS, ACT AS LEADERS AND CREATIVE
CHANGEMAKERS IN THEIR COMMUNITIES, AND ADVOCATE FOR A MORE JUST AND EQUITABLE
CALIFORNIA.

THIS ASSISTANCE AGREEMENT PROVIDE FULL FEDERAL FUNDING IN THE AMOUNT OF $100,000.
ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN PALM SPRINGS, SACRAMENTO, SAN FRANCISCO, AND SAN MATEO COUNTIES
IN CALIFORNIA AND PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED
DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. THIS PROJECT BRINGS OUR AWARD-WINNING
CURRICULUM, PROFESSIONAL DEVELOPMENT, AND SUPPORT TO 160 NEW TEACHERS IN URBAN AND
RURAL REGIONS OF CALIFORNIA. THIS ACTION-ORIENTED PROGRAM INCLUDES 163 SUSTAINABLE
INTELLIGENCE (S.I.) K-12 LESSONS, WHICH PROVIDE ECO-LITERACY ACROSS SEVEN THEMES
(WATER, WASTE, ENERGY, FOOD, AIR, TRANSPORTATION, AND PUBLIC SPACES) IN ENGLISH AND
SPANISH. IT INCLUDES 40 DESIGN STUDIO ACTIVITIES, WHICH GUIDE STUDENTS THROUGH AN
ENGINEERING DESIGN PROCESS THEY CAN USE TO COME UP WITH INNOVATIVE SOLUTIONS TO
PRESSING PROBLEMS. ALSO INCLUDED ARE THREE INTRODUCTION TO ENVIRONMENTAL JUSTICE
MODULES, ONE EACH FOR ELEMENTARY, MIDDLE, AND HIGH SCHOOL STUDENTS. TOGETHER, THIS
CONTENT HELPS STUDENTS GAIN VALUABLE SCIENCE, TECHNOLOGY, ENGINEERING, AND MATH (STEM)
SKILLS AS WELL AS ENVIRONMENTAL JUSTICE SOCIAL LITERACY AND PROJECT-BASED LEARNING
SKILLS. EACH S.I. LESSON INCLUDES COMMUNITY CONNECTIONS, WHICH PROVIDE SUGGESTIONS FOR
HOW BEST TO COLLABORATE WITH THE COMMUNITY ON IMPROVEMENT PROJECTS AND HELP STUDENTS
SPREAD AWARENESS OF RELEVANT LOCAL ENVIRONMENTAL ISSUES. AS STUDENTS COMPLETE
ACTIVITIES AND AUDIT ENVIRONMENTAL CONDITIONS IN THEIR SCHOOLS AND COMMUNITIES, THEY
ADDRESS EPA'S GOAL 2.2 BY LISTENING TO AND COLLABORATING WITH OTHER IMPACTED
STAKEHOLDERS AND CREATING MEANINGFUL ENGAGEMENT. LESSONS ALSO PROVIDE CROSS-
DISCIPLINARY CONNECTIONS, TECHNOLOGY EXTENSIONS, CULTURAL ADAPTATIONS, AND CORRELATIONS
TO NATIONAL STANDARDS. IN ADDITION, OUR STAFF ALIGNS THE PROGRAM TO LOCAL STANDARDS AND
DISTRICT SCOPE AND SEQUENCES.SUBRECIPIENT:SUBAWARDS WILL BE IN THE FORM OF 'ECO-AUDIT
MICROGRANTS,' WHICH WE AWARD TO SCHOOLS TO SUPPORT STUDENT-LED GROUP PROJECTS. WE WILL
NOT KNOW WHICH SCHOOLS WILL RECEIVE SUBAWARDS UNTIL AFTER THE PROJECT HAS BEGUN;
HOWEVER, WE WILL FOCUS OUR EFFORTS ON COMMUNITIES DISPROPORTIONATELY IMPACTED BY
ENVIRONMENTAL STRESSORS IN SACRAMENTO, SAN FRANCISCO, SAN MATEO, AND PALM SPRINGS.
ECORISE STAFF GUIDES STUDENTS AND TEACHERS TO UNDERSTAND HOW TO CONDUCT AN ECO-AUDIT OF
THEIR SCHOOL CAMPUS OR COMMUNITY AND THEN APPLY FOR A MICROGRANT USING AN ESTABLISHED
PROJECT-BASED RUBRIC. STUDENT GROUPS WORK WITH A TEACHER SPONSOR TO CREATE A

PROJECT PLAN WITH ENVIRONMENTAL GOALS, METHODS FOR GATHERING DATA AND ASSESSING THOSE
GOALS, A BUDGET, A TIMELINE FOR INCREASING SUSTAINABILITY IN A CERTAIN AREA OF THE
SCHOOL OR COMMUNITY, AND ADDI",7/20/2022,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_96239022_6800,96239022,PROJECT GRANT
(B),ASST_NON_96239022_6800,"$100,000",GROUNDWORK HUDSON VALLEY INC,"DESCRIPTION:THIS
PROJECT PROVIDES FUNDING TO GROUNDWORKS HUDSON VALLEY TO IMPLEMENT ITS PROJECT, WHICH
WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS,
AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE
BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN YONKERS, NEW YORK. THE GRANTEE WILL DO
THIS BY EDUCATING HIGH SCHOOL STUDENTS ON FLOODING AND HOW FLOODING IMPACTS THEIR LOCAL
COMMUNITY THROUGH ITS CONNECTING THE DROPS: GREEN INFRASTRUCTURE AND CLIMATE SAFE
NEIGHBORHOODS PROJECT. GROUNDWORKS HUDSON VALLEY WILL USE CLASSROOM AND HANDS-ON FIELD
EXPERIENCE TO TEACH STUDENTS ABOUT WATER QUALITY, STORMWATER MANAGEMENT, CLIMATE CHANGE
RESILIENCY, AND HOW TO PREPARE FOR DISASTERS SUCH AS FLOODS AND HURRICANES.
ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN YONKERS, NEW YORK AND PROVIDE STUDENTS SKILLS NECESSARY TO MAKE
INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING
THIS PROJECT PERIOD INCLUDE: RECRUITMENT OF TEACHERS AND HIGH SCHOOL STUDENTS, DEVELOP
AND DELIVER THE CLASSROOM LESSONS ON WATER QUALITY, STORMWATER MANAGEMENT, CLIMATE
RESILIENCY TO PROJECT PARTICIPANTS; AND INSTALL FIVE GREEN INFRASTRUCTURE PROJECTS SUCH

AS RAIN GARDENS, NATIVE SPECIES PLANTING, RIPARIAN BUFFERS AND HILLSIDE STABILIZATION TO MITIGATE THE IMPACT OF STORMWATER AND FLOODING IN THE LOCAL AFFECTED COMMUNITY. SUBRECIPIENT:GROUNDWORKS HUDSON VALLEY WILL ISSUE SUBAWARDS AS REQUIRED UNDER THE NATIONAL ENVIRONMENTAL EDUCATION ACT. THE SUBAWARDEES WILL PROVIDE COORDINATION OF PROJECT ACTIVITIES AND ASSISTING STUDENTS IN THE DESIGN AND IMPLEMENTATION OF GREEN INFRASTRUCTURE PROJECTS IN PRIORITY LOCATIONS TO ASSIST IN THE MITIGATION RELATED TO THE IMPACT OF FLOODING IN THE LOCAL AFFECTED COMMUNITY. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES AND EXPECTED OUTCOMES: INCREASING THE KNOWLEDGE OF MORE THAN 300 STUDENTS OF PROBLEM AWARENESS, STEM KNOWLEDGE, CRITICAL THINKING AND DECISION-MAKING SKILLS ON LOCAL WATER QUALITY, STORMWATER MANAGEMENT, CLIMATE RESILIENCY AND EMERGENCY PREPAREDNESS RELATED TO FLOODING IN THE AFFECTED AREA; DELIVERY OF THREE LESSON MODULES FOR PROJECT PARTICIPANTS; AND IMPLEMENT FIVE GREEN INFRASTRUCTURE PROJECTS IN THE LOCAL COMMUNITY TO MITIGATE FLOODING . DIRECT BENEFICIARIES ARE STUDENTS LOCATED IN YONKERS, NEW YORK.",8/15/2022,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_02D34022_6800,02D34022,PROJECT GRANT (B),ASST_NON_02D34022_6800,"$100,000",EMORY UNIVERSITY,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING IN THE AMOUNT OF $100,000 TO EMORY UNIVERSITY TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN ELEMENTARY, MIDDLE AND HIGH SCHOOL STUDENTS, AND THE COMMUNITY MEMBERS, IN GEORGIA. THE GRANTEE WILL DO THIS BY PROVIDING UNIQUE ACTIVE-LEARNING CURRICULUM ON TOPICS RELATED TO THE ENVIRONMENT. EMORY UNIVERSITY, WORKING TOGETHER IN PARTNERSHIP WITH HISTORIC WESTSIDE GARDENS, ALTAMAHA RIVERKEEPER, SCIENCE ATL, AND TEACHERS AT 10 SCHOOLS (INCLUDING 4 TITLE I SCHOOLS), WILL EDUCATE THE STUDENTS AND COMMUNITY MEMBERS ABOUT THE IMPACTS OF AIR, WATER AND SOIL CONTAMINATION AND EXPLORE MITIGATION STRATEGIES. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN GEORGIA AND PROVIDE LOCAL ELEMENTARY/HIGH SCHOOL AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: SETTING UP LOW-COST AIR QUALITY SENSORS AT 9 SCHOOLS AND AT 1 COMMUNITY GARDEN AND DEVELOP EDUCATIONAL MATERIALS ON AIR QUALITY AND SOIL LEAD CONTAMINATION.

SUBRECIPIENT:HISTORIC WESTSIDE GARDENS, A NONPROFIT ORGANIZATION, WILL SET UP A LOW-COST AIR QUALITY SENSOR AT A GARDEN AND TEACH CHILDREN AT THEIR SCHOOL GARDEN PROGRAM ON AIR, WATER AND SOIL QUALITY, AND CLIMATE CHANGE - $5,000; ALTAMAHA RIVERKEEPER WILL DEVELOP EDUCATIONAL MATERIAL ON WATER QUALITY - $5,000; SCIENCE ATL WILL HELP ORGANIZE A TEACHER WORKSHOP BASED ON THE EDUCATIONAL MATERIAL DEVELOPED - $5,000 AND 10 SCHOOLS THAT PARTICIPATE TO SET UP THE LOW-COST AIR QUALITY SENSOR AND TEACH THE MATERIAL WILL BE PROVIDED A STIPEND OF $1,000 EACH. WE WILL WORK WITH THESE ORGANIZATIONS TO ENSURE WE HAVE THE MAXIMUM REACH AND WE WILL HAVE REGULAR COMMUNICATIONS. FOR ADDITIONAL SCHOOLS THAT PARTICIPATE, MATCHING FUNDS WILL BE USED.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: OUTPUTS INCLUDE CREATING ADVANCED AIR QUALITY MONITORING NETWORK IN GREATER ATLANTA, GA, CREATE COMPREHENSIVE DATABASE OF AIR AND SOIL POLLUTION IN GA, CREATE A NEW CURRICULUM ON AIR AND SOIL QUALITY , NEW VOLUNTEER AND SOIL MONITORING FORMED. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASED AWARENESS AND KNOWLEDGE ON AIR AND SOIL POLLUTION IN ATLANTA, INCREASED INTEREST IN SCIENCE, TECHNOLOGY, ENGINEERING, AND MATHEMATICS AND STEM AND CITIZENS ARE WELL INFORMED OF AIR AND SOIL POLLUTION SOURCES AND WILL BENEFIT MIDDLE AND HIGH SCHOOL STUDENTS, THE COMMUNITY MEMBERS AND THE PUBLIC IN THE STATE.",9/26/2022,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_00E03324_6800,00E03324,PROJECT GRANT (B),ASST_NON_00E03324_6800,"$99,931","NATIONAL AUDUBON SOCIETY, INC","DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO NATIONAL AUDUBON SOCIETY TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE CALUMET REGION ON CHICAGO'S SOUTH SIDE. THE GRANTEE WILL DO THIS BY CONNECTING YOUTH, COMMUNITY EDUCATORS, AND FAMILIES TO LOCAL ENVIRONMENTAL AWARENESS AND CONSERVATION.ACTIVITIES:ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: A TEACHER AND PARENT TRAINING WORKSHOP SERIES, A SUMMER TEEN EXPERIENCE AND A LEADERSHIP DEVELOPMENT WORKSHOP FOR INTERNS. IN ADDITION TO COMMUNITY EDUCATION AND ACTION, THE YOUTH LEADERSHIP PROJECT'S KEY GOAL WILL BE PROVIDING AN IMPORTANT CAREER DEVELOPMENT EDUCATIONAL COMPONENT.SUBRECIPIENT:5 SUB AWARDS WILL BE GIVEN TO ELIGIBLE ORGANIZATIONS TO HOST AND RECRUIT PARTICIPANTS AND SHAPE THE CONTENT OF BOTH PLANNED WORKSHOPS AND A TRAINING PROGRAM.

OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL CONVENE AND ENGAGE YOUNG ADULTS, PARENTS, AND TEACHERS IN HABITAT RESTORATION AND STEWARDSHIP ACTIVITIES. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: YOUNG ADULTS HAVING EXPOSURE TO ENVIRONMENTAL CAREERS; INCREASED PARTICIPATION IN NATURAL AREA STEWARDSHIP, LITERACY OF CONSERVATION ISSUES AND ABILITY TO COMMUNICATE ABOUT ENVIRONMENTAL ISSUES TO MULTIPLE AUDIENCES IN THE GREATER SOUTH SIDE COMMUNITY.",2/16/2023,,

66.951 - environmental literacy and climate

change,https://www.usaspending.gov/award/ASST_NON_00E03326_6800,00E03326,PROJECT GRANT
(B),ASST_NON_00E03326_6800,"$80,748","HAZON, INC.","DESCRIPTION:THIS PROJECT PROVIDES
FUNDING TO HAZON TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND
DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE
TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE
ENVIRONMENT IN DETROIT METRO AREA OF MICHIGAN, THE GRANTEE WILL DO THIS BY CONDUCTING A
SERIES OF 20 CLIMATE CONVERSATIONS WITH OVER 240 PEOPLE.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN THE DETROIT METRO AREA. THIS EDUCATIONAL SERIES WILL DISCUSS
THE REALITIES OF CLIMATE CHANGE AND ITS DISPROPORTIONATE IMPACT ON DISADVANTAGED
COMMUNITIES AND PROVIDE A FRAMEWORK FOR TRANSFORMATIVE INDIVIDUAL AND COLLECTIVE
ACTIONS. CLIMATE CONVERSATIONS IS DESIGNED TO CONNECT PEOPLE MORALLY AND SPIRITUALLY TO
THE ENVIRONMENTAL MOVEMENT AND EQUIP THEM WITH PRACTICAL STEPS AND KNOWLEDGE THAT
FACILITATE LASTING ECO-FRIENDLY BEHAVIORS, SYSTEMIC CHANGES, AND CLIMATE JUSTICE.
ACTIVITIES PERFORMED DURING THIS PROJECT PERIOD INCLUDE IMPLEMENTATION OF ENVIRONMENTAL
PROJECTS.

SUBRECIPIENT:THE SUBAWARDS WILL BE ISSUED TO 20 CLIMATE CONVERSATIONS HOST SITES TO
IMPLEMENT AN ENVIRONMENTAL IMPACT INITIATIVE. IN ADDITION A SUB AWARD WILL BE GIVEN TO
MI INTERFAITH POWER AND LIGHT TO PARTNER ON THE PROJECT. OUTCOMES:IT IS ANTICIPATED
THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: *TOTAL OF 20 CLIMATE
CONVERSATIONS SESSIONS CONDUCTED AND UP TO 60,000 METRO DETROITERS WILL BENEFIT FROM
THE CLIMATE CONVERSATIONS PROJECT BY A) LEARNING ABOUT CLIMATE JUSTICE TOPICS VIA
CONGREGATIONAL COMMUNICATIONS AND B) BY PARTICIPATING IN OR BENEFITING FROM CLIMATE
CONVERSATIONS HOST SITE INITIATIVES. EXPECTED OUTCOMES OF THE PROJECT INCLUDE:
INCREASED KNOWLEDGE ABOUT CLIMATE CHANGE, CREATING A PRO ENVIRONMENT BEHAVIOR CHANGE
AND IMPLEMENTING AN ENVIRONMENTAL PROJECT.",2/16/2023,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_95815340_6800,95815340,PROJECT GRANT
(B),ASST_NON_95815340_6800,"$100,000",MOUNTAIN STUDIES INSTITUTE INC,"DESCRIPTION:THIS
PROJECT PROVIDES FUNDING TO MOUNTAIN STUDIES INSTITUTE TO IMPLEMENT ITS PROJECT, WHICH
WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS,
AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE
BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN SOUTHWEST COLORADO. THE BRIDGING
MOUNTAINS: ENHANCING EQUITABLE ENVIRONMENTAL EDUCATION FOR SOUTHWEST COLORADO PROGRAM
WILL ADDRESS THE IDENTIFIED NEEDS AND BARRIERS FOR DELIVERING RELEVANT EE CONTENT TO
STUDENTS OF ALL AGES IN 15-20 SCHOOLS IN 8 COMMUNITIES. THE SAN JUAN MOUNTAINS AND
WATERSHEDS ARE HOME TO COMMUNITIES OF VARIOUS DEMOGRAPHICS, INCLUDING THE TWO FEDERALLY
RECOGNIZED TRIBES IN COLORADO. TO EMPOWER THE YOUTH TO BECOME LEADERS IN IDENTIFYING
SOLUTIONS TO THE CHANGING DEMANDS OF CLIMATE AND DROUGHT, THE NEED TO BE GIVEN THE
TOOLS TO ADDRESS FUTURE CLIMATE SCENARIOS THROUGH COMPREHENSIVE ENVIRONMENTAL
EDUCATION.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN SOUTHWEST COLORADO AND PROVIDE STUDENTS AND TEACHERS THE SKILLS
NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE
PERFORMED DURING THIS PROJECT PERIOD INCLUDE: THE PROJECT WILL WORK TOWARDS THESE
OBJECTIVES BY 1) PROVIDING OUTDOOR ACTIVITIES AND FIELD TRIPS THAT INCORPORATE FIELD
WORK, HANDS-ON STEWARDSHIP OPPORTUNITIES, AND DATA COLLECTION; 2) PROVIDING
PROFESSIONAL DEVELOPMENT FOR EDUCATORS THROUGH ON-THE-JOB TRAINING OPPORTUNITIES,
WORKING WITH SCHOOL DISTRICTS TO PROVIDE EE TRAININGS DURING IN-SERVICE DAYS AND SUMMER
WORKSHOPS; AND 3) PROVIDING MENTORSHIP OPPORTUNITIES FOR MIDDLE THROUGH HIGH SCHOOL
STUDENTS AND YOUNG ADULTS. THE PROJECT WILL REACH 80 K-12 TEACHERS WITH PROFESSIONAL
DEVELOPMENT; 400 K-12 STUDENTS THROUGH ENVIRONMENTAL-FOCUSED FIELD TRIPS; 300 STUDENTS
IN GRADES 7-12 THROUGH THE SAN JUAN RESILIENCE YOUTH SUMMIT; AND 90 COMMUNITY MEMBER
VOLUNTEERS THROUGH STEWARDSHIP EXPERIENCES.SUBRECIPIENT:MSI HAS SELECTED 5
SUBRECIPIENTS BASED ON REGIONAL REACH AND ACCESS TO UNDERSERVED COMMUNITIES. ALL
ORGANIZATIONS HOLD FEDERAL TAX-EXEMPT STATUS UNDER SECTION 501(C)(3). ALL SUBRECIPIENTS
ARE LOCATED IN THE U.S. WITH 100% OF EDUCATIONAL ACTIVITY TAKING PLACE IN THE U.S.


COMPANTILDE;EROS - BUILD CAPACITY TO PROVIDE EE TO CHILDREN OF UNDERSERVED IMMIGRANT
COMMUNITIES, ESPECIALLY OF LATINX, IN LA PLATA COUNTY

PLAYERS PHILANTHROPY FUND - FUNDS WILL BE DIRECTED TO THE HIVE DURANGO, WHICH OPERATES
THROUGH FISCAL SPONSORSHIP WITH PLAYERS PHILANTHROPY FUND (REGISTERED 501(C)(3)); BUILD
CAPACITY FOR DEVELOPING EE SUMMER PROGRAMS FOR ITS UNDERSERVED COMMUNITY BASE IN LA
PLATA COUNTY

SAN JUAN MOUNTAINS ASSOCIATION - DEVELOP EE CAPACITY OF TEACHERS THROUGHOUT THE TARGET
COMMUNITIES

AUDUBON ROCKIES - BUILD CAPACITY TO PROVIDE EE IN TARGET COMMUNITIES IN ARCHULETA
COUNTY

MONTEZUMA LAND CONSERVANCY - BUILD CAPACITY TO PROVIDE EE IN TARGET COMMUNITIES IN
MONTEZUMA COUNTY

OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES:

-20 PLACE-BASED FIELDTRIPS PROVIDED TO 300-500 K-12 STUDENTS.

-10 TEACHERS RECEIVE ON THE-JOB TRAINING AND MATERIALS NEEDED TO LEAD PLACE-BASED FIELD TRIPS.

- 6 SERVICE-LEARNING OPPORTUNITIES PROVIDED TO 90 STUDENTS AND VOLUNTEERS.

-PROVIDE 160 PARTICIPANT HOURS OF IIEE WORKSHOPS TO EIGHT SCHOOL DISTRICTS REACHING AT LEAST 80 TEACHERS.


EXPECTED OUTCOMES OF THE PROJECT INCLUDE:

-100 YOUTH EXPRESS INCREASE IN ENVIRONMENTAL STEWARDSHIP BEHAVIORS.

-STUDENTS ARE ENGAGING IN ENVIRONMENTAL STEWARDSHIP BEHAVIORS, INCLUDING CONSERVATION OF QUALITY WATER RESOURCES, AND SHARING THEIR KNOWLEDGE OF LOCAL ENVIRONMENTAL ISSUES

WITH THEIR FAMILIES AND PEERS.

-MORE RURAL COLORADAN TEACHERS AND YOUTH ARE CONVERSANT WITH AND ACTIVE IN CONSERVATION OF QUALITY WATER RESOURCES.

-RURAL COLORADO COMMUNITY MEMBERS MAKE MORE INFORMED DECISIONS AND TAKE RESPONSIBLE ACTIONS TO IMPROVE ENVIRONMEN",2/22/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_95815350_6800,95815350,PROJECT GRANT (B),ASST_NON_95815350_6800,"$79,924",LEFTHAND WATERSHED OVERSIGHT GROUP,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO LEFT HAND WATERSHED OVERSIGHT GROUP TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT STUDENTS AND TEACHERS IN THE ENVIRONMENT IN THE ST. VRAIN WATERSHED IN COLORADO. THE ST. VRAIN WATERSHED IN COLORADO IS AT HIGH RISK OF CATASTROPHIC WILDFIRE, WHICH WOULD RESULT IN POOR WATER QUALITY, RISK TO COMMUNITY SAFETY, AND DECLINE OF FORESTED ECOSYSTEMS. IN RESPONSE, EDUCATION EFFORTS THAT INCREASE THE ABILITY OF COMMUNITIES TO BUILD RESILIENCE TO FLOOD AND FIRE ARE URGENTLY NEEDED. THE GRANTEE WILL DO THIS THROUGH THREE MAIN PROGRAMS: P1) INQUIRY-BASED 5TH GRADE CURRICULUM DEVELOPMENT AND IMPLEMENTATION WHICH WILL BE PUBLICLY ACCESSIBLE AND BUILT ON ADAPTIVE MANAGEMENT PROCESSES AND PROTOCOLS USED BY SCIENTISTS AND LAND MANAGERS, P2) WORKSHOPS FOR TEACHERS THAT PROVIDE THEM WITH EXPERIENCE AND TOOLS TO IMPLEMENT THIS CURRICULUM IN THEIR CLASSROOMS, AND P3) HIGHER EDUCATION AND LEADERSHIP OPPORTUNITIES FOR HIGH SCHOOL STUDENTS THAT PREPARE THEM TO BE ENVIRONMENTAL SCHOLARS AND LEADERS IN THEIR COMMUNITIES.


ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE ST. VRAIN WATERSHED IN COLORADO AND PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: THE PROJECT WILL TEACH THE CURRICULUM IN AN ELEMENTARY SCHOOL THAT LIES AT THE WILDLAND URBAN INTERFACE, WHOSE STUDENTS ARE AT RISK OF BEING DIRECTLY IMPACTED BY FIRE AND FLOOD, AS WELL AS AT AN ENVIRONMENTAL EDUCATION CENTER WHICH SERVES 4,500 5TH GRADERS ACROSS TWO SCHOOL DISTRICTS AND 350 LATINO FAMILIES PER YEAR (45% OF THEIR PARTICIPANTS ARE PEOPLE OF COLOR AND LINGUISTICALLY DIVERSE). THE PROJECT WILL ALSO IMPLEMENT THE CURRICULUM AT A TITLE 1 SCHOOL WHERE STUDENTS ARE AT RISK OF POOR WATER QUALITY DUE TO HIGH-SEVERITY WILDFIRE (90.8% OF STUDENTS ARE ELIGIBLE FOR FREE/REDUCED LUNCH AND 90.5% OF STUDENTS ARE OF A RACIAL MINORITY), AND WHERE STUDENTS RECEIVE ONLY 2.2 HOURS OF ENVIRONMENTAL EDUCATION ON AVERAGE COMPARED TO 18.9 HOURS AT A SCHOOL IN THE NEIGHBORING SCHOOL DISTRICT. TOGETHER, THE PROGRAMMING WILL PROVIDE KNOWLEDGE AND TOOLS FOR COMMUNITIES TO INCREASE THEIR RESILIENCE TO WILDFIRE AND FLOOD AND WILL DECREASE A SIGNIFICANT GAP IN ACCESS TO ENVIRONMENTAL EDUCATION BETWEEN LOCAL SCHOOLS.SUBRECIPIENT:THE SUB-GRANT PROGRAM WILL ENABLE LEFT HAND WATERSHED OVERSIGHT GROUP TO AWARD 5 ENTITIES AND WILL LEVERAGE EXISTING PARTNERSHIPS WITH LYONS ES AND MSHS, INDIAN PEAKS, CAL-WOOD (SPECIALIZING IN ENVIRONMENTAL EDUCATION), AND OUR AGENCY PARTNERS SUCH AS BOULDER VALLEY LONGMONT CONSERVATION DISTRICT (BVLCD) TO BUILD A COMMUNITY SCIENCE CURRICULUM AROUND OUR EXISTING DATA COLLECTION PROTOCOLS THAT RELATE TO FOREST AND RIVER RESILIENCY. THE SUBAWARDS ASSIST WITH WILL THREE MAIN PROGRAMS: P1) INQUIRY-BASED 5TH GRADE CURRICULUM DEVELOPMENT AND IMPLEMENTATION WHICH WILL BE PUBLICLY ACCESSIBLE AND BUILT ON ADAPTIVE MANAGEMENT PROCESSES AND PROTOCOLS USED BY SCIENTISTS AND LAND MANAGERS, P2) WORKSHOPS FOR TEACHERS THAT PROVIDE THEM WITH EXPERIENCE AND TOOLS TO IMPLEMENT THIS CURRICULUM IN THEIR CLASSROOMS, AND P3) HIGHER EDUCATION AND LEADERSHIP OPPORTUNITIES FOR HIGH SCHOOL STUDENTS THAT PREPARE THEM TO BE ENVIRONMENTAL SCHOLARS AND LEADERS IN THEIR COMMUNITIES.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: CURRICULUM AND TEACHING GUIDE PUBLISHED ONLINE; CURRICULUM SENT TO 259 5TH GRADE TEACHERS IN THE ST. VRAIN VALLEY AND BOULDER VALLEY SCHOOL DISTRICTS AND ADVERTISED THROUGH BOULDER COUNTY E MOVEMENT. CURRICULUM IS TAUGHT TO ~76 5TH GRADE STUDENTS AT LYONS ES AND INDIAN PEAKS OVER THE COURSE OF 7 LATE START PROGRAM DAYS. CURRICULUM IS ALSO TAUGHT TO ~4",2/22/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_00E03323_6800,00E03323,PROJECT GRANT

(B),ASST_NON_00E03323_6800,"$100,000",OHIO UNIVERSITY,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO OHIO UNIVERSITY TO IMPLEMENT ITS PROJECT WHICH WILL DESIGN, DEMONSTRATE AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS AND TECHNIQUES. THESE WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN COMMUNITIES IN RURAL APPALACHIAN, OHIO. THE GRANTEE WILL DO THIS BY FOSTERING A REGIONAL NETWORK OF ENTITIES IN CREATING A SHARED STORY OF LOCAL CLIMATE ADAPTATION AND RESILIENCE. OHIO UNIVERSITY AND ITS PARTNERS WILL DEVELOP PLACE-BASED PROGRAMMING TO INCREASE CLIMATE LITERACY THROUGH INTERACTIVE LESSONS AND ONSITE ACTIVITIES DESIGNED TO ENGAGE 860 K-12 STUDENTS, 10 PRE-SERVICE TEACHERS, 20 AREA EDUCATORS, AND 7 CLIMATE SITE PARTNERS.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN RURAL APPALACHIAN OHIO AND PROVIDE STUDENTS, PRE-SERVICE EDUCATORS, AND CLIMATE PARTNERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: 1) ENGAGING PRE-SERVICE TEACHERS IN LEARNING ABOUT A CLIMATE LITERACY AND STEWARDSHIP FRAMEWORK BASED ON THE USGCRP CLIMATE LITERACY GUIDE; 2) DEVELOPING ONLINE CLIMATE LESSONS VIA THE OHIO APPALACHIAN STEM ENRICHMENT ACADEMY; 3) FOSTERING AND SUPPORT A NETWORK OF PLACE-BASED PARTNER SITES IN APPALACHIA WITH EDUCATIONAL PROGRAMMING THAT IS LINKED THROUGH A SHARED STORY OF CLIMATE ADAPTATION AND RESILIENCE; AND 4) CONNECTING AREA TEACHERS WITH THE CLIMATE PROGRAMMING NETWORK.

SUBRECIPIENT:SUBAWARDEES WILL DEVELOP AND IMPLEMENT PLACED-BASED INTERACTIVE LESSONS TO CREATE A MULTI-SITE REGIONAL NETWORK FOR PROMOTING CLIMATE LITERACY THROUGHOUT APPALACHIAN OHIO, OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: DEVELOPMENT OF NEW CURRICULAR MATERIALS INCLUDING VIRTUAL LESSONS, CREATION OF A STORY MAP AND RESOURCES FOR WEBINARS.

EXPECTED OUTCOMES OF THE PROJECT INCLUDE: PRE- SERVICE TEACHERS WILL DEVELOP INCREASED CLIMATE LITERACY AND CAPACITY, INCREASED NUMBER OF APPALACHIAN STUDENTS PARTICIPATING IN APPALACHIAN STEM ENRICHMENT ACADEMY AND INCREASED CAPACITY FOR ENVIRONMENTAL EDUCATION THROUGHOUT RURAL OHIO WHICH WILL ALL BENEFIT COMMUNITIES IN RURAL APPALACHIA.",3/7/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_00A01096_6800,00A01096,PROJECT GRANT (B),ASST_NON_00A01096_6800,"$60,000",LAKE CHAMPLAIN MARITIME MUSEUM,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO LAKE CHAMPLAIN MARITIME MUSEUM TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN FERRISBURGH, VERGENNES, AND BRANDON, VERMONT. THE GRANTEE WILL DO THIS BY WORKING WITH LOCAL PARTNERS INCLUDING VERMONT FISH AND WILDLIFE DEPARTMENT AND THE VERMONT DEPARTMENT OF FORESTS, PARKS AND RECREATION ON PROGRAM DEVELOPMENT AND IMPLEMENTATION INCLUDING TOOLS, RESOURCES AND EDUCATION CONTENT INCLUDING NEW LESSON PLANS ON HOW TO USE THE GIANT MAP AS AN ENGAGING LEARNING RESOURCE. ACTIVITIES:ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: TRAINING FOR 50 TEACHERS AT 5 TITLE 1 SCHOOLS ON ENVIRONMENTAL EDUCATION (EE) AND HOW TO USE THE GIANT MAP; GIANT MAP PROGRAMMING FOR STUDENTS LED BY MUSEUM STAFF AND PARTNERS; AND GIANT MAP PROGRAMMING LED BY TEACHERS AT 5 TITLE 1 SCHOOLS AND CONNECT STUDENTS WITH ENVIRONMENTAL PROFESSIONAL ON CAREER OPPORTUNITIES. THE MUSEUM WILL WORK WITH LOCAL PARTNERS TO CONNECT TEACHERS WITH RESOURCES. STAFF FROM THE VT FISH AND WILDLIFE DEPARTMENT AND THE VT DEPARTMENT OF FORESTS, PARKS, AND RECREATION WILL PARTNER ON PROGRAM DEVELOPMENT AND IMPLEMENTATION. SUBRECIPIENT:SUBAWARDS WILL BE GIVEN TO ENTITIES TO PERFORM TASKS INTEGRAL TO THE PROJECT'S GOALS, AS OUTLINED BY THE PRIME. THIS SPECIFIC GRANT WILL AWARD SUBAWARDS TO 2 SCHOOL DISTRICTS FOR COSTS FOR TEACHERS TO PARTICIPATE IN TEACHER TRAININGS AND A UNIVERSITY TO PROVIDE PROFESSIONAL DEVELOPMENT CREDIT. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: 2 NEW LESSON PLANS TO BE USED WITH THE GIANT MAP, TEACHER TRAINING AND SITE VISITS TO SCHOOLS WITH THE GIANT MAP. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASE UNDERSTANDING OF SPATIAL/ECOLOGICAL RELATIONSHIPS BETWEEN DISTANCE CORNERS OF THE WATERSHED AND LAKE CHAMPLAIN, DEVELOP NEW PERSPECTIVES ON HOW STUDENTS CAN POSITIVELY AFFECT LAKE CHAMPLAIN WATERSHEDS WATER QUALITY, TEACHERS INCREASE TIME SPENT ON INTEGRATING ENVIRONMENTAL EDUCATION INTO THEIR TEACHING, AND EXPERIENCES WITH THIS UNIQUE TEACHING TOOL OF THE GIANT MAP WILL INSPIRE STUDENTS AND TEACHERS TO DEVELOP THEIR OWN SENSE OF PLACE THAT WILL RESULT IN STEWARDSHIP BEHAVIORS AND ACTIONS THAT SUPPORT THE HEALTH OF THE LAKE CHAMPLAIN WATERSHED AND INCREASE PERSONAL STEWARDSHIP VALUES TOWARD THE LAKE WHICH BENEFIT RESIDENTS IN ADDISON COUNTY .",3/10/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_00E03325_6800,00E03325,PROJECT GRANT (B),ASST_NON_00E03325_6800,"$100,000",UNIVERSITY OF ILLINOIS,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO UNIVERSITY OF ILLINOIS CHICAGO TO IMPLEMENT ITS STEM SCHOLARS PROGRAM WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN MARGINALIZED COMMUNITIES THROUGHOUT CHICAGO. THE GRANTEE WILL DO THIS BY ENGAGING HIGH SCHOOL AND COLLEGE STUDENTS FOCUSING ON THREE NEW ENVIRONMENTAL TOPICS OF CLIMATE CHANGE, FOOD DESSERTS AND ENVIRONMENTAL INJUSTICE.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND

KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES THROUGHOUT CHICAGO AND PROVIDE HIGH SCHOOL AND
COLLEGE STUDENTS IN MARGINALIZED COMMUNITIES THE SKILLS NECESSARY TO MAKE INFORMED
DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS
PROJECT PERIOD INCLUDE: INTERACTIVE LEARNING WITH TEAM BUILDING EXERCISES,
OPPORTUNITIES TO SPEAK WITH PROFESSIONALS IN ENVIRONMENTAL FIELDS OF FOCUS AND GAINING
IN DEPTH INFORMATION ABOUT ENVIRONMENTAL JUSTICE, CLIMATE CHANGE AND FOOD DESERTS.
PARTICIPANTS WILL ALSO HAVE AN OPPORTUNITY TO EARN A PAID SUMMER INTERNSHIP.

SUBRECIPIENT:5 SUBAWARDS WILL BE GIVEN TO ELIGIBLE ORGANIZATIONS TO ENSURE YOUTH IN
MARGINALIZED COMMUNITIES CAN PARTICIPATE IN THE AFTER SCHOOL PROGRAM AS WELL AS
INTERNSHIP. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING
EXPECTED OUTCOMES: PARTICIPANTS ENGAGING IN HANDS-ON ACTIVITIES FOCUSING ON
ENVIRONMENTAL JUSTICE, CLIMATE CHANGE, AND FOOD WASTE, GAINING PROFESSIONAL EXPERIENCE
IN ENERGY EFFICIENCY AND ENVIRONMENTAL INJUSTICE AND SEEKING ENVIRONMENTAL DEGREES AT
COLLEGES AND UNIVERSITIES. ALL OUTPUTS AND OUTCOMES INCLUDING TOURS AND INTERNSHIPS
WILL BENEFIT OVER 200 HIGH SCHOOL AND COLLEGE STUDENTS.",3/22/2023,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_02F26301_6800,02F26301,PROJECT GRANT
(B),ASST_NON_02F26301_6800,"$100,000",BOSQUE ECOSYSTEM MONITORING
PROGRAM,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO BOSQUE ECOSYSTEM MONITORING
PROGRAM TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE
ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE
ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN
TRUTH OR CONSEQUENCE, ALBUQUERQUE, LOS LUNAS, BELEN, AND RIO RANCHO, NM. THE RECIPIENT
WILL DO THIS BY CONDUCTING OUTDOOR PLACE-BASED EDUCATIONAL ACTIVITIES AND ENVIRONMENTAL
DATA COLLECTION ON BOSQUE ECOSYSTEM HEALTH WITH SEVENTH GRADE STUDENTS.ACTIVITIES:THIS
PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN
TRUTH OR CONSEQUENCE, ALBUQUERQUE, LOS LUNAS, BELEN, AND RIO RANCHO, NM AND PROVIDE
SEVENTH GRADE STUDENTS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE
RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE:
1,000 STUDENTS INTRODUCED TO THE ENVIRONMENTAL EDUCATION PROGRAM THROUGH LESSONS,
VIDEOS AND ACTIVITIES; 1,000 STUDENTS TAKEN TO SITES ALONG THE MIDDLE RIO GRANDE RIVER
TO MEASURE GROUNDWATER DEPTH, MEASURE PRECIPITATION VOLUME, AND IDENTIFY PLANT SPECIES;
CREATION AND FINALIZATION OF A REPORT ON THE DATA COLLECTED.SUBRECIPIENT:SUBAWARD
RECIPIENTS INCLUDE ALBUQUERQUE PUBLIC SCHOOLS EDUCATION FOUNDATION, ASOMBRO INSTITUTE
FOR SCIENCE EDUCATION, VALENCIA SOIL AND WATER CONSERVATION DISTRICT, AND CIUDAD SOIL
AND WATER CONSERVATION DISTRICT. FUNDS WILL BE USED TO COVER THE COST OF ENVIRONMENTAL
EDUCATION CONTINUING EDUCATION FOR TEACHERS AND PROFESSIONAL DEVELOPMENT FOCUSED ON
OUTDOOR LEARNING AND CLIMATE CHANGE EDUCATION.OUTCOMES:IT IS ANTICIPATED THAT THIS
PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: 6,000 STUDENTS ENGAGED WITH LOCAL,
OUTDOOR SPACES VIA EDUCATION FOCUSING ON CLIMATE CHANGE AND CLIMATE JUSTICE IMPACTS AND
POSSIBLE MITIGATIONS; FINALIZED REPORT DESCRIBING BOSQUE DATA COLLECTED; 20 RESEARCH
PROJECTS COMPLETED BY STUDENTS ON ENVIRONMENTAL TOPICS; PROFESSIONAL DEVELOPMENT
WORKSHOPS CONDUCTED REACHING 50 TEACHERS.

EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASED STUDENT AWARENESS OF BOSQUE
ECOSYSTEM HEALTH, CLIMATE CHANGE IMPACTS, AND ENVIRONMENTAL JUSTICE; INCREASED
ENVIRONMENTAL STEWARDSHIP OF STUDENTS TO IMPROVE BOSQUE ECOSYSTEM HEALTH; AND INCREASED
CONFIDENCE BY EDUCATORS TO TEACH ENVIRONMENTAL EDUCATION. THIS PROJECT WILL BENEFIT
STUDENTS OF TRUTH OR CONSEQUENCE, ALBUQUERQUE, LOS LUNAS, BELEN, AND RIO RANCHO,
NM.",3/22/2023,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_00A00834_6800,00A00834,PROJECT GRANT
(B),ASST_NON_00A00834_6800,"$100,000",UNIVERSITY OF CONNECTICUT,"DESCRIPTION:THIS
PROJECT PROVIDES FUNDING TO THE UNIVERSITY OF CONNECTICUT TO IMPLEMENT ITS PROJECT,
WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES,
METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND
ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN HARTFORD, BLOOMFIELD, AND
WINDHAM, CONNECTICUT. THE GRANTEE WILL DO THIS BY EMPOWERING EDUCATORS AND STUDENTS TO
ADDRESS STORMWATER RELATED ISSUES AND GREEN INFRASTRUCTURE WITHIN THEIR COMMUNITIES.
THE UNIVERSITY OF CONNECTICUT NATURAL RESOURCES CONSERVATION ACADEMY WILL TRAIN 20 HIGH
SCHOOL TEACHERS THROUGH A PROFESSIONAL DEVELOPMENT WORKSHOP FOCUSED ON STORMWATER
MANAGEMENT AND GREEN INFRASTRUCTURE. ALSO, STUDENTS WITH EDUCATOR SUPPORT WILL PLAN AND
IMPLEMENT LOCAL PROJECTS FOCUSED ON STORMWATER MANAGEMENT AND GREEN INFRASTRUCTURE.
THIS PROJECT TARGETS LOW INCOME AREAS AND COMMUNITIES THAT CONTAIN TITLE I SCHOOLS.
THIS PROGRAM WILL PROVIDE EDUCATORS FROM UNDERSERVED COMMUNITIES WITH RESOURCES AND
INSTRUCTION AS THEY CARRY OUT CUSTOMIZED WATERSHED-BASED LESSONS, LEVERAGING NEXT
GENERATION SCIENCE STANDARDS-DESIGNED CURRICULUM CREATED BY THE PROJECT TEAM, IN THEIR
CLASSROOMS. ACTIVITIES:THIS PROJECT WILL INCREASE STUDENT AND PUBLIC AWARENESS AND
KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN HARTFORD, BLOOMFIELD, AND WINDHAM, CONNECTICUT
AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE
INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING
THIS PROJECT PERIOD INCLUDE: APPROXIMATELY 600 HIGH SCHOOL STUDENTS WILL USE A
WATERSHED-MODELING WEB APP TO ANALYZE LAND USE AND SOIL DATA IN THEIR NEIGHBORHOODS,
MODEL STORMWATER RUNOFF AND WATER-QUALITY IMPACTS, AND COMPARE HOW DIFFERENT
CONSERVATION OR DEVELOPMENT SCENARIOS COULD MODIFY RUNOFF AND WATER QUALITY. WORKING
WITH UNDERGRADUATE CORPS, PARTICIPATING PARTNER SCHOOL TEAMS WILL THEN BE GUIDED
THROUGH PLANNING AND IMPLEMENTING LOCAL GREEN INFRASTRUCTURE PROJECTS EITHER ON THEIR
SCHOOL PROPERTY OR IN THE NEARBY COMMUNITY. PROJECTS WILL BE 1) SITE-SPECIFIC AND

INCLUDE TREE PLANTING, RAINWATER HARVESTING, BUILDING AND INSTALLATION OF PLANTER BOXES, BIOSWALES, RAIN GARDENS, GREEN ROOFS, AND/OR PERMEABLE PAVEMENTS, AND 2) EXPLICITLY CONNECTED TO LESSONS THAT INTRODUCE STUDENTS TO A VARIETY OF GREEN INFRASTRUCTURE CAREER PATHS, SUCH AS LANDSCAPING, PLUMBING, HORTICULTURE, CONSTRUCTION, AND ENGINEERING. SUBRECIPIENT:FIVE SUBGRANTEES PARTICIPATE IN THIS PROJECT. THE KEY ACTIVITY WILL BE THE CREATION, IMPLEMENTATION, AND EVALUATION OF A TWO-DAY STORMWATER MANAGEMENT AND GREEN INFRASTRUCTURE PROFESSIONAL DEVELOPMENT WORKSHOP FOR HIGH SCHOOL TEACHERS MODELED OFF THE SUCCESSFUL USDA-FUNDED NRCA TEACHER PROFESSIONAL LEARNING PROGRAM FOLLOWED BY SERVICE LEARNING COMMUNITY PROJECTS. THE ACTIVITIES INCLUDE:

TRAIN 20 SECONDARY EDUCATORS TO IMPLEMENT STORMWATER MANAGEMENT AND GREEN INFRASTRUCTURE CURRICULUM DURING A TWO-DAY PROFESSIONAL DEVELOPMENT WORKSHOP.

#8729; TEACH, VIA EDUCATOR PARTICIPANTS, UP TO 600 HIGH SCHOOL STUDENTS HOW TO USE ONLINE MAPPING AND MODELING TOOLS TO EXPLORE LOCAL STORMWATER ISSUES AND SOLUTIONS.

#8729; TEACH, VIA EDUCATOR PARTICIPANTS, UP TO 600 HIGH SCHOOL STUDENTS ABOUT ENVIRONMENTAL CAREER OPTIONS AND PATHWAYS.

#8729; SUPPORT HUNDREDS OF STUDENTS, TEACHERS AND COMMUNITY MEMBERS AS THEY CARRY OUT LOCAL GREEN INFRASTRUCTURE ENVIRONMENTAL PROJECTS.

#8729; DETERMINE THE IMPACTS OF THE CURRICULUM AND GREEN INFRASTRUCTURE PROJECTS ON HIGH SCHOOL STUDENTS' ENVIRONMENTAL LITERACY AND CAREER INTERESTS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: STORMWATER MANAGEMENT CURRICULAR, EDUCATOR TRAINING, AND GREEN INFRASTRUCTURE PROJECTS AT SCHOOLS IN UNDERSERVED COMMUNITIES. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASED AWARENESS OF LOCAL WATER ISSUES AND GREEN INFRASTRUCTURE SOLUTIONS, EDUCATORS TRAINED TO INTEGRATE OUTDOOR LEARNING AND STEWARD",3/28/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_02J25101_6800,02J25101,PROJECT GRANT (B),ASST_NON_02J25101_6800,"$100,000",WASHINGTON STATE UNIVERSITY,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO WASHINGTON STATE UNIVERSITY (WSU) TO IMPLEMENT NATURALIST PROGRAM, BUILDING A PIPELINE FOR WATER RESOURCE ENVIRONMENTAL EDUCATION, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE STATE OF WASHINGTON. THE GRANTEE WILL DO THIS BY INCREASING THE REACH OF MANY ENVIRONMENTAL ORGANIZATIONS WITH MORE EDUCATED AND TRAINED VOLUNTEERS. CERTIFIED NATURALISTS WILL VOLUNTEER WITH THE PROJECT'S PARTNER ORGANIZATIONS TO INCREASE YOUTH ENVIRONMENTAL EDUCATION CAPACITY ON THE SCIENCE AND PRACTICES FOR CLEAN AND HEALTHY RESOURCES. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE STATE OF WASHINGTON AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE WSU WILL PILOT A NEW ONLINE WATER CENTERED NATURALIST PROGRAM WITH OVER 60 PARTICIPANTS AND DEVELOP A FIELD REQUIREMENT FOR PARTICIPANTS TO COMPLETE BEFORE GRADUATION. THE NATURALISTS WILL VOLUNTEER WITH FOUR PROJECT PARTNERS TO DO WATER RESOURCES EDUCATION WITH YOUTH. DURING THE PROJECT, WSU EXPECTS THEIR PARTNERS TO USE THE NATURALISTS TO REACH AN ADDITIONAL 2,000 YOUTH. FOUR OF THE PARTNERS ARE WORKING TO REACH UNDERSERVED YOUTH INCLUDING LOW INCOME, RURAL, LATINX, AND TRIBAL COMMUNITIES. THIS PILOT PROJECT WILL HELP IMPROVE AND IMPLEMENT THE NATURALIST PROGRAM STATEWIDE AND CREATE KNOWLEDGEABLE VOLUNTEERS IN VIRTUALLY EVERY PART OF WASHINGTON STATE. SUBRECIPIENT:FIVE SUBAWARDS WILL BE AWARDED TO HELP EXPAND THE NATURALIST PROGRAM WITH YOUTH EDUCATION BY THE SUBAWARDEE ORGANIZATIONS PROVIDING WATER RESOURCE EDUCATION.OUTCOMES:THE TWO OUTCOMES OF THE PILOT PROJECT ARE (1) INCREASING THE NUMBER AND KNOWLEDGE OF INDIVIDUALS INTERESTED IN VOLUNTEERING FOR ENVIRONMENTAL EDUCATION, STEWARDSHIP, AND MONITORING, ACHIEVED THOROUGH EDUCATION THAT OFFERS FLEXIBILITY, EQUITABILITY, AND SUPPORT RESULTING IN A UNIVERSITY-BACKED CERTIFICATE; AND (2) BUILDING AN ENVIRONMENTAL EDUCATION PIPELINE FROM VOLUNTEER NATURALISTS TO COMMUNITY YOUTH.",3/28/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_00A00929_6800,00A00929,PROJECT GRANT (B),ASST_NON_00A00929_6800,"$96,000",GULF OF MAINE RESEARCH INSTITUTE,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO GULF OF MAINE RESEARCH INSTITUTE (GMRI) TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT ACROSS MAINE IN COMMUNITIES WITH TITLE 1 SCHOOLS. THE GRANTEE WILL DO THIS BY UTILIZING GMRI'S EXPERTISE PARTNERING WITH MIDDLE SCHOOL TEACHERS AND STUDENTS IN PLACE-BASED, CITIZEN SCIENCE INVESTIGATIONS OF MAINE'S ECOSYSTEMS. PARTNER ORGANIZATIONS BRING EXPERTISE REGARDING SCIENCE AND STEWARDSHIP IN FORESTED AND AQUATIC ECOSYSTEMS. PROJECT WILL SUPPORT 8 MIDDLE SCHOOLS FROM A RANGE OF COMMUNITIES REACHING APPROXIMATELY 800-1200 STUDENTS FROM ACROSS MAINE TO ENGAGE THOSE SCHOOLS WITH SCHOOLS ACROSS NEW ENGLAND IN RELATED HEMLOCK INVESTIGATIONS AND MONITORING EFFORTS.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES ACROSS MAINE AND PROVIDE STUDENTS, TEACHERS AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: BUILD STUDENT

UNDERSTANDING OF ECOSYSTEM COMPLEXITY AND THE IMPLICATIONS OF THAT COMPLEXITY FOR
UNDERSTANDING AND STEWARDING LOCAL FORESTS AND WATERWAYS AND MANAGING INVASIVE SPECIES,
CONNECT PARTICIPATING STUDENTS, TEACHERS, AND SCIENTISTS AND RESOURCE MANAGERS AS THEY
COLLABORATE TO MONITOR AND STEWARD FOREST AND AQUATIC ECOSYSTEM HEALTH IN MAINE AND
ACROSS NEW ENGLAND, DEVELOP STUDENT AND TEACHER KNOWLEDGE ABOUT THE WORK OF SCIENTISTS
AND RESOURCE MANAGERS, AND MOVE STUDENTS FROM ENVIRONMENTAL MONITORS TO STEWARDS AND
COMMUNITY LEADERS AS THEY PARTICIPATE IN AND ENGAGE THEIR COMMUNITIES IN STEWARDSHIP
OPPORTUNITIES.SUBRECIPIENT:THE SUB-GRANT PROGRAM WILL ENABLE GULF OF MAINE RESEARCH
INSTITUTE TO GIVE EIGHT SUBAWARDS TO SCHOOL DISTRICTS FROM ACROSS MAINE'S TITLE 1
SCHOOLS TO SUPPORT THE WORK BY PROVIDING VITAL SERVICES, EXPERTISE, AND A FRAMEWORK TO
MAKE THIS PROJECT ON LONG TERM FOREST AND WATER QUALITY AWARENESS SUCCESSFUL AND
SUSTAINABLE.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING
DELIVERABLES APPROXIMATELY 800-1200 STUDENTS HAVE EXPERIENCES THAT SPAN THE
ENVIRONMENTAL EDUCATION CONTINUUM, FROM BUILDING UNDERSTANDING THROUGH TO DESIGNING AND
PARTICIPATING IN ENVIRONMENTAL STEWARDSHIP ACTIONS THAT EXTEND TO INCLUDE PARTICIPATION
AND EDUCATION OF THE LARGER COMMUNITY, PARTICIPATING STUDENTS HAVE AN INCREASED
UNDERSTANDING OF THE WORK OF SCIENTISTS, RESOURCE MANAGERS, AND CONSERVATION
PROFESSIONALS, AND PARTICIPATING STUDENTS HAVE AN INCREASED UNDERSTANDING OF THE WORK
OF SCIENTISTS, RESOURCE MANAGERS, AND CONSERVATION PROFESSIONALS.",3/30/2023,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_95307601_6800,95307601,PROJECT GRANT
(B),ASST_NON_95307601_6800,"$100,000",AUDUBON SOCIETY OF WESTERN
PENNSYLVANIA,"DESCRIPTION:THIS GRANT AGREEMENT ALLOWS THE AUDUBON SOCIETY OF WESTERN
PENNSYLVANIA TO WORK WITH RESIDENTS, STUDENTS, TEACHERS, AND MUNICIPALITIES TO
FACILITATE COMMUNITY CONSERVATION AND ENVIRONMENTAL EDUCATION (EE) IN UNDER-RESOURCED
COMMUNITIES IN THE MON VALLEY (ALLEGHENY COUNTY, PA).


ACTIVITIES:THE AUDUBON SOCIETY OF WESTERN PENNSYLVANIA PROJECT CONTAINS ACTIVITIES THAT
WILL CREATE HABITATS AND GARDENS FOR BIRDS AND POLLINATORS, IMPROVE WATER AND AIR
QUALITY, AND INCREASE COMMUNITY RESILIENCE AND ENVIRONMENTAL KNOWLEDGE. ACTIVITIES
INCLUDE NATIVE PLANT DISTRIBUTION AND COMPLIMENTARY EDUCATIONAL PROGRAMS THROUGH THE
CERTIFIED BACKYARD HABITAT (CBH) PROGRAM. THROUGH THIS ACTIVITY, 900 NATIVE PLANTS WILL
BE PLANTED THROUGHOUT THE COMMUNITY AND A VACANT LOT OWNED BY THE TRI-COG LAND BANK
WILL BE TRANSFORMED INTO A HABITAT GARDEN. THE SECOND IS CREATING SCHOOLYARD HABITAT
GARDENS AT TWO ELEMENTARY SCHOOLS AND DELIVERING EIGHT IN-SCHOOL PROGRAMS ON ECOSYSTEM
HEALTH, HABITAT, BIRDS, AND POLLINATORS TO EVERY STUDENT (K-5) IN TWO ELEMENTARY
SCHOOLS. THE TEACHERS WILL ATTEND WORKSHOPS TO TRAIN EDUCATORS ON HOW TO UTILIZE THE
SCHOOLYARD HABITAT FOR HANDS-ON LEARNING OPPORTUNITIES, INCLUDING COMMUNITY SCIENCE,
AND ENVIRONMENTAL STEWARDSHIP IN LESSON PLANS. THE FINAL ACTIVITY WILL TAKE PLACE IN
THE CITY OF MCKEESPORT AND THE BOROUGH OF VERSAILLES WHERE THE DEVELOPMENT OF AN
ENVIRONMENTAL ADVISORY COMMITTEE, NATIVE PLANTINGS, COMMUNITY CLEAN-UPS, GREEN
INFRASTRUCTURE, URBAN FOREST MANAGEMENT, AND ORDINANCE REVIEW/UPDATES FOR IMPROVED
ENVIRONMENTAL PRACTICES WILL TAKE PLACE.SUBRECIPIENT: ASWP WILL WORK WITH EACH SUB-
RECIPIENT TO IMPLEMENT THE PROJECTS ASSOCIATED WITH THEIR SUB-AWARDS, THUS ENSURING
THAT THE FUNDS ARE UTILIZED FOR THE PURPOSES OUTLINED BELOW THAT ALIGN WITH THE GRANT.
SUB-RECIPIENTS ARE ALSO PARTNERS IN THE PROJECT AND WILL THEREFORE BE ASSOCIATED WITH
RELATED AND COMPLIMENTARY ENVIRONMENTAL EDUCATION ACTIVITIES.

- VERSAILLES BOROUGH ($5,000): VERSAILLES IS A LOCAL GOVERNMENT AGENCY. FUNDS WILL BE
USED TO IMPLEMENT A DEMONSTRATION HABITAT GARDEN ON MUNICIPALLY-OWNED LAND.

- CITY OF MCKEESPORT ($5,000): MCKEESPORT IS A LOCAL GOVERNMENT AGENCY. FUNDS WILL BE
USED TO IMPLEMENT A DEMONSTRATION HABITAT GARDEN ON MUNICIPALLY-OWNED LAND.

- FRANCIS MCCLURE ELEMENTARY SCHOOL ($5,000): FRANCIS MCCLURE ELEMENTARY SCHOOL IS AN
ELEMENTARY SCHOOL. FUNDS WILL BE USED TO IMPLEMENT A SCHOOLYARD HABITAT GARDEN FOR USE
IN HANDS-ON OUTDOOR LEARNING AND TEACHER TRAINING.

- TWIN RIVERS ELEMENTARY SCHOOL ($5,000): TWIN RIVERS ELEMENTARY SCHOOL IS AN
ELEMENTARY SCHOOL. FUNDS WILL BE USED TO IMPLEMENT A SCHOOLYARD HABITAT GARDEN FOR USE
IN HANDS-ON OUTDOOR LEARNING AND TEACHER TRAINING.

- TRI-COG LAND BANK ($5,000): THE TRI-COG LAND BANK IS A 501C3 NONPROFIT ORGANIZATION.
FUNDS WILL BE USED TO IMPLEMENT A DEMONSTRATION HABITAT GARDEN ON A VACANT LOT OWNED BY
THE LAND BANK.

OUTCOMES:THE ANTICIPATED DELIVERABLES OF THE PROJECT INCLUDE FOSTERING COMMUNITY-BASED
MANAGEMENT OF URBAN ECOSYSTEMS AND NATURAL RESOURCES IN UNDER-RESOURCED COMMUNITIES AND
DEVELOPING A DIVERSE AND ENGAGED CONSTITUENCY THAT IS KNOWLEDGEABLE IN LOCAL
ENVIRONMENTAL CONDITIONS, IMPROVING HABITAT, AIR QUALITY, AND WATER QUALITY TO CREATE
RESILIENT LANDSCAPES. THE INTENDED BENEFICIARIES ARE THE COMMUNITY MEMBERS OF THE
BOROUGH OF VERSAILLES, THE CITY OF MCKEESPORT, AND THE STUDENTS AND TEACHERS OF FRANCIS
MCCLURE ELEMENTARY SCHOOL AND TWIN RIVERS ELEMENTARY SCHOOL.",3/31/2023,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_02J25001_6800,02J25001,PROJECT GRANT
(B),ASST_NON_02J25001_6800,"$100,000",ENVIRONMENTAL SCIENCE CENTER,"DESCRIPTION:THIS
PROJECT PROVIDES FUNDING TO ENVIRONMENTAL SCIENCE CENTER TO IMPLEMENT ITS PROJECT,
WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES,

METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN SOUTH KING COUNTY, WASHINGTON. THE GRANTEE WILL DO THIS BY USING SALMON AS A LOCAL PHENOMENON TO EDUCATE STUDENTS ON THE CRITICAL WATERSHED ISSUE OF STORMWATER POLLUTION IN SOUTH KING COUNTY, WASHINGTON. OVER TWO YEARS, THIS PROJECT WILL TARGET 2,400 4TH-8TH GRADE STUDENTS FROM TITLE 1 SCHOOLS IN THIS DIVERSE, LOW-INCOME COMMUNITY AND PROVIDE TRAINING FOR 60 TEACHERS..ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN SOUTH KING COUNTY, WASHINGTON AND PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE:A SIX-HOUR PROGRAM DESIGNED TO INCREASE STUDENT UNDERSTANDING OF HABITAT AND WATER QUALITY NEEDS, TO THINK CRITICALLY AND BRAINSTORM LOCAL STORMWATER POLLUTION SOLUTIONS, AND TO ACT TO PHYSICALLY IMPROVE THEIR SCHOOLYARD HABITATS. STEWARDSHIP MESSAGING SHARED WITH STUDENTS AND THEIR FAMILIES WILL BE TRANSLATED AND TAUGHT IN SPANISH TO INCREASE ACCESS AND IMPACT. A COMPLIMENTARY, IN-DEPTH TEACHER TRAINING OVER THE TWO YEARS WILL HELP THEM INCORPORATE THEMES OF ENVIRONMENTAL JUSTICE IN THE CURRICULUM AND GIVE THEM CONFIDENCE TO NOT ONLY CONTINUE BUT EXPAND UPON THESE SCHOOL CAMPUS ENVIRONMENTAL IMPROVEMENT PROJECTS IN THE FUTURE.SUBRECIPIENT:FIVE SUBAWARDS WILL BE GIVEN. THE WHITE RIVER VALLEY MUSEUM WILL SUPPORT THE PROGRAM BY TEACHING AT THE FIELD SITE FOR DIFFERENT SCHOOLS AND INCORPORATING INDIGENOUS CURRICULUM. LOCAL SCHOOL DISTRICTS IN SOUTH KING COUNTY WILL HELP SUPPORT CLASSES PARTICIPATING IN THE PROGRAM AND COMMUNITY-BASED NONPROFITS WITH EXPERTISE IN SCHOOLYARD RESTORATION PROJECTS AND/OR ENVIRONMENTAL JUSTICE CONTENT AND BEING ABLE TO PURCHASE TOOLS, GLOVES, AND PLANTS FOR SCHOOLYARD HABITAT RESTORATION PROJECTS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING OUTCOMES - TO IMPROVE ENVIRONMENTAL LITERACY BY USING FIELD-BASED EDUCATION EXPERIENCES TO ENCOURAGE POSITIVE CONNECTIONS TO LOCAL, NATURAL SETTINGS, TO INCREASE AWARENESS AND UNDERSTANDING OF LIMITING FACTORS TO SALMON SURVIVAL, AND TO IMPROVE STEWARDSHIP BEHAVIORS TO KEEP THE WATERS HEALTHY FOR SALMON AND HUMANS ALIKE. DURING SALMON HEROES, STUDENTS WILL INVESTIGATE THE QUESTIONS 'IS THIS A HEALTHY WATERSHED FOR SALMON SURVIVAL?' AND 'HOW DO HUMAN ACTIVITIES IMPACT THE WATERSHED?' STUDENTS WILL RESEARCH AND INVESTIGATE LOCAL ISSUES OF POOR WATER QUALITY INCLUDING LOW SALMON POPULATIONS. STUDENTS WILL STUDY THE INTERACTION OF THE WATER CYCLE AND STORMWATER MANAGEMENT PRACTICES INCLUDING POLLUTION FROM EVERYDAY CITIZEN ACTIONS. AT THE END OF THE PROGRAM, THEY BECOME 'SALMON HEROES,' TAKE A PLEDGE TO CHOOSE TO DO EVERYDAY ACTIVITIES THAT PROTECT THEIR WATERSHED AND SALMON AND PARTICIPATE IN STEWARDSHIP ACTIONS TO IMPROVE THE WATERS AROUND THEIR LOCAL SCHOOLYARD.",5/10/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_02J25201_6800,02J25201,PROJECT GRANT (B),ASST_NON_02J25201_6800,"$98,622",KENAI WATERSHED FORUM,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO KENAI WATERSHED FORUM TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN KENAI PENINSULA, ALASKA. THIS PROJECT WILL FOSTER INTERCONNECTIVITY BETWEEN FORMAL ENVIRONMENTAL EDUCATION CURRICULUM AND TRADITIONAL ECOLOGICAL KNOWLEDGE OF ALASKAN INDIGENOUS COMMUNITIES BY WORKING WITH UNDERSERVED YOUTH AND STUDENTS TO INFUSE TRADITIONAL APPLICATION INTO A CULTURALLY SUSTAINING AND PLACE-BASED CURRICULUM. THE GRANTEE WILL EXPAND THE DELIVERY OF THE ADOPT-A-STREAM CURRICULUM TO CO-CREATE AND DELIVER WATERSHED EDUCATION GROUNDED IN LOCAL CULTURE TO UNDERSERVED YOUTH, STUDENTS, AND FAMILIES AND BUILD MORE MEANINGFUL PARTNERSHIPS IN RURAL KENAI PENINSULA COMMUNITIES. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE KENAI PENINSULA COMMUNITIES AND PROVIDE THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD WILL SUPPORT THE CONTINUATION OF HIGH-LEVEL CONSERVATION EDUCATION AND DISSEMINATION OF WATER QUALITY CURRICULA TO K-12 STUDENTS WHILE DELIVERING LEARNER-CENTERED, CULTURALLY SUSTAINING CURRICULUM THROUGH POSITIVE OUTDOOR EXPERIENCES TO TITLE I SCHOOLS, TRIBAL ORGANIZATIONS, AND IMPOVERISHED COMMUNITIES. THE GRANTEE STAFF WILL WORK WITH TEACHERS AT 15-20 SCHOOLS REACHING ABOUT 750 STUDENTS TO SCHEDULE MONTHLY CREEK AND CLASSROOM VISITS WHICH EDUCATE STUDENTS IN CRUCIAL WATER QUALITY PARAMETERS, SALMON LIFE CYCLE, MACROINVERTEBRATES, STREAM ECOLOGY, AND ECOSYSTEM MANAGEMENT. WITH THE FOCUS ON LOCAL ECOSYSTEMS, THE ADOPT-A-STREAM CURRICULUM GUIDES STUDENTS TO ADOPT AND MONITOR NEARBY CREEKS, TO HELP THE STUDENTS GAIN REAL-WORLD CONTEXT AND CULTIVATE THEIR ABILITY TO REASON USING EVIDENCE FROM THEIR LOCAL ENVIRONMENT. SUBRECIPIENT:FIVE SUBAWARDS WILL BE AWARDED THROUGH A CALL FOR PROPOSALS TO HELP IMPLEMENT THE PROGRAM WITH A PREFERENCE GIVEN TO SUBAWARDEES WORKING IN UNDERSERVED COMMUNITIES. SUBAWARDEES WILL HELP IN DELIVERING THE WATERSHED EDUCATION GROUNDED IN LOCAL CULTURE TO UNDERSERVED COMMUNITIES.OUTCOMES:THE OUTCOMES OF THIS PROJECT ARE TO INCREASE IN NUMBER OF UNDERSERVED COMMUNITIES PARTICIPATING IN WATERSHED EDUCATION AND INCREASE MEANINGFUL INVOLVEMENT THROUGH SUSTAINABLE AND CO-CREATED CURRICULUM. THE GRANTEE AND PARTICIPANTS IN THE EDUCATION PROGRAM GAIN CRUCIAL INFORMATION IN TRADITIONAL ECOLOGICAL KNOWLEDGE AND INCREASED ENVIRONMENTAL KNOWLEDGE AND MOTIVATION TO PROTECT HABITAT AND ENVIRONMENT AND ENTHUSIASM IN EXPLORING IN NATURE AND LOCAL AREAS.",5/10/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_02D46823_6800,02D46823,PROJECT GRANT (B),ASST_NON_02D46823_6800,"$100,000",THE UNIVERSITY OF MISSISSIPPI,"DESCRIPTION:THE ACTION APPROVES FUNDING IN THE AMOUNT OF $100,000 TO THE UNIVERSITY OF MISSISSIPPI TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN NORTHERN

MISSISSIPPI (SPECIFICALLY FIVE SCHOOL DISTRICTS, MARSHALL COUNTY, NORTH PANOLA, PONTOTOC COUNTY, PONTOTOC, AND WATER VALLEY). THE GRANTEE WILL DO THIS BY DEVELOPING HANDS-ON EDUCATIONAL ACTIVITIES AND BY CONDUCTING STUDENT-LED COMMUNITY SERVICE PROJECTS FOCUSED ON WATER QUALITY.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE NORTHERN MISSISSIPPI (STUDENTS, TEACHERS, AND COMMUNITY) THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS IN WATER QUALITY. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE HANDS-ON ACTIVITIES FOCUSED ON WATER RESOURCES IN SIX HIGH SCHOOLS (WITHIN THE FIVE SCHOOL DISTRICTS), WATER QUALITY, AND WATER TREATMENT, AND PROVIDE RECORDED LESSONS THAT COMPLEMENT THE HANDS -ON CLASSROOM ACTIVITIES. ALSO STUDENT-LED COMMUNITY SERVICE PROJECTS FOCUSED ON MONITORING WATER QUALITY IN THE UNDERSERVED COMMUNITIES AND CONDUCTING A ONE-DAY WATER QUALITY EVENT DURING THE GREEN WEEK AT THE UNIVERSITY OF MISSISSIPPI.SUBRECIPIENT:SUBAWARD RECIPIENTS INCLUDE FIVE MISSISSIPPI SCHOOL DISTRICTS: MARSHALL COUNTY, NORTH PANOLA, PONTOTOC COUNTY, PONTOTOC, AND WATER VALLEY. ACTIVITIES INCLUDE CREATING AN EDUCATIONAL KIT TO IDENTIFY ENVIRONMENTAL IMPACTED WATER BODIES, DEVELOPING AN EDUCATIONAL ENVIRONMENTAL SAMPLING CAMPAIGN, EVALUATING WATER QUALITY OF SPECIFIC WATER BODIES, AND SHARING WATER QUALITY INFORMATION WITH THE COMMUNITY THROUGH LOCAL EVENTS.

OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: PRODUCTION OF 120 (RE-USABLE) EDUCATIONAL KITS SIMULATING BASIC CONCEPTS OF WATER FLOW, CONTAMINATION, AND TREATMENT FOR HIGH SCHOOL STUDENTS, EACH STUDENT WILL RECEIVE A PERSONALIZED EDUCATIONAL KIT PRODUCTION OF PRERECORDED WATER QUALITY LESSONS THAT CAN BE VIEWED BROADLY THROUGHOUT EACH PARTNER HIGH SCHOOL. TWO HIGH SCHOOL TEACHERS AND 20 HIGH SCHOOL STUDENTS PER SCHOOL (SIX HIGH SCHOOL) WILL PARTICIPATE IN A TWO SEMESTERS WATER QUALITY MONITORING ACTIVITY OF ONE OR MORE IDENTIFIED WATERBODIES WITHIN THEIR COMMUNITIES. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: DISTRIBUTION OF 120 (RE-USABLE) EDUCATIONAL KITS TO SIX HIGH SCHOOLS IN SELECTED UNDERSERVED COMMUNITIES; TWO TEACHERS PER PARTNER HIGH SCHOOL ARE EMPOWERED TO INTEGRATE HANDS-ON ACTIVITIES ON WATER RESOURCES AND WATER QUALITY INTO THEIR SCIENCE LESSON PLANS, IMPROVED ENVIRONMENTAL LITERACY OF UNDERSERVED STUDENTS, INCREASED ENVIRONMENTAL AWARENESS AMONG THE LOCAL COMMUNITIES INVOLVED DUE TO THE SIGNIFICANT NUMBERS OF FAMILIES EXPOSED TO THE PROJECT, AND THE ESTABLISHMENT OF COMMUNITY CAMPUS PARTNERSHIPS THAT FACILITATE ONGOING INTERACTION BETWEEN UNIVERSITY OF MISSISSIPPI AND PARTNER K-12 SCHOOL DISTRICTS, WHICH WILL BENEFIT THE NORTHERN MISSISSIPPI COMMUNITY.",5/22/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_95312301_6800,95312301,PROJECT GRANT (B),ASST_NON 95312301 6800,"$99,992","CHESAPEAKE CONSERVANCY, INC.","DESCRIPTION:THIS GRANT AGREEMENT WILL DEVELOP AUTHENTIC CONNECTIONS AND BILINGUAL (SPANISH) ENVIRONMENTAL EDUCATION PROGRAMMING WITH LATINX COMMUNITIES AT THREE URBAN PARKS AND REFUGES ALONG THE GREATER BALTIMORE CORRIDOR: PATUXENT RESEARCH REFUGE (PRR), MASONVILLE COVE, AND PATAPSCO VALLEY STATE PARK (PVSP). CHESAPEAKE CONSERVANCY WILL DEVELOP INCLUSIVE COMMUNITY WORKSHOPS, PROGRAMMING, AND CULTURALLY RELEVANT COMMUNITY EVENTS TO DEMONSTRATE HOW A HEALTHY ENVIRONMENT PLAYS A ROLE IN CREATING HEALTHY AND WHOLE COMMUNITIES. BILINGUAL RANGERS WILL DEEPEN RELATIONSHIPS, CREATE AND COORDINATE PROGRAMS THAT DELIVER ENVIRONMENTAL EDUCATION, CAREERS AND PROFESSIONAL DEVELOPMENT IN CONSERVATION, AND ENVIRONMENTAL JUSTICE. ACTIVITIES:THIS PROJECT AIMS TO HIRE BILINGUAL RANGERS TO SUPPLEMENT AND HELP ENVIRONMENTAL EDUCATORS AND PROFESSIONALS AT THREE SITES IN THE GREATER BALTIMORE AREA: PRR, MASONVILLE COVE, AND PVSP. THE BILINGUAL RANGERS WILL BUILD AUTHENTIC COMMUNITY RELATIONSHIPS, EVALUATE THEM, AND DEVELOP INCLUSIVE BILINGUAL ENVIRONMENTAL EDUCATION PROGRAMS FOR EACH SITE. THE CHESAPEAKE CONSERVANCY WILL PROVIDE BILINGUAL RANGER SUPPORT IN EACH OF THE THREE PARKS TO BUILD PROGRAMS, DO COMMUNITY OUTREACH, AND HOST EVENTS FOR LATINO CONSERVATION WEEK AND HISPANIC HERITAGE MONTH.

SUBRECIPIENT:SUBAWARDEES WILL BE USED BY THE ORGANIZATIONS FOR STAFF TIME FOR EVENTS AND PROGRAMS, MATERIALS FOR PROGRAMS, STAFF TIME FOR PROJECT ADVISEMENT, COMMUNITY ENGAGEMENT, MONEY FOR BUSES, STIPENDS FOR COMMUNITY MEMBERS TO COVER TRAVEL, TIME, OR PARK ENTRANCE FEES.OUTCOMES:THE CONSERVANCY IS INTENTIONALLY BUILDING THIS PROGRAM BASED ON COMMUNITY NEEDS AND REQUESTS. THE CONSERVANCY WILL ACT AS A CONNECTOR TO HELP BUILD CAPACITY TO REALIZE COMMUNITY VISIONS THROUGH EMPATHY, UNDERSTANDING THE NEEDS OF THE COMMUNITIES THROUGH SURVEYS, REMOVING BARRIERS, AND STRENGTHENING COLLABORATION AND PARTNERSHIPS. THE INTENDED BENEFICIARY IS THE COMMUNITY, SPECIFICALLY THE LATINX COMMUNITIES.",5/26/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_98T51901_6800,98T51901,PROJECT GRANT (B),ASST_NON 98T51901 6800,"$96,000",UNIVERSITY OF ARIZONA,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO ARIZONA BOARD OF REGENTS - UNIVERSITY OF ARIZONA TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT THROUGHOUT ARIZONA. THE GRANTEE WILL DO THIS BY IMPLEMENTING A ROVING, INTERACTIVE EXHIBIT ON THE GROUNDWATER SYSTEM FOR UNDERSERVED COMMUNITY MEMBERS THAT INCLUDES PROFESSIONAL-DEVELOPMENT OPPORTUNITY FOR EDUCATORS FROM LOW-INCOME SCHOOLS.

THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $96,000. PRE-

AWARD COSTS ARE APPROVED BACK TO 5/1/2023.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES THROUGHOUT ARIZONA AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: IMPROVING GROUNDWATER QUALITY THROUGH A COMMUNITY EDUCATION PROJECT THAT WILL FEATURE A ROVING, INTERACTIVE EXHIBIT ON THE GROUNDWATER SYSTEM FOR UNDERSERVED COMMUNITY MEMBERS THAT INCLUDES PROFESSIONAL-DEVELOPMENT OPPORTUNITY FOR EDUCATORS FROM LOW-INCOME SCHOOLS. THE EXHIBIT WILL TRAVEL TO 12 UNDERSERVED COMMUNITIES, ONE PER MONTH. EACH VISIT WILL FEATURE A 'MOVIE-NIGHT' SHOWCASING NEWLY-DEVELOPED VIDEOS ON THE GROUNDWATER SYSTEM AND A GUEST SPEAKER TO DISCUSS SPECIFIC GROUNDWATER CONDITIONS IN THEIR COMMUNITY. EACH VISIT WILL INCLUDE INTERACTIVE COMPONENTS FOR ALL AGE GROUPS, INCLUDING A GROUNDWATER SYSTEM COLORING CONTEST. WINNING ENTRIES WILL BE ASSEMBLED INTO A FUN, FACT-FILLED 12-MONTH CALENDAR FOR PARTICIPANTS AND OTHERS. ATTENDANCE FOR EACH VISIT IS ESTIMATED AT 20-40 PEOPLE (240-480 TOTAL). ADDITIONALLY, THE TRAVELING EXHIBIT WILL PROVIDE ABOUT EDUCATORS WITH SEVERAL READY-TO-IMPLEMENT LESSONS ON THE GROUNDWATER SYSTEM. THESE EDUCATORS WILL HAVE AN OPPORTUNITY TO CHECK-OUT GROUNDWATER MODELS PART OF THE EXHIBIT WITH THEIR STUDENTS WHILE THE EXHIBIT IS ON DISPLAY. IT IS ANTICIPATED THAT 3-8 EDUCATORS PER LOCATION WILL RECEIVE PROFESSIONAL DEVELOPMENT TRAINING AND SHARE THEIR KNOWLEDGE WITH APPROXIMATELY 40-60 STUDENTS PER TEACHER, FOR A PROJECT TOTAL OF APPROXIMATELY 60 EDUCATORS FROM RURAL LOW-INCOME SCHOOLS WHO WILL PROVIDE INSTRUCTION TO ROUGHLY 2,400 - 3,600 K-12 STUDENTS.SUBRECIPIENT:SUBAWARDS WILL BE GIVEN TO ENTITIES TO PERFORM TASKS INTEGRAL TO THE PROJECT'S GOALS, AS OUTLINED BY THE PRIME. THE SUBAWARDS WILL GO TO NON-PROFIT COMMUNITY CENTERS AND SCHOOL DISTRICTS THROUGHOUT ARIZONA. THESE ORGANIZATIONS WILL HELP HOST UNIVERSITY OF ARIZONA'S ROVING WATER CONSERVATION EDUCATION EVENTS. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: IMPROVING GROUNDWATER QUALITY THROUGH A COMMUNITY EDUCATION PROJECT THAT WILL FEATURE A ROVING, INTERACTIVE EXHIBIT ON THE GROUNDWATER SYSTEM FOR UNDERSERVED COMMUNITY MEMBERS THAT INCLUDES PROFESSIONAL-DEVELOPMENT OPPORTUNITY FOR EDUCATORS FROM LOW-INCOME SCHOOLS. EDUCATING THE PUBLIC ON GROUNDWATER IS OF PARAMOUNT IMPORTANCE FOR SEVERAL REASONS: 1) RURAL RESIDENTS ARE ALMOST ENTIRELY DEPENDENT ON GROUNDWATER, 2) ARIZONA DOES NOT REQUIRE PRIVATE WELL OWNERS TO TEST THE WATER QUALITY OF THEIR WELLS WHICH COULD IMPACT THEIR HEALTH; 3) CONDITIONS OF WATER OVERDRAFT ALREADY EXIST IN MANY RURAL AREAS; 4) MANY INDIVIDUALS IN ARIZONA DON'T UNDERSTAND HOW WATER WELLS FUNCTION, AND 5) INDIVIDUALS IN ARIZONA HAVE THE RIGHT TO KNOW WHERE THEIR DRINKING WATER COMES FROM AND HOW SAFE IT IS.",6/8/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_02D46623_6800,02D46623,PROJECT GRANT (B),ASST_NON_02D46623_6800,"$100,000",FLORIDA A & M UNIVERSITY,"DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $100,000 TO THE FLORIDA A AND M UNIVERSITY TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN TALLAHASSEE, FLORIDA. THE GRANTEE WILL DO THIS BY INSTILLING A POSITIVE ATTITUDE TOWARD DEMOLITION WASTE AND EDUCATE THE NEXT GENERATION OF ENGINEERS TO MAKE MORE SUSTAINABLE CHOICES. THIS PROJECT WILL CONTRIBUTE TO IMPROVE THE CLIMATE IDEAL FOR THE RECYCLING AND REUSE OF DEMOLITION MATERIALS DECISIONS.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN TALLAHASSEE,AND PROVIDE STUDENTS AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED INCLUDE COORDINATE/ARRANGE AN ARTWORK ACTIVITY WITH AN ART PROFESSOR AND INSTRUCTOR AND INVITE MIDDLE SCHOOL STUDENTS TO MAKE ARTWORKS USING DEMOLITION MATERIALS WITH THE ASSISTANCE FROM SAID ART PROFESSOR AND STUDENTS, AND PRESENT THE ARTWORKS DURING THE ENGINEERING OPEN HOUSE EVENT.SUBRECIPIENT:SUBAWARD RECIPIENTS INCLUDE FIVE U. S. NON PROFIT PUBLIC HIGHER EDUCATION INSTITUTIONS (FLORIDA STATE UNIVERSITY, GEORGIA INSTITUTE OF TECHNOLOGY, KENNESAW STATE UNIVERSITY, FLORIDA INTERNATIONAL UNIVERSITY, UNIVERSITY OF NORTH FLORIDA) . SUBAWARD ACTIVITIES INCLUDE PREPARING AND HOSTING WORKSHOPS AND SUPPORTING TRAVEL COSTS NEEDED TO INSTILL POSITIVE ATTITUDES TOWARD DEMOLITION WASTE AND EDUCATE THE NEXT GENERATION OF ENGINEERS TO MAKE MORE SUSTAINABLE.

OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING: 15 MIDDLE SCHOOL STUDENTS WILL MAKE ARTWORK USING DEMOLITION WASTE AND PRODUCTION OF 15 UPCYCLING EXAMPLES (I.E., ARTWORK) FOR DEMOLITION WASTE. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: THE MIDDLE SCHOOL STUDENTS ARE EMPOWERED TO USE DEMOLITION WASTE FOR ARTWORK/CRAFTS AND THOSE STUDENTS WHO ARE INTERESTED IN ENVIRONMENTAL SUSTAINABILITY CONTINUE LOOKING FOR OTHER WAYS OF CREATING VALUE IN THE OTHERWISE END-OF-LIFE MATERIALS. THE YOUTH AND YOUNG ARTISTS ARE ACTIVELY CONTRIBUTING TO FLORIDA'S RECYCLING GOAL THROUGH THE DEMONSTRATION OF THEIR CREATIVE PRODUCTS WITH DEMOLITION WASTE AND WHICH WILL BENEFIT RESIDENTS OF TALLAHASSEE AND SURROUNDING AREAS.",6/19/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_02D46723_6800,02D46723,PROJECT GRANT (B),ASST_NON_02D46723_6800,"$100,000",THE KENTUCKY ASSOCIATION FOR ENVIRONMENTAL EDUCATION CORP,"DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $100,000 KENTUCKY ASSOCIATION FOR ENVIRONMENTAL EDUCATION TO INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE SOUTHEAST AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE CREATING A LANDSCAPE ANALYSIS SURVEY, TEACHER FOCUS GROUP REVIEW AND HOST TEACHER LISTENING SESSIONSACTIVITIES:.SUBRECIPIENT:SUBAWARDS WILL BE GIVEN TO FOUR NONPROFITS

(ENVIRONMENTAL EDUCATION ASSOCIATION OF ALABAMA, ENVIRONMENTAL EDUCATION ALLIANCE OF GEORGIA, LEAGUE OF ENVIRONMENTAL EDUCATORS IN FLORIDA, MISSISSIPPI ENVIRONMENTAL EDUCATION ALLIANCE, ENVIRONMENTAL EDUCATORS OF NORTH CAROLINA) TO DEVELOP AND IMPLEMENT STRATEGIES FOR ADDRESSING GAPS IDENTIFIED IN THE ANALYSIS AND INCREASING CLIMATE LITERACY EFFORTS IN SCHOOLS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: A CUSTOM LANDSCAPE ANALYSIS SURVEY WILL BE CREATED, A LANDSCAPE ANALYSIS REPORT, A DASHBOARD, 800 TEACHERS/SCHOOL PARTICIPATION AND OUTREACH TO 8,000+ INDIVIDUALS VIA PRESENTATIONS. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: A FINAL LANDSCAPE ANALYSIS TOOL CREATED THAT MEETS STATE-LEVEL NEEDS AND A DECREASE IN GAPS IN ENVIRONMENTAL AND CLIMATE CHANGE EDUCATION, AND AN INCREASE IN HIGH-QUALITY ENVIRONMENTAL AND CLIMATE EDUCATION OFFERED ACROSS THE SOUTHEAST BENEFICIAL TO THE SOUTHEAST COMMUNITIES.",6/19/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_96235423_6800,96235423,PROJECT GRANT (B),ASST_NON_96235423_6800,"$80,000",VAN CORTLANDT PARK ALLIANCE INC.,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO VAN CORTLANDT PARK ALLIANCE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE BRONX, NEW YORK. THE GRANTEE WILL DO THIS BY EDUCATING UNDERSERVED STUDENTS' ON HOW AIR QUALITY, WATER QUALITY AND CLIMATE CHANGE IS AFFECTING THEIR COMMUNITY. VAN CORTLANDT PARK ALLIANCE WILL USE A COMBINATION OF CLASSROOM COURSE, HAND-ON ACTIVITIES, AND FIELD TRIPS TO TEACH STUDENT HOW TO MONITOR WATER QUALITY, REDUCE THE GREENHOUSE GASES AND MANAGE FOOD WASTE THROUGH COMPOSTING. THIS PROJECT WILL RAISE THE ENVIRONMENTAL KNOWLEDGE OF PROJECT PARTICIPANTS AND EMPOWER THEM TO THINK CRITICALLY AND DEVELOP CONSERVATION-BASED CAREER EXPERIENCE RELATED TO WATER QUALITY AND AIR QUALITY AS WELL AS INCREASE ENVIRONMENTAL STEWARDSHIP WITHIN THE AFFECTED UNDERSERVED COMMUNITY. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE BRONX, NEW YORK AND PROVIDE UNDERSERVED STUDENTS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE WATER MONITORING ALONG THE BRONX RIVER, TIBBETTS BROOK AND VAN CORTLANDT'S MILL POND, EXPLORE AND IMPLEMENT PROJECTS TO REDUCE GREENHOUSE GASES AND TEACHING PROJECT PARTICIPANTS THE BENEFITS OF FOOD WASTE MANAGEMENT THROUGH COMPOSTING. SUBRECIPIENT:VAN CORTLANDT PARK ALLIANCE WILL ISSUE SUBAWARDS AS REQUIRED UNDER THE NATIONAL ENVIRONMENTAL EDUCATION ACT. THE SUB AWARDEES WILL PROVIDE COORDINATION OF THE PROJECT, PREPARING EDUCATION MATERIALS FIELD TRIPS AND HANDS-ON ACTIVITIES. SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES AND EXPECTED OUTCOMES: 20 WILL BE EMPOWERED TO THINK CRITICALLY AND DEVELOP AND IMPLEMENT PROJECTS TO REDUCE GREENHOUSE GASES; RECRUIT 20 STUDENTS INCREASE THEIR KNOWLEDGE OF WATER QUALITY IN THEIR LOCAL COMMUNITY. 45 STUDENTS TO INCREASE THEIR KNOWLEDGE AND SKILL NECESSARY TO MAKE INFORMED DECISIONS ON ADDRESSING CLIMATE CHANGE, IMPROVING AIR QUALITY, ENSURING CLEAN AND SAFE WATER, AND INCREASING THEIR AWARENESS OF GREEN CAREERS AND INTEREST IN ENVIRONMENTAL STEWARDSHIP. DIRECT BENEFICIARIES OF THIS PROGRAM INCLUDE STUDENTS LOCATED IN THE BRONX, NEW YORK.",6/20/2023,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_96235123_6800,96235123,PROJECT GRANT (B),ASST_NON_96235123_6800,"$99,999",ROWAN UNIVERSITY,"DESCRIPTION:THIS GRANT AWARD PROVIDES FUNDING TO ROWAN UNIVERSITY TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN GLOUCESTER, ATLANTIC AND BURLINGTON COUNTIES, IN NEW JERSEY. THE RECIPIENT, ROWAN UNIVERSITY, WILL DO THIS BY INCREASING TEACHERS', STUDENTS' AND COMMUNITY RESIDENTS' ENVIRONMENTAL LITERACY ON CLIMATE CHANGE, AIR QUALITY AND RENEWABLE ENERGY THROUGH THEIR, E3: ENERGY, ENVIRONMENT AND EDUCATION PROGRAM. ROWAN UNIVERSITY WILL USE CLASSROOM LESSONS, HANDS ON ACTIVITIES AND FIELD TRIPS TO EDUCATE TEACHERS, STUDENTS AND LOCAL COMMUNITY RESIDENTS ABOUT AIR POLLUTION, WIND AND TIDAL ENERGY, AND DECISION-MAKING SKILLS FOR REDUCTION IN THE CARBON FOOTPRINT AND HOW TO BECOME STEWARDS OF THEIR COMMUNITY(IES).ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES AND PROVIDE STUDENTS AND COMMUNITY RESIDENTS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AS WELL AS TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: DEVELOPING A LESSON PLANS/MODULES FOR STUDENTS AND COMMUNITY MEMBERS, AIR MONITORING, AND FIELD TRIPS.SUBRECIPIENT:ROWAN UNIVERSITY WILL ISSUE SUBAWARDS AS REQUIRED UNDER THE NATIONAL ENVIRONMENTAL EDUCATION ACT. THE SUBAWARDEES WILL PROVIDE COORDINATION OF PROJECT, FIELD TRIPS AND POISED TO EDUCATE FUTURE GENERATIONS ABOUT ENERGY AND ENVIRONMENT SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES AND EXPECTED OUTCOMES: 100 STUDENTS AND COMMUNITY MEMBERS WITH INCREASED AWARENESS AND KNOWLEDGE OF CLIMATE CHANGE AND RENEWABLE ENERGY THROUGH HANDS ON ACTIVITIES. 200 STUDENTS AND COMMUNITY MEMBERS TO INCREASE AWARENESS AND KNOWLEDGE OF CLIMATE CHANGE, AIR QUALITY AND RENEWABLE ENERGY THROUGH CLASSROOM AND VIRTUAL LESSONS; INCREASE IN STUDENTS' AND COMMUNITY MEMBERS' KNOWLEDGE AND SKILLS TO REDUCE THEIR CARBON FOOTPRINT. DIRECT BENEFICIARIES OF THIS PROGRAM INCLUDE STUDENTS AND COMMUNITY MEMBERS LOCATED IN THE GLOUCESTER, ATLANTIC AND BURLINGTON COUNTIES, IN NEW JERSEY.",7/26/2023,,

"66.309- Surveys, studies, investigations, training, and special purpose activities relating to environmental justice",https://www.usaspending.gov/award/ASST_NON_84061101_6800,84061101,COOPERATIVE

AGREEMENT (B),ASST NON 84061101 6800,"$8,000,000",INSTITUTE FOR SUSTAINABLE
COMMUNITIES,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR
SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING
COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND
EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM
THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT
ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL
CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ
TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND
TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT
AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC
WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS
EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES.
IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS,
ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT
CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER
LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING
ISC'S COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ
TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER
FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND
OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL
PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING
OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED
FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH
OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA,
REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH
DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES,
INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR
REGIONAL TCTAC STAFF, PARTNERS, AND TA PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY
CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER
STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES
AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL
COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. THE
PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND
ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS
TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND
MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS,
OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL
ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF
RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE
CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS
TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM
PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL
AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE
GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND
FLOODING, AND SOLID WASTE DISPOSAL. ISC WILL ALSO HOLD BIANNUAL TOPIC BASED
WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER
WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN",8/3/2023,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST NON 96700101 6800,96700101,PROJECT GRANT
(B),ASST NON 96700101 6800,"$99,795",BOARD OF REGENTS OF THE UNIVERSITY OF
NEBRASKA,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO EXISTING UNIVERSITY OF NEBRASKA
- LINCOLN TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE
ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE
ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT THROUGH
HIGH SCHOOL STUDENTS AND TEACHERS TO CONDUCTING GROUNDWATER QUALITY TESTING FROM
PRIVATE DOMESTIC WELLS IN RURAL AREAS NEAR THEIR CITY OR TOWN. THE GRANTEE WILL DO THIS
BY SPLIT SAMPLES ARE TESTED BY THE UNIVERSITY OF NEBRASKA-LINCOLN (UNL) WATER SCIENCES
LABORATORY AND RESULTS ARE SENT BACK TO EACH SCHOOL AND THE PARTICIPATING WELL OWNERS.
THIS PROJECT WILL INVOLVE ASSESSING THE DRINKING WATER QUALITY OF RURAL DOMESTIC WELLS
THROUGH THE ACTIVITIES OF HIGH SCHOOL STUDENTS AND THEIR TEACHERS. STUDENTS LEARN ABOUT
THE IMPORTANCE OF GROUNDWATER QUALITY TESTING AND IN TURN HELP OTHERS IN THEIR
COMMUNITY LEARN MORE AND POTENTIALLY EVEN TAKE ACTIONS TO SAFEGUARD THEIR
HEALTH.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN CENTRAL PLATTE NRD, PAPIO-MISSOURI RIVER NRD, AND A THIRD YET
TO BE IDENTIFIED NRD TO PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE
INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING
THIS PROJECT PERIOD INCLUDE: INVOLVING CITIZEN SCIENTISTS IS VALUABLE FOR YOUTH
INTELLECTUAL DEVELOPMENT, GENERATES INTEREST IN SCIENCE AND ENGINEERING CAREERS, AND
EDUCATES CONSUMERS ABOUT THE CAUSES AND EFFECTS OF WELL WATER CONTAMINATION. THE
RESULTS FROM THIS PROJECT WILL BE USED FOR ASSESSING WATER QUALITY IN AREAS WHERE THE
CURRENT REGULATION DOES NOT EXTEND TO TEST WATER QUALITY AND LINKED TO HEALTH EFFECTS
AND OUTCOMES. IMPROVED WATER LITERACY WILL HELP IN THE MONITORING PROGRAMS OF THE STATE
AND REGIONAL GOVERNMENT ORGANIZATIONS TO PROTECT PUBLIC HEALTH.SUBRECIPIENT:FIVE
SUBAWARD WILL BE GIVEN TO: NATURAL RESOURCES DISTRICTS: CENTRAL PLATTE NRD, PAPIO-
MISSOURI RIVER NRD, LOWER ELKHORN NRD, CHADRON STATE COLLEGE, AND UNIVERSITY OF
NEBRASKA AT KEARNEY. SUBAWARDEES WILL BE WORKING WITH TEACHERS IN THEIR DISTRICTS TO
SUPPORT THE CURRICULUM AND FIELD AND WELL TESTING TO IMPLEMENT ENVIRONMENTAL EDUCATION.

. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING
DELIVERABLES: PRACTICAL TRAINING, TEACHER PROFESSIONAL DEVELOPMENT AND MENTORING, YOUTH
WATER SCIENCE EDUCATION, AND WORKFORCE DEVELOPMENT ARE ALL TANGIBLE BENEFITS OF THIS
PROJECT. MOREOVER, THIS PROJECT WILL CONNECT YOUTH AND THEIR TEACHERS WITH EXPERTISE AT
THE INSTITUTIONS OF HIGHER LEARNING FOR MAKING SCIENCE-BASED INTERPRETATIONS OF
DOMESTIC WELL CONTAMINATION, CONTRIBUTING FACTORS, AND SOLUTIONS. THIS PROJECT WILL
INVOLVE ASSESSING THE DRINKING WATER QUALITY OF RURAL DOMESTIC WELLS THROUGH THE
ACTIVITIES OF HIGH SCHOOL STUDENTS AND THEIR TEACHERS. TARGET AUDIENCES FOR THIS
PROGRAM INCLUDE PROFESSIONAL AND VOLUNTEER SCIENCE EDUCATORS IN RURAL AND
AGRICULTURALLY INTENSIVE AREAS WITH GROUNDWATER QUALITY ISSUES IN THE US. EXPECTED
OUTCOMES OF THE PROJECT INCLUDE: WE WILL ESTABLISH LINKAGE BETWEEN LAND USE, WELL
CONSTRUCTION, HYDROGEOLOGY, AND OTHER FACTORS TO GROUNDWATER CONTAMINATION. WE 3 WILL
ALSO ASSESS THE STUDENT LEARNING OUTCOMES (PRE-PROJECT, MID-LEVEL, AND END) TO OBSERVE
THEIR LEARNING PROGRESSION. FINALLY, MENTORING AND GUIDANCE WILL BE PROVIDED DIRECTLY
TO YOUTH BY UNIVERSITY SCIENTISTS, HIGH SCHOOL TEACHERS, AND OTHER PARTNERS WHICH MAY
IMPACT CAREER DECISIONS.",8/28/2023,,

66.312 - subawards - participation incentives for EJ
communities,https://www.usaspending.gov/award/ASST_NON_95337801_6800,95337801,,,"$930,4
11",COUNTY OF ALLEGHENY,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE COUNTY OF
ALLEGHENY, WHICH INCLUDES THE ALLEGHENY COUNTY HEALTH DEPARTMENT (ACHD). SPECIFICALLY,
THE RECIPIENT WILL IMPLEMENT CLIMATE RESILIENCY PROGRAMS TO HIGH PRIORITY ENVIRONMENTAL
JUSTICE (EJ) COMMUNITIES WITHIN ALLEGHENY COUNTY, PRIORITIZED ACCORDING TO ACHD'S EJ
INDEX CRITERIA. ACHD WILL FACILITATE COLLABORATION AMONG COMMUNITY MEMBERS, NON-PROFIT
PARTNERS, ALLEGHENY CLEANWAYS AND LANDFORCE, COUNTY GOVERNMENT, AND THE UNIVERSITY OF
PITTSBURGH. THE COUNTY OF ALLEGHENY WILL USE THE FUNDING TO SUPPORT ACHD PROGRAMMING
STAFF, TO FINANCIALLY INCENTIVIZE EJ COMMUNITIES THROUGH THEIR RESPECTIVE PARTICIPATING
COUNCILS OF GOVERNMENTS (COGS) TO CREATE CLIMATE RESILIENCE STRATEGIES, AND PITT
SUSTAINABILITY WILL DESIGN AND MAINTAIN GREEN INFRASTRUCTURE PROJECTS. FURTHERMORE, ALL
WORKFORCE AND ENVIRONMENTAL METRICS, INCLUDING POUNDS OF WASTE REMOVED AND NUMBER OF
NATIVE PLANTS INSTALLED IN GREEN INFRASTRUCTURE PROJECT, WILL BE TRACKED IN AN
INTERACTIVE DASHBOARD AND MAP, WHICH WILL BE SHARED WITH ACHD EPIDEMIOLOGY STAFF AND
PARTICIPATING EJ COMMUNITIES.

ACTIVITIES:THE ACTIVITIES THAT WILL BE PERFORMED INCLUDE IMPLEMENTING CLIMATE
RESILIENCY PROGRAMS BY: 1. ENGAGING PARTNERS AND COMMUNITY MEMBERS TO USE EXISTING
ENVIRONMENTAL DATA TO IDENTIFY LOCAL CLIMATE RESILIENCE PRIORITIES IN AREAS OF
ENVIRONMENTAL JUSTICE (EJ) CONCERNS; 2. RECEIVING INPUT FROM PARTNERS IN THE PLANNING
AND DESIGN FOR CREATING FLOOD MITIGATION PLANS AND CLIMATE RESILIENCE STRATEGIES; 3.
TRAINING AND EMPLOYING MARGINALIZED MEMBERS OF EJ COMMUNITIES TO IMPLEMENT GREEN
INFRASTRUCTURE PROJECTS; 4. CLEANING UP OF ILLEGAL DUMPS NEAR MANY WATERWAYS OF
ALLEGHENY COUNTY; 5. TRACKING OF DATA METRICS SUCH AS (SUCH AS THE NUMBER OF NATIVE
TREES, SHRUBS, AND FLOWERS PLANTED PER PROJECT, THE ESTIMATED POUNDS OF WASTE REMOVED
FROM COMMUNITY CLEANUPS OF WATERWAYS, THE NUMBER OF VOLUNTEERS, CBO PARTNERSHIPS, AND
EJ COMMUNITIES ENGAGED PER PROJECT, AND THE NUMBER OF PEOPLE TRAINED AND EMPLOYED BY
LANDFORCE TO IMPLEMENT GREEN INFRASTRUCTURE PROJECTS); AND 6. CALCULATING THE ESTIMATED
PROJECTED ENVIRONMENTAL IMPACT (SUCH AS TECHNICAL MODELLING OF AMOUNT OF STORM WATER
DIVERTED).

SUBRECIPIENT:- SUBAWARD TO LANDFORCE (CBO) FOR 5 NEW ($30,000 EACH) AND 5 MAINTENANCE
($10,000 EACH) GREEN INFRASTRUCTURE PROJECTS (INCLUDES COST OF TRAINING A WORK COHORT,
LABOR, EQUIPMENT, AND SUPPLIES) = $200,000

- SUBAWARD TO ALLEGHENY CLEANWAYS (CBO) FOR 10 WATER BASED CLEANUP PROJECTS @ AVERAGE
$7,500 PER PROJECT = $75,000

- SUBAWARD TO PITT SUSTAINABILITY FOR DESIGN OF 5 NEW AND 5 MAINTENANCE GREEN
INFRASTRUCTURE PROJECTS = $96,984

- SUBAWARDS FOR COUNCILS OF GOVERNMENTS (STEEL RIVERS COG AND TURTLE CREEK VALLEY COG)
TO CREATE CLIMATE RESILIENCE STRATEGIES AND PARTICIPATION INCENTIVES FOR EJ COMMUNITIES
AT AVERAGE OF $5,000 PER STIPEND FOR UP TO 15 COMMUNITIES AND THEIR CORRESPONDING COGS
= $150,000OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE A QAPP, PROGRESS REPORTS, AND
COLLECTION OF TRACKED DATA METRICS. PITT SUSTAINABILITY WILL HELP WITH THE DESIGN AND
MAINTENANCE OF THE GREEN INFRASTRUCTURE PROJECTS. STUDENTS FROM UNIVERSITY OF
PITTSBURGH WILL CALCULATE THE ESTIMATED PROJECTED ENVIRONMENTAL IMPACT. ACHD WILL WORK
WITH PARTNERS AT ALLEGHENY CLEANWAYS AND LANDFORCE TO TRACK WORKFORCE AND
IMPLEMENTATION METRICS. THE EXPECTED OUTCOMES INCLUDE INCREASED CLIMATE RESILIENCE TO
MITIGATE THE PUBLIC HEALTH AND ENVIRONMENTAL RISKS FROM FLOODING, INCREASED COMMUNITY
PREPAREDNESS AND ENGAGEMENT, AND STRENGTHENED LOCAL PARTNERSHIPS. THE INTENDED
BENEFICIARIES INCLUDE ALLEGHENY COUNTY MUNICIPALITIES THAT ARE AMONG THE HIGH PRIORITY
EJ COMMUNITIES.",4/1/2024,,

"66.312 - to institutionalize EJ in polices and practices, hiring staff for
EJ",https://www.usaspending.gov/award/ASST_NON_95336201_6800,95336201,,,"$1,000,000",CI
TY OF PHILADELPHIA,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION
REDUCTION ACT (IRA) TO THE CITY OF PHILADELPHIA TO INSTITUTIONALIZE ENVIRONMENTAL
JUSTICE (EJ) IN MUNICIPAL POLICIES AND PRACTICES WHILE STRENGTHENING AND SCALING PLACE-
BASED STRATEGIES THAT HOLISTICALLY ADDRESS DISPROPORTIONATE EXPOSURE TO POLLUTANTS IN
EJ COMMUNITIES. THE PROJECT WILL BE IMPLEMENTED IN PARTNERSHIP WITH COMMUNITY-BASED

ORGANIZATIONS THROUGH THREE WORKSTREAMS: FOUNDATIONAL STRUCTURES THAT INTEGRATE EJ INTO
CITYWIDE POLICIES AND PRACTICES; PLACE-BASED INITIATIVES THAT ADDRESS FLOODING IN
EASTWICK; AND PLACE-BASED INITIATIVES THAT ADDRESS URBAN HEAT.


ACTIVITIES:THE ACTIVITIES INCLUDE BUILDING THE CAPACITY OF THE RESIDENT-LED
PHILADELPHIA ENVIRONMENTAL JUSTICE ADVISORY COMMISSION (PEJAC), EQUIPPING DEPARTMENTS
WITH THE NECESSARY TOOLS AND RESOURCES TO GUIDE DECISION-MAKING THAT ADVANCES EJ, AND
DEVELOPING A FRAMEWORK FOR INSTITUTIONALIZING EJ WITHIN GOVERNMENT. IN ADDITION, THE
CITY'S OFFICE OF SUSTAINABILITY (OOS) WILL CO-CREATE AND DEVELOP A PUBLIC EJ MAP AND
SCREENING TOOL IN PARTNERSHIP WITH PEJAC AND SUSTAIN AN INTERAGENCY WORK GROUP FOCUSED
ON EJ ISSUES LEADING TO A MODEL CUMULATIVE IMPACTS ORDINANCE.


SUBRECIPIENT:OOS WILL DEVELOP SUBAWARD AGREEMENTS WITH TWO CBOS: EASTWICK UNITED FOR
$150,000 FOR EACH OF THE THREE YEARS (WHICH WILL SUPPORT AN EJ PROGRAM MANAGER) AND
STIPENDS FOR THE EASTWICK COMMUNITY STAKEHOLDER COMMITTEE. THE SECOND SUBAWARD
AGREEMENT FOR $100,000 WILL GO TO AN AS-YET-NAMED COMMUNITY-BASED ORGANIZATION, WHICH
WILL BE USED FOR CAPACITY BUILDING, INCLUDING HIRING STAFF AND CONTRACTING GRANT
WRITING SERVICES OR TECHNICAL SUPPORT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE
BUILDING THE CAPACITY OF PEJAC TO EFFECTIVELY SUPPORT ACTION ON EJ ISSUES ACROSS THE
CITY. THIS PROJECT WILL ALSO EQUIP DEPARTMENTS WITH THE NECESSARY TOOLS AND RESOURCES
TO GUIDE DECISION-MAKING THAT ADVANCES EJ AND DEVELOP A FRAMEWORK FOR
INSTITUTIONALIZING EJ WITHIN CITY GOVERNMENT. THE EXPECTED OUTCOMES INCLUDE CONVENING
MEETINGS, HIRING PERSONNEL, CO-CREATING A PUBLIC EJ MAP AND SCREENING TOOL, CONDUCTING
OUTREACH, CREATING A TECHNICAL ADVISORY GROUP, AND CO-DEVELOPING A LONG-TERM FLOOD
RESILIENCE STRATEGY. THE INTENDED BENEFICIARIES INCLUDE THE CITIZENS OF THE CITY OF
PHILADELPHIA.",4/2/24,0,

66.312 not sure how important PFAS
is,https://www.usaspending.gov/award/ASST_NON_95336401_6800,95336401,,,"$1,000,000",WES
T VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,"DESCRIPTION:THE COOPERATIVE
AGREEMENT PROVIDES FUNDING TO WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
(WVDEP) TO DEVELOP 15 PFAS ACTION PLANS TO ADDRESS THE STATEWIDE PUBLIC HEALTH CONCERN
WITH AN EMPHASIS IN BENWOOD, BERKELEY SPRINGS, CHARLES TOWN, CHESTER, FOLLANSBEE, GLEN
DALE, HARPERS FERRY, KEARNEYSVILLE, MARTINSBURG, SUMMIT POINT, AND WEIRTON LOCATED IN
BERKELEY, BROOKE, HANCOCK, JEFFERSON, MARSHALL, AND MORGAN COUNTIES. THE PROJECT WILL
SERVE RURAL AREAS, WITH MANY COMMUNITIES LOCATED IN COAL AND ENERGY COMMUNITIES
(INCLUDING THE PRIORITY ENERGY COMMUNITIES OF WHEELING AND NORTHERN WV). WVDEP WILL
WORK WITH WEST VIRGINIA RIVERS COALITION, THE LEAD COMMUNITY-BASED NONPROFIT
ORGANIZATION, OTHER COMMUNITY GROUPS, LOCAL BUSINESSES, WATER UTILITIES, COUNTY HEALTH
DEPARTMENTS, AND OTHER STAKEHOLDERS TO DESIGN AND IMPLEMENT A COMMUNITY ENGAGEMENT
PROCESS FOR AREAS WITH PFAS CONTAMINATION, WITH A FOCUS ON WV'S EASTERN AND NORTHERN
PANHANDLES. PROJECT PARTNERS WILL BE INVOLVED IN A COMMITTEE TO DESIGN, DEVELOP, AND
IMPLEMENT A COMMUNITY ENGAGEMENT PROCESS THROUGH AMBASSADORSHIP AND PUBLIC MEETINGS.
THE KNOWLEDGE GAINED THROUGH THIS PROCESS WILL THEN INFORM FURTHER DATA COLLECTION OF
PFAS CONTAMINATION TO THEN SHAPE THE PFAS ACTION PLANS FOR 15 PUBLIC WATER SYSTEMS, TO
ADDRESS EACH SOURCE OF PFAS CONTAMINATION IN THE COMMUNITIES OF FOCUS.

ACTIVITIES:THE ACTIVITIES INCLUDE: DESIGNING A COMMUNITY ENGAGEMENT PROCESS USING
RESEARCH METHODS, AND CONVENING AND COORDINATING A DESIGN COMMITTEE; IMPLEMENTING
COMMUNITY ENGAGEMENT PROCESS BY INFORMING PROJECT PARTNERS, DEPLOYING COMMUNITY
AMBASSADORS, AND HOLDING COMMUNITY MEETINGS; IDENTIFYING AND CONFIRMING SOURCES OF PFAS
CONTAMINATION BY PREPARING A QUALITY ASSURANCE PROJECT PLAN (QAPP), PROCURING A
CONTRACTOR, AND COLLECTING AND ANALYZING ENVIRONMENTAL MEDIA SAMPLES FOR PFAS;
DEVELOPING PFAS ACTION PLANS BY PROCURING A CONTRACTOR, COMPILING DATA AND
RECOMMENDATIONS FROM THE DATA SAMPLING AND THE COMMUNITY, AND FINALIZING ACTION PLANS
THROUGH COORDINATED INPUT FROM STAKEHOLDERS AND THE COMMUNITY; AND REFINING AND
REPLICATING COMMUNITY ENGAGEMENT PROCESS IN OTHER COMMUNITIES THROUGH EVALUATING
EFFECTIVENESS OF THE PROCESS, AND EXPANDING TO OTHER AFFECTED COMMUNITIES IN WV.
SUBRECIPIENT:THE SUBAWARDEES INCLUDE THE LEAD CBO OF WEST VIRGINIA RIVERS COALITION
(WVRC) TO SUPPORT A COMMUNITY ENGAGEMENT COORDINATOR POSITION, PROJECT OVERSIGHT,
OPERATIONS, AND COMMUNICATIONS SUPPORT. ADDITIONALLY, THE SUBAWARD WILL BE USED FOR
TRAVEL, PROJECT MEETINGS, AND COMMUNITY MEETINGS/EVENTS TO INCORPORATE COMMUNITY INPUT
THROUGH LOCAL CBO OUTREACH TOWARDS THE PFAS ACTION PLAN DEVELOPMENT PROCESS. THE LOCAL
CBOS INCLUDE BLUE RIDGE WATERSHED COALITION, DEFENSORES DE LA CUENCA, EASTERN PANHANDLE
GREEN COALITION, EASTERN PANHANDLE GROUP OF THE WV CHAPTER OF THE SIERRA CLUB, ELKS RUN
WATERSHED GROUP, FAIR SHAKE COMMUNITY DEMOCRACY, OHIO VALLEY ENVIRONMENTAL ADVOCATES,
POTOMAC RIVERKEEPER NETWORK, POTOMAC VALLEY AUDUBON SOCIETY, THE DOWNSTREAM PROJECT,
JEFFERSON COUNTY NAACP, JEFFERSON COUNTY VISION, ROBERT C BYRD CENTER FOR CONGRESSIONAL
HISTORY AND EDUCATION, AND SHEPERDSTOWN SHARES. OTHER ACTIVITIES INCLUDE COMMUNITY
LEADER TRAINING AND COACHING, COMMUNICATIONS SUPPORT, CULTURALLY INFORMED
SERVICES/TRANSLATION, AND OUTREACH DESIGN SUPPORT.OUTCOMES:THE ANTICIPATED DELIVERABLES
INCLUDE: CREATING A WVDEP PFAS ACTION PLAN COMMUNITY ENGAGEMENT PROCESS; PILOTING THE
COMMUNITY ENGAGEMENT PROCESS IN 11 COMMUNITIES; HOLDING 3 COMMUNITY MEETINGS FOR EACH
OF THE 11 IMPACTED COMMUNITIES; DEPLOYING 8 LOCAL AMBASSADORS TO CONDUCT GRASSROOTS
OUTREACH ACROSS 11 COMMUNITIES; ENGAGING 60,000+ INDIVIDUALS ACROSS IN MEETINGS,
OUTREACH EVENTS, AND COMMUNICATIONS; PERFORMING 5 CONFIRMATORY SAMPLES EACH OF THE FOR
15 COMMUNITY WATER SYSTEMS; AND PRODUCING 15 PFAS ACTION PLANS FOR IMPACTED COMMUNITY
WATER SYSTEMS.

THE EXPECTED SHORT-TERM AND LONG-TERM OUTCOMES INCLUDE THE FOLLOWING: 11+ COMMUNITIES
AND",4/11/2024,,

"66.312 - provide childcare payments to attend outreach EJ events, climate equity
payment
process",https://www.usaspending.gov/award/ASST_NON_95336701_6800,95336701,,,"$997,266"
,FREDERICK COUNTY MARYLAND,"DESCRIPTION:THE COOPERATIVE AGREEMENT PROVIDES FUNDING TO
FREDERICK COUNTY MARYLAND. SPECIFICALLY, THE RECIPIENT WILL GIVE A VOICE TO
ENVIRONMENTAL JUSTICE (EJ) POPULATIONS IN FREDERICK COUNTY, MARYLAND WHO ARE MOST
VULNERABLE TO EXTREME HEAT FROM CLIMATE CHANGE. THE PROJECT CONTAINS A STRATEGY TO 1)
STRENGTHEN EXISTING PARTNERSHIPS AND PROGRAMS WITH COMMUNITY-BASED ORGANIZATIONS (CBO)
THAT WORK HAND-IN-HAND WITH EJ POPULATIONS, INCLUDING SUB-AWARDEES MOBILIZE FREDERICK,
HABITAT FOR HUMANITY, AND ASIAN AMERICAN CENTER OF FREDERICK. THE PROJECT WILL PROVIDE
THESE ORGANIZATIONS WITH PROGRAM RESOURCES TO BUILD RESILIENCE, EDUCATE ON AIR QUALITY
AND CLIMATE, AND ENGAGE COMMUNITY MEMBERS 2) LEARN FROM EJ POPULATIONS HOW CLIMATE
CHANGE IMPACTS THEIR COMMUNITY WHILE INCREASING CIVIC INVOLVEMENT; WHERE NEEDED,
PROVIDE PAYMENTS FOR PARTICIPATION TO COVER FOR CHILDCARE, TRANSPORTATION, TIME AND
MISSED WORK 3) ESTABLISH A GAP-FILLING HVAC REPLACEMENT PROGRAM TO REDUCE ENERGY BURDEN
AND GREENHOUSE GAS EMISSIONS AND 4) NAVIGATE COMMUNITY MEMBERS THROUGH PROGRAMS AND
RESOURCES TO MAKE HOMES MORE RESILIENT AND REDUCE ENERGY BURDEN.

ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING COMMUNITY OUTREACH AND EDUCATION
PROGRAMS; COORDINATION AND PARTICIPATION OF PUBLIC INPUT SESSIONS TO SUPPORT THE
DEVELOPMENT OF THE DIVISION OF ENERGY AND ENVIRONMENT COMMUNITY WIDE CLIMATE ENERGY
ACTION PLAN; ESTABLISHING OUTDOOR AIR QUALITY MONITORING SENSORS IN 50% OF COUNTY
PUBLIC SCHOOLS AND/OR COMMUNITY CENTERS; DEVELOP AND ESTABLISH A CURRICULUM AND
TRAINING FOR FREDERICK COUNTY PUBLIC SCHOOLS TEACHER PERTAINING TO AIR QUALITY,
SCIENTIFIC METHOD, SEVERE HEAT EVENTS AND APPROACHES TO MITIGATION; COLLABORATING WITH
FREDERICK COUNTY DIVISION OF ENERGY AND ENVIRONMENT TO DEVELOP A MUTUALLY BENEFICIAL
AND SUPPORTIVE DIRECT REFERRAL PROCESS; PARTNERING WITH FREDERICK COUNTY DIVISION OF
ENERGY AND ENVIRONMENT TO REFER ELIGIBLE HOUSEHOLDS TO RECEIVE SERVICES FROM BOTH THE
LOCAL GOVERNMENT AS WELL AS FROM HABITAT FOR HUMANITY PROGRAMS; PARTNERSHIP WITH
FREDERICK COUNTY DIVISION OF ENERGY AND ENVIRONMENT TO SHARE INFORMATION ON THE
DIVISION'S RESOURCES AVAILABLE TO REDUCE STORMWATER CONTAMINATION THROUGH THE
COMMUNITY, RETROFIT HOUSING TO REDUCE HEAT IMPACTS; SUPPORTING THE FREDERICK COUNTY
DIVISION OF ENERGY AND ENVIRONMENT COMMUNITY ENGAGEMENT EFFORTS BY PROVIDING LANGUAGE
RESOURCE SERVICES FOR RESIDENT OR PROGRAM PARTICIPANT COMMUNICATION, PUBLIC FORUM
TRANSLATION, ASSISTANCE COMPLETING PROGRAM APPLICATIONS AND/OR AS NEEDED; DIVISION OF
ENERGY AND ENVIRONMENT WILL ESTABLISH HVAC REPLACEMENT PROGRAM BASED ON 85% AVERAGE
MEDIAN INCOME (AMI) ELIGIBILITY FOR 48 HOUSEHOLDS; COLLABORATE WITH INTERNAL FREDERICK
COUNTY GOVERNMENT DIVISIONS TO IMPROVE CIVIC ENGAGEMENT AND PUBLIC FEEDBACK OF
UNDERSERVED COMMUNITIES THROUGH DEVELOPMENT OF COMMUNITY ENGAGEMENT INITIATIVES;
SUPPORT ESTABLISHING RELATIONSHIPS AND COLLABORATION WITH ADDITIONAL EXTERNAL
COMMUNITY-BASED ORGANIZATIONS TO CONNECT WITH EJ IMPACTED COMMUNITIES TO INCLUDE
COMMUNITY EVENT PARTICIPATION, NAVIGATION OF EXISTING COMMUNITY RESOURCES AND RESIDENT
COMMUNICATION; IMPLEMENT A CLIMATE EQUITY PARTICIPATION PAYMENT PROCESS TO PAY AT LEAST
100 COMMUNITY RESIDENTS THAT ENGAGE IN PUBLIC INPUT SESSIONS AND COMMUNITY FEEDBACK
MEETINGS TO ACCOMMODATE FOR CHILDCARE, TRANSPORTATION, TIME AND MISSED WORK.

SUBRECIPIENT:MOBILIZE FREDERICK: ESTABLISHING COMMUNITY OUTREACH AND EDUCATION
PROGRAMS; COORDINATION AND PARTICIPATION OF PUBLIC INPUT SESSIONS TO SUPPORT THE
DEVELOPMENT OF THE DIVISION OF ENERGY AND ENVIRONMENT COMMUNITY WIDE CLIMATE ENERGY
ACTION PLAN; ESTABLISHING OUTDOOR AIR QUALITY MONITORING SENSORS IN 50% OF COUNTY
PUBLIC SCHOOLS AND/OR COMMUNITY CENTERS; DEVELOP AND ESTABLISH A CURRICULUM AND
TRAINING FOR FREDERICK COUNTY PUBLIC SCHOOLS TEACHER PERTAINING TO AIR QUALITY,
SCIENTIFIC METHOD, SEVERE HEAT EVENTS AND APPROACHES TO MITIGATION.

HABITAT FOR HUMANITY OF FREDERICK COUNTY: COLLABORATING WITH FREDE",4/18/24,,

66.312 - technical assistance to applicants focused on
EJ,https://www.usaspending.gov/award/ASST_NON_95336901_6800,95336901,,,"$1,000,000",THE
ENVIRONMENT MARYLAND DEPARTMENT OF,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO
MARYLAND DEPARTMENT OF THE ENVIRONMENT (MDE). MDE WILL PASS MORE THAN 95% OF THE
FUNDING TO THE CHESAPEAKE BAY TRUST (THE TRUST). THE TRUST IN TURN WILL WORK IN
PARTNERSHIP WITH MID-ATLANTIC CLIMATE ACTION HUB (MATCH), SOUTH BALTIMORE COMMUNITY
LAND TRUST (SBCLT), THE SENTINELS OF EASTERN SHORE HEALTH (SESH) TO CONDUCT OUTREACH TO
COMMUNITIES, REPRESENTING POPULATIONS WHO RECEIVE INADEQUATE OR INEQUITABLE SERVICES
AND/OR WHO EXPERIENCE QUALITY-OF-LIFE DISPARITIES, ARE INTERESTED IN COMMUNITY GREENING
AND IMPROVEMENT PROJECTS AND PROVIDE TECHNICAL ASSISTANCE TO THOSE COMMUNITIES TO
FACILITATE ROBUST APPLICATIONS TO THE TRUST'S URBAN TREES GRANT PROGRAMS AND OTHER
COMMUNITY ENGAGEMENT-FOCUSED GRANT PROGRAMS. THIS PROJECT WILL BUILD UPON ALREADY
EXISTING STRATEGIES AND EFFORTS, SPECIFICALLY THE COMMUNITY-BASED ORGANIZATION CAPACITY
BUILDING INITIATIVE (CBO-CBI), AND ENGAGEMENT IN THE URBAN TREES GRANT PROGRAMS WILL
LEVERAGE ALREADY EXISTING PROGRAMS AND RESOURCE COMMITMENTS AT THE STATE-LEVEL.
COMMUNITY-BASED ORGANIZATIONS WILL ALSO PARTICIPATE IN TRAINING TO BUILD THEIR CAPACITY
RELATED TO THE IDENTIFICATION AND PURSUIT OF FUNDING AND INSTALLATION OF GREEN
INFRASTRUCTURE AND IMPLEMENTATION OF COMMUNITY HEALTH PROJECTS.ACTIVITIES:THE
ACTIVITIES INCLUDE PLANNING AND HOSTING EVENTS; PRODUCING MATERIALS; EXECUTING
ACTIVITIES THAT BUILD COLLABORATION WORKSHOPS TO EXPLORE PROGRAMS AND OPPORTUNITIES
(GRANT OPPORTUNITIES WITH A FOCUS ON TREE PLANTING, ENVIRONMENTAL JUSTICE, AND GREENING

EFFORTS); PREPARING TIMELINES TO SUBMIT GRANT APPLICATIONS; FACILITATING GRANT
SUBMISSIONS; SURVEYING RESIDENTS' PERCEPTIONS; AND, SUBMITTING A QUESTIONNAIRE TO
PARTICIPANTS/COLLABORATORS FOR DEMONSTRATION OF CHANGE IN EVALUATION METRICS OVER
TIME.SUBRECIPIENT:THE ACTIVITIES INCLUDE PLANNING, HOSTING EVENTS; PRODUCING MATERIALS;
EXECUTING ACTIVITIES THAT BUILD COLLABORATION WORKSHOPS TO EXPLORE PROGRAMS AND
OPPORTUNITIES. (GRANT OPPORTUNITIES WITH A FOCUS ON TREE PLANTING, ENVIRONMENTAL
JUSTICE, AND GREENING EFFORTS); PREPARE TIMELINES TO SUBMIT GRANT APPLICATIONS;
FACILITATE GRANT SUBMISSIONS; SURVEY RESIDENT'S PERCEPTIONS; SUBMIT QUESTIONNAIRE TO
PARTICIPANTS/COLLABORATORS FOR DEMONSTRATION OF CHANGE IN EVALUATION METRICS OVER
TIME.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE MEASURING THE NUMBER OF LISTENING
SESSIONS HELD, SOCIAL MEDIA POSTINGS, TECHNICAL ASSISTANCE MEETINGS, COMMUNITY
ENVIRONMENTAL JUSTICE PROJECTS BEING SUCCESSFULLY AWARDED, TREE PLANTING EVENTS,
VOLUNTEERS ORGANIZED, AND CITY/COUNTY AGREEMENTS EXECUTED.

THE EXPECTED OUTCOMES INCLUDE INCREASED COMMUNITY AWARENESS AND ENGAGEMENT TO SOLVE
LOCAL DISPARITIES, INCREASED EDUCATION AND PARTICIPATION IN EQUITABLE DEVELOPMENT AT
THE NEIGHBORHOOD LEVEL, INCREASED SOCIAL COHESION, SOCIAL CAPITAL AND EMPOWERED
PARTICIPATION IN CIVIC ENGAGEMENT AND PROJECT IMPLEMENTATION, INCREASE IN NUMBER OF
APPLICANTS TO GRANT OPPORTUNITIES, INCREASED CAPACITY AND SELF-EFFICACY OF THE ENGAGED
COMMUNITIES TO SEEK OUT AND APPLY FOR FUNDING TO SUPPORT AND OVERSEE SUCCESSFUL
IMPLEMENTATION OF COMMUNITY PROJECTS, INCREASE IN THE NUMBER OF APPLICATIONS FROM NON-
TRADITIONAL GROUPS THAT LOCAL FUNDERS RECEIVE AND ARE AWARDED FUNDING, INCREASE THE
DEGREE TO WHICH COMMUNITIES CREATE INTENTIONAL, COMMUNITY-OWNED SPACES, INCREASED
EXECUTION OF SUCCESSFUL AWARDS, INCREASED ABILITY TO MAINTAIN AND SCALE UP IMPACTS,
FURTHERING THE CLIMATE AND ENVIRONMENTAL GOALS AS OUTLINED IN THE MOORE-MILLER
TRANSITION PLAN, INCREASE IN EQUITABLE ACCESS TO GREENSPACE, RESULTING IN IMPROVED
HEALTH OF COMMUNITIES, INCREASED COMMUNITY SENSE OF 'OWNERSHIP', DECREASE IN STORMWATER
RUN-OFF THROUGH THE PLANTING OF TREES, RIPARIAN BUFFERS, AND OTHER GREENING EFFORTS,
LEADING TO INCREASED INFRASTRUCTURE PROTECTION, PUBLIC SAFETY THROUGH FLOOD RISK
REDUCTION, COMMUNITY ADAPTATION TO CLIMATE CHANGE, AND THE HEALTH OF LOCAL STREAMS AND
WATER BODIES, IMPROVED AIR QUALITY",4/24/2024,,

66.312 - advance
EJ,https://www.usaspending.gov/award/ASST_NON_95337701_6800,95337701,,,"$1,000,000",PEN
NSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,"DESCRIPTION:THE AGREEMENT PROVIDES
FUNDING TO PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION (DEP). SPECIFICALLY, THE
RECIPIENT AIMS TO ENGAGE EJ COMMUNITIES BY INCREASING STRATEGIC COMMUNITY EDUCATION,
OUTREACH AND ENGAGEMENT AND CAPACITY BUILDING THROUGH INTENTIONAL ACTION. DEP AIMS TO
CREATE AN EXPANDABLE, MANAGEABLE, AND SUSTAINABLE PROGRAM THAT WILL ENGAGE COMMUNITIES
TO BETTER UNDERSTAND ISSUES BEFORE THERE IS AN EVENT OF CONCERN AND PROVIDE COMMUNITIES
WITH THE NECESSARY TOOLS TO ADDRESS ISSUES IN ADVANCE OF A CRISIS.


ACTIVITIES:DEP AIMS TO IDENTIFY COMMUNITY BASED ORGANIZATIONS (CBOS) TO FUND AND USE
THEIR EXISTING NETWORKS TO CONVENE STAKEHOLDERS AND RESIDENTS WITH DEP STAFF AND OTHER
PARTNERS. CBOS WILL PARTICIPATE IN AN EDUCATIONAL SERIES AND IMPLEMENT HANDS-ON,
COMMUNITY-DRIVEN ACTIVITIES. THE PROGRAM ALSO CREATES A COHORT MODEL, WHERE CBOS WILL
WORK COOPERATIVELY AND LEARN FROM EACH OTHER.


SUBRECIPIENT:EACH OF THE 12 COMMUNITY BASED ORGANIZATIONS WILL HOST 3 EDUCATIONAL
WORKSHOPS. THE WORKSHOPS WILL BE AS FOLLOWS: SESSION 1 INTRO TO ENVIRONMENTAL JUSTICE:
UNDERSTANDING THE ISSUES, ACTORS, AND COMMUNITY, SESSION 2 THE DEP PERMITTING PROCESS:
WHAT TO EXPECT, HOW TO BETTER ADVOCATE, AND SESSION 3 FUNDING OPPORTUNITIES: GOVERNMENT
GRANTS, PHILANTHROPY, AND TECHNICAL ASSISTANCE.

EACH CBO WILL ORGANIZE AT LEAST ONE HANDS-ON, GRASSROOTS COMMUNITY EVENT. THIS SHOULD
BE THE FOCUS FOR A TANGIBLE PROJECT OUTCOME IN THE FORM OF A HANDS-ON, COMMUNITY-DRIVEN
ACTIVITY, SUCH AS CLEAN-UPS, SITE MONITORING AND ENFORCEMENT, COMMUNITY FAIR OR OTHER
ACTIVITIES THAT MAY BE SPECIFIC TO THE SPECIFIC COMMUNITY.

FINALLY, AFTER COMPLETING THE EDUCATIONAL SERIES AND COMMUNITY-DRIVEN ACTIVITY, EACH
GRANTEE WILL PARTICIPATE IN A CONVENING WITH OTHER GRANTEES IN ORDER TO SHOWCASE
PROJECT OUTCOMES, SHARE BEST PRACTICES, AND FOSTER COLLABORATION AMONG CBOS AND
STAKEHOLDERS.

OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE FUNDING TO 12 CBOS TO HOST A THREE-
SESSION EDUCATIONAL WORKSHOP SERIES. THE EXPECTED OUTCOMES INCLUDE EACH CBO WILL HOST
SESSION 1. INTRO TO ENVIRONMENTAL JUSTICE: ISSUES, ACTORS, AND COMMUNITY; SESSION 2.
THE DEP PERMITTING PROCESS: WHAT TO EXPECT, HOW TO BETTER ADVOCATE; SESSION 3. FUNDING
OPPORTUNITIES: GOVERNMENT GRANTS, PHILANTHROPY, AND TECHNICAL ASSISTANCE. THE INTENDED
BENEFICIARIES INCLUDE CBOS ACROSS THE COMMONWEALTH THAT WILL BE EMPOWERED WITH THE
BASICS OF WHAT ENVIRONMENTAL JUSTICE IS. THESE INFORMATIONAL SESSIONS WILL BE FOLLOWED
BY OTHERS WHERE CBOS AND COMMUNITY MEMBERS WILL BE TRAINED ON HOW THE DEP PERMITTING
PROCESS WORKS AND HOW TO IDENTIFY LONG-TERM FUNDING OPPORTUNITIES TO SECURE
SUSTAINABILITY FOR SIMILAR PROJECTS.",4/30/2024,,

66.615 -Cancel - Environmental

Justice,https://www.usaspending.gov/award/ASST_NON_95341301_6800,95341301,COOPERATIVE
AGREEMENT (B),ASST NON 95341301 6800,"$8,000,000",GREEN & HEALTHY HOMES INITIATIVE
INC,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT
(IRA) TO GREEN AND HEALTHY HOMES INITIATIVE (GHHI). THE RECIPIENT WILL SERVE AS THE
REGION 3 GRANTMAKER FOR EPA'S THRIVING COMMUNITIES GRANTMAKER PROGRAM. GHHI PLANS TO
USE A STRONG PARTICIPATORY GOVERNANCE FRAMEWORK TO BUILD CAPACITY IN UNDERSERVED AREAS
ACROSS THE MID-ATLANTIC REGION. GHHI'S COMMUNICATION PLAN RECOGNIZES THE NEED TO REACH
DIVERSE AUDIENCES USING WIDE-RANGING DELIVERY METHODS AND PARTNERS TO LEVERAGE BEST
PRACTICES IN OUTREACH AND IMPLEMENTATION. MOREOVER, GHHI WILL ENGAGE COMMUNITIES
THROUGH A STAKEHOLDER ADVISORY BOARD, STATUTORY PARTNERSHIPS, AND MECHANISMS FOR
PROVIDING DIRECT FEEDBACK TO ADAPT FREQUENTLY TO THE NEEDS OF COMMUNITIES, PARTICULARLY
THOSE FROM DISADVANTAGED OR UNDERSERVED AREAS. COLLECTIVELY, THIS PROJECT WILL DESIGN
COMPETITIVE APPLICATION IN-TAKE AND EVALUATION PROCESSES, SUBAWARD PROCESSES, OUTREACH,
AND SUPPORT FOR COMMUNITIES THROUGHOUT REGION 3.

ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE FINALIZING APPLICATION
MATERIALS FOR ALL THREE SUBRECIPIENT PHASES, ASSEMBLING THE REVIEW TEAM AND ENSURING
REPRESENTATION OF DIVERSE COMMUNITIES. IN THE INITIAL AWARD, THE GRANTMAKER WILL
DEVELOP THE OUTREACH PLAN PRIOR TO APPLICATION INTAKE PROCESS, PARTNER WITH REGION 3
TCTAC FOR EDUCATION AND RECRUITMENT EFFORTS, CONDUCT WEBINARS, CONFERENCE CALLS, AND
MEETINGS IN UNDERSERVED AREAS TO PROMOTE AND EXPLAIN THE PROGRAM. FINALLY, POTENTIAL
CANDIDATES WILL BE IDENTIFIED FOR $75K NON-COMPETITIVE SUBAWARDS IN THIS PHASE.
SUBRECIPIENT:SUBAWARD: CHILDREN'S NATIONAL HOSPITAL - WILL PROVIDE TECHNICAL ASSISTANCE
REPLICABLE TOOLS TO INFORM THE EFFORTS OF GRANTEES UNDER GHHI'S PROPOSED EPA REGION 3
THRIVING COMMUNITIES PROGRAM: (I) A REGISTRY OF NEARLY ALL THE PEDIATRIC PATIENTS WITH
ASTHMA IN THE IMMEDIATE DC REGION; AND (II) A HEALTHY HOUSING MAP WHICH OVERLAYS AT-
RISK PEDIATRIC ASTHMA MORBIDITY AND ASTHMA-RELATED HEALTH HAZARDS REPORTED AT MULTI-
FAMILY HOUSING COMPLEXES IN DC. CHILDREN'S NATIONAL WILL ALSO LEVERAGE ITS NETWORK TO
CONDUCT OUTREACH AND PROMOTE EPA'S TC PROGRAM AWARENESS AND SUPPORT APPLICANT OUTREACH.
SUBAWARD AMOUNT CALCULATED AT $91.95 PER HOUR, BASED ON BEST ESTIMATE OF NUMBER OF
HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $109,000 = 54.50% X $200,000.

SUBAWARD: HOWARD UNIVERSITY - WILL SUPPORT GHHI'S THRIVING COMMUNITIES RFA OUTREACH AS
WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE THROUGH THE
HOWARD UNIVERSITY SCHOOL OF LAW AND ENVIRONMENTAL JUSTICE CENTER, AS WELL AS THE SCHOOL
OF ARCHITECTURE AND THURGOOD MARSHALL CIVIL RIGHTS CENTER. SUBAWARD AMOUNT CALCULATED
AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL
ACTIVITIES. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST
ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $172,500 = $300,000 X
57.50%.

SUBAWARD: VIRGINIA POVERTY LAW CENTER - WILL SUPPORT OUTREACH AS WELL AS PROJECT
IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT A
$91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES.
TOTAL COST OF $78,000 = $78,000 X 100%.

SUBAWARD: DELAWARE STATE UNIVERSITY - WILL SUPPORT OUTREACH AS WELL AS PROJECT
IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT
AN $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL
ACTIVITIES TOTAL COST OF $78,000 = $78,000 X 100%.

OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE UTILIZING PARTNER NETWORKS TO DISTRIBUTE
RFA ANNOUNCEMENTS, HOLD WEBINARS, CONFERENCE CALLS, AND OUTREACH EVENTS, CONDUCT OFFICE
HOURS TO SUPPORT POTENTIAL APPLICANTS, AND ENGAGING EXPERTISE OF ADVISORY BOARD AND
TECHNICAL ASSISTANCE STATUTORY PARTNERS TO OVERSEE PRE-APPLICATION PROCESS. THE
EXPECTED OUTCOMES INCLUDE DEVELOPMENT OF A TRANSPARENT, EQUITABLE, ENGAGING APPLICATION
PROCESS FOR THE SUBSEQUENT",5/3/2024,"$839,393",

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_00E03688_6800,00E03688,PROJECT GRANT
(B),ASST NON 00E03688_6800,"$100,000",NEIGHBORHOOD HOUSE OF MILWAUKEE
INC,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO NEIGHBORHOOD HOUSE OF MILWAUKEE TO
IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL
EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL
LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN MILWAUKEE, WI THE
GRANTEE WILL DO THIS BY TEACHING CLIMATE CHANGE SOLUTIONS INCORPORATING ENVIRONMENTAL
JUSTICE AND INDIGENOUS TRADITIONS TO UNDERSERVED YOUTH IN GRADES 1-12. STUDENTS WILL
USE THIS KNOWLEDGE TO ACT AND CREATE SOLUTIONS TO MITIGATE THE EFFECTS OF CLIMATE
CHANGE SUCH AS PLANTING TREES, REMOVING INVASIVE PLANT SPECIES, CREATING ORGANIC
GARDENS, AND DEVELOPING A COMMUNITY INFORMATION CAMPAIGN ABOUT CLIMATE CHANGE.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN MILWAUKEE, WISCONSIN AND PROVIDE UNDERSERVED YOUTH IN GRADES 1-
12 THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.
ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE LESSONS AND PROJECTS
FOCUSED ON CLIMATE CHANGE AND AIR QUALITY IMPROVEMENT, ENVIRONMENTAL JUSTICE AND
INDIGENOUS KNOWLEDGE. AGE-APPROPRIATE LESSONS AND FIELD TRIPS WILL BE DELIVERED TO
CONSERVATION INITIAL ENGAGEMENT FOR AGES 6-9, SCIENCE ADVENTURES FOR AGES 10-12, AND

GREEN TEENS FOR AGES 13-19

SUBRECIPIENT:AT LEAST FIVE SUBGRANTEES WILL BE SELECTED AND WILL RECEIVE SUBGRANTS OF
NO MORE THAN $5,000 EACH TO ENGAGE IN CLIMATE CHANGE/AIR QUALITY, ENVIRONMENTAL JUSTICE
AND INDIGENOUS KNOWLEDGE FOCUSED ACTIVITIES. THESE MAY INCLUDE BUT ARE NOT LIMITED TO
INSTALLING AN ETHNOBOTANY GARDEN, TREE PLANTING, COMMUNITY GREEN SPACE IDENTIFICATION
AND CLEAN UP PROJECTS, CITIZEN SCIENCE BIODIVERSITY SURVEYS, CLIMATE CHANGE
PRESENTATIONS AND EXPERIMENTS, AND FIELD TRIPS.OUTCOMES:IT IS ANTICIPATED THAT THIS
PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: 400 STUDENTS LEARNING ABOUT CLIMATE
CHANGE IMPACTS IN THE MILWAUKEE, WISCONSIN.

OUTPUTS INCLUDE UNDERSERVED STUDENTS WILL PARTICIPATE IN LEARNING ACTIVITIES FOCUSED ON
CLIMATE CHANGE AND AIR QUALITY FOUR DAYS/WEEK DURING THE SUMMER MONTHS AND DURING THE
SCHOOL YEAR. THEY WILL LEARN ABOUT CLIMATE IMPACTS IN THE MILWAUKEE AREA AND
PARTICIPATE IN SPECIES COUNTS TO LEARN ABOUT BIODIVERSITY. STUDENTS WILL IMPLEMENT A
COMMUNITY CLIMATE CHANGE MEDIA CAMPAIGN AND TAKE A VARIETY OF FIELD TRIPS TO LEARN
ABOUT ENVIRONMENTAL ISSUES. EXPECTED OUTCOMES OF THE PROJECT INCLUDE INCREASED
AWARENESS AND KNOWLEDGE OF CLIMATE CHANGE AND OTHER ENVIRONMENTAL ISSUES, REPORTING
ADOPTION OF AT LEAST ONE ENVIRONMENTALLY POSITIVE BEHAVIOR AND ABILITY TO IDENTIFY
ENVIRONMENTAL ISSUES IMPACTING NEIGHBORHOODS IN MILWAUKEE, WISCONSIN. THE INTENDED
BENEFICIARIES INCLUDE UNDERSERVED YOUTH IN GRADE 1-12.",5/14/2024,,

"66.045 - THROUGH ELECTRIFICATION, THE DISTRICT'S MOST VULNERABLE
STUDENTS",https://www.usaspending.gov/award/ASST_NON_02F54701_6800,02F54701,PROJECT
GRANT (B),ASST_NON_02F54701_6800,"$9,875,000",LITTLE ROCK SCHOOL
BOARD,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFRASTRUCTURE INVESTMENT
AND JOBS ACT (IIJA) TO LITTLE ROCK SCHOOL BOARD. THIS AGREEMENT IS TO REPLACE EXISTING
SCHOOL BUSES WITH CLEAN AND ZERO EMISSION (ZE) SCHOOL BUSES.

ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING 25 EXISTING DIESEL SCHOOL BUSES WITH 25
ELECTRIC BUSES AND ACQUIRING OF 14 AUTEL MAXICHARGER DC (DIRECT CURRENT) FAST 80KW DUAL
PORT DISPENSERS. THE NEW SCHOOL BUSES WILL SERVE LITTLE ROCK SCHOOL DISTRICT.

SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE LRSD
WILL TRANSITION ITS BUS FLEET THAT TRANSPORTS STUDENTS WITH SPECIAL NEEDS BY REPLACING
25 CLASS 7 DIESEL SCHOOL BUSES WITH 25 CLASS 7 ELECTRIC BUSES AND AND 14 AUTEL
MAXICHARGER DC FAST 80KW DUAL PORT DISPENSERS.

REDUCED EMISSIONS AND IMPROVED AMBIENT AIR QUALITY ALONG 25 SCHOOL BUS ROUTES DURING
MORNING HOME-TO-SCHOOL ROUTES AND DURING THE AFTERNOON SCHOOL-TO-HOME ROUTES.

81% OF THE SPECIAL NEEDS (SPED) POPULATION USING CLEAN TRANSPORTATION WILL EXPERIENCE A
DRASTIC REDUCTION IN THEIR EXPOSURE TO HARMFUL EMISSIONS ON THEIR DAILY SCHOOL ROUTE
COMMUTE. LONG-TERM BENEFITS TO THE COMMUNITIES AFFECTED BY THE PROJECT, INCLUDE
IMPROVEMENTS TO HUMAN HEALTH AND THE ENVIRONMENT, THE LOCAL ECONOMY, SOCIAL CONDITIONS,
AND THE WELFARE OF RESIDENTS IN SUCH COMMUNITIES.

ESTABLISHMENT OF WORKFORCE TRAINING PROGRAMS FOR ZERO EMISSION VEHICLES AND CHARGING
INFRASTRUCTURE.

COMMUNITY ENGAGEMENT ADVANCEMENT AND INCREASED PUBLIC AWARENESS OF CSB PROJECT AND
RESULTS, AND AN INCREASED UNDERSTANDING OF THE ENVIRONMENTAL OR ECONOMIC EFFECTIVENESS
OF THE IMPLEMENTED TECHNOLOGY. WIDESPREAD ADOPTION OF THE IMPLEMENTED TECHNOLOGY. AN
INCREASED PUBLIC AWARENESS OF PROJECT AND RESULTS.

THROUGH ELECTRIFICATION, THE DISTRICT'S MOST VULNERABLE STUDENTS WILL HAVE SAFER,
CLEANER AND QUIETER TRANSPORTATION TO AND FROM SCHOOL AND THE COMMUNITY WILL BENEFIT
THROUGH A REDUCTION IN CARBON DIOXIDE EMISSIONS FROM DIESEL TAILPIPE
EMISSIONS.",5/16/2024,,66.045 - Priority is given to projects which propose to replace
buses that serve high-need local education agencies; rural school districts; Bureau of
Indian Affairs-funded school districts; and school districts receiving basic support
payments for children who reside on Indian land.

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_00E03685_6800,00E03685,PROJECT GRANT
(B),ASST_NON_00E03685_6800,"$100,000",MINNESOTA STATE UNIVERSITY
MANKATO,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO MN STATE UNIVERSITY MANKATO TO
IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL
EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL
LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN SOUTHERN
MINNESOTA.

THE GRANTEE WILL DO THIS BY COLLABORATING WITH LOCAL COMMUNITY PARTNERS TO PROVIDE
IMMERSIVE ENVIRONMENTAL EDUCATION AND STEWARDSHIP OPPORTUNITIES TO OVER 1,000 MIDDLE,
HIGH SCHOOL, AND UNIVERSITY STUDENTS. IT HAS THREE COMPONENTS: 1) HIGH SCHOOL
ENVIRONMENTAL FIELD DAYS 2) ENVIRONMENTAL STEWARDSHIP FOCUSED GREENCREWS WILL BE
DEVELOPED TO IMPLEMENT CONSERVATION PROJECTS AND 3) OUTDOOR ADVENTURE EXPERIENCES FOR
PARTICIPATING GREENCREW STUDENTS WHO WILL BE ABLE TO PADDLE AREA RIVERS AND HIKE OR
CAMP AT REGIONAL PARKS. THE PROGRAM GOALS ARE TO INCREASE PUBLIC LITERACY OF WATERSHED
ECOLOGY AND HEALTH, TO CLARIFY CAREER PATHS IN CONSERVATION, TO OFFER LEADERSHIP AND

HANDS-ON WATERSHED STEWARDSHIP EXPERIENCES, AND TO BUILD COMPETENCE IN OUTDOOR
RECREATIONAL SKILLS FOR A LIFETIME OF FUTURE OUTDOOR ADVENTURES

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN MANKATO, MINNESOTA TO STUDENTS FROM UP TO 2 MIDDLE SCHOOLS AND
2 HIGH SCHOOLS GIVING THEM

THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.
ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE FIELD TRIPS FOCUSING ON
LOCAL WATERSHEDS INCLUDING POND AND PRAIRIE RESTORATION AS WELL AS OPPORTUNITIES TO
LEARN ABOUT CAREERS IN CONSERVATION.

: SUBRECIPIENT:6 SUBAWARDS WILL BE GIVEN TO ELIGIBLE ORGANIZATIONS. THESE SUBRECIPIENTS
WILL SPEAK AND PROVIDE ACTIVITIES AT FIELD DAYS AS WELL AS MENTOR THE STUDENTS AND
TEACHERS INVOLVED IN THE PROJECT, SUBRECIPIENTS WILL UTILIZE THEIR UNIQUE ENVIRONMENTAL
EXPERTISE TO SUPPORT THE IMPLEMENTATION OF INTERDISCIPLINARY, HANDS-ON DIVERSE STUDENT
EXPERIENCES AS WELL AS SUPPORT TEACHER TIME FOR PLANNING AND IMPLEMENTING FIELD DAYS,
CONSERVATION SERVICE, AND EVALUATION.

OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES:
FIELD TRIPS AND STEWARDSHIP EXPERIENCES. EXPECTED OUTCOMES OF THE PROJECT INCLUDE:
STUDENTS VISIT STATE PARKS, MEETING WITH ENVIRONMENTAL PROFESSIONALS AND GAINING
KNOWLEDGE OF WATERSHED ISSUES AND STEM CAREERS. PARTICIPANTS WILL ALSO GAIN TRAINING
AND HANDS-ON RECREATIONAL EXPERIENCE IMMERSED IN REGIONAL NATURAL AREAS THE INTENDED
BENEFICIARIES INCLUDE MIDDLE AND HIGH SCHOOL STUDENTS AND TEACHERS IN MANKATO, MN AS
WELL AS COLLEGE STUDENTS FROM MN STATE UNIVERSITY MANKATO.",5/17/2024,,

66.312 - EJ outreach/ training - no hard
deliverables,https://www.usaspending.gov/award/ASST_NON_00E03638_6800,00E03638,,,"$1,00
0,000",CUYAHOGA COUNTY BOARD-HEALTH,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER
THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO CUYAHOGA COUNTY
BOARD OF HEALTH (CCBH). SPECIFICALLY, THE RECIPIENT WILL CONVENE A COMMUNITY ADVISORY
BOARD TO COLLABORATIVELY COMPLETE A HEALTH IMPACT ASSESSMENT PROJECT FOCUSED ON
HEALTHFUL HOMES, AND SUBSEQUENTLY CO-CREATE COMMUNITY-LED INTERVENTIONS AIMED AT
IMPROVING INDOOR AND OUTDOOR AIR QUALITY IN UNDER-RESOURCED COMMUNITIES IN CUYAHOGA
COUNTY, OHIO.ACTIVITIES:THE ACTIVITIES INCLUDE:

1) IDENTIFYING AND ADDRESS THE GAPS IN RESIDENT AWARENESS AND KNOWLEDGE OF ENVIRONMENTAL
JUSTICE ISSUES, POLICIES, AND PRACTICES,

2) ELEVATING COMMUNITY VOICE AND KNOWLEDGE TO ENHANCE COMMUNITY-INFORMED DECISION-
MAKING TO IMPROVE ENVIRONMENTAL AND COMMUNITY HEALTH OUTCOMES,

3) PROVIDING TRAININGS FOR CONDUCTING AND USING HEALTH IMPACT ASSESSMENTS (HIAS),

4) CONDUCTING AN HIA OF A HEALTHFUL HOMES INITIATIVE, BY MUNICIPALITY,

5) USING HIA FINDINGS TO IMPROVE EXISTING AND IMPLEMENT NEW INTERVENTIONS, AND 6)
MOBILIZE RESIDENTS AND RECRUIT VOLUNTEERS FOR COMMUNITY REVITALIZATION PROJECTS AND
COMMUNITY-LED INTERVENTIONS).SUBRECIPIENT:SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE
AGREEMENT, SEE BELOW.

NORTHEAST OHIO BLACK HEALTH COALITION:

1. LEAD COMMUNITY OUTREACH AND ENGAGEMENT ACTIVITIES AND SUPPORT CO-DEVELOPMENT AND
PARTICIPATORY PLANNING STRATEGIES TO ENHANCE EQUITABLE AND JUST RESIDENT FEEDBACK.

2. JOINT DEVELOPMENT OF A COMMUNITY ADVISORY BOARD (CAB) WITH CCBH.

3. ORGANIZATION OF CAB MEETINGS, TRAININGS, WORKSHOPS, AND FOCUS GROUPS WITH FOOD/LIGHT
REFRESHMENTS PURCHASED BY NEOBHC.

4. DISSEMINATION OF HIA FINDINGS.

5. CO-DEVELOPMENT OF INTERVENTION IMPLEMENTATION PROTOCOLS.

6. SOLICIT RESIDENT AND OTHER STAKEHOLDER FEEDBACK FOR IMPLEMENTATION OF INTERVENTIONS.

7. DISSEMINATION OF EVALUATION FINDINGS.

THE OHIO STATE UNIVERSITY CENTER FOR HEALTH OUTCOMES AND POLICY EVALUATION STUDIES:

1. PROVIDE SUBJECT MATTER EXPERTISE FOR COMMUNITY ENGAGEMENT AND CO-DEVELOPMENT
STRATEGIES, HIA METHODOLOGY, MIXED-METHODS RESEARCH, AND EVALUATION OF OVERALL PROJECT
PROCESSES AND OUTCOMES.

2. PROVIDE HIA TRAININGS, LEAD AND CONDUCT THE HIA, GENERATE THE HIA REPORT AND
RECOMMENDATIONS, AND EVALUATE INTERVENTIONS.

3. INFORMED BY THE HIA, A) LEAD MONITORING AND EVALUATION OF THE OVERALL PROJECT, AND

B) SUPPORT STAKEHOLDER AND COMMUNITY ENGAGEMENT AS NEEDED.

A VISION OF CHANGE:

1. ENSURE THAT AT LEAST ONE CERTIFIED COMMUNITY HEALTH WORKER WILL COMPLETE HIA TRAININGS.

2. SUPPORT COMMUNITY EDUCATION AND MESSAGING, SUPPORT COMMUNITY ENGAGEMENT FOR HIA DATA COLLECTION AND RESULTS DISSEMINATION.

3. PROVIDE TECHNICAL ASSISTANCE FOR OUTREACH AND ENGAGEMENT FOR OTHER PROJECT STRATEGIES, INCLUDING IMPLEMENTATION OF INTERVENTIONS.

AMERICORPS:

1. ASSIST CCBH WITH IMPLEMENTATION OF HEALTHY URBAN TREE CANOPY AND HEALTHFUL HOMES PROGRAMS.

2. PROVIDE TWO AMERICORPS VOLUNTEERS TO ASSIST WITH THESE ACTIVITIES.

OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE: 1) TRAINING AND EDUCATING DISADVANTAGED COMMUNITIES ON HIAS AND CLIMATE RESILIENCY/ADAPTATION; 2) MONITORING AND REDUCING INDOOR/OUTDOOR TOXINS AND AIR POLLUTION; 3) SMALL- SCALE CLEAN-UPS; 4) COMMUNITY REVITALIZATION PLANNING (CLIMATE RESILIENCY AND ADAPTATION); AND 5) COMMUNITY REVITALIZATION PLANNING (LOCAL POLLUTION AND GREENSPACE).

THE EXPECTED OUTCOMES INCLUDE: 1) IMPROVED INDOOR/OUTDOOR AIR QUALITY, 2) REDUCED STORMWATER VULNERABILITY AND CLIMATE IMPACTS, AND 3) REDUCED ENVIRONMENTAL HEALTH DISPARITIES.

THE INTENDED BENEFICIARIES INCLUDE UNDERSERVED COMMUNITIES AND VULNERABLE POPULATIONS IN EAST CLEVELAND (44112), EUCLID (44117, 44119, 44123, 44132), AND MAPLE HEIGHTS (44137).",5/17/2024,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_00E03686_6800,00E03686,PROJECT GRANT (B),ASST_NON_00E03686_6800,"$75,000",OPENLANDS,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO OPENLANDS TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN CHICAGO, ILLINOIS. THE GRANTEE WILL DO THIS BY CREATING TEACHER LEADERS WHO WILL HAVE AN IN-DEPTH UNDERSTANDING OF BIRDS AND INTRODUCE THE TOPIC OF TREES. ACTIVITIES INCLUDE PROFESSIONAL DEVELOPMENT SESSIONS, FOCUSING ON BIRDS, THE RELATIONSHIP BETWEEN BIRDS AND TREES, AND THE EFFECTS OF CLIMATE CHANGE ON BOTH, AS WELL AS CURRICULUM INTEGRATION AND INDIVIDUALIZED COACHING TO SUPPORT. ADDITIONALLY, EDUCATORS WILL CONDUCT A STUDENT-LED ENVIRONMENTAL STEWARDSHIP PROJECT THAT AIMS TO INCREASE CLIMATE RESILIENCY BY PLANTING TREES TO EXPAND THE URBAN CANOPY AND EDUCATE THE COMMUNITY SURROUNDING EACH SCHOOL.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN CHICAGO, ILLINOIS AND WORK WITH 17 SCHOOLS INCLUDING OVER 1,000 STUDENTS AND OVER 30 EDUCATORS. WITH THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE PROFESSIONAL DEVELOPMENT SESSIONS, FOCUSING ON BIRDS, THE RELATIONSHIP BETWEEN BIRDS AND TREES, AND THE EFFECTS OF CLIMATE CHANGE ON BOTH, AS WELL AS CURRICULUM INTEGRATION AND INDIVIDUALIZED COACHING TO SUPPORT. ADDITIONALLY, EDUCATORS WILL CONDUCT A STUDENT-LED ENVIRONMENTAL STEWARDSHIP PROJECT THAT AIMS TO INCREASE CLIMATE RESILIENCY BY PLANTING TREES TO EXPAND THE URBAN CANOPY AND EDUCATE THE COMMUNITY SURROUNDING EACH SCHOOL.

SUBRECIPIENT:ELIGIBLE SUB AWARDEES WILL PROVIDE HANDS-ON LEARNING EXPERIENCES FOR BOTH EDUCATORS AND STUDENTS. ADDITIONAL SUB AWARDEES WILL IMPLEMENT ENVIRONMENTAL STEWARDSHIP ACTIVITIES WHICH INCLUDE TREE PLANTING AND ENGAGING THE BROADER COMMUNITY IN LEARNING ABOUT BIRDS AND TREES.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: OVER 30 EDUCATORS WILL INTEGRATE OUTDOOR LEARNING AND HANDS ON ENVIRONMENTAL STEWARDSHIP ACTIVITIES INTO THEIR LESSON PLANS, EDUCATORS WILL BECOME TEACHER LEADERS TO INSPIRE FELLOW EDUCATORS TO ADAPT OUTDOOR LEARNING INTO THEIR CLASSROOMS AND STUDENTS WILL BE EMPOWERED TO BECOME ADVOCATES FOR NATURE AND EDUCATE THEIR COMMUNITY ABOUT BIRDS AND TREES. THE INTENDED BENEFICIARIES INCLUDE 17 CHICAGO PUBLIC SCHOOLS, THEIR STUDENTS AND EDUCATORS.",5/18/2024,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_02J64401_6800,02J64401,PROJECT GRANT (B),ASST_NON_02J64401_6800,"$97,640",TAKSHANUK WATERSHED COUNCIL,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO THE GRANTEE TO DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN HAINES, SKAGWAY AND KLUKWAN, ALASKA.

THE GRANTEE WILL DO THIS BY INVOLVING COLLABORATIVE PARTNERSHIPS WITH LOCAL, REGIONAL, AND NATIONAL ORGANIZATIONS TO ORCHESTRATE COMMUNITY INVOLVEMENT IN CITIZEN SCIENCE INVESTIGATIONS, IMPLEMENT NEW EDUCATIONAL PROGRAMS, AND RECRUIT VOLUNTEERS IN COASTAL RESTORATION. THE PROJECT'S GOALS WILL INCLUDE WATERSHED EDUCATION FOR STUDENTS K-12 AND PROFESSIONAL DEVELOPMENT FOR TEACHERS; A STEWARDSHIP PROJECT ARCGIS STORY MAP; AND MARINE DEBRIS REMOVAL AND EDUCATION. PARTNERING WITH LOCAL TRIBES, THE GRANTEE WILL LINK INDIGENOUS KNOWLEDGE AND ENVIRONMENTAL EDUCATION TO CREATE CULTURALLY RELEVANT AND INCLUSIVE INSTRUCTION.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN HAINES, SKAGWAY, AND KLUKWAN, ALASKA AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE THE PROGRAM STREAM TEAM, A CITIZEN SCIENCE PROJECT USING NATIONALLY RECOGNIZED GLOBAL LEARNING AND OBSERVATIONS TO BENEFIT THE ENVIRONMENT (GLOBE) PROTOCOLS. THIS PROGRAM WILL CONNECT BOTH 60 YOUTH AND 10 TEACHERS FROM SKAGWAY SCHOOL AND UNDERSERVED TITLE 1 SCHOOLS IN HAINES AND KLUKWAN TO THEIR LOCAL WATERSHEDS THROUGH HANDS-ON AND INQUIRY-BASED LEARNING. THE PROJECT WILL ALSO FOCUS ON MARINE EDUCATION AND RESTORATION THROUGH HARMFUL ALGAL BLOOM AND PARALYTIC SHELLFISH POISONING MONITORING AND EDUCATION ABOUT DEBRIS AND REMOVAL PROCEDURES. RESEARCH AND DATA FROM THIS AND THE STREAM TEAM PROJECT WILL BE SHARED THROUGH A COMMUNAL ARCGIS STORY MAP CREATED BY STUDENTS FROM THE HAINES SCHOOL.

THE PROJECT WILL NURTURE ENVIRONMENTAL STEWARDSHIP AND CIVIC RESPONSIBILITY BY OFFERING WEEKLY FIELD EXPERIENCES TO K-12 STUDENTS AND TEACHERS IN THE COMMUNITIES AND ENGAGING THE GENERAL PUBLIC (60 COMMUNITY MEMBERS) IN EDUCATIONAL WORKSHOPS AND VOLUNTEER OPPORTUNITIES.

SUBRECIPIENT:THE SUB-GRANT PROGRAM WILL ENABLE THE GRANTEE TO GIVE FIVE SUBAWARDS TO NONPROFITS TO PROVIDE FUNDS TO SCHOOLS FOR ENVIRONMENTAL EDUCATION PROFESSIONAL DEVELOPMENT, TEACHER WORKSHOPS, AND WATERSHED EDUCATION FOR TEACHERS AND STUDENTS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: STUDENTS FROM THE TITLE I SCHOOLS WILL COLLECT DATA AND UNDERSTAND HOW DATA IS USED TO DRIVE RESTORATION AND PRESERVATION OF THE NATURAL ECOSYSTEMS USING THE GLOBE PROTOCOLS. TEN TEACHERS FROM TITLE 1 SCHOOLS WILL GAIN PLACE-BASED KNOWLEDGE OF THEIR GREATER WATERSHED.. COMMUNITY MEMBERS WILL ATTEND EDUCATIONAL WORKSHOPS TO LEARN ABOUT MARINE DEBRIS AND SIX BEACHES WILL BE RESTORED. DEBRIS FOUND FROM THE CLEANUP WILL BE CATEGORIZED AND TURNED INTO A PUBLIC REPORT SHARED ON THE ARCGIS STORY MAP.

EXPECTED OUTCOMES OF THE PROJECT INCLUDE BELOW: (SHORT-TERM) - 20% OF HAINES STUDENTS, 100% OF KLUKWAN STUDENTS, AND 7% OF SKAGWAY STUDENTS WILL GAIN KNOWLEDGE ABOUT WATER TEMPERATURE AND ITS IMPACT ON HEALTHY SALMON POPULATIONS AND HOW THAT RELATES TO ENSURING CLEAN AND SAFE DRINKING WATER. (MEDIUM-TERM) - THE TEACHERS WILL HAVE INCREASED ENVIRONMENTAL EDUCATION INSTRUCTIONAL HOURS FOCUSED ON WATERSHED EDUCATION STEEPED IN TLINGIT CULTURAL KNOWLEDGE AND CONNECTION IN PLACE. (LONG-TERM) - THE PLANS TO REDUCE DEBRIS ON BEACHES WILL RESULT IN RESTORED MARINE ECOSYSTEMS THAT ARE RESILIENT AND HAVE IMPROVED BIODIVERSITY.

THE INTENDED BENEFICIARIES WILL BE 120 UNDERSERVED STUDENTS, 10 TEACHERS, AND 170 COMMUITY MEMBERS IN THE HAINES, KLUKWAN, AND SKAGWAY AREAS OF ALASKA.",5/20/2024,,

"66.045 - THEY WILL CONTINUE TO TRAIN EXISTING STAFF AND ENSURES EMPLOYEES RETAIN POSITIONS, GAIN NEW SKILLS, AND JOIN THE CLEAN ENERGY ECONOMY.",https://www.usaspending.gov/award/ASST_NON_96713101_6800,96713101,PROJECT GRANT (B),ASST_NON_96713101_6800,"$20,760,000","HIGHLAND CSB 1, LLC","DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) TO HIGHLAND FLEETS. THIS AGREEMENT IS TO REPLACE EXISTING SCHOOL BUSES WITH CLEAN AND ZERO EMISSION (ZE) SCHOOL BUSES. THIS PROJECT WILL REPLACE 70 BUSES WITH ZEBS IN SOME OF THE MOST DENSELY POPULATED CITIES IN REGION 7 AS WELL AS A REMOTE TRIBAL COMMUNITY. IN SERVING A DIVERSE SET OF PRIORITY DISTRICTS (ALL OF THEM ARE PRIORITY), THE PROJECT WILL SHOW THAT COMMUNITIES OF ALL SIZES AND DEMOGRAPHIC MAKE-UPS CAN ACCESS THE EMISSION BENEFITS OF ZEBS. BY HELPING URBAN AREAS BEGIN TO ELECTRIFY, THIS PROJECT WILL COMPLEMENT THE RURAL DEPLOYMENTS INITIATED THROUGH THE EPA 2022 REBATES, HELPING PUT REGION 7 ON A PATH TO FULL FLEET ELECTRIFICATION. LEVERAGING A PUBLIC PRIVATE PARTNERSHIP MODEL, THIS HIGHLAND LED APPLICATION WILL ENSURE EFFICIENT AND COST-EFFECTIVE USE OF EPA FUNDING.

ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING A TOTAL OF 70 BUSES WITH ZERO-EMISSION BUSES (ZEBS). HIGHLAND IS REQUESTING $20,760,000 FROM THE EPA TO REPLACE THESE BUSES AND 58 EVSE L3 CHARGERS. THE NEW SCHOOL BUSES WILL SERVE ST. LOUIS PUBLIC SCHOOLS, NORMANDY SCHOOLS COLLABORATIVE, ACADEACUTE;MIE LAFAYETTE, TOPEKA PUBLIC SCHOOLS, AND UMO N HO N NATION PUBLIC SCHOOL.

SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE 70 ZERO EMISSION BUSES WILL BE REPLACED ACROSS EIGHT

DISTRICTS. EACH DISTRICT TO REPLACE, AT LEAST, TWO DIESEL BUSES WITH ZEBS. ALSO, 58
EVSE L3 CHARGERS ARE BEING PURCHASED. THIS PROJECT WILL SERVE OVER 35,000 STUDENTS.
GRID WORKS TO ENSURE ENVIRONMENTAL JUSTICE COMMUNITIES ACCESS THE BENEFITS OF THE CLEAN
ENERGY TRANSITION BY TRAINING OVER 47,000 PARTICIPANTS WITH THE SKILLS NEEDED TO WORK
IN THE SOLAR, CLEAN MOBILITY AND BATTERY STORAGE INDUSTRIES. GRID WILL LEVERAGE ITS
EXPERIENCE WITH FEDERALLY FUNDED WORKFORCE DEVELOPMENT PROGRAMS.


THE EXPECTED OUTCOMES FOR HIGHLAND INCLUDE THE ELECTRIC BUSES REDUCING EMISSIONS, SAVE
FUEL, IMPROVE AIR QUALITY, REDUCE ABSENTEEISM. ANNUAL REDUCTIONS: 0.036 TONS PM2.5,
2.253 TONS NOX, 0.093 TONS HC, 1,328.1 TONS CO2, 118,052 GALLONS FUEL SAVED. THEY WILL
CONTINUE TO TRAIN EXISTING STAFF AND ENSURES EMPLOYEES RETAIN POSITIONS, GAIN NEW
SKILLS, AND JOIN THE CLEAN ENERGY ECONOMY. MOREOVER, PERIODIC MAINTENANCE IDENTIFIES
AND REPAIRS DAMAGE TO EXTEND THE LIFESPAN OF ZEBS, REDUCING THEIR LIFECYCLE COST AND
EMISSIONS IMPACT. III. IMPROVED SAFETY: PROPER MAINTENANCE AND OPERATION OF BUSES
ENSURES THEY ARE IN GOOD WORKING ORDER AND DRIVERS ARE TRAINED, PREVENTING ACCIDENTS
AND INJURIES. HIGHLAND PROJECT DEVELOPMENT TEAM HAS EVALUATED ENVIRONMENTAL RISKS WITH
IMPLEMENTING THIS TECHNOLOGY. THE HAVE A PLAN FOR FLOOD, FIRE, EXTREME WEATHER, GRID
CONSTRAINTS, AND EXTENDED POWER OUTAGES.


THE INTENDED BENEFICIARIES INCLUDE A GRANT AGREEMENT BETWEEN HIGHLAND AND EPA. THIS IS
A NON-CONSTRUCTION GRANT TYPE. ADDITIONAL BENEFICIARIES ARE ST. LOUIS PUBLIC SCHOOLS,
NORMANDY SCHOOLS COLLABORATIVE, ACADEACUTE;MIE LAFAYETTE, TOPEKA PUBLIC SCHOOLS, AND
UMO N HO N NATION PUBLIC SCHOOL.",5/21/2024,,66.045 - Priority is given to projects
which propose to replace buses that serve high-need local education agencies; rural
school districts; Bureau of Indian Affairs-funded school districts; and school
districts receiving basic support payments for children who reside on Indian land.

66.312 - build EJ
leadership,https://www.usaspending.gov/award/ASST_NON_00E03637_6800,00E03637,,,"$1,000,
000",DEPARTMENT OF COMMERCE MINNESOTA,"DESCRIPTION:THIS ASSISTANCE AGREEMENT PROVIDES
FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE MINNESOTA DEPARTMENT OF
COMMERCE. SPECIFICALLY, THE RECIPIENT, MINNESOTA DEPARTMENT OF COMMERCE, AND THE NEWLY
EXPANDED COMMUNITY ENERGY COLLABORATIVE (CEC) WILL PARTNER TO CO-DEVELOP A JUSTICE40
LEADERSHIP ACADEMY AND ESTABLISH A DEMONSTRATION COMMUNITY-BASED NAVIGATOR PROGRAM.
PARTNERS WILL DEVELOP AND TEST MULTIPLE WAYS TO APPLY DATA, STRENGTHEN RELATIONSHIPS,
AND BUILD ENERGY AND ENVIRONMENTAL JUSTICE LEADERSHIP CAPACITY AT THE LOCAL AND STATE
LEVEL. ACTIVITIES WILL RESULT IN KEY TOOLS AND PROCESSES THAT INCREASE THE INTEGRATION
OF COMMUNITY INPUT AND JUSTICE CONSIDERATIONS ACROSS THE STATE GOVERNMENT, PROVIDE A
MODEL FOR CO-CREATED PROGRAM DEVELOPMENT, AND INCREASE EQUITABLE ACCESS TO CLIMATE-
BASED FEDERAL FUNDING AVAILABLE THROUGH THE INFLATION REDUCTION ACT.

ACTIVITIES:THE MAIN PROJECT ACTIVITIES INCLUDE THE DEVELOPMENT OF A J40 ACADEMY AND
DEVELOPMENT OF THE NAVIGATOR PROJECT. THE NAVIGATOR PROJECT INCLUDES DEVELOPMENT OF
TOOLS TO SUPPORT SELF-REFERRAL TO RESOURCES, AND A MORE INTENSIVE COMMUNITY-BASED
NAVIGATOR DEMONSTRATION ELEMENT. THE ACTIVITIES SYNERGISTICALLY COMBINE TO DEEPEN
CONNECTIONS BETWEEN GOVERNMENT AND CBOS AND CAN ADDRESS THE COMPLEXITY OF DIFFERENT
ENVIRONMENTAL AND RACIAL JUSTICE COMMUNITIES WHILE ADVANCING MINNESOTA'S OVERALL
CAPACITY TO INTEGRATE ENVIRONMENTAL JUSTICE PRINCIPLES IN ALL OPERATIONS OF STATE
GOVERNMENT WORK.


JUSTICE40 LEADERSHIP ACADEMY:

THE J40 ACADEMY WILL BE AN 18-MONTH LONG TRAINING PROGRAM THAT BUILDS A COMMUNITY OF
PRACTICE BETWEEN STATE AGENCIES AND CBOS. THE J40 ACADEMY WILL INVOLVE LEADERS FROM
DIFFERENT STATE AGENCIES INCLUDING COMMERCE, MINNESOTA POLLUTION CONTROL AGENCY (MPCA),
MINNESOTA HOUSING, MINNESOTA DEPARTMENT OF EMPLOYMENT AND ECONOMIC DEVELOPMENT (DEED),
AND MINNESOTA DEPARTMENT OF HEALTH (MDH), ALONG WITH MEMBERS OF THE EXPANDED COMMUNITY
ENERGY COLLABORATIVE (CEC). UNDER JUSTICE40 MINNESOTANS NAVIGATING CLIMATE ACTION
(J40MNCA), CEC MEMBERS WILL CHOOSE TO PARTICIPATE IN EITHER THE J40 ACADEMY OR
COMMUNITY-BASED NAVIGATOR DEVELOPMENT COMMITTEES AND BE COMPENSATED FOR THEIR TIME.


COMMUNITY-BASED NAVIGATOR PROJECT:

THE COMMUNITY ENERGY COLLABORATIVE (CEC) HAS ASKED FOR THE 'EASY' BUTTON- A WAY IN
WHICH THE BURDEN OF RESEARCHING, CONNECTING WITH, AND COMPLETING APPLICATIONS FOR
DIFFERENT PROGRAMS IS REDUCED FOR COMMUNITY MEMBERS. THIS PROJECT RECOGNIZES THAT THE
TOOL BEING REQUESTED WOULD INCLUDE A SINGLE APPLICATION WHERE MULTIPLE PROGRAM
ASSISTANCE CAN SUCCESSFULLY BE OBTAINED (I.E. ENERGY, SNAP, HEALTH, ETC.). HOWEVER, AS
PROGRAM-APPLICATION APPROACHES ARE HEAVILY DRIVEN BY THE FUNDING SOURCES OF THE VARIOUS
PROGRAMS (BOTH STATE AND FEDERAL SOURCES), INCLUDING A 'ONE-APPLICATION' APPROACH IN
THIS PROJECT IS BEYOND CURRENT CAPABILITIES. THIS PROJECT TESTS A MORE MANAGEABLE
APPROACH WHERE INFORMATION ON MULTI-LEVEL AND AGENCY OFFERINGS ARE AVAILABLE IN A
CENTRAL REPOSITORY (ONE-STOP INFORMATION SHOP). COMMUNITY-MEMBERS CAN THEN SELF-REFER
TO PROGRAMS BASED UPON AN ONLINE ELIGIBILITY TOOL, AND DEEPER PLANNING AND APPLICATION
ASSISTANCE CAN BE PROVIDED BY TRUSTED COMMUNITY NAVIGATORS. PARTNERS WILL PROVIDE
FEEDBACK, AMPLIFY OUTREACH MATERIALS TO COMMUNITY MEMBERS, PROVIDE TECHNICAL SUPPORT
AND CONDUCT EVALUATION OF PROJECT EFFECTIVENESS. SUBRECIPIENT:ECOLIBRIUM3: THE
SUBRECIPIENT WILL SERVE AS THE LEAD CONTRIBUTING PROJECT PARTNER. COSTS ALIGNED WITH

GRANT PROJECT PLAN INCLUDE FOR SUB RECIPIENT'S PARTICIPATION INCLUDE: PERSONNEL HOURS FOR A DATABASE DEVELOPER.

CITIZENS UTILITY BOARD: PARTNER WILL CONTRIBUTE 77.5 HOURS OF PERSONNEL FOR PROJECT AREA ONE - THE J40 ACADEMY. ADDITIONALLY THEY WILL PROVIDE TECHNICAL AND DESIGN ASSISTANCE FOR THE ONE STOP SHOP AND NAVIGATOR TOOL.

UNIVERSITY OF MINNESOTA: PARTNER WILL CONTRIBUTE 200 HOURS OF PERSONNEL TIME FOR PROJECT AREA ONE - THE J40 ACADEMY. THEY WILL DEVELOP AND CONDUCT EVALUA",5/21/2024,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_00I28300_6800,00I28300,PROJECT GRANT (B),ASST_NON_00I28300_6800,"$100,000",COLORADO ALLIANCE FOR ENVIRONMENTAL EDUCATION,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO COLORADO ALLIANCE FOR ENVIRONMENTAL EDUCATION (CAEE) TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN 3 REGION 8 STATES. THIS PROJECT WILL ENGAGE 100 STUDENTS, PARTICULARLY FROM RURAL DISADVANTAGED COMMUNITIES INCLUDING LA JUNTA, CO; RIVERTON, WY, AND ROOSEVELT, UT TO COME TOGETHER, DIALOGUE, AND TAKE ACTION TO ADDRESS THESE BARRIERS TO THEIR INVOLVEMENT AND INTEREST IN GREEN CAREERS. BY STRENGTHENING STUDENT LEADERS IN THE CONSERVATION MOVEMENT, WE HAVE THE OPPORTUNITY TO EXPAND OUR IDEAS, INCREASE MULTICULTURAL AWARENESS IN OUR ORGANIZATIONS, AND BEGIN TO TAKE ACTION FOR CHANGE. THE GOAL OF THE PROJECT IS TO CO-CREATE WITH YOUTH, EDUCATORS, AND GREEN CAREER PROFESSIONALS A SUSTAINABLE GREEN CLIMATE CAREERS PROGRAM IN REGION 8 FOR MIDDLE AND HIGH SCHOOL STUDENTS, PARTICULARLY THOSE FROM UNDERSERVED COMMUNITIES, TO ACQUIRE THE SKILLS AND KNOWLEDGE NEEDED TO PURSUE CAREERS IN THE GROWING FIELD OF ENVIRONMENTAL SUSTAINABILITY, RENEWABLE ENERGY, AND CLIMATE PROFESSIONS.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN 3 REGION 8 STATES AND PROVIDE STUDENTS, TEACHERS AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. THE MAJOR ENVIRONMENTAL AND EDUCATIONAL ACTIVITIES FOR THIS PROJECT CENTER AROUND CREATING ONLINE CAREER RESOURCES, ORGANIZING A STATEWIDE VIRTUAL YOUTH GREEN CAREERS SUMMIT, ENGAGING STUDENTS IN SCHOOL-BASED ACTION PROJECTS, AND CONNECTING STUDENTS WITH MENTORS TO EXPLORE POTENTIAL CAREERS. ESTABLISHING A LEADERSHIP TEAM FROM CAEE, USEE, AND WYAEE WHO WILL MANAGE THIS PROJECT AND ACTIVITIES IN EACH STATE. THE LEADERSHIP TEAM WILL RECRUIT AND VIRTUALLY CONVENE AN ADVISORY TEAM OF AT LEAST 9 YOUTH, 3 EDUCATORS/GUIDANCE COUNSELORS AND 3 GREEN CAREER PROFESSIONALS WHO REPRESENT THE DEMOGRAPHICS OF OUR TARGETED COMMUNITIES TO CO-CREATE A GREEN CLIMATE CAREER PROGRAM. CO-CREATING A MIDDLE AND HIGH SCHOOL GREEN CLIMATE CAREER CURRICULUM WHICH PROVIDES EDUCATORS WITH THE TOOLS FOR STUDENTS TO EXPLORE THE WIDE RANGE OF GREEN CAREERS IN CLIMATE AND EDUCATIONAL PATHWAYS AND PROJECTED CAREER OPPORTUNITIES AND TRENDS. WITH THE INPUT AND SUPPORT OF YOUTH, PLAN AND HOST A VIRTUAL GREEN CAREERS EVENT FOR 100 STUDENTS, AT LEAST 40% FROM OUR TARGETED COMMUNITIES, THAT HIGHLIGHTS THE NEED FOR A CLIMATE-RELATED WORKFORCE, PROVIDES STUDENTS OPPORTUNITIES TO MEET AND NETWORK WITH GREEN PROFESSIONALS, AND EXPLORES DIFFERENT GREEN CAREER OPPORTUNITIES.SUBRECIPIENT:CAEE WILL AWARD EXACTLY $25,000 (25%) OF EPA FUNDS IN SMALL SUBAWARDS OF $500-$2000 TO SCHOOLS LOCATED IN DISADVANTAGED COMMUNITIES, AS IDENTIFIED USING THE CLIMATE AND ECONOMIC JUSTICE SCREENING TOOL (CEJST).OUTCOMES:EXPECTED OUTCOMES INCLUDE INCREASED STUDENT ENGAGEMENT IN GREEN CAREER EXPLORATION, STUDENT-LED ACTION PROJECTS ADDRESSING CLIMATE AND ENVIRONMENTAL ISSUES IN SCHOOLS, AND EDUCATORS WITH ENHANCED SKILLS TO TEACH ABOUT CLIMATE AND ENVIRONMENTAL TOPICS. AT LEAST 30 EDUCATORS WILL ALSO RECEIVE A CURRICULUM AROUND CLIMATE LITERACY AND GREEN JOBS.


OTHER OUTCOMES INCLUDE:

-INCREASE IN AWARENESS AND KNOWLEDGE OF GREEN CAREERS AMONG MIDDLE AND HIGH SCHOOL STUDENTS IN DISADVANTAGED COMMUNITIES.

-INCREASE IN AWARENESS AND KNOWLEDGE OF GREEN CAREER OPPORTUNITIES FOR THEIR STUDENTS AMONG TEACHERS FROM RURAL, DISADVANTAGED COMMUNITIES.

-IMPLEMENTATION OF SCHOOL-BASED PROJECTS ADDRESSING CLIMATE LITERACY, RESILIENCE, AND GREEN JOBS.",5/22/2024,,

66.045 - mentions environmental Justice - and has subawards,https://www.usaspending.gov/award/ASST_NON_00A01507_6800,00A01507,PROJECT GRANT (B),ASST_NON_00A01507_6800,"$20,063,024","BOSTON, CITY OF","DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) TO THE CITY OF BOSTON (BOSTON PUBLIC SCHOOLS). THIS AGREEMENT IS TO REPLACE EXISTING SCHOOL BUSES WITH CLEAN AND ZERO EMISSION (ZE) SCHOOL BUSES.


ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING FIFTY (50) CLASS 7 DIESEL SCHOOL BUSES WITH FIFTY (50) CLASS 7 ELECTRIC SCHOOL BUSES AND FIFTY (50) DIRECT CURRENT (DC) FAST CHARGING INFRASTRUCTURE. THE NEW SCHOOL BUSES WILL SERVE THE BOSTON PUBLIC SCHOOLS (BPS) SCHOOL DISTRICT.


SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE:

- PUBLIC ENGAGEMENT VIA PUBLIC MEETINGS TO ENGAGE AFFECTED COMMUNITIES BEFORE AND AFTER DEPLOYMENT, PUBLIC COMMENT EMAIL INBOX, AND TWO PUBLIC SURVEYS ON ELECTRIC SCHOOL BUSES (ESBS) TO GAGE ATTITUDES, IMPACT, AND FEEDBACK

- CONSTRUCTION BUILDOUT OF SUPPORTING INFRASTRUCTURE TO CHARGE ELECTRIC SCHOOL BUSES (ONE TRANSFORMER, TWO SWITCHGEAR, AND 300+ FEET OF CONDUIT INSTALLED, FIFTY 30 KILOWATT (KW) OR HIGHER DIRECT CURRENT FAST CHARGERS (DCFC) INSTALLED)

- FIFTY DIESEL BUSES TRANSITIONED TO ELECTRIC

- 6,500 SCHOOL CHILDREN NOW SERVED BY A ZERO EMISSION (ZE) SCHOOL BUS

- 40% OF VEHICLE MILES TRAVELED ARE IN ENVIRONMENTAL JUSTICE (EJ) NEIGHBORHOODS TRANSITIONED TO ZE BUSES

- REDUCED AIR POLLUTION BY 0.042 SHORT TONS OF PARTICULATE MATTER (PM2.5), AND 687.9 SHORT TONS OF CARBON DIOXIDE (CO2).

- WORKFORCE DEVELOPMENT VIA TRAINING SESSIONS FOR EACH KEY OPERATIONS TEAM, COACHING FOR DRIVERS, TRAINING FOR NEW DRIVERS, ONBOARDING MECHANICS AND OPERATIONS STAFF TO SUPPORT BUS ROLL OUT, TRAINING FOR FIRE DISTRICT'S FIRST RESPONDERS TO RESPOND TO ESBS, AND TRAINING FOR BUS ROUTERS.

- SHARE LESSONS LEARNED VIA VIRTUAL AND IN-PERSON ENGAGEMENTS TO DISSEMINATE BEST PRACTICE, LESSONS LEARNED ABOUT THE TECHNOLOGY AND ITS US, AND TO SHARE INFORMATION WITH INTERESTED FLEETS ADDRESSING LARGE SCALE COLD WEATHER ESB DEPLOYMENT


THE EXPECTED OUTCOMES INCLUDE:

- INCREASED PUBLIC AWARENESS OF PROJECT AND RESULTS AND INCREASED PUBLIC EXPOSURE TO ELECTRIC VEHICLE (EV) TECHNOLOGY

- STRENGTHENED CAPACITY FOR ELECTRIFICATION AND TRANSPORTATION PLANNING IN BPS DEPARTMENT OF TRANSPORTATION (DOT)

- IMPROVED AMBIENT AIR QUALITY AROUND BUS YARD, EJ NEIGHBORHOODS, AND BROADER CITY

-IMPROVED HEALTH FOR LOCAL SCHOOL CHILDREN, FEWER OF WHOM ARE EXPOSED TO DIESEL EXHAUST EMISSIONS

- GROWTH OF WORKFORCE TO SUPPORT ZERO EMISSION VEHICLES AND KEY COMPONENTS LIKE BATTERIES

- INCREASED KNOWLEDGE OF SUCCESSFUL USE OF INVOLVED TECHNOLOGIES

- INCREASED UNDERSTANDING OF THE ENVIRONMENTAL AND ECONOMIC EFFECTIVENESS OF ESBS IN THE COMMUNITY


THE INTENDED BENEFICIARIES INCLUDE BOSTON PUBLIC SCHOOLS (BPS); BPS STUDENTS, TEACHERS, AND STAFF; AND THE GREATER BOSTON COMMUNITY.",5/23/2024,,66.045 - Priority is given to projects which propose to replace buses that serve high-need local education agencies; rural school districts; Bureau of Indian Affairs-funded school districts; and school districts receiving basic support payments for children who reside on Indian land.

"66.045 - ANOTHER DELIVERABLE IS THE PARTNERSHIP WITH MURAL ARTS PHILADELPHIA, WHICH IS THE NATION'S LARGEST PUBLIC ART PROGRAM. THEY WILL RECIEVE $145,000 AS A SUBAWARD TO EXECUTE TWO COMMUNITY ENGAGEMENT MURAL PROJECTS THEMATICALLY FOCUSED ON THE ENVIRONMENTAL AND HEALTH BENEFITS OF ELECTRIFICATION AT TWO SCHOOLS WHERE THE STUDENTS WILL BE SERVED BY THE NEW ZERO-EMISSION BUSES.",https://www.usaspending.gov/award/ASST_NON_95340301_6800,95340301,PROJECT GRANT (B),ASST_NON_95340301_6800,"$7,900,000",SCHOOL DISTRICT OF PHILADELPHIA,"DESCRIPTION:THIS BIPARTISAN INFRASTRUCTURE LAW (ALSO KNOWN AS THE INFRASTRUCTURE INVESTMENT AND JOBS ACT) FUNDED GRANT PROVIDES FUNDING TO THE SCHOOL DISTRICT OF PHILADELPHIA TO REPLACE EXISTING SCHOOL BUSES WITH CLEAN AND ZERO EMISSION (ZE) SCHOOL BUSES.

ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING 20 TYPE C DIESEL BUSES WITH 20 TYPE C ELECTRIC SCHOOL BUSES AND INSTALLING 10 DUAL LEVEL 2 AC CHARGERS. THE NEW SCHOOL BUSES WILL SERVE THE SCHOOL DISTRICT OF PHILADELPHIA.

SUBRECIPIENT:THE SCHOOL DISTRICT OF PHILADELPHIA IS PARTNERING WITH MURAL ARTS PHILADELPHIA (THE LARGEST PUBLIC ARTS ORGANIZATION IN THE US) AS ONE OF THE GRANT'S COMMUNITY ENGAGEMENT ACTIVITIES. TWO SCHOOL BUILDINGS ALONG BUS ROUTES SERVED BY THE NEW ZEVS WILL RECEIVE A MURAL PROJECT AND EDUCATION CAMPAIGN ON SCHOOL BUS ELECTRIFICATION, ENVIRONMENTAL JUSTICE, AND COMMUNITY HEALTH. IN CONSULTATION WITH THE SDP FACILITIES OFFICE AND INDIVIDUAL SCHOOL LEADERS, SITES WILL BE SELECTED THAT HAVE NOT HISTORICALLY RECEIVED THIS TYPE OF IN-KIND ACTIVITY. THEY ARE LOCATED IN AREAS OF THE CITY MOST ADVERSELY AFFECTED BY ENVIRONMENTAL, CLIMATE CHANGE, AND HUMAN HEALTH HARMS. THIS MURAL PROJECT WILL THEMATICALLY FOCUS ON THE ENVIRONMENTAL IMPACTS OF ENERGY (FROM DIESEL TO ELECTRIC) AND ITS BENEFITS TO THE LARGER SCHOOL COMMUNITY, NEIGHBORHOOD AIR QUALITY, AND THE CONNECTION BETWEEN ENVIRONMENTAL JUSTICE AND

COMMUNITY HEALTH. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE REPLACING 20 TYPE C
DIESEL BUSES WITH 20 TYPE C ELECTRIC SCHOOL BUSES AND INSTALLING 10 DUAL LEVEL 2 AC
CHARGERS. ANOTHER DELIVERABLE IS THE PARTNERSHIP WITH MURAL ARTS PHILADELPHIA, WHICH IS
THE NATION'S LARGEST PUBLIC ART PROGRAM. THEY WILL RECIEVE $145,000 AS A SUBAWARD TO
EXECUTE TWO COMMUNITY ENGAGEMENT MURAL PROJECTS THEMATICALLY FOCUSED ON THE
ENVIRONMENTAL AND HEALTH BENEFITS OF ELECTRIFICATION AT TWO SCHOOLS WHERE THE STUDENTS
WILL BE SERVED BY THE NEW ZERO-EMISSION BUSES.

THE EXPECTED OUTCOMES INCLUDE A NET REDUCTION IN CO2 EMISSIONS, AS ELECTRIC BUSES
RESULT IN AN 85% NET REDUCTION. IN TOTAL, THIS PROJECT WILL REMOVE 13.05 MILLION POUNDS
PER YEAR OF CO2 EMISSIONS FROM THE ATMOSPHERE IN PHILADELPHIA. THIS WILL HELP TO
MITIGATE THE SDP'S CONTRIBUTION TO PHILADELPHIA'S POOR AIR QUALITY IN THESE COMMUNITIES
AND SUBSEQUENT HEALTH-RELATED CONDITIONS, LIKE ASTHMA.

THE INTENDED BENEFICIARIES INCLUDE THE STUDENTS AND FACULTY OF THE SCHOOL DISTRICT OF
PHILADELPHIA AND RESIDENTS OF THE CITY OF PHILADELPHIA.",5/29/2024,,66.045 - Priority
is given to projects which propose to replace buses that serve high-need local
education agencies; rural school districts; Bureau of Indian Affairs-funded school
districts; and school districts receiving basic support payments for children who
reside on Indian land.

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_00E03687_6800,00E03687,PROJECT GRANT
(B),ASST_NON_00E03687_6800,"$98,000",HUBBARD COUNTY SOIL & WATER
CONSERVATION,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO HUBBARD COUNTY SOIL AND
WATER CONSERVATION DISTRICT TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE,
AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL
SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE
ENVIRONMENT IN NORTHERN MINNESOTA.

THE GRANTEE WILL DO THIS BY 1) SUPPORTING TEACHERS IN USING HANDS-ON PROJECTS TO ENGAGE
STUDENTS IN ENVIRONMENTAL ISSUES 2) INTERWEAVING TEACHING ABOUT MULTIPLE ENVIRONMENTAL
CONCEPTS WITH THE CONE COLLECTING 3) EMPOWERING LOWER INCOME, AND RURAL
COMMUNITIES TO ENGAGE WITH EACH OTHER 4) ESTABLISHING A COMMUNITY ENVIRONMENTAL
EDUCATION AND ACTION VOLUNTEER GROUP TO CONTINUOUSLY HOST SEED/CONE CONNECTING EVENTS,

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN NORTHERN MINNESOTA AND PROVIDE STUDENTS, TEACHERS AND COMMUNITY
MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE
ACTIONS.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: 1) SUPPORTING TEACHERS
IN USING HANDS-ON PROJECTS TO ENGAGE STUDENTS IN ENVIRONMENTAL ISSUES 2) INTERWEAVING
TEACHING ABOUT MULTIPLE ENVIRONMENTAL CONCEPTS WITH THE SKILL OF CONE COLLECTING TO THE
STATE NURSERY AS A METHOD TO FUND EDUCATIONAL PROGRAMS AND PROJECTS 3) EMPOWERING LOWER
INCOME AND RURAL COMMUNITIES TO ENGAGE WITH EACH OTHER 4) ESTABLISHING A COMMUNITY
ENVIRONMENTAL EDUCATION AND ACTION VOLUNTEER GROUP TO CONTINUOUSLY HOST SEED/CONE

COLLECTING EVENTS AND 5) ASSISTING TEACHERS AND COMMUNITY GROUPS IN OBTAINING FUNDS
FROM THE CONE/SEED COLLECTING HANDS-ON ACTIVITIES AND IN APPLYING EARNED FUNDS TOWARD
THEIR ADDITIONAL PROJECTS AND GOALS.

SUBRECIPIENT:SUBRECIPIENTS WILL PROVIDE REGULAR SUPPORT TO THE SCHOOL GROUPS THAT ARE
OUTSIDE OF HUBBARD COUNTY THROUGHOUT THE PROJECT TIMELINE. THE OTHER SUB AWARDEES WILL
BE SELECTED FROM COMMUNITY EDUCATION PARTNERS AND THEIR ROLE IN THE PILOT PROJECT WILL
BE TO WORK ON ADAPTING THE EDUCATIONAL TOOLS FOR LONG-TERM USE AT THEIR NATURALIST AND
COMMUNITY CAMPS. THEY WILL ALSO BE ASKED TO HOST CONE COLLECTING KITS FOR PUBLIC USE
AND TO OCCASIONALLY ATTEND SCHOOL GROUPS AS SPECIAL SPEAKERS.OUTCOMES:IT IS ANTICIPATED
THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES:

-ESTABLISHING A NETWORK OF ENVIRONMENTAL EDUCATION PARTNERS, INCLUDING SOIL AND WATER
CONSERVATION DISTRICTS, SCIENCE CENTERS, K-12 SCHOOLS, UNIVERSITIES, AND RESOURCE
CENTERS FORMED TO PROVIDE LONG-TERM SUPPORT AND ACCESS TO ENVIRONMENTAL EDUCATION
RESOURCES AND ACTIVITIES.

-SCHOOL DISTRICTS WILL HAVE ACCESS TO UP TO DATE, LOCAL, ENGAGING ENVIRONMENTAL
EDUCATION RESOURCES AND LESSON PLANS, MAKING IT EASIER TO DELIVER HIGH QUALITY SCIENCE
EDUCATION AND EXPERIENCES TO THEIR STUDENTS IN A FORMAT THAT ENCOURAGES CRITICAL
THINKING, DECISION MAKING AND LOCAL ACTION.

-COMMUNITY AWARENESS OF ENVIRONMENTAL ISSUES/ LOCAL CHOICES RESULTING IN IMPROVED WATER
QUALITY AND ADDITIONAL PRESERVATION AND PROTECTION ACTIVITIES OVER TIME TO ENSURE THE
FUTURE OF CLEAN WATER, CLIMATE RESILIENCY AND HEALTHY COMMUNITIES.

- STUDENTS ARE EMPOWERED WITH NEW SKILLS TO IDENTIFY CURRENT ENVIRONMENTAL ISSUES AND
OPPORTUNITIES AND ARE ABLE TO COMMUNICATE ABOUT THE DATA AS WELL AS REASON THROUGH THE
VALIDITY, RISKS AND BENEFITS OF POTENTIAL ACTIONS.

THE INTENDED BENEFICIARIES INCLUDE K-12 STUDENTS AND TEACHERS AND THE COMMUNITY GROUPS
IN NORTH CENTRAL MINNESOTA.",5/29/2024,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_95815390_6800,95815390,PROJECT GRANT
(B),ASST_NON_95815390_6800,"$80,120","PROTECT OUR WATER JACKSON HOLE,
INC.","DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO PROTECT OUR WATERS JACKSON HOLE TO
IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL
EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL
LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN JACKSON, WYOMING.
THE TETON COUNTY WATER AWARENESS INITIATIVE WILL EDUCATE AND MOTIVATE A COMMUNITY OF
WATER QUALITY STEWARDS TOWARDS ACTION THAT PROTECTS GROUNDWATER AND SURFACE WATER
QUALITY, THEREBY INFORMING AND SAFEGUARDING BOTH HUMAN AND ENVIRONMENTAL HEALTH. THE
GRAVEL-BED RIVER FLOODPLAIN ECOSYSTEM THAT SUPPORTS TETON COUNTY IS AS FRAGILE AS IT IS
BEAUTIFUL. WATER QUALITY DEGRADATION THREATENS OUR SOLE SOURCE AQUIFER AND THE WORLD-
RENOWNED RECREATIONAL OPPORTUNITIES PROVIDED BY OUR SURFACE WATERS. STREAMS ARE
IMPAIRED FOR ALTERED HABITAT, E. COLI, AND (SOON) NUTRIENTS. EVEN THE MIGHTY SNAKE
RIVER NOW EXPERIENCES ALGAL BLOOMS EVERY SUMMER AND FALL. THERE ARE GROUNDWATER
PROBLEMS TOO. DEFICIENT WASTEWATER PERMITTING LAWS ALLOW FOR NONPOINT SOURCE POLLUTION
TO ENTER THE SHALLOW GROUNDWATER ACROSS THE VALLEY. IN PARTS OF TETON COUNTY, RESIDENTS
CANNOT SAFELY DRINK THEIR WELL WATER. IT IS ALSO LIKELY THAT MANY WHO CALL TETON COUNTY
HOME ARE DRINKING UNSAFE WATER FROM AGING HOUSEHOLD INFRASTRUCTURE OR WELLS THAT HAVE
NOT BEEN PROPERLY PROTECTED, MONITORED, OR MAINTAINED. PROGRAMS THAT EDUCATE AND
EMPOWER RESIDENTS OF ALL AGES TO UNDERSTAND, RESTORE, AND PROTECT OUR WATER RESOURCES
ARE NEEDED NOW MORE THAN EVER BEFORE. TETON COUNTY NEEDS INFORMED, RESPONSIBLE WATER
STEWARDS IF WE ARE TO PRESERVE THIS HEALTHY PLACE TO LIVE.ACTIVITIES:THIS PROJECT WILL
INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN JACKSON AND
PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED
DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ALL PROJECT ACTIVITIES WILL OCCUR WITHIN
TETON COUNTY, WY. TEACHING ACTIVITIES WILL OCCUR AT JACKSON HOLE MIDDLE SCHOOL (JHMS)
AND JACKSON HOLE HIGH SCHOOL (JHHS). OUTREACH ACTIVITIES WILL OCCUR AT THE JACKSON
CENTER FOR THE ARTS, THE JACKSON HOLE SENIOR CENTER, AND PUBLIC PARKS THROUGHOUT THE
COUNTY. ADULT PROGRAMMING WILL FOCUS ON SURFACE WATER PROBLEMS (WATERBORNE PATHOGENS
AND HARMFUL ALGAL BLOOMS), GROUNDWATER QUALITY AND HUMAN HEALTH (DRINKING WATER SOURCES
AND WELL-TESTING) AND RESPONSIBLE WASTEWATER MANAGEMENT (SEPTIC AND SEWER SYSTEM BMPS).
THE FOUNDATION OF THIS EDUCATIONAL APPROACH IS TO DRIVE ENGAGEMENT IN COMMUNITY
PROJECTS LIKE LOCAL WELL-TESTING OPPORTUNITIES AND STATE-/NATIONWIDE CITIZEN SCIENCE
REPORTING NETWORKS AND TO COMMUNICATE THE DISPROPORTIONATE IMPACT THAT UNDERSERVED
COMMUNITIES IN TETON COUNTY FACE FROM WATER POLLUTION. YOUTH PROGRAMMING WILL FOCUS ON
THE CONNECTEDNESS OF GROUNDWATER AND SURFACE WATER AND HIGHLIGHT HOW HUMAN ACTIVITY CAN
PILE UP TO IMPROVE OR DEGRADE WATER QUALITY CONDITIONS. LESSONS WILL ALSO ILLUSTRATE
HOW UNDERSERVED COMMUNITIES, BOTH LOCALLY AND IN OTHER CONTEXTS, OFTEN FACE THE BRUNT
OF THE IMPACTS FROM WATER QUALITY CONTAMINATION THAT OFTEN COMES FROM 'OVERSERVED'
COMMUNITY ACTIVITY. THESE EDUCATIONAL GOALS WILL BE ACCOMPLISHED THROUGH HANDS-ON
LEARNING, OUTREACH EVENTS, AND STEWARDSHIP ACTIVITIES LIKE WATER QUALITY TESTING AND
CITIZEN SCIENCE REPORTING.SUBRECIPIENT:POWJH PLANS TO PARTNER WITH THE LOCAL, PUBLIC
SCHOOL AGENCIES JACKSON HOLE HIGH SCHOOL AND JACKSON HOLE MIDDLE SCHOOL TO EXPAND UPON
THE TEACHING FOUNDATIONS BUILT FROM THE PREVIOUS GRANT. POWJH ALSO PLANS TO PARTNER
WITH TETON CONSERVATION DISTRICT, AN ELIGIBLE STATE ENVIRONMENTAL AGENCY, TO SUPPORT
OUR WELL-TESTING PROGRAM. POWJH PLANS TO DEVELOP A SUB-GRANTS PROGRAM TO ENSURE WE ARE
REACHING A DIVERSE SEGMENTS OF TETON COUNTY'S POPULATION, ESPECIALLY THOSE THAT ARE
CURRENTLY UNDERSERVED AND GIVEN THE OPPORTUNITY TO ENGAGE IN PROJECT ACTIVITIES. WITH
UPCOMING GRANT PERIODS, POWJH WILL ASSIGN SPECIFIC FUNDING AMOUNTS TO",5/29/2024,,

"66.312 - greenhouse emissions,
childcare",https://www.usaspending.gov/award/ASST_NON_95337501_6800,95337501,,,"$980,35
0",COUNTY OF ARLINGTON,"DESCRIPTION:THE COUNTY PROPOSES THE ENERGY-HEALTH-EQUITY
PROJECT (EHE PROJECT, OR PROJECT), WHICH WILL CREATE TWO TECHNICAL RESOURCES: A
DECISION-SUPPORT TOOL AND A COMPREHENSIVE FINANCING/INCENTIVES PORTFOLIO. THESE
RESOURCES WILL BE TEST DRIVEN, REFINED, AND SCALED FOR INCREASED IMPACT WITHIN THE
COUNTY AND REGION, SUPPORTED BY AN ENGAGEMENT PLAN, TRAINING, AND CAPACITY BUILDING
BETWEEN COMMUNITY-BASED NONPROFIT ORGANIZATIONS (CBOS), CONTRACTORS, AND COMMUNITY
PARTNERSHIPS. THE EHE DECISION SUPPORT TOOL WILL ALLOW USERS TO THE MODEL POTENTIAL
BENEFITS OF ENERGY IMPROVEMENTS TO AFFORDABLE HOUSING AND COMMERCIAL STRUCTURES COMMON
TO UNDERSERVED AND DISADVANTAGED COMMUNITIES (DACS) IN THE NORTHERN VIRGINIA AND
GREATER REGIONAL TERRITORIES. THE PROJECT WILL CULMINATE WITH A FINAL DELIVERABLE
REPORT THAT WILL BE LEVERAGED TO BUILD A PIPELINE OF PROJECTS AND SUPPORT SCALABILITY
AND REPLICABILITY. THE EHE PROJECT'S CORE OBJECTIVES ARE TO IMPROVE AIR QUALITY AND
HEALTH AND REDUCE GREENHOUSE GAS (GHG) EMISSIONS IN ARLINGTON DACS VIA BUILDING ENERGY
UPGRADES. THE PROJECT WILL ALSO PROVIDE TECHNICAL SUPPORT AND TRAINING TO KEY AUDIENCES
FOR USING THE TOOLS AND PURSUING BUILDING UPGRADES, DEFINE HUMAN HEALTH INDICATORS AND
METRICS AND ALIGN HEALTHIER INDOOR ENVIRONMENTS WITH ENERGY-PERFORMANCE UPGRADES, AND
UPSCALE USE OF THE PROJECT TOOLS AND RESOURCES FOR ADOPTION AND REPLICATION ACROSS
OTHER JURISDICTIONS.ACTIVITIES:EHE PROJECT ACTIVITIES FALL INTO FIVE MAIN AREAS: 1)
PUBLIC AND PRIVATE-SECTOR ENGAGEMENT PLAN AND BEST PRACTICES, 2) ENERGY MODELING FOR
ENERGY-PERFORMANCE UPGRADE PLANNING AND DECISION SUPPORT (THE EHE DECISION SUPPORT
TOOL), 3) FUNDING OPPORTUNITY IDENTIFICATION (THE FINANCING/INCENTIVE PORTFOLIO), 4)
TECHNICAL SUPPORT/PROGRAM SUPPORT PLATFORM, AND 5) DEMONSTRATION AND SCALING.
ACTIVITIES TO BE PERFORMED INCLUDE THE DEVELOPMENT OF TWO TECHNICAL TOOLS AND TWO
MARKET RESOURCE TOOLS. THESE TOOLS WILL BE USED TO ASSIST BOTH OCCUPANTS AND BUILDING
DEVELOPERS/OWNERS IN IDENTIFYING POTENTIAL BUILDING UPGRADES AND FINANCIAL RESOURCES

AVAILABLE TO THEM.SUBRECIPIENT:THE NORTHERN VIRGINIA AFFORDABLE HOUSING ALLIANCE
(NVAHA) ($100,000) WILL DEVELOP AND IMPLEMENT COMMUNICATIONS AND OUTREACH STRATEGIES
SPECIFICALLY TARGETED TO UNDERSERVED POPULATIONS AND BUILDING OWNERS AND MANAGERS IN
DISADVANTAGED COMMUNITIES AND AREAS DESIGNATED FOR HIGH-SOCIAL VULNERABILITY. NVAHA
WILL ALSO EMPLOY/COMPENSATE RESIDENT COMMUNITY LEADERS AT EACH PROPERTY TO ASSIST WITH
OUTREACH AND EDUCATION, PROVIDE TRANSLATION SERVICES, CHILDCARE SERVICES, AND OTHER
SERVICES.


THE COLUMBIA PIKE PARTNERSHIP ORGANIZATION ($110,000) WILL SUPPORT DEVELOPMENT OF THE
DECISION-SUPPORT TOOL WITH DATA ON SOCIO-ECONOMIC FACTORS, HOUSING, LAND USE,
COMMERCIAL BUILDING STOCK, AND OTHER CONDITIONS AND CHARACTERISTICS. COLUMBIA PIKE WILL
ALSO FACILITATE OUTREACH WITH BUSINESS OWNERS, CITIZEN-CIVIC GROUPS, AND
RESIDENTIAL/COMMERCIAL BUILDING OWNERS/MANAGERS, AND DEVELOPERS.


GEORGE MASON UNIVERSITY'S VIRGINIA CLIMATE CENTER ($78,000) WILL ENGAGE PUBLIC
STAKEHOLDER PLATFORMS WITH A FOCUS ON CLIMATE IMPACTS TO HUMAN HEALTH AND MITIGATION
STRATEGIES, EVALUATE KEY INTERVENTIONS OF THE PROJECT, AND EVALUATE THE COUNTY'S ENERGY
ACTION CLIMATE PLAN FOR ALIGNMENT IN ADVANCING ENVIRONMENTAL JUSTICE AND OTHER GOALS.
THE UNIVERSITY WILL ALSO COMMUNICATE ENERGY-PERFORMANCE BUILDINGS, HEALTHY
ENVIRONMENTS, AND THEIR IMPACT ON HUMAN HEALTH INDICATORS IN DACS.


VIRGINIA CLINICIANS FOR CLIMATE ACTION ($99,000) WILL PROVIDE TRANSLATION AND ADVOCACY
SUPPORT REGARDING INDOOR ENVIRONMENTS AND HUMAN HEALTH, SUPPORT CASE STUDIES OF PUBLIC
HEALTH IMPACTS AMONG UNDERSERVED COMMUNITIES AND THEIR CONNECTION WITH CLIMATE
VOLATILITY, INDOOR ENVIRONMENTS, AMBIENT AIR QUALITY, EXTREME AND PROLONGED HEAT
EVENTS, AND OTHER DYNAMICS BETWEEN URBANIZED ENVIRONMENTS AND UNDERSERVED POPULATIONS,
AND INFORM DEVELOPMENT OF THE DECISION-SUPPORT TOOL TO REFLECT HUMAN HEALTH INDICATORS
AND METR",5/30/2024,,

66.312 - equity and inclusion in climate
adaptation,https://www.usaspending.gov/award/ASST_NON_95336301_6800,95336301,,,"$460,45
9",COUNTY OF ALBEMARLE,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING, VIA THE RECIPIENT'S
CLIMATE RESILIENCE COHORT INITIATIVE, TO TEN COMMUNITY-BASED ORGANIZATIONS (CBOS) THAT
SERVE DISADVANTAGED COMMUNITIES IN ALBEMARLE COUNTY AND THE CITY OF CHARLOTTESVILLE TO
HELP CENTRALIZE EQUITY AND INCLUSION IN CRAFTING AND IMPLEMENTING A CLIMATE ADAPTATION
AND RESILIENCE PLAN. SPECIFICALLY, THE RECIPIENT'S CLIMATE RESILIENCE COHORT INITIATIVE
WILL PROVIDE SUBGRANTS AND WITH THE SUPPORT OF COUNTY AND CITY STAFF, EACH PARTICIPANT
CBO WILL: (1 ) CONDUCT TWO COMMUNITY ENGAGEMENT EVENTS WITH THEIR CONSTITUENTS TO
INFORM THE CLIMATE ADAPTATION AND RESILIENCE PLAN; (2) PARTICIPATE IN SIX COHORT STAFF
ROUNDTABLE MEETINGS TO PROVIDE FEEDBACK ON THE PLAN; AND (3 ) IMPLEMENT TWO A
COMMUNITY-CENTERED PROJECTS IDENTIFIED IN THE PLAN (INDIVIDUALLY OR WITH OTHER CBOS),
ALONG WITH TWO PROGRESS MEETINGS WITH THE COHORT STAFF ROUNDTABLE.

ACTIVITIES:THE ACTIVITIES TO BE PERFORMED WITHIN THE CITY OF CHARLOTTESVILLE AND
ALBEMARLE COUNTY WILL INCLUDE: A) REDUCTION OF GREENHOUSE GAS EMISSIONS IN THEIR
COMMUNITIES; B) ADAPTATION TO A CHANGING CLIMATE AND C) THE CONTINUOUS BUILDING OF A
CLIMATE-RESILIENT COMMUNITY. THE CLIMATE RESILIENCE COHORT (COHORT) PROJECT SEEKS TO
ACHIEVE THE FOLLOWING RESULTS: 1) STRENGTHEN RELATIONSHIPS BETWEEN GOVERNMENT AND
COMMUNITY-BASED ORGANIZATIONS (CBOS); 2) CREATE A CLIMATE ADAPTATION AND RESILIENCE
PLAN THAT CENTERS EQUITY AND THE EXPERIENCES OF UNDERSERVED COMMUNITIES AND VULNERABLE
POPULATIONS; 3) CREATE OPPORTUNITIES FOR THE CITY OF CHARLOTTESVILLE AND ALBEMARLE
COUNTY TO PARTNER WITH CBOS IN THE IMPLEMENTATION OF STRATEGIES TO BUILD RESILIENCE TO
CLIMATE CHANGE IMPACTS; 4) FOSTER GREATER DISASTER PREPAREDNESS AMONG VULNERABLE
POPULATIONS AND 5) EQUIP CBOS WITH SKILLS TO ADDRESS CLIMATE DISRUPTION IN THEIR WORK.
VULNERABLE POPULATIONS WILL BENEFIT FROM THESE RESULTS IN THREE PRIMARY WAYS. FIRST,
STRONGER RELATIONSHIPS BETWEEN GOVERNMENT AND CBOS WILL ENABLE MORE MEANINGFUL
PARTICIPATION IN CLIMATE ADAPTATION AND RESILIENCE PLANNING AND A FINAL PLAN WITH
STRATEGIES THAT CONNECT TO PEOPLE'S LIVED EXPERIENCE. SECOND, CREATING A PLAN THAT
CENTERS EQUITY AND MEANINGFULLY INTEGRATES THE PERSPECTIVES OF VULNERABLE POPULATIONS
BENEFITS THE WHOLE COMMUNITY. INTEGRATING EQUITY INTO CLIMATE ACTION PLANNING IS GOOD
FOR EVERYONE IN THE COMMUNITY. THIS EPA GRANT AIMS TO ENSURE THAT SOCIETY'S MOST
DISADVANTAGED MEMBERS CAN CONTRIBUTE TO PROGRAM DESIGN AND CAN ACCESS PROGRAM SERVICES
AFFORDABLY. THUS, ALL OF SOCIETY WILL BENEFIT. THIRD, CONTINUING TO ENGAGE THE COHORT
IN IMPLEMENTATION AFTER THE ADOPTION OF THE CLIMATE ADAPTATION AND RESILIENCE PLAN WILL
BENEFIT DISADVANTAGED COMMUNITIES BY ENSURING THAT FOLLOW-THROUGH BEGINS IMMEDIATELY.
IMPLEMENTATION PROJECTS CAN HELP TO IMPROVE DISASTER PREPAREDNESS AND CONNECT CLIMATE
RESILIENCE TO OTHER PRIORITIES CBOS ARE SEEKING TO ADDRESS, LEADING TO MORE OVERALL
OUTCOMES. IT IS EXPECTED THAT THE IMMEDIATE RESULTS OF THIS PROJECT WILL SUPPORT
BENEFICIAL LONG-TERM OUTCOMES SUCH AS: A) INCREASED URBAN TREE COVERAGE IN
NEIGHBORHOODS THAT ARE MORE EXPOSED TO URBAN HEAT ISLAND AND B) IMPROVED GREEN
INFRASTRUCTURE IN NEIGHBORHOODS EXPOSED TO FLOODING.

SUBRECIPIENT:UNDER THE CATEGORY OF 'OTHER COSTS,' THE BUDGET INCLUDES SUBAWARDS TO UP
TO TEN SELECTED COMMUNITY-BASED ORGANIZATIONS (CBOS) TO CONDUCT PUBLIC OUTREACH AND
ENGAGEMENT WITH THEIR STAKEHOLDER GROUPS. THE CORRESPONDING ACTIVITIES TO BE
IMPLEMENTED THROUGH SUBAWARDS ARE:


PART 1 ACTIVITIES: UP TO $20,000 PER CBO WILL SUPPORT EACH CBO IN THE FULFILLING THE

FOLLOWING REQUIREMENTS DURING PART 1 (PLANNING PROCESS): HAVE STAFF ATTEND 3 TRAINING SESSIONS, CONDUCT COMMUNITY ENGAGEMENT, AND PARTICIPATE IN STAFF ROUNDTABLE MEETINGS. CBOS WILL BE EXPECTED TO SPEND UP TO $20,000 OF THEIR SUBAWARDS ON STAFF LABOR, SUPPLIES FOR EVENTS, TRAVEL TO EVENTS, FOOD AND CHILDCARE FOR COMMUNITY MEMBER ATTENDEES, AND OTHER COSTS DEEMED NECESSARY TO OVERCOME BARRIERS",6/4/2024,,

66.312 - EJ outreach/ training - no hard deliverables,https://www.usaspending.gov/award/ASST_NON_00E03634_6800,00E03634,,,"$1,000,000",CITY OF MILWAUKEE,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO CITY OF MILWAUKEE. THE PROPOSED HEALTHY HOMES AND CITY OF MILWAUKEE'S ENVIRONMENTAL COLLABORATION OFFICE (ECO) NEIGHBORHOODS PROJECT SEEKS TO EXPAND AWARENESS OF AND ACCESS TO LOCAL AND STATEWIDE HOUSING IMPROVEMENT PROGRAMS AND FEDERAL FUNDING SOURCES THROUGH COLLABORATIVE OUTREACH AND MARKETING EFFORTS AND BY FUNDING ENERGY AUDITS FOR LOW INCOME RESIDENTS LIVING IN HISTORICALLY DISINVESTED NEIGHBORHOODS ON MILWAUKEE'S PREDOMINATELY AFRICAN AMERICAN NORTH SIDE IN THE 53210, 53216, 53208, 53206, 53209 AREAS, AND PREDOMINATELY LATINX SOUTH SIDE IN THE 53204, 53207, 53215, WHERE LACK OF ACCESS TO AFFORDABLE, HEALTHY, CLIMATE-RESILIENT HOUSING IS MOST PERVASIVE. WORKING WITH DIVERSE, COMMUNITY-BASED PARTNERS FROM ENVIRONMENTAL AND HEALTH NON-PROFITS, FAITH-BASED ORGANIZATIONS, AND LOCAL GOVERNMENT, THEY WILL USE GRASSROOTS EFFORTS TO DISTRIBUTE RESOURCE GUIDES WITH INFORMATION ABOUT COMMON HOME HEALTH ISSUES AND SMALL-SCALE EFFORTS RESIDENTS CAN TAKE TO ADDRESS THEM LIKE HOW TO PROPERLY CLEAN LEAD PAINT CHIPS, AS WELL AS LARGE-SCALE EFFORTS LIKE MAKING ENERGY EFFICIENCY IMPROVEMENTS THAT ADDRESS CLIMATE CHANGE. THIS WILL BE COMPLEMENTED BY A HOUSING PROGRAM SECTION, PROVIDING DESCRIPTIONS OF ALL THE HOUSING IMPROVEMENT PROGRAMS AND FUNDING SOURCES AVAILABLE, AND EMPHASIZING LOW-TO-NO COST SERVICES. THE PROGRAM GUIDES WILL BE DISTRIBUTED DIRECTLY TO RESIDENTS BY NEIGHBORHOOD-BASED, PAID AND VOLUNTEER OUTREACH SUPPORT STAFF THROUGH COMMUNITY EVENTS, NEIGHBORHOOD CANVASSING, ETC. THIS INFORMATION WILL ALSO BE SHARED BROADLY THROUGH BROADCAST AND SOCIAL MEDIA MARKETING. $200,000 OF THE PROJECT AWARD WILL FUND ENERGY AUDITS FOR LOW INCOME HOMEOWNERS. THE AUDITS WILL IDENTIFY NECESSARY HOME REPAIRS, ENERGY IMPROVEMENTS, AND FINANCING OPPORTUNITIES. REFERRALS TO ADDITIONAL HOUSING RESOURCES WILL BE MADE AS NEEDED, PROVIDING HOMEOWNERS WITH THE KNOWLEDGE AND TOOLS TO TAKE THE NEXT STEPS TOWARDS INCREASING THE HEALTH AND CLIMATE RESILIENCE OF THEIR HOMES.ACTIVITIES:THE ACTIVITIES INCLUDE:

1. RESILIENCE AMBASSADORS AND OUTREACH SUPPORT TEAMS: ONE RA WILL BE HIRED BY SHERMAN PARK COMMUNITY ASSOCIATION (SPCA) AND ANOTHER BY CLEAN WI (CW) TO PLAN AND FACILITATE THE PROJECT'S COMMUNITY OUTREACH EFFORTS ON THE NORTH SIDE IN YEAR ONE. BY YEAR TWO, CLEAN WI WILL HIRE ANOTHER BILINGUAL RA WHO WILL CONCENTRATE EFFORTS ON THE SOUTH SIDE. . RAS WILL BE TRAINED BY SPCA AND CW WITH SUPPORT FROM ECO STAFF TO EDUCATE RESIDENTS ON HEALTHY HOMES PROGRAMS AND RESOURCES. REGULAR TRAINING BY RAS WILL ONBOARD NEW AND UPDATE EXISTING OUTREACH SUPPORT STAFF ON PROGRAMS AND RESOURCES, ENSURING RESIDENTS ARE RECEIVING THE MOST CURRENT INFORMATION.

2. ECO NEIGHBORHOODS: SHERMAN PARK AND CENTURY CITY'S ECO NEIGHBORHOOD TEAMS WILL CONTINUE TO RECEIVE SUPPORT FROM ECO, SPCA, AND CW TO ENGAGE WITH THIS AND OTHER PROJECTS UNIQUE TO EACH GROUP. ECO WILL WORK WITH PROJECT PARTNERS TO CONNECT WITH RESIDENTS ON THE SOUTH SIDE AND ESTABLISH AT LEAST ONE NEW ECO NEIGHBORHOOD TEAM (ENT). ECO WILL FOLLOW THE ESTABLISHED PROCEDURES FOR ONBOARDING A NEW ENT AND WILL CONNECT THEM WITH AN RA FOR HEALTHY HOMES TRAINING AFTER THEY ARE FIRMLY ESTABLISHED.

3. ENERGY AUDITS AND RESOURCE REFERRALS: $200,000 OF THE PROJECT AWARD WILL FUND ENERGY AUDITS FOR LOW INCOME HOMEOWNERS AND WILL IDENTIFY ENERGY SAVING AND OTHER OPPORTUNITIES TO REDUCE ENVIRONMENTAL AND AIR QUALITY HAZARDS IN THE HOME INCLUDING ASTHMA TRIGGERS. DURING RA'S HEALTHY HOMES OUTREACH, THEY WILL REFER HOMEOWNERS TO RELEVANT HOUSING PROGRAMS AND RESOURCES LIKE THE WEATHERIZATION ASSISTANCE PROGRAM OR CHILDHOOD LEAD PREVENTION PROGRAM AS NEEDED BASED ON AN ELIGIBILITY SCREENING. RA'S WILL FOLLOW UP WITH THE HOMEOWNERS POST-AUDIT TO REFER THEM TO PROGRAMS THAT CAN FURTHER REDUCE THE COST OF THE IMPROVEMENTS AND SUPPORT A HEALTHIER HOME ENVIRONMENT. THEY WANT TO EN",6/6/2024,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_00I28400_6800,00I28400,PROJECT GRANT (B),ASST_NON_00I28400_6800,"$100,000",ECOLOGY PROJECT INTERNATIONAL,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO ECOLOGY PROJECT INTERNATIONAL (EPI) TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN WYOMING AND MONTANA. THE GRANTEE WILL DO THIS BY ENGAGING UP TO 340 MIDDLE AND HIGH SCHOOL STUDENTS AND THEIR TEACHERS FROM IN OR NEAR THE GREATER YELLOWSTONE ECOSYSTEM (GYE) IN 30 IMMERSIVE FIELD SCIENCE AND HABITAT RESTORATION PROGRAMS OVER TWO YEARS, WITH A FOCUS ON CLIMATE CHANGE'S EFFECTS ON THE HEALTH OF THE GYE.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN WYOMING AND MONTANA AND PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE:

-FOSTER COMMUNITY COLLABORATION AND ENVIRONMENTAL STEWARDSHIP BY ENGAGING UP TO 340
STUDENTS, TEACHERS, AND COMMUNITY MEMBERS IN COLLABORATIVE PROJECTS ADDRESSING LOCAL

ENVIRONMENTAL ISSUES, SUCH AS CLIMATE CHANGE, WATER QUALITY, AND ECOSYSTEM HEALTH,
WITHIN THE 2-YEAR PERIOD.

-INSPIRE ENVIRONMENTAL CAREER INTERESTS IN STUDENTS THROUGH EPI'S HANDS-ON EXPERIENCES
IN WILDLIFE RESEARCH, WATER QUALITY TESTING, AND ENVIRONMENTAL SCIENCE ACTIVITIES.

-RESPECT AND INTEGRATE INDIGENOUS KNOWLEDGE INTO ENVIRONMENTAL EDUCATION BY
COLLABORATING WITH INDIGENOUS COMMUNITIES TO INTEGRATE TRADITIONAL ECOLOGICAL KNOWLEDGE
INTO

EPI PROGRAMS, ENHANCING THE AUTHENTICITY AND RELEVANCE OF ENVIRONMENTAL EDUCATION
MATERIALS AND ACTIVITIES WITHIN THE 2-YEAR PERIOD.SUBRECIPIENT:EPI WILL PROVIDE
SUBAWARDS TO ORGANIZATIONS, TRIBAL ENTITIES, SCHOOLS, OR ELIGIBLE INDIVIDUALS ENGAGED
IN CONSERVATION AND EDUCATION WORK WITHIN OR NEAR THE GREATER YELLOWSTONE

ECOSYSTEM (GYE) TO SUPPORT EPI'S GOALS OF ENHANCING ECOSYSTEM HEALTH, ECOLOGICAL
KNOWLEDGE, ENVIRONMENTAL STEWARDSHIP IN UNDERSERVED RURAL AND INDIGENOUS COMMUNITIES,
AND INTEGRATING INDIGENOUS KNOWLEDGE INTO LOCAL ENVIRONMENTAL EDUCATION AND
CONSERVATION.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING
DELIVERABLES:

- 30 FIVE-DAY, IMMERSIVE EPI YELLOWSTONE WILDLIFE AND WINTER ECOLOGY COURSES

- 340 LOCAL STUDENTS AND THEIR TEACHERS REACHED

- OVER 3,000 HOURS OF DATA COLLECTION AND HABITAT RESTORATION FOR YELLOWSTONE NATIONAL
PARK, THE CUSTER-GALLATIN NATIONAL FOREST, AND PRIVATE LANDS IN THE GREATER YELLOWSTONE

ECOSYSTEM

EXPECTED OUTCOMES OF THE PROJECT INCLUDE:

- INCREASED ENVIRONMENTAL STEWARDSHIP WITHIN THE UNDERSERVED RURAL AND INDIGENOUS
COMMUNITIES

- IMPROVED ENVIRONMENTAL CONDITIONS AND MANAGEMENT OF ECOSYSTEM HEALTH IN THE GREATER
YELLOWSTONE ECOSYSTEM-INCLUDING MANAGEMENT OF CRITICAL SPECIES LIKE THE BISON,

WESTERN TOAD, AND GRIZZLY BEAR.

- HIGHER QUALITY CANDIDATES FOR NATURAL RESOURCE MANAGEMENT JOBS IN THE REGION.

THE INTENDED BENEFICIARIES INCLUDE STUDENTS AND TEACHERS IN THE GREATER YELLOWSTONE
COMMUNITIES. THE PROGRAM ADDRESSES THE NEED FOR HANDS-ON ENVIRONMENTAL EDUCATION IN

RURAL AND UNDERSERVED COMMUNITIES. THROUGH ACTIVE INVOLVEMENT OF LOCAL YOUTH IN
RESEARCH, HABITAT RESTORATION, AND ENVIRONMENTAL RESEARCH INTERNSHIPS, THE PROGRAM
ENHANCES THEIR

RELATIONSHIP WITH THE NATURAL ENVIRONMENT AND CULTIVATES A HEIGHTENED SENSE OF
ENVIRONMENTAL STEWARDSHIP AMONG STUDENTS.",6/7/2024,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_97T04901_6800,97T04901,PROJECT GRANT
(B),ASST_NON_97T04901_6800,"$100,000",NEVADA SYSTEM OF HIGHER
EDUCATION,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO NEVADA SYSTEM OF HIGHER
EDUCATION (NHSE) BOARD OF REGENTS, OBO DESERT RESEARCH INSTITUTE TO IMPLEMENT ITS
PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION
PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY
AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN NEVADA. THE GRANTEE WILL DO
THIS THROUGH THEIR EFFORTS TO INCREASE ENVIRONMENTAL LITERACY AND STEWARDSHIP IN NEVADA
BY UTILIZING ENVIRONMENTAL EDUCATION (EE) STRATEGIES TO ADDRESS THE ISSUE OF
MICROPLASTIC POLLUTION IN NEVADA'S WATERWAYS. THE PROJECT DESIGN WILL FOCUS ON
INCREASING ACCESS TO HIGH-QUALITY STUDENT EDUCATION AND TEACHER PREPAREDNESS AND
SUPPORT AMONG NEVADA'S UNDERSERVED COMMUNITIES. THROUGH AN EE LENS, PARTICIPANTS WILL
ADDRESS THE ENVIRONMENTAL ISSUE OF MICROPLASTICS IN NEVADA'S WATERWAYS.

THIS ASSISTANCE AGREEMENT PROVIDES FULL FUNDING IN THE AMOUNT OF $100,000. SEE TERMS
AND CONDITIONS.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE
ABOUT ENVIRONMENTAL ISSUES IN NEVADA AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY
MEMBERS WITH THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE
ACTIONS.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: MIDDLE SCHOOL TEACHERS
WILL LEAD STUDENTS IN HANDS-ON LESSONS USING THE STEM KITS, BASED ON THE 5E MODEL -
ENGAGE, EXPLORE, EXPLAIN, ELABORATE, AND EVALUATE. THE PROJECT ANTICIPATES DEVELOPING 3
STEM KITS AND ENGAGING 180 MIDDLE SCHOOL EDUCATORS, 865 MIDDLE SCHOOL STUDENTS, AND 810
COMMUNITY MEMBERS THROUGH PROJECT ACTIVITIES.

SUBRECIPIENT:THERE WILL BE 5 SUBAWARDS, WHICH WILL BE DETERMINED, FOR A TOTAL OF $5,000 EACH OVER THE TWO YEAR PROJECT PERIOD. THIS REPRESENTS EXACTLY 25% OF THE FUNDING REQUESTED FROM EPA. THESE SUBAWARDS SUPPORT THE PROJECT'S GOAL TO INCREASE ENVIRONMENTAL LITERACY AND STEWARDSHIP IN NEVADA BY UTILIZING ENVIRONMENTAL EDUCATION (EE) STRATEGIES TO ADDRESS THE ISSUE OF MICROPLASTIC POLLUTION IN NEVADA'S WATERWAYS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN NEVADA.


EXPECTED OUTCOMES OF THE PROJECT INCLUDE: PROFESSIONAL DEVELOPMENT TRAININGS, 180 EDUCATORS WILL RECEIVE FREE STEM KITS, AND 840 STUDENTS ARE ENGAGED IN EE MICROPLASTIC CURRICULUM.

THE INTENDED BENEFICIARIES INCLUDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS. INVESTIGATORS INTEND FOR THIS PROJECT TO REACH A TOTAL OF 1,845 INDIVIDUALS.",6/13/2024,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_97T05301_6800,97T05301,PROJECT GRANT (B),ASST_NON_97T05301_6800,"$100,000",SIERRA STREAMS INSTITUTE,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO SIERRA STREAMS INSTITUTE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE THROUGHOUT WESTERN NEVADA COUNTY AND YUBA COUNTY OF CALIFORNIA. THE GRANTEE WILL DO THIS THROUGH EFFORTS TO PROMOTE COMMUNICATION AROUND ENVIRONMENTAL ISSUES SURROUNDING WATERSHED HEALTH, WITH A FOCUS ON CLEAN WATER AND THE IMPACTS TO FOOTHILL AND VALLEY COMMUNITIES. THE OUTDOOR ENVIRONMENTAL EDUCATION ACTIVITIES IN THIS PROJECT ENHANCE STUDENTS' CRITICAL THINKING AND PROBLEM SOLVING SKILLS AROUND THESE LOCAL AND REGION-WIDE WATERSHED ISSUES. THESE ACTIVITIES WILL SERVE AS A PATHWAY FOR STUDENTS TO ENGAGE IN FUTURE ENVIRONMENTAL ACTION AND STEWARDSHIP.


THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $100,000.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES THROUGHOUT WESTERN NEVADA COUNTY AND YUBA COUNTY OF CALIFORNIA AND PROVIDE SCHOOLS, PARENTS, TEACHERS, INFORMAL EDUCATORS, STUDENTS, AND ENVIRONMENTAL EDUCATION (EE) ORGANIZATIONS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: THE DEVELOPMENT OF A WATERSHED COMMUNICATION TOOLKIT (WCT) THAT SUPPORTS YOUTH IN CRITICAL THINKING AND SCIENCE LITERACY BY COMMUNICATING WITH THEIR PEERS AROUND REGION-WIDE WATERSHED ISSUES. THE WCT WILL INCLUDE ACTIVITIES ON INDIGENOUS WAYS OF KNOWING THAT HAVE BEEN SHARED BY TRIBAL ORGANIZATIONS. (3) TO PILOT THE WCT AS AN EXTENSION OF EXISTING EE PROGRAMS IN THE REGION, WITH AT LEAST 8 DIFFERENT 4-8TH GRADE CLASSES FROM SCHOOLS.

SUBRECIPIENT:SUBAWARDS WILL BE TO ELIGIBLE ORGANIZATIONS TO CONDUCT THE FOLLOWING ACTIVITIES: DEVELOP AND DESIGN THE ENVIRONMENTAL EDUCATION (EE) OPPORTUNITIES DATABASE. DEVELOP THE WATERSHED COMMUNICATION TOOLKIT (WCT). PILOT WATERSHED COMMUNICATION TOOLKIT (WCT) WITH EXISTING EE FIELD PROGRAMS.


ALL SUBAWARDS WILL CONTRIBUTE DIRECTLY TO ACHIEVING THE THREE PRIMARY OBJECTIVES LISTED ABOVE. SOME SUBAWARDS MAY ADDRESS MORE SPECIFIC NEEDS WITHIN EACH CATEGORY, SUCH AS MAINTENANCE OF PILOT PROGRAM FIELD SITES OR TRANSPORTATION OF CLASSES TO AND FROM THE FIELD SITES. SIERRA STREAMS INSTITUTE (SSI) WILL REACH OUT TO A LIST OF ORGANIZATIONS THAT CAN HELP ADVANCE THESE OBJECTIVES. THEIR ELIGIBILITY, CAPACITY AND EXPERTISE WILL DETERMINE THE AMOUNT OF THEIR SUBAWARD. A. SUBAWARD OVERSIGHT: ALL SUBRECIPIENTS WILL ENTER INTO A SUBAWARD AGREEMENT THAT IS SIGNED BY BOTH SSI AND THE SUBRECIPIENT. EACH AGREEMENT WILL INCLUDE THE FOLLOWING: SCOPE OF WORK (SOW), PERIOD OF PERFORMANCE, OUTLINE OF FINANCIAL CONTROL, INVOICING PROCESS, AND FUNDING INSTRUCTIONS (ELIGIBLE AND NON-ELIGIBLE COSTS FOR THE SUB-AWARD). SUBRECIPIENTS MUST KEEP TRACK OF ALL EXPENDITURES AND ACTIVITIES UNDER THE SOW AND PROVIDE BRIEF QUARTERLY UPDATE REPORTS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: AN INTERACTIVE, PUBLICLY AVAILABLE ENVIRONMENTAL EDUCATION OPPORTUNITIES DATABASE (EEOD), CATALOGING DOZENS OF K-12 ENVIRONMENTAL EDUCATION (EE) FIELD SITES AND EE OPPORTUNITIES ACROSS 14 SCHOOL DISTRICTS; A PUBLICLY AVAILABLE WATERSHED COMMUNICATION TOOLKIT (WCT) WITH WHICH EDUCATORS CAN CONNECT THEIR STUDENTS WITH OTHER CLASSES AND REGIONS THROUGH THE SHARED LENS OF WATERSHED SCIENCE AND STEWARDSHIP; AND THE PROVISION OF AN OUTDOOR EE EXPERIENCE COUPLED WITH ACROSS-SCHOOL SHARING AND PILOT COLLABORATION OPPORTUNITY (IMPLEMENTATION OF THE WCT) TO AT LEAST 8 CLASSES. SIERRA STREAMS INSTITUTE (SSI) ANTICIPATES THAT THE PILOT PROGRAM WILL REACH AT LEAST 8 ELEMENTARY AND MIDDLE SCHOOL TEACHERS AND 200 4-8TH GRADE STUDENTS, ROUGHLY HALF OF WHOM LIVE IN COMMUNITIES CATEGORIZED AS DISADVANTAGED BY THE (CLIMATE AND ECONOMIC JUSTICE SCREENING TOOL) CEJST OR ATTEND A TITLE",6/13/2024,,

66.312 - EJ outreach/ training - no hard deliverables,https://www.usaspending.gov/award/ASST_NON_00E03636_6800,00E03636,,,"$1,00

0,000",CITY OF FLINT,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO THE CITY OF FLINT. SPECIFICALLY, THE RECIPIENT WILL COLLABORATE WITH COMMUNITY AND ACADEMIC PARTNERS TO FACILITATE THE CREATION OF A CLIMATE CHANGE AND RESILIENCY PLAN FOR THE CITY OF FLINT THAT ACCURATELY REFLECTS THE DESIRES AND NEEDS OF ITS RESIDENTS. THE PLAN WILL BE INTEGRATED INTO EXISTING PLANS, LIKE THE 2013 IMAGINE FLINT MASTER PLAN, TO GUIDE FUTURE ALLOCATION OF RESOURCES, TO PREPARE FOR THE IMPACTS OF CLIMATE CHANGE, AND TO EQUITABLY BUILD RESILIENCY INTO THE PLANNING, DEVELOPMENT AND PUBLIC HEALTH EFFORTS OF CITY GOVERNMENT. THESE DELIVERABLES WILL BE ACHIEVED BY EXPLICITLY TAKING THE APPROACH OF PAIRING COMMUNITY EDUCATION WITH COMMUNITY ENGAGEMENT TO ENSURE THAT RESIDENTS DIRECTLY IMPACTED BY ENVIRONMENTAL AND CLIMATE JUSTICE ISSUES GAIN KNOWLEDGE NECESSARY TO FULLY AND MEANINGFULLY PARTICIPATE IN A THE PLANNING PROCESS AT THE LOCAL LEVEL. BY MAKING IT POSSIBLE FOR PARTICIPATING RESIDENTS TO ACCESS AND DIGEST KEY ENVIRONMENTAL CONCEPTS AND RELEVANT DATA, THE COMMUNITY ENGAGEMENT PROCESS FOR FLINT CLIMATE CHANGE AND RESILIENCY PLAN PROJECT WILL BUILD THE CAPACITY OF RESIDENTS TO UNDERSTAND HOW THEIR LIVES ARE AFFECTED BY THE INTERSECTION OF ENVIRONMENTAL JUSTICE AND CLIMATE RESILIENCE, AND HELP POSITIVELY SHAPE THE FUTURE OF FLINT THROUGH THE PLANNING PROCESS, AS OTHERWISE RESIDENTS DISENGAGE DUE TO INFORMATION THAT FEELS OVERLY ACADEMIC AND BEYOND COMPREHENSION. AT THE END OF THE PROJECT, FLINT RESIDENTS WILL BENEFIT FROM A PLACE-CENTERED, CULTURALLY COMPETENT ENVIRONMENTAL LITERACY CURRICULUM THAT CAN LEAD TO INDIVIDUAL AND COLLECTIVE ACTION TOWARD IMPROVED LOCAL POLICY.ACTIVITIES:THE ACTIVITIES INCLUDE CURRENT PROJECT PARTNERS BRINGING TOGETHER RELEVANT DATA FROM MULTIPLE SECTORS AND SOURCES, AND WORK TOGETHER TO DETERMINE THE MOST EFFECTIVE, ACCESSIBLE WAY TO PRESENT THE INFORMATION TO THE PUBLIC. PARTNERS WILL LEVERAGE EXISTING COMMUNITY EXPERTISE THROUGH CREATIVE ENGAGEMENT APPROACHES OF CBOS, TECHNOLOGICAL EXPERTISE FROM A LOCAL BUSINESS, SCIENTIFICALLY ACCURATE DATA THROUGH ACADEMIC PARTNERS AND ADDITIONAL FLINT-SPECIFIC DATA FROM GOVERNMENT AGENCIES (E.G. RELATED TO TOPICS SUCH AS GOVERNMENT ENERGY USE, PRESSING PUBLIC HEALTH ISSUES, AND EXISTING EFFORTS TO GENERATE ENVIRONMENTAL IMPROVEMENTS AT THE NEIGHBORHOOD SCALE). COMMUNITY-BASED ORGANIZATIONS WILL ASSIST THE CITY OF FLINT IN RECRUITING RESIDENTS FROM NEIGHBORHOODS WITH EJ CONCERNS TO SERVE ON THE STEERING COMMITTEE. EXISTING PARTNERSHIPS BETWEEN ACADEMIA AND CBOS WILL HELP TO INFORM COMMUNITY EDUCATION AND PLANNING PROCESSES, SUCH AS THE NOAA-FUNDED CLIMATE RESILIENT FLINT TEAM FOCUSED ON CLIMATE EDUCATION AND DEMONSTRATION PROJECTS, RATHER THAN DUPLICATING SERVICES.

SUBRECIPIENT:THE ENVIRONMENTAL TRANSFORMATION MOVEMENT OF FLINT (ETM FLINT) IS A CORE PROJECT PARTNER THAT WILL HELP ADVISE, ORGANIZE AND IMPLEMENT THE PROJECT, AS WELL AS SECURE ADDITIONAL FUNDING. THEY ARE GOING BUILD SUSTAINABILITY INTO THE PROJECT BY TRAINING ENVIRONMENTAL JUSTICE CHAMPIONS THROUGH NEW RELATIONSHIPS, TECHNOLOGIES AND ENGAGEMENT MECHANISMS.


THE NORTH FLINT NEIGHBORHOOD ACTION COUNCIL HAS AGREED TO FACILITATE COMMUNITY CONVERSATIONS AND DIALOGUES, RACIAL HEALING CIRCLES, CONDUCT EVALUATIONS ON COMMUNITY SENTIMENTS AND DESIRES, LEVERAGE TRUST TO PERFORM NEIGHBORHOOD OUTREACH TO INCREASE UNDERSTANDING OF ENVIRONMENTAL JUSTICE AND ITS LASTING IMPACT ON POOR AND MARGINALIZED COMMUNITIES, AND TEACH RESIDENTS TO ADVOCATE FOR THE ISSUES THAT ARE IMPORTANT TO THEM.


THE FLINT RIVER WATERSHED COALITION, WITH THEIR SPECIALIZED WATERSHED KNOWLEDGE, HAS REQUESTED FUNDS TO ACT AS A PROJECT ADVISOR AND PROVIDE YOUTH EDUCATION PROGRAMMING.


THE CRIM FITNESS FOUNDATION WILL SERVE ON THE STEERING COMMITTEE AND HELP IDENTIFY PARTNERS AND RESOURCES THROUGH ENGAGING, ACCESSIBLE, AND IMPACTFUL EVENTS. THEIR IMPACT TEAM WILL WORK WITH NEIGHBORHOOD GROUPS TO PLAN",6/13/2024,,

"66.312 - most funds are focused on EJ outreach/enrollment, not on actually replacing lead lines",https://www.usaspending.gov/award/ASST_NON_00E03632_6800,00E03632,,,"$1,000,000",FORT WAYNE CITY UTILITIES,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO FORT WAYNE CITY UTILITIES (CU). SPECIFICALLY, THE RECIPIENT WILL AIM TO INCREASE THE NUMBER OF HOUSEHOLDS PARTICIPATING IN THE CITY OF FORT WAYNE'S EXISTING LEAD SERVICE LINE REPLACEMENT PROGRAM (LSLRP) THROUGH EXPANDED EDUCATION AND OUTREACH ACTIVITIES WITH THE GOAL TO REPLACE THE LEAD SERVICE LINES IN A TOTAL OF 1,500 RESIDENCES LOCATED WITHIN HISTORICALLY UNDERSERVED AND DISADVANTAGED COMMUNITIES AT THE END OF THE THREE-YEAR PROJECT. BRIGHTPOINT, THE CU'S COMMUNITY-BASED SOCIAL SERVICES ORGANIZATION PROJECT PARTNER WILL USE THEIR SUBAWARD TO AID CU BY LEADING THE COORDINATION OF OTHER LOCAL CBO'S IN PROMOTING THE LSLRP, ASSISTING WITH ADMINISTRATION AND OUTREACH TO OVER 12,000 LOW-INCOME HOUSEHOLDS, AND EDUCATING THE PUBLIC ON THE RISKS OF LEAD WATER SERVICE LINES.ACTIVITIES: THE ACTIVITIES INCLUDE REPLACING RESIDENTIAL LEAD SERVICE LINES AT PROPERTIES LOCATED IN PRIORITY CENSUS TRACTS REPRESENTING HISTORICALLY UNDERSERVED AND LOW-INCOME COMMUNITIES, AND PARTNERING WITH BRIGHTPOINT TO PROMOTE THE CITY OF FORT WAYNE'S LEAD SERVICE LINE REPLACEMENT PROGRAM (LSLRP) AND CONDUCT EDUCATION AND OUTREACH ACTIVITIES FOCUSING ON THE HEALTH RISKS OF LEAD SERVICE LINES.

- OUTREACH TO HOUSEHOLDS IN PRIORITY CENSUS TRACTS, AND BEYOND WHO ARE LIKELY TO HAVE LSL OR GALVANIZED STEEL SERVICE LINES, REGARDING THE DANGERS OF LEAD EXPOSURE AND THE LSLRP.

- FOLLOW-UP WITH HOUSEHOLDS AS APPROPRIATE TO MAXIMIZE PARTICIPATION IN THE LSLRP.

- DOCUMENT INTAKE AND PROCESSING, REVIEW OF FINANCIAL RECORDS, AND COORDINATION OF SERVICES TO SUPPORT CU'S ADMINISTRATION OF THE LSLRP.

SPECIFICALLY, BOUNCE BACK HAS COMMITTED TO PROVIDING CU WITH THE FOLLOWING SERVICES TO SUPPORT THE LSLRP.

- PROMOTE THE LSLRP TO THEIR CHURCH PARTNERS WHICH INCLUDES OVER 25 CONGREGATIONS.

- PROVIDE PROMOTIONAL MATERIALS TO THE CHURCHES TO PROMOTE THE LSLRP TO THEIR CONGREGATIONS WHICH HAVE OVER 8,500 MEMBERS.

LSSI HAS COMMITTED TO PROVIDING CU WITH THE FOLLOWING SERVICES TO SUPPORT THE LSLRP.

- DISTRIBUTE LSLRP INFORMATION TO THOSE SERVED BY LUTHERAN SOCIAL SERVICES, INC.

- PROMOTE THE LSLRP THROUGH LSSI SOCIAL MEDIA OUTLETS.

- COORDINATE THE SCHEDULING OF LSLRP INTAKE APPOINTMENTS BETWEEN LSSI CLIENTS AND BRIGHTPOINT.

WTTO HAS COMMITTED TO PROVIDING CU WITH THE FOLLOWING SERVICES TO SUPPORT THE LSLRP.

- POST RELEVANT INFORMATION IN THE TRUSTEE'S OFFICE, INCLUDING LSLRP BROCHURES AND POSTERS.

- INFORM THE PEOPLE THEY SERVE ABOUT THE LSLRP AND ITS IMPORTANCE AT THEIR APPOINTMENTS.

- POST RELEVANT INFORMATION REGARDING THE LSLRP ON THEIR SOCIAL MEDIA OUTLETS AND WEBSITE.


SUBRECIPIENT: BRIGHTPOINT, THE CU'S COMMUNITY-BASED SOCIAL SERVICES ORGANIZATION PROJECT PARTNER WILL USE THEIR SUBAWARD TO AID CU BY LEADING THE COORDINATION OF OTHER LOCAL CBOS IN PROMOTING THE LSLRP, ASSISTING WITH ADMINISTRATION AND OUTREACH TO OVER 12,000 LOW-INCOME HOUSEHOLDS, AND EDUCATING THE PUBLIC ON THE RISKS OF LEAD WATER SERVICE LINES.OUTCOMES: THE ANTICIPATED DELIVERABLES INCLUDE THE REPLACEMENT OF LEAD SERVICE LINES (LSLS) IN A TOTAL OF 1,500 RESIDENTIAL HOMES IN CONJUNCTION WITH REPLACING THEIR PUBLIC MAIN LSLS.

THE EXPECTED OUTCOMES INCLUDE:

- AN INCREASE IN THE NUMBER OF HOUSEHOLDS WHO PARTICIPATE IN THE LEAD SERVICE LINE REPLACEMENT PROGRAM OFFERED BY CU.

- REDUCE LEAD EXPOSURE RISK IN DISADVANTAGED COMMUNITIES.

- THE PUBLIC HAS A BETTER UNDERSTANDING OF THE HEALTH RISKS OF LEAD TO INDIVIDUALS, ESPECIALLY CHILDREN.

- CU HAS GARNERED THE OUTREACH ACUMEN TO EFFECTIVELY REACH ITS UNDERSERVED AND DISADVANTAGED CUSTOMERS.

- LASTING PARTNERSHIPS BETWEEN CU, BRIGHTPOINT, WAYNE TOWNSHIP TRUSTEE'S OFFICE, LUTHERAN SOCIAL SERVICES OF INDIANA, AND BOUNCE BACK TO CONTINUE TO ASSIST CU WITH THE LSLRP EVEN AFTER EJG2G FUNDS ARE FULLY EXPENDED.


THE INTENDED",6/13/2024,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_02F58501_6800,02F58501,PROJECT GRANT (B),ASST_NON_02F58501_6800,"$100,000","LOUISIANA ENVIRONMENTAL ACTION NETWORK, INC.","DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO LOUISIANA ENVIRONMENTAL ACTION NETWORK TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN SCHOOLS AND COMMUNITIES IN SOUTHEAST LOUISIANA, INCLUDING WEST BATON ROUGE, EAST BATON ROUGE, ORLEANS PARISH, ST. JOHN THE BAPTIST, AND TERREBONNE PARISH. LOUISIANA ENVIRONMENTAL ACTION NETWORK HAVE DEVELOPED AN ENVIRONMENTAL JUSTICE CURRICULUM THAT THEY WILL IMPLEMENT WITH MIDDLE AND HIGH SCHOOL STUDENTS THROUGH CLASSROOMS OR AFTER SCHOOL FOCUS GROUPS, WITH COMMUNITY GROUPS THROUGH WORKSHOPS, AND THROUGH A STATEWIDE OUTREACH AND DISTRIBUTION CAMPAIGN.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES FOR RESIDENTS IN SOUTHEAST LOUISIANA, INCLUDING WEST BATON ROUGE, EAST BATON ROUGE, ORLEANS PARISH, ST. JOHN THE BAPTIST, AND TERREBONNE PARISH. THE PROJECT WILL PROVIDE STUDENTS AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE INTRODUCING LOUISIANA ENVIRONMENTAL ACTION NETWORK'S ENVIRONMENTAL JUSTICE CURRICULUM TO 260 STUDENTS THROUGH CLASSROOMS OR AFTER SCHOOL FOCUS GROUPS, CONDUCTING FOUR EDUCATOR TRAINING WORKSHOPS, CONDUCTING FOUR COMMUNITY GROUP WORKSHOPS, CONDUCTING FOUR FIELD TRIPS/SITE VISITS WITH STUDENTS, CONDUCTING TWO DATA LITERACY WORKSHOPS, AND IMPLEMENTING A STATEWIDE OUTREACH AND DISTRIBUTION CAMPAIGN OF THE CURRICULUM.

SUBRECIPIENT:LOUISIANA ENVIRONMENTAL ACTION NETWORK WILL AWARD FIVE SUBAWARDS TO LOCAL
EDUCATION AGENCIES, COLLEGES AND UNIVERSITIES, 501(C)(3) NONPROFIT ORGANIZATIONS,
AND/OR OTHER ELIGIBLE SUBAWARD RECIPIENTS. LOUISIANA ENVIRONMENTAL ACTION NETWORK WILL
SELECT ELIGIBLE SUBAWARD RECIPIENTS AFTER THE PROJECT START DATE. SUBAWARD RECIPIENTS
WILL PARTICIPATE IN IMPLEMENTATION OF THE ENVIRONMENTAL JUSTICE CURRICULUM, TESTING OF
THE CURRICULUM, PROVIDE FEEDBACK TO LOUISIANA ENVIRONMENTAL ACTION NETWORK ON THE
CURRICULUM, WILL HELP LOUISIANA ENVIRONMENTAL ACTION NETWORK ON CONDUCTING OUTREACH TO
PROMOTE THE CURRICULUM, OR WILL PERFORM OTHER COLLABORATION WITH LOUISIANA
ENVIRONMENTAL ACTION NETWORK ON PROJECT ACTIVITIES INCLUDED IN THE WORK
PLAN.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING
DELIVERABLES: 260 STUDENTS INTRODUCED TO THE CURRICULUM THROUGH CLASSROOMS OR AFTER
SCHOOL FOCUS GROUPS, FOUR EDUCATOR TRAINING WORKSHOPS COMPLETED, FOUR COMMUNITY GROUP
WORKSHOPS COMPLETED, FOUR FIELD TRIPS/SITE VISITS WITH STUDENTS COMPLETED, TWO DATA
LITERACY WORKSHOPS COMPLETED, AND

THE ENVIRONMENTAL JUSTICE CURRICULUM POSTED TO THE LOUISIANA ENVIRONMENTAL ACTION
NETWORK THAT INCLUDES REVISIONS BASED ON IMPLEMENTATION FEEDBACK. EXPECTED OUTCOMES OF
THE PROJECT INCLUDE RAISED AWARENESS ON ENVIRONMENTAL JUSTICE AND THE STATE OF AIR
QUALITY, WATER QUALITY, WASTE MANAGEMENT, AND LAND POLLUTION FOR 260 STUDENTS, 20
EDUCATORS, AND 1000 COMMUNITY MEMBERS; INCREASED LEVELS OF COMMUNITY ORGANIZING AND
ENVIRONMENTAL ADVOCACY BY THE COMMUNITY; AND INCREASED ENGAGEMENT BY STUDENTS WITH
ENVIRONMENTAL STEWARDSHIP. THE INTENDED BENEFICIARIES INCLUDE RESIDENTS IN SOUTHEAST
LOUISIANA, SPECIFICALLY WITHIN WEST BATON ROUGE, EAST BATON ROUGE, ORLEANS PARISH, ST.
JOHN THE BAPTIST, AND TERREBONNE PARISH.",6/14/2024,,

66.615 -Cancel – Environmental
Justice,https://www.usaspending.gov/award/ASST_NON_02J63801_6800,02J63801,COOPERATIVE
AGREEMENT (B),ASST_NON_02J63801_6800,"$8,000,000",PHILANTHROPY
NORTHWEST,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION
ACT (IRA) TO PHILANTHROPY NORTHWEST (PNW) AS A REGIONAL GRANTMAKER. THE RECIPIENT,
ALONG WITH PARTNERS, WILL USE THE INITIAL AWARD TO ESTABLISH AND SUPPORT THE
ACCESSIBILITY AND EQUITABLE DISTRIBUTION OF ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES
RESOURCES TO HISTORICALLY UNDERSERVED COMMUNITIES TO IMPROVE ENVIRONMENTAL AND
COMMUNITY HEALTH AND WELLBEING THROUGH A PASS-THROUGH SUBGRANT PROGRAM. WOVEN
THROUGHOUT THE STRUCTURE IS A DELIBERATE AND INTENTIONAL PROCESS TO CENTER COMMUNITY
MEMBERS IN DECISION-MAKING. DURING THE PROJECT PERIOD, PNW'S PARTICIPATORY GOVERNANCE
APPROACH WILL CONVENE THREE GROUPS: THE ADVISORY GROUP, THE TASK FORCE AND PEER REVIEW
GROUP, COMPRISED OF PARTNERS AND COMMUNITY MEMBERS. THESE GROUPS WILL GUIDE OVERALL
PROGRAM DEVELOPMENT AND IMPLEMENTATION, HELP DESIGN APPLICATIONS AND SCORING RUBRICS,
ESTABLISH METRICS FOR PROJECT OUTCOMES, AND EVALUATE APPLICATIONS. PNW WILL UNDERTAKE
STRATEGIC, TARGETED, AND INTENTIONAL OUTREACH TO ENSURE POTENTIAL APPLICANTS THROUGHOUT
REGION 10 ARE AWARE OF THE FUNDING OPPORTUNITY AND ENCOURAGED TO APPLY. THE OUTREACH
STRATEGY WILL INCLUDE IN-PERSON EVENTS, WEBINARS, A PARTNER OUTREACH TOOLKIT, PAID
DIGITAL ADVERTISING, AND REGIONAL-SPECIFIC MESSAGING. ADDITIONALLY, FOUR MAIN SYSTEMS
WILL BE USED TO SUPPORT THE EFFICIENT AND EFFECTIVE GRANT AWARD, DISBURSEMENT,
TRACKING, ADJUSTMENT, AND FULL EXPENDITURE: AN EASY-TO-USE GRANT APPLICATION PLATFORM,
A CUSTOMIZED PROJECT AND GRANTS MANAGEMENT SYSTEM, AND ACCOUNTING SOFTWARE FOR
FINANCIAL MANAGEMENT. PNW'S PLAN FOR EPA'S ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES
GRANTMAKING PROGRAM IS ANCHORED IN PNW'S CORE GOAL TO DISBURSE PROGRAM FUNDS
EXPEDITIOUSLY AND EQUITABLY THROUGH THE DESIGN AND IMPLEMENTATION OF A SIMPLIFIED
GRANTMAKING PROCESS THAT: CENTERS COMMUNITY VOICE AND PARTICIPATORY GRANTMAKING;
LEVERAGES THE KNOWLEDGE AND RELATIONSHIPS OF OUR PARTNERS; AND ADDRESSES ENVIRONMENTAL
JUSTICE ISSUES FOR COMMUNITIES MOST IN NEED.ACTIVITIES:THE ACTIVITIES IN THE INITIAL
AWARD PHASE INCLUDE THE FOLLOWING: RECRUIT MEMBERS AND CONVENE MEETINGS OF THE ADVISORY
BOARD, TASK FORCE, AND PEER REVIEW GROUP; CO-DESIGN THE GRANTMAKING PROGRAM INCLUDING
THE APPLICATION, EVALUATION CRITERIA, AND METRICS; DEVELOP OUTREACH STRATEGY; LAUNCH
PROJECT WEBSITE; IMPLEMENT OUTREACH ACTIVITIES SUCH AS IN-PERSON EVENTS, WEBINARS,
MESSAGING TOOLKIT, AND MEDIA PLACEMENTS; ESTABLISH PROJECT MANAGEMENT TOOLS INCLUDING
APPLICATION PORTAL, GRANTS MANAGEMENT SYSTEM, AND FINANCIAL MANAGEMENT SYSTEM;
ESTABLISH A PROCESS FOR QUALITY ASSURANCE PROJECT MANAGEMENT WITH EPA REGIONAL OFFICE;
DEVELOP AND OFFER TRAINING FOR REVIEWERS AND SUBGRANTEES; PROVIDE TECHNICAL ASSISTANCE
TO APPLICANTS AND SUBGRANTEES. SUBRECIPIENT:THIS AWARD WILL INCLUDE SUBAWARDS TO THREE
DIFFERENT ENTITIES. THE SUBAWARDS WILL SUPPORT THE DESIGN OF THE GRANTMAKING PROGRAM,
EXPERTISE ON DATA SOVEREIGNTY FOR TRIBAL COMMUNITIES, OUTREACH AND COMMUNICATIONS TO
TRIBAL COMMUNITIES AND OTHER PARTNERS ABOUT THE PROGRAM, APPLICATION REVIEW, ACCESS TO
A APPLICATION PLATFORM, APPLICATION REVIEWER SCORING TOOL, TECHNICAL ASSISTANCE WITH
THE APPLICATION, GRANTS MANAGEMENT INCLUDING THE REVIEW PROCESS, REPORTING
REQUIREMENTS, AND COMMUNICATIONS WITH GRANTEES. OUTCOMES:THE ANTICIPATED DELIVERABLES
INCLUDE ESTABLISHED ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP COMPRISED OF
PARTNERS AND COMMUNITY MEMBERS; PROJECT WEBSITE; AN OUTREACH TOOLKIT; SIMPLIFIED GRANT
APPLICATION; CUSTOMIZED GRANTS MANAGEMENT SYSTEM; ESTABLISHED FINANCIAL MANAGEMENT
SYSTEM; DEVELOPED FINANCIAL MANAGEMENT AND DATA REPORTING TRAINING FOR SUBGRANTEES.

THE EXPECTED OUTCOMES INCLUDE A GRANTMAKING PROCESS ESTABLISHED WITH PARTICIPATORY
GOVERNANCE AND AN ACCESSIBLE GRANTMAKING PROCESS.

THE INTENDED BENEFICIARIES INCLUDE HISTORICALLY UNDERSERVED COMMUNITIES IN REGION 10
WHICH INCLUDES ALASKA, IDAHO, OREGON, WASHINGTON, AND 271 TRIBAL
NA",6/14/2024,"$991,565.58",

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_02F58401_6800,02F58401,PROJECT GRANT
(B),ASST_NON_02F58401_6800,"$100,000",EXPLORA SCIENCE CENTER & CHILDREN'S MUSEUM OF
ALBUQUERQUE,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO EXPLORA SCIENCE CENTER AND
CHILDREN'S MUSEUM OF ALBUQUERQUE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN,
DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND
TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR
THAT WILL BENEFIT THE ENVIRONMENT IN THE SOUTH VALLEY OF ALBUQUERQUE, MORIARTY, AND THE
VILLAGE OF LOS RANCHOS, WITHIN NEW MEXICO. EXPLORA SCIENCE CENTER AND CHILDREN'S MUSEUM
OF ALBUQUERQUE WILL INCREASE KNOWLEDGE AROUND WATER FILTRATION, THE ROLE OF POLLINATORS
IN THE ENVIRONMENT, AND SOIL HEALTH. THE RECIPIENT WILL DO THIS BY CONDUCTING DROP-IN
ENVIRONMENTAL EDUCATION EVENTS AT LOCAL GROWERS MARKETS, IMPLEMENTING AN EDUCATION
PROGRAM WITH FIVE SCHOOLS THAT INCLUDES A FIELD TRIP AND TWO SPEAKER VISITS, AND
THROUGH A TEACHER WORKSHOP.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND
KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES SOUTH VALLEY OF ALBUQUERQUE, MORIARTY, AND THE
VILLAGE OF LOS RANCHOS, WITHIN NEW MEXICO. THIS PROJECT WILL PROVIDE STUDENTS, TEACHERS
AND FAMILIES THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE
ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: INCREASING
KNOWLEDGE ABOUT PLANTS, SOIL, POLLINATORS AND WATER FILTRATION THROUGH FACILITATING TWO
TEACHER PROFESSIONAL DEVELOPMENT WORKSHOPS, CONDUCTING SIX DROP-IN ENVIRONMENTAL
EDUCATION EVENTS AT LOCAL GROWERS MARKETS, AND BY IMPLEMENTING A WORKSHOP SERIES WITH
FIVE SCHOOLS THAT INCLUDES SIX WORKSHOPS AND A FIELD TRIP PER
SCHOOL.SUBRECIPIENT:EXPLORA SCIENCE CENTER AND CHILDREN'S MUSEUM WILL PROVIDE A
SUBAWARD TO FRIENDS OF THE VALLE DE ORO NATIONAL WILDLIFE REFUGE TO WORK DIRECTLY WITH
PROGRAM PARTICIPANTS ON DEVELOPING OUTDOOR SPACES THAT FOSTER ENVIRONMENTAL
SUSTAINABILITY AND STEWARDSHIP. THE RECIPIENT WILL PROVIDE A SUBAWARD TO KIDS COOK TO
HELP WITH PROGRAMS ON THE CONNECTION OF FOOD AND ENVIRONMENTAL SUSTAINABILITY AND
STEWARDSHIP. THE RECIPIENT WILL PROVIDE SUBAWARDS TO LA FAMILIA GROWER'S MARKET,
RAILYARDS MARKET, AND VILLAGE OF LOS RANCHOS GROWER'S MARKET TO PROVIDE COMMUNITY SITES
FOR FAMILY WORKSHOPS. THE RECIPIENT WILL PROVIDE A SUBAWARD TO RIO GRANDE COMMUNITY
FARM TO HOST FIELD TRIPS FROM SCHOOLS TO MODEL STEWARDSHIP IN FARMING. THE RECIPIENT
WILL PROVIDE SUBAWARDS TO VILLAGE OF LOS RANCHOS, MASTER GARDENER ASSOCIATION, NEW
MEXICO ACEQUIA ASSOCIATION, NEW MEXICO BEEKEEPERS ASSOCIATION, NEW MEXICO FUNGI
ASSOCIATION, MUSTARD SEED, AND THREE RECIPIENTS NOT YET SELECTED TO HELP DEVELOP
CURRICULUM AND TO PROVIDE GUEST VISITORS IN PARTICIPATING CLASSROOMS TO SHARE HOW THEIR
WORK CONNECTS TO ENVIRONMENTAL STEWARDSHIP.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT
WILL RESULT IN THE FOLLOWING DELIVERABLES: TWO TEACHER PROFESSIONAL DEVELOPMENT
WORKSHOPS FACILITATED, SIX DROP-IN ENVIRONMENTAL EDUCATION EVENTS CONDUCTED, 30
WORKSHOPS CONDUCTED WITH FIVE SCHOOLS, AND A SUMMATIVE EVALUATION OF THE PROJECT
FINALIZED. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASED KNOWLEDGE OF SOIL HEALTH
AND WATER QUALITY BY TEACHERS, STUDENTS AND FAMILIES; MORE TEACHERS EQUIPPED TO USE THE
OUTDOORS TO SUPPORT EDUCATIONAL OUTCOMES FOR STUDENTS; AND INCREASED EDUCATIONAL
OUTCOMES FOR STUDENTS THROUGH INCREASED ACCESS TO NATURE. THE INTENDED BENEFICIARIES
INCLUDE RESIDENTS OF THE SOUTH VALLEY OF ALBUQUERQUE, MORIARTY, AND THE VILLAGE OF LOS
RANCHOS, WITHIN NEW MEXICO.",6/17/2024,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_97T06801_6800,97T06801,PROJECT GRANT
(B),ASST_NON_97T06801_6800,"$60,000",INDUSTRY INITIATIVES FOR SCIENCE AND MATH
EDUCATION,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO INDUSTRY INITIATIVES FOR
SCIENCE AND MATH EDUCATION TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE,
AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL
SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE
ENVIRONMENT IN SANTA CLARA, ALAMEDA, AND CONTRA COSTA COUNTIES IN CALIFORNIA.


THE GRANTEE WILL DO THIS BY HOSTING ONE-WEEK EXTERNSHIPS CONSISTING OF ENVIRONMENTAL
AND EDUCATIONAL ACTIVITIES WITH PARTNER BAYWORK AT WATER AGENCIES FOR LOCAL K-12TH
GRADE TEACHERS AT TITLE I SCHOOLS. DURING EACH DAY, TEACHERS MEET INDUSTRY
PROFESSIONALS, TOUR WASTEWATER PLANTS, FRESHWATER RESERVOIRS, AND DAMS. THEY WILL WORK
WITH A CURRICULUM COACH TO CREATE RELEVANT LESSON PLANS FOR THEIR CLASSROOMS THAT
PREPARE STUDENTS TO TAKE RESPONSIBLE ACTIONS AROUND WATER RESOURCES AND BRING AWARENESS
FOR WATER UTILITY CAREERS. TEACHERS HAVE THE UNIQUE ABILITY TO CHANGE THE TRAJECTORY OF
THEIR STUDENTS' LIVES AND ARE APTLY POSITIONED TO INFLUENCE CAREER DECISIONS. THIS
PROJECT WILL BETTER EQUIP THEM TO INSPIRE THEIR STUDENTS TO PURSUE WATER AND WASTEWATER
CAREERS AND ULTIMATELY BECOME WATERSHED STEWARDS AND ENVIRONMENTAL JUSTICE ADVOCATES


THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $60,000. SEE TERMS AND
CONDITIONS.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN IN SANTA CLARA, ALAMEDA, AND CONTRA COSTA COUNTIES IN
CALIFORNIA AND PROVIDE STUDENTS, TEACHERS, COMMUNITY MEMBERS THE SKILLS NECESSARY TO
MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED
DURING THIS PROJECT PERIOD INCLUDE: ONE-WEEK EXTERNSHIPS CONSISTING OF ENVIRONMENTAL
AND EDUCATIONAL ACTIVITIES WITH PARTNER BAYWORK AT WATER AGENCIES FOR LOCAL K-12TH
GRADE TEACHERS AT TITLE I SCHOOLS. DURING EACH DAY, TEACHERS MEET INDUSTRY
PROFESSIONALS, TOUR WASTEWATER PLANTS, FRESHWATER RESERVOIRS, AND DAMS. THEY WILL WORK
WITH A CURRICULUM COACH TO CREATE RELEVANT LESSON PLANS FOR THEIR CLASSROOMS THAT
PREPARE STUDENTS TO TAKE RESPONSIBLE ACTIONS AROUND WATER RESOURCES AND BRING AWARENESS
FOR WATER UTILITY CAREERS

SUBRECIPIENT:THESE SUBAWARDS SUPPORT THE WORK OF IGNITED (LEGALLY: INDUSTRY INITIATIVES FOR SCIENCE AND MATH EDUCATION) IN TRAINING TEACHERS AND STUDENTS IN ENVIRONMENTAL EDUCATION TOPIS.

SUBRECIPIENTS:

I. RESOURCE AREA FOR TEACHERS (RAFT), 501(C)(3) NONPROFIT - $5,000

II. SAN JOSE STATE UNIVERSITY, LOCAL COLLEGE - $5,000

III. THE TECH, 501(C)(3) NONPROFIT - $5,000

#9675; SUBAWARD OVERSIGHT: SUBRECIPIENTS WILL SIGN CONTRACTS AT THE BEGINNING OF THE

PROJECT PERIOD, ATTEND REGULAR CHECK-IN MEETINGS, AND WILL RECEIVE PAYMENT OF

EXACTLY $5,000 UPON MILESTONE COMPLETION.DS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: THE OUTPUTS DELIVERED BY IGNITED, BAYWORK, AND SUBRECIPIENTS WILL EQUIP TEACHERS TO DEVELOP AND DELIVER LESSON PLANS. TEACHERS' LESSON PLANS AND CLASSROOM IMPLEMENTATION WILL ENABLE US TO REACH OUR EDUCATIONAL GOAL (CAREER DEVELOPMENT) BY FEATURING ONE OR MORE WATER UTILITY CAREERS IN THE LESSONS AND PROVIDING CONNECTIONS TO ROLE MODELS IN THESE FIELDS. TEACHERS WILL ALSO HAVE A BETTER UNDERSTANDING OF EDUCATIONAL PATHWAYS FROM BAYWORK SPEAKERS.


FOR OUR ENVIRONMENTAL GOAL (ENSURING CLEAN AND SAFE WATER), THE COACH WILL ENSURE TEACHERS' LESSON PLANS INCREASE ENVIRONMENTAL LITERACY, AND WILL REQUIRE TEACHERS TO INCLUDE AN ENVIRONMENTAL CALL-TO-ACTION PROJECT FOR STUDENTS. THE CALLS-TO-ACTION WILL DEEPEN STUDENTS' CONNECTION TO NATURE, AND ENCOURAGE THEM TO ENACT PRO-ENVIRONMENTAL BEHAVIORS AND ULTIMATELY BECOME ENVIRONMENTAL STEWARDS IN THEIR COMMUNITIES


EXPECTED OUTCOMES OF THE PROJECT INCLUDE: THE MAIN SHORT-TERM OUTCOMES OF THESE ACTIVITIES ARE TO INCREASE STUDENTS' KNOWLEDGE OF THE

IMPACT THEIR ACTIONS CAN HAVE ON THEIR LOCAL WA",6/17/2024,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_97T06901_6800,97T06901,PROJECT GRANT (B),ASST_NON_97T06901_6800,"$69,814",UNIVERSITY OF MAINE SYSTEM,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO UNIVERSITY OF MAINE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE REPUBLIC OF PALAU. THE GRANTEE WILL DO THIS THROUGH EFFORTS TO ENGAGE PALAUAN HIGH SCHOOL STUDENTS IN AN 8-WEEKINTENSIVE EDUCATION PROGRAM TO DEVELOP CRITICAL THINKING, PROBLEM-SOLVING, AND DECISION-MAKING SKILLS ON SOIL AND WATER CONTAMINATION. THESE SKILLS WILL BE ROOTED IN INDIGENOUS WAYS OF KNOWING, LEARNING, AND DOING WITH THEIR COMMUNITIES, WITH THE GOAL OF FOSTERING ENVIRONMENTAL STEWARDSHIP AND JUSTICE. THE PROJECT WILL GUIDE STUDENTS THROUGH THE CRITICAL THINKING PROCESS OF BRAIDING INDIGENOUS AND WESTERN SCIENCE TO DEVELOP COMMUNITY ACTION PLANS TO ADDRESS CONTAMINATION THAT ARE CULTURALLY-ROOTED AND EFFECTIVE. AS PART OF THIS PROJECT, THERE WILL ALSO BE TRAINING FOR EDUCATORS TO INTEGRATE CONTAMINATION INTO THEIR SCIENCE CURRICULA, CO-CREATING LESSONS ORIENTED TOWARD CRITICAL THINKING AND PROBLEM-SOLVING TO ENABLE THE NEXT GENERATION OF STEWARDS TO MAKE DECISIONS FOR A SAFE ENVIRONMENT FOR ALL.


THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $69,814. SEE TERMS AND CONDITIONS.


ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN REPUBLIC OF PALAU AND PROVIDE STUDENTS, COMMUNITY MEMBERS, AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: WORKING WITH INDIGENOUS PALAUAN COMMUNITIES IN PELELIU, ANGAUR, AND NGARAARD STATES, THE LAND REVITALIZATION AND WATER SAFETY PROJECT ADDRESSES CONTAMINATION FROM WORLD WAR II BY BRAIDING INDIGENOUS AND WESTERN SCIENCE THROUGH YOUTH LED COMMUNITY ACTION. THE PROJECT WILL PROVIDE ENVIRONMENTAL EDUCATION ON CHEMICAL CONTAMINATION AT A CRITICAL TIME, AS THESE COMMUNITIES ARE BEING MILITARIZED TODAY. THE CORE OF OUR PROJECT IS AN INTENSIVE 8-WEEK CLASS REACHING 20-30 PALAUAN HIGH SCHOOL STUDENTS. THIS CLASS WILL EMPOWER YOUNG PEOPLE WITH THE SKILLS AND NETWORKS TO LEARN INDIGENOUS WAYS OF USING, MANAGING, AND RESTORING SOILS, AND THE SKILLS TO INTEGRATE THAT KNOWLEDGE WITH WESTERN SCIENCE APPROACHES TO MITIGATING, MANAGING, AND REMEDIATING CONTAMINATED SOILS. THEY WILL INTERVIEW 30 INDIGENOUS KNOWLEDGE HOLDERS ON FILM, DOCUMENTING THEIR KNOWLEDGE FOR FUTURE GENERATIONS. THESE STUDENTS WILL DEVELOP CRITICAL THINKING, PROBLEM SOLVING, DECISION-MAKING, AND ENVIRONMENTAL STEWARDSHIP SKILLS THROUGH THE DEVELOPMENT AND IMPLEMENTATION OF COMMUNITY ACTION PLANS. THEY WILL LEAD 10 COMMUNITY ACTION DAYS, ENGAGING 100-200 COMMUNITY MEMBERS LIVING NEAR CONTAMINATED SITES AND SITES AT HIGH RISK FOR CONTAMINATION TO PROTECT AND RESTORE THEIR ENVIRONMENTS. STUDENTS AND COMMUNITY MEMBERS WILL ALSO LEARN AND BE GIVEN THE TOOLS TO CONDUCT WATER CONTAMINATION MONITORING. ADDITIONALLY, THERE WILL BE 3 TWO-DAY WORKSHOPS FOR ELEMENTARY, HIGH

SCHOOL, AND COMMUNITY COLLEGE SCIENCE TEACHERS TO INTEGRATE CONTAMINATION INTO THEIR CURRICULA, REACHING A FURTHER 1,030 STUDENTS.

SUBRECIPIENT:$25,000 IS REQUESTED TO SUPPORT 5 SUBAWARDS OF $5,000 EACH (TWO IN YEAR 1 AND THREE IN YEAR 2). THE UNIVERSITY OF MAINE TEAM WILL RESPOND TO LOCAL NEEDS BY HAVING THE FLEXIBILITY TO BRING ON LOCAL PARTNERS. THE TEAM HAS STRONG EXISTING RELATIONSHIPS WITH LOCAL ELEMENTARY AND HIGH SCHOOLS, PALAU COMMUNITY COLLEGE, LOCAL ENVIRONMENTAL NON-PROFIT ORGANIZATIONS, AND COMMUNITY AND CHURCH GROUPS. THEY WILL SET ASIDE OUR SUBAWARD FUNDS IN A POOL TO BE AWARDED TO APPROPRIATE PARTNERS WHO ARE ACTIVE IN EDUCATION, LAND MANAGEMENT, WATER SAFETY, AND ENVIRONMENTAL STEWARDSHIP. THEY WILL SELECT THESE PARTNERS IN CLOSE CONSULTATION WITH THE EPA PROGRAM OFFICER TO ENSURE ELIGIBILITY.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES",6/17/2024,,

"66.045 - COMMITTED TO THE HEALTH AND WELFARE OF OUR STUDENTS AND OUR COMMUNITY, ESPECIALLY IN THE MOST DISADVANTAGED AREAS.",https://www.usaspending.gov/award/ASST_NON_02F54601_6800,02F54601,PROJECT GRANT (B),ASST_NON_02F54601_6800,"$6,167,108",FORT WORTH INDEPENDENT SCHOOL DISTRICT,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) TO THE FORT WORTH INDEPENDENT SCHOOL DISTRICT (FISD). THIS AGREEMENT IS TO REPLACE EXISTING SCHOOL BUSES WITH CLEAN AND ZERO EMISSION (ZE) BUSES.

FORT WORTH INDEPENDENT SCHOOL DISTRICT SEEKS TO REPLACE 15 DIESEL BUSES WITH ELECTRIC ZE BUSES, ALONG WITH SUITABLE CHARGING INFRASTRUCTURE. A TRAINING PROGRAM FOR DRIVERS AND MECHANICS WILL ENSURE APPROPRIATE USE OF THE BUSES, AND WILL INCLUDE MEASURES FOR DRIVERS OF ALL FORT WORTH INDEPENDENT SCHOOL DISTRICT FLEET OF BUSES TO REDUCE EMISSIONS THROUGH MEASURES SUCH AS NEW IDLING POLICIES.

A CHANGE TO ZERO EMISSION (ZE) BUSES THROUGH THIS PROJECT COULD BE AN OPPORTUNITY TO SHOW THE SAVINGS IN NOT ONLY MONEY AND OUTDOOR EMISSIONS, BUT IN IMPROVEMENT TO STUDENT HEALTH AND WELFARE. THE THREE MAIN ACTIVITIES OF THIS PROJECT WILL BE:

1. PURCHASE OF 15 ZERO EMISSION (ZE) ELECTRIC BUSES

2. PURCHASE AND INSTALLATION OF 13 SLOW AND 2 FAST CHARGING STATIONS

3. COMMUNITY ENGAGEMENT AND AWARENESS ACTIVITIES TO SERVE AS A DEMONSTRATION PROJECT TO PROMOTE FUTURE ZERO EMISSION (ZE) BUS ACQUISITION.

THE PROJECT WILL BE IMPLEMENTED BY FORT WORTH INDEPENDENT SCHOOL DISTRICT (FWISD) TRANSPORTATION DEPARTMENT STAFF WITH THE ASSISTANCE OF THE DISTRICT PROCUREMENT SERVICES DEPARTMENT, FINANCIAL SERVICES AND GRANTS DEPARTMENT. LEADERSHIP OF THE TRANSPORTATION DEPARTMENT HAS EXTENSIVE EXPERIENCE IN BUS ACQUISITION AND INFRASTRUCTURE DEVELOPMENT, AND IS FAMILIAR WITH THE REQUIREMENTS OF FEDERAL, STATE, AND LOCAL PROCUREMENT AND CONTRACTING REGULATIONS. ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING 15 DIESEL BUSES WITH ZERO EMISSION (ZE) ELECTRIC BUSES WITH MIXED CHARGING INFRASTRUCTURE. THE NEW SCHOOL BUSES WILL SERVE THE FORT WORTH INDEPENDENT SCHOOL DISTRICT. (FWISD).

THIS PROJECT WILL PURCHASE 15 ZERO EMISSION ELECTRIC BUSES TO REPLACE 15 EXISTING DIESEL BUSES, AND PURCHASE AND INSTALL ELECTRIC CHARGING STATIONS NECESSARY FOR OVERNIGHT AND MID-DAY CHARGING. NEW ZERO EMISSION BUSES WILL BE DEPLOYED IN THE MOST DISADVANTAGED AREA OF FORT WORTH INDEPENDENT SCHOOL DISTRICT (FWISD) AND TARRANT COUNTY. TRAINING WILL BE PROVIDED TO STAFF, BUS DRIVERS, MECHANICS, ON ZERO EMISSION BUS USE. FORT WORTH INDEPENDENT SCHOOL DISTRICT (FWISD) IS COMMITTED TO THE HEALTH AND WELFARE OF OUR STUDENTS AND OUR COMMUNITY, ESPECIALLY IN THE MOST DISADVANTAGED AREAS. SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE FOLLOWING OUTPUTS, FIFTEEN (15) NEW ZERO EMISSION (ZE) BUSES FOR THE FORT WORTH INDEPENDENT SCHOOL DISTRICT (FWISD). THE EXPECTED OUTCOMES INCLUDED THE FOLLOWING:

ACTIVITY #1: REPLACEMENT OF 15 EXISTING DIESEL SCHOOL BUSES WITH ELECTRIC BUSES;

ANTICIPATED OUTPUTS #1: 15 NEW ZERO EMISSION (ZE) BUSES FOR FORT WORTH ISD WITH ACCOMPANYING REDUCTION IN EMISSIONS AS SHOWN.

ANTICIPATED OUTCOMES 1 EMISSIONS REDUCTIONS TO IMPROVE THE HEALTH OF STUDENT RIDERS AND DRIVERS. ACCORDING TO THE ALTERNATIVE FUEL LIFE-CYCLE ENVIRONMENTAL AND ECONOMIC TRANSPORTATION (AFLEET) EMISSIONS GUIDE, EXPECTING A REDUCTION OF BETWEEN 46-63 TONS OF GREENHOUSE GASES (GHS), 450-628 LBS. OF CARBON MONOXIDE (CO), AND 8.8-10.2 LBS. OF NITROGEN OXIDES NOX.

ACTIVITY #2: REPLACEMENT OF 15 DIESEL BUSES THAT SERVE STUDENTS IN THE MOST DISADVANTAGED AREA OF FORT WORTH.

ANTICIPATED OUTPUT #2: APPROXIMATELY 2,000 SCHOOL CHILDREN TRANSPORTED ON ZERO EMISSION (ZE) BUSES RATHER THAN DIESEL BUSES

ANTICIPATED OUTCOME #2: PROVIDING A CLEANER ENVIRONMENT FOR THE 2,000 STUDENT RIDERS AS
SHOWN ON THE ALTERNATIVE FUEL LIFE-CYCLE ENVIRONMENTAL AND ECONOMIC TRANSPORTATION
(AFLEET) EMISSIONS CHART AS MOVING FROM 365 TO 0 EMISSIONS OF CARBON MONOXIDE (CO), AND
649 TO 0 EMISSIONS OF NITROGEN OXIDES (NOX).


ACTIVITY #3: TRAINING PROVIDED TO STAFF, BUS DRIVERS, MECHANICS, ON ZERO EMISSION (ZE)
BUS USE

ANTICIPATED OUTPUT #3: PROVIDE TRAINING SESSIONS FOR 250 STAFF, BUS DRIVERS,
MECH",6/18/2024,,66.045 - Priority is given to projects which propose to replace buses
that serve high-need local education agencies; rural school districts; Bureau of Indian
Affairs-funded school districts; and school districts receiving basic support payments
for children who reside on Indian land.

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_97T04501_6800,97T04501,PROJECT GRANT
(B),ASST_NON_97T04501_6800,"$80,000",LEARNING ENDEAVORS,"DESCRIPTION:THIS PROJECT
PROVIDES FUNDING TO LEARNING ENDEAVORS TO IMPLEMENT ITS PROJECT WHICH WILL DESIGN,
DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND
TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR
THAT WILL BENEFIT THE ENVIRONMENT IN THE HAWAIIAN ISLANDS OF MAUI, MOLOKAI, HAWAII, AND
KAUAI KIHEI. PROJECT ACTIVITIES WILL ALSO TAKE PLACE IN AMERICAN SAMOA (TUTUILA, AUNUU,
MANUA, OFU, AND OLOSEGA), THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (SAIPAN,
TINIAN, AND ROTA), GUAM AND PALAU. THE GRANTEE WILL DO THIS BY DEVELOPING A CAPACITY
BUILDING ENVIRONMENTAL EDUCATION PROJECT THAT WILL INCREASE COMMUNITY RESILIENCE IN THE
FACE OF CLIMATE CHANGE. THIS PROJECT WILL DEVELOP A COASTAL RESILIENCE TRAIN-THE-
TRAINER PROGRAM THAT BUILDS LOCAL EDUCATOR CAPACITY FOR WETLAND EDUCATION AND
RESTORATION. THIS PROJECT WILL ALSO PREPARE STUDENTS TO LEAD COASTAL RESILIENCE EFFORTS
IN THEIR COMMUNITIES BY CONNECTING INDIGENOUS CULTURAL KNOWLEDGE OF COASTAL WETLANDS
WITH SCIENTIFIC KNOWLEDGE.


THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $80,000.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN THE HAWAIIAN ISLANDS OF MAUI, MOLOKAI, HAWAII, AND KAUAI,
AMERICAN SAMOA (TUTUILA, AUNUU, MANUA, OFU, AND OLOSEGA), THE COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS (SAIPAN, TINIAN, AND ROTA), GUAM AND PALAU AND PROVIDE
EDUCATORS AND STUDENTS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE
RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE:
REFINING AND EXPANDING THE EXISTING CHAMPIONS OF COASTAL RESILIENCE (CCR) WETLAND
EDUCATION CURRICULUM AND METHODS FOR USE IN HAWAII AND MODIFYING IT TO SCALE TO USE IN
SELECTED ADDITIONAL PACIFIC ISLANDS, TRAINING A COHORT OF TRAINERS FROM SUBRECIPIENT
ORGANIZATIONS OR SCHOOLS TO USE NEW CCR WETLAND CASE STUDY PEDAGOGY AND RESOURCES, AND
PROVIDING ONGOING SUPPORT FOR CCR TRAINERS AS THEY FACILITATE LOCAL TEACHER TRAINING
AND SUPPORT STUDENT CLASSROOM AND FIELD-BASED LEARNING.


SUBRECIPIENT:EIGHT SUBAWARDS WILL BE GIVEN TO ELIGIBLE ORGANIZATIONS OR SCHOOLS. THESE
SUBRECIPIENTS WILL SELECT ONE EDUCATION PROFESSIONAL EACH TO ATTEND A TRAIN-THE-TRAINER
COURSE. BY COMPLETING THIS COURSE, EACH INDIVIDUAL REPRESENTING THEIR SUBRECIPIENT
ORGANIZATION WILL BECOME A CHAMPION OF COASTAL RESILIENCE (CCR) TRAINER. THE EIGHT CCR
TRAINERS WILL THEN WORK TO BUILD CAPACITY FOR ENVIRONMENTAL EDUCATION AND COASTAL
RESILIENCE IN THEIR RESPECTIVE COMMUNITIES. ADDITIONALLY, SUBRECIPIENTS ORGANIZATIONS
WILL COLLABORATE WITH LEARNING ENDEAVORS TO CREATE ACTIVITIES DESIGNED TO HONOR
INDIGENOUS KNOWLEDGE AND HISTORICAL SIGNIFICANCE OF WETLANDS. OUTCOMES:IT IS
ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: ONE SET OF
CHAMPIONS OF COASTAL RESILIENCE (CCR) TRAINER GUIDE MATERIALS (INCLUDING A PRINTED
GUIDE, A WEBSITE PORTAL WITH ACCESS TO DIGITAL RESOURCES INCLUDING GIS ACTIVITIES AND
ASSESSMENTS SURVEYS, A CCR TRAINER KIT), EIGHT TEACHER TRAINERS JOINING THE CCR TRAIN-
THE-TRAINER PROGRAM, 80 TEACHERS PARTICIPATING IN CCR TRAININGS AND SUBSEQUENTLY ENGAGE
1,920 STUDENTS IN CLASSROOM AND FIELD-BASED LEARNING AND STEWARDSHIP ACTIVITIES, AND 80
WETLAND FIELD STUDY AND STEWARDSHIP EVENTS FOR STUDENTS. EXPECTED OUTCOMES OF THE
PROJECT INCLUDE: 1) ENHANCED PARTNERSHIPS BETWEEN TEACHERS, SCHOOLS AND COMMUNITY
PARTNERS, 2) INCREASED WETLAND EDUCATION AND STEWARDSHIP ACTIVITIES IN SECONDARY
SCHOOLS, 3) INCREASED COMMUNITY AWARENESS OF THE NEED FOR COASTAL RESILIENCE, AND 4)
INCREASED WETLAND RESTORATION EFFORTS. THE INTENDED BENEFICIARIES INCLUDE EDUCATORS,
STUDENTS, AND LOCAL ORGANIZATIONS (SUBAWARD RECIPIENTS) IN HAWAII (MAUI, MOLOKAI,
HAWAII, AND KAUAI), AMERICAN SAMOA (TUTUILA, AUNUU, MANUA, OFU, AND OLOSEGA), THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (SAIPAN, TINIAN, AND ROTA), GUAM AND
PALAU.",6/20/2024,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_02J64801_6800,02J64801,PROJECT GRANT
(B),ASST_NON_02J64801_6800,"$100,000",UNIVERSITY OF ALASKA ANCHORAGE,"DESCRIPTION:THIS
PROJECT PROVIDES FUNDING TO IMPLEMENT THE PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND
DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE
TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE
ENVIRONMENT IN HOMER, ALASKA AND NEARBY SMALLER COMMUNITIES.

THE GRANTEE WILL WORK WITH THE CITY OF HOMER, ALASKA, LOCAL CONSERVATION ORGANIZATIONS,

AND REGIONAL TRIBAL ORGANIZATIONS TO CREATE K-12 CLASSROOM AND OUTDOOR LEARNING SPACES FOR HANDS-ON EDUCATION, SCIENCE, AND MONITORING ON A PEATLAND CONSERVATION PARCEL THE CITY RECENTLY ACQUIRED. THE FULL BREADTH OF THIS PROJECT WILL ALLOW STUDENTS TO PROPAGATE, GROW AND TRANSPLANT THE NATIVE PLANTS THEY RAISE DURING THE SCHOOL YEAR, PROVIDING A SENSE OF STEWARDSHIP AND CONNECTION TO THIS ECOSYSTEM.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN HOMER, ALASKA AND SMALLER COMMUNITIES AND PROVIDE STUDENTS, TEACHERS, UNIVERSITY STUDENT INTERNS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: THE PEATLAND CURRICULUM BEING TAUGHT WITH CULTURALLY RELEVANT INSTRUCTION, FIELD TRIPS AND WEEKEND FAMILY FIELD TRIPS WILL BE HELD; PREPARE FOR AND RECRUIT EDUCATORS FOR THE THREE DAY TRAINING; COMMUNITY MEMBERS WILL BE RECRUITED FOR MONITORING OUTREACH; AND INTERNS HIRED AND TRAINED TO LEAD ACTIVITIES.

SUBRECIPIENT:THE GRANTEE WILL SOLICIT FOR SUBAWARD PROPOSALS FOR SPECIFIC GRANT ACTIVITIES (ORCHID PROPAGATION, PEATLAND MONITORING, AND EDUCATION) WILL BE GIVEN TO A POOL OF QUALIFIED PROSPECTIVE SUBRECIPIENTS. THIS POOL OF QUALIFIED ORGANIZATIONS WILL BE IDENTIFIED THROUGH DISCUSSIONS WITH KNOWLEDGEABLE COMMUNITY SOURCES AND ORGANIZATIONS. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: 5 SCHOOLS/CLASSROOMS WILL USE LOCAL PEATLAND ANNUALLY FOR FIELD TRIPS AND EDUCATION PROGRAMS FOCUSED ON PEATLAND ECOLOGY; THREE COMMUNITY GROUPS WILL USE PEATLAND ANNUALLY FOR FIELD TRIPS AND EDUCATION PROGRAMS; NATIVE PLANT WILL BE PROPAGATED AND GROWN IN AT LEAST 3 CLASSROOMS; ONE THREE DAY TEACHER TRAINING WILL BE HELD FOR 10-15 TEACHERS; TWO POST-SECONDARY AND TWO HIGH SCHOOL INTERNS WILL BE HIRED AND COMPLETE A SEMESTER LONG SKILL-BUILDING INTERNSHIP; A PEATLAND COMMUNITY STEWARDSHIP MONITORING PROGRAM IS DESIGNED, AND A PEATLAND CURRICULUM WILL BE DEVELOPED AND DELIVERED.

EXPECTED OUTCOMES OF THE PROJECT INCLUDE: SHORT-TERM - FIVE CLASSROOMS COMPLETE THE PEATLAND ECOLOGY CURRICULUM RESULTING IN INCREASED ENVIRONMENTAL LITERACY; MEDIUM-TERM - STUDENTS UNDERSTAND HOW IMPORTANT PEATLANDS ARE FOR HABITAT AND FOR CLIMATE CHANGE RESILIENCE; LONG-TERM - COMMUNITY MEMBERS BECOME STEWARDS OF PEATLANDS.

THE INTENDED BENEFICIARIES INCLUDE10 - 20 K-12 TEACHERS, 200 STUDENTS, 2-3 UNIVERSITY STUDENT INTERNS, AND 5-10 COMMUNITY MONITORS.",6/24/2024,,

66.615 -Cancel - Environmental Justice,https://www.usaspending.gov/award/ASST_NON_00E03682_6800,00E03682,COOPERATIVE AGREEMENT (B),ASST_NON_00E03682_6800,"$8,000,000",MINNEAPOLIS FOUNDATION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE MINNEAPOLIS FOUNDATION. THIS IS A REGIONAL GRANTMAKER. THE MINNEAPOLIS FOUNDATION, PARTNERED ALONG WITH THE NDN COLLECTIVE, WILL INSTITUTE A GRANTMAKING PROGRAM WITHIN THE REGION 5 STATES. THIS AWARD WILL BE USED TO DEVELOP THE ADMINISTRATIVE AND PROGRAMMATIC STRENGTH NEEDED TO AWARD OVER 200 GRANTS WITHIN REGION 5, TARGETING AREAS SUCH AS RURAL COMMUNITIES, URBAN CENTERS AND TRIBAL COMMUNITIES.

THE MINNEAPOLIS FOUNDATION WILL DEVELOP A QUALITY MANAGEMENT PLAN, CREATE AN APPLICATION TO SUPPORT THE GRANTMAKING PROGRAM, TRAIN THEIR STATUTORY PARTNER ON EPA REQUIREMENTS, IDENTIFY AND RECRUIT 10 REGIONAL COMMUNITY ADVISORY COMMITTEE (RAC) MEMBERS, AND PERFORM OUTREACH IN THEIR TARGETED COMMUNITIES USING THESE FUNDS. THE MINNEAPOLIS FOUNDATION WILL USE THE MONEY ASSOCIATED WITH THIS AWARD TO BUILD UP THEIR GRANT MAKING CAPACITY AND TO COVER ADMINISTRATIVE COSTS ASSOCIATED WITH GRANTMAKING FOR THE NEXT THREE YEARS.

ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE PARTNERING WITH THE NDN COLLECTIVE AND USING THE MINNEAPOLIS FOUNDATION'S PROJECTS (MIDWEST EJ NETWORK AND RE-AMP) TO OUTREACH SPECIFIC COMMUNITIES IN TRIBAL GOVERNMENTS, URBAN EJ AREAS AND RURAL/REMOTE EJ AREAS. ADDITIONALLY, THE MINNEAPOLIS FOUNDATION AND THEIR PARTNERS WILL RECRUIT 10 RESIDENT ADVISORY COMMITTEE CONSULTANTS TO HELP DRAFT THE REQUEST FOR FUNDING AND REVIEW APPLICATIONS. THESE 10 RAC CONSULTANTS WILL BE RECRUITED THROUGHOUT REGION 5 AND BE COMPRISED OF INDIVIDUALS FROM DIFFERENT COMMUNITY ORGANIZATIONS, LOCAL COMMUNITIES AND OTHER PARTNERSHIP TYPES. RAC MEMBERS ALONG WITH THE MINNEAPOLIS FOUNDATION AND NDN COLLECTIVE WILL WORK COLLABORATIVELY TO CREATE AND REVIEW APPLICATIONS ADDRESSING THE SPECIFIC NEEDS OF DISADVANTAGED COMMUNITIES WITHIN THE REGION 5 STATES. VARIOUS PARTNERS HAVE EXPERIENCE WITH PARTICIPATORY GOVERNANCE AND THE MINNEAPOLIS FOUNDATION WILL EXPAND ON THOSE RELATIONSHIPS THROUGH THEIR COLLABORATION WITH OTHER COMMUNITY ORGANIZATIONS. SUBRECIPIENT:NDN COLLECTIVE WILL COLLABORATIVELY OVERSEE AND MONITOR ALL ASPECTS OF PROGRAM IMPLEMENTATION, PAYING PARTICULAR ATTENTION TO COMPLIANCE WITH EPA AND FEDERAL REQUIREMENTS ALONG WITH THE MINNEAPOLIS FOUNDATION. USING A CONSENSUS DECISION-MAKING MODEL, NDN COLLECTIVE AND THE MINNEAPOLIS FOUNDATION WILL IDENTIFY RAC MEMBERS, PARTICIPATE IN RAC MEETINGS AS NON-VOTING PARTICIPANTS, AND OVERSEE IMPLEMENTATION OF RAC DECISIONS AND RECOMMENDATIONS. THIS PARTNERSHIP WILL ALSO SERVE AS DECISION MAKERS FOR ADMINISTRATIVE DECISIONS THAT NEED TO BE MADE ON AN IMMEDIATE BASIS. ADDITIONALLY, NDN COLLECTIVE PROVIDES CRITICAL KNOWLEDGE OF INDIGENOUS PRACTICE, CUSTOMS AND KNOWLEDGE TO SUPPORT TARGETED OUTREACH TO TRIBAL COMMUNITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE DEVELOPING AN ONLINE PLATFORM FOR COLLECTING APPLICATIONS AND REPORTING, TRAINING STATUTORY PARTNERS IN QUALITY

ASSURANCE, MONITORING TYPE AND AMOUNT OF OUTREACH IN DIFFERENT COMMUNITY TYPES, KEEPING
APPLICATION DECISIONS NO MORE THAN 5 MONTHS FROM APPLICATION SUBMISSION, AND MONITORING
APPLICANT SATISFACTION WITH THE APPLICATION PROCESS.


THE EXPECTED OUTCOMES INCLUDE SHORT TERM OUTCOMES SUCH AS INCREASING THE NUMBER OF
DISADVANTAGED COMMUNITY RESIDENTS THAT HAVE KNOWLEDGE AND SKILLS ABOUT ENGAGING IN EJ,
PUBLIC HEALTH OR CLIMATE CHANGE ISSUES IN THEIR COMMUNITIES, INCREASING THE NUMBER OF
DISADVANTAGED COMMUNITY MEMBERS WITH RELIABLE ACCESS TO ENVIRONMENTAL DATA AND
INCREASING GRASS-ROOT LED COLLABORATIONS AND PARTNERSHIPS WORKING TO IMPROVED
ENVIRONMENTAL QUALITY AND PUBLIC HEALTH IN DISADVANTAGED COMMUNITIES. INTERMEDIATE
OUTCOMES INCLUDE INCREASING THE NUMBER OF COMMUNITIES THAT HAVE CAPACITY TO COLLECT,
ANALYZE AND SHARE ENVIRONMENTAL DATA, REDUCE PUBLIC EXPOSURE TO TOXINS AND POLLUTANTS
IN AREAS THAT WERE RESTORES OR CLEANED UP AND INCREASED NUMBER OF CBOS WITH INCREASED
CAPACITY IN TERMS OF FUNDING, STAFF AND SKILLS. LONG",6/24/2024,"$354,411.16",

66.615 -Cancel - Environmental
Justice,https://www.usaspending.gov/award/ASST_NON_02F5550A_6800,02F5550A,COOPERATIVE
AGREEMENT (B),ASST_NON_02F5550A_6800,"$4,917,247",TEXAS SOUTHERN
UNIVERSITY,"DESCRIPTION:THIS AGREEMENT PROVIDES AN INITIAL FUNDING OF $4,917,247 TO
TEXAS SOUTHERN UNIVERSITY UNDER THE INFLATION REDUCTION ACT (IRA). TEXAS SOUTHERN
UNIVERSITY WILL ACT AS THE REGIONAL GRANTMAKER (RGM), IN COLLABORATION WITH ACHIEVING
COMMUNITY TASKS SUCCESSFULLY (ACTS), FOR GRANTMAKING ACTIVITIES. THE TOTAL FUNDING FOR
TEXAS SOUTHERN UNIVERSITY WILL BE $50,000,000, SPLIT INTO TWO AWARDS OF AN INITIAL AND
SUBSEQUENT GRANT. BOTH AWARDS WILL BE DERIVED FROM THE SAME FUNDING SOURCE AND WILL
HAVE SEPARATE YET OVERLAPPING TIMELINES. THE INITIAL GRANT FUNDS WILL ALLOW THE
REGIONAL GRANTMAKER TO ESTABLISH AND CARRY OUT THE PROPOSED PARTICIPATORY GOVERNANCE,
OUTREACH, AND SYSTEM MOBILIZATION EFFORTS. THE AIM IS TO ESTABLISH THE COLLECTION,
REVIEW, SELECTION, AND DISTRIBUTION OF THE ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES
SUBGRANTS. THE TECHNICAL SUPPORT WILL BE CUSTOMIZED TO EACH ASSISTANCE REQUEST,
DEVELOPING ROBUST AND TRANSPARENT STRUCTURES. TEXAS SOUTHERN UNIVERSITY WILL ASSIST
COMMUNITY-BASED ORGANIZATIONS (CBOS) AND COMMUNITY LEADERS IN ESTABLISHING STRUCTURES
TO ENSURE THAT INCOMING FINANCIAL RESOURCES ARE DISTRIBUTED WITH EQUITY AND
TRANSPARENCY. THE PROPOSED GOVERNANCE AND ACCOUNTABILITY MEASURES WILL BE SHARED AMONG
THE STAKEHOLDERS TO ENSURE TRANSPARENCY IN THE DISTRIBUTION OF FUNDS.


ACTIVITIES:THE PROJECT ACTIVITIES DURING THE INITIAL AWARD PHASE INCLUDE THE
ESTABLISHMENT OF HUBS WITH TWO HISTORICALLY BLACK COLLEGES AND UNIVERSITIES (HBCUS)
THAT WILL SERVE AS A CENTRAL POINT FOR COMMUNITY ACCESS TO THE GRANT-MAKING PROGRAM. A
NEW ADVISORY COMMITTEE WILL BE DEVELOPED TO OVERSEE THE GRANT-MAKING PROGRAM'S DESIGN
AND OPERATION. GUIDELINES AND PROTOCOLS WILL BE ESTABLISHED FOR REVIEWING SUBRECIPIENT
APPLICATIONS, PROVIDING TECHNICAL SUPPORT BEFORE AND AFTER FUNDING AWARDS, AND
COLLECTING REPORTS FROM SUBRECIPIENTS. EXPERIENCED VENDORS WILL BE CONTRACTED TO CREATE
A USER-FRIENDLY PROCESS FOR SUBMITTING GRANTS, MANAGING THE DISTRIBUTION OF FUNDING
AWARDS, AND COLLECTING REPORTING SUBMISSIONS. FURTHERMORE, A CONSULTANT WITH EXTENSIVE
EXPERIENCE IN PROGRAM EVALUATION WILL BE HIRED TO DEVELOP AND IMPLEMENT A PROCESS AND
OUTCOME EVALUATION PLAN FOCUSED ON OVERALL EFFICACY AND A PLAN FOR SOLICITING FEEDBACK
FROM FUNDED AND POTENTIAL APPLICANTS. THIS COMPREHENSIVE APPROACH AIMS TO ENSURE THE
EFFECTIVE AND EFFICIENT MANAGEMENT OF THE GRANT-MAKING PROGRAM.


SUBRECIPIENT:TEXAS SOUTHERN UNIVERSITY WILL WORK WITH ACHIEVING COMMUNITY TASKS
SUCCESSFULLY (ACTS) TO ESTABLISH AN ADVISORY COMMITTEE FOR OVERSEEING THE GRANT-MAKING
PROGRAM'S DESIGN AND OPERATION. THEY WILL CREATE GUIDELINES AND PROTOCOLS FOR REVIEWING
SUBRECIPIENT APPLICATIONS, OFFERING TECHNICAL SUPPORT BEFORE AND AFTER FUNDING AWARDS,
AND COLLECTING REPORTS FROM SUBRECIPIENTS. ACHIEVING COMMUNITY TASKS SUCCESSFULLY
(ACTS) WILL USE ITS EXPERIENCE IN DEVELOPING IMPACTFUL COMMUNITY-LED ENVIRONMENTAL
JUSTICE PROJECTS TO ENGAGE, EDUCATE, AND EMPOWER THROUGH CITIZEN SCIENCE, COMMUNITY
INCLUSION, AND INITIATIVES THAT PROMOTE COMMUNITY RESILIENCY AND ENVIRONMENTAL JUSTICE.
FURTHERMORE, ACHIEVING COMMUNITY TASKS SUCCESSFULLY (ACTS) WILL PROVIDE TRAINING AND
RESOURCES TO ENHANCE CRITICAL THINKING AND BOOST RESIDENTS' ABILITY TO ADVOCATE FOR
THEIR COMMUNITY AND DRIVE TRANSFORMATIVE CHANGE.OUTCOMES:THE PROJECT ANTICIPATED
DELIVERABLES INCLUDE A MULTILINGUAL WEBSITE/LANDING PAGE, AND QUARTERLY BILINGUAL
EMAILS (IN ENGLISH AND SPANISH) WHICH WILL BE SENT QUARTERLY TO THE NETWORKS OF TEXAS
SOUTHERN UNIVERSITY. PAID CONTRACTORS/EXPERTS WILL USE THEIR METHODOLOGY TO DISTRIBUTE
EMAILS AND HARD COPY MATERIALS THROUGHOUT TRIBAL NATIONS. A WEBINAR WILL ALSO BE HOSTED
ON A VIRTUAL PLATFORM THAT PROVIDES TRANSLATION INTO MULTIPLE LANGUAGES TO ADVERTISE
THE AVAILABILITY OF THE FUNDING OPPORTUNITIES. ADDITIONALLY, IN-PERSON PRESENTATIONS
AND PRINTED MATERIALS ABOUT THE SUBAWARD OPPORTUNITIES WILL BE INCORPORATED AT

CONFERENCES, EVENTS AT TRIBAL NATIONS, AND COMMUNI",6/25/2024,$0,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_96714201_6800,96714201,PROJECT GRANT
(B),ASST_NON_96714201_6800,"$80,000",THE MISSOURI RIVER OBSVTRY,"DESCRIPTION:THE
AGREEMENT PROVIDES FUNDING TO THE MISSOURI RIVER BIRD OBSERVATORY (MRBO). SPECIFICALLY,
THE RECIPIENT WILL PARTNER WITH ADULTS, BUSINESS OWNERS, ORGANIZATIONS, TITLE 1 SCHOOL
PARENTS, AND SUBAWARDEES IN FIVE UNDERSERVED COMMUNITIES LOCATED IN TIER 1
ENVIRONMENTAL JUSTICE GEOGRAPHIES AS DEFINED BY THE MISSOURI DEPARTMENT OF
CONSERVATION'S COMPREHENSIVE CONSERVATION STRATEGY IN KANSAS CITY, KANSAS AND KANSAS
CITY, MISSOURI. IN YEAR 1, MRBO WILL HOST CONSERVATION CAFEACUTE; LISTENING SESSIONS
AND CO-PRODUCE ENVIRONMENTAL EDUCATION (EE) CURRICULA WITH RESIDENTS. IN YEAR 2, MRBO
WILL DELIVER SCIENCE-BASED WORKSHOPS AND EVENTS (E.G. RESIDENT-LED SERVICE PROJECTS).
THE PROGRAM WILL ADDRESS CLIMATE CHANGE AND IMPROVING AIR QUALITY BY FOSTERING
ENVIRONMENTAL LITERACY IN THE COMMUNITY. BY INVOLVING COMMUNITY MEMBERS AT THE CORE OF
THE RECIPIENT'S INITIATIVE, MRBO AIMS TO EMPOWER THE COMMUNITY WITH THE KNOWLEDGE AND
SKILLS NEEDED TO ADDRESS THESE CHALLENGES EFFECTIVELY.ACTIVITIES:THIS PROJECT WILL
INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES, SPECIFICALLY IN THE
PENDLETON HEIGHTS, DUNBAR, BRUSH CREEK, AND WENDELL PHILLIPS COMMUNITIES IN KANSAS
CITY, MISSOURI AND THE ARGENTINE COMMUNITY IN KANSAS CITY, KANSAS. THE PROJECT WILL
PROVIDE ADULTS, BUSINESS OWNERS, ORGANIZATIONS, TITLE 1 SCHOOL PARENTS AND SUBAWARDEES
THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TAKE RESPONSIBLE ACTIONS TOWARDS
ENVIRONMENTAL PRIORITIES.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE ASSESSING CLIMATE
LITERACY AND ENVIRONMENTAL JUSTICE AWARENESS BY HOSTING CONSERVATION CAFEACUTE;
LISTENING SESSIONS; CO-PRODUCING TAILORED EE CURRICULA WITH RESIDENTS; DELIVERING
SCIENCE-BASED WORKSHOPS AND EVENTS (E.G. RESIDENT-LED SERVICE PROJECTS); FOSTERING A
NETWORK OF KNOWLEDGEABLE ADVOCATES; AND IMPROVING ENVIRONMENTAL SUSTAINABILITY THROUGH
COMMUNITY ACTION.SUBRECIPIENT:THE SUBAWARD PROGRAM WILL ENABLE THE MISSOURI RIVER BIRD
OBSERVATORY TO GIVE BETWEEN 6 AND 10 SUBAWARDS TO SUPPORT THE WORK OF ELIGIBLE KANSAS
CITY-AREA 501(C)3 NON-PROFIT ORGANIZATIONS AND LOCAL EDUCATION AGENCIES BY PROVIDING
VITAL SERVICES, EXPERTISE, AND A FRAMEWORK TO MAKE THIS PROJECT SUCCESSFUL AND
SUSTAINABLE. SPECIFICALLY, IN YEAR 1, SUBAWARDS WILL BE DISTRIBUTED TO ELIGIBLE
COMMUNITY ORGANIZATIONS TO INCREASE CAPACITY WITH PLANNING, ADVERTISING, AND
IMPLEMENTING CONSERVATION CAFES, PROVIDE CONNECTIONS WITH COMMUNITIES AND POTENTIAL
AUDIENCE MEMBERS, AND PROVIDE INPUT AT LOCAL CURRICULUM DEVELOPMENT MEETINGS. IN YEAR
2, MRBO WILL OPEN A PROPOSAL APPLICATION PROCESS TO ELIGIBLE LOCAL/NEIGHBORHOOD
ORGANIZATIONS TO DIRECTLY DELIVER LOCAL ENVIRONMENTAL EDUCATION. YEAR 2 PROPOSALS
SUBMITTED UNDER APPLICATION PROCESS WILL BE EVALUATED BASED ON LEVEL OF COMMUNITY
IMPACT, ENVIRONMENTAL STEWARDSHIP, OUTREACH POTENTIAL, AND LIKELIHOOD OF PROJECT
COMPLETION (E.G. RECIPIENT TO ROLL OUT THE PROJECT).OUTCOMES:IT IS ANTICIPATED THAT
THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: 200 RESIDENTS AT CONSERVATION
CAFEACUTE;S; 15 CURRICULA CO-PRODUCERS ATTENDING 5 CURRICULA MEETINGS; 35 EE WORKSHOPS,
EVENTS, AND/OR SERVICE PROJECTS; AND 525 RESIDENTS AT EE EVENTS.

EXPECTED SHORT-TERM OUTCOMES INCLUDE AN INCREASED KNOWLEDGE IN THE NUMBER AND TYPE OF
ENVIRONMENTAL JUSTICE CONCERNS IN THE COMMUNITY, AN INCREASED KNOWLEDGE ON THE NUMBER
OF ENVIRONMENTAL RESOURCES AVAILABLE TO SUPPORT CONTINUED LEARNING, AND AN INCREASED
KNOWLEDGE AND CONFIDENCE TO EFFECTIVELY DESCRIBE ENVIRONMENTAL JUSTICE AND WHY IT IS
IMPORTANT FOR OTHERS TO GET INVOLVED.

EXPECTED MEDIUM-TERM OUTCOMES INCLUDE THE EE PROGRAM ADVOCATES REPORTING AN INCREASED
CONNECTION TO NATURE, AN INCREASED SENSE OF PERSONAL RESPONSIBILITY FOR ENVIRONMENTAL
STEWARDSHIP, AN INCREASED NUMBER OF MEANINGFUL CONVERSATIONS ON ENVIRONMENTAL JUSTICE,
AND AN INCREASE IN NUMBER OF PERSONAL ACTIONS THAT LEAD TO MORE SUSTAINABLE
ENVIRONMENTAL AND CONSERVATION CHANGE OUTCOMES.

THE EXPECTE",6/28/2024,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_95343201_6800,95343201,PROJECT GRANT
(B),ASST_NON_95343201_6800,"$100,000","LIVING CLASSROOMS FOUNDATION,
INC","DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO THE LIVING CLASSROOM FOUNDATION TO
IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL
EDUCATION PRACTICES, METHODS, AND TECHNIQUES THAT WILL SERVE TO INCREASE ENVIRONMENTAL
LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN BALTIMORE,
MARYLAND. THE GRANTEE WILL DO THIS BY IMPLEMENTING STREAM AND WATERSHED INVESTIGATIONS
AT MASONVILLE COVE FOR BALTIMORE CITY.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN BALTIMORE, MARYLAND, AND PROVIDE STUDENTS AND TEACHERS WITH THE
SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO
BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: 1) WATERSHED STREAM STUDIES (WSS), A
FIELD TRIP AND ACTION PROJECT FOR 400 9TH GRADE STUDENTS FROM PUBLIC HIGH SCHOOLS; 2)
SLURRP (SCHOOL LEADERSHIP IN URBAN RUNOFF REDUCTION PROJECT), A YEAR-LONG MWEE FOR 200
4TH AND 5TH GRADE STUDENTS AT LAKELAND ELEMENTARY/MIDDLE SCHOOL; AND COMMUNITY

ENGAGEMENT PROGRAMS FOR RESIDENTS OF UNDERSERVED SOUTH BALTIMORE COMMUNITIES NEAR
MASONVILLE COVE. ALL THREE PROGRAM ELEMENTS ADDRESS THE NEED FOR SOLUTIONS TO THE LOCAL
PROBLEM OF STORMWATER RUNOFF POLLUTION IN THE PATAPSCO WATERSHED. SUBRECIPIENT:FIVE
SUBGRANTEES WILL BE SELECTED AND WILL RECEIVE SUBGRANTS OF NO MORE THAN $5,000 EACH TO
SUPPORT THE PROJECT'S WATER QUALITY AND ENVIRONMENTAL JUSTICE FOCUSED ACTIVITIES AND
PRIORITIES. THESE MAY INCLUDE BUT ARE NOT LIMITED TO COMMUNITY TRASH CLEANUPS, PLANTING
PROJECTS, PUBLIC SERVICE INFORMATION, ETC. THAT FOCUSES ON A REDUCTION OF STORMWATER

RUNOFF POLLUTION AND DEVELOPMENT OF A CLEANER AND MORE ENVIRONMENTALLY LITERATE
COMMUNITY.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING
DELIVERABLES AND EXPECTED OUTCOMES: 400 STUDENTS AND 10 TEACHERS FROM AT LEAST 4
BALTIMORE CITY HIGH SCHOOLS PARTICIPATE IN SINGLE-DAY FIELD EXPERIENCES AT MASONVILLE
COVE. AROUND 200 STUDENTS AND 4 TEACHERS FROM LAKELAND EMS WILL PARTICIPATE IN 5
CLASSROOM/SCHOOLYARD SESSIONS, 6 ACTION PROJECTS (SOME CLASSES MAY COMBINE), AND 1 MC
FIELD EXPERIENCE. UP TO 36 FREE COMMUNITY CITIZEN SCIENCE/ENVIRONMENTAL LITERACY EVENTS
WILL BE HELD (~150 PARTICIPANTS) AND AT LEAST 20 CLASSES WILL CONDUCT TRASH PICKUPS,
COLLECTING 1,000 POUNDS OF TRASH FROM THE MC CAMPUS AND SHORELINE.",7/3/2024,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_95343301_6800,95343301,PROJECT GRANT
(B),ASST_NON_95343301_6800,"$100,000",HENRICO COUNTY PUBLIC SCHOOLS,"DESCRIPTION:THIS
PROJECT PROVIDES FUNDING TO HENRICO COUNTY PUBLIC SCHOOLS TO IMPLEMENT ITS PROJECT,
WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES,
METHODS, AND TECHNIQUES THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND
ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN HENRICO COUNTY, VIRGINIA. THE
GRANTEE WILL DO THIS BY DELIVERING ENVIRONMENTAL EDUCATION (EE) DIRECTLY TO THE HEARTS
OF UNDERSERVED SCHOOLS AND COMMUNITIES. THE PROJECT WILL LEVERAGE A STATE-OF-THE-ART
ELECTRIC BUS BY TRANSFORMING IT INTO A ROVING ELECTRIC CLASSROOM THAT BRINGS IMMERSIVE
EE EXPERIENCES TO 21 TITLE I ELEMENTARY SCHOOLS.


ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN HENRICO COUNTY, VIRGINIA, AND PROVIDE UNDERSERVED YOUTH IN
GRADES 1-12 WITH THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TAKE RESPONSIBLE
ACTIONS. THE ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE LESSONS AND
PROJECTS FOCUSED ON CLIMATE CHANGE, AIR QUALITY IMPROVEMENT, ENVIRONMENTAL JUSTICE, AND
INDIGENOUS KNOWLEDGE, AS WELL AS AGE-APPROPRIATE LESSONS AND FIELD TRIPS FOR THE
PARTICIPATING CHILDREN.SUBRECIPIENT:THIS PROJECT WILL AWARD FIVE SUBAWARDS IN THE
AMOUNT OF $5,000 EACH FOR A TOTAL OF $25,000. EACH SUBAWARD IS BROKEN DOWN AS SHOWN.
THE FIRST $5,000 SUBAWARD WILL BE FOR CURRICULUM DEVELOPMENT FOR THE STATIONS ON THE
BUS. THE RECIPIENT WILL OVERSEE THE CREATION OF A TOTAL OF 30 ACTIVITIES (5 LESSONS PER
GRADE LEVEL K-5) AROUND THE FIVE BUILT-IN STATIONS ON THE BUS. THE SECOND $5,000
SUBAWARD WILL BE FOR RESOURCE AND ASSET MAPPING OF THE 21 ELEMENTARY SCHOOLS. THIS
CONTRACT WILL BE COMPLETED BY THE RECIPIENT WITH INPUT FROM THE SCHOOL AND COMMUNITY
WHILE FOCUSING ON THE BEST PRACTICES THAT WILL HAVE THE GREATEST IMPACT FOR THAT SCHOOL
AND COMMUNITY. THROUGH THIS PROCESS, THE SCHOOL AND COMMUNITY STEWARDSHIP PROJECTS BEST
PRACTICES WILL BE IDENTIFIED. THE THIRD $5,000 SUBAWARD WILL BE USED FOR A RECIPIENT TO
COORDINATE THE SCHOOL AND COMMUNITY STEWARDSHIP EVENTS. THIS AWARD WILL BE USED FOR
SUPPLIES, MATERIALS OR ADMINISTRATIVE COSTS ASSOCIATED WITH THE 21 EVENTS. THE FOURTH
$5,000 SUBAWARD WILL BE USED FOR TEACHER PROFESSIONAL LEARNING LED BY THE RECIPIENT.
THAT RECIPIENT WILL LEAD SUMMER PROFESSIONAL LEARNING FOR THE 300 TEACHERS AND CREATE
ASYNCHRONOUS RESOURCES TO PROVIDE SUPPORT FOR TEACHERS BEFORE THEIR SCHEDULED WEEK THE
BUS. THE FIFTH $5,000 WILL BE USED FOR COMMUNICATION AND PRESS COVERAGE OF THE PROJECT.
THE RECIPIENT WILL SUPPORT TELLING THE STORY OF THE 'GREEN WHEELS FOR BRIGHT MINDS:
RECIPIENT WILL INCLUDE FEATURES ON HOW THE BUS WAS CREATED USING HCPC' ACE CENTERS, HOW
COMMUNITY PARTNERS HELPED ESTABLISH THE BUS AND WHAT FULL IMPLEMENTATION OF THE
PROJECTS LOOKS LIKE THROUGH THE LIFESPAN OF THE BUS. THE TOTAL OTHER COSTS FOR THIS
PROJECT ARE $25,000 WHICH WILL COME ENTIRELY FROM EPA FUNDS.OUTCOMES:IT IS ANTICIPATED
THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: ENHANCE EE CAPACITY AMONG
TEACHERS SIGNIFICANTLY BY PROVIDING EDUCATORS WITH HANDS-ON TRAINING IN EE. THIS
PROJECT WILL EQUIP THEM WITH THE SKILLS, UNDERSTANDING, AND KNOWLEDGE TO INTEGRATE
ENVIRONMENTAL TOPICS INTO THEIR TEACHING REPERTOIRE, THEREBY AMPLIFYING THE PROGRAM'S
REACH AND SUSTAINABILITY. ANOTHER ANTICIPATED DELIVERABLE IS THE ELECTRIC BUS, WHICH
WILL SERVE AS A MOBILE CLASSROOM. THIS BUS WILL SERVE AS A SYMBOL OF ENVIRONMENTAL
STEWARDSHIP, A TANGIBLE REPRESENTATION OF THE COMMUNITY'S COMMITMENT TO ECOLOGICAL
RESPONSIBILITY. THE BUS WILL ALSO CATALYZE COMMUNITY INVOLVEMENT, WITH OVER 1,100
COMMUNITY MEMBERS EXPECTED TO PARTICIPATE, REINFORCING THE SIGNIFICANCE OF
ENVIRONMENTAL STEWARDSHIP IN HENRICO COUNTY, VA.",7/8/2024,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_96714101_6800,96714101,PROJECT GRANT
(B),ASST_NON_96714101_6800,"$100,000",KANSAS ASSOCIATION FOR CONSERVATION AND
ENVIRONMENTAL EDUCATION,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO KANSAS
ASSOCIATION FOR CONSERVATION AND ENVIRONMENTAL EDUCATION (KACEE) TO IMPLEMENT ITS
PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION
PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY
AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT. THE PROJECT GOAL IS TO CO-
CREATE WITH YOUTH, EDUCATORS, AND GREEN CAREER PROFESSIONALS A SUSTAINABLE GREEN
CLIMATE CAREERS PROGRAM IN KANSAS AND MISSOURI FOR MIDDLE AND HIGH SCHOOL STUDENTS,
PARTICULARLY FROM UNDERSERVED COMMUNITIES, WHO WILL ACQUIRE THE SKILLS AND KNOWLEDGE

NEEDED TO PURSUE CAREERS IN THE GROWING FIELD OF ENVIRONMENTAL SUSTAINABILITY, RENEWABLE ENERGY, AND CLIMATE-RELATED PROFESSIONS. THIS PROJECT WILL ALSO INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN GARDEN CITY (67846) AND EMPORIA (66801) IN KANSAS, AS WELL AS SALEM (65560) AND ARCADIA (63621) IN MISSOURI AND PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.

ACTIVITIES:ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: EDUCATING TEACHERS ABOUT CLIMATE LITERACY AND GREEN JOBS; ENGAGING STUDENTS FROM DIVERSE BACKGROUNDS TO COME TOGETHER, DIALOGUE, AND TAKE ACTION TO ADDRESS THESE BARRIERS TO THEIR INVOLVEMENT AND INTEREST IN GREEN CAREERS; CREATING A GREEN CAREER PATHWAYS WEBSITE; DEVELOPING A GREEN CAREERS CURRICULUM, ORGANIZING AND PROVIDING A VIRTUAL YOUTH GREEN CAREERS SUMMIT; ENGAGING STUDENTS IN SCHOOL-BASED ACTION PROJECTS, AND CONNECTING STUDENTS WITH MENTORS TO EXPLORE POTENTIAL CAREERS. SUBRECIPIENT:SUBAWARDS WILL SUPPORT GREEN SCHOOL INITIATIVES THAT ADDRESS CLIMATE LITERACY, AIR QUALITY, CLEAN WATER, WASTE, AND ENVIRONMENTAL JUSTICE IN SCHOOLS AS WELL AS STUDENT-LED SCHOOL PROJECTS THAT EXTEND THE LEARNING EXPERIENCE AROUND GREEN CAREERS AND GIVE STUDENTS HANDS-ON EXPERIENCE SOLVING IDENTIFIED PROBLEMS IN THEIR SCHOOL OR COMMUNITY.

OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: A DEDICATED CAREER PATHWAYS WEBSITE FOR STUDENTS AND GUIDANCE COUNSELORS, A COMPLETED GREEN CAREERS CURRICULUM; HOSTING A VIRTUAL GREEN CAREER EVENT; AND STUDENT ENGAGEMENT IN IMPLEMENTING LOCAL GREEN SCHOOLS AND STUDENT-LED GREEN CAREER RELATED PROJECTS.

EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASED STUDENT ENGAGEMENT IN GREEN CAREER EXPLORATION; EDUCATORS WITH ENHANCED SKILLS TO TEACH ABOUT CLIMATE; ELIMINATION OF BARRIERS FOR YOUTH IN DISADVANTAGED COMMUNITIES WHO ARE INTERESTED IN ENTERING GREEN CAREERS.

THE INTENDED BENEFICIARIES INCLUDE 30 EDUCATORS AND 1000 MIDDLE TO HIGH SCHOOL STUDENTS, WITH A SPECIAL EMPHASIS ON UNDERSERVED RURAL AND URBAN COMMUNITIES INCLUDING GARDEN CITY (67846) AND EMPORIA (66801) AREAS IN KANSAS, AS WELL AS SALEM (65560) AND ARCADIA (63621) IN MISSOURI.",7/9/2024,,

"66.045 - TEXAS DETERMINED THAT AUSTIN NOW HAS THE THIRD MOST POLLUTED AIR IN TEXAS. SERVING OVER 70,000 STUDENTS ON 113 CAMPUSES OF WHICH 72 (63%) ARE DESIGNATED AS TITLE-1, AND 52% OF THE AUSTIN INDEPENDENT SCHOOL DISTRICT STUDENTS ARE ECONOMICALLY DISADVANTAGED

USING AUSTIN'S COMBINED WIND AND SOLAR NETWORK TO POWER THE ELECTRIC VEHICLE BUSES, EDUCATE STUDENTS ON THE BENEFITS OF GREEN ENERGY, PARTNER WITH THE AUSTIN COMMUNITY ON THE PLANNED GRANT ACTIVITIES, ENCOURAGE LABOR ENGAGEMENT IN THE COMMUNITY, AND HELP MEET AUSTIN INDEPENDENT SCHOOL DISTRICT'S COMMITMENT TO ELECTRIFY THEIR ENTIRE DIESEL BUS FLEET (500 BUSES) BY 2035 AND CONTRIBUTE TOWARDS COMMUNITY-WIDE GOAL TO REACH NET-ZERO GREENHOUSE GAS EMISSIONS BY 2040.",https://www.usaspending.gov/award/ASST_NON_02F54501_6800,02F54501,PROJECT GRANT (B),ASST_NON_02F54501_6800,"$6,250,000",AUSTIN INDEPENDENT SCHOOL DISTRICT,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) TO AUSTIN INDEPENDENT SCHOOL DISTRICT TO HELP IMPROVE AIR QUALITY BY REDUCING GREENHOUSE GAS EMISSIONS AND REDUCE ASTHMA-RELATED ILLNESSES IN THE AUSTIN INDEPENDENT SCHOOL DISTRICT (AISD) AND TRAVIS COUNTY BY REPLACING TWENTY-FIVE DIESEL-POWERED SCHOOL BUSES WITH TWENTY-FIVE ELECTRIC VEHICLE (ZERO EMISSIONS) CLASS 7 BUSES AND TWENTY-FIVE DIRECT CURRENT FAST CHARGERS. WHILE NEW BUSES MEET UNITED STATES PROTECTION AGENCY'S TOUGHER EMISSION STANDARDS, MANY OLDER BUSES CONTINUE TO EMIT POLLUTANTS THAT CAN BE HARMFUL TO HEALTH LIKE NITROGEN OXIDES OR PARTICULATE MATTER. THE AUSTIN INDEPENDENT SCHOOL DISTRICT STUDENTS ARE PARTICULARLY VULNERABLE TO AIR POLLUTION INSIDE AND NEAR OLDER DIESEL SCHOOL BUSES. AN ANALYSIS OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY POLLUTION DATA PERFORMED BY ENVIRONMENT TEXAS DETERMINED THAT AUSTIN NOW HAS THE THIRD MOST POLLUTED AIR IN TEXAS. SERVING OVER 70,000 STUDENTS ON 113 CAMPUSES OF WHICH 72 (63%) ARE DESIGNATED AS TITLE-1, AND 52% OF THE AUSTIN INDEPENDENT SCHOOL DISTRICT STUDENTS ARE ECONOMICALLY DISADVANTAGED, THE DISTRICT PLANS TO USE THESE PROJECT FUNDS TO TARGET THE HIGHEST MILEAGE BUS ROUTES WITH THE LONGEST AVERAGE RIDE TIMES TO HAVE THE GREATEST ENVIRONMENTAL IMPACT AND MAXIMIZE STUDENT AND DRIVER HEALTH OUTCOMES. THE AVERAGE TIME FOR A ONE-WAY RIDE ON AN AISD BUS IS 30-45 MINUTES, BUT RIDE TIMES FOR MAGNET SCHOOLS ARE LONGER (60-90 MINUTES) DUE TO SERVING STUDENT POPULATIONS ACROSS THE ENTIRE CITY.

THE PURCHASE OF THESE NEW CLEANER SCHOOL BUSES WILL PRODUCE ZERO EMISSIONS COMPARED TO THEIR OLDER DIESEL PREDECESSORS, AND CLEANER AIR IN BUS LOADING AREAS AND IN THE DISTRICT COMMUNITIES IN WHICH THEY OPERATE WITHIN TRAVIS COUNTY. IMPROVED AIR QUALITY HAS BEEN SHOWN TO NOT ONLY REDUCE RESPIRATORY CHALLENGES BUT HAVE ALSO BEEN SHOWN TO IMPROVE LEARNING OUTCOMES. THE INTENT OF THESE BUS PURCHASES PRIMARILY IS FOR THESE REASONS: TO HELP DECREASE GREENHOUSE GAS EMISSIONS (CARBON DIOXIDE, HYDROFLUOROCARBONS, METHANE, NITROUS OXIDE, PERFLUOROCARBONS, AND SULFUR HEXAFLUORIDE) BY PREVENTING 1 MILLION POUNDS OF CARBON DIOXIDE AND OTHER HARMFUL POLLUTANTS FROM BEING RELEASED INTO

THE AIR, REDUCE EXPOSURE TO GREENHOUSE GAS EMISSIONS FOR RIDERS AND APPROXIMATELY 320 SCHOOL BUS DRIVERS, REDUCE MOTOR OIL CONSUMPTION AND DISPOSAL, INCREASE ACCESS TO ELECTRIC BUSES FOR STUDENTS' WITH VARYING MOBILITY NEEDS, REDUCE THE AMOUNT OF NITROGEN OXIDES FROM ELECTRIC POWER GENERATION SOURCES BY USING AUSTIN'S COMBINED WIND AND SOLAR NETWORK TO POWER THE ELECTRIC VEHICLE BUSES, EDUCATE STUDENTS ON THE BENEFITS OF GREEN ENERGY, PARTNER WITH THE AUSTIN COMMUNITY ON THE PLANNED GRANT ACTIVITIES, ENCOURAGE LABOR ENGAGEMENT IN THE COMMUNITY, AND HELP MEET AUSTIN INDEPENDENT SCHOOL DISTRICT'S COMMITMENT TO ELECTRIFY THEIR ENTIRE DIESEL BUS FLEET (500 BUSES) BY 2035 AND CONTRIBUTE TOWARDS COMMUNITY-WIDE GOAL TO REACH NET-ZERO GREENHOUSE GAS EMISSIONS BY 2040.

ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING TWENTY-FIVE DIESEL-POWERED SCHOOL BUSES WITH TWENTY-FIVE CLASS 7 ZERO-EMISSION ELECTRIC VEHICLE SCHOOL BUSES AND INSTALLING TWENTY-FIVE DIRECT CURRENT FAST VEHICLE CHARGING STATIONS TO SUPPORT THE CHARGING INFRASTRUCTURE WITHIN THE AUSTIN INDEPENDENT SCHOOL DISTRICT COMMUNITY (TRAVIS COUNTY). UNITED STATES ENVIRONMENTAL PROTECTION AGENCY FUNDS ONLY WILL BE USED TOWARDS THE PURCHASE OF THE SCHOOL BUSES AND CHARGERS. PROCUREMENT OF THE NEW SCHOOL BUSES WILL BE FOLLOWED IN ACCORDANCE WITH UNITED STATES ENVIRONMENTAL PROTECTION AGENCY PROCUREMENT GUIDELINES AND EXPECTED TO BE COMPLETED BY THE END OF 2026. THE NEW SCHOOL BUSES WILL SERVE THE AUSTIN INDEPENDENT SCHOOL DISTRICT, WITH A STUDENT POPULATION OF APPROXIMATELY 74,000, AS WELL AS THE SURROUNDING COMMUNITY IN TRAVIS COUNTY. EACH BUS WILL BE EQUIPPED WITH SUFFICIENT BATTERY CAPACITY TO PERMIT A BUS TO COMPLETE A TYPICAL MORNING AND AFTERNOON ROUTE WITHOUT TH",7/10/2024,,66.045 - Priority is given to projects which propose to replace buses that serve high-need local education agencies; rural school districts; Bureau of Indian Affairs-funded school districts; and school districts receiving basic support payments for children who reside on Indian land.

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_02J64501_6800,02J64501,PROJECT GRANT (B),ASST_NON_02J64501_6800,"$100,000",HOOD CANAL SALMON ENHANCEMENT GROUP,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO THE GRANTEE TO DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN BELFAIR, WASHINGTON.

THIS PROJECT WILL ADDRESS ISSUES FACING THE LOCAL ECOSYSTEM AS WELL AS LOCAL COMMUNITIES WHO RELY ON THE AREA'S NATURAL RESOURCES. STUDENTS AND COMMUNITY MEMBERS WILL ADOPT POSITIVE ENVIRONMENTAL BEHAVIORS AND PARTICIPATE IN LOCAL STEWARDSHIP AND HABITAT RESTORATION ACTIVITIES. THE PROJECT WILL WORK WITH FIVE TITLE 1 SCHOOLS WITH SUBAWARDS. THIS PROGRAM ALSO WILL WORK WITH A LOCAL OUTDOOR LEARNING PROGRAM, BARNACLES AND BEES, AND THE GENERAL PUBLIC. THE PROJECT WILL INCREASE PARTICIPANTS' KNOWLEDGE OF THE LOCAL ENVIRONMENT AND HUMAN IMPACTS, INCREASE ENVIRONMENTAL STEWARDSHIP AND THOUGHTFUL DAILY ACTIONS TO PROTECT LOCAL ECOSYSTEMS, AND INCREASE STUDENT AWARENESS AND CONSIDERATION OF ENVIRONMENTALLY RELATED CAREERS. THE THELER WETLANDS AND UNION RIVER ESTUARY PRESERVE WILL BECOME MORE RESILIENT TO THE EFFECTS OF CLIMATE CHANGE FROM THEELER ENVIRONMENTAL EDUCATION PROGRAM (TEEP) RESTORATION ACTIVITIES.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN BELFAIR, WASHINGTON AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.

EXAMPLES OF ENVIRONMENTAL AND EDUCATIONAL PROJECT ACTIVITIES INCLUDE TREE PLANTINGS, WATER QUALITY TESTING, STUDYING MACROINVERTEBRATES AND STREAM HEALTH, MONITORING FLORA AND FAUNA, AND USING INDIGENOUS KNOWLEDGE FOR STEWARDSHIP PRACTICES AND DEVELOPING NEW PERSPECTIVES TOWARDS THE ENVIRONMENT. THE PROGRAM PROVIDES SCENARIOS FOR PARTICIPANTS TO THINK CRITICALLY, PROBLEM SOLVE, DEVELOP SOLUTIONS, MAKE DECISIONS, AND TAKE STEWARDSHIP ACTION WITHIN THEIR COMMUNITY'S WATERSHED. THE PROGRAMS TAKE PLACE PRIMARILY IN OUTDOOR SETTINGS, DUE TO THE PROJECT LOCATION'S ACCESSIBLE SALTWATER MARCH, FRESHWATER SWAMP, AND RIVERINE WETLANDS. THE PROGRAM ALSO PROVIDES ENVIRONMENTAL EDUCATION EXPERIENCES AND LESSONS HELD INDOORS DUE TO THE PROJECT'S INDOOR CLASSROOM AND WILDLIFE EXHIBIT.

SUBRECIPIENT:THE GRANTEE WILL SOLICIT FOR SUBAWARD PROPOSALS FOR SPECIFIC GRANT ACTIVITIES FOUR ELIGIBLE TITLE I SCHOOL PROJECT PARTNERS. AND AN ELIGIBLE NONPROFITE THE FUNDING WILL BE USED FOR TEACHER STAFF TIME, SUBSTITUTE TEACHERS, AND TRAVEL. OUTCOMES:EXPECTED DELIVERABLES OF THE PROJECT INCLUDE: ENVIRONMENTAL EDUCATION EXPERIENCES FOR STUDENTS AND TEACHERS FROM THE SCHOOLS AND THE NONPROFIT OUTDOOR LEARNING PROGRAM; TWO ONE DAY TEACHER TRAINING WORKSHOPS WHERE THE TEACHERS RECEIVE PROFESSIONAL DEVELOPMENT FOCUSING ON THELER ENVIRONMENTAL EDUCATION PROGRAM PRIORITIES AND SINCE TIME IMMEMORIAL CURRICULUM; GUIDED ENVIRONMENTAL EDUCATION EXPERIENCES IN THE OUTDOORS FOR THE GENERAL PUBLIC AND FOUR COMMUNITY STEWARDSHIP EVENTS LIKE NATIVE PLANTINGS, TRASH AND INVASIVE SPECIES REMOVAL.

EXPECTED OUTCOMES OF THE PROJECT INCLUDE: SHORT-TERM - AN ESTIMATED 3,000 VISITORS AND MEMBERS OF THE GENERAL PUBLIC WILL BECOME MORE KNOWLEDGEABLE ABOUT LOCAL HABITAT RESTORATION EFFORTS AND THE ENVIRONMENTAL EDUCATION PROJECT HAPPENING IN THE COMMUNITY;

MEDIUM-TERM - STUDENTS WILL DEVELOP POSITIVE ATTITUDES AND BEHAVIORS TOWARD
ENVIRONMENTAL STEWARDSHIP AND BE EMPOWERED TO CHANGE BEHAVIORS AND TAKE DAILY ACTIONS
THAT BENEFIT THE ENVIRONMENT; LONG-TERM - TEACHERS WILL SHARE KNOWLEDGE GAINED WITH
COLLEAGUES, AND EMPOWER THEM TO INCORPORATE ENVIRONMENTAL PROJECT TOPICS INTO SCIENCE,
TECHNOLOGY, ENGINEERING, AND MATHEMATICS (STEM) LESSONS AND NEW TEACHERS FROM TITLE 1
SCHOOL PARTNERS WILL PARTICIPATE IN PROJECT WORKSHOPS. THE INTENDED BENEFICIARIES
INCLUDE 12 KINDERGARTEN THROUGH 12TH GRADE TEACHERS, 1,600 STUDENTS, AND 6,000
COMMUNITY MEMBERS",7/10/2024,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_02F59801_6800,02F59801,PROJECT GRANT
(B),ASST_NON_02F59801_6800,"$100,000",GALVESTON BAY FOUNDATION INC,"DESCRIPTION:THIS
PROJECT PROVIDES FUNDING TO GALVESTON BAY FOUNDATION TO IMPLEMENT ITS PROJECT, WHICH
WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS,
AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE
BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN KEMAH, TX. THE RECIPIENT WILL DO THIS BY
CREATING A FOCUS GROUP OF TEACHERS, GALVESTON BAY FOUNDATION EDUCATORS, AND PROJECT
PARTNERS THAT WILL ADAPT ADVANCED PLACEMENT ENVIRONMENTAL SCIENCE RESOURCES TO THE
LOCAL ECOSYSTEM AND CLIMATE CHANGE ISSUES; THAT WILL CREATE A MENU OF ACTIVITIES FOR
FIELD TRIPS; AND THAT WILL PLAN RESEARCH OPPORTUNITIES FOR STUDENTS TO IMPLEMENT AT THE
GALVESTON BAY FOUNDATION EDUCATION CENTER. TEACHERS WILL PILOT THE ACTIVITIES AT THE
EDUCATION CENTER AND PROVIDE FEEDBACK. THE PROJECT WILL CULMINATE WITH A PROFESSIONAL
DEVELOPMENT WORKSHOP FOR TEACHERS.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC
AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN KEMAH, TEXAS, AND PROVIDE
STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE
RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE:
CREATION OF A FOCUS GROUP OF TEACHERS, GALVESTON BAY FOUNDATION EDUCATORS, AND PROJECT
PARTNERS; ADAPTION OF ENVIRONMENTAL SCIENCE RESOURCES TO THE LOCAL ECOSYSTEM AND
CLIMATE CHANGE ISSUES; CREATION OF A MENU OF ACTIVITIES FOR FIELD TRIPS; DEVELOPMENT OF
RESEARCH OPPORTUNITIES FOR STUDENTS TO IMPLEMENT AT THE EDUCATION CENTER; COMPLETION OF
A PILOT OF THE EDUCATION ACTIVITIES AT THE EDUCATION CENTER; AND COMPLETION OF A
PROFESSIONAL DEVELOPMENT WORKSHOP FOR TEACHERS.SUBRECIPIENT:GALVESTON BAY FOUNDATION
WILL PROVIDE A SUBAWARD TO UNIVERSITY OF HOUSTON-CLEAR LAKE TO CONSULT ON THE FOCUS
GROUP, ATTEND MEETINGS, PROVIDE ENVIRONMENTAL SCIENCE RESOURCES TO TEACHERS, AND
FACILITATE DISCUSSION ON FIELD TRIP ACTIVITIES. GALVESTON BAY FOUNDATION WILL PROVIDE A
SUBAWARD TO RICE UNIVERSITY TO CONSULT ON THE FOCUS GROUP, ATTEND MEETINGS, AND RECRUIT
TEACHERS FOR THE FOCUS GROUP AND TEACHER PROFESSIONAL DEVELOPMENT WORKSHOP. GALVESTON
BAY FOUNDATION WILL PROVIDE THREE SUBAWARDS TO ELIGIBLE RECIPIENTS NOT YET IDENTIFIED
WHO WILL PROVIDE FIELD TRIP ASSISTANCE IN CONNECTION TO THE PROJECT, ASSIST WITH
TEACHER TRAVEL TO CONFERENCES, AND PROVIDE CLASSROOM SUPPLIES.OUTCOMES:IT IS
ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: FOCUS GROUP
CREATED; ADVANCED PLACEMENT ENVIRONMENTAL SCIENCE CURRICULUM ADAPTED FOR THE LOCAL
AREA; FIELD TRIPS CONDUCTED; STUDENT RESEARCH OPPORTUNITIES DEVELOPED; PILOT OF
EDUCATION ACTIVITIES WITH STUDENTS COMPLETED; ONE TEACHER DEVELOPMENT WORKSHOP
COMPLETED; AND ONE TEACHER DEVELOPMENT WORKSHOP OR CONFERENCE PRESENTATION COMPLETED.
EXPECTED OUTCOMES OF THE PROJECT INCLUDE IMPROVED STUDENT ENVIRONMENTAL LITERACY AND
KNOWLEDGE OF HOW CLIMATE CHANGE AFFECTS THE GALVESTON BAY ECOSYSTEM, AN INCREASE IN
STUDENT SCIENTIFIC PROBLEM SOLVING, AND AN INCREASE IN RELEVANT FIELD SCIENCE
OPPORTUNITIES FOR ADVANCED PLACEMENT ENVIRONMENTAL SCIENCE TEACHERS WITHIN THE HOUSTON,
TEXAS REGION. THE INTENDED BENEFICIARIES INCLUDE STUDENTS, TEACHERS, AND FORMAL AND
NONFORMAL EDUCATORS WITHIN THIRTY MILES OF KEMAH, TEXAS.",7/16/2024,,

66.615 -Cancel - Environmental
Justice,https://www.usaspending.gov/award/ASST_NON_84084101_6800,84084101,COOPERATIVE
AGREEMENT (B),ASST_NON_84084101_6800,"$25,000,000",RESEARCH TRIANGLE
INSTITUTE,"DESCRIPTION:THE PURPOSE OF THE ENVIRONMENTAL PROTECTION AGENCY'S (EPA)
THRIVING COMMUNITIES GRANTMAKING PROGRAM ( EJ TCGM ) IS TO TRANSFORM DISADVANTAGED AND
UNDERSERVED COMMUNITIES INTO HEALTHY, THRIVING PLACES THAT CAN ADDRESS THE HEALTH AND
ENVIRONMENTAL CHALLENGES THEY FACE NOW AND INTO THE FUTURE. EPA WILL DO THIS BY USING A
PASS-THROUGH MODEL TO DISTRIBUTE GRANT FUNDS TO COMMUNITIES VIA MULTIPLE GRANTMAKERS
SERVING COMMUNITIES ACROSS THE NATION. RESEARCH TRIANGLE INSTITUTE (RTI) INTERNATIONAL
HAS BEEN SELECTED TO SERVE AS THE EPA REGION 4 AND NATIONAL-CENTRAL GRANTMAKER
PROVIDING SUPPORT TO COMMUNITIES ACROSS EPA REGIONS 4-7, WITH A DEDICATED FOCUS ON EPA
REGION 7. RTI'S DIVERSE TEAM BRINGS EXPERTISE IN GRANT MANAGEMENT, ENVIRONMENTAL
SCIENCE, ENVIRONMENTAL JUSTICE, EQUITY#8208;CENTERED RESEARCH AND EVALUATION. RTI'S
PROPOSED SOLUTION ADVANCES RACIAL EQUITY BY POSITIONING COMMUNITY MEMBERS, AS PART OF A
COMMUNITY ADVISORY BOARD (CAB), AS DECISION MAKERS IN SELECTING SUB AWARDEES AND
SUBGRANTEES. RTI'S PROCESS INCLUDES TARGETED OUTREACH AND RECRUITMENT STRATEGIES
INCLUSIVE AND ACCESSIBLE TO POTENTIAL APPLICANTS IN VARIOUS MODALITIES, AND CULTURALLY
APPROPRIATE TO REACH COMMUNITIES. RTI INTERNATIONAL WILL SUPPORT THE INFRASTRUCTURE TO
QUICKLY LAUNCH AN APPLICATIONS INTAKE, REVIEW, AND AWARD PROCESS THAT IS SIGNIFICANTLY
SIMPLIFIED FROM CURRENT FEDERAL GRANTS PROCESSES. RTI INTERNATIONAL WILL RECEIVE AN
INITIAL AWARD OF $25,000,000 OF INFLATION REDUCTION ACT (IRA) FUNDING TO STAND-UP THE
INFRASTRUCTURE TO SUPPORT COMMUNITIES DIRECTLY, AS WELL AS SUPPORT THE REGIONAL
GRANTMAKERS IN THE CENTRAL REGIONS AND THE EJ TCGM NETWORK AS A WHOLE. ONCE THE
INFRASTRUCTURE IS ESTABLISHED, RTI INTERNATIONAL WILL RECEIVE A SUBSEQUENT AWARD OF
$75,000,000 TO IMPLEMENT SUBGRANTING PROGRAMS IN EPA REGIONS 4 AND EPA REGIONS 7, AS
WELL AS TO PROVIDE SUPPORT TO THE EJ TCGM NETWORK AS A WHOLE. THIS BIFURCATED AWARDS
PROCESS IS BEING IMPLEMENTED BY EPA TO ENSURE THAT THE GRANTMAKERS HAVE SUFFICIENT TIME
TO ESTABLISH THE NECESSARY GRANTMAKING INFRASTRUCTURE BEFORE BEGINNING TO ISSUE
SUBGRANTS. THE EJ TCGM PROGRAM IS A KEY LEVER TO ADVANCE ENVIRONMENTAL JUSTICE AND

IMPROVE PUBLIC HEALTH IN COMMUNITIES ACROSS THE CENTRAL REGIONS WHILE ENSURING THAT
COMMUNITY MEMBERS CAN SHAPE THE PROCESS.ACTIVITIES:RTI INTERNATIONAL AND ITS PARTNERS
WILL COME TOGETHER TO SERVE AS THE REGION 4 AND NATIONAL-CENTRAL GRANTMAKERS.
ACTIVITIES TO BE PERFORMED DURING THIS PROJECT ARE:

1) RTI WILL WORK, IN CONSULTATION WITH EPA REGIONAL LEADERS AND COMMUNITY
REPRESENTATIVES, TO IDENTIFY AND ENGAGE THREE (3) NEW STATUTORY PARTNERS LOCATED WITHIN
REGION 7 TO ENSURE TCGM PROVIDES DIRECT SUPPORT TO COMMUNITIES WITHIN THE REGION.

2) RTI INTERNATIONAL WILL IMPLEMENT THE COMMUNITY-ENGAGED TRANSFORMATIVE GOVERNANCE
MODEL TO SUPPORT THE TYPE OF DECISION-MAKING THAT ACKNOWLEDGES THAT COMMUNITY
ORGANIZATIONS HAVE THE AUTHORITY TO DEFINE SUCCESS FOR THEIR PROJECTS, DECIDE ON THE
TYPE OF INTERVENTIONS THEY MOST NEED, AND CONTRIBUTE TO THE GRANTMAKING PROCESS. THE
COMMUNITY ADVISORY BOARDS (CABS) ARE THE CORNERSTONE OF THE PROGRAM. WHILE APPLICATIONS
WILL BE ACCEPTED ON A ROLLING BASIS, CABS WILL MEET TO MAKE FUNDING DECISIONS ON A
QUARTERLY BASIS. THEY ARE ALSO CHARGED WITH GUIDING THE PROGRAM IMPLEMENTATION WITHIN
THE REGIONS. IN CONSULTATION WITH EPA REGIONAL LEADERS, TCGM PARTNERS, AND COMMUNITY
MEMBER INPUT, RTI WILL DEVELOP SELECTION CRITERIA TO SELECT COMMUNITY ADVISORY BOARD
(CAB) MEMBERS. RTI WILL WORK CLOSELY TO ENSURE THAT SELECTION FOR CAB MEMBERS CONSIDERS
CONTEXTUAL EQUITY CONSIDERATIONS SO THAT THE TCGM PROGRAM CAN SERVE THOSE COMMUNITIES
THAT IT IS INTENDED TO BENEFIT.

3) THE COMMUNICATIONS AND OUTREACH TEAM WILL DEVELOP OUTREACH STRATEGIES THAT INCLUDE
BOTH DIRECT IN-PERSON OUTREACH AND INDIRECT COMMUNICATION CHANNELS FOR THE COMPLETE
LIFE CYCLE OF THE GRANT PROGRAM. FOR REGION 4 AND REGION 7, THE COMMUNICATIONS AND
OUTREACH TEAM WILL",7/16/2024,"$1,785,897.12"

66.959 DEI - calls out EQUITY AND COMMUNITY BENEFITS as desired
outcome,https://www.usaspending.gov/award/ASST_NON_84085801_6800,84085801,PROJECT GRANT
(B),ASST_NON_84085801_6800,"$249,800,000",GRID ALTERNATIVES,"DESCRIPTION:NOTE: A
SPECIAL PAYMENT CONDITION APPLIES TO THIS AWARD.

THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT. THE RECIPIENT WILL
PROVIDE FINANCIAL AND TECHNICAL ASSISTANCE TO LOW-INCOME AND DISADVANTAGED COMMUNITIES
TO DEPLOY AND BENEFIT FROM RESIDENTIAL-SERVING DISTRIBUTED SOLAR ENERGY AND STORAGE
PROJECTS. THESE PROGRAMS WILL ENSURE LOW-INCOME HOUSEHOLDS RECEIVE RESIDENTIAL
DISTRIBUTED SOLAR BY PROVIDING PROGRAM BENEFICIARIES HOUSEHOLD SAVINGS, COMMUNITY
OWNERSHIP, ENERGY RESILIENCE, AND OTHER MEANINGFUL BENEFITS.

ACTIVITIES:SOLAR PROJECTS RECEIVING FINANCIAL ASSISTANCE FROM THE RECIPIENT MAY RECEIVE
ASSISTANCE FOR ASSOCIATED ENERGY STORAGE AND UPGRADES THAT EITHER ENABLE PROJECT
DEPLOYMENT OR MAXIMIZE THE BENEFITS OF THE PROJECT FOR LOW-INCOME AND DISADVANTAGED
COMMUNITIES. THE RECIPIENT WILL ALSO PROVIDE PROJECT-DEPLOYMENT SERVICES TO ENABLE LOW-
INCOME AND DISADVANTAGED COMMUNITIES TO DEPLOY AND BENEFIT FROM RESIDENTIAL
SOLAR.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE
ANTICIPATED DELIVERABLES WILL INCLUDE STEPS AND MILESTONES TO IMPLEMENT THE STRATEGIES
AND PLANS FOR THE SOLAR FOR ALL PROGRAM, A DISTRIBUTE SOLAR MARKET STRATEGY, THE
FINANCIAL ASSISTANCE STRATEGY, THE PROJECT-DEPLOYMENT TECHNICAL ASSISTANCE STRATEGY,
AND AN EQUITABLE ACCESS AND MEANINGFUL INVOLVEMENT PLAN.

THE EXPECTED OUTCOMES INCLUDE CLIMATE AND AIR POLLUTION BENEFITS, EQUITY AND COMMUNITY
BENEFITS, AND MARKET TRANSFORMATION BENEFITS. THE INTENDED BENEFICIARIES INCLUDE
HOUSEHOLDS IN LOW-INCOME AND DISADVANTAGED COMMUNITIES.",7/17/2024,,"If this is
approved, cancel all 60 identical grants under 66.959.  All grants were awarded after
7/1/24"

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_00A01451_6800,00A01451,PROJECT GRANT
(B),ASST_NON_00A01451_6800,"$100,000",NEW HAVEN ECOLOGY PROJECT INC,"DESCRIPTION:THIS
PROJECT PROVIDES FUNDING TO THE NEW HAVEN ECOLOGY PROJECT, INC. (NHEP) TO IMPLEMENT ITS
PROJECT TO DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES,
METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND
ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE CITY OF NEW HAVEN,
CONNECTICUT (CT). THE GRANTEE WILL DO THIS BY COLLABORATING WITH ENVIRONMENTAL JUSTICE
(EJ) ORGANIZATIONS AND PUBLIC HIGH SCHOOLS IN NEW HAVEN AND THROUGHOUT NEW ENGLAND TO
DEVELOP A MULTI-YEAR PROGRAM FOCUSED ON EJ LEADERSHIP TRAINING AND ENVIRONMENTAL
EDUCATION OPPORTUNITIES TO 225 STUDENTS AT COMMON GROUND HIGH SCHOOL (CGHS). THE
PROJECT WILL GROW OPPORTUNITIES FOR YOUTH IN NEW HAVEN AND THROUGHOUT NEW ENGLAND TO
BECOME EJ PROBLEM-SOLVERS BY UTILIZING LEADERSHIP PROJECTS FOCUSED ON CLEAN AIR, CLEAN
WATER, AND LAND REVITALIZATION TOPICS. THE GRANTEE WILL ALSO BUILD THE TEACHING
CAPACITY OF EDUCATORS TO INSTRUCT STUDENTS ON EJ THROUGH PROFESSIONAL DEVELOPMENT AND
NETWORKING OPPORTUNITIES, SUCH AS WORKSHOPS, ONLINE RESOURCES, ETC.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN NEW HAVEN, CONNECTICUT (CT) AND THROUGHOUT NEW ENGLAND. THE
PROJECT WILL PROVIDE HIGH SCHOOL STUDENTS AND EDUCATORS AT COMMON GROUND HIGH SCHOOL
(CGHS), PUBLIC SCHOOLS IN CT, PUBLIC HIGH SCHOOLS THROUGHOUT NEW ENGLAND, COMMUNITY-

BASED ORGANIZATIONS (CBOS) IN CT AND NEW ENGLAND, AND ENVIRONMENTAL JUSTICE (EJ)
ORGANIZATIONS IN CT AND NEW ENGLAND WITH THE SKILLS NECESSARY TO MAKE INFORMED
DECISIONS THAT FACILITATE RESPONSIBLE ENVIRONMENTAL ACTIONS. ACTIVITIES TO BE PERFORMED
DURING THIS PROJECT INCLUDE REFINING AND EXPANDING THE CGHS CURRICULUM TO ALIGN WITH
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY (EPA) PRIORITIES AND EJ, SELECTING AND
TRAINING A COHORT OF CGHS STUDENTS TO BE EJ-PROBLEM SOLVERS, AND ENGAGING CBOS, EJ
ORGANIZATIONS, AND PUBLIC HIGH SCHOOLS THROUGHOUT NEW ENGLAND IN OPPORTUNITIES TO
INTEGRATE EJ INTO THEIR CURRICULUM AND APPROACH TO ENVIRONMENTAL EDUCATION.
SUBRECIPIENT:PARTNER COMMUNITY NONPROFITS, ENVIRONMENTAL JUSTICE (EJ) ORGANIZATIONS AND
PUBLIC HIGH SCHOOLS WILL BE IDENTIFIED TO ASSIST IN THE PROJECT BY ACTING AS MENTORS
AND PARTNERS IN STUDENT PROJECTS TO ASSIST THEM IN GROWING AS EJ PROBLEM-SOLVERS, ACT
AS CO-PLANNERS AND CO-TEACHERS IN THE COMMON GROUND HIGH SCHOOL (CGHS) EJ CURRICULUM,
PARTICIPATE IN TRAINING AND CONSULTATION OPPORTUNITIES TO INCREASE THEIR CAPACITY TO
IMPLEMENT EJ IN THEIR CURRICULUM, AND ASSIST NEW HAVEN ECOLOGY PROJECT, INC. (NHEPI) TO
CREATE AN ONLINE RESOURCE GUIDE ON TEACHING EJ IN PUBLIC HIGH SCHOOLS AND ASSIST WITH
DISSEMINATION OPPORTUNITIES. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT
IN THE FOLLOWING DELIVERABLES: A 2-DAY WORKSHOP FOCUSED ON TEACHING ENVIRONMENTAL
JUSTICE (EJ) IN PUBLIC HIGH SCHOOLS IN NEW ENGLAND, OVER 10 CONFERENCES, WORKSHOPS,
BLOG POSTS/NEWSLETTER ARTICLES, MEDIA OPPORTUNITIES HOSTED/PUBLISHED, OVER 10 MODEL
COMMUNITY PROJECTS DEVELOPED BY COMMON GROUND HIGH SCHOOL (CGHS) STUDENTS, DEVELOPMENT
OF A 4-YEAR EJ CURRICULUM AT CGHS, OVER 225 STUDENTS ENGAGED AS EJ-PROBLEM SOLVERS, AND
PUBLICATION OF AN ONLINE RESOURCE GUIDE ON TEACHING EJ IN PUBLIC HIGH SCHOOLS. EXPECTED
OUTCOMES OF THE PROJECT INCLUDE 1) INCREASED COMMITMENT AND CAPACITY FOR TEACHING EJ BY
EDUCATORS, 2) INCREASED CAPACITY FOR HIGH SCHOOL STUDENTS TO ACT AS EJ PROBLEM-SOLVERS,
3) INCREASED CONTRIBUTIONS TO ENVIRONMENTAL STEWARDSHIP AND EJ BY HIGH SCHOOL STUDENTS
AND EDUCATORS, AND 4) INCREASED INTEREST IN ENVIRONMENTAL CAREERS AND COMMITMENT TO
FUTURE ENVIRONMENTAL STEWARDSHIP ACTIONS BY HIGH SCHOOL STUDENTS. THE INTENDED
BENEFICIARIES INCLUDE STUDENTS AND EDUCATORS AT CGHS, COMMUNITY MEMBERS IN NEW HAVEN,
ENVIRONMENTAL LEADERS AND COMMUNITY-BASED ORGANIZATIONS IN NEW HAVEN AND THROUGHOUT
CONNECTICUT, AND EJ ORGANIZATIONS AND STUDENTS AND EDUCATORS AT PUBLIC HIGH SCHOOLS
THROUGHOUT NEW ENGLAND.",7/17/2024,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST NON 00A01518 6800,00A01518,PROJECT GRANT
(B),ASST NON 00A01518 6800,"$80,000","HITCHCOCK CENTER FOR THE ENVIRONMENT,
INC.","DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO THE HITCHCOCK CENTER FOR THE
ENVIRONMENT TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE
ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES THAT WILL SERVE TO INCREASE
ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN
COMMUNITIES IN THE CONNECTICUT RIVER VALLEY OF WESTERN MASSACHUSETTS. THE GRANTEE WILL
PARTNER WITH FOUR TITLE I SCHOOLS TO OFFER ENVIRONMENTAL EDUCATIONAL PROGRAMMING TO
APPROXIMATELY 20 CLASSROOMS AND 400 FIFTH GRADE STUDENTS. THE RECIPIENT WILL PROVIDE
PARTICIPATING CLASSROOMS WITH FOUR ENVIRONMENTAL ENGINEERING DESIGN CHALLENGES TO 20
CLASSROOMS ON A RANGE OF TOPICS INCLUDING, BUT NOT LIMITED TO WATER FILTRATION,
STORMWATER MANAGEMENT, RAINWATER CAPTURE, AND AIR QUALITY, A FIELD TRIP TO THE
HITCHCOCK CENTER'S LIVING BUILDING, AND RESOURCES TO SUPPORT STUDENT-CREATED CLIMATE
ACTION PLANS. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE
ABOUT ENVIRONMENTAL ISSUES IN THE CONNECTICUT RIVER VALLEY OF WESTERN MASSACHUSETTS AND
PROVIDE STUDENTS AT TITLE I SCHOOLS WITH THE SKILLS NECESSARY TO MAKE INFORMED
DECISIONS AND TO TAKE RESPONSIBLE ACTIONS TO SUPPORT STUDENT-CREATED CLIMATE ACTION
PLANS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: PLANNING WITH
SCHOOLS AND PARTNERS, DEVELOPING MATERIALS FOR THE ENVIRONMENTAL ENGINEERING
CHALLENGES, BUILDING A FRAMEWORK FOR EXPERIENTIAL LEARNING, IMPLEMENTATION OF THE FOUR
DESIGN CHALLENGES, A FIELD TRIP TO THE HITCHCOCK CENTER'S LIVING BUILDING, STUDENT-
DEVELOPED CLIMATE ACTION PLANS, PROGRAM EVALUATION, AND SHARING OF PROGRAM EVALUATION
FINDINGS.

SUBRECIPIENT:THE RECIPIENT PROPOSES FOUR FIXED AMOUNT SUBAWARDS AT $5,000 EACH TOTALING
$20,000, IN ACCORDANCE WITH THE 25% REQUIREMENT DESCRIBED IN THE APPLICATION GUIDANCE.
THE SUBAWARD FUNDS WILL BE AWARDED TO SUPPORT SCHOOL PARTICIPATION IN THIS PROJECT AND
OFFSET THE COSTS OF PROGRAM IMPLEMENTATION. SUBRECIPIENTS WILL WORK WITH THE HITCHCOCK
CENTER TO FACILITATE FIELD TRIPS TO THE HITCHCOCK CENTER'S LIVING BUILDING.
ADDITIONALLY, SUBRECIPIENT SCHOOLS WILL USE SUBAWARD FUNDS TO PURCHASE MATERIALS FOR
THEIR 5TH GRADE STUDENTS TO CONDUCT THE PROJECT'S FOUR ENVIRONMENTAL ENGINEERING
CHALLENGES AND TO CONDUCT A CLIMATE ACTION PROJECT. ALL SUBAWARD FUNDS WILL BE
PARTIALLY AWARDED UPON COMPLETION OF THE FOLLOWING MILESTONES: COMPLETION OF FIELD
TRIPS BY ALL PARTICIPATING 5TH GRADE CLASSES TO THE HITCHCOCK CENTER'S LIVING BUILDING
($1,000), ACQUISITION OF ALL MATERIALS FOR THE ENVIRONMENTAL DESIGN CHALLENGES
($2,000), AND COMPLETION OF THE STUDENT ACTION PROJECTS BY ALL PARTICIPATING 5TH GRADE
CLASSES ($2,000). OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE
FOLLOWING DELIVERABLES: 4 SUSTAINABLE DESIGN AND ENGINEERING CHALLENGES, 4 PROFESSIONAL
DEVELOPMENT VIDEOS FOR EACH OF THE DESIGN AND ENGINEERING CHALLENGES, A FIELDTRIP TO
THE HITCHCOCK CENTER FOR 20 CLASSROOMS, DEVELOPMENT OF STUDENT CLIMATE ACTION PLANS,
AND THE DEVELOPMENT OF AN EXPERIENTIAL LEARNING MODEL THAT ALIGNS WITH CURRICULUM
STANDARDS. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: EVALUATION SURVEYS DEMONSTRATING
INCREASE IN TEACHER EXPERIENTIAL TEACHING SKILLS, INCREASED SCHOOL CAPACITY TO
IMPLEMENT EXPERIENTIAL LEARNING RELATED TO CLIMATE CHANGE, INCREASE IN STUDENT AND
TEACHER UNDERSTANDING OF NATURE-BASED SOLUTIONS, INCREASE IN LOCAL UNDERSTANDING OF
ENVIRONMENTAL CHALLENGES AND SOLUTIONS, INCREASED INTEGRATION OF EXPERIENTIAL LEARNING
INTO TITLE I SCHOOL CURRICULUM, INCREASED AWARENESS AND ADOPTION OF NATURE-BASED

SOLUTIONS, AND INCREASED CAPACITY OF LOCAL COMMUNITIES TO BUILD RESILIENCY AND ENGAGE IN CLIMATE-CHANGE SOLUTIONS. THE INTENDED BENEFICIARIES INCLUDE 20 CLASSROOMS AND 400 FIFTH GRADE STUDENTS FROM TITLE I SCHOOL DISTRICTS REPRESENTING LOW-INCOME RURAL COMMUNITIES IN THE CONNECTICUT RIVER VALLEY OF WESTERN MASSACHUSETTS.",7/17/2024,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_02J64301_6800,02J64301,PROJECT GRANT (B),ASST_NON_02J64301_6800,"$99,735",NOOKSACK SALMON ENHANCEMENT ASSOCIATION,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO THE GRANTEE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN WHATCOM COUNTY, WASHINGTON. THE GRANTEE WILL DO THIS BY THEIR FUTURE LEADERS OF WHATCOM WATERS (FLOW) PROGRAM WHICH WILL HELP EDUCATE AND HELP THE YOUNGER POPULATION. THRU A COMPETITIVE PROCESS, THE PROGRAM WILL TARGET 24 STUDENTS WITH DECLARED MAJORS IN EITHER ENVIRONMENTAL SCIENCE OR ENVIRONMENTAL STUDIES FROM WESTERN WASHINGTON UNIVERSITY (WWU) COLLEGE OF THE ENVIRONMENT. THE GRANTEE ALONGSIDE WWU HAVE DESIGNED THESE CERTIFICATE PROGRAMS WITH A PAID INTERNSHIP AND THE INTENTION OF EXPOSING HISTORICALLY UNDERREPRESENTED STUDENTS TO THE FIELD OF ENVIRONMENTAL RESTORATION AND BUILDING UPON THEIR ACADEMIC PATHWAY WITH REAL-WORLD JOB SKILL BUILDING. THE ORGANIZATION'S PRIORITY IS TO POSITION YOUNG PROFESSIONALS INTO SAFE LEADERSHIP POSITIONS WITH TRAINING AND MENTORSHIP ON HOW TO TEACH, IN BOTH FORMAL AND NON-FORMAL SETTINGS, ABOUT ENVIRONMENTAL ISSUES, SOLUTIONS AND STEWARDSHIP FOR THE PURPOSE OF ENCOURAGING INTEREST IN GRATIFYING CAREERS IN THE ENVIRONMENTAL FIELD.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN WHATCOM COUNTY, WASHINGTON AND PROVIDE UNIVERSITY STUDENTS, STUDENTS, TEACHERS, COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. THE UNIVERSITY INTERNS WILL LEAD THE FOLLOWING ACTIVITIES FOR THIS PROJECT: CLASSROOM LESSONS AND OUTDOOR FIELD EXPERIENCES FOR 4TH GRADE STUDENTS; PRESCHOOL GROUPS WITH NATURE-BASED CONNECTIONS; CLIMETIME WORKSHOPS AND TRAINING CLASSROOM TEACHERS WITH CLIMATE SCIENCE CURRICULA TO IMPLEMENT STUDENT ACTION PROJECTS; THE NOOKSACK RIVER STEWARDS PROGRAM GREETING TOURISTS AND RESIDENTS; AND THE STREAM STEWARDS PROGRAM CONNECTING PARTNERS AND VOLUNTEERS TO SALMON HABITAT RESTORATION PROJECTS. IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: UNIVERSITY INTERNS EACH COMPLETE 300 HOURS OF JOB TRAINING THROUGH THE PAID INTERNSHIPS WITH THE GRANTEE; 4TH GRADE STUDENTS WILL COMPLETE THE STUDENTS OF SALMON PROGRAM; TEACHERS WILL ATTEND WORKSHOPS TO INCREASE CLIMATE SCIENCE TEACHING PRACTICES; AND SITES ARE SECURED FOR THE RESTORATION EVENTS IN RURAL LOCATIONS.SUBRECIPIENT:THIS PROJECT INCLUDES FIVE SUBAWARDS. THE SUBAWARDS WILL BE AWARDED TO WESTERN WASHINGTON UNIVERSITY, WHITESWAN ENVIRONMENTAL, EXCELLENCE NORTHWEST, OPPORTUNITY COUNCIL, AND AMERICAN RED CROSS.

ALL SUBAWARDS WILL ENHANCE THE PROJECT BY HELPING WITH THE RECRUITMENT OF INTERNS AND PROVIDING PROFESSIONAL DEVELOPMENT TRAINING TO THOSE INTERNS. OUTCOMES:EXPECTED OUTCOMES OF THE PROJECT INCLUDE SHORT - 24 UNIVERSITY STUDENTS ARE SELECTED FOR THE CERTIFICATE PROGRAM AND THE INTERNS INCREASE THEIR CAREER BUILDING SKILLS; MEDIUM - 2,000 VOLUNTEERS HAVE AN INCREASED UNDERSTANDING OF WATERSHED HEALTH FOR RURAL COMMUNITIES; AND LONG-TERM OUTCOME - 1,600 STUDENTS FURTHER THEIR ACADEMIC PATHWAYS TOWARD ENVIRONMENTAL SCIENCE AND STEWARDSHIP AND THE UNIVERSITY STUDENTS WILL FULFILL CAREERS IN ENVIRONMENTAL EDUCATION. THE INTENDED BENEFICIARIES INCLUDE 24 UNIVERSITY STUDENTS, 1,724 STUDENTS, 100 TEACHERS, AND 2,600 COMMUNITY MEMBERS IN WHATCOM COUNTY, WASHINGTON.",7/18/2024,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_96714301_6800,96714301,PROJECT GRANT (B),ASST_NON_96714301_6800,"$100,000",UPPER IOWA UNIVERSITY,"DESCRIPTION:THIS AGREEMENT PROJECT PROVIDES FUNDING TO UPPER IOWA UNIVERSITY TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN IOWA. SPECIFICALLY, THE GRANTEE WILL DO THIS BY 1) PROVIDING PK-16 TEACHERS WITH CAREER DEVELOPMENT IN ENVIRONMENTAL EDUCATION THROUGH WORKSHOPS, FOLLOW UP SESSIONS, AND SUBAWARDS FOR COMMUNITY PROJECTS; 2) EDUCATING ATTENDEES ON ISSUES SURROUNDING CLIMATE CHANGE, THE IMPLEMENTATION OF PRACTICES AT A LOCAL LEVEL, AND STRATEGIES TO INCORPORATE THE THEME INTO THEIR HOME CLASSROOMS; 3) PROVIDING AT LEAST 8 SUBAWARDS FOR LOCAL ACTION PROJECTS (E.G. SCHOOL GARDEN); AND 4) CREATING AN ONLINE ENVIRONMENTAL EDUCATION LIBRARY AND RESOURCE CENTER TO BROADLY DISSEMINATE MATERIALS AND PROVIDE LIFELONG LEARNERS WITH RESOURCES.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN IOWA AND PROVIDE PK-16 TEACHERS AND THEIR STUDENTS, STUDENT TEACHERS, AND INFORMAL ENVIRONMENTAL EDUCATORS IN IOWA THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE PROVIDING ENVIRONMENTAL EDUCATION FOR EDUCATORS THROUGH COLLEGE CREDIT WORKSHOPS AND FOLLOW-UP SESSIONS, SUPPORTING LOCAL COMMUNITY SCHOOL PROJECTS AIMED AT ENSURING CLEAN AND SAFE WATER AND THE SAFE USE OF CHEMICALS, AND PROVIDING ENVIRONMENTAL EDUCATION TO THE GREATER COMMUNITY THROUGH LIFELONG LEARNING COURSES AND PARTNERSHIPS.SUBRECIPIENT:IN-SERVICE TEACHER PARTICIPANTS, THROUGH THEIR ELIGIBLE LOCAL EDUCATION AGENCIES (LEAS), WILL BE

ABLE TO APPLY FOR SUBAWARDS TO IMPLEMENT LOCAL ACTION PROJECTS. WHILE ALL TEACHERS WILL
CREATE PROJECTS, NOT ALL PROJECTS REQUIRE FUNDING ASSISTANCE. IN MANY CASES, THE SCHOOL
DISTRICTS AND/OR PARTNERS WILL PROVIDE WHAT IS NEEDED TO IMPLEMENT SMALLER PROJECTS.
THIS FUNDING WILL ENABLE SMALLER, OR LOWER INCOME LEAS, THE OPPORTUNITY TO CREATE AND
IMPLEMENT HIGH-QUALITY EDUCATIONAL EXPERIENCES FOR UNDERSERVED STUDENTS. APPLICANTS
WILL SUBMIT APPLICATIONS DESCRIBING THE PROJECT DESIGN, GOALS, OBJECTIVES, AND
OUTCOMES; COMMUNITY PARTNERSHIPS; BUDGET; AND HOW THE PROJECT WILL HELP ACHIEVE A
POSITIVE ENVIRONMENTAL IMPACT. GOALS, OBJECTIVES, AND OUTCOMES MUST ALIGN WITH THE
GOALS AND OBJECTIVES OF THE PROJECT. THE EII TEAM WILL REVIEW ALL SUBAWARD
APPLICATIONS, SCORE THEM AGAINST A WEIGHTED MATRIX, AND DETERMINE WHICH LEA'S PROJECTS
WILL BE AWARDED FUNDS. EACH FUNDED AWARD WILL BE ASSIGNED AN EII STAFF MEMBER AS A
MENTOR. AT LEAST EIGHT SUBAWARDS (TWO FOR EACH WORKSHOP) WILL BE AWARDED TWO MONTHS
AFTER WORKSHOP COMPLETION. A TOTAL OF $25,000 OF THE $100,000 EPA GRANT REQUEST WILL GO
TOWARDS SUBAWARDS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE
FOLLOWING DELIVERABLES: 4 WORKSHOPS INCLUSIVE OF AGRICULTURAL EDUCATION FACILITATED, 4
VIRTUAL FOLLOW-UP SESSIONS CONDUCTED, 88 EDUCATORS TRAINED, 4,800 STUDENTS EDUCATED,
AND $25,000 IN SUBAWARDS PROVIDED TO 8 - 16 ELIGIBLE ENTITIES TO COMPLETE 50 ACTION
PROJECTS AND 8 COMMUNITY PRESENTATIONS. ACTION PROJECTS WILL BE PRESENTED ON AT STATE
AND NATIONAL CONFERENCES, AND AN ONLINE LIBRARY AND RESOURCE CENTER WILL BE CREATED.


EXPECTED SHORT-TERM OUTCOMES INCLUDE AN INCREASE IN KNOWLEDGE AND/OR SKILLS IN
ENVIRONMENTAL CONSERVATION AND STEWARDSHIP AMONG EDUCATORS, AN INCREASE IN EDUCATORS
USING EXPERIENTIAL LEARNING, AND AN INCREASE IN KNOWLEDGE AND/OR SKILLS IN
ENVIRONMENTAL CONSERVATION AND STEWARDSHIP AMONG LIFELONG LEARNERS AND PARTNERS.


EXPECTED MEDIUM-TERM OUTCOMES INCLUDE AN INCREASE IN THE USE OF WORKSHOP MATERIALS AND
SKILLS, AN INCREASE IN LESSON PLANS USING WORKSHOP STRATEGIES AND CONTENT, AN INCREASE
IN STUDENT KNOWLEDGE AND SKILLS IN ENVIRONMENTAL CONSERVATION AND STEWARDSHIP,
SUCCESSFUL COMPLETION OF SUBAWARD RECIPIENT ACTION PROJECTS, A DESIR",7/19/2024,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_03D17024_6800,03D17024,PROJECT GRANT
(B),ASST_NON_03D17024_6800,"$100,000","YOUTH ENVIRONMENTAL ALLIANCE,
INC.","DESCRIPTION:THIS ACTION APPROVES FUNDING IN THE AMOUNT OF $100,000 TO YOUTH
ENVIRONMENTAL ALLIANCE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND
DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE
TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE
ENVIRONMENT IN FLORIDA SPECIFICALLY BROWARD COUNTY AND PALM BEACH COUNTY COMMUNITIES.
THE GRANTEE WILL DO THIS BY FOLLOWING AN AWARENESS TO ACTION MODEL WHICH EDUCATES
PARTICIPANTS IN FORMAL AND NON-FORMAL SETTINGS. EEASY PROGRAMS ARE DESIGNED AND PROVEN
TO INCREASE STUDENT AND PUBLIC KNOWLEDGE AND AWARENESS THROUGH EXPERIMENTS AND
SIMULATIONS DESIGNED TO UTILIZE CRITICAL THINKING TO SOLVE PROBLEMS RELATED TO CLIMATE
CHANGE, WATER QUALITY AND ENVIRONMENTAL INJUSTICE TO MAKE DECISIONS. THE APPLICANT WILL
ACCOMPLISH THIS BY IMPLEMENTATION OF ENERGIZING ECOLOGY SERIES, COMPLETING COMMUNITY
OUTREACH/ECO ACTIONS IN UNDERSERVED COMMUNITIES, INSTALLING FOOD FORESTS/NATIVE GARDENS
AT UNDERSERVED SCHOOLS WITH STUDENTS AND TEACHERS, AND CREATE ACCESS FOR EXTENSION
ACTIVITIES FOR TEACHERS VIA THE INTERNET.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC
AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN FLORIDA SPECIFICALLY BROWARD
COUNTY AND PALM BEACH COUNTY COMMUNITIES AND PROVIDE TEACHERS, STUDENTS AND THE
COMMUNITY THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE
ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE CREATING WEBPAGE
FOR TEACHERS TO SIGN UP FOR PROGRAM AND FILL OUT GRANT APPLICATION AND CREATE PRE AND
POSTTESTS FOR STUDENTS AND TEACHER SURVEYS. MARKETING WILL CREATE LANDING PAGES FOR
TEACHERS TO ACCESS EXTENSION ACTIVITIES. REACHING OUT TO SCHOOLS AND PARTNERS TO
SCHEDULE IN-SCHOOL CLASSES/INSTALLATIONS AND COMMUNITY OUTREACH EVENTS. MEETING WITH
PARTNERING SCHOOLS TO DISSEMINATE SUBAWARDS AND HELP WITH THE ORDERING OF SUPPLIES FOR
THE GARDENS. DURING MEETINGS THE APPLICANT WILL LAY OUT SCHEDULES AND PLANS TO HELP
THEM MAINTAIN THE PROJECT AND STAY ON TRACK. WILL CONDUCT PROJECT EEASY PROGRAMS AND
OUTREACH EVENTS.SUBRECIPIENT:SUBAWARDS WILL BE AWARDED TO 10 ORGANIZATIONS AT $2,500
FOR EACH RECIPIENT WHICH INCLUDE BUT ARE NOT LIMITED TO: GALAXY ELEMENTARY, HAGEN ROAD
ELEMENTARY, ST. JEROME, PIONEER PARK ELEMENTARY, SAWGRASS SPRINGS AND RAMBLEWOOD MIDDLE
SCHOOLS, SOUTH PLANTATION HIGH SCHOOL, HENRY D PERRY EDUCATION CENTER, UB
KINSEY/PALMVIEW ELEMENTARY. EACH SUBRECIPIENT MEETS THE ELIGIBILITY CRITERIA IN SECTION
III, BEING EITHER A TITLE 1 SCHOOL OR CATERING TO STUDENTS FROM UNDERSERVED
COMMUNITIES. TO ENSURE THAT ELIGIBLE SUBRECIPIENTS IMPLEMENT ENVIRONMENTAL EDUCATION
ACTIVITIES THAT CONTRIBUTE TO THE SUCCESS OF THE PROJECT: SUB-AWARDEES WILL COMPLETE A
GRANT APPLICATION INCLUDING A BUDGET AND SIGN A GRANT AGREEMENT PRIOR TO RECEIVING THE
SUB AWARD AND PROJECT EEASY PROGRAMMING. EEASY IS A MULTI-DAY SCHEDULE THAT INCLUDES 6
VISITS TO EACH LOCATION IN ORDER TO FACILITATE PROGRAM IMPLEMENTATION AND ADHERENCE TO
SUB-AWARDEE GUIDELINES.

OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES:
600 STUDENTS AND 10 TEACHERS ATTEND ENERGIZING ECOLOGY SERIES, 10 TEACHERS RECEIVE
EXTENSION ACTIVITIES FOR FUTURE USE, A MINIMUM OF 300 UNDERSERVED COMMUNITY MEMBERS
ENGAGED AND EDUCATED DURING OUTREACH EVENTS, 10 FOOD/NATIVE GARDENS IN UNDERSERVED
SCHOOLS. GARDENS WILL BE INTEGRATED INTO THE ENERGIZING ECOLOGY SERIES AND LANDING
PAGES AND WEBSITE PLACEMENT FOR TEACHERS TO ACCESS EXTENSION ACTIVITIES FOR USE IN
CLASSROOM. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: PERCENTAGE OF STUDENT PARTICIPANTS
IN UNDERSERVED COMMUNITIES REPORTING GREATER FEELING OF CONNECTION TO NATURE, INCREASE

IN THE NUMBER OF ENVIRONMENTAL EDUCATION INSTRUCTION HOURS AT PARTICIPATING SCHOOLS AND
CLUB PROGRAMS AND INCREASED FILTRATION OF AIR AND WATER AS DETERMINED BY ONLINE
CALCULATORS AND EQUATIONS THAT FACILITATE DETERMINING EFFICACY OF PLANTINGS IN THAT
REGARD.",7/20/2024,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_95344601_6800,95344601,PROJECT GRANT
(B),ASST_NON_95344601_6800,"$100,000",WOMEN FOR A HEALTHY ENVIRONMENT,"DESCRIPTION:THIS
GRANT PROVIDES FEDERAL FUNDS OF $100,000 TO WOMEN FOR A HEALTHY ENVIRONMENT TO
IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL
EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL
LITERACY AND ENCOURAGE BEHAVIOR.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN PITTSBURGH AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY
MEMBERS WITH THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TAKE RESPONSIBLE
ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE THE CREATION OF
ENVIRONMENTAL STEWARDSHIP CLUBS AT AFTERSCHOOL LOCATIONS IN ENVIRONMENTAL JUSTICE
AREAS. DURING THE CLUB MEETINGS STUDENTS WILL PARTICIPATE IN ECO-STUDENT STEWARDSHIP
CURRICULUM AND BOND WITH OTHER STUDENTS WHO HAVE SIMILAR PASSIONS. THIS CLUB WILL BE
FOR HIGH SCHOOL STUDENTS IN GRADES 9-12, AND THE CURRICULUM WILL BE APPLIED ONCE A WEEK
FOR 32 WEEKS. THE ENRICHMENT PROGRAM WILL CONSIST OF FOUR UNITS: ENSURING SAFE AND
CLEAN WATER, CLIMATE AND AIR QUALITY, WASTE IN OUR COMMUNITY, AND COMMUNITY SERVICE
LEARNING. THE PROGRAM WILL CONSIST OF COLLABORATIVE LEARNING EXPERIENCES, INCLUDING
GROUP DISCUSSIONS AND DEBATES.

SUBRECIPIENT:FIVE SUBAWARDS WILL BE GIVEN TO ELIGIBLE NON-PROFIT ENTITIES. EACH
SUBRECIPIENT WILL APPOINT A TEACHER OR INSTRUCTOR WHO WILL UNDERGO TRAINING AS A GREEN
CHAMPION TO LEAD THE ECO-STUDENT CLUB AND EACH SUBRECIPIENT WILL ALSO SUPPORT THE
PROGRAM IN COMPLETING A COMMUNITY SERVICE-LEARNING PROJECT THAT WFHE WILL OVERSEE IN
SPRING 2025. EACH SUBAWARD IS $7,500 FOR A TOTAL OF $37,500.OUTCOMES:THE DEVELOPMENT OF
THE ECO-STUDENT STEWARDSHIP CURRICULUM WILL CONSIST OF FOUR UNITS: 1) CLEAN AND SAFE
WATER, 2) CLIMATE CHANGE AND AIR QUALITY, 3) WASTE IN OUR COMMUNITY,AND 4) COMMUNITY
SERVICE LEARNING. THIS ENVIRONMENTAL EDUCATION TOOL WILL REACH FIVE CLUBS WITH A LONG-
TERM GOAL OF ADOPTION IN SCHOOLS AND AFTER-SCHOOL PROGRAMS ACROSS PENNSYLVANIA. THESE
UNITS WILL COLLECTIVELY FOSTER A THOROUGH UNDERSTANDING OF KEY ENVIRONMENTAL ISSUES AND
ENCOURAGE ACTIVE COMMUNITY ENGAGEMENT.


THE INTENDED BENEFICIARIES ARE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS IN PITTSBURGH,
PA.",7/24/2024,,

"66.045 - WITH SCHOOL LESSON PLANS IN THEIR EDUCATIONAL CURRICULUM, STUDENTS CAN LEARN
ABOUT THE ZEB PROJECT AT THEIR SCHOOL. THROUGH A BROADER UNDERSTANDING OF THE PROJECT,
STUDENTS CAN ADVOCATE FOR CLEAN TRANSPORTATION INITIATIVES IN THEIR FAMILIES, SCHOOLS,
AND OVER SOCIAL
MEDIA.",https://www.usaspending.gov/award/ASST_NON_00I01600_6800,00I01600,PROJECT GRANT
(B),ASST_NON_00I01600_6800,"$12,226,000","HIGHLAND CSB 1, LLC","DESCRIPTION:THIS
AGREEMENT PROVIDES FUNDING UNDER THE INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) TO
HIGHLAND FLEETS. THIS AGREEMENT IS TO REPLACE 51 EXISTING SCHOOL BUSES IN 10 DISTRICTS
IN COLORADO AND UTAH WITH CLEAN AND ZERO EMISSION (ZE) SCHOOL BUSES. THIS PROJECT SEEKS
TO LEVERAGE EPA CLEAN SCHOOL BUS (CSB) GRANT PROGRAM FUNDING, COUPLED WITH FUNDING FROM
THE COLORADO DEPARTMENT OF PUBLIC HEALTH AND THE ENVIRONMENT'S (CDPHE) ELECTRIC SCHOOL
BUS PROGRAM AND DRIVE CLEAN COLORADO (DCC) TO BUILD A COMPREHENSIVE ELECTRIFICATION
PROGRAM WITHIN THE ROCKY MOUNTAIN REGION.


ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING 51 DIESEL SCHOOL BUSES WITH ZERO EMISSION
SCHOOL BUSES AND LEVEL 3 AND LEVEL 2 CHARGING INFRASTRUCTURE. THE NEW SCHOOL BUSES WILL
SERVE BOULDER PREP CHARTER HS, COMMUNITY LEADERSHIP ACADEMY, DENVER PUBLIC SCHOOLS,
POUDRE SCHOOL DISTRICT R-1, STEAMBOAT SPRINGS SCHOOL DISTRICT RE2, SUMMIT SCHOOL
DISTRICT RE1, THOMPSON SCHOOL DISTRICT R-2J, WEST GRAND SCHOOL DISTRICT NO. 1 IN
COLORADO AND GUADALUPE SCHOOLS AND MORGAN DISTRICT IN UTAH.


SUBRECIPIENT:THE SUBAWARDS WILL FUND 23 ELECTRIC SCHOOL BUSES (TYPE C, 2025 MODEL YEAR
OR SIMILAR) AND FOUR ELECTRIC SCHOOL BUSES (TYPE D, 2025 MODEL YEAR OR SIMILAR).


THESE ELECTRIC BUSES WILL REPLACE OLDER DIESEL BUSES. BY DOING SO, THE NEW BUSES WILL
REDUCE EMISSIONS, SAVE FUEL, IMPROVE AIR QUALITY, AND REDUCE STUDENT ABSENTEEISM.
OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE:

1. 51 BUSES WILL BE REPLACED WITH ZERO EMISSION SCHOOL BUSES (ZEBS) ACROSS 10
DISTRICTS. EACH DISTRICT WILL REPLACE AT LEAST TWO DIESEL BUSES WITH ELECTRIC BUSES.

2. HIGHLAND AND GRID ALTERNATIVES (GRID) WILL PROVIDE DRIVERS, MECHANICS, AND PUBLIC
SAFETY OFFICIALS WITH ONGOING TRAINING AND SUPPLEMENTAL MATERIALS ON HOW TO PROPERLY
OPERATE AND MAINTAIN THE ZEBS AND CHARGERS.

3. HIGHLAND WILL WORK WITH LOCAL PARTNERS TO ENGAGE WITH AND EDUCATE THE COMMUNITY ON
THE BENEFITS OF ZEBS.

4. HIGHLAND WILL INCORPORATE LESSON PLANS INTO GRADE-LEVEL APPROPRIATE PROGRAMS AT EACH SCHOOL SERVED BY THE PROJECT.

THE EXPECTED OUTCOMES INCLUDE:

1. REDUCE EMISSIONS, SAVE FUEL, IMPROVE AIR QUALITY, REDUCE ABSENTEEISM.

2. TRAINING EXISTING STAFF: ENSURE EMPLOYEES RETAIN POSITIONS, GAIN NEW SKILLS, AND JOIN THE CLEAN ENERGY ECONOMY.

3. EXTEND LIFESPAN: PERIODIC MAINTENANCE IDENTIFIES AND REPAIRS DAMAGE TO EXTEND LIFESPAN OF ZEBS, REDUCING THEIR LIFECYCLE COST AND EMISSIONS IMPACT.

4. IMPROVED SAFETY: PROPER MAINTENANCE AND OPERATION OF BUSES ENSURES THEY ARE IN GOOD WORKING ORDER AND DRIVERS ARE TRAINED, PREVENTING ACCIDENTS AND INJURIES.

5. INCREASED PUBLIC AWARENESS RESULTS FROM EDUCATING THE COMMUNITY ABOUT ZEBS AND CAN HELP FOSTER ADVOCACY.

6. INCREASED DEMAND FOR ZEBS AS AN OUTCOME OF EDUCATING THE COMMUNITY ABOUT ZEBS AND THEIR BENEFITS.

7. WITH SCHOOL LESSON PLANS IN THEIR EDUCATIONAL CURRICULUM, STUDENTS CAN LEARN ABOUT THE ZEB PROJECT AT THEIR SCHOOL. THROUGH A BROADER UNDERSTANDING OF THE PROJECT, STUDENTS CAN ADVOCATE FOR CLEAN TRANSPORTATION INITIATIVES IN THEIR FAMILIES, SCHOOLS, AND OVER SOCIAL MEDIA.

THE INTENDED BENEFICIARIES INCLUDE:

1. HIGHLAND FLEETS

2. SCHOOLS: BOULDER PREP CHARTER HS, COMMUNITY LEADERSHIP ACADEMY, DENVER PUBLIC SCHOOLS, GUADALUPE SCHOOLS, MORGAN DISTRICT, POUDRE SCHOOL DISTRICT R-1, STEAMBOAT SPRINGS SCHOOL DISTRICT RE2, SUMMIT SCHOOL DISTRICT RE1, THOMPSON SCHOOL DISTRICT R-2J, WEST GRAND SCHOOL DISTRICT NO. 1.

3. RESIDENTS IN COLORADO: BOULDER, COMMERCE CITY, DENVER, FORT COLLINS, STEAMBOAT SPRINGS, FRISCO, LOVELAND, KREMMLING

4. RESIDENTS IN UTAH: SALT LAKE CITY, MORGAN",7/25/2024,,66.045 - Priority is given to projects which propose to replace buses that serve high-need local education agencies; rural school districts; Bureau of Indian Affairs-funded school districts; and school districts receiving basic support payments for children who reside on Indian land.

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_00A01519_6800,00A01519,PROJECT GRANT (B),ASST_NON_00A01519_6800,"$100,000","MASSACHUSETTS AUDUBON SOCIETY, INC.","DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO THE MASSACHUSETTS AUDUBON SOCIETY TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE MASSACHUSETTS COMMUNITIES OF SPRINGFIELD, WORCESTER, AND ATTLEBORO.

THE GRANTEE WILL DO THIS BY PROVIDING RESOURCES AND PROFESSIONAL DEVELOPMENT SERVICES TO SUPPORT EDUCATOR EFFICACY AND CONFIDENCE RELATED TO CLIMATE EDUCATION. TO ACHIEVE THIS GOAL THE RECIPIENT WILL PROVIDE PROFESSIONAL DEVELOPMENT AND COACHING SERVICES TO EDUCATORS AS WELL AS IN-CLASS LESSONS AND FIELD TRIP PROGRAMMING RELATED TO CLIMATE-CHANGE AND CLIMATE-ACTION. ADDITIONALLY, THE RECIPIENT WILL COLLABORATE WITH EDUCATORS AND COMMUNITY STAKEHOLDERS TO DEVELOP A TOOLKIT FOR TEACHERS TO IMPLEMENT STUDENT CLIMATE ACTION PROJECTS.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN ATTLEBORO, SPRINGFIELD, AND WORCESTER AND PROVIDE TEACHERS, STUDENTS, AND INFORMAL EDUCATORS WITH THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: CO-PLANNING WITH LOCAL SCHOOLS AND COMMUNITY PARTNERS, 6 HOURS OF ONLINE PROFESSIONAL DEVELOPMENT FOR ALL PARTICIPATING TEACHERS AND COMMUNITY PARTNERS, IN-CLASS CLIMATE-SCIENCE CLASSES FOR STUDENTS, STUDENT CLIMATE-ACTION FIELD TRIPS, STUDENT CLIMATE CIVIC ACTION PROJECTS, A POST-SCHOOL-YEAR SUMMER LEARNING INSTITUTE FOR ADULT PARTICIPANTS, AND THE DEVELOPMENT OF A CLIMATE DEMOCRACY PROJECT TOOLKIT.

SUBRECIPIENT:THIS PROJECT WILL INCLUDE 8 SUBRECIPIENTS: WORCESTER PUBLIC SCHOOLS, SPRINGFIELD PUBLIC SCHOOLS, ATTLEBORO PUBLIC SCHOOLS, ATTLEBORO PUBLIC LIBRARY, WORCESTER PUBLIC LIBRARY, SPRINGFIELD SCIENCE MUSEUM, THE MASSACHUSETTS CIVIC LEARNING COALITION, AND THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY CENTER FOR ENERGY AND ENVIRONMENTAL POLICY RESEARCH.

THE RECIPIENT WILL PROVIDE WORCESTER PUBLIC SCHOOLS, SPRINGFIELD PUBLIC SCHOOLS, AND
ATTLEBORO PUBLIC SCHOOLS WITH $3,500 EACH IN THE FORM OF A FIXED AMOUNT SUBAWARD. THIS
WILL INCLUDE A $2,500 STIPEND FOR ONE CLASSROOM TEACHER'S PARTICIPATION IN EACH SCHOOL
DISTRICT, AND A $1,000 TOTAL STIPEND TO EACH PARTICIPATING SCHOOL DISTRICT. THE
CLASSROOM TEACHER WILL PARTICIPATE IN AN ONLINE LEARNING COURSE, UP-FRONT PLANNING,
SUPPORT FOR STUDENT ACTION PROJECTS, PARTICIPATION IN THE SCHOOL SESSIONS AND THE
SUMMER INSTITUTE, AND PROVIDE INPUT AND REVIEW OF THE TOOLKIT. THE SCHOOL DISTRICT WILL
PROVIDE ADMINISTRATIVE SUPPORT FOR DISTRIBUTION AND PAYMENT OF THE TEACHER STIPEND,
PROVIDE INPUT ON PLANNING, AID IN SCHEDULING FIELD TRIPS AND/OR CLASSROOM VISITS, SPACE
AND TIME FOR STUDENTS TO MEET OUTSIDE OF CLASSROOM TIME IF NEEDED AND PROVIDE INPUT AND
REVIEW OF THE TOOLKIT.


THE RECIPIENT WILL PROVIDE THE ATTLEBORO PUBLIC LIBRARY, WORCESTER PUBLIC LIBRARY,
SPRINGFIELD SCIENCE MUSEUM, MASSACHUSETTS CIVIC LEARNING COALITION, AND MASSACHUSETTS
INSTITUTE OF TECHNOLOGY FOR ENERGY AND ENVIRONMENTAL POLICY RESEARCH WITH A $2,900
FIXED AMOUNT SUBAWARD EACH. EACH OF THESE COMMUNITY PARTNERS WILL EACH PARTICIPATE IN
ONLINE LEARNING, UP-FRONT PLANNING, SUPPORT FOR STUDENT ACTION PROJECTS, PROVIDING
FEEDBACK AT THE SUMMER INSTITUTE, AND PROVIDING INPUT AND REVIEW OF THE TOOLKIT.


THE TOTAL OF SUBAWARD FUNDS IN THIS PROJECT IS $25,000 AND MEETS THE 25% SUBAWARD
REQUIREMENT.

OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES:
6-12 IN-CLASS INSTRUCTION SESSIONS PROVIDED BY THE MASSACHUSETTS AUDUBON SOCIETY,
DEVELOPMENT OF A 'READY-TO-IMPLEMENT' TOOLKIT FOR TEACHERS WHICH WILL BE MADE AVAILABLE
ONLINE FOR FREE, 6 HOURS OF ONLINE PROFESSIONAL DEVELOPMENT TRAINING EDUCATORS, AND 120
STUDENTS COMPLETING CIVIC ACTION PROJECTS.

MAJOR OUTCOMES: A MAJOR OUTCOME OF THIS PROJECT IS TR",7/30/2024,,

66.615 -Cancel - Environmental
Justice,https://www.usaspending.gov/award/ASST_NON_00A01511_6800,00A01511,COOPERATIVE
AGREEMENT (B),ASST_NON_00A01511_6800,"$8,000,000","HEALTH RESOURCES IN ACTION,
INC.","DESCRIPTION:THIS FUNDING WILL PROVIDE THE INITIAL AWARD OF $8,000,000 TO THE
RECIPIENT, HRA - HEALTH RESOURCES IN ACTION, AS THE REGION 1 GRANTMAKER, AS PART OF THE
BIFURCATED AWARD FOR GRANTMAKING ACTIVITIES AUTHORIZED BY CLEAN AIR ACT (CAA) SECTION
138(B). HRA WILL BE FUNDED BY INFLATION REDUCTION ACT (IRA) APPROPRIATIONS TOTALING
$40,000,000 DIVIDED INTO AN INITIAL AND SUBSEQUENT AWARD. THESE FUNDS FOR THIS INITIAL
AWARD WILL BE USED BY THE RECIPIENT TO DESIGN AND MANAGE A COMPREHENSIVE ENVIRONMENTAL
JUSTICE (EJ) GRANT PROGRAM WHICH WILL SUPPORT COMMUNITY-BASED ORGANIZATIONS (CBOS) AND
OTHER ENTITIES REPRESENTING UNDERSERVED URBAN, RURAL, INDIGENOUS, REMOTE, AND CAPACITY-
CONSTRAINED COMMUNITIES TO IMPLEMENT PROJECTS WHICH ADDRESS LOCAL ENVIRONMENTAL AND
PUBLIC HEALTH CHALLENGES IN REGION 1. HRA WILL PARTNER WITH TWO CORE PARTNERS,
ALTERNATIVES FOR COMMUNITY AND THE ENVIRONMENT, INC. (ACE) AND NEW ENGLAND GRASSROOTS
FUND (GRASSROOTS FUND), 'THE PROJECT TEAM (PT)', TO ENGAGE SEVEN EJ CBOS (ONE FROM EACH
OF THE SIX NEW ENGLAND STATES AND ONE FOR THE REGIONAL TRIBES) WHO WILL ACT AS 'ANCHOR
PARTNERS' AND COLLABORATE WITH THE PT TO PROVIDE ADDITIONAL SUPPORT AND OUTREACH TO
PROSPECTIVE APPLICANTS IN THEIR RESPECTIVE STATES AND TRIBAL REGIONS. THIS
COLLABORATIVE PROCESS WILL DIRECTLY RESOURCE THE SEVEN ANCHOR PARTNERS, SUPPORT
COMMUNITY ENGAGEMENT AND RELATIONSHIP BUILDING THROUGHOUT REGION 1, AND SUPPORT CBOS
AND INDIGENOUS-LED ORGANIZATIONS TO BUILD OUT A GRANTMAKING PROGRAM ROOTED IN EQUITABLE
PARTICIPATION WHICH CENTERS THE VOICES OF THOSE IMPACTED BY ENVIRONMENTAL
INJUSTICES.AS PART OF THE INITIAL AWARD PHASE OF THE BIFURCATED AWARD, THE
RECIPIENT, HRA - HEALTH RESOURCES IN ACTION, WILL DEVELOP A PARTICIPATORY REVIEW
PROCESS, WHICH WILL INCLUDE THE CREATION OF A GOVERNANCE COUNCIL COMPRISED OF 12-15
MEMBERS, A GRANTMAKING COMMITTEE COMPRISED OF 12-15 MEMBERS, AS WELL AS THE SELECTION
OF UP TO 100 GRANT READERS. THE RECIPIENT WILL DEVELOP A REQUEST FOR PROPOSAL,
DETERMINE ELIGIBILITY AND SELECTION CRITERIA FOR THE GRANTMAKING PROGRAM, CREATE
APPLICATION QUESTIONS AND CRITERIA, SELECT KEY DEADLINES, ESTABLISH PROGRAM SUBMISSION
GUIDELINES, DEVELOP PROGRAM PRIORITIES, AND ESTABLISH A GRANT REVIEW PROCESS.
COLLECTIVELY, THROUGH THE PARTICIPATORY REVIEW PROCESS, THE RECIPIENT WILL DEVELOP A
FRAMEWORK FOR APPLICATIONS AND APPLICATION SUBMISSIONS, APPLICATION EVALUATION, AND
SUBGRANTEE REPORTING REQUIREMENTS, WILL PROMOTE THE PROGRAM, WILL ENGAGE UNDERSERVED
AND CAPACITY-CONSTRAINED COMMUNITIES THROUGHOUT REGION 1, AND PROMOTE ENVIRONMENTAL
JUSTICE. SUBRECIPIENT:ALTERNATIVES FOR COMMUNITY AND ENVIRONMENT, INC. (ACE) WILL
COLLABORATE WITH COMMUNITY-BASED AND NON-PROFIT ORGANIZATIONS IN REGION 1 TO DESIGN,
SUPPORT, AND IMPLEMENT OUTREACH STRATEGIES TO ENVIRONMENTAL JUSTICE (EJ) COMMUNITIES;
CREATE COMMUNICATION TOOLS, INCLUDING FLIERS, NEWSLETTERS, BROCHURES, ONE-PAGERS,
WEBINAR CONTENT AND SLIDE DECKS, BLOGS, AND ARTICLES, TO INCREASE OUTREACH TO
UNDERREPRESENTED AND CAPACITY-CONSTRAINED COMMUNITIES; SUPPORT ENGAGEMENT AND OUTREACH
TO INDIGENOUS AND TRIBAL COMMUNITIES IN REGION 1 IN COLLABORATION WITH THE 7 ANCHOR
PARTNERS; CONNECT PROSPECTIVE APPLICANTS AND SUBGRANTEES TO ADDITIONAL EJ RESOURCES IN
REGION 1, INCLUDING THOSE PROVIDED BY THE REGION 1 THRIVING COMMUNITIES TECHNICAL
ASSISTANCE CENTER (TCTAC) AND EPA REGION 1; PARTICIPATE IN THE GOVERNANCE COUNCIL AS
NON-DECISION MAKING MEMBER(S); ASSIST IN THE DESIGN OF THE GRANTMAKING PROCESS,
INCLUDING APPLICATION DEVELOPMENT, REVIEW, SELECTION, AWARD-MAKING DECISIONS, AND
REPORTING REQUIREMENTS.

NEW ENGLAND GRASSROOTS ENVIRONMENTAL FUND, INC. (GRASSROOTS FUND) WILL ASSIST IN THE
DESIGN OF THE GRANTMAKING PROCESS, INCLUDING APPLICATION DEVELOPMENT, REVIEW,
SELECTION, AWARD-MAKING DECISIONS, AND REPORTING REQUIREMENTS; ASSIST ACE AND HRA -
HEALTH RESOURCES IN ACTION IN PROMOTING THE GRANTMAKING PROGRAM, INCLUDING OUTREACH AND
EN",7/30/2024,"$214,806.74",

66.615 -Cancel - Environmental
Justice,https://www.usaspending.gov/award/ASST_NON_00I50001_6800,00I50001,COOPERATIVE
AGREEMENT (B),ASST_NON_00I50001_6800,"$8,000,000",JSI RESEARCH & TRAINING INSTITUTE
INC,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO JSI RESEARCH AND TRAINING INSTITUTE
INC. SPECIFICALLY, THE RECIPIENT WILL ESTABLISH THE MOUNTAINS AND PLAINS ENVIRONMENTAL
JUSTICE GRANTS HUB ('MAP EJ GRANTS HUB') AS THE REGION 8 THRIVING COMMUNITIES
GRANTMAKER, ACTING AS A PASS-THROUGH ENTITY TO PROVIDE GRANT FUNDS VIA SUBAWARDS TO
COMMUNITY-BASED NONPROFIT ORGANIZATIONS AND OTHER ELIGIBLE SUBRECIPIENT GROUPS
REPRESENTING UNDERSERVED AND DISADVANTAGED COMMUNITIES IN REGION 8. THE MAP EJ GRANTS
HUB WILL INCLUDE A COUNCIL ('MAP EJ COUNCIL') COMPRISED OF COMMUNITY-BASED
ORGANIZATIONS REPRESENTING ALL SIX STATES WITHIN REGION 8 (AND INTERSECTING WITH TRIBAL
NATIONS), DIVERSE POPULATIONS (RANGING FROM RURAL, FRONTIER, AND URBAN AREAS),
CULTURES, AND ENVIRONMENTAL JUSTICE FOCUS AREAS (INCLUDING AIR, WATER, ENERGY, LAND
USE, FOOD SYSTEMS, AND WORKING WITH YOUTH). JSI WILL INTRODUCE THE MAP EJ GRANTS HUB
PROGRAM GOALS AND OBJECTIVES, OUTLINE THE PARTICIPATORY GOVERNANCE STRUCTURE OF THE MAP
EJ COUNCIL, AND OBTAIN GREATER UNDERSTANDING OF EPA'S THRIVING COMMUNITIES AIMS AND
STRUCTURES, IDENTIFY KEY PLAYERS TO ENGAGE IN THE CO-DESIGN CONVENING, DETERMINE ROLES
AND RESPONSIBILITIES, AND OUTLINE NEXT STEPS. ADDITIONALLY, JSI WILL CONVENE THE EPA
OFFICIALS, JSI'S STAFF, MAP EJ COUNCIL, AND COMMUNITY-CENTRIC FUNDRAISING TO ENGAGE IN
A PARTICIPATORY CO-DESIGN PROCESS TO DETERMINE SUBGRANT APPLICATION CRITERIA FOR
COMPETITIVE SUBGRANT APPLICATIONS AS WELL AS REPORTING AND EVALUATION CRITERIA.
FINALLY, THE SELECTEE WILL DEVELOP A QUALITY MANAGEMENT PLAN TO APPLY TO THE INITIAL
AND SUBSEQUENT GRANTMAKER AWARD AS WELL AS COLLABORATE WITH EPA AND THE NATIONAL
GRANTMAKER TO DEVELOP AND ADMINISTER QAPPS FOR SUBGRANTEES.

ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE THE FOLLOWING:

ESTABLISH MAP EJ GRANTS HUB

- ESTABLISH COLLABORATION AND COORDINATION WITH EPA (COOPERATIVE AGREEMENT)

- CO-DESIGN AN EQUITABLE AND INCLUSIVE GRANTMAKING APPLICATION AND PARTICIPATORY
GOVERNANCE SCORING PROCESS

- ESTABLISH WORKFLOWS WITH TCTAC AND NATIONAL TCGM

ENGAGE IN ROBUST, DIVERSE, AND CULTURALLY RESPONSIVE OUTREACH TO COMMUNITIES ACROSS THE
REGION

- PROVIDE TRAINING AND TECHNICAL GUIDANCE ON GRANT APPLICATION AND SUBMISSION PROCESS

- CONDUCT WORKSHOPS AND PRESENTATIONS ON GRANT APPLICATION AND AWARD PROCESS

- STAND-ALONE MATERIALS AND PRODUCTS

- PROMOTE AND MAINTAIN GRANT APPLICATION AND TRAINING PRODUCTS ON THE PROJECT WEBSITE

- DELIVER ONGOING TECHNICAL GUIDANCE THROUGHOUT THE GRANT APPLICATION PROCESS

SELECT COMMUNITIES

- ESTABLISH CRITERIA FOR SELECTION OF COMMUNITY SUB-AWARDEES

- ISSUE A CALL FOR PROPOSALS

- SELECT COMMUNITIES BASED ON PREDETERMINED CRITERIA

IMPLEMENT SUBGRANT MANAGEMENT THAT REDUCES THE BURDEN ON SUBGRANTEES

- SUPPORT AND TECHNICAL OVERSIGHT TO SUBGRANTEES

- FACILITATE EJ COMMUNITY OF PRACTICE

- OBTAIN AND INCORPORATE FEEDBACK FROM SUBRECIPIENTS

EVALUATION.

ENGAGE IN MONITORING, EVALUATION, AND REPORTING THAT ENSURES THE INTEGRITY, COMPLIANCE,
AND IMPACT OF THE PROGRAM

SUBRECIPIENT:THE REGION 8 GRANTMAKER WILL HAVE PARTNERS RECEIVING SUBAWARDS ON THE
PROPOSED MAP EJ COUNCIL (10 PARTNERS), MAP EJ OUTREACH PARTNERS (2 PARTNERS), MAP EJ
TRAINER AND ADVISER (1 PARTNER), MAP EJ SUPPORT (1 PARTNER). THE PARTNERS
RESPONSIBILITIES ARE AS FOLLOWS:

MAP EJ COUNCIL:

- PARTICIPATION IN THE KICK-OFF APPLICATION CO-DESIGN CONVENING

- PARTICIPATION IN SCORING CONVENINGS

- PARTICIPATION IN QUARTERLY VIRTUAL MEETINGS

- RECEIVE TRAININGS ON EQUITY BASED GRANTMAKING PRINCIPLES.

- OUTREACH/'IN-REACH' TO NETWORK OF ENVIRONMENTAL JUSTICE COMMUNITY-BASED ORGANIZATIONS
AND OTHER ELIGIBLE ENTITIES DURING EACH OPEN CALL PERIOD.

- AD-HOC INPUT AND FEEDBACK ON MATERIALS, EVALUATION PLANS AND REPOTS ETC.

MAP EJ OUTREACH PARTNERS

- CO-HOSTING WEBINARS FOR JSI NETWORKS TO SHARE APPLICATION INFORMATION AND GUIDANCE
BEFORE EACH OF THE APPLICATIO",7/30/2024,"$1,053,868.22",

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_03D17124_6800,03D17124,PROJECT GRANT
(B),ASST_NON_03D17124_6800,"$100,000","IVY ACADEMY, INC.","DESCRIPTION:THIS ACTION
APPROVES AN AWARD IN THE AMOUNT OF $100,000 TO THE TO IVY ACADEMY, INC. THE FUNDS
RECEIVED FROM THIS GRANT WILL BE USED TO IMPLEMENT A PROJECT WHICH WILL DESIGN,
DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND
TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY.ACTIVITIES:ACTIVITIES TO
BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: RECRUITING MEMBERS FOR THE
ENVIRONMENTAL EDUCATION ADVISORY BOARD; MEETING WITH POTENTIAL AND COMMITTED ADVISORY
BOARD MEMBERS TO ENSURE THE UNDERSTANDING OF AND COMMITMENT TO THEIR ROLES; PLANNING
THE ENVIRONMENTAL EDUCATION CONFERENCE AND COHORTS, USING THE NORTH AMERICAN
ASSOCIATION FOR ENVIRONMENTAL EDUCATION'S (NAAEE) ENVIRONMENTAL EDUCATION GUIDELINES
FOR EXCELLENCE TO GUIDE ACTIVITIES AND PLAN PROFESSIONAL DEVELOPMENT AND ENVIRONMENTAL
EDUCATION TRAINING. THE ADVISORY BOARD WILL ALSO WORK TOWARDS DEVELOPING POST-SECONDARY
DEGREES AND CERTIFICATE PROGRAMS IN TENNESSEE'S INSTITUTIONS OF HIGHER
EDUCATION.SUBRECIPIENT:THE SUBAWARDS WILL CONSIST OF TEN QUALIFYING ORGANIZATIONS
RECEIVING SUBAWARDS OF $2,500 EACH. THE SUBRECIPIENTS WILL BE EITHER A LOCAL EDUCATION
AGENCY, COLLEGE OR UNIVERSITY, STATE EDUCATION OR ENVIRONMENTAL AGENCY OR TRIBAL
ORGANIZATION - (501(C)(3)), TRIBAL EDUCATION AGENCY, OR NONCOMMERCIAL EDUCATIONAL
BROADCASTING ENTITY AS DEFINED AND LICENSED BY THE FEDERAL COMMUNICATION COMMISSION AND
WILL THEREFORE MEET REQUIRED ELIGIBILITY CRITERIA LISTED IN SECTION III (A). IVY
ACADEMY'S DIRECTOR OF COMMUNICATION AND OUTREACH WILL EVALUATE ALL POTENTIAL
SUBRECIPIENTS TO DETERMINE ELIGIBILITY AND ENSURE SUITABILITY FOR INVOLVEMENT IN THE
ENVIRONMENTAL EDUCATION ADVISORY BOARD. ALL AWARD SUBRECIPIENTS WILL BE INAUGURAL
MEMBERS OF THE ENVIRONMENTAL EDUCATION ADVISORY BOARD, WHICH WILL ADVISE TENNESSEE
EDUCATORS AROUND INCORPORATION OF ENVIRONMENTAL EDUCATION AND CLIMATE CHANGE EDUCATION,
WORK WITH EDUCATORS TO DEVELOP AND DOCUMENT BEST PRACTICES IN ENVIRONMENTAL EDUCATION
AND CLIMATE CHANGE EDUCATION IN THE STATE, DEVELOP LEADERS IN ENVIRONMENTAL EDUCATION
AND CLIMATE CHANGE EDUCATION WHO CAN TRAIN FELLOW EDUCATORS, AND WORK TOWARDS THE
CREATION OF EE DEGREE/CERTIFICATE PROGRAMS FROM TENNESSEE INSTITUTES OF HIGHER
EDUCATION. OUTCOMES:THE ANTICIPATED DELIVERABLES OF THIS PROJECT INCLUDE INCREASING THE
PUBLIC'S AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES, WHILE PROVIDING STUDENTS,
TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO
TAKE RESPONSIBLE ACTIONS. EXPECTED OUTCOMES OF THE PROJECT INCLUDE AN INCREASED
AWARENESS OF ENVIRONMENTAL ISSUES IN TENNESSEE. THE INTENDED BENEFICIARIES ARE
COMMUNITIES WITHIN THE STATE OF TENNESSEE.",8/1/2024,,

"66.045 - ADDRESS LOCAL FOOD
INSECURITY,",https://www.usaspending.gov/award/ASST_NON_03D06024_6800,03D06024,PROJECT
GRANT (B),ASST_NON_03D06024_6800,"$5,922,558",BIRMINGHAM BOARD OF
EDUCATION,"DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $5,922,558 TO
SUPPORT BIRMINGHAM CITY SCHOOLS TO REPLACE EXISTING SCHOOL BUSES WITH CLEAN AND ZERO
EMISSION (ZE) SCHOOL BUSES. THE ACTIVITIES TO BE PERFORMED INCLUDE REPLACING 15 DIESEL
BUSES WITH 15 BATTERY ELECTRIC BUSES AND 15 DC FAST EVSES. THE NEW SCHOOL BUSES WILL
SERVE BIRMINGHAM CITY SCHOOLS. THE ANTICIPATED DELIVERABLES INCLUDE THE PURCHASE OF 15
ZERO-EMISSION BATTERY ELECTRIC SCHOOL BUSES, THE INSTALLATION OF 15 DCFD CHARGING
STATION UNITS, CLEAN ZERO-EMISSIONS TRANSPORTATION TO OVER 4,300 STUDENTS,
ADMINISTRATION OF TWO FULL DAYS OF TRAINING OFFERED TO TRANSPORTATION STAFF AND ONE-
HALF DAY SESSION TO GENERAL STAFF INTRODUCING BATTERY-ELECTRIC BUSES, PROMOTION OF
ELECTRIC SCHOOL BUSES THROUGH CELEBRATION EVENTS. THE EXPECTED OUTCOMES INCLUDE
ELIMINATING A TOTAL OF 43,131 TONS OF GHG EMISSIONS OVER 15 YEARS, NO IDE TIME, SAVING
AROUND $94,000 ANNUALLY THAT WAS PREVIOUSLY USED FOR GAS, INCORPORATING AN IN-HOUSE
CALCULATOR TOOL DEVISED BY LION THAT WILL COMPUTE AND PRESENT THE REDUCTIONS IN NOX
EMISSIONS ACHIEVED THROUGH THE ELECTRIC MILEAGE OF INTRODUCED ALL-ELECTRIC SCHOOL
BUSES, ENGAGE BCS STUDENTS, ADDRESS LOCAL FOOD INSECURITY, AND MINIMIZE DIESEL
CONSUMPTION, AND INCREASE PUBLIC UNDERSTANDING OF THE ENVIRONMENTAL, SOCIAL, AND
ECONOMIC BENEFITS OF THE REPLACEMENT PROGRAM. THE INTENDED BENEFICIARIES INCLUDE
BIRMINGHAM CITY PUBLIC SCHOOLS AND SEVERAL PRIVATE/NON-PUBLIC SCHOOLS LOCATED IN THE
GREATER BIRMINGHAM METROPOLITAN AREA AND RESIDENTS OF THE CITY OF
BIRMINGHAM.ACTIVITIES:.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE
AGREEMENT.OUTCOMES:.",8/4/2024,,66.045 - Priority is given to projects which propose to
replace buses that serve high-need local education agencies; rural school districts;
Bureau of Indian Affairs-funded school districts; and school districts receiving basic
support payments for children who reside on Indian land.

66.045 - WHILE SERVING UNDER-SERVED TITLE 1

EPA_00042333

COMMUNITIES,https://www.usaspending.gov/award/ASST_NON_03D06324_6800,03D06324,PROJECT
GRANT (B),ASST_NON_03D06324_6800,"$19,750,000",SCHOOL BOARD OF MIAMI-DADE
COUNTY,"DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $19,750,000 TO THE
SCHOOL BOARD OF MIAMI-DADE COUNTY. THIS AGREEMENT PROVIDES FUNDING UNDER THE
INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) TO THE RECIPIENT TO REPLACE EXISTING
SCHOOL BUSES WITH CLEAN AND ZERO EMISSION (ZE) SCHOOL BUSES.

ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING 50 EXISTING DIESEL SCHOOL BUSES WITH 50
ZERO-EMISSION ELECTRIC BUSES WITH PURCHASING EVSE WITH CLEAN SCHOOL BUS (CSB) FUNDS AND
CHARGING INFRASTRUCTURE. THE NEW SCHOOL BUSES WILL SERVE MIAMI-DADE'S TITLE 1 SCHOOLS
TO REDUCE CARBON FOOTPRINT AND INCREASE ENERGY EFFICIENCY FOR CLEAN SCHOOL BUSES.

SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE
ANTICIPATED DELIVERABLES INCLUDE OPERATING IN SIX OUT OF THE SEVEN TRANSPORTATION
DEPOTS DISTRICT WIDE. THE ROUTES SELECTED THAT WILL OPERATE OUT OF THESE TRANSPORTATION
CENTERS WILL SERVICE TITLE 1 SCHOOLS. THE SUSTAINABILITY OFFICE AND TRANSPORTATION
DEPARTMENT HAVE WORKED TOGETHER TO ANALYZE LOGISTICS THAT CAN MAXIMIZE THE NUMBER OF
ELECTRIC BUSES OR ZERO-EMISSION BUSES IN THE FLEET. TO DO THIS, BOTH TEAMS HAD TO
OPTIMIZE THE USE OF EXISTING (OR IN PROCESS OF BEING INSTALLED) CHARGING INFRASTRUCTURE
AND THE REQUESTED CHARGING INFRASTRUCTURE THROUGH THE CSB 2.0. THROUGH OUR EXISTING
AGREEMENT WITH FLORIDA POWER AND LIGHT AS PART OF FUNDING RECEIVED FROM THE STATE OF
FLORIDA WITH ORIGINS IN THE VOLKSWAGEN SETTLEMENT, MIAMI-DADE COUNTY PUBLIC SCHOOLS HAS
AN ADDITIONAL 10 CHARGERS THAT CAN BE USED IN THE ACQUISITION OF ANOTHER 50 ELECTRIC
BUSES. THROUGH THIS METHOD, THE DISTRICT WILL MAXIMIZE THE EXISTING CHARGING
INFRASTRUCTURE TO ENSURE MORE BUSES ARE PURCHASED AND OUT ON THE ROAD. THE EXPECTED
OUTCOMES INCLUDE SUCH AS EMISSION REDUCTIONS, IMPROVING STUDENT ACCESS TO CLEAN
TRANSPORTATION TO AND FROM SCHOOL. THE INTENDED BENEFICIARIES INCLUDE MIAMI DADE
COUNTY'S TITLE 1 SCHOOLS. THIS WILL REACH 3,453 STUDENT RIDERS AND REMOVE 346,757
DIESEL MILES OFF THE ROAD ANNUALLY WHILE SERVING UNDER-SERVED TITLE 1
COMMUNITIES.",8/7/2024,,66.045 - Priority is given to projects which propose to replace
buses that serve high-need local education agencies; rural school districts; Bureau of
Indian Affairs-funded school districts; and school districts receiving basic support
payments for children who reside on Indian land.

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_00A01520_6800,00A01520,PROJECT GRANT
(B),ASST_NON_00A01520_6800,"$100,000","IPSWICH RIVER WATERSHED ASSOCIATION,
INC.","DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO IPSWICH RIVER WATERSHED ASSOCIATION
TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL
EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL
LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN COMMUNITIES THAT
ARE PART OF THE IPSWICH RIVER WATERSHED OR DRINK IPSWICH RIVER WATER, AND IN OTHER
NEARBY COMMUNITIES IN ESSEX AND MIDDLESEX COUNTIES, INCLUDING PEABODY, SALEM, LYNN,
LAWRENCE, AND GLOUCESTER IDENTIFIED AS HAVING EJ COMMUNITIES BY THE CLIMATE AND
ECONOMIC JUSTICE SCREENING TOOL.

THE GRANTEE WILL DO THIS BY CREATING AN ENVIRONMENTAL EDUCATION PIPELINE IN IPSWICH
RIVER COMMUNITIES THAT 1) ENSURES YOUTH WITH LESS ACCESS TO NATURE HAVE THE OPPORTUNITY
TO ENJOY AND APPRECIATE THEIR DRINKING WATER RESOURCE THROUGH EXPERIENTIAL LEARNING AND
ARE SUPPORTED BY COMMUNITY VOLUNTEERS WHO RECEIVE THEIR OWN TRAINING ON ENVIRONMENTAL
JUSTICE, WATER CONSERVATION, AND INDIGENOUS KNOWLEDGE (TEK) THAT INFORMS RESILIENCY
PLANNING IN THE IPSWICH RIVER WATERSHED; 2) PROVIDES A 7TH GRADE WATERSHED EDUCATION
PROGRAM THAT USE LOCAL EXAMPLES AND PROJECTS TO HELP STUDENTS MAKE CONNECTIONS BETWEEN
7TH GRADE SCIENCE STANDARDS AND THEIR COMMUNITY; AND 3) DELIVERS AN EXPANSION OF THE
CURRENT INTERNSHIP MODEL THAT FACILITATES CAREER EXPLORATION FOR DISADVANTAGED YOUTH,
ENSURING THAT YOUNG PEOPLE WHO ALREADY HAVE AN INTEREST IN THE ENVIRONMENT ARE
EMPOWERED TO TAKE ACTION.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES: IPSWICH, SALEM, BEVERLY, PEABODY, LYNN, DANVERS, NORTH READING,
READING, NORTH ANDOVER, ANDOVER, WILMINGTON, LAWRENCE, AND GLOUCESTER MA AND PROVIDE
7TH GRADE STUDENTS AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED
DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE:

- WORKING WITH COMMUNITY MEMBERS TO MONITOR WATER QUALITY IN THE IPSWICH RIVER AND ITS
TRIBUTARIES, THROUGH IN-CLASS AND FIELD STUDY PROGRAM FOR 7TH GRADE STUDENTS TESTING
WATER SAMPLES

- EDUCATING COMMUNITY MEMBERS OF ALL AGES OF THE IMPORTANCE OF WATER CONSERVATION TO
HUMAN AND ENVIRONMENTAL HEALTH IN THE IPSWICH RIVER WATERSHED THROUGH EXPERIENTIAL
PROGRAMMING ON AND OFF THE IPSWICH RIVER

- REMOVING BARRIERS TO FLOW, RESTORING WETLANDS, ETC. BY INCLUDING COMMUNITY MEMBERS IN
PROACTIVE PREVENTION OF FUTURE WATER QUALITY AND HUMAN HEALTH ISSUES THROUGH RESILIENCY
PROJECTS

- EXPLORING WATERSHED-WIDE RESILIENCE STRATEGIES, INCLUDING THOSE THAT INCORPORATE INDIGENOUS KNOWLEDGE (TEK), IN THE GREAT MARSH AND IPSWICH RIVER WATERSHED THAT REDUCE OUR COASTAL COMMUNITIES' VULNERABILITY TO FUTURE FLOODING AND SEA-LEVEL RISE AND INLAND COMMUNITIES' VULNERABILITY TO EXTREME DROUGHT CONDITIONS WHICH STRESS THE IPSWICH RIVER.


SUBRECIPIENT:TEN TO TWELVE SUBAWARDS WILL BE GRANTED TO ELIGIBLE ORGANIZATIONS PARTICIPATING IN THE FLOATING CLASSROOM. FUNDS MAY BE USED FOR TRANSPORTATION TO THE RIVER AS WELL AS COMMUNITY PROJECTS LIKE PLANTING NATIVE SPECIES, PAINTING STORM DRAINS, OR OTHER APPROVED COMMUNITY-LED PROJECTS. IRWA WORKS WITH MANY YOUTH ORGANIZATIONS AND PLANS TO MAKE ANY ELIGIBLE ORGANIZATIONS SUBRECIPIENTS OF THE EPA EE GRANT. IRWA WILL DETERMINE SUBRECIPIENTS BASED ON WHETHER THE ORGANIZATIONS PRIMARILY SERVE COMMUNITIES LIVING IN THE IPSWICH RIVER WATERSHED OR COMMUNITIES THAT DRINK IPSWICH RIVER WATER, WHETHER THE ORGANIZATIONS' WORK UPLIFTS AND SERVES A) AT-RISK YOUTH, B) COMMUNITIES OF COLOR, C) RECENT ARRIVALS TO THE US, D) MARGINALIZED GROUPS, E) ENVIRONMENTAL JUSTICE COMMUNITIES, AND WHETHER THE ORGANIZATIONS DEMONSTRATE A CAPACITY TO IMPLEMENT EE ACTIVITIES WITH THE SUPPORT OF IRWA WITHIN THE GRANT TIMELINE. BASED ON THESE CRITERIA AND THE SUCCESS OF PAST COLLABORATIONS, POTENTIAL SUBAWARDEES FOR THIS PROJECT INCLUDE, BUT ARE NOT LIMITED TO: GROUNDWORK LAWRENCE, PATHWAYS F",8/7/2024,,

66.12 - Justice40
target,https://www.usaspending.gov/award/ASST_NON_96263923_6800,96263923,,,"$982,633",CITY OF JAMESTOWN,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO CITY OF JAMESTOWN UNDER THE INFLATION REDUCTION ACT. SPECIFICALLY, THE RECIPIENT WILL WORK COLLABORATIVELY WITH COMMUNITY-BASED NONPROFIT ORGANIZATIONS IN UNDERSERVED NEIGHBORHOODS TO UNDERSTAND, PROMOTE, AND IMPLEMENT AN ALL-ELECTRIC HOME RETROFITTING CONVERSION PROJECT THAT REDUCES INDOOR TOXINS AND POLLUTANTS, REDUCES ENERGY BURDEN, AND REDUCES ENERGY LOSS IN HOMES LOCATED IN HIGH-POVERTY NEIGHBORHOODS. THIS AWARD WILL SUPPORT A DATA-DRIVEN DEMONSTRATION PROJECT THAT CAN BE REPLICATED IN OTHER COMMUNITIES.ACTIVITIES:THE ACTIVITIES INCLUDE RETROFITTING, INSULATING, AND ELECTRIFYING HOMES. DATA ON EXPECTED ELECTRIFICATION CONSTRAINTS, COSTS, AND SOLUTIONS WILL BE COLLECTED AND EVALUATED. AN APPLICATION CRITERIA AND PROCESS WILL BE DEVELOPED. TARGET CENSUS TRACTS AND HOMES WILL BE IDENTIFIED. STAFF AND PROJECT PARTNERS WILL BE TRAINED AS NEEDED. AN INITIAL ENERGY AUDIT WILL BE CONDUCTED, AND A SCOPE OF WORK WILL BE CREATED FOR EACH HOME. ENERGY EFFICIENCY AND RETROFITTING UPGRADES AND IMPROVEMENTS WILL BE COORDINATED AND CONDUCTED FOR SELECTED HOMES. THEN, A SECOND ENERGY AUDIT WILL BE COMPLETED. ENERGY USE AND COST DATA, AIR QUALITY MEASUREMENTS, AND INDIVIDUAL REPORTED HEALTH DATA WILL BE COLLECTED BEFORE AND AFTER CONDUCTING ENERGY EFFICIENCY AND RETROFITTING UPGRADES AND IMPROVEMENTS. HOMEOWNER AND COMMUNITY ENGAGEMENT AND EDUCATION WILL OCCUR THROUGHOUT THE PROJECT PERIOD.SUBRECIPIENT:CHAUTAUQUA HOME REHABILITATION AND IMPROVEMENT CORPORATION IS A SUBRECIPIENT. THIS NOT-FOR-PROFIT ORGANIZATION WILL COORDINATE AND OVERSEE PRE- AND POST-ENERGY LOSS AUDITS AND INDOOR AIR TOXICS AND POLLUTION TESTS, AS WELL AS THE ENERGY EFFICIENCY UPGRADE AND IMPROVEMENT CONTRACTS FOR SELECTED HOMES. THEY WILL SUPPORT ACTIVITIES SUCH AS CLEANING, REPAIRING, OR REPLACING HEATING OR WATER HEATERS, AIR SEALING, REPLACING WINDOWS AND DOORS, EVALUATING MOLD AND MOISTURE HAZARDS, AND/OR INSTALLING INSULATION, MECHANICAL VENTILATION, SMOKE AND CARBON DIOXIDE DETECTORS, EFFICIENT LIGHTING, AND/OR LOW FLOW SHOWER HEADS. CHAUTAUQUA HOME REHABILITATION AND IMPROVEMENT CORPORATION WILL ALSO ASSESS WHETHER FAMILIES MAY BE ELIGIBLE FOR ADDITIONAL FUNDING UNDER ANY OF THEIR OTHER EXISTING PROGRAMMING.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE AN ESTIMATED 12 RETROFITTED, INSULATED, AND ELECTRIFIED HOMES, AS WELL AS AN APPLICATION, INTAKE, AND REFERRAL PROCESS, TRAINED STAFF, OUTREACH MATERIALS, DATA COLLECTION TOOLS, PRE- AND POST-IMPROVEMENT DATA, SCOPES OF WORK FOR SELECTED HOMES, AND SEMI-ANNUAL AND FINAL REPORTS. THE EXPECTED OUTCOMES INCLUDE REDUCTIONS IN ENERGY LOSS, CARBON EMISSIONS, ENERGY BURDEN, AND ENERGY INSECURITY. ADDITIONAL EXPECTED OUTCOMES INCLUDE INCREASED ENERGY EFFICIENCY AND USE OF RENEWABLE ENERGY SOURCES, IMPROVED INDOOR AIR QUALITY AND RESPIRATORY HEALTH, AND EQUITABLE ACCESS TO ENERGY EFFICIENT RESOURCES. THE PROJECT WILL PROMOTE PROGRESS TOWARD aALIGNMENT WITH STATE AND FEDERAL POLICIES AND OBJECTIVES. KNOWLEDGE OF SIZING, INSTALLING, AND WORKING WITH NEW EQUIPMENT AND UNDERSTANDING OF BUILDING ENVELOP MATTERS IS EXPECTED TO INCREASE AMONG WORKFORCE DEVELOPMENT PROGRAMS AND JAMESTOWN BOARD OF PUBLIC UTILITIES EMPLOYEES. INSIGHT INTO HOW HOMES CAN BE RETROFITTED AND THE CHALLENGES TO LOWERING ELECTRIFICATION BARRIERS WILL BE GAINED. INCREASES IN THE TAX BASE, PROPERTY VALUES, AND COMMUNITY ENGAGEMENT AND READINESS/BUY-IN FOR HOME ELECTRIFICATION ARE ALSO EXPECTED. THE INTENDED BENEFICIARIES INCLUDE HOMEBUYERS, HOMEOWNERS, AND RESIDENTS OF THE ESTIMATED 12 RETROFITTED, INSULATED, AND ELECTRIFIED HOMES WITHIN JUSTICE40 CENSUS TRACTS, AS WELL AS THE CITY OF JAMESTOWN, ITS RESIDENTS, AND PROJECT PARTNERS.",8/7/24,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_95344701_6800,95344701,PROJECT GRANT (B),ASST_NON_95344701_6800,"$100,000",CASA INC,"DESCRIPTION:THIS GRANT PROVIDES FEDERAL FUNDS OF $100,000 TO CASA, INC. TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT. THE GRANTEE WILL DO THIS BY EDUCATING LOCAL COMMUNITY LEADERS AND BROADER COMMUNITIES ON CLIMATE ISSUES AND COMMUNITY-BASED SOLUTIONS TO ULTIMATELY CONTRIBUTE TO LASTING ENVIRONMENTAL CHANGE IN IMPACTED COMMUNITIES.

ACTIVITIES:PROJECT ACTIVITIES INCLUDE THE CLIMATE JUSTICE FELLOWSHIP PROGRAM AT CASA,
WHERE YOUNG COMMUNITY LEADERS BUILD THE CAPACITY OF CASA AND EXTERNAL INCUBATOR
ORGANIZATIONS TO ENGAGE IN CLIMATE JUSTICE COALITIONS AND ADDRESS CLIMATE CHANGE
THROUGH LESSONS, TRAININGS, PROJECTS, ACTIVITIES, AND MONTHLY MEETINGS.


SUBRECIPIENT: FOR THIS PROJECT, FIVE SUBGRANTEES WILL BE SELECTED AND WILL RECEIVE
$5,000 GRANTS EACH. THE SUB GRANTEES WILL BE SMALL, LOCAL, BLACK, INDIGENOUS, AND OTHER
PEOPLE OF COLOR (BIPOC)-LED ORGANIZATIONS, REFERRED TO AS 'INCUBATOR' ORGANIZATIONS.
THESE ORGANIZATIONS WILL ALL BE NONPROFIT ORGANIZATIONS WITH 501(C)(3) STATUS AND WILL
BE SELECTED AS SUBRECIPIENT ORGANIZATIONS FOR THIS GRANT. A MEMORANDUM OF UNDERSTANDING
(MOU) WILL BE SIGNED WITH EACH SUBRECIPIENT THAT FULLY DETAILS THE EPA'S DEFINITION OF
ENVIRONMENTAL EDUCATION ACTIVITIES AND SPECIFIES HOW THE SUBRECIPIENT WILL PROVIDE EE
ACTIVITIES TO THEIR STAFF AND VOLUNTEERS.

OUTCOMES:EXPECTED OUTCOMES AND ANTICIPATED DELIVERABLES INCLUDE INCREASED CLIMATE
LITERACY AND CRITICAL THINKING SKILLS, CLIMATE JUSTICE COALITION BUILDING, AND
ULTIMATELY POLICY CHANGE. THE TARGETED AUDIENCE IS EMERGING YOUTH LEADERS FROM WORKING-
CLASS BLACK, LATINO/A/E, AFRO-DESCENDANT, INDIGENOUS, AND IMMIGRANT COMMUNITIES ACROSS
CASA SITES IN MARYLAND, VIRGINIA, AND PENNSYLVANIA.",8/11/2024,,

66.951 - environmental literacy and climate
change,https://www.usaspending.gov/award/ASST_NON_03D16924_6800,03D16924,PROJECT GRANT
(B),ASST NON 03D16924 6800,"$100,000",MISSISSIPPI STATE UNIVERSITY,"DESCRIPTION:THIS
PROJECT PROVIDES FUNDING IN THE AMOUNT OF $100,000 TO MISSISSIPPI STATE UNIVERSITY
(MSU) EXTENSION TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND
DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE
TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE
ENVIRONMENT IN COMMUNITIES THROUGHOUT MISSISSIPPI WITH EMPHASIS ON JACKSON, MS. MSU
WILL DO THIS BY IMPROVING PUBLIC KNOWLEDGE AND STEWARDSHIP AT REGIONAL, STATE, AND
LOCAL LEVELS IN MISSISSIPPI'S WATERSHEDS TO PROTECT AND RESTORE WATER RESOURCES,
PROMOTING ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS AND TO STRENGTHEN LOCAL PARTNERSHIPS.
THE OVERALL OBJECTIVE OF THIS PROJECT IS TO EXPAND A PROVEN COMMUNITY-BASED WATERSHED
STEWARDSHIP OUTREACH AND EDUCATIONAL MODEL THROUGH THE EXPANSION OF MISSISSIPPI WATER
STEWARDS (MSWS) AND DEVELOPMENT OF THE URBAN STEWARDS PROGRAM.


ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN MISSISSIPPI WITH EMPHASIS IN JACKSON, MS. AND PROVIDE THE LOCAL
COMMUNITIES AND LOCAL CITIZENS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO
TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD
INCLUDE: DEVELOPING AND HOST MINI-GRANT PROGRAM FOR COMMUNITY-BASED ORGANIZATIONS
(CBOS), CBOS EXECUTING BASELINE MONITORING PROJECTS IN FIVE WATERSHEDS, EXPANDING MS
WATER STEWARDS TO CBOS THROUGH ONLINE TRAININGS (100 CITIZENS) AND HANDS ON WORKSHOPS
(5). THE CBOS WILL EXECUTE ONE YEAR MONITORING PROGRAM (220 WATER QUALITY OBSERVATIONS
COLLECTED), EXISTING COMMUNITY PARTNERS WILL SHARE BEST PRACTICES FOR SUSTAINABILITY
AND SUPPORT (3 PEER-LEARNING EVENTS), EVALUATION OF WATER STEWARD KNOWLEDGE, AWARENESS,
ATTITUDES, BEHAVIOR CHANGES, AND WATERSHED HEALTH AND DEVELOPMENT OF URBAN STEWARDS
PROGRAM TO SUPPORT ENVIRONMENTAL NEEDS IN JACKSON METRO (1 CURRICULUM
DEVELOPED)SUBRECIPIENT:SUBRECIPIENTS WILL BE DETERMINED THROUGH A MINI-GRANT PROGRAM.
THE APPLICANT WILL DEVELOP A BRIEF REQUEST FOR PROPOSALS TO ESTABLISH ELIGIBILITY AND
CAPACITY OF APPLICANTS TO ACHIEVE

LOCAL COMMUNITY-BASED WATERSHED GOALS OF THE PROJECT WHICH WILL INCLUDE: COMPLETING ALL
EDUCATIONAL TRAINING ELEMENTS, DESIGNING A COMMUNITY-BASED MONITORING PLAN,

PROCURE MONITORING RESOURCES, SUBMITTING WATER MONITORING DATA, AND REVIEWING
MONITORING RESULTS TO COMMUNICATE RESULTS WITH LOCAL COMMUNITIES. THE SUBAWARDS WILL BE
GIVEN TO FIVE COMMUNITY BASED ORGANIZATION IN THE AMOUNT OF $5,000 EACH.

.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING
DELIVERABLES: EXPANSION OF MISSISSIPPI WATER STEWARDS BY BUILDING WATER MONITORING
CAPACITY WITHIN 5 COMMUNITY-BASED ORGANIZATIONS. EXPECTED OUTCOMES OF THE PROJECT
INCLUDE: MS WATER STEWARDS SHOW IMPROVED AWARENESS AND KNOWLEDGE OF ENVIRONMENTAL
CONCERNS, INCLUDING WATER, INCREASED KNOWLEDGE OF BASELINE WATER QUALITY CONDITIONS FOR
TARGETED OUTREACH AND CONSERVATION IS INCREASED TO SUPPORT THE DEVELOPMENT OF
RESTORATION PLANS QUALITY, AND CONSERVATION PRACTICES AND IMPROVED HEALTH OF THE
ENVIRONMENT AND COMMUNITIES THROUGH PUBLIC PARTICIPATION TOWARD PROTECTING WATER
RESOURCES. THE INTENDED BENEFICIARIES INCLUDE MISSISSIPPI LOCAL CITIZEN AND COMMUNITIES
WITH EMPHASIS ON JACKSON, MS COMMUNITY AND CITIZENS.",8/11/2024,,

"66.045 - has some DEI language LOW INCOME AND ENVIRONMENTAL JUSTICE COMMUNITIES WILL
BENEFIT FROM IMPROVED AIR QUALITY, REDUCE ENERGY WASTE, REDUCE COSTS FOR FUEL, REDUCE
DEPENDENCE ON FOSSIL FUELS CONTRIBUTING TO A MORE SUSTAINABLE ENERGY SYSTEM, FOSTER
MEANINGFUL PARTICIPATION WITHIN THE COMMUNITY AND INCREASE THE PUBLIC'S AWARENESS OF
ZERO EMISSION BUSES AND THEIR
INFRASTRUCTURE",https://www.usaspending.gov/award/ASST_NON_03D06724_6800,03D06724,PROJE
CT GRANT (B),ASST NON 03D06724 6800,"$20,139,250",DEKALB COUNTY BOARD OF
EDUCATION,"DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $20,139,250 UNDER
THE INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) TO DEKALB COUNTY SCHOOL DISTRICT.

THIS AGREEMENT IS TO REPLACE EXISTING SCHOOL BUSES WITH CLEAN AND ZERO EMISSION (ZE) SCHOOL BUSES.ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING 50 DIESEL BUSES WITH 50 ZERO-EMISSION ELECTRIC BUSES AND 44 AC LEVEL 2 AND 6 DC FAST CHARGING INFRASTRUCTURE. THE NEW SCHOOL BUSES WILL SERVE DEKALB COUNTY SCHOOL DISTRICT.

SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE 50 NEW ZERO-EMISSION BUSES, 50 NEW CHARGERS FOR THOSE BUSES, WORKFORCE DEVELOPMENT TRAINING FOR 75 BUS DRIVERS AND 27 TECHNICIANS, 6,708 CHILDREN WILL BE TRANSPORTED ON THESE ELECTRIC BUSES, BI-ANNUAL DEMONSTRATION EVENTS FOR THE COMMUNITY, ANNUAL PUBLIC TOWNHALL MEETINGS, AND A PARTNERSHIP WITH LOCAL COMMUNITY-BASED ORGANIZATIONS TO SUPPORT OUTREACH AND ENGAGEMENT. THE EXPECTED OUTCOMES INCLUDE REMOVING 76,322 GALLONS OF DIESEL FUEL FROM USE EACH YEAR WILL RESULT IN 1,708,086.36 POUNDS OF CO2 AND 4,579,320 OF NITROGEN OXIDES (NOX) REDUCED, REMOVING 1.82 SHORT TONS OF NOX, .141 SHORT TONS OF PM2.5, AND 615 SHORT TONS OF CO2 ANNUALLY, LOW INCOME AND ENVIRONMENTAL JUSTICE COMMUNITIES WILL BENEFIT FROM IMPROVED AIR QUALITY, REDUCE ENERGY WASTE, REDUCE COSTS FOR FUEL, REDUCE DEPENDENCE ON FOSSIL FUELS CONTRIBUTING TO A MORE SUSTAINABLE ENERGY SYSTEM, FOSTER MEANINGFUL PARTICIPATION WITHIN THE COMMUNITY AND INCREASE THE PUBLIC'S AWARENESS OF ZERO EMISSION BUSES AND THEIR INFRASTRUCTURE, AND DEKALB COUNTY'S RESOLUTION TO TRANSITION TO 100% CLEAN ENERGY BY 2035. THE INTENDED BENEFICIARIES INCLUDE DEKALB COUNTY SCHOOL DISTRICT, SERVING OVER 100,000 STUDENTS, AND THE LOCAL DEKALB COMMUNITIES.",8/13/2024,,66.045 - Priority is given to projects which propose to replace buses that serve high-need local education agencies; rural school districts; Bureau of Indian Affairs-funded school districts; and school districts receiving basic support payments for children who reside on Indian land.

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_02F59701_6800,02F59701,PROJECT GRANT (B),ASST_NON_02F59701_6800,"$100,000",NATIONAL WILDLIFE FEDERATION,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO NATIONAL WILDLIFE FEDERATION TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN CHANNELVIEW AND HOUSTON, TEXAS. THE GRANTEE WILL DO THIS BY DEVELOPING WATERSHED STEWARDS TEAMS WITH TWO HIGH SCHOOLS, ENGAGING 180 STUDENTS IN VULNERABILITY SITE ASSESSMENTS OF THEIR SCHOOL COMMUNITY, DEVELOPING COMMUNITY RESILIENCY PLANS FOR THE SCHOOLS, FACILITATING STUDENTS CONDUCTING WATERSHED AND BIODIVERSITY AUDITS, HOSTING AN ENVIRONMENTAL ACTION DAY, HOSTING AN OUTDOOR FIELD EXPERIENCE, HOSTING STUDENT-LED COMMUNITY FORUMS, AND BY PROVIDING ENVIRONMENTAL EDUCATION TRAINING TO TEACHERS.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN CHANNELVIEW AND HOUSTON, TEXAS AND PROVIDE STUDENTS, TEACHERS AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE DEVELOPING WATERSHED STEWARDS TEAMS WITH TWO HIGH SCHOOLS, ENGAGING 180 STUDENTS IN VULNERABILITY SITE ASSESSMENTS OF THEIR SCHOOL COMMUNITY, DEVELOPING COMMUNITY RESILIENCY PLANS FOR THE SCHOOLS, FACILITATING STUDENTS CONDUCTING WATERSHED AND BIODIVERSITY AUDITS, HOSTING AN ENVIRONMENTAL ACTION DAY, HOSTING AN OUTDOOR FIELD EXPERIENCE, HOSTING STUDENT-LED COMMUNITY FORUMS, AND BY PROVIDING ENVIRONMENTAL EDUCATION TRAINING TO TEACHERS.SUBRECIPIENT:NATIONAL WILDLIFE FEDERATION WILL PROVIDE A SUBAWARD TO GALVESTON BAY FOUNDATION TO ENGAGE STUDENTS, TEACHERS AND COMMUNITY MEMBERS IN WATERSHED EDUCATION. NATIONAL WILDLIFE FEDERATION WILL PROVIDE A SUBAWARD TO ZIGGY CHAMPION KIDS TO FACILITATE COMMUNITY CONNECTIONS FOR THE COMMUNITY ENGAGEMENT SESSIONS AND TO FACILITATE COMMUNITY CONVERSATIONS TO ASSESS COMMUNITY NEEDS AND THE FACTORS NEEDED TO CONSIDER WITH COMMUNITY ENGAGEMENT. NATIONAL WILDLIFE FEDERATION WILL PROVIDE A SUBAWARD TO CHANNELVIEW ISD EDUCATION FOUNDATION TO PURCHASE MATERIALS FOR A COMMUNITY SERVICE PROJECT. NATIONAL WILDLIFE FEDERATION WILL PROVIDE A SUBAWARD TO COASTAL PRAIRIE CONSERVANCY TO FACILITATE TWO FIELD EXPERIENCES TO COASTAL PRAIRIES THAT INCLUDE HANDS-ON, INQUIRY-BASED ACTIVITIES WITH STUDENTS. NATIONAL WILDLIFE FEDERATION WILL PROVIDE A SUBAWARD TO HOUSTON PARKS AND RECREATION DEPARTMENT TO TEACH STUDENTS ABOUT ACTIONS TO HELP AREAS BECOME MORE RESILIENT TO FLOODING AT A COMMUNITY SERVICE DAY.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: TWO SCHOOL WATERSHED STEWARDS TEAMS IMPLEMENTED, VULNERABILITY SITE ASSESSMENTS CREATED, COMMUNITY RESILIENCY PLANS CREATED, WATERSHED AND BIODIVERSITY AUDIT COMPLETED, ENVIRONMENTAL ACTION DAY CONDUCTED, OUTDOOR FIELD EXPERIENCE CONDUCTED, STUDENT-LED COMMUNITY FORUMS CONDUCTED, ENVIRONMENTAL TEACHER TRAINING COMPLETED, AND QUARTERLY PROGRESS REPORTING COMPLETED. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASED KNOWLEDGE OF NATURE-BASED SOLUTIONS TO FLOODING BY STUDENTS, TEACHERS AND COMMUNITY MEMBERS; INCREASED KNOWLEDGE OF LOCAL ENVIRONMENTAL HISTORY AND ENVIRONMENTAL JUSTICE BY STUDENTS, TEACHERS AND COMMUNITY MEMBERS; INCREASED ACTION BY STUDENTS, TEACHERS AND COMMUNITY MEMBERS TO ENGAGE IN ENVIRONMENTAL STEWARDSHIP OF LOCAL BAYOUS, STORM DRAINS, AND GREEN INFRASTRUCTURE PROJECTS; AND IMPROVED EDUCATOR AWARENESS AND ACCESS TO TRAINING ON THE SCIENCE OF CLIMATE CHANGE, RESILIENCE EDUCATION, GREEN INFRASTRUCTURE, WATERSHEDS AND PROJECT-BASED LEARNING. THE INTENDED BENEFICIARIES INCLUDE STUDENTS, TEACHERS AND COMMUNITY MEMBERS IN CHANNELVIEW AND HOUSTON, TEXAS.",8/16/2024,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_03D17224_6800,03D17224,PROJECT GRANT (B),ASST_NON_03D17224_6800,"$100,000",NATIONAL WILDLIFE FEDERATION,"DESCRIPTION:THIS

ACTION APPROVES FUNDING IN THE AMOUNT OF $100,000 TO THE NATIONAL WILDLIFE FOUNDATION
TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL
EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL
LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN GEORGIA
SPECIFICALLY METRO ATLANTA. THE GRANTEE WILL DO THIS BY ADDRESSING THE LACK OF
STANDARDIZED AND ROBUST CLIMATE CHANGE EDUCATION GUIDELINES AND KNOWLEDGE OF LOCAL
CLIMATE CHANGE VULNERABILITIES. STUDENTS (WITH THE HELP OF TEACHERS AND COMMUNITY
MEMBERS) WILL DESIGN AND IMPLEMENT ON-THE-GROUND NATURAL INFRASTRUCTURE PROJECTS ON
THEIR SCHOOL CAMPUSES (ENVIRONMENTAL ACTION PROJECT - EAP), TO DEMONSTRATE NATURE-BASED
METHODS FOR REDUCING RUNOFF, MITIGATING POLLUTION, REDUCING HEAT, AND SEQUESTERING
CARBON DIOXIDE.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN GEORGIA SPECIFICALLY METRO ATLANTA COMMUNITIES AND PROVIDE
STUDENTS, TEACHERS AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED
DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS
PROJECT PERIOD INCLUDE: PROVIDING PROFESSIONAL DEVELOPMENT TO 20 TEACHERS, SCHOOLS WILL
WORK TO BECOME CERTIFIED AS ECO SCHOOLS US CENTERS OF CLIMATE RESILIENCE AND EDUCATION,
WEST ATLANTA WATERSHED ALLIANCE FIELD TRIPS, YOUTH LEADERSHIP SUMMER INSTITUTE AND
SERVICE LEARNING PROJECTSSUBRECIPIENT:SUBRECIPIENTS WILL INCLUDE 8 ($2,500) SUBAWARDS
TO METRO ATLANTA SCHOOL SUPPORT THEIR ON-CAMPUS ECO SCHOOLS US PROJECTS. ALL FUNDS WILL
BE USED TO PURCHASE PROJECT SUPPLIES SUCH AS NATIVE PLANTS, SEEDS, GRAVEL, PVC PIPE,
SOIL AND MULCH, INTERPRETIVE SIGNAGE, AND TOOLS FOR CLIMATE RESILIENCE PROJECT
INSTALLATIONS. ALL SCHOOLS MEET ELIGIBILITY REQUIREMENTS LISTED IN SECTION III (A) AS
THEY ARE TITLE I PUBLIC SCHOOLS. ONE SUBRECIPIENT ATLANTA WATERSHED ALLIANCE WILL
RECEIVE $5,000 FOR (PREPARATION, IMPLEMENTATION, MANAGEMENT, COMMUNICATIONS FOR 3 FIELD
EXPERIENCES, 2 SERVICE PROJECTS -MLK DAY OF SERVICE AND 1 DURING THE YOUTH LEADERSHIP
SUMMER INSTITUTE), AND PROFESSIONAL DEVELOPMENT; SUPPLIES FOR TEACHER PROFESSIONAL
DEVELOPMENT, FIELD EXPERIENCE, AND SERVICE DAYS.


OUTCOMES:TO INCREASE ENVIRONMENTAL LITERACY, NWF WILL GIVE 8 SCHOOLS PRESENTATIONS ON
CLIMATE CHANGE, AWARD 8 SCHOOLS SOME LEVEL OF CERTIFICATION STATUS, AND ENGAGE 240
STUDENTS IN ENVIRONMENTAL EDUCATION, TO INCREASE CAMPUS CLIMATE CHANGE RESILIENCY, NWF
WILL PROVIDE PROFESSIONAL DEVELOPMENT TO 20 TEACHERS AND ENSURE 8 SCHOOL BASED
ENVIRONMENTAL ACTION PROJECTS. TO ENGAGE SCHOOLS AND COMMUNITY IN CLIMATE RESILIENCY
EFFORTS AND ENVIRONMENTAL STEWARDSHIP, NWF WILL ENSURE AT LEAST 30 STUDENTS AND 30
COMMUNITY MEMBERS WILL PARTICIPATE IN 2 COMMUNITY BASED ENVIRONMENTAL ACTION PROJECTS.
EXPECTED OUTCOMES OF THE PROJECT INCLUDE: GEORGIA SCHOOLS WILL SHOW INTEREST IN HAVING
THEIR OWN CLIMATE CHANGE RESILIENCE STRATEGY. ECOSCHOOL PARTICIPANT STUDENTS WILL
ENGAGE NEW AND EXISTING ECOSCHOOLS IN THE SURROUNDING COUNTIES ON THE IMPORTANCE OF
SMALL AND REPLICABLE RESILIENT COMMUNITY PROJECTS. PARTICIPATING SCHOOLS WILL CONTINUE
TO EXPLORE AND MODEL RESILIENCE STRATEGIES. THROUGH ECOSCHOOLS AND OTHER VENUES, THESE
APPROACHES AND STRATEGIES WILL BE ADOPTED BY OTHER SCHOOLS. ALSO, THROUGH THE INFLUENCE
OF STUDENT ENVIRONMENTAL STEWARDS, RESILIENCE STRATEGIES WILL BE TAKEN UP IN HOMES AND
OTHER PARTS OF THE COMMUNITY. LOCAL OFFICIALS WILL BE INFLUENCED BY THESE YOUNG
ENVIRONMENTAL LEADERS TO TAKE STEPS TO SAFEGUARD THE COMMUNITY'S NATURAL ASSETS. THE
INTENDED BENEFICIARIES INCLUDE GEORGIA SPECIFICALLY METRO ATLANTA
COMMUNITIES.",8/22/2024,,

"66.312 - research project, no deliverables in Puerto
Rico",https://www.usaspending.gov/award/ASST_NON_96213824_6800,96213824,,,"$1,028,353",
MUNICIPIO DE VEGA BAJA,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO MUNICIPALITY OF
VEGA BAJA. SPECIFICALLY, THE RECIPIENT WILL ASSIST COMMUNITIES IN IDENTIFYING,
PREVENTING, AND ELIMINATING BLIGHTED PROPERTIES AND ASSOCIATED HEALTH AND ENVIRONMENTAL
RISKS. THE PROJECT WILL ENABLE COMMUNITIES TO IDENTIFY AND MAP ASSETS, CHALLENGES, AND
OPPORTUNITIES, PARTICIPATE IN PLANNING ACTIVITIES TO CREATE A REUSE PLAN, AND
CONCEPTUALIZE, ASSESS THE VIABILITY OF, AND EXECUTE PILOT MITIGATION PROJECTS FROM THE
REUSE PLAN.ACTIVITIES:THE ACTIVITIES INCLUDE EDUCATION, TRAINING, CIVIC ENGAGEMENT,
COMMUNITY MAPPING AND REUSE PLANNING, AND SMALL-SCALE ACQUISITION AND MITIGATION.
INTERACTIVE TRAININGS ON COMMUNITY MAPPING AND THE IDENTIFICATION OF AND RISKS RELATED
TO BLIGHT WILL BE DELIVERED. TRAINING PARTICIPANTS WILL WORK WITH PROJECT PARTNERS TO
MAP POTENTIAL NUISANCE PROPERTIES AND THEIR ENVIRONMENTAL AND HEALTH RISKS. FOLLOW-UP
MAPPING WILL BE CONDUCTED THROUGHOUT THE PROJECT PERIOD. COMMUNITY PLANNING WORKSHOPS
WILL BE HELD TO REVIEW MAPPING RESULTS, CONSULT WITH THE COMMUNITY, DRAFT A REUSE PLAN,
SEEK FEEDBACK, AND PUBLISH A FINAL REUSE PLAN. TRAININGS ON BEST PRACTICES FOR
REDUCTION, PREVENTION, AND REUSE, AS WELL AS CAPACITY BUILDING FOR REUSE PLAN
IMPLEMENTATION, WILL BE DELIVERED. PILOT PROJECTS SELECTED FROM THE REUSE PLAN WILL BE
CARRIED OUT AND MAY INCLUDE DECONSTRUCTION, DEMOLITION, REHABILITATION, CLEAN-UP, OR
ABATEMENT. THE APPROPRIATE ENVIRONMENTAL REVIEW AND CONSTRUCTION CROSSCUTTERS WILL BE
ADDRESSED PRIOR TO STARTING ANY CONSTRUCTION ACTIVITIES. SUBRECIPIENT:THE CENTER FOR
HABITAT RECONSTRUCTION IS A SUBRECIPIENT. DAY-TO-DAY OPERATIONS OF THE PROJECT WILL BE
EXECUTED BY CENTER FOR HABITAT RECONSTRUCTION, WHICH INCLUDES SUPPORTING THE
MUNICIPALITY OF VEGA BAJA IN FACILITATING OUTREACH AND EDUCATION TRAININGS, COMMUNITY
MAPPING AND PLANNING, AND CAPACITY BUILDING TRAININGS. CENTER FOR HABITAT
RECONSTRUCTION WILL ALSO EXECUTE NATURE-BASED PILOT PROJECTS AND NUISANCE CLEAN UP AND
ABATEMENT, AND COMPLETE REQUIRED ENVIRONMENTAL REVIEW AND CONSTRUCTION CROSSCUTTER
COMPLIANCE BEFORE ANY CONSTRUCTION ACTIVITIES TAKE PLACE.OUTCOMES:THE ANTICIPATED
DELIVERABLES INCLUDE TRAINED RESIDENTS, PRE- AND POST-EVALUATIONS, COMMUNITY MAPS, ONE
REUSE PLAN, MEETINGS WITH POLICYMAKERS AND ADVOCATES, AN ANTICIPATED FIVE
DECONSTRUCTIONS OR DEMOLITIONS, SIXTEEN CLEAN-UP OR ABATEMENT INTERVENTIONS, SIX

REHABILITATED AFFORDABLE HOUSING UNITS FOR CLIMATE RESILIENCY AND ADAPTATION, SIX
SMALL-SCALE NATURE-BASED PROJECTS, AND SEMI-ANNUAL AND FINAL REPORTS. THE EXPECTED
OUTCOMES INCLUDE AN INCREASE IN THE NUMBER OF HEALTH AND ENVIRONMENTAL RISKS IDENTIFIED
AND MAPPED IN COMMUNITIES, INCREASED KNOWLEDGE AND AWARENESS OF BLIGHT AND ITS RISK,
REDUCTION, AND PREVENTION AMONG RESIDENTS, INCREASED MAPPING KNOWLEDGE AND SKILLS AMONG
COMMUNITY MEMBERS, INCREASED RESIDENT COMMITMENT TO AND MEANINGFUL ENGAGEMENT IN BLIGHT
REDUCTION AND PREVENTION, AND INCREASED CAPACITY AND RESILIENCE IN OVERBURDENED AND
UNDERSERVED COMMUNITIES. THE PROJECT IS EXPECTED TO INCREASE INTERVENTION FOR NUISANCE
PROPERTIES THROUGH MITIGATION OF FINDINGS AND IMPLEMENTATION OF RECOMMENDATIONS IN THE
REUSE PLAN, THEREBY DECREASING ENVIRONMENTAL AND HEALTH RISKS IN THE COMMUNITY. THE
INTENDED BENEFICIARIES INCLUDE THE MUNICIPALITY OF VEGA BAJA, AS WELL AS ITS RESIDENTS
AND PROJECT PARTNERS.,8/27/24,,

66.615 -Cancel - Environmental
Justice,https://www.usaspending.gov/award/ASST_NON_95341401_6800,95341401,COOPERATIVE
AGREEMENT (B),ASST_NON_95341401_6800,"$52,000,000",GREEN & HEALTHY HOMES INITIATIVE
INC,"DESCRIPTION:THIS ASSISTANCE AGREEMENT PROVIDES FUNDING UNDER THE INFLATION
REDUCTION ACT (IRA) TO GREEN AND HEALTHY HOMES INITIATIVE, A REGIONAL GRANTMAKER. THIS
PROGRAM FUNDS COMMUNITY-BASED ORGANIZATIONS THAT ARE ADVANCING ENVIRONMENTAL JUSTICE
INITIATIVES IN THEIR RESPECTIVE COMMUNITIES. THE PROGRAM SEEKS TO MINIMIZE THE
ADMINISTRATIVE AND PROCEDURAL BURDEN OF APPLYING FOR FEDERAL GRANTS AND REDUCE THE
OVERALL BURDEN OF MANAGING FUNDS THROUGHOUT THE SUBGRANT PROCESS. REGIONAL GRANTMAKERS,
AS PASS-THROUGH ENTITIES, ARE REQUIRED TO REDISTRIBUTE 80 PERCENT OF TOTAL FUNDS
AWARDED (I.E., 40 MILLION) TO COMMUNITIES THROUGH COMPETITIVE AND NONCOMPETITIVE
SUBGRANTS. THE REMAINING 2 MILLION WILL BE USED FOR ADMINISTRATION AND CLOSEOUT COSTS.
ACTIVITIES:ACTIVITIES IN THE SUBSEQUENT AWARD PHASE INCLUDE AWARDING 171 SUBGRANTS.
APPLICATIONS WILL BE REVIEWED ON A ROLLING BASIS BY REVIEW PANELS TO INCLUDE ASSIGNED
GHHI GRANT PROJECT STAFF AND TECHNICAL ASSISTANCE (TA) PROVIDER STATUTORY PARTNERS
ORGANIZATIONS. ADDITIONAL ACTIVITIES INCLUDE REPORTING ON PROGRAM OVERSIGHT, MANAGEMENT
AND EVALUATIONS FOR MEASURING SUCCESS OF SUBAWARD PROGRAM, CONDUCTING ADVISORY BOARD
MEETINGS AND ENGAGING COMMITTED PARTNERS, IDENTIFYING NEEDS OF SUBRECIPIENTS AND
PROGRAM OFFICERS TO PROVIDE RESPONSIVE TECHNICAL ASSISTANCE, DEVELOPING AND
IMPLEMENTING GRANT APPLICATION AND MANAGEMENT SOFTWARE, CONDUCTING OUTREACH AND
GATHERING INPUT FROM COMMUNITIES ON THEIR SUPPORT NEEDS. GHHI WILL TRACK MILESTONES,
SUCH AS DAYS BETWEEN SUBAWARD EXECUTION AND INITIAL DISBURSEMENTS, AND WILL COMPLETE
ACTIVITIES, SUCH AS PREPARATION, OUTREACH, OPEN CALL FOR PROPOSALS, SUPPORT DURING
APPLICATION, EVALUATION PROCESS AND POST-AWARD EVALUATION. GHHI'S FINANCE AND
ACCOUNTING TEAM WILL TRACK INVOICES, DISBURSEMENTS, AND OUTSTANDING PAYMENTS. PROGRAM
MATERIALS DEVELOPED TO SUPPORT THE TCGM PROGRAM WILL BE REVIEWED FOR TECHNICAL ACCURACY
AND QUALITY BY THE PROJECT DIRECTOR, PROJECT MANAGER OR OTHER TECHNICAL STAFF. ALL TCGM
MATERIALS MUST UNDERGO A QA/QC REVIEW BY THE REGION 3 QUALITY ASSURANCE MANAGER (QAM)
AND EPA PRIOR TO USE. PRIOR TO THE START OF APPLICABLE ACTIVITIES, GHHI WILL SUBMIT
COOPERATIVE PLANS FOR PROJECT OFFICER REVIEW REGARDING CAP AMOUNT AWARD POLICY,
CONFLICT OF INTEREST AND HUMAN SUBJECTS RESEARCH.


SUBRECIPIENT:CORE TECHNICAL ASSISTANCE (TA) PROVIDERS WILL PROVIDE ASSISTANCE AND TOOLS
TO INFORM THE EFFORTS OF GRANTEES UNDER THE TCGM PROGRAM. CORE TA PROVIDERS INCLUDE
CHILDREN'S NATIONAL, HOWARD UNIVERSITY, AND 18 TBD TA PROVIDERS BASED ON THE NEEDS
EXPRESSED BY APPLICANTS. IF ANY TCGM GRANT FUNDS ARE AWARDED FOR ADDITIONAL TECHNICAL
ASSISTANCE SERVICES TO AN EXISTING TECHNICAL ASSISTANCE PROVIDER SUBAWARDEE UNDER THE
GRANT, GHHI WILL NOT CHARGE ADDITIONAL INDIRECT COSTS TO THE GRANT FOR THAT TECHNICAL
ASSISTANCE PROVIDER AFTER THE INITIAL 25,000 DOLLARS IN TOTAL DIRECT COSTS HAVE BEEN
EXPENDED. CHILDREN'S NATIONAL WILL PROVIDE A REGISTRY OF PEDIATRIC PATIENTS WITH ASTHMA
IN DC REGION, AND A HEALTHY HOUSING MAP OVERLAYING PEDIATRIC ASTHMA MORBIDITY AND
ASTHMA-RELATED HEALTH HAZARDS. CHILDREN'S NATIONAL WILL ALSO LEVERAGE ITS NETWORK TO
PROMOTE EPA'S TCGM PROGRAM AWARENESS AND SUPPORT APPLICANT OUTREACH. HOWARD UNIVERSITY
WILL SUPPORT GHHI'S THRIVING COMMUNITIES REQUEST FOR APPLICATIONS (RFA) OUTREACH AS
WELL AS PROJECT IMPLEMENTATION. HOWARD UNIVERSITY WILL ALSO PROVIDE TECHNICAL
ASSISTANCE THROUGH THE HOWARD UNIVERSITY SCHOOL OF LAW AND ENVIRONMENTAL JUSTICE
CENTER, AND THE SCHOOL OF ARCHITECTURE AND THURGOOD MARSHALL CIVIL RIGHTS CENTER.18 TBD
TA PROVIDERS WILL BE PROVIDE RESPONSIVE TA BASED ON THE NEEDS EXPRESSED BY APPLICANTS
AND THE RELATED PROGRAM OFFICERS. IF AND WHEN THE SUBAWARD AMOUNT CHANGES, THE AMOUNT
OF INDIRECT CAPTURED ON THIS LINE ITEM WILL NOT EXCEED THE FIRST 25,000 DOLLARS.
OUTCOMES:ANTICIPATED DELIVERABLES FOR THE SUBSEQUENT AWARD ONLY INCLUDE DISTRIBUTING 60
TIER 1 SUBAWARDS, 51 TIER 2 SUBAWARDS, 50 TIER 3 SUBAWARDS AND 10 NONCOMPETITIVE
S",9/4/2024,0,"Our spreadsheet said $42M, refreshed USA spend says $52M award"

66.615 -Cancel - Environmental
Justice,https://www.usaspending.gov/award/ASST_NON_96265601_6800,96265601,COOPERATIVE
AGREEMENT (B),ASST_NON_96265601_6800,"$8,000,000",FORDHAM UNIVERSITY,"DESCRIPTION:THIS
AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT TO FORDHAM UNIVERSITY TO
SUPPORT NONPROFIT ORGANIZATIONS AND ORGANIZATIONS REPRESENTING DISADVANTAGE COMMUNITIES
THROUGH ITS THRIVING COMMUNITIES GRANTMAKER INITIATIVE TITLED FLOURISHING IN
COMMUNITIES (FIC). SPECIFICALLY, FORDHAM UNIVERSITY GRANTMAKER PROPOSES AN
INTERSECTIONAL APPROACH TO PLACE FRONTLINE COMMUNITIES IN POSITIONS OF POWER TO ADVANCE
ENVIRONMENTAL JUSTICE AND CLIMATE JUSTICE IN DISADVANTAGED AND HARD-TO-REACH
COMMUNITIES AND COMMUNITIES DISPROPORTIONATELY IMPACTED BY CLIMATE CHANGE, POLLUTION,
AND OTHER ENVIRONMENTAL STRESSORS IN NEW YORK, NEW JERSEY, PUERTO RIC, AND U.S. VIRGIN
ISLANDS. FORDHAM UNIVERSITY GRANTMAKER WILL FOSTER STAKEHOLDER ENGAGEMENT; ESTABLISH A
COMMUNITY LED PARTICIPATORY GOVERNANCE; FACILITATE A ROBUST AND ACCESSIBLE SUBGRANT

APPLICATION, DISBURSEMENT, MONITORING AND REPORTING PROCESS; AND PROVIDE TECHNICAL ASSISTANCE AND WRAP-AROUND SUPPORT TO SUBGRANTEES. THIS GRANTMAKER INITIATIVE WILL REDUCE BARRIERS THE FEDERAL GRANT PROCESS PLACES ON SMALL, RESOURCE-CONSTRAINED COMMUNITY-BASED NONPROFITS SUPPORTING THE UNDERSERVED COMMUNITIES. ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE: A SERIES OF MEETINGS, WORKSHOPS AND WEBINARS, BOTH FACE-TO-FACE AND VIRTUAL TO FOSTER AUTHENTIC STAKEHOLDER ENGAGEMENT AND ESTABLISH PARTICIPATORY GOVERNANCE, FACILITATE A ROBUST AND ACCESSIBLE SUBGRANT APPLICATION, DISBURSEMENT, MONITORING AND REPORTING PROCESS.SUBRECIPIENT:FORDHAM UNIVERSITY WILL ISSUE SUBAWARDS UNDER THIS COOPERATIVE AGREEMENT. SUBAWARD ACTIVITIES WILL INCLUDE PROJECT COORDINATION, INTAKE APPLICATIONS, DEVELOPMENT OF SOLICITATION AND OUTREACH ACTIVITIES, OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES AND EXPECTED OUTCOMES: DEVELOPMENT OF PARTICIPATORY GOVERNANCE, OUTREACH PLAN, SUBGRANT APPLICATION CONSISTING OF DISBURSEMENT, MONITORING, AND REPORTING PROCESS. DIRECT BENEFICIARIES OF THE PROGRAM INCLUDE RESIDENT LOCATED IN NEW JERSEY, NEW YORK, PUERTO RICO AND THE UNITED STATES VIRGIN ISLAND AND INDIAN NATIONS.",9/4/2024,$0,

"66.312 - first part good, second objective isn't - TO EXPAND OPPORTUNITIES FOR JOBS THAT SUPPORT REDUCTIONS IN GREENHOUSE GAS EMISSIONS IN EJ ",https://www.usaspending.gov/award/ASST_NON_96263324_6800,96263324,,,"$1,000,000",CITY OF NEW YORK,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE. SPECIFICALLY, THE RECIPIENT WILL RECOVER AIR CONDITIONERS MADE REDUNDANT THROUGH INSTALLATION OF HEAT PUMPS FOR HEATING AND COOLING IN BUILDING ELECTRIFICATION INITIATIVES. RECOVERED ACS WILL BE EITHER DISTRIBUTED FOR REUSE BY NEW YORKERS AT RISK OF HEAT-RELATED HEALTH IMPACTS OR RECYCLED AFTER RECLAIMING REFRIGERANT. A SECONDARY GOAL IS TO EXPAND OPPORTUNITIES FOR JOBS THAT SUPPORT REDUCTIONS IN GREENHOUSE GAS EMISSIONS IN EJ COMMUNITIES.ACTIVITIES:THE ACTIVITIES INCLUDE:

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE (DOHMH) COORDINATING AND MONITORING THE PROGRESS OF AND SUBSEQUENT HIRING INTO DOHMH'S AIR CONDITIONER (AC) RECOVERY PROGRAM OF NEW YORK CITY HOUSING AUTHORITY (NYCHA) RESIDENTS THAT ARE TO BE ENROLLED IN THE WORKFORCE DEVELOPMENT PROGRAM BY THE CLEAN ENERGY ACADEMY AND WHO ARE GIVEN SPECIALIZED TRAINING IN AC RECOVERY AND OTHER GREEN OCCUPATION SKILLS;

DOHMH COORDINATING AND MONITORING THE RECRUITMENT ACTIVITIES CONDUCTED IN-KIND BY ITS OWN CLIMATE HEALTH PROGRAM TO INCREASE THE AC DONATIONS BY RESIDENTS OF 7,500 NYCHA HOUSING UNITS PROJECTED TO RECEIVE ENERGY-EFFICIENT HEAT PUMPS THROUGH THE NYCHA'S CLEAN HEAT FOR ALL (CH4A) PROGRAM AND WHICH WILL GENERATE THOUSANDS OF REDUNDANT WINDOW AC UNITS;

DOHMH MONITORING AND PASSING FUNDS THROUGH TO THE COMMUNITY-BASED ORGANIZATION BIG REUSE, WHOSE PROGRAM COORDINATOR, DRIVERS, TECHNICIANS AND LABORERS, INCLUDING CLEAN ENERGY ACADEMY WORKFORCE DEVELOPMENT HIRES, WILL CARRY OUT THE WORK OF RECYCLING (IN COORDINATION WITH NEW YORK CITY DEPARTMENT OF SANITATION) OR REDISTRIBUTING TO RESIDENTS IN HEAT-VULNERABLE COMMUNITIES THOSE AC UNITS THAT CAN BE REUSED FOR THEIR RESIDENTIAL COOLING NEEDS; AND,

DOHMH LEADING AN EVALUATION PROGRAM WITH IN-KIND SUPPORT FROM ITS OWN CLIMATE HEALTH PROGRAM TEAM TO INFORM POTENTIAL FUTURE IMPLEMENTATION OF THIS AC RECOVERY PROGRAM FOR OTHER LARGE-SCALE BUILDING ELECTRIFICATION PROJECTS IN NEW YORK CITY.

FEDERAL FUNDS ARE TO BE EXPENDED ON DOHMH COORDINATING, MONITORING, OR LEADING THE VARIOUS ACTIVITIES BY THE IN-KIND, IN-HOUSE SUPPORT AND BY THE SELF-FUNDED EXTERNAL PROJECT PARTNERS THAT MUST TAKE PLACE FOR THE FEDERAL SUBAWARD MONIES TO BIG REUSE TO BE EFFECTIVE IN DOING THE AC RECOVERY WORK.

SUBRECIPIENT:SUBAWARDS WILL LEAD THE WORKFORCE DEVELOPMENT COMPONENT OF THIS PROPOSAL. THE CLEAN ENERGY ACADEMY OFFERS PARTICIPANTS A SIX-WEEK COURSE, TEACHING SKILLS TO INSTALL SOLAR PANELS, TRANSFORM HEATING AND COOLING SYSTEMS, AND INSTALL AND MAINTAIN HEAT PUMPS. ENROLLMENT IN THE ACADEMY IS FREE, AND TRAINEES EARN A STIPEND FOR PARTICIPATING. THROUGH THE ACADEMY, THEY WILL PROVIDE TRAINEES WITH THE SKILLS NECESSARY TO ASSIST CONTRACTORS WHO WILL INSTALL HEAT PUMPS ACROSS NYCHA CAMPUSES. THE NYCHA CLEAN ENERGY ACADEMY HAS SET A GOAL TO PROVIDE 100 PUBLIC HOUSING RESIDENTS WITH CLEAN ENERGY JOB TRAINING OVER TWO YEARS AND TO PLACE AT LEAST 60 TRAINEES INTO CLEAN ENERGY JOBS OVER TWO YEARS. FOR THE AC RECOVERY PROGRAM, THE TRAINING CURRICULUM WILL BE EXPANDED TO INSTRUCT PARTICIPANTS ON ASSESSING AND CATEGORIZING ACS FOR REUSE, INCLUDING PREPARATION FOR REDISTRIBUTION, OR FOR RECYCLING. WE ANTICIPATE THIS TRAINING COMPONENT WILL LEAD TO INCREASED OPPORTUNITY FOR EMPLOYMENT AS INSTALLATION OF HEAT PUMPS ACROSS CITY BUILDINGS BECOMES MORE COMMON, MAKING EXISTING WINDOW AC UNITS REDUNDANT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE AN ESTIMATED 2,000 REDUNDANT WINDOW AIR CONDITIONER (AC) UNITS BEING REDISTRIBUTED TO NEW YORKERS AND AN ESTIMATED 2,0000 REDUNDANT WINDOW AC UNITS BEING PROPERLY DISPOSED OF AND RECYCLED. BECAUSE FEDERAL FUNDS ARE TO BE EXPENDED IN THE COORDINATION, MONITORING OR OTHER LEADERSHIP THEREOF, ANTICIPATED DELIVERABLES IN SUPPORT OF THE AC RECOVERY WORK ALSO INCLUDE: 1) A WORKFORCE DEVELOPMENT CURRICULUM ADAPTED TO INCLUDE AC",9/4/24,,

66.312 - seems more focused on EJ outreach than testing deliverables,https://www.usaspending.gov/award/ASST_NON_00E03804_6800,00E03804,COOPERAT IVE AGREEMENT (B),"$1,000,000.00","$1,000,000",WISCONSIN DEPARTMENT OF NATURAL RESOURCES,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO WISCONSIN DEPARTMENT OF

NATURAL RESOURCES TO TAILOR OUTREACH AND EDUCATION ON WATER QUALITY, FISH CONSUMPTION, AND RELATED HEALTH ISSUES. COMMUNITY HEALTH WORKERS (CHWS), CONDUCTING OUTREACH AND EDUCATION ON THE GROUND LEVEL WITHIN THE COMMUNITY, WILL ALSO FACILITATE INCREASED PRIVATE WELL WATER TESTING AMONG THESE COMMUNITIES. PROJECT RESULTS AND OUTCOME ANALYSIS WILL BE USED TO DEVELOP AN EFFECTIVE MODEL FOR COMMUNITY-BASED OUTREACH THAT CAN BE APPLIED STATEWIDE AND ACROSS DNR PROGRAMS TO IMPROVE PUBLIC INFORMATION SHARING AND PUBLIC INVOLVEMENT IN DECISION-MAKING AND SERVICES. ACTIVITIES:THE ACTIVITIES INCLUDE TRAINING OF COMMUNITY HEALTH WORKERS; DEVELOPMENT OF OUTREACH MATERIALS; EDUCATIONAL OUTREACH AND TECHNICAL ASSISTANCE TO DISPROPORTIONATELY IMPACTED COMMUNITIES; AS WELL AS OUTREACH EVENTS, FORUMS AND OTHER DIALOGUE PROJECTS.SUBRECIPIENT:ONE SUBAWARD WILL BE GIVEN TO HEALTHY OPPORTUNITIES FOR LATIN AMERICANS (HOLA), WHO WILL ACT AS A LIAISON TO THE DNR TO SUPPORT INDIVIDUALS THROUGH TECHNICAL ASSISTANCE OF WELL TESTING AND IDENTIFYING FUNDING SOURCES FOR WELL REPLACEMENT/TREATMENT. ANOTHER PROJECT PARTNER AND SUBAWARDEE, THE WISCONSIN INSTITUTE FOR PUBLIC POLICY AND SERVICE (WIPPS), WILL FACILITATE COMMUNITY FORUMS FOR OPEN DIALOGUE ON CLEAN WATER AND PUBLIC HEALTH AND HELP TRAIN COMMUNITY HEALTH WORKERS. WIPPS WILL PROVIDE RESEARCH, ANALYSIS, AND REPORTING OF COMMUNITY FEEDBACK AS WELL AS PROJECT CONTINUOUS IMPROVEMENT MONITORING, TO INFORM DNR SERVICES AND PRACTICES.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE COMMUNICATION RESOURCES, 500 WELL WATER TESTS CONDUCTED, 8,000 COMMUNITY MEMBERS REACHED, AND THE CREATION OF AN EFFECTIVE MODEL FOR COMMUNITY-BASED OUTREACH AND BI-DIRECTIONAL DIALOGUE. THE EXPECTED OUTCOMES INCLUDE A GREATER PERCENTAGE OF HMONG, HISPANIC, AND RURAL COMMUNITIES IN CENTRAL WISCONSIN WITH AN AWARENESS AND UNDERSTANDING OF WATER QUALITY, FISH CONSUMPTION ADVISORIES, AND HEALTH ISSUES; COMMUNITY CONSENSUS BUILDING AND COLLABORATION ACROSS SYSTEMS AND COMMUNITY-BASED PARTNERS; HMONG, HISPANIC, AND RURAL COMMUNITY LEADERS (ORGANIZATION, INSTITUTION, AND BUSINESS) WILL BE AWARE OF ENVIRONMENTAL JUSTICE INITIATIVES AND THEIR POTENTIAL TO HELP COMMUNITIES; COMMUNITY MEMBERS MAKING HEALTHY CHOICES REGARDING FISH CONSUMPTION; MORE ACCURATE DATA REGARDING: NUMBER OF SUBSISTENCE FISHERS, NUMBER OF PRIVATE WELL OWNERS, PUBLIC PERCEPTION AND UNDERSTANDING OF WATER QUALITY AND PRIVATE WELL WATER TESTING, AND COMMUNITY NEEDS FOR SUPPORTING WELL WATER QUALITY; HMONG, HISPANIC, AND RURAL COMMUNITIES (INSTITUTIONS, ORGANIZATIONAL LEADERSHIP, AND TRUSTED MESSENGERS) UTILIZING INFORMATION AND PARTNERSHIP CAPACITY TO IMPROVE ENVIRONMENTAL JUSTICE CONCERNS. THE INTENDED BENEFICIARIES INCLUDE HMONG, HISPANIC, PLAINS, TRIBES, AND OTHER RURAL COMMUNITIES IN CENTRAL WISCONSIN.",9/5/2024,,

66.312 - EJ
outreach,https://www.usaspending.gov/award/ASST_NON_00E03635_6800,00E03635,,,"$1,000,00
0.00",CITY OF ANN ARBOR,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE
INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO THE CITY OF ANN ARBOR,
MICHIGAN. SPECIFICALLY, THE RECIPIENT WILL IMPROVE THE RESILIENCE OF THE MOST
VULNERABLE RESIDENTS IN ANN ARBOR AND WASHTENAW COUNTY BY CO-DEVELOPING A LIVING
REGIONAL RESILIENCE NETWORK THAT ALLOWS FOR THE CONTINUAL INVESTMENT IN THE ADAPTIVE
CAPACITY AND ENHANCEMENT OF LOCAL SOCIAL COHESION FOR THE REGION'S FRONTLINE AND MOST
VULNERABLE POPULATIONS. WORKING GROUPS OF THE NETWORK WILL CREATE FACILITATED
COMMUNICATION CHANNELS TO ASSIST NETWORK PARTNERS IN RESOURCE POOLING, COLLECTIVE
EMERGENCY RESPONSE, AND OTHER ACTS OF MUTUAL AID. THIS PROPOSAL ALSO CALLS FOR
INVESTMENTS IN FOUR LOCAL BRICK AND MORTAR RESILIENCE HUBS AND THE CREATION OF A
RESILIENCE GRANT PROGRAM THAT FOSTERS A CONNECTIVE TISSUE BETWEEN THE VARIOUS HUBS.
THIS INTERCONNECTED RESILIENCE INFRASTRUCTURE WILL ENSURE THE MOST VULNERABLE RESIDENTS
DON'T JUST SURVIVE BUT THRIVE EVERY DAY. ACTIVITIES:THE ACTIVITIES INCLUDE:

-IDENTIFY ADDITIONAL COMMUNITY GROUPS AND ORGANIZATIONS WORKING ON RESILIENCE RELATED
(OR RESILIENCE ADJACENT) TOPICS TO INVITE TO THE NETWORK.

- HOST PRELIMINARY MEETINGS WITH APPROPRIATE STAFF FROM ORGANIZATIONS TO GAUGE THEIR
INTEREST AND DESIRES RELATED TO PARTICIPATING IN AN EMERGING RESILIENCE NETWORK.

- HOST FIRST OFFICIAL MEETING OF THE REGIONAL RESILIENCE NETWORK TO DECIDE ON
COLLECTIVE PURPOSE. LAY FOUNDATION FOR FUTURE MEETING(S) TO DECIDE ON CO-GOVERNANCE
STRUCTURE, CREATE COMMUNICATION CHANNELS FOR RESOURCE POOLING AND EMERGENCY RESPONSE,
AND CREATE RESILIENCE NETWORK GOVERNING BOARD (IF RELEVANT).

- HOST THREE MEETINGS OF THE REGIONAL RESILIENCE NETWORK. THE REGIONAL RESILIENCE
NETWORK WILL CONTINUE TO FORMALLY MEET THREE TIMES A YEAR IN SUBSEQUENT YEARS.

- HOST INNER NETWORK AFFINITY WORKING GROUPS FOR NETWORK PARTNERS TO CONNECT WITH
ORGANIZATIONS WITH SIMILAR WORK SCOPES, LEARN FROM EACH OTHER, IDENTIFY AREAS OF SHARED
WORK, AND BUILD STRONG(ER) RELATIONSHIPS.

- CONTINUE TO RECRUIT COMMUNITY GROUPS AND ORGANIZATIONS INTO THE NETWORK WITH THE GOAL
TO HAVE MULTIPLE ORGANIZATIONS FROM EVERY MUNICIPALITY WITHIN WASHTENAW COUNTY

- EXTERNAL REVIEWER CONDUCTS PROGRAM EVALUATION TO GAUGE PROGRAM PROGRESS, PARTICIPANT
SATISFACTION, DISTRIBUTION OF PROJECT RESOURCES, ETC. AT THE END OF YEAR ONE AND YEAR
TWO.

HOST COMMUNITY-WIDE FORUMS IN EACH OF THE FOUR PREVIOUSLY IDENTIFIED GEOGRAPHIES TO
DISCUSS KEY ATTRIBUTES OF RESILIENCE AND IDENTIFY TRUSTED COMMUNITY-BASED
ORGANIZATIONS.

- USING RESULTS FROM ABOVE, GENERATE A LIST OF COMMUNITY-BASED ORGANIZATIONS THAT COULD

POTENTIALLY SERVE AS RESILIENCE HUBS.

- CO-DESIGN WITH RESIDENTS WHAT RESOURCES A RESILIENCE HUB SHOULD HAVE/MAINTAIN TO MEET LOCAL NEEDS AND HOW THE HUB ENGAGES WITH THE OVERALL RESILIENCE NETWORK. SHARE FINDINGS REGULARLY AND ITERATE, AS NEEDED, ON IDEAS FOR HOW THE NETWORK SUPPORTS BRICK AND MORTAR HUBS AND THE RESOURCE DISTRIBUTION BETWEEN THEM.

- SECURE THREE COMMUNITY-BASED ORGANIZATIONS TO LEAD RESILIENCE HUB ENGAGEMENT PROCESSES. CREATE CALENDAR OF MEETINGS, LIVING PLANNING MATERIALS, INCLUDING TEMPLATE ENGAGEMENT ACTIVITIES, AND WORK PLAN.

- CREATE RESILIENCE AMBASSADOR PROGRAM FOR INTERESTED RESIDENTS TO ENGAGE IN AND LEAD LOCAL RESILIENCE INITIATIVES.

- CONDUCT DEEP CANVASSING/MULTI-PRONGED OUTREACH CAMPAIGN IN EACH NEIGHBORHOOD TO DETERMINE WHAT RESIDENTS WANT IN A RESILIENCE NETWORK AND ASSOCIATED HUB, AND HOW THE NETWORK CAN BEST SERVE LOCAL NEEDS WHILE INCREASING LOCAL AND REGIONAL RESILIENCE.

- DEVELOP MODELS OF COMMUNITY-DESIGNED RESILIENCE HUBS AND A FRAMEWORK THAT CAN BE USED TO REPLICATE THE FORMATION OF A RESILIENCE ECOSYSTEM IN OTHER URBAN, SUBURBAN, AND RURAL COMMUNITIES.

SUBRECIPIENT:-RESILIENCE GRANTS - 5 GRANTS AT $20,000 EACH (MUST GO TO CBO). RESIDENTS WILL ALSO BE ELIGIBLE TO APPLY, IN PARTNERSHIP WITH A LOCA",9/5/2024,,

"66.312 - advance EJ, hiring 60 people  to distribute materials ",https://www.usaspending.gov/award/ASST_NON_95336801_6800,95336801,,,"$324,000",CITY OF BALTIMORE,"DESCRIPTION:THIS COOPERATIVE AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) FOR THE OPERATION AND EXECUTION OF ACTIVITIES CONDUCTED THROUGH THE CITY OF BALTIMORE TO SUPPORT THE DEPARTMENT OF PUBLIC WORKS YH20 EXPANSION II PROGRAM. THIS AGREEMENT FUNDS ADMINISTRATIVE REQUIREMENTS, TRAININGS, WORKSHOPS, OUTREACH, AND EVENTS, IN SUPPORT OF DECISIVE ACTION TO ADVANCE ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS AND EMBED ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS INTO THE CITY OF BALTIMORE AND ITS PROGRAMS, POLICIES, AND ACTIVITIES.

THESE OBJECTIVES WILL BE MET BY CARRYING OUT THE ACTIVITIES DEFINED IN THE APPROVED GRANT WORKPLAN, BUDGET, AND STATUTORY REQUIREMENTS IDENTIFIED UNDER THE CLEAN AIR ACT: SECTION 138. THE CITIZENS OF BALTIMORE ARE DIRECT BENEFICIARIES OF THIS AGREEMENT.

THIS ACTION PROVIDES A TOTAL OF $324,000.00 IN FEDERAL FUNDS FOR THE BUDGET AND PROJECT PERIOD OF 10/01/2023-09/30/2025.

ACTIVITIES:THE ACTIVITIES TO BE PERFORMED BY THE CITY OF BALTIMORE INCLUDE EDUCATING THE PUBLIC ABOUT THE YH20 EXPANSION II YOUTH INTERNSHIP AND CAREER MENTORING PROGRAM; RECRUITMENT OF TWO 30 PERSON COHORTS; MARKETING THE YH20 PROGRAM BY CREATING FLYERS, POSTERS, AND MOTIVATIONAL MATERIALS WITH COMMUNITY PARTNERS INCLUDING THE MAYOR'S OFFICE OF EMPLOYMENT AND DEVELOPMENT OF BALTIMORE, HOWARD COUNTY, AND BALTIMORE COUNTY. PROGRAM PARTICIPANTS WILL ENGAGE IN VARIOUS HANDS-ON ACTIVITIES INCLUDING WORKSITE TOURS, WORKSHOPS, AND TRAININGS TO DISCUSS AND LEARN THE SKILLS NEEDED TO BE SUCCESSFUL IN THE WATER, WASTEWATER, AND SOLID WASTE INDUSTRIES AND DEVELOP TRANSFERABLE LIFE SKILLS LIKE EMOTIONAL REGULATION AND CONFLICT RESOLUTION. PARTICIPANTS WILL ALSO OBTAIN DRIVERS EDUCATION TRAINING, TRANSPORTATION PASSES, FIELD RELATED ATTIRE, OFFICE SUPPLIES, TABLETS, AND STIPENDS TO ENSURE SUCCESSFUL COMPLETION THROUGHOUT EACH PHASE OF THE PROGRAM. THE CITY OF BALTIMORE WILL ALSO PURCHASE TWO FIFTEEN PASSENGER VANS TO ENSURE SAFE, CONSISTENT, AND RELIABLE TRANSPORTATION FOR ALL PARTICIPANTS. WATER SAMPLING KITS WILL BE PURCHASED TO DEMONSTRATE HOW WATER QUALITY TESTING IS USED TO EDUCATE THE COMMUNITY ON ACCEPTABLE AND EXTREME IMPACTS ON AQUATIC ECOSYSTEMS. EACH COHORT WILL CLOSEOUT BY CELEBRATING THE PARTICIPANTS' SUCCESS WITH A COMMENCEMENT CEREMONY, HONORING CURRENT PARTICIPANTS, ALUMNI, AND SUPPORTERS WITH CERTIFICATES AND CERTIFICATIONS IN COORDINATION WITH THE DEPARTMENT OF PUBLIC WORKS LEADERSHIP, FAMILY, FRIENDS, ELECTED OFFICIALS, AND INDUSTRY LEADERS.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES AND EXPECTED OUTCOMES OF THIS AGREEMENT WITH THE CITY OF BALTIMORE INCLUDE ENGAGEMENT OF THE CITY'S YOUTH AND PARTICIPATING COHORTS; ACCESS TO FIELD RELATED SOFTWARE AND TECHNOLOGY TO DEVELOP COMPUTER LITERACY SKILLS; INTRODUCING AND EDUCATING PARTICIPANTS ON THE WATER, WASTEWATER, AND SOLID WASTE INDUSTRY AND IMPORTANCE OF KEEPING THE ENVIRONMENT CLEAN AND HEALTHY; INCREASING THE CHANCES FOR PARTICIPANTS TO OBTAIN A JOB OR RAISING THEIR SALARY POST INTERNSHIP; GAINING EXPERIENCE WORKING IN LARGE AND SMALL GROUP SETTINGS TO SUPPORT DEVELOPMENT OF TRANSFERABLE LIFE SKILLS SUCH AS EMOTIONAL REGULATION, CONFLICT MEDIATION, SOCIAL-EMOTIONAL SKILLS, AND ATTACHMENT STYLES.

THE CITIZENS OF BALTIMORE ARE DIRECT BENEFICIARIES OF THIS AGREEMENT.",9/5/2024,,

66.615 -Cancel - Environmental Justice,https://www.usaspending.gov/award/ASST_NON_84082001_6800,84082001,COOPERATIVE AGREEMENT (B),ASST_NON_84082001_6800,"$12,000,000",INSTITUTE FOR SUSTAINABLE COMMUNITIES,"DESCRIPTION:THE PURPOSE OF THIS FUNDING IS TO PROVIDE THE INITIAL AWARD OF $12,000,000 TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC), AS THE EASTERN NATIONAL GRANTMAKER, AS PART OF A BIFURCATED AWARD FOR PASSTHROUGH GRANTMAKING ACTIVITIES AUTHORIZED BY CAA 138(B). THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) NATIONAL

GRANTMAKER PROJECT WILL BE FUNDED BY THE INFLATION REDUCTION ACT (IRA) APPROPRIATIONS AT THE LEVEL TOTALING $50,000,000 DIVIDED INTO TWO AWARDS OF AN INITIAL AND SUBSEQUENT AWARD. THIS BIFURCATED AWARD IS DERIVED FROM THE SAME FUNDING SOURCE BUT MAINTAINING SEPARATE BUT OVERLAPPING TIMELINES THAT MEET THE OVERALL REQUIREMENTS OF THE AWARD. THE INITIAL AWARD GRANT FUNDS WILL ENABLE THE GRANTMAKER TO PERFORM THE TASKS NEEDED TO ESTABLISH AND CARRY OUT THE PROPOSED PARTICIPATORY GOVERNANCE, OUTREACH, AND SYSTEM MOBILIZATION EFFORTS FOR ESTABLISHING THE COLLECTION, REVIEW, SELECTION, AND DISTRIBUTION OF THE EJ THRIVING COMMUNITIES SUBGRANTS. THROUGH THE ISC TEAM'S EXTENSIVE EXPERIENCE IN GRANTMAKING AND PROVIDING TECHNICAL SUPPORT FOR EQUITY-CENTERED APPROACHES THAT BUILD ENVIRONMENTAL JUSTICE OUTCOMES, THEY WILL ENSURE THAT EPA FUNDS UNDER THE THRIVING COMMUNITY GRANTMAKER PROGRAM ARE CHANNELED TO COMMUNITIES THAT ARE MOST IN NEED TO ADDRESS THE HEALTH AND ENVIRONMENTAL ENVIRONMENTAL CHALLENGES. THE INSTITUTE FOR SUSTAINABLE COMMUNITIES HAS BEEN SELECTED TO SERVE AS THE NATIONAL-EASTERN GRANTMAKER PROVIDING SUPPORT TO COMMUNITIES ACROSS EPA REGIONS 1-3. ISC'S DIVERSE TEAM BRINGS EXPERTISE IN MANAGING TWO NATIONAL GRANTMAKING PROGRAMS ALONGSIDE THEIR ONLINE PLATFORM THEY ARE DEVELOPING FOR THE NATIONAL EJ THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER AN EASY-TO-USE EASTERN NATIONAL EVALUATION AND TRACKING SYSTEM. THIS SYSTEM WILL BE DESIGNED TO TRACK GRANTMAKING DATA FOR REGIONS 1, 2 AND 3; AND, THROUGH A DATA VISUALIZATION HUB, ILLUSTRATE SUCCESSES AND OUTCOMES OF THE TCGM PROGRAM FOR EPA REGIONS 1, 2 AND 3.ACTIVITIES:THE INSTITUTE FOR SUSTAINABLE COMMUNITIES, ISC, AS THE EASTERN NATIONAL GRANTMAKER, WILL UNDERTAKE THE FOLLOWING ACTIVITIES OF THIS INITIAL AWARD SETTING UP AND PROVIDING: 1)COORDINATION SERVICES TO THE REGIONAL GRANTMAKERS FOR EPA REGIONS 1, 2 AND 3, SUPPORTING THEM WITH REGULAR MEETINGS, ASSISTANCE WITH THE DEVELOPMENT OF THEIR REGIONAL GRANTMAKING APPLICATIONS AND INTAKE PROCESSES, AND OTHER SUPPORT REQUESTS THROUGH DEVELOPING A NEEDS ASSESSMENT (.G., LANGUAGE TRANSLATION AND ACCESS, TRIBAL OUTREACH, OR DEVELOPING QUALITY ASSURANCE MONITORING PROCESSES ALONG WITH COORDINATION WITH THE OTHER NATIONAL GRANTMAKERS); 2) DEVELOPMENT OF AN EASTERN NATIONAL GRANTMAKER WEBSITE, THAT WILL INCLUDE A DATA VISUALIZATION HUB AND EASTERN NATIONAL EVALUATION AND TRACKING SYSTEM WITH PUBLIC-FACING GRANTMAKING INFORMATION AND DATA TRACKING AND EVALUATION TOOLS FOR REGIONAL GRANTMAKERS AND APPLICANTS IN EPA REGIONS 1, 2 AND 3. THIS TOOL WILL FACILITATE OUTREACH, PARTNERSHIPS, AND ACCESS TO DATA, TECHNICAL ASSISTANCE, AND RESOURCES THAT COMMUNITY BASED ORGANIZATIONS' (CBOS) MAY NEED IN THE APPLICATION OR SUBAWARD MANAGEMENT PROCESS; 3) ANNUAL KNOWLEDGE SHARING CONVENINGS WITH EASTERN REGIONAL GRANTMAKERS, DELIVERY OF BIANNUAL WEBINARS, WORKSHOPS, AND OTHER CAPACITY-BUILDING AND TRAINING ACROSS VARIOUS TOPICS IDENTIFIED BY THE REGION 1, 2 AND 3 GRANTMAKERS NEEDED TO SUPPORT THEIR EFFORTS AND THEIR SUB-AWARDEES, AS WELL AS THE OVERALL SUCCESS OF THE TCGM PROGRAM; 4) ISC WILL ESTABLISH EQUITABLE PARTICIPATORY GOVERNANCE INCLUDING FACILITATED PARTICIPATORY GOVERNANCE TRAINING FOR GREATER UNDERSTANDING AND IMPLEMENTATION OF EQUITY, AND INCLUSION IN THE DECISION-MAKING PROCESS REGARDING THE IMPLEMENTATION OF GRANTS PROCESSING; 5) SYSTEMS MOBILIZATIONS EFFORTS THROUGH THE ESTABLISHMENT OF A CBO ADVISORY COUNCIL TO ASSIST WITH APPLICATION DEVELOPMENT AND REVIEW. ISC WILL HAVE EQUITABLE PARTICIPATORY GOVERNANCE THROUGH THE ESTABLISHMENT OF A COMMUNITY BASED ORGANIZATION ADVISORY COUNCIL TO ASSIST WITH APPL",9/11/2024,"$1,261,729.96",

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_96269124_6800,96269124,PROJECT GRANT (B),ASST_NON_96269124_6800,"$100,000",NEW YORK SUN WORKS INC,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO NY SUN WORKS TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN NEW YORK CITY URBAN SCHOOLS.


THE GRANTEE WILL DO THIS BY DELIVERING A CLIMATE AND ENVIRONMENTAL EDUCATION PROGRAM TO 8 SCHOOLS IN NEW YORK CITY (4 IN BROOKLYN; 2 IN QUEENS; 2 IN MANHATTAN), REACHING OVER 1,600 K-8TH GRADE STUDENTS AND TRAINING 8 EDUCATORS. THE PROGRAM WILL BUILD STUDENT PROFICIENCY IN AN INQUIRY BASED, GRADE SPECIFIC WAY ON CLIMATE AND ENVIRONMENTAL SCIENCE, BUILD UNDERSTANDING OF THE ROLE OF URBAN AGRICULTURE IN SUSTAINABLE AND RESILIENT COMMUNITIES, AND EXPAND TEACHER KNOWLEDGE AND INSTRUCTIONAL CAPACITY IN CLIMATE AND ENVIRONMENTAL SCIENCE, AND URBAN FARMING SO THAT THEY CAN EFFECTIVELY EXTEND LEARNING TO SUCCESSIVE CLASSES. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN HUDSON HEIGHTS, LOWER EAST SIDE, ASTORIA, SUNNYSIDE, BROWNSVILLE, EAST NEW YORK, BERGEN BEACH, AND CYPRESS HILLS AND PROVIDE STUDENTS, AND EDUCATORS, THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.


ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: 1) WEEKLY, GRADE-SPECIFIC ENVIRONMENTAL SCIENCE, STEM, AND CLIMATE INSTRUCTION.; 2) IN-CLASS SEED-TO-HARVEST HYDROPONIC FARMING; AND 3) CLIMATE AND ENVIRONMENTAL SCIENCE RESEARCH PROJECTS, 4) HARVEST PROGRAM WHERE STUDENTS BRING HOME THE PRODUCE THEY'VE GROWN IN CLASSROOMS 5) CLIMATE AND ENVIRONMENTAL SCIENCE RESEARCH PROJECTS 6) WEEKLY MENTORING IN HYDROPONIC FARMING FOR EACH SCHOOL'S DESIGNATED HYDROPONICS TEACHER 7) ONE-ON-ONE CURRICULUM SUPPORT SESSIONS AND GROUP PROFESSIONAL DEVELOPMENT WORKSHOPS FOR EACH SCHOOL'S DESIGNATED HYDROPONICS TEACHER . THE WORKSHOPS AND MENTORING WILL EXPAND TEACHER KNOWLEDGE AND INSTRUCTIONAL CAPACITY IN CLIMATE AND ENVIRONMENTAL SCIENCE AND URBAN FARMING SO THEY CAN CONFIDENTLY AND EFFECTIVELY EXTEND THE LEARNING TO SUCCESSIVE CLASSES OF STUDENTS.

SUBRECIPIENT:SUBRECIPIENTS WILL FACILITATE THE PLACE-BASED LEARNING ASPECT OF THE PROJECT. THEY ARE: NEWTOWN CREEK ALLIANCE, HUNTERS POINT PARK CONSERVANCY, LOWER EAST SIDE ECOLOGY CENTER, NYC H2O, AND GROW BROWNSVILLE.

NEWTOWN CREEK ALLIANCE WILL ARRANGE FIELD TRIPS FOR STUDENTS FROM TWO SCHOOLS TO PARTICIPATE IN ENVIRONMENTAL STEWARDSHIP ACTIVITIES AND LEARN ABOUT THE HISTORY, HABITAT, AND HUMAN IMPACT ON THE NEWTOWN CREEK AND SURROUNDING ENVIRONMENT.

HUNTERS POINT PARK CONSERVANCY WILL PROVIDE OPPORTUNITIES FOR SCHOOLS FROM LONG ISLAND CITY AND THROUGHOUT NYC TO BRING IN SCHOOL FIELD TRIPS FOR STUDENTS TO LEARN ABOUT URBAN ECOLOGY, NATIVE HABITATS, CLIMATE RESILIENCY AND GREEN INFRASTRUCTURE, AND THE NATIVE SPECIES OF NEWTOWN CREEK AND THE EAST RIVER

NYC H2O WILL ARRANGE FIELD TRIPS FOR STUDENTS FROM TWO SCHOOLS TO PARTICIPATE IN ENVIRONMENTAL STEWARDSHIP ACTIVITIES AND LEARN ABOUT WATER ECOLOGY IN NEW YORK CITY.

LES ECOLOGY CENTER WILL PROVIDE EDUCATIONAL FIELD TRIPS FOR LOCAL STUDENTS TO VISIT OUR FOOD JUSTICE GARDEN IN THE LOWER EAST SIDE TO EXPLORE URBAN FOOD AND WASTE SYSTEMS AND LEARN TO BE STEWARDS OF OUR URBAN ENVIRONMENT.

GROW BROWNSVILLE WILL FACILITATE FIELD TRIPS FOR STUDENTS FROM TWO SCHOOLS ON THE NETWORK OF ENERGY COOPERATIVES AND URBAN FARMS. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES:

FOR THE EDUCATION PROGRAM: AT LEAST 40 WEEKLY INSTRUCTIONAL SESSIONS PER SCHOOL THROUGHOUT SCHOOL YEAR (320 SESSIONS ACROSS ALL 8 SCHOOLS), COVERING ENVIRONMENTAL, CLIMATE, AND FOUNDATIONAL SCIENCES THROUGH THE LENS OF URBAN FARMING; 4 HARVEST DISTRIBUTIONS TO STUDENTS AND FAMILIES PER SCHOOL (32 TOTAL) TO SUPPORT FOOD SECURITY AND ENGAGE FAMILIES IN SUSTAINABILITY CONCEPTS THROUGH DISCUSSION CARDS AND TAKE-HOME ACTIVITIES; 8 HYDROPONIC",9/18/2024,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_96269224_6800,96269224,PROJECT GRANT (B),ASST_NON_96269224_6800,"$100,000",ROWAN UNIVERSITY,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO ROWAN UNIVERSITY TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN CAMDEN AND GLASSBORO NJ. THE GRANTEE WILL DO THIS BY CREATING A MULTIPRONGED SOLUTION TO AIR POLLUTION THAT ENCOMPASSES ALL SEVEN STAGES OF THE ENVIRONMENTAL EDUCATION CONTINUUM (AWARENESS, KNOWLEDGE, CRITICAL THINKING, PROBLEM SOLVING, DECISION-MAKING, ACTION, AND STEWARDSHIP).

THE GRANTEE WILL DO THIS WITH FOUR MAIN ACTIVITIES: CREATING LEARNING MODULES FOR THE COLLEGIATE AND VIRTUAL SPACES; COLLECTING AND ANALYZING DATA THROUGHOUT THE CITY, CROWD-MAPPING AIR QUALITY AND GREENING PROJECTS THROUGHOUT CAMDEN; AND COCREATING A COMMUNITY TOOLKIT AND LITERATURE WITH LOCAL PARTNERS.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES (INCREASE ENVIRONMENTAL LITERACY AND PROMOTE COMMUNITY ENGAGEMENT AND ENVIRONMENTAL STEWARDSHIP) IN CAMDEN CITY AND PROVIDE ENROLLED UNDERGRADS, CAMDEN RESIDENTS, PROJECT PARTICIPANTS, 30 UNIVERSITY STUDENT EMPLOYEES, 20 CAMDEN TEACHERS, PROFESSORS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE:

1. CREATING FIVE (5) NEW MODULES FOR ENVIRONMENTAL EDUCATION AT ROWAN UNIVERSITY,

2. COLLECTING AND ANALYZING AIR QUALITY DATA,

3. MAPPING AIR QUALITY, AND URBAN GREENING PROJECTS

4. ENCOMPASSES CONDUCTING DECISION MAKING, ACTION, STEWARDSHIP PROGRAMS, CREATING A COMMUNITY TOOLKIT AND YOUTUBE SHORTS, DEVELOPING A PROJECT WEBSITE TO STORE AND SHARE ALL OUTPUTS AND RESOURCES, CO-PRODUCING A BOOK CREATED BY THE TITLE I SCHOOL STUDENTS, DEVELOPING A COMMUNITY-FOCUSED CURRICULUM ON GREEN JOBS, CAREER DEVELOPMENT, ACTIVISM, AND STEWARDSHIP, ORGANIZING 3 SPECIAL EVENT AND WRITING 4 ARTICLES IN SOUTH JERSEY CLIMATE NEWS.

SUBRECIPIENT:ALL SUB AWARDEES WILL ATTEND 3 MEETINGS WITH PROJECT TEAM AND COMMUNITY PARTNERS TO BRAINSTORM NEW PROJECTS AND POLICIES ADDRESSING ISSUES AT THE COMMUNITY LEVEL. THE SUB-AWARDEES ARE: SOCIAL RESPONSIBILITY THROUGH ME, CAMDEN COMMUNITY PARTNERSHIP, NEW JERSEY TREE FOUNDATION, NEIGHBORHOOD COLLABORATIVE COMMUNITY GRANTS

-SOCIAL RESPONSIBILITY THROUGH ME: INCLUDE THE ENVIRONMENTAL EDUCATION MODULE INTO THEIR EXISTING PROGRAMING, ASSIST TEAM WITH PROJECT RECRUITING AND HOST A WORKSHOP FOR

THE COMMUNITY

-CAMDEN COMMUNITY PARTNERSHIP: ORGANIZE 3 WORKSHOPS TO DISCUSS AIR QUALITY ISSUES, ASSIST PROJECT TEAM IN RECRUITING PARTICIPANTS, AND DISSEMINATING INFORMATION TO CONSTITUENTS, ATTEND 3 MEETINGS WITH COMMUNITY PARTNERS AND TEAM TO GUIDE TOOLKIT PRODUCED.

-NEW JERSEY TREE FOUNDATION: ORGANIZE 3 TREE PLANTING EVENTS IN CAMDEN AND INCLUDE OUTDOOR EDUCATIONAL WORKSHOPS TO BE FACILITATED WITH PROJECT TEAM; DISSEMINATE INFORMAL EDUCATION MATERIALS TO CONSTITUENTS,

- NEIGHBORHOOD COLLABORATIVE COMMUNITY GARDENS: CREATE A 25-PAGE COMMUNITY EDUCATION BOOK, AND RECRUIT CAMDEN STUDENTS TO PRINT BIND AND DISTRIBUTE 100 COPIES; SECURE A VENUE TO HOST 1 WORKSHOP IN CAMDEN FOR THE ROWAN PROJECT TEAM TO PRESENT AND FACILITATE, RECRUIT PARTICIPANTS

- CENTER FOR ENVIRONMENTAL TRANSFORMATION: SECURE A VENUE TO HOST 1 WORKSHOP IN CAMDEN FOR THE ROWAN PROJECT TEAM TO PRESENT AND FACILITATE, RECRUIT PARTICIPANTS, INCLUDE THE CREATED MODULES TO ITS COMMUNITY EDUCATION AND OUTREACH PROGRAMS, WILL

-FEDERATION OF NEIGHBORHOOD CENTERS: ASSISTING IN RECRUITING PARTICIPANTS FOR EDUCATIONAL PROGRAMMING, DISTRIBUTING EDUCATIONAL MATERIALS AND CURRICULA TO AND BEYOND THE CAMDEN NETWORK.

OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: INTEGRATION OF 5 NEW MODULES WITH ENROLLMENT RANGING FROM 881 TO 1,181; CREATION OF 5 ONLINE WORKSHOPS AND AN ONLINE CERTIFICATION PROGRAM; DATA COLLE=,9/20/2024,,

66.951 - environmental literacy and climate change,https://www.usaspending.gov/award/ASST_NON_96269524_6800,96269524,PROJECT GRANT (B),ASST_NON_96269524_6800,"$100,000",TRAIL BLAZER CAMPS,"DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO TRAIL BLAZERS TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN BROOKLYN, NY.

THE GRANTEE WILL DO THIS BY ENGAGING 60 CHILDREN AND TEENS THROUGHOUT BROOKLYN, NY IN CLIMATE LITERACY PROGRAMMING, AGE APPROPRIATE, TO DEVELOP THEIR ABILITY TO RECOGNIZE AND IMPLEMENT STEWARDSHIP ACTIONS. THIS INCLUDES A PLACE-BASED AND OUTDOOR-ORIENTED MODEL TO FACILITATE EXPLORATION OF THE WAYS OUR BUILT ENVIRONMENTS AND NATURAL ENVIRONMENTS ARE INTERCONNECTED; HANDS-ON AND PROJECT-BASED ACTIVITIES TO BUILD KNOWLEDGE AND REAL-WORLD SKILLS; AND A CAPSTONE COMMUNITY SERVICE PROJECT, WHICH YOUTH DESIGN AND IMPLEMENT THEMSELVES TO DEVELOP AGENCY WITHIN THEIR COMMUNITY AND ACADEMICALLY.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN BROOKLYN, NY AND PROVIDE STUDENTS FROM MIDDLE SCHOOL TO HIGH SCHOOL AT THE BROOKLYN GREEN MAGNET SCHOOL OF ECO-ACTIVISM THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: THE EXECUTION OF A ONE WEEK SUMMER CAMP SESSION, AND A 6 WEEK SESSION THAT MEETS TWICE A WEEK. THE SESSIONS WILL START WITH A SUNRISE CIRCLE AND END WITH A SUNSET CIRCLE AND COVER TOPICS SUCH AS THE CARBON CYCLE, COMPOSTING, INDIGENOUS STEWARDSHIP PRACTICES, AND COMMUNITY ORGANIZING. SOCIAL-EMOTIONAL EXERCISES WILL ALSO BE INTEGRATED WITH A COMMUNITY SERVICE FINAL PROJECT THAT WILL EMPOWER AND ENCOURAGE THE YOUTH TO USE THE SKILLS LEARNED IN THE SESSIONS. AS WELL AS AN OUTDOOR TRIP TO THE NEW JERSEY CAMPGROUND IF WEATHER PERMITS. SUBRECIPIENT:SUBRECIPIENTS TO BE AWARDED ARE:

BROOKLYN BRIDGE PARK CONSERVANCY, BROOKLYN GREEN SCHOOL PARENT TEACHER ASSOCIATION, KOKO NYC, NEW JERSEY SCHOOL OF CONSERVATION (NJSOC), AND ROGERS/TILDEN/VERONICA PLACE (RTV) GARDEN.

FUNDING WOULD ENABLE BROOKLYN CHILDREN TO ACCESS ENVIRONMENTAL EDUCATION PROGRAMMING THAT IS CENTERED ON STEWARDING BROOKLYN'S WATERWAYS AND OTHER NATURAL AREAS FOR CLIMATE RESILIENCE AND COMMUNITY WELL-BEING.

FUNDING WOULD ENABLE THE BKG PTA TO PROVIDE FREE/LOW-COST PROGRAMMING THAT ENGAGES ITS ENTIRE STUDENT BODY IN ENVIRONMENTAL EDUCATION THAT IS CENTERED ON STEWARDING THEIR LOCAL ENVIRONMENT.

FUNDING WOULD ENABLE KOKO NYC TO PROVIDE FREE/LOW-COST PROGRAMMING THAT ENGAGES CHILDREN IN ENVIRONMENTAL EDUCATION WORKSHOPS THAT ARE CENTERED ON STEWARDING THEIR LOCAL ENVIRONMENT THROUGH RECYCLING/REPURPOSING MATERIALS AND OTHER SUSTAINABILITY-

FOCUSED EFFORTS.

FUNDING WOULD ENABLE NJSOC TO PROVIDE FREE/LOW-COST PROGRAMMING THAT ENGAGES CHILDREN IN ENVIRONMENTAL EDUCATION WORKSHOPS THAT ARE CENTERED ON STEWARDING THEIR LOCAL ENVIRONMENT.

FUNDING WOULD ENABLE THE RVT GARDEN TO PROVIDE FREE PROGRAMMING THAT PROVIDES BROOKLYN TEENS WITH TRAINING AND EXPERIENCE THAT EQUIPS THEM TO LEAD ENVIRONMENTAL EDUCATION WORKSHOPS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: YEARLONG SCHOOL SESSIONS PROGRAM ENDING IN VARIOUS FINAL GROUP PROJECTS.

EXPECTED OUTCOMES OF THE PROJECT INCLUDE: 75% OF PARTICIPANTS DEMONSTRATE AN INCREASE IN CLIMATE KNOWLEDGE AND ACTIONS TO AFFECT POSITIVE CHANGE, DEMONSTRATE GROWTH IN AT LEAST ONE OUTDOOR SEL COMPETENCY, DEMONSTRATE AN INCREASE OR MAINTENANCE OF SOCIAL EMOTIONAL SKILLS. MEDIUM-TERM OUTCOMES INCLUDE INCREASED ACADEMIC SELF-EFFICACY IN THE REALM OF INFORMATION-SEEKING, CRITICAL THINKING, AND RESEARCH. ULTIMATELY THE LONG TERM OUT COMES INCLUDE: IMPROVED CLIMATE LITERACY, INCREASED INTEREST AGENCY AND PARTICIPATION IN CITIZEN LED CLIMATE EFFORTS.

THE INTENDED BENEFICIARIES INCLUDE THE 60 PARTICIPANTS MENTIONED, AS WELL AS THE SURROUNDING COMMUNITIES IN WHICH THE STUDENTS LIVE AND SUB AWARDEES WILL ENGAGE.",9/25/2024,,

66.312 - specific mention of DEI considerations on RFP,https://www.usaspending.gov/award/ASST_NON_00E03859_6800,00E03859,,,"$1,000,000",CUYAHOGA COUNTY,"DESCRIPTION:OPPORTUNITIES FOR DISTRIBUTED SOLAR ENERGY ABOUND ON RESIDENTIAL, COMMERCIAL, AND GOVERNMENT PROPERTIES. AS WE SEEK TO REDUCE OUR RELIANCE ON POLLUTING FOSSIL FUEL SOURCES, THE DEPLOYMENT OF DISTRIBUTED SOLAR AMONG THESE SECTORS HAS BECOME A VALUABLE STRATEGY IN OUR NATION'S ENERGY TRANSITION. WHEN CONSIDERING THE ASSOCIATED COMMUNITY BENEFITS, HOWEVER, ONE SECTOR OF SOCIETY ARGUABLY BENEFITS MOST - THE EDUCATIONAL SECTOR. SCHOOLS, LIKE OTHER INSTITUTIONS, BUSINESSES, AND HOMES, EXPERIENCE LONG-TERM FINANCIAL BENEFITS WHEN SOLAR TECHNOLOGY IS ADOPTED, BUT THE CASE FOR SOLAR ON SCHOOL PROPERTIES BECOMES PARTICULARLY COMPELLING WHEN ASSOCIATED EDUCATIONAL OPPORTUNITIES ARE CONSIDERED. THIS IS ESPECIALLY TRUE IN LOW INCOME AND MINORITY COMMUNITIES WHERE SCHOOLS ARE OFTEN UNDER RESOURCED AND WHERE ACCESS TO CLEAN, RENEWABLE ENERGY IS OFTEN UNAVAILABLE.

THIS SOLAR FOR SCHOOLS INITIATIVE WILL PROVIDE FINANCIAL SUPPORT TO FIVE NORTHEAST OHIO SCHOOL DISTRICTS IN ENVIRONMENTAL JUSTICE COMMUNITIES TO COLLECTIVELY INSTALL BETWEEN 600 - 800 KW OF SOLAR, WILL CREATE A PROCUREMENT FRAMEWORK FOR FUTURE SOLAR INSTALLATIONS, AND WILL SUPPORT THE DEVELOPMENT OF RENEWABLE ENERGY CURRICULUM FOR K-12 SCIENCE AND HIGH SCHOOL CAREER TECH STUDENTS.

THE GOALS OF THIS PROGRAM ARE TO: REDUCE ELECTRICITY COSTS FOR SCHOOLS; REDUCE REGIONAL GREENHOUSE GAS EMISSIONS; INCREASE EQUITABLE ACCESS TO CLEAN, LOCAL RENEWABLE ENERGY; PROVIDE EDUCATIONAL AND CAREER TECH OPPORTUNITIES FOR K-12 STUDENTS; AND CREATE A REPLICABLE PROCUREMENT MODEL.

THE PROJECT WILL PRODUCE LASTING OUTCOMES BY DEMONSTRATING THE ENVIRONMENTAL, EDUCATIONAL, AND FINANCIAL BENEFITS OF SOLAR, BY CREATING A 'SOLAR FOOTPRINT' THAT CAN BE BUILT UPON, AND BY DEVELOPING A STANDARD PROCUREMENT PROCESS THAT CAN BE REPLICATED IN THE FUTURE.ACTIVITIES:(1) THE REQUEST FOR PROPOSAL (RFP) DEVELOPMENT AND ISSUANCE: SOLAR UNITED NEIGHBORS WILL WORK COLLABORATIVELY WITH THE OHIO SCHOOLS COUNCIL AND THE IBEW LOCAL 38 TO DEVELOP THE SOLAR INSTALLER RFP. THE RFP WILL INCLUDE LIVING WAGE RATE AND APPRENTICESHIP REQUIREMENTS AS WELL AS DEI CONSIDERATIONS. RESPONDENTS WILL BE ASKED TO DESCRIBE THEIR PAST EFFORTS WITH REGARD TO HIRING AND PROMOTING DIVERSE EMPLOYEES AND IMPLEMENTING EQUITABLE POLICIES AND PROGRAMS.

(2) INSTALLER SELECTION: THE OHIO SCHOOLS COUNCIL WILL WORK WITH REPRESENTATIVES FROM EACH DISTRICT AND THE IBEW TO SELECT A SOLAR INSTALLER. APPLICANTS WILL BE EVALUATED BASED ON PRICING, EQUIPMENT, AND WARRANTY OFFERINGS AS WELL AS EMPLOYEE DIVERSITY, COMPETITIVE WAGES FOR EMPLOYEES, AND FAIR HIRING PRACTICES. PREFERENCE WILL BE GIVEN TO AN INSTALLER WITH A LOCAL PRESENCE THAT UTILIZES A LOCAL WORKFORCE.

(3) INSTALLATION AND INTERCONNECTION: SOLAR ARRAYS WILL BE INSTALLED ON SELECTED SCHOOLS WITHIN THE FIVE PARTNER DISTRICTS.

(4) ONGOING MONITORING: SOLAR UNITED NEIGHBORS AND CUYAHOGA COUNTY WILL WORK WITH THE LOCAL SCHOOL DISTRICTS TO MONITOR SOLAR ENERGY PRODUCTION, CARBON EMISSIONS REDUCTIONS, AND ELECTRICITY BILL SAVINGS THROUGHOUT THE DURATION OF THE GRANT.

(5) K-12 CURRICULUM DEVELOPMENT: CURRICULUM DEVELOPMENT EXPERTS FROM THE EDUCATIONAL SERVICE CENTER WILL COLLABORATE WITH ELEMENTARY, MIDDLE, AND HIGH SCHOOL TEACHERS FROM

EACH DISTRICT TO DEVELOP A K-12 RENEWABLE ENERGY CURRICULUM. CURRICULUM WILL INCLUDE FOUNDATIONAL INSTRUCTION ON CLIMATE SCIENCE, WILL INCORPORATE THE VALUE OF SCHOOL SOLAR INSTALLATIONS, AND WILL EMPHASIZE THE IMPORTANCE RENEWABLE TECHNOLOGIES IN OUR NATION'S ENERGY TRANSITION. CURRICULUM WILL BE DEVELOPED OVER A 2-WEEK PERIOD DURING THE SUMMER OF 2024.

(6) RENEWABLE ENERGY CONTINUING EDUCATION SERIES FOR TEACHERS: THE EDUCATIONAL SERVICE CENTER (ESC) WILL OFFER A MONTHLY CONTINUING EDUCATION SERIES FOR TEACHERS DURING THE FALL AND SPRING SEMESTERS.

(7) IMPLEMENTATION OF CAREER TECH COURSEWORK: THE EDUCATIONAL SERVICE CENTER (ESC)WORKFORCE DEVELOPMENT TEAM WILL INCORPORATE THE IBEW APPRENTICESHIP",9/27/2024,,

66.045 - PRIORITIZED HIGH-NEED SCHOOL DISTRICTS IN NONATTAINMENT AREAS.,https://www.usaspending.gov/award/ASST_NON_96264224_6800,96264224,PROJECT GRANT (B),ASST_NON_96264224_6800,"$18,911,861","VAN-CON, INC.","DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) TO VAN-CON, INC. THIS AGREEMENT IS TO REPLACE EXISTING DIESEL SCHOOL BUSES WITH ELECTRIC SCHOOL BUSES, AND INSTALL DC FAST CHARGERS AND LEVEL 2 CHARGERS. THE PROJECT WILL RESULT IN THE REDUCTION OF CARBON DIOXIDE (CO2), NITROGEN OXIDE (NOX), PARTICULATE MATTER (PM), AND VOLATILE ORGANIC COMPOUNDS (VOCS).ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING DIESEL SCHOOL BUSES WITH BATTERY ELECTRIC BUSES; ADDITIONALLY, THE GRANTEE WILL PURCHASE BOTH AC LEVEL 2 CHARGERS AND DC FAST CHARGERS, AND WORK WITH LOCAL UTILITY COMPANIES TO INSTALL THOSE CHARGERS. THE NEW SCHOOL BUSES AND CHARGERS WILL SERVE SEVERAL SCHOOL DISTRICTS IN NEW JERSEY.

SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE REPLACEMENT OF DIESEL SCHOOL BUSES WITH BATTERY ELECTRIC SCHOOL BUSES IN SEVERAL NEW JERSEY PUBLIC SCHOOL DISTRICTS. IT IS ESTIMATED THAT MANY SCHOOL-AGE STUDENTS WILL BE TRANSPORTED IN THE BATTERY ELECTRIC SCHOOL BUSES EVERY DAY. AC LEVEL 2 CHARGERS AND DC FAST CHARGERS WILL BE PURCHASED AND INSTALLED. SEVERAL BUS DRIVER TRAININGS AND MECHANICAL STAFF TRAININGS WILL BE HELD. COMMUNITY ENGAGEMENT SESSIONS WILL BE CONDUCTED FOR EVERY SCHOOL DISTRICT.

THE EXPECTED OUTCOMES INCLUDE ANNUAL LIFETIME EMISSION REDUCTIONS OF CO2, NOX, CO, VOCS, SOX , AND PM2.5. A SUBSTANTIAL AMOUNT OF DIESEL GALLONS WILL BE AVERTED. PROJECT WILL BENEFIT THE COMMUNITIES AFFECTED BY THE PROJECT, AND WILL RESULT IN IMPROVEMENTS TO HUMAN HEALTH AND THE ENVIRONMENT, THE LOCAL ECONOMY, SOCIAL CONDITIONS, AND THE WELFARE OF RESIDENTS IN SUCH COMMUNITIES. IMPROVED WORKFORCE TRAINING PROGRAMS FOR ZERO EMISSION VEHICLES AND CHARGING INFRASTRUCTURE AND CHANGES IN DRIVER BEHAVIOR, SUCH AS REDUCING IDLING OPERATIONS OF CLEAN SCHOOL BUSES. ADDITIONALLY, COMMUNITY ENGAGEMENT ADVANCEMENT WILL RESULT IN INCREASED PUBLIC AWARENESS OF CLEAN SCHOOL BUS PROJECT AND ITS RESULTS; AND AN INCREASED UNDERSTANDING OF THE ENVIRONMENTAL, AND ECONOMIC EFFECTIVENESS OF THE IMPLEMENTED TECHNOLOGY.

THE INTENDED BENEFICIARIES INCLUDE A THIRD-PARTY BUSINESS VAN-CON AND SCHOOL DISTRICTS IN NEW JERSEY, MANY OF WHICH ARE PRIORITIZED HIGH-NEED SCHOOL DISTRICTS IN NONATTAINMENT AREAS.",9/30/2024,,66.045 - Priority is given to projects which propose to replace buses that serve high-need local education agencies; rural school districts; Bureau of Indian Affairs-funded school districts; and school districts receiving basic support payments for children who reside on Indian land.

66.615 -Cancel - Environmental Justice,https://www.usaspending.gov/award/ASST_NON_01E03682_6800,01E03682,COOPERATIVE AGREEMENT (B),ASST_NON_01E03682_6800,"$52,000,000",MINNEAPOLIS FOUNDATION,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE MINNEAPOLIS FOUNDATION. THE RECIPIENT IS REGIONAL GRANTMAKER. THE MINNEAPOLIS FOUNDATION WILL WORK WITH THEIR PARTNER, THE NDN COLLECTIVE, TO REDISTRIBUTE $40 MILLION IN GRANT FUNDING TO COMMUNITIES WITHIN REGION 5. THEY ANTICIPATE AWARDING 206 GRANTS OVER THE PROJECT PERIOD WITH 30% OF AWARDS ALLOCATED TO TRIBES AND INDIGENOUS GROUPS, 25% TO RURAL AND REMOTE ENVIRONMENTAL JUSTICE (EJ) COMMUNITIES, AND 45% TO URBAN EJ COMMUNITIES. THE ADDITIONAL $2 MILLION IN FUNDING WILL BE USED FOR OPERATING COSTS SUCH AS ADMINISTRATIVE COSTS, HIRING CONTRACTUAL SUPPORT AND OTHER OVERHEAD. ADDITIONALLY, A PORTION OF THIS $2 MILLION WILL BE ALLOCATED FOR PERSONNEL TO SUPPORT THE SUBAWARDEES AS PROJECT OFFICERS, WHERE THEIR ASSIGNED TASKS WILL INCLUDE ACTING AS LIAISONS BETWEEN THE EPA PO AND THE SUBAWARDEE, CONDUCTING ROUTINE CHECK-INS AND CLOSEOUTS OF AWARDED GRANTS. THE PURPOSE OF THIS AWARD IS TO FUND THE SUBSEQUENT AWARD FOR THE PASS-THROUGH ENTITY THE MINNEAPOLIS FOUNDATION.

ACTIVITIES:THE ACTIVITIES IN THE SUBSEQUENT AWARD PHASE INCLUDE REVIEWING AND FINALIZING AN APPLICATION FOR TIER 1 (COMPETITIVE AND NONCOMPETITIVE), TIER 2 AND TIER 3 AWARDS; PROVIDING SPECIFIC CONTRACTUAL SUPPORT TO ADHERE TO EPA REQUIREMENTS FOR QUALITY ASSURANCE AND HUMAN SUBJECTS RESEARCH; PROVIDING OUTREACH TO TARGET COMMUNITIES SO THEY ARE AWARE OF FUNDING OPPORTUNITIES; MONITORING EACH OF THE ESTIMATED 206 AWARDS TO ASSURE COMPLIANCE WITH THE THRIVING COMMUNITIES GRANTMAKING PROGRAM; AND CONDUCTING A VIRTUAL TOWNHALL MEETING TO SOLICIT FEEDBACK ON THE PROGRAM. THE GREAT LAKES GRANTMAKING PROGRAM (COMPRISED OF THE MINNEAPOLIS FOUNDATION AND THEIR PARTNER, NDN

COLLECTIVE) INTENDS TO USE THE ALLOCATED FUNDS TO OPEN APPLICATIONS DURING THE MONTH OF OCTOBER, 2024. PRIOR TO THE START OF THEIR GRANTMAKING PROGRAM, THEY INTEND TO HAVE A DRAFT VERSION OF THEIR QUALITY MANAGEMENT PLAN (QMP) SUBMITTED TO THE REGIONAL QUALITY ASSURANCE MANAGER, AS WELL AS VERSIONS OF THE CONFLICT OF INTEREST FORMS AND CAP AMOUNT AWARD POLICY. CURRENTLY, THEIR WORKPLAN INCLUDES THE DEFINITIONS THEY WILL BE USING TO DIFFERENTIATE THE THREE AWARD TIERS UNDER THIS PROGRAM AS WELL AS THEIR DEFINITION FOR SEVERELY CAPACITY CONSTRAINED.

SUBRECIPIENT:SUBAWARDS WILL BE GIVEN ACROSS THREE GRANT TIERS, FOR A TOTAL ESTIMATE OF 206 SUBAWARDS. THE INTENT IS TO DISTRIBUTE THEM 30% TO INDIGENOUS AND TRIBAL COMMUNITIES, 25% TO RURAL AND REMOTE ENVIRONMENTAL JUSTICE COMMUNITIES, AND 45% TO URBAN ENVIRONMENTAL JUSTICE COMMUNITIES. SUBGRANTS WILL BE AWARDED IN ONE OF THREE TIERS, EITHER COMPETITIVELY OR NONCOMPETITIVELY, DEPENDING ON THE CAPACITY OF THE ORGANIZATION AND THE TYPE OF GRANT.

TIER 1 GRANTS WILL BE ASSESSMENT GRANTS, COVERING TOPICS SUCH AS AIR, WATER AND SOIL DATA COLLECTION AS WELL AS OTHER ASSESSMENT TYPES OF ACTIVITIES. TIER 2 GRANTS WILL BE PLANNING GRANTS, FOCUSED ON PLANNING, PARTNERSHIP AGREEMENTS AND OTHER SIMILAR ACTIVITIES. TIER 3 GRANTS WILL BE PROJECT DEVELOPMENT GRANTS, INCLUDING ACTIVITIES SUCH AS GATHERING WORK PERMITS AND IMPLEMENTING PROJECT PLANS.

CURRENT ESTIMATED AWARD DISTRIBUTION BY TIER AND YEAR INCLUDE:

YEAR 1: 83 AWARDS, TIER 1 (COMPETITIVE): 20 AWARDS, TIER 1 (NONCOMPETITIVE): 18 AWARDS, TIER 2: 26 AWARDS, TIER 3: 19 AWARDS

YEAR 2: 85 AWARDS, TIER 1 (COMPETITIVE): 20 AWARDS, TIER 1 (NONCOMPETITIVE): 18 AWARDS, TIER 2: 27 AWARDS, TIER 3: 20 AWARDS

YEAR 3: 38 AWARDS, TIER 1 (COMPETITIVE): 21 AWARDS, TIER 1 (NONCOMPETITIVE): 18 AWARDS, TIER 2: 21 AWARDS, TIER 3: 0 AWARDSOUTCOMES:THE ANTICIPATED DELIVERABLES FOR THE SUBSEQUENT AWARD ONLY, INCLUDE AWARDING AN ESTIMATED 206 SUBGRANTS THROUGH THIS GRANT PROGRAM. CURRENT GOALS INCLUDE THAT 30% OF THESE AWARDS GO TO TRIBAL AND INDIGENOUS COMMUNITIES; 25% TO RURAL AND REMOTE ENVIRONMENTAL JUSTICE COMMUNITIES (WITH POPULATIONS LESS THAN 50,000); AND 45% OF AWARDS TO URBAN ENVIRONMENTAL JUSTICE COMMUNITIES (WITH POPULATIONS OV",9/30/2024,$0,"Our spreadsheet said $42M, refreshed USA spend says $52M award"

66.615 -Cancel - Environmental Justice,https://www.usaspending.gov/award/ASST_NON_02J63901_6800,02J63901,COOPERATIVE AGREEMENT (B),ASST_NON_02J63901_6800,"$52,000,000",PHILANTHROPY NORTHWEST,"DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO PHILANTHROPY NORTHWEST (PNW) AS A REGIONAL GRANTMAKER. THE PURPOSE OF THIS AWARD IS TO FUND THE SUBSEQUENT AWARD FOR THE PASS-THROUGH ENTITY, PNW. THE RECIPIENT, ALONG WITH PARTNERS, WILL USE THE SUBSEQUENT AWARD TO ENSURE THE EQUITABLE DISTRIBUTION OF ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES RESOURCES TO HISTORICALLY UNDERSERVED COMMUNITIES TO IMPROVE ENVIRONMENTAL AND COMMUNITY HEALTH AND WELLBEING THROUGH A PASS-THROUGH SUBGRANT PROGRAM. MOST OF THIS AWARD WILL BE IN THE DISTRIBUTION AND TRACKING OF THE ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES SUBGRANTS TO ELIGIBLE SUBRECIPIENTS. DURING THE PROJECT PERIOD, PNW AIMS TO DISTRIBUTE 200 SUBGRANTS OF FOUR DIFFERENT TYPES: ASSESSMENT GRANTS, PLANNING GRANTS, PROJECT DEVELOPMENT GRANTS, AND NONCOMPETITIVE FIXED AMOUNT SUBAWARDS FOR SEVERELY CAPACITY-CONSTRAINED ORGANIZATIONS. PNW STAFF WILL IMPLEMENT A TRACKING AND MONITORING PLAN OF THE SUBGRANTEES THAT WILL INCLUDE TRAINING, CAPACITY BUILDING, AND QUARTERLY REPORTING TO ENSURE COMPLIANCE. ADDITIONALLY, PNW WILL CONDUCT A PROGRAM EVALUATION AND HIGHLIGHT SUCCESSFUL SUBGRANTEE PROJECTS BY SHARING BEST PRACTICES, SUCCESS STORIES, AND LESSONS LEARNED FROM THE PROGRAM. PNW'S PLAN FOR EPA'S ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES GRANTMAKING PROGRAM IS ANCHORED IN PNW'S CORE GOAL TO DISBURSE PROGRAM FUNDS EXPEDITIOUSLY AND EQUITABLY THROUGH IMPLEMENTATION OF A SIMPLIFIED GRANTMAKING PROCESS THAT: CENTERS COMMUNITY VOICE AND PARTICIPATORY GRANTMAKING; LEVERAGES THE KNOWLEDGE AND RELATIONSHIPS OF OUR PARTNERS; AND ADDRESSES ENVIRONMENTAL JUSTICE ISSUES FOR COMMUNITIES MOST IN NEED.ACTIVITIES:THE ACTIVITIES IN THE SUBSEQUENT AWARD PHASE INCLUDE DISTRIBUTION AND TRACKING OF THE ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES SUBGRANTS TO ELIGIBLE SUBRECIPIENTS, PROGRAM EVALUATION, AND GRANT CLOSE-OUT. THE SUBSEQUENT AWARD WILL COVER THE EIGHT MONTHS OF PROGRAM MANAGEMENT FOLLOWING THE END OF THE INITIAL AWARD WHICH INCLUDES PERSONNEL, GRANT MANAGEMENT SYSTEMS, AND TRAVEL. PRIOR TO DISTRIBUTION OF SUBGRANTS PHILANTHROPY NORTHWEST WILL HAVE ESTABLISHED POLICIES, INCLUDING CONFLICT OF INTEREST AND CAP AMOUNT AWARD POLICIES, HAVE AN APPROVED QUALITY MANAGEMENT PLAN AND QUALITY ASSURANCE PROCESSES IN PLACE, AND HAVE FINANCIAL AND GRANT MANAGEMENT SYSTEMS IN PLACE. SUBRECIPIENT:THE SUBAWARDS TO THE AFFILIATED TRIBES OF NORTHWEST INDIANS (ATNI) AND NATIVE AMERICANS IN PHILANTHROPY (NAP) WILL BE USED TO SUPPORT TECHNICAL ASSISTANCE TO PHILANTHROPY NORTHWEST'S PROGRAM OFFICERS AND GRANT ADMINISTRATORS ON CULTURALLY SPECIFIC PRACTICES AND PROTOCOLS AS THEY ADVISE AND ASSIST WITH NEEDS RELATED TO CLOSE-OUT ACTIVITIES.

THE REMAINDER OF SUBAWARDS WILL BE DISTRIBUTED TO ELIGIBLE SUBRECIPIENTS OF THE THRIVING COMMUNITIES SUBGRANTS WHICH WILL COVER A VARIETY OF PROJECTS THAT INCLUDE BUT ARE NOT LIMITED TO: AIR QUALITY, WATER QUALITY, SMALL CLEANUP PROJECTS, IMPROVING FOOD ACCESS, STORMWATER ISSUES, GREEN INFRASTRUCTURE, LEAD CONTAMINATION, PESTICIDES, EMERGENCY PREPAREDNESS AND DISASTER RESILIENCY, ENVIRONMENTAL JOB TRAINING, AND

ENVIRONMENTAL JUSTICE TRAINING FOR YOUTH.

OUTCOMES:THE ANTICIPATED DELIVERABLES FOR THE SUBSEQUENT AWARD ONLY, INCLUDE THE DISTRIBUTION OF OVER 200 ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES SUBGRANTS OVER 3 YEARS. IN YEAR 1 THERE WILL BE AROUND 16 TIER 1 GRANTS, 20 TIER 2 GRANTS, AND 36 TIER 3 GRANTS AWARDED. IN YEAR 2 THERE WILL BE 30 TIER 1 GRANTS AND 34 TIER 2 GRANTS AWARDED PLUS 60 FIXED AMOUNT AWARDS TO SEVERELY CAPACITY CONSTRAINED ENTITIES. THE EXPECTED OUTCOMES INCLUDE EQUITABLE DISTRIBUTION OF SUBGRANTS TO DISADVANTAGED COMMUNITIES. THE MAJORITY OF THE OUTCOMES WILL BE DEPENDENT ON THE SUBGRANTS FUNDED BUT WILL INCREASE ENVIRONMENTAL AND COMMUNITY HEALTH IN DISADVANTAGED COMMUNITIES. THE INTENDED BENEFICIARIES INCLUDE DISADVANTAGED COMMUNITIES AS DEFINED BY THE U.S. EPA INFLATION REDUCTION ACT (IRA) DISA",10/30/2024,$0,"Our spreadsheet said $42M, refreshed USA spend says $52M award"

66.312 - workforce for
GHG,https://www.usaspending.gov/award/ASST_NON_96263800_6800,96263800,,,"$1,000,000",HO USING TRUST FUND CORP,"DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO RESILIENT HOMES AND COMMUNITIES. SPECIFICALLY, THE RECIPIENT WILL USE THE FINDING FOR CLIMATE RESILIENCY AND ADAPTATION PLANNING, COMMUNITY ENGAGEMENT, PROJECT SCOPING AND DESIGN, AND DEVELOPMENT. THIS PROJECT WILL ENGAGE TWO ENVIRONMENTAL JUSTICE COMMUNITIES ON BROOKLYN'S INDUSTRIAL WATERFRONT - THE SUNSET PARK AND RED HOOK NEIGHBORHOODS - IN A CLIMATE RESILIENCY AND ADAPTION PLANNING, ENGAGEMENT, DESIGN, AND IMPLEMENTATION PROCESS THAT WILL IDENTIFY CRITICAL ENVIRONMENTAL AND CLIMATE-BASED ISSUES AND POTENTIAL SOLUTIONS. PLANNING APPROACHES ARE TAILORED TO BEST UTILIZE THE KNOWLEDGE AND SKILLS OF EACH CBO, WITH THE SHARED OBJECTIVE OF BEING BETTER PREPARED TO COMPETITIVELY APPLY FOR IMPLEMENTATION FUNDING. TO ACHIEVE THE GOALS OF THIS PROGRAM, RHC WILL CONTRACT WITH TWO COMMUNITY BASED ORGANIZATIONS - SBIDC AND UPROSE. EACH PARTNER CBO WILL LEAD EFFORTS WITHIN THEIR RESPECTIVE NEIGHBORHOOD.


THIS PROJECT HAS TWO DISTINCT COMPONENTS. THE FIRST COMPONENT WILL ENGAGE THREE ENVIRONMENTAL JUSTICE COMMUNITIES ON BROOKLYN'S INDUSTRIAL WATERFRONT - SUNSET PARK, RED HOOK, AND GOWANUS - IN A CLIMATE RESILIENCY AND ADAPTATION PLANNING, ENGAGEMENT, DESIGN, AND IMPLEMENTATION PROCESS THAT INCLUDES INVESTMENT IN ZERO-EMISSION TECHNOLOGIES AND WORKFORCE DEVELOPMENT TO REDUCE GREENHOUSE GAS (GHG) EMISSIONS AND OTHER AIR POLLUTANTS. EACH COMMUNITY WILL CONVENE A RESILIENCY OVERSIGHT COMMITTEE UNDER THE STEWARDSHIP OF RHC AND A COMMUNITY BASED ORGANIZATION (CBO). COMMITTEE MEMBERS WILL INCLUDE PARTNERS FROM OTHER ENVIRONMENTAL JUSTICE FOCUSED CBOS, RESIDENTS, BUSINESS OWNERS, AND GOVERNMENT AND NON-GOVERNMENTAL ORGANIZATIONS. RHC WILL PROCURE THE SERVICES OF A PROFESSIONAL PLANNING/ENGINEERING DESIGN FIRM TO SUPPORT PLANNING, ENGAGEMENT, AND DESIGN WORK.ACTIVITIES:THE ACTIVITIES BEING PERFORMED INCLUDES:

PROJECT ACTIVITIES - RED HOOK, NY

1) AS PART OF THIS PROJECT, RHC WILL ENTER INTO A SUBRECIPIENT AGREEMENT WITH SBIDC THAT OUTLINES ANTICIPATED ROLES AND RESPONSIBILITIES, PROJECT DELIVERABLES, AND FINANCIAL SUPPORT.

THE PRIMARY ROLE OF SBIDC WILL BE TO LEAD COMMUNITY ENGAGEMENT BY OVERSEEING THE CREATION OF A PLANNING COMMITTEE THAT IS REPRESENTATIVE OF THE COMMUNITY AT LARGE.

2) TO MEET THIS DELIVERABLE, THEY WILL INVOLVE A MINIMUM OF THREE NEIGHBORHOOD-FOCUSED COMMUNITY ORGANIZATIONS, TO ENSURE DIVERSE PARTICIPATION ON THE COMMITTEE. EACH ORGANIZATION WILL ASSIGN 1-2 REPRESENTATIVES TO PARTICIPATE IN PLANNING COMMITTEE SESSIONS. PARTNERS MAY INCLUDE TECHNICAL EXPERTS FROM THE NEIGHBORHOOD AND COMMUNITY ORGANIZATIONS LIKE RESILIENT RED HOOK, RED HOOK INITIATIVE (RHI), RED HOOK JUSTICE CENTER, RED HOOK ART PROJECT, AND/OR RED HOOK BUSINESS ALLIANCE. ADDITIONALLY, AND RESIDENT LEADERS, INCLUDING FROM THE NEW YORK CITY HOUSING AUTHORITY TENANT ASSOCIATIONS.

3) SBIDC PLANS TO ENGAGE THE SERVICES OF A PLANNING OR AANDE FIRM THAT CAN ASSIST WITH FACILITATING A COMMUNITY PLANNING PROCESS, REVIEWING RESILIENCY PROJECTS FOR FEASIBILITY, AND DESIGNING ONE OR TWO IDENTIFIED PROJECTS.

4) THE COMMUNITY COMMITTEE WILL MEET QUARTERLY AND WILL ENGAGE THEIR MEMBERSHIP AND THEIR LARGER COMMUNITY BASE AROUND PROPOSED PROJECT IDEAS CULLED FROM EXISTING PLANS AND STUDIES AS IDENTIFIED BY THE FULL COMMITTEE, REPORTING BACK ON THEIR MEMBERSHIP'S PRIORITIES. IN KEEPING WITH THE TENETS OF ENVIRONMENTAL JUSTICE, THIS INCLUSIVE PROCESS WILL ENSURE THAT BOTH THE CBO AND THEIR MEMBERSHIP REMAIN VESTED IN THE PROCESS AS PROJECTS ARE FURTHER EVALUATED AND SELECTED TO ADVANCE. SBIDC WILL ALSO ENGAGE ITS' BASE OF INDUSTRIAL AND MANUFACTURING BUSINESS OWNERS TO GENERATE ADDITIONAL PROJECT IDEAS FOR THE COMMITTEE TO REVIEW. AT THE CONCLUSION OF THE PLANNING AND ENGAGEMENT PHASE, THE COMMITTEE WILL HAVE IDENTIFIED UP TO TEN PRIORITY RESILIENCY PROJECTS FOR THE NEIGHBORHOOD. THESE PROJECTS WILL BE IMPLEMENTATION FOCUSED.

5) DURING PHASE II, RHC, WORKING ALONGSIDE SBI",10/31/24,,

Message
_____

**From:**     Vaseliou, Molly [Vaseliou.Molly@epa.gov]
**Sent:**     2/21/2025 4:51:51 PM
**To:**       Coogan, Daniel [Coogan.Daniel@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:**  RE: Loving, Kathryn shared "contract_details" with you


Can I get a list of the 21 so we can ensure we're not sharing the right ones?

_____

**From:** Vaseliou, Molly
**Sent:** Friday, February 21, 2025 11:43 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

We can hold on a press release until Tuesday. There will be a Sunday column in the New York Post. We will make sure it's just the 21 below.

_____

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 11:38 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Sorry, I should have clarified—I prefer that we hold off on including this with press. If we are able to identify a solution that minimizes risk to the agency where we can cancel today then I will send a note. But for now I recommend that Sunday press focuses on the 21 we will initiate cancelling today.

_____

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Friday, February 21, 2025 11:36 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** Re: Loving, Kathryn shared "contract_details" with you

Yes reasonable to wait until Tuesday, but can press announce this on Sunday?

Cc Molly

Get Outlook for iOS

_____

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 11:20:07 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

I may come in later this evening saying that we can add it back but for now, let's remove Blacks in Green as their termination letter won't go out until Tuesday. Reasonable?

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03451_6800 | 0.00E+00 |
|---|---|---|---|---|

| $4,000,000 | $1,324,675.77 | $2,675,324.23 | BIG, NFP | DESCRIPTION:WITH A SKILLED NETWORK OF SPECIALIZED PARTNERS SPREAD ACROSS THE ENTIRE SIX-STATE-AND-TRIBAL GEOGRAPHY OF EPA REGION V, THIS ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC) IS UNIQUELY SITUATED TO SHAPE EQUITY BY PROVIDING ASSISTANCE, TRAINING, AND RESOURCES TO PROGRAM PARTICIPANTS. EACH OPERATIONAL PARTNER HAS EVOLVED THROUGH GRASSROOTS EFFORTS, COMPREHENSIVELY INTEGRATING SCIENCE, TRADITION, AND CULTURE. THE CONSORTIUM DERIVES ITS POWER FROM THE PEOPLE. LOCATED NEAR THE EPA REGION 5 HEADQUARTERS IN CHICAGO, ILLINOIS, BIG SERVES AS THE EPICENTER OF THE EJ TCTAC. POWERFUL PARTNERS ENSURE THAT THIS TARGETED, SPECIALIZED PROGRAM EXTENDS THROUGHOUT THE 35 TRIBAL LANDS, ILLINOIS, INDIANA, MICHIGAN, MINNESOTA, OHIO, AND WISCONSIN. THIS DEDICATED TEAM ENSURES THAT EACH EJ TCTAC FOCUS AREA OUTLINED BY EPA IS CARRIED OUT PROFESSIONALLY, THOROUGHLY, AND CONTINUOUSLY, INCORPORATING REAL-TIME ADVANCES, ARISING CHALLENGES, AND MEANINGFUL INVOLVEMENT OF THE COMMUNITIES. TO HELP ACHIEVE EQUITY, IN ALIGNMENT WITH EXECUTIVE ORDER 13985, EACH INVOLVED ORGANIZATION ENVISIONS A TECHNICAL ASSISTANCE CENTER THAT EMPOWERS COMMUNITIES TO REMEDIATE SOCIAL, ECONOMIC, AND HEALTH BURDENS BY SEEKING ENVIRONMENTAL AND ENERGY JUSTICE. FOR MAXIMUM IMPACT, SERVICES PROVIDED ENGAGE PARTICIPANTS AT EVERY LEVEL OF READINESS TO DESIGN SOLUTIONS, OBTAIN NEEDED FUNDING AND RESOURCES, AND DIRECT ACTIVITIES AND RESOURCES TOWARD THEIR | 8/18/2023 |
|---|---|---|---|---|---|

IDENTIFIED NEEDS WITH EMPHASIS ON THOSE DISPROPORTIONATELY HARMED. TO BEST ENSURE THAT ALL ELIGIBLE SERVICES OF EJ TCTAC OBJECTIVES ARE PROVIDED THROUGHOUT THE ENTIRE GEOGRAPHIC AREA, INCLUDING REMOTE AND RURAL AREAS, 23 DOCUMENTED, SUPPORTING PARTNERS PROVIDE VALUABLE ASSISTANCE. TO CREATE A NEW CHAPTER OF HOPE, HEALING, AND REGENERATION, THE WHOLE-SYSTEM SOLUTION PROPOSED BY BIG AND CONVEYED THROUGH THIS EJ TCTAC EMPOWERS INDIVIDUALS AND COMMUNITIES TO LESSEN BARRIERS TO HEALTHY LIVING AND ECONOMIC FREEDOM. THE EJ TCTAC WILL OFFER HYBRID VIRTUAL AND ON-SITE SERVICES. THE WIDESPREAD NETWORK OF PARTNERS WILL OPERATE SATELLITE OFFICES TO ENSURE PHYSICAL AND VIRTUAL SERVICES ARE ACCESSIBLE TO REMOTE AND UNDERSERVED COMMUNITIES. SEDAC WILL DEPLOY A DEDICATED 1-800 CALL-CENTER. BEL AND MTERA WILL DEVELOP MULTILINGUAL RESOURCES AND CONTINUE TO LEVERAGE EXISTING TRIBAL NETWORKS ACROSS THE REGION. SERVICES INCLUDE PRODUCTION OF AND INSTRUCTION ON HOW-TO-PRODUCE PHYSICAL, DIGITAL, AND VIRTUAL RESOURCES THAT INCLUDE STORYTELLING, FACT SHEETS, CASE STUDIES, INFOGRAPHICS, AND BEST-PRACTICE TIP SHEETS. TO TEACH CAPACITY BUILDING AT BOTH REGIONAL AND LOCAL LEVELS, THE EJ TCTAC WILL FACILITATE STAKEHOLDER ENGAGEMENT DISCUSSIONS, LISTENING SESSIONS, AND OUTREACH WITH GOVERNMENT AND PRIVATE SECTORS. BIG WILL ALSO CLOSELY COLLABORATE WITH THE UNIVERSITY OF MINNESOTA WHICH IS ALSO RECEIVING AN EJ TCTAC AWARD TO SUPPORT EPA REGION V COMMUNITIES.ACTIVITIES:.SUBRECIPIENT:THERE ARE NINE SUB-AWARDS UNDER THIS GRANT AGREEMENT. ACTIVITIES FOR EACH DIFFER BASED ON EXPERTISE BUT INCLUDE FOR EXAMPLE, TRIBAL RELATIONS EXPERTISE, ENERGY SOVEREIGNTY EXPERTISE, TRANSLATION AND INTERPRETATION SERVICES, RURAL COMMUNITIES OUTREACH, OUTREACH AND EDUCATION, GRANTS TRAINING AND WRITING, PUBLIC HEALTH, ENERGY DESIGN, ETC.  OUTCOMES:.

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 20, 2025 11:13 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

EPA_00042425

Great Travis, thank you! We will get moving on these, plus all the TCTACs!

I'm including Erica since I think she'll be submitting the cancellation requests and Dan's team will execute.

Kathryn

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 20, 2025 10:37 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Sorry—I missed these additional 4 TCTAC ones you had flagged that should have been inlcuded. Not sure this gets us up to the 18 total still.

| 2/13/2025 | Program not in line with administration priorities: 66.309-Thriving communities - Surveys, studies, investigations, training, and special purpose activities relating to environmental justice | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 | 84061101 |

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95341301_6800 | 95341301 |

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02J63801_6800 | 02J63801 |

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03682_6800 | 00E03682 |

| $8,000,000 | $2,006,774.22 | $5,993,225.78 | INSTITUTE FOR SUSTAINABLE COMMUNITIES | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S | 8/3/2023 |
|---|---|---|---|---|---|

| | | | | COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. | |
|---|---|---|---|---|---|

THE PLATFORM WILL ALSO
HOUSE AN ATTRACTIVE,
EASY-TO-USE, AND
SEARCHABLE
ENVIRONMENTAL AND
ENERGY JUSTICE LIBRARY TO
SHARE WITH REGIONAL. BY
THE END OF YEAR 1, THE ISC
TEAM PLANS TO LAUNCH THE
ONLINE PLATFORM.
ACTIVITIES:THE ACTIVITIES
INCLUDE ESTABLISHING AND
MAINTAINING THE NATIONAL
EJ TCTAC ONLINE PLATFORM,
COORDINATION AND
PLANNING MEETINGS,
OUTREACH ACTIVITIES,
NATIONAL AND LOCAL
RESOURCE ANALYSES,
DEVELOPMENT OF A
TECHNICAL ASSISTANCE
PROGRAMS DATABASE,
SUSTAINABILITY PLANNING,
COMPILING AND
DEVELOPMENT OF RESOURCE
DEVELOPMENT TOOLS,
MATERIALS, AND PRODUCTS.
ADDITIONAL ACTIVITIES
INCLUDE CONDUCTING
REGIONAL TCTACS NEEDS
ASSESSMENTS, PARTNERSHIP
FACILITATION, REGIONAL
TCTACS TRAINING,
DEVELOPMENT OF TRAINING
AND TECHNICAL ASSISTANCE
PROGRAMS SUPPORTING
PROGRAM PARTICIPANTS'
INCREASED ABILITY TO
APPLY FOR AND MANAGE
GRANTS ADDRESSING
ENVIRONMENTAL AND
ENERGY JUSTICE ISSUES,
INCLUDING (BUT NOT
LIMITED TO) AIR POLLUTION
AND GREENHOUSE GAS
EMISSIONS, THE CLEAN
ENERGY TRANSITION, WATER
RESOURCE MANAGEMENT,
STORMWATER AND
FLOODING, AND SOLID WASTE
DISPOSAL. ISC WILL ALSO
HOLD BIANNUAL TOPIC
BASED
WEBINARS/WORKSHOPS,
ANNUAL KNOWLEDGE
SHARING CONVENINGS, ROLE
MODELS AND LEADER
WORKSHOPS, AS WELL AS
PRIVATE SECTOR
ENGAGEMENT AND FIN

EPA_00042432

| $8,000,000 | $839,393.02 | $7,160,606.98 | GREEN & HEALTHY HOMES INITIATIVE INC | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO GREEN AND HEALTHY HOMES INITIATIVE (GHHI). THE RECIPIENT WILL SERVE AS THE REGION 3 GRANTMAKER FOR EPA'S THRIVING COMMUNITIES GRANTMAKER PROGRAM. GHHI PLANS TO USE A STRONG PARTICIPATORY GOVERNANCE FRAMEWORK TO BUILD CAPACITY IN UNDERSERVED AREAS ACROSS THE MID-ATLANTIC REGION. GHHI'S COMMUNICATION PLAN RECOGNIZES THE NEED TO REACH DIVERSE AUDIENCES USING WIDE-RANGING DELIVERY METHODS AND PARTNERS TO LEVERAGE BEST PRACTICES IN OUTREACH AND IMPLEMENTATION. MOREOVER, GHHI WILL ENGAGE COMMUNITIES THROUGH A STAKEHOLDER ADVISORY BOARD, STATUTORY PARTNERSHIPS, AND MECHANISMS FOR PROVIDING DIRECT FEEDBACK TO ADAPT FREQUENTLY TO THE NEEDS OF COMMUNITIES, PARTICULARLY THOSE FROM DISADVANTAGED OR UNDERSERVED AREAS. COLLECTIVELY, THIS PROJECT WILL DESIGN COMPETITIVE APPLICATION IN-TAKE AND EVALUATION PROCESSES, SUBAWARD PROCESSES, OUTREACH, AND SUPPORT FOR COMMUNITIES THROUGHOUT REGION 3.<br><br> ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE FINALIZING APPLICATION MATERIALS FOR ALL THREE SUBRECIPIENT PHASES, ASSEMBLING THE REVIEW TEAM AND ENSURING REPRESENTATION OF DIVERSE COMMUNITIES. IN THE INITIAL AWARD, THE GRANTMAKER WILL DEVELOP THE OUTREACH PLAN PRIOR | 5/3/2024 |
|---|---|---|---|---|---|

EPA_00042433

TO APPLICATION INTAKE PROCESS, PARTNER WITH REGION 3 TCTAC FOR EDUCATION AND RECRUITMENT EFFORTS, CONDUCT WEBINARS, CONFERENCE CALLS, AND MEETINGS IN UNDERSERVED AREAS TO PROMOTE AND EXPLAIN THE PROGRAM. FINALLY, POTENTIAL CANDIDATES WILL BE IDENTIFIED FOR $75K NON-COMPETITIVE SUBAWARDS IN THIS PHASE. SUBRECIPIENT:SUBAWARD: CHILDREN'S NATIONAL HOSPITAL - WILL PROVIDE TECHNICAL ASSISTANCE REPLICABLE TOOLS TO INFORM THE EFFORTS OF GRANTEES UNDER GHHI'S PROPOSED EPA REGION 3 THRIVING COMMUNITIES PROGRAM: (I) A REGISTRY OF NEARLY ALL THE PEDIATRIC PATIENTS WITH ASTHMA IN THE IMMEDIATE DC REGION; AND (II) A HEALTHY HOUSING MAP WHICH OVERLAYS AT-RISK PEDIATRIC ASTHMA MORBIDITY AND ASTHMA-RELATED HEALTH HAZARDS REPORTED AT MULTI-FAMILY HOUSING COMPLEXES IN DC. CHILDREN'S NATIONAL WILL ALSO LEVERAGE ITS NETWORK TO CONDUCT OUTREACH AND PROMOTE EPA'S TC PROGRAM AWARENESS AND SUPPORT APPLICANT OUTREACH. SUBAWARD AMOUNT CALCULATED AT $91.95 PER HOUR, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $109,000 = 54.50% X $200,000.

SUBAWARD: HOWARD UNIVERSITY - WILL SUPPORT GHHI'S THRIVING COMMUNITIES RFA OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE THROUGH THE HOWARD UNIVERSITY SCHOOL OF LAW AND ENVIRONMENTAL JUSTICE CENTER, AS WELL AS

THE SCHOOL OF ARCHITECTURE AND THURGOOD MARSHALL CIVIL RIGHTS CENTER. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $172,500 = $300,000 X 57.50%.

 SUBAWARD: VIRGINIA POVERTY LAW CENTER - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHINICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $78,000 = $78,000 X 100%.

 SUBAWARD: DELAWARE STATE UNIVERSITY - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHINICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT AN $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES TOTAL COST OF $78,000 = $78,000 X 100%.
OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE UTILIZING PARTNER NETWORKS TO DISTRIBUTE RFA ANNOUNCEMENTS, HOLD WEBINARS, CONFERENCE CALLS, AND OUTREACH EVENTS, CONDUCT OFFICE HOURS TO SUPPORT POTENTIAL APPLICANTS, AND ENGAGING EXPERTISE OF ADVISORY BOARD AND TECHNICAL ASSISTANCE STATUTORY PARTNERS TO OVERSEE PRE-APPLICATION PROCESS. THE EXPECTED

| | | | | OUTCOMES INCLUDE DEVELOPMENT OF A TRANSPARENT, EQUITABLE, ENGAGING APPLICATION PROCESS FOR THE SUBSEQUENT | |
|---|---|---|---|---|---|

EPA_00042436

| $8,000,000 | $991,565.58 | $7,008,434.42 | PHILANTHROPY NORTHWEST | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO PHILANTHROPY NORTHWEST (PNW) AS A REGIONAL GRANTMAKER. THE RECIPIENT, ALONG WITH PARTNERS, WILL USE THE INITIAL AWARD TO ESTABLISH AND SUPPORT THE ACCESSIBILITY AND EQUITABLE DISTRIBUTION OF ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES RESOURCES TO HISTORICALLY UNDERSERVED COMMUNITIES TO IMPROVE ENVIRONMENTAL AND COMMUNITY HEALTH AND WELLBEING THROUGH A PASS-THROUGH SUBGRANT PROGRAM. WOVEN THROUGHOUT THE STRUCTURE IS A DELIBERATE AND INTENTIONAL PROCESS TO CENTER COMMUNITY MEMBERS IN DECISION-MAKING. DURING THE PROJECT PERIOD, PNW'S PARTICIPATORY GOVERNANCE APPROACH WILL CONVENE THREE GROUPS: THE ADVISORY GROUP, THE TASK FORCE AND PEER REVIEW GROUP, COMPRISED OF PARTNERS AND COMMUNITY MEMBERS. THESE GROUPS WILL GUIDE OVERALL PROGRAM DEVELOPMENT AND IMPLEMENTATION, HELP DESIGN APPLICATIONS AND SCORING RUBRICS, ESTABLISH METRICS FOR PROJECT OUTCOMES, AND EVALUATE APPLICATIONS. PNW WILL UNDERTAKE STRATEGIC, TARGETED, AND INTENTIONAL OUTREACH TO ENSURE POTENTIAL APPLICANTS THROUGHOUT REGION 10 ARE AWARE OF THE FUNDING OPPORTUNITY AND ENCOURAGED TO APPLY. THE OUTREACH STRATEGY WILL INCLUDE IN-PERSON EVENTS, WEBINARS, A PARTNER OUTREACH TOOLKIT, PAID DIGITAL ADVERTISING, AND | 6/14/2024 |
|---|---|---|---|---|---|

REGIONAL-SPECIFIC MESSAGING. ADDITIONALLY, FOUR MAIN SYSTEMS WILL BE USED TO SUPPORT THE EFFICIENT AND EFFECTIVE GRANT AWARD, DISBURSEMENT, TRACKING, ADJUSTMENT, AND FULL EXPENDITURE: AN EASY-TO-USE GRANT APPLICATION PLATFORM, A CUSTOMIZED PROJECT AND GRANTS MANAGEMENT SYSTEM, AND ACCOUNTING SOFTWARE FOR FINANCIAL MANAGEMENT. PNW'S PLAN FOR EPA'S ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES GRANTMAKING PROGRAM IS ANCHORED IN PNW'S CORE GOAL TO DISBURSE PROGRAM FUNDS EXPEDITIOUSLY AND EQUITABLY THROUGH THE DESIGN AND IMPLEMENTATION OF A SIMPLIFIED GRANTMAKING PROCESS THAT: CENTERS COMMUNITY VOICE AND PARTICIPATORY GRANTMAKING; LEVERAGES THE KNOWLEDGE AND RELATIONSHIPS OF OUR PARTNERS; AND ADDRESSES ENVIRONMENTAL JUSTICE ISSUES FOR COMMUNITIES MOST IN NEED.ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE THE FOLLOWING: RECRUIT MEMBERS AND CONVENE MEETINGS OF THE ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP; CO-DESIGN THE GRANTMAKING PROGRAM INCLUDING THE APPLICATION, EVALUATION CRITERIA, AND METRICS; DEVELOP OUTREACH STRATEGY; LAUNCH PROJECT WEBSITE; IMPLEMENT OUTREACH ACTIVITIES SUCH AS IN-PERSON EVENTS, WEBINARS, MESSAGING TOOLKIT, AND MEDIA PLACEMENTS; ESTABLISH PROJECT MANAGEMENT TOOLS INCLUDING APPLICATION PORTAL, GRANTS MANAGEMENT SYSTEM, AND FINANCIAL MANAGEMENT SYSTEM;

ESTABLISH A PROCESS FOR QUALITY ASSURANCE PROJECT MANAGEMENT WITH EPA REGIONAL OFFICE; DEVELOP AND OFFER TRAININGS FOR REVIEWERS AND SUBGRANTEES; PROVIDE TECHNICAL ASSISTANCE TO APPLICANTS AND SUBGRANTEES. SUBRECIPIENT:THIS AWARD WILL INCLUDE SUBAWARDS TO THREE DIFFERENT ENTITIES. THE SUBAWARDS WILL SUPPORT THE DESIGN OF THE GRANTMAKING PROGRAM, EXPERTISE ON DATA SOVEREIGNTY FOR TRIBAL COMMUNITIES, OUTREACH AND COMMUNICATIONS TO TRIBAL COMMUNITIES AND OTHER PARTNERS ABOUT THE PROGRAM, APPLICATION REVIEW, ACCESS TO A APPLICATION PLATFORM, APPLICATION REVIEWER SCORING TOOL, TECHNICAL ASSISTANCE WITH THE APPLICATION, GRANTS MANAGEMENT INCLUDING THE REVIEW PROCESS, REPORTING REQUIREMENTS, AND COMMUNICATIONS WITH GRANTEES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ESTABLISHED ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP COMPRISED OF PARTNERS AND COMMUNITY MEMBERS; PROJECT WEBSITE; AN OUTREACH TOOLKIT; SIMPLIFIED GRANT APPLICATION; CUSTOMIZED GRANTS MANAGEMENT SYSTEM; ESTABLISHED FINANCIAL MANAGEMENT SYSTEM; DEVELOPED FINANCIAL MANAGEMENT AND DATA REPORTING TRAINING FOR SUBGRANTEES.

THE EXPECTED OUTCOMES INCLUDE A GRANTMAKING PROCESS ESTABLISHED WITH PARTICIPATORY GOVERNANCE AND AN ACCESSIBLE GRANTMAKING PROCESS.

| | | | | THE INTENDED BENEFICIARIES INCLUDE HISTORICALLY UNDERSERVED COMMUNITIES IN REGION 10 WHICH INCLUDES ALASKA, IDAHO, OREGON, WASHINGTON, AND 271 TRIBAL NA | |
|---|---|---|---|---|---|

EPA_00042440

| $8,000,000 | $354,411.16 | $7,645,588.84 | MINNEAPOLIS FOUNDATION | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE MINNEAPOLIS FOUNDATION. THIS IS A REGIONAL GRANTMAKER. THE MINNEAPOLIS FOUNDATION, PARTNERED ALONG WITH THE NDN COLLECTIVE, WILL INSTITUTE A GRANTMAKING PROGRAM WITHIN THE REGION 5 STATES. THIS AWARD WILL BE USED TO DEVELOP THE ADMINISTRATIVE AND PROGRAMMATIC STRENGTH NEEDED TO AWARD OVER 200 GRANTS WITHIN REGION 5, TARGETING AREAS SUCH AS RURAL COMMUNITIES, URBAN CENTERS AND TRIBAL COMMUNITIES.

 THE MINNEAPOLIS FOUNDATION WILL DEVELOP A QUALITY MANAGEMENT PLAN, CREATE AN APPLICATION TO SUPPORT THE GRANTMAKING PROGRAM, TRAIN THEIR STATUTORY PARTNER ON EPA REQUIREMENTS, IDENTIFY AND RECRUIT 10 REGIONAL COMMUNITY ADVISORY COMMITTEE (RAC) MEMBERS, AND PERFORM OUTREACH IN THEIR TARGETED COMMUNITIES USING THESE FUNDS. THE MINNEAPOLIS FOUNDATION WILL USE THE MONEY ASSOCIATED WITH THIS AWARD TO BUILD UP THEIR GRANT MAKING CAPACITY AND TO COVER ADMINISTRATIVE COSTS ASSOCIATED WITH GRANTMAKING FOR THE NEXT THREE YEARS. ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE PARTNERING WITH THE NDN COLLECTIVE AND USING THE MINNEAPOLIS FOUNDATION'S PROJECTS (MIDWEST EJ NETWORK AND RE-AMP) TO OUTREACH SPECIFIC COMMUNITIES IN TRIBAL GOVERNMENTS, URBAN EJ AREAS AND RURAL/REMOTE EJ AREAS. ADDITIONALLY, THE | 6/24/2024 |
|---|---|---|---|---|---|

MINNEAPOLIS FOUNDATION AND THEIR PARTNERS WILL RECRUIT 10 RESIDENT ADVISORY COMMITTEE CONSULTANTS TO HELP DRAFT THE REQUEST FOR FUNDING AND REVIEW APPLICATIONS. THESE 10 RAC CONSULTANTS WILL BE RECRUITED THROUGHOUT REGION 5 AND BE COMPRISED OF INDIVIDUALS FROM DIFFERENT COMMUNITY ORGANIZATIONS, LOCAL COMMUNITIES AND OTHER PARTNERSHIP TYPES. RAC MEMBERS ALONG WITH THE MINNEAPOLIS FOUNDATION AND NDN COLLECTIVE WILL WORK COLLABORATIVELY TO CREATE AND REVIEW APPLICATIONS ADDRESSING THE SPECIFIC NEEDS OF DISADVANTAGED COMMUNITIES WITHIN THE REGION 5 STATES. VARIOUS PARTNERS HAVE EXPERIENCE WITH PARTICIPATORY GOVERNANCE AND THE MINNEAPOLIS FOUNDATION WILL EXPAND ON THOSE RELATIONSHIPS THROUGH THEIR COLLABORATION WITH OTHER COMMUNITY ORGANIZATIONS. SUBRECIPIENT:NDN COLLECTIVE WILL COLLABORATIVELY OVERSEE AND MONITOR ALL ASPECTS OF PROGRAM IMPLEMENTATION, PAYING PARTICULAR ATTENTION TO COMPLIANCE WITH EPA AND FEDERAL REQUIREMENTS ALONG WITH THE MINNEAPOLIS FOUNDATION. USING A CONSENSUS DECISION-MAKING MODEL, NDN COLLECTIVE AND THE MINNEAPOLIS FOUNDATION WILL IDENTIFY RAC MEMBERS, PARTICIPATE IN RAC MEETINGS AS NON-VOTING PARTICIPANTS, AND OVERSEE IMPLEMENTATION OF RAC DECISIONS AND RECOMMENDATIONS. THIS PARTNERSHIP WILL ALSO SERVE AS DECISION MAKERS FOR ADMINISTRATIVE DECISIONS THAT NEED TO BE MADE ON AN IMMEDIATE

BASIS. ADDITIONALLY, NDN
COLLECTIVE PROVIDES
CRITICAL KNOWLEDGE OF
INDIGENOUS PRACTICE,
CUSTOMS AND KNOWLEDGE
TO SUPPORT TARGETED
OUTREACH TO TRIBAL
COMMUNITIES.
OUTCOMES:THE ANTICIPATED
DELIVERABLES INCLUDE
DEVELOPING AN ONLINE
PLATFORM FOR COLLECTING
APPLICATIONS AND
REPORTING, TRAINING
STATUTORY PARTNERS IN
QUALITY ASSURANCE,
MONITORING TYPE AND
AMOUNT OF OUTREACH IN
DIFFERENT COMMUNITY
TYPES, KEEPING APPLICATION
DECISIONS NO MORE THAN 5
MONTHS FROM APPLICATION
SUBMISSION, AND
MONITORING APPLICANT
SATISFACTION WITH THE
APPLICATION PROCESS.

THE EXPECTED OUTCOMES
INCLUDE SHORT TERM
OUTCOMES SUCH AS
INCREASING THE NUMBER OF
DISADVANTAGED
COMMUNITY RESIDENTS
THAT HAVE KNOWLEDGE
AND SKILLS ABOUT
ENGAGING IN EJ, PUBLIC
HEALTH OR CLIMATE
CHANGE ISSUES IN THEIR
COMMUNITIES, INCREASING
THE NUMBER OF
DISADVANTAGED
COMMUNITY MEMBERS WITH
RELIABLE ACCESS TO
ENVIRONMENTAL DATA AND
INCREASING GRASS-ROOT
LED COLLABORATIONS AND
PARTNERSHIPS WORKING TO
IMPROVED ENVIRONMENTAL
QUALITY AND PUBLIC
HEALTH IN DISADVANTAGED
COMMUNITIES.
INTERMEDIATE OUTCOMES
INCLUDE INCREASING THE
NUMBER OF COMMUNITIES
THAT HAVE CAPACITY TO
COLLECT, ANALYZE AND
SHARE ENVIRONMENTAL
DATA, REDUCE PUBLIC
EXPOSURE TO TOXINS AND
POLLUTANTS IN AREAS THAT
WERE RESTORES OR CLEANED
UP AND INCREASED NUMBER

| | | | | OF CBOS WITH INCREASED CAPACITY IN TERMS OF FUNDING, STAFF AND SKILLS. LONG | |
|---|---|---|---|---|---|
| | | | | | |

--

Travis Voyles
C: (202) 787-0595

---

**From:** Voyles, Travis
**Sent:** Thursday, February 20, 2025 8:22 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Good Morning Team—

Below are the next set of approved to cancel grants. $42,261,933 total in remaining funds it looks like, but OMS can confirm.

One flag I have is the first few large ones are the EJ Thriving Communities Technical Assistance Centers (TCTACs)— https://www.epa.gov/environmentaljustice/environmental-justice-thriving-communities-technical-assistance-centers. There were 18 in total established, so a number of them are missed here. Not sure why they didn't all get captured (they may have not all gone out yet), but I would want to apply a broad approach and cancel them all in the vein the entire program is inconsistent with Adminstration priorities and I personally do not see the need for these because at the state-level, EPA and the TCTAC grantees refused to engage with the state in any kind of coordination. This should result in a larger $$ amount.

I can flag for OMS separately too that we want the cancellation to extend to every TCTAC grantee.

| Date Cancellation Process Started | Rationale | Terms and Conditions (T&C) | URL |
|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_13746681_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T65801_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95314201_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_96701501_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03450_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03451_6800 |

EPA_00042447

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00I10501_6800 |
|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95338201_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T88701_6800 |
|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95334801_6800 |

EPA_00042449

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_03D03124_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02F50801_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T91501_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02J56601_6800 |

EPA_00042451

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00A01436_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T91201_6800 |

EPA_00042452

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02F50601_6800 |
|---|---|---|---|

| Financial Account Indentifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name |
|---|---|---|---|---|

EPA_00042453

| | | | | |
|---|---|---|---|---|
| 84061101 | $8,000,000 | $1,564,072.97 | $6,435,927.03 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
| 13746681 | $8,000,000 | $0.00 | $8,000,000.00 | DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC |

EPA_00042454

| | | | | |
|---|---|---|---|---|
| 98T65801 | $5,100,000 | $908,057.59 | $4,191,942.41 | SAN DIEGO STATE UNIVERSITY FOUNDATION |
| 95314201 | $5,000,000 | $449,582.62 | $4,550,417.38 | NATIONAL WILDLIFE FEDERATION |

EPA_00042455

| | | | | |
|---|---|---|---|---|
| 96701501 | $5,000,000 | $1,069,922.66 | $3,930,077.34 | WICHITA STATE UNIVERSITY |
| 0.00E+00 | $5,000,000 | $1,278,176.09 | $3,721,823.91 | REGENTS OF THE UNIVERSITY OF MINNESOTA |
| 0.00E+00 | $4,000,000 | $1,324,675.77 | $2,675,324.23 | BIG, NFP |

| | | | | |
|---|---|---|---|---|
| 00I10501 | $4,000,000 | $91,832.00 | $3,908,168.00 | MONTANA STATE UNIVERSITY |
| 95338201 | $500,000 | | $500,000.00 | APPALACHIAN VOICES |

| | | | | |
|---|---|---|---|---|
| 98T88701 | $500,000 | $72,910.10 | $427,089.90 | BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC. |
| 95334801 | $500,000 | | $500,000.00 | NUEVA ESPERANZA, INC. |

EPA_00042458

| | | | | |
|---|---|---|---|---|
| 03D03124 | $500,000 | $67,487.25 | $432,512.75 | PARKS ALLIANCE OF LOUISVILLE, INC. |
| 02F50801 | $500,000 | | $500,000.00 | EARTH CARE INTERNATIONAL |

| | | | | |
|---|---|---|---|---|
| 98T91501 | $500,000 | $11,350.40 | $488,649.60 | THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS |
| 02J56601 | $500,000 | | $500,000.00 | OREGON COAST VISITORS ASSOCIATION, INC. |

| | | | | |
|---|---|---|---|---|
| 00A01436 | $500,000 | | $500,000.00 | NEW HAVEN ECOLOGY PROJECT INC |
| 98T91201 | $500,000 | | $500,000.00 | COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT |

| 02F50601 | $500,000 | | $500,000.00 | BLACK UNITED FUND OF TEXAS, INC. |
|----------|----------|--|-------------|----------------------------------|

| Description | Date Signed |
|-------------|-------------|
| | |

EPA_00042462

| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA | 8/3/2023 |
|---|---|

| | |
|---|---|
| PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL.  ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN | |
| DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $8,000,000 TO THE DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE (DSCEJ), IN LOUISIANA.ACTIVITIES:THE ACTIVITIES TO BE PERFORMED INCLUDE, CONSULTING WITH OTHER COMMUNITY BASED ORGANIZATIONS (CBOS) TO LEARN ABOUT THE HISTORY OF THEIR COMMUNITIES AND THE CAPABILITIES OF THEIR ORGANIZATIONS. THE RECIPIENT WILL ALSO BUILD ORGANIZATIONAL CAPACITIES OF LEAST 250 CBOS IN UNDERSERVED COMMUNITIES WITHIN THE ENVIRONMENTAL PROTECTION AGENCY'S (EPA) REGIONS 4 AND 6. THROUGH THE PROVISION OF DIRECT SERVICES, DSCEJ WILL ASSIST THE CBOS IN BUILDING THEIR CAPACITIES FOR RESEARCH AND COMMUNITY ENGAGEMENT WHILE ALSO | 9/25/2023 |

ASSISTING THEM IN APPLYING FOR SEVERAL
DIFFERENT GRANTS FROM THE EPA, THE
DEPARTMENT OF ENERGY (DOE), AND OTHER
AGENCIES. THE REACH AND IMPACT OF THE
COMMUNITY INVESTMENT AND RECOVERY
CENTER (CIRC) WILL BE INCREASED IN AN
EFFORT TO SUSTAIN CAPACITY-BUILDING
SERVICES BEYOND THE 5-YEAR PERFORMANCE
PERIOD OF THIS GRANT.SUBRECIPIENT:NO
SUBAWARDS ARE INCLUDED IN THIS
ASSISTANCE AGREEMENT.OUTCOMES:THE
ANTICIPATED DELIVERABLES INCLUDE
ORGANIZATIONAL DEVELOPMENT, IDENTIFYING
AND PRIORITIZING NEEDS, PROVIDING
EDUCATION ON PRIORITY ENVIRONMENTAL
ISSUES (AIR QUALITY, SOIL CONTAMINATION,
CLEAN ENERGY, ETC.), CREATING COMMUNITY
PROFILES USING DATA AND MAPPING,
RELATIONSHIP BUILDING, AND TRAINING AND
ASSISTANCE TO BUILD KNOWLEDGE OF FEDERAL
FUNDED PROGRAMS. THE EXPECTED OUTCOMES
INCLUDE INCREASED AWARENESS, KNOWLEDGE
AND UNDERSTANDING OF GRANTS AMONG
UNDERSERVED COMMUNITIES, INCREASED
ACCESS TO GRANT WRITING AND MANAGEMENT
RESOURCES, AND AN INCREASE TO THE NUMBER
AND QUALITY OF APPLICATIONS FOR FUNDING
RELATED TO ENVIRONMENTAL AND ENERGY
JUSTICE FROM UNDERSERVED COMMUNITIES IN
THE SOUTHEAST REGION. THE INTENDED
BENEFICIARIES OF THIS GRANT INCLUDE
UNDERSERVED COMMUNITIES THROUGHOUT
EACH OF THE STATES IN EPA'S REGION 4:
(ALABAMA, FLORIDA, GEORGIA, KENTUCKY,
MISSISSIPPI, NORTH CAROLINA, SOUTH
CAROLINA, TENNESSEE) AND EPA'S REGION 6:
(ARKANSAS, LOUISIANA, NEW MEXICO,
OKLAHOMA, TEXAS).

| | |
|---|---|
| DESCRIPTION:THE PURPOSE OF THIS PROJECT IS TO EMPOWER COMMUNITIES BY PROVIDING CRITICAL SERVICES TO COMMUNITY ORGANIZATIONS. THESE SERVICES WILL EXPAND PARTICIPANTS' CAPACITY TO MEET COMMUNITY-DEFINED PRIORITIES AND PARTICIPATE MEANINGFULLY IN DECISION-MAKING PROCESSES, FOCUSING SPECIFICALLY ON UNDERSERVED, RURAL, REMOTE, TRIBAL, INDIGENOUS, AND PACIFIC ISLAND COMMUNITIES ACROSS EPA REGION 9. THE GOAL/MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION. THE HUB OF THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTERS (TCTAC) WILL BE BASED IN A PHYSICAL AND VIRTUAL CENTER AT SAN DIEGO STATE UNIVERSITY (SDSU) CALLED THE CENTER FOR COMMUNITY ENERGY AND ENVIRONMENTAL JUSTICE. HUB PARTNERS WILL WORK TO COORDINATE ACTIVITIES IN THEIR AREA(S) OF EXPERTISE ACROSS ALL OF EPA REGION 9 AND WILL FACILITATE CO-PRODUCTION, CO-DEVELOPMENT, SHARING , TRANSFER, AND DELIVERY OF BOTH PROCESS AND CONTENT AMONG SPOKE PARTNERS AND COMMUNITY PARTNERS FOR ENVIRONMENTAL PROGRAMS (AIR, WATER, WASTE, ENERGY, TOXICS) AND GRANTSMANSHIP. SPOKE PARTNERS WILL LEAD ON DELIVERING SERVICES (IN PERSON AND VIRTUALLY) TO ELIGIBLE COMMUNITY ORGANIZATIONS, BUILDING AND EXPANDING ON THEIR EXISTING ELIGIBLE COMMUNITY ORGANIZATIONS IN THEIR NETWORK AND IDENTIFYING AND CONNECTING WITH NEW COMMUNITY ORGANIZATIONS, SUPPORTING COMMUNITY ENGAGEMENT AND CAPACITY BUILDING.

HUB PARTNERS INCLUDE: SDSU COMMUNITY CLIMATE ACTION NETWORK, ENVIRONMENTAL PROTECTION NETWORK, USD ENERGY POLICY INITIATIVE CENTER, ASU ENERGY AND SOCIETY, INSTITUTE FOR TRIBAL ENVIRONMENTAL PROFESSIONALS, AND CENTER FOR CREATIVE LAND RECYCLING.

SPOKE PARTNERS INCLUDE: CLIMATE SCIENCE ALLIANCE (CA), PUBLIC HEALTH ALLIANCE (CA), ARIZONA STATE UNIV SCHOOL OF SUSTAINABILITY (AZ), DESERT RESEARCH INSTITUTE (NV), PACIFIC RISA (HI, AS), AND UNIV OF GUAM CENTER FOR ISLAND SUSTAINABILITY | 6/5/2023 |

(GUAM).

THIS AGREEMENT PROVIDES PARTIAL FEDERAL FUNDING IN THE AMOUNT OF $4,000,000. PRE-AWARD COSTS ARE APPROVED BACK TO 6/1/2023. REFER TO TERMS AND CONDITIONS.ACTIVITIES:SDSU TCTAC'S MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION.

ACTIVITIES INCLUDE CONVENING TCTAC HUBS AND SPOKES MEETINGS. CONDUCTING NEEDS ASSESSMENTS STARTING WITH COMMUNITIES WHERE TCTAC PARTNERS. DEVELOP OUTREACH COLLATERAL (I.E. LOGO, WEBSITE, COMMUNICATION CHANNELS, ETC). RELEASE OF COMMUNICATION MATERIALS TO SPOKES TO CUSTOMIZE AND ENHANCE OUTREACH. INCREASING COMMUNITY FOOTPRINT RECEIVING TECHNICAL ASSISTANCE 5-10%. DEVELOP COMMUNITY KNOWLEDGE PORTAL. HUBS WILL COMPILE EXISTING INFORMATION ON GRANTSMANSHIP, ENERGY JUSTICE (ENJ), AND ENVIRONMENTAL JUSTICE (EJ) TO SHARE. HUB TEAMS WILL WORK WITH SPOKE PARTNERS AND COMMUNITY STAKEHOLDERS TO CO-PRODUCE NEW MATERIALS TO MEET PARTNER NEEDS WITH CONTINUOUS ROLL-OUT AS NEW RESOURCES ARE COMPLETED. CONDUCT ANNUAL INTRA-TCTAC TRAINING ON WORKPLACE CONDUCT, MICROAGGRESSIONS, AND THE TENETS OF DEIA. CONVENE COMMUNITY TRAINING EVENTS AND WORKSHOPS, ONE-ON-ONE SERVICES, COMMUNITY KNOWLEDGE PORTAL PROVIDING TECHNICAL ASSISTANCE ON ENVIRONMENTAL PROGRAMS (AIR, WATER, ENERGY, WASTE, TOXICS). SERVICE DELIVERY TRACKING AND FEEDBACK EFFORTS. CONDUCT MONTHLY INTRA-TCTAC COORDINATION CALLS. SUBMIT REQUIRED REPORTS TO EPA. PARTICIPATE IN EPA REGIONAL AND NATIONAL MEETINGS AND SYMPOSIUMS.

| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO NATIONAL WILDLIFE FEDERATION (NWF). SPECIFICALLY, NWF WILL WORK WITH CORE PARTNERS (UMD CEEJH AND UMD EFC) TO DESIGN, OPERATE, AND LEAD A MID-ATLANTIC THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV, AS WELL AS THE DISTRICT OF COLUMBIA. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY JUSTICE WORK. | 6/7/2023 |
|---|---|
| THIS ACTION PARTIALLY FUNDS THE GRANT IN THE AMOUNT OF $4,000,000. FEDERAL FUNDS IN THE AMOUNT OF $8,000,000 ARE CONTINGENT UPON AVAILABILITY OF ADDITIONAL FUNDING. ACTIVITIES:USING CORE PARTNERS AND COMMUNITY-BASED HUBS, THIS PROJECT WILL PROVIDE OUTREACH TO COMMUNITIES IN NEED OF TECHNICAL ASSISTANCE AND INCREASE CAPACITY AND KNOWLEDGE RELATED TO ENVIRONMENTAL AND ENERGY JUSTICE CONCERNS. SUBRECIPIENT:CORE PARTNERS NATIONAL WILDLIFE FEDERATION, UNIVERSITY OF MARYLAND CENTER FOR COMMUNITY ENGAGEMENT, ENVIRONMENTAL JUSTICE, AND HEALTH (CEEJH) AND UNIVERSITY OF MARYLAND ENVIRONMENTAL FINANCE CENTER (EFC), WILL DESIGN, OPERATE AND LEAD A MID-ATLANTIC THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV AND DC. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY JUSTICE WORK. USING A 'HUB' APPROACH, THE CORE PARTNERS (1 SUBAWARD FOR UMD) WILL ACT AS 'CORE HUBS', AND THE COMMUNITY-BASED 'HUBS' (10 SUBAWARDS) WILL ALLOW FOR SERVICE DELIVERY TO BE MORE ACCESSIBLE TO POTENTIAL PROGRAM PARTICIPANTS, BOTH GEOGRAPHICALLY AS WELL AS CULTURALLY, DUE TO THEIR ON-THE-GROUND COMMUNITY PRESENCE. OUTCOMES:THE EXPECTED OUTCOMES OF THIS PROJECT INCLUDE: GAINED KNOWLEDGE AND SKILLS NEEDED TO UNDERSTAND AND ASSESS ENVIRONMENTAL AND ENERGY JUSTICE ISSUES AND TO ENGAGE POLICYMAKERS, GOVERNMENT AGENCIES, AND INDUSTRY; AND AN INCREASE IN FINANCIAL, TECHNICAL, AND INSTITUTIONAL KNOWLEDGE, RESOURCES, AND SKILLS TO ASSESS, DESIGN, IMPLEMENT, MAINTAIN, AND PAY FOR ENVIRONMENTAL AND ENERGY JUSTICE | |

EPA_00042468

| | |
|---|---|
| RELATED PROJECTS. THE INTENDED BENEFICIARIES INCLUDE COMMUNITIES THAT ARE UNDERSERVED, OVERBURDENED, RESOURCE-CONSTRAINED, AND RURAL IN ALL REGION 3 AREAS: DE, MD, PA, VA, WV, AND DC. | |
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING TO WICHITA STATE UNIVERSITY. SPECIFICALLY, THE RECIPIENT WILL REMOVE BARRIERS AND IMPROVE ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS. WITH THIS CRITICAL INVESTMENT, WICHITA STATE UNIVERSITY CENTER WILL PROVIDE TRAINING AND OTHER ASSISTANCE TO BUILD CAPACITY FOR NAVIGATING FEDERAL GRANT APPLICATION SYSTEMS, WRITING STRONG GRANT PROPOSALS, AND EFFECTIVELY MANAGING GRANT FUNDING. IN ADDITION, THIS CENTER WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS AND WILL ALSO CREATE AND MANAGE COMMUNICATION CHANNELS TO ENSURE ALL COMMUNITIES HAVE DIRECT ACCESS TO RESOURCES AND INFORMATION.ACTIVITIES:THE ACTIVITIES INCLUDE: SERVING AS A HUB FOR INFORMATION, TRAINING, RESOURCES, TECHNICAL ASSISTANCE (TA), AND CONNECTION FOR ADDRESSING ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE CONCERNS IN UNDERSERVED COMMUNITIES IN MISSOURI, NEBRASKA, KANSAS, IOWA AND FEDERALLY RECOGNIZED TRIBES; DEVELOP OPERATIONS CENTER AND FOCUS ON CREATING COMMUNITY ASSESSMENT PROCESS AND TOOLS; HOST GRANT WRITING/MANAGEMENT TRAININGS, HOST CIVIC ENGAGEMENT TRAININGS, RESPOND TO REQUESTS FROM GENERAL PUBLIC REGARDING ENVIRONMENTAL AND ENERGY JUSTICE GRANT MAKING AND PROGRAM NEEDS, PROVIDE TRAINING AND TECHNICAL ASSISTANCE TO IDENTIFY COMMUNITIES OF GREATEST NEED (CGNS) AND ACT AS A COMMUNITY ENGAGEMENT AND OUTREACH HUB FOR THE | 6/1/2023 |

EPA_00042469

| | |
|---|---|
| REGION.SUBRECIPIENT:WICHITA STATE UNIVERSITY EJ TCTAC CENTERS WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS.  OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TARGETED COMMUNITY ENGAGEMENTS SUCH AS OUTREACH, GRANT WRITING AND EVALUATION WORKSHOPS, TRAININGS, COMMUNITY ENGAGEMENT EVENTS, ETC. THE EXPECTED OUTCOMES INCLUDES GRANT TRAINING, COMMUNITY NEEDS ASSESSMENT, SURVEYS, INTERVIEWS, MAPPING, RESEARCH AND OTHER TOOLS TO ASSESS ENVIRONMENTAL JUSTICE OR ENERGY JUSTICE NEEDS; AND CIVIC ENGAGEMENT AND LEADERSHIP DEVELOPMENT. THE INTENDED BENEFICIARIES INCLUDES LARGE, SMALL, RURAL, REMOTE, AND TRIBAL COMMUNITIES; NONPROFITS; BUSINESSES; LOCAL GOVERNMENTS; AND STATE AND FEDERAL AGENCIES ACROSS THE HEARTLAND OF KANSAS, NEBRASKA, IOWA, MISSOURI, AND FEDERALLY RECOGNIZED TRIBES. THE CENTER WILL BUILD A COMMUNITY'S ABILITY TO PARTICIPATE IN ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE DECISION-MAKING AT ALL LEVELS OF GOVERNMENT, FIND AND APPLY FOR GRANTS, AND ENGAGE WITH THE PRIVATE SECTOR TO BE PART OF ENERGY AND INFRASTRUCTURE PROJECT DESIGN AND DEVELOPMENT. | |
| DESCRIPTION:THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER WILL LEVERAGE EXISTING UNIVERSITY EXTENSION NETWORKS AND TECHNICAL SERVICE PROVIDERS TO REACH REMOTE, RURAL, AND UNDERSERVED COMMUNITIES ACROSS EPA REGION 5, INCLUDING THE STATES OF MINNESOTA, MICHIGAN, WISCONSIN, ILLINOIS, INDIANA, AND OHIO AND 35 TRIBAL NATIONS.ACTIVITIES:THE PROPOSED GREAT LAKES ENVIRONMENTAL JUSTICE TECHNICAL ASSISTANCE CENTER (TAC) IS ORIENTED AROUND THREE INTERRELATED ACTIVITIES: 1. IDENTIFY UNDERSERVED AND OVERBURDENED COMMUNITIES WHO COULD BENEFIT FROM ENVIRONMENTAL AND ENERGY-RELATED PROGRAMS, 2. BUILD CAPACITY FOR COMMUNITIES TO ENGAGE IN ENVIRONMENTAL DECISION MAKING AND ACCESS TECHNICAL ASSISTANCE, AND 3. PROVIDE TAILORED, ACCESSIBLE, CULTURALLY APPROPRIATE ASSISTANCE THAT ALLOWS COMMUNITIES TO SECURE FUNDING AND RESOURCES THAT MATERIALLY IMPROVE THEIR SOCIAL, ECONOMIC, AND ENVIRONMENTAL OUTCOMES.SUBRECIPIENT:ACTIVITIES INCLUDE | 7/3/2023 |

EPA_00042470

| | |
|---|---|
| PROVIDING TECHNICAL ASSISTANCE TO REGION 5 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED ACTIVITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES FOR THE TCTAC INCLUDE: A WEB PORTAL, MINUTES AND TRAININGS RELATED TO COMMUNITY WORKSHOPS, RECORDS OF APPLICANTS ASSISTED, AND OTHER RELATED MATERIALS. EXPECTED OUTCOMES INCLUDE: 1. HIGHER CAPACITY FOR COMMUNITIES, NON-PROFIT ORGANIZATIONS, AND INDIVIDUALS TO APPLY FOR GRANT OPPORTUNITIES, 2. IMPROVED CONNECTIONS BETWEEN COMMUNITIES AND TECHNICAL ASSISTANCE RESOURCES, AND 3. INCREASED PARTICIPATION IN FEDERAL AND STATE ENVIRONMENTAL AND ENERGY DECISION-MAKING AS EVIDENCED BY GREATER PARTICIPATION IN PUBLIC ENGAGEMENT, OUTREACH, EPA AND DOE PROGRAMS, PUBLIC COMMENTS, AND EJ COMMUNITIES OCCUPYING POSITIONS OF POWER IN LOCAL AND FEDERAL DECISION-MAKING BODIES.<br><br>THE INTENDED BENEFICIARIES ARE THE PEOPLE OF REGION 5, INCLUDING THE RESIDENTS OF MINNESOTA, WISCONSIN, MICHIGAN, ILLINOIS, INDIANA, AND OHIO, AS WELL AS THE MEMBERS OF THE 35 FEDERALLY-RECOGNIZED TRIBES PRESENT IN THE REGION. | |
| DESCRIPTION:WITH A SKILLED NETWORK OF SPECIALIZED PARTNERS SPREAD ACROSS THE ENTIRE SIX-STATE-AND-TRIBAL GEOGRAPHY OF EPA REGION V, THIS ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC) IS UNIQUELY SITUATED TO SHAPE EQUITY BY PROVIDING ASSISTANCE, TRAINING, AND RESOURCES TO PROGRAM PARTICIPANTS. EACH OPERATIONAL PARTNER HAS EVOLVED THROUGH GRASSROOTS EFFORTS, COMPREHENSIVELY INTEGRATING SCIENCE, TRADITION, AND CULTURE. THE CONSORTIUM DERIVES ITS POWER FROM THE PEOPLE. LOCATED NEAR THE EPA REGION 5 HEADQUARTERS IN CHICAGO, ILLINOIS, BIG SERVES AS THE EPICENTER OF THE EJ TCTAC. POWERFUL PARTNERS ENSURE THAT THIS TARGETED, SPECIALIZED PROGRAM EXTENDS THROUGHOUT THE 35 TRIBAL LANDS, ILLINOIS, INDIANA, MICHIGAN, MINNESOTA, OHIO, AND WISCONSIN. THIS DEDICATED TEAM ENSURES THAT EACH EJ TCTAC FOCUS AREA OUTLINED BY EPA IS CARRIED OUT PROFESSIONALLY, THOROUGHLY, AND CONTINUOUSLY, INCORPORATING REAL-TIME ADVANCES, ARISING CHALLENGES, AND MEANINGFUL INVOLVEMENT OF THE COMMUNITIES. TO HELP ACHIEVE EQUITY, IN ALIGNMENT WITH EXECUTIVE ORDER 13985, EACH INVOLVED ORGANIZATION ENVISIONS A TECHNICAL ASSISTANCE CENTER THAT EMPOWERS COMMUNITIES TO REMEDIATE SOCIAL, | 8/18/2023 |

ECONOMIC, AND HEALTH BURDENS BY SEEKING ENVIRONMENTAL AND ENERGY JUSTICE. FOR MAXIMUM IMPACT, SERVICES PROVIDED ENGAGE PARTICIPANTS AT EVERY LEVEL OF READINESS TO DESIGN SOLUTIONS, OBTAIN NEEDED FUNDING AND RESOURCES, AND DIRECT ACTIVITIES AND RESOURCES TOWARD THEIR IDENTIFIED NEEDS WITH EMPHASIS ON THOSE DISPROPORTIONATELY HARMED. TO BEST ENSURE THAT ALL ELIGIBLE SERVICES OF EJ TCTAC OBJECTIVES ARE PROVIDED THROUGHOUT THE ENTIRE GEOGRAPHIC AREA, INCLUDING REMOTE AND RURAL AREAS, 23 DOCUMENTED, SUPPORTING PARTNERS PROVIDE VALUABLE ASSISTANCE. TO CREATE A NEW CHAPTER OF HOPE, HEALING, AND REGENERATION, THE WHOLE-SYSTEM SOLUTION PROPOSED BY BIG AND CONVEYED THROUGH THIS EJ TCTAC EMPOWERS INDIVIDUALS AND COMMUNITIES TO LESSEN BARRIERS TO HEALTHY LIVING AND ECONOMIC FREEDOM. THE EJ TCTAC WILL OFFER HYBRID VIRTUAL AND ON-SITE SERVICES. THE WIDESPREAD NETWORK OF PARTNERS WILL OPERATE SATELLITE OFFICES TO ENSURE PHYSICAL AND VIRTUAL SERVICES ARE ACCESSIBLE TO REMOTE AND UNDERSERVED COMMUNITIES. SEDAC WILL DEPLOY A DEDICATED 1-800 CALL-CENTER. BEL AND MTERA WILL DEVELOP MULTILINGUAL RESOURCES AND CONTINUE TO LEVERAGE EXISTING TRIBAL NETWORKS ACROSS THE REGION. SERVICES INCLUDE PRODUCTION OF AND INSTRUCTION ON HOW-TO-PRODUCE PHYSICAL, DIGITAL, AND VIRTUAL RESOURCES THAT INCLUDE STORYTELLING, FACT SHEETS, CASE STUDIES, INFOGRAPHICS, AND BEST-PRACTICE TIP SHEETS. TO TEACH CAPACITY BUILDING AT BOTH REGIONAL AND LOCAL LEVELS, THE EJ TCTAC WILL FACILITATE STAKEHOLDER ENGAGEMENT DISCUSSIONS, LISTENING SESSIONS, AND OUTREACH WITH GOVERNMENT AND PRIVATE SECTORS. BIG WILL ALSO CLOSELY COLLABORATE WITH THE UNIVERSITY OF MINNESOTA WHICH IS ALSO RECEIVING AN EJ TCTAC AWARD TO SUPPORT EPA REGION V COMMUNITIES.ACTIVITIES:.SUBRECIPIENT:THERE ARE NINE SUB-AWARDS UNDER THIS GRANT AGREEMENT. ACTIVITIES FOR EACH DIFFER BASED ON EXPERTISE BUT INCLUDE FOR EXAMPLE, TRIBAL RELATIONS EXPERTISE, ENERGY SOVEREIGNTY EXPERTISE, TRANSLATION AND INTERPRETATION SERVICES, RURAL COMMUNITIES OUTREACH, OUTREACH AND EDUCATION, GRANTS TRAINING AND WRITING, PUBLIC HEALTH, ENERGY DESIGN, ETC. OUTCOMES:.

EPA_00042472

| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO MONTANA STATE UNIVERSITY (MSU). SPECIFICALLY, MSU WILL DELIVER EFFECTIVE, NO-COST TECHNICAL ASSISTANCE (TA) TO INDIVIDUALS AND ORGANIZATIONS COMMITTED TO ENERGY AND ENVIRONMENTAL JUSTICE IN REGION 8, ESPECIALLY REPRESENTATIVES OF UNDERSERVED AND OVERBURDENED GEOGRAPHIES AMONG THE REGION'S 28 FEDERALLY-RECOGNIZED TRIBES AND IN URBAN, REMOTE AND RURAL LOCATIONS. MSU MOUNTAINS AND PLAINS THRIVING COMMUNITIES COLLABORATIVE (MAPTCC) TA OFFERINGS AIM TO BUILD CAPACITY AMONG PROGRAM PARTICIPANTS IN THE AREAS OF THE ABILITY TO SUCCEED IN GRANT APPLICATION AND MANAGEMENT PROCESSES, UNDERSTANDING OF FUNDING SOURCES AND GRANT REQUIREMENTS, AND THE ABILITY TO PARTICIPATE AND ENGAGE EFFECTIVELY IN ENVIRONMENTAL AND ENERGY JUSTICE DECISION-MAKING. ACTIVITIES:THE ACTIVITIES INCLUDE:<br><br>(1) CONDUCTING OUTREACH, MARKETING AND RECRUITMENT THROUGH THE MANAGEMENT OF WEBSITE, SOCIAL MEDIA AND OTHER MARKETING TOOLS AND IN-PERSON ENGAGEMENTS; (2) PROVIDING NETWORKING AND COORDINATION WITHIN THE BROADER TCTAC AND REGIONAL TA PROFESSIONAL COMMUNITIES; (3) DIRECT COMMUNITY RESOURCE AND ENGAGEMENT SERVICES SUCH AS PROVIDING GENERAL INFORMATION, COORDINATION AND PLANNING CAPACITY, DEVELOPING AND SUPPORTING THE USE OF CUSTOMIZED PRODUCTS SUCH AS READINESS ASSESSMENTS AND FUNDING STRATEGIES, REFERRALS TO TRAINING PROGRAMS AND TA SERVICES, MENTORSHIP AND ENCOURAGEMENT, AND SUPPORT FOR FACILITATING MEETINGS AND PEER NETWORKING INCLUDING TRANSLATION, INTERPRETATION AND ACCESSIBILITY SERVICES; (4) MAINTENANCE OF A DIGITAL RESOURCE CENTER WHICH SERVES AS A PARTICIPANT DATABASE SYSTEM AND COMMUNICATIONS BACKBONE; (5) DEVELOPMENT AND DELIVERY OF CAPACITY-BUILDING TRAINING PROGRAMS; (6) THE DELIVERY OF SPECIALIZED SUPPORT TO PROGRAM PARTICIPANTS THROUGH CUSTOM WORKSHOPS AND CONSULTATIONS BY SUBJECT MATTER AND TECHNICAL EXPERTS IN THE AREAS OF COMMUNITY DEVELOPMENT, ENVIRONMENTAL AND ENERGY JUSTICE, AND CLEAN ENERGY DEVELOPMENT, AND (7) PROJECT MANAGEMENT, EVALUATION AND REPORTING. SUBRECIPIENT:ACTIVITIES INCLUDE PROVIDING TECHNICAL ASSISTANCE TO REGION 8 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED | 6/14/2024 |
|---|---|

ACTIVITIES.

TOTAL SUMS FOR YEARS 1 - 5:
COLORADO STATE UNIVERSITY: $1,942,682.00
CENTER FOR SOCIAL CREATIVITY: $1,003,691.00
ALLIANCE FOR TRIBAL CLEAN ENERGY:
$1,400,022.00
UNIVERSITY OF WYOMING: $1,027,541.00
UTAH STATE UNIVERSITY:
$1,009,011.00OUTCOMES:THE ANTICIPATED
DELIVERABLES INCLUDE A PUBLIC-FACING
WEBSITE, AS WELL AS THE ABILITY TO MAKE
REQUESTS AND INQUIRIES VIA TEXT, PHONE AND
EMAIL; A DIGITAL RESOURCE CENTER SERVING
GRANT ANNOUNCEMENTS, MODULAR
TRAININGS, AND CUSTOMIZED PORTFOLIOS FOR
PROGRAM PARTICIPANTSMDASH;AND
ASSOCIATED DATASETS OF PARTICIPANT AND
PROVIDER CONTACTS; ORGANIZATIONAL
FUNDING AND SUSTAINABILITY PLANS FOR
PROGRAM PARTICIPANTS.

THE EXPECTED OUTCOMES INCLUDE
INCREASING PROGRAM PARTICIPANTS',
PARTICULARLY UNDERSERVED AND
RURAL/REMOTE COMMUNITIES, ACCESS TO AND
AWARENESS OF GRANT OPPORTUNITIES,
KNOWLEDGE OF THE GRANT APPLICATION AND
MANAGEMENT PROCESS, UNDERSTANDING OF
FINANCING SOURCES AND GRANT
REQUIREMENTS, AND THE ABILITY TO
PARTICIPATE AND ENGAGE IN ENVIRONMENTAL
AND ENERGY JUSTICE DECISION-MAKING.
EXPECTED OUTCOMES OF THIS PROGRAM ARE
THE INCREASED CAPACITY IN TO ADVANCE AND
ADDRESS ENVIRONMENTAL AND ENERGY
JUSTICE ISSUES ACROSS REGION 8. THIS WILL
LEAD TO PROGRESS TOWARDS ACHIEVING THE
OBJECTIVES OF EXECUTIVE ORDERS 13985, 14008,
14091 AND 14096.

THE INTENDED BENEFICIARIES IN REGION 8
INCLUDE BUT ARE NOT LIMITED TO: NONPROFIT
ORGANIZATIONS; COMMUNITY-BASED AND
GRASSROOTS ORGANIZATIONS; PHILANTHROPIC
AND CIVIC ORGANIZATIONS; UNDERSERVED
COMMUNITIES AND ORGANIZATIONS; RURAL
AND REMOTE COMMUNITIES AND
ORGANIZATIONS; FAITH-BASED ORGANIZATIONS
AND CHURCHES; EDUCATIONAL INSTITUTIONS
(E.G., SCHOOLS, COLLEGES, AND UNIVERSITIES),
INCLUDING MINORITY SERVING INSTITUTIONS;
INDIVIDUALS OF UNDERSERVED COMMUNITIE

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO APPALACHIAN VOICES.  THE RECIPIENT WILL CREATE A COMPREHENSIVE FRAMEWORK KNOWN AS THE COAL COMMUNITY RESILIENCE PLANNING MODEL AND TOOLKIT. THIS MODEL AND TOOLKIT WILL SERVE AS AN ADAPTABLE GUIDE FOR FIVE COAL COMMUNITIES IN VIRGINIA TO NAVIGATE AND RESPOND TO THE MULTIFACETED CHALLENGES POSED BY ECONOMIC SHIFTS, ENVIRONMENTAL CONCERNS, AND THE NEED TO PLAN FOR CLIMATE CHANGE. ACTIVITIES:THE FOLLOWING ACTIVITIES WILL BE PERFORMED: ORGANIZE GOVERNMENT LEADS AND CORE COMMUNITY STAKEHOLDERS, NURTURE COMMUNITY ENGAGEMENT AND DEVELOP RESILIENCE MAPS, ENCOURAGE COMMUNITY PROJECT IDEATION AND PLAN DEVELOPMENT, DEVELOP COMMUNITY PROJECT SUSTAINABILITY PLANS, MEASURE AND SUSTAIN IMPACT, AND DEVELOP ENVIRONMENTAL JUSTICE ADVOCATES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE FOLLOWING: A COLLABORATIVE DECISION-MAKING PROCESS; 200+ COMMUNITY MEMBERS ENGAGED; 5 COMMUNITY RESILIENCE MAPS; 5 COMMUNITY-BASED PROJECT DESIGNS; PROJECT PREDEVELOPMENT CONSULTING; 12 EDUCATION WEBINARS ON CLIMATE/RESILIENCE TOPICS; 20 NEW EJ LEADERS DEVELOPED; SKILLS AND METRICS DEVELOPED TO MEASURE IMPACT; THE DEVELOPMENT OF COAL COMMUNITIES RESILIENCE TOOLKIT; ENGAGEMENT IN THE EJ PROCESSES AND RULEMAKING EFFORTS; COALFIELD RESILIENCE; AND THE DEVELOPMENT OF A COMMUNITY FEEDBACK FORM.

THE EXPECTED OUTCOMES INCLUDE THE FOLLOWING: THE CREATION OF CORE PARTNERSHIP ACCOUNTABILITY AND ORGANIZATIONAL STRUCTURE; HOSTING 2 LISTENING SESSIONS IN EACH LOCALITY; ACTIVATING 50 STAKEHOLDERS; BOLSTERING THE COMMUNITY BUY-IN PROCESS; STRATEGIC PROJECT IMPLEMENTATION; COMPLETING 5 RESILIENCE PROJECTS; INCREASING LOCAL COLLABORATIVE STRATEGIES; AND ENCOURAGING PARTICIPATION IN REGULATORY/POLICY OPPORTUNITIES.

THE INTENDED BENEFICIARIES ARE CITIZENS, LOCAL GOVERNMENT LEADERS, FUNDERS, POLICY MAKERS, REGIONAL ECONOMIC DEVELOPMENT GROUPS, AND EJ ORGANIZATIONS. | 3/19/2024 |

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES.  THE RECIPIENT PROJECT IS FOCUSED ON THE BAYVIEW-HUNTERS POINT COMMUNITY OF SAN FRANCISCO CA. THE IMMEDIATE OUTCOME OF THIS TWO-YEAR INITIATIVE WILL BE THE DEVELOPMENT OF AN ENVIRONMENTAL JUSTICE POLICY PLATFORM, GROUNDED IN THE NEIGHBORHOOD'S OWN LIVED EXPERIENCES AND COMMUNITY SCIENCE - DOCUMENTATION AND MAPPING OF ENVIRONMENTAL TOXIC EXPOSURES AND ADVERSE HEALTH EFFECTS TO PAST AND PRESENT RESIDENTS AND WORKERS, BUILDING AN ACCESSIBLE LIBRARY OF LOCAL ENVIRONMENTAL ISSUES, POTENTIAL MITIGATION MEASURES, AND SUBSTANTIVE POLICY CHANGES. THE PROJECT CONNECTS MULTIPLE COMMUNITY-LED EFFORTS INTO A LARGER, COHESIVE PROGRAM OF POLLUTION REDUCTION, PUBLIC HEALTH ADVOCACY, AND NEIGHBORHOOD EMPOWERMENT. A MAJOR RESULT OF THE PROGRAM WILL BE THE DEVELOPMENT OF NEW CADRES OF TRAINED AND EXPERIENCED COMMUNITY ENVIRONMENTAL HEALTH ACTIVISTS, INCLUDING YOUTH ADVOCATES.

THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COSTS HAVE BEEN APPROVED BACK TO 3/1/2024.


ACTIVITIES:THE ACTIVITIES INCLUDE HIRING A PROGRAM COORDINATOR, COMPLETE MOU'S WITH COLLABORATIVE PARTNERS, DEVELOP TRAINING MATERIALS FOR STAFF, PREPARE FOR PROGRAM LAUNCHES AND DESIGN YOUTH TRAININGS.
SUBRECIPIENT:3RD STREET YOUTH CENTER AND CLINIC, WILL ESTABLISH A YOUTH ADVOCATES PROGRAM UNDER THIS INITIATIVE, TRAINING AND MENTORING OUR NEXT GENERATION OF COMMUNITY LEADERS, GIVING THEM A FOUNDATION OF SKILLS IN ADVOCACY, DATA ANALYSIS, AND COMMUNITY OUTREACH. WE WILL CO-DEVELOP ENVIRONMENTAL JUSTICE AND POLICY CURRICULA, STRATEGIZE INTERVENTIONS, DRAFT EVIDENCE-BASED POLICY RECOMMENDATIONS, AND JOINTLY DEVELOP EDUCATIONAL MATERIALS TO SUPPORT LASTING COLLABORATION AMONG THE PARTNERS.

SF BAY PHYSICIANS FOR SOCIAL RESPONSIBILITY WILL LEAD AND SUPPORT A SERIES OF TRAININGS ON VARIOUS TOPICS INCLUDING PUBLIC HEALTH IMPACTS OF EXPOSURES AND HOW TO INTERPRET DATA. THEY WILL CREATE EDUCATIONAL MATERIALS | 3/27/2024 |

| | |
|---|---|
| BASED ON THE PUBLIC HEALTH IMPACTS OF EXPOSURES FOUND THROUGH GROUND TRUTHING AND ANY INFORMATION RESULTED IN THE AB 617 PROCESS. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE SIGN IN SHEERS, TRAINING MATERIALS, MEETING REPORTS, POLICY PROPOSALS, DRAFT ARC GIS MAP AND UPDATED DATA FINDINGS.<br><br>THE EXPECTED OUTCOMES INCLUDE INCREASE IN COMMUNITY CAPACITY AND ACCESS TO POLICY MAKING TOOLS, SECC AND YOUTH CURRICULUM IMPLEMENTED. TOXIC INDEX DATA COLLECTED AND ANALYZED, YOUTH PROGRAM PRESENTS DATA ANALYSIS TO SECC AND AB617 STEERING COMMITTEE. SECC AND YOUTH INTERACT WITH STATE REPRESENTATIVES THROUGH STATE LEGISLATIVE DAY AND PRESENT CONCERNS AND POLICY IDEAS, AND INCREASED COMMUNITY CAPACITY IN POLICY ADVOCACY AND KNOWLEDGE IN ENVIRONMENTAL JUSTICE. UPDATED TOXIC INDEX DATA. DEVELOPED COORDINATION AND STRENGTHENED RELATIONSHIPS WITH PROJECT PARTNERS, AB 617 CSC, STATE LEGISLATORS AND THE D10 SUPERVISORS' OFFICE.<br><br>THE INTENDED BENEFICIARIES INCLUDE THE COMMUNITY OF THE BAY VIEW HUNTERS POINT. | |
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO NUEVA ESPERANZA, INC. THE RECIPIENT AND ITS PARTNERS IN THE HUNTING PARK COMMUNITY-LED CLIMATE RESILIENCE AND EMPOWERMENT PROJECT WILL BUILD THE CAPACITY OF RESIDENTS, LEADERS AND NEIGHBORHOOD INFRASTRUCTURE TO IMPROVE THE CLIMATE RESILIENCY OF THE HUNTING PARK (HP) NEIGHBORHOOD IN PHILADELPHIA, PA, AGAINST THE DISPROPORTIONATE HEALTH AND ECONOMIC IMPACTS OF HEAT IN THE COMMUNITY.<br><br>ACTIVITIES:THE ACTIVITIES INCLUDE BUILDING TREE COVER; TRAININGS FOR COMMUNITY MEMBERS; DISTRIBUTING EXTREME HEAT MITIGATION TRAINING AND TOOLS TO RESIDENTS; FACILITATING COMMUNITY DIALOGUE; FORMALIZING A COMMUNITY-DRIVEN ENVIRONMENTAL POLICY PLATFORM; AND COMPLETING A HEALTH IMPACT ASSESSMENT.<br><br>SUBRECIPIENT:HUNTING PARK GREEN WILL RECEIVE A SUBAWARD OF $75,051 TO COLLABORATE ON OUTREACH; CO-MANAGE TREE STEWARDSHIP AND TRAINING; AND FACILITATE COMMUNITY CONVERSATIONS. AS I PLANT THE SEED WILL RECEIVE A SUBAWARD OF $57,099 TO COLLABORATE ON OUTREACH AND FACILITATE COMMUNITY CONVERSATIONS. | 4/8/2024 |

EPA_00042477

HUNTING PARK NEIGHBORHOOD ADVISORY
COMMITTEE WILL RECEIVE A SUBAWARD OF
$53,007 TO LEAD WEATHERIZATION TRAINING.
HUNTING PARK COMMUNITY SOLAR INITIATIVE
WILL RECEIVE A SUBAWARD OF $35,979 TO
DELIVER SOLAR PANEL INSTALLATION TRAINING
TO HP RESIDENTS. PENNSYLVANIA
HORTICULTURAL SOCIETY WILL RECEIVE A
SUBAWARD OF $42,000 TO DELIVER TREES, TREE
PLANTINGS AND MAINTENANCE TRAINING; AND
PROVIDE INSIGHTS ON ENVIRONMENTAL
IMPACT.OUTCOMES:THE ANTICIPATED
DELIVERABLES INCLUDE ADDITIONAL TREES IN
HP; TRAININGS IN TREE MAINTENANCE, CLIMATE
CHANGE, COMMUNITY ORGANIZING, HEAT
SAFETY, AND SOLAR PANEL INSTALLATION;
DISTRIBUTION OF COOLING KITS AND
INSTALLED AIR CONDITIONERS WITH
WEATHERIZATION KITS AND WORKSHOPS; HP
CLIMATE JUSTICE PLATFORM; HEALTH IMPACT
ASSESSMENT TO GAUGE EXISTING HEALTH
DISPARITIES AND SPECIFIC HEALTH
CHALLENGES; AND INSIGHTS GAINED FOR
NEIGHBORHOODS ENGAGING IN COMMUNITY-
DRIVEN CLIMATE CHANGE. THE EXPECTED
OUTCOMES INCLUDE VIABLE TREE CANOPY;
INCREASED COMMUNITY KNOWLEDGE AND
COMMUNITY SKILLS; IMPROVED BLOCK-LEVEL
AND HOUSING HVAC CONDITIONS AND INDOOR
AIR QUALITY; AND DECREASED RATES OF HEAT
STROKE, HEAT EXHAUSTION AND ASTHMA.
OTHER OUTCOMES INCLUDE INCREASED
COMMUNITY COHESION; IMPROVED
LEVERAGING OF CITY-PRIVATE RESOURCES;
GRADUAL REDUCTION IN THE NEIGHBORHOOD
HEAT INDEX; AND MODELING FOR OTHER
CLIMATE VULNERABLE NEIGHBORHOODS. THE
INTENDED BENEFICIARIES INCLUDE CURRENT
AND FUTURE RESIDENTS OF HUNTING PARK.

| DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $500,000 TO SUPPORT COMPLIANCE OF THE CLEAN AIR ACT FOR THE PARKS ALLIANCE OF LOUISVILLE, INC.  THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE PARKS ALLIANCE OF LOUISVILLE. THE RECIPIENT WILL ACTIVELY ENGAGE RESIDENTS OF LOUISVILLE'S CALIFORNIA NEIGHBORHOOD IN THE PLANNING, PROGRAMMING, AND STEWARDSHIP OF THE NEW 20-ACRE ALBERTA O. JONES PARK.ACTIVITIES:THE ACTIVITIES INCLUDE HIRING A PARK SUPERINTENDENT TO OVERSEE THE STEWARDSHIP AND ONGOING PROGRAMMING OF THE NEWLY BUILT ALBERTA O. JONES PUBLIC PARK, FORMING AND OPERATIONALIZING OF THE PARK COMMUNITY COUNCIL, PERFORMING A HEALTH IMPACT ASSESSMENT (HIA), CONDUCTING COMMUNITY OUTREACH EVENTS, SURVEYING RESIDENTS' EXPERIENCE, ACQUISITION OF SMALL PARCELS OF LAND FOR PHASE II OF ALBERTA O. JONES PUBLIC PARK, INCORPORATING PLANNING AND ENGINEERING BEST PRACTICES TO MITIGATE RISK OF EXPOSURE TO FLOODING AND CSOS (COMBINED SEWER OVERFLOWS).SUBRECIPIENT:SUBAWARD ACTIVITIES INCLUDE PROVIDING STAFF AND ORGANIZATIONAL EXPERIENCE, CONDUCTING A HEALTH IMPACT ASSESSMENT (LMPHW CENTER FOR HEALTH EQUITY) AND DISSEMINATING THE INFORMATION TO THE APPROPRIATE AUDIENCES, FACILITATING PUBLIC COMMUNITY-ENGAGEMENT WORKSHOPS (BRIGHTSIDE FOUNDATION; BERNHEIM ARBORETUM AND RESEARCH FOREST) WHICH INCLUDE PROVIDING GARDENING MATERIALS, EDIBLE GARDEN EDUCATION, RAIN-GARDEN EDUCATION, TREE-PLANTING; EDUCATE COMMUNITY MEMBERS ABOUT THEIR IMPORTANCE IN MITIGATING FLOODING AND OTHER CLIMATE IMPACTS, CONDUCTING A BIODIVERSITY STUDY OF THE PARK, MEASURING THE IMPACT OF THE ADDITION OF NATIVE PLANTS AND TREES IN ATTRACTING BIODIVERSE SPECIES TO A NEIGHBORHOOD DESIGNATED AS AN URBAN HEAT ISLAND; CONSULT ON THE DESIGN AND DEVELOPMENT OF AN AG INNOVATION HUB AT ALBERTA O. JONES PARK, WORKING IN COLLABORATION WITH YOUTHBUILD TO TRANSFORM ABOUT TWO ACRES OF THE PARK INTO AN AGRICULTURAL HUB AND JOB TRAINING SITE FOR YOUTH INTERESTED IN CAREERS IN PARKS AND URBAN FARMING.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE CREATION AND DISSEMINATION OF A REPORT TO SHARE THE FINDINGS OF THE HIA, FEEDBACK FROM 150+ RESIDENTS FOR THE DESIGNING AND PROGRAMMING OF PHASE 2 OF THE PARK, SHARED RESOURCES AND INFORMATION TO RESIDENTS FROM 7 COMMUNITY PARTNERS, | 4/27/2024 |
|---|---|

RECRUITMENT AND TRAINING OF A PARK
SUPERINTENDENT, CONDUCTION OF 4 PARK
COMMUNITY COUNCIL MEETINGS, AND
SECURING FEMA APPROVAL FOR PHASE 2 OF THE
PARK CONSTRUCTION IN COMPLIANCE WITH
HAZARD MITIGATION GRANT STANDARDS.
THE EXPECTED OUTCOMES INCLUDE INCREASED
ENGAGEMENT OF THE COMMUNITY IN
IDENTIFYING CORE STRATEGIES THROUGH
WHICH PARK DESIGN AND PROGRAMMING THAT
CAN IMPACT RESIDENTS' MENTAL HEALTH AND
WELLBEING (GOAL = 150); INCREASED NUMBER
OF RESIDENTS THAT ARE AWARE OF THE RISKS
ASSOCIATED WITH EXPOSURE TO CSOS AND
FLOODING DRIVEN BY INCREASED FREQUENCY
AND INTENSITY OF RAIN EVENTS (GOAL = 150);
PILOTING OF A COMMUNITY-DRIVEN PARK
PLANNING AND STEWARDSHIP MODEL THAT CAN
BE REPLICATED IN OTHER LOUISVILLE PUBLIC
PARKS - PARTICULARLY THOSE IN
HISTORICALLY UNDERSERVED AND
DISADVANTAGED NEIGHBORHOODS; PROVIDING
INFORMATION TO THE COMMUNITY, DECISION-
MAKERS, AND OTHER STAKEHOLDERS ABOUT
THE POTENTIAL BENEFICIAL AND ADVERSE
IMPACTS TO MENTAL HEALTH THAT MAY
RESULT FROM THE TRANSFORMATION OF
VACANT/ABANDONED PROPERTY IN THE
CALIFORNIA NEIGHBORHOOD INTO A NEW
PUBLIC PARK (GOAL = 2 GOVERNMENT
PARTNERS, 1 HEALTHCARE SYSTEM, 1 PUBLIC
HEALTH ORGANIZATION, AND 2 UNIVERSITIES);
CREATE LEARNING OPPORTUNITIES FOR
RESIDENTS - INCLUDING YOUTH - THAT
LEVERAGE PARK INFRASTRUCTURE AND
PROGRAMMING TO PROMOTE COMMUNITY
EMPOWERMENT, HEALTH, AND WELLBEING;
PRODUCTIVELY USE 20 ACRES OF
VACANT/ABANDONED PROPERTY AS A NEW
PUBLIC PARK IN THE CALIFORNIA
NEIGHBORHOOD THAT SERVES AS A
RECREATIONAL, CULTURAL, AND SOCIAL HUB -
PLANNED, PROGRAMMED, AND STEWARDED BY
THE RESIDENTS; PROVIDING INFORMATION TO
THE COMMUNITY, DECISION-MAKERS, AND
OTHER STAKEHOLDERS ABOUT THE POTENTIAL
BENEFICIAL AND ADVERSE IMPACTS

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO EARTH CARE INTERNATIONAL.  SPECIFICALLY, THE RECIPIENT WILL PARTNER WITH THE CITY AND COUNTY OF SANTA FE, THE SANTA FE PUBLIC SCHOOL DISTRICT, THE HEALTH EQUITY PARTNERSHIP, MAINSTREET NEW MEXICO, AND THE SOUTHSIDE BUSINESS COUNCIL TO CONDUCT A COMMUNITY-LED HEALTH ASSESSMENT FOR THE SOUTHSIDE OF SANTA FE USING THE COLLABORATIVE PROBLEM-SOLVING FRAMEWORK TO DEVELOP CONCRETE URBAN PLANNING, LOCAL POLICY, AND COMMUNITY-DRIVEN DEVELOPMENT SOLUTIONS TO THE ENVIRONMENTAL JUSTICE AND PUBLIC HEALTH CHALLENGES FACING THE AREA. THEY WILL USE A HEALTH IMPACT ASSESSMENT TO ESTABLISH A FOUNDATION FOR CUMULATIVE IMPACTS ASSESSMENT WHILE CONSIDERING LAND-USE DEVELOPMENT PROPOSALS. THEY WILL ALSO CONDUCT A CITIZEN-SCIENCE AIR-MONITORING PROJECT FOCUSED ON EMISSIONS FROM AN ASPHALT PLANT TO EMPOWER STUDENTS AND RESIDENTS IN THE AREA WITH DATA TO INFORM COMMUNITY ADVOCACY EFFORTS. THESE COMPLEMENTARY PROJECTS WILL ENGAGE PUBLIC INSTITUTIONS, BUSINESS LEADERS, DECISION-MAKERS, AND THOUSANDS OF YOUTHS AND FAMILIES IN COLLABORATIVE PROBLEM-SOLVING AND PUBLIC POLICY DEVELOPMENT. THE EXPECTED OUTCOME OF THE COMMUNITY-DRIVEN ASSESSMENT PROJECT WILL BE POLICY AND COMMUNITY DEVELOPMENT DIRECTIVES DEVELOPED BY DIVERSE STAKEHOLDERS TO FOSTER ENVIRONMENTAL JUSTICE, IMPROVE COMMUNITY HEALTH, AND BUILD LONG-TERM RESILIENCE IN THE FACE OF CLIMATE CHANGE.ACTIVITIES:THE ACTIVITIES INCLUDE THREE CIVIC ENGAGEMENT PROCESSES TO GENERATE COMMUNITY-DRIVEN SOLUTIONS TO COMMUNITY HEALTH, ENVIRONMENTAL AND DEVELOPMENT CONCERNS THAT HAVE BEGUN TO BE ARTICULATED IN RESPONSE TO THE PROPOSED EXPANSION OF AN ASPHALT PLANT IN THE AREA. THE FIRST PROCESS AND OVERARCHING FRAMEWORK IS THE COLLABORATIVE PROBLEM-SOLVING PROCESS TO FULLY INVEST COMMUNITY-LED SOLUTION BUILDING TO MITIGATE THE POLLUTION AND OTHER CHALLENGES IN THE AREA AND BUILD A MORE RESILIENT COMMUNITY. THE SECOND PROCESS IS THE HEALTH IMPACT ASSESSMENT WHICH WILL ENGAGE THE COMMUNITY AROUND THE QUESTION OF HOW CUMULATIVE IMPACTS ANALYSIS REQUIREMENTS IN DEVELOPMENT AND PERMITTING PROCESSES MIGHT SUPPORT THE COMMUNITY'S ENVIRONMENTAL JUSTICE VISION AND GOALS. THE THIRD IS AN AIR QUALITY MONITORING COMPONENT DESIGNED | 4/29/2024 |

EPA_00042481

TO CONTRIBUTE TO THE PROJECT'S LEADERSHIP DEVELOPMENT, INFORMATION GATHERING, AND SOLUTION-GENERATION OBJECTIVES. THE ACTIVITIES INCLUDE, FORMING THE PROJECT TEAM, DEVELOPING TRAININGS AND TRAINING COMMUNITY LEADERS, DEVELOPING AN ENGAGEMENT PLAN, CONDUCTING OUTREACH FOR SCREENING AND SCOPING PROCESSES, ESTABLISHING FIVE AIR MONITORING SITES AND MONITORING AIR QUALITY, CONDUCTING HEALTH IMPACT ANALYSIS, REPORTING FINDINGS, AND DEVELOPING RECOMMENDATIONS AND AN ACTION PLAN.SUBRECIPIENT:AS DESCRIBED IN THE PROPOSAL, THE SUBAWARD WILL BE MADE TO THE HEALTH EQUITY PARTNERSHIP (HEP) FOR THEIR WORK TO GUIDE THE HEALTH IMPACT ASSESSMENT (HIA) IN DESIGN AND IMPLEMENTATION THROUGH TRAINING AND TECHNICAL ASSISTANCE INCLUDING GRAPHIC RECORDING AND DOCUMENTATION, EVALUATION, AND REPORT PRINTING . THE SUBAWARD BUDGET INCLUDES FOUR ALL-DAY TRAININGS WITH TIME COSTS FOR THE TRAINERS TO PREPARE AND EXECUTE THE TRAINING, GRAPHIC RECORDING FOR EACH, AND THE COST OF TRAINING MATERIALS.  OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TWENTY YOUTH AND PARENT LEADERS TRAINED IN COMMUNITY HEALTH ASSESSMENT AND AIR QUALITY MONITORING, TEN TECHNICAL TRAININGS ON COLLABORATIVE PROBLEM-SOLVING MODEL, HEALTH IMPACT ANALYSIS ASSESSMENT, CUMULATIVE IMPACTS ASSESSMENT, CITIZEN SCIENCE REPORTS, AIR QUALITY MONITORING, AND DATA AND EVALUATION FOR PROJECT TEAM INCLUDING STAFF, STAKEHOLDER PARTNERS, YOUTH AND PARENT PROJECT LEADERS, AND TEACHERS. ADDITIONALLY, FIVE-HUNDRED RESIDENTS WILL BE REACHED THROUGH CANVASSING AND COMMUNITY MEETINGS TO ENGAGE NEIGHBORHOOD RESIDENTS, FIVE MONITORING SITES WILL BE ESTABLISHED, FIVE TEACHERS WILL BE GIVEN TECHNICAL TRAINING AND ENGAGED IN CURRICULUM DEVELOPMENT AND SE

| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS.  SPECIFICALLY, THE RECIPIENT WILL FUND A FULLTIME PROJECT MANAGER TO PLAN, PARTNER, AND COLLABORATE TO IMPLEMENT THE PROPOSED INDIGENOUS COMMUNITY GARDEN. THE GARDEN, LOCATED IN GOLDEN GATE PARK WITHIN SAN FRANCISCO, IS A NATIVE-LED PARTNERSHIP BETWEEN THE FRIENDSHIP HOUSE ASSOCIATION, THE ASSOCIATION OF RAMAYTUSH OHLONE, THE CULTURAL CONSERVANCY, AND SAN FRANCISCO RECREATION AND PARKS DEPARTMENT. THE COMMUNITY GARDEN SPACE CENTERS ITSELF AROUND TRADITIONAL INDIGENOUS ECOLOGICAL KNOWLEDGE, THE CORNERSTONE OF REGENERATIVE AGRICULTURE. PROJECT WORK WILL INCLUDE PLANNING AND PREPARATION WORK INCLUDING COLLABORATION WITH THE SAN FRANCISCO RECREATION AND PARKS DEPARTMENT TO ENSURE CITY COMPLIANCE, DEVELOPMENT AND IMPLEMENTATION OF THE GARDEN PLANS WITHIN THE ALLOTTED PARCEL USING PARTNER AND COMMUNITY FEEDBACK ALIKE, GARDEN ESTABLISHMENT, AND DEVELOPMENT OF ONGOING EDUCATION AND OUTREACH PROGRAMMING. ONCE OPERATIONAL, THE INDIGENOUS COMMUNITY GARDEN WILL PROVIDE SAN FRANCISCO'S NATIVE COMMUNITY WITH TRAINING AND EDUCATION ON HOW TO MANAGE NATIVE LANDSCAPES, A CEREMONIAL SPACE WITHIN THE CITY, AND INCREASE KNOWLEDGE ABOUT PREPARATION, AND CONSUMPTION OF HEALTHY FIRST FOODS. THROUGHOUT THE PROJECT PERIOD FRIENDSHIP HOUSE ASSOCIATION WILL WORK TO FURTHER BROADEN COMMUNITY CONNECTIONS AND CREATE NEW PARTNERSHIPS THROUGH THEIR WORK ON THE INDIGENOUS COMMUNITY GARDEN. FINAL EVALUATIONS AND REVIEWS WITHIN THE PROJECT PERIOD WILL ALLOW FRIENDSHIP HOUSE ASSOCIATION AND THEIR PARTNERS THE ABILITY TO ENSURE LONG-TERM GARDEN SUSTAINABILITY AND CREATE A ROADMAP FOR LONG-LASTING PARTNERSHIPS AND COLLABORATIVE EFFORTS. ACTIVITIES:THE ACTIVITIES IN THIS PROJECT INCLUDE ESTABLISHING AND MAINTAINING NEW COLLABORATIVE TRIBAL, GOVERNMENT, OTHER PARTNERSHIPS, PLANNING AND PREPARATION OF THE PROJECT SCOPE, INITIAL DEVELOPMENT INCLUDING ALL RELEVANT PERMITTING ACTIVITIES, OVERALL GARDEN ESTABLISHMENT, AND ONGOING GARDEN OPERATIONS AND OPTIMIZATION. IN YEAR 1 COMMUNITY STAKEHOLDERS AND PARTNERS WILL BE IDENTIFIED AND ENGAGED TO HELP DESIGN THE OVERALL PROJECT AND PROVIDE INPUT THROUGHOUT THE LIFE OF THE PROJECT. THE APPROPRIATE PERMITS WILL BE IDENTIFIED AND | 4/29/2024 |
|---|---|

EPA_00042483

APPLIED FOR AND, AS A PARTNER, THE CITY OF SAN FRANCISCO WILL ALSO OVERSEE THE CEQA PROCESS AND HOLD COMMUNITY MEETINGS RELATED TO THE PROJECT. BASIC SITE PREPARATION WILL BE DONE DURING THE FIRST YEAR AS WELL, OVERSEEN BY THE PROJECT MANAGER FUNDED VIA THIS COOPERATIVE AGREEMENT. IN YEAR 2, THE GARDEN WILL BE ESTABLISHED. PLANT SPECIES, TRADITIONAL FOODS, AND HERBAL PLANTS FOR CULTIVATION WILL BE SELECTED IN PARTNERSHIP WITH THE ASSOCIATION OF RAMAYTUSH OHLONE AND CULTURAL CONSERVANCY. IN ADDITION, DESIGN AND IMPLEMENTATION FOR A LAND BASED HEALING PROGRAM AND AN EDUCATION AND OUTREACH PROGRAM FOR FRIENDSHIP HOUSE RESIDENTS AND MEMBERS OF THE PUBLIC WILL OCCUR, IN COLLABORATION WITH PROJECT PARTNERS. IN YEAR 3, OVERALL PROJECT IMPLEMENTATION WILL OCCUR. THE FINAL YEAR WILL BE USED TO TRACK AND RECORD THE FARMS PROGRESS AND GROWTH, ALLOW FOR IMPLEMENTATION OF THE HEALING AND EDUCATIONAL PROGRAMS, AND A FINAL ASSESSMENT OF PROJECT SUSTAINABILITY WILL BE MADE IN ADDITION TO A PLAN FOR SUSTAINING FUTURE OPERATIONS PAST THE LENGTH OF THIS COOPERATIVE AGREEMENT. OVER THE COURSE OF THE ENTIRE PROJECT PERIOD THE PROJECT MANAGER WILL STRIVE TO CREATE NEW AND LONG-LASTING COLLABORATIVE PARTNERSHIPS THROUGH MONTHLY STAKEHOLDER MEETINGS, CREATING AN INTERNAL FRAMEWORK FOR EVALUATING AND SUSTAINING LONG-TERM PARTNERSHIPS, AND DEVELOPING A RECOGNITION PROGRAM TO ACKNOWLEDGE SIGNIFICANT CONTRIBUTIONS FROM PARTNERS.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE FORMAL STAKEHOLDER PARTNERSHIPS WITH THE LISTED PROJECT PARTNERS, DOCUMENTATION OF STAKEHOLDER INPUT GAINED THROUGH WEBINARS, LISTENING SESSIONS, AND COMMUNITY MEETINGS HELD THROUGHOUT THE PRO

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO OREGON COAST VISITORS ASSOCIATION. THE RECIPIENT WILL PERFORM WORK TO EXPAND EQUITABLE AND INCLUSIVE MOVEMENT TO AND ALONG THE OREGON COAST. THE GRANT AIMS TO REDUCE THE NATURE GAP OBSERVED IN THE PORTLAND METRO, SALEM, AND EUGENE AREAS, REDUCE BARRIERS AND INCREASE FEELINGS OF SAFETY FOR DISADVANTAGED COMMUNITIES VISITING THE OREGON COAST, DECREASE WORKFORCE TRAFFIC AND BURDEN, AND DECREASE TRAFFIC CONGESTION AND AIR POLLUTION AT HIGHLY VISITED COASTAL DESTINATIONS.ACTIVITIES:THE ACTIVITIES INCLUDE DEVELOPING SOCIAL, ENVIRONMENTAL, FINANCIAL, AND TECHNICAL STRATEGIES TO ASSESS THE CRITICAL POINTS OF TECHNICAL AND SOCIAL INFRASTRUCTURE NEEDED FOR EQUITABLE AND LOW IMPACT TRANSPORTATION. THE RECIPIENT WILL DEVELOP A QAPP, THEN WORK ALONGSIDE LOCAL PARTNERS TO ENGAGE COMMUNITIES IN FOCUS GROUPS. INFORMATION WILL BE GATHERED AND SYNTHESIZED INTO AN EQUITABLE AND INCLUSIVE MOVEMENT PLAN FOR THE AREA.SUBRECIPIENT:A $15,000 SUB-AWARD TO OREGON STATE UNIVERSITY'S TOURISM LAB SUPPORTS COMMUNITY ENGAGEMENT AT A DESTINATION LEVEL AND HELPS DETERMINE THE CARRYING CAPACITY OF VISITORS FOR A GIVEN CITY OR COUNTY. A $3,000 SUB-AWARD TO PORTLAND STATE UNIVERSITY CREATES A TRANSPORTATION ANALYSIS IN LINE WITH PROJECT OBJECTIVES. A $28,000 SUB-AWARD TO FORTH MOBILITY SUPPORTS TECHNICAL AND FINANCIAL ASSESSMENTS AND WORKFORCE FOCUS GROUPS.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE A MULTI-CHAPTER EQUITABLE AND INCLUSIVE MOVEMENT PLAN CREATED USING COMMUNITY-SOURCED INFORMATION. BENEFICIARIES INCLUDE THREE COMMUNITIES BURDENED BY ENVIRONMENTAL JUSTICE ISSUES RELATING TO TRANSPORTATION TO AND ALONG THE OREGON COAST: DISADVANTAGED COMMUNITIES WHO RESIDE IN THE PORTLAND METRO, SALEM, AND EUGENE AREAS WHO WISH TO VISIT THE OREGON COAST AS TOURISTS, THE TOURISM WORKFORCE WHO COMMUTE TO THEIR EMPLOYMENT ON THE OREGON COAST, AND RESIDENTS RESIDING IN CONGESTED TRAFFIC WAYS ALONG THE NORTH AND CENTRAL OREGON COAST. THE EXPECTED OUTCOMES INCLUDE REDUCING THE NATURE GAP AND PROMOTING EQUITABLE AND ACCESSIBLE TRAVEL TO THE OREGON COAST FOR VULNERABLE COMMUNITIES IN PORTLAND, SALEM, AND EUGENE; REDUCING TRANSPORTATION EMISSIONS AND IMPROVING ACCESS TO ZERO-EMISSION TRANSPORTATION | 4/30/2024 |

| | |
|---|---|
| INFRASTRUCTURE FOR THE TOURISM WORKFORCE ON THE OREGON COAST; AND PLANNING AN EQUITABLE WAY FORWARD FOR OREGON COAST DESTINATIONS EXPERIENCING HIGH VISITATION TRAFFIC. | |
| DESCRIPTION:THE COOPERATIVE AGREEMENT PROVIDES FUNDING TO NEW HAVEN ECOLOGY PROJECT, INC. (NHEP). THE PROJECT WILL ENGAGE COMMUNITIES AND SOLVE PROBLEMS FACING THE CITY OF NEW HAVEN WITH A FOCUS ON SIX NEIGHBORHOODS IMPACTED BY ENVIRONMENTAL JUSTICE: WEST ROCK, WEST RIVER, NEWHALLVILLE, DWIGHT/DIXWELL, FAIR HAVEN, AND THE HILL. THE RECIPIENT WILL DEVELOP A GREEN JOB CORPS (GJC) CONSISTING OF OVER 100 HIGH SCHOOL STUDENTS WHO WILL BE RECRUITED FROM COMMON GROUND HIGH SCHOOL (CGHS) AND OTHER NEW HAVEN HIGH SCHOOLS TO PARTICIPATE IN AT LEAST 200 PAID ENVIRONMENTAL JUSTICE POSITIONS AS ENVIRONMENTAL JUSTICE PROBLEM SOLVERS. THROUGH THE GJC, STUDENTS WILL RECEIVE ENVIRONMENTAL JOB TRAINING AND LEADERSHIP DEVELOPMENT IN HIGH-IMPACT ROLES RELATED TO COMMUNITY ENGAGEMENT, PUBLIC EDUCATION, AND ACTION AROUND LOCAL ENVIRONMENTAL JUSTICE CHALLENGES. GJC MEMBERS WILL WORK WITH NEW HAVEN RESIDENTS TO CONTRIBUTE DIRECTLY TO IMPROVE AIR QUALITY, DECREASE CLIMATE IMPACTS, IMPROVE CLIMATE RESILIENCY, DECREASE ENVIRONMENTAL HEALTH IMPACTS, AND ASSIST IN INCREASING THE CITY OF NEW HAVEN'S CAPACITY TO PROBLEM-SOLVE ENVIRONMENTAL JUSTICE ISSUES BY LEADING COMMUNITY ENGAGEMENT EFFORTS THAT INCORPORATE ENVIRONMENTAL JUSTICE PRIORITIES INTO CITY PLANNING.ACTIVITIES:THE ACTIVITIES INCLUDE THE DEVELOPMENT OF A GREEN JOB CORPS (GJC), CONSISTING OF OVER 100 HIGH SCHOOL STUDENTS FROM COMMON GROUND HIGH SCHOOL (CGHS) AND OTHER NEW HAVEN HIGH SCHOOLS TO PARTICIPATE IN AT LEAST 200 PAID POSITIONS AS ENVIRONMENTAL JUSTICE PROBLEM SOLVERS. THE RECIPIENT WILL PROVIDE TRAINING ON ENVIRONMENTAL JUSTICE PROBLEM-SOLVING TO GJC MEMBERS, | 5/2/2024 |

DEVELOP WORKSHOPS ON ENVIRONMENTAL
JUSTICE PROBLEM-SOLVING AND
ENVIRONMENTAL JUSTICE ISSUES FOR GJC
MEMBERS, HOLD 2 ANNUAL YOUTH PROBLEM-
SOLVING SUMMITS FOR GJC MEMBERS AND
YOUTH AT PARTNERSHIP SITES, DEVELOP A GJC
TOOLKIT, PROVIDE OPPORTUNITIES FOR GJC
MEMBERS TO PRESENT THEIR RESULTS AT
URBAN PUBLIC SCHOOLS, AND ENGAGE NEW
HAVEN COMMUNITY MEMBERS IN BUILDING
ENVIRONMENTAL JUSTICE PLANS AND
COMMUNITY-BASED ENVIRONMENTAL JUSTICE
PROBLEM-SOLVING. THE RECIPIENT WILL
PROVIDE OPPORTUNITIES FOR ENGAGEMENT
WITH COMMUNITY MEMBERS THROUGH THE GJC
AND FACILITATE CLIMATE ADAPTATION AND
RESILIENCY MEASURES INCLUDING INCREASING
THE URBAN TREE CANOPY IN NEW HAVEN,
INCREASING COMMUNITY COMPOSTING
EFFORTS, REDUCING FOOD WASTE, AND
SUPPORTING URBAN
AGRICULTURE.SUBRECIPIENT:THE URBAN
RESOURCES INITIATIVE WILL PROVIDE TRAINING
AND SUPERVISION TO 36 NEW HAVEN YOUTH AS
PART OF PAID ENVIRONMENTAL JUSTICE WORK
OPPORTUNITIES; ENSURE GREEN JOB CORPS (GJC)
MEMBERS PARTICIPATE IN WORK THAT BUILDS
TOWARDS ENVIRONMENTAL JUSTICE; AND
ENGAGE IN SUPERVISOR WORKSHOPS, YOUTH
LEADERSHIP SUMMITS, PROJECT EVALUATION
EFFORTS, AND DOCUMENTATION ACTIVITIES.
THE NEW HAVEN CLIMATE MOVEMENT WILL
SUPPORT TWO PAID INTERNS IN EACH OF THE
FIVE NEW HAVEN PUBLIC SCHOOLS WHO WILL
ACT AS YOUTH CLIMATE ACTION INTERNS.
THESE INTERNS WILL ENGAGE OTHER STUDENTS,
TEACHERS, FAMILIES, AND RESIDENTS IN
PLANNING CLIMATE PROJECTS FOCUSED ON
GREENHOUSE REDUCTION AND PUBLIC HEALTH
IMPROVEMENTS; ORGANIZE PUBLIC EDUCATION
TO INCREASE SUPPORT FOR CLIMATE CHANGE
ACTION; AND EVALUATE AND REPORT ON THE
IMPACT OF THESE PROJECTS. NAPPESOUL, INC.
WILL PROVIDE TRAINING AND SUPERVISION TO
9-18 NEW HAVEN YOUTH AS PART OF PAID
ENVIRONMENTAL JUSTICE WORK
OPPORTUNITIES FOCUSED ON SUSTAINABLE
GARDENING; ENSURE GJC MEMBERS ARE
ENGAGED IN WORK THAT BUILDS
ENVIRONMENTAL JUSTICE AND ENGAGES
COMMUNITY MEMBERS MOST IMPACTED BY
FOOD INSECURITY; AND ENGAGE IN SUPERVISOR
WORKSHOPS, YOUTH LEADERSHIP SUMMITS,
PROJECT EVALUATION EFFORTS, AND
DOCUMENTATION ACTIVITIES.
HAVEN'S HARVEST WILL PROVIDE TRAINING
AND SUPERVISION TO 6-12 NEW HAVEN YOUTH
AS PART OF PAID ENVIRONMENTAL JUSTICE
WORK OPPORTUNITIES; ENSURE GJC MEMBERS
ARE ENGAGED IN WORK THAT BUILDS
ENVIRONMENTAL JUSTICE AND ENGAGES
COMMUNITY MEMBERS MOST IMPACTED BY

| | |
|---|---|
| FOOD INSECURITY; AND ENGAGE IN SUPERVISOR WORKSHOPS, YOUTH LEADERSHIP SUMMITS, PROJECT EVAL | |
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT (CNHA).  SPECIFICALLY, SOLARIZE808 IS AN INITIATIVE CO-DESIGNED WITH COMMUNITY STAKEHOLDERS, PRIORITIZING LOW AND MODERATE-INCOME (LMI), ASSET LIMITED, INCOME CONSTRAINED, EMPLOYED (ALICE) HOUSEHOLDS, AND NATIVE HAWAIIAN FAMILIES. THE WORK WILL FOCUS ON ENERGY EFFICIENCY EDUCATION, HOME AUDITS, BULK PURCHASING OF SOLAR PV EQUIPMENT, AND CREATIVE FINANCING THROUGH HOLISTIC AND HANDHELD APPROACHES.<br><br>THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COST ARE APPROVED BACK TO 04/01/2024. SEE TERMS AND CONDITIONS.ACTIVITIES:THE ACTIVITIES AIM TO INCREASE SOLAR PENETRATION FOR LMI/ALICE COMMUNITIES, ENSURING A MORE EQUITABLE DISTRIBUTION OF SOLAR ENERGY BENEFITS. THIS INCLUDES DELIVERING INCLUSIVE, ATTRACTIVE, LOW-COST, AND LONG-TERM SOLAR FINANCING AND LEASING PRODUCTS TO LMI/ALICE CUSTOMERS, EVEN THOSE WHO MAY BE CREDIT-CHALLENGED. THERE'S ALSO A FOCUS ON ACCELERATING FINANCING FOR 'SOLAR PLUS' OFFERINGS, WHICH COULD INCLUDE SOLAR COMBINED WITH ENERGY EFFICIENCY, SPECIFIC HVAC SOLUTIONS, BATTERY STORAGE, ELECTRIC VEHICLE CHARGERS, OR OTHER SUITABLE CLEAN ENERGY | 5/3/2024 |

TECHNOLOGIES. ADDITIONALLY, THE PROMOTION OF SOLAR-POSITIVE POLICIES IS ENCOURAGED, URGING LOCAL GOVERNMENTS TO ADOPT STREAMLINED SOLAR ENERGY PERMITTING POLICIES AND FAIR UTILITY DISTRIBUTED GENERATION POLICIES. THIS ADVANCES GREENHOUSE GAS REDUCTION GOALS, CLEAN-ENERGY PRODUCTION, WORKFORCE DEVELOPMENT OPPORTUNITIES, AND OTHER COMMUNITY POLICY OBJECTIVES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE PROJECT ANTICIPATES SEVERAL KEY DELIVERABLES AIMED AT PROMOTING ENERGY EFFICIENCY AND SOLAR ADOPTION. THESE INCLUDE CONDUCTING 10 COMMUNITY ENERGY WORKSHOPS WITH STAKEHOLDERS AND 4 ENERGY EFFICIENCY WORKSHOPS. THE PROJECT WILL ALSO DEVELOP STRATEGIES TO INCREASE PARTICIPATION AND IDENTIFY, DOCUMENT, AND TEST SOLUTIONS TO PERCEIVED BARRIERS TO PARTICIPATION. SURVEYS WILL BE DEVELOPED PRE AND POST PARTICIPATION TO MEASURE IMPACT. MEETINGS WITH STAKEHOLDERS WILL BE HELD TO IDENTIFY KEY BARRIERS TO CUSTOMER ACQUISITION, WITH RECORDS OF MEETINGS HELD, NUMBER OF SIGN-UPS, HOME AUDITS, AND SOLAR (+) SYSTEMS. ENGAGEMENTS WITH LOCAL GOVERNMENT OFFICIALS, UTILITY REPRESENTATIVES, AND OTHER KEY ACTORS WILL BE SUMMARIZED.

THE EXPECTED OUTCOMES OF THE PROJECT ARE SIGNIFICANT. THE PROJECT AIMS TO INCREASE ENERGY EFFICIENCY HOME AUDITS AND SOLAR (+) INSTALLATIONS BY 100. THIS IS EXPECTED TO RESULT IN SUSTAINED LOWER ELECTRIC BILLS FOR PARTICIPANTS AND LOWER UTILITY STRESS. THE PROJECT ALSO AIMS FOR A SUSTAINED INCREASE IN MARKET PENETRATION OF ROOFTOP SOLAR AND REDUCED EMISSIONS OF GREENHOUSE GASES. THE PROJECT WILL WORK TOWARDS INCREASED LEGISLATION AND FUNDING FOR LMI/ALICE HOUSEHOLDS TO ATTAIN SOLAR (+), THEREBY INCREASING PARTICIPANT ENERGY SOVEREIGNTY.

THE INTENDED BENEFICIARIES OF THE PROJECT ARE ASSET LIMITED, INCOME CONSTRAINED, EMPLOYED (ALICE) HOUSEHOLDS AND NATIVE HAWAIIAN FAMILIES. THESE GROUPS STAND TO BENEFIT FROM THE INCREASED ACCESS TO SOLAR ENERGY AND THE POTENTIAL FOR LOWER ENERGY BILLS. THE PROJECT'S FOCUS ON THESE GROUPS ENSURES THAT THE BENEFITS OF RENEWABLE ENERGY ARE ACCESSIBLE TO THOSE WHO NEED IT MOST.

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BLACK UNITED FUND OF TEXAS.  THIS PROJECT HAS THREE MAIN COMPONENTS THAT IT SEEKS TO ADDRESS. FIRSTLY, IT WILL ESTABLISH A FREE SOLAR WORKFORCE DEVELOPMENT PROGRAM THAT NOT ONLY INCLUDES TRAINING FOR SOLAR INSTALLATION, BUT ALSO, THE SOFT SKILLS AND PROFESSIONAL  DEVELOPMENT SUPPORT AT-RISK POPULATIONS  FOR EXAMPLE, (E.G. PREVIOUSLY INCARCERATED INDIVIDUALS, NON-COLLEGE BOUND YOUTHS, AND VETERANS.) SECONDLY, THE PROJECT WILL OFFER EDUCATIONAL OPPORTUNITIES FOR YOUTH POPULATIONS TO FIRST DEEPEN THEIR UNDERSTANDING OF THE POLICY AND ENVIRONMENTAL BARRIERS THAT ENVIRONMENTAL JUSTICE COMMUNITIES FACE, AND THEN LEARN ABOUT THE RESOURCES THAT CAN BE LEVERAGED TO ADDRESS THESE ISSUES. LASTLY, THE PROJECT PLANS TO MITIGATE ISSUES OF ILLEGAL DUMPING IN THE TARGET AREA BY ACTIVATING STUDENTS WITH NEWLY ACQUIRED KNOWLEDGE TO BECOME PARTICIPANTS IN SOLUTIONS THAT WILL LEAD TO A SAFER AND HEALTHIER ENVIRONMENT FOR THE COMMUNITY.ACTIVITIES:FIRSTLY, IT WILL ESTABLISH A FREE SOLAR WORKFORCE DEVELOPMENT PROGRAM THAT NOT ONLY INCLUDES TRAINING FOR SOLAR INSTALLATION, BUT ALSO THE SOFT SKILLS AND PROFESSIONAL DEVELOPMENT SUPPORT AT-RISK POPULATIONS. SECONDLY, THE PROJECT WILL OFFER EDUCATIONAL OPPORTUNITIES FOR YOUTH POPULATIONS TO FIRST DEEPEN THEIR UNDERSTANDING OF THE POLICY AND ENVIRONMENTAL BARRIERS THAT ENVIRONMENTAL JUSTICE COMMUNITIES FACE, AND THEN LEARN ABOUT THE RESOURCES THAT CAN BE LEVERAGED TO ADDRESS THESE ISSUES. LASTLY, THE PROJECT PLANS TO MITIGATE ISSUES OF ILLEGAL DUMPING IN THE TARGET AREA BY ACTIVATING STUDENTS WITH NEWLY ACQUIRED KNOWLEDGE TO BECOME PARTICIPANTS IN SOLUTIONS THAT WILL LEAD TO A SAFER AND HEALTHIER ENVIRONMENT FOR THE COMMUNITY. SUBRECIPIENT:THE HOUSTON HEALTH DEPARTMENT WILL ASSIST BUFTX IN THE RECRUITMENT OF STUDENTS FOR THE TRAINING PROGRAM, BY HELPING RECRUIT FROM THE COMMUNITY, THE HOUSTON HEALTH DEPARTMENT RE-ENTRY PROGRAM, THE VETERANS' PROGRAM, AND THE MY BROTHER'S KEEPER PROGRAM. MOREOVER, THE HOUSTON HEALTH DEPARTMENT CLIENT ACCESS DIVISION WILL MEET WITH ATTENDEES AT THE BAYLAN CENTER DURING THE TRAINING TO ASSESS INDIVIDUAL NEEDS AND THEN CONNECT CLIENTS TO COVERAGE AND RESOURCES. THE HOUSTON HEALTH DEPARTMENT HAS A LONG | 5/8/2024 |

HISTORY OF SUPPORTING 5TH WARD AND
KASHMERE GARDENS COMMUNITIES AND THE
PROPOSED SOLAR INSTALLATION WORKFORCE
DEVELOPMENT HIGHLY ALIGNS WITH GOALS
HIGHLIGHTED IN THE 2020 RESILIENT HOUSTON
PLAN AND 2020 CLIMATE ACTION PLAN. BLACK
UNITED FUND OF TEXAS INTENDS TO PROVIDE
FUNDING TO THE HOUSTON HEALTH
DEPARTMENT VIA A SUB-AWARD AMOUNT OF
$120,000.' SOUTH UNION COMMUNITY
 DEVELOPMENT CORPORATION (COMMUNITY
BASE ORGANIZATION) IS COMMITTED TO
SUPPORTING VULNERABLE TO VIBRANT BY
SHARING LESSONS FROM THEIR VERY OWN
SOLAR WORKFORCE TRAINING AND
ENVIRONMENTAL JUSTICE PROGRAMMING. THE
HOUSTON COMMUNITY COLLEGE WILL OFFER A
CERTIFICATE PROGRAM TO PREPARE STUDENTS
FOR JOBS IN SOLAR INSTALLATION AND HAS
COMMITTED TO OFFERING THIS EXPEDITED
SOLAR TRAINING PROGRAM A TOTAL OF FOUR
CLASSES.
OUTCOMES:OUTCOMES ARE THE PROJECT WILL
STRENGTHEN THE NEIGHBORHOOD'S ADAPTIVE
CAPACITY FOR CLIMATE RESILIENCE, CREATE
OPPORTUNITIES FOR INCLUSIVE ECONOMIC
OPPORTUNITIES THROUGH WORKFORCE
DEVELOPMENT, LOWER CRIME AND POVERTY
RATES DUE TO MORE GAINFUL EMPLOYMENT IN
THE COMMUNITY AND THROUGHOUT HOUSTON
AS BLACK UNITED FUND OF TEXAS MOVE
TOWARDS GREEN ENERGY, AND IMPROVED
QUALITY OF LIFE IN THE TARGET AREA WITH
COMMUNITY-LED PROGRAMMING.
DELIVERABLES WILL BE TRAINED PROGRAM
PARTICIPANTS IN SOLAR PANEL INSTALLATION,
ADDRESSING ILLEGAL DUMPING IN WARD 5 IN
HOUSTON, TEXAS. LASTLY, THE BUILDING OF
HYDROPONIC CONTAINERS TO GROW
VEGETABLES IN ATTENDED BENEFICIARIES ARE
THE CITIZENS OF WARD 5 OF HOUSTON TEXAS.

--

Travis Voyles
C: (202) 787-0595

---

**From:** Killian, Cole <Killian.Cole@epa.gov>
**Sent:** Sunday, February 16, 2025 4:06 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Yes, I've just populated the "Total Outlayed Amount (est)" and "Remaining (est)" columns for the Feb 13 grants.

Looking forward to the next set!

Best,
Cole

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Sunday, February 16, 2025 11:52 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

On the 2/13 grants reviewed, can you add the remaining amount of the grant? That would be helpful to see that information moving forward like it was presented on the 2/11 grants.

Hope to have another set (contracts and grants) coming y'alls way soon.

--

Travis Voyles
C: (202) 787-0595

---

**From:** Killian, Cole <Killian.Cole@epa.gov>
**Sent:** Friday, February 14, 2025 11:48 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you for this update Travis.

As a note: OMS is giving input on whether they think any given contract is mission-critical, and they didn't mark any of these contracts as mission-critical.

OMS is now moving forwards with terminating these contracts.

Best,
Cole

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 10:18 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you!

And below is the test batch run that just got approved to cancel. We will go back into the spreadsheet and mark these as "Approved to Cancel".

| Date Cancellation Process Started | PIID | Terms and Conditions | Rationale | Notes from EAS Description | Recipient Name |
|---|---|---|---|---|---|

| 2/11/2025 | 68HERH24F0023 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | Technical assistance for planning, development, implementation, and reporting assistance related to the environmental climate justice program. | ENDYNA, INC. |
|---|---|---|---|---|---|
| 2/11/2025 | 68HERH23F0237 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. If we were doing this, we should insource. | The contractor will fulfill OEJECR's need for EJ and Civil Rights programming and learning material in support of implementing EJ and Civil rights considerations into EPA policies, programs, and activities. | ENDYNA, INC. |
| 2/11/2025 | 68HE0P24F0031 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | The Suppliers are encouraged to bid on training 40 employees for 3 days of training over a 5-week training period, spread out over 5 months that is in person training. The training will focus on critical leadership skills and should include some training on Environmental Justice, Working with Communities, and Diversity Equity Inclusion and Accessibility (DEIA). | HUMAN CAPTIAL RESOURCES & CONCEPTS INC |
| 2/11/2025 | 68HERC24F0330 | No notice required. Term for convenience. FAR 52.249 | Waste: Should be in-sourced. (Training material development.) And HIA probably has a DEI angle, though it is not explicit here. | The EPA Office of Research and Development (ORD) is collaborating with Region 5 to develop Health Impact Assessment (HIA) learning objectives and training materials for new and existing EPA staff, and potentially external partners, such as states, to understand and perform HIA in an EPA context. ORD has a long history of doing HIA research and practice. Based on our experience, we are well-positioned to be a resource for the Agency as it is building capacity to do cumulative impact assessment (CIA), of which one existing methodology is Health Impact Assessment. Cumulative impact assessment is a priority by which EPA has committed to addressing environmental justice issues. | PEGASUS TECHNICAL SERVICES, INC |

| 2/11/2025 | 68HERH23F0327 | No notice required. Term for convenience. FAR 52.249 | Waste: Retreats might be wasteful, and external contractor support for a retreat is definitely wasteful. | The contractor shall provide strategic planning, facilitation and leadership support for the Office of Land and Emergency Management (OLEM), Office of Emergency Management (OEM) conferences and meetings related to OEM senior management and staff office wide retreats.  Support for this task order should also include an experienced, skillful facilitator to conduct interviews with each OEM staff and manager, provide developmental training exercises and training materials, pre-retreat development of an agenda and topical discussions to include strategic planning, and provide highlights after the meeting. | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. |
| --- | --- | --- | --- | --- | --- |
| 2/11/2025 | 68HERC23P0042 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Procure Gartner HR research and advisory services covering employee experience, diversity, equity, inclusion and accessibility, and work life integration. | GARTNER, INC. |
| 2/11/2025 | 68HERH24P0143 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE | LIGHTHOUSE STRATEGY CONSULTING LLC |
| 2/11/2025 | 68HERC23F0428 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | ICF INCORPORATED, L.L.C. |
| 2/11/2025 | 68HERH24F0409 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Provides administrative support and meeting planning support to the office of environmental justice and external civil rights. | INTSCI-ENDYNA LLC |

| Public Contract Description | Base and All Options Value | Base Exercised Options Value | Total Obligation | Outstanding Value |
|---|---|---|---|---|
| BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION | $117,931,407.48 | $70,122,340.16 | $64,668,605.16 | $53,262,802.32 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | $6,895,921.10 | $3,206,754.60 | $750,000.00 | $6,145,921.10 |
|  | $228,292.84 | $43,000.00 | $43,000.00 | $185,292.84 |

| | | | |
|---|---|---|---|
| | $248,464.00 | $109,528.00 | $109,528.00 | $138,936.00 |
| TASK ORDER FOR FACILITATION, LEADERSHIP DEVELOPMENT, AND OFFICE-WIDE RETREAT SUPPORT (FOLLOW-ON TO EP-17-W-003/0013) UNDER MULTIPLE-AWARD BRIDGE CONTRACTS FOR OFFICE OF LAND AND EMERGENCY MANAGEMENT, OFFICE OF EMERGENCY MANAGEMENT. | $108,255.27 | $108,255.27 | $64,533.82 | $43,721.45 |
| | $95,922.00 | $95,922.00 | $95,922.00 | $0.00 |
| CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A | $180,000.00 | $180,000.00 | $180,000.00 | $0.00 |

| STEM AUDIENCE. TRAINING OFFERED SHOULD BE | | | |
|---|---|---|---|
| SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | $985,889 | $985,889 | $985,889 | 0 |
| CONTRACTOR SUPPORT FOR OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS, OFFICE OF POLICY, PARTNERSHIPS AND PROGRAM DEVELOPMENT, PARTNERSHIPS AND COLLABORATION DIVISION. | $257,672.10 | $257,672.10 | $257,672.10 | $0.00 |

--

Travis Voyles
C: (202) 787-0595

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 13, 2025 6:11 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi everyone,

Keeping up the cadence today, we have added to the queue a list of 71 grants that were all signed before July 1, 2024, worth $119M (ceiling; savings will be lower once we subtract obligations). The new tab is called "Feb 13 grants to cancel".

It was great to put 5 of the "gold bars" on this list, that are signed before July 1! (The majority of those were signed after July 1.) We have marked those 5 rows in blue, because gold is too hard to read. Total award value for those 5 is $36.9M, of which $27.8M has not yet been obligated. We are calling them "gold bars" because they were awards to grant makers who plan to give subawards. 4 of the 5 are part of the Thriving communities grantmaking program that Lee cancelled part of earlier today.

Best,
Kathryn

EPA_00042497

**From:** Loving, Kathryn
**Sent:** Thursday, February 13, 2025 9:22 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

I have added a column "T&C" that indicates no notice and comment period required for the contracts and grants we already sent you. As you can imagine, the DOGE team has lawyers that are pretty experienced with grant and contract cancellation at this point, so that's what that is based on!

I will also add that the careers in EPA OMS are already supporting us on this – they are the ones who will be executing the cancellation on your greenlight, not us. They see no issues with cancelling the Feb 11 list of contracts, and we're sharing the Feb 12 list with them now. They seem very knowledgeable about this topic, so I think you should trust them on how to cancel properly!

Kathryn

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 6:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** Re: Loving, Kathryn shared "contract_details" with you

Thank you so much! This is really helpful. Paige and I had a good discussion with the Administrator last night reviewing the examples and process. One aspect he raised that we just want to ensure we are covering when taking the action to cancel that we are doing it reflective of any terms/conditions/notification requirements in the contract or grant. Is that something y'all feel you are able to capture in your review or we can engage OMS to quickly get us that details?

Otherwise he liked the process and agrees that we'll be able to quickly move through reviewing these once that element is addressed.

Sorry again to add one more aspect, but with that I believe we'll be able to cover all the elements requested by the Administrator.

Get Outlook for iOS

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Wednesday, February 12, 2025 6:47:34 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi all, thank you so much for taking a look at the Feb 11 contracts last night! I moved the rows that were more controversial over to the "contracts to review" tab. (e.g. if Paige flagged.) The careers are ready to hit cancel on the rest, pending a green light from you all!

In addition, we added a new tab "Feb 12 contracts to cancel" with a new tranche of contracts we found today. We'd love your review on those as well.

Similar story for the grants – the grants that Paige flagged are moved over to "grants for further review". They are all under 2 grant programs EPA has already halted, and were all signed prior to July 1, 2024, so we think they will be straightforward to cancel once you give a green light. We did not add any new grants today; maybe tomorrow 😊

And in all tabs there is now a "reason" column to justify cancellation.

Best,
Kathryn

---

**From:** Loving, Kathryn
**Sent:** Tuesday, February 11, 2025 7:51 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Loving, Kathryn shared "contract_details" with you



**Loving, Kathryn invited you to edit a file**

Hi Travis, as we discussed today, here's a list of contracts and grants that we want to push forward to cancellation, and keep the momentum going! We removed the ones we thought were yellow flags, so we think these are pretty uncontroversial, but we added a column "AO reviewed", for your team to add any greenlight or flags.

Thanks!
Kathryn

📊 contract_details

🔒 This invite will only work for you and people with existing access.

Open          Share

EPA_00042499



Privacy Statement

This email is generated through Environmental Protection Agency (EPA)'s use of Microsoft 365 and may contain content that is controlled by Environmental Protection Agency (EPA).

| Row Labels | Sum of Cumulative Award | Sum of Obligation Amount |
|---|---|---|
| 66.001 | 120441417 | 119390926.4 |
| 66.032 | 16664539 | 16658519.56 |
| 66.033 | 1278000 | 1278000 |
| 66.034 | 326130958 | 314064341.1 |
| 66.037 | 8000000 | 8000000 |
| 66.038 | 7039976 | 7039736 |
| 66.039 | 216512413 | 216512413 |
| 66.040 | 85240128 | 85240128 |
| 66.042 | 690000 | 689999.02 |
| 66.044 | 10670000 | 10670000 |
| 66.045 | 962523829 | 962523829 |
| 66.046 | 4857014864 | 4856645640 |
| 66.047 | 14249994 | 14249994 |
| 66.049 | 634141110 | 634141110 |
| 66.051 | 2938197940 | 2938197940 |
| 66.110 | 159490 | 159490 |
| 66.121 | 76795171 | 76795171 |
| 66.123 | 120359685 | 120359685 |
| 66.124 | 5570853 | 5570853 |
| 66.125 | 41010000 | 41010000 |
| 66.126 | 155526350 | 155526350 |
| 66.129 | 35919965 | 35919965 |
| 66.130 | 1651076 | 1651076 |
| 66.202 | 1289225193 | 1286245193 |
| 66.203 | 92718172 | 92718172 |
| 66.204 | 2954145 | 2464922 |
| 66.305 | 1039500 | 1039500 |
| 66.306 | 48512832 | 48014286 |
| 66.309 | 87514455 | 87514455 |
| 66.312 | 89590859 | 88590859 |
| 66.313 | 97000 | 97000 |
| 66.418 | 72575524 | 72575524 |
| 66.419 | 163564419 | 162270762.9 |
| 66.424 | 45468859 | 45468859 |
| 66.432 | 52004679 | 51699236 |
| 66.433 | 3478017 | 3478017 |
| 66.436 | 14731707 | 14731707 |
| 66.437 | 217823097 | 217823097 |
| 66.442 | 1914396602 | 1914043602 |
| 66.443 | 64994173 | 64994173 |
| 66.444 | 115122557 | 115122558.6 |
| 66.445 | 18079798 | 18079798 |
| 66.446 | 34196509 | 34196509 |
| 66.447 | 150875974 | 150875974 |
| 66.454 | 93484576 | 93359576 |
| 66.456 | 204300837 | 204300837 |
| 66.458 | 11124820467 | 11116135664 |
| 66.460 | 590131873 | 587404299 |
| 66.461 | 32828884 | 32787953 |
| 66.462 | 2606673 | 2606673 |
| 66.466 | 345989112 | 343726388 |
| 66.468 | 18148299592 | 18138252560 |
| 66.469 | 368477169 | 366983631 |
| 66.472 | 18180501 | 18180501 |

EPA_00043574

| Sum of Unliquidated Obligation Amount |
| --- |
| 19770522.63 |
| 7316654.74 |
| 638365.28 |
| 184999014.5 |
| 1140882.3 |
| 4460370.44 |
| 170157354.8 |
| 57778966.83 |
| 43544 |
| 8664166.08 |
| 670069697.3 |
| 4781050407 |
| 14090716.84 |
| 634140408.4 |
| 2937893435 |
| 62170.6 |
| 40153579.61 |
| 103806166.1 |
| 2511945.56 |
| 38731823.56 |
| 136775937.9 |
| 17985695.59 |
| 511219.88 |
| 1050154066 |
| 68483339.28 |
| 1127407.8 |
| 394127.72 |
| 39075803.5 |
| 67796418.54 |
| 83615518.47 |
| 12831.46 |
| 57834279.72 |
| 46102394.19 |
| 28190874.85 |
| 9797037.58 |
| 1526877.19 |
| 8605837.37 |
| 145506848.4 |
| 1875823518 |
| 39051078.33 |
| 78031466.09 |
| 16224189.4 |
| 23310827.84 |
| 133681957.5 |
| 59350969.51 |
| 113959857.2 |
| 3751113602 |
| 326324537.5 |
| 22030149.8 |
| 975015.96 |
| 188183280.8 |
| 12439987749 |
| 193061689.1 |
| 9471126.66 |

| | | |
|---|---|---|
| 66.473 | 1851666 | 1776666 |
| 66.475 | 61895178 | 61895178 |
| 66.481 | 120194090 | 120194090 |
| 66.484 | 23862280 | 23862280 |
| 66.485 | 23204992 | 23204992 |
| 66.486 | 19300000 | 19300000 |
| 66.487 | 6273687 | 6273687 |
| 66.489 | 145961591 | 145961591 |
| 66.490 | 952155 | 952155 |
| 66.508 | 64215229 | 64215229 |
| 66.509 | 134913641 | 134900479 |
| 66.510 | 6206846 | 6206846 |
| 66.511 | 72830739 | 72830738.28 |
| 66.516 | 2570494 | 2570494.42 |
| 66.518 | 1893991 | 1893991 |
| 66.521 | 3934344 | 3934344 |
| 66.600 | 623902967 | 616586380 |
| 66.604 | 299965 | 299965 |
| 66.605 | 1057883457 | 1054612513 |
| 66.608 | 33649642 | 32586363 |
| 66.609 | 966977 | 966977 |
| 66.610 | 2832646 | 2832646 |
| 66.611 | 76322 | 76322 |
| 66.614 | 150000 | 150000 |
| 66.615 | 636000000 | 636000000 |
| 66.616 | 1510553982 | 1510553982 |
| 66.700 | 13805487 | 13805487 |
| 66.701 | 905418 | 905418 |
| 66.707 | 2589920 | 2589920 |
| 66.708 | 35162577 | 35162577 |
| 66.714 | 429827 | 429827 |
| 66.716 | 17681026 | 17681026.61 |
| 66.717 | 1518229 | 1518229 |
| 66.720 | 80000 | 80000 |
| 66.721 | 6703990 | 6703990 |
| 66.801 | 94111860 | 93605994 |
| 66.802 | 471713589 | 471638476.2 |
| 66.804 | 48625978 | 42151478 |
| 66.805 | 108324355 | 93566578.03 |
| 66.806 | 2042520 | 1968520 |
| 66.808 | 6018215 | 6018215 |
| 66.809 | 12619217 | 12619217 |
| 66.812 | 700000 | 700000 |
| 66.813 | 3441615 | 3441615 |
| 66.814 | 66862905 | 66862905 |
| 66.815 | 25450773 | 25450773 |
| 66.816 | 4143337 | 4143337 |
| 66.817 | 247190745 | 247190745 |
| 66.818 | 945492694 | 945001428.8 |
| 66.820 | 8772776 | 8772776 |
| 66.920 | 154678394 | 154678394 |
| 66.921 | 31280956 | 31280956 |
| 66.926 | 121225536 | 121064536 |
| 66.931 | 22289832 | 22289832 |
| 66.950 | 8806400 | 8806000 |

EPA_00043576

1404621.07
37783229.96
88250766
15186713.07
14546345.16
19102429.32
5305132.57
6420734.71
936038.4
17904156.45
71236575.91
1669554.72
30665144.1
1580633.05
311538.27
2150526.54
509257264.1
178641.38
218590622.8
20450717.75
372031.43
815367.7
36912.1
130238.49
625944105.3
1489174459
8368815.42
495100.33
515966.28
20816417.02
255114.24
6855163.32
779016.89
40000
6703990
41107175.92
201522778.3
13500405.96
37597227.33
298863.65
2224917.69
6684720.9
585775.45
282861.32
46535758.04
16712144.32
1239175.55
131216098.5
701449396.6
7280622.72
138690765.8
27279011.46
51989234.76
16582684.81
923868

| | | |
|---|---|---|
| 66.951 | 7442378 | 7372564 |
| 66.956 | 259164521 | 259164521 |
| 66.957 | 13970000000 | 13970000000 |
| 66.959 | 7000000000 | 6726600000 |
| 66.960 | 6000000000 | 6000000000 |
| 66.961 | 33201498 | 33192611.1 |
| 66.962 | 65321054 | 65321054 |
| 66.963 | 60093 | 60093 |
| 66.964 | 167335813 | 167225083 |
| 66.965 | 6151066 | 6151066 |
| (blank) | 5482000 | 5482000 |
| **Grand Total** | **80577074988** | **80223412604** |

EPA_00043578

```
        4600747.68
       135984173.8
                 0
        6700810914
                 0
       12502765.28
       55797169.51
                 0
         101256554
        4556379.11
           5482000
       42400485994
```

| Row Labels | Sum of Cumulative Award | Sum of Obligation Amount | Sum of Unliquidated Obligation Amount |
|---|---|---|---|
| 66.001 | $120,441,417 | $119,390,926 | $19,770,523 |
| 66.032 | $16,664,539 | $16,658,520 | $7,316,655 |
| 66.033 | $1,278,000 | $1,278,000 | $638,365 |
| 66.034 | $326,130,958 | $314,064,341 | $184,999,014 |
| 66.037 | $8,000,000 | $8,000,000 | $1,140,882 |
| 66.038 | $7,039,976 | $7,039,736 | $4,460,370 |
| 66.039 | $216,512,413 | $216,512,413 | $170,157,355 |
| 66.04 | $85,240,128 | $85,240,128 | $57,778,967 |
| 66.042 | $690,000 | $689,999 | $43,544 |
| 66.044 | $10,670,000 | $10,670,000 | $8,664,166 |
| 66.045 | $962,523,829 | $962,523,829 | $670,069,697 |
| 66.046 | $4,857,014,864 | $4,856,645,640 | $4,781,050,407 |
| 66.047 | $14,249,994 | $14,249,994 | $14,090,717 |
| 66.049 | $634,141,110 | $634,141,110 | $634,140,408 |
| 66.051 | $2,938,197,940 | $2,938,197,940 | $2,937,893,435 |
| 66.11 | $159,490 | $159,490 | $62,171 |
| 66.121 | $76,795,171 | $76,795,171 | $40,153,580 |
| 66.123 | $120,359,685 | $120,359,685 | $103,806,166 |
| 66.124 | $5,570,853 | $5,570,853 | $2,511,946 |
| 66.125 | $41,010,000 | $41,010,000 | $38,731,824 |
| 66.126 | $155,526,350 | $155,526,350 | $136,775,938 |
| 66.129 | $35,919,965 | $35,919,965 | $17,985,696 |
| 66.13 | $1,651,076 | $1,651,076 | $511,220 |
| 66.202 | $1,289,225,193 | $1,286,245,193 | $1,050,154,066 |
| 66.203 | $92,718,172 | $92,718,172 | $68,483,339 |
| 66.204 | $2,954,145 | $2,464,922 | $1,127,408 |
| 66.305 | $1,039,500 | $1,039,500 | $394,128 |
| 66.306 | $48,512,832 | $48,014,286 | $39,075,804 |
| 66.309 | $87,514,455 | $87,514,455 | $67,796,419 |
| 66.312 | $89,590,859 | $88,590,859 | $83,615,518 |
| 66.313 | $97,000 | $97,000 | $12,831 |
| 66.418 | $72,575,524 | $72,575,524 | $57,834,280 |
| 66.419 | $163,564,419 | $162,270,763 | $46,102,394 |
| 66.424 | $45,468,859 | $45,468,859 | $28,190,875 |
| 66.432 | $52,004,679 | $51,699,236 | $9,797,038 |
| 66.433 | $3,478,017 | $3,478,017 | $1,526,877 |
| 66.436 | $14,731,707 | $14,731,707 | $8,605,837 |
| 66.437 | $217,823,097 | $217,823,097 | $145,506,848 |
| 66.442 | $1,914,396,602 | $1,914,043,602 | $1,875,823,518 |
| 66.443 | $64,994,173 | $64,994,173 | $39,051,078 |
| 66.444 | $115,122,557 | $115,122,559 | $78,031,466 |
| 66.445 | $18,079,798 | $18,079,798 | $16,224,189 |
| 66.446 | $34,196,509 | $34,196,509 | $23,310,828 |
| 66.447 | $150,875,974 | $150,875,974 | $133,681,957 |
| 66.454 | $93,484,576 | $93,359,576 | $59,350,970 |
| 66.456 | $204,300,837 | $204,300,837 | $113,959,857 |
| 66.458 | $11,124,820,467 | $11,116,135,664 | $3,751,113,602 |
| 66.46 | $590,131,873 | $587,404,299 | $326,324,537 |
| 66.461 | $32,828,884 | $32,787,953 | $22,030,150 |
| 66.462 | $2,606,673 | $2,606,673 | $975,016 |
| 66.466 | $345,989,112 | $343,726,388 | $188,183,281 |
| 66.468 | $18,148,299,592 | $18,138,252,560 | $12,439,987,749 |
| 66.469 | $368,477,169 | $366,983,631 | $193,061,689 |
| 66.472 | $18,180,501 | $18,180,501 | $9,471,127 |

EPA_00043580

| | | | |
|---|---|---|---|
| 66.473 | $1,851,666 | $1,776,666 | $1,404,621 |
| 66.475 | $61,895,178 | $61,895,178 | $37,783,230 |
| 66.481 | $120,194,090 | $120,194,090 | $88,250,766 |
| 66.484 | $23,862,280 | $23,862,280 | $15,186,713 |
| 66.485 | $23,204,992 | $23,204,992 | $14,546,345 |
| 66.486 | $19,300,000 | $19,300,000 | $19,102,429 |
| 66.487 | $6,273,687 | $6,273,687 | $5,305,133 |
| 66.489 | $145,961,591 | $145,961,591 | $6,420,735 |
| 66.49 | $952,155 | $952,155 | $936,038 |
| 66.508 | $64,215,229 | $64,215,229 | $17,904,156 |
| 66.509 | $134,913,641 | $134,900,479 | $71,236,576 |
| 66.51 | $6,206,846 | $6,206,846 | $1,669,555 |
| 66.511 | $72,830,739 | $72,830,738 | $30,665,144 |
| 66.516 | $2,570,494 | $2,570,494 | $1,580,633 |
| 66.518 | $1,893,991 | $1,893,991 | $311,538 |
| 66.521 | $3,934,344 | $3,934,344 | $2,150,527 |
| 66.6 | $623,902,967 | $616,586,380 | $509,257,264 |
| 66.604 | $299,965 | $299,965 | $178,641 |
| 66.605 | $1,057,883,457 | $1,054,612,513 | $218,590,623 |
| 66.608 | $33,649,642 | $32,586,363 | $20,450,718 |
| 66.609 | $966,977 | $966,977 | $372,031 |
| 66.61 | $2,832,646 | $2,832,646 | $815,368 |
| 66.611 | $76,322 | $76,322 | $36,912 |
| 66.614 | $150,000 | $150,000 | $130,238 |
| 66.615 | $636,000,000 | $636,000,000 | $625,944,105 |
| 66.616 | $1,510,553,982 | $1,510,553,982 | $1,489,174,459 |
| 66.7 | $13,805,487 | $13,805,487 | $8,368,815 |
| 66.701 | $905,418 | $905,418 | $495,100 |
| 66.707 | $2,589,920 | $2,589,920 | $515,966 |
| 66.708 | $35,162,577 | $35,162,577 | $20,816,417 |
| 66.714 | $429,827 | $429,827 | $255,114 |
| 66.716 | $17,681,026 | $17,681,027 | $6,855,163 |
| 66.717 | $1,518,229 | $1,518,229 | $779,017 |
| 66.72 | $80,000 | $80,000 | $40,000 |
| 66.721 | $6,703,990 | $6,703,990 | $6,703,990 |
| 66.807 | $94,111,860 | $93,605,994 | $41,107,176 |
| 66.802 | $471,713,589 | $471,638,476 | $201,522,778 |
| 66.804 | $48,625,978 | $42,151,478 | $13,500,406 |
| 66.805 | $108,324,355 | $93,566,578 | $37,597,227 |
| 66.806 | $2,042,520 | $1,968,520 | $298,864 |
| 66.808 | $6,018,215 | $6,018,215 | $2,224,918 |
| 66.809 | $12,619,217 | $12,619,217 | $6,684,721 |
| 66.812 | $700,000 | $700,000 | $585,775 |
| 66.813 | $3,441,615 | $3,441,615 | $282,861 |
| 66.814 | $66,862,905 | $66,862,905 | $46,535,758 |
| 66.815 | $25,450,773 | $25,450,773 | $16,712,144 |
| 66.816 | $4,143,337 | $4,143,337 | $1,239,176 |
| 66.817 | $247,190,745 | $247,190,745 | $131,216,098 |
| 66.818 | $945,492,694 | $945,001,429 | $701,449,397 |
| 66.82 | $8,772,776 | $8,772,776 | $7,280,623 |
| 66.92 | $154,678,394 | $154,678,394 | $138,690,766 |
| 66.921 | $31,280,956 | $31,280,956 | $27,279,011 |
| 66.926 | $121,225,536 | $121,064,536 | $51,989,235 |
| 66.931 | $22,289,832 | $22,289,832 | $16,582,685 |
| 66.95 | $8,806,400 | $8,806,000 | $923,868 |

| | | | |
|---|---|---|---|
| 66.951 | $7,442,378 | $7,372,564 | $4,600,748 |
| 66.956 | $259,164,521 | $259,164,521 | $135,984,174 |
| 66.957 | $13,970,000,000 | $13,970,000,000 | $0 |
| 66.959 | $7,000,000,000 | $6,726,600,000 | $6,700,810,914 |
| 66.96 | $6,000,000,000 | $6,000,000,000 | $0 |
| 66.961 | $33,201,498 | $33,192,611 | $12,502,765 |
| 66.962 | $65,321,054 | $65,321,054 | $55,797,170 |
| 66.963 | $60,093 | $60,093 | $0 |
| 66.964 | $167,335,813 | $167,225,083 | $101,256,554 |
| 66.965 | $6,151,066 | $6,151,066 | $4,556,379 |
| (blank) | $5,482,000 | $5,482,000 | $5,482,000 |
| Grand Total | $80,577,074,988 | $80,223,412,604 | $42,400,485,994 |

EPA_00043582

| Grant Family | Program Code | Grant No | Award Date | Last Drawdown Date | Cumulative Award | Project Period Cost |
|---|---|---|---|---|---|---|
| 00030615 | G | 00030615-1 | 01/07/2025 | 06/26/2024 | $239,000.00 | $432,208.00 |
| 00034129 | VC | 00034129-1 | 05/16/2024 | 02/13/2025 | $225,000.00 | $250,000.00 |
| 00035028 | VC | 00035028-0 | 05/28/2024 | 01/24/2025 | $144,002.00 | $320,004.00 |
| 00035321 | VC | 00035321-3 | 02/03/2025 | 02/21/2025 | $815,631.00 | $906,254.00 |
| 00042915 | V | 00042915-1 | 04/24/2024 | 02/13/2025 | $332,222.00 | $332,222.00 |
| 00044912 | C9 | 00044912-1 | 09/29/2022 | 02/18/2025 | $6,466,000.00 | $10,776,666.00 |
| 00045020 | C9 | 00045020-1 | 06/09/2021 | 01/10/2025 | $4,149,912.00 | $6,936,441.00 |
| 00045021 | C9 | 00045021-0 | 05/10/2022 | 01/10/2025 | $2,151,363.00 | $3,828,550.00 |
| 00045022 | C9 | 00045022-0 | 05/10/2023 | 01/10/2025 | $2,187,920.00 | $3,649,206.00 |
| 00045120 | C9 | 00045120-1 | 04/19/2022 | 04/24/2024 | $227,403.00 | $379,007.00 |
| 00045121 | C9 | 00045121-0 | 09/13/2021 | 02/18/2025 | $260,552.00 | $434,258.00 |
| 00045122 | C9 | 00045122-1 | 02/21/2023 | 02/05/2025 | $174,141.00 | $290,234.00 |
| 00045123 | C9 | 00045123-1 | 02/22/2024 | 10/09/2024 | $152,223.00 | $264,936.00 |
| 00045912 | I | 00045912-1 | 07/25/2024 | 02/25/2025 | $507,600.00 | $550,000.00 |
| 00051125 | E | 00051125-0 | 09/19/2024 | 02/24/2025 | $538,280.00 | $711,879.00 |
| 00051807 | I | 00051807-3 | 08/20/2024 | 02/04/2025 | $481,082.00 | $566,221.00 |
| 00052009 | BG | 00052009-1 | 08/30/2024 | 02/26/2025 | $702,182.00 | $702,182.00 |
| 00071818 | V | 00071818-0 | 06/26/2024 | 02/19/2025 | $358,243.00 | $692,573.00 |
| 00100224 | C6 | 00100224-0 | 08/20/2024 | 02/14/2025 | $333,000.00 | $333,000.00 |
| 00100321 | C6 | 00100321-0 | 08/05/2021 | 02/13/2025 | $545,000.00 | $545,000.00 |
| 00100324 | C6 | 00100324-0 | 08/27/2024 | 02/19/2025 | $1,133,000.00 | $1,133,000.00 |
| 00100624 | C6 | 00100624-0 | 08/27/2024 | | $408,000.00 | $408,000.00 |
| 00147022 | F | 00147022-0 | 08/23/2024 | 12/26/2024 | $1,424,000.00 | $6,239,280.00 |
| 00147201 | 5Q | 00147201-0 | 07/24/2024 | 12/20/2024 | $346,000.00 | $346,000.00 |
| 00147301 | 5Q | 00147301-0 | 08/26/2024 | 02/20/2025 | $632,500.00 | $632,500.00 |
| 00147424 | F | 00147424-1 | 09/12/2024 | 02/19/2025 | $537,000.00 | $723,998.00 |
| 00147425 | F | 00147425-1 | 09/18/2024 | | $438,263.00 | $746,665.00 |
| 00160022 | C6 | 00160022-1 | 09/24/2024 | 01/15/2025 | $375,000.00 | $375,000.00 |
| 00160023 | C6 | 00160023-0 | 08/23/2024 | 01/15/2025 | $377,000.00 | $377,000.00 |
| 00161834 | K1 | 00161834-1 | 09/10/2024 | 07/16/2024 | $200,000.00 | $597,784.00 |
| 00161835 | K1 | 00161835-0 | 07/18/2024 | 02/25/2025 | $170,000.00 | $699,740.00 |
| 00161934 | K1 | 00161934-1 | 05/14/2024 | 11/14/2024 | $300,000.00 | $500,000.00 |
| 00161935 | K1 | 00161935-0 | 08/23/2024 | 02/19/2025 | $170,000.00 | $500,000.00 |
| 00162034 | K1 | 00162034-2 | 04/17/2024 | 02/11/2025 | $212,400.00 | $355,965.00 |
| 00162035 | K1 | 00162035-0 | 08/20/2024 | 01/17/2025 | $152,637.00 | $372,110.00 |
| 00162134 | K1 | 00162134-1 | 05/14/2024 | 02/13/2025 | $204,608.00 | $341,013.00 |
| 00162135 | K1 | 00162135-1 | 09/23/2024 | 02/13/2025 | $170,000.00 | $344,885.00 |
| 00162235 | K1 | 00162235-0 | 08/13/2024 | | $120,000.00 | $515,440.00 |
| 00162334 | K1 | 00162334-1 | 11/04/2024 | 11/22/2024 | $120,000.00 | $265,276.00 |
| 00162335 | K1 | 00162335-0 | 07/02/2024 | 02/20/2025 | $120,000.00 | $225,461.00 |
| 00178020 | C9 | 00178020-0 | 08/14/2020 | 10/17/2024 | $1,006,896.00 | $1,678,160.00 |
| 00178021 | C9 | 00178021-0 | 07/21/2021 | 05/01/2024 | $1,058,255.00 | $1,763,758.00 |
| 00178022 | C9 | 00178022-0 | 08/03/2022 | 02/03/2025 | $1,219,213.00 | $2,032,022.00 |
| 00178023 | C9 | 00178023-0 | 07/25/2023 | 10/17/2024 | $1,209,580.00 | $2,015,967.00 |
| 00178024 | C9 | 00178024-0 | 08/14/2024 | | $1,179,151.00 | $1,965,252.00 |
| 00213120 | F | 00213120-6 | 09/30/2014 | 09/18/2024 | $723,000.00 | $964,000.00 |
| 00213121 | F | 00213121-6 | 08/01/2024 | 02/29/2024 | $756,000.00 | $1,008,000.00 |
| 00213122 | F | 00213122-4 | 07/26/2024 | 12/12/2023 | $748,428.00 | $997,904.00 |
| 00213123 | F | 00213123-2 | 07/26/2024 | 11/17/2023 | $811,000.00 | $994,665.00 |
| 00213125 | F | 00213125-0 | 09/30/2024 | 01/31/2025 | $161,358.00 | $1,114,961.00 |
| 00235624 | LS | 00235624-0 | 09/28/2024 | 12/18/2024 | $1,617,730.00 | $22,034,604.00 |
| 00235824 | LS | 00235824-0 | 08/20/2024 | | $465,628.00 | $2,586,846.00 |
| 00278624 | L | 00278624-0 | 02/05/2025 | | $636,383.00 | $12,635,490.00 |
| 00304121 | A | 00304121-5 | 02/04/2025 | 03/28/2024 | $3,051,895.00 | $7,209,982.00 |

| Obligation Amount | Obligation Drawdown Amount | Unliquidated Obligation Amount | Budget Period Start Date | Budget Period End Date | Assistance Listing Code |
|---|---|---|---|---|---|
| 239000 | 93953.79 | 145046.21 | 07/01/2023 | 06/30/2025 | 66.433 |
| 225000 | 130048 | 94952 | 07/01/2024 | 06/30/2025 | 66.809 |
| 144002 | 134716.81 | 9285.19 | 07/01/2024 | 06/30/2026 | 66.809 |
| 815631 | 651630.9 | 164000.1 | 01/01/2022 | 12/31/2025 | 66.809 |
| 332222 | 188418 | 143804 | 07/01/2023 | 06/30/2025 | 66.802 |
| 6466000 | 5600198 | 865802 | 07/01/2021 | 06/30/2026 | 66.460 |
| 4149912 | 3094440.36 | 1055471.64 | 06/01/2020 | 05/31/2025 | 66.460 |
| 2151363 | 743689.09 | 1407673.91 | 06/01/2022 | 05/31/2027 | 66.460 |
| 2187920 | 316923 | 1870997 | 06/01/2023 | 05/31/2028 | 66.460 |
| 227403 | 215519 | 11884 | 10/01/2020 | 09/30/2025 | 66.460 |
| 260552 | 174129.34 | 86422.66 | 10/01/2021 | 12/31/2025 | 66.460 |
| 174141 | 157131.1 | 17009.9 | 10/01/2022 | 09/30/2026 | 66.460 |
| 152223 | 51382 | 100841 | 10/01/2023 | 09/30/2028 | 66.460 |
| 507600 | 113146.41 | 394453.59 | 07/01/2023 | 06/30/2025 | 66.419 |
| 538280 | 538280 | 0 | 07/01/2024 | 06/30/2025 | 66.700 |
| 481082 | 258131.36 | 222950.64 | 10/01/2022 | 09/30/2026 | 66.419 |
| 702182 | 506093 | 196089 | 10/01/2023 | 09/30/2025 | 66.605 |
| 358243 | 99857.52 | 258385.48 | 07/01/2024 | 06/30/2026 | 66.802 |
| 333000 | 1657.24 | 331342.76 | 05/09/2024 | 10/01/2029 | 66.454 |
| 545000 | 482594.35 | 62405.65 | 10/01/2021 | 09/30/2025 | 66.454 |
| 1133000 | 704 | 1132296 | 10/01/2024 | 09/30/2028 | 66.454 |
| 408000 | 0 | 408000 | 10/01/2024 | 09/30/2027 | 66.454 |
| 1424000 | 1424000 | 0 | 10/01/2023 | 09/30/2026 | 66.432 |
| 346000 | 4295 | 341705 | 08/01/2024 | 07/31/2029 | 66.034 |
| 632500 | 8966 | 623534 | 09/01/2024 | 08/31/2027 | 66.034 |
| 537000 | 302004.21 | 234995.79 | 10/01/2023 | 09/30/2025 | 66.432 |
| 438263 | 0 | 438263 | 10/01/2024 | 09/30/2025 | 66.432 |
| 375000 | 302227.61 | 72772.39 | 10/01/2022 | 09/30/2025 | 66.454 |
| 377000 | 60364.28 | 316635.72 | 10/01/2023 | 09/30/2025 | 66.454 |
| 200000 | 198293.55 | 1706.45 | 07/01/2023 | 06/30/2025 | 66.032 |
| 170000 | 109684.13 | 60315.87 | 07/01/2024 | 06/30/2025 | 66.032 |
| 300000 | 296441.97 | 3558.03 | 06/01/2023 | 05/31/2025 | 66.032 |
| 170000 | 128052.26 | 41947.74 | 06/01/2024 | 05/31/2025 | 66.032 |
| 212400 | 121898.47 | 90501.53 | 06/01/2023 | 05/31/2025 | 66.032 |
| 152637 | 30738.53 | 121898.47 | 06/01/2024 | 05/31/2025 | 66.032 |
| 204608 | 191630 | 12978 | 07/01/2023 | 06/30/2025 | 66.032 |
| 170000 | 82459 | 87541 | 07/01/2024 | 06/30/2025 | 66.032 |
| 120000 | 0 | 120000 | 07/01/2024 | 06/30/2025 | 66.032 |
| 113980.56 | 113980.56 | 0 | 07/01/2023 | 06/30/2025 | 66.032 |
| 120000 | 24318.87 | 95681.13 | 07/01/2024 | 06/30/2025 | 66.032 |
| 1006896 | 292241.23 | 714654.77 | 08/01/2020 | 09/30/2025 | 66.460 |
| 1058255 | 105880.85 | 952374.15 | 08/01/2021 | 09/30/2026 | 66.460 |
| 1219213 | 308133.91 | 911079.09 | 08/01/2022 | 09/30/2027 | 66.460 |
| 1209580 | 18300 | 1191280 | 08/01/2023 | 09/30/2028 | 66.460 |
| 1179151 | 0 | 1179151 | 08/01/2024 | 09/30/2029 | 66.460 |
| 723000 | 684000 | 39000 | 10/01/2019 | 09/30/2025 | 66.432 |
| 756000 | 645019.64 | 110980.36 | 10/01/2020 | 09/30/2025 | 66.432 |
| 748428 | 670606.78 | 77821.22 | 10/01/2021 | 09/30/2025 | 66.432 |
| 811000 | 626913.75 | 184086.25 | 10/01/2022 | 09/30/2025 | 66.432 |
| 161358 | 161238.88 | 119.12 | 10/01/2024 | 09/30/2025 | 66.432 |
| 1617730 | 1617730 | 0 | 10/01/2023 | 09/30/2028 | 66.805 |
| 465628 | 0 | 465628 | 10/01/2023 | 09/30/2028 | 66.805 |
| 636383 | 0 | 636383 | 10/01/2023 | 09/30/2028 | 66.804 |
| 3051895 | 1926686 | 1125209 | 10/01/2022 | 09/30/2025 | 66.001 |

| Assistance Listing Description |
| --- |
| State Underground Water Source Protection |
| Superfund State and Indian Tribe Core Program Cooperative Agreements |
| Superfund State and Indian Tribe Core Program Cooperative Agreements |
| Superfund State and Indian Tribe Core Program Cooperative Agreements |
| Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements |
| Nonpoint Source Implementation Grants |
| Nonpoint Source Implementation Grants |
| Nonpoint Source Implementation Grants |
| Nonpoint Source Implementation Grants |
| Nonpoint Source Implementation Grants |
| Nonpoint Source Implementation Grants |
| Nonpoint Source Implementation Grants |
| Nonpoint Source Implementation Grants |
| Water Pollution Control State, Interstate, and Tribal Program Support |
| Consolidated Pesticide Enforcement Cooperative Agreements |
| Water Pollution Control State, Interstate, and Tribal Program Support |
| Performance Partnership Grants |
| Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements |
| Water Quality Management Planning |
| Water Quality Management Planning |
| Water Quality Management Planning |
| Water Quality Management Planning |
| State Public Water System Supervision |
| Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act |
| Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act |
| State Public Water System Supervision |
| State Public Water System Supervision |
| Water Quality Management Planning |
| Water Quality Management Planning |
| State Indoor Radon Grants |
| State Indoor Radon Grants |
| State Indoor Radon Grants |
| State Indoor Radon Grants |
| State Indoor Radon Grants |
| State Indoor Radon Grants |
| State Indoor Radon Grants |
| State Indoor Radon Grants |
| State Indoor Radon Grants |
| State Indoor Radon Grants |
| State Indoor Radon Grants |
| |
| Nonpoint Source Implementation Grants |
| Nonpoint Source Implementation Grants |
| Nonpoint Source Implementation Grants |
| Nonpoint Source Implementation Grants |
| Nonpoint Source Implementation Grants |
| State Public Water System Supervision |
| State Public Water System Supervision |
| State Public Water System Supervision |
| State Public Water System Supervision |
| State Public Water System Supervision |
| Leaking Underground Storage Tank Trust Fund Corrective Action Program |
| Leaking Underground Storage Tank Trust Fund Corrective Action Program |
| Underground Storage Tank Prevention, Detection and Compliance Program |
| Air Pollution Control Program Support |

| Project Title |
|---|
| Underground Injection Control - IDWR STAG 2023-2035 |
| FY 24 and FY 25 Superfund CORE Program |
| Core Cooperative Agreement for State of Oregon |
| Idaho Superfund State Core Program Cooperative Agreement CY 23 |
| WA ECY FY 24 and FY 25 Multi-Site Cooperative Agreement. Provides oversight of investigations, studies, and cleanups of uncontrolled haz |
| Nonpoint Source Program Grant -CWA Section 319 FY 22-23 |
| Idaho Non Point Source 319 Grant FFY2020-2021 Amendment |
| FFY 2022 Idaho Non Point Source 319 Grant |
| FFY 2023 Idaho Non Point Source 319 Grant |
| Clean Water Act Section 319 - Nonpoint Source Implementation in Oregon |
| Clean Water Act Section 319 - Nonpoint Source Implementation in Oregon |
| Clean Water Act Section 319 - Nonpoint Source Implementation in Oregon |
| Clean Water Act Section 319 - Nonpoint Source Implementation in Oregon |
| Continuation of Washington State's Water Pollution Control State, Interstate, and Tribal Program Support for FY24 and FY25. |
| Oregon FY2025 EPA FIFRA Cooperative Agreement |
| Shoshone-Bannock Tribe - Water Pollution Control State, Interstate, and Tribal Program Support |
| Kalispel Tribe Performance Partnership Grants (PPG) |
| CERCLA Support Agency Cooperative Agreement (SACA) |
| NHDES FFY24 CWA 604(b) Water Quality Planning Activities |
| 2021 Water Quality Management Planning Program (604(b)) |
| MassDEP FFY2024 604b |
| Fiscal Year 2024 604b Water Quality Management Grant |
| Implementation of the Safe Drinking Water Act-Public Water System Supervision Program |
| North Dakota IRA Air Monitoring Fenceline FY24 |
| Montana Department of Environmental Quality IRA Air Monitoring Fenceline FY24 |
| State Public Water System Supervision |
| Fiscal Year 2025 State Public Water System Supervision |
| Fiscal Year 2022 Water Quality Management Grant |
| Fiscal Year 2023 604b Water Quality Management Grant |
| Massachusetts State Indoor Radon Grant (SIRG) 34 |
| Massachusetts State Indoor Radon Grant (SIRG) 35 |
| Rhode Island State Indoor Radon Grant (SIRG) 34 |
| Rhode Island Department of Health - RI SIRG 35 |
| Connecticut State Indoor Radon Grant (SIRG) 34 |
| Connecticut Department of Public Health - CT SIRG 35 |
| Vermont State Indoor Radon Grant (SIRG) 34 |
| Vermont State Indoor Radon Grant (SIRG) 35 |
| Maine Department of Health and Human Services - ME SIRG 35 |
| State Indoor Radon Grant (SIRG) 34 |
| State Indoor Radon Grant (SIRG) 35 |
| Fiscal Year 2020 Nonpoint Source Implementation |
| Fiscal Year 2021 319 Nonpoint Source Implementation |
| FY22 319 Nonpoint Source Implementation |
| Fiscal Year 2023 319 Nonpoint Source Implementation |
| Fiscal Year 2024 Connecticut 319 Nonpoint Source Implementation |
| FY-20 PWSS Program |
| PRDOH PWSS Program FY21 |
| PRDOH PWSS Program FY22 |
| PRDOH PWSS FY23 |
| PWSS FY25 First Allocation |
| NJDEP FY'24-28 LUST-CA |
| PRDNER FY 24-28 LUST-CA |
| Federal Fiscal Years 2024-2028 LUST Prevention Program |
| Project to manage air quality in Allegheny County |

EPA_00043586

OMB Project Description

This agreement will provide financial assistance to the recipient for the implementation of its program to ensure that underground sources of c

This agreement provides funding to the State of Washington, Department of Ecology to conduct activities that are not assignable to specific s

This agreement provides funding to the State of Oregon, Department of Environmental Quality to conduct activities that are not assignable to

This agreement provides funding to the State of Idaho, Department of Environmental Quality to conduct activities that are not assignable to sp

This agreement may fund the participation of the State of Washington, Department of Ecology in activities including but not limited to the revie

This agreement provides support to the State of Washington to implement its nonpoint source management program, focusing on watersheds

This agreement provides support to the State of Idaho to implement its nonpoint source management program, focusing on watersheds with v

This agreement provides support to the State of Idaho to implement its nonpoint source management program under Section 319 of the Clea

This agreement provides support to the State of Idaho to implement its nonpoint source management program, focusing on watersheds with v

Nonpoint Source Program grants are awarded under Section 319(h) of the Clean Water Act for the purposes of assisting states and tribes in

Nonpoint Source Program Grants are awarded under Section 319(h) of the Clean Water Act for the purpose of assisting the State of Oregon

This agreement provides support to the State of Oregon to implement its nonpoint source management program, focusing on watersheds with

This agreement provides support to the State of Oregon to implement its nonpoint source management program, focusing on watersheds with

This agreement provides funding to the State of Washington to carry out its program to maintain, protect, and improve the water quality of its

This cooperative agreement continues the recipient&rsquo;s implementation of its pesticide regulatory and enforcement programs, including b

This agreement provides funding to Shoshone Bannock Tribe to carry out its program to maintain, protect, and improve the water quality of its

This agreement provides funding for the operation of the Kalispel Tribe&rsquo;s continuing environmental programs while giving it greater flex

This agreement may fund the participation of the State of Oregon, Department of Environmental Quality in activities including but not limited to

This agreement is to fund the State of New Hampshire's Water Quality Management Planning program to improve impaired water and protect

This agreement is to fund the State of Massachusetts' Water Quality Management Planning program to improve impaired waters and protect

This agreement is to fund the State of Massachusetts' Water Quality Management Planning program to improve impaired water and protect u

This agreement is to fund the State of Connecticut's Water Quality Management Planning program to improve impaired water and protect uni

This assistance agreement assists the state of Connecticut to develop and implement a public water system supervision program to adequate

The agreement provides funding under the Inflation Reduction Act (IRA) to North Dakota Department of Environmental Quality for the expans

The agreement provides funding under the Inflation Reduction Act (IRA) to Montana Department of Environmental Quality for the expansion a

The agreement assists the State of Rhode Island to develop and implement a public water system supervision program to adequately enforce

The agreement assists the State of Rhode Island to develop and implement a public water system supervision program to adequately enforce

This agreement is to fund the State of Connecticut's Water Quality Management Planning program to improve impaired water and protect uni

This agreement is to fund the State of Connecticut's Water Quality Management Planning program to improve impaired water and protect uni

The purpose of this Toxic Substances Control Act (TSCA) &sect; 306 funded grant is to provide radon risk reduction that will result in increas

The purpose of this Toxic Substances Control Act (TSCA) &sect; 306 funded grant is to provide radon risk reduction that will result in increas

The purpose of this Toxic Substances Control Act (TSCA) &sect; 306 funded grant is to provide radon risk reduction that will result in increas

The purpose of this Toxic Substances Control Act (TSCA) &sect; 306 funded grant is to provide radon risk reduction that will result in increas

The purpose of this Toxic Substances Control Act (TSCA) &sect; 306 funded grant is to provide radon risk reduction that will result in increas

The purpose of this Toxic Substances Control Act (TSCA) &sect; 306 funded grant is to provide radon risk reduction that will result in increas

The purpose of this Toxic Substances Control Act (TSCA) &sect; 306 funded grant is to provide radon risk reduction that will result in increas

The purpose of this Toxic Substances Control Act (TSCA) &sect; 306 funded grant is to provide radon risk reduction that will result in increas

The purpose of this Toxic Substances Control Act (TSCA) &sect; 306 funded grant is to provide radon risk reduction that will result in increas

This agreement provides support to the State of Connecticut to implement its nonpoint source management program, focusing on watersheds

This agreement provides support to the State of Connecticut to implement its nonpoint source management program, to clean up water bodie

This agreement provides support to the State of Connecticut to implement its nonpoint source management program, to clean up water bodie

This agreement provides support to the State of Connecticut to implement its nonpoint source management program, to clean up water bodie

This agreement provides support to the State of Connecticut to implement its nonpoint source management program, to clean up water bodie

The agreement assists the Puerto Rico Department of Health PRDOH to develop and implement a public water system supervision program

The agreement assists the Puerto Rico Department of Health (PRDOH) to develop and implement a public water system supervision program

This assistance agreement assists the Puerto Rico Department of Health PRDOH to develop and implement a public water system supervisio

The agreement assists the Puerto Rico Department of Health PRDOH to develop and implement a public water system supervision program

The agreement assists the Puerto Rico Department of Health PRDOH to develop and implement a public water system supervision program

Note: This document uses the term states to refer to both states and territories. This agreement provides assistance to the State of New Jers

Note: This document uses the term states to refer to both states and territories. This agreement provides assistance to the State of Puerto Ri

This agreement provides funding to the New York State Department of Environmental Conservation. Specifically, the award provides funding t

.This incremental amendment provides federal funds of $500,000 towards the County of Allegheny's FY2025 allocation. Federal funds of $1,2

| | | | | | | |
|---|---|---|---|---|---|---|
| 00304321 | A | 00304321-5 | 12/17/2024 | 02/04/2025 | $4,489,711.00 | $17,014,427.00 |
| 00305922 | A | 00305922-5 | 02/05/2025 | 02/13/2025 | $3,544,551.00 | $7,307,384.00 |
| 00311425 | F | 00311425-0 | 07/23/2024 | 01/31/2025 | $2,145,916.00 | $3,272,000.00 |
| 00311625 | F | 00311625-0 | 06/26/2024 | 02/24/2025 | $560,443.00 | $1,233,925.00 |
| 00317824 | G | 00317824-1 | 01/28/2025 | 08/09/2024 | $127,500.00 | $200,000.00 |
| 00317825 | G | 00317825-0 | 09/26/2024 | 02/14/2025 | $121,550.00 | $190,667.00 |
| 00323313 | D | 00323313-8 | 01/23/2025 | 02/14/2025 | $4,341,281.00 | $6,339,936.00 |
| 00336525 | F | 00336525-1 | 12/18/2024 | 02/24/2025 | $3,260,000.00 | $12,144,000.00 |
| 00338321 | LS | 00338321-6 | 12/11/2024 | 02/14/2025 | $1,900,383.00 | $3,273,386.00 |
| 00338520 | LS | 00338520-7 | 12/12/2024 | 02/14/2025 | $1,445,070.00 | $2,011,302.00 |
| 00339020 | LS | 00339020-7 | 12/04/2024 | 02/10/2025 | $1,391,115.00 | $1,980,933.00 |
| 00339122 | LS | 00339122-8 | 12/11/2024 | 02/04/2025 | $2,550,607.00 | $3,913,419.00 |
| 00340020 | LS | 00340020-7 | 12/02/2024 | 02/10/2025 | $3,140,581.00 | $4,896,710.00 |
| 00340623 | LS | 00340623-6 | 12/11/2024 | 02/27/2025 | $1,271,489.00 | $1,726,002.00 |
| 00343924 | C6 | 00343924-1 | 03/08/2024 | 02/21/2025 | $744,000.00 | $744,000.00 |
| 00343925 | C6 | 00343925-1 | 01/14/2025 | 02/26/2025 | $807,000.00 | $807,000.00 |
| 00344024 | C6 | 00344024-0 | 07/26/2024 | | $164,000.00 | $164,000.00 |
| 00344120 | C6 | 00344120-1 | 09/10/2024 | 02/25/2025 | $2,391,790.00 | $2,541,000.00 |
| 00344518 | C6 | 00344518-5 | 06/18/2024 | 02/19/2025 | $657,000.00 | $657,000.00 |
| 00344519 | C6 | 00344519-4 | 02/05/2025 | 02/14/2025 | $1,939,000.00 | $1,939,000.00 |
| 00345319 | C6 | 00345319-2 | 07/15/2024 | 02/14/2025 | $1,476,000.00 | $2,428,000.00 |
| 00346724 | C6 | 00346724-2 | 06/30/2024 | 08/12/2024 | $151,000.00 | $151,000.00 |
| 00346725 | C6 | 00346725-0 | 07/15/2024 | 02/19/2025 | $164,000.00 | $164,000.00 |
| 00349621 | C9 | 00349621-0 | 08/11/2021 | 01/02/2024 | $1,051,000.00 | $1,751,667.00 |
| 00349622 | C9 | 00349622-0 | 08/22/2022 | 02/19/2025 | $1,191,000.00 | $1,985,000.00 |
| 00349623 | C9 | 00349623-0 | 08/02/2023 | 08/05/2024 | $1,062,000.00 | $1,770,000.00 |
| 00349624 | C9 | 00349624-0 | 09/23/2024 | 02/11/2025 | $1,020,000.00 | $1,700,000.00 |
| 00349820 | C9 | 00349820-0 | 09/02/2020 | 02/19/2025 | $4,846,500.00 | $8,077,500.00 |
| 00349821 | C9 | 00349821-0 | 08/06/2021 | 02/25/2025 | $4,978,200.00 | $8,297,000.00 |
| 00349822 | C9 | 00349822-0 | 09/14/2022 | 02/25/2025 | $4,977,300.00 | $8,295,500.00 |
| 00349823 | C9 | 00349823-0 | 09/14/2023 | 02/25/2025 | $5,064,690.00 | $8,441,150.00 |
| 00349824 | C9 | 00349824-0 | 09/23/2024 | | $4,772,900.00 | $7,956,834.00 |
| 00349920 | C9 | 00349920-2 | 01/05/2022 | 02/19/2025 | $1,693,000.00 | $2,822,000.00 |
| 00349921 | C9 | 00349921-0 | 09/15/2021 | 02/19/2025 | $1,781,700.00 | $2,969,700.00 |
| 00349922 | C9 | 00349922-0 | 08/18/2022 | 02/19/2025 | $1,877,700.00 | $3,662,833.00 |
| 00349923 | C9 | 00349923-0 | 08/08/2023 | 02/19/2025 | $1,892,850.00 | $3,154,750.00 |
| 00349924 | C9 | 00349924-0 | 08/21/2024 | 01/29/2025 | $1,825,918.00 | $3,043,197.00 |
| 00350021 | C9 | 00350021-0 | 07/22/2021 | 02/14/2025 | $1,855,200.00 | $3,092,000.00 |
| 00350022 | C9 | 00350022-1 | 08/30/2022 | 02/14/2025 | $1,855,000.00 | $3,112,099.00 |
| 00350023 | C9 | 00350023-1 | 09/07/2023 | 02/14/2025 | $1,925,500.00 | $3,283,634.00 |
| 00350024 | C9 | 00350024-0 | 09/10/2024 | 01/31/2025 | $1,882,000.00 | $3,239,219.00 |
| 00351724 | K1 | 00351724-3 | 01/30/2025 | 02/25/2025 | $1,205,355.00 | $2,124,999.00 |
| 00351824 | K1 | 00351824-1 | 05/21/2024 | 02/14/2025 | $200,000.00 | $501,666.00 |
| 00352024 | K1 | 00352024-2 | 12/31/2024 | 02/11/2025 | $325,000.00 | $624,999.00 |
| 00354018 | I | 00354018-1 | 12/26/2024 | 01/31/2025 | $554,175.00 | $2,307,722.00 |
| 00399117 | I | 00399117-4 | 12/30/2024 | 12/31/2024 | $811,794.00 | $1,412,824.00 |
| 00406925 | D | 00406925-0 | 02/19/2025 | | $317,848.00 | $4,214,931.00 |
| 00408925 | D | 00408925-0 | 02/19/2025 | | $317,848.00 | $2,623,696.00 |
| 00429522 | F | 00429522-5 | 03/28/2024 | 01/16/2025 | $2,744,000.00 | $3,658,667.00 |
| 00429524 | F | 00429524-1 | 06/25/2024 | 02/24/2025 | $1,359,000.00 | $4,173,551.00 |
| 00429624 | F | 00429624-1 | 06/25/2024 | 11/08/2024 | $3,475,000.00 | $11,166,929.00 |
| 00435624 | G | 00435624-1 | 06/20/2024 | 01/30/2025 | $124,000.00 | $397,259.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4489711 | 3718889.33 | 770821.67 | 10/01/2022 | 09/30/2025 | 66.001 |
| 3544551 | 3542894.53 | 1656.47 | 10/01/2022 | 09/30/2025 | 66.001 |
| 2145916 | 1830613.08 | 315302.92 | 07/01/2024 | 06/30/2025 | 66.432 |
| 500000 | 304165.64 | 195834.36 | 07/01/2024 | 06/30/2025 | 66.432 |
| 127500 | 126564.87 | 935.13 | 10/01/2024 | 06/30/2025 | 66.433 |
| 121550 | 53555.22 | 67994.78 | 10/01/2024 | 09/30/2025 | 66.433 |
| 4333281 | 3770876.2 | 562404.8 | 10/01/2022 | 09/30/2025 | 66.801 |
| 3200000 | 2657260.76 | 542739.24 | 07/01/2024 | 06/30/2026 | 66.432 |
| 1766106 | 1766106 | 0 | 10/01/2022 | 09/30/2025 | 66.805 |
| 1442070 | 1230388.74 | 211681.26 | 10/01/2022 | 09/30/2025 | 66.805 |
| 1388115 | 992210.48 | 395904.52 | 10/01/2022 | 09/30/2025 | 66.805 |
| 2533607 | 1728822.11 | 804784.89 | 10/01/2022 | 09/30/2025 | 66.805 |
| 3122081 | 3110329.87 | 11751.13 | 10/01/2022 | 09/30/2025 | 66.805 |
| 1269489 | 822624.2 | 446864.8 | 10/01/2022 | 09/30/2025 | 66.805 |
| 744000 | 592311.7 | 151688.3 | 10/01/2023 | 09/30/2025 | 66.454 |
| 807000 | 134003.37 | 672996.63 | 10/01/2024 | 09/30/2025 | 66.454 |
| 164000 | 0 | 164000 | 10/01/2024 | 09/30/2025 | 66.454 |
| 2391790 | 635539.16 | 1756250.84 | 01/01/2024 | 12/31/2025 | 66.454 |
| 657000 | 388644.33 | 268355.67 | 10/01/2020 | 09/30/2025 | 66.454 |
| 1939000 | 554292.5 | 1384707.5 | 10/01/2022 | 09/30/2025 | 66.454 |
| 1476000 | 895643.38 | 580356.62 | 10/01/2022 | 09/30/2027 | 66.454 |
| 151000 | 60400 | 90600 | 10/01/2023 | 09/30/2025 | 66.454 |
| 164000 | 65600 | 98400 | 10/01/2024 | 09/30/2025 | 66.454 |
| 1041000 | 609177.15 | 431822.85 | 10/01/2020 | 09/30/2025 | 66.460 |
| 1181000 | 873637.75 | 307362.25 | 10/01/2021 | 09/30/2026 | 66.460 |
| 1052000 | 557325.95 | 494674.05 | 10/01/2022 | 09/30/2026 | 66.460 |
| 1010000 | 364899.85 | 645100.15 | 10/01/2023 | 09/30/2027 | 66.460 |
| 4846500 | 4431686.92 | 414813.08 | 10/01/2020 | 09/30/2025 | 66.460 |
| 4968200 | 3504590.53 | 1463609.47 | 10/01/2021 | 09/30/2026 | 66.460 |
| 4967300 | 2671239.48 | 2296060.52 | 10/01/2022 | 09/30/2027 | 66.460 |
| 5054690 | 1351239.86 | 3703450.14 | 10/01/2023 | 09/30/2028 | 66.460 |
| 4762900 | 0 | 4762900 | 10/02/2024 | 09/30/2029 | 66.460 |
| 1693000 | 1219562.97 | 473437.03 | 09/01/2020 | 08/31/2025 | 66.460 |
| 1781700 | 1168712.14 | 612987.86 | 09/01/2021 | 08/31/2026 | 66.460 |
| 1877700 | 459392.39 | 1418307.61 | 08/01/2022 | 07/31/2027 | 66.460 |
| 1892850 | 422410.05 | 1470439.95 | 08/01/2023 | 07/31/2028 | 66.460 |
| 1825918 | 13723.1 | 1812194.9 | 10/01/2024 | 09/30/2029 | 66.460 |
| 1845200 | 1065795.17 | 779404.83 | 10/01/2020 | 09/30/2025 | 66.460 |
| 1845000 | 559582.69 | 1285417.31 | 10/01/2021 | 09/30/2026 | 66.460 |
| 1915500 | 428194.69 | 1487305.31 | 10/01/2022 | 09/30/2027 | 66.460 |
| 1872000 | 379358.09 | 1492641.91 | 10/01/2023 | 09/30/2028 | 66.460 |
| 1205355 | 529683.72 | 675671.28 | 10/01/2023 | 09/30/2026 | 66.032 |
| 200000 | 75157.85 | 124842.15 | 10/01/2023 | 09/30/2026 | 66.032 |
| 325000 | 80443.88 | 244556.12 | 10/01/2023 | 09/30/2026 | 66.032 |
| 554175 | 554175 | 0 | 10/01/2024 | 09/30/2025 | 66.419 |
| 811794 | 758130 | 53664 | 10/01/2023 | 09/30/2025 | 66.419 |
| 317848 | 0 | 317848 | 10/01/2024 | 09/30/2025 | 66.801 |
| 317848 | 0 | 317848 | 10/01/2024 | 09/30/2025 | 66.801 |
| 2744000 | 2161794.9 | 582205.1 | 10/01/2021 | 09/30/2025 | 66.432 |
| 1359000 | 933491.21 | 425508.79 | 10/01/2023 | 03/31/2026 | 66.432 |
| 3475000 | 3475000 | 0 | 10/01/2023 | 09/30/2025 | 66.432 |
| 124000 | 124000 | 0 | 10/01/2023 | 09/30/2025 | 66.433 |

Air Pollution Control Program Support
Air Pollution Control Program Support
State Public Water System Supervision
State Public Water System Supervision
State Underground Water Source Protection
State Underground Water Source Protection
Hazardous Waste Management State Program Support
State Public Water System Supervision
Leaking Underground Storage Tank Trust Fund Corrective Action Program
Leaking Underground Storage Tank Trust Fund Corrective Action Program
Leaking Underground Storage Tank Trust Fund Corrective Action Program
Leaking Underground Storage Tank Trust Fund Corrective Action Program
Leaking Underground Storage Tank Trust Fund Corrective Action Program
Leaking Underground Storage Tank Trust Fund Corrective Action Program
Water Quality Management Planning
Water Quality Management Planning
Water Quality Management Planning
Water Quality Management Planning
Water Quality Management Planning
Water Quality Management Planning
Water Quality Management Planning
Water Quality Management Planning
Water Quality Management Planning
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
Nonpoint Source Implementation Grants
State Indoor Radon Grants
State Indoor Radon Grants
State Indoor Radon Grants
Water Pollution Control State, Interstate, and Tribal Program Support
Water Pollution Control State, Interstate, and Tribal Program Support
Hazardous Waste Management State Program Support
Hazardous Waste Management State Program Support
State Public Water System Supervision
State Public Water System Supervision
State Public Water System Supervision
State Underground Water Source Protection

EPA_00043590

105 Air Pollution Control Program
WVDEP Section 105 FY23-24-25
Virginia Public Water System Supervision Program FY2025
WV State Public Water System Supervision Program FY25
Implementation of the West Virginia's 2024 Underground Injection Control Program
Implementation of the WV Underground Injection Control Program
RCRA 3011 Hazardous Waste Management Program
PADEP PWSS 00336525
LUST Program
WV DEP FY 23-25 Leaking Underground Storage Tanks Program
DE DNREC - Leaking Underground Storage Tank Program
VADEQ - FY23-25 Leaking Underground Storage Tank (LUST)
PADEP - FY 23-25 Leaking Underground Storage Tanks Program
DC DOEE - FY 23-25 Leaking Underground Storage Tanks Program
FY2024 MD Water Quality Planning for Technical Activities, Program Development and Management
FFY2025 MD Quality Planning for Technical Activities, Program Development and Management
FY25 State of Delaware 604(b) Workplan
Federal Water Pollution Control Act, Section 205 (j) (1) 604 (b) planning 23-24
 VADEQ WQMP 604(b) grant
VA VADEQ - Water Quality Management Planning &ndash; 604(b)
Water Quality Management Planning
FY24 DC 604b Water Quality Management Planning Projects
Water Quality Management Planning Projects
FY2021 District of Columbia CWA Section 319 Program
FY2022 District of Columbia CWA Section 319 NPS Management Program
FY 2023 DC Non-Point Source Management Program
DC Nonpoint Source Management Program
Nonpoint Source Program Grant
2021 Non-point Source Implementation 319 (h) Program
2022 Non-point Source Implementation 319 (h) Program
2023 Non-point Source Implementation 319(h) Program
2024 Non-Point Source Implementation 319(h) Program
VADEQ Section 319 NPS Implementation FY20
VADEQ - 2021 Section 319(h) Nonpoint Source Implementation Grant
VADEQ - 2022 Section 319(h) Nonpoint Source Implementation Grant
VADEQ - 2023 Section 319(h) Nonpoint Source Implementation Projects - Initial Request
VADEQ 2024 Section 319 Nonpoint Source
Section 319 Nonpoint Source Implementation Grant
Section 319 Nonpoint Source Implementation Grant
FY23 WVDEP 319 NPS
WVDEP Section 319 Nonpoint Source Implementation Grant
PADEP SIRG FY24-26
DEHHS FY24-26 State Indoor Radon Program

DCDOEE FY24-26 SIRG Grant Program
106(WPC) aids the State of West Virginia (WV) to carry out its program to maintain, protect, and improve the water quality of its rivers, lakes
SRBC FY24/FY25 Clean Water Act 106 Funding Project
Hazardous Waste Management State Program Support
Hazardous Waste Management State Program Support
State Public Water System Supervision
State Public Water System Supervision
 State Public Water System Supervision
State Underground Water Source Protection

EPA_00043591