| Applicant Type | Project Start Date | Project End Date | EPA Amount This Action: This Action | Assistance Listing Code |
|---|---|---|---|---|
| State | 7/1/2024 | 6/30/2031 | -226,138,000.00 | 66.468 |
| State | 7/1/2024 | 6/30/2031 | -5,413,320.00 | 66.458 |
| State | 7/1/2023 | 6/30/2027 | -2,742,702.00 | 66.046 |
| State | 8/1/2023 | 7/31/2025 | -548,178.00 | 66.804 |
| Special District | 7/5/2023 | 6/30/2026 | -307,375.00 | 66.034 |
| State Institution of Higher Learning | 7/1/2024 | 3/1/2026 | -69,814.00 | 66.951 |
| | 4/1/2024 | 4/1/2026 | $0.00 | 66.045 |
| State | 10/1/2023 | 9/30/2024 | $0.00 | 66.700 |
| Not for Profit | 1/1/2023 | 6/30/2028 | $0.00 | 66.202 |

| Assistance Listing Description |
| --- |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Clean Water State Revolving Funds |
| Climate Pollution Reduction Grants |
| Underground Storage Tank Prevention, Detection and Compliance Program Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act |
| Environmental Education Grants |
| Clean School Bus Program |
| Consolidated Pesticide Enforcement Cooperative Agreements |
| Congressionally Mandated Projects |

EPA_00044463

| Project Title |
| --- |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Fiscal Year 2024 Clean Water State Revolving Fund State Emerging Contaminant |
| Climate Pollution Reduction Grants |
| Underground Storage Tank Prevention Detection and Compliance Program |
| San Juan Basin Public Health Enhanced Ambient Air Monitoring Project |
| ENVIRONMENTAL EDUCATION - Youth-led Community Action in Palau |
| Evans Brant Central School District Clean School Bus Project/ Rebudget |
| FY24 FIFRA EPA WSDA Workplan |
| New Haven Harbor Green Infrastructure |

## Project Description

This action approves an award in the amount of $254,788,000 to Florida Department of Environmental Protection, Florida. Safe Drinking Wate

This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) program with a primary pu

This action provides funding under the Inflation Reduction Act (IRA) in the amount of $3,000,000 to South Carolina Department o

This agreement provides funding in the amount of $548,178 to the State of South Carolina Department of Health and Environmental Control

The agreement provides ambient air monitoring of pollutants of greatest concern (particulate matter, ozone, and volatile organic compounds) i

This project provides funding to University of Maine to implement its project, which will design, demonstrate, and disseminate environmental e

This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to Evans Brant Central School District (also known

This cooperative agreement continues the recipient's implementation of its pesticide regulatory and enforcement programs, including, but not

Project Description:  This agreement provides funding to Save the Sound Inc. to implement its project which will provide adaptive managemen

Message

**From**: Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**: 3/26/2025 9:09:23 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject**: Daily Summary Report of Grant Terminations as of 03/26/25
**Attachments**: Grant Termination List.xlsx

Up to 209. Note that 85 of the grants flagged on the 13th were at the point of close-out and were subsequently closed, which is why you will see a new category in column B titled 'Closed'.

Just over $410 million as well . . .

EPA_00044917

**Daily Summary Report of Assistance Agreement Terminations**
**Beginning January 20, 2025**
Data compiled as of 03/26/2025

| Grant Awarded? Yes, No , Closed | Cancel Date | FT Code Date | Program Code |
|---|---|---|---|
| No | 2/13/2025 | N/A | 5N |
| Yes | 2/21/2025 | 2/24/2025 | 51 |
| Yes | 2/21/2025 | 2/21/2025 | XJ |
| Yes | 2/21/2025 | 2/21/2025 | 5N |
| Yes | 2/21/2025 | 2/25/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | 5B |
| Yes | 2/21/2025 | 2/24/2025 | XJ |
| Yes | 2/21/2025 | 2/21/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | 5B |
| Yes | 2/21/2025 | 2/24/2025 | 5B |
| Yes | 2/21/2025 | 2/24/2025 | 5N |
| Yes | 2/21/2025 | 2/21/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | XJ |
| Yes | 2/21/2025 | 2/24/2025 | 5B |
| Yes | 2/21/2025 | 2/24/2025 | 51 |
| Yes | 2/21/2025 | 2/24/2025 | 51 |
| Yes | 2/22/2025 | 2/25/2025 | 5B |
| Yes | 2/22/2025 | 2/24/2025 | 5B |
| Yes | 2/22/2025 | 2/24/2025 | 5B |
| Yes | 2/24/2025 | 2/25/2025 | 5N |
| Yes | 2/25/2025 | 2/26/2025 | XJ |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |

| Grant Family (FAIN) | Grant No | Project Cost (EPA + Cost Share) | Cumulative Award Amount | Compass Remaining Amount (Estimate) | Awarding Region Code | AAShip | Project Start Date | Project End Date |
|---|---|---|---|---|---|---|---|---|
| 84082101 | 84082101-0 | $11,967,248 | $11,967,248 | $0.00 | EPA HQ | OEJECR | 5/1/2024 | 4/30/2027 |
| 00A01436 | 00A01436-1 | $500,000 | $500,000 | $331,894 | EPA R1 | R01 | 5/1/2024 | 2/21/2025 |
| 00E03450 | 00E03450-4 | $10,000,000 | $8,000,000 | $6,032,005 | EPA R5 | R05 | 6/1/2023 | 2/21/2025 |
| 00E03682 | 00E03682-1 | $8,000,000 | $8,000,000 | $6,776,965 | EPA R5 | R05 | 4/1/2024 | 2/21/2025 |
| 00I10501 | 00I10501-2 | $10,000,000 | $7,000,000 | $6,348,308 | EPA R8 | R08 | 5/1/2024 | 2/21/2025 |
| 03D03124 | 03D03124-1 | $500,000 | $500,000 | $344,607 | EPA R4 | R04 | 2/1/2024 | 2/21/2025 |
| 13746681 | 13746681-3 | $13,000,000 | $11,000,000 | $8,528,291 | EPA R4 | R04 | 9/1/2023 | 2/21/2025 |
| 84061101 | 84061101-0 | $10,000,000 | $8,000,000 | $5,435,871 | EPA HQ | OEJECR | 6/1/2024 | 2/21/2025 |
| 95314201 | 95314201-3 | $12,000,000 | $12,000,000 | $6,541,566 | EPA R3 | R03 | 7/1/2023 | 2/21/2025 |
| 95334801 | 95334801-1 | $500,000 | $500,000 | $478,160 | EPA R3 | R03 | 5/1/2024 | 2/21/2025 |
| 95338201 | 95338201-1 | $500,000 | $500,000 | $463,397 | EPA R3 | R03 | 2/1/2024 | 2/21/2025 |
| 95341301 | 95341301-1 | $8,000,000 | $8,000,000 | $6,821,157 | EPA R3 | R03 | 5/1/2024 | 2/21/2025 |
| 96701501 | 96701501-3 | $10,000,000 | $8,000,000 | $6,150,076 | EPA R7 | R07 | 4/1/2023 | 2/21/2025 |
| 98T65801 | 98T65801-3 | $9,999,999 | $8,100,000 | $6,492,862 | EPA R9 | R09 | 6/1/2023 | 2/21/2025 |
| 98T88701 | 98T88701-1 | $500,000 | $500,000 | $381,032 | EPA R9 | R09 | 3/1/2024 | 2/21/2025 |
| 98T91201 | 98T91201-1 | $500,000 | $500,000 | $465,754 | EPA R9 | R09 | 4/1/2024 | 2/21/2025 |
| 98T91501 | 98T91501-1 | $500,000 | $500,000 | $429,810 | EPA R9 | R09 | 5/1/2024 | 2/21/2025 |
| 02F50601 | 02F50601-1 | $500,000 | $500,000 | $232,243 | EPA R6 | R06 | 5/1/2024 | 2/21/2025 |
| 02F50801 | 02F50801-1 | $500,000 | $500,000 | $410,939 | EPA R6 | R06 | 4/1/2024 | 2/22/2025 |
| 02J56601 | 02J56601-1 | $500,000 | $500,000 | $410,393 | EPA R10 | R10 | 4/1/2024 | 2/22/2025 |
| 02J63801 | 02J63801-2 | $8,000,000 | $8,000,000 | $6,321,921 | EPA R10 | R10 | 3/1/2024 | 2/22/2025 |
| 00E03451 | 00E03451-2 | $10,000,000 | $4,000,000 | $2,467,892 | EPA R5 | R05 | 6/1/2023 | 2/25/2025 |
| 84108101 | 84108101-0 | $1,298,635 | $1,298,635 | $0 | EPA HQ | OCSPP | 3/31/2025 | 2/28/2030 |
| 84108601 | 84108601-0 | $2,146,625 | $2,146,625 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84109001 | 84109001-0 | $2,189,939 | $2,189,939 | $0 | EPA HQ | OCSPP | 12/1/2024 | 6/30/2027 |
| 84108501 | 84108501-0 | $2,445,363 | $2,445,363 | $0 | EPA HQ | OCSPP | 12/1/2024 | 11/30/2029 |
| 84108001 | 84108001-0 | $2,486,224 | $2,486,224 | $0 | EPA HQ | OCSPP | 1/15/2025 | 1/14/2030 |

**Project Title**

Initial Award UNITE-EJ: united network for Impact, Transformation, and Equity in Environmental Justice Communities
Green Jobs Corps: Growing a New Generation of New Haven Environmental Justice Problem-Solvers
Community Development and Technical Assistance to Advance Environment and Energy Justice in the Great Lakes Region
The Minneapolis Foundation TCGM Grant 1
Mountains and Plains Thriving Communities Collaborative (MaPTCC)
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Community Investment Recovery Center (CIRC): A U.S. EPA Enviornmental Justice Thriving Communities Technical Assistance Center (TCTAC)
Environmental Justice Thriving Communities tehcnical Assistance Center (EJ TCTAC)
Mid-Atlantic-Thriving Communities Hub (Match)
Hunting Park Community-Led Climate Resilience and Empowerment Project
Building Community Resilience in Virgina's Coalfields with Place-bsed Climate Change Adaption
TCGM Initial Award - Green & Healthy Homes Initiative will act as pass-through entity for EPA's EJ thriving Communities Grantmaking Program, R3
Environmental Justice Thriving Communities Technical Assistance Centers Program
Special Purpose Activities Related to Environmental Justice
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Vulnerable to Vibrant: Solar Workforce Development Trainings, Illegal Dumpling Abatement, and Environmental Justice Community
Justice in the Air: The Partnership for Community Health Equity
Creating Equitable and Low-Impact Transportation To and Along the Oregon Coast
Northwest Network for Environmental Justice-Initial Award
EPA Region V Environmental Justice Thriving Communities Technical Assistance Center (EJ TCTAC) Program Community-Led Alliance by Blacks
EPD Development for Construction Materials & Products that Reduce Climate Change Impacts and Advance the Circular Economy
National Glass Association FR
EPD Assistance Grant - Exterior Insulation - EIFS
Portland Cement Association (PCA) - Reducing Embodied Greenhouse Gas Emissions for Cementitious Materials
Technical Assistance Program to Reduce Embodied Greenhouse Gas Emissions for Construction Materials and Products

| Application Name | Applicant State | Assistance Listing Code |
|---|---|---|
| Climate Justice Alliance | CA | 66.615 |
| New Haven Ecology Project Inc | CT | 66.306 |
| Regents of the University of Minnesota | MN | 66.309 |
| Minneapolis Foundation | MN | 66.615 |
| Montana State University | MT | 66.309 |
| Parks Alliance of Louisville, Inc. | KY | 66.306 |
| Deep South Center for Environmental Justice Inc | LA | 66.309 |
| Institute for Sustainable Communities | VT | 66.309 |
| National Wildlife Federation | VA | 66.309 |
| Nueva Esperanza Inc | PA | 66.306 |
| Appalachian Voices | NC | 66.306 |
| Green & Healthy Homes Initiative Inc | MD | 66.615 |
| Wichita State University | KS | 66.309 |
| San Diego State University Foundation | CA | 66.309 |
| Bayview Hunters Point Community Advocates Inc. | CA | 66.306 |
| Council for Native Hawaiian Advancement | HI | 66.306 |
| The Friendship House Association of American Indians | CA | 66.306 |
| Black united Fund of Texas, Inc. | TX | 66.306 |
| Earth Care International | NM | 66.306 |
| Oregon Coast Visitors Association, Inc | OR | 66.306 |
| Philanthropy Northwest | WA | 66.615 |
| BIG, NFP | IL | 66.309 |
| Rochester Institute of Technology | NY | 66.721 |
| National Glass Association | VA | 66.721 |
| EIFS Industry Members Association | VA | 66.721 |
| Portland Cement Association | DC | 66.721 |
| West Virginia University Research Corporation | WV | 66.721 |

**Assistance Listing Description**

Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM)
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products

EPA_00044922

| | | | |
|---|---|---|---|
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| No | 3/4/2025 | N/A | 5P |
| Yes | 3/7/2025 | 3/7/2025 | AI |
| No | 3/7/2025 | N/A | AI |
| No | 3/7/2025 | N/A | AI |
| No | 3/7/2025 | N/A | AI |
| Yes | 3/7/2025 | 3/7/2025 | AI |
| Yes | 3/7/2025 | 3/7/2025 | AI |
| Yes | 3/10/2025 | 3/11/2025 | 52 |
| Yes | 3/11/2025 | 3/11/2025 | 51 |
| Yes | 3/11/2025 | 3/12/2025 | XJ |
| Yes | 3/12/2025 | 3/12/2025 | 51 |
| Yes | 3/12/2025 | 3/12/2025 | 5B |
| Yes | 3/12/2025 | 3/12/2025 | 5C |
| Yes | 3/12/2025 | 3/12/2025 | 5C |
| Yes | 3/12/2025 | 3/12/2025 | AJ |
| Yes | 3/12/2025 | 3/12/2025 | AJ |
| Yes | 3/12/2025 | 3/12/2025 | AJ |
| Yes | 3/12/2025 | 3/12/2025 | EC |
| Yes | 3/12/2025 | 3/12/2025 | EC |
| Yes | 3/12/2025 | 3/12/2025 | XJ |
| Yes | 3/12/2025 | 3/21/2025 | AJ |

EPA_00044923

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 84107101 | 84107101-0 | $2,499,999 | $2,499,999 | $0 | EPA HQ | OCSPP | 2/1/2025 | 1/31/2029 |
| 84106801 | 84106801-0 | $3,268,757 | $3,268,757 | $0 | EPA HQ | OCSPP | 3/1/2025 | 2/29/2028 |
| 84108901 | 84108901-0 | $3,500,000 | $3,500,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 1/1/2027 |
| 84108701 | 84108701-0 | $3,887,329 | $3,887,329 | $0 | EPA HQ | OCSPP | 2/1/2025 | 1/31/2030 |
| 84109301 | 84109301-0 | $4,222,307 | $4,222,307 | $0 | EPA HQ | OCSPP | 3/1/2025 | 2/28/2030 |
| 84110601 | 84110601-0 | $4,662,182 | $4,662,182 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84110001 | 84110001-0 | $6,000,000 | $6,000,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84111301 | 84111301-0 | $6,000,000 | $6,000,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84107801 | 84107801-0 | $6,186,200 | $6,186,200 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84108301 | 84108301-0 | $6,371,426 | $6,371,426 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84107301 | 84107301-0 | $9,632,293 | $9,632,293 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84111101 | 84111101-0 | $9,696,503 | $9,696,503 | $0 | EPA HQ | OCSPP | 3/1/2025 | 2/28/2030 |
| 84110301 | 84110301-0 | $9,975,000 | $9,975,000 | $0 | EPA HQ | OCSPP | 4/1/2025 | 3/31/2030 |
| 84108801 | 84108801-0 | $9,990,311 | $9,990,311 | $0 | EPA HQ | OCSPP | 9/1/2024 | 8/31/2029 |
| 84107001 | 84107001-0 | $9,990,668 | $9,990,668 | $0 | EPA HQ | OCSPP | 9/1/2024 | 8/31/2029 |
| 84107901 | 84107901-0 | $10,000,000 | $10,000,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 |
| 84081901 | 84081901-1 | $500,000 | $500,000 | $456,449 | EPA HQ | OCFO | 4/1/2024 | 3/7/2025 |
| 84107501 | 84107501-0 | $200,400 | $200,400 | $0 | EPA HQ | OCFO | 1/1/2025 | 12/31/2025 |
| 84106001 | 84106001-0 | $500,000 | $500,000 | $0 | EPA HQ | OCFO | 1/1/2025 | 12/31/2027 |
| 84106101 | 84106101-0 | $500,000 | $500,000 | $0 | EPA HQ | OCFO | 1/1/2025 | 12/31/2027 |
| 84083801 | 84083801-2 | $499,976 | $499,976 | $348,546 | EPA HQ | OCFO | 5/1/2024 | 3/7/2025 |
| 84085601 | 84085601-1 | $499,437 | $499,437 | $412,729 | EPA HQ | OCFO | 6/1/2024 | 3/7/2025 |
| 02J57401 | 02J57401-1 | $877,458 | $877,458 | $756,942 | EPA R10 | R10 | 2/1/2024 | 3/10/2025 |
| 00A01311 | 00A01311-2 | $500,000 | $500,000 | $476,118 | EPA R1 | R01 | 10/1/2024 | 3/11/2025 |
| 95316401 | 95316401-3 | $48,902 | $40,000 | $16,898 | EPA R3 | R03 | 9/1/2023 | 3/11/2025 |
| 95335201 | 95335201-1 | $500,000 | $500,000 | $483,159 | EPA R3 | R03 | 6/1/2024 | 3/11/2025 |
| 95337401 | 95337401-1 | $490,912 | $490,912 | $481,289 | EPA R3 | R03 | 7/1/2024 | 3/11/2025 |
| 95336201 | 95336201-2 | $1,000,000 | $1,000,000 | $990,805 | EPA R3 | R03 | 3/1/2024 | 3/12/2025 |
| 95336301 | 95336301-1 | $460,459 | $460,459 | $460,459 | EPA R3 | R03 | 6/1/2024 | 3/11/2025 |
| 95336401 | 95336401-1 | $1,000,000 | $1,000,000 | $980,972 | EPA R3 | R03 | 2/1/2024 | 3/11/2025 |
| 95336901 | 95336901-1 | $1,000,000 | $1,000,000 | $978,000 | EPA R3 | R03 | 5/1/2024 | 3/12/2025 |
| 01D19220 | 01D19220-3 | $200,000 | $200,000 | $0 | EPA R4 | R04 | 10/1/2020 | 3/12/2025 |
| 84037001 | 84037001-2 | $199,983 | $199,983 | $35,920 | EPA HQ | OEJECR | 4/1/2022 | 3/12/2025 |
| 84037101 | 84037101-2 | $200,000 | $200,000 | $7,645 | EPA HQ | OEJECR | 5/1/2022 | 3/12/2025 |
| 84061001 | 84061001-2 | $10,000,000 | $4,750,000 | $250,000 | EPA HQ | OEJECR | 9/1/2023 | 3/12/2025 |
| 84034101 | 84034101-3 | $200,000 | $200,000 | $21,037 | EPA HQ | OEJECR | 10/1/2021 | 3/12/2025 |

Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Uncertainty Assessment Framework for Robust PCRs of Salvaged and Remanufactured Construction Materials
Northwest Building Sustainability Initiative: Enhancing EPD Development for Oregon and Washington Manufacturers
Rebuilding Exchange - FR
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Label Program for Advancing EPD Adoption
AWC: Expanding data and enhancing transparency of U.S. Wood Products
ACMA-IACMI Circle FR
Enabling Robust EPDs for Biogenic Building Materials
SteelEPD: Accelerating Steel Industry Sustainability through Robust Data and EPD Genration
NRMCA Accelerating Concretes' Drive to Carbon Neutrality FR
ACLCA Robust EPD three-pronged 'WED' Approach - Workforce development (W), EPD standardization E, and Data integration and harmonization
PCI FR
FY25 Oklahoma State University EPD Assistance Grant
Validating and Expanding Research and Education for LCA Policy (VERE-LCA)
FY25 NAPA EPD Assistance
Prepared: Building evidence-based tools to integrate community experiences
DataGen Prepared
Strengthening Reporting Capacity in Rural Alaska Municipal and Tribal Governments
Prepared: Building capacity for community leaders nationwide to apply, manage, and meet grant reporting requirements
Promoting Readiness and Enhancing Proficiency to Advance Reporting and Data for the Gullah Geechee Nation
Data Equity for Community Impact
Advancing tree equity and environmental justice in Spokane County through urban forestry career development and educational programs.
Collaborating for Tree Equity in Providence
Girl Scouts Healthy Living Champions
Reducing Childhood Asthma by Improving Indoor Air Quality in Affordable Mulifamily Housing
Monitoring Air Toxics and Assessing Benefits of Reduced Air Pollution from the Delaware City Refinery.
Enhancing, Strengthening and Scaling Action on Environmental Justice in Philadelphia
Climate Resilience Cohort
Community Engagement Pilot Project in Environmental Justice Communities Overburdened with PFS Contamination in Drinking Water
Environmental justice collaboration to improve air quality and community resiliency for both human health and environmental well-being in South Ba
State Environmental Justice Cooperative Agreement Program
EJCPS/ARP - Climate Resiliency in Yurok and Karuk Ancestral Territories
Healthy Communities
National Indian Health Board Environmental Justice Thriving Communities Technical Assistance Center
SEJCA / ARP Reducing Household Asthma Triggers by Addressing the Digital Divide to Improve Children's Health and Mitigate COVID-19 Impacts

| | | |
|---|---|---|
| Cornell University | NY | 66.721 |
| University of Texas at Austin | MC | 66.721 |
| International Code Council, Inc. | IL | 66.721 |
| Evanston Rebuilding Warehouse | IL | 66.721 |
| University of California, Davis | CA | 66.721 |
| International Living Future Institute | OR | 66.721 |
| American Wood Council | VA | 66.721 |
| Collaborative Composite Solutions Corp | TN | 66.721 |
| Hemp Building Institute | TN | 66.721 |
| University of Massachusetts Lowell | MA | 66.721 |
| National Ready-Mixed Concrete Association | VA | 66.721 |
| American Center for Life Cycle Assessment | MD | 66.721 |
| Prestressed Concrete Institute | IL | 66.721 |
| Oklahoma State University | OK | 66.721 |
| University of Washington | WA | 66.721 |
| National Asphalt Pavement Association Inc | MD | 66.721 |
| University of Massachusetts Dartmouth | MA | 66.203 |
| SaNDAI Cares | VA | 66.203 |
| Alaska Municipal League | AK | 66.203 |
| University of Massachusetts Dartmouth | MA | 66.203 |
| Palmetto Futures | NC | 66.203 |
| New Growth Innovation Network, Inc | FL | 66.203 |
| Spokane Conservation District | WA | 66.312 |
| The Nature Conservancy | VA | 66.306 |
| Girls Scouts of Black Diamond Council, Inc. | WV | 66.309 |
| National Housing Trust | DC | 66.306 |
| Clean Air Council | DE | 66.306 |
| City of Philadelphia | PA | 66.312 |
| County of Albemarle | VA | 66.312 |
| WV Dept of Environmental Protection | WV | 66.312 |
| The Environment Maryland Departmetn of | MD | 66.312 |
| South Carolina Department of Environmental Services | SC | 66.312 |
| Yurok Tribe | CA | 66.306 |
| Metro Community Ministries | GA | 66.306 |
| National Indian Health Board | | 66.309 |
| Department of Energy and Environment | DC | 66.312 |

EPA_00044926

Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Finance Center Grants
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Government-to-Government (EJG2G) Program

| | | | |
|---|---|---|---|
| Yes | | 3/21/2025 | 3/21/2025 XJ |
| Yes | | 3/21/2025 | 3/21/2025 EC |
| Yes | | 3/21/2025 | 3/21/2025 EC |
| Yes | | 3/21/2025 | 3/21/2025 AJ |
| Yes | | 3/21/2025 | 3/21/2025 52 |
| Yes | | 3/21/2025 | 3/21/2025 5C |
| Yes | | 3/21/2025 | 3/21/2025 EC |
| No | | 3/24/2025 N/A | 5Z |
| Yes | | 3/24/2025 | 3/24/2025 AJ |
| Yes | | 3/24/2025 | 3/24/2025 EC |
| Yes | | 3/24/2025 | 3/25/2025 EC |
| Yes | | 3/24/2025 | 3/24/2025 5F |
| Yes | | 3/21/2025 | 3/24/2025 AJ |
| Yes | | 3/21/2025 | 3/24/2025 AJ |
| Yes | | 3/21/2025 | 3/24/2025 5B |
| Yes | | 3/21/2025 | 3/24/2025 5B |
| Yes | | 3/21/2025 | 3/24/2025 5B |
| Yes | | 3/21/2025 | 3/24/2025 5B |
| Yes | | 3/21/2025 | 3/24/2025 5B |
| Yes | | 3/21/2025 | 3/24/2025 5B |
| Yes | | 3/21/2025 | 3/24/2025 51 |
| Yes | | 3/21/2025 | 3/24/2025 51 |
| Yes | | 3/21/2025 | 3/24/2025 5C |
| Yes | | 3/21/2025 | 3/24/2025 52 |
| Yes | | 3/21/2025 | 3/24/2025 5B |
| Yes | | 3/21/2025 | 3/24/2025 AJ |
| Yes | | 3/21/2025 | 3/24/2025 5C |
| Yes | | 3/21/2025 | 3/24/2025 51 |
| Yes | | 3/21/2025 | 3/24/2025 5C |
| Yes | | 3/21/2025 | 3/24/2025 5C |
| Yes | | 3/21/2025 | 3/24/2025 52 |
| Yes | | 3/21/2025 | 3/24/2025 5C |
| Yes | | 3/21/2025 | 3/24/2025 5B |
| Yes | | 3/21/2025 | 3/24/2025 AJ |
| Yes | | 3/21/2025 | 3/24/2025 5C |
| Yes | | 3/21/2025 | 3/24/2025 52 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 84060301 | 84060301-4 | $10,000,000 | $10,000,000 | $8,277,730 | EPA HQ | OEJECR | 8/1/2023 | 3/21/2025 |
| 84036501 | 84036501-2 | $200,000 | $200,000 | $1 | EPA HQ | OEJECR | 6/1/2022 | 3/21/2025 |
| 84037401 | 84037401-2 | $200,000 | $200,000 | $37,001 | EPA HQ | OEJECR | 4/1/2022 | 3/21/2025 |
| 84032601 | 84032601-4 | $200,000 | $200,000 | $124,762 | EPA HQ | OEJECR | 10/1/2021 | 3/21/2025 |
| 02J57901 | 02J57901-1 | $997,622 | $997,622 | $962,072 | EPA R10 | R10 | 7/1/2024 | 3/11/2025 |
| 02J58001 | 02J58001-1 | $997,374 | $997,374 | $781,343 | EPA R10 | R10 | 4/1/2024 | 3/12/2025 |
| 84037701 | 84037701-2 | $200,000 | $200,000 | $0 | EPA HQ | OEJECR | 5/1/2022 | 3/21/2025 |
| 02J94801 | 02J94801-0 | $400,000 | $260,000 | $0 | EPA R10 | R10 | 1/1/2025 | 4/30/2026 |
| 84032801 | 84032801-4 | $200,000 | $200,000 | $90,000 | EPA HQ | OEJECR | 10/1/2021 | 3/12/2025 |
| 84036901 | 84036901-2 | $200,000 | $200,000 | $53,323 | EPA HQ | OEJECR | 7/1/2022 | 3/24/2025 |
| 84037901 | 84037901-2 | $199,911 | $199,911 | $20,855 | EPA HQ | OEJECR | 1/1/2022 | 3/24/2025 |
| 84098801 | 84098801-1 | $5,300,000 | $4,900,000 | $3,586,748 | EPA HQ | OCSPP | 10/1/2024 | 3/24/2025 |
| 98T29801 | 98T29801-3 | $200,000 | $200,000 | $46,538 | EPA R9 | R09 | 10/1/2021 | 3/21/2025 |
| 98T29901 | 98T29901-1 | $199,781 | $199,781 | $48,598 | EPA R9 | R09 | 10/1/2021 | 3/21/2025 |
| 98T88001 | 98T88001-1 | $500,000 | $500,000 | $500,000 | EPA R9 | R09 | 11/1/2024 | 3/21/2025 |
| 98T88201 | 98T88201-1 | $500,000 | $500,000 | $438,159 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T88301 | 98T88301-1 | $450,000 | $450,000 | $352,253 | EPA R9 | R09 | 1/1/2024 | 3/21/2025 |
| 98T88401 | 98T88401-1 | $500,000 | $500,000 | $500,000 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T88601 | 98T88601-1 | $500,000 | $500,000 | $482,196 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T88801 | 98T88801-1 | $500,000 | $500,000 | $159,938 | EPA R9 | R09 | 1/1/2024 | 3/21/2025 |
| 98T88901 | 98T88901-1 | $500,000 | $500,000 | $481,701 | EPA R9 | R09 | 6/1/2024 | 3/21/2025 |
| 98T89001 | 98T89001-1 | $500,000 | $500,000 | $395,981 | EPA R9 | R09 | 2/15/2024 | 3/21/2025 |
| 98T89601 | 98T89601-1 | $1,000,000 | $1,000,000 | $956,075 | EPA R9 | R09 | 7/1/2024 | 3/21/2025 |
| 98T89701 | 98T89701-1 | $981,042 | $981,042 | $980,014 | EPA R9 | R09 | 6/1/2024 | 3/21/2025 |
| 98T89801 | 98T89801-1 | $500,000 | $500,000 | $389,203 | EPA R9 | R09 | 5/1/2024 | 3/21/2025 |
| 98T89901 | 98T89901-1 | $999,994 | $999,994 | $999,994 | EPA R9 | R09 | 5/1/2024 | 3/21/2025 |
| 98T90001 | 98T90001-1 | $1,000,000 | $1,000,000 | $257,204 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T90101 | 98T90101-2 | $150,000 | $150,000 | $111,063 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T90201 | 98T90201-1 | $1,000,000 | $1,000,000 | $790,314 | EPA R9 | R09 | 4/15/2024 | 3/21/2025 |
| 98T90301 | 98T90301-1 | $1,000,000 | $1,000,000 | $995,669 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T90401 | 98T90401-2 | $1,000,000 | $1,000,000 | $638,228 | EPA R9 | R09 | 5/1/2024 | 3/21/2025 |
| 98T90601 | 98T90601-1 | $1,000,000 | $1,000,000 | $774,373 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 98T90701 | 98T90701-1 | $568,000 | $500,000 | $343,213 | EPA R9 | R09 | 5/1/2024 | 3/21/2025 |
| 98T91401 | 98T91401-2 | $1,000,000 | $1,000,000 | $931,833 | EPA R9 | R09 | 7/1/2024 | 3/21/2025 |
| 98T91601 | 98T91601-1 | $582,055 | $582,055 | $564,975 | EPA R9 | R09 | 6/12/2024 | 3/21/2025 |
| 02J57501 | 02J57501-1 | $999,587 | $999,587 | $836,926 | EPA R10 | R10 | 3/1/2024 | 3/21/2025 |

Environmental Justice Thriving Communities Technical Assistance Centers Program (EJ TCTAC)
Safe, Healthy, and Resilient Housing in post-Hurricane Florida
Resilient People, Resilient Places, Creating a Community-based Model for Climate Resilience in Metro Kansas City
ARP / SEJCA Air Related Community Engagement for COVID-19 Response
Buiilding Community Resiliency to the Hazards of Smoke and Wildfires
Building climate change resiliency and protecting health through smoke disaster preparedness (smoke-readiness)
EJCPS / ARP - Climate Plus: Going Beyond Weatherization to Healthy Air Quality in Low Income Homes
Colville Tribes Zero Emissions refuse Hauler Pilot Project
ARP / SEJCA - VADEQ EJ Training Academy and EJ Map-Based Tool
EJCPS / ARP Building Neighborhood Stewardship in the Masonville Cove Watershed.
Environmental Justice Collaborative Problem-Solving - Urban Integrated Pest Management Technician Training
Water utility workforce development benefitting disadvantaged communities, reducing greenhouse gas emissions and other pollutants.
State Environmental Justice Cooperative Agreement - Air Quality Community Training
State Environmental Justice Cooperative Agreement Program - Clean Air Project
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Inflation Reduction Act &ndash; Environmental Justice Government-To-Government (EJG2G) Program
Inflation Reduction Act &ndash; Environmental Justice Government-to-Government
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Environmental Justice Government to Government - TheCalifornia Extreme Heat Adaptation Planning Guide
Inflation Reduction Act - Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement - IRA
Inflation Reduction Act &ndash; Environmental Justice Government-To-Government
Inflation Reduction Act &ndash; Environmental Justice Government-To-Government
Inflation Reduction Act &ndash; Environmental Justice Government-to-Government
Inflation Reduction Act &ndash; Environmental Justice Government-To-Government
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Environmental Justice Government-To-Government
Inflation Reduction Act - Environmental Justice Government-To-Government
Rockwood Environmental Justice and Climate Resilience

| | | |
|---|---|---|
| Internatioal City/County Mgmt. Assoc. | DC | 66.309 |
| Pioneer Bay Community Development Corporation | FL | 66.306 |
| Mid America Regional Council Comm Svcs Corp | MO | 66.306 |
| AL Department Environmental Management | AL | 66.312 |
| Lane Regional Air Protection Agency | OR | 66.312 |
| County of, Chelan | WA | 66.312 |
| SEEED Inc | TN | 66.306 |
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM | WA | 66.049 |
| Commonwealth of Virginia Dept. of Env. Quality | VA | 66.312 |
| Greater Baybrook Alliance, Inc. | MD | 66.306 |
| Energy Coordinating Agency of Philadelphia, Inc. | PA | 66.306 |
| Energy Innovation Center Institute, Inc. | PA | 66.616 |
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT | CA | 66.312 |
| TOHONO O'ODHAM NATION | AZ | 66.312 |
| NORTHERN NEVADA INSTITUTE FOR PUBLIC HEALTH | NV | 66.306 |
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK | CA | 66.306 |
| TERRAGRAPHICS INTERNATIONAL FOUNDATION, INC. | ID | 66.306 |
| COMMUNITY HEALTH COUNCILS INC | CA | 66.306 |
| WEST OAKLAND ENVIRONMENTAL INDICATORS PROJECT | CA | 66.306 |
| GoG - GRADES OF GREEN, INC. | CA | 66.306 |
| QUAIL BOTANICAL GARDENS FOUNDATION, INC. | CA | 66.306 |
| k8562 - Kaunalewa | HI | 66.306 |
| CITY AND COUNTY OF SAN FRANCISCO | CA | 66.312 |
| CITY OF SACRAMENTO | CA | 66.312 |
| AMISTADES, INC | AZ | 66.306 |
| GOVERNORS OFFICE OF PLANNING & RESEARCH | CA | 66.312 |
| San Joaquin Valley Unified APCD | CA | 66.312 |
| Bisbee Science Exploration and Research Center, Inc | AZ | 66.306 |
| City & County of Honolulu - DBFS | HI | 66.312 |
| CoS - COUNTY OF STANISLAUS | CA | 66.312 |
| CITY OF FLAGSTAFF | AZ | 66.312 |
| San Diego County Air Pollution Control District | CA | 66.312 |
| RED FEATHER DEVELOPMENT GROUP | AZ | 66.306 |
| Public Health, California Department of | CA | 66.312 |
| THE BUENA VISTA RANCHERIA OF THE ME-WUK INDIANS | CA | 66.312 |
| Multnomah County | OR | 66.312 |

EPA_00044931

Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Clean Heavy-Duty Vehicles Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental and Climate Justice Block Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program

| | | | |
|---|---|---|---|
| Yes | | 3/21/2025 | 3/24/2025 5C |
| Yes | | 3/21/2025 | 3/24/2025 5C |
| Yes | | 3/21/2025 | 3/24/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 EQ |
| Yes | | 3/25/2025 | 3/25/2025 AJ |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 AK |
| Yes | | 3/25/2025 | 3/25/2025 AJ |
| Yes | | 3/25/2025 | 3/25/2025 5C |
| Yes | | 3/25/2025 | 3/25/2025 AJ |
| Yes | | 3/25/2025 | 3/25/2025 5C |
| Yes | | 3/25/2025 | 3/25/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 ED |
| Yes | | 3/25/2025 | 3/25/2025 AJ |
| Yes | | 3/25/2025 | 3/25/2025 51 |
| Yes | | 3/25/2025 | 3/25/2025 5B |
| Yes | | 3/25/2025 | 3/25/2025 52 |
| Yes | | 3/25/2025 | 3/26/2025 5C |
| Yes | | 3/26/2025 | 3/26/2025 52 |
| Yes | | 3/26/2025 | 3/26/2025 52 |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EC |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02J57701 | 02J57701-1 | $1,000,000 | $1,000,000 | $781,995 | EPA R10 | R10 | 4/1/2024 | 3/21/2025 |
| 02J57801 | 02J57801-1 | $1,000,000 | $1,000,000 | $915,601 | EPA R10 | R10 | 3/1/2024 | 3/21/2025 |
| 98T89501 | 98T89501-1 | $500,000 | $500,000 | $326,411 | EPA R9 | R09 | 4/1/2024 | 3/21/2025 |
| 02F06301 | 02F06301-3 | $107,090 | $75,000 | $40,826 | EPA R6 | R06 | 8/15/2022 | 3/25/2025 |
| 02F64501 | 02F64501-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R6 | OEJECR | 10/1/2024 | 3/25/2025 |
| 02F50201 | 02F50201-1 | $150,000 | $150,000 | $128,333 | EPA R6 | R06 | 7/15/2024 | 3/25/2025 |
| 02F50301 | 02F50301-1 | $499,876 | $499,876 | $78,600 | EPA R6 | R06 | 7/1/2024 | 3/25/2025 |
| 02F50401 | 02F50401-2 | $500,000 | $500,000 | $451,537 | EPA R6 | R06 | 6/1/2024 | 3/25/2025 |
| 02F50501 | 02F50501-2 | $425,616 | $425,616 | $349,406 | EPA R6 | R06 | 4/1/2024 | 3/25/2025 |
| 02F50701 | 02F50701-1 | $500,000 | $500,000 | $500,000 | EPA R6 | R06 | 6/15/2024 | 3/25/2025 |
| 02F50901 | 02F50901-1 | $500,000 | $500,000 | $446,676 | EPA R6 | R06 | 8/1/2024 | 3/25/2025 |
| 02F51601 | 02F51601-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R6 | R06 | 10/1/2024 | 3/25/2025 |
| 02F51701 | 02F51701-1 | $1,000,000 | $1,000,000 | $979,830 | EPA R6 | R06 | 4/1/2024 | 3/25/2025 |
| 02F51801 | 02F51801-1 | $999,367 | $999,367 | $999,367 | EPA R6 | R06 | 6/1/2024 | 3/25/2025 |
| 02F52101 | 02F52101-1 | $1,000,000 | $1,000,000 | $1,000,000 | EPA R6 | R06 | 10/1/2024 | 3/25/2025 |
| 02F52401 | 02F52401-1 | $652,664 | $652,664 | $652,664 | EPA R6 | R06 | 12/15/2024 | 3/25/2025 |
| 02F53801 | 02F53801-1 | $499,996 | $499,996 | $499,996 | EPA R6 | R06 | 8/1/2024 | 3/25/2025 |
| 02F59601 | 02F59601-1 | $50,000 | $50,000 | $30,238 | EPA R6 | R06 | 9/15/2024 | 3/25/2025 |
| 02F64601 | 02F64601-1 | $1,074,619 | $1,000,000 | $993,423 | EPA R6 | R06 | 10/1/2024 | 3/25/2025 |
| 02F73901 | 02F73901-1 | $500,000 | $500,000 | $498,039 | EPA R6 | R06 | 1/1/2025 | 3/25/2025 |
| 02F74001 | 02F74001-1 | $500,000 | $500,000 | $500,000 | EPA R6 | R06 | 2/1/2025 | 3/25/2025 |
| 02F52201 | 02F52201-1 | $999,960 | $999,960 | $984,150 | EPA R6 | R06 | 9/1/2024 | 3/25/2025 |
| 02F66601 | 02F66601-1 | $539,452 | $539,452 | $534,886 | EPA R6 | R06 | 4/1/2024 | 3/25/2025 |
| 95337601 | 95337601-1 | $1,000,000 | $1,000,000 | $981,813 | EPA R3 | R03 | 4/1/2024 | 3/26/2025 |
| 95337801 | 95337801-3 | $930,411 | $930,411 | $885,562 | EPA R3 | R03 | 5/1/2024 | 3/26/2025 |
| 84032401 | | $200,000 | $200,000 | $0 | EPA HQ | OEJECR | 10/1/2021 | 9/30/2024 |
| 84036801 | | $163,136 | $163,136 | $0 | EPA HQ | OEJECR | 6/1/2022 | 5/31/2024 |
| 84043401 | | $75,000 | $75,000 | $0 | EPA HQ | OEJECR | 5/1/2022 | 3/31/2024 |
| 84049001 | | $52,533 | $52,533 | $0 | EPA HQ | OEJECR | 2/1/2023 | 1/31/2024 |
| 84049201 | | $85,163 | $85,163 | $0 | EPA HQ | OEJECR | 2/1/2023 | 1/31/2024 |
| 84050001 | | $62,534 | $62,534 | $0 | EPA HQ | OEJECR | 2/1/2023 | 5/31/2024 |
| 95812300 | | $75,000 | $75,000 | $0 | EPA R8 | R08 | 7/1/2022 | 12/31/2023 |
| 95812400 | | $75,000 | $75,000 | $0 | EPA R8 | R08 | 7/5/2022 | 3/29/2024 |
| 95815070 | | $75,000 | $75,000 | $0 | EPA R8 | R08 | 5/3/2022 | 3/31/2024 |
| 95820412 | | $200,000 | $200,000 | $0 | EPA R8 | R08 | 10/1/2021 | 12/31/2023 |
| 95820612 | | $200,000 | $200,000 | $0 | EPA R8 | R08 | 2/11/2022 | 1/31/2024 |

EPA_00044934

Healthy and Resilient Communities Project
Community-Led Wildfire Preparedness Initiative
Inflation Reduction Act &ndash; Environmental Justice Collaborative Problem-Solving
Community Awareness - COVID and Climate Change (CAC)
Conservation Protection Restoration Authority (CPRA) - Piloting insurance solutions to increase equitable disaster response in Coastal Louisiana
Environmental Impact & Education in Southwest Louisiana
Resilient Communities: The Gentilly Beehive Microgrid Community Resilience Project
Sewa International Linear Forest Program
Engaging K-12 communities in Civic Science to Monitor Air Quality and Watershed Health in Greater Houston
DigDeep's Colonias Water Project will bring short-and long-term safe water solutions to the residents of the Hueco Tanks colonia.
Cultivating a Diverse Green Economy in New Orleans through Youth Environmental Education and Land Stewardship
Louisiana Department of Health EJG2G
Project San Juan County, New Mexico
The Chickasaw Nation's Environmental Justice Government to Government Grant Application
FY2024 Air Monitoring Project - Air Monitoring Van
Breathe Easy 3 Pilot for the Forest District
NEOKC Environmental Placekeeping
Community Outreach and eduation - Fifth Ward/Kashmere Gardens UPRR Site
Environmental Justice Government to Government Program - Louisiana International Terminal Sustainability Management Plan
Navajo Nation Elders Tree and Garden Planting at Assisted Living Centers in Gallup, New Mexico
Addressing Public Health and Environmental Justice Issues in Tribal Nations
Environmental Justice/Climate Resiliency
Recycling Infrastructure Project
Environmental Justice issues in the City of McKeesport
Environmental Justice Government to Government Grant
ARP / SEJCA - YH2O+Expansion Project
Collaborating on Restoration (CORE): Youth and Community-Driven Environmental Stewardship in New Orleans East (LA)
EJCPS / ARP Table to Farm Sana Monica Bay Restoration Foundation
Kaw Nation Environmental Department
FY2023 Otoe-Missouria Rescue Plan
Mescalero Apache Tribe - EJ Air Sensor Project
Clean Air - Healthy Hoes: Co-Creating a Wildfire Smoke Ready Community
Supporting Near-Port Communities in Addressing Harmful Air Quality Impacts
White Mesa Community Health Awareness Project: Understanding the Health Effects of America's Last Conventional Uranium Mill
ARP / SEJCA - City of Fort Collins
EJCPS/ARP - Advancing Climate Resiliency & Equity through Electricfication

| | | |
|---|---|---|
| King County | WA | 66.312 |
| Tacoma Pierce County Health Department | WA | 66.312 |
| CASA FAMILIAR, INC. | CA | 66.306 |
| Louisiana Bucket Brigade | LA | 66.604 |
| Coastal Protection & Restoration Authority of Louisiana | LA | 66.312 |
| Micah Six Eight Mission | LA | 66.306 |
| Groundwork New Orleans | LA | 66.306 |
| Sewa International, Inc. | TX | 66.306 |
| Children's Environmental Literacy Foundation Inc | NY | 66.306 |
| The Digdeep Right to Water Project | CA | 66.306 |
| Thrive New Orleans | LA | 66.306 |
| Health, Louisiana Departmetn of | LA | 66.312 |
| New Mexico Environment Department | NM | 66.312 |
| Chickasaw Nation | OK | 66.312 |
| LA Department of Environmental Quality | LA | 66.312 |
| | TX | 66.312 |
| Open Design Collective, Inc | OK | 66.306 |
| Coalition of Community Organizations | TX | 66.614 |
| Port of New Orleans | LA | 66.312 |
| Tree New Mexico | NM | 66.306 |
| ICAST (International Center for Appropriate and Sustainable Technology) | CO | 66.306 |
| City of Houston | TX | 66.312 |
| Santo Domingo Pueblo | NM | 66.312 |
| City of McKeesport | PA | 66.312 |
| County of Allegheny | PA | 66.312 |
| City of Baltimore | MD | 66.312 |
| Pontchartrain Conservancy | LA | 66.306 |
| Santa Monica Bay Restoration Foundation | CA | 66.604 |
| Kaw Nation of Oklahoma | OK | 66.604 |
| Otoe-Missouria Tribe of Oklahoma | OK | 66.604 |
| Mescalero Apache Tribe | NM | 66.604 |
| Climate Smart Missoula | MT | 66.604 |
| Utah Clean Cities | UT | 66.604 |
| Ute Mountain Ute Tribe | CO | 66.604 |
| City of Fort Collins | CO | 66.312 |
| Utah Clean Energy Alliance | UT | 66.306 |

EPA_00044936

Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Direct Financial Assistance to Community Service Providers to Support Environmental Justice Activities
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program

| Closed | N/A | N/A | EQ |
|--------|-----|-----|----|
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | XJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | XJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | XJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |

EPA_00044938

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 96213100 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 3/1/2022 | 8/28/2023 |
| 96238000 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 10/1/2022 | 9/30/2024 |
| 96239622 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 6/1/2022 | 12/31/2023 |
| 96239700 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 4/1/2022 | 10/31/2024 |
| 96240100 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 3/1/2022 | 2/8/2024 |
| 96240222 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 6/1/2022 | 5/31/2024 |
| 96240322 | $75,000 | $75,000 | $0 | EPA R2 | R02 | 4/1/2022 | 3/31/2023 |
| 96254220 | $30,000 | $30,000 | $0 | EPA R2 | R02 | 10/1/2019 | 9/30/2021 |
| 96378501 | $120,000 | $120,000 | $0 | EPA R3 | R03 | 9/7/2020 | 4/28/2023 |
| 96708401 | $40,000 | $40,000 | $0 | EPA R7 | R07 | 7/1/2023 | 6/30/2024 |
| 96848301 | $75,000 | $75,000 | $0 | EPA R8 | R08 | 5/23/2022 | 5/22/2024 |
| 96892401 | $75,000 | $75,000 | $0 | EPA R8 | R08 | 7/1/2022 | 8/31/2023 |
| 96893301 | $75,000 | $75,000 | $0 | EPA R8 | R08 | 6/7/2022 | 12/31/2023 |
| 97784001 | $120,000 | $120,000 | $0 | EPA R7 | R07 | 9/1/2020 | 9/1/2023 |
| 97784101 | $120,000 | $120,000 | $0 | EPA R7 | R07 | 9/1/2020 | 8/31/2023 |
| 97791101 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 6/1/2022 | 5/31/2024 |
| 97791201 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 2/1/2022 | 1/31/2024 |
| 97791301 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 6/1/2022 | 9/30/2024 |
| 97791401 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 3/1/2022 | 12/31/2023 |
| 97791501 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 4/1/2022 | 3/31/2024 |
| 97791601 | $75,000 | $75,000 | $0 | EPA R7 | R07 | 6/1/2022 | 11/30/2023 |
| 97796601 | $40,000 | $40,000 | $0 | EPA R7 | R07 | 9/1/2022 | 8/31/2024 |
| 00A00597 | $75,000 | $75,000 | $0 | EPA R1 | R01 | 4/1/2022 | 5/30/2023 |
| 00A00720 | $120,000 | $120,000 | $0 | EPA R1 | R01 | 10/1/2020 | 9/30/2022 |
| 00A00789 | $200,000 | $200,000 | $0 | EPA R1 | R01 | 3/1/2022 | 6/30/2024 |
| 00A00791 | $75,000 | $75,000 | $0 | EPA R1 | R01 | 1/1/2022 | 4/30/2024 |
| 00A00795 | $75,000 | $75,000 | $0 | EPA R1 | R01 | 3/1/2022 | 6/30/2024 |
| 00A01125 | $48,851 | $40,000 | $0 | EPA R1 | R01 | 7/1/2023 | 6/30/2024 |
| 00D42816 | $54,947 | $54,947 | $0 | EPA R4 | R04 | 5/1/2016 | 4/30/2023 |
| 00E02951 | $200,000 | $200,000 | $0 | EPA R5 | R05 | 10/1/2020 | 9/30/2024 |
| 00E03091 | $156,719 | $75,000 | $0 | EPA R5 | R05 | 4/1/2022 | 3/31/2024 |
| 00E03092 | $75,000 | $75,000 | $0 | EPA R5 | R05 | 3/1/2022 | 8/28/2023 |
| 00E03093 | $75,000 | $75,000 | $0 | EPA R5 | R05 | 4/1/2022 | 9/30/2023 |
| 00E03094 | $156,331 | $75,000 | $0 | EPA R5 | R05 | 2/1/2022 | 1/31/2024 |
| 00E03096 | $75,000 | $75,000 | $0 | EPA R5 | R05 | 2/1/2022 | 12/31/2023 |
| 00E03098 | $74,992 | $74,992 | $0 | EPA R5 | R05 | 6/1/2022 | 8/31/2023 |

The Elizabeth Clean Air Project: A Community Collaboration to Reduce Particulate Matter from Port Newark - Elizabeth Marine Terminal
EJSG/ARP - Environmental Values Advancing At-Risk Communities
Urban Agroforestry for Food Security, Green Space Access, and Environmental Justice and Equity Benefits
Garden 2 Market Internship
Citizen Science Environmental Investigation - The Health of our Local Ecosystem
Fish Consumption Outreach
Community Driven Climate Resiliency and Mitigation Action Supported by Local Sustainable Businesses
Get M.A.D: Motivated and Doing Campaign: Solid Waste and Illegal Dumping Awareness Project
Eastern Shore Water Quality Improvement Project
Policy & Advocacy Collective, (PAC)
Evaluating Indigenous Communities' Vulnerability to Climate-Driven Stressors
Summit County Climate Equity Plan
Growing Greener Communities
Action for a Healthy Blue River Watershed: Heart of the City Assessment and Restoration
24:1 Project Clear the Air
KC Urban Heat Community Workshops
City Sprouts Victory Gardens Health Initiative 2022
Springfield Community Gardens EJ Small Grants Program
Spark - North Omaha Trail Clean Air Initiative
Air Quality & Transportation Equity: Building Community Capacity to Improve Local Environments and Public Health
Inclusive Sustainability for St. Louis
CWS Risk Assessment and Emergency Response Plan Development for Overburdened Communities
The Oskoosooduck (Mary Momoho) Community Garden
New Voices At The Water Table: Leadership Development For Olneyville Youth And Residents
Pioneer Valley Air Quality Monitoring Project: Building Community Leadership on Air Quality and Climate Resilience
EJSG/ARP - Community Tree Stories: Exploring Healthy Environments in Three Boston EJ Neighborhoods
EJSG/ARP - Heat, Food and Housing in Everett, Massachusetts
Mystic River Watershed UW Federal Partnership Ambassador Support
Environmental Justice Small Grant Program
Environmental Justice Community Resiliency Plan48217/SW Detroit, Pilot Project
Health and Environmental Equity in the Toxic Donut
Keweenaw Bay Indian Community Environmental Justice Small Grant
Detroit & Highland Park Decarbonization Contractor Accelerator
EJSP/ARP Democratizing Data for Clean Water and Clean Air
EJSG/ARP Environmental Justice for Frontline Communities at the 3rd Busiest Port in North America
Breathing Justice: Resistance to Systemic Air Pollution in the Latinx Community in Dane County Wisconsin

| | | |
|---|---|---|
| Grondwork Elizabeth | NJ | 66.604 |
| Clean and Healthy New York Inc | NY | 66.604 |
| Atlantic States Legal Foundaion Inc. | NY | 66.604 |
| Van Cortlandt Park Alliance Inc | NY | 66.604 |
| The Place for Learning dba Long Island Science Center | NY | 66.604 |
| Rochester Refugee Resettlement Services Inc | NY | 66.604 |
| Western New York Sustainable Business Roundtable | NY | 66.604 |
| Unified Valisburg Services Organization | NJ | 66.604 |
| Southeast Rural Community Assistance Project Inc | VA | 66.306 |
| Urban neighborhood Initiative, Inc. | MO | 66.309 |
| Indigenous Vision | MT | 66.604 |
| High Country Conservation Center | CO | 66.604 |
| Groundwork Denver Incorp. | CO | 66.604 |
| Heartland Conservation Alliance Inc | MO | 66.306 |
| Beyond Housing Inc. | MO | 66.306 |
| Metropolitan Energy Center | MO | 66.604 |
| City Sprouts, Inc. | NE | 66.604 |
| Springfield Community Gardens | MO | 66.604 |
| Spark | NE | 66.604 |
| PedNet Coalition, Inc. | MO | 66.604 |
| Missouri Energy Care Inc. | MO | 66.604 |
| Midwest Assistance Program | MO | 66.309 |
| Eastern Pequot Tribal Nation | CT | 66.604 |
| Woonasquatucket River Watershed Council | RI | 66.306 |
| Partners for a Healthier Community Inc. | MA | 66.306 |
| Speak for the Trees, Inc | MA | 66.604 |
| Mystic River Watershed Association Inc. | MA | 66.604 |
| Mystic River Watershed Association Inc. | MA | 66.309 |
| Choctaw Nation of Oklahoma | OK | 66.604 |
| Michigan Dept of Environment Great Lakes & Energy | MI | 66.312 |
| People for Community Recovery | IL | 66.604 |
| Keweenaw Bay Indian Community | MI | 66.604 |
| Detroiters Working for Environmental Justice | MI | 66.604 |
| Groundwork Ohio River Valley | OH | 66.604 |
| Southwest Detroit Environmental Vision | MI | 66.604 |
| Latino Academy of Workforce Development, Inc | WI | 66.604 |

Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program

| | | | |
|---|---|---|---|
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | XJ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | AJ |
| Closed | N/A | N/A | EC |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |

EPA_00044943

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00E03103 | | $75,000 | $75,000 | $0 | EPA R5 | R05 | 4/1/2022 | 6/30/2023 |
| 00E03104 | | $75,000 | $75,000 | $0 | EPA R5 | R05 | 4/11/2022 | 6/30/2023 |
| 00E03105 | | $61,726 | $46,362 | $0 | EPA R5 | R05 | 2/28/2022 | 12/31/2023 |
| 00E03108 | | $75,000 | $75,000 | $0 | EPA R5 | R05 | 2/1/2022 | 4/30/2023 |
| 01D02020 | | $30,000 | $30,000 | $0 | EPA R4 | R04 | 2/1/2020 | 6/30/2023 |
| 01D15120 | | $120,000 | $120,000 | $0 | EPA R4 | R04 | 10/1/2020 | 6/30/2023 |
| 01D15220 | | $120,000 | $120,000 | $0 | EPA R4 | R04 | 10/1/2020 | 9/30/2023 |
| 01F69601 | | $80,000 | $0 | $0 | EPA R6 | R06 | 4/7/2020 | 8/31/2022 |
| 01F89801 | | $200,000 | $200,000 | $0 | EPA R6 | OEJECR | 10/1/2020 | 9/30/2024 |
| 01J67301 | | $30,000 | $30,000 | $0 | EPA R10 | R10 | 11/1/2019 | 3/30/2023 |
| 01J84501 | | $135,191 | $120,000 | $0 | EPA R10 | R10 | 10/1/2020 | 12/30/2022 |
| 01J84601 | | $120,000 | $120,000 | $0 | EPA R10 | R10 | 10/1/2020 | 12/31/2023 |
| 02D22722 | | $75,000 | $75,000 | $0 | EPA R4 | OEJECR | 6/1/2022 | 9/1/2023 |
| 02D22922 | | $75,000 | $0 | $0 | EPA R4 | R04 | 9/30/2022 | 4/30/2025 |
| 02F05001 | 02F05001-3 | $200,000 | $200,000 | $42,229 | EPA R6 | R06 | 10/1/2021 | 9/30/2024 |
| 02F05201 | | $135,236 | $135,236 | $0 | EPA R6 | OEJECR | 11/3/2021 | 3/31/2024 |
| 02F06401 | | $74,998 | $74,998 | $0 | EPA R6 | R06 | 7/11/2022 | 11/30/2023 |
| 02F06501 | | $110,500 | $50,000 | $0 | EPA R6 | OEJECR | 9/19/2022 | 7/31/2024 |
| 02F06601 | | $75,000 | $75,000 | $0 | EPA R6 | R06 | 4/1/2022 | 10/30/2023 |
| 02F11501 | | $200,000 | $200,000 | $0 | EPA R6 | R06 | 4/1/2022 | 4/30/2024 |
| 02F24001 | | $39,716 | $39,716 | $0 | EPA R6 | R06 | 11/1/2022 | 10/31/2024 |
| 02J02401 | | $200,000 | $200,000 | $0 | EPA R10 | R10 | 1/1/2022 | 6/30/2024 |
| 02J03101 | | $75,000 | $75,000 | $0 | EPA R10 | R10 | 3/1/2022 | 10/1/2023 |
| 02J03201 | | $75,000 | $75,000 | $0 | EPA R10 | R10 | 2/1/2022 | 3/31/2023 |
| 02J04101 | | $75,000 | $75,000 | $0 | EPA R10 | OA | 2/1/2022 | 5/1/2023 |
| 98T16301 | | $120,000 | $120,000 | $0 | EPA R9 | R09 | 10/1/2020 | 10/31/2024 |
| 98T29401 | | $200,000 | $200,000 | $14,570 | EPA R9 | R09 | 10/1/2021 | 10/31/2024 |
| 98T29501 | | $200,000 | $200,000 | $0 | EPA R9 | R09 | 12/1/2021 | 5/31/2024 |
| 98T31701 | | $228,676 | $199,959 | $0 | EPA R9 | R09 | 3/1/2022 | 5/31/2024 |
| 98T32401 | | $74,960 | $74,960 | $0 | EPA R9 | R09 | 6/1/2022 | 11/30/2023 |
| 98T32601 | | $75,000 | $75,000 | $0 | EPA R9 | R09 | 6/1/2022 | 4/30/2024 |
| 98T32701 | | $74,763 | $74,763 | $0 | EPA R9 | R09 | 2/1/2022 | 10/31/2023 |
| 98T32801 | | $75,000 | $75,000 | $0 | EPA R9 | R09 | 3/1/2022 | 2/29/2024 |
| 98T33401 | | $75,000 | $75,000 | $0 | EPA R9 | R09 | 2/1/2022 | 12/31/2023 |
| 98T34601 | | $112,600 | $75,000 | $0 | EPA R9 | R09 | 4/1/2022 | 3/31/2024 |
| 98T34701 | | $75,000 | $75,000 | $0 | EPA R9 | R09 | 3/1/2022 | 2/29/2024 |

EPA_00044944

Lead Free Water for All
ICAN: Addressing Energy Burden and Air Pollution through Solar and Energy Efficiency Skills-Training
Union Hospital Foundation EJ SG
Neighborhood Community Solar Garden model as a Tool for Equity, Access and Prosperity
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Blight to Bioswales (B2B) Water Quality Project
Northwest New Mexico Partnership for Water Utility Training and Safe Water Sustainability
Springbrook Creek: Training the Next Generation of Water Quality Advocates
Development of a Community Action Plan for Climate
Juneau's Community P and D Resiliency Expo
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
SEJCA/ARP - The City of Dallas Data-Driven Air Quality Outreach Pilot
State Environmental Justice Cooperative Agreement American Rescue Plan - Kaw Nation Environmental Justice Project
EJSG/ARP - Integrating Water Quality into Public Lands Programming
Environmental Education Pilot Program for Our Young Champions of the Earth: Where the Animal, Mineral and Plant Kingdoms are Understood, In
American Rescue Plan- Bernalillo County Urban Agricultural Project: Strengthening our communities through a Neighborhood Food Hub
ARP-The Houston Agri-Power program will address improving environmental quality and health disparities in Texas' largest underserved population
Port Arthur Environmental Justice initiative 2022-2023
EJCPS - The Environmental Reporting, Response, and Action Project
Snohomish County COVID-19 Relief Project
Envisioning the Tiny Home Ecovillage: Prioritizing environmental justice and human ecological health in planning for the unhoused in Seattle.
American Rescue Plan (ARP) Funded Climate Justice in the South Puget Sound
ENVIRONMENTAL JUSTICE PROGRAM - Navajo Nation EJ Collaborative Problem-Solving
State Environmental Justice Cooperative Agreement - COVID 19 Projects
State Environmental Justice Cooperative Agreement Program - Train-the-Trainer Health Promoter Program
Environmental Justice Program - Vallejo Food Rescue Project
ENVIRONMENTAL JUSTICE PROGRAM - Comunidad Unida, Aire Limpio: Leveraging Community Air Monitoring for Public Health and Environmer
Environmental Justice Program - Bayview Food Sovereignty
ENVIRONMENTAL JUSTIICE PROGRAM: Harvest to Home Healthy Produce Delivery Project
ENVIRONMENTAL JUSTICE PROGRAM - Congregations as Community Resiliency Hubs
Environmental Justice Program - CARE Resilience Hub: Making Hot Spaces Cool
ENVIRONMENTAL JUSTICE PROGRAM - Navajo Green Job Career Development
ENVIRONMENTAL JUSTICE PROGRAM - New Voices Are Rising for Community Resilience

| | | |
|---|---|---|
| BIG, NFP | IL | 66.604 |
| We Want Green Too | MI | 66.604 |
| Union Hospital Foundation | IN | 66.604 |
| The Neighborhood Hub | MN | 66.604 |
| LEAD Coalition of Bay County Inc | FL | 66.604 |
| National Coalition of 100 Black Women - Central Florida Chapter Inc. | FL | 66.306 |
| Mississippi Band Of Choctaw Indians | MS | 66.306 |
| Southern United Neighborhoods | LA | 66.604 |
| New Mexico Environment Department | NM | 66.312 |
| Forterra | WA | 66.604 |
| Shoshone-Bannock Tribes of the Fort Hall Reserv | ID | 66.306 |
| Central Council of the Tlingit & Haida Tribes | AK | 66.306 |
| New Hope Community Development Inc | NC | 66.604 |
| Bonifay Main Street Association Inc. | FL | 66.604 |
| City of Dallas | TX | 66.312 |
| Kaw Nation of Oklahoma | OK | 66.312 |
| Cottonwood Gulch Expeditions | NM | 66.604 |
| Teaching Responsible Earth Education | LA | 66.604 |
| Bernalillo County Community Health Council | NM | 66.604 |
| Black united Fund of Texas, Inc. | TX | 66.306 |
| Houston Advanced Research Center | TX | 66.309 |
| Front and Centered | WA | 66.306 |
| Vision Church | WA | 66.604 |
| Traction: Design, Action, Research | WA | 66.604 |
| Thurston Climate Action Team | WA | 66.604 |
| NAVAJO NATION TRIBAL GOVERNMENT | AZ | 66.306 |
| American Samoa EPA | AS | 66.312 |
| Contra Costa County Health Services Department | CA | 66.312 |
| SUSTAINABLE SOLANO INC | CA | 66.306 |
| OneOC | CA | 66.604 |
| AsianWeek Foundation | CA | 66.604 |
| Grow2Zero FARMS | CA | 66.604 |
| The Regeneration Project | CA | 66.604 |
| Retail, Arts, Innovation & Livability Community Development | AZ | 66.604 |
| Purpose Focused Alternative Learning Corporation | AZ | 66.604 |
| Rose Foundation for Communities & the Environment | CA | 66.604 |

Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Government-to-Government (EJG2G) Program
Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program
Environmental Justice Small Grant Program

| | | | |
|---|---|---|---|
| Closed | N/A | N/A | EQ |
| Closed | N/A | N/A | EQ |

EPA_00044948

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 98T36301 | $75,000 | $75,000 | $0 | EPA R9 | R09 | 4/1/2022 | 3/13/2025 |
| 98T36601 | $75,000 | $75,000 | $0 | EPA R9 | R09 | 4/1/2022 | 3/31/2024 |

EPA_00044949

ENVIRONMENTAL JUSTICE PROGRAM - West Oakland Sustainable Port Collaborative: Accelerating the Port of Oaklands Transition to Zero-Emi
ENVIRONMENTAL JUSTICE PROGRAM - TRANSPORTATION BEHAVIORS RELATED TO FOOD &amp; ENERGY IN RURAL NAVAJO AND HC

EPA_00044950

| | | |
|---|---|---|
| West Oakland Environmental Indicators Project | CA | 66.604 |
| Native Renewables, Inc. | AZ | 66.604 |

EPA_00044951

Environmental Justice Small Grant Program
Environmental Justice Small Grant Program

EPA_00044952

Cell: J203
Comment: [Threaded comment]

Your version of Excel allows you to read this threaded comment; however, any edits to it will get removed if the file is opened in a newer version of Excel. Learn more: https://go.microsoft.com/fwlink/?linkid=870924

Comment:
    Compass balance as of 03/25/25.

EPA_00044953

**Grant Termination Summary Report**
Data compiled as of 03/26/2025

| Region/HQ | No. of Grants Awarded and Terminated | Amount Awarded and Terminated | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled |
|---|---|---|---|---|
| R01 | 2 | $1,000,000 | $808,012 | 0 |
| R02 | 0 | $0 | $0 | 0 |
| R03 | 13 | $27,421,782 | $20,563,235 | 0 |
| R04 | 3 | $11,700,000 | $8,872,899 | 0 |
| R05 | 3 | $20,000,000 | $15,276,862 | 0 |
| R06 | 22 | $13,391,931 | $12,311,154 | 0 |
| R07 | 1 | $8,000,000 | $6,150,076 | 0 |
| R08 | 1 | $7,000,000 | $6,348,308 | 0 |
| R09 | 28 | $25,162,872 | $20,233,391 | 0 |
| R10 | 8 | $14,372,041 | $11,767,194 | 1 |
| HQ | 17 | $31,149,307 | $19,158,615 | 25 |
| **Total** | **98** | **$159,197,933** | **$121,489,746** | **26** |



Total Amount Awarded and Terminated by Re...

EPA_00044954

| Amount Not Yet Awarded and Cancelled | No. of Grants Awarded and Closed (Expired) |
|---|---|
| $0 | 6 |
| $0 | 8 |
| $0 | 1 |
| $0 | 6 |
| $0 | 11 |
| $0 | 9 |
| $0 | 10 |
| $0 | 8 |
| $0 | 13 |
| $260,000 | 7 |
| $129,617,409 | 6 |
| **$129,877,409** | **85** |



gion (%)

- ■ R01
- ■ R02
- ■ R03
- ■ R04
- ■ R05
- ■ R06
- ■ R07
- ■ R08
- ■ R09
- ■ R10
- ■ HQ

Message

**From:** Loving, Kathryn [Loving.Kathryn@epa.gov]
**Sent:** 2/21/2025 4:33:15 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:** Re: Loving, Kathryn shared "contract_details" with you

Get Outlook for iOS

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 11:20:07 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

I may come in later this evening saying that we can add it back but for now, let's remove Blacks in Green as their termination letter won't go out until Tuesday. Reasonable?

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03451_6800 | 0.00E+00 |
|---|---|---|---|---|

| $4,000,000 | $1,324,675.77 | $2,675,324.23 | BIG, NFP | DESCRIPTION: WITH A SKILLED NETWORK OF SPECIALIZED PARTNERS SPREAD ACROSS THE ENTIRE SIX-STATE-AND-TRIBAL GEOGRAPHY OF EPA REGION V, THIS ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC) IS UNIQUELY SITUATED TO SHAPE EQUITY BY PROVIDING ASSISTANCE, TRAINING, AND RESOURCES TO PROGRAM PARTICIPANTS. EACH OPERATIONAL PARTNER HAS EVOLVED THROUGH GRASSROOTS EFFORTS, COMPREHENSIVELY INTEGRATING SCIENCE, TRADITION, AND CULTURE. THE CONSORTIUM DERIVES ITS POWER FROM THE PEOPLE. LOCATED NEAR THE EPA REGION 5 HEADQUARTERS IN CHICAGO, ILLINOIS, BIG SERVES AS THE EPICENTER OF THE EJ TCTAC. POWERFUL PARTNERS ENSURE THAT THIS TARGETED, SPECIALIZED PROGRAM EXTENDS THROUGHOUT THE 35 TRIBAL LANDS, ILLINOIS, INDIANA, MICHIGAN, MINNESOTA, OHIO, AND WISCONSIN. THIS DEDICATED TEAM ENSURES THAT EACH EJ TCTAC FOCUS AREA OUTLINED BY EPA IS CARRIED OUT PROFESSIONALLY, THOROUGHLY, AND CONTINUOUSLY, INCORPORATING REAL-TIME ADVANCES, ARISING CHALLENGES, AND MEANINGFUL INVOLVEMENT OF THE COMMUNITIES. TO HELP ACHIEVE EQUITY, IN ALIGNMENT WITH EXECUTIVE ORDER 13985, EACH INVOLVED ORGANIZATION ENVISIONS A TECHNICAL ASSISTANCE CENTER THAT EMPOWERS COMMUNITIES TO REMEDIATE SOCIAL, ECONOMIC, AND HEALTH BURDENS BY SEEKING ENVIRONMENTAL AND ENERGY JUSTICE. FOR MAXIMUM IMPACT, SERVICES PROVIDED ENGAGE PARTICIPANTS AT EVERY LEVEL OF READINESS TO DESIGN SOLUTIONS, OBTAIN NEEDED FUNDING AND RESOURCES, AND DIRECT ACTIVITIES AND RESOURCES TOWARD THEIR IDENTIFIED NEEDS WITH EMPHASIS ON THOSE DISPROPORTIONATELY HARMED. TO BEST ENSURE THAT ALL ELIGIBLE SERVICES OF EJ TCTAC OBJECTIVES ARE PROVIDED THROUGHOUT THE ENTIRE GEOGRAPHIC AREA, INCLUDING REMOTE AND RURAL AREAS, 23 DOCUMENTED, SUPPORTING PARTNERS PROVIDE VALUABLE ASSISTANCE. TO CREATE A NEW CHAPTER OF HOPE, HEALING, AND REGENERATION, THE WHOLE-SYSTEM SOLUTION PROPOSED BY BIG AND CONVEYED THROUGH THIS EJ TCTAC EMPOWERS INDIVIDUALS AND COMMUNITIES TO LESSEN BARRIERS TO HEALTHY LIVING AND ECONOMIC FREEDOM. THE EJ TCTAC WILL OFFER HYBRID VIRTUAL AND ON-SITE SERVICES. THE WIDESPREAD NETWORK OF PARTNERS WILL OPERATE SATELLITE OFFICES TO ENSURE PHYSICAL AND VIRTUAL SERVICES ARE ACCESSIBLE TO REMOTE AND UNDERSERVED COMMUNITIES. SEDAC WILL DEPLOY A DEDICATED 1-800 CALL-CENTER. BEL AND MTERA WILL DEVELOP MULTILINGUAL RESOURCES AND CONTINUE TO LEVERAGE | 8/18/2023 |
|---|---|---|---|---|---|

| | | | EXISTING TRIBAL NETWORKS ACROSS THE REGION. SERVICES INCLUDE PRODUCTION OF AND INSTRUCTION ON HOW-TO-PRODUCE PHYSICAL, DIGITAL, AND VIRTUAL RESOURCES THAT INCLUDE STORYTELLING, FACT SHEETS, CASE STUDIES, INFOGRAPHICS, AND BEST-PRACTICE TIP SHEETS. TO TEACH CAPACITY BUILDING AT BOTH REGIONAL AND LOCAL LEVELS, THE EJ TCTAC WILL FACILITATE STAKEHOLDER ENGAGEMENT DISCUSSIONS, LISTENING SESSIONS, AND OUTREACH WITH GOVERNMENT AND PRIVATE SECTORS. BIG WILL ALSO CLOSELY COLLABORATE WITH THE UNIVERSITY OF MINNESOTA WHICH IS ALSO RECEIVING AN EJ TCTAC AWARD TO SUPPORT EPA REGION V COMMUNITIES.ACTIVITIES:.SUBRECIPIENT:THERE ARE NINE SUB-AWARDS UNDER THIS GRANT AGREEMENT. ACTIVITIES FOR EACH DIFFER BASED ON EXPERTISE BUT INCLUDE FOR EXAMPLE, TRIBAL RELATIONS EXPERTISE, ENERGY SOVEREIGNTY EXPERTISE, TRANSLATION AND INTERPRETATION SERVICES, RURAL COMMUNITIES OUTREACH, OUTREACH AND EDUCATION, GRANTS TRAINING AND WRITING, PUBLIC HEALTH, ENERGY DESIGN, ETC.  OUTCOMES:. | |
|---|---|---|---|---|

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 20, 2025 11:13 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Great Travis, thank you! We will get moving on these, plus all the TCTACs!

I'm including Erica since I think she'll be submitting the cancellation requests and Dan's team will execute.

Kathryn

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 20, 2025 10:37 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Sorry—I missed these additional 4 TCTAC ones you had flagged that should have been inlcuded. Not sure this gets us up to the 18 total still.

| 2/13/2025 | Program not in line with administration priorities: 66.309- Thriving communities - Surveys, studies, investigations, training, and special purpose activities relating to environmental justice | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 | 84061101 |

EPA_00044989

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95341301_6800 | 95341301 |

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02J63801_6800 | 02J63801 |
|---|---|---|---|---|

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03682_6800 | 00E03682 |

| $8,000,000 | $2,006,774.22 | $5,993,225.78 | INSTITUTE FOR SUSTAINABLE COMMUNITIES | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S | 8/3/2023 |
|---|---|---|---|---|---|

| | | | | COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. | |
|---|---|---|---|---|---|

THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL. ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN

| | | | | | |
|---|---|---|---|---|---|
| $8,000,000 | $839,393.02 | $7,160,606.98 | GREEN & HEALTHY HOMES INITIATIVE INC | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO GREEN AND HEALTHY HOMES INITIATIVE (GHHI). THE RECIPIENT WILL SERVE AS THE REGION 3 GRANTMAKER FOR EPA'S THRIVING COMMUNITIES GRANTMAKER PROGRAM. GHHI PLANS TO USE A STRONG PARTICIPATORY GOVERNANCE FRAMEWORK TO BUILD CAPACITY IN UNDERSERVED AREAS ACROSS THE MID-ATLANTIC REGION. GHHI'S COMMUNICATION PLAN RECOGNIZES THE NEED TO REACH DIVERSE AUDIENCES USING WIDE-RANGING DELIVERY METHODS AND PARTNERS TO LEVERAGE BEST PRACTICES IN OUTREACH AND IMPLEMENTATION. MOREOVER, GHHI WILL ENGAGE COMMUNITIES THROUGH A STAKEHOLDER ADVISORY BOARD, STATUTORY PARTNERSHIPS, AND MECHANISMS FOR PROVIDING DIRECT FEEDBACK TO ADAPT FREQUENTLY TO THE NEEDS OF COMMUNITIES, PARTICULARLY THOSE FROM DISADVANTAGED OR UNDERSERVED AREAS. COLLECTIVELY, THIS PROJECT WILL DESIGN COMPETITIVE APPLICATION IN-TAKE AND EVALUATION PROCESSES, SUBAWARD PROCESSES, OUTREACH, AND SUPPORT FOR COMMUNITIES THROUGHOUT REGION 3.  ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE FINALIZING APPLICATION MATERIALS FOR ALL THREE SUBRECIPIENT PHASES, ASSEMBLING THE REVIEW TEAM AND ENSURING REPRESENTATION OF DIVERSE COMMUNITIES. IN THE INITIAL AWARD, THE GRANTMAKER WILL DEVELOP THE OUTREACH PLAN PRIOR | 5/3/2024 |

EPA_00044996

TO APPLICATION INTAKE PROCESS, PARTNER WITH REGION 3 TCTAC FOR EDUCATION AND RECRUITMENT EFFORTS, CONDUCT WEBINARS, CONFERENCE CALLS, AND MEETINGS IN UNDERSERVED AREAS TO PROMOTE AND EXPLAIN THE PROGRAM. FINALLY, POTENTIAL CANDIDATES WILL BE IDENTIFIED FOR $75K NON-COMPETITIVE SUBAWARDS IN THIS PHASE. SUBRECIPIENT:SUBAWARD: CHILDREN'S NATIONAL HOSPITAL - WILL PROVIDE TECHNICAL ASSISTANCE REPLICABLE TOOLS TO INFORM THE EFFORTS OF GRANTEES UNDER GHHI'S PROPOSED EPA REGION 3 THRIVING COMMUNITIES PROGRAM: (I) A REGISTRY OF NEARLY ALL THE PEDIATRIC PATIENTS WITH ASTHMA IN THE IMMEDIATE DC REGION; AND (II) A HEALTHY HOUSING MAP WHICH OVERLAYS AT-RISK PEDIATRIC ASTHMA MORBIDITY AND ASTHMA-RELATED HEALTH HAZARDS REPORTED AT MULTI-FAMILY HOUSING COMPLEXES IN DC. CHILDREN'S NATIONAL WILL ALSO LEVERAGE ITS NETWORK TO CONDUCT OUTREACH AND PROMOTE EPA'S TC PROGRAM AWARENESS AND SUPPORT APPLICANT OUTREACH. SUBAWARD AMOUNT CALCULATED AT $91.95 PER HOUR, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $109,000 = 54.50% X $200,000.

SUBAWARD: HOWARD UNIVERSITY - WILL SUPPORT GHHI'S THRIVING COMMUNITIES RFA OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE THROUGH THE HOWARD UNIVERSITY SCHOOL OF LAW AND ENVIRONMENTAL JUSTICE CENTER, AS WELL AS

THE SCHOOL OF ARCHITECTURE AND THURGOOD MARSHALL CIVIL RIGHTS CENTER. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $172,500 = $300,000 X 57.50%.

SUBAWARD: VIRGINIA POVERTY LAW CENTER - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $78,000 = $78,000 X 100%.

SUBAWARD: DELAWARE STATE UNIVERSITY - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT AN $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES TOTAL COST OF $78,000 = $78,000 X 100%.
OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE UTILIZING PARTNER NETWORKS TO DISTRIBUTE RFA ANNOUNCEMENTS, HOLD WEBINARS, CONFERENCE CALLS, AND OUTREACH EVENTS, CONDUCT OFFICE HOURS TO SUPPORT POTENTIAL APPLICANTS, AND ENGAGING EXPERTISE OF ADVISORY BOARD AND TECHNICAL ASSISTANCE STATUTORY PARTNERS TO OVERSEE PRE-APPLICATION PROCESS. THE EXPECTED

| | | | | OUTCOMES INCLUDE DEVELOPMENT OF A TRANSPARENT, EQUITABLE, ENGAGING APPLICATION PROCESS FOR THE SUBSEQUENT | |
|---|---|---|---|---|---|

| $8,000,000 | $991,565.58 | $7,008,434.42 | PHILANTHROPY NORTHWEST | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO PHILANTHROPY NORTHWEST (PNW) AS A REGIONAL GRANTMAKER. THE RECIPIENT, ALONG WITH PARTNERS, WILL USE THE INITIAL AWARD TO ESTABLISH AND SUPPORT THE ACCESSIBILITY AND EQUITABLE DISTRIBUTION OF ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES RESOURCES TO HISTORICALLY UNDERSERVED COMMUNITIES TO IMPROVE ENVIRONMENTAL AND COMMUNITY HEALTH AND WELLBEING THROUGH A PASS-THROUGH SUBGRANT PROGRAM. WOVEN THROUGHOUT THE STRUCTURE IS A DELIBERATE AND INTENTIONAL PROCESS TO CENTER COMMUNITY MEMBERS IN DECISION-MAKING. DURING THE PROJECT PERIOD, PNW'S PARTICIPATORY GOVERNANCE APPROACH WILL CONVENE THREE GROUPS: THE ADVISORY GROUP, THE TASK FORCE AND PEER REVIEW GROUP, COMPRISED OF PARTNERS AND COMMUNITY MEMBERS. THESE GROUPS WILL GUIDE OVERALL PROGRAM DEVELOPMENT AND IMPLEMENTATION, HELP DESIGN APPLICATIONS AND SCORING RUBRICS, ESTABLISH METRICS FOR PROJECT OUTCOMES, AND EVALUATE APPLICATIONS. PNW WILL UNDERTAKE STRATEGIC, TARGETED, AND INTENTIONAL OUTREACH TO ENSURE POTENTIAL APPLICANTS THROUGHOUT REGION 10 ARE AWARE OF THE FUNDING OPPORTUNITY AND ENCOURAGED TO APPLY. THE OUTREACH STRATEGY WILL INCLUDE IN-PERSON EVENTS, WEBINARS, A PARTNER OUTREACH TOOLKIT, PAID DIGITAL ADVERTISING, AND | 6/14/2024 |
|---|---|---|---|---|---|

REGIONAL-SPECIFIC MESSAGING. ADDITIONALLY, FOUR MAIN SYSTEMS WILL BE USED TO SUPPORT THE EFFICIENT AND EFFECTIVE GRANT AWARD, DISBURSEMENT, TRACKING, ADJUSTMENT, AND FULL EXPENDITURE: AN EASY-TO-USE GRANT APPLICATION PLATFORM, A CUSTOMIZED PROJECT AND GRANTS MANAGEMENT SYSTEM, AND ACCOUNTING SOFTWARE FOR FINANCIAL MANAGEMENT. PNW'S PLAN FOR EPA'S ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES GRANTMAKING PROGRAM IS ANCHORED IN PNW'S CORE GOAL TO DISBURSE PROGRAM FUNDS EXPEDITIOUSLY AND EQUITABLY THROUGH THE DESIGN AND IMPLEMENTATION OF A SIMPLIFIED GRANTMAKING PROCESS THAT: CENTERS COMMUNITY VOICE AND PARTICIPATORY GRANTMAKING; LEVERAGES THE KNOWLEDGE AND RELATIONSHIPS OF OUR PARTNERS; AND ADDRESSES ENVIRONMENTAL JUSTICE ISSUES FOR COMMUNITIES MOST IN NEED.ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE THE FOLLOWING: RECRUIT MEMBERS AND CONVENE MEETINGS OF THE ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP; CO-DESIGN THE GRANTMAKING PROGRAM INCLUDING THE APPLICATION, EVALUATION CRITERIA, AND METRICS; DEVELOP OUTREACH STRATEGY; LAUNCH PROJECT WEBSITE; IMPLEMENT OUTREACH ACTIVITIES SUCH AS IN-PERSON EVENTS, WEBINARS, MESSAGING TOOLKIT, AND MEDIA PLACEMENTS; ESTABLISH PROJECT MANAGEMENT TOOLS INCLUDING APPLICATION PORTAL, GRANTS MANAGEMENT SYSTEM, AND FINANCIAL MANAGEMENT SYSTEM;

| | | | | ESTABLISH A PROCESS FOR QUALITY ASSURANCE PROJECT MANAGEMENT WITH EPA REGIONAL OFFICE; DEVELOP AND OFFER TRAININGS FOR REVIEWERS AND SUBGRANTEES; PROVIDE TECHNICAL ASSISTANCE TO APPLICANTS AND SUBGRANTEES. SUBRECIPIENT:THIS AWARD WILL INCLUDE SUBAWARDS TO THREE DIFFERENT ENTITIES. THE SUBAWARDS WILL SUPPORT THE DESIGN OF THE GRANTMAKING PROGRAM, EXPERTISE ON DATA SOVEREIGNTY FOR TRIBAL COMMUNITIES, OUTREACH AND COMMUNICATIONS TO TRIBAL COMMUNITIES AND OTHER PARTNERS ABOUT THE PROGRAM, APPLICATION REVIEW, ACCESS TO A APPLICATION PLATFORM, APPLICATION REVIEWER SCORING TOOL, TECHNICAL ASSISTANCE WITH THE APPLICATION, GRANTS MANAGEMENT INCLUDING THE REVIEW PROCESS, REPORTING REQUIREMENTS, AND COMMUNICATIONS WITH GRANTEES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ESTABLISHED ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP COMPRISED OF PARTNERS AND COMMUNITY MEMBERS; PROJECT WEBSITE; AN OUTREACH TOOLKIT; SIMPLIFIED GRANT APPLICATION; CUSTOMIZED GRANTS MANAGEMENT SYSTEM; ESTABLISHED FINANCIAL MANAGEMENT SYSTEM; DEVELOPED FINANCIAL MANAGEMENT AND DATA REPORTING TRAINING FOR SUBGRANTEES. THE EXPECTED OUTCOMES INCLUDE A GRANTMAKING PROCESS ESTABLISHED WITH PARTICIPATORY GOVERNANCE AND AN ACCESSIBLE GRANTMAKING PROCESS. | |
|---|---|---|---|---|---|

| | | | | THE INTENDED BENEFICIARIES INCLUDE HISTORICALLY UNDERSERVED COMMUNITIES IN REGION 10 WHICH INCLUDES ALASKA, IDAHO, OREGON, WASHINGTON, AND 271 TRIBAL NA | |
|---|---|---|---|---|---|

EPA_00045003

| | | | | | |
|---|---|---|---|---|---|
| $8,000,000 | $354,411.16 | $7,645,588.84 | MINNEAPOLIS FOUNDATION | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE MINNEAPOLIS FOUNDATION. THIS IS A REGIONAL GRANTMAKER. THE MINNEAPOLIS FOUNDATION, PARTNERED ALONG WITH THE NDN COLLECTIVE, WILL INSTITUTE A GRANTMAKING PROGRAM WITHIN THE REGION 5 STATES. THIS AWARD WILL BE USED TO DEVELOP THE ADMINISTRATIVE AND PROGRAMMATIC STRENGTH NEEDED TO AWARD OVER 200 GRANTS WITHIN REGION 5, TARGETING AREAS SUCH AS RURAL COMMUNITIES, URBAN CENTERS AND TRIBAL COMMUNITIES.<br><br> THE MINNEAPOLIS FOUNDATION WILL DEVELOP A QUALITY MANAGEMENT PLAN, CREATE AN APPLICATION TO SUPPORT THE GRANTMAKING PROGRAM, TRAIN THEIR STATUTORY PARTNER ON EPA REQUIREMENTS, IDENTIFY AND RECRUIT 10 REGIONAL COMMUNITY ADVISORY COMMITTEE (RAC) MEMBERS, AND PERFORM OUTREACH IN THEIR TARGETED COMMUNITIES USING THESE FUNDS. THE MINNEAPOLIS FOUNDATION WILL USE THE MONEY ASSOCIATED WITH THIS AWARD TO BUILD UP THEIR GRANT MAKING CAPACITY AND TO COVER ADMINISTRATIVE COSTS ASSOCIATED WITH GRANTMAKING FOR THE NEXT THREE YEARS. ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE PARTNERING WITH THE NDN COLLECTIVE AND USING THE MINNEAPOLIS FOUNDATION'S PROJECTS (MIDWEST EJ NETWORK AND RE-AMP) TO OUTREACH SPECIFIC COMMUNITIES IN TRIBAL GOVERNMENTS, URBAN EJ AREAS AND RURAL/REMOTE EJ AREAS. ADDITIONALLY, THE | 6/24/2024 |

EPA_00045004

MINNEAPOLIS FOUNDATION AND THEIR PARTNERS WILL RECRUIT 10 RESIDENT ADVISORY COMMITTEE CONSULTANTS TO HELP DRAFT THE REQUEST FOR FUNDING AND REVIEW APPLICATIONS. THESE 10 RAC CONSULTANTS WILL BE RECRUITED THROUGHOUT REGION 5 AND BE COMPRISED OF INDIVIDUALS FROM DIFFERENT COMMUNITY ORGANIZATIONS, LOCAL COMMUNITIES AND OTHER PARTNERSHIP TYPES. RAC MEMBERS ALONG WITH THE MINNEAPOLIS FOUNDATION AND NDN COLLECTIVE WILL WORK COLLABORATIVELY TO CREATE AND REVIEW APPLICATIONS ADDRESSING THE SPECIFIC NEEDS OF DISADVANTAGED COMMUNITIES WITHIN THE REGION 5 STATES. VARIOUS PARTNERS HAVE EXPERIENCE WITH PARTICIPATORY GOVERNANCE AND THE MINNEAPOLIS FOUNDATION WILL EXPAND ON THOSE RELATIONSHIPS THROUGH THEIR COLLABORATION WITH OTHER COMMUNITY ORGANIZATIONS. SUBRECIPIENT:NDN COLLECTIVE WILL COLLABORATIVELY OVERSEE AND MONITOR ALL ASPECTS OF PROGRAM IMPLEMENTATION, PAYING PARTICULAR ATTENTION TO COMPLIANCE WITH EPA AND FEDERAL REQUIREMENTS ALONG WITH THE MINNEAPOLIS FOUNDATION. USING A CONSENSUS DECISION-MAKING MODEL, NDN COLLECTIVE AND THE MINNEAPOLIS FOUNDATION WILL IDENTIFY RAC MEMBERS, PARTICIPATE IN RAC MEETINGS AS NON-VOTING PARTICIPANTS, AND OVERSEE IMPLEMENTATION OF RAC DECISIONS AND RECOMMENDATIONS. THIS PARTNERSHIP WILL ALSO SERVE AS DECISION MAKERS FOR ADMINISTRATIVE DECISIONS THAT NEED TO BE MADE ON AN IMMEDIATE

| | | | | BASIS. ADDITIONALLY, NDN COLLECTIVE PROVIDES CRITICAL KNOWLEDGE OF INDIGENOUS PRACTICE, CUSTOMS AND KNOWLEDGE TO SUPPORT TARGETED OUTREACH TO TRIBAL COMMUNITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE DEVELOPING AN ONLINE PLATFORM FOR COLLECTING APPLICATIONS AND REPORTING, TRAINING STATUTORY PARTNERS IN QUALITY ASSURANCE, MONITORING TYPE AND AMOUNT OF OUTREACH IN DIFFERENT COMMUNITY TYPES, KEEPING APPLICATION DECISIONS NO MORE THAN 5 MONTHS FROM APPLICATION SUBMISSION, AND MONITORING APPLICANT SATISFACTION WITH THE APPLICATION PROCESS.<br><br> THE EXPECTED OUTCOMES INCLUDE SHORT TERM OUTCOMES SUCH AS INCREASING THE NUMBER OF DISADVANTAGED COMMUNITY RESIDENTS THAT HAVE KNOWLEDGE AND SKILLS ABOUT ENGAGING IN EJ, PUBLIC HEALTH OR CLIMATE CHANGE ISSUES IN THEIR COMMUNITIES, INCREASING THE NUMBER OF DISADVANTAGED COMMUNITY MEMBERS WITH RELIABLE ACCESS TO ENVIRONMENTAL DATA AND INCREASING GRASS-ROOT LED COLLABORATIONS AND PARTNERSHIPS WORKING TO IMPROVED ENVIRONMENTAL QUALITY AND PUBLIC HEALTH IN DISADVANTAGED COMMUNITIES. INTERMEDIATE OUTCOMES INCLUDE INCREASING THE NUMBER OF COMMUNITIES THAT HAVE CAPACITY TO COLLECT, ANALYZE AND SHARE ENVIRONMENTAL DATA, REDUCE PUBLIC EXPOSURE TO TOXINS AND POLLUTANTS IN AREAS THAT WERE RESTORES OR CLEANED UP AND INCREASED NUMBER | |
|---|---|---|---|---|---|

| | | | | OF CBOS WITH INCREASED CAPACITY IN TERMS OF FUNDING, STAFF AND SKILLS. LONG | |
|---|---|---|---|---|---|

--

Travis Voyles
C: (202) 787-0595

**From:** Voyles, Travis
**Sent:** Thursday, February 20, 2025 8:22 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Good Morning Team—

Below are the next set of approved to cancel grants. $42,261,933 total in remaining funds it looks like, but OMS can confirm.

One flag I have is the first few large ones are the EJ Thriving Communities Technical Assistance Centers (TCTACs)— https://www.epa.gov/environmentaljustice/environmental-justice-thriving-communities-technical-assistance-centers. There were 18 in total established, so a number of them are missed here. Not sure why they didn't all get captured (they may have not all gone out yet), but I would want to apply a broad approach and cancel them all in the vein the entire program is inconsistent with Adminstration priorities and I personally do not see the need for these because at the state-level, EPA and the TCTAC grantees refused to engage with the state in any kind of coordination. This should result in a larger $$ amount.

I can flag for OMS separately too that we want the cancellation to extend to every TCTAC grantee.

| Date Cancellation Process Started | Rationale | Terms and Conditions (T&C) | URL |
|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_13746681_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T65801_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95314201_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_96701501_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03450_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03451_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00I10501_6800 |
|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95338201_6800 |

EPA_00045011

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T88701_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95334801_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_03D03124_6800 |
| --- | --- | --- | --- |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02F50801_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T91501_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02J56601_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00A01436_6800 |
| --- | --- | --- | --- |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T91201_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02F50601_6800 |
|---|---|---|---|

| Financial Account Indentifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 84061101 | $8,000,000 | $1,564,072.97 | $6,435,927.03 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
| 13746681 | $8,000,000 | $0.00 | $8,000,000.00 | DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC |

EPA_00045017

| 98T65801 | $5,100,000 | $908,057.59 | $4,191,942.41 | SAN DIEGO STATE UNIVERSITY FOUNDATION |
|---|---|---|---|---|
| 95314201 | $5,000,000 | $449,582.62 | $4,550,417.38 | NATIONAL WILDLIFE FEDERATION |

| | | | | |
|---|---|---|---|---|
| 96701501 | $5,000,000 | $1,069,922.66 | $3,930,077.34 | WICHITA STATE UNIVERSITY |
| 0.00E+00 | $5,000,000 | $1,278,176.09 | $3,721,823.91 | REGENTS OF THE UNIVERSITY OF MINNESOTA |
| 0.00E+00 | $4,000,000 | $1,324,675.77 | $2,675,324.23 | BIG, NFP |

EPA_00045019

| | | | | |
|---|---|---|---|---|
| 00I10501 | $4,000,000 | $91,832.00 | $3,908,168.00 | MONTANA STATE UNIVERSITY |
| 95338201 | $500,000 | | $500,000.00 | APPALACHIAN VOICES |

EPA_00045020

| | | | | |
|---|---|---|---|---|
| 98T88701 | $500,000 | $72,910.10 | $427,089.90 | BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC. |
| 95334801 | $500,000 | | $500,000.00 | NUEVA ESPERANZA, INC. |

EPA_00045021

| 03D03124 | $500,000 | $67,487.25 | $432,512.75 | PARKS ALLIANCE OF LOUISVILLE, INC. |
| 02F50801 | $500,000 | | $500,000.00 | EARTH CARE INTERNATIONAL |

EPA_00045022

| | | | | |
|---|---|---|---|---|
| 98T91501 | $500,000 | $11,350.40 | $488,649.60 | THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS |
| 02J56601 | $500,000 | | $500,000.00 | OREGON COAST VISITORS ASSOCIATION, INC. |

EPA_00045023

| | | | | |
|---|---|---|---|---|
| 00A01436 | $500,000 | | $500,000.00 | NEW HAVEN ECOLOGY PROJECT INC |
| 98T91201 | $500,000 | | $500,000.00 | COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT |

EPA_00045024

| 02F50601 | $500,000 | | $500,000.00 | BLACK UNITED FUND OF TEXAS, INC. |
|---|---|---|---|---|

| Description | Date Signed |
|---|---|
| | |

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA | 8/3/2023 |

PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL.  ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN

| | |
|---|---|
| DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $8,000,000 TO THE DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE (DSCEJ), IN LOUISIANA.ACTIVITIES:THE ACTIVITIES TO BE PERFORMED INCLUDE, CONSULTING WITH OTHER COMMUNITY BASED ORGANIZATIONS (CBOS) TO LEARN ABOUT THE HISTORY OF THEIR COMMUNITIES AND THE CAPABILITIES OF THEIR ORGANIZATIONS. THE RECIPIENT WILL ALSO BUILD ORGANIZATIONAL CAPACITIES OF LEAST 250 CBOS IN UNDERSERVED COMMUNITIES WITHIN THE ENVIRONMENTAL PROTECTION AGENCY'S (EPA) REGIONS 4 AND 6. THROUGH THE PROVISION OF DIRECT SERVICES, DSCEJ WILL ASSIST THE CBOS IN BUILDING THEIR CAPACITIES FOR RESEARCH AND COMMUNITY ENGAGEMENT WHILE ALSO | 9/25/2023 |

ASSISTING THEM IN APPLYING FOR SEVERAL DIFFERENT GRANTS FROM THE EPA, THE DEPARTMENT OF ENERGY (DOE), AND OTHER AGENCIES. THE REACH AND IMPACT OF THE COMMUNITY INVESTMENT AND RECOVERY CENTER (CIRC) WILL BE INCREASED IN AN EFFORT TO SUSTAIN CAPACITY-BUILDING SERVICES BEYOND THE 5-YEAR PERFORMANCE PERIOD OF THIS GRANT.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ORGANIZATIONAL DEVELOPMENT, IDENTIFYING AND PRIORITIZING NEEDS, PROVIDING EDUCATION ON PRIORITY ENVIRONMENTAL ISSUES (AIR QUALITY, SOIL CONTAMINATION, CLEAN ENERGY, ETC.), CREATING COMMUNITY PROFILES USING DATA AND MAPPING, RELATIONSHIP BUILDING, AND TRAINING AND ASSISTANCE TO BUILD KNOWLEDGE OF FEDERAL FUNDED PROGRAMS. THE EXPECTED OUTCOMES INCLUDE INCREASED AWARENESS, KNOWLEDGE AND UNDERSTANDING OF GRANTS AMONG UNDERSERVED COMMUNITIES, INCREASED ACCESS TO GRANT WRITING AND MANAGEMENT RESOURCES, AND AN INCREASE TO THE NUMBER AND QUALITY OF APPLICATIONS FOR FUNDING RELATED TO ENVIRONMENTAL AND ENERGY JUSTICE FROM UNDERSERVED COMMUNITIES IN THE SOUTHEAST REGION. THE INTENDED BENEFICIARIES OF THIS GRANT INCLUDE UNDERSERVED COMMUNITIES THROUGHOUT EACH OF THE STATES IN EPA'S REGION 4: (ALABAMA, FLORIDA, GEORGIA, KENTUCKY, MISSISSIPPI, NORTH CAROLINA, SOUTH CAROLINA, TENNESSEE) AND EPA'S REGION 6: (ARKANSAS, LOUISIANA, NEW MEXICO, OKLAHOMA, TEXAS).

EPA_00045028

| | |
|---|---|
| DESCRIPTION:THE PURPOSE OF THIS PROJECT IS TO EMPOWER COMMUNITIES BY PROVIDING CRITICAL SERVICES TO COMMUNITY ORGANIZATIONS. THESE SERVICES WILL EXPAND PARTICIPANTS' CAPACITY TO MEET COMMUNITY-DEFINED PRIORITIES AND PARTICIPATE MEANINGFULLY IN DECISION-MAKING PROCESSES, FOCUSING SPECIFICALLY ON UNDERSERVED, RURAL, REMOTE, TRIBAL, INDIGENOUS, AND PACIFIC ISLAND COMMUNITIES ACROSS EPA REGION 9. THE GOAL/MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION. THE HUB OF THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTERS (TCTAC) WILL BE BASED IN A PHYSICAL AND VIRTUAL CENTER AT SAN DIEGO STATE UNIVERSITY (SDSU) CALLED THE CENTER FOR COMMUNITY ENERGY AND ENVIRONMENTAL JUSTICE. HUB PARTNERS WILL WORK TO COORDINATE ACTIVITIES IN THEIR AREA(S) OF EXPERTISE ACROSS ALL OF EPA REGION 9 AND WILL FACILITATE CO-PRODUCTION, CO-DEVELOPMENT, SHARING , TRANSFER, AND DELIVERY OF BOTH PROCESS AND CONTENT AMONG SPOKE PARTNERS AND COMMUNITY PARTNERS FOR ENVIRONMENTAL PROGRAMS (AIR, WATER, WASTE, ENERGY, TOXICS) AND GRANTSMANSHIP. SPOKE PARTNERS WILL LEAD ON DELIVERING SERVICES (IN PERSON AND VIRTUALLY) TO ELIGIBLE COMMUNITY ORGANIZATIONS, BUILDING AND EXPANDING ON THEIR EXISTING ELIGIBLE COMMUNITY ORGANIZATIONS IN THEIR NETWORK AND IDENTIFYING AND CONNECTING WITH NEW COMMUNITY ORGANIZATIONS, SUPPORTING COMMUNITY ENGAGEMENT AND CAPACITY BUILDING.

HUB PARTNERS INCLUDE: SDSU COMMUNITY CLIMATE ACTION NETWORK, ENVIRONMENTAL PROTECTION NETWORK, USD ENERGY POLICY INITIATIVE CENTER, ASU ENERGY AND SOCIETY, INSTITUTE FOR TRIBAL ENVIRONMENTAL PROFESSIONALS, AND CENTER FOR CREATIVE LAND RECYCLING.

SPOKE PARTNERS INCLUDE: CLIMATE SCIENCE ALLIANCE (CA), PUBLIC HEALTH ALLIANCE (CA), ARIZONA STATE UNIV SCHOOL OF SUSTAINABILITY (AZ), DESERT RESEARCH INSTITUTE (NV), PACIFIC RISA (HI, AS), AND UNIV OF GUAM CENTER FOR ISLAND SUSTAINABILITY | 6/5/2023 |

(GUAM).

THIS AGREEMENT PROVIDES PARTIAL FEDERAL
FUNDING IN THE AMOUNT OF $4,000,000.  PRE-
AWARD COSTS ARE APPROVED BACK TO
6/1/2023.  REFER TO TERMS AND
CONDITIONS.ACTIVITIES:SDSU TCTAC'S MISSION
IS TO LEVERAGE AND STRENGTHEN COMMUNITY
ASSETS BY CREATING AN ACCESSIBLE IN-
PERSON AND VIRTUAL COMMUNITY THAT
BUILDS CAPACITY AND PROVIDES TECHNICAL
ASSISTANCE IN ENERGY AND ENVIRONMENTAL
JUSTICE CENTERED AROUND FOUR UNIFYING
OBJECTIVES: 1) OUTREACH AND PARTNERSHIP
BUILDING, 2) DEVELOPMENT OF RESOURCES, 3)
TRANSFER OF KNOWLEDGE AND BUILDING
COMMUNITY CAPACITY, 4) EVALUATION,
ADAPTATION, AND INNOVATION.

ACTIVITIES INCLUDE CONVENING TCTAC HUBS
AND SPOKES MEETINGS. CONDUCTING NEEDS
ASSESSMENTS STARTING WITH COMMUNITIES
WHERE TCTAC PARTNERS. DEVELOP OUTREACH
COLLATERAL (I.E. LOGO, WEBSITE,
COMMUNICATION CHANNELS, ETC). RELEASE OF
COMMUNICATION MATERIALS TO SPOKES TO
CUSTOMIZE AND ENHANCE OUTREACH.
INCREASING COMMUNITY FOOTPRINT
RECEIVING TECHNICAL ASSISTANCE 5-10%.
DEVELOP COMMUNITY KNOWLEDGE PORTAL.
HUBS WILL COMPILE EXISTING INFORMATION ON
GRANTSMANSHIP, ENERGY JUSTICE (ENJ), AND
ENVIRONMENTAL JUSTICE (EJ) TO SHARE. HUB
TEAMS WILL WORK WITH SPOKE PARTNERS AND
COMMUNITY STAKEHOLDERS TO CO-PRODUCE
NEW MATERIALS TO MEET PARTNER NEEDS
WITH CONTINUOUS ROLL-OUT AS NEW
RESOURCES ARE COMPLETED. CONDUCT
ANNUAL INTRA-TCTAC TRAINING ON
WORKPLACE CONDUCT, MICROAGGRESSIONS,
AND THE TENETS OF DEIA. CONVENE
COMMUNITY TRAINING EVENTS AND
WORKSHOPS, ONE-ON-ONE SERVICES,
COMMUNITY KNOWLEDGE PORTAL PROVIDING
TECHNICAL ASSISTANCE ON ENVIRONMENTAL
PROGRAMS (AIR, WATER, ENERGY, WASTE,
TOXICS). SERVICE DELIVERY TRACKING AND
FEEDBACK EFFORTS. CONDUCT MONTHLY
INTRA-TCTAC COORDINATION CALLS. SUBMIT
REQUIRED REPORTS TO EPA. PARTICIPATE IN EPA
REGIONAL AND NATIONAL MEETINGS AND
SYMPOSIUMS.

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO NATIONAL WILDLIFE FEDERATION (NWF). SPECIFICALLY, NWF WILL WORK WITH CORE PARTNERS (UMD CEEJH AND UMD EFC) TO DESIGN, OPERATE, AND LEAD A MID-ATLANTIC THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV, AS WELL AS THE DISTRICT OF COLUMBIA. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY JUSTICE WORK. | 6/7/2023 |

THIS ACTION PARTIALLY FUNDS THE GRANT IN THE AMOUNT OF $4,000,000. FEDERAL FUNDS IN THE AMOUNT OF $8,000,000 ARE CONTINGENT UPON AVAILABILITY OF ADDITIONAL FUNDING. ACTIVITIES:USING CORE PARTNERS AND COMMUNITY-BASED HUBS, THIS PROJECT WILL PROVIDE OUTREACH TO COMMUNITIES IN NEED OF TECHNICAL ASSISTANCE AND INCREASE CAPACITY AND KNOWLEDGE RELATED TO ENVIRONMENTAL AND ENERGY JUSTICE CONCERNS. SUBRECIPIENT:CORE PARTNERS NATIONAL WILDLIFE FEDERATION, UNIVERSITY OF MARYLAND CENTER FOR COMMUNITY ENGAGEMENT, ENVIRONMENTAL JUSTICE, AND HEALTH (CEEJH) AND UNIVERSITY OF MARYLAND ENVIRONMENTAL FINANCE CENTER (EFC), WILL DESIGN, OPERATE AND LEAD A MID-ATLANTIC THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV AND DC. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY JUSTICE WORK. USING A 'HUB' APPROACH, THE CORE PARTNERS (1 SUBAWARD FOR UMD) WILL ACT AS 'CORE HUBS', AND THE COMMUNITY-BASED 'HUBS' (10 SUBAWARDS) WILL ALLOW FOR SERVICE DELIVERY TO BE MORE ACCESSIBLE TO POTENTIAL PROGRAM PARTICIPANTS, BOTH GEOGRAPHICALLY AS WELL AS CULTURALLY, DUE TO THEIR ON-THE-GROUND COMMUNITY PRESENCE. OUTCOMES:THE EXPECTED OUTCOMES OF THIS PROJECT INCLUDE: GAINED KNOWLEDGE AND SKILLS NEEDED TO UNDERSTAND AND ASSESS ENVIRONMENTAL AND ENERGY JUSTICE ISSUES AND TO ENGAGE POLICYMAKERS, GOVERNMENT AGENCIES, AND INDUSTRY; AND AN INCREASE IN FINANCIAL, TECHNICAL, AND INSTITUTIONAL KNOWLEDGE, RESOURCES, AND SKILLS TO ASSESS, DESIGN, IMPLEMENT, MAINTAIN, AND PAY FOR ENVIRONMENTAL AND ENERGY JUSTICE

| | |
|---|---|
| RELATED PROJECTS. THE INTENDED BENEFICIARIES INCLUDE COMMUNITIES THAT ARE UNDERSERVED, OVERBURDENED, RESOURCE-CONSTRAINED, AND RURAL IN ALL REGION 3 AREAS: DE, MD, PA, VA, WV, AND DC. | |
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING TO WICHITA STATE UNIVERSITY. SPECIFICALLY, THE RECIPIENT WILL REMOVE BARRIERS AND IMPROVE ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS. WITH THIS CRITICAL INVESTMENT, WICHITA STATE UNIVERSITY CENTER WILL PROVIDE TRAINING AND OTHER ASSISTANCE TO BUILD CAPACITY FOR NAVIGATING FEDERAL GRANT APPLICATION SYSTEMS, WRITING STRONG GRANT PROPOSALS, AND EFFECTIVELY MANAGING GRANT FUNDING. IN ADDITION, THIS CENTER WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS AND WILL ALSO CREATE AND MANAGE COMMUNICATION CHANNELS TO ENSURE ALL COMMUNITIES HAVE DIRECT ACCESS TO RESOURCES AND INFORMATION.ACTIVITIES:THE ACTIVITIES INCLUDE: SERVING AS A HUB FOR INFORMATION, TRAINING, RESOURCES, TECHNICAL ASSISTANCE (TA), AND CONNECTION FOR ADDRESSING ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE CONCERNS IN UNDERSERVED COMMUNITIES IN MISSOURI, NEBRASKA, KANSAS, IOWA AND FEDERALLY RECOGNIZED TRIBES; DEVELOP OPERATIONS CENTER AND FOCUS ON CREATING COMMUNITY ASSESSMENT PROCESS AND TOOLS; HOST GRANT WRITING/MANAGEMENT TRAININGS, HOST CIVIC ENGAGEMENT TRAININGS, RESPOND TO REQUESTS FROM GENERAL PUBLIC REGARDING ENVIRONMENTAL AND ENERGY JUSTICE GRANT MAKING AND PROGRAM NEEDS, PROVIDE TRAINING AND TECHNICAL ASSISTANCE TO IDENTIFY COMMUNITIES OF GREATEST NEED (CGNS) AND ACT AS A COMMUNITY ENGAGEMENT AND OUTREACH HUB FOR THE | 6/1/2023 |

| | |
|---|---|
| REGION.SUBRECIPIENT:WICHITA STATE UNIVERSITY EJ TCTAC CENTERS WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS.  OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TARGETED COMMUNITY ENGAGEMENTS SUCH AS OUTREACH, GRANT WRITING AND EVALUATION WORKSHOPS, TRAININGS, COMMUNITY ENGAGEMENT EVENTS, ETC. THE EXPECTED OUTCOMES INCLUDES GRANT TRAINING, COMMUNITY NEEDS ASSESSMENT, SURVEYS, INTERVIEWS, MAPPING, RESEARCH AND OTHER TOOLS TO ASSESS ENVIRONMENTAL JUSTICE OR ENERGY JUSTICE NEEDS; AND CIVIC ENGAGEMENT AND LEADERSHIP DEVELOPMENT. THE INTENDED BENEFICIARIES INCLUDES LARGE, SMALL, RURAL, REMOTE, AND TRIBAL COMMUNITIES; NONPROFITS; BUSINESSES; LOCAL GOVERNMENTS; AND STATE AND FEDERAL AGENCIES ACROSS THE HEARTLAND OF KANSAS, NEBRASKA, IOWA, MISSOURI, AND FEDERALLY RECOGNIZED TRIBES. THE CENTER WILL BUILD A COMMUNITY'S ABILITY TO PARTICIPATE IN ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE DECISION-MAKING AT ALL LEVELS OF GOVERNMENT, FIND AND APPLY FOR GRANTS, AND ENGAGE WITH THE PRIVATE SECTOR TO BE PART OF ENERGY AND INFRASTRUCTURE PROJECT DESIGN AND DEVELOPMENT. | |
| DESCRIPTION:THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER WILL LEVERAGE EXISTING UNIVERSITY EXTENSION NETWORKS AND TECHNICAL SERVICE PROVIDERS TO REACH REMOTE, RURAL, AND UNDERSERVED COMMUNITIES ACROSS EPA REGION 5, INCLUDING THE STATES OF MINNESOTA, MICHIGAN, WISCONSIN, ILLINOIS, INDIANA, AND OHIO AND 35 TRIBAL NATIONS.ACTIVITIES:THE PROPOSED GREAT LAKES ENVIRONMENTAL JUSTICE TECHNICAL ASSISTANCE CENTER (TAC) IS ORIENTED AROUND THREE INTERRELATED ACTIVITIES: 1. IDENTIFY UNDERSERVED AND OVERBURDENED COMMUNITIES WHO COULD BENEFIT FROM ENVIRONMENTAL AND ENERGY-RELATED PROGRAMS, 2. BUILD CAPACITY FOR COMMUNITIES TO ENGAGE IN ENVIRONMENTAL DECISION MAKING AND ACCESS TECHNICAL ASSISTANCE, AND 3. PROVIDE TAILORED, ACCESSIBLE, CULTURALLY APPROPRIATE ASSISTANCE THAT ALLOWS COMMUNITIES TO SECURE FUNDING AND RESOURCES THAT MATERIALLY IMPROVE THEIR SOCIAL, ECONOMIC, AND ENVIRONMENTAL OUTCOMES.SUBRECIPIENT:ACTIVITIES INCLUDE | 7/3/2023 |

| | |
|---|---|
| PROVIDING TECHNICAL ASSISTANCE TO REGION 5 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED ACTIVITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES FOR THE TCTAC INCLUDE: A WEB PORTAL, MINUTES AND TRAININGS RELATED TO COMMUNITY WORKSHOPS, RECORDS OF APPLICANTS ASSISTED, AND OTHER RELATED MATERIALS. EXPECTED OUTCOMES INCLUDE: 1. HIGHER CAPACITY FOR COMMUNITIES, NON-PROFIT ORGANIZATIONS, AND INDIVIDUALS TO APPLY FOR GRANT OPPORTUNITIES, 2. IMPROVED CONNECTIONS BETWEEN COMMUNITIES AND TECHNICAL ASSISTANCE RESOURCES, AND 3. INCREASED PARTICIPATION IN FEDERAL AND STATE ENVIRONMENTAL AND ENERGY DECISION-MAKING AS EVIDENCED BY GREATER PARTICIPATION IN PUBLIC ENGAGEMENT, OUTREACH, EPA AND DOE PROGRAMS, PUBLIC COMMENTS, AND EJ COMMUNITIES OCCUPYING POSITIONS OF POWER IN LOCAL AND FEDERAL DECISION-MAKING BODIES.<br><br>THE INTENDED BENEFICIARIES ARE THE PEOPLE OF REGION 5, INCLUDING THE RESIDENTS OF MINNESOTA, WISCONSIN, MICHIGAN, ILLINOIS, INDIANA, AND OHIO, AS WELL AS THE MEMBERS OF THE 35 FEDERALLY-RECOGNIZED TRIBES PRESENT IN THE REGION. | |
| DESCRIPTION:WITH A SKILLED NETWORK OF SPECIALIZED PARTNERS SPREAD ACROSS THE ENTIRE SIX-STATE-AND-TRIBAL GEOGRAPHY OF EPA REGION V, THIS ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC) IS UNIQUELY SITUATED TO SHAPE EQUITY BY PROVIDING ASSISTANCE, TRAINING, AND RESOURCES TO PROGRAM PARTICIPANTS. EACH OPERATIONAL PARTNER HAS EVOLVED THROUGH GRASSROOTS EFFORTS, COMPREHENSIVELY INTEGRATING SCIENCE, TRADITION, AND CULTURE. THE CONSORTIUM DERIVES ITS POWER FROM THE PEOPLE. LOCATED NEAR THE EPA REGION 5 HEADQUARTERS IN CHICAGO, ILLINOIS, BIG SERVES AS THE EPICENTER OF THE EJ TCTAC. POWERFUL PARTNERS ENSURE THAT THIS TARGETED, SPECIALIZED PROGRAM EXTENDS THROUGHOUT THE 35 TRIBAL LANDS, ILLINOIS, INDIANA, MICHIGAN, MINNESOTA, OHIO, AND WISCONSIN. THIS DEDICATED TEAM ENSURES THAT EACH EJ TCTAC FOCUS AREA OUTLINED BY EPA IS CARRIED OUT PROFESSIONALLY, THOROUGHLY, AND CONTINUOUSLY, INCORPORATING REAL-TIME ADVANCES, ARISING CHALLENGES, AND MEANINGFUL INVOLVEMENT OF THE COMMUNITIES. TO HELP ACHIEVE EQUITY, IN ALIGNMENT WITH EXECUTIVE ORDER 13985, EACH INVOLVED ORGANIZATION ENVISIONS A TECHNICAL ASSISTANCE CENTER THAT EMPOWERS COMMUNITIES TO REMEDIATE SOCIAL, | 8/18/2023 |

ECONOMIC, AND HEALTH BURDENS BY SEEKING ENVIRONMENTAL AND ENERGY JUSTICE. FOR MAXIMUM IMPACT, SERVICES PROVIDED ENGAGE PARTICIPANTS AT EVERY LEVEL OF READINESS TO DESIGN SOLUTIONS, OBTAIN NEEDED FUNDING AND RESOURCES, AND DIRECT ACTIVITIES AND RESOURCES TOWARD THEIR IDENTIFIED NEEDS WITH EMPHASIS ON THOSE DISPROPORTIONATELY HARMED. TO BEST ENSURE THAT ALL ELIGIBLE SERVICES OF EJ TCTAC OBJECTIVES ARE PROVIDED THROUGHOUT THE ENTIRE GEOGRAPHIC AREA, INCLUDING REMOTE AND RURAL AREAS, 23 DOCUMENTED, SUPPORTING PARTNERS PROVIDE VALUABLE ASSISTANCE. TO CREATE A NEW CHAPTER OF HOPE, HEALING, AND REGENERATION, THE WHOLE-SYSTEM SOLUTION PROPOSED BY BIG AND CONVEYED THROUGH THIS EJ TCTAC EMPOWERS INDIVIDUALS AND COMMUNITIES TO LESSEN BARRIERS TO HEALTHY LIVING AND ECONOMIC FREEDOM. THE EJ TCTAC WILL OFFER HYBRID VIRTUAL AND ON-SITE SERVICES. THE WIDESPREAD NETWORK OF PARTNERS WILL OPERATE SATELLITE OFFICES TO ENSURE PHYSICAL AND VIRTUAL SERVICES ARE ACCESSIBLE TO REMOTE AND UNDERSERVED COMMUNITIES. SEDAC WILL DEPLOY A DEDICATED 1-800 CALL-CENTER. BEL AND MTERA WILL DEVELOP MULTILINGUAL RESOURCES AND CONTINUE TO LEVERAGE EXISTING TRIBAL NETWORKS ACROSS THE REGION. SERVICES INCLUDE PRODUCTION OF AND INSTRUCTION ON HOW-TO-PRODUCE PHYSICAL, DIGITAL, AND VIRTUAL RESOURCES THAT INCLUDE STORYTELLING, FACT SHEETS, CASE STUDIES, INFOGRAPHICS, AND BEST-PRACTICE TIP SHEETS. TO TEACH CAPACITY BUILDING AT BOTH REGIONAL AND LOCAL LEVELS, THE EJ TCTAC WILL FACILITATE STAKEHOLDER ENGAGEMENT DISCUSSIONS, LISTENING SESSIONS, AND OUTREACH WITH GOVERNMENT AND PRIVATE SECTORS. BIG WILL ALSO CLOSELY COLLABORATE WITH THE UNIVERSITY OF MINNESOTA WHICH IS ALSO RECEIVING AN EJ TCTAC AWARD TO SUPPORT EPA REGION V COMMUNITIES.ACTIVITIES:.SUBRECIPIENT:THERE ARE NINE SUB-AWARDS UNDER THIS GRANT AGREEMENT. ACTIVITIES FOR EACH DIFFER BASED ON EXPERTISE BUT INCLUDE FOR EXAMPLE, TRIBAL RELATIONS EXPERTISE, ENERGY SOVEREIGNTY EXPERTISE, TRANSLATION AND INTERPRETATION SERVICES, RURAL COMMUNITIES OUTREACH, OUTREACH AND EDUCATION, GRANTS TRAINING AND WRITING, PUBLIC HEALTH, ENERGY DESIGN, ETC.  OUTCOMES:.

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO MONTANA STATE UNIVERSITY (MSU). SPECIFICALLY, MSU WILL DELIVER EFFECTIVE, NO-COST TECHNICAL ASSISTANCE (TA) TO INDIVIDUALS AND ORGANIZATIONS COMMITTED TO ENERGY AND ENVIRONMENTAL JUSTICE IN REGION 8, ESPECIALLY REPRESENTATIVES OF UNDERSERVED AND OVERBURDENED GEOGRAPHIES AMONG THE REGION'S 28 FEDERALLY-RECOGNIZED TRIBES AND IN URBAN, REMOTE AND RURAL LOCATIONS. MSU MOUNTAINS AND PLAINS THRIVING COMMUNITIES COLLABORATIVE (MAPTCC) TA OFFERINGS AIM TO BUILD CAPACITY AMONG PROGRAM PARTICIPANTS IN THE AREAS OF THE ABILITY TO SUCCEED IN GRANT APPLICATION AND MANAGEMENT PROCESSES, UNDERSTANDING OF FUNDING SOURCES AND GRANT REQUIREMENTS, AND THE ABILITY TO PARTICIPATE AND ENGAGE EFFECTIVELY IN ENVIRONMENTAL AND ENERGY JUSTICE DECISION-MAKING. ACTIVITIES:THE ACTIVITIES INCLUDE:

(1) CONDUCTING OUTREACH, MARKETING AND RECRUITMENT THROUGH THE MANAGEMENT OF WEBSITE, SOCIAL MEDIA AND OTHER MARKETING TOOLS AND IN-PERSON ENGAGEMENTS; (2) PROVIDING NETWORKING AND COORDINATION WITHIN THE BROADER TCTAC AND REGIONAL TA PROFESSIONAL COMMUNITIES; (3) DIRECT COMMUNITY RESOURCE AND ENGAGEMENT SERVICES SUCH AS PROVIDING GENERAL INFORMATION, COORDINATION AND PLANNING CAPACITY, DEVELOPING AND SUPPORTING THE USE OF CUSTOMIZED PRODUCTS SUCH AS READINESS ASSESSMENTS AND FUNDING STRATEGIES, REFERRALS TO TRAINING PROGRAMS AND TA SERVICES, MENTORSHIP AND ENCOURAGEMENT, AND SUPPORT FOR FACILITATING MEETINGS AND PEER NETWORKING INCLUDING TRANSLATION, INTERPRETATION AND ACCESSIBILITY SERVICES; (4) MAINTENANCE OF A DIGITAL RESOURCE CENTER WHICH SERVES AS A PARTICIPANT DATABASE SYSTEM AND COMMUNICATIONS BACKBONE; (5) DEVELOPMENT AND DELIVERY OF CAPACITY-BUILDING TRAINING PROGRAMS; (6) THE DELIVERY OF SPECIALIZED SUPPORT TO PROGRAM PARTICIPANTS THROUGH CUSTOM WORKSHOPS AND CONSULTATIONS BY SUBJECT MATTER AND TECHNICAL EXPERTS IN THE AREAS OF COMMUNITY DEVELOPMENT, ENVIRONMENTAL AND ENERGY JUSTICE, AND CLEAN ENERGY DEVELOPMENT, AND (7) PROJECT MANAGEMENT, EVALUATION AND REPORTING. SUBRECIPIENT:ACTIVITIES INCLUDE PROVIDING TECHNICAL ASSISTANCE TO REGION 8 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED | 6/14/2024 |

ACTIVITIES.

TOTAL SUMS FOR YEARS 1 - 5:
COLORADO STATE UNIVERSITY: $1,942,682.00
CENTER FOR SOCIAL CREATIVITY: $1,003,691.00
ALLIANCE FOR TRIBAL CLEAN ENERGY:
$1,400,022.00
UNIVERSITY OF WYOMING: $1,027,541.00
UTAH STATE UNIVERSITY:
$1,009,011.00OUTCOMES:THE ANTICIPATED
DELIVERABLES INCLUDE A PUBLIC-FACING
WEBSITE, AS WELL AS THE ABILITY TO MAKE
REQUESTS AND INQUIRIES VIA TEXT, PHONE AND
EMAIL; A DIGITAL RESOURCE CENTER SERVING
GRANT ANNOUNCEMENTS, MODULAR
TRAININGS, AND CUSTOMIZED PORTFOLIOS FOR
PROGRAM PARTICIPANTSMDASH;AND
ASSOCIATED DATASETS OF PARTICIPANT AND
PROVIDER CONTACTS; ORGANIZATIONAL
FUNDING AND SUSTAINABILITY PLANS FOR
PROGRAM PARTICIPANTS.

THE EXPECTED OUTCOMES INCLUDE
INCREASING PROGRAM PARTICIPANTS',
PARTICULARLY UNDERSERVED AND
RURAL/REMOTE COMMUNITIES, ACCESS TO AND
AWARENESS OF GRANT OPPORTUNITIES,
KNOWLEDGE OF THE GRANT APPLICATION AND
MANAGEMENT PROCESS, UNDERSTANDING OF
FINANCING SOURCES AND GRANT
REQUIREMENTS, AND THE ABILITY TO
PARTICIPATE AND ENGAGE IN ENVIRONMENTAL
AND ENERGY JUSTICE DECISION-MAKING.
EXPECTED OUTCOMES OF THIS PROGRAM ARE
THE INCREASED CAPACITY IN TO ADVANCE AND
ADDRESS ENVIRONMENTAL AND ENERGY
JUSTICE ISSUES ACROSS REGION 8. THIS WILL
LEAD TO PROGRESS TOWARDS ACHIEVING THE
OBJECTIVES OF EXECUTIVE ORDERS 13985, 14008,
14091 AND 14096.

THE INTENDED BENEFICIARIES IN REGION 8
INCLUDE BUT ARE NOT LIMITED TO: NONPROFIT
ORGANIZATIONS; COMMUNITY-BASED AND
GRASSROOTS ORGANIZATIONS; PHILANTHROPIC
AND CIVIC ORGANIZATIONS; UNDERSERVED
COMMUNITIES AND ORGANIZATIONS; RURAL
AND REMOTE COMMUNITIES AND
ORGANIZATIONS; FAITH-BASED ORGANIZATIONS
AND CHURCHES; EDUCATIONAL INSTITUTIONS
(E.G., SCHOOLS, COLLEGES, AND UNIVERSITIES),
INCLUDING MINORITY SERVING INSTITUTIONS;
INDIVIDUALS OF UNDERSERVED COMMUNITIE

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO APPALACHIAN VOICES. THE RECIPIENT WILL CREATE A COMPREHENSIVE FRAMEWORK KNOWN AS THE COAL COMMUNITY RESILIENCE PLANNING MODEL AND TOOLKIT. THIS MODEL AND TOOLKIT WILL SERVE AS AN ADAPTABLE GUIDE FOR FIVE COAL COMMUNITIES IN VIRGINIA TO NAVIGATE AND RESPOND TO THE MULTIFACETED CHALLENGES POSED BY ECONOMIC SHIFTS, ENVIRONMENTAL CONCERNS, AND THE NEED TO PLAN FOR CLIMATE CHANGE. ACTIVITIES:THE FOLLOWING ACTIVITIES WILL BE PERFORMED: ORGANIZE GOVERNMENT LEADS AND CORE COMMUNITY STAKEHOLDERS, NURTURE COMMUNITY ENGAGEMENT AND DEVELOP RESILIENCE MAPS, ENCOURAGE COMMUNITY PROJECT IDEATION AND PLAN DEVELOPMENT, DEVELOP COMMUNITY PROJECT SUSTAINABILITY PLANS, MEASURE AND SUSTAIN IMPACT, AND DEVELOP ENVIRONMENTAL JUSTICE ADVOCATES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE FOLLOWING: A COLLABORATIVE DECISION-MAKING PROCESS; 200+ COMMUNITY MEMBERS ENGAGED; 5 COMMUNITY RESILIENCE MAPS; 5 COMMUNITY-BASED PROJECT DESIGNS; PROJECT PREDEVELOPMENT CONSULTING; 12 EDUCATION WEBINARS ON CLIMATE/RESILIENCE TOPICS; 20 NEW EJ LEADERS DEVELOPED; SKILLS AND METRICS DEVELOPED TO MEASURE IMPACT; THE DEVELOPMENT OF COAL COMMUNITIES RESILIENCE TOOLKIT; ENGAGEMENT IN THE EJ PROCESSES AND RULEMAKING EFFORTS; COALFIELD RESILIENCE; AND THE DEVELOPMENT OF A COMMUNITY FEEDBACK FORM.<br><br>THE EXPECTED OUTCOMES INCLUDE THE FOLLOWING: THE CREATION OF CORE PARTNERSHIP ACCOUNTABILITY AND ORGANIZATIONAL STRUCTURE; HOSTING 2 LISTENING SESSIONS IN EACH LOCALITY; ACTIVATING 50 STAKEHOLDERS; BOLSTERING THE COMMUNITY BUY-IN PROCESS; STRATEGIC PROJECT IMPLEMENTATION; COMPLETING 5 RESILIENCE PROJECTS; INCREASING LOCAL COLLABORATIVE STRATEGIES; AND ENCOURAGING PARTICIPATION IN REGULATORY/POLICY OPPORTUNITIES.<br><br>THE INTENDED BENEFICIARIES ARE CITIZENS, LOCAL GOVERNMENT LEADERS, FUNDERS, POLICY MAKERS, REGIONAL ECONOMIC DEVELOPMENT GROUPS, AND EJ ORGANIZATIONS. | 3/19/2024 |

| | 3/27/2024 |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES.  THE RECIPIENT PROJECT IS FOCUSED ON THE BAYVIEW-HUNTERS POINT COMMUNITY OF SAN FRANCISCO CA. THE IMMEDIATE OUTCOME OF THIS TWO-YEAR INITIATIVE WILL BE THE DEVELOPMENT OF AN ENVIRONMENTAL JUSTICE POLICY PLATFORM, GROUNDED IN THE NEIGHBORHOOD'S OWN LIVED EXPERIENCES AND COMMUNITY SCIENCE - DOCUMENTATION AND MAPPING OF ENVIRONMENTAL TOXIC EXPOSURES AND ADVERSE HEALTH EFFECTS TO PAST AND PRESENT RESIDENTS AND WORKERS, BUILDING AN ACCESSIBLE LIBRARY OF LOCAL ENVIRONMENTAL ISSUES, POTENTIAL MITIGATION MEASURES, AND SUBSTANTIVE POLICY CHANGES. THE PROJECT CONNECTS MULTIPLE COMMUNITY-LED EFFORTS INTO A LARGER, COHESIVE PROGRAM OF POLLUTION REDUCTION, PUBLIC HEALTH ADVOCACY, AND NEIGHBORHOOD EMPOWERMENT. A MAJOR RESULT OF THE PROGRAM WILL BE THE DEVELOPMENT OF NEW CADRES OF TRAINED AND EXPERIENCED COMMUNITY ENVIRONMENTAL HEALTH ACTIVISTS, INCLUDING YOUTH ADVOCATES. <br><br> THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COSTS HAVE BEEN APPROVED BACK TO 3/1/2024. <br><br><br> ACTIVITIES:THE ACTIVITIES INCLUDE HIRING A PROGRAM COORDINATOR, COMPLETE MOU'S WITH COLLABORATIVE PARTNERS, DEVELOP TRAINING MATERIALS FOR STAFF, PREPARE FOR PROGRAM LAUNCHES AND DESIGN YOUTH TRAININGS. <br> SUBRECIPIENT:3RD STREET YOUTH CENTER AND CLINIC, WILL ESTABLISH A YOUTH ADVOCATES PROGRAM UNDER THIS INITIATIVE, TRAINING AND MENTORING OUR NEXT GENERATION OF COMMUNITY LEADERS, GIVING THEM A FOUNDATION OF SKILLS IN ADVOCACY, DATA ANALYSIS, AND COMMUNITY OUTREACH. WE WILL CO-DEVELOP ENVIRONMENTAL JUSTICE AND POLICY CURRICULA, STRATEGIZE INTERVENTIONS, DRAFT EVIDENCE-BASED POLICY RECOMMENDATIONS, AND JOINTLY DEVELOP EDUCATIONAL MATERIALS TO SUPPORT LASTING COLLABORATION AMONG THE PARTNERS. <br><br> SF BAY PHYSICIANS FOR SOCIAL RESPONSIBILITY WILL LEAD AND SUPPORT A SERIES OF TRAININGS ON VARIOUS TOPICS INCLUDING PUBLIC HEALTH IMPACTS OF EXPOSURES AND HOW TO INTERPRET DATA. THEY WILL CREATE EDUCATIONAL MATERIALS | |

| | |
|---|---|
| BASED ON THE PUBLIC HEALTH IMPACTS OF EXPOSURES FOUND THROUGH GROUND TRUTHING AND ANY INFORMATION RESULTED IN THE AB 617 PROCESS. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE SIGN IN SHEERS, TRAINING MATERIALS, MEETING REPORTS, POLICY PROPOSALS, DRAFT ARC GIS MAP AND UPDATED DATA FINDINGS. THE EXPECTED OUTCOMES INCLUDE INCREASE IN COMMUNITY CAPACITY AND ACCESS TO POLICY MAKING TOOLS, SECC AND YOUTH CURRICULUM IMPLEMENTED. TOXIC INDEX DATA COLLECTED AND ANALYZED, YOUTH PROGRAM PRESENTS DATA ANALYSIS TO SECC AND AB617 STEERING COMMITTEE. SECC AND YOUTH INTERACT WITH STATE REPRESENTATIVES THROUGH STATE LEGISLATIVE DAY AND PRESENT CONCERNS AND POLICY IDEAS, AND INCREASED COMMUNITY CAPACITY IN POLICY ADVOCACY AND KNOWLEDGE IN ENVIRONMENTAL JUSTICE. UPDATED TOXIC INDEX DATA. DEVELOPED COORDINATION AND STRENGTHENED RELATIONSHIPS WITH PROJECT PARTNERS, AB 617 CSC, STATE LEGISLATORS AND THE D10 SUPERVISORS' OFFICE. THE INTENDED BENEFICIARIES INCLUDE THE COMMUNITY OF THE BAY VIEW HUNTERS POINT. | |
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO NUEVA ESPERANZA, INC. THE RECIPIENT AND ITS PARTNERS IN THE HUNTING PARK COMMUNITY-LED CLIMATE RESILIENCE AND EMPOWERMENT PROJECT WILL BUILD THE CAPACITY OF RESIDENTS, LEADERS AND NEIGHBORHOOD INFRASTRUCTURE TO IMPROVE THE CLIMATE RESILIENCY OF THE HUNTING PARK (HP) NEIGHBORHOOD IN PHILADELPHIA, PA, AGAINST THE DISPROPORTIONATE HEALTH AND ECONOMIC IMPACTS OF HEAT IN THE COMMUNITY. ACTIVITIES:THE ACTIVITIES INCLUDE BUILDING TREE COVER; TRAININGS FOR COMMUNITY MEMBERS; DISTRIBUTING EXTREME HEAT MITIGATION TRAINING AND TOOLS TO RESIDENTS; FACILITATING COMMUNITY DIALOGUE; FORMALIZING A COMMUNITY-DRIVEN ENVIRONMENTAL POLICY PLATFORM; AND COMPLETING A HEALTH IMPACT ASSESSMENT. SUBRECIPIENT:HUNTING PARK GREEN WILL RECEIVE A SUBAWARD OF $75,051 TO COLLABORATE ON OUTREACH; CO-MANAGE TREE STEWARDSHIP AND TRAINING; AND FACILITATE COMMUNITY CONVERSATIONS. AS I PLANT THE SEED WILL RECEIVE A SUBAWARD OF $57,099 TO COLLABORATE ON OUTREACH AND FACILITATE COMMUNITY CONVERSATIONS. | 4/8/2024 |

EPA_00045040

HUNTING PARK NEIGHBORHOOD ADVISORY COMMITTEE WILL RECEIVE A SUBAWARD OF $53,007 TO LEAD WEATHERIZATION TRAINING. HUNTING PARK COMMUNITY SOLAR INITIATIVE WILL RECEIVE A SUBAWARD OF $35,979 TO DELIVER SOLAR PANEL INSTALLATION TRAINING TO HP RESIDENTS. PENNSYLVANIA HORTICULTURAL SOCIETY WILL RECEIVE A SUBAWARD OF $42,000 TO DELIVER TREES, TREE PLANTINGS AND MAINTENANCE TRAINING; AND PROVIDE INSIGHTS ON ENVIRONMENTAL IMPACT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ADDITIONAL TREES IN HP; TRAININGS IN TREE MAINTENANCE, CLIMATE CHANGE, COMMUNITY ORGANIZING, HEAT SAFETY, AND SOLAR PANEL INSTALLATION; DISTRIBUTION OF COOLING KITS AND INSTALLED AIR CONDITIONERS WITH WEATHERIZATION KITS AND WORKSHOPS; HP CLIMATE JUSTICE PLATFORM; HEALTH IMPACT ASSESSMENT TO GAUGE EXISTING HEALTH DISPARITIES AND SPECIFIC HEALTH CHALLENGES; AND INSIGHTS GAINED FOR NEIGHBORHOODS ENGAGING IN COMMUNITY-DRIVEN CLIMATE CHANGE. THE EXPECTED OUTCOMES INCLUDE VIABLE TREE CANOPY; INCREASED COMMUNITY KNOWLEDGE AND COMMUNITY SKILLS; IMPROVED BLOCK-LEVEL AND HOUSING HVAC CONDITIONS AND INDOOR AIR QUALITY; AND DECREASED RATES OF HEAT STROKE, HEAT EXHAUSTION AND ASTHMA. OTHER OUTCOMES INCLUDE INCREASED COMMUNITY COHESION; IMPROVED LEVERAGING OF CITY-PRIVATE RESOURCES; GRADUAL REDUCTION IN THE NEIGHBORHOOD HEAT INDEX; AND MODELING FOR OTHER CLIMATE VULNERABLE NEIGHBORHOODS. THE INTENDED BENEFICIARIES INCLUDE CURRENT AND FUTURE RESIDENTS OF HUNTING PARK.

| | |
|---|---|
| DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $500,000 TO SUPPORT COMPLIANCE OF THE CLEAN AIR ACT FOR THE PARKS ALLIANCE OF LOUISVILLE, INC.  THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE PARKS ALLIANCE OF LOUISVILLE. THE RECIPIENT WILL ACTIVELY ENGAGE RESIDENTS OF LOUISVILLE'S CALIFORNIA NEIGHBORHOOD IN THE PLANNING, PROGRAMMING, AND STEWARDSHIP OF THE NEW 20-ACRE ALBERTA O. JONES PARK.ACTIVITIES:THE ACTIVITIES INCLUDE HIRING A PARK SUPERINTENDENT TO OVERSEE THE STEWARDSHIP AND ONGOING PROGRAMMING OF THE NEWLY BUILT ALBERTA O. JONES PUBLIC PARK, FORMING AND OPERATIONALIZING OF THE PARK COMMUNITY COUNCIL, PERFORMING A HEALTH IMPACT ASSESSMENT (HIA), CONDUCTING COMMUNITY OUTREACH EVENTS, SURVEYING RESIDENTS' EXPERIENCE, ACQUISITION OF SMALL PARCELS OF LAND FOR PHASE II OF ALBERTA O. JONES PUBLIC PARK, INCORPORATING PLANNING AND ENGINEERING BEST PRACTICES TO MITIGATE RISK OF EXPOSURE TO FLOODING AND CSOS (COMBINED SEWER OVERFLOWS).SUBRECIPIENT:SUBAWARD ACTIVITIES INCLUDE PROVIDING STAFF AND ORGANIZATIONAL EXPERIENCE, CONDUCTING A HEALTH IMPACT ASSESSMENT (LMPHW CENTER FOR HEALTH EQUITY) AND DISSEMINATING THE INFORMATION TO THE APPROPRIATE AUDIENCES, FACILITATING PUBLIC COMMUNITY-ENGAGEMENT WORKSHOPS (BRIGHTSIDE FOUNDATION; BERNHEIM ARBORETUM AND RESEARCH FOREST) WHICH INCLUDE PROVIDING GARDENING MATERIALS, EDIBLE GARDEN EDUCATION, RAIN-GARDEN EDUCATION, TREE-PLANTING; EDUCATE COMMUNITY MEMBERS ABOUT THEIR IMPORTANCE IN MITIGATING FLOODING AND OTHER CLIMATE IMPACTS, CONDUCTING A BIODIVERSITY STUDY OF THE PARK, MEASURING THE IMPACT OF THE ADDITION OF NATIVE PLANTS AND TREES IN ATTRACTING BIODIVERSE SPECIES TO A NEIGHBORHOOD DESIGNATED AS AN URBAN HEAT ISLAND; CONSULT ON THE DESIGN AND DEVELOPMENT OF AN AG INNOVATION HUB AT ALBERTA O. JONES PARK, WORKING IN COLLABORATION WITH YOUTHBUILD TO TRANSFORM ABOUT TWO ACRES OF THE PARK INTO AN AGRICULTURAL HUB AND JOB TRAINING SITE FOR YOUTH INTERESTED IN CAREERS IN PARKS AND URBAN FARMING.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE CREATION AND DISSEMINATION OF A REPORT TO SHARE THE FINDINGS OF THE HIA, FEEDBACK FROM 150+ RESIDENTS FOR THE DESIGNING AND PROGRAMMING OF PHASE 2 OF THE PARK, SHARED RESOURCES AND INFORMATION TO RESIDENTS FROM 7 COMMUNITY PARTNERS, | 4/27/2024 |

RECRUITMENT AND TRAINING OF A PARK
SUPERINTENDENT, CONDUCTION OF 4 PARK
COMMUNITY COUNCIL MEETINGS, AND
SECURING FEMA APPROVAL FOR PHASE 2 OF THE
PARK CONSTRUCTION IN COMPLIANCE WITH
HAZARD MITIGATION GRANT STANDARDS.
THE EXPECTED OUTCOMES INCLUDE INCREASED
ENGAGEMENT OF THE COMMUNITY IN
IDENTIFYING CORE STRATEGIES THROUGH
WHICH PARK DESIGN AND PROGRAMMING THAT
CAN IMPACT RESIDENTS' MENTAL HEALTH AND
WELLBEING (GOAL = 150); INCREASED NUMBER
OF RESIDENTS THAT ARE AWARE OF THE RISKS
ASSOCIATED WITH EXPOSURE TO CSOS AND
FLOODING DRIVEN BY INCREASED FREQUENCY
AND INTENSITY OF RAIN EVENTS (GOAL = 150);
PILOTING OF A COMMUNITY-DRIVEN PARK
PLANNING AND STEWARDSHIP MODEL THAT CAN
BE REPLICATED IN OTHER LOUISVILLE PUBLIC
PARKS - PARTICULARLY THOSE IN
HISTORICALLY UNDERSERVED AND
DISADVANTAGED NEIGHBORHOODS; PROVIDING
INFORMATION TO THE COMMUNITY, DECISION-
MAKERS, AND OTHER STAKEHOLDERS ABOUT
THE POTENTIAL BENEFICIAL AND ADVERSE
IMPACTS TO MENTAL HEALTH THAT MAY
RESULT FROM THE TRANSFORMATION OF
VACANT/ABANDONED PROPERTY IN THE
CALIFORNIA NEIGHBORHOOD INTO A NEW
PUBLIC PARK (GOAL = 2 GOVERNMENT
PARTNERS, 1 HEALTHCARE SYSTEM, 1 PUBLIC
HEALTH ORGANIZATION, AND 2 UNIVERSITIES);
CREATE LEARNING OPPORTUNITIES FOR
RESIDENTS - INCLUDING YOUTH - THAT
LEVERAGE PARK INFRASTRUCTURE AND
PROGRAMMING TO PROMOTE COMMUNITY
EMPOWERMENT, HEALTH, AND WELLBEING;
PRODUCTIVELY USE 20 ACRES OF
VACANT/ABANDONED PROPERTY AS A NEW
PUBLIC PARK IN THE CALIFORNIA
NEIGHBORHOOD THAT SERVES AS A
RECREATIONAL, CULTURAL, AND SOCIAL HUB -
PLANNED, PROGRAMMED, AND STEWARDED BY
THE RESIDENTS; PROVIDING INFORMATION TO
THE COMMUNITY, DECISION-MAKERS, AND
OTHER STAKEHOLDERS ABOUT THE POTENTIAL
BENEFICIAL AND ADVERSE IMPACTS

EPA_00045043

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO EARTH CARE INTERNATIONAL.  SPECIFICALLY, THE RECIPIENT WILL PARTNER WITH THE CITY AND COUNTY OF SANTA FE, THE SANTA FE PUBLIC SCHOOL DISTRICT, THE HEALTH EQUITY PARTNERSHIP, MAINSTREET NEW MEXICO, AND THE SOUTHSIDE BUSINESS COUNCIL TO CONDUCT A COMMUNITY-LED HEALTH ASSESSMENT FOR THE SOUTHSIDE OF SANTA FE USING THE COLLABORATIVE PROBLEM-SOLVING FRAMEWORK TO DEVELOP CONCRETE URBAN PLANNING, LOCAL POLICY, AND COMMUNITY-DRIVEN DEVELOPMENT SOLUTIONS TO THE ENVIRONMENTAL JUSTICE AND PUBLIC HEALTH CHALLENGES FACING THE AREA. THEY WILL USE A HEALTH IMPACT ASSESSMENT TO ESTABLISH A FOUNDATION FOR CUMULATIVE IMPACTS ASSESSMENT WHILE CONSIDERING LAND-USE DEVELOPMENT PROPOSALS. THEY WILL ALSO CONDUCT A CITIZEN-SCIENCE AIR-MONITORING PROJECT FOCUSED ON EMISSIONS FROM AN ASPHALT PLANT TO EMPOWER STUDENTS AND RESIDENTS IN THE AREA WITH DATA TO INFORM COMMUNITY ADVOCACY EFFORTS. THESE COMPLEMENTARY PROJECTS WILL ENGAGE PUBLIC INSTITUTIONS, BUSINESS LEADERS, DECISION-MAKERS, AND THOUSANDS OF YOUTHS AND FAMILIES IN COLLABORATIVE PROBLEM-SOLVING AND PUBLIC POLICY DEVELOPMENT. THE EXPECTED OUTCOME OF THE COMMUNITY-DRIVEN ASSESSMENT PROJECT WILL BE POLICY AND COMMUNITY DEVELOPMENT DIRECTIVES DEVELOPED BY DIVERSE STAKEHOLDERS TO FOSTER ENVIRONMENTAL JUSTICE, IMPROVE COMMUNITY HEALTH, AND BUILD LONG-TERM RESILIENCE IN THE FACE OF CLIMATE CHANGE.ACTIVITIES:THE ACTIVITIES INCLUDE THREE CIVIC ENGAGEMENT PROCESSES TO GENERATE COMMUNITY-DRIVEN SOLUTIONS TO COMMUNITY HEALTH, ENVIRONMENTAL AND DEVELOPMENT CONCERNS THAT HAVE BEGUN TO BE ARTICULATED IN RESPONSE TO THE PROPOSED EXPANSION OF AN ASPHALT PLANT IN THE AREA. THE FIRST PROCESS AND OVERARCHING FRAMEWORK IS THE COLLABORATIVE PROBLEM-SOLVING PROCESS TO FULLY INVEST COMMUNITY-LED SOLUTION BUILDING TO MITIGATE THE POLLUTION AND OTHER CHALLENGES IN THE AREA AND BUILD A MORE RESILIENT COMMUNITY. THE SECOND PROCESS IS THE HEALTH IMPACT ASSESSMENT WHICH WILL ENGAGE THE COMMUNITY AROUND THE QUESTION OF HOW CUMULATIVE IMPACTS ANALYSIS REQUIREMENTS IN DEVELOPMENT AND PERMITTING PROCESSES MIGHT SUPPORT THE COMMUNITY'S ENVIRONMENTAL JUSTICE VISION AND GOALS. THE THIRD IS AN AIR QUALITY MONITORING COMPONENT DESIGNED | 4/29/2024 |

EPA_00045044

TO CONTRIBUTE TO THE PROJECT'S LEADERSHIP DEVELOPMENT, INFORMATION GATHERING, AND SOLUTION-GENERATION OBJECTIVES. THE ACTIVITIES INCLUDE, FORMING THE PROJECT TEAM, DEVELOPING TRAININGS AND TRAINING COMMUNITY LEADERS, DEVELOPING AN ENGAGEMENT PLAN, CONDUCTING OUTREACH FOR SCREENING AND SCOPING PROCESSES, ESTABLISHING FIVE AIR MONITORING SITES AND MONITORING AIR QUALITY, CONDUCTING HEALTH IMPACT ANALYSIS, REPORTING FINDINGS, AND DEVELOPING RECOMMENDATIONS AND AN ACTION PLAN.SUBRECIPIENT:AS DESCRIBED IN THE PROPOSAL, THE SUBAWARD WILL BE MADE TO THE HEALTH EQUITY PARTNERSHIP (HEP) FOR THEIR WORK TO GUIDE THE HEALTH IMPACT ASSESSMENT (HIA) IN DESIGN AND IMPLEMENTATION THROUGH TRAINING AND TECHNICAL ASSISTANCE INCLUDING GRAPHIC RECORDING AND DOCUMENTATION, EVALUATION, AND REPORT PRINTING . THE SUBAWARD BUDGET INCLUDES FOUR ALL-DAY TRAININGS WITH TIME COSTS FOR THE TRAINERS TO PREPARE AND EXECUTE THE TRAINING, GRAPHIC RECORDING FOR EACH, AND THE COST OF TRAINING MATERIALS.  OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TWENTY YOUTH AND PARENT LEADERS TRAINED IN COMMUNITY HEALTH ASSESSMENT AND AIR QUALITY MONITORING, TEN TECHNICAL TRAININGS ON COLLABORATIVE PROBLEM-SOLVING MODEL, HEALTH IMPACT ANALYSIS ASSESSMENT, CUMULATIVE IMPACTS ASSESSMENT, CITIZEN SCIENCE REPORTS, AIR QUALITY MONITORING, AND DATA AND EVALUATION FOR PROJECT TEAM INCLUDING STAFF, STAKEHOLDER PARTNERS, YOUTH AND PARENT PROJECT LEADERS, AND TEACHERS. ADDITIONALLY, FIVE-HUNDRED RESIDENTS WILL BE REACHED THROUGH CANVASSING AND COMMUNITY MEETINGS TO ENGAGE NEIGHBORHOOD RESIDENTS, FIVE MONITORING SITES WILL BE ESTABLISHED, FIVE TEACHERS WILL BE GIVEN TECHNICAL TRAINING AND ENGAGED IN CURRICULUM DEVELOPMENT AND SE

| | 4/29/2024 |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS.  SPECIFICALLY, THE RECIPIENT WILL FUND A FULLTIME PROJECT MANAGER TO PLAN, PARTNER, AND COLLABORATE TO IMPLEMENT THE PROPOSED INDIGENOUS COMMUNITY GARDEN. THE GARDEN, LOCATED IN GOLDEN GATE PARK WITHIN SAN FRANCISCO, IS A NATIVE-LED PARTNERSHIP BETWEEN THE FRIENDSHIP HOUSE ASSOCIATION, THE ASSOCIATION OF RAMAYTUSH OHLONE, THE CULTURAL CONSERVANCY, AND SAN FRANCISCO RECREATION AND PARKS DEPARTMENT. THE COMMUNITY GARDEN SPACE CENTERS ITSELF AROUND TRADITIONAL INDIGENOUS ECOLOGICAL KNOWLEDGE, THE CORNERSTONE OF REGENERATIVE AGRICULTURE. PROJECT WORK WILL INCLUDE PLANNING AND PREPARATION WORK INCLUDING COLLABORATION WITH THE SAN FRANCISCO RECREATION AND PARKS DEPARTMENT TO ENSURE CITY COMPLIANCE, DEVELOPMENT AND IMPLEMENTATION OF THE GARDEN PLANS WITHIN THE ALLOTTED PARCEL USING PARTNER AND COMMUNITY FEEDBACK ALIKE, GARDEN ESTABLISHMENT, AND DEVELOPMENT OF ONGOING EDUCATION AND OUTREACH PROGRAMMING. ONCE OPERATIONAL, THE INDIGENOUS COMMUNITY GARDEN WILL PROVIDE SAN FRANCISCO'S NATIVE COMMUNITY WITH TRAINING AND EDUCATION ON HOW TO MANAGE NATIVE LANDSCAPES, A CEREMONIAL SPACE WITHIN THE CITY, AND INCREASE KNOWLEDGE ABOUT PREPARATION, AND CONSUMPTION OF HEALTHY FIRST FOODS. THROUGHOUT THE PROJECT PERIOD FRIENDSHIP HOUSE ASSOCIATION WILL WORK TO FURTHER BROADEN COMMUNITY CONNECTIONS AND CREATE NEW PARTNERSHIPS THROUGH THEIR WORK ON THE INDIGENOUS COMMUNITY GARDEN. FINAL EVALUATIONS AND REVIEWS WITHIN THE PROJECT PERIOD WILL ALLOW FRIENDSHIP HOUSE ASSOCIATION AND THEIR PARTNERS THE ABILITY TO ENSURE LONG-TERM GARDEN SUSTAINABILITY AND CREATE A ROADMAP FOR LONG-LASTING PARTNERSHIPS AND COLLABORATIVE EFFORTS. ACTIVITIES:THE ACTIVITIES IN THIS PROJECT INCLUDE ESTABLISHING AND MAINTAINING NEW COLLABORATIVE TRIBAL, GOVERNMENT, OTHER PARTNERSHIPS, PLANNING AND PREPARATION OF THE PROJECT SCOPE, INITIAL DEVELOPMENT INCLUDING ALL RELEVANT PERMITTING ACTIVITIES, OVERALL GARDEN ESTABLISHMENT, AND ONGOING GARDEN OPERATIONS AND OPTIMIZATION. IN YEAR 1 COMMUNITY STAKEHOLDERS AND PARTNERS WILL BE IDENTIFIED AND ENGAGED TO HELP DESIGN THE OVERALL PROJECT AND PROVIDE INPUT THROUGHOUT THE LIFE OF THE PROJECT. THE APPROPRIATE PERMITS WILL BE IDENTIFIED AND | |

APPLIED FOR AND, AS A PARTNER, THE CITY OF SAN FRANCISCO WILL ALSO OVERSEE THE CEQA PROCESS AND HOLD COMMUNITY MEETINGS RELATED TO THE PROJECT. BASIC SITE PREPARATION WILL BE DONE DURING THE FIRST YEAR AS WELL, OVERSEEN BY THE PROJECT MANAGER FUNDED VIA THIS COOPERATIVE AGREEMENT. IN YEAR 2, THE GARDEN WILL BE ESTABLISHED. PLANT SPECIES, TRADITIONAL FOODS, AND HERBAL PLANTS FOR CULTIVATION WILL BE SELECTED IN PARTNERSHIP WITH THE ASSOCIATION OF RAMAYTUSH OHLONE AND CULTURAL CONSERVANCY. IN ADDITION, DESIGN AND IMPLEMENTATION FOR A LAND BASED HEALING PROGRAM AND AN EDUCATION AND OUTREACH PROGRAM FOR FRIENDSHIP HOUSE RESIDENTS AND MEMBERS OF THE PUBLIC WILL OCCUR, IN COLLABORATION WITH PROJECT PARTNERS. IN YEAR 3, OVERALL PROJECT IMPLEMENTATION WILL OCCUR. THE FINAL YEAR WILL BE USED TO TRACK AND RECORD THE FARMS PROGRESS AND GROWTH, ALLOW FOR IMPLEMENTATION OF THE HEALING AND EDUCATIONAL PROGRAMS, AND A FINAL ASSESSMENT OF PROJECT SUSTAINABILITY WILL BE MADE IN ADDITION TO A PLAN FOR SUSTAINING FUTURE OPERATIONS PAST THE LENGTH OF THIS COOPERATIVE AGREEMENT. OVER THE COURSE OF THE ENTIRE PROJECT PERIOD THE PROJECT MANAGER WILL STRIVE TO CREATE NEW AND LONG-LASTING COLLABORATIVE PARTNERSHIPS THROUGH MONTHLY STAKEHOLDER MEETINGS, CREATING AN INTERNAL FRAMEWORK FOR EVALUATING AND SUSTAINING LONG-TERM PARTNERSHIPS, AND DEVELOPING A RECOGNITION PROGRAM TO ACKNOWLEDGE SIGNIFICANT CONTRIBUTIONS FROM PARTNERS.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE FORMAL STAKEHOLDER PARTNERSHIPS WITH THE LISTED PROJECT PARTNERS, DOCUMENTATION OF STAKEHOLDER INPUT GAINED THROUGH WEBINARS, LISTENING SESSIONS, AND COMMUNITY MEETINGS HELD THROUGHOUT THE PRO

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO OREGON COAST VISITORS ASSOCIATION. THE RECIPIENT WILL PERFORM WORK TO EXPAND EQUITABLE AND INCLUSIVE MOVEMENT TO AND ALONG THE OREGON COAST. THE GRANT AIMS TO REDUCE THE NATURE GAP OBSERVED IN THE PORTLAND METRO, SALEM, AND EUGENE AREAS, REDUCE BARRIERS AND INCREASE FEELINGS OF SAFETY FOR DISADVANTAGED COMMUNITIES VISITING THE OREGON COAST, DECREASE WORKFORCE TRAFFIC AND BURDEN, AND DECREASE TRAFFIC CONGESTION AND AIR POLLUTION AT HIGHLY VISITED COASTAL DESTINATIONS.ACTIVITIES:THE ACTIVITIES INCLUDE DEVELOPING SOCIAL, ENVIRONMENTAL, FINANCIAL, AND TECHNICAL STRATEGIES TO ASSESS THE CRITICAL POINTS OF TECHNICAL AND SOCIAL INFRASTRUCTURE NEEDED FOR EQUITABLE AND LOW IMPACT TRANSPORTATION. THE RECIPIENT WILL DEVELOP A QAPP, THEN WORK ALONGSIDE LOCAL PARTNERS TO ENGAGE COMMUNITIES IN FOCUS GROUPS. INFORMATION WILL BE GATHERED AND SYNTHESIZED INTO AN EQUITABLE AND INCLUSIVE MOVEMENT PLAN FOR THE AREA.SUBRECIPIENT:A $15,000 SUB-AWARD TO OREGON STATE UNIVERSITY'S TOURISM LAB SUPPORTS COMMUNITY ENGAGEMENT AT A DESTINATION LEVEL AND HELPS DETERMINE THE CARRYING CAPACITY OF VISITORS FOR A GIVEN CITY OR COUNTY. A $3,000 SUB-AWARD TO PORTLAND STATE UNIVERSITY CREATES A TRANSPORTATION ANALYSIS IN LINE WITH PROJECT OBJECTIVES. A $28,000 SUB-AWARD TO FORTH MOBILITY SUPPORTS TECHNICAL AND FINANCIAL ASSESSMENTS AND WORKFORCE FOCUS GROUPS.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE A MULTI-CHAPTER EQUITABLE AND INCLUSIVE MOVEMENT PLAN CREATED USING COMMUNITY-SOURCED INFORMATION. BENEFICIARIES INCLUDE THREE COMMUNITIES BURDENED BY ENVIRONMENTAL JUSTICE ISSUES RELATING TO TRANSPORTATION TO AND ALONG THE OREGON COAST: DISADVANTAGED COMMUNITIES WHO RESIDE IN THE PORTLAND METRO, SALEM, AND EUGENE AREAS WHO WISH TO VISIT THE OREGON COAST AS TOURISTS, THE TOURISM WORKFORCE WHO COMMUTE TO THEIR EMPLOYMENT ON THE OREGON COAST, AND RESIDENTS RESIDING IN CONGESTED TRAFFIC WAYS ALONG THE NORTH AND CENTRAL OREGON COAST. THE EXPECTED OUTCOMES INCLUDE REDUCING THE NATURE GAP AND PROMOTING EQUITABLE AND ACCESSIBLE TRAVEL TO THE OREGON COAST FOR VULNERABLE COMMUNITIES IN PORTLAND, SALEM, AND EUGENE; REDUCING TRANSPORTATION EMISSIONS AND IMPROVING ACCESS TO ZERO-EMISSION TRANSPORTATION | 4/30/2024 |

| | |
|---|---|
| INFRASTRUCTURE FOR THE TOURISM WORKFORCE ON THE OREGON COAST; AND PLANNING AN EQUITABLE WAY FORWARD FOR OREGON COAST DESTINATIONS EXPERIENCING HIGH VISITATION TRAFFIC. | |
| DESCRIPTION:THE COOPERATIVE AGREEMENT PROVIDES FUNDING TO NEW HAVEN ECOLOGY PROJECT, INC. (NHEP). THE PROJECT WILL ENGAGE COMMUNITIES AND SOLVE PROBLEMS FACING THE CITY OF NEW HAVEN WITH A FOCUS ON SIX NEIGHBORHOODS IMPACTED BY ENVIRONMENTAL JUSTICE: WEST ROCK, WEST RIVER, NEWHALLVILLE, DWIGHT/DIXWELL, FAIR HAVEN, AND THE HILL. THE RECIPIENT WILL DEVELOP A GREEN JOB CORPS (GJC) CONSISTING OF OVER 100 HIGH SCHOOL STUDENTS WHO WILL BE RECRUITED FROM COMMON GROUND HIGH SCHOOL (CGHS) AND OTHER NEW HAVEN HIGH SCHOOLS TO PARTICIPATE IN AT LEAST 200 PAID ENVIRONMENTAL JUSTICE POSITIONS AS ENVIRONMENTAL JUSTICE PROBLEM SOLVERS. THROUGH THE GJC, STUDENTS WILL RECEIVE ENVIRONMENTAL JOB TRAINING AND LEADERSHIP DEVELOPMENT IN HIGH-IMPACT ROLES RELATED TO COMMUNITY ENGAGEMENT, PUBLIC EDUCATION, AND ACTION AROUND LOCAL ENVIRONMENTAL JUSTICE CHALLENGES. GJC MEMBERS WILL WORK WITH NEW HAVEN RESIDENTS TO CONTRIBUTE DIRECTLY TO IMPROVE AIR QUALITY, DECREASE CLIMATE IMPACTS, IMPROVE CLIMATE RESILIENCY, DECREASE ENVIRONMENTAL HEALTH IMPACTS, AND ASSIST IN INCREASING THE CITY OF NEW HAVEN'S CAPACITY TO PROBLEM-SOLVE ENVIRONMENTAL JUSTICE ISSUES BY LEADING COMMUNITY ENGAGEMENT EFFORTS THAT INCORPORATE ENVIRONMENTAL JUSTICE PRIORITIES INTO CITY PLANNING.ACTIVITIES:THE ACTIVITIES INCLUDE THE DEVELOPMENT OF A GREEN JOB CORPS (GJC), CONSISTING OF OVER 100 HIGH SCHOOL STUDENTS FROM COMMON GROUND HIGH SCHOOL (CGHS) AND OTHER NEW HAVEN HIGH SCHOOLS TO PARTICIPATE IN AT LEAST 200 PAID POSITIONS AS ENVIRONMENTAL JUSTICE PROBLEM SOLVERS. THE RECIPIENT WILL PROVIDE TRAINING ON ENVIRONMENTAL JUSTICE PROBLEM-SOLVING TO GJC MEMBERS, | 5/2/2024 |

DEVELOP WORKSHOPS ON ENVIRONMENTAL
JUSTICE PROBLEM-SOLVING AND
ENVIRONMENTAL JUSTICE ISSUES FOR GJC
MEMBERS, HOLD 2 ANNUAL YOUTH PROBLEM-
SOLVING SUMMITS FOR GJC MEMBERS AND
YOUTH AT PARTNERSHIP SITES, DEVELOP A GJC
TOOLKIT, PROVIDE OPPORTUNITIES FOR GJC
MEMBERS TO PRESENT THEIR RESULTS AT
URBAN PUBLIC SCHOOLS, AND ENGAGE NEW
HAVEN COMMUNITY MEMBERS IN BUILDING
ENVIRONMENTAL JUSTICE PLANS AND
COMMUNITY-BASED ENVIRONMENTAL JUSTICE
PROBLEM-SOLVING. THE RECIPIENT WILL
PROVIDE OPPORTUNITIES FOR ENGAGEMENT
WITH COMMUNITY MEMBERS THROUGH THE GJC
AND FACILITATE CLIMATE ADAPTATION AND
RESILIENCY MEASURES INCLUDING INCREASING
THE URBAN TREE CANOPY IN NEW HAVEN,
INCREASING COMMUNITY COMPOSTING
EFFORTS, REDUCING FOOD WASTE, AND
SUPPORTING URBAN
AGRICULTURE.SUBRECIPIENT:THE URBAN
RESOURCES INITIATIVE WILL PROVIDE TRAINING
AND SUPERVISION TO 36 NEW HAVEN YOUTH AS
PART OF PAID ENVIRONMENTAL JUSTICE WORK
OPPORTUNITIES; ENSURE GREEN JOB CORPS (GJC)
MEMBERS PARTICIPATE IN WORK THAT BUILDS
TOWARDS ENVIRONMENTAL JUSTICE; AND
ENGAGE IN SUPERVISOR WORKSHOPS, YOUTH
LEADERSHIP SUMMITS, PROJECT EVALUATION
EFFORTS, AND DOCUMENTATION ACTIVITIES.
THE NEW HAVEN CLIMATE MOVEMENT WILL
SUPPORT TWO PAID INTERNS IN EACH OF THE
FIVE NEW HAVEN PUBLIC SCHOOLS WHO WILL
ACT AS YOUTH CLIMATE ACTION INTERNS.
THESE INTERNS WILL ENGAGE OTHER STUDENTS,
TEACHERS, FAMILIES, AND RESIDENTS IN
PLANNING CLIMATE PROJECTS FOCUSED ON
GREENHOUSE REDUCTION AND PUBLIC HEALTH
IMPROVEMENTS; ORGANIZE PUBLIC EDUCATION
TO INCREASE SUPPORT FOR CLIMATE CHANGE
ACTION; AND EVALUATE AND REPORT ON THE
IMPACT OF THESE PROJECTS. NAPPESOUL, INC.
WILL PROVIDE TRAINING AND SUPERVISION TO
9-18 NEW HAVEN YOUTH AS PART OF PAID
ENVIRONMENTAL JUSTICE WORK
OPPORTUNITIES FOCUSED ON SUSTAINABLE
GARDENING; ENSURE GJC MEMBERS ARE
ENGAGED IN WORK THAT BUILDS
ENVIRONMENTAL JUSTICE AND ENGAGES
COMMUNITY MEMBERS MOST IMPACTED BY
FOOD INSECURITY; AND ENGAGE IN SUPERVISOR
WORKSHOPS, YOUTH LEADERSHIP SUMMITS,
PROJECT EVALUATION EFFORTS, AND
DOCUMENTATION ACTIVITIES.
HAVEN'S HARVEST WILL PROVIDE TRAINING
AND SUPERVISION TO 6-12 NEW HAVEN YOUTH
AS PART OF PAID ENVIRONMENTAL JUSTICE
WORK OPPORTUNITIES; ENSURE GJC MEMBERS
ARE ENGAGED IN WORK THAT BUILDS
ENVIRONMENTAL JUSTICE AND ENGAGES
COMMUNITY MEMBERS MOST IMPACTED BY

| | |
|---|---|
| FOOD INSECURITY; AND ENGAGE IN SUPERVISOR WORKSHOPS, YOUTH LEADERSHIP SUMMITS, PROJECT EVAL | |
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT (CNHA).  SPECIFICALLY, SOLARIZE808 IS AN INITIATIVE CO-DESIGNED WITH COMMUNITY STAKEHOLDERS, PRIORITIZING LOW AND MODERATE-INCOME (LMI), ASSET LIMITED, INCOME CONSTRAINED, EMPLOYED (ALICE) HOUSEHOLDS, AND NATIVE HAWAIIAN FAMILIES. THE WORK WILL FOCUS ON ENERGY EFFICIENCY EDUCATION, HOME AUDITS, BULK PURCHASING OF SOLAR PV EQUIPMENT, AND CREATIVE FINANCING THROUGH HOLISTIC AND HANDHELD APPROACHES. <br><br> THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COST ARE APPROVED BACK TO 04/01/2024. SEE TERMS AND CONDITIONS.ACTIVITIES:THE ACTIVITIES AIM TO INCREASE SOLAR PENETRATION FOR LMI/ALICE COMMUNITIES, ENSURING A MORE EQUITABLE DISTRIBUTION OF SOLAR ENERGY BENEFITS. THIS INCLUDES DELIVERING INCLUSIVE, ATTRACTIVE, LOW-COST, AND LONG-TERM SOLAR FINANCING AND LEASING PRODUCTS TO LMI/ALICE CUSTOMERS, EVEN THOSE WHO MAY BE CREDIT-CHALLENGED. THERE'S ALSO A FOCUS ON ACCELERATING FINANCING FOR 'SOLAR PLUS' OFFERINGS, WHICH COULD INCLUDE SOLAR COMBINED WITH ENERGY EFFICIENCY, SPECIFIC HVAC SOLUTIONS, BATTERY STORAGE, ELECTRIC VEHICLE CHARGERS, OR OTHER SUITABLE CLEAN ENERGY | 5/3/2024 |

TECHNOLOGIES. ADDITIONALLY, THE PROMOTION OF SOLAR-POSITIVE POLICIES IS ENCOURAGED, URGING LOCAL GOVERNMENTS TO ADOPT STREAMLINED SOLAR ENERGY PERMITTING POLICIES AND FAIR UTILITY DISTRIBUTED GENERATION POLICIES. THIS ADVANCES GREENHOUSE GAS REDUCTION GOALS, CLEAN-ENERGY PRODUCTION, WORKFORCE DEVELOPMENT OPPORTUNITIES, AND OTHER COMMUNITY POLICY OBJECTIVES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE PROJECT ANTICIPATES SEVERAL KEY DELIVERABLES AIMED AT PROMOTING ENERGY EFFICIENCY AND SOLAR ADOPTION. THESE INCLUDE CONDUCTING 10 COMMUNITY ENERGY WORKSHOPS WITH STAKEHOLDERS AND 4 ENERGY EFFICIENCY WORKSHOPS. THE PROJECT WILL ALSO DEVELOP STRATEGIES TO INCREASE PARTICIPATION AND IDENTIFY, DOCUMENT, AND TEST SOLUTIONS TO PERCEIVED BARRIERS TO PARTICIPATION. SURVEYS WILL BE DEVELOPED PRE AND POST PARTICIPATION TO MEASURE IMPACT. MEETINGS WITH STAKEHOLDERS WILL BE HELD TO IDENTIFY KEY BARRIERS TO CUSTOMER ACQUISITION, WITH RECORDS OF MEETINGS HELD, NUMBER OF SIGN-UPS, HOME AUDITS, AND SOLAR (+) SYSTEMS. ENGAGEMENTS WITH LOCAL GOVERNMENT OFFICIALS, UTILITY REPRESENTATIVES, AND OTHER KEY ACTORS WILL BE SUMMARIZED.

THE EXPECTED OUTCOMES OF THE PROJECT ARE SIGNIFICANT. THE PROJECT AIMS TO INCREASE ENERGY EFFICIENCY HOME AUDITS AND SOLAR (+) INSTALLATIONS BY 100. THIS IS EXPECTED TO RESULT IN SUSTAINED LOWER ELECTRIC BILLS FOR PARTICIPANTS AND LOWER UTILITY STRESS. THE PROJECT ALSO AIMS FOR A SUSTAINED INCREASE IN MARKET PENETRATION OF ROOFTOP SOLAR AND REDUCED EMISSIONS OF GREENHOUSE GASES. THE PROJECT WILL WORK TOWARDS INCREASED LEGISLATION AND FUNDING FOR LMI/ALICE HOUSEHOLDS TO ATTAIN SOLAR (+), THEREBY INCREASING PARTICIPANT ENERGY SOVEREIGNTY.

THE INTENDED BENEFICIARIES OF THE PROJECT ARE ASSET LIMITED, INCOME CONSTRAINED, EMPLOYED (ALICE) HOUSEHOLDS AND NATIVE HAWAIIAN FAMILIES. THESE GROUPS STAND TO BENEFIT FROM THE INCREASED ACCESS TO SOLAR ENERGY AND THE POTENTIAL FOR LOWER ENERGY BILLS. THE PROJECT'S FOCUS ON THESE GROUPS ENSURES THAT THE BENEFITS OF RENEWABLE ENERGY ARE ACCESSIBLE TO THOSE WHO NEED IT MOST.

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BLACK UNITED FUND OF TEXAS.  THIS PROJECT HAS THREE MAIN COMPONENTS THAT IT SEEKS TO ADDRESS. FIRSTLY, IT WILL ESTABLISH A FREE SOLAR WORKFORCE DEVELOPMENT PROGRAM THAT NOT ONLY INCLUDES TRAINING FOR SOLAR INSTALLATION, BUT ALSO, THE SOFT SKILLS AND PROFESSIONAL  DEVELOPMENT SUPPORT AT-RISK POPULATIONS  FOR EXAMPLE, (E.G. PREVIOUSLY INCARCERATED INDIVIDUALS, NON-COLLEGE BOUND YOUTHS, AND VETERANS.) SECONDLY, THE PROJECT WILL OFFER EDUCATIONAL OPPORTUNITIES FOR YOUTH POPULATIONS TO FIRST DEEPEN THEIR UNDERSTANDING OF THE POLICY AND ENVIRONMENTAL BARRIERS THAT ENVIRONMENTAL JUSTICE COMMUNITIES FACE, AND THEN LEARN ABOUT THE RESOURCES THAT CAN BE LEVERAGED TO ADDRESS THESE ISSUES. LASTLY, THE PROJECT PLANS TO MITIGATE ISSUES OF ILLEGAL DUMPING IN THE TARGET AREA BY ACTIVATING STUDENTS WITH NEWLY ACQUIRED KNOWLEDGE TO BECOME PARTICIPANTS IN SOLUTIONS THAT WILL LEAD TO A SAFER AND HEALTHIER ENVIRONMENT FOR THE COMMUNITY.ACTIVITIES:FIRSTLY, IT WILL ESTABLISH A FREE SOLAR WORKFORCE DEVELOPMENT PROGRAM THAT NOT ONLY INCLUDES TRAINING FOR SOLAR INSTALLATION, BUT ALSO THE SOFT SKILLS AND PROFESSIONAL DEVELOPMENT SUPPORT AT-RISK POPULATIONS. SECONDLY, THE PROJECT WILL OFFER EDUCATIONAL OPPORTUNITIES FOR YOUTH POPULATIONS TO FIRST DEEPEN THEIR UNDERSTANDING OF THE POLICY AND ENVIRONMENTAL BARRIERS THAT ENVIRONMENTAL JUSTICE COMMUNITIES FACE, AND THEN LEARN ABOUT THE RESOURCES THAT CAN BE LEVERAGED TO ADDRESS THESE ISSUES. LASTLY, THE PROJECT PLANS TO MITIGATE ISSUES OF ILLEGAL DUMPING IN THE TARGET AREA BY ACTIVATING STUDENTS WITH NEWLY ACQUIRED KNOWLEDGE TO BECOME PARTICIPANTS IN SOLUTIONS THAT WILL LEAD TO A SAFER AND HEALTHIER ENVIRONMENT FOR THE COMMUNITY. SUBRECIPIENT:THE HOUSTON HEALTH DEPARTMENT WILL ASSIST BUFTX IN THE RECRUITMENT OF STUDENTS FOR THE TRAINING PROGRAM, BY HELPING RECRUIT FROM THE COMMUNITY, THE HOUSTON HEALTH DEPARTMENT RE-ENTRY PROGRAM, THE VETERANS' PROGRAM, AND THE MY BROTHER'S KEEPER PROGRAM. MOREOVER, THE HOUSTON HEALTH DEPARTMENT CLIENT ACCESS DIVISION WILL MEET WITH ATTENDEES AT THE BAYLAN CENTER DURING THE TRAINING TO ASSESS INDIVIDUAL NEEDS AND THEN CONNECT CLIENTS TO COVERAGE AND RESOURCES. THE HOUSTON HEALTH DEPARTMENT HAS A LONG | 5/8/2024 |

HISTORY OF SUPPORTING 5TH WARD AND
KASHMERE GARDENS COMMUNITIES AND THE
PROPOSED SOLAR INSTALLATION WORKFORCE
DEVELOPMENT HIGHLY ALIGNS WITH GOALS
HIGHLIGHTED IN THE 2020 RESILIENT HOUSTON
PLAN AND 2020 CLIMATE ACTION PLAN. BLACK
UNITED FUND OF TEXAS INTENDS TO PROVIDE
FUNDING TO THE HOUSTON HEALTH
DEPARTMENT VIA A SUB-AWARD AMOUNT OF
$120,000.' SOUTH UNION COMMUNITY
 DEVELOPMENT CORPORATION (COMMUNITY
BASE ORGANIZATION) IS COMMITTED TO
SUPPORTING VULNERABLE TO VIBRANT BY
SHARING LESSONS FROM THEIR VERY OWN
SOLAR WORKFORCE TRAINING AND
ENVIRONMENTAL JUSTICE PROGRAMMING. THE
HOUSTON COMMUNITY COLLEGE WILL OFFER A
CERTIFICATE PROGRAM TO PREPARE STUDENTS
FOR JOBS IN SOLAR INSTALLATION AND HAS
COMMITTED TO OFFERING THIS EXPEDITED
SOLAR TRAINING PROGRAM A TOTAL OF FOUR
CLASSES.
OUTCOMES:OUTCOMES ARE THE PROJECT WILL
STRENGTHEN THE NEIGHBORHOOD'S ADAPTIVE
CAPACITY FOR CLIMATE RESILIENCE, CREATE
OPPORTUNITIES FOR INCLUSIVE ECONOMIC
OPPORTUNITIES THROUGH WORKFORCE
DEVELOPMENT, LOWER CRIME AND POVERTY
RATES DUE TO MORE GAINFUL EMPLOYMENT IN
THE COMMUNITY AND THROUGHOUT HOUSTON
AS BLACK UNITED FUND OF TEXAS MOVE
TOWARDS GREEN ENERGY, AND IMPROVED
QUALITY OF LIFE IN THE TARGET AREA WITH
COMMUNITY-LED PROGRAMMING.
DELIVERABLES WILL BE TRAINED PROGRAM
PARTICIPANTS IN SOLAR PANEL INSTALLATION,
ADDRESSING ILLEGAL DUMPING IN WARD 5 IN
HOUSTON, TEXAS. LASTLY, THE BUILDING OF
HYDROPONIC CONTAINERS TO GROW
VEGETABLES IN ATTENDED BENEFICIARIES ARE
THE CITIZENS OF WARD 5 OF HOUSTON TEXAS.

--

Travis Voyles
C: (202) 787-0595

**From:** Killian, Cole <Killian.Cole@epa.gov>
**Sent:** Sunday, February 16, 2025 4:06 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Yes, I've just populated the "Total Outlayed Amount (est)" and "Remaining (est)" columns for the Feb 13 grants.

Looking forward to the next set!

Best,
Cole

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Sunday, February 16, 2025 11:52 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

On the 2/13 grants reviewed, can you add the remaining amount of the grant? That would be helpful to see that information moving forward like it was presented on the 2/11 grants.

Hope to have another set (contracts and grants) coming y'alls way soon.

--

Travis Voyles
C: (202) 787-0595

---

**From:** Killian, Cole <Killian.Cole@epa.gov>
**Sent:** Friday, February 14, 2025 11:48 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you for this update Travis.

As a note: OMS is giving input on whether they think any given contract is mission-critical, and they didn't mark any of these contracts as mission-critical.

OMS is now moving forwards with terminating these contracts.

Best,
Cole

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 10:18 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you!

And below is the test batch run that just got approved to cancel. We will go back into the spreadsheet and mark these as "Approved to Cancel".

| Date Cancellation Process Started | PIID | Terms and Conditions | Rationale | Notes from EAS Description | Recipient Name |
|---|---|---|---|---|---|

| 2/11/2025 | 68HERH24F0023 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | Technical assistance for planning, development, implementation, and reporting assistance related to the environmental climate justice program. | ENDYNA, INC. |
| --- | --- | --- | --- | --- | --- |
| 2/11/2025 | 68HERH23F0237 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. If we were doing this, we should insource. | The contractor will fulfill OEJECR's need for EJ and Civil Rights programming and learning material in support of implementing EJ and Civil rights considerations into EPA policies, programs, and activities. | ENDYNA, INC. |
| 2/11/2025 | 68HE0P24F0031 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | The Suppliers are encouraged to bid on training 40 employees for 3 days of training over a 5-week training period, spread out over 5 months that is in person training. The training will focus on critical leadership skills and should include some training on Environmental Justice, Working with Communities, and Diversity Equity Inclusion and Accessibility (DEIA). | HUMAN CAPTIAL RESOURCES & CONCEPTS INC |
| 2/11/2025 | 68HERC24F0330 | No notice required. Term for convenience. FAR 52.249 | Waste: Should be in-sourced. (Training material development.) And HIA probably has a DEI angle, though it is not explicit here. | The EPA Office of Research and Development (ORD) is collaborating with Region 5 to develop Health Impact Assessment (HIA) learning objectives and training materials for new and existing EPA staff, and potentially external partners, such as states, to understand and perform HIA in an EPA context. ORD has a long history of doing HIA research and practice. Based on our experience, we are well-positioned to be a resource for the Agency as it is building capacity to do cumulative impact assessment (CIA), of which one existing methodology is Health Impact Assessment. Cumulative impact assessment is a priority by which EPA has committed to addressing environmental justice issues. | PEGASUS TECHNICAL SERVICES, INC |

| 2/11/2025 | 68HERH23F0327 | No notice required. Term for convenience. FAR 52.249 | Waste: Retreats might be wasteful, and external contractor support for a retreat is definitely wasteful. | The contractor shall provide strategic planning, facilitation and leadership support for the Office of Land and Emergency Management (OLEM), Office of Emergency Management (OEM) conferences and meetings related to OEM senior management and staff office wide retreats. Support for this task order should also include an experienced, skillful facilitator to conduct interviews with each OEM staff and manager, provide developmental training exercises and training materials, pre-retreat development of an agenda and topical discussions to include strategic planning, and provide highlights after the meeting. | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. |
| --- | --- | --- | --- | --- | --- |
| 2/11/2025 | 68HERC23P0042 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Procure Gartner HR research and advisory services covering employee experience, diversity, equity, inclusion and accessibility, and work life integration. | GARTNER, INC. |
| 2/11/2025 | 68HERH24P0143 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE | LIGHTHOUSE STRATEGY CONSULTING LLC |
| 2/11/2025 | 68HERC23F0428 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | ICF INCORPORATED, L.L.C. |
| 2/11/2025 | 68HERH24F0409 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Provides administrative support and meeting planning support to the office of environmental justice and external civil rights. | INTSCI-ENDYNA LLC |

| Public Contract Description | Base and All Options Value | Base Exercised Options Value | Total Obligation | Outstanding Value |
|---|---|---|---|---|
| BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION | $117,931,407.48 | $70,122,340.16 | $64,668,605.16 | $53,262,802.32 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | $6,895,921.10 | $3,206,754.60 | $750,000.00 | $6,145,921.10 |
| | $228,292.84 | $43,000.00 | $43,000.00 | $185,292.84 |

EPA_00045058

| | | | |
|---|---|---|---|
| | $248,464.00 | $109,528.00 | $109,528.00 | $138,936.00 |
| TASK ORDER FOR FACILITATION, LEADERSHIP DEVELOPMENT, AND OFFICE-WIDE RETREAT SUPPORT (FOLLOW-ON TO EP-17-W-003/0013) UNDER MULTIPLE-AWARD BRIDGE CONTRACTS FOR OFFICE OF LAND AND EMERGENCY MANAGEMENT, OFFICE OF EMERGENCY MANAGEMENT. | $108,255.27 | $108,255.27 | $64,533.82 | $43,721.45 |
| | $95,922.00 | $95,922.00 | $95,922.00 | $0.00 |
| CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A | $180,000.00 | $180,000.00 | $180,000.00 | $0.00 |

| | | | |
|---|---|---|---|
| STEM AUDIENCE. TRAINING OFFERED SHOULD BE | | | |
| SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | $985,889 | $985,889 | $985,889 | 0 |
| CONTRACTOR SUPPORT FOR OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS, OFFICE OF POLICY, PARTNERSHIPS AND PROGRAM DEVELOPMENT, PARTNERSHIPS AND COLLABORATION DIVISION. | $257,672.10 | $257,672.10 | $257,672.10 | $0.00 |

--

Travis Voyles
C: (202) 787-0595

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 13, 2025 6:11 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi everyone,

Keeping up the cadence today, we have added to the queue a list of 71 grants that were all signed before July 1, 2024, worth $119M (ceiling; savings will be lower once we subtract obligations). The new tab is called "Feb 13 grants to cancel".

It was great to put 5 of the "gold bars" on this list, that are signed before July 1! (The majority of those were signed after July 1.) We have marked those 5 rows in blue, because gold is too hard to read. Total award value for those 5 is $36.9M, of which $27.8M has not yet been obligated. We are calling them "gold bars" because they were awards to grant makers who plan to give subawards. 4 of the 5 are part of the Thriving communities grantmaking program that Lee cancelled part of earlier today.

Best,
Kathryn

EPA_00045060

**From:** Loving, Kathryn
**Sent:** Thursday, February 13, 2025 9:22 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

I have added a column "T&C" that indicates no notice and comment period required for the contracts and grants we already sent you. As you can imagine, the DOGE team has lawyers that are pretty experienced with grant and contract cancellation at this point, so that's what that is based on!

I will also add that the careers in EPA OMS are already supporting us on this – they are the ones who will be executing the cancellation on your greenlight, not us. They see no issues with cancelling the Feb 11 list of contracts, and we're sharing the Feb 12 list with them now. They seem very knowledgeable about this topic, so I think you should trust them on how to cancel properly!

Kathryn

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 6:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** Re: Loving, Kathryn shared "contract_details" with you

Thank you so much! This is really helpful. Paige and I had a good discussion with the Administrator last night reviewing the examples and process. One aspect he raised that we just want to ensure we are covering when taking the action to cancel that we are doing it reflective of any terms/conditions/notification requirements in the contract or grant. Is that something y'all feel you are able to capture in your review or we can engage OMS to quickly get us that details.

Otherwise he liked the process and agrees that we'll be able to quickly move through reviewing these once that element is addressed.

Sorry again to add one more aspect, but with that I believe we'll be able to cover all the elements requested by the Administrator.

Get Outlook for iOS

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Wednesday, February 12, 2025 6:47:34 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi all, thank you so much for taking a look at the Feb 11 contracts last night! I moved the rows that were more controversial over to the "contracts to review" tab. (e.g. if Paige flagged.) The careers are ready to hit cancel on the rest, pending a green light from you all!

In addition, we added a new tab "Feb 12 contracts to cancel" with a new tranche of contracts we found today. We'd love your review on those as well.

Similar story for the grants – the grants that Paige flagged are moved over to "grants for further review". They are all under 2 grant programs EPA has already halted, and were all signed prior to July 1, 2024, so we think they will be straightforward to cancel once you give a green light. We did not add any new grants today; maybe tomorrow 😊

And in all tabs there is now a "reason" column to justify cancellation.

Best,
Kathryn

**From:** Loving, Kathryn
**Sent:** Tuesday, February 11, 2025 7:51 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Loving, Kathryn shared "contract_details" with you



**Loving, Kathryn invited you to edit a file**

Hi Travis, as we discussed today, here's a list of contracts and grants that we want to push forward to cancellation, and keep the momentum going! We removed the ones we thought were yellow flags, so we think these are pretty uncontroversial, but we added a column "AO reviewed", for your team to add any greenlight or flags.

Thanks!
Kathryn

📊 contract_details

🔒 This invite will only work for you and people with existing access.

Open          Share



Privacy Statement

This email is generated through Environmental Protection Agency (EPA)'s use of Microsoft 365 and may contain content that is controlled by Environmental Protection Agency (EPA).

EPA_00045063

Message

**From**: Carter-Jenkins, Shakeba [Carter-Jenkins.Shakeba@epa.gov]
**Sent**: 4/4/2025 7:46:05 PM
**Subject**: Administrator's Weekly Report for April 2, 2025
**Attachments**: OAWR Final 4-2-2025.docx; OAWR Final 4-2-2025.pdf

Administrator Zeldin and colleagues,

Please find attached the Administrator's Weekly Report (both Word and PDF versions), which includes updates from the program and regional offices for April 2, 2025.

Have a nice weekend.

Shakeba

---



Shakeba Carter-Jenkins, Senior Advisor
Deputy Chief of Staff for Management
Office of the Administrator
1200 Pennsylvania Ave., NW
WJC North
Washington, DC 20460
Phone: (202) 564-6385 |Mobile: (202) 302-6113
carter-jenkins.shakeba@epa.gov

CUI//PRVCY



## Office of the Administrator Weekly Report
### April 2, 2025

## Administrator's Actions
**Autopen**
- **OMS requests by April 1 (preferred date):** Request Signature for Distinguished Career Service Award (25-02875-OMS-OHRS). (OMS POC: [ HYPERLINK "mailto:weiner.melissa@epa.gov" \h ])
- **OMS requests by April 4 (preferred date):** Request Signature for Distinguished Career Service Award (25-02512-OMS-OHRS), (25-02513-OMS-OHRS), (25-01432-OMS-OHRS), (25-01930-OMS-OHRS), and (25-01931-OMS-OHRS). (OMS POC: [ HYPERLINK "mailto:weiner.melissa@epa.gov" \h ])

## Regions
### Region 1
**Miscellaneous**
- On **March 24**, R1 in cooperation with the U.S. Coast Guard performed a Government-Initiated Unannounced Exercise, as required under the Oil Pollution Act, at the New Haven Terminal in New Haven, CT. Although the facility passed the overall exercise, the Coast Guard issued a notice for minor deficiencies.
- On **March 26**, R1 provided a TSCA PCB Cleanup and Disposal Approval to the City of New Haven, CT, Office of Economic Development to clean up and dispose of PCB remediation waste at 198 River Street, New Haven, CT. The cleanup will facilitate the city's plans to redevelop the lot for commercial use.
- On **March 26**, R1 provided a TSCA PCB Cleanup and Disposal Approval to the Tobacco Valley Development Authority to clean up and dispose of PCB remediation and bulk product waste from the Enfield Manor Housing Area in Enfield, CT. Tobacco Valley/Town of Enfield are planning to demolish some of the buildings and redevelop and expand the housing complex, which serves the elderly and persons with disabilities.

### Region 2
**Regional Administrator Signature Items**
- On **March 28**, R2 RA signed Memorandum for the Temporary Redelegation of Authority for Lead Action Level Exceedance Notifications under Section 1414 of the Safe Drinking Water Act. (R2 POC: [ HYPERLINK "mailto:pace.donald@epa.gov" \h ])

**Hot Topics**
- On **March 25**, R2 met with Shinnecock Nation leaders, and the contractors involved in the Travel Plaza project. The discussion centered in the difficulty to complete the Endangered

Controlled by U.S. Environmental Protection Agency

EPA_00045082



Species Act requirements due to the progress of the project construction and the Air Permit By Rule submittal. R2 requested the contractors to address the remaining questions.

- On **March 27,** the village of Kiryas Joel, NY, was awarded a grant of $2 million. The grant provides funding to improve its wastewater treatment plant as directed in the 2022 Consolidated Appropriations Act. The workplan activities consist of water treatment plant improvement and modifications, enhanced operations and maintenance, better utilization of plant's domestic treatment capacity, and amended facility security.
- On **March 27**, R2 met with several federal agencies, including the U.S. Army Corps of Engineers, to discuss proposed temporary use of power barges to provide 400 megawatts of power in Puerto Rico. The federal agencies will submit further questions and comments to the Puerto Rico Electric Power Authority in writing by **April 1**.

**Miscellaneous**
- On the week of **March 31**, R2 RA and DRA Arcaya will be in Puerto Rico and U.S. Virgin Islands to meet with the Government of Puerto Rico and U.S. Virgin Islands to discuss energy issues, solid waste issues, and refinery permits. They are also planning to meet with employees in the Regional Caribbean Offices.

## Region 3
### Acting Regional Administrator Signature Items
- On **March 25**, Acting R3 RA signed two Air and Radiation Division (ARD) Air Plan Approvals, including: 1) District of Columbia, Maryland, Virginia; Determination of Attainment by the Attainment Date and Clean Data Determination; and 2) Pennsylvania; Redesignation Request and Associated Maintenance Plan for the Liberty-Clairton Area for the 1997 Annual and 2006 24-Hour Fine Particulate Matter Standard and Maintenance Plan for the Allegheny County Area for the 2012 Annual Fine. (R3 POC: [ HYPERLINK "mailto:Fernandez.Cristina@epa.gov" \h ]
- On **March 25**, Acting R3 RA signed the Office of Public Affairs (OPA) Control 25-02783-AO-EX Mazel Tov and the DRBC (Fracking Issue) sent to the Administrator via email from Rabbi Tuli Klein, Director, Camp Raninu for Girls. (R3 POC: [ HYPERLINK "mailto:Price-Fay.Michelle@epa.gov" \h ])
- On **March 31**, Acting R3 RA signed the Office of Region Counsel (ORC) William Dick Lagoon Pennsylvania Superfund Site DOJ Referral Letter and the Frazer T. Boyd and Boyd Farms Virginia Consent Decree. (R3 POCs: [ HYPERLINK "mailto:Gardner.Allison@epa.gov" \h ] and [ HYPERLINK "mailto:Travia.Donna@epa.gov" \h ])

### Hot Topics
- On **March 27**, R3 met with the Chesapeake Bay's Management Board (MB) to discuss several topics related to implementing the 2024 Chesapeake Executive Council Charge, Charting a Course Beyond 2025. The primary focus of the meeting was for the MB to make consensus-based decisions on the disposition of each outcome. The MB was able to reach consensus on dispositions for 21 of the 31 outcomes and presented the remaining 10 at its **March 28** meeting for further comment and direction. The MB will meet again on **April 10**.

Controlled by U.S. Environmental Protection Agency

EPA_00045083



- On **March 28**, R3 met with the Chesapeake Bay's Principals' Staff Committee (PSC) during its quarterly meeting to discuss several topics related to implementing the 2024 Chesapeake Executive Council Charge, Charting a Course Beyond 2025. The PSC provided feedback and direction on questions posed by the management board on specific outcomes during the **March 27** Management Board meeting. The PSC also discussed updates to the Watershed Agreement's Vision, Preamble, and Principles document; held a preliminary discussion on updating the Watershed Agreement's Goals; commented on the proposed public feedback process for the watershed agreement revisions; and discussed the draft responses to the Advisory Committees' 2024 recommendations to the Chesapeake Executive Council.

## Region 4
**Hot Topics**
- On **March 31**, R4 RA, DRA, and CoS met with the FEMA R4 Administrator Robert Samaan.

## Region 5
**Acting Regional Administrator Signature Items**
- On **March 27**, the Acting R5 RA signed exceptional events letters for Milwaukee, Toledo, Columbus, Canton, and Grand Rapids after R5, in consultation with OAR, determined that Canadian wildfires caused exceedances of the PM2.5 standard and met EPA's exceptional events criteria. On **March 13**, OAR provided blanket approval for regions to issue exceptional events decision letters that concur with states requests. (R5 POC: [ HYPERLINK "mailto:mooney.john@epa.gov" \h ])
- On **April 1**, the Acting R5 RA signed a certification memorandum for OIG audit report 23-P-0034, "The EPA Should Improve Management of Great Lakes Restoration Initiative Grants." This memorandum certifies that all corrective actions assigned to R5 have been completed. (R5 POC: [ HYPERLINK "mailto:seidel.teresa@epa.gov" \h ])

**Hot Topics**
- On **March 28**, Michigan Department of Environment, Great Lakes, and Energy issued a warning letter to the city of Flint citing violations of the Lead and Copper Rule Revisions pertaining to the city's submitted lead service line inventory, which the state considers deficient. EGLE will continue work with the city to resolve the violations and is asking the city to issue the required tier 2 and 3 public notices to residents by **April 27**.
- On **April 5**, EPA's largest research vessel, the R/V Lake Guardian, is expected to begin its annual spring sampling survey. During the month-long mission, scientists will take samples of water, sediment, and lower food-web organisms in each of the Great Lakes. Data from the survey is critical for EPA and partnering agencies to evaluate overall water quality and the health of the lower food web on a whole-lake scale. The spring survey, conducted when the water is relatively cold and well-mixed, serves as a baseline to compare against the summer survey which is conducted when the water is warmer and more stratified. This critical dataset extends back more than forty years when EPA began monitoring the Great Lakes in 1983.

Controlled by U.S. Environmental Protection Agency

EPA_00045084



- R5 continues to support state and local agencies following the discovery of very high levels of lead dust in several Milwaukee schools and incidences of elevated blood-lead levels in students. R5 inspectors have conducted visual inspections for lead and asbestos at several schools and intend to take part in additional inspections. R5 is also providing multi-language outreach materials and consulting with the health department on lead-screening clinics. There are currently three schools closed and Milwaukee Health Department is working with Milwaukee Public Schools to ensure lead hazards are fully remediated.

## Region 6
### Hot Topics
- On **March 27**, R6 approved a Federal Register Notice to propose approval to public comment for an updated delegation of authority to the Louisiana Department of Environmental Quality for certain federal rule subparts of Parts 60, 61, and 63.
- On **April 1**, R6 granted a PCB disposal authorization extension to the existing TSCA-PCB permit authorization for the CSC Landfill in Avalon, TX.
- On **April 1**, R6 granted a risk-based PCB cleanup approval to the Phillips 66 Company in Cactus, TX.

### Miscellaneous
- On **March 25 -26**, R6 RA and DRA attended the ECOS Spring Meeting and the RAs meeting in Arlington, VA.
- On **March 27**, R6 RA hosted a State Quarterly meeting with R6 State Directors from the Environmental, Energy and Water Development Board agencies. Acting R6 DA also participated in the meeting. There were approximately 20 participants in person and 11 participated virtually.

## Region 7
### Hot Topics
- On **March 17,** during the Administrator's recent visit to the St. Louis area, he requested a report within 21 days about the Westlake Landfill and the St. Louis Airport Superfund Sites. The purpose of the report is to determine potential improvements to the remedial design/remedial action timeline with discussion of barriers, assumptions, tasks to be completed, and resource needs. R7 is preparing the Westlake Landfill report. The US Army Corps of Engineers is the lead federal agency for the St. Louis Airport Site report, in cooperation with EPA. The final report is due on **April 7**.

### Miscellaneous
- On **March 31**, R7 RA visited the Manhattan, KS, area to learn more about a research project, which looks at emissions samples from prescribed fires on the Konza Prairie. The study is being led by the Office of Research and Development. The project determines whether fire ignition techniques and methods can be optimized to improve combustion efficiency and reduce smoke emissions concentration. R7 RA also met with stakeholders at the Flint Hill Discovery Center.

Controlled by U.S. Environmental Protection Agency

EPA_00045085



- On **April 2 and 3**, R7 will host the joint R6 and R7 Regional Response Team meeting in Lenexa, KS. The meeting will include more than 100 participants representing several State, Federal, and industry partners. Topics of discussion will include lessons learned from the previous year and a review of the Regional Integrated Contingency Plan. R7 RA will also provide opening remarks.

## Region 8

### Miscellaneous

- On **March 27** asbestos abatement was completed at the Clancy Old Red Schoolhouse in Clancy, MT. Abatement of hazardous building materials at the property will enable the expansion of the Jefferson County Museum and the County to expand facilities for disaster preparedness. The cleanup was funded through a brownfield's subgrant and loan under a grant to Headwaters Resource and Conservation Development.

## Region 9

### Regional Administrator Signature Items

- A Federal Register notice proposing approval of revisions to Mojave Desert Air Quality Management District Rule 102, which provides additional definitions aiding in understanding rules associated with the definitions. (R9 POC: [ HYPERLINK "mailto:lakin.matthew@epa.gov" \t "_blank" ])
- A Federal Register notice proposing approval of a California State Implementation Plan (SIP) revision relating to emissions regulations for non-gasoline combustion vehicles over 14,000 pounds. (R9 POC: [ HYPERLINK "mailto:lakin.matthew@epa.gov" \t "_blank" ])
- A letter announcing a voluntary 10-knot Vessel Speed Reduction (VSR) request that will apply to all vessels 300 gross tons (GT) or larger within the designated VSR zones, off the coasts of San Francisco, Monterey, and southern California, from **May 1** through December 31, 2025. The National Oceanic and Atmospheric Administration (NOAA) reached out for R9's continued support of their voluntary VSR, and this announcement letter will be signed by the R9 RA's counterparts at NOAA and U.S. Coast Guard (USCG). (R9 POC: [ HYPERLINK "mailto:lakin.matthew@epa.gov" \t "_blank" ])

### Hot Topics

- On **March 27**, R9 entered into a Consent Agreement and Final Order with Owens-Brockway Glass Container Inc. The Resource Conservation and Recovery Act violations included failure to make an accurate waste determination, operating without a permit, failure to maintain a complete contingency plan, and failure to maintain records. The facility will come into compliance and pay a civil penalty of $47,836.
- On **April 3**, EPA's United-States-Mexico-Canada Agreement (USMCA) team will participate in a virtual Tijuana bi-national wastewater technical meeting to discuss status and planning of the Minute 328 projects in Tijuana. R9 staff, the Mexican national water agency (CONAGUA), the North American Development Bank, the Tijuana municipal water utility (CESPT), and the Baja Norte state water agency (SEPROA) will participate.

Controlled by U.S. Environmental Protection Agency

EPA_00045086


- During the week of **April 7-11**, R9 will issue a public notice seeking comments on a draft NPDES General Permit for five bulk fuel facilities near Apra Harbor in Guam. The permit authorizes the discharge of treated water from petroleum tank bottom water draws, hydrostatic test water, and other stormwater discharges to Apra Harbor, Big Guatali River, and Piti Channel.
- On **April 9**, R9 will attend the semi-annual Fuel Tank Advisory Committee meeting hosted by Hawai'i Department of Health (HDOH) and established by State statute to study issues related to leaks of field-constructed underground fuel storage tanks in Hawai'i. Navy, HDOH, and R9 will present on the status of defueling, closure, environmental investigation, remediation, and drinking water efforts for the Red Hill Bulk Fuel Storage Facility. The meeting is open to the public.

**Miscellaneous**

- On **March 25 – April 8**, R9, EPA Headquarters, and their contractors will hold Superfund Job Training Initiative (SuperJTI) information sessions at Diné College in Tsaile, AZ, near the Lukachukai Mountains Mining District Superfund Site. SuperJTI is an environmental job readiness program that provides free training and career development opportunities for people living in communities affected by Superfund sites. The two-week training begins **April 11**.

**Region 10**

**Regional Administrator Signature Items**

- On **April 4**, R10 RA is expected to sign FRL-12248-02-R10 Air Plan Approval; Washington; Spokane Regional Clean Air Agency, General Air Quality Regulations. (POC: [ HYPERLINK "https://usepa-my.sharepoint.com/personal/johnston_staci_epa_gov/Documents/Documents/The%20Weekly/Expected%20to%20Sign/FRL-12248-02-R10%20WA%20SRCAA%20signed%2004042025.docx?xsdata=MDV8MDJ8Sm9obnN0b24uU3RhY2lAZXBhLmdvdnxjNGY4OWU3ZTVmNGE0ODE2YjcxMDA4ZGQ3MTVmOWQzZnw4OGIzNzhiMzY3NDg0ODY3Y3YWNmOTc2YWFjYmVjYmFZhN3wwfDB8NjM4NzkxMzc3NjYwODQzNjIzfFVua25vd258VFdGcGdGWnNiM2Q4ZXlKWGGRmJYQjBlVTFoY0draU9uUnlkV1VzIlZXSWxaU9pSXdMakF1TURBd01DSXNJbEEfpT2lkWGFXHpNaUlzSWtGT0lqb2lUV0ZwYkNKc0lsZFVVam95ZlE9PXwwffHx8&sdata=djI1alVUK3ZwN0M2ZEZva1lyZ2hjZzhlZ0cxOEt0M08yTTBKcTdxN3plZz0%3d" \h ])

**Miscellaneous**

- On **March 25**, in response to a joint motion by the EPA and the Oregon Department of Environmental Quality, the U.S. District Court for the District of Oregon granted a sixteen-month extension to deadlines for EPA and ODEQ to submit various replacement temperature total maximum daily loads (TMDL) as required by a consent decree in Northwest Environmental Advocates v. U.S. EPA.
- On **March 28**, the EPA submitted comments to Reclamation's evaluation criteria for actions that will be in its Grand Coulee Dam Water Quality Attainment Plan for temperature and total dissolved gas. This may be a template for other evaluation criteria in the Lower

**Controlled by U.S. Environmental Protection Agency**

EPA_00045087


Columbia, Lower Snake, and Chief Joseph Dam WQAPs, which are part of a condition in the EPA-issued NPDES permits because of state water quality certifications.

- On **March 29**, Governor Kotek declared a State Emergency for flooding impacts in Oregon's Harney County and the Burns-Paiute Tribe following flooding of the Silvies River from heavy rain and snowmelt runoff. Rapid snowmelt exacerbated flooding conditions in the area, damaging the sewer systems and resulting in overflow into flood waters. Roads, bridges, and culverts are inundated, disrupting emergency services, essential operations, and commerce. There are concerns about impacts to private wells and potable water in the area, though as of the afternoon of **March 31** it appears there are no impacts to Burns' drinking water system. No requests for assistance have yet been made by the State.
- On **April 3**, R10's SEMD Director and key staff will travel to Neah Bay, WA, to attend Government-to-Government Consultation with the Makah Tribe. R10 is preparing to issue the Proposed Plan for the Warmhouse Beach Dump Superfund Site that is wholly within the reservation and seeks Tribal input on the preferred alternative.
- On **April 4**, the EPA Office of Superfund Remediation and Technology Innovation (OSRTI) in the Office of Land and Emergency Management (OLEM) has scheduled a listening session with Teck American Inc., the Potentially Responsible Party, as requested as part of the Settlement Agreement technical review clause. R10 SEMD management will participate virtually.
- On **April 7**, R10's Harmful Algal Blooms lead will provide two brief virtual presentations, focused on the status of regional HABs events, research from 2024 and tips for the 2025 HABs season, at the Annual CyanoHABs Meeting hosted by the Oregon Lakes Association.
- Next week, R10's Agricultural Advisor will attend the Waste to Worth Conference in Boise, ID. The Waste to Worth conference is for breadth producers and other professionals involved in making and informing environmental management decisions on livestock and poultry farms.
- **On April 10**, the R10 Agricultural Advisor will provide updates at the next Oregon Concentrated Animal Feeding Operations Advisory Committee, which was created to provide feedback to the Oregon Department of Agriculture about the NPDES and State CAFO Programs. The committee has a variety of representatives, including permitted CAFO operators, technical advisors, stakeholder representatives, and the public.

## National Program Offices
### Office of Air and Radiation (OAR)
**Hot Topics**

- Within the next two weeks – Clean Air Act information demand – under section 114 of the Clean Air Act, EPA is seeking information from a company calling itself "Make Sunsets," which markets "Cooling Credits" based on launching balloons filled with sulfur dioxide ($SO_2$).
- On **March 31** – Collection and review of Clean Air Act Presidential Exemption Requests – EPA collected and is reviewing requests from the regulated community seeking Presidential Exemptions under section 112(i)(4) of the Clean Air Act. The deadline for requests was **March 31**. The agency is preparing the requests received for review and consideration.

Controlled by U.S. Environmental Protection Agency

EPA_00045088



CUI//PRVCY

## Office of Chemical Safety and Pollution Prevention (OCSPP)

**Hot Topics**

- On **April 1-4**, EPA will hold the agency's Science Advisory Committee on Chemicals (SACC) meeting on the draft risk evaluation for 1,3-butadiene. EPA is specifically seeking SACC review of its analyses and methodologies relevant to hazard and exposure methodologies that have not been previously peer reviewed. Nancy Beck gave brief opening remarks on **April 1**. (OCSPP POC: [ HYPERLINK "mailto:beck.nancy@epa.gov" \h ])

- As early as the week of **March 31**, EPA will announce improvements to simplify the process for companies submitting data to the agency as part of a pesticide registration package. Companies are required to submit a document called a "data matrix" form when their pesticide registration packages contain cited data from outside sources. Currently, companies must submit two versions of the data matrix form (in either paper or electronic format): one for internal agency use and one with reference data redacted for public use. However, in the interest of reducing burden, and because nothing on the form is Confidential Business Information, the agency determined that there is no need for a redacted version and will now only ask for one unredacted version of the form, to be used for both internal and public use. Additionally, EPA will no longer accept paper submissions of this form and will only accept this information via a web-based portal. This improvement will make the agency's processing of this information more efficient. Streamlining this process, while partnering with industry to safeguard human health and the environment, reduces burden for both companies and EPA, supporting the Administrator's Pillar Three to advance permitting reform, cooperative federalism, and cross-agency partnership. (FRL-8944-02-OCSPP). (OCSPP POC: [ HYPERLINK "mailto:beck.nancy@epa.gov" \h ])

- As early as the week of **April 7**, EPA will share the U.S. Fish and Wildlife Service's (FWS) final biological opinion for carbaryl and implement measures from the National Marine Fisheries Services (NMFS) to protect federally threatened or endangered (listed) species and their designated critical habitats. Carbaryl is a pesticide used on a variety of crops, including field vegetables and orchard crops. EPA determined in its 2021 biological evaluation for carbaryl that use of the pesticide according to label instructions was "likely to adversely affect" at least one of the listed species and critical habitats. EPA worked with the FWS and NMFS to identify measures to mitigate carbaryl's effects to these species and their habitats. These measures include buffer zones between off-field habitats and application areas, runoff reduction measures, and application restrictions during certain crop blooms. EPA will approve new carbaryl product labels reflecting these measures and issue additional Endangered Species Protection Bulletins that set geographical limitations on carbaryl use. (OCSPP POC: [ HYPERLINK "mailto:beck.nancy@epa.gov" \h ])

## Office of the Chief Financial Officer (OCFO)

**Hot Topics**

- As soon as this week, OCFO plans to issue a memo to agency leadership regarding updates for the Fiscal Year 2025 Superfund Tax Receipts Allocation Process.

- As soon as this week, OCFO plans to distribute the FY25 EPA Guidance on Risk Management and Internal Controls. This annual guidance supports the agency in implementing effective

## Controlled by U.S. Environmental Protection Agency

EPA_00045089


risk management and internal controls processes. This year's update will introduce the agency's new risk reporting taxonomy as well as the new streamlined and integrated Risk and Internal Controls (RIC) Tool for collecting, analyzing, and reporting on risk and internal control data, and will also include updates that lay the groundwork for advancing EPA's Enterprise Risk Management program.

- On **April 9 and 10**, the E-Enterprise Leadership Council (EELC) will meet in Southampton, NY, to discuss topics related to modernizing the business of environmental protection in alignment with EPA's Powering the Great American Comeback initiative. The group will focus on process improvements to streamline and optimize work, including the use of technology (such as AI) to support program efficiencies and modernize state and EPA permits. The EELC will also meet with leadership from the Shinnecock Indian Nation and project managers from an initiative aimed at removing harmful algal blooms in Lake Agawam.

- OMB has indicated that the FY 2026 budget passback process will begin soon and that agencies will be given a 48-hour notice prior to official distribution. Passback is one of the first steps in preparing the agency's FY 2026 President's Budget Proposal for submission to Congress later this spring.

## Office of Environmental Justice and External Civil Rights (OEJECR)

**Miscellaneous**

- OEJECR's Conflict Prevention and Resolution Center (CPRC) is providing collaboration and conflict resolution support at or adjacent to three locations that the Administrator has visited in the past three weeks: St. Louis County, MO (St. Louis Airport Superfund Site (SLAPS)/Coldwater Creek), Red Hill Bulk Fuel Storage Facility in Hawai'i, and the Motorola (52nd Street Plant) Superfund Site in Phoenix, AZ. At each of these locations, CPRC is providing expert collaboration and conflict resolution resources to support and enhance the important work of EPA staff in these locations. CPRC's services help to ensure that EPA is soliciting input from the public and help to strengthen relationships between EPA and state partners; industry; Tribes; and members of the public affected by contaminated air, land, and water.

- CPRC has received a high volume of training requests since recently advertising our upcoming trainings on EPA's intranet site. Registration for trainings in March and April closed within days of opening because they were full; a training on **March 25** had a waitlist of 12 people, and the waitlist for CPRC's training, Negotiate Better: An Interest-Based Approach, is currently 92 people. CPRC plans to offer two trainings most months to try to meet this demand.

## Office of General Counsel (OGC)

**Hot Topics**

- New Litigation: Lucas Sterling & Leslie Sterling v. USEPA & Montana DEQ (Federal Tort Claims Act) - On **March 6**, Petitioners filed a complaint alleging personal injury and property damage under the Federal Tort Claims Act after purchasing land in Montana located on a former Superfund Site, Beaver Wood Products allegedly without being told by the seller.

Controlled by U.S. Environmental Protection Agency

EPA_00045090



2:25-cv-02152-RMG    Date Filed 04/18/25    Entry Number 80-6    Page 132 of 136
CUI//PRVCY
Weekly Report | [ DATE \@ "MMMM d, yyyy" ]

The case was originally filed in Montana State Court and now moved to U.S. District Court in Montana. The United States has not yet been properly served.

- New Litigation: John Scott Maas v. United States (Federal Tort Claims Act) - On **March 6**, Petitioners filed a complaint alleging personal injury caused by the BP Oil Spill under the Federal Tort Claims Act.
- New Litigation: Sierra Club v. EPA, No. 25-1081 (DC Cir.) (Clean Air Act Hazardous Air Pollutants) - On **March 7**, Petitioners filed a Petition for Review of the technology review of the National Emission Standards for Hazardous Air Pollutants for Perchloroethylene Dry Cleaning Facilities.
- New Litigation: American Fuel & Petrochemical Manufacturers v EPA, #25-1089 (C.A.D.C.) (Clean Air Act) - On **March 11**, Petitioners filed a petition to review EPA's final action titled "California State Nonroad Engine Pollution Control Standards; In-Use Diesel-Fueled Transport Refrigeration Units (TRU) and TRU Generator Sets; Notice of Decision" (90 F.R. 2000).
- New Litigation: American Fuel & Petrochemical Manufacturers v EPA, # 25-1614 (9th Cir.) (Clean Air Act) - On **March 11**, Petitioners filed a protective petition accompanying Case #25-1089 in the C.A.D.C. for review of EPA final action titled "California State Nonroad Engine Pollution Control Standards; In-Use Diesel-Fueled Transport Refrigeration Units (TRU) and TRU Generator Sets; Notice of Decision"
- New Litigation: Power Forward Communities, Inc., v. Citibank, N.A. (Grants) - On **March 14**, Petitioners filed a complaint against Defendants Citibank N.A., EPA, Lee Zeldin in his official capacity as EPA's Administrator and others. The complaint alleges EPA's termination of Power Forward Communities' federal award under the National Clean Investment Fund, a Greenhouse Gas Reduction Fund program, violated the Administrative Procedure Act, the Due Process Clause of the Fifth Amendment, and the Constitution's Separation of Powers. The complaint also alleges Citibank's freeze of Power Forward Communities' award funds violated the Account Control Agreement executed pursuant to Power Forward Communities' Award Agreement with EPA and constituted a breach of contract, conversion, and replevin.
- New Litigation: Woonasquatucket River Watershed Council et al. V. Department of Agriculture et al., 1:25-cv-00097 (U.S. R.I.D.C.) (Grants) - On **March 14**, Petitioners filed a complaint against five Executive branch defendants, including EPA and Lee Zeldin in his official capacity. The complaint alleges the freeze of grant funds authorized by the Inflation Reduction Act and the Infrastructure, Investment and Jobs Act violates the Administrative Procedure Act. On **March 17**, Plaintiffs amended their complaint to add additional Plaintiffs and Defendants and filed motions for a preliminary injunction and expedited briefing schedule.
- New Litigation: Ute Indian Tribe of the Uintah and Ouray Reservation v. EPA, et al. (Clean Air Act Title V) - On **March 17**, Plaintiffs filed a Petition for Review of EPA R8's issuance of "Clean Air Act Operating Permit Program; Notice of Issuance of Title V Federal Operating Permit to Deseret Generation and Transmission Cooperative," 90 Fed. Reg. 4651 (Jan. 16, 2025). The subject Title V Federal Operating Permit was issued to Deseret Generation and

Controlled by U.S. Environmental Protection Agency

EPA_00045091



Transmission Cooperative for the operation of a coal-fired power plant located on the Uintah and Ouray Reservations.

- New Litigation: Business Coalition for Clean Air v. EPA, 25-1099 (D.C. Cir.) (Clean Air Act Ozone) - On **March 18**, Plaintiffs filed a challenge to EPA's file rule, "State Implementation Plan Submittal Deadlines and Implementation Requirements for Reclassified Nonattainment Areas Under the Ozone National Ambient Air Quality Standards," 90 FR 5651 (**January 17**).
- New Litigation: Coalition For Fair Aerosol Regulation, 25-1094 (D.C. Cir.) (Clean Air Act Hazardous Air Pollutants) - On **March 19**, Petitioners filed a Petition for Review challenging the final rule entitled "National Volatile Organic Compound Emission Standards for Aerosol Coatings Amendments," 90 FR 5697 (**January 17**).
- New Decision: Association of Washington Business, et al. v. EPA, No. 1:23-cv-03605 (D.D.C.) (Clean Water Act) - On **March 19**, the court issued an Order Plaintiff's challenge to EPA's 2022 rule promulgating human health criteria for the State of Washington's waters. The court held that the case is moot considering EPA's December 2024 approval of Washington's state-adopted human health criteria, explaining that "under the CWA, the plaintiffs are subject to Washington's state human health criteria - not the federal criteria promulgated in the 2022 Rule that plaintiffs challenge in this action" and, thus, a decision on the rule would not presently affect the parties' rights. Based on its conclusion that the case is moot, the court found that it lacked subject matter jurisdiction and must dismiss. Accordingly, the court denied all other pending motions, including EPA's motion to hold the case in abeyance, as moot.
- New Litigation: California Infrastructure and Economic Development Bank et. al. v. Citibank, N.A. et al.; 1:25-cv-00820 (D.C.D.C.) (Grants) - On **March 19**, Plaintiffs filed a complaint alleging EPA's termination of federal awards under the National Clean Investment Fund, a Greenhouse Gas Reduction Fund program, violated the Administrative Procedure Act, the Inflation Reduction Act, the Impoundment Control Act, the Uniform Grant Guidance regulations, and the Appropriations Clause, the Spending Clause, the Legislative Vesting Clause, the Take Care Clause, and the Tenth Amendment of the U.S. Constitution. The complaint also alleges Citibank's freeze of Defendants' award funds violated the Account Control Agreement executed pursuant to Defendants' Award Agreements with EPA and constituted a breach of contract, conversion, and replevin.
- New Litigation: The Sustainability Institute, et al, v, Donald J. Trump, et al, CIv. 2:25-cv-02152-RMG (D.C.S.C.) (Grants) - On **March 21,** Plaintiffs filed a complaint against seven agencies/officials. The allegations pertaining to EPA concern lack of access to awarded grants and disruption to operations, including potential layoffs. Plaintiffs allege violations of separation of powers; the presentment clauses; the Administrative Procedures Act, First Amendment, and the IRA, IIJA and other relevant statutes. They seek declaratory and injunction relief (both preliminary and permanent).
- New Litigation: Texas v. EPA, No. 25-1096 (D.C. Cir.) (Clean Air Act) - On **March 21,** Plaintiffs filed a challenge to EPA's file rule, "State Implementation Plan Submittal Deadlines and Implementation Requirements for Reclassified Nonattainment Areas Under the Ozone National Ambient Air Quality Standards," 90 FR 5651 (**January 17**).

Controlled by U.S. Environmental Protection Agency

EPA_00045092



- New Litigation: Environmental Defense Fund v. Lee Zeldin (D.C. Cir.) (Clean Air Act Greenhouse Gas Reporting) - On **March 21,** Plaintiffs filed a challenge to EPA's **March 20** rule extending the reporting deadline from **March 31 to May 30,** for the Greenhouse Gas Reporting Rule.
- New Litigation: Ohio Chemistry Technology Council v. EPA, 25-3203 (6th Cir.) (Clean Air Act)- On **March 25,** Plaintiffs filed a challenge to EPA's final action, "Air Plan Approval; Ohio; Withdrawal of Technical Amendment" published at 90 Fed. Reg. 6811 (**January 21**). This error correction action under the CAA reinstated a nuisance provision into the Ohio SIP.
- New Litigation: ARC Specialty Products, Balchem Corporation v. EPA, 25-60146 (5th Cir.) (Federal Insecticide, Fungicide, and Rodenticide Act) - On **March 25,** Plaintiffs filed a petition for review of EPA's interim registration review decision for ethylene oxide under the Federal Insecticide, Fungicide, and Rodenticide Act.
- New Litigation: Wilmer Cutler Pickering Hale and Dorr LLP v. Executive Office of the President, et al., No. 1:25-cv-00917 (D.D.C.)  (Executive Order) - On **March 28**, Plaintiff's filed a complaint alleging that Executive Order Addressing Risks from WilmerHale (EO) violates the Constitution and harms the firm, its employees, and its clients. The complaint names all federal agencies and heads of agencies, including EPA and the Administrator, as Defendants. Specifically, Plaintiff asserts that the EO violates the First Amendment; Fifth Amendment, Sixth Amendment, Ultra Vires Presidential action-separation of powers; and the Spending Clause-unconstitutional conditions on government contracts. Plaintiff seeks interim, preliminary, and permanent injunctive relief and declaratory relief. On **March 28**, the Court issued a Temporary Restraining Order enjoining the implementation and enforcement of the EO.
- New Litigation: Jenner & Block LLP v. U.S. Department of Justice, et al., 1:25-cv-00916 (D.D.C.) (Executive Order) - On **March 28**, Plaintiff's filed a complaint alleging that Executive Order 14246, Addressing Risks from Jenner & Block violates the Constitution and harms the firm, its employees, and its clients. The complaint names all federal agencies and heads of agencies, including EPA and the Administrator, as Defendants. Specifically, Plaintiff asserts that the EO violates the First Amendment; Fifth Amendment, Sixth Amendment, Ultra Vires Presidential action-separation of powers; and the Spending Clause-unconstitutional conditions on government contracts. Plaintiff seeks interim, preliminary, and permanent injunctive relief and declaratory relief. On **March 28**, the Court issued a Temporary Restraining Order enjoining the implementation and enforcement of the EO.
- New Litigation: Environmental Defense Fund v. EPA, 1:25-cv-00924 (D.D.C) (FOIA) - On **March 28**, Plaintiffs filed a complaint alleging that EPA has failed to respond to a Freedom of Information Act (FOIA) Request within the required timeframe. The FOIA at issue, 2025-EPA-04050, requests correspondence and other records related to the Endangerment Finding, including recommendations in furtherance of Executive Order 14151.
- New Decision: Sierra Club v. EPA, 1:23-cv-01744 (D.D.C.) (Clean Air Act) - On **March 20**, the court issued an Order which fully granted EPA's request for an extension of certain consent decree deadlines for regional haze second planning period SIPs. EPA's new deadlines are as follows:
  - The EPA must sign the Florida Regional Haze Plan revision by May 30;

## Controlled by U.S. Environmental Protection Agency

EPA_00045093



- •The EPA must sign the West Virginia Regional Haze Plan revision by June 28;
- •The EPA must sign the Ohio Regional Haze Plan revision by June 28;
- •The EPA must sign the Idaho Regional Haze Plan by August 28;
- •The EPA must sign the Michigan Regional Haze Plan by August 28;
- •The EPA must sign the Texas Regional Haze Plan by August 28; and
- •The EPA must sign the California Regional Haze Plan by August 28.

- New Decision: Juliana v. U.S., 24-645 (SCOTUS) (Constitutional Claims) - On **March 24,** the Supreme Court denied certiorari without an opinion. Plaintiff's sought certiorari on a 9th Circuit decision on a motion for mandamus to direct the District Court of Oregon to dismiss the underlying case for lack of standing on redressability grounds. The underlying action was a case brought by youth plaintiffs against 11 agencies, including EPA, claiming their constitutional rights had been infringed by the government's actions/inactions regarding climate change.

- New Decision: Texas et al. v. EPA, No. 23-60069 (5th Cir) (Clean Air Act SIP Disapproval) - On **March 25,** the court unanimously denied petitions seeking review of EPA's Good Neighbor SIP Disapproval Action as to Louisiana and Texas and granted petitions seeking vacatur of the same as to Mississippi. The court found that the Fifth Circuit is the appropriate venue for the challenges. The court found that EPA lawfully disapproved Louisiana's and Texas's SIP submissions on their own terms and did not reach the issues related to choice of modeling or contribution threshold for those states. As for Mississippi, the court held that EPA's disapproval was arbitrary and capricious. The court found that EPA failed to recognize that for Mississippi, the use of updated data was entirely outcome determinative, and that EPA did not reasonably explain its decision to rely on the updated data.

## Office of International and Tribal Affairs (OITA)

### Hot Topics

- On **March 27**, OITA PDAA joined AIEO Acting Director Lisa Berrios and AIEO Deputy Director Felicia Wright to participate in a monthly Tribal Program Managers (TPM) meeting. After introductions with the Tribal Program Managers, the PDAA expressed support for OITA's continued work with this critical network of EPA Tribal program staff and managers, and commitment to coordinating with HQ and Regional offices to ensure EPA's Tribal programs achieve successes in line with EPA's Powering the Great American Comeback Initiative and the associated 5 Pillars. The meeting also featured discussions on AIEO's work to coordinate effectively across EPA Tribal programs and regions.

- On **March 31**, OITA PDAA met with a delegation from the United South and Eastern Tribes, Inc. (USET) and National Indian Health Board to discuss Tribal environmental priorities. Liz Malerba, Director of Policy and Legislative Affairs, and Katie Klass, General Counsel, attended from the United South and Eastern Tribes Sovereignty Protection Fund. A.C. Locklear II, Interim Chief Executive Officer, Winn Davis, Congressional Relations Director, and Lacey Wind, Interim Public Health Policy and Programs Director, represented the National Indian Health Board.

- On **March 25–28**, OITA led the U.S. government delegation to the first G20 ECSWG meeting hosted by the South African G20 Presidency, joined by colleagues from the Department of

Controlled by U.S. Environmental Protection Agency

EPA_00045094



CUI//PRVCY

Weekly Report | [ DATE \@ "MMMM d, yyyy" ]

State. The meeting covered South Africa's five identified priority areas: biodiversity and conservation; land degradation, desertification, and drought; chemicals and waste management; oceans and coasts; and climate change and air quality. The United States participated mostly in listening mode, but shared several priorities for G20 technical exchanges, including domestic action on lead exposure and air pollution. Following direction received from the National Security Council, OITA indicated that the U.S. does not support a negotiated ministerial declaration or statement and encouraged the G20 to focus on technical level engagements. The next G20 ECSWG is scheduled for **July 14–18** in South Africa; the third ECSWG meeting will be in Cape Town **October 13–15**, followed immediately by the Ministerial Meeting on **October 16–17**.

- On **April 2**, the G7 Canadian Presidency will host a virtual G7 Extreme Weather Technical Meeting. OITA will lead the U.S. delegation, with the Department of State, Department of Commerce, and Department of the Interior. This will be the first in a series of technical workshops that explore challenges and opportunities for enabling preparedness for and resilience to extreme weather events, and this session will focus on early warning systems and impact-based communications. These conversations are expected to feed into a G7 Leaders-level outcome on wildfires.

- On **April 3**, Mark Kasman, the US Co-Chair of the Elk-Kootenai/y Governance Body (GB), will meet with the Canadian Co-Chair, Kevin Jardine, of British Columbia's Ministry of Environment and Parks to discuss the plan to develop short-term actions to be accomplished by the GB in the next year. This call is in preparation for the **April 10** GB meeting. The GB was developed in response to the International Joint Commission (IJC) receiving a Reference under Article IX of the Boundary Waters Treaty from the Governments of the United States and Canada, in partnership with the Ktunaxa Nation asking the IJC to carry out certain actions to address the impacts of transboundary water pollution in the Elk-Kootenai/y Watershed. The objective of the GB is to co-develop options for timely actions that reduce and mitigate the impacts of water pollution to protect the people and species in the Kootenai/y watershed. The 18-member body consists of three delegations (U.S., Canada, and the Ktunaxa Nation) with 6 members each. Mark Kasman, OIA Office Director, is the U.S. Co-Chair of the U.S. Delegation with members from the US State Department, US Geological Survey, US Army Corps of Engineers, and the States of Montana and Idaho.

### Office of Land and Emergency Management (OLEM)

**Hot Topics**

- On **April 10,** OLEM DAA will be traveling to Golden, CO, to speak at a summit meeting for the new Good Samaritan Remediation of Abandoned Hardrock Mines Act of 2024 (Public Law 118-155). The meeting is to engage all stakeholders on the Good Samaritan program development and expectations, which will include representatives from states, tribes, NGOs, and industry.

**Miscellaneous**

Controlled by U.S. Environmental Protection Agency

EPA_00045095