| |
|---|
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Clean Water State Revolving Funds |
| Capitalization Grants for Clean Water State Revolving Funds |
| Capitalization Grants for Clean Water State Revolving Funds |
| Assistance for Small and Disadvantaged Communities Drinking Water Grant Program (SDWA 1459A) |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Clean Water State Revolving Funds |
| Capitalization Grants for Clean Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Environmental Protection Consolidated Grants for the Insular Areas - Program Support |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Brownfields Multipurpose, Assessment, Revolving Loan Fund, and Cleanup Cooperative Agreements |
| Assistance for Small and Disadvantaged Communities Drinking Water Grant Program (SDWA 1459A) |
| Assistance for Small and Disadvantaged Communities Drinking Water Grant Program (SDWA 1459A) |
| Environmental Protection Consolidated Grants for the Insular Areas - Program Support |
| Environmental Protection Consolidated Grants for the Insular Areas - Program Support |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Clean Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements |
| Climate Pollution Reduction Grants |
| |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Assistance for Small and Disadvantaged Communities Drinking Water Grant Program (SDWA 1459A) |
| Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act |
| Capitalization Grants for Clean Water State Revolving Funds |
| Capitalization Grants for Clean Water State Revolving Funds |
| Capitalization Grants for Drinking Water State Revolving Funds |
| Capitalization Grants for Clean Water State Revolving Funds |
| Capitalization Grants for Clean Water State Revolving Funds |

MD Dept of the Environment
THE ENVIRONMENT MARYLAND DEPARTMENT OF
MD Dept of the Environment
MD Dept of the Environment
MD Dept of the Environment
WV Dept of Environmental Protection
WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
New York State Department of Health
NYS DEPARTMENT OF HEALTH
DEPARTMENT OF ENVIRONMENTAL CONSERVATION NEW YORK
DEPARTMENT OF ENVIRONMENTAL CONSERVATION NEW YORK
New York State Department of Health
Puerto Rico Department of Health
Puerto Rico Department of Health
Puerto Rico Department of Health
VI Dept. of Planning and Natural Resources
MISSOURI DEPARTMENT OF NATURAL R
East Central Intergovernmental Association
Water Infrastructure Finance Authority of Arizona
STATE OF CALIFORNIA WATER RESOURCES CONTROL BOARD
Commonwealth Utilities Corp
Guam Waterworks Authority
New Hampshire D.E.S.
New Hampshire D.E.S.
DEPARTMENT OF ENVIRONMENTAL CONSERVATION VERMONT
DEPARTMENT OF ENVIRONMENTAL CONSERVATION VERMONT
Vermont D.E.C.
Connecticut Department of Public Health
Connecticut Department of Public Health
Connecticut Department of Public Health
Rhode Island Infrastructure Bank
Rhode Island Infrastructure Bank
Rhode Island Infrastructure Bank
Rhode Island Infrastructure Bank
Illinois Environmental Protection Agency
Narragansett Indian Tribe
Front and Centered
North Dakota Department of Environmental Quality
North Dakota Department of Environmental Quality
HAWAII DEPARTMENT OF HEALTH
TORRES-MARTINEZ DESERT CAHUILLA
State of Wyoming Office of Statelands
State of Wyoming Office of Statelands
Florida Department of Environmental Protection
Massachusetts Clean Water Trust
Massachusetts Clean Water Trust

EPA_00071112

| State | S734YDNLSHW5 | MD | 9/30/2030 |
|---|---|---|---|
| State | S734YDNLSHW5 | MD | 9/30/2030 |
| State | S734YDNLSHW5 | MD | 9/30/2030 |
| State | S734YDNLSHW5 | MD | 9/30/2030 |
| State | S734YDNLSHW5 | MD | 9/30/2030 |
| State | ZTCPELFB6M84 | WV | 9/30/2030 |
| State | ZTCPELFB6M84 | WV | 9/30/2030 |
| State | F863WQVMZSK7 | NY | 9/30/2030 |
| State | F863WQVMZSK7 | NY | 9/30/2030 |
| State | ZECZWASEN594 | NY | 9/30/2030 |
| State | ZECZWASEN594 | NY | 9/30/2030 |
| State | F863WQVMZSK7 | NY | 9/30/2030 |
| State | NMLEHM4JTN15 | PR | 9/30/2030 |
| State | NMLEHM4JTN15 | PR | 9/30/2030 |
| State | NMLEHM4JTN15 | PR | 9/30/2030 |
| State | GZZCMHU5KJG5 | VI | 9/30/2030 |
| State | K6RXPK4W58H4 | MO | 9/30/2030 |
| Intermunicipal | QK2FMHBXWGN2 | IA | 9/30/2030 |
| State | SA2DN1YA58W4 | AZ | 9/30/2030 |
| State | TGFTZM2DN5Z2 | CA | 9/30/2030 |
| State | GHRFE15TLXS3 | MP | 9/30/2030 |
| State | L63BLKYU5DL7 | GU | 9/30/2030 |
| State | NG6PGJFQBML3 | NH | 9/30/2030 |
| State | NG6PGJFQBML3 | NH | 9/30/2030 |
| State | NYZQQ61KSAN8 | VT | 9/30/2030 |
| State | NYZQQ61KSAN8 | VT | 9/30/2030 |
| State | NYZQQ61KSAN8 | VT | 9/30/2030 |
| State | RFZKKT5RU3F8 | CT | 9/30/2030 |
| State | RFZKKT5RU3F8 | CT | 9/30/2030 |
| State | RFZKKT5RU3F8 | CT | 9/30/2030 |
| State | CRCEB6TH9JM6 | RI | 10/1/2030 |
| State | CRCEB6TH9JM6 | RI | 10/1/2030 |
| State | CRCEB6TH9JM6 | RI | 10/1/2030 |
| State | CRCEB6TH9JM6 | RI | 10/1/2030 |
| State | KTRWKRABSKV6 | IL | 10/31/2030 |
| Indian Tribe | UKHEKM319314 | RI | 12/30/2030 |
| Not for Profit | XAWGFDYVLB88 | WA | 12/31/2030 |
| State | ZP9KYB67ZB46 | ND | 12/31/2030 |
| State | ZP9KYB67ZB46 | ND | 12/31/2030 |
| State | LFVFLBD6XZB5 | HI | 12/31/2030 |
| Indian Tribe | M77AHYAGAD33 | CA | 12/31/2030 |
| State | DJA1QJQ8NL37 | WY | 4/18/2031 |
| State | DJA1QJQ8NL37 | WY | 4/9/2031 |
| State | DSALKBHYTEH1 | FL | 6/30/2031 |
| State | K5EDVCYPKGZ3 | MA | 6/30/2031 |
| State | K5EDVCYPKGZ3 | MA | 6/30/2031 |

| |
|---|
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 9/30/2030 |
| 10/1/2030 |
| 10/1/2030 |
| 10/1/2030 |
| 10/1/2030 |
| 10/31/2030 |
| 12/30/2030 |
| 12/31/2030 |
| 12/31/2030 |
| 12/31/2030 |
| 12/31/2030 |
| 12/31/2030 |
| 4/9/2031 |
| 4/9/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |

This grant agreement provides funding to Maryland Department of the Environment (MDE) under the Safe Drinking Act:

This agreement provides funding to Maryland Department of the Environment (MDE).  Safe Drinking Water Act (SDWA):

This grant agreement provides funding to Maryland Department of the Environment (MDE) under the Safe Drinking Act:

The purpose of this agreement is for a capitalization grant which provides funds for the recipient&rsquo;s Clean Water St

The purpose of this agreement is for a capitalization grant which provides funds for the recipient&rsquo;s Clean Water St

This Infrastructure Investment and Jobs Act (IIJA) (commonly referred to as the Bipartisan Infrastructure Law or BIL) agre

This Infrastructure Investment and Jobs Act (IIJA)/Bipartisan Infrastructure Law (BIL) funded award to the State of West V

This agreement provides funding to the New York State Department of Health under the Safe Drinking Act: Section 1452

This agreement provides funding to the New York State Department of Health under the Safe Drinking Water Act (SDWA)

This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) program

This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for t

This agreement provides funding to the New York State Department of Health.  Section 1452 of the Safe Drinking Water /

This agreement provides funding to the Puerto Rico Department of Health. Section 1452 of the Safe Drinking Water /

This agreement provides funding to the Puerto Rico Department of Health under the Safe Drinking Act, Section 1452 and

This agreement provides funding to Puerto Rico Department of Health (PRDOH). Safe Drinking Water Act (SDWA): Sectio

This Consolidated Grant provides funding under Infrastructure Investment and Jobs Act (IIJA) Appropriation to support th

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

Brownfields are real property, the expansion, development or reuse of which may be complicated by the presence or pot

This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to the State of Arizona to imple

This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to the State of California to impl

This cooperative agreement consists of Fiscal Year 2023 Bipartisan Infrastructure Law awards, which includes Drinking Wa

This assistance agreement includes current Drinking Water State Revolving Funds (including those for DWSRF, lead servic

This agreement provides funding to the New Hampshire Department of Environmental Services under the Safe Drinking /

This agreement provides funding to the New Hampshire Department of Environmental Services.  Section 1452 of the Saf

.

.

This agreement provides funding to Connecticut Department of Public Health under the Safe Drinking Act: Section 1452 a

This agreement provides funding to Connecticut Department of Public Health.  Safe Drinking Water Act (SDWA): Section

This agreement provides funding to Connecticut Department of Public Health.  Section 1452 of the Safe Drinking Water A

The purpose of this agreement is for a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (P

This agreement provides funding to the Rhode Island Infrastructure Bank under the Safe Drinking Water Act: Section 1452 and I

This agreement provides funding to the Rhode Island Infrastructure Bank. Safe Drinking Water Act (SDWA): Section 1452

This agreement provides funding to the Rhode Island Infrastructure Bank.  Section 1452 of the Safe Drinking Water Act (S

This Cooperative Agreement funds the Recipients program to conduct Long-Term Remedial Action which includes groun

The purpose of this award is to provide funding under the Inflation Reduction Act (IRA) to the Narragansett Indian Tribe.

The grantee (lead) will establish support programs consisting of subawards and other forms of support that advances hu

This agreement provides funding to North Dakota DEQ.  Safe Drinking Water Act (SDWA): Section 1452 and Infrastructure

This agreement provides funding to North Dakota DEQ.  Section 1452 of the Safe Drinking Water Act (SDWA) and Infrastr

This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to the State of Hawaii to implem

This agreement provides funding under the Inflation Reduction Act (IRA) to Torres Martinez Indian Tribe for the expansion

The purpose of this agreement is for a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL

This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA).  The purpose of the project is fo

This action approves an award in the amount of $254,788,000 to Florida Department of Environmental Protection, Florida

This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for t

This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) program

EPA_00071115

| | |
|---|---|
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R7 | Yes |
| EPA R7 | Yes |
| EPA R9 | Yes |
| EPA R9 | Yes |
| EPA R9 | Yes |
| EPA R9 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R5 | Yes |
| EPA R1 | Yes |
| EPA R10 | Yes |
| EPA R8 | Yes |
| EPA R8 | Yes |
| EPA R9 | Yes |
| EPA R9 | Yes |
| EPA R8 | Yes |
| EPA R8 | Yes |
| EPA R4 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |

| | | | |
|---|---|---|---|
| $15,874,000 | $15,874,000 | $15,874,000 | |
| $51,934,000 | $51,934,000 | $51,934,000 | |
| $13,840,000 | $13,840,000 | $13,840,000 | |
| $5,143,000 | $5,143,000 | $5,143,000 | |
| $2,261,000 | $2,261,000 | $2,261,000 | |
| $3,315,000 | $3,315,000 | $3,315,000 | |
| $28,371,000 | $28,371,000 | $28,371,000 | |
| $35,687,000 | $35,687,000 | $35,687,000 | |
| $124,039,000 | $124,039,000 | $124,039,000 | |
| $23,691,000 | $23,691,000 | $23,691,000 | |
| $251,013,000 | $251,013,000 | $251,013,000 | |
| $98,347,000 | $98,347,000 | $98,347,000 | |
| $17,992,000 | $17,992,000 | $17,992,000 | |
| $7,555,000 | $7,555,000 | $7,555,000 | |
| $28,350,000 | $28,350,000 | $28,350,000 | |
| $31,883,000 | $31,883,000 | $31,883,000 | |
| $43,966,000 | $43,966,000 | $43,966,000 | |
| $4,000,000 | $4,000,000 | $4,000,000 | |
| $21,385,000 | $21,385,000 | $21,385,000 | |
| $82,961,000 | $82,961,000 | $82,961,000 | |
| $19,225,000 | $19,225,000 | $19,225,000 | |
| $21,968,000 | $21,968,000 | $21,968,000 | |
| $7,640,000 | $7,640,000 | $7,640,000 | |
| $21,055,000 | $21,055,000 | $21,055,000 | |
| $7,640,000 | $7,640,000 | $7,640,000 | |
| $28,650,000 | $28,650,000 | $28,650,000 | |
| $21,055,000 | $21,055,000 | $21,055,000 | |
| $7,640,000 | $7,640,000 | $7,640,000 | |
| $39,954,000 | $39,954,000 | $39,954,000 | |
| $21,055,000 | $21,055,000 | $21,055,000 | |
| $13,996,000 | $13,996,000 | $13,996,000 | |
| $7,640,000 | $7,640,000 | $7,640,000 | |
| $28,650,000 | $28,650,000 | $28,650,000 | |
| $21,055,000 | $21,055,000 | $21,055,000 | |
| $5,890,000 | $5,890,000 | $2,806,857 | |
| $6,627,691 | $6,627,691 | | $6,627,691 |
| $5,482,000 | $5,482,000 | $5,482,000 | |
| $28,650,000 | $28,650,000 | $28,650,000 | |
| $21,055,000 | $21,055,000 | $21,055,000 | |
| $9,457,000 | $9,457,000 | $9,457,000 | |
| $300,000 | $300,000 | | $300,000 |
| $10,233,000 | $10,233,000 | $10,233,000 | |
| $1,043,000 | $1,043,000 | $1,043,000 | |
| $254,788,000 | $254,788,000 | $254,788,000 | |
| $77,212,000 | $77,212,000 | $77,212,000 | |
| $7,285,000 | $7,285,000 | $7,285,000 | |

| | | |
|---|---|---|
| $199,294 | $199,294 | $15,674,706 |
| $228,368 | $228,368 | $51,705,632 |
| $449,329 | $449,329 | $13,390,671 |
| $0 | $0 | $5,143,000 |
| $0 | $0 | $2,261,000 |
| $0 | $0 | $3,315,000 |
| $0 | $0 | $28,371,000 |
| $9,620 | $9,620 | $35,677,380 |
| $0 | $0 | $124,039,000 |
| $0 | $0 | $23,691,000 |
| $148,452,731 | $148,452,731 | $102,560,269 |
| $85,184,620 | $85,184,620 | $13,162,380 |
| $0 | $0 | $17,992,000 |
| $0 | $0 | $7,555,000 |
| $0 | $0 | $28,350,000 |
| $0 | $0 | $31,883,000 |
| $0 | $0 | $43,966,000 |
| $243,617 | $243,617 | $3,756,383 |
| $0 | $0 | $21,385,000 |
| $0 | $0 | $82,961,000 |
| $1,210,355 | $1,210,355 | $18,014,645 |
| $70,000 | $70,000 | $21,898,000 |
| $0 | $0 | $7,640,000 |
| $363,609 | $363,609 | $20,691,391 |
| $162,109 | $162,109 | $7,477,891 |
| $163,120 | $163,120 | $28,486,880 |
| $4,908,945 | $4,908,945 | $16,146,055 |
| $0 | $0 | $7,640,000 |
| $0 | $0 | $39,954,000 |
| $0 | $0 | $21,055,000 |
| $7,893,744 | $7,893,744 | $6,102,256 |
| $315,495 | $315,495 | $7,324,505 |
| $561,955 | $561,955 | $28,088,045 |
| $1,934,414 | $1,934,414 | $19,120,586 |
| $4,319,442 | $1,334,357 | $1,570,558 |
| $0 | $0 | $6,627,691 |
| $0 | $0 | $5,482,000 |
| $1,361,740 | $1,361,740 | $27,288,260 |
| $21,055,000 | $21,055,000 | $0 |
| $0 | $0 | $9,457,000 |
| $0 | $0 | $300,000 |
| $0 | $0 | $10,233,000 |
| $0 | $0 | $1,043,000 |
| $0 | $0 | $254,788,000 |
| $0 | $0 | $77,212,000 |
| $0 | $0 | $7,285,000 |

| | | |
|---|---|---|
| $15,674,706 | | |
| $51,705,632 | | |
| $13,390,671 | | |
| $5,143,000 | | |
| $2,261,000 | | |
| $3,315,000 | | |
| $28,371,000 | | |
| $35,677,380 | | |
| $124,039,000 | | |
| $23,691,000 | | |
| $102,560,269 | | |
| $13,162,380 | | |
| $17,992,000 | | |
| $7,555,000 | | |
| $28,350,000 | | |
| $31,883,000 | suspend | |
| $43,966,000 | | |
| $3,756,383 | | |
| $21,385,000 | | |
| $82,961,000 | | |
| $18,014,645 | suspend | |
| $21,898,000 | suspend | |
| $7,640,000 | | |
| $20,691,391 | | |
| $7,477,891 | | |
| $28,486,880 | | |
| $16,146,055 | | |
| $7,640,000 | | |
| $39,954,000 | | |
| $21,055,000 | | |
| $6,102,256 | | |
| $7,324,505 | | |
| $28,088,045 | | |
| $19,120,586 | | |
| $1,472,500 | $ | 4,417,500.00 |
| | $6,627,691 | |
| $5,482,000 | | |
| $27,288,260 | | |
| $0 | | |
| $9,457,000 | | |
| | $300,000 | |
| $10,233,000 | | |
| $1,043,000 | | |
| $254,788,000 | | |
| $77,212,000 | | |
| $7,285,000 | | |

| 5G | 84096001-1 | Open | 66.957 |
|----|-----------|------|--------|
| 4D | 95345101-0 | Open | 66.468 |
| 4E | 95345201-0 | Open | 66.468 |
| 4C | 95345601-0 | Open | 66.458 |
| 4X | 95345701-0 | Open | 66.458 |
| 4D | 95345901-0 | Open | 66.468 |
| 4E | 95346001-0 | Open | 66.468 |
| 4L | 95346101-0 | Open | 66.468 |
| 4C | 95346401-0 | Open | 66.458 |
| 4X | 95346501-0 | Open | 66.458 |
| 4D | 95346601-0 | Open | 66.468 |
| 4E | 95346701-0 | Open | 66.468 |
| 4L | 95346801-0 | Open | 66.468 |
| 4C | 95347401-0 | Open | 66.458 |
| 4X | 95347501-0 | Open | 66.458 |
| 4C | 95350701-0 | Open | 66.458 |
| 4L | 95350901-0 | Open | 66.468 |
| 4D | 953A0037-0 | Open | 66.468 |
| 4E | 953A0038-0 | Open | 66.468 |
| 4X | 96220124-0 | Open | 66.458 |
| 4D | 96220224-0 | Open | 66.468 |
| 4L | 96220324-0 | Open | 66.468 |
| 4E | 96220424-0 | Open | 66.468 |
| 4C | 96220524-0 | Open | 66.458 |
| 48 | 96715801-0 | Open | 66.442 |
| 4E | 96883924-0 | Open | 66.468 |
| 4C | 96888024-0 | Open | 66.458 |
| 4X | 96897924-0 | Open | 66.458 |
| 4L | 97T15601-1 | Open | 66.468 |
| 4E | 99108E24-0 | Open | 66.468 |
| 4D | 99108S24-0 | Open | 66.468 |
| 4E | 99191E24-0 | Open | 66.468 |
| 4D | 99191S24-0 | Open | 66.468 |
| 48 | 00I44000-0 | Open | 66.442 |
| 4E | 96887324-0 | Open | 66.468 |
| 4C | 96898224-0 | Open | 66.458 |
| 4D | 96898324-0 | Open | 66.468 |
| 4E | 96887302-0 | Open | 66.468 |
| 4X | 96887402-1 | Open | 66.458 |
| 4T | 00A01562-0 | Open | 66.456 |
| 4D | 00I52423-0 | Open | 66.468 |
| 4C | 23000224-0 | Open | 66.458 |
| 4X | 23000324-0 | Open | 66.458 |
| 4C | 33000224-0 | Open | 66.458 |
| 4X | 33000324-0 | Open | 66.458 |
| 4C | 50000224-0 | Open | 66.458 |

Greenhouse Gas Reduction Fund Grant Program
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Assistance for Small and Disadvantaged Communities Drinking Water Grant Program (SDWA 1459A)
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Assistance for Small and Disadvantaged Communities Drinking Water Grant Program (SDWA 1459A)
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
National Estuary Program
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds

pfci0631 - POWER FORWARD COMMUNITIES, INC

PENNVEST

PENNVEST

State of Delaware, DNREC

State of Delaware, DNREC

EXECUTIVE OFFICE OF THE GOVERNOR OF DELAWARE

EXECUTIVE OFFICE OF THE GOVERNOR OF DELAWARE

EXECUTIVE OFFICE OF THE GOVERNOR OF DELAWARE

WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION

WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION

WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION

WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION

WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION

VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY

VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY

THE ENVIRONMENT MARYLAND DEPARTMENT OF

THE ENVIRONMENT MARYLAND DEPARTMENT OF

THE ENVIRONMENT MARYLAND DEPARTMENT OF

THE ENVIRONMENT MARYLAND DEPARTMENT OF

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION

NEBRASKA DEPARTMENT OF ENVIRONMENT & ENERGY

North Dakota Department of Environmental Quality

North Dakota Department of Environmental Quality

North Dakota Department of Environmental Quality

HAWAII DEPARTMENT OF HEALTH

Health And Human Services, Maine Department Of

Health And Human Services, Maine Department Of

Massachusetts Clean Water Trust

Massachusetts Clean Water Trust

State of Wyoming Office of Statelands

South Dakota Department of Agriculture and Natural Resources, The

South Dakota Department of Agriculture and Natural Resources, The

South Dakota Department of Agriculture and Natural Resources, The

South Dakota Department of Agriculture and Natural Resources, The

South Dakota Department of Agriculture and Natural Resources, The

University of Maine System

State of Wyoming Office of Statelands

DEPARTMENT OF ENVIRONMENTAL PROTECTION MAINE

DEPARTMENT OF ENVIRONMENTAL PROTECTION MAINE

ENVIRONMENTAL SERVICES, NEW HAMPSHIRE DEPARTMENT OF

ENVIRONMENTAL SERVICES, NEW HAMPSHIRE DEPARTMENT OF

DEPARTMENT OF ENVIRONMENTAL CONSERVATION VERMONT

| | | | |
|---|---|---|---|
| Not for Profit | G1YAE6AFNDN4 | MD | 6/30/2031 |
| State | JPQLE2X381X8 | PA | 6/30/2031 |
| State | JPQLE2X381X8 | PA | 6/30/2031 |
| State | EF6TCJGSRDF4 | DE | 6/30/2031 |
| State | EF6TCJGSRDF4 | DE | 6/30/2031 |
| State | GKQPH6J32LN7 | DE | 6/30/2031 |
| State | GKQPH6J32LN7 | DE | 6/30/2031 |
| State | GKQPH6J32LN7 | DE | 6/30/2031 |
| State | ZTCPELFB6M84 | WV | 6/30/2031 |
| State | ZTCPELFB6M84 | WV | 6/30/2031 |
| State | ZTCPELFB6M84 | WV | 6/30/2031 |
| State | ZTCPELFB6M84 | WV | 6/30/2031 |
| State | ZTCPELFB6M84 | WV | 6/30/2031 |
| State | LWLXBA1A6NJ9 | VA | 6/30/2031 |
| State | LWLXBA1A6NJ9 | VA | 6/30/2031 |
| State | S734YDNLSHW5 | MD | 6/30/2031 |
| State | S734YDNLSHW5 | MD | 6/30/2031 |
| State | S734YDNLSHW5 | MD | 6/30/2031 |
| State | S734YDNLSHW5 | MD | 6/30/2031 |
| State | X9K2JHHGL5M8 | NJ | 6/30/2031 |
| State | X9K2JHHGL5M8 | NJ | 6/30/2031 |
| State | X9K2JHHGL5M8 | NJ | 6/30/2031 |
| State | X9K2JHHGL5M8 | NJ | 6/30/2031 |
| State | X9K2JHHGL5M8 | NJ | 6/30/2031 |
| State | HPZJJJ7AMFL4 | NE | 6/30/2031 |
| State | ZP9KYB67ZB46 | ND | 6/30/2031 |
| State | ZP9KYB67ZB46 | ND | 6/30/2031 |
| State | ZP9KYB67ZB46 | ND | 6/30/2031 |
| State | LFVFLBD6XZB5 | HI | 6/30/2031 |
| State | GJEPWTMKF5A3 | ME | 6/30/2031 |
| State | GJEPWTMKF5A3 | ME | 6/30/2031 |
| State | K5EDVCYPKGZ3 | MA | 6/30/2031 |
| State | K5EDVCYPKGZ3 | MA | 6/30/2031 |
| State | DJA1QJQ8NL37 | WY | 7/1/2031 |
| State | DNHKVEH2NDJ3 | SD | 7/31/2031 |
| State | DNHKVEH2NDJ3 | SD | 7/31/2031 |
| State | DNHKVEH2NDJ3 | SD | 7/31/2031 |
| State | DNHKVEH2NDJ3 | SD | 8/31/2031 |
| State | DNHKVEH2NDJ3 | SD | 8/31/2031 |
| State Institution of Higher Learning | DMLZJTD7WJ94 | ME | 9/30/2031 |
| State | DJA1QJQ8NL37 | WY | 9/30/2031 |
| State | FAABAXF9D9E3 | ME | 9/30/2031 |
| State | FAABAXF9D9E3 | ME | 9/30/2031 |
| State | NG6PGJFQBML3 | NH | 9/30/2031 |
| State | NG6PGJFQBML3 | NH | 9/30/2031 |
| State | NYZQQ61KSAN8 | VT | 9/30/2031 |

| |
|---|
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 6/30/2031 |
| 7/1/2031 |
| 7/31/2031 |
| 7/31/2031 |
| 7/31/2031 |
| 8/31/2031 |
| 8/31/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |

This agreement provides funding under the Inflation Reduction Act (IRA) to Power Forward Communities (PFC). The recip

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund program.

This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) progran

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for t

This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) progran

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for V

This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) progran

This agreement funding to Maryland Department of the Environment for a capitalization grant, funded by the Infrastruct

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) progran

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for t

This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to the State of Nebraska to impl

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for t

This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) progran

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fo

This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to the State of Wyoming to imp

This agreement provides funding to South Dakota under the Safe Drinking Act: Section 1452 and Infrastructure Investmen

This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for t

Section 1452 of the Safe Drinking Water Act (SDWA) authorizes the state to utilize funds to further the health protection

This agreement provides funding to South Dakota under the Safe Drinking Act: Section 1452 and Infrastructure Investmer

This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA).  The purpose of the project is fc

This cooperative agreement is provided to University of Southern Maine through the University of Maine System to supp

This agreement provides funding to Wyoming as authorized by Section 1452 of the Safe Drinking Water Act (SDWA) and

This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for t

This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) progran

This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for t

This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) progran

This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for t

| | |
|---|---|
| EPA HQ | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R3 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R7 | Yes |
| EPA R8 | Yes |
| EPA R8 | Yes |
| EPA R8 | Yes |
| EPA R9 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R8 | Yes |
| EPA R8 | Yes |
| EPA R8 | Yes |
| EPA R8 | Yes |
| EPA R8 | Yes |
| EPA R8 | Yes |
| EPA R1 | Yes |
| EPA R8 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |

| | | |
|---|---|---|
| $2,000,000,000 | $2,000,000,000 | $2,000,000,000 |
| $75,829,000 | $75,829,000 | $75,829,000 |
| $25,364,000 | $25,364,000 | $25,364,000 |
| $11,164,000 | $11,164,000 | $11,164,000 |
| $1,052,000 | $1,052,000 | $1,052,000 |
| $22,985,000 | $22,985,000 | $22,985,000 |
| $7,690,000 | $7,690,000 | $7,690,000 |
| $4,889,163 | $4,889,163 | $4,889,163 |
| $35,451,000 | $35,451,000 | $35,451,000 |
| $3,345,000 | $3,345,000 | $3,345,000 |
| $22,985,000 | $22,985,000 | $22,985,000 |
| $7,690,000 | $7,690,000 | $7,690,000 |
| $30,845,000 | $30,845,000 | $30,845,000 |
| $46,541,000 | $46,541,000 | $46,541,000 |
| $4,391,000 | $4,391,000 | $4,391,000 |
| $55,002,000 | $55,002,000 | $55,002,000 |
| $34,400,000 | $34,400,000 | $34,400,000 |
| $47,432,000 | $47,432,000 | $47,432,000 |
| $15,968,000 | $15,968,000 | $15,968,000 |
| $8,689,000 | $8,689,000 | $8,689,000 |
| $40,803,000 | $40,803,000 | $40,803,000 |
| $123,110,000 | $123,110,000 | $123,110,000 |
| $13,563,000 | $13,563,000 | $13,563,000 |
| $92,931,000 | $92,931,000 | $92,931,000 |
| $28,371,000 | $28,371,000 | $28,371,000 |
| $7,640,000 | $7,640,000 | $7,640,000 |
| $11,164,000 | $11,164,000 | $11,164,000 |
| $1,043,000 | $1,043,000 | $1,043,000 |
| $28,650,000 | $28,650,000 | $28,650,000 |
| $7,690,000 | $7,690,000 | $7,690,000 |
| $22,985,000 | $22,985,000 | $22,985,000 |
| $16,404,000 | $16,404,000 | $16,404,000 |
| $49,350,000 | $49,350,000 | $49,350,000 |
| $18,914,000 | $18,914,000 | $18,914,000 |
| $5,928,000 | $5,928,000 | $5,928,000 |
| $11,164,000 | $11,164,000 | $11,164,000 |
| $22,985,000 | $22,985,000 | $22,985,000 |
| $7,640,000 | $7,640,000 | $7,640,000 |
| $0 | $0 | $0 |
| $909,800 | $909,800 | $909,800 |
| $21,055,000 | $21,055,000 | $21,055,000 |
| $17,604,000 | $17,604,000 | $17,604,000 |
| $1,646,000 | $1,646,000 | $1,646,000 |
| $22,726,000 | $22,726,000 | $22,726,000 |
| $2,125,000 | $2,125,000 | $2,125,000 |
| $11,164,000 | $11,164,000 | $11,164,000 |

| | | |
|---|---|---|
| $2,000,000,000 | $2,000,000,000 | $0 |
| $0 | $0 | $75,829,000 |
| $0 | $0 | $25,364,000 |
| $9,268,282 | $9,268,282 | $1,895,718 |
| $0 | $0 | $1,052,000 |
| $0 | $0 | $22,985,000 |
| $0 | $0 | $7,690,000 |
| $0 | $0 | $4,889,163 |
| $0 | $0 | $35,451,000 |
| $0 | $0 | $3,345,000 |
| $0 | $0 | $22,985,000 |
| $0 | $0 | $7,690,000 |
| $0 | $0 | $30,845,000 |
| $0 | $0 | $46,541,000 |
| $0 | $0 | $4,391,000 |
| $0 | $0 | $55,002,000 |
| $0 | $0 | $34,400,000 |
| $3,227 | $3,227 | $47,428,773 |
| $0 | $0 | $15,968,000 |
| $0 | $0 | $8,689,000 |
| $0 | $0 | $40,803,000 |
| $0 | $0 | $123,110,000 |
| $0 | $0 | $13,563,000 |
| $0 | $0 | $92,931,000 |
| $0 | $0 | $28,371,000 |
| $946,513 | $946,513 | $6,693,487 |
| $11,164,000 | $11,164,000 | $0 |
| $0 | $0 | $1,043,000 |
| $5,561,589 | $5,561,589 | $23,088,411 |
| $0 | $0 | $7,690,000 |
| $59,196 | $59,196 | $22,925,804 |
| $0 | $0 | $16,404,000 |
| $0 | $0 | $49,350,000 |
| $0 | $0 | $18,914,000 |
| $0 | $0 | $5,928,000 |
| $0 | $0 | $11,164,000 |
| $0 | $0 | $22,985,000 |
| $0 | $0 | $7,640,000 |
| $0 | $0 | $0 |
| $0 | $0 | $909,800 |
| $0 | $0 | $21,055,000 |
| $0 | $0 | $17,604,000 |
| $0 | $0 | $1,646,000 |
| $0 | $0 | $22,726,000 |
| $0 | $0 | $2,125,000 |
| $0 | $0 | $11,164,000 |

EPA_00071128

| |
|---|
| $0 |
| $75,829,000 |
| $25,364,000 |
| $1,895,718 |
| $1,052,000 |
| $22,985,000 |
| $7,690,000 |
| $4,889,163 |
| $35,451,000 |
| $3,345,000 |
| $22,985,000 |
| $7,690,000 |
| $30,845,000 |
| $46,541,000 |
| $4,391,000 |
| $55,002,000 |
| $34,400,000 |
| $47,428,773 |
| $15,968,000 |
| $8,689,000 |
| $40,803,000 |
| $123,110,000 |
| $13,563,000 |
| $92,931,000 |
| $28,371,000 |
| $6,693,487 |
| $0 |
| $1,043,000 |
| $23,088,411 |
| $7,690,000 |
| $22,925,804 |
| $16,404,000 |
| $49,350,000 |
| $18,914,000 |
| $5,928,000 |
| $11,164,000 |
| $22,985,000 |
| $7,640,000 |
| $0 |
| $909,800 |
| $21,055,000 |
| $17,604,000 |
| $1,646,000 |
| $22,726,000 |
| $2,125,000 |
| $11,164,000 |

EPA_00071129

| 4X | 50000324-0 | Open | 66.458 |
|----|------------|------|--------|
| 4L | 95345301-0 | Open | 66.468 |
| 4E | 96220925-0 | Open | 66.468 |
| 4E | 96234724-0 | Open | 66.468 |
| 4L | 96235524-0 | Open | 66.468 |
| 4D | 96272224-0 | Open | 66.468 |
| M | 96273924-0 | Open | 66.600 |
| 4C | 97T06001-0 | Open | 66.458 |
| 4X | 97T07301-0 | Open | 66.458 |
| M | 97T07825-0 | Open | 66.600 |
| M | 98T47825-0 | Open | 66.600 |
| M | 98T49725-0 | Open | 66.600 |
| 4E | 99115E24-0 | Open | 66.468 |
| 4L | 99115L23-0 | Open | 66.468 |
| 4D | 99115S24-0 | Open | 66.468 |
| 4E | 99121E24-0 | Open | 66.468 |
| 4D | 99121S24-0 | Open | 66.468 |
| 4E | 99126E24-0 | Open | 66.468 |
| 4L | 99126L24-0 | Open | 66.468 |
| 4D | 99126S24-0 | Open | 66.468 |
| 4C | 44000224-0 | Open | 66.458 |
| 4X | 44000323-0 | Open | 66.458 |
| 4D | 96884124-0 | Open | 66.468 |
| 4V | 00A01052-2 | Open | 66.802 |
| | | | |
| **Total** | | | |

Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Environmental Protection Consolidated Grants for the Insular Areas - Program Support
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Environmental Protection Consolidated Grants for the Insular Areas - Program Support
Environmental Protection Consolidated Grants for the Insular Areas - Program Support
Environmental Protection Consolidated Grants for the Insular Areas - Program Support
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Clean Water State Revolving Funds
Capitalization Grants for Drinking Water State Revolving Funds
Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements

EPA_00071131

| |
|---|
| DEPARTMENT OF ENVIRONMENTAL CONSERVATION VERMONT |
| PENNVEST |
| NYS DEPARTMENT OF HEALTH |
| Puerto Rico Department of Health |
| Puerto Rico Department of Health |
| Puerto Rico Department of Health |
| EXECUTIVE OFFICE OF THE GOVERNMENT OF THE VIRGIN ISLANDS |
| HAWAII DEPARTMENT OF HEALTH |
| HAWAII DEPARTMENT OF HEALTH |
| Guam Waterworks Authority |
| COMMONWEALTH UTILITIES CORP ATION |
| American Samoa Power Authority |
| ENVIRONMENTAL SERVICES, NEW HAMPSHIRE DEPARTMENT OF |
| ENVIRONMENTAL SERVICES, NEW HAMPSHIRE DEPARTMENT OF |
| ENVIRONMENTAL SERVICES, NEW HAMPSHIRE DEPARTMENT OF |
| DEPARTMENT OF ENVIRONMENTAL CONSERVATION VERMONT |
| DEPARTMENT OF ENVIRONMENTAL CONSERVATION VERMONT |
| Rhode Island Infrastructure Bank |
| Rhode Island Infrastructure Bank |
| Rhode Island Infrastructure Bank |
| Rhode Island Infrastructure Bank |
| Rhode Island Infrastructure Bank |
| North Dakota Department of Environmental Quality |
| Vermont D.E.C. |
| |

| | | | |
|---|---|---|---|
| State | NYZQQ61KSAN8 | VT | 9/30/2031 |
| State | JPQLE2X381X8 | PA | 9/30/2031 |
| State | F863WQVMZSK7 | NY | 9/30/2031 |
| State | NMLEHM4JTN15 | PR | 9/30/2031 |
| State | NMLEHM4JTN15 | PR | 9/30/2031 |
| State | NMLEHM4JTN15 | PR | 9/30/2031 |
| State | GZZCMHU5KJG5 | VI | 9/30/2031 |
| State | LFVFLBD6XZB5 | HI | 9/30/2031 |
| State | LFVFLBD6XZB5 | HI | 9/30/2031 |
| State | L63BLKYU5DL7 | GU | 9/30/2031 |
| State | GHRFE15TLXS3 | MP | 9/30/2031 |
| State | XKBFZJPMNLN5 | AS | 9/30/2031 |
| State | NG6PGJFQBML3 | NH | 9/30/2031 |
| State | NG6PGJFQBML3 | NH | 9/30/2031 |
| State | NG6PGJFQBML3 | NH | 9/30/2031 |
| State | NYZQQ61KSAN8 | VT | 9/30/2031 |
| State | NYZQQ61KSAN8 | VT | 9/30/2031 |
| State | CRCEB6TH9JM6 | RI | 9/30/2031 |
| State | CRCEB6TH9JM6 | RI | 9/30/2031 |
| State | CRCEB6TH9JM6 | RI | 9/30/2031 |
| State | CRCEB6TH9JM6 | RI | 10/1/2031 |
| State | CRCEB6TH9JM6 | RI | 10/1/2031 |
| State | ZP9KYB67ZB46 | ND | 12/31/2031 |
| State | NYZQQ61KSAN8 | VT | 9/30/2034 |

EPA_00071133

| |
|---|
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 9/30/2031 |
| 10/1/2031 |
| 10/1/2031 |
| 12/31/2031 |
| 9/30/2034 |
| |

This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) program

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fc

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fc

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fc

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fc

This agreement provides funding to the Puerto Rico Department of Health (PRDOH).  Section 1452 of the Safe Drinking W

This Consolidated Grant provides funding under Infrastructure Investment and Jobs Act (IIJA) Appropriation to support th

This agreement provides full federal funding in the amount of $17,613,000 for the recipient's Clean Water State Revolvin

The purpose of this agreement is for a capitalization grant which provides funds for the recipient&rsquo;s Clean Water Sta

This agreement includes Fiscal Year 2024 Bipartisan Infrastructure Law awards, which includes Drinking Water State Revc

This agreement includes Fiscal Year 2024 Bipartisan Infrastructure Law awards, which includes Drinking Water State Revc

This agreement includes Fiscal Year 2024 Bipartisan Infrastructure Law awards, which includes Drinking Water State Revc

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fc

This agreement provides funding to New Hampshire Department of Environmental Services. Safe Drinking Water Act (SD

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fc

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fc

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fc

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fc

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fc

This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for t

This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA).  The purpose of the project is fc

This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), fc

This agreement funds the Vermont Department of Environmental Conservation's program to conduct a remedial action a

| | |
|---|---|
| EPA R1 | Yes |
| EPA R3 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R2 | Yes |
| EPA R9 | Yes |
| EPA R9 | Yes |
| EPA R9 | Yes |
| EPA R9 | Yes |
| EPA R9 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R1 | Yes |
| EPA R8 | Yes |
| EPA R1 | Yes |
| | No |

| | | | |
|---|---|---|---|
| $1,043,000 | $1,043,000 | $1,043,000 | |
| $160,117,000 | $160,117,000 | $160,117,000 | |
| $35,899,000 | $35,899,000 | $35,899,000 | |
| $7,640,000 | $7,640,000 | $7,640,000 | |
| $28,650,000 | $28,650,000 | $28,650,000 | |
| $21,055,000 | $21,055,000 | $21,055,000 | |
| $51,168,000 | $51,168,000 | $51,168,000 | |
| $17,613,000 | $17,613,000 | $17,613,000 | |
| $1,647,000 | $1,647,000 | $1,647,000 | |
| $28,744,000 | $28,744,000 | $28,744,000 | |
| $35,768,913 | $35,768,913 | $35,768,913 | |
| $29,463,000 | $29,463,000 | $29,463,000 | |
| $7,690,000 | $7,690,000 | $7,690,000 | |
| $30,845,000 | $30,845,000 | $30,845,000 | |
| $22,985,000 | $22,985,000 | $22,985,000 | |
| $7,640,000 | $7,640,000 | $7,640,000 | |
| $22,985,000 | $22,985,000 | $22,985,000 | |
| $7,640,000 | $7,640,000 | $7,640,000 | |
| $28,650,000 | $28,650,000 | $28,650,000 | |
| $22,985,000 | $22,985,000 | $22,985,000 | |
| $15,270,000 | $15,270,000 | $15,270,000 | |
| $1,428,000 | $1,428,000 | $1,428,000 | |
| $22,985,000 | $22,985,000 | $22,985,000 | |
| $14,554,688 | $14,554,688 | $14,554,688 | |
| | | $0 | $1,000,000 |
| **$20,324,760,717** | **$20,324,757,244** | **$20,324,577,243** | **$0** |

| | |
|---|---|
| $273,978.87 | |
| 14,172.64 | $512,536.27 |
| 14,172.64 | |
| 14,172.64 | |
| 14,172.64 | |
| $120,528.71 | |
| $11,338.13 | |
| 50000 | |

| | | | |
|---|---|---|---|
| $0 | $0 | | $1,043,000 |
| $0 | $0 | | $160,117,000 |
| $0 | $0 | | $35,899,000 |
| $0 | $0 | | $7,640,000 |
| $0 | $0 | | $28,650,000 |
| $0 | $0 | | $21,055,000 |
| $0 | $0 | | $51,168,000 |
| $0 | $0 | | $17,613,000 |
| $0 | $0 | | $1,647,000 |
| $0 | $0 | | $28,744,000 |
| $0 | $0 | | $35,768,913 |
| $0 | $0 | | $29,463,000 |
| $0 | $0 | | $7,690,000 |
| $0 | $0 | | $30,845,000 |
| $0 | $0 | | $22,985,000 |
| $0 | $0 | | $7,640,000 |
| $0 | $0 | | $22,985,000 |
| $34,925 | $34,925 | | $7,605,075 |
| $19,484 | $19,484 | | $28,630,516 |
| $0 | $0 | | $22,985,000 |
| $0 | $0 | | $15,270,000 |
| $0 | $0 | | $1,428,000 |
| $750,917 | $750,917 | | $22,234,083 |
| $1,029,728 | $1,029,728 | | $13,524,960 |
| | $0 | $0 | |
| **$5,690,717,826** | **$5,690,702,367** | **$0** | **$14,634,039,429** |

2386990

| | | |
|---|---|---|
| $1,043,000 | | |
| $160,117,000 | | |
| $35,899,000 | | |
| $7,640,000 | | |
| $28,650,000 | | |
| $21,055,000 | | |
| $51,168,000 | suspend | |
| $17,613,000 | | |
| $1,647,000 | | |
| $28,744,000 | suspend | |
| $35,768,913 | suspend | |
| $29,463,000 | suspend | |
| $7,690,000 | | |
| $30,845,000 | | |
| $22,985,000 | | |
| $7,640,000 | | |
| $22,985,000 | | |
| $7,605,075 | | |
| $28,630,516 | | |
| $22,985,000 | | |
| $15,270,000 | | |
| $1,428,000 | | |
| $22,234,083 | | |
| $13,524,960 | | |
| $0 | $1,000,000 | |
| **$14,633,874,887** | **$0** | |

EPA_00071139