| Recipient Name | Recipient Address | Award Date |
|---|---|---|
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | 116 SUMMER LAKE DR, RIDGELAND, MS  39157-8630 | 1/16/25 |

EPA_00071909

| Mailing Date | Recipient Type | Record Type | Grants Specialist | Phone |
|---|---|---|---|---|
| 1/22/25 | Not for Profit | N - New Project | LARRY PRUDHOMME | 404-562-9356 |

EPA_00071910

| Project Cost | Funding Amount | Recipient Cor | FAIN AND MOD | Issuing Office |
|---|---|---|---|---|
| $19,889,515.00 | $19,889,515.00 | 03 | 03D33825-0 | USEPA EPA R4 |

## Statutory Authority Summary

Clean Air Act: Sec. 138

EPA_00071912

| Assistance Program | In Kind Amount |
|---|---|
| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |

EPA_00071913

| Project Period Cost | Project Period | Project Title |
|---|---|---|
| $19,889,515.00 | 3/1/25 - 2/29/28 | Environmental and Climate Justice Block Grant Program |

## Project Description

Description:

This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Mississippi. Specifically, the project will construct the first Resiliency Historically Underutilized Business (HUB) in Jackson, which will provide shelter, drinking water, electricity, and social support in times of system failure, while serving as an institution with everyday services for community events, services, and education. This project aims to serve as the lead example for a future network of resiliency hubs throughout Mississippi.

Activities:

The activities include but are not limited to the following: renovation and upgrades to 35,000 sq. feet of public space, equip emergency wing for overnight stay with equipment and supplies, install backup generator, provide self-help and wellness education, provide space for workforce readiness training, provide literacy and parental training, provide financial management and budget counseling; mortgage; non-delinquency post-purchase workshops for homeowners; pre-purchase counseling; distribute food through food pantry; plant trees and native species of shrubs and ground cover; install solar panels



| ARKANSAS DIVISION OF ENVIRONMENTAL QUALITY | 5301 NORTHSHORE DRIVE, NORTH LITTLE ROCK, AR 72118-5317 | 1/16/25 |

EPA_00071916

| 1/22/25 | State | | A - Augmentation: Increase | SALENA REYNOLDS | 214-665-7529 |

EPA_00071917

| | | | | |
|---|---|---|---|---|
| $123,775.00 | $18,187.00 | 02 | 02F73701-1 | USEPA EPA R6 |



CERCLA: Secs. 104(d)(1) & 104(c)(3)(C)

EPA_00071919



| 66.802 / Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements | $0.00 |

EPA_00071920

| | | |
|---|---|---|
| $387,320.00 | 9/4/24 - 6/30/29 | Arkansas Division of Environmental Quality State Fiscal Year 2025 Five-Year Review Cooperative Agreement |

and rain gardens, provide space to recycle battery and printer cartridges and install collection rain barrels and water wells.

Outcomes:
The anticipated deliverables include but are not limited to the following: renovation of resiliency HUB, trainings, outreach, workshops; a solar microgrid and battery system, electronic waste recycling, water well and rain barrel installations. The expected outcomes include increased building capacity for shelter, community resiliency, increased knowledge of health, wealth, literacy, parental care and workforce development for community members. The intended beneficiaries are disadvantaged communities in the area..

Subrecipient:
Activities will include co-designing the resiliency hub with the lead applicant and statutory partner; hosting emergency response, workforce development, climate risk, and other trainings at the hub; and executing emergency response activities.

Description:
This agreement funds the recipient's program to conduct 5 year remedial action at the specified hazardous waste sites in Arkansas, which are listed on the National Priorities List (NPL) of the National Oil and Hazardous Substances Contingency Plan.

Activities:
The activities to be performed include the following site-specific actions: evaluating the implementation, sustainment, and effectiveness of the remedy applied to each site.

Outcomes:
The anticipated deliverables include semi-annual progress reports, financial status reports and a detailed project schedule.
The expected outcomes include continued acceptable performance at National Priority List (NPL) sites in Arkansas.
The intended beneficiaries include residents of the state of Arkansas.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| ATLANTA, CITY OF | 55 Trinity Ave, Atlanta, GA 30303-3520 | 1/17/25 |

EPA_00071923

| 1/23/25 | Municipal | N - New Project | BRAYLA LAWSON | 404-562-9387 |
|---------|-----------|-----------------|---------------|--------------|

| | | | | |
|---|---|---|---|---|
| | $2,376,203.00 | 05 | 03D32225-0 | USEPA EPA R4 |

Clean Air Act: Sec. 132



| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |
| --- | --- |

EPA_00071927

| $3,761,616.00 | 1/1/25 - 12/31/26 | Clean Heavy-Duty Vehicles Program |
|---|---|---|

EPA_00071928

Description:
The agreement provides $2,376,203.00 in funding under the Inflation Reduction Act (IRA) to City of Atlanta to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The recipient will replace 7 eligible vehicles with comparable, eligible zero-emission vehicles under the Vocational Vehicles Sub-Program, resulting in cleaner air and improved health for the communities in Clayton and Fulton Counties.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.

Outcomes:
The anticipated deliverables are as follows: replacement of one Class 6 service truck with one EV Service Truck at Hartsfield-Jackson Airport and one DCFC port installed; replacement of one street sweeper and two Class 7 Trucks with three comparable ZE

EPA_00071929



EPA_00071930



EPA_00071931



EPA_00071932



EPA_00071933



EPA_00071934



EPA_00071935

electric vehicles, with three Level 3 DCFC ports across two City of Atlanta DWM water sites; replacement of two Class 6 Trucks and one Refuse Hauler with 3 comparable EV models and the installation of 3 DC fast L3 chargers to the City of Atlanta&rsquo;s Office of Fleet Services Headquarters (DPW OFS); training provided to fleet services staff; and community engagement activities to ensure meaningful participation with respect to the design, planning, and performance of the project. The expected outcomes are as follows: expansion of the ZE fleet at the busiest airport in the United States and the overall emission reductions and ambient air quality mitigation; showcasing City and Department of Watershed Management leadership to make a positive impact in water utility industry through ZE vehicles; showcasing leadership to make positive impact for City of Atlanta&rsquo;s Office of Fleet Services staff; building out electric vehicle fleet operations and maintenance strategies to align with the City of Atlanta Office of Fleet service&rsquo;s vision; development of the city's first cohort of fully certified electric vehicle technician specialists; and meaningful engagement with the community. The intended beneficiaries include residents of Fulton and Clayton counties.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00071936

| ayrw5535 - AUSTIN YOUTH RIVER WATCH | P.O. Box 40351, Austin, TX 78704 | 1/16/25 |
| --- | --- | --- |

EPA_00071937

| 1/22/25 | Not for Profit | N - New Project | LISA KAPSH | 214-665-7335 |

EPA_00071938

| | | | | |
|---|---|---|---|---|
| $100,000.00 | $100,000.00 | 35 | 02F77501-0 | USEPA EPA R6 |

National Environmental Educ. Act: Sec. 6

EPA_00071940

66.951 / Environmental Education Grants | $0.00

EPA_00071941

| | | |
|---|---|---|
| $133,334.00 | 2/1/25 - 1/31/26 | Austin Youth River Watch Environmental Education Programs |

Description:
This project provides funding to Austin Youth River Watch to implement its project, which will design, demonstrate, and disseminate environmental education practices, methods, and techniques, that will serve to increase environmental literacy and encourage behavior that will benefit the environment in Austin, Texas.  The grantee will do this by providing 90 high school students a semester-long afterschool program or a summer program in outdoor environmental education, conducting bi-monthly water quality testing at 20 sites with students, performing 10 environmental restoration project with community partner organizations, and conducting six educational field trips with students.

Activities:
This project will increase public awareness and knowledge about environmental issues in Austin, Texas and provide high school students the skills necessary to make informed decisions and to take responsible actions. Activities to be performed during this project period include: providing 90 high school students a semester-long afterschool program or a summer program in outdoor environmental education, conducting bi-monthly water quality testing at 20 sites with students, performing eight small-scale restoration projects and two larger-scale restoration projects with community partner

EPA_00071944

EPA_00071945

EPA_00071946

EPA_00071947

EPA_00071948

EPA_00071949

organizations, and conducting six educational field trips with students.

Outcomes:
It is anticipated that this project will result in the following deliverables: one semester-long afterschool outdoor education program, one summer outdoor education program, an afterschool program evaluation, water quality testing at 20 different sites 24 times, 100 trees planted, 500 native grass plugs planted, 1,000 lbs of trash removed, and 90 high school students provided educational activities. Expected outcomes of the project include: high school students more knowledgeable about local water quality and watershed health, improved Austin watershed health through creek clean up and tree planting, and more quality data of Texas Colorado River and its tributaries in Austin, Texas. The intended beneficiaries are high school students in Austin, Texas.

Subrecipient:
The subaward to Montopolis Youth Nature Club will support environmental education field trips and campus-based experiences for high school students at Title 1 schools, focusing on topics such as watershed health, water quality, and ecological systems. The subaward to Austin Independent School District will support environmental education field trips and campus-based experiences for high school students, focusing on topics such as watershed health, water quality, and ecological systems. The subaward to Del Valley Independent School District will provide supplies for hands-on learning activities for high school students, such as soil analysis and dissections. The subaward to Urban Roots will support a youth program to teach young people about sustainable agriculture through hands-on farming activities. The recipient for the fifth subaward has not been determined. The subaward will support the outcomes of the project, and may include activities such as native tree planting or providing outdoor education activities.

| BerwickTown - TOWN OF BERWICK | 11 SULLIVAN ST, BERWICK, ME  03901-2927 | 1/16/25 |
| --- | --- | --- |

EPA_00071951

| 1/22/25 | Municipal | N - New Project | JULIE ROSS | 617-918-1317 |
|---------|-----------|-----------------|------------|--------------|

| | | | | |
|---|---|---|---|---|
| $2,800,000.00 | $2,800,000.00 | 01 | 00A01577-0 | USEPA EPA R1 |



2024 Consolidated Appropriations Act (PL118-42)

| 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|

| $4,000,000.00 | 1/6/25 - 1/1/27 | Water Treatment Facility Upgrade |
|---|---|---|

**Description:**

This agreement provides funding to the Town of Berwick, Maine to implement its project to upgrade water treatment facility. The drinking water treatment process will be improved to remove Manganese and Total Organic Carbon and to improve the management of treatment process residuals as directed in the 2024 Consolidated Appropriations Act.

**Activities:**

The activities to be performed include the execution and implementation of Drinking water infrastructure construction at the Town of Berwick Drinking Water Treatment facility. Workplan activities consist of several Drinking water treatment plant improvements:
1. Replacement of aging raw water and finished water pumps
2. Replacement of aging blowers required for the treatment process
3. Addition of a third blower for equipment redundancy.
4. Chemical feed system upgrades
5. Process control and electrical upgrades
6. Upgrade of control system and SCADA system
7. Upgrade of electrical service and motor control center for additional powered equipment loads.

**Outcomes:**

The anticipated deliverables include improved drinking water treatment and improved residual management at the drinking water treatment facility.
The expected outcomes include installed SCADA system, installation of new pumps and blowers, improved electrical service and process controls.
Beneficiaries of this project include the residents of the Town of Berwick, Maine.

**Subrecipient:**

No subawards are included in this assistance agreement.

| BIRMINGHAM BOARD OF EDUCATION | 6434 1st Avenue, North<br>Birmingham, AL  35212-1541 | 1/16/25 |
| --- | --- | --- |

EPA_00071958

| 1/22/25 | Independent School District | N - New Project | ANNIE ASHMEADE | 404-562-9146 |
|---------|------------------------------|-----------------|-----------------|--------------|

| | | | | |
|---|---|---|---|---|
| $5,600,000.00 | $5,600,000.00 | 07 | 03D31825-0 | USEPA EPA R4 |

EPA_00071960

Clean Air Act: Sec. 132

EPA_00071961

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00071962

| | | |
|---|---|---|
| $8,543,440.00 | 1/1/25 - 4/30/27 | Clean Heavy-Duty Vehicles Program |

EPA_00071963

Description:
This action approves an award in the amount of $5,600,000 to support Birmingham City Schools to replace in use, non-zero emission heavy duty vehicles with new zero emission vehicles to reduce air pollution and greenhouse gas emissions. The recipient will replace 20 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Jefferson County, Alabama.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles: purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.

Outcomes:
The anticipated deliverables include replacement of 20 diesel buses with 20 Class 7, Type C all electric school buses and installation of 20 DC fast chargers. Training will be provided to drivers, mechanics, and first responders about how to safely operate the electric school buses. A community event will be hosted to focus on the arrival of the new electric school buses.
The expected outcomes include reductions in greenhouse gas emissions, increased health benefits from the improved air quality, increased understanding by the internal workforce and external stakeholders, and increased awareness of sustainable transportation and community acceptance through community engagement events and activities. The intended beneficiaries include Birmingham City Schools (grantee) and the disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

| boeotco0192 - BOARD OF EDUCATION OF THE CITY O | 801 N 11TH ST, SAINT LOUIS, MO  63101-1015 | 1/17/25 |
|---|---|---|

EPA_00071965

| 1/23/25 | Independent School District | N - New Project | LATOYA SAPPINGTON | 913-551-7771 |
|---------|------------------------------|-----------------|--------------------|--------------|

EPA_00071966

| | $10,128,735.00 | 01 | 96720401-0 | USEPA EPA R7 |
|---|---|---|---|---|

EPA_00071967

Clean Air Act: Sec. 132



EPA_00071968

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00071969

| | | |
|---|---|---|
| $13,854,793.00 | 1/15/25 - 7/15/27 | Converting to Zero-Emission Buses to Improve Air Quality in the SLPS community |

EPA_00071970

Description:
The agreement provides funding under the Inflation Reduction Act (IRA) to the Saint Louis Public Schools (SLPS) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 07. The recipient will replace 30 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in the city of Saint Louis.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles; and engaging with community members both within and outside of the school district to increase awareness and understanding of the environmental and economic effectiveness of the implemented technology.

Outcomes:





EPA_00071973



EPA_00071974



EPA_00071975



EPA_00071976



EPA_00071977

The anticipated deliverables include 30 zero-emission busses (ZEBs), 30 DC Fast charger ports, 32 hours of training for staff, drivers, mechanics, and public safety officials, and at least two community forums to engage with and educate the community on ZEBs.

The expected outcomes include reduced emissions of nitrogen oxides (NOx), particulate matter (PM), and greenhouse gases (GHGs); improved air quality in the local area resulting in fewer respiratory illnesses that can cause child ER visits and school absenteeism reduced student absenteeism; school district savings resulting from reduced fuel and maintenance costs; and increased public awareness and support for ZEBs in the community.

The intended beneficiaries include SLPS students, residents of local communities within the city of Saint Louis, and the Saint Louis Public School District.

Subrecipient:
The subaward recipient will conduct a range of activities to support SLPS in accomplishing project goals including vehicle and infrastructure procurement, installation, maintenance, training, and operation. All equipment, including busses and chargers, will be owned by the subaward recipient and

EPA_00071978



EPA_00071979



EPA_00071980



EPA_00071981



EPA_00071982



EPA_00071983



EPA_00071984

operated in partnership with SLPS. Activities will include:

Consulting Services: Planning for future fleet electrification, including identifying and processing incentives.

Installation Services: Design, permit, install, interconnect chargers and Infrastructure, and commission such equipment together with the Vehicles (includes identifying and retaining qualified local subcontractors); EVSE installation (trenching, re-paving, conduit, etc., engineering review and drawings, permitting). Electrical service equipment upgrades (distribution lines, transformers, etc.).

System Procurement Services: Procure equipment including vehicles (if applicable), chargers, and infrastructure.

Training Service: Provide workforce development program training for drivers and mechanics in vehicle and charger operations and related maintenance. Provide emergency responder training. Educate teachers and students about electric school buses and benefits.

Charge Management Services: EVSE fleet management software subscription inclusive of telematics, charge
management, and asset management (5 yr subscription/bus). Remotely charge vehicles through the
Platform and pay for charging energy, and license platform to customer.

Operations Services: Provide access to, operate, maintain chargers and Infrastructure; support maintenance, including warranty claims, and reimburse customer for Vehicle maintenance and repairs performed by customer or its dealer. Fleet operations and ongoing fleet maintenance and inspections. Provide access to, operate, maintain chargers and Infrastructure; support maintenance, including warranty claims, and reimburse customer for

EPA_00071985

| CENTER FOR WATERSHED PROTECTION, INC. | 11711 E MARKET PL, FULTON, MD  20759-2595 | 1/16/25 |
|---|---|---|

EPA_00071986

| 1/22/25 | Not for Profit | A - Augmentation: Increase | BRANDON EPIERCE | 202-564-2972 |
|---------|----------------|----------------------------|-----------------|--------------|

EPA_00071987

| $210,000.00 | $65,000.00 | 03 | 84039301-5 | USEPA EPA HQ |
|---|---|---|---|---|

EPA_00071988

Clean Water Act: Sec. 104(b)(3)

EPA_00071989

| | |
|---|---|
| 66.436 / Surveys, Studies, Investigations, Demonstrations, and Training Grants and Cooperative Agreements - Section 104(b)(3) of the Clean Water Act | $0.00 |

| $250,000.00 | 5/1/22 - 4/30/26 | Advancing the State of Watershed Planning Through Improved Training and Tools: |

EPA_00071991

Description:
The purpose of this agreement is to providing funding to the Center for Watershed Protection, Inc to support the advancement of state watershed planning through improved trainings and tools. CWP will be evaluating the needs of watershed professionals and the gaps in existing watershed planning trainings; convening a workgroup of experts to define and help develop the foundational elements of a national curricula; and disseminating the results nationally.

Activities:
The major activities to be performed, anticipated deliverables, and expected outcomes are: 1) Compile and summarize the current state of watershed training curricula in the U.S.2) Convene a workgroup of experts to evaluate the existing curricula and technical resources, as well as identify information gaps and areas of improvement. 3) Develop a nationally consistent set of tools, information, and training curricula for watershed practitioners.4) A summary report stating findings, recommendations, and training materials for implementation.

Outcomes:
The objective of this project is to advance the state of professional training for watershed planners and coordinators. The training and tools resulting from this work will lead to an improved understanding of watershed

EPA_00071995

EPA_00071996

EPA_00071997

EPA_00071998

planning by these watershed professionals and ultimately lead to more effective watershed plan implementation at the local level. Watershed plans outline a set of strategies for reducing pollution so that waterways can support fishing, swimming, drinking and other uses, protect human health, and meet other
community goals such as economic development and equity. Therefore, the implementation of effective watershed plans directly addresses Goal 1 in EPA&rsquo;s FY 2018-2022 Strategic Plan. Specifically, Objective 1.2 - Provide for Clean and Safe Water is addressed by helping to &ldquo;ensure waters are clean&rdquo; and because watershed planning includes efforts to &ldquo;sustainably manage programs to support drinking water, aquatic ecosystems, and recreational, economic, and subsistence activities.&rdquo;

Results of Activities
The anticipated products/results of this project are listed below. Progress towards producing these deliverables will be tracked by the CWP Project Manager based on percent completion and reported on to EPA in the progress reports for the assistance agreement. Outputs will be considered successfully completed with final acceptance by EPA within the agreed-upon timeline.
&bull; A comparative matrix of existing watershed planning trainings &bull; A summary report that describes the training

EPA_00072002

EPA_00072003

EPA_00072004

EPA_00072005

needs of watershed planners in the U.S., the
state of existing training and tools, lessons
learned, and any gaps that should be filled to
better meet these training needs
&bull; A list of confirmed watershed planning
workgroup members and their affiliations
&bull; Delivery of a one-day forum on
watershed planning training and tools
&bull; A summary report synthesizing input
from the forum, along with the forum agenda,
attendee list and detailed notes
&bull; Five virtual meetings of the watershed
planning workgroup
&bull; A final report with core watershed
planning training materials and
recommendations on their implementation

Outcomes include
&bull; Increased understanding of
strengths/weaknesses of existing watershed
planning trainings
&bull; Increased understanding of geographic
coverage and utility of national watershed
approach training in meeting stated needs
&bull; Increased availability of training
materials for new watershed planners
&bull; Increased effectiveness of training
programs offered

Beneficiaries include watershed
planners/coordinators and the public..

Subrecipient:
No subawards are included in this assistance
agreement.

| | | |
|---|---|---|
| Center For Workforce Inclusion, Inc. | 8403 Colesville Road, Suite 200, Silver Spring, MD   20910-6391 | 1/17/25 |

EPA_00072007

| 1/23/25 | Not for Profit | A - Augmentation: Increase | KAMYAR KOMEILI BIRJANDEE | 202-564-4213 |
|---------|----------------|----------------------------|--------------------------|--------------|

EPA_00072008

| | | | | |
|---|---|---|---|---|
| $877,270.00 | $107,823.00 | 08 | 84076401-3 | USEPA EPA HQ |

Environmental Programs Assistance Act of 1984 (PL 98-313)

EPA_00072010

66.508 / Senior Environmental Employment Program                    $0.00

| | | |
|---|---|---|
| $5,345,535.00 | 5/1/24 - 4/30/27 | SEE Program Support for the Office of Mission Support |

EPA_00072012

Description:
The Senior Environmental Employment
(SEE) Program provides an opportunity for
retired and unemployed older Americans
aged 55 and over to share their expertise with
the Environmental Protection Agency
(EPA).

Activities:
The purpose of this cooperative agreement is
to provide administrative, technical, and
professional support through Senior
Environmental Employment Program
enrollees to work with the Office of Mission
Support Washington, D.C..

Outcomes:
The anticipated deliverable and expected
outcomes for the grantee organization is to
provide SEE Enrollees to assistance the EPA
in meeting its mission. Direct beneficiaries of
this program include the public and the
grantee organization, The Center for
Workforce Inclusion, Inc.

Subrecipient:
No subawards are included in this assistance
agreement.

EPA_00072013

| CHEROKEE NATION | 17675 South Muskogee Ave, Tahlequah, OK  74465-5492 | 1/17/25 |

EPA_00072014

| 1/23/25 | Indian Tribe | A - Augmentation: Increase | KENNETH MCINTOSH | 214-665-7277 |

EPA_00072015

| $138,378.00 | $11,622.00 | 02 | 02F53501-1 | USEPA EPA R6 |
|---|---|---|---|---|

2020 Further Consolidated Appropriations Act (PL 116-94)

EPA_00072017

| | |
|---|---|
| 66.473 / Direct Implementation Tribal Cooperative Agreements | $0.00 |

EPA_00072018

| $150,000.00 | 1/1/24 - 9/30/25 | Cherokee P2 DITCA |
| --- | --- | --- |

EPA_00072019

Description:
This project will provide technical assistance
(e.g., information, training, tools) to tribal
facilities to help them develop and adopt
source reduction practices (also known as
pollution prevention (P2)). P2 means
reducing or eliminating pollutants from
entering any waste stream or otherwise being
released into the environment prior to
recycling, treatment, or disposal. P2
practices can help businesses save money
by reducing their resource use, expenditures,
waste and liability costs, while at the same
time reducing their environmental footprint
and helping to protect human health and the
environment. Specifically, the project work
will expand R6 tribal program to include an
equity assessment by partnering with major
universities and local partners to support
direct technical assistance. Direct technical
assistance will be provided on-site targeting
industry within communities impacted by
legacy pollution issues, through workshop
training, follow-up and coordinating calls, and
video guides and marketing material.

Activities:
The priorities for P2 technical assistance
(information, training, and tools) align with
one or more of the program&rsquo;s national
emphasis areas (NEAs). Specifically, the
project(s) will address the following: NEA #6:
Supporting Pollution Prevention in Indian
Country and for Alaska Native Villages.
Reduce the amount of wasted energy from

EPA_00072020

EPA_00072021

EPA_00072022

EPA_00072023

EPA_00072024

EPA_00072025

EPA_00072026

tribal facilities by performing energy audits to not only save energy but also reduce costs. This goal will be achieved through the offering of
classes by trained staff of how to perform energy audits of buildings. This knowledge will be transferred to the students to perform the audits in-house on their own and to teach new and incoming staff.

Outcomes:
The technical assistance conducted by the grantee will benefit facilities and  address tribal communities. The grantee is expected to report on P2 performance measures (outputs and outcomes) and note who will benefit from the technical assistance as well as commit to following-up with facilities to find out whether the technical assistance was adopted and implemented. Specifically, the grantee anticipates providing: Direct technical assistance will be provided on-site targeting industry within communities impacted by legacy pollution issues, through workshop training, follow-up and coordinating calls, and video guides and marketing material.
Deliverables &ndash;
Implement proven outreach efforts for tribes that can be duplicated in other Regions. Develop success stories and case studies that can be shared with other tribes both Regionally and nationally.
Environmental Outcome &ndash;
Increase knowledge of tribal citizens of the impacts of pollution prevention and potential solutions. Reduce greenhouse gas emissions and encourage pollution
prevention. Conserve energy and other natural resources.

Subrecipient:
No subawards are included in this assistance agreement.

| CHOCTAW NATION OF OKLAHOMA | P. O. BOX 1210, DURANT, OK 74702-1210 | 1/17/25 |
| --- | --- | --- |

| 1/23/25 | Indian Tribe | N - New Project | LATRINA JENKINS | 214-665-6505 |
|---------|--------------|-----------------|-----------------|--------------|
|         |              |                 |                 |              |

EPA_00072029

| | $100,000.00 | 02 | 02F79201-0 | USEPA EPA R6 |
|---|---|---|---|---|

2024 Consolidated Appropriations Act (PL118-42)

EPA_00072031

| | |
|---|---|
| 66.473 / Direct Implementation Tribal Cooperative Agreements | $0.00 |

EPA_00072032

| $100,000.00 | 1/1/25 - 12/31/27 | Choctaw Nation of Oklahoma Underground Storage Tank Inspection Credentialing |

Description:
This agreement provides support to the
Choctaw Nation of Oklahoma (Choctaw
Nation) to implement a program that
manages underground storage tanks (USTs)
on Tribal lands to promote UST facility
compliance and prevent releases to the
environment. The main objectives include
ensuring Subtitle I of the Resource
Conservation and Recover Act (RCRA) is
implemented and to provide compliance
assistance to regulated facilities within the
boundaries of the Choctaw Nation.

Activities:
This agreement provides support to the
Choctaw Nation to promote compliance
assistance through the following activities:
verify federally regulated UST facility
information; review of previous inspections;
review of the current compliance with the
federal UST regulations by conducting
walkthrough inspections; discuss any issues
or concerns that were identified during
compliance walkthroughs with the
owner/operator; provide guidance on how to
correct any issues that were identified during
the walkthrough.

Outcomes:
The Choctaw Nation will complete
walkthrough inspections as directed by the
U.S. Environmental Protection Agency (EPA)
Region 6 UST Section. Federally
credentialled Choctaw Nation inspectors will
increase community wide knowledge of the
federal UST regulations, strive to improve the
technical compliance rates at UST facilities
where noncompliance is identified, and
conduct routine UST facility inspections as
requested by EPA Region 6. Beneficiaries
include the community of the Choctaw Nation
of Oklahoma.

Subrecipient:
No subawards are included in this assistance
agreement.

EPA_00072034

| CITRUS HEIGHTS WATER DISTRICT | P.O. BOX 286, CITRUS HEIGHTS, CA 95611-0286 | 1/17/25 |
|---|---|---|

| 1/23/25 | Special District | N - New Project | NORMA DOUGLASS | 415-947-4136 |
|---------|------------------|-----------------|----------------|--------------|

| | $1,500,000.00 | 06 | 98T79901-0 | USEPA EPA R9 |
|---|---|---|---|---|

EPA_00072037

**2023 Consolidated Appropriations Act (PL 117-328)**



| 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|

EPA_00072039

| | | |
|---|---|---|
| $1,875,000.00 | 1/30/25 - 12/30/26 | **Community Grants Program - Highland Ave Well Project** |

**Description:**
This agreement provides funding to Citrus Heights Water District to implement its project to build a new ASR (Aquifer Storage and Recovery) well along Highland Avenue in Citrus Heights, CA as directed in the 2023 Consolidated Appropriations Act. The well will directly provide water to the water district and indirectly to the entire region for typical municipal and industrial uses. The well will enhance system redundancy and reduce strain on local water resources (may forego up to 1000 AFY of surface water supplies).

This assistance agreement provides full federal funding in the amount of $1,500,000.00.

**Activities:**
The activities to be performed are focused on the construction of a new well pump station, the perimeter fencing and the new access drive/gate. The area will need to be cleared and graded, but existing trees adjacent to the property will be retained. The activities will specifically include: construction of foundations, slabs and structures for the pump pedestal, motor control center and electric utility pad; installation of underground primary and secondary electrical conduits and conductors from the transformer pad to the motor control center; installation of perimeter and interior fencing.

**Outcomes:**
The anticipated deliverables are a new ASR well (Aquifer Storage and Recovery) on Highland Avenue which will allow surface water to get pumped into groundwater supplies for storage. The well will provide an additional, reliable water supply source to enhance redundancy at the local level and help preserve water resources for greater region. Project will directly benefit the Citrus Heights Water District and allow them to forgo up to 1000 AFY of surface water supplies. This will indirectly supply water and benefit the larger region and community for municipal and industrial water users.

**Subrecipient:**
No subawards are included in this assistance agreement.

| City of New Haven | 200 Orange Street Room 404, New Haven, CT   06510-2080 | 1/17/25 |
|---|---|---|

EPA_00072042

| 1/23/25 | Municipal | N - New Project | ROBERT SMITH | 617-918-1960 |
|---------|-----------|-----------------|--------------|--------------|
|         |           |                 |              |              |

EPA_00072043

| | $20,000,000.00 | 03 | 00A01479-0 | USEPA EPA R1 |
|---|---|---|---|---|

EPA_00072044

Clean Air Act: Sec. 138



EPA_00072045

| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |

EPA_00072046

| $20,000,000.00 | 4/1/25 - 3/31/28 | Elm City Climate Collaborative |
| --- | --- | --- |

EPA_00072047

Description:

This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dwight Development Corporation (GDDC) the &ldquo;project team.&rdquo; Together, the project team will implement their project, the Elm City Collaborative (EC3), to support 14 neighborhoods in New Haven, defined as disadvantaged communities by the EPA IRA Disadvantaged Communities Map, the &ldquo;project area&rdquo; (West River, Dwight, Edgewood, Beaver Hills, the Hill, Amity, West Rock, Newhallville, Dixwell, Long Wharf, Fair Haven, Quinnipiac Meadows, Fair Haven Heights, and the Annex). Specifically, EC3 will deploy 4 connected strategies encompassing 12 projects that address 9 EPA climate and pollution reduction strategies. EC3&rsquo;s 4 strategies will address: 1) Community Infrastructure and Land Use, 2) Housing, 3) Materials Management, and 4) Transportation. These strategies will support community action across the project area by managing stormwater and mitigating urban heat, expanding access to zero-emission transportation, significantly reducing greenhouse gas emissions, and reducing local food waste. EC3&rsquo;s outputs will stimulate the local economy by training a green workforce and creating green jobs; provide funding for ongoing environmental

EPA_00072048



EPA_00072049



EPA_00072050



EPA_00072051



EPA_00072052



EPA_00072053



EPA_00072054

initiatives facilitated by local businesses; reduce financial, public, and environmental impacts in communities; and reduce utility rates for energy burdened households.

Activities:
The activities include: 4 strategies to address environmental and climate justice in the 14 neighborhoods through integrated outreach with community-based organizations (CBOs) and resident engagement in the project area. The project team will promote improved community infrastructure and land use by establishing climate resilience corridors, creating over 5,000 feet of new greenway, and enhance soil and grow vegetation in over 90 community gardens and green spaces. The project team will revise current site requirements in the City&rsquo;s Zoning Ordinance related to heat generation to better address heat islands. The project team will address housing and energy efficiency by enrolling residents in the project area who live in 1&ndash;4-unit buildings in energy efficiency counseling programs and facilitating energy upgrades for affordable housing projects through small grants. The project team will promote materials management by enhancing access to healthy food and addressing food insecurity through increased food recovery efforts, increasing community-based composting capacity by enhancing facilities, and supporting 20 schools and a network of CBOs to implement food recovery, composting, anti-litter,

EPA_00072055



EPA_00072056



EPA_00072057



EPA_00072058



EPA_00072059



EPA_00072060



EPA_00072061

recycling, and local produce programs. Finally, to address transportation, the project team will conduct repair clinics and workshops to help residents maintain household appliances and consumer goods. In addition, they will increase bike infrastructure, access, and safety education. EC3 will also connect residents to green job opportunities through construction and student internships, including mini grants to stimulate grassroots community action on climate and pollution reduction actions, creating full-time green jobs, and monitoring local air quality.

Outcomes:
The anticipated deliverables include: 400 trees planted; installation of 100 stormwater diversion structures; 10,545 acres of community gardens reinvigorated and revitalized greenspaces 120 cubic yards of compost distributed; passing of a heat related zoning ordinance amendment;  energy upgrades for up to 53 buildings; 1,260 affordable housing projects supported with energy upgrades; 20 schools engaged on food recovery education; 6.4 million pounds and 5.4 million pounds of edible food recovered and distributed; 300 residents reached by home device repair workshops; creation of 2,000 feet of new bike lanes; creation of 2.6 miles of bike lane

EPA_00072062

| CITY OF THOMASVILLE | P.O. BOX 1540, THOMASVILLE, GA  31799-1540 | 1/17/25 |
|---|---|---|

EPA_00072063

| 1/23/25 | Township | N - New Project | TIMOTHY PRIMUS | 404-562-8886 |

EPA_00072064

| | $19,805,900.00 | 02 | 03D33925-0 | USEPA EPA R4 |
| --- | --- | --- | --- | --- |

Clean Air Act: Sec. 138

EPA_00072066

| | |
|---|---|
| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |

EPA_00072067

| $19,805,900.00 | 1/1/25 - 12/31/27 | Environmental and Climate Justice Block Grant Program |

EPA_00072068

Description:
This action approves an award in the amount of $19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income historic neighborhoods through three community driven projects. A community resilience hub, the repair of critical water infrastructure causing sewage backups into the neighborhoods, and home improvement grants focused on improving energy efficiency and indoor air quality. These projects will focus on improving health outcomes, specifically asthma and upper respiratory diseases, for priority populations with multiple vulnerabilities to climate change.

Activities:
The activities include developing a community resiliency hub, conversion of gas-powered lawn care equipment, rebuilding sewer outfall lines, completing housing energy audits, retrofits and installing community solar, community health center, green infrastructure and green energy certification, workforce development training, air quality monitoring and home Improvement grant program, plus climate action and resilience plan.

Outcomes:
The anticipated deliverables include up to 45 home improvement grants for vulnerable

EPA_00072070

EPA_00072072

EPA_00072073

EPA_00072074

populations which include up to 60 home energy audits and resident trainings, over 6 energy audits and green infrastructure certification, training sessions for contractors, renovation of 12,000 square feet of indoor community resiliency hub space and 5,000 sf of shaded indoor outdoor space, completion of 1682 square feet for Federally Qualified Health Center, 450+ killer watts of Total Solar Power installed, 613217 kWh of clean energy generated, replacement of 30 gas-powered lawn mowers blowers with electric equivalents, and 26,312 feet of rehabilitated sewer truck and outfall lines. 88 manholes repaired or replaced. The expected outcomes include reported decrease in incidents of asthma and other respiratory illnesses, energy cost reduction, reduction in energy costs, green building audits, renovations, enhanced physical safety during natural disasters, annual greenhouse gas emissions reduction and household cost reduction, and reduction in PM 2.5 emitted by lawn care equipment. The intended beneficiaries are disadvantaged communities, including Inflation Reduction Act (&ldquo;IRA&rdquo;)-designated and &ldquo;Justice40&rdquo; disadvantaged block groups.


Subrecipient:
Activities to be implemented through subawards include repair and enhancement of sewer infrastructure; development of community resiliency hub and community health center; implementation of the Home Improvement Grants Program; implementation and facilitation of workforce development training program; conduct home energy audits and repairs; conversion of gas-powered lawn care equipment; and conduct meaningful engagement.

com4630 - CITY OF MIRAMAR            2300 CIVIC CENTER PLACE,    1/17/25
                                     MIRAMAR, FL  33025-6577

| 1/23/25 | Township | N - New Project | LEAH VASSER | 404-562-9742 |
|---------|----------|-----------------|-------------|--------------|

EPA_00072078

| | | | | |
|---|---|---|---|---|
| $853,000.00 | 25 | 03D31925-0 | USEPA EPA R4 |

Clean Air Act: Sec. 132

EPA_00072080

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |
| --- | --- |

EPA_00072081

| $2,458,000.00 | 10/1/24 - 9/30/26 | Clean Heavy-Duty Vehicles Program |
| --- | --- | --- |

Description:
This action approves an award in the amount of $853,000 to the City of Miramar. This agreement provides funding under the Inflation Reduction Act (IRA) to replace in use, non-zero emission heavy duty vehicles with new zero emission vehicles to reduce air pollution and greenhouse gas emissions.

Activities:
The activities to be performed, include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles, purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.

Outcomes:
The anticipated deliverables include the replacement of 3 vehicles (2 shuttle buses and 1 streetsweeper) and the installation of 3 DC fast chargers. Staff and vendor training on electric vehicles and infrastructure will also be conducted, in addition to public outreach activities. The expected outcomes include reduction in greenhouse gas emissions and improved ambient air quality in the communities in which the buses operate; improvements to human health and the environment, social conditions, and welfare of community residents; improved workforce training programs related to electric vehicles and charging infrastructure; and increased awareness of the clean heavy duty vehicle project and results. The intended beneficiaries are community residents who will benefit from improved ambient air quality in communities in which these vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00072083

| cor8740 - CITY OF REPUBLIC | PO BOX 331, REPUBLIC, WA 99166-5015 | 1/16/25 |
|---|---|---|

EPA_00072084

| 1/22/25 | Township | N - New Project | LACEY DAVIDSON | 206-553-0758 |
|---------|----------|-----------------|----------------|--------------|

EPA_00072085

| $1,096,835.00 | $1,096,835.00 | 05 | 02J83601-0 | USEPA EPA R10 |
| --- | --- | --- | --- | --- |

**2024 Consolidated Appropriations Act (PL118-42)**





| 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|

EPA_00072088

| $1,096,835.00 | 9/1/24 - 12/31/26 | City of Republic for Water Tank Replacement Project |
|---|---|---|

EPA_00072089

**Description:**
This agreement provides funding to the City of Republic, Washington to implement its project of replacement of the existing damaged 370,000-gallon welded steel reservoir serving the main water distribution zone as directed in the 2024 Consolidated Appropriations Act.

**Activities:**
The activities to be performed include the execution and implementation of a replacement water reservoir. Workplan activities consist of demo and removal of existing reservoir, site preparation, construction of new reservoir, connection and integration and site restoration.

**Outcomes:**
The anticipated deliverables include the replacement of the existing 370,000-gallon welded steel reservoir serving the main water distribution zone. The expected outcomes include safe, reliable drinking water for all Republic water system customers. The intended beneficiaries include the residents of City of Republic, human health, and the environment.

**Subrecipient:**
No subawards are included in this assistance agreement.

| cpuc0187 - California Public Utilities Commission | 505 Van Ness Avenue, San Francisco, CA  94102-3298 | 1/16/25 |
| --- | --- | --- |

EPA_00072091

| 1/22/25 | State | O - Novation | JENNIFER BROOKS | 202-564-6374 |
| --- | --- | --- | --- | --- |

EPA_00072092

| | $249,400,000.00 | 11 | 84092302-0 | USEPA EPA HQ |
| --- | --- | --- | --- | --- |

EPA_00072093

2023 Consolidated Appropriations Act (PL 117-328),Clean Air Act: Sec. 134(a)(1),National Environmental Policy Act: Sec. 102(2)(I)

EPA_00072094

| 66.959 / Zero-Emissions Technology Grant Program | $400,000.00 |

EPA_00072095

| $249,800,000.00 | 9/6/24 - 4/30/29 | California Solar for All Program - The award removes the 2% funding restriction from the Solar for All award and incorporates the necessary budget and workplan documentation. |
| --- | --- | --- |

Description:
The award removes the 2% funding restriction from the Solar for All award and incorporates the necessary budget and workplan documentation.

This agreement provides funding under the Inflation Reduction Act. The recipient will provide financial and technical assistance to low-income and disadvantaged communities to deploy and benefit from residential-serving distributed solar energy and storage projects. These programs will ensure low-income households receive residential distributed solar by providing program beneficiaries household savings, community ownership, energy resilience, and other meaningful benefits.

Activities:
Solar projects receiving financial assistance from the recipient may receive assistance for associated energy storage and upgrades that either enable project deployment or maximize the benefits of the project for low-income and disadvantaged communities. The recipient will also provide project-deployment services to enable low-income and disadvantaged communities to deploy and benefit from residential solar.

Outcomes:
The anticipated deliverables will include steps and milestones to implement the strategies and plans for the Solar for All Program, a distribute solar market strategy, the financial assistance strategy, the project-deployment technical assistance strategy, and an equitable access and meaningful involvement plan.

The expected outcomes include climate and air pollution benefits, equity and community benefits, and market transformation benefits. The intended beneficiaries include households in low-income and disadvantaged communities.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| **CtyM - CITY OF MAYWOOD** | **4319 E. SLAUSON AVENUE, MAYWOOD, CA  90270-2837** | **1/17/25** |

EPA_00072098

| 1/23/25 | Municipal | N - New Project | DANIELLE TUCKER | 415-972-3871 |
|---|---|---|---|---|

EPA_00072099

| | $1,000,000.00 | 42 | 98T81001-0 | USEPA EPA R9 |
|---|---|---|---|---|

EPA_00072100



2022 Consolidated Appropriations Act (PL 117-103)

| 66.202 / Congressionally Mandated Projects | $0.00 |

EPA_00072102

| $1,000,000.00 | 12/20/24 - 4/17/26 | Community Grants Program - Maywood Sewer System Repair Project |
|---|---|---|

**Description:**
This agreement provides funding to the City of Maywood to implement its project to repair an existing sewer pipe as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

This assistance agreement provides full federal funding in the amount of $1,000,000. Pre-award costs have been approved back to December 20, 2024.

**Activities:**
The activities to be performed include planning and design, construction including trenching, sewer pipe repair and upgrades, and reconstruction of street surface.

**Outcomes:**
The anticipated deliverables include reducing the possibility of a sewer leakage, thereby averting a potential public health hazard occurring in a highly dense community which are expected to lead to better public health outcomes for residents and business owners in Maywood.

**Subrecipient:**
No subawards are included in this assistance agreement.

| DEPARTMENT OF ENVIRONMENTAL CONSERVATION NEW YORK | 625 BROADWAY, 10TH FL, ALBANY, NY   12233-4900 | 1/16/25 |
|---|---|---|

EPA_00072105

| 1/22/25 | State | N - New Project | JADA SOLOMON | 212-637-3432 |
| --- | --- | --- | --- | --- |

EPA_00072106

| $5,650,000.00 | $5,650,000.00 | 20 | 96276200-0 | USEPA EPA R2 |
|---|---|---|---|---|

Clean Water Act: Sec. 119(d) & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00072108

66.437 / Long Island Sound Program                                    $0.00

| | | |
|---|---|---|
| $11,300,000.00 | 2/1/25 - 9/30/28 | NYSDEC Division of Water 2025 BIL Long Island Sound Study Grant |

Description:

The purpose of this award to the New York State Department of Environmental Conservation Division of Water is to implement its project to support the Long Island Sound Comprehensive Conservation and Management Plan to protect and restore Long Island Sound by financing projects that meet the goals of the Long Island Sound Total Maximum Daily Load through the Water Quality Improvement Projects program. For the Water Quality Improvement Projects program, the funds would be used in the wastewater treatment improvement, non-agricultural nonpoint source abatement and control, aquatic connectivity restoration categories, and marine district habitat restoration. This award would also be utilized to support the counties, Suffolk and Nassau, to fund additional septic systems to help residents in these counties upgrade their septic systems to improve water quality in Long Island Sound.

Activities:

Specifically, under this grant agreement the recipient will reduce nutrients across the watershed to restore and protect water quality and mitigate impacts on ecosystem health in Long Island Sound and its embayments as well as Reduce pathogens and increase monitoring to protect water quality and human health, ensuring safe recreational and commercial use through water quality improvement projects and

EPA_00072111



EPA_00072112



EPA_00072113



EPA_00072114



EPA_00072115



EPA_00072116



EPA_00072117

updates and replacements to leaking and insufficient septic systems.

Outcomes:
Under this grant agreement the recipient will implement projects that reduce nitrogen and pathogens in the Long Island Sound watershed as well as reduce nitrogen and pathogens entering Long Island Sound through onsite treatment systems such as septic systems. Direct beneficiaries of this program include the general population in the New York portion of the Long Island Sound watershed and its surrounding areas, schools, universities and other institutions of learning, environmental managers and policy makers and the participants in the Long Island Sound Study with a focus on disadvantaged communities.

Subrecipient:
The subrecipients of this grant agreement will be New York State Facility Corp and selected projects from the Water Quality Improvement Projects competitive grant program. New York State Facility Corp will distribute funds to Suffolk and Nassau county to help fund their Septic System Replacement Program to improve nitrogen pollution in Long Island Sound. Selected subrecipients from the Water Quality Improvement Projects program will implement projects that improve water quality in Long Island Sound.

| | | |
|---|---|---|
| DEPARTMENT OF ENVIRONMENTAL CONSERVATION NEW YORK | 625 BROADWAY, 10TH FL, ALBANY, NY 12233-4900 | 1/17/25 |

| 1/23/25 | State | | N - New Project | MICHAEL GORDON | 212-637-4146 |
|---------|-------|--|-----------------|----------------|--------------|
| | | | | | |

EPA_00072120

| | $1,040,731.00 | 20 | 96273024-0 | USEPA EPA R2 |
|---|---|---|---|---|

Clean Air Act: Sec. 103

EPA_00072122

| | |
|---|---|
| 66.034 / Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act | $367,240.00 |

EPA_00072123

| $1,407,971.00 | 4/1/24 - 3/31/25 | NYSDEC FY24 PM2.5 Ambient Air Monitoring Network |
|---|---|---|

Description:
This agreement will provide assistance to the
New York State Department of
Environmental Conservation (NYSDEC) in its
efforts to maintain a PM2.5 monitoring
network in NY. The project will focus on
operating and maintaining PM2.5 monitors
and collecting quality-assured data from this
network. This project will constitute a special
survey study done by the New York State
Department of Environmental Conservation
(an air pollution control agency). Air quality
monitoring data will be collected, and
experience and other knowledge obtained
regarding the operation of PM2.5 sampling
equipment. The beneficiaries of this grant are
the citizens of New York.

Activities:
The project will focus on the operation and
maintenance of NY's PM2.5 monitoring
network. Air quality data will be collected and
experience and other knowledge obtained
regarding PM2.5 air quality and sampling
equipment.

Outcomes:
The PM2.5 network will be operated and
maintained and PM2.5 air quality data will be
collected and quality assured. Citizens of NY
will benefit from these activities.

Subrecipient:
No subawards are included in this assistance
agreement.

DEPARTMENT OF ENVIRONMENTAL
CONSERVATION VERMONT

1 National Life Drive, Montpelier, 1/16/25
VT   05620-3520

EPA_00072126

| 1/22/25 | State | A - Augmentation: Increase | PAIGE SANDERS | 617-918-1714 |
|---------|-------|----------------------------|---------------|--------------|

EPA_00072127

| $397,761.00 | $70,909.00 | 00 | 00A01048-3 | USEPA EPA R1 |
|---|---|---|---|---|

EPA_00072128

CERCLA: Sec. 104(d)(1)



EPA_00072129

| 66.802 / Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements | $0.00 |
|---|---|

| $397,761.00 | 1/1/22 - 12/31/25 | Vermont Pre-Remedial Multi-Site Agreement |
| --- | --- | --- |

Description:
This agreement funds the recipient's program
to perform site characterization activities
such as preliminary assessments and site
inspection at potential or confirmed
hazardous waste sites.

Activities:
Activities to be performed include the
following site assessment related actions: 1.)
Determine the need for federal involvement at
sites with suspected or confirmed releases of
hazardous materials; 2.) Evaluate the status
of of sites currently in EPA's Superfund
Enterprise Management System (SEMS); 3.)
Recommend changes in status where
appropriate, including further federal action,
National Priorities List (NPL) listing, and
archiving; 4.) Recommend addition of new
sites to SEMS for assessment by EPA; and
5.) Assist in NPL proposal and listing
activities.

Outcomes:
The anticipated deliverables include
meaningful and substantial involvement by
the VTDEC in Pre-Remedial Response
activities; final assessment decisions;
identifying properties requiring no further
action; and listing of sites on the National
Priorities List (NPL). The expected outcomes
include: 1.) The number of pre-screenings is
unknown at this time, however, VTDEC does
not anticipate more than two new sites to be
screened during this grant period; 2.) VTDEC

EPA_00072132



EPA_00072133



EPA_00072134





EPA_00072136



EPA_00072137



EPA_00072138

anticipates at least five sites for evaluation needing a Preliminary Assessment utilizing a state contractor; 3.) VTDEC anticipates potentially three new sites for evaluation needing a Site Inspection, utilizing a state contractor; 4.) VTDEC will prepare a Task Work Plan for EPA review and approval. After conducting field activities, VTDEC will submit a Trip Report to EPA, if requested. A Site Reassessment report will be submitted by the State to EPA Region I upon completion of data collection and evaluation. VTDEC anticipates completing one SR during this grant period. 5.) Completion of investigations at partially assessed Site existing in SEMS and reach a Final Assessment Decision. Completion of investigations at new Sites by State contractors. VTDEC anticipates conducting work at one of these sites. 6.) VTDEC will provide updates regarding Other Clean-Up Activity State-Lead sites and whether any changes to the site status changes during this grant period. Currently, VTDEC has three sites coded as OCA-State-Lead in SEMS. The intended beneficiaries include residents of the State of Vermont.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00072139

| DUVAL COUNTY SCHOOL BOARD | 1701 PRUDENTIAL DRIVE, JACKSONVILLE, FL  32207-8152 | 1/17/25 |
|---|---|---|

EPA_00072140

| 1/23/25 | County | N - New Project | YOLANDE MILLER | 404-562-9717 |

EPA_00072141

| | $7,587,500.00 | 05 | 03D32025-0 | USEPA EPA R4 |
|---|---|---|---|---|

EPA_00072142

Clean Air Act: Sec. 132

EPA_00072143

| | |
|---|---|
| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00072144

| $10,733,056.00 | 3/1/25 - 2/14/27 | Clean Heavy-Duty Vehicles Program |

Description:
This action provides funding in the amount of $7,587,500.00 to assist the Duval County Public Schools under the Inflation Reduction Act (IRA) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The intended beneficiaries include Duval County Public Schools (grantee), Highland Electric Fleets (partner), and GRID Alternatives (partner).

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles (ZEB); purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.

Outcomes:
The anticipated deliverables include the replacement of 25 diesel school buses with zero-emission buses and the installation of

EPA_00072146

EPA_00072147

EPA_00072149

EPA_00072150

EPA_00072152

25 DC fast chargers for the school buses. Additionally, staff, drivers, electricians, mechanics, and public safety officials will receive training on how to properly operate and maintain buses and chargers. Community engagement activities will be conducted to educate the community about zero-emission buses. The expected outcomes include a reduction of greenhouse gas emissions and improved air quality for the communities. The intended beneficiaries include Duval County Public Schools (grantee), Highland Electric Fleets (partner), and GRID Alternatives (partner). Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
Duval County Public Schools is applying to replace 25 Class 6/7 diesel buses with Class 6/7 ZEBs to reduce the district&rsquo;s emissions of nitrogen oxides (NOx), particulate matter (PM), and greenhouse gases (GHGs). The project will directly improve the air quality for students, staff, and community members and reduce district transportation costs. In addition, the district plans to develop a public private partnership model with National Express (NEC) or Highland Electric (Highland) Fleets to ensure efficient and cost-effective use of IRA funding.
The current buses serving the school district are owned by NEC.  Highland is identified as an NEC&rsquo;s electrification partner. Duval Public School District plans to use the subaward process, which will establish the bus ownership arrangement.  Duval Public School District will enter into a subaward agreement with NEC or Highland.

EPA_00072153

| Elk Valley Public Service District | 100 Bream Dr, Elkview, WV 25071-9365 | 1/16/25 |
| --- | --- | --- |

| 1/22/25 | Special District | N - New Project | DONNA ARMSTRONG | 215-814-5393 |
|---------|------------------|-----------------|-----------------|--------------|

| | $635,200.00 | 01 | 95342401-0 | USEPA EPA R3 |
|---|---|---|---|---|



2023 Consolidated Appropriations Act (PL 117-328)

EPA_00072157

| 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|

EPA_00072158

| $4,858,750.00 | 2/1/24 - 12/31/26 | Elk Valley PSD |
|---|---|---|

**Description:**
This agreement provides funding to the Elk Valley Public Service District to implement the Elk River Embankment Stabilization and Sanitary Sewer Relocations Project as directed in the 2023 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project. This action partially funds the recipient in the amount of $635,200. Federal funds in the amount of $3,251,800 are contingent upon availability.

**Activities:**
The activities to be performed include the execution and implementation of a wastewater infrastructure construction project. Workplan activities consist of wastewater treatment plant improvements.

**Outcomes:**
The anticipated deliverables include erosion control measures that will be constructed in identified areas of the river embankment where the effects of erosion threaten the integrity of the sewer main line.  The expected outcomes include mitigating the risks of structural failures of the sewer main so that raw sewage will remain contained in the pipes until it reaches the wastewater treatment plant as intended. The intended beneficiaries include the 4,500 customers throughout the communities of Elkview, Pinch, Mink Shoals, Big Chimney, Elk Hills, Clendenin, Falling Rock and Youngs Bottom, West Virginia.

**Subrecipient:**
A subaward will be given to the WV Regional Intergovernmental Council which will provide general grant administration and coordination on behalf of the Recipient.

| FAIRFAX COUNTY PUBLIC SCHOOLS | 8115 Gatehouse Road, Falls Church, VA  22042-1203 | 1/17/25 |
| --- | --- | --- |

EPA_00072161

| 1/23/25 | Independent School District | N - New Project | CELINE VERTICH | 215-814-5286 |
|---|---|---|---|---|

EPA_00072162

| | $12,900,000.00 | 11 | 953A0093-0 | USEPA EPA R3 |
|---|---|---|---|---|

EPA_00072163

Clean Air Act: Sec. 132

EPA_00072164

| | |
|---|---|
| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00072165

| | | |
|---|---|---|
| $18,672,836.00 | 1/1/25 - 12/31/26 | Fairfax County Public Schools (FCPS) School Bus Clean Heavy-Duty Vehicles Program |

EPA_00072166

Description:
The agreement provides funding under the Inflation Reduction Act (IRA) to Fairfax County Public Schools to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 3. The recipient will replace 43 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for the communities in Fairfax County, VA.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles. Recipient will replace 43 Class 7 diesel school buses with 43 new Class 7 zero-emission electric school buses. All new electric buses requested will serve 43 Fairfax County Public Schools communities. This project outcome will ultimately result in reduced pollutants and improved air quality in Fairfax County school communities; risk of asthma, respiratory

EPA_00072168

EPA_00072169

EPA_00072171

EPA_00072172

illnesses, and missed school and workdays for students and staff, and environmental justice for the school communities.

Outcomes:
The anticipated deliverables include the replacement of 43 diesel school buses with 43 zero-emissions electric school buses, EV bus training provided to drivers and technicians through partnership with Thomas, IC, and Lion bus companies, and outreach to school communities and international policy makers in Washington D.C. to showcase new EPA funded electric buses.

The expected outcomes include improved air quality and health by the annual removal of 9,625,014 tons of greenhouse gasses from our community&rsquo;s environment, drivers and technicians will be trained on regenerative braking and driving behaviors to increase the efficiency of the EV buses batteries and will extend the distance each bus can run allowing for longer routes. As well as Increase in knowledge, interest, and support of electric school buses and the EPA&rsquo;s (CHDV) programs that positively impact the world environment and health by helping mitigate climate change and pollution.

The intended beneficiaries include students and community members in Fairfax County Public School District.

Subrecipient:
No subawards are included in this assistance agreement.

FORDHAM UNIVERSITY

441 EAST FORDHAM ROAD, BRONX, NY 10458-5198

1/15/25

EPA_00072175

| 1/21/25 | Private University | N - New Project | KELSEY STEELE | 212-637-3457 |
|---------|-------------------|-----------------|---------------|--------------|
|         |                   |                 |               |              |

EPA_00072176

| $52,000,000.00 | $52,000,000.00 | 15 | 96265602-0 | USEPA EPA R2 |
| --- | --- | --- | --- | --- |

Clean Air Act: Sec. 138



EPA_00072178

| | |
|---|---|
| 66.615 / Environmental Justice Communities Pass-through Funder Program (EJCPF) | $0.00 |

EPA_00072179

| $52,000,000.00 | 1/2/25 - 1/1/28 | Grantmaker - Subsequent Award |
|---|---|---|

EPA_00072180

Description:
This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit organizations and organizations representing disadvantaged communities through its Thriving Communities Grantmaker Initiative titled Flourishing In Communities (FIC). The recipient, a Regional Grantmaker, proposes an intersectional approach to place frontline communities in positions of power to advance environmental justice and climate justice in disadvantaged and hard -to-reach communities and communities disproportionately impacted by climate change, pollution, and other environmental stressors in New York, New Jersey, Puerto Rico, and U.S. Virgin Islands. Specifically, Fordham University intends to award and manage competitive and noncompetitive subgrants through its Flourishing In Communities funding program. In addition, the recipient will oversee programmatic tracking, distribute funds and provide wrap-around support to ensure the success of the subgrantees. This Grantmaker funding program will reduce barriers the federal grant process places on small, resource-constrained community-based nonprofits supporting the underserved communities.

The purpose of this award is to fund the subsequent award for the pass-through entity Fordham University.

EPA_00072181





EPA_00072183



EPA_00072184



EPA_00072185



EPA_00072186



EPA_00072187

Activities:

The activities in the subsequent award include a range of initiatives designed to promote and implement a comprehensive subgrant funding program. This includes hosting a series of meetings, workshops, and webinars both in person and virtual to encourage eligible stakeholder participation and raise awareness about the subgrant opportunities. Also, to effectively implement the subgrant program, Fordham University will open their Thriving Communities subgrant program for competitive and noncompete awards, develop a Quality Management Plan, conduct application reviews, establish an evaluate process to review and rank eligible application, manage and distribute funds to eligible subgrantees. In addition, Fordham University will conduct post award monitoring of subgrantees to ensure compliance and assess progress with regular reporting on the outcomes of the funded projects.

Outcomes:

It is anticipated that this project will result in the following deliverables and expected outcomes: development of  a Quality Management Plan, forty-eight information sessions across New York, New Jersey, Puerto Rico and the U.S. Virgin Islands, development a robust communication strategy, award approximately 300 competitive and non-competitive subawards to eligible subgrantees, create an intuitive online platform and dashboard for subgrantees to easily to apply, track projects and access relevant information and resources related to the grant process. Direct Beneficiaries of the program include resident located in New Jersey, New York, Puerto Rico and The United States Virgin Island and Indian Nations.

Subrecipient:

Fordham University will administer subawards under this Cooperative Agreement with activities including project coordination, application Intake, and outreach efforts. As a pass-through entity, Fordham University will also manage and distribute funds through its Thriving Communities Grantmaker program to eligible subgrantees.

| | | |
|---|---|---|
| hcps7002 - HENRICO COUNTY PUBLIC SCHOOLS | 3820 Nine Mile Rd, Richmond, VA   23223-4831 | 1/16/25 |

| 1/22/25 | Independent School District | N - New Project | TANYA DUPREE | 215-814-5408 |

EPA_00072190

| | | | | |
|---|---|---|---|---|
| $2,700,000.00 | $2,700,000.00 | 04 | 953A0091-0 | USEPA EPA R3 |

Clean Air Act: Sec. 132

| | |
|---|---|
| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00072193

| | | |
|---|---|---|
| $4,172,056.00 | 1/1/25 - 12/31/26 | Clean Heavy Duty Vehicles Program School Bus Grant |

Description:
The grant agreement provides funding under the Inflation Reduction Act (IRA) to Henrico County Public Schools to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 3. The recipient will replace 10 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for the communities in Henrico county in the state of Virginia.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles for staff, drivers, electricians, public safety officials and mechanics. Activities also include engaging with and educating the community on the benefits of replacing vehicles with zero emission buses.

Outcomes:
The anticipated deliverables include the replacement of 10 diesel school buses with 10 zero emission school busses. The expected outcomes include reduced fuel consumption and reduced greenhouse gas and criteria pollutant emissions, as well as fossil fuel consumption, improved air quality, reduced student absenteeism, and reduced bus maintenance. The intended beneficiaries include students and community members in Henrico County, Virginia.

Subrecipient:
No subawards are included in this assistance agreement.

| hspcsd2041 - HAVERSTRAW STONY POINT CENTRAL SCHOOL DISTRICT | 65 CHAPEL ST, GARNERVILLE, NY   10923-1238 | 1/17/25 |

EPA_00072196

| 1/23/25 | Independent School District | N - New Project | MICHELE JUNKER | 212-637-3418 |
|---------|------------------------------|------------------|-----------------|---------------|

EPA_00072197

| | $4,432,513.00 | 17 | 96285600-0 | USEPA EPA R2 |
| --- | --- | --- | --- | --- |

EPA_00072198

Clean Air Act: Sec. 132



EPA_00072199

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00072200

| | | |
|---|---|---|
| $7,450,380.00 | 1/1/25 – 12/31/27 | Haverstraw-Stony Point Clean Heavy-Duty Vehicle (CHDV) Grant |

EPA_00072201

Description:
The agreement provides funding under the
Inflation Reduction Act (IRA) to Haverstraw-
Stony Point Central School District (North
Rockland CSD) to replace in-use, non-zero-
emission heavy-duty vehicles with new zero-
emission vehicles to reduce air pollution and
greenhouse gas emissions in Rockland
County, New York. The recipient will replace
eligible vehicles with comparable, eligible zero-
emission vehicles under the School Bus Sub-
Program, resulting in cleaner air and
improved health for communities in Rockland
County, New York

Activities:
The activities include replacing eligible
internal combustion engine Class 6 and
Class 7 vehicles with eligible zero-emission
vehicles; purchasing, installing, operating,
and maintaining charging and fueling
equipment to maintain the new zero-emission
vehicles; and providing workforce
development and training to support the
maintenance, charging, fueling, and operation
of the new zero-emission vehicles.

Outcomes:
The anticipated deliverables include replacing
diesel school buses with zero-emission
buses and installing charging infrastructure.
Training will be provided to staff, drivers,
mechanics, and public safety officials about
how to properly operate and maintain the
zero-electric buses and chargers, and



EPA_00072203



EPA_00072204



EPA_00072205



EPA_00072206



EPA_00072207



EPA_00072208

community activities will be held to engage with and educate the community.

The expected outcomes include reduced greenhouse gas and criteria pollutant emissions, reduced fuel consumption, lower school district operating and maintenance costs, improved ambient air quality, trained staff, improved safety, and increased public awareness and understanding about the environmental benefits of the implemented technology.

The intended beneficiaries include Haverstraw-Stony Point Central School District (otherwise known as North Rockland Central School District). Other beneficiaries include students, school staff, and community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| ICAST (International Center for Appropriate and Sustainable Technology) | 7400 W 14th Avenue, Suite 101, Lakewood, CO  80214-4252 | 1/15/25 |

EPA_00072210

| 1/21/25 | Not for Profit | | N - New Project | GABRIELLE RANCIER | 214-665-7477 |

EPA_00072211

| | | | | |
|---|---|---|---|---|
| $500,000.00 | $500,000.00 | 07 | 02F74001-0 | USEPA EPA R6 |

Clean Air Act: Sec. 138

EPA_00072213

| | |
|---|---|
| 66.306 / Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | $0.00 |

EPA_00072214

| $500,000.00 | 2/1/25 - 1/31/28 | Addressing Public Health and Environmental Justice Issues in Tribal Nations |

EPA_00072215

Description:
This agreement provides funding under the Inflation Reduction Act (IRA) to the International Center for Appropriate and Sustainable Technology (ICAST). The recipient will plan, pilot, and evaluate a three-year program with partnering New Mexico Tribes (including Jemez Pueblo, Zia Pueblo, Mescalero Apache Nation, and Taos Pueblo), and other entities, to decrease the Tribes' reliance on propane heating via retrofit/replacement of extant propane heating systems in Tribal buildings with Beneficial Electrification (BE) alternatives. The recipient aims, not only to reduce energy costs, but to address environmental health and justice issues by increasing public health and safety over the course of the three-year project&mdash;with the added benefit of establishing a model for potential future programs and/or expansion of the pilot. Through a series of consecutive project phases, the recipient will raise public awareness via education and outreach initiatives; conduct energy audits and health assessments of Tribal properties; replace propane heating systems at a minimum of 10 Tribal properties; and create a feasibility study and Resource Guide for the purpose of community-wide implementation at the pilot&rsquo;s conclusion.

Activities:
The activities include: partnering with Tribes and other entities to identify financing and

EPA_00072217

EPA_00072219

EPA_00072220

EPA_00072221

EPA_00072222

technical assistance solutions, as well as develop and perform outreach and education initiatives; analyzing Tribal residential, government, and commercial buildings to evaluate properties at which propane heating systems can be replaced with Beneficial Electrification (BE) solutions; planning individual retrofits and replacements, and conducting energy audits and health assessments of the Tribal properties selected; replacing propane furnaces with electric heat pump heating, ventilation, and air conditioning (HVACs), propane water heaters with heat pump hot water systems, and propane stoves with induction stoves at a minimum of 10 Tribal properties; and producing a feasibility study and Resource Guide from the recorded data and monitored findings at the conclusion of the pilot program.

Outcomes:
The anticipated deliverables include: creation of a coalition of Tribes meant to address and develop environmental justice solutions within the New Mexico region; formalized trainings for Tribal leaders and community members on the process and benefits of switching from propane to Beneficial Electrification (BE); technical assistance in applying for resources and financing from external funding sources; financial assistance utilizing the Triple Bottom Line Foundation (TBL) Fund; a Project Management Plan (PMP); energy audits and

EPA_00072224

EPA_00072226

EPA_00072227

EPA_00072228

EPA_00072229

health assessments of selected Tribal properties; Weekly Management Reviews, including project performance updates; removal of propane systems and installment of BE alternative systems at 10 properties; a feasibility study, followed by a cumulative, conclusory Resource Guide.

The expected outcomes include: providing education to at least 400 members and directly impact at least 50 members of associated Tribes; reduce greenhouse gas (GHG) emissions by at least 51.35 tons; improve health and safety of eight (8) to 10 buildings; reduce energy cost by $435,000 over the life of the upgrades; and create and disburse a cumulative Resource Guide.

The intended beneficiaries of this project are residents; locally-owned companies/businesses; agencies; and other entities of federally recognized New Mexico Tribes, including Jemez Pueblo, Zia Pueblo, Mescalero Apache Nation, and Taos Pueblo.

Subrecipient:
The Triple Bottom Line (TBL) Fund will aid in providing technical assistance and developing education/outreach materials for the Tribal community leaders and members.

| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | 1021 North Grand Avenue East, P.O. Box 19276, Springfield, IL 62794-9276 | 1/20/25 |

EPA_00072231

| 1/23/25 | State | A - Augmentation: Increase | ROBERT YOUNG | 312-886-6128 |
|---------|-------|---------------------------|--------------|--------------|

EPA_00072232

| $584,116.00 | $965,000.00 | 18 | 00E04041-1 | USEPA EPA R5 |
|---|---|---|---|---|