Infrastructure Investment and Jobs Act (IIJA)  (PL 117-58)

EPA_00072234

| 66.485 / State Support for the Gulf Hypoxia Action Plan | $0.00 |

EPA_00072235

| $2,644,116.00 | 3/1/25 - 2/28/30 | FY24-26 IEPA Gulf Hypoxia Program |
|---|---|---|

Description:
This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to Illinois Environmental Protection Agency (IEPA). The purpose of this agreement is to support and advance the Gulf Hypoxia Action Plan through implementation of the recipient's nutrient reduction strategy. IEPA plans to continue four projects from their FFY22/23 Gulf Hypoxia Program Grant (Continuous Nutrient Monitoring Network, Cover Crop Premium Discount Program, Ag Retailer 4RNutrient Management Metrics Survey, NLRS Implementation in Priority Watersheds). Continuation of these projects is necessary to further the collection of water quality metrics, agriculture metrics, and implementation of practices to reduce nutrient loss.

Activities:
The activities include the following: nutrient monitoring at eight USGS continuous monitoring stations in Illinois, annual planting of 190,000 acres of cover crops, collect data on the implementation of nutrient management practices, and ongoing implementation of nonpoint source best management practices recommended in the Nutrient Loss Reduction Strategy.



EPA_00072238



EPA_00072239



EPA_00072240



EPA_00072241





EPA_00072243

Outcomes:
The anticipated deliverables include water quality data generated from Continuous Nutrient Monitoring Network, agronomic research results specific to nutrient reduction, and survey results with information on statewide and regional implementation of 4R nutrient management adoption in Illinois. The expected outcomes include decreased nutrient loads to the Gulf of Mexico as well as improvement to local water quality and drinking water sources. Climate resilience and mitigation will also be achieved by certain projects. The intended beneficiaries include residents of Illinois and expands to the Gulf of Mexico through the Mississippi-Atchafalaya River Basin.

Subrecipient:
Activities include: nutrient monitoring at eight USGS continuous monitoring stations in Illinois, annual planting of 190,000 acres of cover crops, collect data on the implementation of nutrient management practices, and ongoing implementation of nonpoint source best management practices recommended in the Nutrient Loss Reduction Strategy.

EPA_00072244

| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | 1021 North Grand Avenue East, P.O. Box 19276, Springfield, IL 62794-9276 | 1/21/25 |
| --- | --- | --- |

EPA_00072245

| 1/24/25 | State | A - Augmentation: Increase | KIMBERLY HOUSTON-WILLIAMS | 312-353-7928 |
|---|---|---|---|---|

EPA_00072246

| | | | | |
|---|---|---|---|---|
| $476,121.00 | $459,099.00 | 18 | 00E65707-1 | USEPA EPA R5 |

Diesel Emission Reduction Act of 2010,codified at 42 U.S.C. 16133

| | |
|---|---|
| 66.040 / Diesel Emissions Reduction Act (DERA) State Grants | $0.00 |

EPA_00072249

| | | |
|---|---|---|
| $23,333,334.00 | 10/1/23 - 9/30/27 | 2023-2024 Diesel Emissions Reduction Act State Program - Driving a Cleaner Illinois |

EPA_00072250

Description:
The agreement provides funding to the Illinois Environmental Protection Agency (Illinois EPA) DERA program which focuses on funding projects in areas of the state that are designated nonattainment for ozone and where there are disproportionate amounts of diesel emissions in populated areas. Replacing or repowering off-road equipment with large, older diesel engines offers the greatest levels of emissions reductions, including nitrogen oxides.  Specifically, Illinois EPA will repower three existing diesel passenger/commuter linehaul locomotives owned and operated by the Northeast Illinois Regional Commuter Railroad Corporation (&ldquo;Metra&rdquo;) in the Chicago area with electric motors.

Activities:
The activities include repowering three existing diesel linehaul locomotives with zero-emission electric propulsion locomotive motors, training Metra staff on the proper use and maintenance of the newly repowered electric locomotives and the charging station, and highlighting the benefits and successes of the project resulting from this funding.

Outcomes:
The anticipated deliverables include three diesel linehaul locomotives with zero-emission electric propulsion locomotive motors and charging infrastructure. The expected outcomes include a reduction in pollutants emitted from diesel engines, improved air quality, and reduced exposure to harmful diesel exhaust.  The intended beneficiaries include the citizens of the state of Illinois.

Subrecipient:
Through a subaward, the Northeast Illinois Regional Commuter Railroad Corporation (&ldquo;Metra&rdquo;) will repower three existing diesel passenger/commuter linehaul locomotives in the Chicago area with electric motors.

| INCORPORATED VILLAGE OF HEMPSTEAD | 99 James A Garner Way, Hempstead, NY  11550-3166 | 1/17/25 |
|---|---|---|

| 1/23/25 | Municipal | N - New Project | MICHAEL GORDON | 212-637-4146 |
| --- | --- | --- | --- | --- |

| | $2,000,000.00 | 04 | 96267124-0 | USEPA EPA R2 |
|---|---|---|---|---|
| | | | | |



2022 Consolidated Appropriations Act (PL 117-103)

EPA_00072255

| 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|

EPA_00072256

| | | |
|---|---|---|
| $2,000,000.00 | 5/1/23 - 12/31/26 | Village of Hempstead Phase I Sewer Improvements Project |

EPA_00072257

**Description:**
This agreement provides funding to the Incorporated Village of Hempstead to implement its project to improve the Village sewer infrastructure as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

**Activities:**
The activities to be performed will include the removal or repair of old sewer piping, lining and fittings and the installation of approximately 6,200 linear feet of sewer pipe and 800 linear feet of side street laterals. To achieve this, excavation and backfill of all new sewer piping and manholes, creation of trench boxes for excavation support and protection, installation of sewer manholes, relocation of utilities, the repaving of disturbed roads and the maintenance/protection of traffic will need to be executed.

**Outcomes:**
The anticipated deliverables are the development of a new gravity sewer main by replacing outdated and leaking sewer mains and to utilize the new county developed pump station. These are expected to address the needs of multiple new housing projects, and lead to job creation and economic benefits for the new housing developments and the Village of Hempstead residents.

**Subrecipient:**
No subawards are included in this
assistance agreement.

EPA_00072258

| INCORPORATED VILLAGE OF HEMPSTEAD | 99 James A Garner Way, Hempstead, NY  11550-3166 | 1/17/25 |
|---|---|---|

EPA_00072259

| 1/23/25 | Municipal | N - New Project | MICHAEL GORDON | 212-637-4146 |
| --- | --- | --- | --- | --- |

EPA_00072260

| | $3,200,000.00 | 04 | 96267324-0 | USEPA EPA R2 |
|---|---|---|---|---|

EPA_00072261

2022 Consolidated Appropriations Act (PL 117-103)

EPA_00072262

| 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|

EPA_00072263

| $3,200,000.00 | 5/1/23 - 12/31/26 | Village of Hempstead Phase 1 Water Transmission Main Improvements Infrastructure Project |
|---|---|---|

EPA_00072264

**Description:**
This agreement provides funding to Incorporated Village of Hempstead to implement its project to improve the Village's Water System Transmission Main as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

**Activities:**
The activities to be performed are the modernization of the potable water main network by replacing old watermains and laying new ones totaling approximately 8,454 feet of pipe. These will be sized to adequately address future and existing water needs for future housing developments and fire suppression while still furnishing potable water and sanitary sewer services during construction. Excavation, placement, and backfill for the transmission main will occur during the construction.

**Outcomes:**
The anticipated deliverables are that the system will be able to provide adequate volumes of water during the peak hour on the peak day, and also maintain the capability to provide fire flows on that peak day. Also, for the water distribution system to be sized to transport water to a particular building and throughout the areas immediately surrounding the building for fire suppression. These are expected to lead to the availability of adequate water service to each parcel within the project area and to create a connection of new and existing buildings to the newly available water utilities and existing treatment plants for the new housing developments and the Village of Hempstead residents.

**Subrecipient:**
No subawards are included in this assistance agreement.

| Indian River - IRL Council | 1235 Main Street, Sebastian, FL 32958-4165 | 1/17/25 |
| --- | --- | --- |

| 1/23/25 | Special District | A - Augmentation: Increase | YOLANDE MILLER | 404-562-9717 |
|---------|------------------|----------------------------|----------------|--------------|
|         |                  |                            |                |              |

EPA_00072267

| $2,729,400.00 | $909,800.00 | 06 | 02D39922-4 | USEPA EPA R4 |
|---|---|---|---|---|
| | | | | |

Clean Water Act: Sec. 320 & Infrastructure Investment and Jobs Act (IIJA)  (PL 117-58)

EPA_00072269

66.456 / National Estuary Program                                    $0.00

EPA_00072270

| $3,639,200.00 | 3/1/22 - 9/30/27 | National Estuary Program |
| --- | --- | --- |

EPA_00072271

Description:
This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) to Indian River Lagoon Council. The recipient will support implementation of the Comprehensive Conservation and Management Plan (CCMP) and Strategic Plan to improve water quality, protect the natural habitat and living resources, and support sustainable human uses.  The projects proposed for funding via the Bipartisan Infrastructure Law (BIL) will leverage existing efforts.  Specifically, the recipient will include (1) Moore&rsquo;s Creek Distinctive Communities Project - This project calls for the installation of a series of watershed trash traps to be installed at two sections of Moore&rsquo;s Creek where large amounts of trash from stormwater runoff, trail users, and the surrounding residential communities, lands in the watershed and ultimately flows towards and into the Indian River Lagoon. (2)IRL Seagrass Restoration Using Mosquito Control Impoundment - This proposed project will (a) establish a population of a native seagrass species, Ruppia maritima, in a mosquito impoundment; (b) monitor the restored impoundment to assess its character as a natural seagrass nursery and a source for IRL seagrass re-colonization and succession; and (c) develop and share protocol of guide and strategy toward IRL seagrass restoration using impoundment hydrology and Ruppia phenology.



EPA_00072273



EPA_00072274





EPA_00072276



EPA_00072277



EPA_00072278

Activities:

The activities include: Indian River Lagoon Council will conduct bi-weekly monitoring of algae and cyanobacteria species identification, distribution and abundance. Increased funding for increased sampling during a bloom. HAB-1: Support continuation of the IRL 2011 Consortium, which would function as a formal task force supported by the IRL NEP and which would develop a HAB RESEARCH and Restoration Response Plan. HAB-2: Seek partnerships and funding to pursue RESEARCH priorities identified by the IRL 2011 Consortium that align with IRLNEP Management Conference management priorities. HAB-3: Continue funding and scientific partnerships to understand HABs toxicity and risks to human and wildlife health. Biodiversity (Level 2 &ndash; Serious) Biodiversity-2: Work to continue, expand, update, and improve the IRL species inventory. Construction of grinder pump station systems that will be connected to the Martin County central sewer system. Residential connection forms with receipts and dated photos of the before and after grinder pump station. The project will construct a gravity sewer system consisting of approximately 15,400 linear feet of sewer main, approximately 54 manholes and a County-owned and operated lift station. Construction of a water main will coincide with the sewer main.



EPA_00072280



EPA_00072281



EPA_00072282



EPA_00072283



EPA_00072284



EPA_00072285

Outcomes:
The anticipated deliverables include those identified in the IRL One Lagoon Comprehensive Conservation and Management Plan: &ldquo;Looking Ahead to 2030&rdquo; and the FY 2023 Work Plan Proposal. Specific Work Plan Outputs for FY 2023 BIL Funding &ndash; 6 projects/activities identified through competitive RFP or RFQ process. The expected outcomes include reduction of flooding in underserved, and underrepresented communities. Reduction of trash in underserved, and underrepresented communities. Reduction of trash from reaching the Indian River Lagoon. Improve aesthetics of the Moore&rsquo;s Creek area that is an underserved and underrepresented community. Students will learn how to do seagrass planting and monitoring and will help develop a protocol to guide seagrass restoration using impoundment hydrology. The intended beneficiaries include the citizens of the State of Florida.

Subrecipient:
City of Fort Pierce: Moore&rsquo;s Creek Distinctive Communities Project Marine Discovery Center: Building Lagoon-wide Capacity for Seagrass Recovery Through Infrastructure Investments Brevard Zoo: Building Lagoon-wide Capacity for Seagrass Recovery Through Infrastructure Investments Florida Atlantic University Harbor Branch: Building Lagoon-wid

| Inter American University of Puerto Rico, Inc. | PO BOX 363255, SAN JUAN, PR  00936-3255 | 1/15/25 |

EPA_00072287

| 1/21/25 | Private University | A - Augmentation: Increase | CLARE DWYER | 212-637-3411 |
| --- | --- | --- | --- | --- |

EPA_00072288

| $8,500,000.00 | $3,000,000.00 | 99 | 96230523-2 | USEPA EPA R2 |
|---|---|---|---|---|

2022 Consolidated Appropriations Act (PL 117-103),2023 Consolidated Appropriations Act (PL 117-328),Clean Air Act: Sec. 103(b)(3),Clean Air Act: Sec. 138,Clean Water Act: Sec. 104(b)(3),Solid Waste Disposal Act: Sec. 8001(a)

EPA_00072290

66.309 / Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice    $0.00

EPA_00072291

| | | |
|---|---|---|
| $10,000,000.00 | 7/1/23 - 6/30/28 | EAGEL Engage and Assist Grassroots organizations for Environmental Energy Justice and Leadership capacity building for Region 2 EJ TCTAC |

Description:
The agreement provides funding to Inter American University of Puerto Rico Metro Campus (IAUPR) to build the capacity of community stakeholder, local leaders, and community members located in Puerto Rico, and the United States Virgin Islands. Specifically, the recipient will create hubs in Puerto Rico and USVI using a highly successful model previously implemented in by IAUPR in Puerto Rico. The recipients&rsquo; goal is to &ldquo;Build Community Capacity, Climate Resilience and Maximizing Benefits to overburdened and underserved communities increasing EPA support for community-led action by providing investments and benefits directly to communities with environmental justice concerns and by integrating equity throughout Agency programs.&rdquo; Objective is to provide training, technical assistance (TA), and support for core areas; Collaborative problem-solving, Grants and Fundraising Capacity, and Environmental/Energy Justice Advocacy. The Inflation Reduction Act (IRA) technical assistance (TA) funds issued to the InterAmerican University of Puerto Rico are specifically for the EJ TCTAC to coordinate and collaborate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The

EPA_00072293

EPA_00072294

EPA_00072295

EPA_00072296

EPA_00072297

EPA_00072298

EPA_00072299

Grantmakers are considered Technical Assistance providers, who provide funding as well as technical assistance to applicants and subgrantee recipients addressing environmental concerns of disadvantage communities. Per the EJ TCTAC Request for Applications (RFA), Funding Opportunity Number EPA-I-OP-OEJ-22-02, The EJ TCTACs are expected to coordinate with other Technical Assistance providers over the project period.

Activities:
The activities include: a series of meetings, workshops, and webinars, both face-to-face and virtual; the hubs and partners will engage grassroot organizations in strengthening institutional capacity. The step-by-step unpacking of the identifying organizational, technical needs, creation of guides and manuals that are culturally and linguistically appropriate and a hands-on-approach for providing technical assistance and support to participants primarily in Puerto Rico and U.S. Virgin Islands. EAGEL will develop a HUB One Stop Center in Puerto Rico and US Virgin Islands to provide eligible services for Environmental/Energy Justice in underserved, rural, and remote communities.

Outcomes:
It is anticipated that this project will result in the following deliverables and expected outcomes: recruit and engage approximate

EPA_00072303

EPA_00072304

EPA_00072305

EPA_00072306

340 organizations in strengthening their institutional capacity through training and technical assistance; to provide 5500 hours of training and services to grassroots organizations. Through this project the recipient expects that up to 90% of participating organization will increase their knowledge of grantsmanship; 70% of organizations will increase the capability to apply and receive grant funding as well as to establish educational and training modules on core areas for collaborative problem-solving and leadership for civic engagement, grantsmanship &amp; fundraising.  Direct beneficiaries of this program include residents located in Puerto Rico and U.S. Virgin Islands.

Subrecipient:
Inter American University of Puerto Rico will issue subawards under this Assistant Agreement. The sub awardees will provide coordination of the project, preparing materials, outreach activities, grantsmanship, environmental and energy justice advocacy.

EPA_00072307

| | | |
|---|---|---|
| INTERSTATE COMMISSION ON THE POTOMAC RIVER BASIN | 30 W. Gude Drive, Suite 450, Rockville, MD  20850-2403 | 1/16/25 |

EPA_00072308

| 1/22/25 | Interstate | A - Augmentation: Increase | BOBBI ROBINSON | 215-814-2107 |
|---------|-----------|---------------------------|----------------|--------------|
|         |           |                           |                |              |

EPA_00072309

| $692,888.00 | $57,888.00 | 08 | 98339418-3 | USEPA EPA R3 |
|---|---|---|---|---|

EPA_00072310

Clean Water Act: Sec. 106

EPA_00072311

| 66.419 / Water Pollution Control State, Interstate, and Tribal Program Support | $0.00 |

EPA_00072312

| $1,383,694.00 | 10/1/23 - 9/30/25 | FY25 CWA106 ICPRB PROJECT |
|---|---|---|

EPA_00072313

Description:
This agreement provides funding to the
Interstate Commission on the Potomac River
Basin (ICPRB) to carry out its program to
maintain, protect, and improve the water
quality of its rivers, lakes, streams,
groundwater, and other waterbodies.  The
environmental benefits of this program
include preventing degradation of unimpaired
waterbodies and reducing the number of
impaired waterbodies in the state of
Maryland.

Activities:
Activities include water quality assessments,
TMDL development support and water quality
monitoring.  Specifically, ICPRB will support
regional response to spill events, data
analysis and reporting, environmental
education and outreach and tool
development.

Outcomes:
Examples of anticipated deliverables include
an improved Emergency River Spill Model
web app, implementation of the Potomac
River Comprehensive Water Resources
Plan, a technical webinar on microplastics in
freshwater, creation of a workgroup focused
on North Branch; continuous temperature
monitoring for tailfish; a Spatial Statistical
Network model for class 3 streams,
watershed and stream education programs,
and an updated land prioritization tool.  The
expected outcomes include an increased
understanding of the health and status of the
Potomac River Basin, increased outreach to
stakeholders, improved water quality and
better forecasting from new and updated
models.  Direct beneficiaries of this
assistance agreement include residents of
the Potomac River Basin.

Subrecipient:
No subawards are included in this assistance
agreement.

EPA_00072314

| | | |
|---|---|---|
| IOWA DEPARTMENT OF NATURAL RESOURCES | 6200 Park Ave Ste 200, Des Moines, IA   50321-1371 | 1/17/25 |
| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | 5000 Estate Enighed #38, ST JOHN, VI   00830 | 1/16/25 |

EPA_00072315

| 1/23/25 | State | N - New Project | SARA LOTT | 913-551-7436 |
| 1/22/25 | Not for Profit | N - New Project | LUZ RODRIGUEZ SANTIAGO | 787-977-5893 |

EPA_00072316

| | | | | |
|---|---|---|---|---|
| | $30,779,000.00 | 03 | 97798003-0 | USEPA EPA R7 |
| $20,000,000.00 | $20,000,000.00 | 98 | 96276600-0 | USEPA EPA R2 |

Clean Water Act: Title VI  & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

Clean Air Act: Sec. 138

EPA_00072318

| | |
|---|---|
| 66.458 / Capitalization Grants for Clean Water State Revolving Funds | $0.00 |
| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |

EPA_00072319

| | | |
|---|---|---|
| $36,934,800.00 | 9/1/24 - 9/30/27 | FFY 2024 BIL general supplemental grant for program administration and loans for the construction of publicly-owned wastewater treatment facilities |
| $20,000,000.00 | 3/31/25 - 3/30/28 | United States Virgin Islands Partnerships for Community-Wide Sustainability |

Description:
This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for the recipient&rsquo;s Clean Water State Revolving Fund program.

Activities:
The recipient of these funds provide low interest financing to numerous subrecipients.

Outcomes:
The anticipated deliverables include financing, planning, design, and construction of eligible water quality improvement and protection projects.  The expected outcomes are to improve and protect water quality and public health. The intended beneficiaries include citizens throughout the State.

Subrecipient:
Subawards are included in this assistance agreement as grants and loans.

Description:
This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specifically, the project will tackle both the upstream and downstream aspects of effective waste management by promoting behavior change and improving diversion methods once waste enters the system. Specific programs include a comprehensive recycling and composting programs for the two most populous islands, including establishment of a circular economy; expanding access to safe public drinking water; community, school, and business education for protecting marine health; and community partnerships, engagement, and outreach to inform program design/evolution, and maximize community-wide participation/commitment to these new programs.

Activities:
The activities include establishing a resource recovery center on St. Thomas, establishing a comprehensive composting program for the residents of St. Thomas and St. Croix, installing water filling stations, conducting water quality monitoring, increasing Eco-school programming in schools, and implementing a comprehensive public education and engagement campaign.

EPA_00072321



EPA_00072322



EPA_00072323



EPA_00072324



EPA_00072325



EPA_00072326



EPA_00072327

Outcomes:
The anticipated deliverables include: the construction of recycling and education facility on St Thomas; collecting and processing of recyclable materials; 4 public collection points installed for materials for recycling; installation of central composting/mulching facilities on St. Thomas and St. Croix; collecting and composting/mulching of organic waste; research results from waste market analyses and commercial needs assessment surveys; selling tons of reclaimed materials back into the economy following processing per year; generating revenue in the local economy from end-market materials sales per year; 9 water-filtration systems installed in publicly accessible locations and schools; 2 additional public schools participating in Eco-Schools programming; 30 high-quality jobs added to USVI economy; survey results from stakeholders: citizens, businesses, K-12 students, and educators; and distribution and audience impressions for educational and promotional materials and events.

The expected outcomes include reduction in materials deposited in local landfills and associated GHG emissions per year; reduction in plastic and other waste removed from marine and land areas per year; increased community participation and commitment in reducing volume of solid



EPA_00072329







EPA_00072332



EPA_00072333



EPA_00072334

waste production and its associated pollutants; decrease in percentage of imported food, post-recycled materials, fertilizer, and mulch; increase in public access to safe, plastic-free drinking water; increase in businesses earning and displaying Eco-Certifications; increase in percentage of K-12 students receiving Eco-Schools curriculum; and increased economic opportunity with newly established circular economy and added jobs.

The intended beneficiaries are disadvantaged communities.

Subrecipient:
The activities to be completed as subawards include: implement a territory wide composting project; conduct tests of public water sources including assessment and communication of results; installation of 9 new water filling stations with signage in easily accessible and highly used spaces; conduct community water opinion surveys and engagement campaigns to identify and mitigate drinking water risks and promote sources of free, safe, waste-free drinking water; design/delivery of Eco-Schools programming at two additional schools; implement a comprehensive public education and engagement plan for all projects including establish a Community Council with representatives from each island to provide ongoing input and feedback for continued success.

| jps5684 - JACKSON PUBLIC SCHOOLS | 662 S President St, Jackson, MS  39201 | 1/17/25 |

EPA_00072336

| 1/23/25 | Independent School District | N - New Project | RACHEL ROBINSON | 404-562-9322 |

EPA_00072337

| | $4,923,958.00 | 02 | 03D32325-0 | USEPA EPA R4 |
|---|---|---|---|---|
| | | | | |

Clean Air Act: Sec. 132

EPA_00072339

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00072340

| | | |
|---|---|---|
| $6,914,458.00 | 1/1/25 - 12/31/26 | Clean Heavy-Duty Vehicles Program |

Description:
The agreement provides funding in the amount of $4,923,958 under the Inflation Reduction Act (IRA) to Jackson Public Schools to replace in use, vehicles with new zero emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The recipient will replace 15 eligible vehicles with comparable, eligible zero emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Jackson, Mississippi.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles, purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.

Outcomes:
The anticipated deliverables include replacement of 15 internal combustion engine school buses with zero emission school buses and the installation of 10 DC fast

EPA_00072343

EPA_00072344

EPA_00072345

EPA_00072346

EPA_00072347

EPA_00072348

chargers. Workforce training will be provided to staff, bus drivers, and mechanics related to zero emission vehicles and charging, and monthly community engagement activities will be coordinated by project staff. The expected outcomes include reduction of greenhouse gas emissions and improved ambient air quality in communities where the buses operate, improved workforce training programs and increased worker confidence in operating and maintaining zero emissions vehicles and chargers, increased public awareness of the clean heavy duty vehicles program, and better community understanding of the environmental and economic effectiveness of the implemented technology. The intended beneficiaries include Jackson Public Schools (grantee), Iris Facilities Intelligence (partner), and Entergy (partner). Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

| JSI RESEARCH & TRAINING INSTITUTE INC | CONTROLLER, BOSTON, MA 02210 | 1/16/25 |

EPA_00072350

| 1/22/25 | Not for Profit | N - New Project | MONIQUE LLOYD | 617-918-1976 |
|---------|----------------|-----------------|----------------|--------------|
|         |                |                 |                |              |

| $3,000,000.00 | $3,000,000.00 | 08 | 00A01863-0 | USEPA EPA R1 |
|---|---|---|---|---|

Clean Air Act: Sec. 138

EPA_00072353

| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |
|---|---|

EPA_00072354

| $3,000,000.00 | 1/1/25 - 12/31/27 | Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston) |

Description:
This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into local environmental and climate policy decision-making in Boston&rsquo;s Environmental Justice (EJ) neighborhoods by improving access to information, creating a Community Advisory Council (CAC), and launching an EJ Ambassador program for peer outreach and engagement in East Boston, Massachusetts. JSI Inc. along with their Statutory Partner, Gast&oacute;n Institute will provide outreach, training, and technical support to increase public engagement and involvement in local initiatives and decision-making, which will build safe and healthy communities and improve environment and public health conditions including the ability to address and respond to extreme weather and other climate impacts. Outcomes include increased community engagement in local government processes and decision-making, establishing new communication pathways, community-led recommendations, and additional community leadership opportunities through training programs.

Activities:
The activities to be performed include creating a Community Advisory Council (CAC), building connections with local government and launching an EJ



EPA_00072357



EPA_00072358



EPA_00072359



EPA_00072360



EPA_00072361



EPA_00072362

Ambassador program for peer outreach in East Boston, Massachusetts. The project will connect residents, local organizations and workers including those with limited English proficiency to build partnership and collaboration. JSI will focus on partnerships with community organizations including Neighbors United for a Better East Boston (NUBE), an East Boston resident-led organization dedicated to organizing disenfranchised neighbors for civic participation; Maverick Landing Community Services (MLCS), a nonprofit focused on building an equitable community in East Boston; and GreenRoots, an environmental justice organization in Boston and Chelsea which focuses on public engagement, collective action, education, and youth leadership. The project will organize a series of community events and trainings to listen to community concerns and increase residents under standing of local government programs and involvement in municipal decision-making. This project will establish a CAC with at least 20 representatives from underserved communities. The project will enhance communication and feedback mechanisms by establishing bi-directional communication pathways between community members and local municipal government. This includes in-person meetings, online communication platforms, social media, and virtual meetings. The training program will also reach teachers of Adult Basic Education/English for Speakers

EPA_00072363



EPA_00072364





EPA_00072366



EPA_00072367



EPA_00072368



EPA_00072369

of Other Languages, academic teachers, and local community-based organization leaders through a train-the trainer program on environmental and climate justice topics that directly informs, engages and addresses needs of East Boston residents.

Outcomes:
The anticipated deliverables include establishing a Community Advisory Council of 20 community members and an Environmental Justice (EJ) Ambassador program of 8-12 members recruited from East Boston, Massachusetts. The project will establish new communication pathways between the City of Boston local government including at least 15 educational events engaging at least 900 residents and additional online engagement opportunities. The project will conduct train-the-trainer programs for at least 25 teachers of Adult Basic Education/English for Speakers of Other Languages and nonprofit leaders, who will train at least 75 adults and 75 youth per year (450 total) on environmental and climate justice. The project will host at least 6 environmental awareness events reaching at least 300 community members and develop a training curriculum focusing on civic participation to address local climate and environmental issues and complete at least 3 existing environmental/health needs assessments on local topics. The pro

| KANSAS STATE UNIVERSITY | 1601 VATTIER STREET, Manhattan, KS  66506-1100 | 1/16/25 |
|---|---|---|

EPA_00072371

| 1/22/25 | State Institution of Higher Learning | N - New Project | RONDA KRELL | 913-551-7531 |
|---------|--------------------------------------|-----------------|-------------|--------------|

EPA_00072372

| | | | | |
|---|---|---|---|---|
| $151,022.00 | $151,022.00 | 01 | 96719201-0 | USEPA EPA R7 |

Clean Air Act: Sec. 103,Toxic Substances Control Act: Sec. 10(a) & PL 106-74

EPA_00072374

66.717 / Source Reduction Assistance                        $0.00

EPA_00072375

| $158,971.00 | 1/1/25 - 12/31/26 | FY24-25 KSU Source Reduction Assistance |
|---|---|---|

Description:
This project will provide source reduction
technical assistance (e.g., information,
training, tools) and workforce training to
businesses to help them develop and adopt
source reduction practices (also known as
pollution prevention). Pollution Prevention
means reducing or eliminating pollutants from
entering any waste stream or otherwise being
released into the environment prior to
recycling, treatment, or disposal. Pollution
Prevention practices can help businesses
save money by reducing their resource use,
expenditures, waste and liability costs, while
at the same time reducing their
environmental footprint and helping to protect
human health and the environment.
Specifically, the project will work to improve
community awareness of harmful air
emissions and to reduce VOC and toxic air
emissions at painting and coating facilities by
providing source reduction technical
assistance and workforce training for up to
sixty businesses using painting and coating
processes located in up to fifteen census
tracts in the Wichita metro area identified as
having environmental justice impacts due to
toxics emissions to the air. The project will
also hold community forums in the areas
shown to have these impacts, giving
businesses using painting and coating
processes, citizens, and workers the
opportunity to discuss efforts to reduce air
toxics impacts locally. The project will publish
documents and host presentations at various

EPA_00072378

EPA_00072379

EPA_00072380

EPA_00072381

EPA_00072382

EPA_00072383

local, state, and national events to promote replication of investigation and reduction activities.

Activities:
Kansas State University&rsquo;s Pollution Prevention Institute will identify 15 census tracts in the Wichita metro area that contain, and are impacted by, business activities involving painting and coating and that have Environmental Justice concerns based on toxic air emissions from painting and coating, and the identification of those businesses; provide outreach, source reduction technical assistance and training opportunities as related to painting and coating processes for workers in businesses in identified areas; conduct community forums for the identified areas that involve the businesses performing painting and coating processes, their workers, and the local citizenry and provide a platform to discuss efforts for reducing local impacts from toxic air emissions; share/transfer lessons learned through conferences, trade shows, newsletters, and other venues such as the R7 EJ TCTAC; and follow-up with businesses using painting and coating processes located in the identified areas to determine the impact of training and on-site technical assistance on reducing toxic air emissions and to recognize project successes.

Outcomes:
The project will identify at least 200

EPA_00072385

EPA_00072386

EPA_00072387

EPA_00072388

EPA_00072389

EPA_00072390

businesses involved in painting and coating; will hold up to 4 training events supporting at least up to 40 participants at each event; provide off-site technical assistance to up to 80 organizations and on-site technical assistance to up to 6 organizations; hold up to 3 community forums with at least 20 participants from disadvantaged communities; publish at least 1 case summary and hold up to 2 conferences to facilitate lessons learned transfer of knowledge amongst participants; up to 6 facilities receiving follow up visits and up to 30 recommendations reviewed for implementation. Outcomes from training and technical assistance based on use of the EPA Pollution Prevention Greenhouse Gas calculator are estimated to be up to 5,000 pounds of hazardous material reduced, including air toxics, up to 3,800 MTCO2e GHGs reduced, and up to $85,000 in cost-savings. Residents of the State of Kansas will benefit from the reduction of pollution and assisted industries will benefit through improved processes.

Subrecipient:
Wichita State University Environmental Finance Center will assist with training workshops, calls to aerospace industry stakeholders, host community involvement events, and assist with development of e

| MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES, AND ENERGY | 525 W ALLEGAN ST, LANSING, MI  48909-8157 | 1/20/25 |
|---|---|---|

EPA_00072392

| 1/23/25 | State | A - Augmentation: Increase | ROBERT YOUNG | 312-886-6128 |
|---------|-------|----------------------------|--------------|--------------|

EPA_00072393

| $1,474,072.00 | $40,780.00 | 07 | 00E03794-1 | USEPA EPA R5 |
|---|---|---|---|---|

EPA_00072394

Clean Air Act: Sec. 103,Inflation Reduction Act: Sec. 60105(a)

EPA_00072395

| | |
|---|---|
| 66.034 / Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act | $0.00 |

EPA_00072396

| $1,543,174.00 | 6/1/24 - 5/31/29 | Inflation Reduction Act - Air Monitoring Grant 60105(a) FY24-FY29 |
| --- | --- | --- |

EPA_00072397

Description:
The agreement provides funding under the Inflation Reduction Act to the Michigan Department of Environment, Great Lakes, and Energy for the expansion and enhancement of their air monitoring activities. Specifically, the recipient will improve and enhance Michigan's air monitoring network through upgrading equipment at multiple air monitoring sites and as well as establishing a new site in a non-attainment area.

Activities:
The activities include purchasing multiple different types of sensors and equipment to measure levels of carbonyl, volatile organic compounds, polycyclic aromatic hydrocarbons, carbon monoxide, sulfur dioxide, black carbon, and ozone. additionally, a new particulate matter 2.5 air monitoring site will be established in Lansing, MI.

Outcomes:
The anticipated deliverables include the deployment of roughly 40 new units of equipment used to measure air pollution and the installation of one new multi pollutant air monitoring site.

The expected outcomes include increased disadvantaged communities monitored for air quality, increased sustainability of ambient air monitoring networks, and increased public awareness of ambient air quality.

The intended beneficiaries include the residents of Michigan, specifically those located near the air monitoring sites.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00072398

| | | |
|---|---|---|
| MiDadePubSch - SCHOOL BOARD OF MIAMI-DADE COUNTY | 1450 NE SECOND AVE, MIAMI, FL   33132-1308 | 1/16/25 |

EPA_00072399

| 1/22/25 | County | N - New Project | TERRI PAYNE | 404-562-0000 |
|---------|--------|-----------------|-------------|--------------|

| | | | | |
|---|---|---|---|---|
| $7,297,240.00 | $7,297,240.00 | 24 | 03D32125-0 | USEPA EPA R4 |

Clean Air Act: Sec. 132

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00072403

| $10,422,240.00 | 1/1/25 - 12/31/27 | Clean Heavy-Duty Vehicles Program |
|---|---|---|

Description:
This action provides funding in the amount of $7,297,240 to support the School Board of Miami-Dade County under the Inflation Reduction Act (IRA) to replace non-zero emission heavy duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The recipient will replace 25 eligible vehicles with comparable, eligible zero emission vehicles under the School Bus Sub-Program which will result in cleaner air and improved health for communities in Miami Dade County, Florida.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles, purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.

Outcomes:
The anticipated deliverables will include deployment of 25 new electric school buses, installation of 25 Level 3 charging stations and supporting infrastructure at designated depots, completion of training programs for drivers and maintenance personnel, and conduction of community engagement events. The expected outcomes include reduced greenhouse gas emissions, improved air quality in the Miami-Dade area, community awareness and support for sustainability initiatives, and increased partnerships with local organizations and stakeholders. The intended beneficiaries include Miami-Dade County Public Schools (grantee), the CLEO Institute (partner), Generation 180 (partner), Florida Power and Light (partner), and the World Resources Institute (partner). Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.&#8239;

Subrecipient:
No subawards are included in this assistance agreement.

| MISSISSIPPI BAND OF CHOCTAW INDIANS | ATTN: CHIEF FINANCIAL OFFICER, Choctaw, MS 39350-6090 | 1/17/25 |
|---|---|---|

EPA_00072406

| 1/23/25 | Indian Tribe | N - New Project | HOLLEY TAYLOR | 404-562-8612 |
| --- | --- | --- | --- | --- |

EPA_00072407

| | $7,759,587.00 | 03 | 03D29925-0 | USEPA EPA R4 |
|---|---|---|---|---|

EPA_00072408

Clean Air Act: Sec. 137



EPA_00072409

| 66.046 / Climate Pollution Reduction Grants | $0.00 |

| $7,759,587.00 | 12/1/24 - 11/30/29 | Climate Pollution Reduction Grants |

EPA_00072411

Description:
The action provides funding in the amount of
$7,759,587 under the Inflation Reduction Act
to the Mississippi Band of Choctaw Indians.
The recipient will implement greenhouse gas
reduction programs, policies, projects and
measures identified in a Priority Climate
Action Plan developed under a Climate
Pollution Reduction Grants planning grant.
Activities conducted through this grant will
benefit all residents and visitors to tribal lands
located in Choctaw better known as Pearl
River, Bogue Homa, Bogue Chitto, Crystal
Ridge, Red Water, Standing Pine, Tucker,
Conehatta, MS and Henning, TN. Through
four main objectives, we will execute
implementation of ambitious measures that
will achieve significant cumulative
greenhouse gas reductions by 2030 and
beyond. Pursuit of measures that will achieve
substantial community benefits, particularly in
low-income and disadvantaged communities.
Complementing other funding sources to
maximize these greenhouse gas reductions
and community benefits.

Activities:
The activities include four projects which
include installing distributed solar generation
systems coupled with solar-driven heat
pumps, replace non-electric home appliances
with  more energy efficient electric
appliances. There will be an enhancement to
the tribe recycling program by purchasing
one commercial grade frontloading recycling



EPA_00072413



EPA_00072414



EPA_00072415



EPA_00072416



EPA_00072417



EPA_00072418

truck, (2) commercial grade front load recycling containers to improve biofuel infrastructure for improved production and efficiency of distribution.

Outcomes:
The anticipated deliverables include replacement and installation of the following, 300 solar heat pumps, the purchase of 1 front grade loader and 30 recycling containers. There also be construction of a biofuel facility and corresponding waste oil collection center.
 The expected outcomes include decreased energy use by residents, reduction in Carbon dioxide emissions related to residential appliance and energy use. An increased use of biofuels for tribal fueling operations will improve the health of tribal members and all intended beneficiaries of the entire tribal community, with a specific focus on tribal elders most at risk of heat-related illnesses and other community members through job creation.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| NARRAGANSETT INDIAN TRIBE | P.O. BOX 268, CHARLESTOWN, RI 02813-0268 | 1/17/25 |

EPA_00072420

| 1/23/25 | Indian Tribe | N - New Project | JULIE ROSS | 617-918-1317 |
|---------|--------------|-----------------|------------|--------------|

EPA_00072421

| | $6,627,691.00 | 02 | 00A01655-0 | USEPA EPA R1 |
|---|---|---|---|---|

EPA_00072422

Clean Air Act: Sec. 137

EPA_00072423

| | |
|---|---|
| 66.046 / Climate Pollution Reduction Grants | $0.00 |

EPA_00072424

| $6,627,691.00 | 1/20/25 - 12/30/30 | CPRG Implementation Grant |

EPA_00072425

Description:
The purpose of this award is to provide
funding under the Inflation Reduction Act
(IRA) to the Narragansett Indian Tribe. The
recipient will implement greenhouse gas
(GHG) reduction programs, policies,
projects, and measures identified in a Priority
Climate Action Plan (PCAP) developed under
a Climate Pollution Reduction Grants
(CPRG) planning grant. Activities conducted
through this grant will benefit all residents
and visitors to Narragansett Indian Tribal
Lands through four main objectives:
implementation of ambitious measures that
will achieve significant cumulative
greenhouse gas (GHG) reductions by 2030
and beyond; pursuit of measures that will
achieve substantial community benefits,
particularly in low-income and disadvantaged
communities; complementing other funding
sources to maximize these greenhouse gas
(GHG) reductions and community benefits;
and, pursuit of innovative policies and
programs that are replicable and can be
scaled up across multiple jurisdictions.

Activities:
The activities include the completion of
energy audits at Narragansett Indian Tribe
(NIT) owned and operated buildings to
identify priority energy efficiency measures
(EEMs) that would reduce energy
consumption and associated costs;
implementation of identified priority energy
efficiency measures (EEMs), including

EPA_00072427

EPA_00072429

EPA_00072430

building energy management systems; installation of solar (rooftop, carport, and ground-mounted) on six Narragansett Indian Tribe-owned and operated buildings; and installation of battery storage systems to replace propane and diesel generators at eight Narragansett Indian Tribe-owned and operated buildings.

Outcomes:
The anticipated deliverables include: The completion of comprehensive energy audits on all Tribal owned facilities and the implementation of priority energy efficiency measures; a strategy to replicate energy efficiency measures across all Tribal buildings; installation of solar photovoltaic (PV) and battery storage on Tribal-owned facilities; and educational opportunities for Tribal members on energy-efficiency efforts and solar/battery installations.

The expected outcomes include: Reduced greenhouse gas (GHG) emissions by 39.32 Million Tonnes (MT) of carbon dioxide equivalent (CO2e) annually, beginning in 2030, through energy efficiency measures; reduced greenhouse gas (GHG) emissions by 246.02 Million Tonnes (MT) of carbon dioxide equivalent (CO2e) annually, beginning in 2029, through solar photovoltaic (PV) and battery installation; decreased energy usage and costs; reduced Criteria Air Pollutants, which benefits public health; improved energy resilience and reduced dependence on fossil fuels; and increased awareness of energy efficiency best practices and solar photovoltaic (PV) installation efforts and opportunities.

The intended beneficiaries include the Narragansett Indian Tribe, its members, the larger community, and visitors to Tribal facilities. With asthma and cancer rates in the 80-90th percentile on Tribal lands, deploying these greenhouse gas (GHG) reduction measures will improve air quality on Tribal lands and in the surrounding Town of Charlestown, where the majority of Tribal members reside.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00072433

| NATIONAL CAUCUS AND CENTER ON BLACK AGING, INC. | 1220 L Street, NW, WASHINGTON, DC 20005-4023 | 1/17/25 |
|---|---|---|

EPA_00072434

| 1/23/25 | Not for Profit | A - Augmentation: Increase | WALKER ONEIL | 202-564-8521 |
|---------|----------------|---------------------------|--------------|--------------|
| | | | | |

EPA_00072435

| $1,786,077.00 | $110,000.00 | 98 | 84049801-8 | USEPA EPA HQ |
|---|---|---|---|---|

EPA_00072436

Environmental Programs Assistance Act of 1984 (PL 98-313)

| 66.508 / Senior Environmental Employment Program | $0.00 |
| --- | --- |

EPA_00072438

| $2,456,095.00 | 12/15/22 - 12/14/25 | Senior Environmental Employment (SEE) Program - U.S. EPA offices in Center for Environmental Solutions and Emergency Response (CESER) |
|---|---|---|

EPA_00072439

Description:
The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).

Activities:
The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Office of Pesticide Programs, Center for Environmental Solutions and Emergency Response, Office of Research and Development (CESER/ORD) in Ada, OK; RTP, NC; Washington, DC

Outcomes:
The anticipated deliverable for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Caucus and Center on Black Aging (NCCBA). There are no subrecipient activities.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00072440

| NATIONAL CAUCUS AND CENTER ON BLACK AGING, INC. | 1220 L Street, NW, WASHINGTON, DC  20005-4023 | 1/17/25 |
| --- | --- | --- |
| National Caucus & Center on Black Aging Inc | 1220 L Street, NW, Washington, DC  20005-4023 | 1/17/25 |

| 1/23/25 | Not for Profit | A - Augmentation: Increase | WALKER ONEIL | 202-564-8521 |
|---------|----------------|----------------------------|--------------|--------------|

| 1/23/25 | Not for Profit | A - Augmentation: Increase | WALKER ONEIL | 202-564-8521 |
|---------|----------------|----------------------------|--------------|--------------|

| | | | | |
|---|---|---|---|---|
| $814,500.00 | $229,000.00 | 98 | 84062201-5 | USEPA EPA HQ |
| $2,026,325.00 | $116,100.00 | 98 | 84049901-C | USEPA EPA HQ |

Environmental Programs Assistance Act of 1984 (PL 98-313)

Environmental Programs Assistance Act of 1984 (PL 98-313)

| | |
|---|---|
| 66.508 / Senior Environmental Employment Program | $0.00 |

| | |
|---|---|
| 66.508 / Senior Environmental Employment Program | $0.00 |

| | | |
|---|---|---|
| $1,766,203.00 | 9/1/23 - 8/31/26 | To provide supportive to the Office of Water through the Senior Environmental Employment Program. |
| $2,625,027.00 | 1/15/23 - 1/14/26 | Senior Environmental Employment (SEE) Program - U.S. EPA offices in Center for Environmental Measurement and Modeling (CEMM). |

Description:
The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).

Activities:
The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment Program enrollees to work with the Office of Water (OW) in Washington, DC.

Outcomes:
The anticipated deliverable and expected outcomes for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Caucus and Center on Black Aging, Inc.

Subrecipient:
No subawards are included in this assistance agreement.

Description:
The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).

Activities:
The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Center for Environmental Measurement and Modeling, Office of Research and Development (CEMM/ORD), in RTP, NC; Narragansett, RI; Athens, GA; Gulf Breeze, FL; Cincinnati, OH.

Outcomes:
The anticipated deliverable for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Caucus and Center on Black Aging (NCCBA). There are no subrecipient activities.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00072447

| | | |
|---|---|---|
| NATIONAL EXPERIENCED WORKFORCE SOLUTIONS INC | 3811 North Fairfax Drive, ARLINGTON, VA 22203-1757 | 1/17/25 |
| Natl Asian Pacific Center on Aging | 1511 Third Avenue Melbourne Tower, Seattle, WA 98101-1667 | 1/17/25 |

| 1/23/25 | Not for Profit | A - Augmentation: Increase | WALKER ONEIL | 202-564-8521 |
| 1/23/25 | Not for Profit | A - Augmentation: Increase | KAMYAR KOMEILI BIRJANDEE | 202-564-4213 |

| $1,037,000.00 | $500,000.00 | 08 | 84092801-1 | USEPA EPA HQ |
|---|---|---|---|---|
| $2,390,243.00 | $594,717.00 | 07 | 84053701-D | USEPA EPA HQ |

Environmental Programs Assistance Act of 1984 (PL 98-313)

Environmental Programs Assistance Act of 1984 (PL 98-313)

| | |
|---|---|
| 66.508 / Senior Environmental Employment Program | $0.00 |

| | |
|---|---|
| 66.508 / Senior Environmental Employment Program | $0.00 |

| | | |
|---|---|---|
| $14,628,268.00 | 7/1/24 - 6/30/29 | To provide technical assistance to Office of Pesticide Programs, Office of Chemical Safety and Pollution Prevention (OPP OCSPP) SEE Program |
| $4,522,862.00 | 11/1/22 - 10/31/25 | Senior Environmental Employment (SEE) Program - Center for Public Health and Environmental Assessment |

Description:
The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency.

Activities:
The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Office of Pesticide Programs, Office of Chemical Safety and Pollution Prevention (OPP OCSPP); Washington, DC.

Outcomes:
The anticipated deliverable and expected outcomes for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Experienced Workforce Solutions, Inc.

Subrecipient:
No subawards are included in this assistance agreement.

Description:
The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans age 55 and over to share their expertise with the Environmental Protection Agency (EPA).

Activities:
The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Center for Public Health and Environmental Assessment/Office of Research and Development (CPHEA/ORD).

Outcomes:
The anticipated deliverable for the grantee organization is to provide SEE enrollees to assist the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Asian Pacific Center on Aging (NAPCA).

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00072454

| NavajoTUA - NAVAJO TRIBAL UTILITY AUTHORITY | PO BOX 170, FORT DEFIANCE, AZ  86504-1520 | 1/16/25 |
| --- | --- | --- |

EPA_00072455

| 1/22/25 | Indian Tribe | N - New Project | MATTHEW NULL | 213-244-1827 |

EPA_00072456

| $2,636,600.00 | $2,636,600.00 | 02 | 97T17001-0 | USEPA EPA R9 |

EPA_00072457

2018 (PL 115-123),Clean Water Act: Title VI & Infrastructure Investment and Jobs Act (IIJA)(PL 117-58),Further Additional Supplemental Appropriations for Disaster Relief Requirements Act

EPA_00072458

66.458 / Capitalization Grants for Clean Water State Revolving Funds          $0.00

EPA_00072459

| $2,636,600.00 | 1/25/25 - 10/1/26 | State Revolving Fund- BIL Supplement |
|---|---|---|

EPA_00072460

Description:
The agreement provides funding to the
Navajo Tribal Utility Authority (NTUA) to
implement projects and activities that
improve wastewater sanitation services for
Federally recognized Indian tribes and/or
Alaskan Native Villages.  Specifically, the
recipient will evaluate the condition of the
sanitary sewer collection system and develop
recommendations and cost estimates for the
repair, rehabilitation, and/or replacement of
system components.

This agreement provides federal funding in
the amount of $2,636,600.

Activities:
The activities include completing an
evaluation and recommendation for
improvements to the community sanitary
sewer collection system.
At a minimum the SSES proposes to address
the following general elements:
a) Corrosion Defect Identification
b) Manhole Inspections
c) Inflow and Infiltration Detection
d) Closed Circuit Television Inspection
e) Pump Station Performance and Adequacy


The repair, rehabilitation and/or replacement
plan (RRR Plan) for the collection system
shall use the SSES to inform the
development of recommendations to correct
deficiencies cited in the components of the

EPA_00072462

EPA_00072463

EPA_00072465

EPA_00072466

EPA_00072467

collection system. At a minimum the RRR Plan proposes to address the following general elements:
a) Ranking of all identified defects using NASCCO PACP and MACP standards.
b) Categorization of each defect requiring RRR.
c) Estimated cost of RRR.
d) Schedule for proposed RRR activities.
e) Plan for funding RRR activities.

Outcomes:
The anticipated deliverables include:
i. By September 30th, 2025, NTUA and EPA WaterTA intend to complete contract documents needed for the solicitation of a sanitary sewer evaluation study (SSES) and subsequent repair, rehabilitation and replacement plan (RRR Plan).
ii. By January 31st, 2026, NTUA intends to secure a contract for the completion of a SSES and RRR Plan.
iii. By December 31st, 2026, NTUA intends to submit a draft SSES for EPA review.
iv. By December 31st, 2027, NTUA intends to submit a draft RRR Plan for EPA review.

v. By September 30th, 2028, finalize all work plan tasks, submit final programmatic and financial reports, and initiate grant close-out.

vi. The project supports EPA&rsquo;s Strategic Plan, Objective 5.2 Protect and Restore Waterbodies and Watersheds.

EPA_00072468

EPA_00072469

EPA_00072470

EPA_00072471

EPA_00072472

EPA_00072473

The expected outcomes include:
Work Plan Component Output/Deliverable
Site Visit Report / Site Map
Utility Location Utilities Map
RFQ / Bid Package  Solicitation Package
Advertise Bid Package  Web /  Bulletin
Posting
Pre-Bid Meeting  Sign-In Sheet
Review Proposals / Bids  Technical
Evaluation
Contractor Selection  Notice of Selection
Agreement Finalized  Signed Agreement
Document
Schedule of Work and Values Gantt Chart:
Tasks and Values
Kick-Off Meeting  Agenda
Sewer Evaluation San. Sewer Evaluation
Study
Recommendations and Costs Development
RRR Plan and Cost Estimate
Acceptance of Work and Final Payment
Finalized SSES and RRR Plan
Develop/ Update IHS SDS Project SDS
Assigned Project Number
Develop Funding Application Completed
Funding Application
EPA Financial Requirements Final Federal
Financial Report (SF-425) submitted to EPA
Finance Office
EPA Programmatic Requirements Final
report submitted to EPA Program Office


The intended beneficiaries include:
Communities and Receiving Water Bodies.
The project supports EPA&rsquo;s Strategic
Goal 5: Ensure Clean and Safe Water for All
Communities, Objective 5.2: Protect and
Restore Waterbodies and Watersheds.


Subrecipient:
No subawards are included in this assistance
agreement.

| NavajoTUA - NAVAJO TRIBAL UTILITY AUTHORITY | PO BOX 170, FORT DEFIANCE, AZ  86504-1520 | 1/16/25 |
|---|---|---|

EPA_00072476

| 1/22/25 | Indian Tribe | N - New Project | MATTHEW NULL | 213-244-1827 |
|---|---|---|---|---|
| | | | | |

EPA_00072477

| $1,778,000.00 | $1,778,000.00 | 02 | 97T17201-0 | USEPA EPA R9 |
| --- | --- | --- | --- | --- |

Clean Water Act: Sec. 518(c)



EPA_00072479

66.458 / Capitalization Grants for Clean Water State Revolving Funds | $0.00

| | | |
|---|---|---|
| $1,778,000.00 | 1/25/25 - 9/30/27 | Clean Water Indian Set-Aside Chinle Sanitary Sewer Evaluation Project |

Description:
The agreement provides funding to the
Navajo Tribal Utility Authority (NTUA) to
implement projects and activities that
improve wastewater sanitation services for
Federally recognized Indian tribes and/or
Alaskan Native Villages.  Specifically, the
recipient will evaluate the condition of the
sanitary sewer collection system and develop
recommendations and cost estimates for the
repair, rehabilitation, and/or replacement of
system components.

This agreement provides federal funding in
the amount of $1,778,000.

Activities:
The activities include completing an
evaluation and recommendation for
improvements to the community sanitary
sewer collection system.
At a minimum the SSES proposes to address
the following general elements:
a) Corrosion Defect Identification
b) Manhole Inspections
c) Inflow and Infiltration Detection
d) Closed Circuit Television Inspection
e) Pump Station Performance and Adequacy


The repair, rehabilitation and/or replacement
plan (RRR Plan) for the collection system
shall use the SSES to inform the
development of recommendations to correct
deficiencies cited in the components of the

EPA_00072482



EPA_00072483





EPA_00072485



EPA_00072486



EPA_00072487



EPA_00072488

collection system. At a minimum the RRR Plan proposes to address the following general elements:
a) Ranking of all identified defects using NASCCO PACP and MACP standards.
b) Categorization of each defect requiring RRR.
c) Estimated cost of RRR.
d) Schedule for proposed RRR activities.
e) Plan for funding RRR activities.

Outcomes:
The anticipated deliverables include:
i. By September 30th, 2025, NTUA and EPA WaterTA intend to complete contract documents needed for the solicitation of a sanitary sewer evaluation study (SSES) and subsequent repair, rehabilitation and replacement plan (RRR Plan).
ii. By January 31st, 2026, NTUA intends to secure a contract for the completion of a SSES and RRR Plan.
iii. By December 31st, 2026, NTUA intends to submit a draft SSES for EPA review.
iv. By December 31st, 2027, NTUA intends to submit a draft RRR Plan for EPA review.

v. By September 30th, 2028, finalize all work plan tasks, submit final programmatic and financial reports, and initiate grant close-out.

vi. The project supports EPA&rsquo;s Strategic Plan, Objective 5.2 Protect and





EPA_00072491





EPA_00072493



EPA_00072494



EPA_00072495

Restore Waterbodies and Watersheds.

The expected outcomes include:
Work Plan Component Output/Deliverable
Site Visit Report / Site Map
Utility Location Utilities Map
RFQ / Bid Package  Solicitation Package
Advertise Bid Package  Web /  Bulletin
Posting
Pre-Bid Meeting  Sign-In Sheet
Review Proposals / Bids  Technical
Evaluation
Contractor Selection  Notice of Selection
Agreement Finalized  Signed Agreement
Document
Schedule of Work and Values Gantt Chart:
Tasks and Values
Kick-Off Meeting  Agenda
Sewer Evaluation San. Sewer Evaluation
Study
Recommendations and Costs Development
RRR Plan and Cost Estimate
Acceptance of Work and Final Payment
Finalized SSES and RRR Plan
Develop/ Update IHS SDS Project SDS
Assigned Project Number
Develop Funding Application Completed
Funding Application
EPA Financial Requirements Final Federal
Financial Report (SF-425) submitted to EPA
Finance Office
EPA Programmatic Requirements Final
report submitted to EPA Program Office

The intended beneficiaries include:
Communities and Receiving Water Bodies.
The project supports EPA&rsquo;s Strategic
Goal 5: Ensure Clean and Safe Water for All
Communities, Objective 5.2: Protect and
Restore Waterbodies and Watersheds.


Subrecipient:
No subawards are included in this assistance
agreement.

| NEW ENGLAND INTERSTATE WATER POLLUTION CONTROL COMMISSION | 650 Suffolk Street, Suite 410, Lowell, MA  01854 | 1/16/25 |
|---|---|---|

EPA_00072497

| 1/22/25 | Interstate | A - Augmentation: Increase | SHANA ETHERIDGE | 202-564-9777 |

EPA_00072498

| $120,000.00 | $20,000.00 | 05 | 84039101-3 | USEPA EPA HQ |
|---|---|---|---|---|

EPA_00072499

Clean Water Act: Sec. 104(b)(3)

| | |
|---|---|
| 66.436 / Surveys, Studies, Investigations, Demonstrations, and Training Grants and Cooperative Agreements - Section 104(b)(3) of the Clean Water Act | $0.00 |

| $200,000.00 | 6/1/22 - 4/30/27 | Multimedia 303(d) Success Story Creation and Dissemination (NPA X) |
|---|---|---|

Description:
The purpose of this award is to build state, tribal, and local capacity to communicate 303(d) program successes in restoring waters and to raise public awareness of activities conducted by these entities to correct water quality impairments. To accomplish this goal, NEIWPC will convene a workgroup of interested and communications savvy professionals from EPA, state, territorial, and tribal 303(d) programs to help identify potential topics to prioritize for communications product creation. Examples of those topics could include successes related to nutrients, bacteria, environmental justice, climate change, 303(d) list prioritization, alternative approaches, engagement and partnerships, and protection. NEIWPCC, with support from the workgroup and input from EPA, will gather information on potential success stories from 303(d) program staff and review the submitted story ideas to identify common themes, topics, and approaches. The primary deliverables from this award will be synopses of successful restoration projects stories that will be developed into a one- to two-page sharable write-up and at least one other communication product, which may include a StoryMap, podcast episode, infographic, or other tool, to engage a broader audience, including states, tribes, municipalities, and the general public.

Activities:
.

Outcomes:
.

Subrecipient:
No subawards are included in this assistance agreement.

| NEW YORK CITY SCHOOL BUS UMBRELLA SERVICES INC | 297 NORMAN AVE, BROOKLYN, NY 11222-3734 | 1/17/25 |
| --- | --- | --- |

| 1/23/25 | Not for Profit | N - New Project | CALLETTA BRYAN | 212-637-3421 |
|---------|----------------|-----------------|----------------|--------------|
|         |                |                 |                |              |

EPA_00072505

| | $39,035,500.00 | 07 | 96275625-0 | USEPA EPA R2 |
|---|---|---|---|---|

Clean Air Act: Sec. 132



EPA_00072507

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00072508

| $55,066,465.00 | 3/1/25 - 8/31/27 | EmpowerNY: Electrifying Education with Sustainable School Buses |
| --- | --- | --- |

Description:
The agreement provides funding under the Inflation Reduction Act (IRA) to NYC School Bus Umbrella Services, Inc. (NYCSBUS) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 2. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in New York City and upstate New York.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles. NYC School Bus Umbrella Services, Inc. (NYCBUS) and New York State Education Department (NYSED) will engage with their utility providers, install chargers and infrastructure for the new zero-emission buses, sell the diesel buses that will be replaced, and buy zero-emission buses. NYCBUS staff will receive zero-emission buses training. NYCBUS will work with the

EPA_00072510



EPA_00072511



EPA_00072512



EPA_00072513



EPA_00072514



EPA_00072515



EPA_00072516

school districts and provide community outreach to engage with and educate the community on zero-emission buses.

Outcomes:
The anticipated deliverables include replacing diesel buses with zero-emission buses and installing DC fast charging ports for each vehicle. Training will be provided to staff, drivers, mechanics, and public safety officials about how to properly operate and maintain the zero-electric buses and chargers, and community forums and a website will be developed to engage with and educate the community. The expected outcomes include reduced greenhouse gas and criteria pollutant emissions, decreased fuel consumption, improved air quality, reduced student absenteeism, reduced bus idling, decreased bus maintenance, trained staff, expanded lifespan of buses, improved safety, and increased public awareness and understanding about the environmental and economic effectiveness of the implemented technology. The intended beneficiaries include NYCSBUS (grantee) and New York State Education Department (subgrantee). Other beneficiaries include the disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
New York State Education Department (NYSED) will replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles, purchasing, installing, operating, and maintaining charging equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles for New York school districts serving Saint Regis Mohawk Tribe students.

| North Carolina Department Of Environmental Quality | 1601 MAIL SERVICE CENTER, RALEIGH, NC  27699-1601 | 1/15/25 |
|---|---|---|

| 1/21/25 | State | N - New Project | TIMOTHY PRIMUS | 404-562-8886 |
|---|---|---|---|---|
|  |  |  |  |  |

EPA_00072519

| $63,340,000.00 | $63,340,000.00 | 02 | 02D36324-0 | USEPA EPA R4 |
|---|---|---|---|---|
| | | | | |

Safe Drinking Water Act: Sec. 1452 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00072521

| | |
|---|---|
| 66.468 / Capitalization Grants for Drinking Water State Revolving Funds | $0.00 |

EPA_00072522

| $76,008,000.00 | 7/1/24 - 6/30/27 | Drinking Water State Revolving Fund |
| --- | --- | --- |

EPA_00072523

Description:
This action approves an award in the amount of $63,340,000 to North Carolina Department of Environmental Quality. This action is a capitalization grant funded by the Infrastructure Investment and Jobs Act (PL 117-58) to support the Drinking Water State Revolving Fund (DWSRF) program and advance the public health protection goals of the Safe Drinking Water Act (SDWA).

Activities:
The recipient of these funds will offer low interest rate financing to eligible public water systems to cover costs associated with the planning, design, and construction of drinking water improvement projects. Additionally, the recipient may allocate a portion of the funding to specific set-asides, including but not limited to providing technical assistance to small systems, operator certification activities, and source water protection initiatives.

Outcomes:
The anticipated deliverables encompass financing, planning, design, and construction of eligible projects related to public health. These deliverables will also aim to enhance the technical, managerial, and financial capacity of public water systems, with the expected outcome being the protection of public health. The intended beneficiaries are citizens across the state.

Subrecipient:
Subawards in this assistance agreement include low interest loans and technical assistance.

| NORTH DAKOTA DEPARTMENT OF ENVIRONMENTAL QUALITY | 4201 NORMANDY ST, BISMARCK, ND 58503-1324 | 1/15/25 |
|---|---|---|

EPA_00072525

| 1/21/25 | State | A - Augmentation: Increase | CINNA VALLEJOS | 303-312-6318 |
|---------|-------|---------------------------|----------------|--------------|
|         |       |                           |                |              |

EPA_00072526

| $790,671.00 | $380,262.00 | 00 | 96875801-1 | USEPA EPA R8 |
|---|---|---|---|---|

Diesel Emission Reduction Act of 2010,codified at 42 U.S.C. 16133

EPA_00072528

| 66.040 / Diesel Emissions Reduction Act (DERA) State Grants | $0.00 |

| | | |
|---|---|---|
| $3,162,684.00 | 11/17/23 - 9/30/26 | FY2023-2024 North Dakota DERA State Grant |

EPA_00072530

Description:
This agreement will provide assistance to the North Dakota Department of Environmental Quality in its efforts to reduce diesel emissions and exposure throughout the State of North Dakota. This project to replace highway vehicles, including school buses with newer, cleaner vehicles will reduce emissions of diesel particulate matter and other pollutants such as nitrogen oxides, carbon monoxide, and hydrocarbons.

Activities:
The North Dakota Department of Environmental Quality, Division of Air Quality (NDDEQ or Department) plans to issue rebate awards to eligible entities such as cities, counties, schools, or other government agencies that conduct work for the benefit of the public. The rebate awards will target the replacement of older, less-efficient, medium-duty and heavy-duty diesel-powered, on-road vehicles that are used in various operations including school buses.

Outcomes:
Reducing emissions from diesel engines is an air quality challenge facing the country and North Dakota. This project will provide for the replacement diesel-powered school buses and vehicles, thereby resulting in a reduction of diesel engine emissions. Expected outputs, or environmental activities, efforts, and/or associated work products related to



EPA_00072532



EPA_00072533



EPA_00072534



EPA_00072535



EPA_00072536



EPA_00072537

the projects to be funded under this program may include but are not limited to the following: number of replaced engines/vehicles; and/or hours of idling reduced. Other outputs may include, but are not limited to: engaging with local residents to ensure their meaningful participation with respect to the design, planning, and performance of the project; the project&rsquo;s inclusion in a broader-based environmental or air quality plan; the implementation of contract specifications requiring the use of cleaner vehicles and equipment; a documented commitment to continue to identify and address air quality issues in the affected community; establishing a clear point of contact in a public platform for community issues and complaints; a publicly documented policy or process for getting community input on operations and projects that impact air quality; adoption of an idle reduction policy; the completion of a baseline mobile source emission inventory for PM2.5 and or NOx; providing support to clean diesel coalitions by sharing information, working with interested fleets, and addressing specific geographic needs; number of rebate awards; dissemination of project/technology information via listservs, websites, journals, and outreach events.

Expected outputs, or results, effects, or consequences that may occur from the projects to be funded under this program may include but are not limited to the following: Tons of pollution reduced over the lifetime of the vehicles/engines/equipment, specifically fine particulate matter (PM2.5), nitrogen oxides (NOx), carbon monoxide, and carbon dioxide (CO and CO2), volatile organic compounds (VOCs), and tons of pollution reduced annually; lifetime total project cost effectiveness for NOx and PM2.5; lifetime capital cost effectiveness for NOx and PM2.5; net reduction in gallons of diesel fuel used; benefits to disadvantaged communities, including improvements to human health and the environment, the local economy, social conditions, and the welfare of residents in such communities.


Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| NORTH DAKOTA DEPARTMENT OF ENVIRONMENTAL QUALITY | 4201 NORMANDY ST, BISMARCK, ND  58503-1324 | 1/15/25 |

EPA_00072539

| 1/21/25 | State | | N - New Project | SAM FERNANDEZ | 303-312-6360 |
|---------|-------|--|-----------------|---------------|--------------|
|         |       |  |                 |               |              |

EPA_00072540

| | | | | |
|---|---|---|---|---|
| $4,661,000.00 | $4,661,000.00 | 00 | 99884024-0 | USEPA EPA R8 |

Safe Drinking Water Act: Sec. 1452

| | |
|---|---|
| 66.468 / Capitalization Grants for Drinking Water State Revolving Funds | $0.00 |

EPA_00072543

| $5,593,200.00 | 1/21/25 - 1/20/27 | North Dakota FY2024 Drinking Water SRF Base |
|---|---|---|

Description:

This agreement provides a capitalization grant for the recipient&rsquo;s Drinking Water State Revolving Fund (DWSRF) program. The award furthers the public health protection objectives of the Safe Drinking Water Act (SDWA).

Activities:

The recipient of these funds will provide low interest rate financing to eligible public water systems for the costs associated with the planning, design, and construction of eligible drinking water improvement projects. The recipient may also use some of the funding for specific set-asides, including but not limited to providing technical assistance to small systems, for operator certification activities, and source water protection activities.

Outcomes:

The anticipated deliverables include financing, planning, design, and construction of eligible public health-related projects. Deliverables will also be used to increase the technical, managerial, and financial capacity of public water systems.  The expected outcome is public health protection. The intended beneficiaries include citizens throughout the State.

Subrecipient:

The bulk of the SRF will be used for loans and other authorized assistance to public water systems for eligible projects, including improving drinking water treatment, replacing water distribution, improving source of water supply, replacing or constructing finished water storage tanks, and other infrastructure projects needed to protect public health and implement the Safe Drinking Water Act.

| nycdocas4549 - NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES | 1 Centre St, New York, NY 10007-1630 | 1/17/25 |
| --- | --- | --- |

EPA_00072546

| 1/23/25 | Township | N - New Project | MICHELE JUNKER | 212-637-3418 |
|---|---|---|---|---|
| | | | | |

EPA_00072547

| | $17,345,895.00 | 10 | 96285700-0 | USEPA EPA R2 |
|---|---|---|---|---|

EPA_00072548

Clean Air Act: Sec. 132

| | |
|---|---|
| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00072550

| $30,361,175.00 | 12/1/24 - 12/1/27 | NYC Clean Heavy-Duty Fleet Transition Program |
|---|---|---|

Description:
The agreement provides funding under the
Inflation Reduction Act (IRA) to New York
City Department of Citywide Administrative
Services (DCAS) to replace in-use, non-zero-
emission heavy-duty vehicles with new zero-
emission vehicles to reduce air pollution and
greenhouse gas emissions in EPA Region 2.
The recipient will replace eligible vehicles with
comparable, eligible zero-emission vehicles
under the Vocational Vehicles Sub-Program,
resulting in cleaner air and improved health
for communities in New York City, New York.

Activities:
The activities include replacing eligible
internal combustion engine Class 6 and
Class 7 vehicles with eligible zero-emission
vehicles; purchasing, installing, operating,
and maintaining charging and fueling
equipment to maintain the new zero-emission
vehicles; and providing workforce
development and training to support the
maintenance, charging, fueling, and operation
of the new zero-emission vehicles.

Outcomes:
The anticipated deliverables include replacing
Class 6 and Class 7 internal combustion
engine, heavy-duty vehicles and installing DC
fast chargers.

The expected outcomes include reduced



EPA_00072553



EPA_00072554



EPA_00072555



EPA_00072556



EPA_00072557



EPA_00072558

greenhouse gas emissions and noise pollution, cost savings, reduced diesel truck idling, expanded access to charging infrastructure, trained staff, expanded workforce, improved air quality in communities in which the vehicles operate, and increased awareness about the benefits of electric vehicles.

The intended beneficiaries include DCAS (grantee), the Department of Correction (partner), The Department of Sanitation (partner), the New York City Department of Transportation (partner), the Department of Environmental Protection (partner), and Con Edison (partner). Other beneficiaries include community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
The activities implemented through subawards include the replacement of non-zero-emission heavy-duty vehicles with new zero-emission vehicles, installation of direct current fast chargers, and work force training.

EPA_00072559

| OCEAN COUNTY COLLEGE | PO BOX 2001, TOMS RIVER, NJ  08754-2001 | 1/15/25 |

EPA_00072560

| 1/21/25 | State Institution of Higher Learning | A - Augmentation: Increase | KELVIN BROOKS | 212-637-3426 |

EPA_00072561

| $2,450,000.00 | $850,000.00 | NJ 4 | 98212315-2 | USEPA EPA R2 |
| --- | --- | --- | --- | --- |

Clean Water Act: Sec. 320

EPA_00072563

| 66.456 / National Estuary Program | $0.00 |

EPA_00072564

| | | |
|---|---|---|
| $4,900,000.00 | 7/1/22 - 6/30/27 | National Estuary Program: Barnegat Bay Partnership Implementation- SUPPLEMENTAL ACTION |

Description:

A cooperative agreement is provided to Ocean County College (OCC) to support implementation of the 2021 Comprehensive Conservation and Management Plan (CCMP) prepared by the Barnegat Bay Partnership (BBP) and the Policy Committee-approved annual workplan. The Barnegat Bay Partnership is one of 28 National Estuary Programs nationwide, and conducts its work by implementing the EPA-approved CCMP. The goal of this program is to improve water quality, restore and protect the natural habitat and living resources, and support sustainable human uses of the Barnegat Bay estuary. Implementation of the CCMP will seek to protect and improve water quality throughout Barnegat Bay and its watershed; ensure adequate water supplies and flow for ecological and human communities; protect and restore habitat and healthy and sustainable natural communities of plants and animals and; improve and sustain collaborative approaches to responsible land use planning and open space preservation. The BBP will make available sub-awards for research and implementation projects that either further progress towards the water quality, water supply, living resources and land use planning goals described above and/or projects that provide information needed to assess the current status of eight ecosystem-based targets

Activities:

EPA_00072567

EPA_00072569

EPA_00072570

EPA_00072571

EPA_00072572

Activities to protect and improve water quality include water quality monitoring, technical assistance for nutrient reduction, development of watershed protection plans for sub-watersheds, and support for reducing sources of marine debris. Activities to ensure adequate water supplies and flow for ecological and human communities include working with partners on water supply conservation measures and associated public outreach. Activities to protect, restore and enhance living resources include reducing boating impacts, eelgrass restoration, coastal wetland monitoring, and increasing coastal resiliency to climate change. Activities to improve and sustain responsible land use planning and open space preservation includes land acquisition and promoting stewardship and responsible use of open space.

Outcomes:
Anticipated deliverables relating to protecting and restoring water quality include collection of water quality data that will be used to inform management decisions; enhancement to the Jersey-Friendly yards website to continue reductions of nutrients into the watershed; development and implementation of sub-watershed plans protection and restoration plans; and annual beach cleanups. Anticipated deliverables related to ensuring adequate water supply and flows include identification of projects to reduce consumptive water use and protect supplies

EPA_00072573

EPA_00072574

EPA_00072575

EPA_00072576

EPA_00072577

EPA_00072578

EPA_00072579

and use of social media to promote water conservation.   Anticipated deliverables for restoring and protecting living resources include development of outreach materials for boaters to protect seagrass; a final report for the biennial demographic survey of seagrass beds and development of a best practices document for seagrass restoration; collection of data through community science programs and; continued monitoring of coastal wetlands.   Anticipated deliverables for land use planning include the acquisition of 750 acres of open space and the development of public outreach tools to explain the ecological benefit of land acquisition to the public. Other program deliverables include the development of communication, monitoring, habitat and financial plans to support implementation of the CCMP.

The expected outcomes of this award are the continuation of restoration and protection of water quality, water supplies, living resources, and land use in the Barnegat Bay and its watershed and education and outreach to enhance stewardship in the estuary. The direct beneficiaries of this program include the general population throughout the Barnegat Bay watershed and its surrounding areas, the tourist population that utilizes the watershed during the summer months, scho

EPA_00072580

| | | |
|---|---|---|
| octa8863 - ORANGE COUNTY TRANSPORTATION AUTHORITY | 550 S. Main Street, Orange, CA 92863-1584 | 1/15/25 |

EPA_00072581

| 1/21/25 | Special District | N - New Project | CAITLIN HUI | 415-972-3364 |
|---------|------------------|-----------------|-------------|--------------|

EPA_00072582

| $1,000,000.00 | $1,000,000.00 | 46 | 97T09501-0 | USEPA EPA R9 |
|---|---|---|---|---|

EPA_00072583

CERCLA: Secs. 104(k)(4) & 104(k)(5)(E)   & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00072584

| | |
|---|---|
| 66.818 / Brownfields Multipurpose, Assessment, Revolving Loan Fund, and Cleanup Cooperative Agreements | $0.00 |

| $1,000,000.00 | 1/28/25 - 3/31/29 | BIL - Brownfields Multipurpose Cooperative Agreement |
| --- | --- | --- |

Description:
Brownfields are real property, the expansion, development or reuse of which may be complicated by the presence or potential presence of a hazardous substance, pollutant, or contaminant. This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to Orange County Transportation Authority.  The recipient will conduct eligible planning, assessment, and remediation activities as authorized by CERCLA 104(k)(4) in Orange County, California.

This agreement provides full federal funding in the amount of $1,000,000. Refer to Terms and Conditions.

Activities:
Specifically, this agreement will provide funding to the recipient to plan, inventory, characterize, assess, conduct cleanup planning and community involvement activities, and remediate sites. Additionally, the recipient will competitively procure (as needed) and direct a Qualified Environmental Professional to conduct environmental site activities, will create a community



EPA_00072588





EPA_00072590



EPA_00072591



EPA_00072592



EPA_00072593

involvement plan and administrative record for each site that is remediated, and will report on interim progress and final accomplishments by completing and submitting relevant portions of the Property Profile Form using EPA&rsquo;s Assessment, Cleanup and Redevelopment Exchange System (ACRES).

Outcomes:
Further, the recipient anticipates conducting multiple Phase I and II, multiple environmental site assessments, remediating multiple brownfield site(s), holding four or more community meetings, developing one or more site-specific cleanup plans/Analysis of Brownfield Cleanup Alternatives, developing one or more overall plans for revitalization, developing one or more reuse strategies for multiple priority sites, and submitting 20 quarterly reports. Work conducted under this agreement will benefit the residents, business owners, and stakeholders in and near Orange County, California.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| OMAHA TRIBE OF NE | P.O. BOX 368, MACY, NE 68039-0368 | 1/15/25 |

EPA_00072595

| 1/21/25 | Indian Tribe | A - Augmentation: Increase | REBECCA HALL | 913-551-7082 |

| | | | | |
|---|---|---|---|---|
| $170,000.00 | $80,000.00 | 003 | 96710401-1 | USEPA EPA R7 |

CERCLA: Sec. 128(a)

EPA_00072598

66.817 / State and Tribal Response Program Grants                    $0.00

EPA_00072599

| $170,000.00 | 10/1/23 - 9/30/25 | FY23-24 Omaha Tribe Brownfields 128(a) Tribal Response Program |

Description:
The primary objectives of EPA's CERCLA Section 128(a) State and Tribal Response Program grants are to provide financial support to States, US Territories, and Tribal Nations to (1) establish or enhance the four statutory elements of an effective state or Tribal response program, as specified in CERCLA Section 128(a)(2), (2) maintain and update, at least annually, a public record of sites, pursuant to CERCLA &sect; 128(b), that includes the name and location of sites at which response actions have been completed during the previous year and the name and location of sites at which response actions are planned to be addressed in the next year, and (3) conduct a limited number of brownfield site assessments or cleanups that will help establish or enhance the state or Tribal Nation&rsquo;s response program. The purpose of this award is to enhance the capacity of Omaha Tribe of Nebraska's brownfields response program to meet the Section 128(a) elements. Omaha Tribe of Nebraska will oversee and perform planning, assessment, and cleanup of brownfields sites throughout the Tribal land.

Activities:
Omaha Tribe of Nebraska will perform the following activities: develop capacity to carryout activities, timely survey and inventory of brownfield sites, which are properties whose expansion, redevelopment

EPA_00072603

EPA_00072604

EPA_00072605

EPA_00072606

EPA_00072607

or reuse may be complicated by the presence of hazardous substances. It also includes oversight and enforcement authorities to ensure that response actions protect human health and the environment; resources to provide meaningful public involvement; mechanisms for approval of cleanup plans, and verification of complete responses. The objective of this project is to assist in remediating and reusing brownfields sites throughout the Tribal land.

Outcomes:
Omaha Tribe of Nebraska will expand public education and outreach of the Omaha Tribe of Nebraska Tribal Response Program to small and disadvantaged communities, assess 2-3 sites through the Tribal area targeted brownfield assessment program, oversee the cleanup of identified sites.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00072608

| PalmBchCoGov - COUNTY OF PALM BEACH | 2300 North Jog Road, West Palm Beach, FL  33411-4700 | 1/17/25 |
|---|---|---|

EPA_00072609

| 1/23/25 | County | N - New Project | LAURA FOWLER | 404-562-8427 |
|---------|--------|-----------------|--------------|--------------|

EPA_00072610

| | | | |
|---|---|---|---|
| $3,000,000.00 | 22 | 03D33525-0 | USEPA EPA R4 |

EPA_00072611

Clean Air Act: Sec. 138



EPA_00072612

| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |
|---|---|

EPA_00072613

| $3,000,000.00 | 6/1/25 - 5/31/28 | Environmental and Climate Justice Block Grant Program |
|---|---|---|

EPA_00072614

Description:
This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience.  Specifically, the project will empower disadvantaged communities members to participate in climate resiliency planning by training 180 Community Supporter staff on PBC climate government planning processes and investment opportunities.

Activities:
The activities include but are not limited to the following: instructing participants on disadvantage community climate change impacts, training grassroot leaders on how to integrate climate resilience into their business operations, missions and programming, and training participants on a deeper understanding of climate resilience and emergency preparedness.

Outcomes:
The anticipated deliverables include: outreach and engagement, formation of advisory committee, community supporter trainings and leadership development, staff engagement with disadvantaged communities. The expected outcomes include: building disadvantaged community's capacity to engage in local government resilience and sustainability LGRS programs, increase community-based organization CBO and resident climate literacy, provide municipal partners and municipal engagement opportunities with the Advisory Council and Community Supporters, enhance local government opportunities to make climate resilience investments in Disadvantaged Communities, The intended beneficiaries are disadvantaged communities.

Subrecipient:
The activities to be implemented through subawards include but are not limited to the following: technical analysis, facilitating collaboration with community-based organizations, lead applicant and residents, reporting, training and leadership development.

| PHYSICIANS, SCIENTISTS, AND ENGINEERS FOR SUSTAINABLE AND HEALTHY ENERGY, INC. | HEALTHY ENERGY INC., OAKLAND, CA  94612-2248 | 1/16/25 |
| --- | --- | --- |

EPA_00072616

| 1/22/25 | Not for Profit | | N - New Project | JENNIFER BROOKS | 202-564-6374 |

EPA_00072617

| | | | | |
|---|---|---|---|---|
| $500,000.00 | $500,000.00 | 12 | 84085101-0 | USEPA EPA HQ |

Clean Air Act: Sec. 103,Clean Water Act: Sec. 104

EPA_00072619

| 66.509 / Science to Achieve Results (STAR) Program | $0.00 |

EPA_00072620

| | | |
|---|---|---|
| $1,999,998.00 | 2/1/25 - 1/31/27 | Mixed-Methods Cumulative Impacts Research and Health Analysis to Inform Policy Proposals in Bernalillo County, New Mexico and Richmond County, Georgia |