Description:
This research project aims to fill existing gaps in cumulative burden analysis, including air and water pollution burdens, and to better inform locally-tailored policies and strategies to mitigate environmental health disparities in selected partnering underserved communities in Georgia and New Mexico.

Activities:
The research project will develop a statewide cumulative burden index (CBI) for Georgia and New Mexico using a novel health impact analysis method. The project will then integrate community-driven priorities to develop local high-resolution CBIs for Bernalillo County, NM and Richmond County, GA. Finally, the project will apply the analysis to case study that facilities in each county to inform local policy recommendations and identify best practices for similar efforts nationwide.

Outcomes:
Deliverables include annual and final research reports, peer reviewed journal publications, and scientific reports as well as educational materials and policy recommendations for state and local public health agencies, environmental managers, health professionals, and community planners and leaders. Expected outcomes include a reduction of harmful pollutant exposures and a general improvement in environmental health among residents in the

EPA_00072622

EPA_00072623

EPA_00072624

EPA_00072625

EPA_00072628

underserved communities in Georgia and New Mexico. Intended beneficiaries include state and local public health agencies, environmental managers, health professionals, community leaders, and vulnerable populations in the underserved communities in Georgia and New Mexico.

Subrecipient:
University of New Mexico ($389,429) - UNM will provide legal and policy analysis and support engagement with community groups and oversee the engagement activities and qualitative data collection and analysis tasks, working with Dr. Nunez and other co-investigators on analyses for AIM 2.

Los Jardines ($389,454) - Los Jardines will engage community leaders and host grassroots community workshops to disseminate research and to describe broader resident&rsquo;s perspectives on cumulative burdens; conducting community focus groups; and host public convenings to vet qualitative research findings and solidify recommendations for integrating local data.

Georgia Wand ($313,820) - Georgia Wand will engage community leaders and host grassroots community workshops to disseminate research and to describe broader resident&rsquo;s perspectives on cumulative burdens; conducting community focus groups; and host public convenings to vet qualitative research findings and solidify recommendations for integrating local data.

| | | |
|---|---|---|
| RURAL COMMUNITY ASSISTANCE CORPORATION | 3120 Freeboard Drive, Suite 201, West Sacramento, CA 95691-5039 | 1/15/25 |

EPA_00072630

| 1/21/25 | Not for Profit | A - Augmentation: Increase | DAVID HERRICK | 206-553-2579 |
|---------|----------------|----------------------------|---------------|--------------|

EPA_00072631

| | | | | |
|---|---|---|---|---|
| $4,669,646.00 | $2,677,486.00 | 06 | 02J28401-1 | USEPA EPA R10 |

Clean Water Act: Sec. 104(b)(3),Safe Drinking Water Act: Sec. 1442(c)(3)

EPA_00072633

| 66.203 / Environmental Finance Center Grants | $0.00 |
| --- | --- |

EPA_00072634

| $4,669,646.00 | 1/1/23 - 12/31/27 | EPA EFC R10 Water Infrastructure |
|---|---|---|

Description:

This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to support the Environmental Finance Center (EFC) at the Rural Community Assistance Corporation (RCAC). The EFCs provide finance-related training, education, and analytical studies to help regulated parties develop solutions to the difficult &quot;how-to-pay&quot; issues associated with meeting environmental standards. The EFCs educate state, tribal, and local governments and businesses on lowering environmental costs, increasing environmental investments, improving financial capacity, identifying appropriate revenue generating mechanisms, and evaluating environmental financing options. Through this project, the EFC enables water and wastewater systems to access funding for infrastructure improvement projects from the IIJA.

Activities:

The activities include direct on- and off-site technical assistance (TA). Individual TA workplans will be developed for each utility assisted, and EFC staff will work directly with communities to address the needs outlined in the workplans. TA will often include community specific capacity building one on one trainings. TA will be marketed and supported through creation and dissemination of finance-related tools and resources, research, EFC staff participation at educational events and 2 annual multi-

EPA_00072636



EPA_00072637



EPA_00072638



EPA_00072639



EPA_00072640



EPA_00072641



EPA_00072642

community educational webinars in each State (AK, ID, OR and WA).

Outcomes:
The anticipated deliverables to EPA include quarterly reports, Community TA workplans, stakeholder task force meetings, participation in related events, and webinars and the deliverables to the communities receiving TA include funding applications, asset management documents, rate studies, procurement plans, income surveys, capital improvement plans, O&amp;M plans, financial statements, affordability studies.

The expected outcome is facilitating access to IIJA State Revolving Fund (SRF) resources (and other relevant IIJA funding opportunities such as the Emerging Contaminants in Small or Disadvantaged Communities Grant program) for water and wastewater systems, with a focus on underserved and disadvantaged communities that have never accessed SRF funding before, and communities that are not currently receiving TA.

The intended beneficiaries are, initially, communities that are defined as disadvantaged by State Intended Use Plans but may also target outreach and assistance based on other definitions and metrics of disadvantaged and underserved status as they become available.

Subrecipient:
The activities through the subawards include the Willamette Partnership which will provide a wide range of solutions to infrastructure planning, design, and implementation that will address the immediate infrastructure need while finding opportunities to achieve benefits for the environment, community health, and the local economy.  The University of Oregon's Institute for Policy Research and Engagement subaward will contribute to the R10 EFC by linking the skills, expertise, and innovation of higher education with local planning, economic development, and environmental issues.  The Moonshot Missions subaward will assist the EFC to identify community needs and build local technical, managerial, and financial capacity to meet those needs.

| | | |
|---|---|---|
| SAINT REGIS MOHAWK TRIBE | 71 Margaret Terrance Memorial Way, AKWESASNE, NY 13655-3109 | 1/15/25 |

EPA_00072644

| 1/21/25 | Indian Tribe | A - Augmentation: Increase | CLARE DWYER | 212-637-3411 |

EPA_00072645

| | | | | |
|---|---|---|---|---|
| $1,478,397.00 | $506,844.00 | 21 | 96240523-2 | USEPA EPA R2 |

CERCLA: Sec. 128(a)  & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00072647

66.817 / State and Tribal Response Program Grants                                    $0.00

EPA_00072648

| $1,478,397.00 | 1/1/23 - 12/31/27 | Saint Regis Mohawk Tribe Section 128a Tribal Response BIL FY24 Project |
|---|---|---|

EPA_00072649

Description:
The primary objectives of EPA's CERCLA
Section 128(a) State and Tribal Response
Program grants are to provide financial
support to States, US Territories, and Tribal
Nations to (1) establish or enhance the four
statutory elements of an effective state or
Tribal response program, as specified in
CERCLA Section 128(a)(2), (2) maintain and
update, at least annually, a public record of
sites, pursuant to CERCLA &sect; 128(b),
that includes the name and location of sites
at which response actions have been
completed during the previous year and the
name and location of sites at which response
actions are planned to be addressed in the
next year, and (3) conduct a limited number
of brownfield site assessments or cleanups
that will help establish or enhance the state
or Tribal Nation&rsquo;s response program.
The Infrastructure Investment and Jobs Act
(&ldquo;IIJA&rdquo;) provided additional
funding to carry out the Section 128(a) grant
program.

The purpose of this award is to enhance the
capacity of Saint Regis Mohawk Tribe's
brownfields response program to meet the
Section 128(a) elements. Saint Regis
Mohawk Tribe will oversee and perform
planning, assessment, and cleanup of
brownfields sites throughout Tribal land.

EPA_00072650

EPA_00072651

EPA_00072652

EPA_00072653

EPA_00072654

EPA_00072655

EPA_00072656

Activities:
Saint Regis Mohawk Tribe will perform the
following activities:  timely survey and
inventory of brownfield sites, which are
properties whose expansion, redevelopment,
or reuse may be complicated by the
presence of hazardous substances. It also
includes oversight and enforcement
authorities to ensure that response actions
protect human health and the environment;
resources to provide meaningful public
involvement; mechanisms for approval of
cleanup plans, and verification of complete
responses. The objective of this project is to
assist in community outreach, assessing,
remediating and reusing brownfields sites
throughout Tribal land.

Outcomes:
Saint Regis Mohawk Tribe will expand public
education and outreach of their Voluntary
Cleanup Program to underserved
communities, assess 1 site and about 40
abandoned structures through the state
targeted brownfield assessment program,
oversee the cleanup of about 5 abandoned
structures.

Subrecipient:
No subawards are included in this assistance
agreement.

| SAINT REGIS MOHAWK TRIBE | 71 Margaret Terrance Memorial Way, AKWESASNE, NY 13655-3109 | 1/17/25 |
|---|---|---|

EPA_00072658

| 1/23/25 | Indian Tribe | N - New Project | MICHELE JUNKER | 212-637-3418 |
| --- | --- | --- | --- | --- |

EPA_00072659

| | $99,963.00 | 21 | 96219900-0 | USEPA EPA R2 |
|---|---|---|---|---|

EPA_00072660

Clean Air Act: Sec. 103,Inflation Reduction Act: Sec. 60105(a)

EPA_00072661

| 66.034 / Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act | $0.00 |
|---|---|

| | | |
|---|---|---|
| $99,963.00 | 7/1/24 - 6/30/28 | Fenceline and Screening Air Monitoring for the Saint Regis Mohawk Tribe Inflation Reduction Act 60105(a) |

Description:
The agreement provides funding under the Inflation Reduction Act (IRA) to the Saint Regis Mohawk Tribe for the expansion and enhancement of their air monitoring activities. Specifically, the recipient will be procuring and installing a monitoring shelter and replacing a carbon monoxide monitor.

Activities:
The activities include the identification of a new location for a monitoring site, site preparation, procurement of a monitoring shelter and carbon monoxide monitor, installation of the new shelter, and installation of air monitoring equipment. Installation of equipment includes relocating equipment from the existing Saint Regis Mohawk Tribe air monitoring site to the new site.

Outcomes:
The anticipated deliverables include a relocation of air monitoring activities to a new site which include the procurement of a new shelter and monitoring equipment. The expected outcomes include enhanced air monitoring for the Saint Regis Mohawk Tribe; increased public awareness of ambient air quality; increased access to information and tools that increase understanding and reduction of environmental and human health risks; and increased sustainability of ambient air monitoring networks. The intended beneficiaries include the members of the Saint Regis Mohawk Tribe, residents of Akwesasne, and users of air quality data.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| SALMON-SAFE | 1001 SE Water Ave, Ste 450, Portland, OR  97214-4201 | 1/16/25 |

EPA_00072665

| 1/22/25 | Not for Profit | A - Augmentation: Increase | LACEY DAVIDSON | 206-553-0758 |

| | | | | |
|---|---|---|---|---|
| $4,868,232.00 | $1,478,000.00 | 03 | 02J47001-2 | USEPA EPA R10 |

Clean Water Act: Sec. 123; 33 U.S.C. 1275 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00072668

66.962 / Columbia River Basin Restoration Program (CRBRP)                    $0.00

| | | |
|---|---|---|
| $8,464,510.00 | 1/1/24 - 12/31/29 | Salmon-Safe Columbia Partner Network: Mobilizing Water Quality Protection Actions across the Inland Northwest |

Description:
The Salmon-Safe Columbia Partner Network
will use this funding to advance basin-wide
toxic reduction action and enhance climate
resiliency in the Columbia River Basin. The
environmental benefits of this project consist
of healthier river systems and a reduction of
impacts of toxics on fish and wildlife. This
agreement will be funded under the
Infrastructure Investment and Jobs Act.

Activities:
Salmon-Safe will create the Salmon-Safe
Columbia Partner Network by leveraging
place-based partnerships established in
previous project phases with conservation
districts, tribes, and conservation
organizations. The project will provide
multiyear subawards to partners to deliver
outreach and technical assistance to over
5,000 farmers and large-scale land
managers.

Outcomes:
The anticipated outputs consist of activating
the Partner Network, conducting outreach
and education to 5,000 or more growers,
conducting site assessments and technical
assistance to landowners, formalizing
Salmon-Safe and Trout-Safe certification
commitment for at least 600 farms,
establishing market connections, and
conducting project report evaluations. The
anticipated outcomes consist of improved
and expanded relationships, increased

EPA_00072672

EPA_00072673

EPA_00072674

EPA_00072676

awareness in Columbia River Basin of agriculture best management practices, farm restoration planning, certification commitment across 150,000 acres of farmland, and market impact from over six consumer awareness campaigns. This will benefit a wide reach of Columbia River Basin communities within eastern Oregon, North Central Washington, Idaho, western Montana, and western Wyoming.

Subrecipient:
Salmon-Safe will develop a program to deliver sub-awards to 12+ conservation districts, Tribal nations, watershed councils, and place-based conservation organization partners, as well as generate new implementation partnerships. Recruitment of new implementation partners will include a focus on organizations that facilitate outreach to Latino growers and other BIPOC farmers. Subrecipient activities will consist of implementing Salmon-Safe's toxics reduction plan to engage agricultural operations on tributaries, coordinating with expert assessors to apply peer reviewed standards to evaluate watershed impacts from operations, and taking actions to protect water quality. Salmon-Safe has identified four organizations to receive an initial round of sub-awards and participate in rolling out the Partner Network. In the planning phase of this project, Salmon-Safe will further develop the selection process for expanding the Partner Network beginning in year two of grant implementation to an additional 8+ partners. Initial targeted sub-award organizations include a Cascadia Conservation District (north central WA), Palouse Conservation District (southeastern WA), The Nature Conservancy of Idaho (TNC), and Blue Mountain Land Trust (BMLT; south central WA/north central OR).

EPA_00072678

| SAN CARLOS APACHE TRIBAL COUNCIL | 3A  SAN CARLOS AVE., SAN CARLOS, AZ  85550 | 1/17/25 |

EPA_00072679

| 1/23/25 | Indian Tribe | N - New Project | KATYA OBREZ | 415-972-3744 |
|---------|--------------|-----------------|-------------|--------------|

EPA_00072680

| | $3,977,000.00 | 02 | 97T32501-0 | USEPA EPA R9 |
|---|---|---|---|---|

EPA_00072681

Safe Drinking Water Act: Sec. 1452 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00072682

| 66.468 / Capitalization Grants for Drinking Water State Revolving Funds | $0.00 |
|---|---|

EPA_00072683

| $3,977,000.00 | 12/1/24 - 1/31/26 | Drinking Water Tribal Set-Aside - BIL - Bylas Wells |
| --- | --- | --- |

Description:
This agreement provides funding to San Carlos Apache Trbe under the Safe Drinking Water Act (SDWA): Section 1452 and infrastructure Investment and Jobs Act (IIJA) (PL 117-58). The purpose of this agreement is to implement projects and activities that assist public water systems serving tribes to comply with National Primary Drinking Water Regulations (NPDWRs) or otherwise further the health protection objectives of the SDWA. Specifically, the recipient will design and construct wellwater delivery facilities for the two new Bylas wells constructed.

This assistance agreement provides full federal funding in the amount of $3,977,000. Pre-award costs are approved back to 12/01/2024. See terms and conditions.

Activities:
The activities include design and construction for wellwater delivery facilities from the two new Bylas wells.

Outcomes:
The anticipated deliverables include connection from the Bylas wells to the water system. The expected outcomes include the ability to utilize the new wells as water sources. The intended beneficiaries include the members of the San Carlos Apache Tribe.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00072685

| | | |
|---|---|---|
| SAN CARLOS APACHE TRIBAL COUNCIL | 3A  SAN CARLOS AVE., SAN CARLOS, AZ  85550 | 1/17/25 |

EPA_00072686

| 1/23/25 | Indian Tribe | N - New Project | KATYA OBREZ | 415-972-3744 |
|---------|--------------|-----------------|-------------|--------------|

EPA_00072687

| | $3,205,000.00 | 02 | 97T32601-0 | USEPA EPA R9 |
|---|---|---|---|---|
| | | | | |

Safe Drinking Water Act: Sec. 1452 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00072689

| 66.468 / Capitalization Grants for Drinking Water State Revolving Funds | $0.00 |
| --- | --- |

EPA_00072690

| | | |
|---|---|---|
| $3,205,000.00 | 12/1/24 - 12/31/26 | Drinking Water Tribal Set-Aside - BIL - Gilson Wash |

EPA_00072691

Description:
This agreement provides funding to the San Carlos Apache Tribe under the Safe Drinking Water Act (SDWA): Section 1452 and infrastructure Investment and Jobs Act (IIJA) (PL 117-58). The purpose of this agreement is to implement projects and activities that assist public water systems serving tribes to comply with National Primary Drinking Water Regulations (NPDWRs) or otherwise further the health protection objectives of the SDWA. Specifically, the recipient will replace hydropneumatic tank, booster pumps, and build a water storage tank with required piping to address water outages/mechanical failures.

This assistance agreement provides full federal funding in the amount of $3,205,000. Pre-award costs are approved back to 12/01/2024.  See terms and conditions.

Activities:
The activities include replacement of hydropneumatic pump, booster pumps, build water storage tank with piping.

Outcomes:
The anticipated deliverables include replacement of hydropneumatic tank, booster pumps and a new water storage tank. The expected outcomes include reliable water facilities which are currently subject to frequent outages and unreliable water. The intended beneficiaries include members of the San Carlos Apache Tribe.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00072692

| | | |
|---|---|---|
| SAN CARLOS APACHE TRIBAL COUNCIL | 3A  SAN CARLOS AVE., SAN CARLOS, AZ   85550 | 1/17/25 |
| SC STATE PORTS AUTHORITY | 200 Ports Authority Dr, Mount Pleasant, SC   29464-7998 | 1/16/25 |

| 1/23/25 | Indian Tribe | N - New Project | KATYA OBREZ | 415-972-3744 |
| 1/22/25 | State | N - New Project | JIMMY ROBINSON | 404-562-0000 |

EPA_00072694

| | $1,057,000.00 | 02 | 97T32701-0 | USEPA EPA R9 |
|---|---|---|---|---|
| $1,325,000.00 | $1,325,000.00 | 01 | 03D31724-0 | USEPA EPA R4 |

Safe Drinking Water Act: Sec. 1459A  & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

Clean Air Act: Sec. 133,Inflation Reduction Act: Sec. 60102

EPA_00072696

| | |
|---|---|
| 66.442 / Assistance for Small and Disadvantaged Communities Drinking Water Grant Program (SDWA 1459A) | $0.00 |
| 66.051 / Clean Ports Program | $0.00 |

| | | |
|---|---|---|
| $1,057,000.00 | 12/1/24 - 1/31/26 | Assistance for Small and Disadvantaged Communities Drinking Water Grant Program - BIL - Peridot |
| $1,325,000.00 | 1/1/25 - 12/31/26 | Clean Ports Program |

Description:
This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to San Carlos Apache Tribe to implement activities that address emerging contaminants, including Per- and polyfluoroalkyl substances (PFAS)-specifically Perfluorobutanesulfonic acid (PFBS), in tribal drinking water.

This assistance agreement provides full federal funding in the amount of $1,057,000. Pre-award costs are approved back to 12/01/2024. See terms and conditions.

Activities:
The activities include: a well with updated facilities that will be intertied with the drinking water system.

Outcomes:
Anticipated deliverables include: a new well pipeline, pumphouse, and facilities that will be installed.

Subrecipient:
No subawards are included in this assistance agreement.

Description:
This award approves funding in the amount of $1,325,000.00 under the Inflation Reduction Act (IRA) to allow the South Carolina Ports Authority to conduct a number of planning activities to reduce emissions at the port.

Activities:
The activities include updating an emissions inventory from 2021, conducting a study of emission reduction strategies for their operations, developing a resiliency plan, establishing a Community Port Advisory Committee, and conducting a hydrogen feasibility study.

Outcomes:
The anticipated deliverables include an updated emissions inventory, a report on emission reduction strategies with specific emission reduction targets, a resiliency assessment and plan, the establishing of a Community Port Advisory Committee, and a feasibility study for the use of hydrogen equipment at South Carolina Ports Authority terminals.

The expected outcomes include increased capacity and understanding of how to reduce emissions at South Carolina Ports Authority terminals, increased port resilience to current and future climate change impacts, improved relationship with the community, increased

EPA_00072699

| | | |
|---|---|---|
| sga3913 - SEVEN GENERATIONS AHEAD | P.O. Box 3125, Oak Park, IL 60303-3125 | 1/20/25 |

| 1/23/25 | Not for Profit | N - New Project | KENDRA KOZAK | 312-353-8834 |

EPA_00072701

| | | | | |
|---|---|---|---|---|
| | $1,817,535.00 | 07 | 00E04060-0 | USEPA EPA R5 |

Clean Air Act: Sec. 138

EPA_00072703

| | |
|---|---|
| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |

EPA_00072704

| $1,817,535.00 | 2/1/25 - 1/31/28 | Cross Community Climate Collaborative (C4) |

EPA_00072705

community participation in port planning and decision making, a better understanding of impacts on workers at the port, and increased transparency in planning activities.

The intended beneficiaries include South Carolina Ports Authority as well as the workers there and the surrounding communities.

Subrecipient:
No subawards are included in this assistance agreement.

Description:
This agreement provides funding under the Inflation Reduction Act (IRA) to Seven Generations Ahead.  Specifically, the project will establish the Cross Community Climate Collaborative (C4). C4 is structured to support disadvantaged communities by giving them access to information pertaining to issues that directly impact them. It will also foster relationship-building and fruitful communications with community members and government decision-makers. By creating more informed citizens who have experience interacting with decisionmakers, C4 will develop residents who are well-equipped to advocate for themselves and their communities on matters such as climate change and environmental justice. The project will engage community members from Broadview, Maywood, Bellwood, Hillside, and Berwyn, Illinois. The project will create communities with a higher capacity for communicating cooperatively with decisionmakers and ensuring climate and environmental justice for themselves and others. The communities listed above will have access to ample funding opportunities and necessary resources because C4 intends to build their capacity in grant-writing as well.

Activities:
Seven Generations Ahead will build and enhance their Community Sustainability Working Group Program, further engaging



EPA_00072707



EPA_00072708



EPA_00072709



EPA_00072710



EPA_00072711



EPA_00072712

residents and stakeholders in developing and implementing priority actions. This project, will bring the development of useful tools for tracking climate metrics and goals, such as a Clean Energy Roadmap and a Climate and Equity Dashboard. The involved communities will be connected with federal and state grant writing through the team built by Seven Generations Ahead and their partners. C4 intends to grow its partnership with cities and villages in the area, furthering their impact on low to moderate income communities. Lastly, C4 will implement a 6-8 week Climate &amp; Equity Leadership Lab. This lab was created to educate community members on the state of the climate, equitable clean energy, trending policies/strategies across content areas, and international, national and regional goals. Participants will also get the opportunity to discuss issues with members of the local governing bodies.

Outcomes:
The anticipated deliverables include the establishment of 14 Community Sustainability Working Groups and priority work plans in C4 communities. Energy roadmaps and dashboard prototypes will be developed and implemented. The Leadership Lab will be completed by the end of the project, and presentations with mayors and superintendents will bring new C4 membership to 25 new communities. C4 will submit 4-6 large-scale proposals on behalf of communities involved, and the scopes of



EPA_00072714



EPA_00072715



EPA_00072716



EPA_00072717



EPA_00072718



EPA_00072719

work will be applied to multiple funding opportunities.

The expected outcomes include progress towards greenhouse gas reduction, equity and sustainability goals, workforce training and jobs linked to new projects, and community stakeholders who are both educated and engaged. The project will create climate, equity and sustainability policies and strategies that support indoor and outdoor air quality improvements, economic benefits for residents and long-term resiliency strategies that help communities deal with extreme heat, flooding and indoor/outdoor air quality and related health issues. The residents of Broadview, Bellwood, Maywood, Hillside, and Berwyn will receive resources and investments to drive sustainability outcomes well after the end of the project.

The intended beneficiaries are disadvantaged communities.

Subrecipient:
The Village of Broadview is the statutory applicant for this grant. The Village of Broadview will receive a subaward for the Community Outreach work done within the program. They will liaise with communities enrolled in the Cross Community Climate Collaborative. They will also provide assistance to the Seven Generations Ahead team through ensuring community concerns are heard and prioritized.

The following subawards are f

| | | |
|---|---|---|
| srni3940 - Stay Ready NOLA, Inc. | 2420 St. Claude Avenue, New Orleans, LA  70117-7717 | 1/17/25 |

EPA_00072721

| 1/23/25 | Not for Profit | N - New Project | ANEDIA FEASTER | 214-665-2267 |

EPA_00072722

| | $19,999,999.00 | 02 | 02F80101-0 | USEPA EPA R6 |

EPA_00072723

Clean Air Act: Sec. 138

EPA_00072724

66.616 / Environmental and Climate Justice Block Grant Program     $0.00

EPA_00072725

| $19,999,999.00 | 1/17/25 - 1/31/28 | Stay Ready Solar Project |

EPA_00072726

Description:
This agreement provides funding under the
Inflation Reduction Act (IRA) to Stay Ready
NOLA, Inc. Specifically, the project will seek
to build a Resilience
Hub to enhance community resilience to
climate-related emergencies and ensure
access to critical support and resources
during and after extreme weather events. It
will also
provide crucial space for educational
initiatives, job training, and more. During
Disruption and Recovery modes, the same
facility will serve as a home base for the
mutual support
electric crews that flood into New Orleans to
restore power. The Community Solar
Generating Facilities (CSFs) will produce
clean, renewable solar energy, reducing the
energy burdens for approximately 5,000
qualifying low-income residents by reducing
their electric bills by 20% or more.

Activities:
The activities include creating a community
resiliency hub and workforce development
program.

Outcomes:
The anticipated deliverables include
&#9679; Utilize permeable surfaces to

EPA_00072728

EPA_00072729

EPA_00072730

EPA_00072731

EPA_00072732

EPA_00072733

facilitate ground water filtration.
&#9679; Stormwater retention vaults in excess of code requirements.
&#9679; Native grasses and tree planting.
&#9679; Traffic garden for bike safety training
&#9679; Two new bike racks and two free bike repair stations
&#9679; E-bike storage and charging
&#9679; Resilience Hub energy audit performed.
&#9679; Resilience Hub air sealing completed.
&#9679; Resilience Hub electrification, weatherization, and HVAC upgrades.
&#9679; Solar renewable energy capacity installed  (+/- 363 kWh capacity).
&#9679; Battery storage installed (12hr capacity).
&#9679; GHG emission reduction.
&#9679; Capacity for emergency deployment as a hub for 200+ lineworkers and other emergency responders.
&#9679; Capacity as a cooling center during life-threatening heat waves for 200+ individuals.
&#9679; Capacity for emergency deployment as a community distribution facility for GOHSEP to provide food, water, medicine and other urgently needed supplies.
&#9679; One rear-loader garbage/ recycling truck, waste pre-crusher and two compactors.
&#9679; Diversion and reuse of building materials for maker space and float building

EPA_00072735

EPA_00072736

EPA_00072737

EPA_00072738

EPA_00072739

EPA_00072740

(80+ cubic yards of waste diverted from landfill).

&#9679; Warehouse and post-disaster bulk waste recycling (240+ cubic yards diverted from landfill).&quot;

&#9679; Resilience Hub solar renewable energy microgrid installed.

&#9679; Resilience Hub electrification.

&#9679; Emergency power backup and charging station during emergencies.

&#9679; Reverse osmosis water purifying system for potable water (100 gallon/min capacity).

&#9679; Water purification system rainwater collection for non-potable use - fire suppression, toilets, showers, laundry, etc. (5,000 gallon tank).

&#9679; One rear-loader garbage/ recycling truck, waste pre-crusher and two compactors.

&#9679; Diversion and reuse of building materials for maker space and float building (80+ cubic yards of waste diverted from landfill).

&#9679; Warehouse and post-disaster bulk waste recycling (240+ cubic yards diverted from landfill).

&#9679; Resilience Hub construction utilizing low-VOC paints and varnishes (250+ gallons replaced)

&#9679; Formaldehyde-free insulation

&#9679; Eco-friendly adhesives and sealants

&#9679; Solar renewable energy capacity installed (3+ MW)

&#9679; Battery storage installations (12hr capacity).

&#9679; GHG emission reductions&quot;

&#9679; Creation of jobs for members of disadvantaged community in GHG emission reducing industry through CSF construction and operation (20% hiring requirement, estimated 4 FTE jobs)

&#9679; Solar renewable energy capacity installed (3+ MW)

&#9679; GHG emission reductions

&#9679; Creation of composting area on excess land area at CSF site (+/- .25 acres)

&#9679;Upgrade of two public bus stops and for promotion of public transportation initiatives

&#9679;New e-bike docking station and fleet of bikes.

&#9679;Workforce training and retention for

EPA_00072741

| STATE COASTAL CONSERVANCY | 1515 Clay St 10th Fl, Oakland, CA  94612-1467 | 1/15/25 |

EPA_00072742

| 1/21/25 | State | N - New Project | DANIELLE TUCKER | 415-972-3871 |
|---|---|---|---|---|

EPA_00072743

| $12,000,000.00 | $12,000,000.00 | 12 | 97T33201-0 | USEPA EPA R9 |
|---|---|---|---|---|

EPA_00072744

Clean Water Act: Sec. 125



EPA_00072745

| 66.126 / San Francisco Bay Water Quality Improvement Fund | $0.00 |

EPA_00072746

| $16,000,000.00 | 2/1/25 - 2/1/30 | San Francisco Bay Water Quality Improvement Fund |
| --- | --- | --- |

EPA_00072747

Description:
This agreement provides funding to the California State Coastal Conservancy to facilitate the beneficial reuse of dredged sediment from federal navigation channels for wetland restoration in San Francisco Bay. Specifically, the recipient will enter a Memorandum of Understanding with the San Francisco District of U.S. Army Corps of Engineers (USACE) to fund the cost difference between the Federal Standard for dredging projects and the cost for beneficial reuse of the dredged material at wetland restoration projects in San Francisco Bay including Cullinan Ranch, Montezuma, and Bel Marin Keys.

This assistance agreement provides full federal funding in the amount of $12,000,000. See terms and conditions.

Activities:
To implement the San Francisco Estuary Partnership Comprehensive Conservation and Management Plan (CCMP), as part of this grant the California State Coastal Conservancy will accomplish the following activities: 1. Draft and finalize a Memorandum of Understanding with the San Francisco District of U.S. Army Corps of Engineers (USACE) for the beneficial reuse of dredged material; 2. provide funding to USACE prior to their annual bidding process for the Operations and Management (O&amp;M) dredge program in San

EPA_00072748



EPA_00072749



EPA_00072750



EPA_00072751



EPA_00072752



EPA_00072753



EPA_00072754

Francisco Bay and ensure USACE prioritizes beneficial reuse of dredged material during bid selection; 3. fund the incremental cost difference to beneficially reuse all suitable dredged material from the O&amp;M dredge program to wetland restoration projects in San Francisco Bay including Cullinan Ranch, Montezuma, and Bel Marin Keys for at least one year and up to three years depending on availability of other federal funds.

Outcomes:
Anticipated deliverables include: 1) finalization of an Memorandum of Understanding between the California State Coastal Conservancy and the San Francisco District of U.S. Army Corps of Engineers (USACE) for the beneficial reuse of dredged material for tidal wetland restoration; and 2) the beneficial reuse of all suitable dredged material from USACE&rsquo;s O&amp;M dredge program at tidal wetland restoration sites in the San Francisco Bay for at least one and up to three years depending on availability of other federal funding. Expected long-term outcomes include: accelerating the pace and scale of wetland restoration in the San Francisco Bay to provide sea level rise resilience, flood protection, public access, and multiple water quality and wetland habitat benefits. The intended beneficiaries of this project are residents of the nine Bay Area counties and the living resources of the San Francisco Bay and its watersheds.

Subrecipient:
Under the subaward, the USACE will ensure beneficial reuse of dredged material is prioritized in the bidding process for the Operations and Management (O&amp;M) dredge program in San Francisco Bay. USACE will also use funds for the incremental cost difference to beneficially reuse all suitable dredged material from the O&amp;M dredge program to wetland restoration projects in San Francisco Bay including Cullinan Ranch, Montezuma, and Bel Marin Keys for at least one year and up to three years depending on availability of other federal funds.

EPA_00072755

| STATE OF IDAHO DEPARTMENT OF ENVIRONMENTAL QUALITY | 1410 N HILTON ST, BOISE, ID 83706-1253 | 1/15/25 |
|---|---|---|

EPA_00072756

| 1/21/25 | State | N - New Project | DAVID HERRICK | 206-553-2579 |
| --- | --- | --- | --- | --- |

EPA_00072757

| $7,640,000.00 | $7,640,000.00 | 02 | 02J82401-0 | USEPA EPA R10 |
| --- | --- | --- | --- | --- |

Safe Drinking Water Act: Sec. 1452 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00072759

| | |
|---|---|
| 66.468 / Capitalization Grants for Drinking Water State Revolving Funds | $0.00 |

EPA_00072760

| | | |
|---|---|---|
| $7,640,000.00 | 7/1/24 - 6/30/29 | FFY2024 DWSRF BIL Emerging Contaminants |

Description:
This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for the recipient&rsquo;s Drinking Water State Revolving Fund program (DWSRF). These funds are for DWSRF-eligible projects that address emerging contaminants in drinking water with a focus on projects addressing perfluoroalkyl and polyfluoroalkyl substances (PFAS). The award furthers the public health protection objectives of the Safe Drinking Water Act (SDWA).

Activities:
The recipient of these funds will provide low interest rate financing to eligible public water systems for the costs associated with the planning, design, and construction of eligible drinking water improvement projects. The recipient may also use some of the funding for specific set-asides, including but not limited to providing technical assistance to small systems, for operator certification activities, and source water protection activities.

Outcomes:
The anticipated deliverables include financing, planning, design, and construction of eligible emerging contaminant-focused, public health-related projects. Deliverables will also be used to increase the technical, managerial, and financial capacity of public water systems. The expected outcome is public health protection. The intended beneficiaries include citizens throughout the State.

Subrecipient:
Subrecipient activities for the implementation of the Bipartisan Infrastructure Law (BIL) emerging contaminants program include and are not limited to, initial sampling, granular activated carbon (GAC) filtration, ion exchange resins, high pressure membranes, new source development, and interconnection/consolidation, to ensure safe and adequate supplies of drinking water.

| STATE OF IDAHO DEPARTMENT OF ENVIRONMENTAL QUALITY | 1410 N HILTON ST, BOISE, ID 83706-1253 | 1/15/25 |
| --- | --- | --- |

EPA_00072763

| 1/21/25 | State | N - New Project | LACEY DAVIDSON | 206-553-0758 |
|---------|-------|-----------------|----------------|--------------|

EPA_00072764

| $1,043,000.00 | $1,043,000.00 | 02 | 02J82101-0 | USEPA EPA R10 |
|---|---|---|---|---|

Clean Water Act: Title VI  & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00072766

| 66.458 / Capitalization Grants for Clean Water State Revolving Funds | $0.00 |
|---|---|

| $1,043,000.00 | 7/1/24 - 6/30/29 | FFY2024 BIL CWSRF Emerging Contaminants Grant |
|---|---|---|

Description:
This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) program with a primary purpose to address emerging contaminants. Emerging contaminants refer to substances and microorganisms, including manufactured or naturally occurring physical, chemical, biological, radiological, or nuclear materials, which are known or anticipated in the environment, that may pose newly identified or re-emerging risks to human health, aquatic life, or the environment. These substances, microorganisms or materials can include many different types of natural or manufactured chemicals and substances &ndash; such as those in some compounds of personal care products, pharmaceuticals, industrial chemicals, pesticides, and microplastics.  This project is funded under the Infrastructure Investment and Jobs Act (IIJA).

Activities:
The recipients of these funds will provide low interest financing to numerous subrecipients for costs eligible under section 603(c) of the Clean Water Act, with the primary purpose of addressing emerging contaminants.

Outcomes:
The anticipated deliverables include financing planning, design, and construction of eligible water quality improvement and protection projects. The expected outcomes are to improve and protect water quality with an emphasis on emerging contaminants. The intended beneficiaries include citizens throughout the State.

Subrecipient:
The full amount listed in E.9.a is allocated to the 'Other' budget category and will be issued as loans.

| | | |
|---|---|---|
| STATE OF IDAHO DEPARTMENT OF ENVIRONMENTAL QUALITY | 1410 N HILTON ST, BOISE, ID 83706-1253 | 1/15/25 |
| t7133 - Building Materials Re-use Association | 214 N Lexington St, Pittsburg, PA   15208-2589 | 1/15/25 |

| 1/21/25 | State | N - New Project | LACEY DAVIDSON | 206-553-0758 |
|---|---|---|---|---|

| 1/21/25 | Not for Profit | N - New Project | MATTHEW FORTE | 202-564-0000 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| $4,008,000.00 | $4,008,000.00 | 02 | 02J82501-0 | USEPA EPA R10 |
| $6,703,990.00 | $6,703,990.00 | 12 | 84107201-0 | USEPA EPA HQ |

Clean Water Act: Title VI

Inflation Reduction Act: Sec. 60112

EPA_00072773

| 66.458 / Capitalization Grants for Clean Water State Revolving Funds | $0.00 |
| 66.721 / Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA | $0.00 |

| $8,016,000.00 | 7/1/24 - 6/30/29 | FFY2024 Idaho Clean Water State Revolving Fund Capitalization Base Grant |
| --- | --- | --- |
| $6,703,990.00 | 11/1/24 - 12/31/29 | Build Reuse - Reducing Embodied GHG for Salvaged Materials FR |

Description:
The purpose of this agreement is for a capitalization grant which provides funds for the recipient's Clean Water State Revolving Fund (CWSRF) program.

Activities:
The recipient of these funds provides low interest financing to numerous subrecipients.

Outcomes:
The anticipated deliverables include financing, planning, design, and construction of eligible water quality improvement and protection projects.  The expected outcomes are to improve and protect water quality and public health. The intended beneficiaries include citizens throughout the State.

Subrecipient:
The full amount listed in E.9.a is allocated to the 'Other' budget category and will be issued as loans.

Description:
This agreement provides funding under the Inflation Reduction Act (IRA) to Building Materials Re-use Association. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will develop a digital LCA-EPD generator software tool, enhance its capabilities as a program operator and create a sub-category PCR for salvaged and reprocessed construction products. The project will generate data on "average" use, quality, service lifespans, past uses and end-of-life in key product group categories for use in product circularity activities such as design for reuse and materials passport development.

Activities:
The activities include capacity building and education such as openLCA software training, seating members of a Technical Committee for quality assistance and governance as a Program Operator. Activities also include developing a PCR for Salvage and Reuse Construction Products; a digital LCA-EPD Generator; and Environmental Product Declarations (approx 300) from 100 different salvage and reuse



EPA_00072777





EPA_00072779



EPA_00072780



EPA_00072781



EPA_00072782

establishments.

Outcomes:
The anticipated deliverables for Task 1.
Capacity Building and Education include
hosting a two-day workshop and sessions at
annual conferences dedicated to LCA, EPDs
and carbon labeling; training for openLCA
software for staff; declare and publish
Program Operator status and information on
website; and proposed presentation and
paper at annual ACLCA conference.

The anticipated deliverables for Task 2. PCR
for Salvage and Reuse Construction
Products include an RFP for PO PCR
Specification; contracting a PO for PCR
Committee; soliciting and contracting an
Expert Review panel; and conducting PCR
development.

The anticipated deliverables for Task 3.
Digital LCA-EPD Generator Development
include open Excel-based digital LCI data
collection templates; software design; digital
generator testing/refinement; and
instructional guidance for generator.

The anticipated deliverables for Task 4. EPD
Development include EPD program webinars;
establishing solicitation and program
guidelines; developing LCA models for
principal salvage and reuse processes;
conducting LCI data collection processes in
partnership facilities; third-party verification of
EPDs; and publication of EPDs.

The expected outcomes include openLCA
trained staff; dedicated LCA-EPD session at
each annual conference for purposes of
cross-grant coordination; one or more online
education products; one report and roadmap
documenting workshop and reporting; five
papers/presentations to national ACLCA
conference; development of one Core PCR;
an EPD generator tool; and approximately
300 EPDs.

The intended beneficiaries include
architecture, engineering, and construction
professionals, LCA practitioners, academia,
and material manufacturers and suppliers.

Subrecipient:
Build Reuse will provide a subaward for
USDA Forest Products Laboratory for peer
reviews and publications.

EPA_00072783

| | | |
|---|---|---|
| taotcri1427 - TRINITY ALLIANCE OF THE CAPITAL REGION, INC | 15 TRINITY PLACE, ALBANY, NY  12202-1806 | 1/15/25 |

EPA_00072784

| 1/21/25 | Not for Profit | | N - New Project | LUZ RODRIGUEZ SANTIAGO | 787-977-5893 |

EPA_00072785

| $20,000,000.00 | $20,000,000.00 | 20 | 96276700-0 | USEPA EPA R2 |
| --- | --- | --- | --- | --- |

Clean Air Act: Sec. 138

EPA_00072787

66.616 / Environmental and Climate Justice Block Grant Program     $0.00

EPA_00072788

| $20,000,000.00 | 2/1/25 - 1/31/28 | ALL(bany) Together - Climate and Health Resilience Equity Project |

Description:

This agreement provides funding under the Inflation Reduction Act (IRA) to Trinity Alliance of the Capital Region. Specifically the project will support climate resiliency through two community resilience hubs, remediate indoor pollutants in homes, implement residential energy efficiency measures, provide for workforce development for community resident clean energy jobs, support waste reduction and a circular food economy through community composting, and expand green infrastructure through tree planting and education. Further, the grant will enable much deeper collaboration between organizations, hoping to reduce siloed approaches to implementing solutions by supporting community engagement and collaborative governance.

Activities:

The activities include project management, coordination, and reporting; retrofitting the existing and building new portions to the Southern Resilience Hub; constructing a new Northern Resilience Hub; remediating some homes; providing energy efficiency upgrades for other homes; providing and recruiting for the Capital Region Clean Energy Workforce

EPA_00072791

EPA_00072792

EPA_00072793

EPA_00072794

EPA_00072795

EPA_00072796

Development Program; supporting and expanding the Community Compost Initiative; planting trees; and conducting community engagement and outreach across all of these activities.

Outcomes:
The anticipated deliverables include monthly Working Group and quarterly Steering Committee meetings for project coordination; 20,907 square feet of retrofitted and 15,593 square feet of new space for the Southern Resilience Hub; 14,000 square feet for a new Northern Resilience Hub; 6 disaster preparedness trainings per year for each hub; 25 homes inspected &amp; remediated of mold or asbestos including vermiculite, lead or radon; 33 homes to be weatherized and receive energy efficiency upgrades; 90 disadvantaged community residents participating in the Capital Region Clean Energy Workforce Development Program; Community Compost Initiative expanded from 250 to 400 residents; 200 trees planted; and community engagement and outreach campaigns for each.

The expected outcomes include increased # of households educated on emergency preparedness as measured by attendance at planned sessions; increased # of households with access to community-wide and individual household emergency response plans and

EPA_00072797

EPA_00072800

EPA_00072801

EPA_00072803

shelter as measured by number of participants in sessions; # of community members with access to emergency services and safe shelter as measured by building occupancy limits; increased building efficiency as measured by energy usage before and after construction; % reduction of fossil-fuel based home heating/cooling and calculated reduction in associated greenhouse gas emissions; reduced ambient and indoor emissions of Hazardous Air Pollutants and PM2.5.; removal of # of lead-based painted windows; ongoing reduction of reliance on fossil fuels for heating/ cooling and reduction in associated greenhouse gas emissions; in homes with removal of lead-painted windows, lower exposure to lead dust; increased health, and resilience for 33 households in the face of climate change-induced extreme heat events; increased literacy among community members about environmental sectors/skills required to pursue these jobs; increased # of high-quality workforce training programs, e.g., pre-apprenticeship and Registered Apprenticeship, in DAC; increased wages, benefits, job quality, and job security for participants in workforce training programs; Increased community awareness in disadvantaged communities on the skills and types of jobs in the clean energy sector; Increased number of disadvantaged community residents in clean energy sector jobs; increased economic stability in disadvantaged communities and increased economic self-reliance for residents; increased tree canopy measured by % Project Area covered; increased number of trees in project area; additional increase to tree canopy; increased resilience to extreme climate events including cooler ambient

EPA_00072804

| THE FRESHWATER TRUST | 700 SW Taylor St, Suite 200, Portland, OR 97205-3339 | 1/16/25 |
|---|---|---|

| 1/22/25 | Not for Profit | A - Augmentation: Increase | LACEY DAVIDSON | 206-553-0758 |
|---|---|---|---|---|

EPA_00072806

| $4,304,040.00 | $1,300,000.00 | 01 | 02J50201-2 | USEPA EPA R10 |
|---|---|---|---|---|

Clean Water Act: Sec. 123; 33 U.S.C. 1275 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

| 66.962 / Columbia River Basin Restoration Program (CRBRP) | $0.00 |
|---|---|

EPA_00072809

| $7,466,313.00 | 10/1/23 - 9/30/28 | Mid-Snake Toxics and Runoff Reduction Program |
| --- | --- | --- |

Description:
The Freshwater Trust (TFT) will implement
high-impact irrigation upgrades on
agricultural fields that reduce the
sediment&#8208;associated inorganic
mercury and phosphorus runoff that fuel
dangerous methylmercury production in the
Snake River. The environmental benefits of
this project include healthier river systems
and a reduction of impacts of toxics on fish
and wildlife. This agreement will be funded
under the Infrastructure Investment and Jobs
Act.

Activities:
TFT will develop a funding and
implementation plan and deploy an
operational subaward system that identifies
high priority projects to maximize mercury
reductions. A Coordinating Committee of key
funders and implementers will use analytics
to identify priority projects, work with
agricultural and implementation partners, and
use existing credible and transparent
systems to account for, track and report
overall mercury reduction results.

Outcomes:
The anticipated project outputs include
assembling a Coordinating Committee, and
designing a subaward system and
implementation plan. The anticipated
outcomes of this work include a minimum of
2.7M pounds of mercury-laden sediment
prevented from entering the Mid-Snake, with
an associated reduction in phosphorus load.
The anticipated beneficiaries are
communities within the Mid-Snake River and
Columbia River Basin.

Subrecipient:
This project will launch, grow, and adaptively
manage subawards under an outcomes-
based funding and implementation plan. TFT
anticipates funding 22+ priority subaward
projects designed to reduce mercury from
entering the Mid-Snake River. To the extent
possible, TFT will maximize project
investment into communities identified as
priorities by the EPA EJ Screen or CJEST
tools, or as Idaho Department of
Environmental Quality priority nitrate areas.

| The Hoopa Valley Tribe | P.O. Box 1348, Hoopa, CA 95546-0001 | 1/15/25 |

EPA_00072812

| 1/21/25 | Indian Tribe | N - New Project | JENNIFER BROOKS | 202-564-6374 |

EPA_00072813

| | | | | |
|---|---|---|---|---|
| $296,466.00 | $296,466.00 | 02 | 84104301-0 | USEPA EPA HQ |

2024 Consolidated Appropriations Act (PL118-42)

EPA_00072815

66.608 / Environmental Information Exchange Network Grant Program and Related Assistance   $0.00

EPA_00072816

| | | |
|---|---|---|
| $296,466.00 | 10/1/24 - 9/30/27 | Tribal Fisheries and Habitat Monitoring and Management Database Implementation |

Description:
This project by the Hoopa Valley Tribe proposes to develop a modern, comprehensive data management system and software application for improved collection, organization, storage, retrieval, and analysis of Tribal fisheries and habitat monitoring and management data. This project is expected to benefit The Hoopa Valley Tribe Fisheries Department by enhancing its ability to effectively monitor, analyze, and make decisions in support of Tribal fisheries management and habitat restoration programs. Expected environmental results include improved fisheries management, protection and restoration of the Klamath-Trinity Basin, and support of Tribal sovereignty and self-determination.

Award purpose: to enhance IT and data management capabilities that facilitate the electronic collection, reporting, exchange, sharing and integration of the full range of data that informs the business of environmental protection.

Activities:
Activities to be performed include: developing a modern, comprehensive data management system for improved collection, organization, storage, retrieval, and analysis of Tribal fisheries and habitat monitoring and management data; and creating, validating, and deploying a comprehensive software

EPA_00072819

EPA_00072820

EPA_00072822

EPA_00072823

application that meets the specific requirements of Tribal fisheries and habitat monitoring and management needs.

Outcomes:
Anticipated deliverables include: a data management system for Tribal fisheries and habitat monitoring and management data; and a comprehensive software application that meets the specific requirements of Tribal fisheries and habitat monitoring and management needs.

Expected outcomes include: improved collection, organization, storage, retrieval, and analysis of Tribal fisheries and habitat monitoring and management data; and increased capacity of the Tribal Fisheries Department to collect, organize, store, and analyze data.

Project beneficiaries include: the Hoopa Valley Tribe Fisheries Department.

Subrecipient:
No subawards are included in this assistance agreement.

| TULE RIVER INDIAN TRIBAL COUNCIL | P.O. BOX 589, PORTERVILLE, CA 93258-0589 | 1/17/25 |

| 1/23/25 | Indian Tribe | N - New Project | CAITLIN HUI | 415-972-3364 |
| --- | --- | --- | --- | --- |

EPA_00072827

| | $272,005.00 | 20 | 97T27101-0 | USEPA EPA R9 |
|---|---|---|---|---|

EPA_00072828

Clean Water Act: Sec. 518(c)

| 66.458 / Capitalization Grants for Clean Water State Revolving Funds | $0.00 |
|---|---|

| $272,005.00 | 2/3/25 - 12/31/26 | Clean Water Indian Set-Aside - Emerging Contaminants Sampling Program |
|---|---|---|

EPA_00072831

Description:
The agreement provides funding to the Tule River Indian Tribe to investigate the presence of Clean Water Emerging Contaminants (ECs) in their wastewater system and surface water. This will help to address public health risks and potential surface or groundwater contamination related to untreated wastewater. Specifically, the recipient will develop and implement a sampling program to investigate the presence of cyanotoxins and per- and polyfluoroalkyl substances in their wastewater treatment plant effluent, sludge and biosolids, and surface water.

This agreement provides full federal funding in the amount of $272,005. Refer to Terms and Conditions.

Activities:
The activities include procurement of supplies needed for sampling and lab analysis, sampling for the selected emerging contaminants, and subsequent laboratory analysis. Required documents, including a Quality Assurance Project Plan (QAPP) and quarterly reports, will be submitted to EPA.

Outcomes:
The anticipated deliverables include quarterly reports, an EPA-approved QAPP, and laboratory analysis results.
The expected outcomes include the EPA-approved QAPP, a Sampling and Analysis Plan, and four rounds of EC sampling to determine whether the selected ECs are present. If the ECs are identified, this project may inform future wastewater treatment solutions. In any case, this project is intended to kick-start a long-term EC sampling program for the Tribe.
The intended beneficiaries include the residents of the Tule River Reservation.

Subrecipient:
No subawards are included in this assistance agreement.

| vons6936 - VILLAGE OF NEW SQUARE | 37 Reagan Rd, NEW SQUARE, NY 10977 | 1/17/25 |
| --- | --- | --- |

EPA_00072833

| 1/23/25 | Township | N - New Project | KELSEY STEELE | 212-637-3457 |
| --- | --- | --- | --- | --- |

| | | | | |
|---|---|---|---|---|
| | $2,400,000.00 | 17 | 96272824-0 | USEPA EPA R2 |

EPA_00072835



2023 Consolidated Appropriations Act (PL 117-328)

EPA_00072836



| 66.202 / Congressionally Mandated Projects | $0.00 |
| --- | --- |

EPA_00072837

| | | |
|---|---|---|
| $2,400,000.00 | 5/1/25 - 11/1/27 | Village of New Square Drainage and Flood Mitigation Improvements Project |

**Description:**
This agreement provides funding to the Village of New Square to implement its project for Storm Drainage and Flood Mitigation Improvements as directed in the 2023 Consolidated Appropriations Act.

**Activities:**
The activities to be performed on Storm drainage throughout the Village of New Square will be structured to occur within the four drainage areas within the Village: Area 1 - northwest sector of the Village; Area 2 - The south-central sector downstream of Area 1; Area 3 - southwest sector, collects runoff that discharges to the north branch of the Pascack Brook; and Area 4 - The eastern sector, which receives significant runoff from the Palisades Parkway drainage system, as well as half of the Villages runoff.

**Outcomes:**
The anticipated deliverables which are expected to lead to the planned improvements include:1. The replacement of storm sewers with larger diameter pipes for increased flow capacity and the ability to provide some attenuation of peak flows by providing increased storage capacity;2. Installation of underground storage systems to take peak flows off line to be released slowly off peak;3. Installation of additional storm system inlets such as catch basins; and 4. The select re-routing of storm sewers to new outfalls for the Village of New Square, Town of Ramapo, New York.

**Subrecipient:**
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| vons6936 - VILLAGE OF NEW SQUARE | 37 Reagan Rd, NEW SQUARE, NY   10977 | 1/18/25 |

| 1/23/25 | Township | N - New Project | KELSEY STEELE | 212-637-3457 |
|---------|----------|-----------------|---------------|--------------|
|  |  |  |  |  |

EPA_00072841

| | $14,106,685.00 | 17 | 96275500-0 | USEPA EPA R2 |
|---|---|---|---|---|

EPA_00072842

Clean Air Act: Sec. 132



EPA_00072843

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00072844

| $26,709,597.00 | 2/1/25 - 7/31/27 | Village of New Square - Zero Emissions School Bus (ZESB) Project |
|---|---|---|

EPA_00072845

Description:
The agreement provides funding under the Inflation Reduction Act (IRA) to Village of New Square to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 2. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Rockland County, New York.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.

Outcomes:
The anticipated deliverables include replacing Class 7 diesel buses with zero-emission buses and installing single port charging stations. Training will be provided to staff, drivers, and mechanics about how to properly operate and maintain the zero-electric buses and chargers, and community activities will be held to engage with and educate the community.

The expected outcomes include reduced greenhouse gas emissions, improved ambient air quality, improved environmental and human health for the community, improved safety, and increased public awareness and understanding about the environmental and economic effectiveness of the implemented technology.

The intended beneficiaries include various villages, schools, bus owners and operators and bus manufacturers. Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| WEST ANNISTON FOUNDATION | 800 Clydesdale Avenue, Anniston, AL 36201-5303 | 1/16/25 |

EPA_00072847

| 1/22/25 | Not for Profit | N - New Project | ADRIANA MORERA BARRETO | 404-562-0000 |
|---------|---------------|-----------------|------------------------|--------------|

EPA_00072848

| | | | | |
|---|---|---|---|---|
| $2,596,592.00 | $2,596,592.00 | 03 | 03D33625-0 | USEPA EPA R4 |

Clean Air Act: Sec. 138

| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |

EPA_00072851

| | | |
|---|---|---|
| $2,596,592.00 | 3/1/25 - 2/29/28 | Environmental and Climate Justice Block Grant Program |

Description:
This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama.  Specifically, the project will empower young adults in the community to have agency in shaping the future of their community through three interconnected tracks: Education, Community Environmental Health Assessments, and Establishing a community-driven leadership team.

Activities:
The activities include: 1) education, training and workshops; 2) conduct community environmental health assessments; and 3) establish a community-driven leadership team to improve engagement with decision makers.

Outcomes:
The anticipated deliverables include: 1) at least 300 individuals participated in the environmental education, training or workshops over three years; 2) A minimum of 10 participants commit to serve as ambassadors for two years; 3)  a minimum of 8 community workshops; 4) at least six community members will train and take the exam for accreditation as Just Communities Practitioners and LEED (Leadership in Energy and Environmental Design) Green Associate; 5) at least 30 individuals will contribute to the community environmental health assessments; 6) a Community Benefits Plan and model Community Benefits Agreement will be drafted by the leadership team. The expected outcomes include: Increased involvement of community members in local, state, federal, and other environmental public engagement activities, increased knowledge of environmental public processes, increased trust between community members and government entities. The intended beneficiaries are disadvantaged communities.

Subrecipient:
Activities to be implemented through subawards include but are not limited to leading a community environmental health assessment developed in collaboration with community members, YES4EJ Ambassadors, and the Statutory Partners.

EPA_00072853

| | | |
|---|---|---|
| WEST HARLEM ENVIRONMENTAL ACTION INC | 1854 AMSTERDAM AVENUE 2nd Floor, NEW YORK, NY 10031-1714 | 1/16/25 |

| 1/22/25 | Not for Profit | A - Augmentation: Increase | KELVIN BROOKS | 212-637-3426 |
| --- | --- | --- | --- | --- |

EPA_00072855

| $8,000,000.00 | $3,000,000.00 | 13 | 96230923-3 | USEPA EPA R2 |
|---|---|---|---|---|

EPA_00072856

2022 Consolidated Appropriations Act (PL 117-103),2023 Consolidated
Appropriations Act (PL 117-328),Clean Air Act: Sec. 103(b)(3),Clean Air Act: Sec.
138,Clean Water Act: Sec. 104(b)(3),Solid Waste Disposal Act: Sec. 8001(a)

EPA_00072857

| 66.309 / Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | $0.00 |
|---|---|

| $10,000,000.00 | 7/1/23 - 6/30/28 | WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2. |
| --- | --- | --- |

Description:

The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Technical Assistance Center for participants in EPA Region 2. Specifically, WE ACT Technical Assistance Collaborative will service underserved, rural and remote communities within the areas of New Jersey, New York, Puerto Rico, the US Virgin Islands and eight Indian Nations. WE ACT Technical Assistance Collaborative brings together academic partners with climate, policy, regulatory, and decisionmaker engagement expertise; outreach partners from across the region, with an emphasis on reaching rural and remote communities; and energy justice technical and funding expertise. This technical assistance service to be provided will increase the underserved and rural communities&rsquo; capacity to address environmental and energy justice concerns in their respective communities.

The Inflation Reduction Act (IRA) technical assistance (TA) funds issued to WE ACT for Environmental Justice are specifically for the EJ TCTAC to coordinate and collaborate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The Grantmakers are considered Technical Assistance providers, who provide

EPA_00072860



EPA_00072861



EPA_00072862



EPA_00072863



EPA_00072864



EPA_00072865



EPA_00072866

funding as well as technical assistance to applicants and subgrantee recipients addressing environmental concerns of disadvantaged communities. Per the EJ TCTAC Request for Applications (RFA), Funding Opportunity Number EPA-I-OP-OEJ-22-02, the EJ TCTACs are expected to coordinate with other Technical Assistance providers over the project period.

Activities:
The activities include: a series of meetings, workshops, and webinars, both face-to-face and virtual: the hubs and partners will engage grassroot organizations in strengthening institutional capacity. The recipient will assist grassroot organizations to identify organizational, and technical needs, create culturally and linguistically appropriate guides and manuals, and to develop a hands-on approach for providing technical assistance and support for participants in New Jersey, New York, Puerto Rico, the United States Virgin Islands and eight Indian Nation.

Outcomes:
It is anticipated that this project will result in the following deliverables and expected outcomes: recruitment and engagement of grassroot organizations annually to strengthen their institutional capacity through training and technical assistance to increase their capability to apply for and receive grant funding; Increase project participants knowledge of grantsmanship, environmental justice and energy justice. Also, the recipient will develop an online resource library.  Direct beneficiaries of this program include residents located in New Jersey, New York, Puerto Rico, the United States Virgin Islands and eight Indian Nations.

Subrecipient:
WEACT will issue subawards under this Cooperative Agreement. Subaward activities will include project coordination, development of informational materials, outreach activities, grantsmanship and environmental and energy justice training.

| | | |
|---|---|---|
| WINNEBAGO TRIBE OF NEBRASKA | P.O. BOX 687, WINNEBAGO, NE  68071-0687 | 1/17/25 |

EPA_00072868

| 1/23/25 | Indian Tribe | N - New Project | REBECCA HALL | 913-551-7082 |

EPA_00072869

| | $93,960.00 | 03 | 97726904-0 | USEPA EPA R7 |
|---|---|---|---|---|

EPA_00072870

CERCLA: Sec. 128(a)

EPA_00072871

66.817 / State and Tribal Response Program Grants | $0.00

EPA_00072872

| $93,960.00 | 10/1/24 - 9/30/25 | FY24 Winnebago Tribe of Nebraska 128(a) Tribal Response Program |
|---|---|---|

EPA_00072873

Description:
The primary objectives of EPA's CERCLA
Section 128(a) State and Tribal Response
Program grants are to provide financial
support to States, US Territories, and Tribal
Nations to (1) establish or enhance the four
statutory elements of an effective state or
Tribal response program, as specified in
CERCLA Section 128(a)(2), (2) maintain and
update, at least annually, a public record of
sites, pursuant to CERCLA &sect; 128(b),
that includes the name and location of sites
at which response actions have been
completed during the previous year and the
name and location of sites at which response
actions are planned to be addressed in the
next year, and (3) conduct a limited number
of brownfield site assessments or cleanups
that will help establish or enhance the state
or Tribal Nation&rsquo;s response program.
The purpose of this award is to enhance the
capacity of Winnebago Tribe of Nebraska's
brownfields response program to meet the
Section 128(a) elements. Winnebago Tribe of
Nebraska will oversee and perform planning,
assessment, and cleanup of brownfields sites
throughout the Tribal land.

Activities:
Winnebago Tribe of Nebraska will perform
the following activities:  timely survey and

EPA_00072875

EPA_00072877

EPA_00072879

EPA_00072880

inventory of brownfield sites, which are properties whose expansion, redevelopment or reuse may be complicated by the presence of hazardous substances. It also includes oversight and enforcement authorities to ensure that response actions protect human health and the environment; resources to provide meaningful public involvement; mechanisms for approval of cleanup plans, and verification of complete responses. The objective of this project is to assist in remediating and reusing brownfields sites throughout the Tribal land.

Outcomes:
Winnebago Tribe of Nebraska will expand public education and outreach of the Winnebago Tribe of Nebraska Voluntary Cleanup Program to small and disadvantaged communities, assess several sites through the tribal targeted brownfield assessment program, oversee the cleanup of up to 2 sites.

Subrecipient:
No subawards are included in this assistance agreement.

| WYANDOTTE NATION | 8 TURTLE DR, WYANDOTTE, OK  74370-2114 | 1/15/25 |
|---|---|---|

EPA_00072882

| 1/21/25 | Indian Tribe | A - Augmentation: Increase | THUYT NGUYEN | 202-564-5312 |
|---------|--------------|----------------------------|--------------|--------------|
|         |              |                            |              |              |

EPA_00072883

| $947,266.00 | $678,152.00 | 02 | 84077801-1 | USEPA EPA HQ |
|---|---|---|---|---|

EPA_00072884

33 USC 4282 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00072885

| | |
|---|---|
| 66.920 / Solid Waste Infrastructure Financing - Save Our Seas Act Grants | $0.00 |

EPA_00072886

| $947,266.00 | 6/1/24 - 5/31/27 | Solid Waste Infrastructure for Recycling Project |
|---|---|---|

Description:

EPA's Solid Waste Infrastructure for Recycling (SWIFR) Grants for Tribes and Intertribal consortia will fund projects that focus on encouraging environmentally sound post-consumer materials management, fund projects that will result in a decrease in the generation of municipal solid waste and/or an increase in the diversion of municipal solid waste from landfills and incineration; and/or fund projects that provide or expand access to source reduction, reuse, recycling, backhaul, anaerobic digestion, and composting for Tribes and Tribal members of intertribal consortia. The purpose of this award is to enhance the Wyandotte&rsquo;s efforts to meet the SWIFR grants elements. The purpose of the Tribe&rsquo;s proposed project is to transform its solid waste infrastructure reducing waste and managing materials to achieve a circular economy, reduce greenhouse gas emissions, and create a cleaner, resilient, and healthier community. In addition, the project will address environmental justice concerns and the disproportionate challenges that currently affect our Tribal population including the elderly and children. Wyandotte will be increasing and expanding its materials management infrastructure by making renovations and improvement to Wyandotte Nation&rsquo;s Lost Creek Recycling Facility and purchasing recycling equipment. Initially we will be funding the non-construction and installation components and in the future we



EPA_00072889



EPA_00072890



EPA_00072891



EPA_00072892



EPA_00072893



EPA_00072894

will be funding the installation of equipment and construction.

Activities:
Wyandotte Nation is requesting the following resources to reach a broader audience with the proposed project: a) one recycling technician for recycling solid waste and baling materials; b) one vertical baler for compressing cardboard, plastic, and metal; c) 6-bin recycling trailer for residential or drop site recycling collection; d) 20 foot flatbed trailer to haul aluminum and tin bales; e) three non-collapsible recycling bins with lids; f) costs for pre-construction architectural and engineering; and g) costs for hiring general contractors and other contractors performing site preparation as well as making renovations and improvement to the Recycling Facility.

Outcomes:
Activities to be funded under this solicitation will allow the Tribe the opportunity to increase its capacity for collection and improve materials management infrastructure while reducing contamination in the recycled materials stream. Wyandotte will improve facility infrastructure with structure improvements. Wyandotte will also acquire new collection and storage equipment to hold recyclable materials and a vertical baler and trailer which will increase MSW/C&amp;D collection. This will greatly improve the Wyandotte Tribal community with one permanent full-time job and a reduction of GHG released into the community. This will also result in an increase to the number of Tribal members able to receive recycling collection services. The expected outcomes include increased collection of Municipal Solid Waste and Construction and Demolition collected within the community; a further reduction of greenhouse gases within the Tribe and surrounding areas; job creation with the additional facilities; and an increased of Tribal members serviced by expanding collection efforts. The intended beneficiaries include members of the Wyandotte Native Tribe, a federally-recognized Tribe in Oklahoma.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY | 200 W 17th St Ste 400, Cheyenne, WY 82001-4434 | 1/15/25 |

EPA_00072896

| | | | | |
|---|---|---|---|---|
| 1/21/25 | State | N - New Project | SAM FERNANDEZ | 303-312-6360 |

| | | | | |
|---|---|---|---|---|
| $164,000.00 | $164,000.00 | 00 | 00856824-0 | USEPA EPA R8 |

Clean Water Act: Secs. 205(j)(1) & 205(j)(2) & Sec. 604(b)

EPA_00072899

66.454 / Water Quality Management Planning $0.00

EPA_00072900

| $164,000.00 | 1/21/25 - 1/20/27 | WY FY24 205(j)/604(b) Grant |

Description:

This agreement is to fund the State of Wyoming's Water Quality Management Planning program to improve impaired water and protect unimpaired waters across the state by conducting planning that informs and supports implementation of Clean Water Act programs.

In accordance with Clean Water Act section 205(j)(3), unless a waiver request is approved by EPA, the recipient will jointly develop workplans with and passthrough at least 40% of funding to regional or interstate watershed management planning agencies.

This agreement is supported by funding provided under the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58).

Activities:

The activities to be performed include the following water quality management planning activities: the Boysen Nutrient Reduction Strategy Phase I Supplemental - this project will support the initial phases of the Boysen Reservoir Nutrient Reduction Strategy by: 1) developing a public-friendly visual report that characterizes the watershed and water quality issues and summarizes past, current, and future actions to address water quality issues in the watershed; 2) assisting with the development of and initial implementation of a public involvement strategy; and 3) initiating

EPA_00072902

EPA_00072903

EPA_00072904

EPA_00072905

EPA_00072906

EPA_00072907

implementation of nonpoint source implementation projects; and the Flat Creek USGS Fingerprinting Study - this project addresses a segment of Flat Creek that is listed as impaired on the 303(d) for sediment. Teton Conservation District (TCD) maintains a Flat Creek Management Plan to reduce sediment and other pollutant contributions through activities implemented in partnership with local agencies and organizations. USGS performed a sedimentation study in 2019-2020 that was published in 2022. However, no study has addressed the relative contributions of multiple sediment sources in the Flat Creek Watershed. USGS will build upon that study by conducting a &quot;fingerprinting&quot; study using tracers to determine sediment contribution from varying sources in the Flat Creek watershed, helping to prioritize further sediment reduction projects.

Outcomes:
For the Boysen Nutrient Reduction Strategy Phase I Supplemental project, the anticipated deliverables include: administrative: reimbursement requests, complete progress reports with each reimbursement request, annual reports, final project report, other documentation as requested; reporting: annotated outline for the Visual Summary Report to be prepared in collaboration with WDEQ and draft and final Visual Summary Report; education, outreach, and stakeholder involvement: arrange for, and set up for one

EPA_00072910

EPA_00072913

EPA_00072914

stakeholder, and one community kickoff meeting, provide for additional bloom and toxin signage for waterbodies within the Boysen watershed; and initiating implementation of BMPs: coordinate with DEQ to develop and implement an approach to identify critical areas for BMP implementation and BMPs that have the highest likelihood of effective pollutant reduction, prioritized list of potential projects in the critical areas of the watershed, site visits to potential projects or multiple site visits to one primary project, planning/initiation of at least one nonpoint source implementation pilot project, if possible.

For the Flat Creek USGS Fingerprinting Study, the anticipated deliverables include: soil and water samples collected and analyzed for trace elements (e.g., aluminum, arsenic, copper, and others). After elemental analysis results are received, the application of specific statistical analytical methods, as described by Gellis and others (2016), will be used to discern sediment source areas and relative contributions from each source area will be quantified.

The expected outcomes of the Boysen Nutrient Reduction Strategy Phase I Supplemental project include supporting the initial phases of the Boysen Reservoir Nutrient Reduction Strategy by 1) developing a public-friendly visual report that characterizes the watershed and water quality issues a

EPA_00072916

| ygag5952 - YOUNG, GIFTED & GREEN | 655 S. Riverside Drive, Memphis, TN 38103-4623 | 1/17/25 |

EPA_00072917

| 1/23/25 | Not for Profit | N - New Project | LEAH VASSER | 404-562-9742 |
|---------|----------------|-----------------|-------------|--------------|

EPA_00072918

| | $19,996,791.00 | 09 | 03D33725-0 | USEPA EPA R4 |
|---|---|---|---|---|

EPA_00072919

Clean Air Act: Sec. 138



EPA_00072920

| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |
|---|---|

EPA_00072921

| $19,996,791.00 | 1/1/25 - 12/31/27 | Environmental and Climate Justice Block Grant Program |
|---|---|---|

EPA_00072922

Description:
This action approves an award in the amount
of $19,996,791 under the Inflation Reduction
Act (IRA) to Young, Gifted and Green.
Specifically, the project will encompass three
climate action strategies and three pollution
reduction strategies to undertake community
transformational change in environmental
justice across the project area.

Activities:
The activities to be performed include, the
establishment of the Mid-South
Environmental Justice Center; organizing
door knocking campaigns; creating a
community advisory board; implementing a
community engagement plan; coordinating
workforce training in green jobs; conducting
whole home health initiative; building
organizational capacity and compliance;
implementing grants for small businesses;
water testing, training and sampling;
implementing nature-based solutions for
stormwater; and native planting for
biodiversity and air quality.

Outcomes:
The anticipated deliverables include, but are
not limited to, reports; community outreach
and engagement; home health assessments
and mitigations; energy efficient upgrades;
workforce development; job placements;
blighted property purchases; new community
gardens; and outdoor space. The expected
outcomes include, but are not limited to, an

EPA_00072923



EPA_00072924





EPA_00072926



EPA_00072927



EPA_00072928



EPA_00072929

increase in community empowerment on environmental health; improved awareness of the dangers of environmental exposures and prevention; an increase in workforce readiness for green jobs; a decrease in local air pollution due to green planting; as well as a decrease in indoor asthma triggers and home hazards due to whole home upgrades; and an increase in economic opportunities created through the acquisition of blighted property. The intended beneficiaries are disadvantaged communities throughout Memphis, Tennessee.

Subrecipient:
The subaward activities include, and are not limited to, energy-efficiency upgrades and health-hazard remediation to residences, energy-efficient upgrades and green-infrastructure installation to commercial buildings, planting trees, and testing local water for contamination. All subaward activities are to take place in the identified project area.

## AL

### 03 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| WEST ANNISTON FOUNDATION | 03 | 800 Clydesdale Avenue, Anniston, AL  36201-5303 |

EPA_00072931

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $2,596,592.00 | $2,596,592.00 |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |

| Project Title | Project Description |
|---|---|
| Environmental and Climate Justice Block Grant Program | Description:<br>This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama.  Specifically, the project will empower young adults in the community to have agency in shaping the future of their community through three interconnected tracks: Education, Community Environmental Health Assessments, and Establishing a community-driven leadership team.<br><br>Activities:<br>The activities include: 1) education, training and workshops; 2) conduct community environmental health assessments; and 3) establish a community-driven leadership team to improve engagement with decision makers.<br><br>Outcomes:<br>The anticipated deliverables include: 1) at least 300 individuals participated in the environmental education, training or workshops over three years; 2) A minimum of 10 participants commit to serve as ambassadors for two years; 3)  a minimum of 8 community workshops; 4) at least six community members will train and take the exam for accreditation as Just Communities Practitioners and LEED (Leadership in |



## 07 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00072935



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
| --- | --- |

Energy and Environmental Design) Green Associate; 5) at least 30 individuals will contribute to the community environmental health assessments; 6) a Community Benefits Plan and model Community Benefits Agreement will be drafted by the leadership team. The expected outcomes include: Increased involvement of community members in local, state, federal, and other environmental public engagement activities, increased knowledge of environmental public processes, increased trust between community members and government entities. The intended beneficiaries are disadvantaged communities.

Subrecipient:
Activities to be implemented through subawards include but are not limited to leading a community environmental health assessment developed in collaboration with community members, YES4EJ Ambassadors, and the Statutory Partners.

| Project Title | Project Description |
| --- | --- |

| BIRMINGHAM BOARD OF EDUCATION | 07 | 6434 1st Avenue, North
Birmingham, AL  35212-1541 |
|---|---|---|

| 1/16/2025 | 1/22/25 | $5,600,000.00 | $8,543,440.00 |
| --- | --- | --- | --- |

EPA_00072940

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

| Clean Heavy-Duty Vehicles Program | Description:<br>This action approves an award in the amount of $5,600,000 to support Birmingham City Schools to replace in use, non-zero emission heavy duty vehicles with new zero emission vehicles to reduce air pollution and greenhouse gas emissions. The recipient will replace 20 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Jefferson County, Alabama.<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles: purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.<br><br>Outcomes:<br>The anticipated deliverables include replacement of 20 diesel buses with 20 Class 7, Type C all electric school buses and installation of 20 DC fast chargers. Training will be provided to drivers, mechanics, and first responders about how to safely operate the electric school buses. A community event will be hosted to focus on the arrival of the new electric school buses.<br>The expected outcomes include reductions in greenhouse gas emissions, increased health benefits from the improved air quality, increased understanding by the internal workforce and external stakeholders, and increased awareness of sustainable transportation and community acceptance through community engagement events and activities. The intended beneficiaries include Birmingham City Schools (grantee) and the disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
|---|---|

EPA_00072942

## AR

### 02 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| ARKANSAS DIVISION OF ENVIRONMENTAL QUALITY | 02 | 5301 NORTHSHORE DRIVE, NORTH LITTLE ROCK, AR 72118-5317 |

## AZ

### 02 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $18,187.00 | $387,320.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
|---|---|
| CERCLA: Secs. 104(d)(1) & 104(c)(3)(C) | 66.802 / Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Project Title | Project Description |
|---|---|
| Arkansas Division of Environmental Quality State Fiscal Year 2025 Five-Year Review Cooperative Agreement | Description:<br>This agreement funds the recipient's program to conduct 5 year remedial action at the specified hazardous waste sites in Arkansas, which are listed on the National Priorities List (NPL) of the National Oil and Hazardous Substances Contingency Plan.<br><br>Activities:<br>The activities to be performed include the following site-specific actions: evaluating the implementation, sustainment, and effectiveness of the remedy applied to each site.<br><br>Outcomes:<br>The anticipated deliverables include semi-annual progress reports, financial status reports and a detailed project schedule.<br>The expected outcomes include continued acceptable performance at National Priority List (NPL) sites in Arkansas.<br>The intended beneficiaries include residents of the state of Arkansas.<br><br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

| NavajoTUA - NAVAJO TRIBAL UTILITY AUTHORITY | 02 | PO BOX 170, FORT DEFIANCE, AZ  86504-1520 |
|---|---|---|

EPA_00072947

| 1/16/2025 | 1/22/25 | $2,636,600.00 | $2,636,600.00 |

EPA_00072948

| | |
|---|---|
| 2018 (PL 115-123),Clean Water Act: Title VI & Infrastructure Investment and Jobs Act (IIJA)(PL 117-58),Further Additional Supplemental Appropriations for Disaster Relief Requirements Act | 66.458 / Capitalization Grants for Clean Water State Revolving Funds |

| State Revolving Fund- BIL Supplement | Description: |
|---|---|
| | The agreement provides funding to the Navajo Tribal Utility Authority (NTUA) to implement projects and activities that improve wastewater sanitation services for Federally recognized Indian tribes and/or Alaskan Native Villages. Specifically, the recipient will evaluate the condition of the sanitary sewer collection system and develop recommendations and cost estimates for the repair, rehabilitation, and/or replacement of system components.<br><br>This agreement provides federal funding in the amount of $2,636,600.<br><br>Activities:<br>The activities include completing an evaluation and recommendation for improvements to the community sanitary sewer collection system.<br>At a minimum the SSES proposes to address the following general elements:<br>a) Corrosion Defect Identification<br>b) Manhole Inspections<br>c) Inflow and Infiltration Detection<br>d) Closed Circuit Television Inspection<br>e) Pump Station Performance and Adequacy<br><br>The repair, rehabilitation and/or replacement plan (RRR Plan) for the collection system shall use the SSES to inform the development of recommendations to correct deficiencies cited in the components of the |

EPA_00072950



EPA_00072951



EPA_00072952



EPA_00072953

collection system. At a minimum the RRR Plan proposes to address the following general elements:
a) Ranking of all identified defects using NASCCO PACP and MACP standards.
b) Categorization of each defect requiring RRR.
c) Estimated cost of RRR.
d) Schedule for proposed RRR activities.
e) Plan for funding RRR activities.

Outcomes:
The anticipated deliverables include:
i. By September 30th, 2025, NTUA and EPA WaterTA intend to complete contract documents needed for the solicitation of a sanitary sewer evaluation study (SSES) and subsequent repair, rehabilitation and replacement plan (RRR Plan).
ii. By January 31st, 2026, NTUA intends to secure a contract for the completion of a SSES and RRR Plan.
iii. By December 31st, 2026, NTUA intends to submit a draft SSES for EPA review.
iv. By December 31st, 2027, NTUA intends to submit a draft RRR Plan for EPA review.

v. By September 30th, 2028, finalize all work plan tasks, submit final programmatic and financial reports, and initiate grant close-out.

vi. The project supports EPA&rsquo;s Strategic Plan, Objective 5.2 Protect and Restore Waterbodies and Watersheds.



EPA_00072955



EPA_00072956



EPA_00072957

The expected outcomes include:
Work Plan Component Output/Deliverable
Site Visit Report / Site Map
Utility Location Utilities Map
RFQ / Bid Package  Solicitation Package
Advertise Bid Package  Web /  Bulletin
Posting
Pre-Bid Meeting  Sign-In Sheet
Review Proposals / Bids  Technical
Evaluation
Contractor Selection  Notice of Selection
Agreement Finalized  Signed Agreement
Document
Schedule of Work and Values Gantt Chart:
Tasks and Values
Kick-Off Meeting  Agenda
Sewer Evaluation San. Sewer Evaluation
Study
Recommendations and Costs Development
RRR Plan and Cost Estimate
Acceptance of Work and Final Payment
Finalized SSES and RRR Plan
Develop/ Update IHS SDS Project SDS
Assigned Project Number
Develop Funding Application Completed
Funding Application
EPA Financial Requirements Final Federal
Financial Report (SF-425) submitted to EPA
Finance Office
EPA Programmatic Requirements Final
report submitted to EPA Program Office

The intended beneficiaries include:
Communities and Receiving Water Bodies.
The project supports EPA&rsquo;s Strategic
Goal 5: Ensure Clean and Safe Water for All
Communities, Objective 5.2: Protect and
Restore Waterbodies and Watersheds.


Subrecipient:
No subawards are included in this assistance
agreement.

EPA_00072958

| | | |
|---|---|---|
| NavajoTUA - NAVAJO TRIBAL UTILITY AUTHORITY | 02 | PO BOX 170, FORT DEFIANCE, AZ  86504-1520 |

EPA_00072959

| 1/16/2025 | 1/22/25 | $1,778,000.00 | $1,778,000.00 |
|-----------|---------|----------------|----------------|

| Clean Water Act: Sec. 518(c) | 66.458 / Capitalization Grants for Clean Water State Revolving Funds |
| --- | --- |