| Clean Water Indian Set-Aside Chinle Sanitary Sewer Evaluation Project | Description: |
|---|---|
| | The agreement provides funding to the Navajo Tribal Utility Authority (NTUA) to implement projects and activities that improve wastewater sanitation services for Federally recognized Indian tribes and/or Alaskan Native Villages.  Specifically, the recipient will evaluate the condition of the sanitary sewer collection system and develop recommendations and cost estimates for the repair, rehabilitation, and/or replacement of system components. |
| | This agreement provides federal funding in the amount of $1,778,000. |
| | Activities: The activities include completing an evaluation and recommendation for improvements to the community sanitary sewer collection system. At a minimum the SSES proposes to address the following general elements: a) Corrosion Defect Identification b) Manhole Inspections c) Inflow and Infiltration Detection d) Closed Circuit Television Inspection e) Pump Station Performance and Adequacy |
| | The repair, rehabilitation and/or replacement plan (RRR Plan) for the collection system shall use the SSES to inform the development of recommendations to correct deficiencies cited in the components of the |

EPA_00072963

EPA_00072964

EPA_00072965

collection system. At a minimum the RRR Plan proposes to address the following general elements:
a) Ranking of all identified defects using NASCCO PACP and MACP standards.
b) Categorization of each defect requiring RRR.
c) Estimated cost of RRR.
d) Schedule for proposed RRR activities.
e) Plan for funding RRR activities.

Outcomes:
The anticipated deliverables include:
i. By September 30th, 2025, NTUA and EPA WaterTA intend to complete contract documents needed for the solicitation of a sanitary sewer evaluation study (SSES) and subsequent repair, rehabilitation and replacement plan (RRR Plan).
ii. By January 31st, 2026, NTUA intends to secure a contract for the completion of a SSES and RRR Plan.
iii. By December 31st, 2026, NTUA intends to submit a draft SSES for EPA review.
iv. By December 31st, 2027, NTUA intends to submit a draft RRR Plan for EPA review.

v. By September 30th, 2028, finalize all work plan tasks, submit final programmatic and financial reports, and initiate grant close-out.

vi. The project supports EPA&rsquo;s Strategic Plan, Objective 5.2 Protect and

EPA_00072967

EPA_00072968

Restore Waterbodies and Watersheds.

The expected outcomes include:
Work Plan Component Output/Deliverable
Site Visit Report / Site Map
Utility Location Utilities Map
RFQ / Bid Package  Solicitation Package
Advertise Bid Package  Web /  Bulletin
Posting
Pre-Bid Meeting  Sign-In Sheet
Review Proposals / Bids  Technical
Evaluation
Contractor Selection  Notice of Selection
Agreement Finalized  Signed Agreement
Document
Schedule of Work and Values Gantt Chart:
Tasks and Values
Kick-Off Meeting  Agenda
Sewer Evaluation San. Sewer Evaluation
Study
Recommendations and Costs Development
RRR Plan and Cost Estimate
Acceptance of Work and Final Payment
Finalized SSES and RRR Plan
Develop/ Update IHS SDS Project SDS
Assigned Project Number
Develop Funding Application Completed
Funding Application
EPA Financial Requirements Final Federal
Financial Report (SF-425) submitted to EPA
Finance Office
EPA Programmatic Requirements Final
report submitted to EPA Program Office

The intended beneficiaries include:
Communities and Receiving Water Bodies.
The project supports EPA&rsquo;s Strategic
Goal 5: Ensure Clean and Safe Water for All
Communities, Objective 5.2: Protect and
Restore Waterbodies and Watersheds.

Subrecipient:
No subawards are included in this assistance
agreement.

| SAN CARLOS APACHE TRIBAL COUNCIL | 02 | 3A  SAN CARLOS AVE., SAN CARLOS, AZ   85550 |
| --- | --- | --- |

EPA_00072971

| 1/17/2025 | 1/23/25 | $3,977,000.00 | $3,977,000.00 |
|-----------|---------|---------------|---------------|

EPA_00072972

| Safe Drinking Water Act: Sec. 1452 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.468 / Capitalization Grants for Drinking Water State Revolving Funds |
| --- | --- |

| Drinking Water Tribal Set-Aside - BIL - Bylas Wells | Description:<br>This agreement provides funding to San Carlos Apache Trbe under the Safe Drinking Water Act (SDWA): Section 1452 and infrastructure Investment and Jobs Act (IIJA) (PL 117-58). The purpose of this agreement is to implement projects and activities that assist public water systems serving tribes to comply with National Primary Drinking Water Regulations (NPDWRs) or otherwise further the health protection objectives of the SDWA. Specifically, the recipient will design and construct wellwater delivery facilities for the two new Bylas wells constructed.<br><br>This assistance agreement provides full federal funding in the amount of $3,977,000. Pre-award costs are approved back to 12/01/2024.  See terms and conditions.<br><br>Activities:<br>The activities include design and construction for wellwater delivery facilities from the two new Bylas wells.<br><br>Outcomes:<br>The anticipated deliverables include connection from the Bylas wells to the water system. The expected outcomes include the ability to utilize the new wells as water sources. The intended beneficiaries include the members of the San Carlos Apache Tribe.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| | | |
|---|---|---|
| SAN CARLOS APACHE TRIBAL COUNCIL | 02 | 3A  SAN CARLOS AVE., SAN CARLOS, AZ  85550 |

EPA_00072975

| 1/17/2025 | 1/23/25 | $3,205,000.00 | $3,205,000.00 |
|-----------|---------|---------------|---------------|

EPA_00072976

| | |
|---|---|
| Safe Drinking Water Act: Sec. 1452 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.468 / Capitalization Grants for Drinking Water State Revolving Funds |

Drinking Water Tribal Set-Aside - BIL - Gilson Wash

Description:
This agreement provides funding to the San Carlos Apache Tribe under the Safe Drinking Water Act (SDWA): Section 1452 and infrastructure Investment and Jobs Act (IIJA) (PL 117-58). The purpose of this agreement is to implement projects and activities that assist public water systems serving tribes to comply with National Primary Drinking Water Regulations (NPDWRs) or otherwise further the health protection objectives of the SDWA. Specifically, the recipient will replace hydropneumatic tank, booster pumps, and build a water storage tank with required piping to address water outages/mechanical failures.

This assistance agreement provides full federal funding in the amount of $3,205,000. Pre-award costs are approved back to 12/01/2024.  See terms and conditions.

Activities:
The activities include replacement of hydropneumatic pump, booster pumps, build water storage tank with piping.

Outcomes:
The anticipated deliverables include replacement of hydropneumatic tank, booster pumps and a new water storage tank. The expected outcomes include reliable water facilities which are currently subject to frequent outages and unreliable water. The intended beneficiaries include members of the San Carlos Apache Tribe.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| SAN CARLOS APACHE TRIBAL COUNCIL | 02 | 3A  SAN CARLOS AVE., SAN CARLOS, AZ  85550 |

## CA

### 02 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| | | | |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $1,057,000.00 | $1,057,000.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| | |
|---|---|
| Safe Drinking Water Act: Sec. 1459A & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.442 / Assistance for Small and Disadvantaged Communities Drinking Water Grant Program (SDWA 1459A) |

| Statutory Authority Summary | Assistance Program |
|---|---|

| | |
|---|---|
| Assistance for Small and Disadvantaged Communities Drinking Water Grant Program - BIL - Peridot | **Description:** This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to San Carlos Apache Tribe to implement activities that address emerging contaminants, including Per- and polyfluoroalkyl substances (PFAS)- specifically Perfluorobutanesulfonic acid (PFBS), in tribal drinking water.<br><br>This assistance agreement provides full federal funding in the amount of $1,057,000. Pre-award costs are approved back to 12/01/2024.  See terms and conditions.<br><br>Activities:<br>The activities include: a well with updated facilities that will be intertied with the drinking water system.<br><br>Outcomes:<br>Anticipated deliverables include: a new well pipeline, pumphouse, and facilities that will be installed.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

EPA_00072982

| The Hoopa Valley Tribe | 02 | P.O. Box 1348, Hoopa, CA 95546-0001 |
| --- | --- | --- |

EPA_00072983

| 1/15/2025 | 1/21/25 | $296,466.00 | $296,466.00 |
| --- | --- | --- | --- |

EPA_00072984

| 2024 Consolidated Appropriations Act (PL118-42) | 66.608 / Environmental Information Exchange Network Grant Program and Related Assistance |
|---|---|

EPA_00072985

| Tribal Fisheries and Habitat Monitoring and Management Database Implementation | Description:<br>This project by the Hoopa Valley Tribe proposes to develop a modern, comprehensive data management system and software application for improved collection, organization, storage, retrieval, and analysis of Tribal fisheries and habitat monitoring and management data. This project is expected to benefit The Hoopa Valley Tribe Fisheries Department by enhancing its ability to effectively monitor, analyze, and make decisions in support of Tribal fisheries management and habitat restoration programs. Expected environmental results include improved fisheries management, protection and restoration of the Klamath-Trinity Basin, and support of Tribal sovereignty and self-determination.<br><br>Award purpose: to enhance IT and data management capabilities that facilitate the electronic collection, reporting, exchange, sharing and integration of the full range of data that informs the business of environmental protection.<br><br>Activities:<br>Activities to be performed include: developing a modern, comprehensive data management system for improved collection, organization, storage, retrieval, and analysis of Tribal fisheries and habitat monitoring and management data; and creating, validating, and deploying a comprehensive software |
|---|---|

## 06 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00072987



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

EPA_00072988

| Statutory Authority Summary | Assistance Program |
| --- | --- |

application that meets the specific requirements of Tribal fisheries and habitat monitoring and management needs.

Outcomes:
Anticipated deliverables include: a data management system for Tribal fisheries and habitat monitoring and management data; and a comprehensive software application that meets the specific requirements of Tribal fisheries and habitat monitoring and management needs.

Expected outcomes include: improved collection, organization, storage, retrieval, and analysis of Tribal fisheries and habitat monitoring and management data; and increased capacity of the Tribal Fisheries Department to collect, organize, store, and analyze data.

Project beneficiaries include: the Hoopa Valley Tribe Fisheries Department.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| CITRUS HEIGHTS WATER DISTRICT | 06 | P.O. BOX 286, CITRUS HEIGHTS, CA  95611-0286 |

EPA_00072991

| 1/17/2025 | 1/23/25 | $1,500,000.00 | $1,875,000.00 |
|-----------|---------|---------------|---------------|
|           |         |               |               |

EPA_00072992

| 2023 Consolidated Appropriations Act (PL 117-328) | 66.202 / Congressionally Mandated Projects |
| --- | --- |
| | |

EPA_00072993

| Community Grants Program - Highland Ave Well Project | Description:<br>This agreement provides funding to Citrus Heights Water District to implement its project to build a new ASR (Aquifer Storage and Recovery) well along Highland Avenue in Citrus Heights, CA as directed in the 2023 Consolidated Appropriations Act. The well will directly provide water to the water district and indirectly to the entire region for typical municipal and industrial uses. The well will enhance system redundancy and reduce strain on local water resources (may forego up to 1000 AFY of surface water supplies).<br><br>This assistance agreement provides full federal funding in the amount of $1,500,000.00.<br><br>Activities:<br>The activities to be performed are focused on the construction of a new well pump station, the perimeter fencing and the new access drive/gate. The area will need to be cleared and graded, but existing trees adjacent to the property will be retained. The activities will specifically include: construction of foundations, slabs and structures for the pump pedestal, motor control center and electric utility pad; installation of underground primary and secondary electrical conduits and conductors from the transformer pad to the motor control center; installation of perimeter and interior fencing.<br><br>Outcomes:<br>The anticipated deliverables are a new ASR well (Aquifer Storage and Recovery) on Highland Avenue which will allow surface water to get pumped into groundwater supplies for storage. The well will provide an additional, reliable water supply source to enhance redundancy at the local level and help preserve water resources for greater region. Project will directly benefit the Citrus Heights Water District and allow them to forgo up to 1000 AFY of surface water supplies. This will indirectly supply water and benefit the larger region and community for municipal and industrial water users.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
|---|---|

| RURAL COMMUNITY ASSISTANCE CORPORATION | 06 | 3120 Freeboard Drive, Suite 201, West Sacramento, CA 95691-5039 |
| --- | --- | --- |

EPA_00072995

| 1/15/2025 | 1/21/25 | $2,677,486.00 | $4,669,646.00 |
|-----------|---------|---------------|---------------|

EPA_00072996

| | |
|---|---|
| Clean Water Act: Sec. 104(b)(3),Safe Drinking Water Act: Sec. 1442(c)(3) | 66.203 / Environmental Finance Center Grants |

EPA EFC R10 Water Infrastructure

Description:
This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to support the Environmental Finance Center (EFC) at the Rural Community Assistance Corporation (RCAC).  The EFCs provide finance-related training, education, and analytical studies to help regulated parties develop solutions to the difficult &quot;how-to-pay&quot; issues associated with meeting environmental standards. The EFCs educate state, tribal, and local governments and businesses on lowering environmental costs, increasing environmental investments, improving financial capacity, identifying appropriate revenue generating mechanisms, and evaluating environmental financing options. Through this project, the EFC enables water and wastewater systems to access funding for infrastructure improvement projects from the IIJA.

Activities:
The activities include direct on- and off-site technical assistance (TA). Individual TA workplans will be developed for each utility assisted, and EFC staff will work directly with communities to address the needs outlined in the workplans. TA will often include community specific capacity building one on one trainings.  TA will be marketed and supported through creation and dissemination of finance-related tools and resources, research, EFC staff participation at educational events and 2 annual multi-

**11 - District**

EPA_00072999

EPA_00073001

community educational webinars in each State (AK, ID, OR and WA).

Outcomes:
The anticipated deliverables to EPA include quarterly reports, Community TA workplans, stakeholder task force meetings, participation in related events, and webinars and the deliverables to the communities receiving TA include funding applications, asset management documents, rate studies, procurement plans, income surveys, capital improvement plans, O&amp;M plans, financial statements, affordability studies.

The expected outcome is facilitating access to IIJA State Revolving Fund (SRF) resources (and other relevant IIJA funding opportunities such as the Emerging Contaminants in Small or Disadvantaged Communities Grant program) for water and wastewater systems, with a focus on underserved and disadvantaged communities that have never accessed SRF funding before, and communities that are not currently receiving TA.

The intended beneficiaries are, initially, communities that are defined as disadvantaged by State Intended Use Plans but may also target outreach and assistance based on other definitions and metrics of disadvantaged and underserved status as they become available.

Subrecipient:
The activities through the subawards include the Willamette Partnership which will provide a wide range of solutions to infrastructure planning, design, and implementation that will address the immediate infrastructure need while finding opportunities to achieve benefits for the environment, community health, and the local economy.  The University of Oregon's Institute for Policy Research and Engagement subaward will contribute to the R10 EFC by linking the skills, expertise, and innovation of higher education with local planning, economic development, and environmental issues.  The Moonshot Missions subaward will assist the EFC to identify community needs and build local technical, managerial, and financial capacity to meet those needs.

EPA_00073002

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| cpuc0187 - California Public Utilities Commission | 11 | 505 Van Ness Avenue, San Francisco, CA  94102-3298 |

## 12 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $249,400,000.00 | $249,800,000.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073004

| Statutory Authority Summary | Assistance Program |
|---|---|
| 2023 Consolidated Appropriations Act (PL 117-328),Clean Air Act: Sec. 134(a)(1),National Environmental Policy Act: Sec. 102(2)(I) | 66.959 / Zero-Emissions Technology Grant Program |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Project Title | Project Description |
|---|---|
| California Solar for All Program - The award removes the 2% funding restriction from the Solar for All award and incorporates the necessary budget and workplan documentation. | **Description:**<br>The award removes the 2% funding restriction from the Solar for All award and incorporates the necessary budget and workplan documentation.<br><br>This agreement provides funding under the Inflation Reduction Act. The recipient will provide financial and technical assistance to low-income and disadvantaged communities to deploy and benefit from residential-serving distributed solar energy and storage projects. These programs will ensure low-income households receive residential distributed solar by providing program beneficiaries household savings, community ownership, energy resilience, and other meaningful benefits.<br><br>**Activities:**<br>Solar projects receiving financial assistance from the recipient may receive assistance for associated energy storage and upgrades that either enable project deployment or maximize the benefits of the project for low-income and disadvantaged communities. The recipient will also provide project-deployment services to enable low-income and disadvantaged communities to deploy and benefit from residential solar.<br><br>**Outcomes:**<br>The anticipated deliverables will include steps and milestones to implement the strategies and plans for the Solar for All Program, a distribute solar market strategy, the financial assistance strategy, the project-deployment technical assistance strategy, and an equitable access and meaningful involvement plan.<br><br>The expected outcomes include climate and air pollution benefits, equity and community benefits, and market transformation benefits. The intended beneficiaries include households in low-income and disadvantaged communities.<br><br>**Subrecipient:**<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

| PHYSICIANS, SCIENTISTS, AND ENGINEERS FOR SUSTAINABLE AND HEALTHY ENERGY, INC. | 12 | HEALTHY ENERGY INC., OAKLAND, CA   94612-2248 |

EPA_00073007

| 1/16/2025 | 1/22/25 | $500,000.00 | $1,999,998.00 |
|-----------|---------|-------------|---------------|

EPA_00073008

| Clean Air Act: Sec. 103,Clean Water Act: Sec. 104 | 66.509 / Science to Achieve Results (STAR) Program |
| --- | --- |
| | |

| | |
|---|---|
| Mixed-Methods Cumulative Impacts Research and Health Analysis to Inform Policy Proposals in Bernalillo County, New Mexico and Richmond County, Georgia | **Description:**<br>This research project aims to fill existing gaps in cumulative burden analysis, including air and water pollution burdens, and to better inform locally-tailored policies and strategies to mitigate environmental health disparities in selected partnering underserved communities in Georgia and New Mexico.<br><br>**Activities:**<br>The research project will develop a statewide cumulative burden index (CBI) for Georgia and New Mexico using a novel health impact analysis method. The project will then integrate community-driven priorities to develop local high-resolution CBIs for Bernalillo County, NM and Richmond County, GA. Finally, the project will apply the analysis to case study that facilities in each county to inform local policy recommendations and identify best practices for similar efforts nationwide.<br><br>**Outcomes:**<br>Deliverables include annual and final research reports, peer reviewed journal publications, and scientific reports as well as educational materials and policy recommendations for state and local public health agencies, environmental managers, health professionals, and community planners and leaders. Expected outcomes include a reduction of harmful pollutant exposures and a general improvement in environmental health among residents in the |

EPA_00073010



EPA_00073011



EPA_00073012



EPA_00073013

underserved communities in Georgia and New Mexico. Intended beneficiaries include state and local public health agencies, environmental managers, health professionals, community leaders, and vulnerable populations in the underserved communities in Georgia and New Mexico.

Subrecipient:
University of New Mexico ($389,429) - UNM will provide legal and policy analysis and support engagement with community groups and oversee the engagement activities and qualitative data collection and analysis tasks, working with Dr. Nunez and other co-investigators on analyses for AIM 2.

Los Jardines ($389,454) - Los Jardines will engage community leaders and host grassroots community workshops to disseminate research and to describe broader resident&rsquo;s perspectives on cumulative burdens; conducting community focus groups; and host public convenings to vet qualitative research findings and solidify recommendations for integrating local data.

Georgia Wand ($313,820) - Georgia Wand will engage community leaders and host grassroots community workshops to disseminate research and to describe broader resident&rsquo;s perspectives on cumulative burdens; conducting community focus groups; and host public convenings to vet qualitative research findings and solidify recommendations for integrating local data.

EPA_00073014

| STATE COASTAL CONSERVANCY | 12 | 1515 Clay St 10th Fl, Oakland, CA  94612-1467 |

EPA_00073015

| 1/15/2025 | 1/21/25 | $12,000,000.00 | $16,000,000.00 |

EPA_00073016

| Clean Water Act: Sec. 125 | 66.126 / San Francisco Bay Water Quality Improvement Fund |
| --- | --- |

San Francisco Bay Water Quality Improvement Fund

Description:
This agreement provides funding to the California State Coastal Conservancy to facilitate the beneficial reuse of dredged sediment from federal navigation channels for wetland restoration in San Francisco Bay. Specifically, the recipient will enter a Memorandum of Understanding with the San Francisco District of U.S. Army Corps of Engineers (USACE) to fund the cost difference between the Federal Standard for dredging projects and the cost for beneficial reuse of the dredged material at wetland restoration projects in San Francisco Bay including Cullinan Ranch, Montezuma, and Bel Marin Keys.

This assistance agreement provides full federal funding in the amount of $12,000,000. See terms and conditions.

Activities:
To implement the San Francisco Estuary Partnership Comprehensive Conservation and Management Plan (CCMP), as part of this grant the California State Coastal Conservancy will accomplish the following activities: 1. Draft and finalize a Memorandum of Understanding with the San Francisco District of U.S. Army Corps of Engineers (USACE) for the beneficial reuse of dredged material; 2. provide funding to USACE prior to their annual bidding process for the Operations and Management (O&amp;M) dredge program in San

## 20 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073019

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00073021

Francisco Bay and ensure USACE prioritizes beneficial reuse of dredged material during bid selection; 3. fund the incremental cost difference to beneficially reuse all suitable dredged material from the O&amp;M dredge program to wetland restoration projects in San Francisco Bay including Cullinan Ranch, Montezuma, and Bel Marin Keys for at least one year and up to three years depending on availability of other federal funds.

Outcomes:
Anticipated deliverables include: 1) finalization of an Memorandum of Understanding between the California State Coastal Conservancy and the San Francisco District of U.S. Army Corps of Engineers (USACE) for the beneficial reuse of dredged material for tidal wetland restoration; and 2) the beneficial reuse of all suitable dredged material from USACE&rsquo;s O&amp;M dredge program at tidal wetland restoration sites in the San Francisco Bay for at least one and up to three years depending on availability of other federal funding. Expected long-term outcomes include: accelerating the pace and scale of wetland restoration in the San Francisco Bay to provide sea level rise resilience, flood protection, public access, and multiple water quality and wetland habitat benefits. The intended beneficiaries of this project are residents of the nine Bay Area counties and the living resources of the San Francisco Bay and its watersheds.

Subrecipient:
Under the subaward, the USACE will ensure beneficial reuse of dredged material is prioritized in the bidding process for the Operations and Management (O&amp;M) dredge program in San Francisco Bay. USACE will also use funds for the incremental cost difference to beneficially reuse all suitable dredged material from the O&amp;M dredge program to wetland restoration projects in San Francisco Bay including Cullinan Ranch, Montezuma, and Bel Marin Keys for at least one year and up to three years depending on availability of other federal funds.

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| TULE RIVER INDIAN TRIBAL COUNCIL | 20 | P.O. BOX 589, PORTERVILLE, CA  93258-0589 |

## 42 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| 1/17/2025 | 1/23/25 | $272,005.00 | $272,005.00 |
| --- | --- | --- | --- |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

EPA_00073024

| Clean Water Act: Sec. 518(c) | 66.458 / Capitalization Grants for Clean Water State Revolving Funds |
| --- | --- |
| | |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| Clean Water Indian Set-Aside - Emerging Contaminants Sampling Program | Description: |
|---|---|
| | The agreement provides funding to the Tule River Indian Tribe to investigate the presence of Clean Water Emerging Contaminants (ECs) in their wastewater system and surface water. This will help to address public health risks and potential surface or groundwater contamination related to untreated wastewater. Specifically, the recipient will develop and implement a sampling program to investigate the presence of cyanotoxins and per- and polyfluoroalkyl substances in their wastewater treatment plant effluent, sludge and biosolids, and surface water. |
| | This agreement provides full federal funding in the amount of $272,005. Refer to Terms and Conditions. |
| | Activities: |
| | The activities include procurement of supplies needed for sampling and lab analysis, sampling for the selected emerging contaminants, and subsequent laboratory analysis. Required documents, including a Quality Assurance Project Plan (QAPP) and quarterly reports, will be submitted to EPA. |
| | Outcomes: |
| | The anticipated deliverables include quarterly reports, an EPA-approved QAPP, and laboratory analysis results. |
| | The expected outcomes include the EPA-approved QAPP, a Sampling and Analysis Plan, and four rounds of EC sampling to determine whether the selected ECs are present. If the ECs are identified, this project may inform future wastewater treatment solutions. In any case, this project is intended to kick-start a long-term EC sampling program for the Tribe. |
| | The intended beneficiaries include the residents of the Tule River Reservation. |
| | Subrecipient: |
| | No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

| CtyM - CITY OF MAYWOOD | 42 | 4319 E. SLAUSON AVENUE, MAYWOOD, CA  90270-2837 |

## 46 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00073027

| | | | |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $1,000,000.00 | $1,000,000.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073028

| | |
|---|---|
| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Community Grants Program - Maywood Sewer System Repair Project | Description:<br>This agreement provides funding to the City of Maywood to implement its project to repair an existing sewer pipe  as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.<br><br>This assistance agreement provides full federal funding in the amount of $1,000,000. Pre-award costs have been approved back to December 20, 2024.<br><br>Activities:<br>The activities to be performed include planning and design, construction including trenching, sewer pipe repair and upgrades, and reconstruction of street surface.<br><br>Outcomes:<br>The anticipated deliverables include reducing the possibility of a sewer leakage, thereby averting a potential public health hazard occurring in a highly dense community which are expected to lead to better public health outcomes for residents and business owners in Maywood.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
| --- | --- |

| octa8863 - ORANGE COUNTY TRANSPORTATION AUTHORITY | 46 | 550 S. Main Street, Orange, CA 92863-1584 |
| --- | --- | --- |

EPA_00073031

| 1/15/2025 | 1/21/25 | $1,000,000.00 | $1,000,000.00 |
| | | | |

EPA_00073032

| CERCLA: Secs. 104(k)(4) & 104(k)(5)(E) & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.818 / Brownfields Multipurpose, Assessment, Revolving Loan Fund, and Cleanup Cooperative Agreements |
|---|---|

EPA_00073033

| BIL - Brownfields Multipurpose Cooperative Agreement | Description: |
|---|---|
| | Brownfields are real property, the expansion, development or reuse of which may be complicated by the presence or potential presence of a hazardous substance, pollutant, or contaminant. This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to Orange County Transportation Authority.  The recipient will conduct eligible planning, assessment, and remediation activities as authorized by CERCLA 104(k)(4) in Orange County, California. |
| | This agreement provides full federal funding in the amount of $1,000,000. Refer to Terms and Conditions. |
| | Activities: |
| | Specifically, this agreement will provide funding to the recipient to plan, inventory, characterize, assess, conduct cleanup planning and community involvement activities, and remediate sites. Additionally, the recipient will competitively procure (as needed) and direct a Qualified Environmental Professional to conduct environmental site activities, will create a community |

## CO

### 07 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073036

| Statutory Authority Summary | Assistance Program |
|---|---|

involvement plan and administrative record for each site that is remediated, and will report on interim progress and final accomplishments by completing and submitting relevant portions of the Property Profile Form using EPA&rsquo;s Assessment, Cleanup and Redevelopment Exchange System (ACRES).

Outcomes:
Further, the recipient anticipates conducting multiple Phase I and II, multiple environmental site assessments, remediating multiple brownfield site(s), holding four or more community meetings, developing one or more site-specific cleanup plans/Analysis of Brownfield Cleanup Alternatives, developing one or more overall plans for revitalization, developing one or more reuse strategies for multiple priority sites, and submitting 20 quarterly reports. Work conducted under this agreement will benefit the residents, business owners, and stakeholders in and near Orange County, California.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| ICAST (International Center for Appropriate and Sustainable Technology) | 07 | 7400 W 14th Avenue, Suite 101, Lakewood, CO   80214-4252 |

EPA_00073039

| 1/15/2025 | 1/21/25 | $500,000.00 | $500,000.00 |
| | | | |

EPA_00073040

| Clean Air Act: Sec. 138 | 66.306 / Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| --- | --- |

EPA_00073041

| Addressing Public Health and Environmental Justice Issues in Tribal Nations | Description: This agreement provides funding under the Inflation Reduction Act (IRA) to the International Center for Appropriate and Sustainable Technology (ICAST). The recipient will plan, pilot, and evaluate a three-year program with partnering New Mexico Tribes (including Jemez Pueblo, Zia Pueblo, Mescalero Apache Nation, and Taos Pueblo), and other entities, to decrease the Tribes' reliance on propane heating via retrofit/replacement of extant propane heating systems in Tribal buildings with Beneficial Electrification (BE) alternatives. The recipient aims, not only to reduce energy costs, but to address environmental health and justice issues by increasing public health and safety over the course of the three-year project&mdash;with the added benefit of establishing a model for potential future programs and/or expansion of the pilot. Through a series of consecutive project phases, the recipient will raise public awareness via education and outreach initiatives; conduct energy audits and health assessments of Tribal properties; replace propane heating systems at a minimum of 10 Tribal properties; and create a feasibility study and Resource Guide for the purpose of community-wide implementation at the pilot&rsquo;s conclusion.<br><br>Activities: The activities include: partnering with Tribes and other entities to identify financing and |

EPA_00073042



EPA_00073043



EPA_00073044



EPA_00073045

technical assistance solutions, as well as develop and perform outreach and education initiatives; analyzing Tribal residential, government, and commercial buildings to evaluate properties at which propane heating systems can be replaced with Beneficial Electrification (BE) solutions; planning individual retrofits and replacements, and conducting energy audits and health assessments of the Tribal properties selected; replacing propane furnaces with electric heat pump heating, ventilation, and air conditioning (HVACs), propane water heaters with heat pump hot water systems, and propane stoves with induction stoves at a minimum of 10 Tribal properties; and producing a feasibility study and Resource Guide from the recorded data and monitored findings at the conclusion of the pilot program.

Outcomes:
The anticipated deliverables include: creation of a coalition of Tribes meant to address  and develop environmental justice solutions within the New Mexico region; formalized trainings for Tribal leaders and community members on the process and benefits of switching from propane to Beneficial Electrification (BE); technical assistance in applying for resources and financing from external funding sources; financial assistance utilizing the Triple Bottom Line Foundation (TBL) Fund; a Project Management Plan (PMP); energy audits and

EPA_00073046

## CT

### 03 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00073049

health assessments of selected Tribal properties; Weekly Management Reviews, including project performance updates; removal of propane systems and installment of BE alternative systems at 10 properties; a feasibility study, followed by a cumulative, conclusory Resource Guide.

The expected outcomes include: providing education to at least 400 members and directly impact at least 50 members of associated Tribes; reduce greenhouse gas (GHG) emissions by at least 51.35 tons; improve health and safety of eight (8) to 10 buildings; reduce energy cost by $435,000 over the life of the upgrades; and create and disburse a cumulative Resource Guide.

The intended beneficiaries of this project are residents; locally-owned companies/businesses; agencies; and other entities of federally recognized New Mexico Tribes, including Jemez Pueblo, Zia Pueblo, Mescalero Apache Nation, and Taos Pueblo.

Subrecipient:
The Triple Bottom Line (TBL) Fund will aid in providing technical assistance and developing education/outreach materials for the Tribal community leaders and members.

| Project Title | Project Description |
| --- | --- |

| City of New Haven | 03 | 200 Orange Street Room 404, New Haven, CT  06510-2080 |
|---|---|---|

EPA_00073051

| 1/17/2025 | 1/23/25 | $20,000,000.00 | $20,000,000.00 |
|---|---|---|---|

EPA_00073052

| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |
| --- | --- |
| | |

| Elm City Climate Collaborative | Description: |
|---|---|
| | This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dwight Development Corporation (GDDC) the &ldquo;project team.&rdquo; Together, the project team will implement their project, the Elm City Collaborative (EC3), to support 14 neighborhoods in New Haven, defined as disadvantaged communities by the EPA IRA Disadvantaged Communities Map, the &ldquo;project area&rdquo; (West River, Dwight, Edgewood, Beaver Hills, the Hill, Amity, West Rock, Newhallville, Dixwell, Long Wharf, Fair Haven, Quinnipiac Meadows, Fair Haven Heights, and the Annex). Specifically, EC3 will deploy 4 connected strategies encompassing 12 projects that address 9 EPA climate and pollution reduction strategies. EC3&rsquo;s 4 strategies will address: 1) Community Infrastructure and Land Use, 2) Housing, 3) Materials Management, and 4) Transportation. These strategies will support community action across the project area by managing stormwater and mitigating urban heat, expanding access to zero-emission transportation, significantly reducing greenhouse gas emissions, and reducing local food waste. EC3&rsquo;s outputs will stimulate the local economy by training a green workforce and creating green jobs; provide funding for ongoing environmental |



EPA_00073055



EPA_00073056



EPA_00073057

initiatives facilitated by local businesses; reduce financial, public, and environmental impacts in communities; and reduce utility rates for energy burdened households.

Activities:
The activities include: 4 strategies to address environmental and climate justice in the 14 neighborhoods through integrated outreach with community-based organizations (CBOs) and resident engagement in the project area. The project team will promote improved community infrastructure and land use by establishing climate resilience corridors, creating over 5,000 feet of new greenway, and enhance soil and grow vegetation in over 90 community gardens and green spaces. The project team will revise current site requirements in the City&rsquo;s Zoning Ordinance related to heat generation to better address heat islands. The project team will address housing and energy efficiency by enrolling residents in the project area who live in 1&ndash;4-unit buildings in energy efficiency counseling programs and facilitating energy upgrades for affordable housing projects through small grants. The project team will promote materials management by enhancing access to healthy food and addressing food insecurity through increased food recovery efforts, increasing community-based composting capacity by enhancing facilities, and supporting 20 schools and a network of CBOs to implement food recovery, composting, anti-litter,

EPA_00073058

## DC

### 98 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073059



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
| --- | --- |

recycling, and local produce programs. Finally, to address transportation, the project team will conduct repair clinics and workshops to help residents maintain household appliances and consumer goods. In addition, they will increase bike infrastructure, access, and safety education. EC3 will also connect residents to green job opportunities through construction and student internships, including mini grants to stimulate grassroots community action on climate and pollution reduction actions, creating full-time green jobs, and monitoring local air quality.

Outcomes:
The anticipated deliverables include: 400 trees planted; installation of 100 stormwater diversion structures; 10,545 acres of community gardens reinvigorated and revitalized greenspaces 120 cubic yards of compost distributed; passing of a heat related zoning ordinance amendment;  energy upgrades for up to 53 buildings; 1,260 affordable housing projects supported with energy upgrades; 20 schools engaged on food recovery education; 6.4 million pounds and 5.4 million pounds of edible food recovered and distributed; 300 residents reached by home device repair workshops; creation of 2,000 feet of new bike lanes; creation of 2.6 miles of bike lane

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| NATIONAL CAUCUS AND CENTER ON BLACK AGING, INC. | 98 | 1220 L Street, NW, WASHINGTON, DC  20005-4023 |

EPA_00073063

| 1/17/2025 | 1/23/25 | $110,000.00 | $2,456,095.00 |
|-----------|---------|-------------|---------------|

EPA_00073064

| Environmental Programs Assistance Act of 1984 (PL 98-313) | 66.508 / Senior Environmental Employment Program |
| --- | --- |

| Senior Environmental Employment (SEE) Program - U.S. EPA offices in Center for Environmental Solutions and Emergency Response (CESER) | Description: The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA). |
|---|---|
| | Activities: The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Office of Pesticide Programs, Center for Environmental Solutions and Emergency Response, Office of Research and Development (CESER/ORD) in Ada, OK; RTP, NC; Washington, DC |
| | Outcomes: The anticipated deliverable for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Caucus and Center on Black Aging (NCCBA). There are no subrecipient activities. |
| | Subrecipient: No subawards are included in this assistance agreement. |

EPA_00073066

| | | |
|---|---|---|
| NATIONAL CAUCUS AND CENTER ON BLACK AGING, INC. | 98 | 1220 L Street, NW, WASHINGTON, DC  20005-4023 |
| National Caucus & Center on Black Aging Inc | 98 | 1220 L Street, NW, Washington, DC  20005-4023 |

| 1/17/2025 | 1/23/25 | $229,000.00 | $1,766,203.00 |
| 1/17/2025 | 1/23/25 | $116,100.00 | $2,625,027.00 |

EPA_00073068

Environmental Programs Assistance Act of 1984 (PL 98-313)

66.508 / Senior Environmental Employment Program

Environmental Programs Assistance Act of 1984 (PL 98-313)

66.508 / Senior Environmental Employment Program

| | |
|---|---|
| To provide supportive to the Office of Water through the Senior Environmental Employment Program. | Description:<br>The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).<br><br>Activities:<br>The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment Program enrollees to work with the Office of Water (OW) in Washington, DC.<br><br>Outcomes:<br>The anticipated deliverable and expected outcomes for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Caucus and Center on Black Aging, Inc.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
| Senior Environmental Employment (SEE) Program - U.S. EPA offices in Center for Environmental Measurement and Modeling (CEMM). | Description:<br>The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).<br><br>Activities:<br>The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Center for Environmental Measurement and Modeling, Office of Research and Development (CEMM/ORD), in RTP, NC; Narragansett, RI; Athens, GA; Gulf Breeze, FL; Cincinnati, OH.<br><br>Outcomes:<br>The anticipated deliverable for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Caucus and Center on Black Aging (NCCBA). There are no subrecipient activities.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

## FL

### 05 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| DUVAL COUNTY SCHOOL BOARD | 05 | 1701 PRUDENTIAL DRIVE, JACKSONVILLE, FL  32207-8152 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|------------|--------------|---------------------------|-----------------------|
| 1/17/2025  | 1/23/25      | $7,587,500.00             | $10,733,056.00        |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 132 | 66.049 / Clean Heavy-Duty Vehicles Program |

EPA_00073073

| Project Title | Project Description |
|---|---|
| Clean Heavy-Duty Vehicles Program | Description:<br>This action provides funding in the amount of $7,587,500.00 to assist the Duval County Public Schools under the Inflation Reduction Act (IRA) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The intended beneficiaries include Duval County Public Schools (grantee), Highland Electric Fleets (partner), and GRID Alternatives (partner).<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles (ZEB); purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.<br><br>Outcomes:<br>The anticipated deliverables include the replacement of 25 diesel school buses with zero-emission buses and the installation of |

EPA_00073074

## 06 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073075



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|



| Statutory Authority Summary | Assistance Program |
|---|---|

EPA_00073077

25 DC fast chargers for the school buses. Additionally, staff, drivers, electricians, mechanics, and public safety officials will receive training on how to properly operate and maintain buses and chargers. Community engagement activities will be conducted to educate the community about zero-emission buses. The expected outcomes include a reduction of greenhouse gas emissions and improved air quality for the communities. The intended beneficiaries include Duval County Public Schools (grantee), Highland Electric Fleets (partner), and GRID Alternatives (partner). Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
Duval County Public Schools is applying to replace 25 Class 6/7 diesel buses with Class 6/7 ZEBs to reduce the district&rsquo;s emissions of nitrogen oxides (NOx), particulate matter (PM), and greenhouse gases (GHGs). The project will directly improve the air quality for students, staff, and community members and reduce district transportation costs. In addition, the district plans to develop a public private partnership model with National Express (NEC) or Highland Electric (Highland) Fleets to ensure efficient and cost-effective use of IRA funding.
The current buses serving the school district are owned by NEC.  Highland is identified as an NEC&rsquo;s electrification partner. Duval Public School District plans to use the subaward process, which will establish the bus ownership arrangement.  Duval Public School District will enter into a subaward agreement with NEC or Highland.

| Project Title | Project Description |
| --- | --- |

| Indian River - IRL Council | 06 | 1235 Main Street, Sebastian, FL 32958-4165 |
|---|---|---|

EPA_00073079

| 1/17/2025 | 1/23/25 | $909,800.00 | $3,639,200.00 |
| --- | --- | --- | --- |

EPA_00073080

| Clean Water Act: Sec. 320 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.456 / National Estuary Program |
| --- | --- |

| National Estuary Program | Description: |
| --- | --- |
| | This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) to Indian River Lagoon Council. The recipient will support implementation of the Comprehensive Conservation and Management Plan (CCMP) and Strategic Plan to improve water quality, protect the natural habitat and living resources, and support sustainable human uses.  The projects proposed for funding via the Bipartisan Infrastructure Law (BIL) will leverage existing efforts.  Specifically, the recipient will include (1) Moore&rsquo;s Creek Distinctive Communities Project - This project calls for the installation of a series of watershed trash traps to be installed at two sections of Moore&rsquo;s Creek where large amounts of trash from stormwater runoff, trail users, and the surrounding residential communities, lands in the watershed and ultimately flows towards and into the Indian River Lagoon. (2)IRL Seagrass Restoration Using Mosquito Control Impoundment - This proposed project will (a) establish a population of a native seagrass species, Ruppia maritima, in a mosquito impoundment; (b) monitor the restored impoundment to assess its character as a natural seagrass nursery and a source for IRL seagrass re-colonization and succession; and (c) develop and share protocol of guide and strategy toward IRL seagrass restoration using impoundment hydrology and Ruppia phenology. |

EPA_00073082



EPA_00073083





EPA_00073085

Activities:
The activities include: Indian River Lagoon Council will conduct bi-weekly monitoring of algae and cyanobacteria species identification, distribution and abundance. Increased funding for increased sampling during a bloom. HAB-1: Support continuation of the IRL 2011 Consortium, which would function as a formal task force supported by the IRL NEP and which would develop a HAB RESEARCH and Restoration Response Plan. HAB-2: Seek partnerships and funding to pursue RESEARCH priorities identified by the IRL 2011 Consortium that align with IRLNEP Management Conference management priorities. HAB-3: Continue funding and scientific partnerships to understand HABs toxicity and risks to human and wildlife health. Biodiversity (Level 2 &ndash; Serious) Biodiversity-2: Work to continue, expand, update, and improve the IRL species inventory. Construction of grinder pump station systems that will be connected to the Martin County central sewer system. Residential connection forms with receipts and dated photos of the before and after grinder pump station. The project will construct a gravity sewer system consisting of approximately 15,400 linear feet of sewer main, approximately 54 manholes and a County-owned and operated lift station. Construction of a water main will coincide with the sewer main.



## 22 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00073087



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|------------|--------------|----------------------------|------------------------|

EPA_00073088

| Statutory Authority Summary | Assistance Program |
| --- | --- |

Outcomes:
The anticipated deliverables include those identified in the IRL One Lagoon Comprehensive Conservation and Management Plan: &ldquo;Looking Ahead to 2030&rdquo; and the FY 2023 Work Plan Proposal. Specific Work Plan Outputs for FY 2023 BIL Funding &ndash; 6 projects/activities identified through competitive RFP or RFQ process. The expected outcomes include reduction of flooding in underserved, and underrepresented communities. Reduction of trash in underserved, and underrepresented communities. Reduction of trash from reaching the Indian River Lagoon. Improve aesthetics of the Moore&rsquo;s Creek area that is an underserved and underrepresented community. Students will learn how to do seagrass planting and monitoring and will help develop a protocol to guide seagrass restoration using impoundment hydrology. The intended beneficiaries include the citizens of the State of Florida.


Subrecipient:
City of Fort Pierce: Moore&rsquo;s Creek Distinctive Communities Project Marine Discovery Center: Building Lagoon-wide Capacity for Seagrass Recovery Through Infrastructure Investments Brevard Zoo: Building Lagoon-wide Capacity for Seagrass Recovery Through Infrastructure Investments Florida Atlantic University Harbor Branch: Building Lagoon-wid

| Project Title | Project Description |
| --- | --- |

EPA_00073090

| | | |
|---|---|---|
| PalmBchCoGov - COUNTY OF PALM BEACH | 22 | 2300 North Jog Road, West Palm Beach, FL  33411-4700 |

## 24 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073091

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $3,000,000.00 | $3,000,000.00 |

| | |
|---|---|
| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Environmental and Climate Justice Block Grant Program | Description:<br>This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience. Specifically, the project will empower disadvantaged communities members to participate in climate resiliency planning by training 180 Community Supporter staff on PBC climate government planning processes and investment opportunities.<br><br>Activities:<br>The activities include but are not limited to the following: instructing participants on disadvantage community climate change impacts, training grassroot leaders on how to integrate climate resilience into their business operations, missions and programming, and training participants on a deeper understanding of climate resilience and emergency preparedness.<br><br>Outcomes:<br>The anticipated deliverables include: outreach and engagement, formation of advisory committee, community supporter trainings and leadership development, staff engagement with disadvantaged communities. The expected outcomes include: building disadvantaged community's capacity to engage in local government resilience and sustainability LGRS programs, increase community-based organization CBO and resident climate literacy, provide municipal partners and municipal engagement opportunities with the Advisory Council and Community Supporters, enhance local government opportunities to make climate resilience investments in Disadvantaged Communities, The intended beneficiaries are disadvantaged communities.<br><br>Subrecipient:<br>The activities to be implemented through subawards include but are not limited to the following: technical analysis, facilitating collaboration with community-based organizations, lead applicant and residents, reporting, training and leadership development. |
|---|---|

| Project Title | Project Description |
|---|---|

| | | |
|---|---|---|
| MiDadePubSch - SCHOOL BOARD OF MIAMI-DADE COUNTY | 24 | 1450 NE SECOND AVE, MIAMI, FL 33132-1308 |

EPA_00073095

| 1/16/2025 | 1/22/25 | $7,297,240.00 | $10,422,240.00 |
| --- | --- | --- | --- |

EPA_00073096

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00073097

| Clean Heavy-Duty Vehicles Program | Description:<br>This action provides funding in the amount of $7,297,240 to support the School Board of Miami-Dade County under the Inflation Reduction Act (IRA) to replace non-zero emission heavy duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The recipient will replace 25 eligible vehicles with comparable, eligible zero emission vehicles under the School Bus Sub-Program which will result in cleaner air and improved health for communities in Miami Dade County, Florida.<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles, purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.<br><br>Outcomes:<br>The anticipated deliverables will include deployment of 25 new electric school buses, installation of 25 Level 3 charging stations and supporting infrastructure at designated depots, completion of training programs for drivers and maintenance personnel, and conduction of community engagement events. The expected outcomes include reduced greenhouse gas emissions, improved air quality in the Miami-Dade area, community awareness and support for sustainability initiatives, and increased partnerships with local organizations and stakeholders. The intended beneficiaries include Miami-Dade County Public Schools (grantee), the CLEO Institute (partner), Generation 180 (partner), Florida Power and Light (partner), and the World Resources Institute (partner). Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.&#8239;<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
|---|---|

EPA_00073098

## 25 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| com4630 - CITY OF MIRAMAR | 25 | 2300 CIVIC CENTER PLACE, MIRAMAR, FL  33025-6577 |

## GA

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $853,000.00 | $2,458,000.00 |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 132 | 66.049 / Clean Heavy-Duty Vehicles Program |

| Project Title | Project Description |
|---|---|
| Clean Heavy-Duty Vehicles Program | Description:<br>This action approves an award in the amount of $853,000 to the City of Miramar. This agreement provides funding under the Inflation Reduction Act (IRA) to replace in use, non-zero emission heavy duty vehicles with new zero emission vehicles to reduce air pollution and greenhouse gas emissions.<br><br>Activities:<br>The activities to be performed, include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles, purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.<br><br>Outcomes:<br>The anticipated deliverables include the replacement of 3 vehicles (2 shuttle buses and 1 streetsweeper) and the installation of 3 DC fast chargers. Staff and vendor training on electric vehicles and infrastructure will also be conducted, in addition to public outreach activities. The expected outcomes include reduction in greenhouse gas emissions and improved ambient air quality in the communities in which the buses operate; improvements to human health and the environment, social conditions, and welfare of community residents; improved workforce training programs related to electric vehicles and charging infrastructure; and increased awareness of the clean heavy duty vehicle project and results. The intended beneficiaries are community residents who will benefit from improved ambient air quality in communities in which these vehicles operate.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

## 02 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| CITY OF THOMASVILLE | 02 | P.O. BOX 1540, THOMASVILLE, GA 31799-1540 |

EPA_00073103

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $19,805,900.00 | $19,805,900.00 |

EPA_00073104

| Statutory Authority Summary | Assistance Program |
| --- | --- |
| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |

| Project Title | Project Description |
|---|---|
| Environmental and Climate Justice Block Grant Program | Description:<br>This action approves an award in the amount of$19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income historic neighborhoods through three community driven projects. A community resilience hub, the repair of critical water infrastructure causing sewage backups into the neighborhoods, and home improvement grants focused on improving energy efficiency and indoor air quality. These projects will focus on improving health outcomes, specifically asthma and upper respiratory diseases, for priority populations with multiple vulnerabilities to climate change.<br><br>Activities:<br>The activities include developing a community resiliency hub, conversion of gas-powered lawn care equipment, rebuilding sewer outfall lines, completing housing energy audits, retrofits and installing community solar, community health center, green infrastructure and green energy certification, workforce development training, air quality monitoring and home Improvement grant program, plus climate action and resilience plan.<br><br>Outcomes:<br>The anticipated deliverables include up to 45 home improvement grants for vulnerable |

## 05 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073107



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073108

| Statutory Authority Summary | Assistance Program |
| --- | --- |

populations which include up to 60 home energy audits and resident trainings, over 6 energy audits and green infrastructure certification, training sessions for contractors, renovation of 12,000 square feet of indoor community resiliency hub space and 5,000 sf of shaded indoor outdoor space, completion of 1682 square feet for Federally Qualified Health Center, 450+ killer watts of Total Solar Power installed, 613217 kWh of clean energy generated, replacement of 30 gas-powered lawn mowers blowers with electric equivalents, and 26,312 feet of rehabilitated sewer truck and outfall lines. 88 manholes repaired or replaced. The expected outcomes include reported decrease in incidents of asthma and other respiratory illnesses, energy cost reduction, reduction in energy costs, green building audits, renovations, enhanced physical safety during natural disasters, annual greenhouse gas emissions reduction and household cost reduction, and reduction in PM 2.5 emitted by lawn care equipment. The intended beneficiaries are disadvantaged communities, including Inflation Reduction Act (&ldquo;IRA&rdquo;)-designated and &ldquo;Justice40&rdquo; disadvantaged block groups.

Subrecipient:
Activities to be implemented through subawards include repair and enhancement of sewer infrastructure; development of community resiliency hub and community health center; implementation of the Home Improvement Grants Program; implementation and facilitation of workforce development training program; conduct home energy audits and repairs; conversion of gas-powered lawn care equipment; and conduct meaningful engagement.

| Project Title | Project Description |
|---|---|

| ATLANTA, CITY OF | 05 | 55 Trinity Ave, Atlanta, GA 30303-3520 |
|---|---|---|

EPA_00073111

| 1/17/2025 | 1/23/25 | $2,376,203.00 | $3,761,616.00 |
| --- | --- | --- | --- |

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00073113

| Clean Heavy-Duty Vehicles Program | Description:<br>The agreement provides $2,376,203.00 in funding under the Inflation Reduction Act (IRA) to City of Atlanta to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The recipient will replace 7 eligible vehicles with comparable, eligible zero-emission vehicles under the Vocational Vehicles Sub-Program, resulting in cleaner air and improved health for the communities in Clayton and Fulton Counties.<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.<br><br>Outcomes:<br>The anticipated deliverables are as follows: replacement of one Class 6 service truck with one EV Service Truck at Hartsfield-Jackson Airport and one DCFC port installed; replacement of one street sweeper and two Class 7 Trucks with three comparable ZE |

EPA_00073114

## IA

### 03 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

EPA_00073116

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00073117

electric vehicles, with three Level 3 DCFC ports across two City of Atlanta DWM water sites; replacement of two Class 6 Trucks and one Refuse Hauler with 3 comparable EV models and the installation of 3 DC fast L3 chargers to the City of Atlanta&rsquo;s Office of Fleet Services Headquarters (DPW OFS); training provided to fleet services staff; and community engagement activities to ensure meaningful participation with respect to the design, planning, and performance of the project. The expected outcomes are as follows: expansion of the ZE fleet at the busiest airport in the United States and the overall emission reductions and ambient air quality mitigation; showcasing City and Department of Watershed Management leadership to make a positive impact in water utility industry through ZE vehicles; showcasing leadership to make positive impact for City of Atlanta&rsquo;s Office of Fleet Services staff; building out electric vehicle fleet operations and maintenance strategies to align with the City of Atlanta Office of Fleet service&rsquo;s vision; development of the city's first cohort of fully certified electric vehicle technician specialists; and meaningful engagement with the community. The intended beneficiaries include residents of Fulton and Clayton counties.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| IOWA DEPARTMENT OF NATURAL RESOURCES | 03 | | 6200 Park Ave Ste 200, Des Moines, IA 50321-1371 |
|---|---|---|---|

## ID

### 02 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| STATE OF IDAHO DEPARTMENT OF ENVIRONMENTAL QUALITY | 02 | 1410 N HILTON ST, BOISE, ID 83706-1253 |

EPA_00073119

| 1/17/2025 | 1/23/25 | $30,779,000.00 | $36,934,800.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/15/2025 | 1/21/25 | $4,008,000.00 | $8,016,000.00 |

| | |
|---|---|
| Clean Water Act: Title VI & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.458 / Capitalization Grants for Clean Water State Revolving Funds |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Water Act: Title VI | 66.458 / Capitalization Grants for Clean Water State Revolving Funds |

FFY 2024 BIL general supplemental grant for program administration and loans for the construction of publicly-owned wastewater treatment facilities

Description:
This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for the recipient&rsquo;s Clean Water State Revolving Fund program.

Activities:
The recipient of these funds provide low interest financing to numerous subrecipients.

Outcomes:
The anticipated deliverables include financing, planning, design, and construction of eligible water quality improvement and protection projects.  The expected outcomes are to improve and protect water quality and public health. The intended beneficiaries include citizens throughout the State.

Subrecipient:
Subawards are included in this assistance agreement as grants and loans.

| Project Title | Project Description |
|---|---|
| FFY2024 Idaho Clean Water State Revolving Fund Capitalization Base Grant | Description:<br>The purpose of this agreement is for a capitalization grant which provides funds for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) program.<br><br>Activities:<br>The recipient of these funds provides low interest financing to numerous subrecipients.<br><br>Outcomes:<br>The anticipated deliverables include financing, planning, design, and construction of eligible water quality improvement and protection projects.  The expected outcomes are to improve and protect water quality and public health. The intended beneficiaries include citizens throughout the State.<br><br>Subrecipient:<br>The full amount listed in E.9.a is allocated to the 'Other' budget category and will be issued as loans. |

| | | |
|---|---|---|
| STATE OF IDAHO DEPARTMENT OF ENVIRONMENTAL QUALITY | 02 | 1410 N HILTON ST, BOISE, ID 83706-1253 |

EPA_00073123

| 1/15/2025 | 1/21/25 | $1,043,000.00 | $1,043,000.00 |
| --- | --- | --- | --- |

EPA_00073124

| Clean Water Act: Title VI & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.458 / Capitalization Grants for Clean Water State Revolving Funds |
| --- | --- |

EPA_00073125

FFY2024 BIL CWSRF Emerging Contaminants Grant

Description:
This agreement funds a capitalization grant for the recipient&rsquo;s Clean Water State Revolving Fund (CWSRF) program with a primary purpose to address emerging contaminants. Emerging contaminants refer to substances and microorganisms, including manufactured or naturally occurring physical, chemical, biological, radiological, or nuclear materials, which are known or anticipated in the environment, that may pose newly identified or re-emerging risks to human health, aquatic life, or the environment. These substances, microorganisms or materials can include many different types of natural or manufactured chemicals and substances &ndash; such as those in some compounds of personal care products, pharmaceuticals, industrial chemicals, pesticides, and microplastics. This project is funded under the Infrastructure Investment and Jobs Act (IIJA).

Activities:
The recipients of these funds will provide low interest financing to numerous subrecipients for costs eligible under section 603(c) of the Clean Water Act, with the primary purpose of addressing emerging contaminants.

Outcomes:
The anticipated deliverables include financing planning, design, and construction of eligible water quality improvement and protection projects. The expected outcomes are to improve and protect water quality with an emphasis on emerging contaminants. The intended beneficiaries include citizens throughout the State.

Subrecipient:
The full amount listed in E.9.a is allocated to the 'Other' budget category and will be issued as loans.

| | | |
|---|---|---|
| STATE OF IDAHO DEPARTMENT OF ENVIRONMENTAL QUALITY | 02 | 1410 N HILTON ST, BOISE, ID 83706-1253 |

## IL

### 07 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| 1/15/2025 | 1/21/25 | $7,640,000.00 | $7,640,000.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |

| Safe Drinking Water Act: Sec. 1452 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.468 / Capitalization Grants for Drinking Water State Revolving Funds |
| --- | --- |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| FFY2024 DWSRF BIL Emerging Contaminants | Description: This agreement provides a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for the recipient&rsquo;s Drinking Water State Revolving Fund program (DWSRF). These funds are for DWSRF-eligible projects that address emerging contaminants in drinking water with a focus on projects addressing perfluoroalkyl and polyfluoroalkyl substances (PFAS). The award furthers the public health protection objectives of the Safe Drinking Water Act (SDWA). |
|---|---|
| | Activities: The recipient of these funds will provide low interest rate financing to eligible public water systems for the costs associated with the planning, design, and construction of eligible drinking water improvement projects. The recipient may also use some of the funding for specific set-asides, including but not limited to providing technical assistance to small systems, for operator certification activities, and source water protection activities. |
| | Outcomes: The anticipated deliverables include financing, planning, design, and construction of eligible emerging contaminant-focused, public health-related projects. Deliverables will also be used to increase the technical, managerial, and financial capacity of public water systems. The expected outcome is public health protection. The intended beneficiaries include citizens throughout the State. |
| | Subrecipient: Subrecipient activities for the implementation of the Bipartisan Infrastructure Law (BIL) emerging contaminants program include and are not limited to, initial sampling, granular activated carbon (GAC) filtration, ion exchange resins, high pressure membranes, new source development, and interconnection/consolidation, to ensure safe and adequate supplies of drinking water. |

| Project Title | Project Description |
|---|---|

| sga3913 - SEVEN GENERATIONS AHEAD | 07 | P.O. Box 3125, Oak Park, IL 60303-3125 |
| --- | --- | --- |

EPA_00073131

| 1/20/2025 | 1/23/25 | $1,817,535.00 | $1,817,535.00 |

EPA_00073132