| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |
| --- | --- |
|  |  |

EPA_00073133

| Cross Community Climate Collaborative (C4) | Description: |
|---|---|
| | This agreement provides funding under the Inflation Reduction Act (IRA) to Seven Generations Ahead.  Specifically, the project will establish the Cross Community Climate Collaborative (C4). C4 is structured to support disadvantaged communities by giving them access to information pertaining to issues that directly impact them. It will also foster relationship-building and fruitful communications with community members and government decision-makers. By creating more informed citizens who have experience interacting with decisionmakers, C4 will develop residents who are well-equipped to advocate for themselves and their communities on matters such as climate change and environmental justice. The project will engage community members from Broadview, Maywood, Bellwood, Hillside, and Berwyn, Illinois. The project will create communities with a higher capacity for communicating cooperatively with decisionmakers and ensuring climate and environmental justice for themselves and others. The communities listed above will have access to ample funding opportunities and necessary resources because C4 intends to build their capacity in grant-writing as well.

Activities:
Seven Generations Ahead will build and enhance their Community Sustainability Working Group Program, further engaging |



EPA_00073135



EPA_00073136



EPA_00073137

residents and stakeholders in developing and implementing priority actions. This project, will bring the development of useful tools for tracking climate metrics and goals, such as a Clean Energy Roadmap and a Climate and Equity Dashboard. The involved communities will be connected with federal and state grant writing through the team built by Seven Generations Ahead and their partners. C4 intends to grow its partnership with cities and villages in the area, furthering their impact on low to moderate income communities. Lastly, C4 will implement a 6-8 week Climate &amp; Equity Leadership Lab. This lab was created to educate community members on the state of the climate, equitable clean energy, trending policies/strategies across content areas, and international, national and regional goals. Participants will also get the opportunity to discuss issues with members of the local governing bodies.

Outcomes:
The anticipated deliverables include the establishment of 14 Community Sustainability Working Groups and priority work plans in C4 communities. Energy roadmaps and dashboard prototypes will be developed and implemented. The Leadership Lab will be completed by the end of the project, and presentations with mayors and superintendents will bring new C4 membership to 25 new communities. C4 will submit 4-6 large-scale proposals on behalf of communities involved, and the scopes of

EPA_00073138



## 18 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00073139



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073140

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00073141

work will be applied to multiple funding opportunities.

The expected outcomes include progress towards greenhouse gas reduction, equity and sustainability goals, workforce training and jobs linked to new projects, and community stakeholders who are both educated and engaged. The project will create climate, equity and sustainability policies and strategies that support indoor and outdoor air quality improvements, economic benefits for residents and long-term resiliency strategies that help communities deal with extreme heat, flooding and indoor/outdoor air quality and related health issues. The residents of Broadview, Bellwood, Maywood, Hillside, and Berwyn will receive resources and investments to drive sustainability outcomes well after the end of the project.

The intended beneficiaries are disadvantaged communities.

Subrecipient:
The Village of Broadview is the statutory applicant for this grant. The Village of Broadview will receive a subaward for the Community Outreach work done within the program. They will liaise with communities enrolled in the Cross Community Climate Collaborative. They will also provide assistance to the Seven Generations Ahead team through ensuring community concerns are heard and prioritized.

The following subawards are f

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | 18 | 1021 North Grand Avenue East, P.O. Box 19276, Springfield, IL 62794-9276 |

EPA_00073143

| 1/20/2025 | 1/23/25 | $965,000.00 | $2,644,116.00 |
| --- | --- | --- | --- |

EPA_00073144

| Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.485 / State Support for the Gulf Hypoxia Action Plan |
| --- | --- |
| | |

EPA_00073145

| FY24-26 IEPA Gulf Hypoxia Program | **Description:**<br>This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to Illinois Environmental Protection Agency (IEPA). The purpose of this agreement is to support and advance the Gulf Hypoxia Action Plan through implementation of the recipient's nutrient reduction strategy. IEPA plans to continue four projects from their FFY22/23 Gulf Hypoxia Program Grant (Continuous Nutrient Monitoring Network, Cover Crop Premium Discount Program, Ag Retailer 4RNutrient Management Metrics Survey, NLRS Implementation in Priority Watersheds). Continuation of these projects is necessary to further the collection of water quality metrics, agriculture metrics, and implementation of practices to reduce nutrient loss.<br><br>**Activities:**<br>The activities include the following: nutrient monitoring at eight USGS continuous monitoring stations in Illinois, annual planting of 190,000 acres of cover crops, collect data on the implementation of nutrient management practices, and ongoing implementation of nonpoint source best management practices recommended in the Nutrient Loss Reduction Strategy. |

EPA_00073146



EPA_00073147



EPA_00073148



EPA_00073149

Outcomes:
The anticipated deliverables include water quality data generated from Continuous Nutrient Monitoring Network, agronomic research results specific to nutrient reduction, and survey results with information on statewide and regional implementation of 4R nutrient management adoption in Illinois. The expected outcomes include decreased nutrient loads to the Gulf of Mexico as well as improvement to local water quality and drinking water sources. Climate resilience and mitigation will also be achieved by certain projects. The intended beneficiaries include residents of Illinois and expands to the Gulf of Mexico through the Mississippi-Atchafalaya River Basin.

Subrecipient:
Activities include: nutrient monitoring at eight USGS continuous monitoring stations in Illinois, annual planting of 190,000 acres of cover crops, collect data on the implementation of nutrient management practices, and ongoing implementation of nonpoint source best management practices recommended in the Nutrient Loss Reduction Strategy.

| | | |
|---|---|---|
| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | 18 | 1021 North Grand Avenue East, P.O. Box 19276, Springfield, IL 62794-9276 |

# KS

## 01 - District

| 1/21/2025 | 1/24/25 | $459,099.00 | $23,333,334.00 |
|---|---|---|---|

EPA_00073152

| Diesel Emission Reduction Act of 2010, codified at 42 U.S.C. 16133 | 66.040 / Diesel Emissions Reduction Act (DERA) State Grants |
|---|---|
| | |

EPA_00073153

| 2023-2024 Diesel Emissions Reduction Act State Program - Driving a Cleaner Illinois | **Description:**<br>The agreement provides funding to the Illinois Environmental Protection Agency (Illinois EPA) DERA program which focuses on funding projects in areas of the state that are designated nonattainment for ozone and where there are disproportionate amounts of diesel emissions in populated areas. Replacing or repowering off-road equipment with large, older diesel engines offers the greatest levels of emissions reductions, including nitrogen oxides.  Specifically, Illinois EPA will repower three existing diesel passenger/commuter linehaul locomotives owned and operated by the Northeast Illinois Regional Commuter Railroad Corporation (&ldquo;Metra&rdquo;) in the Chicago area with electric motors.<br><br>**Activities:**<br>The activities include repowering three existing diesel linehaul locomotives with zero-emission electric propulsion locomotive motors, training Metra staff on the proper use and maintenance of the newly repowered electric locomotives and the charging station, and highlighting the benefits and successes of the project resulting from this funding.<br><br>**Outcomes:**<br>The anticipated deliverables include three diesel linehaul locomotives with zero-emission electric propulsion locomotive motors and charging infrastructure. The expected outcomes include a reduction in pollutants emitted from diesel engines, improved air quality, and reduced exposure to harmful diesel exhaust.  The intended beneficiaries include the citizens of the state of Illinois.<br><br>**Subrecipient:**<br>Through a subaward, the Northeast Illinois Regional Commuter Railroad Corporation (&ldquo;Metra&rdquo;) will repower three existing diesel passenger/commuter linehaul locomotives in the Chicago area with electric motors. |

EPA_00073154

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |
| KANSAS STATE UNIVERSITY | 01 | 1601 VATTIER STREET, Manhattan, KS  66506-1100 |

EPA_00073155

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $151,022.00 | $158,971.00 |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 103, Toxic Substances Control Act: Sec. 10(a) & PL 106-74 | 66.717 / Source Reduction Assistance |

EPA_00073157

| Project Title | Project Description |
|---|---|
| FY24-25 KSU Source Reduction Assistance | Description:<br>This project will provide source reduction technical assistance (e.g., information, training, tools) and workforce training to businesses to help them develop and adopt source reduction practices (also known as pollution prevention). Pollution Prevention means reducing or eliminating pollutants from entering any waste stream or otherwise being released into the environment prior to recycling, treatment, or disposal. Pollution Prevention practices can help businesses save money by reducing their resource use, expenditures, waste and liability costs, while at the same time reducing their environmental footprint and helping to protect human health and the environment. Specifically, the project will work to improve community awareness of harmful air emissions and to reduce VOC and toxic air emissions at painting and coating facilities by providing source reduction technical assistance and workforce training for up to sixty businesses using painting and coating processes located in up to fifteen census tracts in the Wichita metro area identified as having environmental justice impacts due to toxics emissions to the air. The project will also hold community forums in the areas shown to have these impacts, giving businesses using painting and coating processes, citizens, and workers the opportunity to discuss efforts to reduce air toxics impacts locally. The project will publish documents and host presentations at various |

EPA_00073158



EPA_00073159



EPA_00073160



EPA_00073161

local, state, and national events to promote replication of investigation and reduction activities.

Activities:
Kansas State University&rsquo;s Pollution Prevention Institute will identify 15 census tracts in the Wichita metro area that contain, and are impacted by, business activities involving painting and coating and that have Environmental Justice concerns based on toxic air emissions from painting and coating, and the identification of those businesses; provide outreach, source reduction technical assistance and training opportunities as related to painting and coating processes for workers in businesses in identified areas; conduct community forums for the identified areas that involve the businesses performing painting and coating processes, their workers, and the local citizenry and provide a platform to discuss efforts for reducing local impacts from toxic air emissions; share/transfer lessons learned through conferences, trade shows, newsletters, and other venues such as the R7 EJ TCTAC; and follow-up with businesses using painting and coating processes located in the identified areas to determine the impact of training and on-site technical assistance on reducing toxic air emissions and to recognize project successes.

Outcomes:
The project will identify at least 200

EPA_00073162

## LA

### 02 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073163

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
|---|---|

businesses involved in painting and coating; will hold up to 4 training events supporting at least up to 40 participants at each event; provide off-site technical assistance to up to 80 organizations and on-site technical assistance to up to 6 organizations; hold up to 3 community forums with at least 20 participants from disadvantaged communities; publish at least 1 case summary and hold up to 2 conferences to facilitate lessons learned transfer of knowledge amongst participants; up to 6 facilities receiving follow up visits and up to 30 recommendations reviewed for implementation. Outcomes from training and technical assistance based on use of the EPA Pollution Prevention Greenhouse Gas calculator are estimated to be up to 5,000 pounds of hazardous material reduced, including air toxics, up to 3,800 MTCO2e GHGs reduced, and up to $85,000 in cost-savings. Residents of the State of Kansas will benefit from the reduction of pollution and assisted industries will benefit through improved processes.

Subrecipient:
Wichita State University Environmental Finance Center will assist with training workshops, calls to aerospace industry stakeholders, host community involvement events, and assist with development of e

| Project Title | Project Description |
| --- | --- |

EPA_00073166

| srni3940 - Stay Ready NOLA, Inc. | 02 | 2420 St. Claude Avenue, New Orleans, LA  70117-7717 |

EPA_00073167

| 1/17/2025 | 1/23/25 | $19,999,999.00 | $19,999,999.00 |
| --- | --- | --- | --- |

EPA_00073168

| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |
| --- | --- |
|  |  |

EPA_00073169

| Stay Ready Solar Project | **Description:**<br>This agreement provides funding under the Inflation Reduction Act (IRA) to Stay Ready NOLA, Inc. Specifically, the project will seek to build a Resilience Hub to enhance community resilience to climate-related emergencies and ensure access to critical support and resources during and after extreme weather events. It will also provide crucial space for educational initiatives, job training, and more. During Disruption and Recovery modes, the same facility will serve as a home base for the mutual support electric crews that flood into New Orleans to restore power. The Community Solar Generating Facilities (CSFs) will produce clean, renewable solar energy, reducing the energy burdens for approximately 5,000 qualifying low-income residents by reducing their electric bills by 20% or more.<br><br>**Activities:**<br>The activities include creating a community resiliency hub and workforce development program.<br><br>**Outcomes:**<br>The anticipated deliverables include<br>&#9679; Utilize permeable surfaces to |
|---|---|

EPA_00073170



EPA_00073171



EPA_00073172



EPA_00073173

facilitate ground water filtration.
&#9679; Stormwater retention vaults in excess of code requirements.
&#9679; Native grasses and tree planting.
&#9679; Traffic garden for bike safety training
&#9679; Two new bike racks and two free bike repair stations
&#9679; E-bike storage and charging
&#9679; Resilience Hub energy audit performed.
&#9679; Resilience Hub air sealing completed.
&#9679; Resilience Hub electrification, weatherization, and HVAC upgrades.
&#9679; Solar renewable energy capacity installed (+/- 363 kWh capacity).
&#9679; Battery storage installed (12hr capacity).
&#9679; GHG emission reduction.
&#9679; Capacity for emergency deployment as a hub for 200+ lineworkers and other emergency responders.
&#9679; Capacity as a cooling center during life-threatening heat waves for 200+ individuals.
&#9679; Capacity for emergency deployment as a community distribution facility for GOHSEP to provide food, water, medicine and other urgently needed supplies.
&#9679; One rear-loader garbage/ recycling truck, waste pre-crusher and two compactors.
&#9679; Diversion and reuse of building materials for maker space and float building

EPA_00073174

**MA**

**05 - District**



EPA_00073176



EPA_00073177

(80+ cubic yards of waste diverted from landfill).

&#9679; Warehouse and post-disaster bulk waste recycling (240+ cubic yards diverted from landfill).&quot;

&#9679; Resilience Hub solar renewable energy microgrid installed.

&#9679; Resilience Hub electrification.

&#9679; Emergency power backup and charging station during emergencies.

&#9679; Reverse osmosis water purifying system for potable water (100 gallon/min capacity).

&#9679; Water purification system rainwater collection for non-potable use - fire suppression, toilets, showers, laundry, etc. (5,000 gallon tank).

&#9679; One rear-loader garbage/ recycling truck, waste pre-crusher and two compactors.

&#9679; Diversion and reuse of building materials for maker space and float building (80+ cubic yards of waste diverted from landfill).

&#9679; Warehouse and post-disaster bulk waste recycling (240+ cubic yards diverted from landfill).

&#9679; Resilience Hub construction utilizing low-VOC paints and varnishes (250+ gallons replaced)

&#9679; Formaldehyde-free insulation

&#9679; Eco-friendly adhesives and sealants

&#9679; Solar renewable energy capacity installed (3+ MW)

&#9679; Battery storage installations (12hr capacity).

&#9679; GHG emission reductions&quot;

&#9679; Creation of jobs for members of disadvantaged community in GHG emission reducing industry through CSF construction and operation (20% hiring requirement, estimated 4 FTE jobs)

&#9679; Solar renewable energy capacity installed (3+ MW)

&#9679; GHG emission reductions

&#9679; Creation of composting area on excess land area at CSF site (+/- .25 acres)

&#9679;Upgrade of two public bus stops and for promotion of public transportation initiatives

&#9679;New e-bike docking station and fleet of bikes.

&#9679;Workforce training and retention for

EPA_00073178

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| NEW ENGLAND INTERSTATE WATER POLLUTION CONTROL COMMISSION | 05 | 650 Suffolk Street, Suite 410, Lowell, MA   01854 |

## 08 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $20,000.00 | $200,000.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073180

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Water Act: Sec. 104(b)(3) | 66.436 / Surveys, Studies, Investigations, Demonstrations, and Training Grants and Cooperative Agreements - Section 104(b)(3) of the Clean Water Act |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Project Title | Project Description |
|---|---|
| Multimedia 303(d) Success Story Creation and Dissemination (NPA X) | Description:<br>The purpose of this award is to build state, tribal, and local capacity to communicate 303(d) program successes in restoring waters and to raise public awareness of activities conducted by these entities to correct water quality impairments. To accomplish this goal, NEIWPC will convene a workgroup of interested and communications savvy professionals from EPA, state, territorial, and tribal 303(d) programs to help identify potential topics to prioritize for communications product creation. Examples of those topics could include successes related to nutrients, bacteria, environmental justice, climate change, 303(d) list prioritization, alternative approaches, engagement and partnerships, and protection. NEIWPCC, with support from the workgroup and input from EPA, will gather information on potential success stories from 303(d) program staff and review the submitted story ideas to identify common themes, topics, and approaches. The primary deliverables from this award will be synopses of successful restoration projects stories that will be developed into a one- to two-page sharable write-up and at least one other communication product, which may include a StoryMap, podcast episode, infographic, or other tool, to engage a broader audience, including states, tribes, municipalities, and the general public.<br><br>Activities:<br>.<br><br>Outcomes:<br>.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

EPA_00073182

| JSI RESEARCH & TRAINING INSTITUTE INC | 08 | CONTROLLER, BOSTON, MA 02210 |
|---|---|---|

EPA_00073183

| 1/16/2025 | 1/22/25 | $3,000,000.00 | $3,000,000.00 |
|---|---|---|---|

EPA_00073184

| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |
| --- | --- |
| | |

EPA_00073185

Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston)

Description:
This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into local environmental and climate policy decision-making in Boston&rsquo;s Environmental Justice (EJ) neighborhoods by improving access to information, creating a Community Advisory Council (CAC), and launching an EJ Ambassador program for peer outreach and engagement in East Boston, Massachusetts. JSI Inc. along with their Statutory Partner, Gast&oacute;n Institute will provide outreach, training, and technical support to increase public engagement and involvement in local initiatives and decision-making, which will build safe and healthy communities and improve environment and public health conditions including the ability to address and respond to extreme weather and other climate impacts. Outcomes include increased community engagement in local government processes and decision-making, establishing new communication pathways, community-led recommendations, and additional community leadership opportunities through training programs.

Activities:
The activities to be performed include creating a Community Advisory Council (CAC), building connections with local government and launching an EJ



EPA_00073187



EPA_00073188



EPA_00073189

Ambassador program for peer outreach in East Boston, Massachusetts. The project will connect residents, local organizations and workers including those with limited English proficiency to build partnership and collaboration. JSI will focus on partnerships with community organizations including Neighbors United for a Better East Boston (NUBE), an East Boston resident-led organization dedicated to organizing disenfranchised neighbors for civic participation; Maverick Landing Community Services (MLCS), a nonprofit focused on building an equitable community in East Boston; and GreenRoots, an environmental justice organization in Boston and Chelsea which focuses on public engagement, collective action, education, and youth leadership. The project will organize a series of community events and trainings to listen to community concerns and increase residents under standing of local government programs and involvement in municipal decision-making. This project will establish a CAC with at least 20 representatives from underserved communities. The project will enhance communication and feedback mechanisms by establishing bi-directional communication pathways between community members and local municipal government. This includes in-person meetings, online communication platforms, social media, and virtual meetings. The training program will also reach teachers of Adult Basic Education/English for Speakers

EPA_00073190

## MD

### 03 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
|---|---|

EPA_00073193

of Other Languages, academic teachers, and local community-based organization leaders through a train-the trainer program on environmental and climate justice topics that directly informs, engages and addresses needs of East Boston residents.

Outcomes:
The anticipated deliverables include establishing a Community Advisory Council of 20 community members and an Environmental Justice (EJ) Ambassador program of 8-12 members recruited from East Boston, Massachusetts. The project will establish new communication pathways between the City of Boston local government including at least 15 educational events engaging at least 900 residents and additional online engagement opportunities. The project will conduct train-the-trainer programs for at least 25 teachers of Adult Basic Education/English for Speakers of Other Languages and nonprofit leaders, who will train at least 75 adults and 75 youth per year (450 total) on environmental and climate justice. The project will host at least 6 environmental awareness events reaching at least 300 community members and develop a training curriculum focusing on civic participation to address local climate and environmental issues and complete at least 3 existing environmental/health needs assessments on local topics. The pro

| Project Title | Project Description |
| --- | --- |

CENTER FOR WATERSHED PROTECTION, INC.   03    11711 E MARKET PL,
FULTON, MD   20759-2595

EPA_00073195

| 1/16/2025 | 1/22/25 | $65,000.00 | $250,000.00 |
| | | | |

EPA_00073196

| Clean Water Act: Sec. 104(b)(3) | 66.436 / Surveys, Studies, Investigations, Demonstrations, and Training Grants and Cooperative Agreements - Section 104(b)(3) of the Clean Water Act |
|---|---|

EPA_00073197

| Advancing the State of Watershed Planning Through Improved Training and Tools: | Description:<br>The purpose of this agreement is to providing funding to the Center for Watershed Protection, Inc to support the advancement of state watershed planning through improved trainings and tools. CWP will be evaluating the needs of watershed professionals and the gaps in existing watershed planning trainings; convening a workgroup of experts to define and help develop the foundational elements of a national curricula; and disseminating the results nationally.<br><br>Activities:<br>The major activities to be performed, anticipated deliverables, and expected outcomes are: 1) Compile and summarize the current state of watershed training curricula in the U.S.2) Convene a workgroup of experts to evaluate the existing curricula and technical resources, as well as identify information gaps and areas of improvement. 3) Develop a nationally consistent set of tools, information, and training curricula for watershed practitioners.4) A summary report stating findings, recommendations, and training materials for implementation.<br><br>Outcomes:<br>The objective of this project is to advance the state of professional training for watershed planners and coordinators. The training and tools resulting from this work will lead to an improved understanding of watershed |



EPA_00073199



EPA_00073200



EPA_00073201

planning by these watershed professionals and ultimately lead to more effective watershed plan implementation at the local level. Watershed plans outline a set of strategies for reducing pollution so that waterways can support fishing, swimming, drinking and other uses, protect human health, and meet other community goals such as economic development and equity. Therefore, the implementation of effective watershed plans directly addresses Goal 1 in EPA&rsquo;s FY 2018-2022 Strategic Plan. Specifically, Objective 1.2 - Provide for Clean and Safe Water is addressed by helping to &ldquo;ensure waters are clean&rdquo; and because watershed planning includes efforts to &ldquo;sustainably manage programs to support drinking water, aquatic ecosystems, and recreational, economic, and subsistence activities.&rdquo;

Results of Activities
The anticipated products/results of this project are listed below. Progress towards producing these deliverables will be tracked by the CWP Project Manager based on percent completion and reported on to EPA in the progress reports for the assistance agreement. Outputs will be considered successfully completed with final acceptance by EPA within the agreed-upon timeline.
&bull; A comparative matrix of existing watershed planning trainings &bull; A summary report that describes the training

EPA_00073202



## 08 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00073203



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
| --- | --- |

needs of watershed planners in the U.S., the state of existing training and tools, lessons learned, and any gaps that should be filled to better meet these training needs
&bull; A list of confirmed watershed planning workgroup members and their affiliations
&bull; Delivery of a one-day forum on watershed planning training and tools
&bull; A summary report synthesizing input from the forum, along with the forum agenda, attendee list and detailed notes
&bull; Five virtual meetings of the watershed planning workgroup
&bull; A final report with core watershed planning training materials and recommendations on their implementation

Outcomes include
&bull; Increased understanding of strengths/weaknesses of existing watershed planning trainings
&bull; Increased understanding of geographic coverage and utility of national watershed approach training in meeting stated needs
&bull; Increased availability of training materials for new watershed planners
&bull; Increased effectiveness of training programs offered

Beneficiaries include watershed planners/coordinators and the public..

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| Center For Workforce Inclusion, Inc. | 08 | 8403 Colesville Road, Suite 200, Silver Spring, MD   20910-6391 |

EPA_00073207

| 1/17/2025 | 1/23/25 | $107,823.00 | $5,345,535.00 |
|-----------|---------|-------------|----------------|

EPA_00073208

| Environmental Programs Assistance Act of 1984 (PL 98-313) | 66.508 / Senior Environmental Employment Program |
| --- | --- |
| | |

| SEE Program Support for the Office of Mission Support | Description:<br>The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).<br><br>Activities:<br>The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment Program enrollees to work with the Office of Mission Support Washington, D.C..<br><br>Outcomes:<br>The anticipated deliverable and expected outcomes for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, The Center for Workforce Inclusion, Inc.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
|---|---|

| INTERSTATE COMMISSION ON THE POTOMAC RIVER BASIN | 08 | 30 W. Gude Drive, Suite 450, Rockville, MD  20850-2403 |
|---|---|---|

## ME

### 01 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| 1/16/2025 | 1/22/25 | $57,888.00 | $1,383,694.00 |
| --- | --- | --- | --- |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

EPA_00073212

| Clean Water Act: Sec. 106 | 66.419 / Water Pollution Control State, Interstate, and Tribal Program Support |
| --- | --- |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| | |
|---|---|
| FY25 CWA106 ICPRB PROJECT | **Description:**<br>This agreement provides funding to the Interstate Commission on the Potomac River Basin (ICPRB) to carry out its program to maintain, protect, and improve the water quality of its rivers, lakes, streams, groundwater, and other waterbodies.  The environmental benefits of this program include preventing degradation of unimpaired waterbodies and reducing the number of impaired waterbodies in the state of Maryland.<br><br>**Activities:**<br>Activities include water quality assessments, TMDL development support and water quality monitoring.  Specifically, ICPRB will support regional response to spill events, data analysis and reporting, environmental education and outreach and tool development.<br><br>**Outcomes:**<br>Examples of anticipated deliverables include an improved Emergency River Spill Model web app, implementation of the Potomac River Comprehensive Water Resources Plan, a technical webinar on microplastics in freshwater, creation of a workgroup focused on North Branch; continuous temperature monitoring for tailfish; a Spatial Statistical Network model for class 3 streams, watershed and stream education programs, and an updated land prioritization tool.  The expected outcomes include an increased understanding of the health and status of the Potomac River Basin, increased outreach to stakeholders, improved water quality and better forecasting from new and updated models.  Direct beneficiaries of this assistance agreement include residents of the Potomac River Basin.<br><br>**Subrecipient:**<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

| BerwickTown - TOWN OF BERWICK | 01 | 11 SULLIVAN ST, BERWICK, ME 03901-2927 |
| --- | --- | --- |

## MI

### 07 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

| 1/16/2025 | 1/22/25 | $2,800,000.00 | $4,000,000.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |

| 2024 Consolidated Appropriations Act (PL118-42) | 66.202 / Congressionally Mandated Projects |
| --- | --- |
| | |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| Water Treatment Facility Upgrade | Description:<br>This agreement provides funding to the Town of Berwick, Maine to implement its project to upgrade water treatment facility. The drinking water treatment process will be improved to remove Manganese and Total Organic Carbon and to improve the management of treatment process residuals as directed in the 2024 Consolidated Appropriations Act.<br><br>Activities:<br>The activities to be performed include the execution and implementation of Drinking water infrastructure construction at the Town of Berwick Drinking Water Treatment facility. Workplan activities consist of several Drinking water treatment plant improvements:<br>1. Replacement of aging raw water and finished water pumps<br>2. Replacement of aging blowers required for the treatment process<br>3. Addition of a third blower for equipment redundancy.<br>4. Chemical feed system upgrades<br>5. Process control and electrical upgrades<br>6. Upgrade of control system and SCADA system<br>7. Upgrade of electrical service and motor control center for additional powered equipment loads.<br><br>Outcomes:<br>The anticipated deliverables include improved drinking water treatment and improved residual management at the drinking water treatment facility.<br>The expected outcomes include installed SCADA system, installation of new pumps and blowers, improved electrical service and process controls.<br>Beneficiaries of this project include the residents of the Town of Berwick, Maine.<br><br>Subrecipient:<br>No subawards are included in this assistance |
| --- | --- |

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES, AND ENERGY | 07 | 525 W ALLEGAN ST, LANSING, MI  48909-8157 |

## MO

### 01 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/20/2025 | 1/23/25 | $40,780.00 | $1,543,174.00 |

| | |
|---|---|
| Clean Air Act: Sec. 103,Inflation Reduction Act: Sec. 60105(a) | 66.034 / Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Inflation Reduction Act - Air Monitoring Grant 60105(a) FY24-FY29 | Description:<br>The agreement provides funding under the Inflation Reduction Act to the Michigan Department of Environment, Great Lakes, and Energy for the expansion and enhancement of their air monitoring activities. Specifically, the recipient will improve and enhance Michigan's air monitoring network through upgrading equipment at multiple air monitoring sites and as well as establishing a new site in a non-attainment area.<br><br>Activities:<br>The activities include purchasing multiple different types of sensors and equipment to measure levels of carbonyl, volatile organic compounds, polycyclic aromatic hydrocarbons, carbon monoxide, sulfur dioxide, black carbon, and ozone. additionally, a new particulate matter 2.5 air monitoring site will be established in Lansing, MI.<br><br>Outcomes:<br>The anticipated deliverables include the deployment of roughly 40 new units of equipment used to measure air pollution and the installation of one new multi pollutant air monitoring site.<br><br>The expected outcomes include increased disadvantaged communities monitored for air quality, increased sustainability of ambient air monitoring networks, and increased public awareness of ambient air quality.<br><br>The intended beneficiaries include the residents of Michigan, specifically those located near the air monitoring sites.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
|---|---|

| Project Title | Project Description |
|---|---|

| boeotco0192 - BOARD OF EDUCATION OF THE CITY O | 01 | 801 N 11TH ST, SAINT LOUIS, MO  63101-1015 |
| --- | --- | --- |

EPA_00073223

| 1/17/2025 | 1/23/25 | $10,128,735.00 | $13,854,793.00 |
|-----------|---------|----------------|----------------|

EPA_00073224

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00073225

| Converting to Zero-Emission Buses to Improve Air Quality in the SLPS community | Description: The agreement provides funding under the Inflation Reduction Act (IRA) to the Saint Louis Public Schools (SLPS) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 07. The recipient will replace 30 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in the city of Saint Louis. Activities: The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles; and engaging with community members both within and outside of the school district to increase awareness and understanding of the environmental and economic effectiveness of the implemented technology. Outcomes: |
| --- | --- |



EPA_00073227



EPA_00073228



EPA_00073229

The anticipated deliverables include 30 zero-emission busses (ZEBs), 30 DC Fast charger ports, 32 hours of training for staff, drivers, mechanics, and public safety officials, and at least two community forums to engage with and educate the community on ZEBs.

The expected outcomes include reduced emissions of nitrogen oxides (NOx), particulate matter (PM), and greenhouse gases (GHGs); improved air quality in the local area resulting in fewer respiratory illnesses that can cause child ER visits and school absenteeism reduced student absenteeism; school district savings resulting from reduced fuel and maintenance costs; and increased public awareness and support for ZEBs in the community.

The intended beneficiaries include SLPS students, residents of local communities within the city of Saint Louis, and the Saint Louis Public School District.

Subrecipient:
The subaward recipient will conduct a range of activities to support SLPS in accomplishing project goals including vehicle and infrastructure procurement, installation, maintenance, training, and operation. All equipment, including busses and chargers, will be owned by the subaward recipient and

EPA_00073230

**MS**

**02 - District**

EPA_00073231



EPA_00073232



EPA_00073233

operated in partnership with SLPS. Activities will include:

Consulting Services: Planning for future fleet electrification, including identifying and processing incentives.

Installation Services: Design, permit, install, interconnect chargers and Infrastructure, and commission such equipment together with the Vehicles (includes identifying and retaining qualified local subcontractors); EVSE installation (trenching, re-paving, conduit, etc., engineering review and drawings, permitting). Electrical service equipment upgrades (distribution lines, transformers, etc.).

System Procurement Services: Procure equipment including vehicles (if applicable), chargers, and infrastructure.

Training Service: Provide workforce development program training for drivers and mechanics in vehicle and charger operations and related maintenance. Provide emergency responder training. Educate teachers and students about electric school buses and benefits.

Charge Management Services: EVSE fleet management software subscription inclusive of telematics, charge
management, and asset management (5 yr subscription/bus). Remotely charge vehicles through the
Platform and pay for charging energy, and license platform to customer.

Operations Services: Provide access to, operate, maintain chargers and Infrastructure; support maintenance, including warranty claims, and reimburse customer for Vehicle maintenance and repairs performed by customer or its dealer. Fleet operations and ongoing fleet maintenance and inspections. Provide access to, operate, maintain chargers and Infrastructure; support maintenance, including warranty claims, and reimburse customer for

EPA_00073234

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| jps5684 - JACKSON PUBLIC SCHOOLS | 02 | 662 S President St, Jackson, MS  39201 |

EPA_00073235

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $4,923,958.00 | $6,914,458.00 |

EPA_00073236

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 132 | 66.049 / Clean Heavy-Duty Vehicles Program |

| Project Title | Project Description |
|---|---|
| Clean Heavy-Duty Vehicles Program | **Description:**<br>The agreement provides funding in the amount of $4,923,958 under the Inflation Reduction Act (IRA) to Jackson Public Schools to replace in use, vehicles with new zero emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The recipient will replace 15 eligible vehicles with comparable, eligible zero emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Jackson, Mississippi.<br><br>**Activities:**<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles, purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.<br><br>**Outcomes:**<br>The anticipated deliverables include replacement of 15 internal combustion engine school buses with zero emission school buses and the installation of 10 DC fast |

EPA_00073238



## 03 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073240

| Statutory Authority Summary | Assistance Program |
|---|---|

chargers. Workforce training will be provided to staff, bus drivers, and mechanics related to zero emission vehicles and charging, and monthly community engagement activities will be coordinated by project staff. The expected outcomes include reduction of greenhouse gas emissions and improved ambient air quality in communities where the buses operate, improved workforce training programs and increased worker confidence in operating and maintaining zero emissions vehicles and chargers, increased public awareness of the clean heavy duty vehicles program, and better community understanding of the environmental and economic effectiveness of the implemented technology. The intended beneficiaries include Jackson Public Schools (grantee), Iris Facilities Intelligence (partner), and Entergy (partner). Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | 03 | 116 SUMMER LAKE DR, RIDGELAND, MS  39157-8630 |

EPA_00073243

| 1/16/2025 | 1/22/25 | $19,889,515.00 | $19,889,515.00 |
|-----------|---------|----------------|----------------|

EPA_00073244

Clean Air Act: Sec. 138

66.616 / Environmental and Climate Justice Block Grant Program

EPA_00073245

| | |
|---|---|
| Environmental and Climate Justice Block Grant Program | **Description:**<br>This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Mississippi. Specifically, the project will construct the first Resiliency Historically Underutilized Business (HUB) in Jackson, which will provide shelter, drinking water, electricity, and social support in times of system failure, while serving as an institution with everyday services for community events, services, and education. This project aims to serve as the lead example for a future network of resiliency hubs throughout Mississippi.<br><br>**Activities:**<br>The activities include but are not limited to the following: renovation and upgrades to 35,000 sq. feet of public space, equip emergency wing for overnight stay with equipment and supplies, install backup generator, provide self-help and wellness education, provide space for workforce readiness training, provide literacy and parental training, provide financial management and budget counseling; mortgage; non-delinquency post-purchase workshops for homeowners; pre-purchase counseling; distribute food through food pantry; plant trees and native species of shrubs and ground cover; install solar panels |



EPA_00073247



EPA_00073248



EPA_00073249

and rain gardens, provide space to recycle battery and printer cartridges and install collection rain barrels and water wells.

Outcomes:
The anticipated deliverables include but are not limited to the following: renovation of resiliency HUB, trainings, outreach, workshops; a solar microgrid and battery system, electronic waste recycling, water well and rain barrel installations. The expected outcomes include increased building capacity for shelter, community resiliency, increased knowledge of health, wealth, literacy, parental care and workforce development for community members. The intended beneficiaries are disadvantaged communities in the area..

Subrecipient:
Activities will include co-designing the resiliency hub with the lead applicant and statutory partner; hosting emergency response, workforce development, climate risk, and other trainings at the hub; and executing emergency response activities.

| MISSISSIPPI BAND OF CHOCTAW INDIANS | 03 | | ATTN: CHIEF FINANCIAL OFFICER, Choctaw, MS 39350-6090 |

EPA_00073251

| 1/17/2025 | 1/23/25 | $7,759,587.00 | $7,759,587.00 |

EPA_00073252

Clean Air Act: Sec. 137

66.046 / Climate Pollution Reduction Grants

EPA_00073253

Climate Pollution Reduction Grants

Description:
The action provides funding in the amount of $7,759,587 under the Inflation Reduction Act to the Mississippi Band of Choctaw Indians. The recipient will implement greenhouse gas reduction programs, policies, projects and measures identified in a Priority Climate Action Plan developed under a Climate Pollution Reduction Grants planning grant. Activities conducted through this grant will benefit all residents and visitors to tribal lands located in Choctaw better known as Pearl River, Bogue Homa, Bogue Chitto, Crystal Ridge, Red Water, Standing Pine, Tucker, Conehatta, MS and Henning, TN. Through four main objectives, we will execute implementation of ambitious measures that will achieve significant cumulative greenhouse gas reductions by 2030 and beyond. Pursuit of measures that will achieve substantial community benefits, particularly in low-income and disadvantaged communities. Complementing other funding sources to maximize these greenhouse gas reductions and community benefits.

Activities:
The activities include four projects which include installing distributed solar generation systems coupled with solar-driven heat pumps, replace non-electric home appliances with  more energy efficient electric appliances. There will be an enhancement to the tribe recycling program by purchasing one commercial grade frontloading recycling

## NC

### 02 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073255



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073256



| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00073257

truck, (2) commercial grade front load recycling containers to improve biofuel infrastructure for improved production and efficiency of distribution.

Outcomes:
The anticipated deliverables include replacement and installation of the following, 300 solar heat pumps, the purchase of 1 front grade loader and 30 recycling containers. There also be construction of a biofuel facility and corresponding waste oil collection center.
 The expected outcomes include decreased energy use by residents, reduction in Carbon dioxide emissions related to residential appliance and energy use. An increased use of biofuels for tribal fueling operations will improve the health of tribal members and all intended beneficiaries of the entire tribal community, with a specific focus on tribal elders most at risk of heat-related illnesses and other community members through job creation.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| North Carolina Department Of Environmental Quality | 02 | 1601 MAIL SERVICE CENTER, RALEIGH, NC 27699-1601 |

# ND

## 00 - District

| Recipient Name | Congressional District | Recipient Address |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|------------|--------------|----------------------------|------------------------|
| 1/15/2025 | 1/21/25 | $63,340,000.00 | $76,008,000.00 |

| | |
|---|---|
| Safe Drinking Water Act: Sec. 1452 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.468 / Capitalization Grants for Drinking Water State Revolving Funds |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Drinking Water State Revolving Fund | Description:<br>This action approves an award in the amount of $63,340,000 to North Carolina Department of Environmental Quality. This action is a capitalization grant funded by the Infrastructure Investment and Jobs Act (PL 117-58) to support the Drinking Water State Revolving Fund (DWSRF) program and advance the public health protection goals of the Safe Drinking Water Act (SDWA).<br><br>Activities:<br>The recipient of these funds will offer low interest rate financing to eligible public water systems to cover costs associated with the planning, design, and construction of drinking water improvement projects. Additionally, the recipient may allocate a portion of the funding to specific set-asides, including but not limited to providing technical assistance to small systems, operator certification activities, and source water protection initiatives.<br><br>Outcomes:<br>The anticipated deliverables encompass financing, planning, design, and construction of eligible projects related to public health. These deliverables will also aim to enhance the technical, managerial, and financial capacity of public water systems, with the expected outcome being the protection of public health. The intended beneficiaries are citizens across the state.<br><br>Subrecipient:<br>Subawards in this assistance agreement include low interest loans and technical assistance. |

| Project Title | Project Description |
|---|---|

| NORTH DAKOTA DEPARTMENT OF ENVIRONMENTAL QUALITY | 00 | 4201 NORMANDY ST, BISMARCK, ND  58503-1324 |
|---|---|---|

EPA_00073263

| 1/15/2025 | 1/21/25 | $380,262.00 | $3,162,684.00 |

EPA_00073264

| Diesel Emission Reduction Act of 2010, codified at 42 U.S.C. 16133 | 66.040 / Diesel Emissions Reduction Act (DERA) State Grants |
| --- | --- |

EPA_00073265

| FY2023-2024 North Dakota DERA State Grant | **Description:** This agreement will provide assistance to the North Dakota Department of Environmental Quality in its efforts to reduce diesel emissions and exposure throughout the State of North Dakota. This project to replace highway vehicles, including school buses with newer, cleaner vehicles will reduce emissions of diesel particulate matter and other pollutants such as nitrogen oxides, carbon monoxide, and hydrocarbons.<br><br>**Activities:** The North Dakota Department of Environmental Quality, Division of Air Quality (NDDEQ or Department) plans to issue rebate awards to eligible entities such as cities, counties, schools, or other government agencies that conduct work for the benefit of the public. The rebate awards will target the replacement of older, less-efficient, medium-duty and heavy-duty diesel-powered, on-road vehicles that are used in various operations including school buses.<br><br>**Outcomes:** Reducing emissions from diesel engines is an air quality challenge facing the country and North Dakota. This project will provide for the replacement diesel-powered school buses and vehicles, thereby resulting in a reduction of diesel engine emissions. Expected outputs, or environmental activities, efforts, and/or associated work products related to |
|---|---|

EPA_00073266



EPA_00073267



EPA_00073268



EPA_00073269

the projects to be funded under this program may include but are not limited to the following: number of replaced engines/vehicles; and/or hours of idling reduced. Other outputs may include, but are not limited to: engaging with local residents to ensure their meaningful participation with respect to the design, planning, and performance of the project; the project&rsquo;s inclusion in a broader-based environmental or air quality plan; the implementation of contract specifications requiring the use of cleaner vehicles and equipment; a documented commitment to continue to identify and address air quality issues in the affected community; establishing a clear point of contact in a public platform for community issues and complaints; a publicly documented policy or process for getting community input on operations and projects that impact air quality; adoption of an idle reduction policy; the completion of a baseline mobile source emission inventory for PM2.5 and or NOx; providing support to clean diesel coalitions by sharing information, working with interested fleets, and addressing specific geographic needs; number of rebate awards; dissemination of project/technology information via listservs, websites, journals, and outreach events.

Expected outputs, or results, effects, or consequences that may occur from the projects to be funded under this program may include but are not limited to the following: Tons of pollution reduced over the lifetime of the vehicles/engines/equipment, specifically fine particulate matter (PM2.5), nitrogen oxides (NOx), carbon monoxide, and carbon dioxide (CO and CO2), volatile organic compounds (VOCs), and tons of pollution reduced annually; lifetime total project cost effectiveness for NOx and PM2.5; lifetime capital cost effectiveness for NOx and PM2.5; net reduction in gallons of diesel fuel used; benefits to disadvantaged communities, including improvements to human health and the environment, the local economy, social conditions, and the welfare of residents in such communities.

Subrecipient:
No subawards are included in this assistance agreement.

| NORTH DAKOTA DEPARTMENT OF ENVIRONMENTAL QUALITY | 00 | 4201 NORMANDY ST, BISMARCK, ND  58503-1324 |
| --- | --- | --- |

## NE

### 003 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

| 1/15/2025 | 1/21/25 | $4,661,000.00 | $5,593,200.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

| Safe Drinking Water Act: Sec. 1452 | 66.468 / Capitalization Grants for Drinking Water State Revolving Funds |
| --- | --- |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| North Dakota FY2024 Drinking Water SRF Base | Description:<br>This agreement provides a capitalization grant for the recipient's Drinking Water State Revolving Fund (DWSRF) program. The award furthers the public health protection objectives of the Safe Drinking Water Act (SDWA).<br><br>Activities:<br>The recipient of these funds will provide low interest rate financing to eligible public water systems for the costs associated with the planning, design, and construction of eligible drinking water improvement projects. The recipient may also use some of the funding for specific set-asides, including but not limited to providing technical assistance to small systems, for operator certification activities, and source water protection activities.<br><br>Outcomes:<br>The anticipated deliverables include financing, planning, design, and construction of eligible public health-related projects. Deliverables will also be used to increase the technical, managerial, and financial capacity of public water systems.  The expected outcome is public health protection. The intended beneficiaries include citizens throughout the State.<br><br>Subrecipient:<br>The bulk of the SRF will be used for loans and other authorized assistance to public water systems for eligible projects, including improving drinking water treatment, replacing water distribution, improving source of water supply, replacing or constructing finished water storage tanks, and other infrastructure projects needed to protect public health and implement the Safe Drinking Water Act. |

| Project Title | Project Description |
| --- | --- |

| OMAHA TRIBE OF NE | 003 | P.O. BOX 368, MACY, NE 68039-0368 |
|---|---|---|

EPA_00073275

| 1/15/2025 | 1/21/25 | $80,000.00 | $170,000.00 |
|---|---|---|---|

EPA_00073276

| CERCLA: Sec. 128(a) | 66.817 / State and Tribal Response Program Grants |
|---|---|
|  |  |

EPA_00073277

| FY23-24 Omaha Tribe Brownfields 128(a) Tribal Response Program | Description: The primary objectives of EPA's CERCLA Section 128(a) State and Tribal Response Program grants are to provide financial support to States, US Territories, and Tribal Nations to (1) establish or enhance the four statutory elements of an effective state or Tribal response program, as specified in CERCLA Section 128(a)(2), (2) maintain and update, at least annually, a public record of sites, pursuant to CERCLA &sect; 128(b), that includes the name and location of sites at which response actions have been completed during the previous year and the name and location of sites at which response actions are planned to be addressed in the next year, and (3) conduct a limited number of brownfield site assessments or cleanups that will help establish or enhance the state or Tribal Nation&rsquo;s response program. The purpose of this award is to enhance the capacity of Omaha Tribe of Nebraska's brownfields response program to meet the Section 128(a) elements. Omaha Tribe of Nebraska will oversee and perform planning, assessment, and cleanup of brownfields sites throughout the Tribal land.<br><br>Activities: Omaha Tribe of Nebraska will perform the following activities: develop capacity to carryout activities, timely survey and inventory of brownfield sites, which are properties whose expansion, redevelopment |
| --- | --- |

EPA_00073278



## 03 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
|---|---|

EPA_00073281

or reuse may be complicated by the presence of hazardous substances. It also includes oversight and enforcement authorities to ensure that response actions protect human health and the environment; resources to provide meaningful public involvement; mechanisms for approval of cleanup plans, and verification of complete responses. The objective of this project is to assist in remediating and reusing brownfields sites throughout the Tribal land.

Outcomes:
Omaha Tribe of Nebraska will expand public education and outreach of the Omaha Tribe of Nebraska Tribal Response Program to small and disadvantaged communities, assess 2-3 sites through the Tribal area targeted brownfield assessment program, oversee the cleanup of identified sites.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
|---|---|

EPA_00073282

| WINNEBAGO TRIBE OF NEBRASKA | 03 | P.O. BOX 687, WINNEBAGO, NE 68071-0687 |

EPA_00073283

| 1/17/2025 | 1/23/25 | $93,960.00 | $93,960.00 |
|---|---|---|---|

EPA_00073284

| CERCLA: Sec. 128(a) | 66.817 / State and Tribal Response Program Grants |
|---|---|
|  |  |

EPA_00073285

| FY24 Winnebago Tribe of Nebraska 128(a) Tribal Response Program | Description: |
|---|---|
| | The primary objectives of EPA's CERCLA Section 128(a) State and Tribal Response Program grants are to provide financial support to States, US Territories, and Tribal Nations to (1) establish or enhance the four statutory elements of an effective state or Tribal response program, as specified in CERCLA Section 128(a)(2), (2) maintain and update, at least annually, a public record of sites, pursuant to CERCLA &sect; 128(b), that includes the name and location of sites at which response actions have been completed during the previous year and the name and location of sites at which response actions are planned to be addressed in the next year, and (3) conduct a limited number of brownfield site assessments or cleanups that will help establish or enhance the state or Tribal Nation&rsquo;s response program. The purpose of this award is to enhance the capacity of Winnebago Tribe of Nebraska's brownfields response program to meet the Section 128(a) elements. Winnebago Tribe of Nebraska will oversee and perform planning, assessment, and cleanup of brownfields sites throughout the Tribal land. |
| | Activities: |
| | Winnebago Tribe of Nebraska will perform the following activities:  timely survey and |

EPA_00073286

## NJ

### NJ 4 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
| --- | --- |

inventory of brownfield sites, which are properties whose expansion, redevelopment or reuse may be complicated by the presence of hazardous substances. It also includes oversight and enforcement authorities to ensure that response actions protect human health and the environment; resources to provide meaningful public involvement; mechanisms for approval of cleanup plans, and verification of complete responses. The objective of this project is to assist in remediating and reusing brownfields sites throughout the Tribal land.

Outcomes:
Winnebago Tribe of Nebraska will expand public education and outreach of the Winnebago Tribe of Nebraska Voluntary Cleanup Program to small and disadvantaged communities, assess several sites through the tribal targeted brownfield assessment program, oversee the cleanup of up to 2 sites.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
|---|---|

| OCEAN COUNTY COLLEGE | NJ 4 | PO BOX 2001, TOMS RIVER, NJ 08754-2001 |
|---|---|---|

EPA_00073291

| 1/15/2025 | 1/21/25 | $850,000.00 | $4,900,000.00 |
| | | | |

EPA_00073292

Clean Water Act: Sec. 320

66.456 / National Estuary Program

| National Estuary Program: Barnegat Bay Partnership Implementation- SUPPLEMENTAL ACTION | Description: |
|---|---|
| | A cooperative agreement is provided to Ocean County College (OCC) to support implementation of the 2021 Comprehensive Conservation and Management Plan (CCMP) prepared by the Barnegat Bay Partnership (BBP) and the Policy Committee-approved annual workplan. The Barnegat Bay Partnership is one of 28 National Estuary Programs nationwide, and conducts its work by implementing the EPA-approved CCMP. The goal of this program is to improve water quality, restore and protect the natural habitat and living resources, and support sustainable human uses of the Barnegat Bay estuary. Implementation of the CCMP will seek to protect and improve water quality throughout Barnegat Bay and its watershed; ensure adequate water supplies and flow for ecological and human communities; protect and restore habitat and healthy and sustainable natural communities of plants and animals and; improve and sustain collaborative approaches to responsible land use planning and open space preservation. The BBP will make available sub-awards for research and implementation projects that either further progress towards the water quality, water supply, living resources and land use planning goals described above and/or projects that provide information needed to assess the current status of eight ecosystem-based targets |
| | Activities: |

EPA_00073294



EPA_00073295



EPA_00073296



EPA_00073297

Activities to protect and improve water quality include water quality monitoring, technical assistance for nutrient reduction, development of watershed protection plans for sub-watersheds, and support for reducing sources of marine debris.  Activities to ensure adequate water supplies and flow for ecological and human communities include working with partners on water supply conservation measures and associated public outreach.  Activities to protect, restore and enhance living resources include reducing boating impacts, eelgrass restoration, coastal wetland monitoring, and increasing coastal resiliency to climate change.  Activities to improve and sustain responsible land use planning and open space preservation includes land acquisition and promoting stewardship and responsible use of open space.

Outcomes:
Anticipated deliverables relating to protecting and restoring water quality include collection of water quality data that will be used to inform management decisions; enhancement to the Jersey-Friendly yards website to continue reductions of nutrients into the watershed; development and implementation of sub-watershed plans protection and restoration plans; and annual beach cleanups.  Anticipated deliverables related to ensuring adequate water supply and flows include identification of projects to reduce consumptive water use and protect supplies

## NY

### 04 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073299



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073300

| Statutory Authority Summary | Assistance Program |
| --- | --- |

and use of social media to promote water conservation.   Anticipated deliverables for restoring and protecting living resources include development of outreach materials for boaters to protect seagrass; a final report for the biennial demographic survey of seagrass beds and development of a best practices document for seagrass restoration; collection of data through community science programs and; continued monitoring of coastal wetlands.   Anticipated deliverables for land use planning include the acquisition of 750 acres of open space and the development of public outreach tools to explain the ecological benefit of land acquisition to the public. Other program deliverables include the development of communication, monitoring, habitat and financial plans to support implementation of the CCMP.

The expected outcomes of this award are the continuation of restoration and protection of water quality, water supplies, living resources, and land use in the Barnegat Bay and its watershed and education and outreach to enhance stewardship in the estuary. The direct beneficiaries of this program include the general population throughout the Barnegat Bay watershed and its surrounding areas, the tourist population that utilizes the watershed during the summer months, scho

| Project Title | Project Description |
| --- | --- |

| INCORPORATED VILLAGE OF HEMPSTEAD | 04 | 99 James A Garner Way, Hempstead, NY 11550-3166 |
| --- | --- | --- |

EPA_00073303