| 1/17/2025 | 1/23/25 | $3,200,000.00 | $3,200,000.00 |
| --- | --- | --- | --- |

EPA_00073304

| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects |
| --- | --- |
| | |

EPA_00073305

| Village of Hempstead Phase 1 Water Transmission Main Improvements Infrastructure Project | Description: This agreement provides funding to Incorporated Village of Hempstead to implement its project to improve the Village's Water System Transmission Main as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project. |
|---|---|
| | Activities: The activities to be performed are the modernization of the potable water main network by replacing old watermains and laying new ones totaling approximately 8,454 feet of pipe. These will be sized to adequately address future and existing water needs for future housing developments and fire suppression while still furnishing potable water and sanitary sewer services during construction. Excavation, placement, and backfill for the transmission main will occur during the construction. |
| | Outcomes: The anticipated deliverables are that the system will be able to provide adequate volumes of water during the peak hour on the peak day, and also maintain the capability to provide fire flows on that peak day. Also, for the water distribution system to be sized to transport water to a particular building and throughout the areas immediately surrounding the building for fire suppression. These are expected to lead to the availability of adequate water service to each parcel within the project area and to create a connection of new and existing buildings to the newly available water utilities and existing treatment plants for the new housing developments and the Village of Hempstead residents. |
| | Subrecipient: No subawards are included in this assistance agreement. |

EPA_00073306

| INCORPORATED VILLAGE OF HEMPSTEAD | 04 | 99 James A Garner Way, Hempstead, NY  11550-3166 |
|---|---|---|
| | | |

## 07 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073307

| 1/17/2025 | 1/23/25 | $2,000,000.00 | $2,000,000.00 |
|-----------|---------|---------------|---------------|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|------------|--------------|----------------------------|------------------------|

| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects |
| --- | --- |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| Village of Hempstead Phase I Sewer Improvements Project | Description:<br>This agreement provides funding to the Incorporated Village of Hempstead to implement its project to improve the Village sewer infrastructure as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.<br><br>Activities:<br>The activities to be performed will include the removal or repair of old sewer piping, lining and fittings and the installation of approximately 6,200 linear feet of sewer pipe and 800 linear feet of side street laterals. To achieve this, excavation and backfill of all new sewer piping and manholes, creation of trench boxes for excavation support and protection, installation of sewer manholes, relocation of utilities, the repaving of disturbed roads and the maintenance/protection of traffic will need to be executed.<br><br>Outcomes:<br>The anticipated deliverables are the development of a new gravity sewer main by replacing outdated and leaking sewer mains and to utilize the new county developed pump station. These are expected to address the needs of multiple new housing projects, and lead to job creation and economic benefits for the new housing developments and the Village of Hempstead residents.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
| --- | --- |

| NEW YORK CITY SCHOOL BUS UMBRELLA SERVICES INC | 07 | 297 NORMAN AVE, BROOKLYN, NY  11222-3734 |
|---|---|---|

EPA_00073311

| 1/17/2025 | 1/23/25 | $39,035,500.00 | $55,066,465.00 |
| | | | |

EPA_00073312

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00073313

| EmpowerNY: Electrifying Education with Sustainable School Buses | Description:<br>The agreement provides funding under the Inflation Reduction Act (IRA) to NYC School Bus Umbrella Services, Inc. (NYCSBUS) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 2. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in New York City and upstate New York.<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles. NYC School Bus Umbrella Services, Inc. (NYCBUS) and New York State Education Department (NYSED) will engage with their utility providers, install chargers and infrastructure for the new zero-emission buses, sell the diesel buses that will be replaced, and buy zero-emission buses. NYCBUS staff will receive zero-emission buses training. NYCBUS will work with the |
|---|---|

EPA_00073314

## 10 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073316

| Statutory Authority Summary | Assistance Program |
|---|---|

EPA_00073317

school districts and provide community outreach to engage with and educate the community on zero-emission buses.

Outcomes:
The anticipated deliverables include replacing diesel buses with zero-emission buses and installing DC fast charging ports for each vehicle. Training will be provided to staff, drivers, mechanics, and public safety officials about how to properly operate and maintain the zero-electric buses and chargers, and community forums and a website will be developed to engage with and educate the community. The expected outcomes include reduced greenhouse gas and criteria pollutant emissions, decreased fuel consumption, improved air quality, reduced student absenteeism, reduced bus idling, decreased bus maintenance, trained staff, expanded lifespan of buses, improved safety, and increased public awareness and understanding about the environmental and economic effectiveness of the implemented technology. The intended beneficiaries include NYCSBUS (grantee) and New York State Education Department (subgrantee). Other beneficiaries include the disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
New York State Education Department (NYSED) will replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles, purchasing, installing, operating, and maintaining charging equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles for New York school districts serving Saint Regis Mohawk Tribe students.

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| nycdocas4549 - NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES | 10 | 1 Centre St, New York, NY 10007-1630 |

EPA_00073319

| 1/17/2025 | 1/23/25 | $17,345,895.00 | $30,361,175.00 |
|---|---|---|---|

EPA_00073320

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00073321

| NYC Clean Heavy-Duty Fleet Transition Program | Description:<br>The agreement provides funding under the Inflation Reduction Act (IRA) to New York City Department of Citywide Administrative Services (DCAS) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 2. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the Vocational Vehicles Sub-Program, resulting in cleaner air and improved health for communities in New York City, New York.<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.<br><br>Outcomes:<br>The anticipated deliverables include replacing Class 6 and Class 7 internal combustion engine, heavy-duty vehicles and installing DC fast chargers.<br><br>The expected outcomes include reduced |



## 13 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
| --- | --- |

greenhouse gas emissions and noise pollution, cost savings, reduced diesel truck idling, expanded access to charging infrastructure, trained staff, expanded workforce, improved air quality in communities in which the vehicles operate, and increased awareness about the benefits of electric vehicles.

The intended beneficiaries include DCAS (grantee), the Department of Correction (partner), The Department of Sanitation (partner), the New York City Department of Transportation (partner), the Department of Environmental Protection (partner), and Con Edison (partner). Other beneficiaries include community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
The activities implemented through subawards include the replacement of non-zero-emission heavy-duty vehicles with new zero-emission vehicles, installation of direct current fast chargers, and work force training.

| Project Title | Project Description |
| --- | --- |

| WEST HARLEM ENVIRONMENTAL ACTION INC | 13 | 1854 AMSTERDAM AVENUE 2nd Floor, NEW YORK, NY 10031-1714 |
| --- | --- | --- |

EPA_00073327

| 1/16/2025 | 1/22/25 | $3,000,000.00 | $10,000,000.00 |
| --- | --- | --- | --- |

EPA_00073328

| | |
|---|---|
| 2022 Consolidated Appropriations Act (PL 117-103),2023 Consolidated Appropriations Act (PL 117-328),Clean Air Act: Sec. 103(b)(3),Clean Air Act: Sec. 138,Clean Water Act: Sec. 104(b)(3),Solid Waste Disposal Act: Sec. 8001(a) | 66.309 / Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

EPA_00073329

WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2.

Description:
The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Technical Assistance Center for participants in EPA Region 2.  Specifically, WE ACT Technical Assistance Collaborative will service underserved, rural and remote communities within the areas of New Jersey, New York, Puerto Rico, the US Virgin Islands and eight Indian Nations.  WE ACT Technical Assistance Collaborative brings together academic partners with climate, policy, regulatory, and decisionmaker engagement expertise; outreach partners from across the region, with an emphasis on reaching rural and remote communities; and energy justice technical and funding expertise.  This technical assistance service to be provided will increase the underserved and rural communities&rsquo; capacity to address environmental and energy justice concerns in their respective communities.
The Inflation Reduction Act (IRA) technical assistance (TA) funds issued to WE ACT for Environmental Justice are specifically for the EJ TCTAC to coordinate and collaborate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The Grantmakers are considered Technical Assistance providers, who provide

## 15 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

EPA_00073332

| Statutory Authority Summary | Assistance Program |
| --- | --- |

funding as well as technical assistance to applicants and subgrantee recipients addressing environmental concerns of disadvantaged communities. Per the EJ TCTAC Request for Applications (RFA), Funding Opportunity Number EPA-I-OP-OEJ-22-02, the EJ TCTACs are expected to coordinate with other Technical Assistance providers over the project period.

Activities:
The activities include: a series of meetings, workshops, and webinars, both face-to-face and virtual: the hubs and partners will engage grassroot organizations in strengthening institutional capacity. The recipient will assist grassroot organizations to identify organizational, and technical needs, create culturally and linguistically appropriate guides and manuals, and to develop a hands-on approach for providing technical assistance and support for participants in New Jersey, New York, Puerto Rico, the United States Virgin Islands and eight Indian Nation.

Outcomes:
It is anticipated that this project will result in the following deliverables and expected outcomes: recruitment and engagement of grassroot organizations annually to strengthen their institutional capacity through training and technical assistance to increase their capability to apply for and receive grant funding; Increase project participants knowledge of grantsmanship, environmental justice and energy justice. Also, the recipient will develop an online resource library.  Direct beneficiaries of this program include residents located in New Jersey, New York, Puerto Rico, the United States Virgin Islands and eight Indian Nations.

Subrecipient:
WEACT will issue subawards under this Cooperative Agreement. Subaward activities will include project coordination, development of informational materials, outreach activities, grantsmanship and environmental and energy justice training.

| Project Title | Project Description |
| --- | --- |

| FORDHAM UNIVERSITY | 15 | 441 EAST FORDHAM ROAD, BRONX, NY   10458-5198 |

EPA_00073335

| 1/15/2025 | 1/21/25 | $52,000,000.00 | $52,000,000.00 |
|-----------|---------|----------------|----------------|
|           |         |                |                |

EPA_00073336

| Clean Air Act: Sec. 138 | 66.615 / Environmental Justice Communities Pass-through Funder Program (EJCPF) |
|---|---|
| | |

| Grantmaker - Subsequent Award | Description: |
|---|---|
| | This agreement provides funding under the Inflation Reduction Act to Fordham University to support nonprofit organizations and organizations representing disadvantaged communities through its Thriving Communities Grantmaker Initiative titled Flourishing In Communities (FIC). The recipient, a Regional Grantmaker, proposes an intersectional approach to place frontline communities in positions of power to advance environmental justice and climate justice in disadvantaged and hard -to-reach communities and communities disproportionately impacted by climate change, pollution, and other environmental stressors in New York, New Jersey, Puerto Rico, and U.S. Virgin Islands. Specifically, Fordham University intends to award and manage competitive and noncompetitive subgrants through its Flourishing In Communities funding program. In addition, the recipient will oversee programmatic tracking, distribute funds and provide wrap-around support to  ensure the success of the subgrantees. This Grantmaker funding program will reduce barriers the federal grant process places on small, resource-constrained community-based nonprofits supporting the underserved communities.<br><br>The purpose of this award is to fund the subsequent award for the pass-through entity Fordham University. |

**17 - District**

EPA_00073339



EPA_00073340



EPA_00073341

Activities:
The activities in the subsequent award include a range of initiatives designed to promote and implement a comprehensive subgrant funding program. This includes hosting a series of meetings, workshops, and webinars both in person and virtual to encourage eligible stakeholder participation and raise awareness about the subgrant opportunities. Also, to effectively implement the subgrant program, Fordham University will open their Thriving Communities subgrant program for competitive and noncompete awards, develop a Quality Management Plan, conduct application reviews, establish an evaluate process to review and rank eligible application, manage and distribute funds to eligible subgrantees. In addition, Fordham University will conduct post award monitoring of subgrantees to ensure compliance and assess progress with regular reporting on the outcomes of the funded projects.

Outcomes:
It is anticipated that this project will result in the following deliverables and expected outcomes: development of a Quality Management Plan, forty-eight information sessions across New York, New Jersey, Puerto Rico and the U.S. Virgin Islands, development a robust communication strategy, award approximately 300 competitive and non-competitive subawards to eligible subgrantees, create an intuitive online platform and dashboard for subgrantees to easily to apply, track projects and access relevant information and resources related to the grant process. Direct Beneficiaries of the program include resident located in New Jersey, New York, Puerto Rico and The United States Virgin Island and Indian Nations.

Subrecipient:
Fordham University will administer subawards under this Cooperative Agreement with activities including project coordination, application Intake, and outreach efforts. As a pass-through entity, Fordham University will also manage and distribute funds through its Thriving Communities Grantmaker program to eligible subgrantees.

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| hspcsd2041 - HAVERSTRAW STONY POINT CENTRAL SCHOOL DISTRICT | 17 | 65 CHAPEL ST, GARNERVILLE, NY  10923-1238 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $4,432,513.00 | $7,450,380.00 |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 132 | 66.049 / Clean Heavy-Duty Vehicles Program |

EPA_00073345

| Project Title | Project Description |
|---|---|
| Haverstraw-Stony Point Clean Heavy-Duty Vehicle (CHDV) Grant | Description:<br>The agreement provides funding under the Inflation Reduction Act (IRA) to Haverstraw-Stony Point Central School District (North Rockland CSD) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in Rockland County, New York. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Rockland County, New York<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.<br><br>Outcomes:<br>The anticipated deliverables include replacing diesel school buses with zero-emission buses and installing charging infrastructure. Training will be provided to staff, drivers, mechanics, and public safety officials about how to properly operate and maintain the zero-electric buses and chargers, and |

EPA_00073346



EPA_00073347



EPA_00073348



EPA_00073349

community activities will be held to engage with and educate the community.

The expected outcomes include reduced greenhouse gas and criteria pollutant emissions, reduced fuel consumption, lower school district operating and maintenance costs, improved ambient air quality, trained staff, improved safety, and increased public awareness and understanding about the environmental benefits of the implemented technology.

The intended beneficiaries include Haverstraw-Stony Point Central School District (otherwise known as North Rockland Central School District). Other beneficiaries include students, school staff, and community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| vons6936 - VILLAGE OF NEW SQUARE | 17 | 37 Reagan Rd, NEW SQUARE, NY 10977 |

EPA_00073351

| 1/17/2025 | 1/23/25 | $2,400,000.00 | $2,400,000.00 |
|-----------|---------|----------------|----------------|

EPA_00073352

| 2023 Consolidated Appropriations Act (PL 117-328) | 66.202 / Congressionally Mandated Projects |
| --- | --- |

EPA_00073353

| Village of New Square Drainage and Flood Mitigation Improvements Project | Description:<br>This agreement provides funding to the Village of New Square to implement its project for Storm Drainage and Flood Mitigation Improvements as directed in the 2023 Consolidated Appropriations Act.<br><br>Activities:<br> The activities to be performed on Storm drainage throughout the Village of New Square will be structured to occur within the four drainage areas within the Village: Area 1 - northwest sector of the Village; Area 2 - The south-central sector downstream of Area 1; Area 3 - southwest sector, collects runoff that discharges to the north branch of the Pascack Brook; and Area 4 - The eastern sector, which receives significant runoff from the Palisades Parkway drainage system, as well as half of the Villages runoff.<br><br>Outcomes:<br>The anticipated deliverables which are expected to lead to the planned improvements include:1. The replacement of storm sewers with larger diameter pipes for increased flow capacity and the ability to provide some attenuation of peak flows by providing increased storage capacity;2. Installation of underground storage systems to take peak flows off line to be released slowly off peak;3. Installation of additional storm system inlets such as catch basins; and 4. The select re-routing of storm sewers to new outfalls for the Village of New Square, Town of Ramapo, New York.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| vons6936 - VILLAGE OF NEW SQUARE | 17 | 37 Reagan Rd, NEW SQUARE, NY 10977 |
|---|---|---|

## 20 - District

| 1/18/2025 | 1/23/25 | $14,106,685.00 | $26,709,597.00 |
| --- | --- | --- | --- |

EPA_00073356

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00073357

| Village of New Square - Zero Emissions School Bus (ZESB) Project | Description:<br>The agreement provides funding under the Inflation Reduction Act (IRA) to Village of New Square to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 2. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Rockland County, New York.<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.<br><br>Outcomes:<br>The anticipated deliverables include replacing Class 7 diesel buses with zero-emission buses and installing single port charging stations. Training will be provided to staff, drivers, and mechanics about how to properly operate and maintain the zero-electric buses and chargers, and community activities will be held to engage with and educate the community.<br><br>The expected outcomes include reduced greenhouse gas emissions, improved ambient air quality, improved environmental and human health for the community, improved safety, and increased public awareness and understanding about the environmental and economic effectiveness of the implemented technology.<br><br>The intended beneficiaries include various villages, schools, bus owners and operators and bus manufacturers. Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.<br><br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
|---|---|

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| DEPARTMENT OF ENVIRONMENTAL CONSERVATION NEW YORK | 20 | 625 BROADWAY, 10TH FL, ALBANY, NY   12233-4900 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $5,650,000.00 | $11,300,000.00 |

EPA_00073360

| Statutory Authority Summary | Assistance Program |
| --- | --- |
| Clean Water Act: Sec. 119(d) & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.437 / Long Island Sound Program |

| Project Title | Project Description |
|---|---|
| NYSDEC Division of Water 2025 BIL Long Island Sound Study Grant | Description:<br>The purpose of this award to the New York State Department of Environmental Conservation Division of Water is to implement its project to support the Long Island Sound Comprehensive Conservation and Management Plan to protect and restore Long Island Sound by financing projects that meet the goals of the Long Island Sound Total Maximum Daily Load through the Water Quality Improvement Projects program. For the Water Quality Improvement Projects program, the funds would be used in the wastewater treatment improvement, non-agricultural nonpoint source abatement and control, aquatic connectivity restoration categories, and marine district habitat restoration. This award would also be utilized to support the counties, Suffolk and Nassau, to fund additional septic systems to help residents in these counties upgrade their septic systems to improve water quality in Long Island Sound.<br><br>Activities:<br>Specifically, under this grant agreement the recipient will reduce nutrients across the watershed to restore and protect water quality and mitigate impacts on ecosystem health in Long Island Sound and its embayments as well as Reduce pathogens and increase monitoring to protect water quality and human health, ensuring safe recreational and commercial use through water quality improvement projects and |



EPA_00073363



EPA_00073364



EPA_00073365

updates and replacements to leaking and insufficient septic systems.

Outcomes:
Under this grant agreement the recipient will implement projects that reduce nitrogen and pathogens in the Long Island Sound watershed as well as reduce nitrogen and pathogens entering Long Island Sound through onsite treatment systems such as septic systems. Direct beneficiaries of this program include the general population in the New York portion of the Long Island Sound watershed and its surrounding areas, schools, universities and other institutions of learning, environmental managers and policy makers and the participants in the Long Island Sound Study with a focus on disadvantaged communities.

Subrecipient:
The subrecipients of this grant agreement will be New York State Facility Corp and selected projects from the Water Quality Improvement Projects competitive grant program. New York State Facility Corp will distribute funds to Suffolk and Nassau county to help fund their Septic System Replacement Program to improve nitrogen pollution in Long Island Sound. Selected subrecipients from the Water Quality Improvement Projects program will implement projects that improve water quality in Long Island Sound.

| | | |
|---|---|---|
| DEPARTMENT OF ENVIRONMENTAL CONSERVATION NEW YORK | 20 | 625 BROADWAY, 10TH FL, ALBANY, NY  12233-4900 |

EPA_00073367

| 1/17/2025 | 1/23/25 | $1,040,731.00 | $1,407,971.00 |
|-----------|---------|---------------|---------------|

EPA_00073368

| Clean Air Act: Sec. 103 | 66.034 / Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act |
| --- | --- |

EPA_00073369

NYSDEC FY24 PM2.5 Ambient Air Monitoring Network

Description:
This agreement will provide assistance to the New York State Department of Environmental Conservation (NYSDEC) in its efforts to maintain a PM2.5 monitoring network in NY. The project will focus on operating and maintaining PM2.5 monitors and collecting quality-assured data from this network. This project will constitute a special survey study done by the New York State Department of Environmental Conservation (an air pollution control agency). Air quality monitoring data will be collected, and experience and other knowledge obtained regarding the operation of PM2.5 sampling equipment. The beneficiaries of this grant are the citizens of New York.

Activities:
The project will focus on the operation and maintenance of NY's PM2.5 monitoring network. Air quality data will be collected and experience and other knowledge obtained regarding PM2.5 air quality and sampling equipment.

Outcomes:
The PM2.5 network will be operated and maintained and PM2.5 air quality data will be collected and quality assured. Citizens of NY will benefit from these activities.

Subrecipient:
No subawards are included in this assistance agreement.

| taotcri1427 - TRINITY ALLIANCE OF THE CAPITAL REGION, INC | 20 | 15 TRINITY PLACE, ALBANY, NY  12202-1806 |
| --- | --- | --- |

EPA_00073371

| 1/15/2025 | 1/21/25 | $20,000,000.00 | $20,000,000.00 |
|---|---|---|---|
| | | | |

EPA_00073372

| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |
|---|---|
|  |  |

| ALL(bany) Together - Climate and Health Resilience Equity Project | Description: This agreement provides funding under the Inflation Reduction Act (IRA) to Trinity Alliance of the Capital Region. Specifically the project will support climate resiliency through two community resilience hubs, remediate indoor pollutants in homes, implement residential energy efficiency measures, provide for workforce development for community resident clean energy jobs, support waste reduction and a circular food economy through community composting, and expand green infrastructure through tree planting and education. Further, the grant will enable much deeper collaboration between organizations, hoping to reduce siloed approaches to implementing solutions by supporting community engagement and collaborative governance.<br><br>Activities: The activities include project management, coordination, and reporting; retrofitting the existing and building new portions to the Southern Resilience Hub; constructing a new Northern Resilience Hub; remediating some homes; providing energy efficiency upgrades for other homes; providing and recruiting for the Capital Region Clean Energy Workforce |
|---|---|

EPA_00073374



EPA_00073375



EPA_00073376



EPA_00073377

Development Program; supporting and expanding the Community Compost Initiative; planting trees; and conducting community engagement and outreach across all of these activities.

Outcomes:
The anticipated deliverables include monthly Working Group and quarterly Steering Committee meetings for project coordination; 20,907 square feet of retrofitted and 15,593 square feet of new space for the Southern Resilience Hub; 14,000 square feet for a new Northern Resilience Hub; 6 disaster preparedness trainings per year for each hub; 25 homes inspected &amp; remediated of mold or asbestos including vermiculite, lead or radon; 33 homes to be weatherized and receive energy efficiency upgrades; 90 disadvantaged community residents participating in the Capital Region Clean Energy Workforce Development Program; Community Compost Initiative expanded from 250 to 400 residents; 200 trees planted; and community engagement and outreach campaigns for each.

The expected outcomes include increased # of households educated on emergency preparedness as measured by attendance at planned sessions; increased # of households with access to community-wide and individual household emergency response plans and

EPA_00073378



## 21 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00073379

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073380

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00073381

shelter as measured by number of participants in sessions; # of community members with access to emergency services and safe shelter as measured by building occupancy limits; increased building efficiency as measured by energy usage before and after construction; % reduction of fossil-fuel based home heating/cooling and calculated reduction in associated greenhouse gas emissions; reduced ambient and indoor emissions of Hazardous Air Pollutants and PM2.5.; removal of # of lead-based painted windows; ongoing reduction of reliance on fossil fuels for heating/ cooling and reduction in associated greenhouse gas emissions; in homes with removal of lead-painted windows, lower exposure to lead dust; increased health, and resilience for 33 households in the face of climate change-induced extreme heat events; increased literacy among community members about environmental sectors/skills required to pursue these jobs; increased # of high-quality workforce training programs, e.g., pre-apprenticeship and Registered Apprenticeship, in DAC; increased wages, benefits, job quality, and job security for participants in workforce training programs; Increased community awareness in disadvantaged communities on the skills and types of jobs in the clean energy sector; Increased number of disadvantaged community residents in clean energy sector jobs; increased economic stability in disadvantaged communities and increased economic self-reliance for residents; increased tree canopy measured by % Project Area covered; increased number of trees in project area; additional increase to tree canopy; increased resilience to extreme climate events including cooler ambient

| Project Title | Project Description |
| --- | --- |

EPA_00073382

| | | |
|---|---|---|
| SAINT REGIS MOHAWK TRIBE | 21 | 71 Margaret Terrance Memorial Way, AKWESASNE, NY 13655-3109 |

EPA_00073383

| 1/15/2025 | 1/21/25 | $506,844.00 | $1,478,397.00 |
|-----------|---------|-------------|---------------|

EPA_00073384

| CERCLA: Sec. 128(a) & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.817 / State and Tribal Response Program Grants |
| --- | --- |

| Saint Regis Mohawk Tribe Section 128a Tribal Response BIL FY24 Project | Description:<br>The primary objectives of EPA's CERCLA Section 128(a) State and Tribal Response Program grants are to provide financial support to States, US Territories, and Tribal Nations to (1) establish or enhance the four statutory elements of an effective state or Tribal response program, as specified in CERCLA Section 128(a)(2), (2) maintain and update, at least annually, a public record of sites, pursuant to CERCLA &sect; 128(b), that includes the name and location of sites at which response actions have been completed during the previous year and the name and location of sites at which response actions are planned to be addressed in the next year, and (3) conduct a limited number of brownfield site assessments or cleanups that will help establish or enhance the state or Tribal Nation&rsquo;s response program. The Infrastructure Investment and Jobs Act (&ldquo;IIJA&rdquo;) provided additional funding to carry out the Section 128(a) grant program.<br><br>The purpose of this award is to enhance the capacity of Saint Regis Mohawk Tribe's brownfields response program to meet the Section 128(a) elements. Saint Regis Mohawk Tribe will oversee and perform planning, assessment, and cleanup of brownfields sites throughout Tribal land. |
|---|---|

EPA_00073386



EPA_00073387



EPA_00073388



Activities:
Saint Regis Mohawk Tribe will perform the following activities: timely survey and inventory of brownfield sites, which are properties whose expansion, redevelopment, or reuse may be complicated by the presence of hazardous substances. It also includes oversight and enforcement authorities to ensure that response actions protect human health and the environment; resources to provide meaningful public involvement; mechanisms for approval of cleanup plans, and verification of complete responses. The objective of this project is to assist in community outreach, assessing, remediating and reusing brownfields sites throughout Tribal land.

Outcomes:
Saint Regis Mohawk Tribe will expand public education and outreach of their Voluntary Cleanup Program to underserved communities, assess 1 site and about 40 abandoned structures through the state targeted brownfield assessment program, oversee the cleanup of about 5 abandoned structures.

Subrecipient:
No subawards are included in this assistance agreement.

| SAINT REGIS MOHAWK TRIBE | 21 | 71 Margaret Terrance Memorial Way, AKWESASNE, NY 13655-3109 |

# OK

## 02 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

| 1/17/2025 | 1/23/25 | $99,963.00 | $99,963.00 |
|---|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| | |
|---|---|
| Clean Air Act: Sec. 103,Inflation Reduction Act: Sec. 60105(a) | 66.034 / Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Fenceline and Screening Air Monitoring for the Saint Regis Mohawk Tribe Inflation Reduction Act 60105(a) | Description: The agreement provides funding under the Inflation Reduction Act (IRA) to the Saint Regis Mohawk Tribe for the expansion and enhancement of their air monitoring activities. Specifically, the recipient will be procuring and installing a monitoring shelter and replacing a carbon monoxide monitor.<br><br>Activities: The activities include the identification of a new location for a monitoring site, site preparation, procurement of a monitoring shelter and carbon monoxide monitor, installation of the new shelter, and installation of air monitoring equipment. Installation of equipment includes relocating equipment from the existing Saint Regis Mohawk Tribe air monitoring site to the new site.<br><br>Outcomes: The anticipated deliverables include a relocation of air monitoring activities to a new site which include the procurement of a new shelter and monitoring equipment. The expected outcomes include enhanced air monitoring for the Saint Regis Mohawk Tribe; increased public awareness of ambient air quality; increased access to information and tools that increase understanding and reduction of environmental and human health risks; and increased sustainability of ambient air monitoring networks. The intended beneficiaries include the members of the Saint Regis Mohawk Tribe, residents of Akwesasne, and users of air quality data.<br><br>Subrecipient: No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

| CHEROKEE NATION | 02 | 17675 South Muskogee Ave, Tahlequah, OK 74465-5492 |
| --- | --- | --- |

EPA_00073395

| 1/17/2025 | 1/23/25 | $11,622.00 | $150,000.00 |
| --- | --- | --- | --- |

EPA_00073396

| 2020 Further Consolidated Appropriations Act (PL 116-94) | 66.473 / Direct Implementation Tribal Cooperative Agreements |
|---|---|
| | |

EPA_00073397

Cherokee P2 DITCA

Description:
This project will provide technical assistance (e.g., information, training, tools) to tribal facilities to help them develop and adopt source reduction practices (also known as pollution prevention (P2)). P2 means reducing or eliminating pollutants from entering any waste stream or otherwise being released into the environment prior to recycling, treatment, or disposal. P2 practices can help businesses save money by reducing their resource use, expenditures, waste and liability costs, while at the same time reducing their environmental footprint and helping to protect human health and the environment. Specifically, the project work will expand R6 tribal program to include an equity assessment by partnering with major universities and local partners to support direct technical assistance. Direct technical assistance will be provided on-site targeting industry within communities impacted by legacy pollution issues, through workshop training, follow-up and coordinating calls, and video guides and marketing material.

Activities:
The priorities for P2 technical assistance (information, training, and tools) align with one or more of the program&rsquo;s national emphasis areas (NEAs). Specifically, the project(s) will address the following: NEA #6: Supporting Pollution Prevention in Indian Country and for Alaska Native Villages. Reduce the amount of wasted energy from

EPA_00073398



EPA_00073399



EPA_00073400



EPA_00073401

tribal facilities by performing energy audits to not only save energy but also reduce costs. This goal will be achieved through the offering of
classes by trained staff of how to perform energy audits of buildings. This knowledge will be transferred to the students to perform the audits in-house on their own and to teach new and incoming staff.

Outcomes:
The technical assistance conducted by the grantee will benefit facilities and  address tribal communities. The grantee is expected to report on P2 performance measures (outputs and outcomes) and note who will benefit from the technical assistance as well as commit to following-up with facilities to find out whether the technical assistance was adopted and implemented. Specifically, the grantee anticipates providing: Direct technical assistance will be provided on-site targeting industry within communities impacted by legacy pollution issues, through workshop training, follow-up and coordinating calls, and video guides and marketing material.
Deliverables &ndash;
Implement proven outreach efforts for tribes that can be duplicated in other Regions. Develop success stories and case studies that can be shared with other tribes both Regionally and nationally.
Environmental Outcome &ndash;
Increase knowledge of tribal citizens of the impacts of pollution prevention and potential solutions. Reduce greenhouse gas emissions and encourage pollution
prevention. Conserve energy and other natural resources.

Subrecipient:
No subawards are included in this assistance agreement.

| CHOCTAW NATION OF OKLAHOMA | 02 | P. O. BOX 1210, DURANT, OK 74702-1210 |
|---|---|---|

EPA_00073403

| 1/17/2025 | 1/23/25 | $100,000.00 | $100,000.00 |
|---|---|---|---|

EPA_00073404

| 2024 Consolidated Appropriations Act (PL118-42) | 66.473 / Direct Implementation Tribal Cooperative Agreements |
|---|---|

| Choctaw Nation of Oklahoma Underground Storage Tank Inspection Credentialing | Description: This agreement provides support to the Choctaw Nation of Oklahoma (Choctaw Nation) to implement a program that manages underground storage tanks (USTs) on Tribal lands to promote UST facility compliance and prevent releases to the environment. The main objectives include ensuring Subtitle I of the Resource Conservation and Recover Act (RCRA) is implemented and to provide compliance assistance to regulated facilities within the boundaries of the Choctaw Nation. |
|---|---|
| | Activities: This agreement provides support to the Choctaw Nation to promote compliance assistance through the following activities: verify federally regulated UST facility information; review of previous inspections; review of the current compliance with the federal UST regulations by conducting walkthrough inspections; discuss any issues or concerns that were identified during compliance walkthroughs with the owner/operator; provide guidance on how to correct any issues that were identified during the walkthrough. |
| | Outcomes: The Choctaw Nation will complete walkthrough inspections as directed by the U.S. Environmental Protection Agency (EPA) Region 6 UST Section. Federally credentialled Choctaw Nation inspectors will increase community wide knowledge of the federal UST regulations, strive to improve the technical compliance rates at UST facilities where noncompliance is identified, and conduct routine UST facility inspections as requested by EPA Region 6. Beneficiaries include the community of the Choctaw Nation of Oklahoma. |
| | Subrecipient: No subawards are included in this assistance agreement. |

| WYANDOTTE NATION | 02 | 8 TURTLE DR, WYANDOTTE, OK  74370-2114 |
|---|---|---|

EPA_00073407

| 1/15/2025 | 1/21/25 | $678,152.00 | $947,266.00 |
|-----------|---------|-------------|-------------|

EPA_00073408

| 33 USC 4282 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.920 / Solid Waste Infrastructure Financing - Save Our Seas Act Grants |
|---|---|
| | |

| Solid Waste Infrastructure for Recycling Project | Description:<br>EPA's Solid Waste Infrastructure for Recycling (SWIFR) Grants for Tribes and Intertribal consortia will fund projects that focus on encouraging environmentally sound post-consumer materials management, fund projects that will result in a decrease in the generation of municipal solid waste and/or an increase in the diversion of municipal solid waste from landfills and incineration; and/or fund projects that provide or expand access to source reduction, reuse, recycling, backhaul, anaerobic digestion, and composting for Tribes and Tribal members of intertribal consortia. The purpose of this award is to enhance the Wyandotte&rsquo;s efforts to meet the SWIFR grants elements. The purpose of the Tribe&rsquo;s proposed project is to transform its solid waste infrastructure reducing waste and managing materials to achieve a circular economy, reduce greenhouse gas emissions, and create a cleaner, resilient, and healthier community. In addition, the project will address environmental justice concerns and the disproportionate challenges that currently affect our Tribal population including the elderly and children. Wyandotte will be increasing and expanding its materials management infrastructure by making renovations and improvement to Wyandotte Nation&rsquo;s Lost Creek Recycling Facility and purchasing recycling equipment. Initially we will be funding the non-construction and installation components and in the future we |



EPA_00073411



EPA_00073412



EPA_00073413

will be funding the installation of equipment and construction.

Activities:
Wyandotte Nation is requesting the following resources to reach a broader audience with the proposed project: a) one recycling technician for recycling solid waste and baling materials; b) one vertical baler for compressing cardboard, plastic, and metal; c) 6-bin recycling trailer for residential or drop site recycling collection; d) 20 foot flatbed trailer to haul aluminum and tin bales; e) three non-collapsible recycling bins with lids; f) costs for pre-construction architectural and engineering; and g) costs for hiring general contractors and other contractors performing site preparation as well as making renovations and improvement to the Recycling Facility.

Outcomes:
Activities to be funded under this solicitation will allow the Tribe the opportunity to increase its capacity for collection and improve materials management infrastructure while reducing contamination in the recycled materials stream. Wyandotte will improve facility infrastructure with structure improvements. Wyandotte will also acquire new collection and storage equipment to hold recyclable materials and a vertical baler and trailer which will increase MSW/C&amp;D collection. This will greatly improve the Wyandotte Tribal community with one permanent full-time job and a reduction of GHG released into the community. This will also result in an increase to the number of Tribal members able to receive recycling collection services. The expected outcomes include increased collection of Municipal Solid Waste and Construction and Demolition collected within the community; a further reduction of greenhouse gases within the Tribe and surrounding areas; job creation with the additional facilities; and an increased of Tribal members serviced by expanding collection efforts. The intended beneficiaries include members of the Wyandotte Native Tribe, a federally-recognized Tribe in Oklahoma.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00073414

# OR

## 01 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| THE FRESHWATER TRUST | 01 | 700 SW Taylor St, Suite 200, Portland, OR  97205-3339 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $1,300,000.00 | $7,466,313.00 |

EPA_00073416

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Water Act: Sec. 123; 33 U.S.C. 1275 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.962 / Columbia River Basin Restoration Program (CRBRP) |

| Project Title | Project Description |
|---|---|
| Mid-Snake Toxics and Runoff Reduction Program | Description:<br>The Freshwater Trust (TFT) will implement high-impact irrigation upgrades on agricultural fields that reduce the sediment&#8208;associated inorganic mercury and phosphorus runoff that fuel dangerous methylmercury production in the Snake River. The environmental benefits of this project include healthier river systems and a reduction of impacts of toxics on fish and wildlife. This agreement will be funded under the Infrastructure Investment and Jobs Act.<br><br>Activities:<br>TFT will develop a funding and implementation plan and deploy an operational subaward system that identifies high priority projects to maximize mercury reductions. A Coordinating Committee of key funders and implementers will use analytics to identify priority projects, work with agricultural and implementation partners, and use existing credible and transparent systems to account for, track and report overall mercury reduction results.<br><br>Outcomes:<br>The anticipated project outputs include assembling a Coordinating Committee, and designing an subaward system and implementation plan. The anticipated outcomes of this work include a minimum of 2.7M pounds of mercury-laden sediment prevented from entering the Mid-Snake, with |

EPA_00073418

## 03 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| SALMON-SAFE | 03 | 1001 SE Water Ave, Ste 450, Portland, OR 97214-4201 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $1,478,000.00 | $8,464,510.00 |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Water Act: Sec. 123; 33 U.S.C. 1275 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.962 / Columbia River Basin Restoration Program (CRBRP) |

an associated reduction in phosphorus load. The anticipated beneficiaries are communities within the Mid-Snake River and Columbia River Basin.

Subrecipient:
This project will launch, grow, and adaptively manage subawards under an outcomes-based funding and implementation plan. TFT anticipates funding 22+ priority subaward projects designed to reduce mercury from entering the Mid-Snake River. To the extent possible, TFT will maximize project investment into communities identified as priorities by the EPA EJ Screen or CJEST tools, or as Idaho Department of Environmental Quality priority nitrate areas.

| Project Title | Project Description |
| --- | --- |
| Salmon-Safe Columbia Partner Network: Mobilizing Water Quality Protection Actions across the Inland Northwest | Description:<br>The Salmon-Safe Columbia Partner Network will use this funding to advance basin-wide toxic reduction action and enhance climate resiliency in the Columbia River Basin. The environmental benefits of this project consist of healthier river systems and a reduction of impacts of toxics on fish and wildlife. This agreement will be funded under the Infrastructure Investment and Jobs Act.<br><br>Activities:<br>Salmon-Safe will create the Salmon-Safe Columbia Partner Network by leveraging place-based partnerships established in previous project phases with conservation districts, tribes, and conservation organizations. The project will provide multiyear subawards to partners to deliver outreach and technical assistance to over 5,000 farmers and large-scale land managers.<br><br>Outcomes:<br>The anticipated outputs consist of activating the Partner Network, conducting outreach and education to 5,000 or more growers, conducting site assessments and technical assistance to landowners, formalizing Salmon-Safe and Trout-Safe certification commitment for at least 600 farms, establishing market connections, and conducting project report evaluations. The anticipated outcomes consist of improved and expanded relationships, increased |

## PA

### 12 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073424



| Statutory Authority Summary | Assistance Program |
|---|---|

EPA_00073425

awareness in Columbia River Basin of agriculture best management practices, farm restoration planning, certification commitment across 150,000 acres of farmland, and market impact from over six consumer awareness campaigns. This will benefit a wide reach of Columbia River Basin communities within eastern Oregon, North Central Washington, Idaho, western Montana, and western Wyoming.

Subrecipient:
Salmon-Safe will develop a program to deliver sub-awards to 12+ conservation districts, Tribal nations, watershed councils, and place-based conservation organization partners, as well as generate new implementation partnerships. Recruitment of new implementation partners will include a focus on organizations that facilitate outreach to Latino growers and other BIPOC farmers. Subrecipient activities will consist of implementing Salmon-Safe's toxics reduction plan to engage agricultural operations on tributaries, coordinating with expert assessors to apply peer reviewed standards to evaluate watershed impacts from operations, and taking actions to protect water quality. Salmon-Safe has identified four organizations to receive an initial round of sub-awards and participate in rolling out the Partner Network. In the planning phase of this project, Salmon-Safe will further develop the selection process for expanding the Partner Network beginning in year two of grant implementation to an additional 8+ partners. Initial targeted sub-award organizations include a Cascadia Conservation District (north central WA), Palouse Conservation District (southeastern WA), The Nature Conservancy of Idaho (TNC), and Blue Mountain Land Trust (BMLT; south central WA/north central OR).

| Project Title | Project Description |
| --- | --- |

EPA_00073426

| t7133 - Building Materials Re-use Association | 12 | 214 N Lexington St, Pittsburg, PA  15208-2589 |

EPA_00073427

| 1/15/2025 | 1/21/25 | $6,703,990.00 | $6,703,990.00 |
| --- | --- | --- | --- |

EPA_00073428

| Inflation Reduction Act: Sec. 60112 | 66.721 / Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA |
| --- | --- |

EPA_00073429

Build Reuse - Reducing Embodied GHG for Salvaged Materials FR

Description:
This agreement provides funding under the Inflation Reduction Act (IRA) to Building Materials Re-use Association. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will develop a digital LCA-EPD generator software tool, enhance its capabilities as a program operator and create a sub-category PCR for salvaged and reprocessed construction products. The project will generate data on &ldquo;average&rdquo; use, quality, service lifespans, past uses and end-of-life in key product group categories for use in product circularity activities such as design for reuse and materials passport development.

Activities:
The activities include capacity building and education such as openLCA software training, seating members of a Technical Committee for quality assistance and governance as a Program Operator. Activities also include developing a PCR for Salvage and Reuse Construction Products; a digital LCA-EPD Generator; and Environmental Product Declarations (approx 300) from 100 different salvage and reuse



EPA_00073431



EPA_00073432



EPA_00073433

establishments.

Outcomes:
The anticipated deliverables for Task 1.
Capacity Building and Education include
hosting a two-day workshop and sessions at
annual conferences dedicated to LCA, EPDs
and carbon labeling; training for openLCA
software for staff; declare and publish
Program Operator status and information on
website; and proposed presentation and
paper at annual ACLCA conference.

The anticipated deliverables for Task 2. PCR
for Salvage and Reuse Construction
Products include an RFP for PO PCR
Specification; contracting a PO for PCR
Committee; soliciting and contracting an
Expert Review panel; and conducting PCR
development.

The anticipated deliverables for Task 3.
Digital LCA-EPD Generator Development
include open Excel-based digital LCI data
collection templates; software design; digital
generator testing/refinement; and
instructional guidance for generator.

The anticipated deliverables for Task 4. EPD
Development include EPD program webinars;
establishing solicitation and program
guidelines; developing LCA models for
principal salvage and reuse processes;
conducting LCI data collection processes in
partnership facilities; third-party verification of
EPDs; and publication of EPDs.

The expected outcomes include openLCA
trained staff; dedicated LCA-EPD session at
each annual conference for purposes of
cross-grant coordination; one or more online
education products; one report and roadmap
documenting workshop and reporting; five
papers/presentations to national ACLCA
conference; development of one Core PCR;
an EPD generator tool; and approximately
300 EPDs.

The intended beneficiaries include
architecture, engineering, and construction
professionals, LCA practitioners, academia,
and material manufacturers and suppliers.

Subrecipient:
Build Reuse will provide a subaward for
USDA Forest Products Laboratory for peer
reviews and publications.

# PR

## 99 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| Inter American University of Puerto Rico, Inc. | 99 | PO BOX 363255, SAN JUAN, PR  00936-3255 |

EPA_00073435

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|------------|--------------|----------------------------|-----------------------|
| 1/15/2025 | 1/21/25 | $3,000,000.00 | $10,000,000.00 |

| Statutory Authority Summary | Assistance Program |
|---|---|
| 2022 Consolidated Appropriations Act (PL 117-103),2023 Consolidated Appropriations Act (PL 117-328),Clean Air Act: Sec. 103(b)(3),Clean Air Act: Sec. 138,Clean Water Act: Sec. 104(b)(3),Solid Waste Disposal Act: Sec. 8001(a) | 66.309 / Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

| Project Title | Project Description |
|---|---|
| EAGEL Engage and Assist Grassroots organizations for Environmental Energy Justice and Leadership capacity building for Region 2 EJ TCTAC | Description:<br>The agreement provides funding to Inter American University of Puerto Rico Metro Campus (IAUPR) to build the capacity of community stakeholder, local leaders, and community members located in Puerto Rico, and the United States Virgin Islands. Specifically, the recipient will create hubs in Puerto Rico and USVI using a highly successful model previously implemented in by IAUPR in Puerto Rico. The recipients&rsquo; goal is to &ldquo;Build Community Capacity, Climate Resilience and Maximizing Benefits to overburdened and underserved communities increasing EPA support for community-led action by providing investments and benefits directly to communities with environmental justice concerns and by integrating equity throughout Agency programs.&rdquo; Objective is to provide training, technical assistance (TA), and support for core areas; Collaborative problem-solving, Grants and Fundraising Capacity, and Environmental/Energy Justice Advocacy. The Inflation Reduction Act (IRA) technical assistance (TA) funds issued to the InterAmerican University of Puerto Rico are specifically for the EJ TCTAC to coordinate and collaborate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The |



EPA_00073439



EPA_00073440



EPA_00073441

Grantmakers are considered Technical Assistance providers, who provide funding as well as technical assistance to applicants and subgrantee recipients addressing environmental concerns of disadvantage communities. Per the EJ TCTAC Request for Applications (RFA), Funding Opportunity Number EPA-I-OP-OEJ-22-02, The EJ TCTACs are expected to coordinate with other Technical Assistance providers over the project period.

Activities:
The activities include: a series of meetings, workshops, and webinars, both face-to-face and virtual; the hubs and partners will engage grassroot organizations in strengthening institutional capacity. The step-by-step unpacking of the identifying organizational, technical needs, creation of guides and manuals that are culturally and linguistically appropriate and a hands-on-approach for providing technical assistance and support to participants primarily in Puerto Rico and U.S. Virgin Islands. EAGEL will develop a HUB One Stop Center in Puerto Rico and US Virgin Islands to provide eligible services for Environmental/Energy Justice in underserved, rural, and remote communities.

Outcomes:
It is anticipated that this project will result in the following deliverables and expected outcomes: recruit and engage approximate

EPA_00073442

## RI

### 02 - District

| Recipient Name | Congressional District | Recipient Address |
|----------------|------------------------|-------------------|



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073444

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00073445

340 organizations in strengthening their institutional capacity through training and technical assistance; to provide 5500 hours of training and services to grassroots organizations. Through this project the recipient expects that up to 90% of participating organization will increase their knowledge of grantsmanship; 70% of organizations will increase the capability to apply and receive grant funding as well as to establish educational and training modules on core areas for collaborative problem-solving and leadership for civic engagement, grantsmanship &amp; fundraising.  Direct beneficiaries of this program include residents located in Puerto Rico and U.S. Virgin Islands.

Subrecipient:
Inter American University of Puerto Rico will issue subawards under this Assistant Agreement. The sub awardees will provide coordination of the project, preparing materials, outreach activities, grantsmanship, environmental and energy justice advocacy.

| Project Title | Project Description |
| --- | --- |

| NARRAGANSETT INDIAN TRIBE | 02 | P.O. BOX 268, CHARLESTOWN, RI 02813-0268 |
| --- | --- | --- |

EPA_00073447

| 1/17/2025 | 1/23/25 | $6,627,691.00 | $6,627,691.00 |
|-----------|---------|---------------|---------------|

EPA_00073448

Clean Air Act: Sec. 137

66.046 / Climate Pollution Reduction Grants

EPA_00073449

| CPRG Implementation Grant | Description:<br>The purpose of this award is to provide funding under the Inflation Reduction Act (IRA) to the Narragansett Indian Tribe. The recipient will implement greenhouse gas (GHG) reduction programs, policies, projects, and measures identified in a Priority Climate Action Plan (PCAP) developed under a Climate Pollution Reduction Grants (CPRG) planning grant. Activities conducted through this grant will benefit all residents and visitors to Narragansett Indian Tribal Lands through four main objectives: implementation of ambitious measures that will achieve significant cumulative greenhouse gas (GHG) reductions by 2030 and beyond; pursuit of measures that will achieve substantial community benefits, particularly in low-income and disadvantaged communities; complementing other funding sources to maximize these greenhouse gas (GHG) reductions and community benefits; and, pursuit of innovative policies and programs that are replicable and can be scaled up across multiple jurisdictions.<br><br>Activities:<br>The activities include the completion of energy audits at Narragansett Indian Tribe (NIT) owned and operated buildings to identify priority energy efficiency measures (EEMs) that would reduce energy consumption and associated costs; implementation of identified priority energy efficiency measures (EEMs), including |
|---|---|

EPA_00073450



EPA_00073451



EPA_00073452



EPA_00073453

building energy management systems; installation of solar (rooftop, carport, and ground-mounted) on six Narragansett Indian Tribe-owned and operated buildings; and installation of battery storage systems to replace propane and diesel generators at eight Narragansett Indian Tribe-owned and operated buildings.

Outcomes:
The anticipated deliverables include: The completion of comprehensive energy audits on all Tribal owned facilities and the implementation of priority energy efficiency measures; a strategy to replicate energy efficiency measures across all Tribal buildings; installation of solar photovoltaic (PV) and battery storage on Tribal-owned facilities; and educational opportunities for Tribal members on energy-efficiency efforts and solar/battery installations.

The expected outcomes include: Reduced greenhouse gas (GHG) emissions by 39.32 Million Tonnes (MT) of carbon dioxide equivalent (CO2e) annually, beginning in 2030, through energy efficiency measures; reduced greenhouse gas (GHG) emissions by 246.02 Million Tonnes (MT) of carbon dioxide equivalent (CO2e) annually, beginning in 2029, through solar photovoltaic (PV) and battery installation; decreased energy usage and costs; reduced Criteria Air Pollutants, which benefits public health; improved energy resilience and reduced dependence on fossil fuels; and increased awareness of energy efficiency best practices and solar photovoltaic (PV) installation efforts and opportunities.

The intended beneficiaries include the Narragansett Indian Tribe, its members, the larger community, and visitors to Tribal facilities. With asthma and cancer rates in the 80-90th percentile on Tribal lands, deploying these greenhouse gas (GHG) reduction measures will improve air quality on Tribal lands and in the surrounding Town of Charlestown, where the majority of Tribal members reside.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00073454

## SC

### 01 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| SC STATE PORTS AUTHORITY | 01 | 200 Ports Authority Dr, Mount Pleasant, SC  29464-7998 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $1,325,000.00 | $1,325,000.00 |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 133,Inflation Reduction Act: Sec. 60102 | 66.051 / Clean Ports Program |

EPA_00073457

| Project Title | Project Description |
|---|---|
| Clean Ports Program | Description:<br>This award approves funding in the amount of $1,325,000.00 under the Inflation Reduction Act (IRA) to allow the South Carolina Ports Authority to conduct a number of planning activities to reduce emissions at the port.<br><br>Activities:<br>The activities include updating an emissions inventory from 2021, conducting a study of emission reduction strategies for their operations, developing a resiliency plan, establishing a Community Port Advisory Committee, and conducting a hydrogen feasibility study.<br><br>Outcomes:<br>The anticipated deliverables include an updated emissions inventory, a report on emission reduction strategies with specific emission reduction targets, a resiliency assessment and plan, the establishing of a Community Port Advisory Committee, and a feasibility study for the use of hydrogen equipment at South Carolina Ports Authority terminals.<br><br>The expected outcomes include increased capacity and understanding of how to reduce emissions at South Carolina Ports Authority terminals, increased port resilience to current and future climate change impacts, improved relationship with the community, increased community participation in port planning and decision making, a better understanding of impacts on workers at the port, and increased transparency in planning activities.<br><br>The intended beneficiaries include South Carolina Ports Authority as well as the workers there and the surrounding communities.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

## TN

### 09 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| ygag5952 - YOUNG, GIFTED & GREEN | 09 | 655 S. Riverside Drive, Memphis, TN  38103-4623 |

EPA_00073459

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $19,996,791.00 | $19,996,791.00 |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |

EPA_00073461

| Project Title | Project Description |
|---|---|
| Environmental and Climate Justice Block Grant Program | Description:<br>This action approves an award in the amount of $19,996,791 under the Inflation Reduction Act (IRA) to Young, Gifted and Green. Specifically, the project will encompass three climate action strategies and three pollution reduction strategies to undertake community transformational change in environmental justice across the project area.<br><br>Activities:<br>The activities to be performed include, the establishment of the Mid-South Environmental Justice Center; organizing door knocking campaigns; creating a community advisory board; implementing a community engagement plan; coordinating whole home health initiative; building organizational capacity and compliance; implementing grants for small businesses; water testing, training and sampling; implementing nature-based solutions for stormwater; and native planting for biodiversity and air quality.<br><br>Outcomes:<br>The anticipated deliverables include, but are not limited to, reports; community outreach and engagement; home health assessments and mitigations; energy efficient upgrades; workforce development; job placements; blighted property purchases; new community gardens; and outdoor space. The expected outcomes include, but are not limited to, an |

EPA_00073462

## TX

### 35 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073463



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073464

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00073465

increase in community empowerment on environmental health; improved awareness of the dangers of environmental exposures and prevention; an increase in workforce readiness for green jobs; a decrease in local air pollution due to green planting; as well as a decrease in indoor asthma triggers and home hazards due to whole home upgrades; and an increase in economic opportunities created through the acquisition of blighted property. The intended beneficiaries are disadvantaged communities throughout Memphis, Tennessee.

Subrecipient:
The subaward activities include, and are not limited to, energy-efficiency upgrades and health-hazard remediation to residences, energy-efficient upgrades and green-infrastructure installation to commercial buildings, planting trees, and testing local water for contamination. All subaward activities are to take place in the identified project area.

| Project Title | Project Description |
| --- | --- |

| ayrw5535 - AUSTIN YOUTH RIVER WATCH | 35 | P.O. Box 40351, Austin, TX 78704 |
| --- | --- | --- |

EPA_00073467

| 1/16/2025 | 1/22/25 | $100,000.00 | $133,334.00 |
|-----------|---------|-------------|-------------|

EPA_00073468

National Environmental Educ. Act: Sec. 6 | 66.951 / Environmental Education Grants

EPA_00073469