| Austin Youth River Watch Environmental Education Programs | Description:<br>This project provides funding to Austin Youth River Watch to implement its project, which will design, demonstrate, and disseminate environmental education practices, methods, and techniques, that will serve to increase environmental literacy and encourage behavior that will benefit the environment in Austin, Texas.  The grantee will do this by providing 90 high school students a semester-long afterschool program or a summer program in outdoor environmental education, conducting bi-monthly water quality testing at 20 sites with students, performing 10 environmental restoration project with community partner organizations, and conducting six educational field trips with students.<br><br>Activities:<br>This project will increase public awareness and knowledge about environmental issues in Austin, Texas and provide high school students the skills necessary to make informed decisions and to take responsible actions. Activities to be performed during this project period include: providing 90 high school students a semester-long afterschool program or a summer program in outdoor environmental education, conducting bi-monthly water quality testing at 20 sites with students, performing eight small-scale restoration projects and two larger-scale restoration projects with community partner |
| --- | --- |

**VA**

EPA_00073471



EPA_00073472



EPA_00073473

organizations, and conducting six educational field trips with students.

Outcomes:
It is anticipated that this project will result in the following deliverables: one semester-long afterschool outdoor education program, one summer outdoor education program, an afterschool program evaluation, water quality testing at 20 different sites 24 times, 100 trees planted, 500 native grass plugs planted, 1,000 lbs of trash removed, and 90 high school students provided educational activities. Expected outcomes of the project include: high school students more knowledgeable about local water quality and watershed health, improved Austin watershed health through creek clean up and tree planting, and more quality data of Texas Colorado River and its tributaries in Austin, Texas. The intended beneficiaries are high school students in Austin, Texas.

Subrecipient:
The subaward to Montopolis Youth Nature Club will support environmental education field trips and campus-based experiences for high school students at Title 1 schools, focusing on topics such as watershed health, water quality, and ecological systems. The subaward to Austin Independent School District will support environmental education field trips and campus-based experiences for high school students, focusing on topics such as watershed health, water quality, and ecological systems. The subaward to Del Valley Independent School District will provide supplies for hands-on learning activities for high school students, such as soil analysis and dissections. The subaward to Urban Roots will support a youth program to teach young people about sustainable agriculture through hands-on farming activities. The recipient for the fifth subaward has not been determined. The subaward will support the outcomes of the project, and may include activities such as native tree planting or providing outdoor education activities.

EPA_00073474

## 04 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| hcps7002 - HENRICO COUNTY PUBLIC SCHOOLS | 04 | 3820 Nine Mile Rd, Richmond, VA  23223-4831 |

## 08 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $2,700,000.00 | $4,172,056.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 132 | 66.049 / Clean Heavy-Duty Vehicles Program |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Project Title | Project Description |
|---|---|
| Clean Heavy Duty Vehicles Program School Bus Grant | Description:<br>The grant agreement provides funding under the Inflation Reduction Act (IRA) to Henrico County Public Schools to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 3. The recipient will replace 10 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for the communities in Henrico county in the state of Virginia.<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles for staff, drivers, electricians, public safety officials and mechanics. Activities also include engaging with and educating the community on the benefits of replacing vehicles with zero emission buses.<br><br>Outcomes:<br>The anticipated deliverables include the replacement of 10 diesel school buses with 10 zero emission school busses. The expected outcomes include reduced fuel consumption and reduced greenhouse gas and criteria pollutant emissions, as well as fossil fuel consumption, improved air quality, reduced student absenteeism, and reduced bus maintenance. The intended beneficiaries include students and community members in Henrico County, Virginia.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

EPA_00073478

| | | |
|---|---|---|
| NATIONAL EXPERIENCED WORKFORCE SOLUTIONS INC | 08 | 3811 North Fairfax Drive, ARLINGTON, VA  22203-1757 |

## 11 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073479

| 1/17/2025 | 1/23/25 | $500,000.00 | $14,628,268.00 |
| --- | --- | --- | --- |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

| | |
|---|---|
| Environmental Programs Assistance Act of 1984 (PL 98-313) | 66.508 / Senior Environmental Employment Program |

| Statutory Authority Summary | Assistance Program |
|---|---|

EPA_00073481

| To provide technical assistance to Office of Pesticide Programs, Office of Chemical Safety and Pollution Prevention (OPP OCSPP) SEE Program | Description:<br>The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency.<br><br>Activities:<br>The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Office of Pesticide Programs, Office of Chemical Safety and Pollution Prevention (OPP OCSPP); Washington, DC.<br><br>Outcomes:<br>The anticipated deliverable and expected outcomes for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Experienced Workforce Solutions, Inc.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
| --- | --- |

| FAIRFAX COUNTY PUBLIC SCHOOLS | 11 | 8115 Gatehouse Road, Falls Church, VA  22042-1203 |
| --- | --- | --- |

EPA_00073483

| 1/17/2025 | 1/23/25 | $12,900,000.00 | $18,672,836.00 |
|-----------|---------|----------------|----------------|
|           |         |                |                |

EPA_00073484

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00073485

Fairfax County Public Schools (FCPS) School Bus Clean Heavy-Duty Vehicles Program

Description:
The agreement provides funding under the Inflation Reduction Act (IRA) to Fairfax County Public Schools  to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 3. The recipient will replace 43 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for the communities in Fairfax County, VA.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles. Recipient will replace 43 Class 7 diesel school buses with 43 new Class 7 zero-emission electric school buses. All new electric buses requested will serve 43 Fairfax County Public Schools communities. This project outcome will ultimately result in reduced pollutants and improved air quality in Fairfax County school communities; risk of asthma, respiratory

## VI

### 98 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073487



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073488

| Statutory Authority Summary | Assistance Program |
|---|---|

EPA_00073489

illnesses, and missed school and workdays for students and staff, and environmental justice for the school communities.

Outcomes:
The anticipated deliverables include the replacement of 43 diesel school buses with 43 zero-emissions electric school buses, EV bus training provided to drivers and technicians through partnership with Thomas, IC, and Lion bus companies, and outreach to school communities and international policy makers in Washington D.C. to showcase new EPA funded electric buses.

The expected outcomes include improved air quality and health by the annual removal of 9,625,014 tons of greenhouse gasses from our community&rsquo;s environment, drivers and technicians will be trained on regenerative braking and driving behaviors to increase the efficiency of the EV buses batteries and will extend the distance each bus can run allowing for longer routes. As well as Increase in knowledge, interest, and support of electric school buses and the EPA&rsquo;s (CHDV) programs that positively impact the world environment and health by helping mitigate climate change and pollution.

The intended beneficiaries include students and community members in Fairfax County Public School District.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | 98 | 5000 Estate Enighed #38, ST JOHN, VI  00830 |
|---|---|---|

EPA_00073491

| 1/16/2025 | 1/22/25 | $20,000,000.00 | $20,000,000.00 |
| --- | --- | --- | --- |

EPA_00073492

| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |

EPA_00073493

| United States Virgin Islands Partnerships for Community-Wide Sustainability | Description: This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specifically, the project will tackle both the upstream and downstream aspects of effective waste management by promoting behavior change and improving diversion methods once waste enters the system. Specific programs include a comprehensive recycling and composting programs for the two most populous islands, including establishment of a circular economy; expanding access to safe public drinking water; community, school, and business education for protecting marine health; and community partnerships, engagement, and outreach to inform program design/evolution, and maximize community-wide participation/commitment to these new programs. |
|---|---|
| | Activities: The activities include establishing a resource recovery center on St. Thomas, establishing a comprehensive composting program for the residents of St. Thomas and St. Croix, installing water filling stations, conducting water quality monitoring, increasing Eco-school programming in schools, and implementing a comprehensive public education and engagement campaign. |



EPA_00073495



EPA_00073496



EPA_00073497

Outcomes:
The anticipated deliverables include: the construction of recycling and education facility on St Thomas; collecting and processing of recyclable materials; 4 public collection points installed for materials for recycling; installation of central composting/mulching facilities on St. Thomas and St. Croix; collecting and composting/mulching of organic waste; research results from waste market analyses and commercial needs assessment surveys; selling tons of reclaimed materials back into the economy following processing per year; generating revenue in the local economy from end-market materials sales per year; 9 water-filtration systems installed in publicly accessible locations and schools; 2 additional public schools participating in Eco-Schools programming; 30 high-quality jobs added to USVI economy; survey results from stakeholders: citizens, businesses, K-12 students, and educators; and distribution and audience impressions for educational and promotional materials and events.

The expected outcomes include reduction in materials deposited in local landfills and associated GHG emissions per year; reduction in plastic and other waste removed from marine and land areas per year; increased community participation and commitment in reducing volume of solid

EPA_00073498

## VT

### 00 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073499



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00073500

| Statutory Authority Summary | Assistance Program |
|---|---|

waste production and its associated pollutants; decrease in percentage of imported food, post-recycled materials, fertilizer, and mulch; increase in public access to safe, plastic-free drinking water; increase in businesses earning and displaying Eco-Certifications; increase in percentage of K-12 students receiving Eco-Schools curriculum; and increased economic opportunity with newly established circular economy and added jobs.

The intended beneficiaries are disadvantaged communities.

Subrecipient:
The activities to be completed as subawards include: implement a territory wide composting project; conduct tests of public water sources including assessment and communication of results; installation of 9 new water filling stations with signage in easily accessible and highly used spaces; conduct community water opinion surveys and engagement campaigns to identify and mitigate drinking water risks and promote sources of free, safe, waste-free drinking water; design/delivery of Eco-Schools programming at two additional schools; implement a comprehensive public education and engagement plan for all projects including establish a Community Council with representatives from each island to provide ongoing input and feedback for continued success.

| Project Title | Project Description |
| --- | --- |

| DEPARTMENT OF ENVIRONMENTAL CONSERVATION VERMONT | 00 | 1 National Life Drive, Montpelier, VT  05620-3520 |
|---|---|---|

EPA_00073503

| 1/16/2025 | 1/22/25 | $70,909.00 | $397,761.00 |
| --- | --- | --- | --- |

EPA_00073504

| | |
|---|---|
| CERCLA: Sec. 104(d)(1) | 66.802 / Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements |

| Vermont Pre-Remedial Multi-Site Agreement | Description:<br>This agreement funds the recipient's program to perform site characterization activities such as preliminary assessments and site inspection at potential or confirmed hazardous waste sites.<br><br>Activities:<br>Activities to be performed include the following site assessment related actions: 1.) Determine the need for federal involvement at sites with suspected or confirmed releases of hazardous materials; 2.) Evaluate the status of of sites currently in EPA's Superfund Enterprise Management System (SEMS); 3.) Recommend changes in status where appropriate, including further federal action, National Priorities List (NPL) listing, and archiving; 4.) Recommend addition of new sites to SEMS for assessment by EPA; and 5.) Assist in NPL proposal and listing activities.<br><br>Outcomes:<br>The anticipated deliverables include meaningful and substantial involvement by the VTDEC in Pre-Remedial Response activities; final assessment decisions; identifying properties requiring no further action; and listing of sites on the National Priorities List (NPL). The expected outcomes include: 1.) The number of pre-screenings is unknown at this time, however, VTDEC does not anticipate more than two new sites to be screened during this grant period; 2.) VTDEC |

## WA

### 05 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00073507



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

EPA_00073508

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00073509

anticipates at least five sites for evaluation needing a Preliminary Assessment utilizing a state contractor; 3.) VTDEC anticipates potentially three new sites for evaluation needing a Site Inspection, utilizing a state contractor; 4.) VTDEC will prepare a Task Work Plan for EPA review and approval. After conducting field activities, VTDEC will submit a Trip Report to EPA, if requested. A Site Reassessment report will be submitted by the State to EPA Region I upon completion of data collection and evaluation. VTDEC anticipates completing one SR during this grant period. 5.) Completion of investigations at partially assessed Site existing in SEMS and reach a Final Assessment Decision. Completion of investigations at new Sites by State contractors. VTDEC anticipates conducting work at one of these sites. 6.) VTDEC will provide updates regarding Other Clean-Up Activity State-Lead sites and whether any changes to the site status changes during this grant period. Currently, VTDEC has three sites coded as OCA-State-Lead in SEMS. The intended beneficiaries include residents of the State of Vermont.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
|---|---|

| cor8740 - CITY OF REPUBLIC | 05 | PO BOX 331, REPUBLIC, WA 99166-5015 |
|---|---|---|

## 07 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| 1/16/2025 | 1/22/25 | $1,096,835.00 | $1,096,835.00 |
| --- | --- | --- | --- |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

| 2024 Consolidated Appropriations Act (PL118-42) | 66.202 / Congressionally Mandated Projects |
| --- | --- |
| | |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| City of Republic for Water Tank Replacement Project | Description: |
|---|---|
| | This agreement provides funding to the City of Republic, Washington to implement its project of replacement of the existing damaged 370,000-gallon welded steel reservoir serving the main water distribution zone as directed in the 2024 Consolidated Appropriations Act. |
| | Activities: |
| | The activities to be performed include the execution and implementation of a replacement water reservoir. Workplan activities consist of demo and removal of existing reservoir, site preparation, construction of new reservoir, connection and integration and site restoration. |
| | Outcomes: |
| | The anticipated deliverables include the replacement of the existing 370,000-gallon welded steel reservoir serving the main water distribution zone. The expected outcomes include safe, reliable drinking water for all Republic water system customers. The intended beneficiaries include the residents of City of Republic, human health, and the environment. |
| | Subrecipient: |
| | No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

EPA_00073514

| Natl Asian Pacific Center on Aging | 07 | 1511 Third Avenue Melbourne Tower, Seattle, WA 98101-1667 |
| --- | --- | --- |

## WV

### 01 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $594,717.00 | $4,522,862.00 |

EPA_00073516

| | |
|---|---|
| Environmental Programs Assistance Act of 1984 (PL 98-313) | 66.508 / Senior Environmental Employment Program |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Senior Environmental Employment (SEE) Program - Center for Public Health and Environmental Assessment | Description:<br>The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans age 55 and over to share their expertise with the Environmental Protection Agency (EPA).<br><br>Activities:<br>The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Center for Public Health and Environmental Assessment/Office of Research and Development (CPHEA/ORD).<br><br>Outcomes:<br>The anticipated deliverable for the grantee organization is to provide SEE enrollees to assist the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Asian Pacific Center on Aging (NAPCA).<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

EPA_00073518

| | | |
|---|---|---|
| Elk Valley Public Service District | 01 | 100 Bream Dr, Elkview, WV 25071-9365 |

## WY

### 00 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00073519

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $635,200.00 | $4,858,750.00 |

EPA_00073520

| 2023 Consolidated Appropriations Act (PL 117-328) | 66.202 / Congressionally Mandated Projects |
| --- | --- |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| Elk Valley PSD | **Description:**<br>This agreement provides funding to the Elk Valley Public Service District to implement the Elk River Embankment Stabilization and Sanitary Sewer Relocations Project as directed in the 2023 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project. This action partially funds the recipient in the amount of $635,200.  Federal funds in the amount of $3,251,800 are contingent upon availability.<br><br>**Activities:**<br>The activities to be performed include the execution and implementation of a wastewater infrastructure construction project. Workplan activities consist of wastewater treatment plant improvements.<br><br>**Outcomes:**<br>The anticipated deliverables include erosion control measures that will be constructed in identified areas of the river embankment where the effects of erosion threaten the integrity of the sewer main line.  The expected outcomes include mitigating the risks of structural failures of the sewer main so that raw sewage will remain contained in the pipes until it reaches the wastewater treatment plant as intended. The intended beneficiaries include the 4,500 customers throughout the communities of Elkview, Pinch, Mink Shoals, Big Chimney, Elk Hills, Clendenin, Falling Rock and Youngs Bottom, West Virginia.<br><br>**Subrecipient:**<br>A subaward will be given to the WV Regional Intergovernmental Council which will provide general grant administration and coordination on behalf of the Recipient. |

| Project Title | Project Description |
|---|---|

EPA_00073522

| WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY | 00 | 200 W 17th St Ste 400, Cheyenne, WY  82001-4434 |
|---|---|---|

EPA_00073523

| 1/15/2025 | 1/21/25 | $164,000.00 | $164,000.00 |
| --- | --- | --- | --- |

EPA_00073524

| Clean Water Act: Secs. 205(j)(1) & 205(j)(2) & Sec. 604(b) | 66.454 / Water Quality Management Planning |
|---|---|

EPA_00073525

| WY FY24 205(j)/604(b) Grant | Description:<br>This agreement is to fund the State of Wyoming's Water Quality Management Planning program to improve impaired water and protect unimpaired waters across the state by conducting planning that informs and supports implementation of Clean Water Act programs.<br><br>In accordance with Clean Water Act section 205(j)(3), unless a waiver request is approved by EPA, the recipient will jointly develop workplans with and passthrough at least 40% of funding to regional or interstate watershed management planning agencies.<br><br>This agreement is supported by funding provided under the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58).<br><br>Activities:<br>The activities to be performed include the following water quality management planning activities: the Boysen Nutrient Reduction Strategy Phase I Supplemental - this project will support the initial phases of the Boysen Reservoir Nutrient Reduction Strategy by: 1) developing a public-friendly visual report that characterizes the watershed and water quality issues and summarizes past, current, and future actions to address water quality issues in the watershed; 2) assisting with the development of and initial implementation of a public involvement strategy; and 3) initiating |

EPA_00073526



EPA_00073527



EPA_00073528



EPA_00073529

implementation of nonpoint source implementation projects; and the Flat Creek USGS Fingerprinting Study - this project addresses a segment of Flat Creek that is listed as impaired on the 303(d) for sediment. Teton Conservation District (TCD) maintains a Flat Creek Management Plan to reduce sediment and other pollutant contributions through activities implemented in partnership with local agencies and organizations. USGS performed a sedimentation study in 2019-2020 that was published in 2022. However, no study has addressed the relative contributions of multiple sediment sources in the Flat Creek Watershed. USGS will build upon that study by conducting a &quot;fingerprinting&quot; study using tracers to determine sediment contribution from varying sources in the Flat Creek watershed, helping to prioritize further sediment reduction projects.

Outcomes:
For the Boysen Nutrient Reduction Strategy Phase I Supplemental project, the anticipated deliverables include: administrative: reimbursement requests, complete progress reports with each reimbursement request, annual reports, final project report, other documentation as requested; reporting: annotated outline for the Visual Summary Report to be prepared in collaboration with WDEQ and draft and final Visual Summary Report; education, outreach, and stakeholder involvement: arrange for, and set up for one

EPA_00073530



EPA_00073531



EPA_00073532



EPA_00073533

stakeholder, and one community kickoff meeting, provide for additional bloom and toxin signage for waterbodies within the Boysen watershed; and initiating implementation of BMPs: coordinate with DEQ to develop and implement an approach to identify critical areas for BMP implementation and BMPs that have the highest likelihood of effective pollutant reduction, prioritized list of potential projects in the critical areas of the watershed, site visits to potential projects or multiple site visits to one primary project, planning/initiation of at least one nonpoint source implementation pilot project, if possible.

For the Flat Creek USGS Fingerprinting Study, the anticipated deliverables include: soil and water samples collected and analyzed for trace elements (e.g., aluminum, arsenic, copper, and others). After elemental analysis results are received, the application of specific statistical analytical methods, as described by Gellis and others (2016), will be used to discern sediment source areas and relative contributions from each source area will be quantified.

The expected outcomes of the Boysen Nutrient Reduction Strategy Phase I Supplemental project include supporting the initial phases of the Boysen Reservoir Nutrient Reduction Strategy by 1) developing a public-friendly visual report that characterizes the watershed and water quality issues a

EPA_00073534

## Summary by State & Cong. Distr

| | 00 | # of Actions | 003 | # of Actions | 01 | # of Actions | 02 |
|---|---|---|---|---|---|---|---|
| AL | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| AR | $0.00 | | $0.00 | | $0.00 | | $18,187.00 |
| AZ | $0.00 | | $0.00 | | $0.00 | | $12,653,600.00 |
| CA | $0.00 | | $0.00 | | $0.00 | | $296,466.00 |
| CO | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| CT | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| DC | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| FL | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| GA | $0.00 | | $0.00 | | $0.00 | | $19,805,900.00 |
| IA | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| ID | $0.00 | | $0.00 | | $0.00 | | $12,691,000.00 |
| IL | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| KS | $0.00 | | $0.00 | | $151,022.00 | 1 | $0.00 |
| LA | $0.00 | | $0.00 | | $0.00 | | $19,999,999.00 |
| MA | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| MD | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| ME | $0.00 | | $0.00 | | $2,800,000.00 | 1 | $0.00 |
| MI | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| MO | $0.00 | | $0.00 | | $10,128,735.00 | 1 | $0.00 |
| MS | $0.00 | | $0.00 | | $0.00 | | $4,923,958.00 |
| NC | $0.00 | | $0.00 | | $0.00 | | $63,340,000.00 |
| ND | $5,041,262.00 | 2 | $0.00 | | $0.00 | | $0.00 |
| NE | $0.00 | | $80,000.00 | 1 | $0.00 | | $0.00 |
| NJ | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| NY | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| OK | $0.00 | | $0.00 | | $0.00 | | $789,774.00 |
| OR | $0.00 | | $0.00 | | $1,300,000.00 | 1 | $0.00 |
| PA | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| PR | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| RI | $0.00 | | $0.00 | | $0.00 | | $6,627,691.00 |
| SC | $0.00 | | $0.00 | | $1,325,000.00 | 1 | $0.00 |
| TN | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| TX | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| VA | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| VI | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| VT | $70,909.00 | 1 | $0.00 | | $0.00 | | $0.00 |
| WA | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| WV | $0.00 | | $0.00 | | $635,200.00 | 1 | $0.00 |
| WY | $164,000.00 | 1 | $0.00 | | $0.00 | | $0.00 |
| Sum: | $5,276,171.00 | | $80,000.00 | | $16,339,957.00 | | $141,146,575.00 |

EPA_00073535

| # of Actions | 03 | # of Actions | 04 | # of Actions | 05 | # of Actions | 06 |
|---|---|---|---|---|---|---|---|
|  | $2,596,592.00 | 1 | $0.00 |  | $0.00 |  | $0.00 |
| 1 | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
| 5 | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
| 1 | $0.00 |  | $0.00 |  | $0.00 |  | $4,177,486.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $20,000,000.00 | 1 | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $7,587,500.00 | 1 | $909,800.00 |
| 1 | $0.00 |  | $0.00 |  | $2,376,203.00 | 1 | $0.00 |
|  | $30,779,000.00 | 1 | $0.00 |  | $0.00 |  | $0.00 |
| 3 | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
| 1 | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $20,000.00 | 1 | $0.00 |
|  | $65,000.00 | 1 | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
| 1 | $27,649,102.00 | 2 | $0.00 |  | $0.00 |  | $0.00 |
| 1 | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $93,960.00 | 1 | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $5,200,000.00 | 2 | $0.00 |  | $0.00 |
| 3 | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $1,478,000.00 | 1 | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
| 1 | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $2,700,000.00 | 1 | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $1,096,835.00 | 1 | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |  | $0.00 |  | $0.00 |
|  | $82,661,654.00 |  | $7,900,000.00 |  | $11,080,538.00 |  | $5,087,286.00 |

EPA_00073536

| # of Actions | 07 | # of Actions | 08 | # of Actions | 09 | # of Actions |
|---|---|---|---|---|---|---|
| | $5,600,000.00 | 1 | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| 2 | $0.00 | | $0.00 | | $0.00 | |
| | $500,000.00 | 1 | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| 1 | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $1,817,535.00 | 1 | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $3,000,000.00 | 1 | $0.00 | |
| | $0.00 | | $165,711.00 | 2 | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $40,780.00 | 1 | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $39,035,500.00 | 1 | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $19,996,791.00 | 1 |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $500,000.00 | 1 | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $594,717.00 | 1 | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $47,588,532.00 | | $3,665,711.00 | | $19,996,791.00 | |

EPA_00073537

| 10 | # of Actions | 11 | # of Actions | 12 | # of Actions | 13 |
|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $249,400,000.00 | 1 | $12,500,000.00 | 2 | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $17,345,895.00 | 1 | $0.00 | | $0.00 | | $3,000,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $6,703,990.00 | 1 | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $12,900,000.00 | 1 | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $17,345,895.00 | | $262,300,000.00 | | $19,203,990.00 | | $3,000,000.00 |

| # of Actions | 15 | # of Actions | 17 | # of Actions | 18 | # of Actions |
|---|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $1,424,099.00 | 2 |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| 1 | $52,000,000.00 | 1 | $20,939,198.00 | 3 | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $52,000,000.00 | | $20,939,198.00 | | $1,424,099.00 | |

EPA_00073539

| 20 | # of Actions | 21 | # of Actions | 22 | # of Actions | 24 | # of Actions |
|---|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $272,005.00 | 1 | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $3,000,000.00 | 1 | $7,297,240.00 | 1 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $26,690,731.00 | 3 | $606,807.00 | 2 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $26,962,736.00 | | $606,807.00 | | $3,000,000.00 | | $7,297,240.00 | |

EPA_00073540

| 25 | # of Actions | 35 | # of Actions | 42 | # of Actions | 46 | # of Actions |
|---|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $1,000,000.00 | 1 | $1,000,000.00 | 1 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $853,000.00 | 1 | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $100,000.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $853,000.00 | | $100,000.00 | | $1,000,000.00 | | $1,000,000.00 | |

EPA_00073541

| 98 | # of Actions | 99 | # of Actions | NJ 4 | # of Actions | Sum |
|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | | $8,196,592.00 |
| $0.00 | | $0.00 | | $0.00 | | $18,187.00 |
| $0.00 | | $0.00 | | $0.00 | | $12,653,600.00 |
| $0.00 | | $0.00 | | $0.00 | | $268,645,957.00 |
| $0.00 | | $0.00 | | $0.00 | | $500,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $20,000,000.00 |
| $455,100.00 | 3 | $0.00 | | $0.00 | | $455,100.00 |
| $0.00 | | $0.00 | | $0.00 | | $19,647,540.00 |
| $0.00 | | $0.00 | | $0.00 | | $22,182,103.00 |
| $0.00 | | $0.00 | | $0.00 | | $30,779,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $12,691,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $3,241,634.00 |
| $0.00 | | $0.00 | | $0.00 | | $151,022.00 |
| $0.00 | | $0.00 | | $0.00 | | $19,999,999.00 |
| $0.00 | | $0.00 | | $0.00 | | $3,020,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $230,711.00 |
| $0.00 | | $0.00 | | $0.00 | | $2,800,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $40,780.00 |
| $0.00 | | $0.00 | | $0.00 | | $10,128,735.00 |
| $0.00 | | $0.00 | | $0.00 | | $32,573,060.00 |
| $0.00 | | $0.00 | | $0.00 | | $63,340,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $5,041,262.00 |
| $0.00 | | $0.00 | | $0.00 | | $173,960.00 |
| $0.00 | | $0.00 | | $850,000.00 | 1 | $850,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $164,818,131.00 |
| $0.00 | | $0.00 | | $0.00 | | $789,774.00 |
| $0.00 | | $0.00 | | $0.00 | | $2,778,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $6,703,990.00 |
| $0.00 | | $3,000,000.00 | 1 | $0.00 | | $3,000,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $6,627,691.00 |
| $0.00 | | $0.00 | | $0.00 | | $1,325,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $19,996,791.00 |
| $0.00 | | $0.00 | | $0.00 | | $100,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $16,100,000.00 |
| $20,000,000.00 | 1 | $0.00 | | $0.00 | | $20,000,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $70,909.00 |
| $0.00 | | $0.00 | | $0.00 | | $1,691,552.00 |
| $0.00 | | $0.00 | | $0.00 | | $635,200.00 |
| $0.00 | | $0.00 | | $0.00 | | $164,000.00 |
| $20,455,100.00 | | $3,000,000.00 | | $850,000.00 | | $782,161,280.00 |

EPA_00073542

## Summary by State and

| | County | # of Actions | Independent School District | # of Actions | Indian Tribe | # of Actions |
|---|---|---|---|---|---|---|
| AL | $0.00 | | $5,600,000.00 | 1 | $0.00 | |
| AR | $0.00 | | $0.00 | | $0.00 | |
| AZ | $0.00 | | $0.00 | | $12,653,600.00 | 5 |
| CA | $0.00 | | $0.00 | | $568,471.00 | 2 |
| CO | $0.00 | | $0.00 | | $0.00 | |
| CT | $0.00 | | $0.00 | | $0.00 | |
| DC | $0.00 | | $0.00 | | $0.00 | |
| FL | $17,884,740.00 | 3 | $0.00 | | $0.00 | |
| GA | $0.00 | | $0.00 | | $0.00 | |
| IA | $0.00 | | $0.00 | | $0.00 | |
| ID | $0.00 | | $0.00 | | $0.00 | |
| IL | $0.00 | | $0.00 | | $0.00 | |
| KS | $0.00 | | $0.00 | | $0.00 | |
| LA | $0.00 | | $0.00 | | $0.00 | |
| MA | $0.00 | | $0.00 | | $0.00 | |
| MD | $0.00 | | $0.00 | | $0.00 | |
| ME | $0.00 | | $0.00 | | $0.00 | |
| MI | $0.00 | | $0.00 | | $0.00 | |
| MO | $0.00 | | $10,128,735.00 | 1 | $0.00 | |
| MS | $0.00 | | $4,923,958.00 | 1 | $7,759,587.00 | 1 |
| NC | $0.00 | | $0.00 | | $0.00 | |
| ND | $0.00 | | $0.00 | | $0.00 | |
| NE | $0.00 | | $0.00 | | $173,960.00 | 2 |
| NJ | $0.00 | | $0.00 | | $0.00 | |
| NY | $0.00 | | $4,432,513.00 | 1 | $606,807.00 | 2 |
| OK | $0.00 | | $0.00 | | $789,774.00 | 3 |
| OR | $0.00 | | $0.00 | | $0.00 | |
| PA | $0.00 | | $0.00 | | $0.00 | |
| PR | $0.00 | | $0.00 | | $0.00 | |
| RI | $0.00 | | $0.00 | | $6,627,691.00 | 1 |
| SC | $0.00 | | $0.00 | | $0.00 | |
| TN | $0.00 | | $0.00 | | $0.00 | |
| TX | $0.00 | | $0.00 | | $0.00 | |
| VA | $0.00 | | $15,600,000.00 | 2 | $0.00 | |
| VI | $0.00 | | $0.00 | | $0.00 | |
| VT | $0.00 | | $0.00 | | $0.00 | |
| WA | $0.00 | | $0.00 | | $0.00 | |
| WV | $0.00 | | $0.00 | | $0.00 | |
| WY | $0.00 | | $0.00 | | $0.00 | |
| Sum: | $17,884,740.00 | | $40,685,206.00 | | $29,179,890.00 | |

EPA_00073543

| Interstate | # of Actions | Municipal | # of Actions | Not for Profit | # of Actions | Private University |
|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $2,596,592.00 | 1 | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $1,000,000.00 | 1 | $3,177,486.00 | 2 | $0.00 |
| $0.00 | | $0.00 | | $500,000.00 | 1 | $0.00 |
| $0.00 | | $20,000,000.00 | 1 | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $455,100.00 | 3 | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $2,376,203.00 | 1 | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $1,817,535.00 | 1 | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $19,999,999.00 | 1 | $0.00 |
| $20,000.00 | 1 | $0.00 | | $3,000,000.00 | 1 | $0.00 |
| $57,888.00 | 1 | $0.00 | | $172,823.00 | 2 | $0.00 |
| $0.00 | | $2,800,000.00 | 1 | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $19,889,515.00 | 1 | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $5,200,000.00 | 2 | $62,035,500.00 | 3 | $52,000,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $2,778,000.00 | 2 | $0.00 |
| $0.00 | | $0.00 | | $6,703,990.00 | 1 | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $3,000,000.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $19,996,791.00 | 1 | $0.00 |
| $0.00 | | $0.00 | | $100,000.00 | 1 | $0.00 |
| $0.00 | | $0.00 | | $500,000.00 | 1 | $0.00 |
| $0.00 | | $0.00 | | $20,000,000.00 | 1 | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $594,717.00 | 1 | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 |
| **$77,888.00** | | **$31,376,203.00** | | **$164,318,048.00** | | **$55,000,000.00** |

EPA_00073544

| # of Actions | Special District | # of Actions | State | # of Actions | State Institution of Higher Learning |
|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $18,187.00 | 1 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $2,500,000.00 | 2 | $261,400,000.00 | 2 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $909,800.00 | 1 | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $30,779,000.00 | 1 | $0.00 |
| | $0.00 | | $12,691,000.00 | 3 | $0.00 |
| | $0.00 | | $1,424,099.00 | 2 | $0.00 |
| | $0.00 | | $0.00 | | $151,022.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $40,780.00 | 1 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $63,340,000.00 | 1 | $0.00 |
| | $0.00 | | $5,041,262.00 | 2 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $850,000.00 |
| 1 | $0.00 | | $6,690,731.00 | 2 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| 1 | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $1,325,000.00 | 1 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $70,909.00 | 1 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 |
| | $635,200.00 | 1 | $0.00 | | $0.00 |
| | $0.00 | | $164,000.00 | 1 | $0.00 |
| | $4,045,000.00 | | $382,984,968.00 | | $1,001,022.00 |

| # of Actions | Township | # of Actions | Sum: |
|---|---|---|---|
| | $0.00 | | $8,196,592.00 |
| | $0.00 | | $18,187.00 |
| | $0.00 | | $12,653,600.00 |
| | $0.00 | | $268,645,957.00 |
| | $0.00 | | $500,000.00 |
| | $0.00 | | $20,000,000.00 |
| | $0.00 | | $455,100.00 |
| | $853,000.00 | 1 | $19,647,540.00 |
| | $19,805,900.00 | 1 | $22,182,103.00 |
| | $0.00 | | $30,779,000.00 |
| | $0.00 | | $12,691,000.00 |
| | $0.00 | | $3,241,634.00 |
| 1 | $0.00 | | $151,022.00 |
| | $0.00 | | $19,999,999.00 |
| | $0.00 | | $3,020,000.00 |
| | $0.00 | | $230,711.00 |
| | $0.00 | | $2,800,000.00 |
| | $0.00 | | $40,780.00 |
| | $0.00 | | $10,128,735.00 |
| | $0.00 | | $32,573,060.00 |
| | $0.00 | | $63,340,000.00 |
| | $0.00 | | $5,041,262.00 |
| | $0.00 | | $173,960.00 |
| 1 | $0.00 | | $850,000.00 |
| | $33,852,580.00 | 3 | $164,818,131.00 |
| | $0.00 | | $789,774.00 |
| | $0.00 | | $2,778,000.00 |
| | $0.00 | | $6,703,990.00 |
| | $0.00 | | $3,000,000.00 |
| | $0.00 | | $6,627,691.00 |
| | $0.00 | | $1,325,000.00 |
| | $0.00 | | $19,996,791.00 |
| | $0.00 | | $100,000.00 |
| | $0.00 | | $16,100,000.00 |
| | $0.00 | | $20,000,000.00 |
| | $0.00 | | $70,909.00 |
| | $1,096,835.00 | 1 | $1,691,552.00 |
| | $0.00 | | $635,200.00 |
| | $0.00 | | $164,000.00 |
| | $55,608,315.00 | | $782,161,280.00 |

EPA_00073546

| Recipient Name | Recipient Address | Award Date |
|---|---|---|
| BerwickTown - TOWN OF BERWICK | 11 SULLIVAN ST, BERWICK, ME  03901-2927 | 1/16/25 |

EPA_00073547

| Mailing Date | Recipient Type | Record Type | Project Cost | Funding Amount |
|---|---|---|---|---|
| 1/22/25 | Municipal | N - New Project | $2,800,000.00 | $2,800,000.00 |

| Recipient Congressional District | FAIN AND MOD | Issuing Office |
|---|---|---|
| 01 | 00A01577-0 | USEPA EPA R1 |

| Statutory Authority Summary | Assistance Program | In Kind Amount |
| --- | --- | --- |
| 2024 Consolidated Appropriations Act (PL118-42) | 66.202 / Congressionally Mandated Projects | $0.00 |

| Project Period Cost | Project Period | Project Title |
|---|---|---|
| $4,000,000.00 | 1/6/25 - 1/1/27 | Water Treatment Facility Upgrade |

EPA_00073551

## Project Description

Description:
This agreement provides funding to the Town of Berwick, Maine to implement its project to upgrade water treatment facility.  The drinking water treatment process will be improved to remove Manganese and Total Organic Carbon and to improve the management of treatment process residuals as directed in the 2024 Consolidated Appropriations Act.

Activities:
The activities to be performed include the execution and implementation of Drinking water infrastructure construction at the Town of Berwick Drinking Water Treatment facility.   Workplan activities consist of several Drinking water treatment plant improvements:
1. Replacement of aging raw water and finished water pumps
2. Replacement of aging blowers required for the treatment process
3. Addition of a third blower for equipment redundancy.
4. Chemical feed system upgrades
5. Process control and electrical upgrades
6. Upgrade of control system and SCADA system
7. Upgrade of electrical service and motor control center for additional powered equipment loads.

Outcomes:
The anticipated deliverables include improved drinking water treatment and improved residual management at the drinking water treatment facility.
The expected outcomes include installed SCADA system, installation of new pumps and blowers, improved electrical service and process controls.
Beneficiaries of this project include the residents of the Town of Berwick, Maine.

Subrecipient:
No subawards are included in this assistance agreement.

| CITRUS HEIGHTS WATER DISTRICT | P.O. BOX 286, CITRUS HEIGHTS, CA   95611-0286 | 1/17/25 |
|---|---|---|

EPA_00073553

| 1/23/25 | Special District | N - New Project | | $1,500,000.00 |

EPA_00073554

| 06 | 98T79901-0 | USEPA EPA R9 |
|---|---|---|
| | | |

EPA_00073555

| 2023 Consolidated Appropriations Act (PL 117-328) | 66.202 / Congressionally Mandated Projects | $0.00 |
| --- | --- | --- |

EPA_00073556

| | | |
|---|---|---|
| $1,875,000.00 | 1/30/25 - 12/30/26 | Community Grants Program - Highland Ave Well Project |

EPA_00073557

Description:
This agreement provides funding to Citrus Heights Water District to implement its project to build a new ASR (Aquifer Storage and Recovery) well along Highland Avenue in Citrus Heights, CA as directed in the 2023 Consolidated Appropriations Act. The well will directly provide water to the water district and indirectly to the entire region for typical municipal and industrial uses. The well will enhance system redundancy and reduce strain on local water resources (may forego up to 1000 AFY of surface water supplies).

This assistance agreement provides full federal funding in the amount of $1,500,000.00.

Activities:
The activities to be performed are focused on the construction of a new well pump station, the perimeter fencing and the new access drive/gate. The area will need to be cleared and graded, but existing trees adjacent to the property will be retained. The activities will specifically include: construction of foundations, slabs and structures for the pump pedestal, motor control center and electric utility pad; installation of underground primary and secondary electrical conduits and conductors from the transformer pad to the motor control center; installation of perimeter and interior fencing.

Outcomes:
The anticipated deliverables are a new ASR well (Aquifer Storage and Recovery) on Highland Avenue which will allow surface water to get pumped into groundwater supplies for storage. The well will provide an additional, reliable water supply source to enhance redundancy at the local level and help preserve water resources for greater region. Project will directly benefit the Citrus Heights Water District and allow them to forgo up to 1000 AFY of surface water supplies. This will indirectly supply water and benefit the larger region and community for municipal and industrial water users.

Subrecipient:
No subawards are included in this assistance agreement.

| cor8740 - CITY OF REPUBLIC | PO BOX 331, REPUBLIC, WA 99166-5015 | 1/16/25 |
| --- | --- | --- |

EPA_00073559

| 1/22/25 | Township | N - New Project | $1,096,835.00 | $1,096,835.00 |
|---------|----------|-----------------|---------------|---------------|

EPA_00073560

| 05 | 02J83601-0 | USEPA EPA R10 |
|---|---|---|
| | | |

| 2024 Consolidated Appropriations Act (PL118-42) | 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|---|

EPA_00073562

| | | |
|---|---|---|
| $1,096,835.00 | 9/1/24 - 12/31/26 | City of Republic for Water Tank Replacement Project |

EPA_00073563

Description:
This agreement provides funding to the City of Republic, Washington to implement its project of replacement of the existing damaged 370,000-gallon welded steel reservoir serving the main water distribution zone as directed in the 2024 Consolidated Appropriations Act.

Activities:
The activities to be performed include the execution and implementation of a replacement water reservoir. Workplan activities consist of demo and removal of existing reservoir, site preparation, construction of new reservoir, connection and integration and site restoration.

Outcomes:
The anticipated deliverables include the replacement of the existing 370,000-gallon welded steel reservoir serving the main water distribution zone. The expected outcomes include safe, reliable drinking water for all Republic water system customers. The intended beneficiaries include the residents of City of Republic, human health, and the environment.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| CtyM - CITY OF MAYWOOD | 4319 E. SLAUSON AVENUE, MAYWOOD, CA 90270-2837 | 1/17/25 |

EPA_00073565

| 1/23/25 | Municipal | N - New Project | | $1,000,000.00 |

EPA_00073566

| 42 | 98T81001-0 | USEPA EPA R9 |
|---|---|---|

EPA_00073567

| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects | $0.00 |

EPA_00073568

| $1,000,000.00 | 12/20/24 - 4/17/26 | Community Grants Program - Maywood Sewer System Repair Project |
|---|---|---|

EPA_00073569

Description:
This agreement provides funding to the City of Maywood to implement its project to repair an existing sewer pipe  as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

This assistance agreement provides full federal funding in the amount of $1,000,000.  Pre-award costs have been approved back to December 20, 2024.

Activities:
The activities to be performed include planning and design, construction including trenching, sewer pipe repair and upgrades, and reconstruction of street surface.

Outcomes:
The anticipated deliverables include reducing the possibility of a sewer leakage, thereby averting a potential public health hazard occurring in a highly dense community which are expected to lead to better public health outcomes for residents and business owners in Maywood.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| Elk Valley Public Service District | 100 Bream Dr, Elkview, WV 25071-9365 | 1/16/25 |

EPA_00073571

| 1/22/25 | Special District | N - New Project | | $635,200.00 |
|---------|------------------|-----------------|--|-------------|

EPA_00073572

| 01 | | 95342401-0 | USEPA EPA R3 |
|----|--|------------|--------------|

| 2023 Consolidated Appropriations Act (PL 117-328) | 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|---|

EPA_00073574

| $4,858,750.00 | 2/1/24 - 12/31/26 | Elk Valley PSD |
| --- | --- | --- |

EPA_00073575

Description:
This agreement provides funding to the Elk Valley Public Service District to implement the Elk River Embankment Stabilization and Sanitary Sewer Relocations Project as directed in the 2023 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project. This action partially funds the recipient in the amount of $635,200.  Federal funds in the amount of $3,251,800 are contingent upon availability.

Activities:
The activities to be performed include the execution and implementation of a wastewater infrastructure construction project. Workplan activities consist of  wastewater treatment plant improvements.

Outcomes:
The anticipated deliverables include erosion control measures that will be constructed in identified areas of the river embankment where the effects of erosion threaten the integrity of the sewer main line.  The expected outcomes include mitigating the risks of structural failures of the sewer main so that raw sewage will remain contained in the pipes until it reaches the wastewater treatment plant as intended. The intended beneficiaries include the 4,500 customers throughout the communities of Elkview, Pinch, Mink Shoals, Big Chimney, Elk Hills, Clendenin, Falling Rock and Youngs Bottom, West Virginia.

Subrecipient:
A subaward will be given to the WV Regional Intergovernmental Council which will provide general grant administration and coordination on behalf of the Recipient.

EPA_00073576

| INCORPORATED VILLAGE OF HEMPSTEAD | 99 James A Garner Way, Hempstead, NY   11550-3166 | 1/17/25 |
| --- | --- | --- |

EPA_00073577

| 1/23/25 | Municipal | N - New Project | | $2,000,000.00 |
|---------|-----------|-----------------|--|----------------|

EPA_00073578

| 04 | 96267124-0 | USEPA EPA R2 |
| --- | --- | --- |

EPA_00073579

| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|---|

EPA_00073580

| | | |
|---|---|---|
| $2,000,000.00 | 5/1/23 - 12/31/26 | Village of Hempstead Phase I Sewer Improvements Project |

EPA_00073581

Description:
This agreement provides funding to the Incorporated Village of Hempstead to implement its project to improve the Village sewer infrastructure as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

Activities:
The activities to be performed will include the removal or repair of old sewer piping, lining and fittings and the installation of approximately 6,200 linear feet of sewer pipe and 800 linear feet of side street laterals. To achieve this, excavation and backfill of all new sewer piping and manholes, creation of trench boxes for excavation support and protection, installation of sewer manholes, relocation of utilities, the repaving of disturbed roads and the maintenance/protection of traffic will need to be executed.

Outcomes:
The anticipated deliverables are the development of a new gravity sewer main by replacing outdated and leaking sewer mains and to utilize the new county developed pump station. These are expected to address the needs of multiple new housing projects, and lead to job creation and economic benefits for the new housing developments and the Village of Hempstead residents.

Subrecipient:
No subawards are included in this assistance agreement.

| INCORPORATED VILLAGE OF HEMPSTEAD | 99 James A Garner Way, Hempstead, NY 11550-3166 | 1/17/25 |

EPA_00073583

| 1/23/25 | Municipal | N - New Project | | $3,200,000.00 |
|---|---|---|---|---|

EPA_00073584

| 04 | 96267324-0 | USEPA EPA R2 |
| --- | --- | --- |
| | | |

EPA_00073585

| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|---|

EPA_00073586

| | | |
|---|---|---|
| $3,200,000.00 | 5/1/23 - 12/31/26 | Village of Hempstead Phase 1 Water Transmission Main Improvements Infrastructure Project |

Description:
This agreement provides funding to Incorporated Village of Hempstead to implement its project to improve the Village's Water System Transmission Main as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

Activities:
The activities to be performed are the modernization of the potable water main network by replacing old watermains and laying new ones totaling approximately 8,454 feet of pipe. These will be sized to adequately address future and existing water needs for future housing developments and fire suppression while still furnishing potable water and sanitary sewer services during construction. Excavation, placement, and backfill for the transmission main will occur during the construction.

Outcomes:
The anticipated deliverables are that the system will be able to provide adequate volumes of water during the peak hour on the peak day, and also maintain the capability to provide fire flows on that peak day. Also, for the water distribution system to be sized to transport water to a particular building and throughout the areas immediately surrounding the building for fire suppression. These are expected to lead to the availability of adequate water service to each parcel within the project area and to create a connection of new and existing buildings to the newly available water utilities and existing treatment plants for the new housing developments and the Village of Hempstead residents.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| vons6936 - VILLAGE OF NEW SQUARE | 37 Reagan Rd, NEW SQUARE, NY  10977 | 1/17/25 |

EPA_00073589

| 1/23/25 | Township | N - New Project | | $2,400,000.00 |

EPA_00073590

| 17 | 96272824-0 | USEPA EPA R2 |
| --- | --- | --- |

EPA_00073591

| 2023 Consolidated Appropriations Act (PL 117-328) | 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|---|

| $2,400,000.00 | 5/1/25 - 11/1/27 | Village of New Square Drainage and Flood Mitigation Improvements Project |
|---|---|---|

EPA_00073593

Description:
This agreement provides funding to the  Village of New Square to implement its project for Storm Drainage and Flood Mitigation Improvements as directed in the 2023 Consolidated Appropriations Act.

Activities:
 The activities to be performed on Storm drainage throughout the Village of New Square will be structured to occur within the four drainage areas within the Village: Area 1 - northwest sector of the Village; Area 2 - The south-central sector downstream of Area 1; Area 3 - southwest sector, collects runoff that discharges to the north branch of the Pascack Brook; and Area 4 - The eastern sector, which receives significant runoff from the Palisades Parkway drainage system, as well as half of the Villages runoff.

Outcomes:
The anticipated deliverables which are expected to lead to the planned improvements include:1. The replacement of storm sewers with larger diameter pipes for increased flow capacity and the ability to provide some attenuation of peak flows by providing increased storage capacity;2. Installation of underground storage systems to take peak flows off line to be released slowly off peak;3. Installation of additional storm system inlets such as catch basins; and 4. The select re-routing of storm sewers to new outfalls for the Village of New Square, Town of Ramapo, New York.

Subrecipient:
No subawards are included in this assistance agreement.