| Recipient Name | Recipient Address | Award Date |
| --- | --- | --- |
| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | 116 SUMMER LAKE DR, RIDGELAND, MS 39157-8630 | 1/16/25 |

| Mailing Date | Recipient Type | Record Type | Grants Specialist | Phone |
|---|---|---|---|---|
| 1/22/25 | Not for Profit | N - New Project | LARRY PRUDHOMME | 404-562-9356 |

| Project Cost | Funding Amount | Recipient Cor | FAIN AND MOD | Issuing Office |
|---|---|---|---|---|
| $19,889,515.00 | $19,889,515.00 | 03 | 03D33825-0 | USEPA EPA R4 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 4 of 298

| Statutory Authority Summary |
| --- |
| Clean Air Act: Sec. 138 |

EPA_00073638

| Assistance Program | In Kind Amount |
| --- | --- |
| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |

| Project Period Cost | Project Period | Project Title |
|---|---|---|
| $19,889,515.00 | 3/1/25 - 2/29/28 | Environmental and Climate Justice Block Grant Program |

| Project Description |
| --- |
| Description:<br>This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Mississippi. Specifically, the project will construct the first Resiliency Historically Underutilized Business (HUB) in Jackson, which will provide shelter, drinking water, electricity, and social support in times of system failure, while serving as an institution with everyday services for community events, services, and education. This project aims to serve as the lead example for a future network of resiliency hubs throughout Mississippi.<br><br>Activities:<br>The activities include but are not limited to the following: renovation and upgrades to 35,000 sq. feet of public space, equip emergency wing for overnight stay with equipment and supplies, install backup generator, provide self-help and wellness education, provide space for workforce readiness training, provide literacy and parental training, provide financial management and budget counseling; mortgage; non-delinquency post-purchase workshops for homeowners; pre-purchase counseling; distribute food through food pantry; plant trees and native species of shrubs and ground cover; install solar panels |

| | | |
|---|---|---|
| ARKANSAS DIVISION OF ENVIRONMENTAL QUALITY | 5301 NORTHSHORE DRIVE, NORTH LITTLE ROCK, AR 72118-5317 | 1/16/25 |

| | | | | |
|---|---|---|---|---|
| 1/22/25 | State | A - Augmentation: Increase | SALENA REYNOLDS | 214-665-7529 |



| | | | | |
|---|---|---|---|---|
| $123,775.00 | $18,187.00 | 02 | 02F73701-1 | USEPA EPA R6 |



CERCLA: Secs. 104(d)(1) & 104(c)(3)(C)



| | |
|---|---|
| 66.802 / Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements | $0.00 |

| | | |
|---|---|---|
| $387,320.00 | 9/4/24 - 6/30/29 | Arkansas Division of Environmental Quality State Fiscal Year 2025 Five-Year Review Cooperative Agreement |

and rain gardens, provide space to recycle battery and printer cartridges and install collection rain barrels and water wells.

Outcomes:
The anticipated deliverables include but are not limited to the following: renovation of resiliency HUB, trainings, outreach, workshops; a solar microgrid and battery system, electronic waste recycling, water well and rain barrel installations. The expected outcomes include increased building capacity for shelter, community resiliency, increased knowledge of health, wealth, literacy, parental care and workforce development for community members. The intended beneficiaries are disadvantaged communities in the area..

Subrecipient:
Activities will include co-designing the resiliency hub with the lead applicant and statutory partner; hosting emergency response, workforce development, climate risk, and other trainings at the hub; and executing emergency response activities.

Description:
This agreement funds the recipient's program to conduct 5 year remedial action at the specified hazardous waste sites in Arkansas, which are listed on the National Priorities List (NPL) of the National Oil and Hazardous Substances Contingency Plan.

Activities:
The activities to be performed include the following site-specific actions: evaluating the implementation, sustainment, and effectiveness of the remedy applied to each site.

Outcomes:
The anticipated deliverables include semi-annual progress reports, financial status reports and a detailed project schedule.
The expected outcomes include continued acceptable performance at National Priority List (NPL) sites in Arkansas.
The intended beneficiaries include residents of the state of Arkansas.

Subrecipient:
No subawards are included in this assistance agreement.

| ATLANTA, CITY OF | 55 Trinity Ave, Atlanta, GA 30303-3520 | 1/17/25 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1/23/25 | Municipal | N - New Project | BRAYLA LAWSON | 404-562-9387 |

| $2,376,203.00 | $2,376,203.00 | 05 | 03D32225-0 | USEPA EPA R4 |
|---|---|---|---|---|

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 18 of 298

Clean Air Act: Sec. 132

EPA_00073652

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |
|---|---|

| | | |
|---|---|---|
| $3,761,616.00 | 1/1/25 - 12/31/26 | Clean Heavy-Duty Vehicles Program |

Description:
The agreement provides $2,376,203.00 in funding under the Inflation Reduction Act (IRA) to City of Atlanta to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The recipient will replace 7 eligible vehicles with comparable, eligible zero-emission vehicles under the Vocational Vehicles Sub-Program, resulting in cleaner air and improved health for the communities in Clayton and Fulton Counties.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.

Outcomes:
The anticipated deliverables are as follows: replacement of one Class 6 service truck with one EV Service Truck at Hartsfield-Jackson Airport and one DCFC port installed; replacement of one street sweeper and two Class 7 Trucks with three comparable ZE



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 22 of 298

EPA_00073656



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 23 of 298

EPA_00073657



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 24 of 298

EPA_00073658



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 25 of 298

EPA_00073659



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 26 of 298

EPA_00073660



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 27 of 298

EPA_00073661

electric vehicles, with three Level 3 DCFC ports across two City of Atlanta DWM water sites; replacement of two Class 6 Trucks and one Refuse Hauler with 3 comparable EV models and the installation of 3 DC fast L3 chargers to the City of Atlanta’s Office of Fleet Services Headquarters (DPW OFS); training provided to fleet services staff; and community engagement activities to ensure meaningful participation with respect to the design, planning, and performance of the project. The expected outcomes are as follows: expansion of the ZE fleet at the busiest airport in the United States and the overall emission reductions and ambient air quality mitigation; showcasing City and Department of Watershed Management leadership to make a positive impact in water utility industry through ZE vehicles; showcasing leadership to make positive impact for City of Atlanta’s Office of Fleet Services staff; building out electric vehicle fleet operations and maintenance strategies to align with the City of Atlanta Office of Fleet service’s vision; development of the city's first cohort of fully certified electric vehicle technician specialists; and meaningful engagement with the community. The intended beneficiaries include residents of Fulton and Clayton counties.

Subrecipient:
No subawards are included in this assistance agreement.

| | | | |
|---|---|---|---|
| ayrw5535 - AUSTIN YOUTH RIVER WATCH | P.O. Box 40351, Austin, TX 78704 | 1/16/25 | |

| | | | | |
|---|---|---|---|---|
| 1/22/25 | Not for Profit | N - New Project | LISA KAPSH | 214-665-7335 |

| | | | | |
|---|---|---|---|---|
| $100,000.00 | $100,000.00 | 35 | 02F77501-0 | USEPA EPA R6 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 32 of 298

National Environmental Educ. Act: Sec. 6

EPA_00073666

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 33 of 298

| | |
|---|---|
| 66.951 / Environmental Education Grants | $0.00 |

EPA_00073667

| | | |
|---|---|---|
| $133,334.00 | 2/1/25 - 1/31/26 | Austin Youth River Watch Environmental Education Programs |

Description:
This project provides funding to Austin Youth River Watch to implement its project, which will design, demonstrate, and disseminate environmental education practices, methods, and techniques, that will serve to increase environmental literacy and encourage behavior that will benefit the environment in Austin, Texas.  The grantee will do this by providing 90 high school students a semester-long afterschool program or a summer program in outdoor environmental education, conducting bi-monthly water quality testing at 20 sites with students, performing 10 environmental restoration project with community partner organizations, and conducting six educational field trips with students.

Activities:
This project will increase public awareness and knowledge about environmental issues in Austin, Texas and provide high school students the skills necessary to make informed decisions and to take responsible actions. Activities to be performed during this project period include: providing 90 high school students a semester-long afterschool program or a summer program in outdoor environmental education, conducting bi-monthly water quality testing at 20 sites with students, performing eight small-scale restoration projects and two larger-scale restoration projects with community partner

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 39 of 298

EPA_00073673

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 40 of 298

EPA_00073674

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 41 of 298

EPA_00073675

organizations, and conducting six educational field trips with students.

Outcomes:
It is anticipated that this project will result in the following deliverables: one semester-long afterschool outdoor education program, one summer outdoor education program, an afterschool program evaluation, water quality testing at 20 different sites 24 times, 100 trees planted, 500 native grass plugs planted, 1,000 lbs of trash removed, and 90 high school students provided educational activities. Expected outcomes of the project include: high school students more knowledgeable about local water quality and watershed health, improved Austin watershed health through creek clean up and tree planting, and more quality data of Texas Colorado River and its tributaries in Austin, Texas. The intended beneficiaries are high school students in Austin, Texas.

Subrecipient:
The subaward to Montopolis Youth Nature Club will support environmental education field trips and campus-based experiences for high school students at Title 1 schools, focusing on topics such as watershed health, water quality, and ecological systems. The subaward to Austin Independent School District will support environmental education field trips and campus-based experiences for high school students, focusing on topics such as watershed health, water quality, and ecological systems. The subaward to Del Valley Independent School District will provide supplies for hands-on learning activities for high school students, such as soil analysis and dissections. The subaward to Urban Roots will support a youth program to teach young people about sustainable agriculture through hands-on farming activities. The recipient for the fifth subaward has not been determined. The subaward will support the outcomes of the project, and may include activities such as native tree planting or providing outdoor education activities.

| | | |
|---|---|---|
| **BerwickTown - TOWN OF BERWICK** | **11 SULLIVAN ST, BERWICK, ME 03901-2927** | **1/16/25** |

| **1/22/25** | **Municipal** | **N - New Project** | JULIE ROSS | 617-918-1317 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **$2,800,000.00** | **$2,800,000.00** | **01** | **00A01577-0** | **USEPA EPA R1** |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 46 of 298

2024 Consolidated Appropriations Act (PL118-42)

EPA_00073680

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 47 of 298

| **66.202 / Congressionally Mandated Projects** | **$0.00** |
| --- | --- |

EPA_00073681

| | | |
|---|---|---|
| **$4,000,000.00** | **1/6/25 - 1/1/27** | **Water Treatment Facility Upgrade** |

**Description:**
**This agreement provides funding to the Town of Berwick, Maine to implement its project to upgrade water treatment facility. The drinking water treatment process will be improved to remove Manganese and Total Organic Carbon and to improve the management of treatment process residuals as directed in the 2024 Consolidated Appropriations Act.**

**Activities:**
**The activities to be performed include the execution and implementation of Drinking water infrastructure construction at the Town of Berwick Drinking Water Treatment facility. Workplan activities consist of several Drinking water treatment plant improvements:**
**1. Replacement of aging raw water and finished water pumps**
**2. Replacement of aging blowers required for the treatment process**
**3. Addition of a third blower for equipment redundancy.**
**4. Chemical feed system upgrades**
**5. Process control and electrical upgrades**
**6. Upgrade of control system and SCADA system**
**7. Upgrade of electrical service and motor control center for additional powered equipment loads.**

**Outcomes:**
**The anticipated deliverables include improved drinking water treatment and improved residual management at the drinking water treatment facility.**
**The expected outcomes include installed SCADA system, installation of new pumps and blowers, improved electrical service and process controls.**
**Beneficiaries of this project include the residents of the Town of Berwick, Maine.**

**Subrecipient:**
**No subawards are included in this assistance agreement**

| | | |
|---|---|---|
| BIRMINGHAM BOARD OF EDUCATION | 6434 1st Avenue, North<br>Birmingham, AL 35212-1541 | 1/16/25 |

| | | | | |
|---|---|---|---|---|
| 1/22/25 | Independent School District | N - New Project | ANNIE ASHMEADE | 404-562-9146 |

| | | | | |
|---|---|---|---|---|
| $5,600,000.00 | $5,600,000.00 | 07 | 03D31825-0 | USEPA EPA R4 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 53 of 298

Clean Air Act: Sec. 132

EPA_00073687

| | |
|---|---|
| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

| | | |
|---|---|---|
| $8,543,440.00 | 1/1/25 - 4/30/27 | Clean Heavy-Duty Vehicles Program |

Description:
This action approves an award in the amount
of $5,600,000 to support Birmingham City
Schools to replace in use, non-zero emission
heavy duty vehicles with new zero emission
vehicles to reduce air pollution and
greenhouse gas emissions. The recipient will
replace 20 eligible vehicles with comparable,
eligible zero-emission vehicles under the
School Bus Sub-Program, resulting in
cleaner air and improved health for
communities in Jefferson County, Alabama.

Activities:
The activities include replacing eligible
internal combustion engine Class 6 and
Class 7 vehicles with eligible zero emission
vehicles: purchasing, installing, operating,
and maintaining charging and fueling
equipment to maintain the new zero emission
vehicles and providing workforce
development and training to support the
maintenance, charging, fueling, and operation
of the new zero emission vehicles.

Outcomes:
The anticipated deliverables include
replacement of 20 diesel buses with 20 Class
7, Type C all electric school buses and
installation of 20 DC fast chargers. Training
will be provided to drivers, mechanics, and
first responders about how to safely operate
the electric school buses. A community event
will be hosted to focus on the arrival of the
new electric school buses.
The expected outcomes include reductions in
greenhouse gas emissions, increased health
benefits from the improved air quality,
increased understanding by the internal
workforce and external stakeholders, and
increased awareness of sustainable
transportation and community acceptance
through community engagement events and
activities. The intended beneficiaries include
Birmingham City Schools (grantee) and the
disadvantaged community residents who will
benefit from improved ambient air quality in
communities in which the vehicles operate.

Subrecipient:
No subawards are included in this assistance
agreement.

| boeotco0192 - BOARD OF EDUCATION OF THE CITY O | 801 N 11TH ST, SAINT LOUIS, MO 63101-1015 | 1/17/25 |
|---|---|---|

| 1/23/25 | Independent School District | N - New Project | LATOYA SAPPINGTON | 913-551-7771 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| $10,128,735.00 | $10,128,735.00 | 01 | 96720401-0 | USEPA EPA R7 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 60 of 298

Clean Air Act: Sec. 132

EPA_00073694

| | |
|---|---|
| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

| | | |
|---|---|---|
| $13,854,793.00 | 1/15/25 - 7/15/27 | Converting to Zero-Emission Buses to Improve Air Quality in the SLPS community |

Description:
The agreement provides funding under the Inflation Reduction Act (IRA) to the Saint Louis Public Schools (SLPS) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 07. The recipient will replace 30 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in the city of Saint Louis.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles; and engaging with community members both within and outside of the school district to increase awareness and understanding of the environmental and economic effectiveness of the implemented technology.

Outcomes:



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 64 of 298

EPA_00073698



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 65 of 298

EPA_00073699



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 66 of 298

EPA_00073700



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 67 of 298

EPA_00073701



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 68 of 298

EPA_00073702



The anticipated deliverables include 30 zero-emission busses (ZEBs), 30 DC Fast charger ports, 32 hours of training for staff, drivers, mechanics, and public safety officials, and at least two community forums to engage with and educate the community on ZEBs.

The expected outcomes include reduced emissions of nitrogen oxides (NOx), particulate matter (PM), and greenhouse gases (GHGs); improved air quality in the local area resulting in fewer respiratory illnesses that can cause child ER visits and school absenteeism reduced student absenteeism; school district savings resulting from reduced fuel and maintenance costs; and increased public awareness and support for ZEBs in the community.

The intended beneficiaries include SLPS students, residents of local communities within the city of Saint Louis, and the Saint Louis Public School District.

Subrecipient:
The subaward recipient will conduct a range of activities to support SLPS in accomplishing project goals including vehicle and infrastructure procurement, installation, maintenance, training, and operation. All equipment, including busses and chargers, will be owned by the subaward recipient and



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 71 of 298

EPA_00073705



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 72 of 298

EPA_00073706



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 73 of 298

EPA_00073707



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 74 of 298

EPA_00073708



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 75 of 298

EPA_00073709



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 76 of 298

EPA_00073710

operated in partnership with SLPS. Activities will include:

Consulting Services: Planning for future fleet electrification, including identifying and processing incentives.

Installation Services: Design, permit, install, interconnect chargers and Infrastructure, and commission such equipment together with the Vehicles (includes identifying and retaining qualified local subcontractors); EVSE installation (trenching, re-paving, conduit, etc., engineering review and drawings, permitting). Electrical service equipment upgrades (distribution lines, transformers, etc.).

System Procurement Services: Procure equipment including vehicles (if applicable), chargers, and infrastructure.

Training Service: Provide workforce development program training for drivers and mechanics in vehicle and charger operations and related maintenance. Provide emergency responder training. Educate teachers and students about electric school buses and benefits.

Charge Management Services: EVSE fleet management software subscription inclusive of telematics, charge management, and asset management (5 yr subscription/bus). Remotely charge vehicles through the Platform and pay for charging energy, and license platform to customer.

Operations Services: Provide access to, operate, maintain chargers and Infrastructure; support maintenance, including warranty claims, and reimburse customer for Vehicle maintenance and repairs performed by customer or its dealer. Fleet operations and ongoing fleet maintenance and inspections. Provide access to, operate, maintain chargers and Infrastructure; support maintenance, including warranty claims, and reimburse customer for

| | | |
|---|---|---|
| CENTER FOR WATERSHED PROTECTION, INC. | 11711 E MARKET PL,<br>FULTON, MD 20759-2595 | 1/16/25 |

| | | | | |
|---|---|---|---|---|
| 1/22/25 | Not for Profit | A - Augmentation: Increase | BRANDON EPIERCE | 202-564-2972 |

| | | | | |
|---|---|---|---|---|
| $210,000.00 | $65,000.00 | 03 | 84039301-5 | USEPA EPA HQ |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 81 of 298

Clean Water Act: Sec. 104(b)(3)

EPA_00073715

| | |
|---|---|
| 66.436 / Surveys, Studies, Investigations, Demonstrations, and Training Grants and Cooperative Agreements - Section 104(b)(3) of the Clean Water Act | $0.00 |

| | | |
|---|---|---|
| $250,000.00 | 5/1/22 - 4/30/26 | Advancing the State of Watershed Planning Through Improved Training and Tools: |

Description:
The purpose of this agreement is to providing funding to the Center for Watershed Protection, Inc to support the advancement of state watershed planning through improved trainings and tools. CWP will be evaluating the needs of watershed professionals and the gaps in existing watershed planning trainings; convening a workgroup of experts to define and help develop the foundational elements of a national curricula; and disseminating the results nationally.

Activities:
The major activities to be performed, anticipated deliverables, and expected outcomes are: 1) Compile and summarize the current state of watershed training curricula in the U.S.2) Convene a workgroup of experts to evaluate the existing curricula and technical resources, as well as identify information gaps and areas of improvement. 3) Develop a nationally consistent set of tools, information, and training curricula for watershed practitioners.4) A summary report stating findings, recommendations, and training materials for implementation.

Outcomes:
The objective of this project is to advance the state of professional training for watershed planners and coordinators. The training and tools resulting from this work will lead to an improved understanding of watershed

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 85 of 298

EPA_00073719

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 86 of 298

EPA_00073720

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 87 of 298

EPA_00073721

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 88 of 298

EPA_00073722

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 89 of 298

EPA_00073723

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 90 of 298

EPA_00073724

planning by these watershed professionals and ultimately lead to more effective watershed plan implementation at the local level. Watershed plans outline a set of strategies for reducing pollution so that waterways can support fishing, swimming, drinking and other uses, protect human health, and meet other community goals such as economic development and equity. Therefore, the implementation of effective watershed plans directly addresses Goal 1 in EPA’s FY 2018-2022 Strategic Plan. Specifically, Objective 1.2 - Provide for Clean and Safe Water is addressed by helping to “ensure waters are clean” and because watershed planning includes efforts to “sustainably manage programs to support drinking water, aquatic ecosystems, and recreational, economic, and subsistence activities.”

Results of Activities
The anticipated products/results of this project are listed below. Progress towards producing these deliverables will be tracked by the CWP Project Manager based on percent completion and reported on to EPA in the progress reports for the assistance agreement. Outputs will be considered successfully completed with final acceptance by EPA within the agreed-upon timeline. • A comparative matrix of existing watershed planning trainings • A summary report that describes the training

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 93 of 298

EPA_00073727

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 95 of 298

EPA_00073729

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 96 of 298

EPA_00073730

needs of watershed planners in the U.S., the state of existing training and tools, lessons learned, and any gaps that should be filled to better meet these training needs
• A list of confirmed watershed planning workgroup members and their affiliations
• Delivery of a one-day forum on watershed planning training and tools
• A summary report synthesizing input from the forum, along with the forum agenda, attendee list and detailed notes
• Five virtual meetings of the watershed planning workgroup
• A final report with core watershed planning training materials and recommendations on their implementation

Outcomes include
• Increased understanding of strengths/weaknesses of existing watershed planning trainings
• Increased understanding of geographic coverage and utility of national watershed approach training in meeting stated needs
• Increased availability of training materials for new watershed planners
• Increased effectiveness of training programs offered

Beneficiaries include watershed planners/coordinators and the public..

Subrecipient:
No subawards are included in this assistance agreement.

| Center For Workforce Inclusion, Inc. | 8403 Colesville Road, Suite 200, Silver Spring, MD 20910-6391 | 1/17/25 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1/23/25 | Not for Profit | A - Augmentation: Increase | KAMYAR KOMEILI BIRJANDEE | 202-564-4213 |

| | | | | |
|---|---|---|---|---|
| $985,093.00 | $107,823.00 | 08 | 84076401-3 | USEPA EPA HQ |

Environmental Programs Assistance Act of 1984 (PL 98-313)

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 103 of 298

| 66.508 / Senior Environmental Employment Program | $0.00 |
| --- | --- |

EPA_00073737

| | | |
|---|---|---|
| $5,345,535.00 | 5/1/24 - 4/30/27 | SEE Program Support for the Office of Mission Support |

Description:
The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).

Activities:
The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment Program enrollees to work with the Office of Mission Support Washington, D.C..

Outcomes:
The anticipated deliverable and expected outcomes for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, The Center for Workforce Inclusion, Inc.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| CHEROKEE NATION | 17675 South Muskogee Ave, Tahlequah, OK 74465-5492 | 1/17/25 |

| | | | | |
|---|---|---|---|---|
| 1/23/25 | Indian Tribe | A - Augmentation: Increase | KENNETH MCINTOSH | 214-665-7277 |

| | | | | |
|---|---|---|---|---|
| $150,000.00 | $11,622.00 | 02 | 02F53501-1 | USEPA EPA R6 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 109 of 298

2020 Further Consolidated Appropriations Act (PL 116-94)

EPA_00073743

| | |
|---|---|
| 66.473 / Direct Implementation Tribal Cooperative Agreements | $0.00 |

| $150,000.00 | 1/1/24 - 9/30/25 | Cherokee P2 DITCA |
|---|---|---|

Description:
This project will provide technical assistance (e.g., information, training, tools) to tribal facilities to help them develop and adopt source reduction practices (also known as pollution prevention (P2)). P2 means reducing or eliminating pollutants from entering any waste stream or otherwise being released into the environment prior to recycling, treatment, or disposal. P2 practices can help businesses save money by reducing their resource use, expenditures, waste and liability costs, while at the same time reducing their environmental footprint and helping to protect human health and the environment. Specifically, the project work will expand R6 tribal program to include an equity assessment by partnering with major universities and local partners to support direct technical assistance. Direct technical assistance will be provided on-site targeting industry within communities impacted by legacy pollution issues, through workshop training, follow-up and coordinating calls, and video guides and marketing material.

Activities:
The priorities for P2 technical assistance (information, training, and tools) align with one or more of the program’s national emphasis areas (NEAs). Specifically, the project(s) will address the following: NEA #6: Supporting Pollution Prevention in Indian Country and for Alaska Native Villages. Reduce the amount of wasted energy from

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 113 of 298

EPA_00073747

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 114 of 298

EPA_00073748

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 115 of 298

EPA_00073749

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 116 of 298

EPA_00073750

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 117 of 298

EPA_00073751

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 118 of 298

EPA_00073752

tribal facilities by performing energy audits to not only save energy but also reduce costs. This goal will be achieved through the offering of
classes by trained staff of how to perform energy audits of buildings. This knowledge will be transferred to the students to perform the audits in-house on their own and to teach new and incoming staff.

Outcomes:
The technical assistance conducted by the grantee will benefit facilities and address tribal communities. The grantee is expected to report on P2 performance measures (outputs and outcomes) and note who will benefit from the technical assistance as well as commit to following-up with facilities to find out whether the technical assistance was adopted and implemented. Specifically, the grantee anticipates providing: Direct technical assistance will be provided on-site targeting industry within communities impacted by legacy pollution issues, through workshop training, follow-up and coordinating calls, and video guides and marketing material.
Deliverables –
Implement proven outreach efforts for tribes that can be duplicated in other Regions. Develop success stories and case studies that can be shared with other tribes both Regionally and nationally.
Environmental Outcome –
Increase knowledge of tribal citizens of the impacts of pollution prevention and potential solutions. Reduce greenhouse gas emissions and encourage pollution
prevention. Conserve energy and other natural resources.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| CHOCTAW NATION OF OKLAHOMA | P. O. BOX 1210, DURANT, OK 74702-1210 | 1/17/25 |

| 1/23/25 | Indian Tribe | N - New Project | LATRINA JENKINS | 214-665-6505 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| $100,000.00 | $100,000.00 | 02 | 02F79201-0 | USEPA EPA R6 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 123 of 298

2024 Consolidated Appropriations Act (PL118-42)

EPA_00073757

| 66.473 / Direct Implementation Tribal Cooperative Agreements | $0.00 |
| --- | --- |

| | | |
|---|---|---|
| $100,000.00 | 1/1/25 - 12/31/27 | Choctaw Nation of Oklahoma Underground Storage Tank Inspection Credentialing |

Description:
This agreement provides support to the Choctaw Nation of Oklahoma (Choctaw Nation) to implement a program that manages underground storage tanks (USTs) on Tribal lands to promote UST facility compliance and prevent releases to the environment. The main objectives include ensuring Subtitle I of the Resource Conservation and Recover Act (RCRA) is implemented and to provide compliance assistance to regulated facilities within the boundaries of the Choctaw Nation.

Activities:
This agreement provides support to the Choctaw Nation to promote compliance assistance through the following activities: verify federally regulated UST facility information; review of previous inspections; review of the current compliance with the federal UST regulations by conducting walkthrough inspections; discuss any issues or concerns that were identified during compliance walkthroughs with the owner/operator; provide guidance on how to correct any issues that were identified during the walkthrough.

Outcomes:
The Choctaw Nation will complete walkthrough inspections as directed by the U.S. Environmental Protection Agency (EPA) Region 6 UST Section. Federally credentialled Choctaw Nation inspectors will increase community wide knowledge of the federal UST regulations, strive to improve the technical compliance rates at UST facilities where noncompliance is identified, and conduct routine UST facility inspections as requested by EPA Region 6. Beneficiaries include the community of the Choctaw Nation of Oklahoma.

Subrecipient:
No subawards are included in this assistance agreement.

| CITRUS HEIGHTS WATER DISTRICT | P.O. BOX 286, CITRUS HEIGHTS, CA 95611-0286 | 1/17/25 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| **1/23/25** | **Special District** | **N - New Project** | NORMA DOUGLASS | 415-947-4136 |

| | | | | |
|---|---|---|---|---|
| **$1,500,000.00** | **$1,500,000.00** | **06** | **98T79901-0** | **USEPA EPA R9** |

2023 Consolidated Appropriations Act (PL 117-328)



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 131 of 298

| **66.202 / Congressionally Mandated Projects** | **$0.00** |
|---|---|

EPA_00073765

| | | |
|---|---|---|
| **$1,875,000.00** | **1/30/25 - 12/30/26** | **Community Grants Program - Highland Ave Well Project** |

**Description:**
**This agreement provides funding to Citrus Heights Water District to implement its project to build a new ASR (Aquifer Storage and Recovery) well along Highland Avenue in Citrus Heights, CA as directed in the 2023 Consolidated Appropriations Act. The well will directly provide water to the water district and indirectly to the entire region for typical municipal and industrial uses. The well will enhance system redundancy and reduce strain on local water resources (may forego up to 1000 AFY of surface water supplies).**

**This assistance agreement provides full federal funding in the amount of $1,500,000.00.**

**Activities:**
**The activities to be performed are focused on the construction of a new well pump station, the perimeter fencing and the new access drive/gate. The area will need to be cleared and graded, but existing trees adjacent to the property will be retained. The activities will specifically include: construction of foundations, slabs and structures for the pump pedestal, motor control center and electric utility pad; installation of underground primary and secondary electrical conduits and conductors from the transformer pad to the motor control center; installation of perimeter and interior fencing.**

**Outcomes:**
**The anticipated deliverables are a new ASR well (Aquifer Storage and Recovery) on Highland Avenue which will allow surface water to get pumped into groundwater supplies for storage. The well will provide an additional, reliable water supply source to enhance redundancy at the local level and help preserve water resources for greater region. Project will directly benefit the Citrus Heights Water District and allow them to forgo up to 1000 AFY of surface water supplies. This will indirectly supply water and benefit the larger region and community for municipal and industrial water users.**

**Subrecipient:**
**No subawards are included in this assistance agreement.**

| City of New Haven | 200 Orange Street Room 404, New Haven, CT 06510-2080 | 1/17/25 |
|---|---|---|

| 1/23/25 | Municipal | N - New Project | ROBERT SMITH | 617-918-1960 |
| --- | --- | --- | --- | --- |

| | | | | |
|---|---|---|---|---|
| $20,000,000.00 | $20,000,000.00 | 03 | 00A01479-0 | USEPA EPA R1 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 137 of 298

Clean Air Act: Sec. 138

EPA_00073771

| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |
| --- | --- |

| | | |
|---|---|---|
| $20,000,000.00 | 4/1/25 - 3/31/28 | Elm City Climate Collaborative |

Description:
This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dwight Development Corporation (GDDC) the “project team.” Together, the project team will implement their project, the Elm City Collaborative (EC3), to support 14 neighborhoods in New Haven, defined as disadvantaged communities by the EPA IRA Disadvantaged Communities Map, the “project area” (West River, Dwight, Edgewood, Beaver Hills, the Hill, Amity, West Rock, Newhallville, Dixwell, Long Wharf, Fair Haven, Quinnipiac Meadows, Fair Haven Heights, and the Annex). Specifically, EC3 will deploy 4 connected strategies encompassing 12 projects that address 9 EPA climate and pollution reduction strategies. EC3’s 4 strategies will address: 1) Community Infrastructure and Land Use, 2) Housing, 3) Materials Management, and 4) Transportation. These strategies will support community action across the project area by managing stormwater and mitigating urban heat, expanding access to zero-emission transportation, significantly reducing greenhouse gas emissions, and reducing local food waste. EC3’s outputs will stimulate the local economy by training a green workforce and creating green jobs; provide funding for ongoing environmental



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 141 of 298

EPA_00073775



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 142 of 298

EPA_00073776



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 143 of 298

EPA_00073777



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 144 of 298

EPA_00073778



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 145 of 298

EPA_00073779



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 146 of 298

EPA_00073780

initiatives facilitated by local businesses; reduce financial, public, and environmental impacts in communities; and reduce utility rates for energy burdened households.

Activities:
The activities include: 4 strategies to address environmental and climate justice in the 14 neighborhoods through integrated outreach with community-based organizations (CBOs) and resident engagement in the project area. The project team will promote improved community infrastructure and land use by establishing climate resilience corridors, creating over 5,000 feet of new greenway, and enhance soil and grow vegetation in over 90 community gardens and green spaces. The project team will revise current site requirements in the City’s Zoning Ordinance related to heat generation to better address heat islands. The project team will address housing and energy efficiency by enrolling residents in the project area who live in 1–4-unit buildings in energy efficiency counseling programs and facilitating energy upgrades for affordable housing projects through small grants. The project team will promote materials management by enhancing access to healthy food and addressing food insecurity through increased food recovery efforts, increasing community-based composting capacity by enhancing facilities, and supporting 20 schools and a network of CBOs to implement food recovery, composting, anti-litter,





2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 149 of 298

EPA_00073783



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 150 of 298

EPA_00073784



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 151 of 298

EPA_00073785



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 152 of 298

EPA_00073786



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 153 of 298

EPA_00073787

recycling, and local produce programs. Finally, to address transportation, the project team will conduct repair clinics and workshops to help residents maintain household appliances and consumer goods. In addition, they will increase bike infrastructure, access, and safety education. EC3 will also connect residents to green job opportunities through construction and student internships, including mini grants to stimulate grassroots community action on climate and pollution reduction actions, creating full-time green jobs, and monitoring local air quality.

Outcomes:
The anticipated deliverables include: 400 trees planted; installation of 100 stormwater diversion structures; 10,545 acres of community gardens reinvigorated and revitalized greenspaces 120 cubic yards of compost distributed; passing of a heat related zoning ordinance amendment; energy upgrades for up to 53 buildings; 1,260 affordable housing projects supported with energy upgrades; 20 schools engaged on food recovery education; 6.4 million pounds and 5.4 million pounds of edible food recovered and distributed; 300 residents reached by home device repair workshops; creation of 2,000 feet of new bike lanes; creation of 2.6 miles of bike lane

| | | | |
|---|---|---|---|
| CITY OF THOMASVILLE | P.O. BOX 1540, THOMASVILLE, GA 31799-1540 | 1/17/25 | |

| | | | | |
|---|---|---|---|---|
| 1/23/25 | Township | N - New Project | TIMOTHY PRIMUS | 404-562-8886 |

| $19,805,900.00 | $19,805,900.00 | 02 | 03D33925-0 | USEPA EPA R4 |
|---|---|---|---|---|

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 158 of 298

Clean Air Act: Sec. 138

EPA_00073792

| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |
| --- | --- |

| | | |
|---|---|---|
| $19,805,900.00 | 1/1/25 - 12/31/27 | Environmental and Climate Justice Block Grant Program |

Description:
This action approves an award in the amount of$19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income historic neighborhoods through three community driven projects. A community resilience hub, the repair of critical water infrastructure causing sewage backups into the neighborhoods, and home improvement grants focused on improving energy efficiency and indoor air quality. These projects will focus on improving health outcomes, specifically asthma and upper respiratory diseases, for priority populations with multiple vulnerabilities to climate change.

Activities:
The activities include developing a community resiliency hub, conversion of gas-powered lawn care equipment, rebuilding sewer outfall lines, completing housing energy audits, retrofits and installing community solar, community health center, green infrastructure and green energy certification, workforce development training, air quality monitoring and home Improvement grant program, plus climate action and resilience plan.

Outcomes:
The anticipated deliverables include up to 45 home improvement grants for vulnerable

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 162 of 298

EPA_00073796

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 163 of 298

EPA_00073797

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 165 of 298

EPA_00073799

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 166 of 298

EPA_00073800

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 167 of 298

| | | |
|---|---|---|
| | | |

EPA_00073801

populations which include up to 60 home energy audits and resident trainings, over 6 energy audits and green infrastructure certification, training sessions for contractors, renovation of 12,000 square feet of indoor community resiliency hub space and 5,000 sf of shaded indoor outdoor space, completion of 1682 square feet for Federally Qualified Health Center, 450+ killer watts of Total Solar Power installed, 613217 kWh of clean energy generated, replacement of 30 gas-powered lawn mowers blowers with electric equivalents, and 26,312 feet of rehabilitated sewer truck and outfall lines. 88 manholes repaired or replaced. The expected outcomes include reported decrease in incidents of asthma and other respiratory illnesses, energy cost reduction, reduction in energy costs, green building audits, renovations, enhanced physical safety during natural disasters, annual greenhouse gas emissions reduction and household cost reduction, and reduction in PM 2.5 emitted by lawn care equipment. The intended beneficiaries are disadvantaged communities, including Inflation Reduction Act (“IRA”)-designated and “Justice40” disadvantaged block groups.

Subrecipient:
Activities to be implemented through subawards include repair and enhancement of sewer infrastructure; development of community resiliency hub and community health center; implementation of the Home Improvement Grants Program; implementation and facilitation of workforce development training program; conduct home energy audits and repairs; conversion of gas-powered lawn care equipment; and conduct meaningful engagement.

| | | |
|---|---|---|
| com4630 - CITY OF MIRAMAR | 2300 CIVIC CENTER PLACE, MIRAMAR, FL 33025-6577 | 1/17/25 |

| | | | | |
|---|---|---|---|---|
| 1/23/25 | Township | N - New Project | LEAH VASSER | 404-562-9742 |

| $853,000.00 | $853,000.00 | 25 | 03D31925-0 | USEPA EPA R4 |
|---|---|---|---|---|

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 172 of 298

Clean Air Act: Sec. 132

EPA_00073806

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |
|---|---|

| | | |
|---|---|---|
| $2,458,000.00 | 10/1/24 - 9/30/26 | Clean Heavy-Duty Vehicles Program |

Description:
This action approves an award in the amount of $853,000 to the City of Miramar. This agreement provides funding under the Inflation Reduction Act (IRA) to replace in use, non-zero emission heavy duty vehicles with new zero emission vehicles to reduce air pollution and greenhouse gas emissions.

Activities:
The activities to be performed, include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles, purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.

Outcomes:
The anticipated deliverables include the replacement of 3 vehicles (2 shuttle buses and 1 streetsweeper) and the installation of 3 DC fast chargers. Staff and vendor training on electric vehicles and infrastructure will also be conducted, in addition to public outreach activities. The expected outcomes include reduction in greenhouse gas emissions and improved ambient air quality in the communities in which the buses operate; improvements to human health and the environment, social conditions, and welfare of community residents; improved workforce training programs related to electric vehicles and charging infrastructure; and increased awareness of the clean heavy duty vehicle project and results. The intended beneficiaries are community residents who will benefit from improved ambient air quality in communities in which these vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| **cor8740 - CITY OF REPUBLIC** | **PO BOX 331, REPUBLIC, WA 99166-5015** | **1/16/25** |

| | | | | |
|---|---|---|---|---|
| **1/22/25** | **Township** | **N - New Project** | LACEY DAVIDSON | 206-553-0758 |

| $1,096,835.00 | $1,096,835.00 | 05 | 02J83601-0 | USEPA EPA R10 |
|---|---|---|---|---|



2024 Consolidated Appropriations Act (PL118-42)



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 180 of 298

| 66.202 / Congressionally Mandated Projects | $0.00 |
| --- | --- |

EPA_00073814

| | | |
|---|---|---|
| **$1,096,835.00** | **9/1/24 - 12/31/26** | **City of Republic for Water Tank Replacement Project** |

**Description:**
**This agreement provides funding to the City of Republic, Washington to implement its project of replacement of the existing damaged 370,000-gallon welded steel reservoir serving the main water distribution zone as directed in the 2024 Consolidated Appropriations Act.**

**Activities:**
**The activities to be performed include the execution and implementation of a replacement water reservoir. Workplan activities consist of demo and removal of existing reservoir, site preparation, construction of new reservoir, connection and integration and site restoration.**

**Outcomes:**
**The anticipated deliverables include the replacement of the existing 370,000-gallon welded steel reservoir serving the main water distribution zone. The expected outcomes include safe, reliable drinking water for all Republic water system customers. The intended beneficiaries include the residents of City of Republic, human health, and the environment.**

**Subrecipient:**
**No subawards are included in this assistance agreement.**

| | | |
|---|---|---|
| cpuc0187 - California Public Utilities Commission | 505 Van Ness Avenue, San Francisco, CA 94102-3298 | 1/16/25 |

| 1/22/25 | State | O - Novation | JENNIFER BROOKS | 202-564-6374 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | $249,400,000.00 | 11 | 84092302-0 | USEPA EPA HQ |

2023 Consolidated Appropriations Act (PL 117-328),Clean Air Act: Sec. 134(a)(1),National Environmental Policy Act: Sec. 102(2)(I)

| 66.959 / Zero-Emissions Technology Grant Program | $400,000.00 |
| --- | --- |

| | | |
|---|---|---|
| $249,800,000.00 | 9/6/24 - 4/30/29 | California Solar for All Program - The award removes the 2% funding restriction from the Solar for All award and incorporates the necessary budget and workplan documentation. |

Description:
The award removes the 2% funding
restriction from the Solar for All award and
incorporates the necessary budget and
workplan documentation.

This agreement provides funding under the
Inflation Reduction Act. The recipient will
provide financial and technical assistance to
low-income and disadvantaged communities
to deploy and benefit from residential-serving
distributed solar energy and storage projects.
These programs will ensure low-income
households receive residential distributed
solar by providing program beneficiaries
household savings, community ownership,
energy resilience, and other meaningful
benefits.

Activities:
Solar projects receiving financial assistance
from the recipient may receive assistance for
associated energy storage and upgrades that
either enable project deployment or maximize
the benefits of the project for low-income and
disadvantaged communities. The recipient
will also provide project-deployment services
to enable low-income and disadvantaged
communities to deploy and benefit from
residential solar.

Outcomes:
The anticipated deliverables will include steps
and milestones to implement the strategies
and plans for the Solar for All Program, a
distribute solar market strategy, the financial
assistance strategy, the project-deployment
technical assistance strategy, and an
equitable access and meaningful involvement
plan.

The expected outcomes include climate and
air pollution benefits, equity and community
benefits, and market transformation benefits.
The intended beneficiaries include
households in low-income and disadvantaged
communities.

Subrecipient:
No subawards are included in this assistance
agreement.

| | | |
|---|---|---|
| **CtyM - CITY OF MAYWOOD** | **4319 E. SLAUSON AVENUE, MAYWOOD, CA 90270-2837** | **1/17/25** |

| 1/23/25 | Municipal | N - New Project | DANIELLE TUCKER | 415-972-3871 |
|---|---|---|---|---|

| $1,000,000.00 | $1,000,000.00 | 42 | 98T81001-0 | USEPA EPA R9 |
|---|---|---|---|---|

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 193 of 298

2022 Consolidated Appropriations Act (PL 117-103)

EPA_00073827

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 194 of 298

| **66.202 / Congressionally Mandated Projects** | **$0.00** |
| --- | --- |

EPA_00073828

| | | |
|---|---|---|
| **$1,000,000.00** | **12/20/24 - 4/17/26** | **Community Grants Program - Maywood Sewer System Repair Project** |

**Description:**
**This agreement provides funding to the City of Maywood to implement its project to repair an existing sewer pipe as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.**

**This assistance agreement provides full federal funding in the amount of $1,000,000. Pre-award costs have been approved back to December 20, 2024.**

**Activities:**
**The activities to be performed include planning and design, construction including trenching, sewer pipe repair and upgrades, and reconstruction of street surface.**

**Outcomes:**
**The anticipated deliverables include reducing the possibility of a sewer leakage, thereby averting a potential public health hazard occurring in a highly dense community which are expected to lead to better public health outcomes for residents and business owners in Maywood.**

**Subrecipient:**
**No subawards are included in this assistance agreement.**

| | | |
|---|---|---|
| DEPARTMENT OF ENVIRONMENTAL CONSERVATION NEW YORK | 625 BROADWAY, 10TH FL, ALBANY, NY 12233-4900 | 1/16/25 |

| | | | | |
|---|---|---|---|---|
| 1/22/25 | State | N - New Project | JADA SOLOMON | 212-637-3432 |

| | | | | |
|---|---|---|---|---|
| $5,650,000.00 | $5,650,000.00 | 20 | 96276200-0 | USEPA EPA R2 |

Clean Water Act: Sec. 119(d) & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 201 of 298

| 66.437 / Long Island Sound Program | $0.00 |
|---|---|

EPA_00073835

| | | |
|---|---|---|
| $11,300,000.00 | 2/1/25 - 9/30/28 | NYSDEC Division of Water 2025 BIL Long Island Sound Study Grant |

Description:
The purpose of this award to the New York State Department of Environmental Conservation Division of Water is to implement its project to support the Long Island Sound Comprehensive Conservation and Management Plan to protect and restore Long Island Sound by financing projects that meet the goals of the Long Island Sound Total Maximum Daily Load through the Water Quality Improvement Projects program. For the Water Quality Improvement Projects program, the funds would be used in the wastewater treatment improvement, non-agricultural nonpoint source abatement and control, aquatic connectivity restoration categories, and marine district habitat restoration. This award would also be utilized to support the counties, Suffolk and Nassau, to fund additional septic systems to help residents in these counties upgrade their septic systems to improve water quality in Long Island Sound.

Activities:
Specifically, under this grant agreement the recipient will reduce nutrients across the watershed to restore and protect water quality and mitigate impacts on ecosystem health in Long Island Sound and its embayments as well as Reduce pathogens and increase monitoring to protect water quality and human health, ensuring safe recreational and commercial use through water quality improvement projects and



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 204 of 298

EPA_00073838



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 205 of 298

EPA_00073839



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 206 of 298

EPA_00073840



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 207 of 298

EPA_00073841



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 208 of 298

EPA_00073842



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 209 of 298

EPA_00073843

updates and replacements to leaking and insufficient septic systems.

Outcomes:
Under this grant agreement the recipient will implement projects that reduce nitrogen and pathogens in the Long Island Sound watershed as well as reduce nitrogen and pathogens entering Long Island Sound through onsite treatment systems such as septic systems. Direct beneficiaries of this program include the general population in the New York portion of the Long Island Sound watershed and its surrounding areas, schools, universities and other institutions of learning, environmental managers and policy makers and the participants in the Long Island Sound Study with a focus on disadvantaged communities.

Subrecipient:
The subrecipients of this grant agreement will be New York State Facility Corp and selected projects from the Water Quality Improvement Projects competitive grant program. New York State Facility Corp will distribute funds to Suffolk and Nassau county to help fund their Septic System Replacement Program to improve nitrogen pollution in Long Island Sound. Selected subrecipients from the Water Quality Improvement Projects program will implement projects that improve water quality in Long Island Sound.

| | | |
|---|---|---|
| DEPARTMENT OF ENVIRONMENTAL CONSERVATION NEW YORK | 625 BROADWAY, 10TH FL, ALBANY, NY 12233-4900 | 1/17/25 |

| | | | | |
|---|---|---|---|---|
| 1/23/25 | State | N - New Project | MICHAEL GORDON | 212-637-4146 |

| | | | | |
|---|---|---|---|---|
| $1,040,731.00 | $1,040,731.00 | 20 | 96273024-0 | USEPA EPA R2 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 214 of 298

Clean Air Act: Sec. 103

EPA_00073848

| | |
|---|---|
| 66.034 / Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act | $367,240.00 |

| | | |
|---|---|---|
| $1,407,971.00 | 4/1/24 - 3/31/25 | NYSDEC FY24 PM2.5 Ambient Air Monitoring Network |

Description:
This agreement will provide assistance to the New York State Department of Environmental Conservation (NYSDEC) in its efforts to maintain a PM2.5 monitoring network in NY. The project will focus on operating and maintaining PM2.5 monitors and collecting quality-assured data from this network. This project will constitute a special survey study done by the New York State Department of Environmental Conservation (an air pollution control agency). Air quality monitoring data will be collected, and experience and other knowledge obtained regarding the operation of PM2.5 sampling equipment. The beneficiaries of this grant are the citizens of New York.

Activities:
The project will focus on the operation and maintenance of NY's PM2.5 monitoring network. Air quality data will be collected and experience and other knowledge obtained regarding PM2.5 air quality and sampling equipment.

Outcomes:
The PM2.5 network will be operated and maintained and PM2.5 air quality data will be collected and quality assured. Citizens of NY will benefit from these activities.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| DEPARTMENT OF ENVIRONMENTAL CONSERVATION VERMONT | 1 National Life Drive, Montpelier, VT 05620-3520 | 1/16/25 |

| | | | | |
|---|---|---|---|---|
| 1/22/25 | State | A - Augmentation: Increase | PAIGE SANDERS | 617-918-1714 |

| | | | | |
|---|---|---|---|---|
| $397,761.00 | $70,909.00 | 00 | 00A01048-3 | USEPA EPA R1 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 221 of 298

CERCLA: Sec. 104(d)(1)

EPA_00073855

| | |
|---|---|
| 66.802 / Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements | $0.00 |

| | | |
|---|---|---|
| $397,761.00 | 1/1/22 - 12/31/25 | Vermont Pre-Remedial Multi-Site Agreement |

Description:
This agreement funds the recipient's program to perform site characterization activities such as preliminary assessments and site inspection at potential or confirmed hazardous waste sites.

Activities:
Activities to be performed include the following site assessment related actions: 1.) Determine the need for federal involvement at sites with suspected or confirmed releases of hazardous materials; 2.) Evaluate the status of of sites currently in EPA's Superfund Enterprise Management System (SEMS); 3.) Recommend changes in status where appropriate, including further federal action, National Priorities List (NPL) listing, and archiving; 4.) Recommend addition of new sites to SEMS for assessment by EPA; and 5.) Assist in NPL proposal and listing activities.

Outcomes:
The anticipated deliverables include meaningful and substantial involvement by the VTDEC in Pre-Remedial Response activities; final assessment decisions; identifying properties requiring no further action; and listing of sites on the National Priorities List (NPL). The expected outcomes include: 1.) The number of pre-screenings is unknown at this time, however, VTDEC does not anticipate more than two new sites to be screened during this grant period; 2.) VTDEC



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 225 of 298

EPA_00073859



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 226 of 298

EPA_00073860



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 227 of 298

EPA_00073861



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 228 of 298

EPA_00073862



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 229 of 298

EPA_00073863



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 230 of 298

EPA_00073864

anticipates at least five sites for evaluation needing a Preliminary Assessment utilizing a state contractor; 3.) VTDEC anticipates potentially three new sites for evaluation needing a Site Inspection, utilizing a state contractor; 4.) VTDEC will prepare a Task Work Plan for EPA review and approval. After conducting field activities, VTDEC will submit a Trip Report to EPA, if requested. A Site Reassessment report will be submitted by the State to EPA Region I upon completion of data collection and evaluation. VTDEC anticipates completing one SR during this grant period. 5.) Completion of investigations at partially assessed Site existing in SEMS and reach a Final Assessment Decision. Completion of investigations at new Sites by State contractors. VTDEC anticipates conducting work at one of these sites. 6.) VTDEC will provide updates regarding Other Clean-Up Activity State-Lead sites and whether any changes to the site status changes during this grant period. Currently, VTDEC has three sites coded as OCA-State-Lead in SEMS. The intended beneficiaries include residents of the State of Vermont.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| DUVAL COUNTY SCHOOL BOARD | 1701 PRUDENTIAL DRIVE, JACKSONVILLE, FL 32207-8152 | 1/17/25 |

| 1/23/25 | County | N - New Project | YOLANDE MILLER | 404-562-9717 |
| --- | --- | --- | --- | --- |

| | | | | |
|---|---|---|---|---|
| $7,587,500.00 | $7,587,500.00 | 05 | 03D32025-0 | USEPA EPA R4 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 235 of 298

Clean Air Act: Sec. 132

EPA_00073869

| | |
|---|---|
| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

| | | |
|---|---|---|
| $10,733,056.00 | 3/1/25 - 2/14/27 | Clean Heavy-Duty Vehicles Program |

Description:
This action provides funding in the amount of $7,587,500.00 to assist the Duval County Public Schools under the Inflation Reduction Act (IRA) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The intended beneficiaries include Duval County Public Schools (grantee), Highland Electric Fleets (partner), and GRID Alternatives (partner).

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles (ZEB); purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.

Outcomes:
The anticipated deliverables include the replacement of 25 diesel school buses with zero-emission buses and the installation of

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 239 of 298

EPA_00073873

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 240 of 298

EPA_00073874

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 241 of 298

EPA_00073875

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 242 of 298

EPA_00073876

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 243 of 298

EPA_00073877

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 244 of 298

EPA_00073878

25 DC fast chargers for the school buses. Additionally, staff, drivers, electricians, mechanics, and public safety officials will receive training on how to properly operate and maintain buses and chargers. Community engagement activities will be conducted to educate the community about zero-emission buses. The expected outcomes include a reduction of greenhouse gas emissions and improved air quality for the communities. The intended beneficiaries include Duval County Public Schools (grantee), Highland Electric Fleets (partner), and GRID Alternatives (partner). Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
Duval County Public Schools is applying to replace 25 Class 6/7 diesel buses with Class 6/7 ZEBs to reduce the district’s emissions of nitrogen oxides (NOx), particulate matter (PM), and greenhouse gases (GHGs). The project will directly improve the air quality for students, staff, and community members and reduce district transportation costs. In addition, the district plans to develop a public private partnership model with National Express (NEC) or Highland Electric (Highland) Fleets to ensure efficient and cost-effective use of IRA funding.
The current buses serving the school district are owned by NEC. Highland is identified as an NEC’s electrification partner. Duval Public School District plans to use the subaward process, which will establish the bus ownership arrangement. Duval Public School District will enter into a subaward agreement with NEC or Highland.

| | | |
|---|---|---|
| EARTH FORCE, INC. | PO Box 1228, DENVER, CO 80201-1228 | 1/21/25 |

| 1/24/25 | Not for Profit | N - New Project | EMILY CRAWFORD-BLOCK | 303-312-6037 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | $100,000.00 | 01 | 00I29900-0 | USEPA EPA R8 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 249 of 298

National Environmental Educ. Act: Sec. 6

EPA_00073883

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 250 of 298

| 66.951 / Environmental Education Grants | $0.00 |
| --- | --- |

EPA_00073884

| | | |
|---|---|---|
| $133,530.00 | 2/1/25 - 1/31/27 | CultureRISE: Adapting Climate Resilience Education for Diverse Communities |

Description:
This project provides funding to Earth Force to implement its project, which will design, demonstrate, and disseminate environmental education practices, methods, and techniques, that will serve to increase environmental literacy and encourage behavior that will benefit the environment in Region 8. The grantee will do this by bridging the gap between public awareness of climate risk and local decision-making for community-based climate resilience. The project-based approach empowers young people to conduct research on local climate resilience efforts and identify issues directly relevant to their lives. Based on what they learn, they delve into the community's policy and practice context surrounding these challenges and engage with community leaders to enhance community resilience planning. CultureRISE extends those ideas to prepare educators to guide students towards a deeper comprehension of the unequal impacts of climate change in their community and how, given the unique structures of their communities, they can play a role in community resilience preparedness.

Activities:
This project will increase public awareness and knowledge about environmental issues in Region 8 and provide students, teachers, and community members the skills necessary to make informed decisions and to take



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 253 of 298

EPA_00073887



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 254 of 298

EPA_00073888



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 255 of 298

EPA_00073889



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 256 of 298

EPA_00073890



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 257 of 298

EPA_00073891



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 258 of 298

EPA_00073892

responsible actions. Activities to be performed during this project period include:

Developmental Phase: This stage engages eight educators from underserved communities in a process of reflection on climate resilience education and the creation of educational
materials.

Dissemination Phase: This phase focuses on distributing, promoting, and training environmental education providers in the use of the materials. By the end of the Dissemination Phase, CultureRISE will engage 100 educators working with 4,500 students who will undertake action plans to increase awareness and preparedness for climate
resilience within Region 8.

Outcomes:
It is anticipated that this project will result in the following deliverables:
Customized Educational Tools: The initiative develops educational materials tailored to the unique contexts of educators serving diverse communities within Region 8.
Accessible Resources: It provides free access to climate resilience education resources for educators throughout Region 8, promoting widespread availability.
Community Capacity Building: CultureRISE





2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 261 of 298

EPA_00073895



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 262 of 298

EPA_00073896



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 263 of 298

EPA_00073897



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 264 of 298

EPA_00073898



2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 265 of 298

EPA_00073899

empowers ten organizations to deliver climate resilience education aligned with the socio-cultural dynamics of their respective communities.

Expected outcomes of the project include:
-70% of young people will show an increased likelihood that they will continue to be engaged in local climate resilience efforts.
- Community engagement in local community resilience efforts increases local adaptation to climate impacts.
- Locally relevant climate resilience education will lead increased engagement in climate resilience strategies ensuring that those strategies reflect local needs.

The intended beneficiaries include students, teachers, and community members in Region 8.

Subrecipient:
Two groups of subawards will be made under this proposal. The first group will be 8 Local Education Agencies (LEA) that are currently participating in the RISE Challenge ($2,000 per agency). Those funds will be used to support the participation of educators in a feedback session and the development of materials. The LEA’s will be selected based on two criteria: 1) being from disadvantaged communities. Earth Force had preliminary Work Plan - Earth Force: Page 1 conversation with LEAs in the communities we will draw from that are listed in the full proposal; and 2) past participation in the RISE Challenge. The second group of sub awardees will be 10 nonprofit organizations drawn from disadvantaged communities across Region 8 ($9,000 total). Those organizations will be selected based on their commitment to youth engagement, experience with sim

| Elk Valley Public Service District | 100 Bream Dr, Elkview, WV 25071-9365 | 1/16/25 |
|---|---|---|

| **1/22/25** | **Special District** | **N - New Project** | DONNA ARMSTRONG | 215-814-5393 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | **$635,200.00** | **01** | **95342401-0** | **USEPA EPA R3** |



2023 Consolidated Appropriations Act (PL 117-328)

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 271 of 298

| **66.202 / Congressionally Mandated Projects** | **$0.00** |
| --- | --- |

EPA_00073905

| $4,858,750.00 | 2/1/24 - 12/31/26 | Elk Valley PSD |
|---|---|---|

**Description:**
**This agreement provides funding to the Elk Valley Public Service District to implement the Elk River Embankment Stabilization and Sanitary Sewer Relocations Project as directed in the 2023 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project. This action partially funds the recipient in the amount of $635,200. Federal funds in the amount of $3,251,800 are contingent upon availability.**

**Activities:**
**The activities to be performed include the execution and implementation of a wastewater infrastructure construction project. Workplan activities consist of wastewater treatment plant improvements.**

**Outcomes:**
**The anticipated deliverables include erosion control measures that will be constructed in identified areas of the river embankment where the effects of erosion threaten the integrity of the sewer main line. The expected outcomes include mitigating the risks of structural failures of the sewer main so that raw sewage will remain contained in the pipes until it reaches the wastewater treatment plant as intended. The intended beneficiaries include the 4,500 customers throughout the communities of Elkview, Pinch, Mink Shoals, Big Chimney, Elk Hills, Clendenin, Falling Rock and Youngs Bottom, West Virginia.**

**Subrecipient:**
**A subaward will be given to the WV Regional Intergovernmental Council which will provide general grant administration and coordination on behalf of the Recipient.**

| | | |
|---|---|---|
| ENVIRONMENTAL SERVICES, NEW HAMPSHIRE DEPARTMENT OF | 29 HAZEN DRIVE, PO BOX 95, CONCORD, NH 03302-0095 | 1/21/25 |

| | | | | |
|---|---|---|---|---|
| 1/24/25 | State | A - Augmentation: Increase | PAIGE SANDERS | 617-918-1714 |

| | | | | |
|---|---|---|---|---|
| $6,175,778.00 | $2,202.00 | 02 | 96186701-H | USEPA EPA R1 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 277 of 298

CERCLA: Sec. 104(d)(1)

EPA_00073911

| | |
|---|---|
| 66.802 / Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements | $0.00 |

| $6,177,980.00 | 1/1/15 - 6/30/25 | Collins & Aikman Plant (former) Superfund Site Remedial Investigation and Feasibility Study continuation |
|---|---|---|

Description:
This funding allows the New Hampshire Department of Environmental Services to perform response actions including a Remedial Investigation and Feasibility Study (RI/FS) at the Collins & Aikman Plant (former) Superfund Site in Farmington, New Hampshire. The RI/FS is required to fully characterize the extent of contamination at the Site and to develop and analyze options for long-term remediation. The RI/FS will be performed in accordance with EPA's October 1988 Guidance for Conducting RI/FS Under CERCLA, and any other applicable guidance, policy or regulation. Remedial investigation activities may include site reconnaissance, water, soil, sediment and air sample collection and analysis, drilling groundwater wells, performing surface and subsurface geophysical surveys and hydrogeological studies, evaluating data and performing risk assessments.

Activities:
This supplemental amendment seeks to provide the remaining funding necessary to finalize the remedial investigation report and the feasibility study report for EPA's comprehensive final review and to address a limited number of comments that may be received.

Outcomes:
The anticipated deliverables and outcomes for this project are a final remedial investigation report and a final feasibility study report for the Collins & Aikman Superfund Site. The intended beneficiaries of this project are residents of the state of New Hampshire impacted by the Collins & Aikman Site.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| FAIRFAX COUNTY PUBLIC SCHOOLS | 8115 Gatehouse Road, Falls Church, VA 22042-1203 | 1/17/25 |

| | | | | |
|---|---|---|---|---|
| 1/23/25 | Independent School District | N - New Project | CELINE VERTICH | 215-814-5286 |

| | | | | |
|---|---|---|---|---|
| $12,900,000.00 | $12,900,000.00 | 11 | 953A0093-0 | USEPA EPA R3 |

Clean Air Act: Sec. 132

| | |
|---|---|
| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

| | | |
|---|---|---|
| $18,672,836.00 | 1/1/25 - 12/31/26 | Fairfax County Public Schools (FCPS) School Bus Clean Heavy-Duty Vehicles Program |

Description:

The agreement provides funding under the Inflation Reduction Act (IRA) to Fairfax County Public Schools to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 3. The recipient will replace 43 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for the communities in Fairfax County, VA.

Activities:

The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles. Recipient will replace 43 Class 7 diesel school buses with 43 new Class 7 zero-emission electric school buses. All new electric buses requested will serve 43 Fairfax County Public Schools communities. This project outcome will ultimately result in reduced pollutants and improved air quality in Fairfax County school communities; risk of asthma, respiratory

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 288 of 298

EPA_00073922

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 290 of 298

EPA_00073924

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 291 of 298

EPA_00073925

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 292 of 298

EPA_00073926

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 293 of 298

EPA_00073927

illnesses, and missed school and workdays for students and staff, and environmental justice for the school communities.

Outcomes:
The anticipated deliverables include the replacement of 43 diesel school buses with 43 zero-emissions electric school buses, EV bus training provided to drivers and technicians through partnership with Thomas, IC, and Lion bus companies, and outreach to school communities and international policy makers in Washington D.C. to showcase new EPA funded electric buses.

The expected outcomes include improved air quality and health by the annual removal of 9,625,014 tons of greenhouse gasses from our community’s environment, drivers and technicians will be trained on regenerative braking and driving behaviors to increase the efficiency of the EV buses batteries and will extend the distance each bus can run allowing for longer routes. As well as Increase in knowledge, interest, and support of electric school buses and the EPA’s (CHDV) programs that positively impact the world environment and health by helping mitigate climate change and pollution.

The intended beneficiaries include students and community members in Fairfax County Public School District.

Subrecipient:
No subawards are included in this assistance agreement.

| hcps7002 - HENRICO COUNTY PUBLIC SCHOOLS | 3820 Nine Mile Rd, Richmond, VA 23223-4831 | 1/16/25 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1/22/25 | Independent School District | N - New Project | TANYA DUPREE | 215-814-5408 |

| | | | | |
|---|---|---|---|---|
| $2,700,000.00 | $2,700,000.00 | 04 | 953A0091-0 | USEPA EPA R3 |

2:25-cv-02152-RMG Date Filed 04/18/25 Entry Number 89-1 Page 298 of 298

Clean Air Act: Sec. 132

EPA_00073932