66.049 / Clean Heavy-Duty Vehicles Program | $0.00

| $4,172,056.00 | 1/1/25 - 12/31/26 | Clean Heavy Duty Vehicles Program School Bus Grant |
|---|---|---|

EPA_00073934

Description:
The grant agreement provides funding under the Inflation Reduction Act (IRA) to Henrico County Public Schools to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 3. The recipient will replace 10 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for the communities in Henrico county in the state of Virginia.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles for staff, drivers, electricians, public safety officials and mechanics. Activities also include engaging with and educating the community on the benefits of replacing vehicles with zero emission buses.

Outcomes:
The anticipated deliverables include the replacement of 10 diesel school buses with 10 zero emission school busses. The expected outcomes include reduced fuel consumption and reduced greenhouse gas and criteria pollutant emissions, as well as fossil fuel consumption, improved air quality, reduced student absenteeism, and reduced bus maintenance. The intended beneficiaries include students and community members in Henrico County, Virginia.

Subrecipient:
No subawards are included in this assistance agreement.

| hspcsd2041 - HAVERSTRAW STONY POINT CENTRAL SCHOOL DISTRICT | 65 CHAPEL ST, GARNERVILLE, NY   10923-1238 | 1/17/25 |
| --- | --- | --- |

EPA_00073936

| 1/23/25 | Independent School District | N - New Project | MICHELE JUNKER | 212-637-3418 |

EPA_00073937

| $4,432,513.00 | $4,432,513.00 | 17 | 96285600-0 | USEPA EPA R2 |
|---|---|---|---|---|

Clean Air Act: Sec. 132

EPA_00073939

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00073940

| | | |
|---|---|---|
| $7,450,380.00 | 1/1/25 - 12/31/27 | Haverstraw-Stony Point Clean Heavy-Duty Vehicle (CHDV) Grant |

Description:
The agreement provides funding under the Inflation Reduction Act (IRA) to Haverstraw-Stony Point Central School District (North Rockland CSD) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in Rockland County, New York. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Rockland County, New York

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.

Outcomes:
The anticipated deliverables include replacing diesel school buses with zero-emission buses and installing charging infrastructure. Training will be provided to staff, drivers, mechanics, and public safety officials about how to properly operate and maintain the zero-electric buses and chargers, and

EPA_00073943

EPA_00073945

EPA_00073946

EPA_00073947

EPA_00073948

community activities will be held to engage with and educate the community.

The expected outcomes include reduced greenhouse gas and criteria pollutant emissions, reduced fuel consumption, lower school district operating and maintenance costs, improved ambient air quality, trained staff, improved safety, and increased public awareness and understanding about the environmental benefits of the implemented technology.

The intended beneficiaries include Haverstraw-Stony Point Central School District (otherwise known as North Rockland Central School District). Other beneficiaries include students, school staff, and community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | 1021 North Grand Avenue East, P.O. Box 19276, Springfield, IL 62794-9276 | 1/20/25 |

EPA_00073950

| 1/23/25 | State | A - Augmentation: Increase | ROBERT YOUNG | 312-886-6128 |
|---------|-------|----------------------------|--------------|--------------|

EPA_00073951

| $584,116.00 | $965,000.00 | 18 | 00E04041-1 | USEPA EPA R5 |
|---|---|---|---|---|

Infrastructure Investment and Jobs Act (IIJA)  (PL 117-58)

EPA_00073953

| 66.485 / State Support for the Gulf Hypoxia Action Plan | $0.00 |

EPA_00073954

| $2,644,116.00 | 3/1/25 - 2/28/30 | FY24-26 IEPA Gulf Hypoxia Program |
|---|---|---|

EPA_00073955

Description:

This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to Illinois Environmental Protection Agency (IEPA). The purpose of this agreement is to support and advance the Gulf Hypoxia Action Plan through implementation of the recipient's nutrient reduction strategy. IEPA plans to continue four projects from their FFY22/23 Gulf Hypoxia Program Grant (Continuous Nutrient Monitoring Network, Cover Crop Premium Discount Program, Ag Retailer 4RNutrient Management Metrics Survey, NLRS Implementation in Priority Watersheds). Continuation of these projects is necessary to further the collection of water quality metrics, agriculture metrics, and implementation of practices to reduce nutrient loss.

Activities:

The activities include the following: nutrient monitoring at eight USGS continuous monitoring stations in Illinois, annual planting of 190,000 acres of cover crops, collect data on the implementation of nutrient management practices, and ongoing implementation of nonpoint source best management practices recommended in the Nutrient Loss Reduction Strategy.



EPA_00073957



EPA_00073958



EPA_00073959



EPA_00073960



EPA_00073961



EPA_00073962

Outcomes:
The anticipated deliverables include water quality data generated from Continuous Nutrient Monitoring Network, agronomic research results specific to nutrient reduction, and survey results with information on statewide and regional implementation of 4R nutrient management adoption in Illinois. The expected outcomes include decreased nutrient loads to the Gulf of Mexico as well as improvement to local water quality and drinking water sources. Climate resilience and mitigation will also be achieved by certain projects. The intended beneficiaries include residents of Illinois and expands to the Gulf of Mexico through the Mississippi-Atchafalaya River Basin.

Subrecipient:
Activities include: nutrient monitoring at eight USGS continuous monitoring stations in Illinois, annual planting of 190,000 acres of cover crops, collect data on the implementation of nutrient management practices, and ongoing implementation of nonpoint source best management practices recommended in the Nutrient Loss Reduction Strategy.

| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | 1021 North Grand Avenue East, P.O. Box 19276, Springfield, IL 62794-9276 | 1/21/25 |
| --- | --- | --- |

| 1/24/25 | State | A - Augmentation: Increase | KIMBERLY HOUSTON-WILLIAMS | 312-353-7928 |
|---------|-------|----------------------------|---------------------------|--------------|

EPA_00073965

| $476,121.00 | $459,099.00 | 18 | 00E65707-1 | USEPA EPA R5 |
|---|---|---|---|---|

EPA_00073966

Diesel Emission Reduction Act of 2010, codified at 42 U.S.C. 16133

| | |
|---|---|
| 66.040 / Diesel Emissions Reduction Act (DERA) State Grants | $0.00 |

EPA_00073968

| $23,333,334.00 | 10/1/23 - 9/30/27 | 2023-2024 Diesel Emissions Reduction Act State Program - Driving a Cleaner Illinois |
|---|---|---|

Description:
The agreement provides funding to the Illinois Environmental Protection Agency (Illinois EPA) DERA program which focuses on funding projects in areas of the state that are designated nonattainment for ozone and where there are disproportionate amounts of diesel emissions in populated areas. Replacing or repowering off-road equipment with large, older diesel engines offers the greatest levels of emissions reductions, including nitrogen oxides.  Specifically, Illinois EPA will repower three existing diesel passenger/commuter linehaul locomotives owned and operated by the Northeast Illinois Regional Commuter Railroad Corporation (&ldquo;Metra&rdquo;) in the Chicago area with electric motors.

Activities:
The activities include repowering three existing diesel linehaul locomotives with zero-emission electric propulsion locomotive motors, training Metra staff on the proper use and maintenance of the newly repowered electric locomotives and the charging station, and highlighting the benefits and successes of the project resulting from this funding.

Outcomes:
The anticipated deliverables include three diesel linehaul locomotives with zero-emission electric propulsion locomotive motors and charging infrastructure. The expected outcomes include a reduction in pollutants emitted from diesel engines, improved air quality, and reduced exposure to harmful diesel exhaust.  The intended beneficiaries include the citizens of the state of Illinois.

Subrecipient:
Through a subaward, the Northeast Illinois Regional Commuter Railroad Corporation (&ldquo;Metra&rdquo;) will repower three existing diesel passenger/commuter linehaul locomotives in the Chicago area with electric motors.

| INCORPORATED VILLAGE OF HEMPSTEAD | 99 James A Garner Way, Hempstead, NY   11550-3166 | 1/17/25 |
|---|---|---|

EPA_00073971

| 1/23/25 | Municipal | N - New Project | MICHAEL GORDON | 212-637-4146 |
|---------|-----------|-----------------|----------------|--------------|
|         |           |                 |                |              |

EPA_00073972

| | | | | |
|---|---|---|---|---|
| | $2,000,000.00 | 04 | 96267124-0 | USEPA EPA R2 |



2022 Consolidated Appropriations Act (PL 117-103)

EPA_00073974

| 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|

EPA_00073975

| $2,000,000.00 | 5/1/23 - 12/31/26 | Village of Hempstead Phase I Sewer Improvements Project |
| --- | --- | --- |

**Description:**
This agreement provides funding to the Incorporated Village of Hempstead to implement its project to improve the Village sewer infrastructure as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

**Activities:**
The activities to be performed will include the removal or repair of old sewer piping, lining and fittings and the installation of approximately 6,200 linear feet of sewer pipe and 800 linear feet of side street laterals. To achieve this, excavation and backfill of all new sewer piping and manholes, creation of trench boxes for excavation support and protection, installation of sewer manholes, relocation of utilities, the repaving of disturbed roads and the maintenance/protection of traffic will need to be executed.

**Outcomes:**
The anticipated deliverables are the development of a new gravity sewer main by replacing outdated and leaking sewer mains and to utilize the new county developed pump station. These are expected to address the needs of multiple new housing projects, and lead to job creation and economic benefits for the new housing developments and the Village of Hempstead residents.

**Subrecipient:**
No subawards are included in this
assistance agreement

| | | |
|---|---|---|
| INCORPORATED VILLAGE OF HEMPSTEAD | 99 James A Garner Way, Hempstead, NY 11550-3166 | 1/17/25 |

| 1/23/25 | Municipal | N - New Project | MICHAEL GORDON | 212-637-4146 |
|---|---|---|---|---|

EPA_00073979

| $3,200,000.00 | $3,200,000.00 | 04 | 96267324-0 | USEPA EPA R2 |
|---|---|---|---|---|



2022 Consolidated Appropriations Act (PL 117-103)

EPA_00073981

| 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|

EPA_00073982

| | | |
|---|---|---|
| $3,200,000.00 | 5/1/23 - 12/31/26 | Village of Hempstead Phase 1 Water Transmission Main Improvements Infrastructure Project |

**Description:**
This agreement provides funding to Incorporated Village of Hempstead to implement its project to improve the Village's Water System Transmission Main as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

**Activities:**
The activities to be performed are the modernization of the potable water main network by replacing old watermains and laying new ones totaling approximately 8,454 feet of pipe. These will be sized to adequately address future and existing water needs for future housing developments and fire suppression while still furnishing potable water and sanitary sewer services during construction. Excavation, placement, and backfill for the transmission main will occur during the construction.

**Outcomes:**
The anticipated deliverables are that the system will be able to provide adequate volumes of water during the peak hour on the peak day, and also maintain the capability to provide fire flows on that peak day. Also, for the water distribution system to be sized to transport water to a particular building and throughout the areas immediately surrounding the building for fire suppression. These are expected to lead to the availability of adequate water service to each parcel within the project area and to create a connection of new and existing buildings to the newly available water utilities and existing treatment plants for the new housing developments and the Village of Hempstead residents.

**Subrecipient:**
No subawards are included in this assistance agreement.

| Indian River - IRL Council | 1235 Main Street, Sebastian, FL 32958-4165 | 1/17/25 |
|---|---|---|

EPA_00073985

| 1/23/25 | Special District | A - Augmentation: Increase | YOLANDE MILLER | 404-562-9717 |
|---|---|---|---|---|

EPA_00073986

| $3,639,200.00 | $909,800.00 | 06 | 02D39922-4 | USEPA EPA R4 |
|---|---|---|---|---|

EPA_00073987

Clean Water Act: Sec. 320 & Infrastructure Investment and Jobs Act (IIJA)  (PL 117-58)

EPA_00073988

| 66.456 / National Estuary Program | $0.00 |

EPA_00073989

| $3,639,200.00 | 3/1/22 - 9/30/27 | National Estuary Program |
| --- | --- | --- |

EPA_00073990

Description:

This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) to Indian River Lagoon Council. The recipient will support implementation of the Comprehensive Conservation and Management Plan (CCMP) and Strategic Plan to improve water quality, protect the natural habitat and living resources, and support sustainable human uses.  The projects proposed for funding via the Bipartisan Infrastructure Law (BIL) will leverage existing efforts.  Specifically, the recipient will include (1) Moore&rsquo;s Creek Distinctive Communities Project - This project calls for the installation of a series of watershed trash traps to be installed at two sections of Moore&rsquo;s Creek where large amounts of trash from stormwater runoff, trail users, and the surrounding residential communities, lands in the watershed and ultimately flows towards and into the Indian River Lagoon. (2)IRL Seagrass Restoration Using Mosquito Control Impoundment - This proposed project will (a) establish a population of a native seagrass species, Ruppia maritima, in a mosquito impoundment; (b) monitor the restored impoundment to assess its character as a natural seagrass nursery and a source for IRL seagrass re-colonization and succession; and (c) develop and share protocol of guide and strategy toward IRL seagrass restoration using impoundment hydrology and Ruppia phenology.

EPA_00073991



EPA_00073992



EPA_00073993



EPA_00073994



EPA_00073995



EPA_00073996



EPA_00073997

Activities:

The activities include: Indian River Lagoon Council will conduct bi-weekly monitoring of algae and cyanobacteria species identification, distribution and abundance. Increased funding for increased sampling during a bloom. HAB-1: Support continuation of the IRL 2011 Consortium, which would function as a formal task force supported by the IRL NEP and which would develop a HAB RESEARCH and Restoration Response Plan. HAB-2: Seek partnerships and funding to pursue RESEARCH priorities identified by the IRL 2011 Consortium that align with IRLNEP Management Conference management priorities. HAB-3: Continue funding and scientific partnerships to understand HABs toxicity and risks to human and wildlife health. Biodiversity (Level 2 &ndash; Serious) Biodiversity-2: Work to continue, expand, update, and improve the IRL species inventory. Construction of grinder pump station systems that will be connected to the Martin County central sewer system. Residential connection forms with receipts and dated photos of the before and after grinder pump station. The project will construct a gravity sewer system consisting of approximately 15,400 linear feet of sewer main, approximately 54 manholes and a County-owned and operated lift station. Construction of a water main will coincide with the sewer main.

EPA_00073998



EPA_00073999



EPA_00074000





EPA_00074002



EPA_00074003



EPA_00074004

Outcomes:
The anticipated deliverables include those identified in the IRL One Lagoon Comprehensive Conservation and Management Plan: &ldquo;Looking Ahead to 2030&rdquo; and the FY 2023 Work Plan Proposal. Specific Work Plan Outputs for FY 2023 BIL Funding &ndash; 6 projects/activities identified through competitive RFP or RFQ process. The expected outcomes include reduction of flooding in underserved, and underrepresented communities. Reduction of trash in underserved, and underrepresented communities. Reduction of trash from reaching the Indian River Lagoon. Improve aesthetics of the Moore&rsquo;s Creek area that is an underserved and underrepresented community. Students will learn how to do seagrass planting and monitoring and will help develop a protocol to guide seagrass restoration using impoundment hydrology. The intended beneficiaries include the citizens of the State of Florida.

Subrecipient:
City of Fort Pierce: Moore&rsquo;s Creek Distinctive Communities Project Marine Discovery Center: Building Lagoon-wide Capacity for Seagrass Recovery Through Infrastructure Investments Brevard Zoo: Building Lagoon-wide Capacity for Seagrass Recovery Through Infrastructure Investments Florida Atlantic University Harbor Branch: Building Lagoon-wid

| INTERSTATE COMMISSION ON THE POTOMAC RIVER BASIN | 30 W. Gude Drive, Suite 450, Rockville, MD 20850-2403 | 1/16/25 |
|---|---|---|

EPA_00074006

| 1/22/25 | Interstate | A - Augmentation: Increase | BOBBI ROBINSON | 215-814-2107 |
|---------|-----------|---------------------------|----------------|--------------|

EPA_00074007

| $692,888.00 | $57,888.00 | 08 | 98339418-3 | USEPA EPA R3 |
|---|---|---|---|---|

EPA_00074008

Clean Water Act: Sec. 106

EPA_00074009

| | |
|---|---|
| 66.419 / Water Pollution Control State, Interstate, and Tribal Program Support | $0.00 |

| $1,383,694.00 | 10/1/23 - 9/30/25 | FY25 CWA106 ICPRB PROJECT |
|---|---|---|

Description:
This agreement provides funding to the Interstate Commission on the Potomac River Basin (ICPRB) to carry out its program to maintain, protect, and improve the water quality of its rivers, lakes, streams, groundwater, and other waterbodies. The environmental benefits of this program include preventing degradation of unimpaired waterbodies and reducing the number of impaired waterbodies in the state of Maryland.

Activities:
Activities include water quality assessments, TMDL development support and water quality monitoring. Specifically, ICPRB will support regional response to spill events, data analysis and reporting, environmental education and outreach and tool development.

Outcomes:
Examples of anticipated deliverables include an improved Emergency River Spill Model web app, implementation of the Potomac River Comprehensive Water Resources Plan, a technical webinar on microplastics in freshwater, creation of a workgroup focused on North Branch; continuous temperature monitoring for tailfish; a Spatial Statistical Network model for class 3 streams, watershed and stream education programs, and an updated land prioritization tool. The expected outcomes include an increased understanding of the health and status of the Potomac River Basin, increased outreach to stakeholders, improved water quality and better forecasting from new and updated models. Direct beneficiaries of this assistance agreement include residents of the Potomac River Basin.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| IOWA DEPARTMENT OF NATURAL RESOURCES | 6200 Park Ave Ste 200, Des Moines, IA   50321-1371 | 1/17/25 |
| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | 5000 Estate Enighed #38, ST JOHN, VI   00830 | 1/16/25 |

EPA_00074013

| 1/23/25 | State | N - New Project | SARA LOTT | 913-551-7436 |
| 1/22/25 | Not for Profit | N - New Project | LUZ RODRIGUEZ SANTIAGO | 787-977-5893 |

EPA_00074014

| | | | | |
|---|---|---|---|---|
| $30,779,000.00 | $30,779,000.00 | 03 | 97798003-0 | USEPA EPA R7 |
| $20,000,000.00 | $20,000,000.00 | 98 | 96276600-0 | USEPA EPA R2 |

Clean Water Act: Title VI  & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

Clean Air Act: Sec. 138

| | |
|---|---|
| 66.458 / Capitalization Grants for Clean Water State Revolving Funds | $0.00 |
| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |

| | | |
|---|---|---|
| $36,934,800.00 | 9/1/24 - 9/30/27 | FFY 2024 BIL general supplemental grant for program administration and loans for the construction of publicly-owned wastewater treatment facilities |
| $20,000,000.00 | 3/31/25 - 3/30/28 | United States Virgin Islands Partnerships for Community-Wide Sustainability |

Description:
This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for the recipient&rsquo;s Clean Water State Revolving Fund program.

Activities:
The recipient of these funds provide low interest financing to numerous subrecipients.

Outcomes:
The anticipated deliverables include financing, planning, design, and construction of eligible water quality improvement and protection projects.  The expected outcomes are to improve and protect water quality and public health. The intended beneficiaries include citizens throughout the State.

Subrecipient:
Subawards are included in this assistance agreement as grants and loans.

Description:
This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specifically, the project will tackle both the upstream and downstream aspects of effective waste management by promoting behavior change and improving diversion methods once waste enters the system. Specific programs include a comprehensive recycling and composting programs for the two most populous islands, including establishment of a circular economy; expanding access to safe public drinking water; community, school, and business education for protecting marine health; and community partnerships, engagement, and outreach to inform program design/evolution, and maximize community-wide participation/commitment to these new programs.

Activities:
The activities include establishing a resource recovery center on St. Thomas, establishing a comprehensive composting program for the residents of St. Thomas and St. Croix, installing water filling stations, conducting water quality monitoring, increasing Eco-school programming in schools, and implementing a comprehensive public education and engagement campaign.

EPA_00074020

EPA_00074021

EPA_00074022

EPA_00074023

EPA_00074024

EPA_00074025

Outcomes:
The anticipated deliverables include: the construction of recycling and education facility on St Thomas; collecting and processing of recyclable materials; 4 public collection points installed for materials for recycling; installation of central composting/mulching facilities on St. Thomas and St. Croix; collecting and composting/mulching of organic waste; research results from waste market analyses and commercial needs assessment surveys; selling tons of reclaimed materials back into the economy following processing per year; generating revenue in the local economy from end-market materials sales per year; 9 water-filtration systems installed in publicly accessible locations and schools; 2 additional public schools participating in Eco-Schools programming; 30 high-quality jobs added to USVI economy; survey results from stakeholders: citizens, businesses, K-12 students, and educators; and distribution and audience impressions for educational and promotional materials and events.

The expected outcomes include reduction in materials deposited in local landfills and associated GHG emissions per year; reduction in plastic and other waste removed from marine and land areas per year; increased community participation and commitment in reducing volume of solid

EPA_00074026

EPA_00074028

EPA_00074029

EPA_00074030

EPA_00074031

EPA_00074032

waste production and its associated pollutants; decrease in percentage of imported food, post-recycled materials, fertilizer, and mulch; increase in public access to safe, plastic-free drinking water; increase in businesses earning and displaying Eco-Certifications; increase in percentage of K-12 students receiving Eco-Schools curriculum; and increased economic opportunity with newly established circular economy and added jobs.

The intended beneficiaries are disadvantaged communities.

Subrecipient:
The activities to be completed as subawards include: implement a territory wide composting project; conduct tests of public water sources including assessment and communication of results; installation of 9 new water filling stations with signage in easily accessible and highly used spaces; conduct community water opinion surveys and engagement campaigns to identify and mitigate drinking water risks and promote sources of free, safe, waste-free drinking water; design/delivery of Eco-Schools programming at two additional schools; implement a comprehensive public education and engagement plan for all projects including establish a Community Council with representatives from each island to provide ongoing input and feedback for continued success.

EPA_00074033

| | | |
|---|---|---|
| jps5684 - JACKSON PUBLIC SCHOOLS | 662 S President St, Jackson, MS  39201 | 1/17/25 |

EPA_00074034

| 1/23/25 | Independent School District | N - New Project | RACHEL ROBINSON | 404-562-9322 |
|---------|------------------------------|------------------|------------------|---------------|

EPA_00074035

| $4,923,958.00 | $4,923,958.00 | 02 | 03D32325-0 | USEPA EPA R4 |
|---|---|---|---|---|

Clean Air Act: Sec. 132

EPA_00074037

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00074038

| $6,914,458.00 | 1/1/25 - 12/31/26 | Clean Heavy-Duty Vehicles Program |
| --- | --- | --- |

EPA_00074039

Description:
The agreement provides funding in the amount of $4,923,958 under the Inflation Reduction Act (IRA) to Jackson Public Schools to replace in use, vehicles with new zero emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The recipient will replace 15 eligible vehicles with comparable, eligible zero emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Jackson, Mississippi.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles, purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.

Outcomes:
The anticipated deliverables include replacement of 15 internal combustion engine school buses with zero emission school buses and the installation of 10 DC fast



EPA_00074041



EPA_00074042



EPA_00074043



EPA_00074044



EPA_00074045



EPA_00074046

chargers. Workforce training will be provided to staff, bus drivers, and mechanics related to zero emission vehicles and charging, and monthly community engagement activities will be coordinated by project staff. The expected outcomes include reduction of greenhouse gas emissions and improved ambient air quality in communities where the buses operate, improved workforce training programs and increased worker confidence in operating and maintaining zero emissions vehicles and chargers, increased public awareness of the clean heavy duty vehicles program, and better community understanding of the environmental and economic effectiveness of the implemented technology. The intended beneficiaries include Jackson Public Schools (grantee), Iris Facilities Intelligence (partner), and Entergy (partner). Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

| JSI RESEARCH & TRAINING INSTITUTE INC | CONTROLLER, BOSTON, MA 02210 | 1/16/25 |
|---|---|---|

EPA_00074048

| 1/22/25 | Not for Profit | | N - New Project | MONIQUE LLOYD | 617-918-1976 |

EPA_00074049

| | | | | |
|---|---|---|---|---|
| $3,000,000.00 | $3,000,000.00 | 08 | 00A01863-0 | USEPA EPA R1 |

EPA_00074050

Clean Air Act: Sec. 138

EPA_00074051

| | |
|---|---|
| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |

EPA_00074052

| $3,000,000.00 | 1/1/25 - 12/31/27 | Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston) |
|---|---|---|

Description:
This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into local environmental and climate policy decision-making in Boston&rsquo;s Environmental Justice (EJ) neighborhoods by improving access to information, creating a Community Advisory Council (CAC), and launching an EJ Ambassador program for peer outreach and engagement in East Boston, Massachusetts. JSI Inc. along with their Statutory Partner, Gast&oacute;n Institute will provide outreach, training, and technical support to increase public engagement and involvement in local initiatives and decision-making, which will build safe and healthy communities and improve environment and public health conditions including the ability to address and respond to extreme weather and other climate impacts. Outcomes include increased community engagement in local government processes and decision-making, establishing new communication pathways, community-led recommendations, and additional community leadership opportunities through training programs.

Activities:
The activities to be performed include creating a Community Advisory Council (CAC), building connections with local government and launching an EJ

EPA_00074055

EPA_00074056

EPA_00074057

EPA_00074058

EPA_00074059

Ambassador program for peer outreach in East Boston, Massachusetts. The project will connect residents, local organizations and workers including those with limited English proficiency to build partnership and collaboration. JSI will focus on partnerships with community organizations including Neighbors United for a Better East Boston (NUBE), an East Boston resident-led organization dedicated to organizing disenfranchised neighbors for civic participation; Maverick Landing Community Services (MLCS), a nonprofit focused on building an equitable community in East Boston; and GreenRoots, an environmental justice organization in Boston and Chelsea which focuses on public engagement, collective action, education, and youth leadership. The project will organize a series of community events and trainings to listen to community concerns and increase residents under standing of local government programs and involvement in municipal decision-making. This project will establish a CAC with at least 20 representatives from underserved communities. The project will enhance communication and feedback mechanisms by establishing bi-directional communication pathways between community members and local municipal government. This includes in-person meetings, online communication platforms, social media, and virtual meetings. The training program will also reach teachers of Adult Basic Education/English for Speakers

EPA_00074061

EPA_00074064

EPA_00074066

of Other Languages, academic teachers, and local community-based organization leaders through a train-the-trainer program on environmental and climate justice topics that directly informs, engages and addresses needs of East Boston residents.

Outcomes:
The anticipated deliverables include establishing a Community Advisory Council of 20 community members and an Environmental Justice (EJ) Ambassador program of 8-12 members recruited from East Boston, Massachusetts. The project will establish new communication pathways between the City of Boston local government including at least 15 educational events engaging at least 900 residents and additional online engagement opportunities. The project will conduct train-the-trainer programs for at least 25 teachers of Adult Basic Education/English for Speakers of Other Languages and nonprofit leaders, who will train at least 75 adults and 75 youth per year (450 total) on environmental and climate justice. The project will host at least 6 environmental awareness events reaching at least 300 community members and develop a training curriculum focusing on civic participation to address local climate and environmental issues and complete at least 3 existing environmental/health needs assessments on local topics. The pro

EPA_00074068

| KANSAS STATE UNIVERSITY | 1601 VATTIER STREET, Manhattan, KS  66506-1100 | 1/16/25 |
| --- | --- | --- |

EPA_00074069

| 1/22/25 | State Institution of Higher Learning | N - New Project | RONDA KRELL | 913-551-7531 |
|---|---|---|---|---|

| $151,022.00 | $151,022.00 | 01 | 96719201-0 | USEPA EPA R7 |
|---|---|---|---|---|

Clean Air Act: Sec. 103,Toxic Substances Control Act: Sec. 10(a) & PL 106-74

EPA_00074072

| | |
|---|---|
| 66.717 / Source Reduction Assistance | $0.00 |

| $158,971.00 | 1/1/25 - 12/31/26 | FY24-25 KSU Source Reduction Assistance |
|---|---|---|
| | | |

EPA_00074074

Description:
This project will provide source reduction
technical assistance (e.g., information,
training, tools) and workforce training to
businesses to help them develop and adopt
source reduction practices (also known as
pollution prevention). Pollution Prevention
means reducing or eliminating pollutants from
entering any waste stream or otherwise being
released into the environment prior to
recycling, treatment, or disposal. Pollution
Prevention practices can help businesses
save money by reducing their resource use,
expenditures, waste and liability costs, while
at the same time reducing their
environmental footprint and helping to protect
human health and the environment.
Specifically, the project will work to improve
community awareness of harmful air
emissions and to reduce VOC and toxic air
emissions at painting and coating facilities by
providing source reduction technical
assistance and workforce training for up to
sixty businesses using painting and coating
processes located in up to fifteen census
tracts in the Wichita metro area identified as
having environmental justice impacts due to
toxics emissions to the air. The project will
also hold community forums in the areas
shown to have these impacts, giving
businesses using painting and coating
processes, citizens, and workers the
opportunity to discuss efforts to reduce air
toxics impacts locally. The project will publish
documents and host presentations at various

EPA_00074075



EPA_00074076



EPA_00074077



EPA_00074078



EPA_00074079



EPA_00074080



EPA_00074081

local, state, and national events to promote replication of investigation and reduction activities.

Activities:
Kansas State University&rsquo;s Pollution Prevention Institute will identify 15 census tracts in the Wichita metro area that contain, and are impacted by, business activities involving painting and coating and that have Environmental Justice concerns based on toxic air emissions from painting and coating, and the identification of those businesses; provide outreach, source reduction technical assistance and training opportunities as related to painting and coating processes for workers in businesses in identified areas; conduct community forums for the identified areas that involve the businesses performing painting and coating processes, their workers, and the local citizenry and provide a platform to discuss efforts for reducing local impacts from toxic air emissions; share/transfer lessons learned through conferences, trade shows, newsletters, and other venues such as the R7 EJ TCTAC; and follow-up with businesses using painting and coating processes located in the identified areas to determine the impact of training and on-site technical assistance on reducing toxic air emissions and to recognize project successes.

Outcomes:
The project will identify at least 200



EPA_00074083





EPA_00074085



EPA_00074086



EPA_00074087



EPA_00074088

businesses involved in painting and coating; will hold up to 4 training events supporting at least up to 40 participants at each event; provide off-site technical assistance to up to 80 organizations and on-site technical assistance to up to 6 organizations; hold up to 3 community forums with at least 20 participants from disadvantaged communities; publish at least 1 case summary and hold up to 2 conferences to facilitate lessons learned transfer of knowledge amongst participants; up to 6 facilities receiving follow up visits and up to 30 recommendations reviewed for implementation. Outcomes from training and technical assistance based on use of the EPA Pollution Prevention Greenhouse Gas calculator are estimated to be up to 5,000 pounds of hazardous material reduced, including air toxics, up to 3,800 MTCO2e GHGs reduced, and up to $85,000 in cost-savings. Residents of the State of Kansas will benefit from the reduction of pollution and assisted industries will benefit through improved processes.

Subrecipient:
Wichita State University Environmental Finance Center will assist with training workshops, calls to aerospace industry stakeholders, host community involvement events, and assist with development of e

EPA_00074089

| MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES, AND ENERGY | 525 W ALLEGAN ST, LANSING, MI  48909-8157 | 1/20/25 |
| --- | --- | --- |

EPA_00074090

| 1/23/25 | State | A - Augmentation: Increase | ROBERT YOUNG | 312-886-6128 |
|---------|-------|----------------------------|--------------|--------------|

EPA_00074091

| $1,474,072.00 | $40,780.00 | 07 | 00E03794-1 | USEPA EPA R5 |
|---|---|---|---|---|

Clean Air Act: Sec. 103, Inflation Reduction Act: Sec. 60105(a)

| | |
|---|---|
| 66.034 / Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act | $0.00 |

EPA_00074094

| $1,543,174.00 | 6/1/24 - 5/31/29 | Inflation Reduction Act - Air Monitoring Grant 60105(a) FY24-FY29 |
|---|---|---|

Description:
The agreement provides funding under the Inflation Reduction Act to the Michigan Department of Environment, Great Lakes, and Energy for the expansion and enhancement of their air monitoring activities. Specifically, the recipient will improve and enhance Michigan's air monitoring network through upgrading equipment at multiple air monitoring sites and as well as establishing a new site in a non-attainment area.

Activities:
The activities include purchasing multiple different types of sensors and equipment to measure levels of carbonyl, volatile organic compounds, polycyclic aromatic hydrocarbons, carbon monoxide, sulfur dioxide, black carbon, and ozone. additionally, a new particulate matter 2.5 air monitoring site will be established in Lansing, MI.

Outcomes:
The anticipated deliverables include the deployment of roughly 40 new units of equipment used to measure air pollution and the installation of one new multi pollutant air monitoring site.

The expected outcomes include increased disadvantaged communities monitored for air quality, increased sustainability of ambient air monitoring networks, and increased public awareness of ambient air quality.

The intended beneficiaries include the residents of Michigan, specifically those located near the air monitoring sites.

Subrecipient:
No subawards are included in this assistance agreement.

MiDadePubSch - SCHOOL BOARD OF MIAMI-DADE COUNTY | 1450 NE SECOND AVE, MIAMI, FL  33132-1308 | 1/16/25

EPA_00074097

| 1/22/25 | County | N - New Project | TERRI PAYNE | 404-562-0000 |
|---------|--------|-----------------|-------------|--------------|
|         |        |                 |             |              |

EPA_00074098

| $7,297,240.00 | $7,297,240.00 | 24 | 03D32125-0 | USEPA EPA R4 |
|---|---|---|---|---|

EPA_00074099



Clean Air Act: Sec. 132

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |

EPA_00074101

| | | |
|---|---|---|
| $10,422,240.00 | 1/1/25 - 12/31/27 | Clean Heavy-Duty Vehicles Program |

EPA_00074102

Description:
This action provides funding in the amount of $7,297,240 to support the School Board of Miami-Dade County under the Inflation Reduction Act (IRA) to replace non-zero emission heavy duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The recipient will replace 25 eligible vehicles with comparable, eligible zero emission vehicles under the School Bus Sub-Program which will result in cleaner air and improved health for communities in Miami Dade County, Florida.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles, purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.

Outcomes:
The anticipated deliverables will include deployment of 25 new electric school buses, installation of 25 Level 3 charging stations and supporting infrastructure at designated depots, completion of training programs for drivers and maintenance personnel, and conduction of community engagement events. The expected outcomes include reduced greenhouse gas emissions, improved air quality in the Miami-Dade area, community awareness and support for sustainability initiatives, and increased partnerships with local organizations and stakeholders. The intended beneficiaries include Miami-Dade County Public Schools (grantee), the CLEO Institute (partner), Generation 180 (partner), Florida Power and Light (partner), and the World Resources Institute (partner). Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.&#8239;

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00074103

| | | |
|---|---|---|
| MINNESOTA POLLUTION CONTROL AGENCY | 520 LAFAYETTE ROAD NORTH, SAINT PAUL, MN 55155-4194 | 1/21/25 |

EPA_00074104

| 1/24/25 | State | N - New Project | LAWRENCE CROWLEY | 312-353-8222 |

EPA_00074105

| | $101,111.00 | 04 | 00E02910-0 | USEPA EPA R5 |
|---|---|---|---|---|

EPA_00074106

Pollution Prevention Act of 1990: Sec. 6605

EPA_00074107

| 66.708 / Pollution Prevention Grant Program | $0.00 |

| | | |
|---|---|---|
| $202,222.00 | 1/1/25 - 12/31/27 | PFAS Pollution Prevention Technical Assistance for Metal Finishers |

EPA_00074109

Description:
This project will provide technical assistance, including information, training, and tools, to businesses to help them develop and adopt source reduction practices, also known as pollution prevention (P2). P2 focuses on reducing or eliminating pollutants before they enter any waste stream or are released into the environment, minimizing the need for recycling, treatment, or disposal. These practices not only help businesses save money by reducing resource use, expenditures, waste, and liability costs but also decrease their environmental footprint, protecting human health and the environment.

Specifically, this project will address Minnesota businesses in the Metal Manufacturing and Fabrication industries (NAICS 331 and 332), with a particular focus on metal finishers that may incorporate PFAS in their processes and products. Through literature reviews, data analysis, and successful technical assistance methods from other states, the project will identify and implement safer alternatives to reduce or eliminate PFAS use and pollution. Targeted technical assistance will include site-specific assessments to determine optimal work processes and safer alternatives, helping to minimize releases of hazardous materials. By implementing these source reduction techniques, businesses will decrease PFAS-contaminated wastestreams that impact

EPA_00074111

EPA_00074112

EPA_00074113

EPA_00074114

EPA_00074115

EPA_00074116

water and soil. Additionally, the project will document and share its findings to enable replication of successful strategies in other locations, contributing to the broader pollution prevention community&rsquo;s understanding of PFAS challenges and solutions. Ultimately, this work will support businesses in protecting the environment, improving operational efficiency, and addressing the environmental and health impacts of PFAS contamination.

Activities:

The priorities for P2 technical assistance align with NEA #5: Metal Manufacturing and Fabrication (NAICS Codes 331 and 332). This project will work with the Minnesota Pollution Control Agency (MPCA) and the Minnesota Technical Assistance Program (MnTAP) at the University of Minnesota to provide outreach, engagement, and on-site technical assistance to the metal finishing industry and wastewater community. MnTAP will identify facilities with opportunities for PFAS source reduction by analyzing NAICS codes, wastewater permits, and TRI reports. Using this information, they will create a targeted list of facilities and develop promotional materials to support outreach efforts.

These materials will help initiate conversations with potential clients in the metal finishing industry, trade organizations,

EPA_00074117

EPA_00074118

EPA_00074119

EPA_00074120

EPA_00074121

EPA_00074122

EPA_00074123

and wastewater treatment plants (WWTPs). While businesses often don&rsquo;t respond to mail or email solicitations, these resources will lay the groundwork for direct outreach and engagement. The project will emphasize the benefits of participation, such as reducing PFAS use and contamination, aligning with the goals of NEA #5 to support safer, more sustainable practices in the industry.

Outcomes:
The technical assistance conducted by the grantee will benefit facilities by helping them reduce or eliminate PFAS in their processes and products, and, where applicable, may also address underserved communities. The grantee will report on P2 performance measures, including outputs and outcomes, identify who benefits from the technical assistance, and follow up with facilities to determine whether the assistance was adopted and implemented.

Deliverables include conducting outreach to facilities in the metal manufacturing and fabrication sectors, developing a targeted list of facilities with PFAS reduction opportunities, providing site-specific assessments, and creating promotional and training materials to support pollution prevention efforts. Additional deliverables include documenting successful strategies and sharing findings to assist other facilities and communities.

Outcomes include reduced use and release of PFAS, decreas

EPA_00074124

| MISSISSIPPI BAND OF CHOCTAW INDIANS | ATTN: CHIEF FINANCIAL OFFICER, Choctaw, MS 39350-6090 | 1/17/25 |
|---|---|---|

EPA_00074125

| 1/23/25 | Indian Tribe | N - New Project | HOLLEY TAYLOR | 404-562-8612 |
|---------|--------------|-----------------|---------------|--------------|

EPA_00074126

| $7,759,587.00 | $7,759,587.00 | 03 | 03D29925-0 | USEPA EPA R4 |
|---|---|---|---|---|

Clean Air Act: Sec. 137



EPA_00074128

| 66.046 / Climate Pollution Reduction Grants | $0.00 |
|---|---|

| $7,759,587.00 | 12/1/24 - 11/30/29 | Climate Pollution Reduction Grants |

EPA_00074130

Description:
The action provides funding in the amount of
$7,759,587 under the Inflation Reduction Act
to the Mississippi Band of Choctaw Indians.
The recipient will implement greenhouse gas
reduction programs, policies, projects and
measures identified in a Priority Climate
Action Plan developed under a Climate
Pollution Reduction Grants planning grant.
Activities conducted through this grant will
benefit all residents and visitors to tribal lands
located in Choctaw better known as Pearl
River, Bogue Homa, Bogue Chitto, Crystal
Ridge, Red Water, Standing Pine, Tucker,
Conehatta, MS and Henning, TN. Through
four main objectives, we will execute
implementation of ambitious measures that
will achieve significant cumulative
greenhouse gas reductions by 2030 and
beyond. Pursuit of measures that will achieve
substantial community benefits, particularly in
low-income and disadvantaged communities.
Complementing other funding sources to
maximize these greenhouse gas reductions
and community benefits.

Activities:
The activities include four projects which
include installing distributed solar generation
systems coupled with solar-driven heat
pumps, replace non-electric home appliances
with  more energy efficient electric
appliances. There will be an enhancement to
the tribe recycling program by purchasing
one commercial grade frontloading recycling



EPA_00074132



EPA_00074133



EPA_00074134



EPA_00074135



EPA_00074136



EPA_00074137

truck, (2) commercial grade front load recycling containers to improve biofuel infrastructure for improved production and efficiency of distribution.

Outcomes:
The anticipated deliverables include replacement and installation of the following, 300 solar heat pumps, the purchase of 1 front grade loader and 30 recycling containers. There also be construction of a biofuel facility and corresponding waste oil collection center.
 The expected outcomes include decreased energy use by residents, reduction in Carbon dioxide emissions related to residential appliance and energy use. An increased use of biofuels for tribal fueling operations will improve the health of tribal members and all intended beneficiaries of the entire tribal community, with a specific focus on tribal elders most at risk of heat-related illnesses and other community members through job creation.

Subrecipient:
No subawards are included in this assistance agreement.

| NARRAGANSETT INDIAN TRIBE | P.O. BOX 268, CHARLESTOWN, RI 02813-0268 | 1/17/25 |
|---|---|---|

| 1/23/25 | Indian Tribe | N - New Project | JULIE ROSS | 617-918-1317 |

EPA_00074140

| $6,627,691.00 | $6,627,691.00 | 02 | 00A01655-0 | USEPA EPA R1 |
|---|---|---|---|---|

Clean Air Act: Sec. 137

EPA_00074142

| 66.046 / Climate Pollution Reduction Grants | $0.00 |

| $6,627,691.00 | 1/20/25 - 12/30/30 | CPRG Implementation Grant |

EPA_00074144

Description:
The purpose of this award is to provide
funding under the Inflation Reduction Act
(IRA) to the Narragansett Indian Tribe. The
recipient will implement greenhouse gas
(GHG) reduction programs, policies,
projects, and measures identified in a Priority
Climate Action Plan (PCAP) developed under
a Climate Pollution Reduction Grants
(CPRG) planning grant. Activities conducted
through this grant will benefit all residents
and visitors to Narragansett Indian Tribal
Lands through four main objectives:
implementation of ambitious measures that
will achieve significant cumulative
greenhouse gas (GHG) reductions by 2030
and beyond; pursuit of measures that will
achieve substantial community benefits,
particularly in low-income and disadvantaged
communities; complementing other funding
sources to maximize these greenhouse gas
(GHG) reductions and community benefits;
and, pursuit of innovative policies and
programs that are replicable and can be
scaled up across multiple jurisdictions.

Activities:
The activities include the completion of
energy audits at Narragansett Indian Tribe
(NIT) owned and operated buildings to
identify priority energy efficiency measures
(EEMs) that would reduce energy
consumption and associated costs;
implementation of identified priority energy
efficiency measures (EEMs), including

EPA_00074146

EPA_00074148

EPA_00074149

EPA_00074150

EPA_00074151

building energy management systems; installation of solar (rooftop, carport, and ground-mounted) on six Narragansett Indian Tribe-owned and operated buildings; and installation of battery storage systems to replace propane and diesel generators at eight Narragansett Indian Tribe-owned and operated buildings.

Outcomes:
The anticipated deliverables include: The completion of comprehensive energy audits on all Tribal owned facilities and the implementation of priority energy efficiency measures; a strategy to replicate energy efficiency measures across all Tribal buildings; installation of solar photovoltaic (PV) and battery storage on Tribal-owned facilities; and educational opportunities for Tribal members on energy-efficiency efforts and solar/battery installations.

The expected outcomes include: Reduced greenhouse gas (GHG) emissions by 39.32 Million Tonnes (MT) of carbon dioxide equivalent (CO2e) annually, beginning in 2030, through energy efficiency measures; reduced greenhouse gas (GHG) emissions by 246.02 Million Tonnes (MT) of carbon dioxide equivalent (CO2e) annually, beginning in 2029, through solar photovoltaic (PV) and battery installation; decreased energy usage and costs; reduced Criteria Air Pollutants, which benefits public health; improved energy resilience and reduced dependence on fossil fuels; and increased awareness of energy efficiency best practices and solar photovoltaic (PV) installation efforts and opportunities.

The intended beneficiaries include the Narragansett Indian Tribe, its members, the larger community, and visitors to Tribal facilities. With asthma and cancer rates in the 80-90th percentile on Tribal lands, deploying these greenhouse gas (GHG) reduction measures will improve air quality on Tribal lands and in the surrounding Town of Charlestown, where the majority of Tribal members reside.

Subrecipient:
No subawards are included in this assistance agreement.

| NATIONAL CAUCUS AND CENTER ON BLACK AGING, INC. | 1220 L Street, NW, WASHINGTON, DC 20005-4023 | 1/17/25 |
|---|---|---|

| 1/23/25 | Not for Profit | A - Augmentation: Increase | WALKER ONEIL | 202-564-8521 |
|---------|----------------|----------------------------|--------------|--------------|
|         |                |                            |              |              |

EPA_00074154

| $1,896,077.00 | $110,000.00 | 98 | 84049801-8 | USEPA EPA HQ |
|---|---|---|---|---|

Environmental Programs Assistance Act of 1984 (PL 98-313)



EPA_00074156

| | |
|---|---|
| 66.508 / Senior Environmental Employment Program | $0.00 |

| $2,456,095.00 | 12/15/22 - 12/14/25 | Senior Environmental Employment (SEE) Program - U.S. EPA offices in Center for Environmental Solutions and Emergency Response (CESER) |
|---|---|---|

Description:
The Senior Environmental Employment
(SEE) Program provides an opportunity for
retired and unemployed older Americans
aged 55 and over to share their expertise with
the Environmental Protection Agency
(EPA).

Activities:
The purpose of this cooperative agreement is
to provide administrative, technical, and
professional support through Senior
Environmental Employment (SEE) Program
enrollees to work with the Office of Pesticide
Programs, Center for Environmental
Solutions and Emergency Response, Office
of Research and Development
(CESER/ORD) in Ada, OK; RTP, NC;
Washington, DC

Outcomes:
The anticipated deliverable for the grantee
organization is to provide SEE Enrollees to
assistance the EPA in meeting its mission.
Direct beneficiaries of this program include
the public and the grantee organization,
National Caucus and Center on Black Aging
(NCCBA). There are no subrecipient
activities.

Subrecipient:
No subawards are included in this assistance
agreement.

| NATIONAL CAUCUS AND CENTER ON BLACK AGING, INC. | 1220 L Street, NW, WASHINGTON, DC  20005-4023 | 1/17/25 |
|---|---|---|
| National Caucus & Center on Black Aging Inc | 1220 L Street, NW, Washington, DC  20005-4023 | 1/17/25 |

| 1/23/25 | Not for Profit | A - Augmentation: Increase | WALKER ONEIL | 202-564-8521 |

| 1/23/25 | Not for Profit | A - Augmentation: Increase | WALKER ONEIL | 202-564-8521 |

| | | | | |
|---|---|---|---|---|
| $1,043,500.00 | $229,000.00 | 98 | 84062201-5 | USEPA EPA HQ |
| $2,142,425.00 | $116,100.00 | 98 | 84049901-C | USEPA EPA HQ |

Environmental Programs Assistance Act of 1984 (PL 98-313)

Environmental Programs Assistance Act of 1984 (PL 98-313)

EPA_00074163

66.508 / Senior Environmental Employment Program                    $0.00

66.508 / Senior Environmental Employment Program                    $0.00

| | | |
|---|---|---|
| $1,766,203.00 | 9/1/23 - 8/31/26 | To provide supportive to the Office of Water through the Senior Environmental Employment Program. |
| $2,625,027.00 | 1/15/23 - 1/14/26 | Senior Environmental Employment (SEE) Program - U.S. EPA offices in Center for Environmental Measurement and Modeling (CEMM). |

Description:
The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).

Activities:
The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment Program enrollees to work with the Office of Water (OW) in Washington, DC.

Outcomes:
The anticipated deliverable and expected outcomes for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Caucus and Center on Black Aging, Inc.

Subrecipient:
No subawards are included in this assistance agreement.

Description:
The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).

Activities:
The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Center for Environmental Measurement and Modeling, Office of Research and Development (CEMM/ORD), in RTP, NC; Narragansett, RI; Athens, GA; Gulf Breeze, FL; Cincinnati, OH.

Outcomes:
The anticipated deliverable for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Caucus and Center on Black Aging (NCCBA). There are no subrecipient activities.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00074166

| NATIONAL EXPERIENCED WORKFORCE SOLUTIONS INC | 3811 North Fairfax Drive, ARLINGTON, VA 22203-1757 | 1/17/25 |
|---|---|---|
| Natl Asian Pacific Center on Aging | 1511 Third Avenue Melbourne Tower, Seattle, WA 98101-1667 | 1/17/25 |

| | | | | |
|---|---|---|---|---|
| 1/23/25 | Not for Profit | A - Augmentation: Increase | WALKER ONEIL | 202-564-8521 |
| 1/23/25 | Not for Profit | A - Augmentation: Increase | KAMYAR KOMEILI BIRJANDEE | 202-564-4213 |

| | | | | |
|---|---|---|---|---|
| $1,537,000.00 | $500,000.00 | 08 | 84092801-1 | USEPA EPA HQ |
| $2,984,960.00 | $594,717.00 | 07 | 84053701-D | USEPA EPA HQ |

Environmental Programs Assistance Act of 1984 (PL 98-313)

Environmental Programs Assistance Act of 1984 (PL 98-313)

EPA_00074170

66.508 / Senior Environmental Employment Program    $0.00

66.508 / Senior Environmental Employment Program    $0.00

| | | |
|---|---|---|
| $14,628,268.00 | 7/1/24 - 6/30/29 | To provide technical assistance to Office of Pesticide Programs, Office of Chemical Safety and Pollution Prevention (OPP OCSPP) SEE Program |
| $4,522,862.00 | 11/1/22 - 10/31/25 | Senior Environmental Employment (SEE) Program - Center for Public Health and Environmental Assessment |

EPA_00074172

Description:
The Senior Environmental Employment
(SEE) Program provides an opportunity for
retired and unemployed older Americans
aged 55 and over to share their expertise with
the Environmental Protection Agency.

Activities:
The purpose of this cooperative agreement is
to provide administrative, technical, and
professional support through Senior
Environmental Employment (SEE) Program
enrollees to work with the Office of Pesticide
Programs, Office of Chemical Safety and
Pollution Prevention (OPP OCSPP);
Washington, DC.

Outcomes:
The anticipated deliverable and expected
outcomes for the grantee organization is to
provide SEE Enrollees to assistance the EPA
in meeting its mission. Direct beneficiaries of
this program include the public and the
grantee organization, National Experienced
Workforce Solutions, Inc.

Subrecipient:
No subawards are included in this assistance
agreement.

Description:
The Senior Environmental Employment
(SEE) Program provides an opportunity for
retired and unemployed older Americans age
55 and over to share their expertise with the
Environmental Protection Agency (EPA).

Activities:
The purpose of this cooperative agreement is
to provide administrative, technical, and
professional support through Senior
Environmental Employment (SEE) Program
enrollees to work with the Center for Public
Health and Environmental Assessment/Office
of Research and Development
(CPHEA/ORD).

Outcomes:
The anticipated deliverable for the grantee
organization is to provide SEE enrollees to
assist the EPA in meeting its mission. Direct
beneficiaries of this program include the
public and the grantee organization, National
Asian Pacific Center on Aging (NAPCA).

Subrecipient:
No subawards are included in this assistance
agreement.

EPA_00074173

| NavajoTUA - NAVAJO TRIBAL UTILITY AUTHORITY | PO BOX 170, FORT DEFIANCE, AZ 86504-1520 | 1/16/25 |

EPA_00074174

| 1/22/25 | Indian Tribe | N - New Project | MATTHEW NULL | 213-244-1827 |

EPA_00074175

| | | | | |
|---|---|---|---|---|
| $2,636,600.00 | $2,636,600.00 | 02 | 97T17001-0 | USEPA EPA R9 |

2018 (PL 115-123),Clean Water Act: Title VI & Infrastructure Investment and Jobs Act (IIJA)(PL 117-58),Further Additional Supplemental Appropriations for Disaster Relief Requirements Act

EPA_00074177

66.458 / Capitalization Grants for Clean Water State Revolving Funds     $0.00

EPA_00074178

| $2,636,600.00 | 1/25/25 - 10/1/26 | State Revolving Fund- BIL Supplement |
|---|---|---|

EPA_00074179

Description:
The agreement provides funding to the Navajo Tribal Utility Authority (NTUA) to implement projects and activities that improve wastewater sanitation services for Federally recognized Indian tribes and/or Alaskan Native Villages. Specifically, the recipient will evaluate the condition of the sanitary sewer collection system and develop recommendations and cost estimates for the repair, rehabilitation, and/or replacement of system components.

This agreement provides federal funding in the amount of $2,636,600.

Activities:
The activities include completing an evaluation and recommendation for improvements to the community sanitary sewer collection system.
At a minimum the SSES proposes to address the following general elements:
a) Corrosion Defect Identification
b) Manhole Inspections
c) Inflow and Infiltration Detection
d) Closed Circuit Television Inspection
e) Pump Station Performance and Adequacy

The repair, rehabilitation and/or replacement plan (RRR Plan) for the collection system shall use the SSES to inform the development of recommendations to correct deficiencies cited in the components of the

EPA_00074180

EPA_00074181

EPA_00074182

EPA_00074183

EPA_00074184

EPA_00074185

EPA_00074186

collection system. At a minimum the RRR Plan proposes to address the following general elements:
a) Ranking of all identified defects using NASCCO PACP and MACP standards.
b) Categorization of each defect requiring RRR.
c) Estimated cost of RRR.
d) Schedule for proposed RRR activities.
e) Plan for funding RRR activities.

Outcomes:
The anticipated deliverables include:
i. By September 30th, 2025, NTUA and EPA WaterTA intend to complete contract documents needed for the solicitation of a sanitary sewer evaluation study (SSES) and subsequent repair, rehabilitation and replacement plan (RRR Plan).
ii. By January 31st, 2026, NTUA intends to secure a contract for the completion of a SSES and RRR Plan.
iii. By December 31st, 2026, NTUA intends to submit a draft SSES for EPA review.
iv. By December 31st, 2027, NTUA intends to submit a draft RRR Plan for EPA review.

v. By September 30th, 2028, finalize all work plan tasks, submit final programmatic and financial reports, and initiate grant close-out.

vi. The project supports EPA&rsquo;s Strategic Plan, Objective 5.2 Protect and Restore Waterbodies and Watersheds.

EPA_00074188

EPA_00074189

EPA_00074190

EPA_00074191

EPA_00074192

EPA_00074193

The expected outcomes include:
Work Plan Component Output/Deliverable
Site Visit Report / Site Map
Utility Location Utilities Map
RFQ / Bid Package  Solicitation Package
Advertise Bid Package  Web /  Bulletin
Posting
Pre-Bid Meeting  Sign-In Sheet
Review Proposals / Bids  Technical
Evaluation
Contractor Selection  Notice of Selection
Agreement Finalized  Signed Agreement
Document
Schedule of Work and Values Gantt Chart:
Tasks and Values
Kick-Off Meeting  Agenda
Sewer Evaluation San. Sewer Evaluation
Study
Recommendations and Costs Development
RRR Plan and Cost Estimate
Acceptance of Work and Final Payment
Finalized SSES and RRR Plan
Develop/ Update IHS SDS Project SDS
Assigned Project Number
Develop Funding Application Completed
Funding Application
EPA Financial Requirements Final Federal
Financial Report (SF-425) submitted to EPA
Finance Office
EPA Programmatic Requirements Final
report submitted to EPA Program Office

The intended beneficiaries include:
Communities and Receiving Water Bodies.
The project supports EPA&rsquo;s Strategic
Goal 5: Ensure Clean and Safe Water for All
Communities, Objective 5.2: Protect and
Restore Waterbodies and Watersheds.

Subrecipient:
No subawards are included in this assistance
agreement.

EPA_00074194

| NavajoTUA - NAVAJO TRIBAL UTILITY AUTHORITY | PO BOX 170, FORT DEFIANCE, AZ   86504-1520 | 1/16/25 |
| --- | --- | --- |

EPA_00074195

| 1/22/25 | Indian Tribe | N - New Project | MATTHEW NULL | 213-244-1827 |
|---------|--------------|-----------------|--------------|--------------|

EPA_00074196

| $1,778,000.00 | $1,778,000.00 | 02 | 97T17201-0 | USEPA EPA R9 |
|---|---|---|---|---|

Clean Water Act: Sec. 518(c)



EPA_00074198

| 66.458 / Capitalization Grants for Clean Water State Revolving Funds | $0.00 |
|---|---|

EPA_00074199

| $1,778,000.00 | 1/25/25 - 9/30/27 | Clean Water Indian Set-Aside Chinle Sanitary Sewer Evaluation Project |
|---|---|---|

EPA_00074200

Description:
The agreement provides funding to the
Navajo Tribal Utility Authority (NTUA) to
implement projects and activities that
improve wastewater sanitation services for
Federally recognized Indian tribes and/or
Alaskan Native Villages.  Specifically, the
recipient will evaluate the condition of the
sanitary sewer collection system and develop
recommendations and cost estimates for the
repair, rehabilitation, and/or replacement of
system components.

This agreement provides federal funding in
the amount of $1,778,000.

Activities:
The activities include completing an
evaluation and recommendation for
improvements to the community sanitary
sewer collection system.
At a minimum the SSES proposes to address
the following general elements:
a) Corrosion Defect Identification
b) Manhole Inspections
c) Inflow and Infiltration Detection
d) Closed Circuit Television Inspection
e) Pump Station Performance and Adequacy


The repair, rehabilitation and/or replacement
plan (RRR Plan) for the collection system
shall use the SSES to inform the
development of recommendations to correct
deficiencies cited in the components of the



EPA_00074202



EPA_00074203



EPA_00074204



EPA_00074205



EPA_00074206



EPA_00074207

collection system. At a minimum the RRR Plan proposes to address the following general elements:
a) Ranking of all identified defects using NASCCO PACP and MACP standards.
b) Categorization of each defect requiring RRR.
c) Estimated cost of RRR.
d) Schedule for proposed RRR activities.
e) Plan for funding RRR activities.

Outcomes:
The anticipated deliverables include:
i. By September 30th, 2025, NTUA and EPA WaterTA intend to complete contract documents needed for the solicitation of a sanitary sewer evaluation study (SSES) and subsequent repair, rehabilitation and replacement plan (RRR Plan).
ii. By January 31st, 2026, NTUA intends to secure a contract for the completion of a SSES and RRR Plan.
iii. By December 31st, 2026, NTUA intends to submit a draft SSES for EPA review.
iv. By December 31st, 2027, NTUA intends to submit a draft RRR Plan for EPA review.

v. By September 30th, 2028, finalize all work plan tasks, submit final programmatic and financial reports, and initiate grant close-out.

vi. The project supports EPA&rsquo;s Strategic Plan, Objective 5.2 Protect and

EPA_00074208



EPA_00074209





EPA_00074211



EPA_00074212



EPA_00074213



EPA_00074214

Restore Waterbodies and Watersheds.

The expected outcomes include:
Work Plan Component Output/Deliverable
Site Visit Report / Site Map
Utility Location Utilities Map
RFQ / Bid Package  Solicitation Package
Advertise Bid Package  Web /  Bulletin
Posting
Pre-Bid Meeting  Sign-In Sheet
Review Proposals / Bids  Technical
Evaluation
Contractor Selection  Notice of Selection
Agreement Finalized  Signed Agreement
Document
Schedule of Work and Values Gantt Chart:
Tasks and Values
Kick-Off Meeting  Agenda
Sewer Evaluation San. Sewer Evaluation
Study
Recommendations and Costs Development
RRR Plan and Cost Estimate
Acceptance of Work and Final Payment
Finalized SSES and RRR Plan
Develop/ Update IHS SDS Project SDS
Assigned Project Number
Develop Funding Application Completed
Funding Application
EPA Financial Requirements Final Federal
Financial Report (SF-425) submitted to EPA
Finance Office
EPA Programmatic Requirements Final
report submitted to EPA Program Office

The intended beneficiaries include:
Communities and Receiving Water Bodies.
The project supports EPA&rsquo;s Strategic
Goal 5: Ensure Clean and Safe Water for All
Communities, Objective 5.2: Protect and
Restore Waterbodies and Watersheds.


Subrecipient:
No subawards are included in this assistance
agreement.

| | | |
|---|---|---|
| NEW ENGLAND INTERSTATE WATER POLLUTION CONTROL COMMISSION | 650 Suffolk Street, Suite 410, Lowell, MA  01854 | 1/16/25 |

EPA_00074216

| 1/22/25 | Interstate | A - Augmentation: Increase | SHANA ETHERIDGE | 202-564-9777 |
|---------|-----------|---------------------------|-----------------|--------------|

EPA_00074217

| | | | | |
|---|---|---|---|---|
| $120,000.00 | $20,000.00 | 05 | 84039101-3 | USEPA EPA HQ |

Clean Water Act: Sec. 104(b)(3)

EPA_00074219

| | |
|---|---|
| 66.436 / Surveys, Studies, Investigations, Demonstrations, and Training Grants and Cooperative Agreements - Section 104(b)(3) of the Clean Water Act | $0.00 |

EPA_00074220

| $200,000.00 | 6/1/22 - 4/30/27 | Multimedia 303(d) Success Story Creation and Dissemination (NPA X) |
|---|---|---|

Description:
The purpose of this award is to build state, tribal, and local capacity to communicate 303(d) program successes in restoring waters and to raise public awareness of activities conducted by these entities to correct water quality impairments. To accomplish this goal, NEIWPC will convene a workgroup of interested and communications savvy professionals from EPA, state, territorial, and tribal 303(d) programs to help identify potential topics to prioritize for communications product creation. Examples of those topics could include successes related to nutrients, bacteria, environmental justice, climate change, 303(d) list prioritization, alternative approaches, engagement and partnerships, and protection. NEIWPCC, with support from the workgroup and input from EPA, will gather information on potential success stories from 303(d) program staff and review the submitted story ideas to identify common themes, topics, and approaches. The primary deliverables from this award will be synopses of successful restoration projects stories that will be developed into a one- to two-page sharable write-up and at least one other communication product, which may include a StoryMap, podcast episode, infographic, or other tool, to engage a broader audience, including states, tribes, municipalities, and the general public.

Activities:
.


Outcomes:
.


Subrecipient:
No subawards are included in this assistance agreement.

| NEW YORK CITY SCHOOL BUS UMBRELLA SERVICES INC | 297 NORMAN AVE, BROOKLYN, NY  11222-3734 | 1/17/25 |
| --- | --- | --- |

EPA_00074223

| 1/23/25 | Not for Profit | N - New Project | CALLETTA BRYAN | 212-637-3421 |
|---------|----------------|-----------------|----------------|--------------|
|         |                |                 |                |              |

EPA_00074224

| $39,035,500.00 | $39,035,500.00 | 07 | 96275625-0 | USEPA EPA R2 |
|---|---|---|---|---|

EPA_00074225

Clean Air Act: Sec. 132

EPA_00074226

66.049 / Clean Heavy-Duty Vehicles Program

$0.00

| $55,066,465.00 | 3/1/25 - 8/31/27 | EmpowerNY: Electrifying Education with Sustainable School Buses |
| --- | --- | --- |

EPA_00074228

Description:
The agreement provides funding under the Inflation Reduction Act (IRA) to NYC School Bus Umbrella Services, Inc. (NYCSBUS) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 2. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in New York City and upstate New York.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles. NYC School Bus Umbrella Services, Inc. (NYCBUS) and New York State Education Department (NYSED) will engage with their utility providers, install chargers and infrastructure for the new zero-emission buses, sell the diesel buses that will be replaced, and buy zero-emission buses. NYCBUS staff will receive zero-emission buses training. NYCBUS will work with the

EPA_00074229



EPA_00074230



EPA_00074231



EPA_00074232



EPA_00074233



EPA_00074234



EPA_00074235

school districts and provide community outreach to engage with and educate the community on zero-emission buses.

Outcomes:
The anticipated deliverables include replacing diesel buses with zero-emission buses and installing DC fast charging ports for each vehicle. Training will be provided to staff, drivers, mechanics, and public safety officials about how to properly operate and maintain the zero-electric buses and chargers, and community forums and a website will be developed to engage with and educate the community. The expected outcomes include reduced greenhouse gas and criteria pollutant emissions, decreased fuel consumption, improved air quality, reduced student absenteeism, reduced bus idling, decreased bus maintenance, trained staff, expanded lifespan of buses, improved safety, and increased public awareness and understanding about the environmental and economic effectiveness of the implemented technology. The intended beneficiaries include NYCSBUS (grantee) and New York State Education Department (subgrantee). Other beneficiaries include the disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
New York State Education Department (NYSED) will replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles, purchasing, installing, operating, and maintaining charging equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles for New York school districts serving Saint Regis Mohawk Tribe students.

| nycdocas4549 - NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES | 1 Centre St, New York, NY 10007-1630 | 1/17/25 |
| --- | --- | --- |

EPA_00074237

| 1/23/25 | Township | N - New Project | MICHELE JUNKER | 212-637-3418 |

EPA_00074238

| $17,345,895.00 | $17,345,895.00 | 10 | 96285700-0 | USEPA EPA R2 |
|---|---|---|---|---|

EPA_00074239

Clean Air Act: Sec. 132

EPA_00074240

66.049 / Clean Heavy-Duty Vehicles Program                                      $0.00

| $30,361,175.00 | 12/1/24 - 12/1/27 | NYC Clean Heavy-Duty Fleet Transition Program |

EPA_00074242

Description:
The agreement provides funding under the Inflation Reduction Act (IRA) to New York City Department of Citywide Administrative Services (DCAS) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 2. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the Vocational Vehicles Sub-Program, resulting in cleaner air and improved health for communities in New York City, New York.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.

Outcomes:
The anticipated deliverables include replacing Class 6 and Class 7 internal combustion engine, heavy-duty vehicles and installing DC fast chargers.

The expected outcomes include reduced

EPA_00074244

EPA_00074245

EPA_00074246

EPA_00074247

EPA_00074249

greenhouse gas emissions and noise pollution, cost savings, reduced diesel truck idling, expanded access to charging infrastructure, trained staff, expanded workforce, improved air quality in communities in which the vehicles operate, and increased awareness about the benefits of electric vehicles.

The intended beneficiaries include DCAS (grantee), the Department of Correction (partner), The Department of Sanitation (partner), the New York City Department of Transportation (partner), the Department of Environmental Protection (partner), and Con Edison (partner). Other beneficiaries include community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
The activities implemented through subawards include the replacement of non-zero-emission heavy-duty vehicles with new zero-emission vehicles, installation of direct current fast chargers, and work force training.

EPA_00074250

| | | |
|---|---|---|
| ocwut5638 - OKLAHOMA CITY WATER UTILITIES TRUST | 420 W MAIN ST STE 500, OKLAHOMA CITY, OK 73102-4406 | 1/21/25 |

| 1/24/25 | Municipal | N - New Project | OSWALD TAYLOR | 214-665-7527 |

EPA_00074252

| | | | | |
|---|---|---|---|---|
| | $5,000,000.00 | 05 | 02F77801-0 | USEPA EPA R6 |



2022 Consolidated Appropriations Act (PL 117-103)

EPA_00074254

| 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|

| | | |
|---|---|---|
| $5,000,000.00 | 1/1/24 - 9/30/27 | Oklahoma City Water Utilities Trust for Wastewater Treatment Plant Upgrades |

**Description:**
This agreement provides funding to Oklahoma City Water Utilities Trust to implement its project to Wastewater Treatment Plant Upgrades as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

**Activities:**
The activities to be performed include the execution and implementation of a Clean water wastewater infrastructure construction project. Workplan activities consist of wastewater treatment plant improvements.

**Outcomes:**
The anticipated deliverables include rehabilitating influent structures at the plant and improvements to primary treatment mechanisms (i.e., clarifier components).

The expected outcomes include benefits such as improved safety for plant operators, protection of various components susceptible to corrosion, better sludge density (which will reduce need for treatment chemicals such as polymer downstream), and potential energy savings due to less stress on sludge pumps (such as return activated sludge pumps).

The intended beneficiaries include citizens of the Oklahoma City metropolitan area.

Subrecipient:

| | | |
|---|---|---|
| olf6310 - OUTDOOR LAB FOUNDATION | 3000 YOUNGFIELD ST STE 167, WHEAT RIDGE, CO 80215-6550 | 1/21/25 |

EPA_00074258

| 1/24/25 | Not for Profit | | N - New Project | EMILY CRAWFORD-BLOCK | 303-312-6037 |

EPA_00074259

| | $100,000.00 | 07 | 00I30000-0 | USEPA EPA R8 |
|---|---|---|---|---|

EPA_00074260

National Environmental Educ. Act: Sec. 6

EPA_00074261

| 66.951 / Environmental Education Grants | $0.00 |

| $137,500.00 | 2/1/25 - 1/31/27 | Outdoor Lab Food Waste Program and Career Pathways Program |

EPA_00074263

Description:
This project provides funding to Outdoor Lab Foundation to implement its project, which will design, demonstrate, and disseminate environmental education practices, methods, and techniques, that will serve to increase environmental literacy and encourage behavior that will benefit the environment in Jefferson County, Colorado. The grantee will do this by expanding and enhancing the food waste and recycling curriculum within Outdoor Lab&rsquo;s Sustainability Unit and the Food Waste Reduction Program. The Program will educate 5,000 sixth graders per year on the environmental benefits of reducing waste going to landfills.

Activities:
This project will increase public awareness and knowledge about environmental issues in Jefferson County, Colorado and provide students, teachers, community members the skills necessary to make informed decisions and to take responsible actions. Activities to be performed during this project period include:

-Recruit 80 interns to serve as supervisors of high school leaders and lead instructors.
-Recruit 2,000 high school leaders to serve as caring young adult mentors and instructors for Outdoor Lab between August 2024 and June 2026.

EPA_00074265

EPA_00074266

EPA_00074267

EPA_00074268

EPA_00074269

EPA_00074270

-Collaborate with teachers, partners, and subaward recipients to update the Sustainability unit curriculum. Coordinate four work sessions with peers and colleagues.
-Weave EPA Environmental Education guidelines and resources into our existing program.
-Ensure the sustainability unit and food waste class are extensions of the 6th grade&rsquo;s Ecology science unit and aligns with Next Generation Science Standards.
-Coordinate with neighborhood schoolteachers and principals to ensure the Sustainability Unit and other courses within Outdoor Lab can be tailored to fit the needs of specific populations of students.

Outcomes:
It is anticipated that this project will result in the following deliverables:
-Issue an updated Sustainability Unit curriculum for Outdoor Lab by January 2025. The new curriculum will utilize EPA Environmental Education Guidelines and build on food waste, composting, and recycling lessons already in place.
-Complete training and education of 80 interns on the new Sustainability Unit curriculum by June 2026.
-Train and resource 2,000 high school leaders to implement new Sustainability Unit curriculum between August 2024 and June

EPA_00074271

EPA_00074272

EPA_00074273

EPA_00074274

EPA_00074275

EPA_00074276

EPA_00074277

2026.
-Educate 10,000 6th graders (approximately 3,000 from underserved backgrounds) through Outdoor Lab&rsquo;s Sustainability Unit between August 2024 and June 2026. The unit explores how the breaking down and building up of organic matter demonstrates energy flow and mater cycling.

Subrecipient:
1. Jefferson County School District (Local Education; K-12 Public Schools) - $5,000 &ndash; Support to update and expand Outdoor Lab&rsquo;s Sustainability unit and train interns in Leave No Trace 1 and Wilderness First Aid.
2. Red Rocks Community College (Local Education; K-12 Public Schools) - $5,000 &ndash; Support to establish a voucher program for Outdoor Lab interns to access environmental education classes upon internship completion.
3. Colorado Alliance for Environmental Education (NGO or Tribal Organization &ndash; 501(C)(3)) - $5,000 &ndash; Support to provide vouchers for environmental educator professional development and credentialing for qualifying High School Leaders and Interns.
4. National Outdoor Leadership School (NGO or Tribal Organization &ndash; 501(C)(3)) - $5,000 &ndash; To provide custom trainings to second year interns in Leave No Trace Level 2.
5. Jeffco Public Schools Foundation (NGO or Tribal Organization &ndash; 501(C)(3)) - $5,000 &ndash; To support a teacher&rsquo;s forum to help Outdoor Lab staff gather input and ideas for strategic goals, curriculum development, and evaluation measures for future Outdoor Lab programming.

| PalmBchCoGov - COUNTY OF PALM BEACH | 2300 North Jog Road, West Palm Beach, FL 33411-4700 | 1/17/25 |
|---|---|---|

EPA_00074279

| 1/23/25 | County | N - New Project | LAURA FOWLER | 404-562-8427 |
|---------|--------|-----------------|--------------|--------------|
|         |        |                 |              |              |

| $3,000,000.00 | $3,000,000.00 | 22 | 03D33525-0 | USEPA EPA R4 |
|---|---|---|---|---|

Clean Air Act: Sec. 138



EPA_00074282

| | |
|---|---|
| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |

EPA_00074283

| $3,000,000.00 | 6/1/25 - 5/31/28 | Environmental and Climate Justice Block Grant Program |
|---|---|---|

Description:
This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience.  Specifically, the project will empower disadvantaged communities members to participate in climate resiliency planning by training 180 Community Supporter staff on PBC climate government planning processes and investment opportunities.

Activities:
The activities include but are not limited to the following: instructing participants on disadvantage community climate change impacts, training grassroot leaders on how to integrate climate resilience into their business operations, missions and programming, and training participants on a deeper understanding of climate resilience and emergency preparedness.

Outcomes:
The anticipated deliverables include: outreach and engagement, formation of advisory committee, community supporter trainings and leadership development, staff engagement with disadvantaged communities. The expected outcomes include: building disadvantaged community's capacity to engage in local government resilience and sustainability LGRS programs, increase community-based organization CBO and resident climate literacy, provide municipal partners and municipal engagement opportunities with the Advisory Council and Community Supporters, enhance local government opportunities to make climate resilience investments in Disadvantaged Communities, The intended beneficiaries are disadvantaged communities.

Subrecipient:
The activities to be implemented through subawards include but are not limited to the following: technical analysis, facilitating collaboration with community-based organizations, lead applicant and residents, reporting, training and leadership development.

EPA_00074285

| PHYSICIANS, SCIENTISTS, AND ENGINEERS FOR SUSTAINABLE AND HEALTHY ENERGY, INC. | HEALTHY ENERGY INC., OAKLAND, CA 94612-2248 | 1/16/25 |
|---|---|---|

EPA_00074286

| 1/22/25 | Not for Profit | N - New Project | JENNIFER BROOKS | 202-564-6374 |

EPA_00074287

| $500,000.00 | $500,000.00 | | 12 | 84085101-0 | USEPA EPA HQ |

EPA_00074288

Clean Air Act: Sec. 103,Clean Water Act: Sec. 104

EPA_00074289

66.509 / Science to Achieve Results (STAR) Program                    $0.00

| $1,999,998.00 | 2/1/25 - 1/31/27 | Mixed-Methods Cumulative Impacts Research and Health Analysis to Inform Policy Proposals in Bernalillo County, New Mexico and Richmond County, Georgia |
|---|---|---|

Description:
This research project aims to fill existing gaps in cumulative burden analysis, including air and water pollution burdens, and to better inform locally-tailored policies and strategies to mitigate environmental health disparities in selected partnering underserved communities in Georgia and New Mexico.

Activities:
The research project will develop a statewide cumulative burden index (CBI) for Georgia and New Mexico using a novel health impact analysis method. The project will then integrate community-driven priorities to develop local high-resolution CBIs for Bernalillo County, NM and Richmond County, GA. Finally, the project will apply the analysis to case study that facilities in each county to inform local policy recommendations and identify best practices for similar efforts nationwide.

Outcomes:
Deliverables include annual and final research reports, peer reviewed journal publications, and scientific reports as well as educational materials and policy recommendations for state and local public health agencies, environmental managers, health professionals, and community planners and leaders. Expected outcomes include a reduction of harmful pollutant exposures and a general improvement in environmental health among residents in the

EPA_00074293

EPA_00074294

EPA_00074295

EPA_00074297

EPA_00074298

underserved communities in Georgia and New Mexico. Intended beneficiaries include state and local public health agencies, environmental managers, health professionals, community leaders, and vulnerable populations in the underserved communities in Georgia and New Mexico.

Subrecipient:
University of New Mexico ($389,429) - UNM will provide legal and policy analysis and support engagement with community groups and oversee the engagement activities and qualitative data collection and analysis tasks, working with Dr. Nunez and other co-investigators on analyses for AIM 2.

Los Jardines ($389,454) - Los Jardines will engage community leaders and host grassroots community workshops to disseminate research and to describe broader resident&rsquo;s perspectives on cumulative burdens; conducting community focus groups; and host public convenings to vet qualitative research findings and solidify recommendations for integrating local data.

Georgia Wand ($313,820) - Georgia Wand will engage community leaders and host grassroots community workshops to disseminate research and to describe broader resident&rsquo;s
perspectives on cumulative burdens; conducting community focus groups; and host public convenings to vet qualitative research findings and solidify recommendations for integrating local data.

| | | |
|---|---|---|
| SAINT REGIS MOHAWK TRIBE | 71 Margaret Terrance Memorial Way, AKWESASNE, NY 13655-3109 | 1/17/25 |

EPA_00074300

| 1/23/25 | Indian Tribe | N - New Project | MICHELE JUNKER | 212-637-3418 |
|---------|--------------|-----------------|----------------|--------------|

EPA_00074301

| $99,963.00 | $99,963.00 | 21 | 96219900-0 | USEPA EPA R2 |
|---|---|---|---|---|

Clean Air Act: Sec. 103,Inflation Reduction Act: Sec. 60105(a)

EPA_00074303

| 66.034 / Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act | $0.00 |
|---|---|

| $99,963.00 | 7/1/24 - 6/30/28 | Fenceline and Screening Air Monitoring for the Saint Regis Mohawk Tribe Inflation Reduction Act 60105(a) |
| --- | --- | --- |

Description:
The agreement provides funding under the Inflation Reduction Act (IRA) to the Saint Regis Mohawk Tribe for the expansion and enhancement of their air monitoring activities. Specifically, the recipient will be procuring and installing a monitoring shelter and replacing a carbon monoxide monitor.

Activities:
The activities include the identification of a new location for a monitoring site, site preparation, procurement of a monitoring shelter and carbon monoxide monitor, installation of the new shelter, and installation of air monitoring equipment. Installation of equipment includes relocating equipment from the existing Saint Regis Mohawk Tribe air monitoring site to the new site.

Outcomes:
The anticipated deliverables include a relocation of air monitoring activities to a new site which include the procurement of a new shelter and monitoring equipment. The expected outcomes include enhanced air monitoring for the Saint Regis Mohawk Tribe; increased public awareness of ambient air quality; increased access to information and tools that increase understanding and reduction of environmental and human health risks; and increased sustainability of ambient air monitoring networks. The intended beneficiaries include the members of the Saint Regis Mohawk Tribe, residents of Akwesasne, and users of air quality data.

Subrecipient:
No subawards are included in this assistance agreement.

| SALMON-SAFE | 1001 SE Water Ave, Ste 450, Portland, OR  97214-4201 | 1/16/25 |
| --- | --- | --- |

EPA_00074307

| 1/22/25 | Not for Profit | A - Augmentation: Increase | LACEY DAVIDSON | 206-553-0758 |

EPA_00074308

| | | | | |
|---|---|---|---|---|
| $4,868,232.00 | $1,478,000.00 | 03 | 02J47001-2 | USEPA EPA R10 |

Clean Water Act: Sec. 123; 33 U.S.C. 1275 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00074310

66.962 / Columbia River Basin Restoration Program (CRBRP)    $0.00

| $8,464,510.00 | 1/1/24 - 12/31/29 | Salmon-Safe Columbia Partner Network: Mobilizing Water Quality Protection Actions across the Inland Northwest |
| --- | --- | --- |

EPA_00074312

Description:
The Salmon-Safe Columbia Partner Network will use this funding to advance basin-wide toxic reduction action and enhance climate resiliency in the Columbia River Basin. The environmental benefits of this project consist of healthier river systems and a reduction of impacts of toxics on fish and wildlife. This agreement will be funded under the Infrastructure Investment and Jobs Act.

Activities:
Salmon-Safe will create the Salmon-Safe Columbia Partner Network by leveraging place-based partnerships established in previous project phases with conservation districts, tribes, and conservation organizations. The project will provide multiyear subawards to partners to deliver outreach and technical assistance to over 5,000 farmers and large-scale land managers.

Outcomes:
The anticipated outputs consist of activating the Partner Network, conducting outreach and education to 5,000 or more growers, conducting site assessments and technical assistance to landowners, formalizing Salmon-Safe and Trout-Safe certification commitment for at least 600 farms, establishing market connections, and conducting project report evaluations. The anticipated outcomes consist of improved and expanded relationships, increased

EPA_00074316

EPA_00074317

EPA_00074318

EPA_00074319

awareness in Columbia River Basin of agriculture best management practices, farm restoration planning, certification commitment across 150,000 acres of farmland, and market impact from over six consumer awareness campaigns. This will benefit a wide reach of Columbia River Basin communities within eastern Oregon, North Central Washington, Idaho, western Montana, and western Wyoming.

Subrecipient:
Salmon-Safe will develop a program to deliver sub-awards to 12+ conservation districts, Tribal nations, watershed councils, and place-based conservation organization partners, as well as generate new implementation partnerships. Recruitment of new implementation partners will include a focus on organizations that facilitate outreach to Latino growers and other BIPOC farmers. Subrecipient activities will consist of implementing Salmon-Safe's toxics reduction plan to engage agricultural operations on tributaries, coordinating with expert assessors to apply peer reviewed standards to evaluate watershed impacts from operations, and taking actions to protect water quality. Salmon-Safe has identified four organizations to receive an initial round of sub-awards and participate in rolling out the Partner Network. In the planning phase of this project, Salmon-Safe will further develop the selection process for expanding the Partner Network beginning in year two of grant implementation to an additional 8+ partners. Initial targeted sub-award organizations include a Cascadia Conservation District (north central WA), Palouse Conservation District (southeastern WA), The Nature Conservancy of Idaho (TNC), and Blue Mountain Land Trust (BMLT; south central WA/north central OR).

| SAN CARLOS APACHE TRIBAL COUNCIL | 3A SAN CARLOS AVE., SAN CARLOS, AZ 85550 | 1/17/25 |
|---|---|---|

EPA_00074321

| 1/23/25 | Indian Tribe | N - New Project | KATYA OBREZ | 415-972-3744 |
|---------|--------------|-----------------|-------------|--------------|
| | | | | |

EPA_00074322

| $3,977,000.00 | $3,977,000.00 | 02 | 97T32501-0 | USEPA EPA R9 |
|---|---|---|---|---|

EPA_00074323

Safe Drinking Water Act: Sec. 1452 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

| | |
|---|---|
| 66.468 / Capitalization Grants for Drinking Water State Revolving Funds | $0.00 |

EPA_00074325

| | | |
|---|---|---|
| $3,977,000.00 | 12/1/24 - 1/31/26 | Drinking Water Tribal Set-Aside - BIL - Bylas Wells |

Description:
This agreement provides funding to San Carlos Apache Trbe under the Safe Drinking Water Act (SDWA): Section 1452 and infrastructure Investment and Jobs Act (IIJA) (PL 117-58). The purpose of this agreement is to implement projects and activities that assist public water systems serving tribes to comply with National Primary Drinking Water Regulations (NPDWRs) or otherwise further the health protection objectives of the SDWA. Specifically, the recipient will design and construct wellwater delivery facilities for the two new Bylas wells constructed.

This assistance agreement provides full federal funding in the amount of $3,977,000. Pre-award costs are approved back to 12/01/2024.  See terms and conditions.

Activities:
The activities include design and construction for wellwater delivery facilities from the two new Bylas wells.

Outcomes:
The anticipated deliverables include connection from the Bylas wells to the water system. The expected outcomes include the ability to utilize the new wells as water sources. The intended beneficiaries include the members of the San Carlos Apache Tribe.

Subrecipient:
No subawards are included in this assistance agreement.

| SAN CARLOS APACHE TRIBAL COUNCIL | 3A  SAN CARLOS AVE., SAN CARLOS, AZ  85550 | 1/17/25 |

EPA_00074328

| 1/23/25 | Indian Tribe | N - New Project | KATYA OBREZ | 415-972-3744 |

EPA_00074329

| | | | | |
|---|---|---|---|---|
| $3,205,000.00 | $3,205,000.00 | 02 | 97T32601-0 | USEPA EPA R9 |

Safe Drinking Water Act: Sec. 1452 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00074331

| 66.468 / Capitalization Grants for Drinking Water State Revolving Funds | $0.00 |
| --- | --- |

EPA_00074332

| | | |
|---|---|---|
| $3,205,000.00 | 12/1/24 - 12/31/26 | Drinking Water Tribal Set-Aside - BIL - Gilson Wash |

Description:
This agreement provides funding to the San Carlos Apache Tribe under the Safe Drinking Water Act (SDWA): Section 1452 and infrastructure Investment and Jobs Act (IIJA) (PL 117-58). The purpose of this agreement is to implement projects and activities that assist public water systems serving tribes to comply with National Primary Drinking Water Regulations (NPDWRs) or otherwise further the health protection objectives of the SDWA. Specifically, the recipient will replace hydropneumatic tank, booster pumps, and build a water storage tank with required piping to address water outages/mechanical failures.

This assistance agreement provides full federal funding in the amount of $3,205,000. Pre-award costs are approved back to 12/01/2024. See terms and conditions.

Activities:
The activities include replacement of hydropneumatic pump, booster pumps, build water storage tank with piping.

Outcomes:
The anticipated deliverables include replacement of hydropneumatic tank, booster pumps and a new water storage tank. The expected outcomes include reliable water facilities which are currently subject to frequent outages and unreliable water. The intended beneficiaries include members of the San Carlos Apache Tribe.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00074334

| | | |
|---|---|---|
| SAN CARLOS APACHE TRIBAL COUNCIL | 3A  SAN CARLOS AVE., SAN CARLOS, AZ  85550 | 1/17/25 |
| SC STATE PORTS AUTHORITY | 200 Ports Authority Dr, Mount Pleasant, SC  29464-7998 | 1/16/25 |

| 1/23/25 | Indian Tribe | N - New Project | KATYA OBREZ | 415-972-3744 |
| 1/22/25 | State | N - New Project | JIMMY ROBINSON | 404-562-0000 |

EPA_00074336

| | | | | |
|---|---|---|---|---|
| $1,057,000.00 | $1,057,000.00 | 02 | 97T32701-0 | USEPA EPA R9 |
| $1,325,000.00 | $1,325,000.00 | 01 | 03D31724-0 | USEPA EPA R4 |

Safe Drinking Water Act: Sec. 1459A  & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

Clean Air Act: Sec. 133,Inflation Reduction Act: Sec. 60102

EPA_00074338

| | |
|---|---|
| 66.442 / Assistance for Small and Disadvantaged Communities Drinking Water Grant Program (SDWA 1459A) | $0.00 |
| 66.051 / Clean Ports Program | $0.00 |

| | | |
|---|---|---|
| $1,057,000.00 | 12/1/24 - 1/31/26 | Assistance for Small and Disadvantaged Communities Drinking Water Grant Program - BIL - Peridot |
| $1,325,000.00 | 1/1/25 - 12/31/26 | Clean Ports Program |

Description:
This agreement provides funding under the
Infrastructure Investment and Jobs Act (IIJA)
to San Carlos Apache Tribe to implement
activities that address emerging
contaminants, including Per- and
polyfluoroalkyl substances (PFAS)-
specifically Perfluorobutanesulfonic acid
(PFBS), in tribal drinking water.

This assistance agreement provides full
federal funding in the amount of $1,057,000.
Pre-award costs are approved back to
12/01/2024. See terms and conditions.

Activities:
The activities include: a well with updated
facilities that will be intertied with the drinking
water system.

Outcomes:
Anticipated deliverables include: a new well
pipeline, pumphouse, and facilities that will be
installed.

Subrecipient:
No subawards are included in this assistance
agreement.

Description:
This award approves funding in the amount
of $1,325,000.00 under the Inflation
Reduction Act (IRA) to allow the South
Carolina Ports Authority to conduct a number
of planning activities to reduce emissions at
the port.

Activities:
The activities include updating an emissions
inventory from 2021, conducting a study of
emission reduction strategies for their
operations, developing a resiliency plan,
establishing a Community Port Advisory
Committee, and conducting a hydrogen
feasibility study.

Outcomes:
The anticipated deliverables include an
updated emissions inventory, a report on
emission reduction strategies with specific
emission reduction targets, a resiliency
assessment and plan, the establishing of a
Community Port Advisory Committee, and a
feasibility study for the use of hydrogen
equipment at South Carolina Ports Authority
terminals.

The expected outcomes include increased
capacity and understanding of how to reduce
emissions at South Carolina Ports Authority
terminals, increased port resilience to current
and future climate change impacts, improved
relationship with the community, increased

| sga3913 - SEVEN GENERATIONS AHEAD | P.O. Box 3125, Oak Park, IL 60303-3125 | 1/20/25 |