| 1/23/25 | Not for Profit | N - New Project | KENDRA KOZAK | 312-353-8834 |
|---------|----------------|-----------------|--------------|--------------|

| | | | | |
|---|---|---|---|---|
| | $1,817,535.00 | 07 | 00E04060-0 | USEPA EPA R5 |

Clean Air Act: Sec. 138

EPA_00074345

| | |
|---|---|
| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |

EPA_00074346

| | | |
|---|---|---|
| $1,817,535.00 | 2/1/25 - 1/31/28 | Cross Community Climate Collaborative (C4) |

EPA_00074347

community participation in port planning and decision making, a better understanding of impacts on workers at the port, and increased transparency in planning activities.

The intended beneficiaries include South Carolina Ports Authority as well as the workers there and the surrounding communities.

Subrecipient:
No subawards are included in this assistance agreement.

Description:
This agreement provides funding under the Inflation Reduction Act (IRA) to Seven Generations Ahead.  Specifically, the project will establish the Cross Community Climate Collaborative (C4). C4 is structured to support disadvantaged communities by giving them access to information pertaining to issues that directly impact them. It will also foster relationship-building and fruitful communications with community members and government decision-makers. By creating more informed citizens who have experience interacting with decisionmakers, C4 will develop residents who are well-equipped to advocate for themselves and their communities on matters such as climate change and environmental justice. The project will engage community members from Broadview, Maywood, Bellwood, Hillside, and Berwyn, Illinois. The project will create communities with a higher capacity for communicating cooperatively with decisionmakers and ensuring climate and environmental justice for themselves and others. The communities listed above will have access to ample funding opportunities and necessary resources because C4 intends to build their capacity in grant-writing as well.

Activities:
Seven Generations Ahead will build and enhance their Community Sustainability Working Group Program, further engaging



EPA_00074349



EPA_00074350



EPA_00074351



EPA_00074352



EPA_00074353



EPA_00074354

residents and stakeholders in developing and implementing priority actions. This project, will bring the development of useful tools for tracking climate metrics and goals, such as a Clean Energy Roadmap and a Climate and Equity Dashboard. The involved communities will be connected with federal and state grant writing through the team built by Seven Generations Ahead and their partners. C4 intends to grow its partnership with cities and villages in the area, furthering their impact on low to moderate income communities. Lastly, C4 will implement a 6-8 week Climate &amp; Equity Leadership Lab. This lab was created to educate community members on the state of the climate, equitable clean energy, trending policies/strategies across content areas, and international, national and regional goals. Participants will also get the opportunity to discuss issues with members of the local governing bodies.

Outcomes:
The anticipated deliverables include the establishment of 14 Community Sustainability Working Groups and priority work plans in C4 communities. Energy roadmaps and dashboard prototypes will be developed and implemented. The Leadership Lab will be completed by the end of the project, and presentations with mayors and superintendents will bring new C4 membership to 25 new communities. C4 will submit 4-6 large-scale proposals on behalf of communities involved, and the scopes of



EPA_00074356





EPA_00074358



EPA_00074359



EPA_00074360



EPA_00074361

work will be applied to multiple funding opportunities.

The expected outcomes include progress towards greenhouse gas reduction, equity and sustainability goals, workforce training and jobs linked to new projects, and community stakeholders who are both educated and engaged. The project will create climate, equity and sustainability policies and strategies that support indoor and outdoor air quality improvements, economic benefits for residents and long-term resiliency strategies that help communities deal with extreme heat, flooding and indoor/outdoor air quality and related health issues. The residents of Broadview, Bellwood, Maywood, Hillside, and Berwyn will receive resources and investments to drive sustainability outcomes well after the end of the project.

The intended beneficiaries are disadvantaged communities.

Subrecipient:
The Village of Broadview is the statutory applicant for this grant. The Village of Broadview will receive a subaward for the Community Outreach work done within the program. They will liaise with communities enrolled in the Cross Community Climate Collaborative. They will also provide assistance to the Seven Generations Ahead team through ensuring community concerns are heard and prioritized.

The following subawards are f

| | | |
|---|---|---|
| srni3940 - Stay Ready NOLA, Inc. | 2420 St. Claude Avenue, New Orleans, LA  70117-7717 | 1/17/25 |

EPA_00074363

| 1/23/25 | Not for Profit | N - New Project | ANEDIA FEASTER | 214-665-2267 |

EPA_00074364

| | | | | |
|---|---|---|---|---|
| $19,999,999.00 | $19,999,999.00 | 02 | 02F80101-0 | USEPA EPA R6 |

Clean Air Act: Sec. 138

66.616 / Environmental and Climate Justice Block Grant Program                    $0.00

| $19,999,999.00 | 1/17/25 - 1/31/28 | Stay Ready Solar Project |
|---|---|---|

Description:
This agreement provides funding under the Inflation Reduction Act (IRA) to Stay Ready NOLA, Inc. Specifically, the project will seek to build a Resilience
Hub to enhance community resilience to climate-related emergencies and ensure access to critical support and resources during and after extreme weather events. It will also
provide crucial space for educational initiatives, job training, and more. During Disruption and Recovery modes, the same facility will serve as a home base for the mutual support
electric crews that flood into New Orleans to restore power. The Community Solar Generating Facilities (CSFs) will produce clean, renewable solar energy, reducing the energy burdens for approximately 5,000 qualifying low-income residents by reducing their electric bills by 20% or more.

Activities:
The activities include creating a community resiliency hub and workforce development program.

Outcomes:
The anticipated deliverables include
&#9679; Utilize permeable surfaces to

EPA_00074370

EPA_00074371

EPA_00074372

EPA_00074373

EPA_00074374

EPA_00074375

facilitate ground water filtration.
&#9679; Stormwater retention vaults in excess of code requirements.
&#9679; Native grasses and tree planting.
&#9679; Traffic garden for bike safety training
&#9679; Two new bike racks and two free bike repair stations
&#9679; E-bike storage and charging
&#9679; Resilience Hub energy audit performed.
&#9679; Resilience Hub air sealing completed.
&#9679; Resilience Hub electrification, weatherization, and HVAC upgrades.
&#9679; Solar renewable energy capacity installed  (+/- 363 kWh capacity).
&#9679; Battery storage installed (12hr capacity).
&#9679; GHG emission reduction.
&#9679; Capacity for emergency deployment as a hub for 200+ lineworkers and other emergency responders.
&#9679; Capacity as a cooling center during life-threatening heat waves for 200+ individuals.
&#9679; Capacity for emergency deployment as a community distribution facility for GOHSEP to provide food, water, medicine and other urgently needed supplies.
&#9679; One rear-loader garbage/ recycling truck, waste pre-crusher and two compactors.
&#9679; Diversion and reuse of building materials for maker space and float building

EPA_00074376

EPA_00074377

EPA_00074380

EPA_00074381

EPA_00074382

(80+ cubic yards of waste diverted from landfill).

&#9679; Warehouse and post-disaster bulk waste recycling (240+ cubic yards diverted from landfill).&quot;

&#9679; Resilience Hub solar renewable energy microgrid installed.

&#9679; Resilience Hub electrification.

&#9679; Emergency power backup and charging station during emergencies.

&#9679; Reverse osmosis water purifying system for potable water (100 gallon/min capacity).

&#9679; Water purification system rainwater collection for non-potable use - fire suppression, toilets, showers, laundry, etc. (5,000 gallon tank).

&#9679; One rear-loader garbage/ recycling truck, waste pre-crusher and two compactors.

&#9679; Diversion and reuse of building materials for maker space and float building (80+ cubic yards of waste diverted from landfill).

&#9679; Warehouse and post-disaster bulk waste recycling (240+ cubic yards diverted from landfill).

&#9679; Resilience Hub construction utilizing low-VOC paints and varnishes (250+ gallons replaced)

&#9679; Formaldehyde-free insulation

&#9679; Eco-friendly adhesives and sealants

&#9679; Solar renewable energy capacity installed (3+ MW)

&#9679; Battery storage installations (12hr capacity).

&#9679; GHG emission reductions&quot;

&#9679; Creation of jobs for members of disadvantaged community in GHG emission reducing industry through CSF construction and operation (20% hiring requirement, estimated 4 FTE jobs)

&#9679; Solar renewable energy capacity installed (3+ MW)

&#9679; GHG emission reductions

&#9679; Creation of composting area on excess land area at CSF site (+/- .25 acres)

&#9679;Upgrade of two public bus stops and for promotion of public transportation initiatives

&#9679;New e-bike docking station and fleet of bikes.

&#9679;Workforce training and retention for

EPA_00074383

| THE FRESHWATER TRUST | 700 SW Taylor St, Suite 200, Portland, OR 97205-3339 | 1/16/25 |
| --- | --- | --- |

| 1/22/25 | Not for Profit | A - Augmentation: Increase | LACEY DAVIDSON | 206-553-0758 |
|---------|----------------|----------------------------|----------------|--------------|
|         |                |                            |                |              |

EPA_00074385

| $4,304,040.00 | $1,300,000.00 | 01 | 02J50201-2 | USEPA EPA R10 |
| --- | --- | --- | --- | --- |

Clean Water Act: Sec. 123; 33 U.S.C. 1275 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58)

EPA_00074387

| 66.962 / Columbia River Basin Restoration Program (CRBRP) | $0.00 |
| --- | --- |

EPA_00074388

| $7,466,313.00 | 10/1/23 - 9/30/28 | Mid-Snake Toxics and Runoff Reduction Program |
| --- | --- | --- |

Description:
The Freshwater Trust (TFT) will implement high-impact irrigation upgrades on agricultural fields that reduce the sediment&#8208;associated inorganic mercury and phosphorus runoff that fuel dangerous methylmercury production in the Snake River. The environmental benefits of this project include healthier river systems and a reduction of impacts of toxics on fish and wildlife. This agreement will be funded under the Infrastructure Investment and Jobs Act.

Activities:
TFT will develop a funding and implementation plan and deploy an operational subaward system that identifies high priority projects to maximize mercury reductions. A Coordinating Committee of key funders and implementers will use analytics to identify priority projects, work with agricultural and implementation partners, and use existing credible and transparent systems to account for, track and report overall mercury reduction results.

Outcomes:
The anticipated project outputs include assembling a Coordinating Committee, and designing a subaward system and implementation plan. The anticipated outcomes of this work include a minimum of 2.7M pounds of mercury-laden sediment prevented from entering the Mid-Snake, with an associated reduction in phosphorus load. The anticipated beneficiaries are communities within the Mid-Snake River and Columbia River Basin.

Subrecipient:
This project will launch, grow, and adaptively manage subawards under an outcomes-based funding and implementation plan. TFT anticipates funding 22+ priority subaward projects designed to reduce mercury from entering the Mid-Snake River. To the extent possible, TFT will maximize project investment into communities identified as priorities by the EPA EJ Screen or CJEST tools, or as Idaho Department of Environmental Quality priority nitrate areas.

EPA_00074390

| | | |
|---|---|---|
| TULE RIVER INDIAN TRIBAL COUNCIL | P.O. BOX 589, PORTERVILLE, CA  93258-0589 | 1/17/25 |

EPA_00074391

| 1/23/25 | Indian Tribe | N - New Project | CAITLIN HUI | 415-972-3364 |
|---------|--------------|-----------------|-------------|--------------|

EPA_00074392

| | | | | |
|---|---|---|---|---|
| $272,005.00 | $272,005.00 | 20 | 97T27101-0 | USEPA EPA R9 |

EPA_00074393

Clean Water Act: Sec. 518(c)

EPA_00074394

| | |
|---|---|
| 66.458 / Capitalization Grants for Clean Water State Revolving Funds | $0.00 |

EPA_00074395

| $272,005.00 | 2/3/25 - 12/31/26 | Clean Water Indian Set-Aside - Emerging Contaminants Sampling Program |
|---|---|---|

EPA_00074396

Description:
The agreement provides funding to the Tule River Indian Tribe to investigate the presence of Clean Water Emerging Contaminants (ECs) in their wastewater system and surface water. This will help to address public health risks and potential surface or groundwater contamination related to untreated wastewater. Specifically, the recipient will develop and implement a sampling program to investigate the presence of cyanotoxins and per- and polyfluoroalkyl substances in their wastewater treatment plant effluent, sludge and biosolids, and surface water.

This agreement provides full federal funding in the amount of $272,005. Refer to Terms and Conditions.

Activities:
The activities include procurement of supplies needed for sampling and lab analysis, sampling for the selected emerging contaminants, and subsequent laboratory analysis. Required documents, including a Quality Assurance Project Plan (QAPP) and quarterly reports, will be submitted to EPA.

Outcomes:
The anticipated deliverables include quarterly reports, an EPA-approved QAPP, and laboratory analysis results.
The expected outcomes include the EPA-approved QAPP, a Sampling and Analysis Plan, and four rounds of EC sampling to determine whether the selected ECs are present. If the ECs are identified, this project may inform future wastewater treatment solutions. In any case, this project is intended to kick-start a long-term EC sampling program for the Tribe.
The intended beneficiaries include the residents of the Tule River Reservation.

Subrecipient:
No subawards are included in this assistance agreement.

| VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | P. O. Box 1105, Richmond, VA 23218 | 1/21/25 |
| --- | --- | --- |

EPA_00074398

| 1/24/25 | State | N - New Project | HALEY MCALPINE | 215-814-5281 |
|---------|-------|-----------------|----------------|--------------|
|         |       |                 |                |              |

EPA_00074399

| | | | | |
|---|---|---|---|---|
| | $50,362.00 | 04 | 953A0078-0 | USEPA EPA R3 |

EPA_00074400

Pollution Prevention Act of 1990: Sec. 6605



EPA_00074401

| | |
|---|---|
| 66.708 / Pollution Prevention Grant Program | $0.00 |

EPA_00074402

| $155,098.00 | 1/1/25 - 12/31/26 | VADEQ - FY 2024 &ndash; FY 2025 Pollution Prevention Grant Program |
|---|---|---|

Description:
This grant agreement provides funding to
Virginia Department of Environmental Quality
(VADEQ) for a project that will provide
technical assistance (e.g., information,
training, tools) to businesses to help them
develop and adopt source reduction practices
(also known as pollution prevention (P2)). P2
means reducing or eliminating pollutants from
entering any waste stream or otherwise being
released into the environment prior to
recycling, treatment, or disposal. P2
practices can help businesses save money
by reducing their resource use, expenditures,
waste and liability costs, while at the same
time reducing their environmental footprint
and helping to protect human health and the
environment. Specifically, the project will be
to leverage and build on VADEQ&rsquo;s
highly successful leadership program, the
Virginia Environmental Excellence Program
(VEEP), and encouraging mentoring by
current VEEP members.  VADEQ will
conduct on-site and offsite technical
assistance and on-site P2 walk-throughs at
facilities. This action partially funds the grant
in the amount of $50,362.  Federal funds in
the amount of $27,187 are contingent upon
availability of additional funds.

Activities:
The priorities for P2 technical assistance
(information, training, and tools) align with
one or more of the program&rsquo;s national
emphasis areas (NEAs).  Specifically, the

EPA_00074404



EPA_00074405



EPA_00074406



EPA_00074407



EPA_00074408



EPA_00074409



EPA_00074410

project activities include the adoption and implementation of source reduction strategies and greenhouse gas (GHG) emissions. The implementation of these P2 approaches will help save money by reducing resource use, expenditures, and waste while at the same time reducing the environmental footprint of Virginia manufacturers.  VADEQ will hold four (4) regional one-day workshops, these P2 trainings will combine P2 best practices, off-site technical assistance, training, and themed roundtables and supports business to develop environmental management systems.

Outcomes:
The technical assistance conducted by the grantee will benefit facilities and, if applicable, may address underserved communities. The recipient is expected to report on P2 performance measures (outputs and outcomes) and note who will benefit from the technical assistance as well as commit to following-up with facilities to find out whether the technical assistance was adopted and implemented.

The anticipated deliverables include leveraging and building on VADEQ&rsquo;s highly successful leadership program, the Virginia Environmental Excellence Program (VEEP), and encouraging mentoring by current VEEP members. Trainings will be open to VEEP and non-VEEP members. The workshops will also provide face-to-face networking opportunities to encourage attendees to share and learn from peers. VADEQ will utilize EPA&rsquo;s P2-EJ mapping tool and consult DEQ&rsquo;s Office of Environmental Justice when choosing workshop locations.

The expected outcomes include expanding on previous P2 work in food and beverage manufacturers which will give them the most opportunity to provide their services. The intended beneficiaries include businesses located in underserved disadvantaged communities.

Subrecipient:
No subawards are included in this assistance agreement.

| vons6936 - VILLAGE OF NEW SQUARE | 37 Reagan Rd, NEW SQUARE, NY   10977 | 1/17/25 |
| --- | --- | --- |

EPA_00074412

| 1/23/25 | Township | N - New Project | KELSEY STEELE | 212-637-3457 |
|---------|----------|-----------------|---------------|--------------|
|         |          |                 |               |              |

EPA_00074413

| $2,400,000.00 | $2,400,000.00 | 17 | 96272824-0 | USEPA EPA R2 |
|---|---|---|---|---|

EPA_00074414



2023 Consolidated Appropriations Act (PL 117-328)

EPA_00074415

| 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|

EPA_00074416

| | | |
|---|---|---|
| $2,400,000.00 | 5/1/25 - 11/1/27 | Village of New Square Drainage and Flood Mitigation Improvements Project |

EPA_00074417

**Description:**
This agreement provides funding to the Village of New Square to implement its project for Storm Drainage and Flood Mitigation Improvements as directed in the 2023 Consolidated Appropriations Act.

**Activities:**
The activities to be performed on Storm drainage throughout the Village of New Square will be structured to occur within the four drainage areas within the Village: Area 1 - northwest sector of the Village; Area 2 - The south-central sector downstream of Area 1; Area 3 - southwest sector, collects runoff that discharges to the north branch of the Pascack Brook; and Area 4 - The eastern sector, which receives significant runoff from the Palisades Parkway drainage system, as well as half of the Villages runoff.

**Outcomes:**
The anticipated deliverables which are expected to lead to the planned improvements include:1. The replacement of storm sewers with larger diameter pipes for increased flow capacity and the ability to provide some attenuation of peak flows by providing increased storage capacity;2. Installation of underground storage systems to take peak flows off line to be released slowly off peak;3. Installation of additional storm system inlets such as catch basins; and 4. The select re-routing of storm sewers to new outfalls for the Village of New Square, Town of Ramapo, New York.

**Subrecipient:**
No subawards are included in this assistance agreement.

EPA_00074418

| vons6936 - VILLAGE OF NEW SQUARE | 37 Reagan Rd, NEW SQUARE, NY   10977 | 1/18/25 |
|---|---|---|

EPA_00074419

| 1/23/25 | Township | N - New Project | KELSEY STEELE | 212-637-3457 |
|---------|----------|-----------------|---------------|--------------|
|         |          |                 |               |              |

EPA_00074420

| $14,106,685.00 | $14,106,685.00 | 17 | 96275500-0 | USEPA EPA R2 |
|---|---|---|---|---|

Clean Air Act: Sec. 132



EPA_00074422

| 66.049 / Clean Heavy-Duty Vehicles Program | $0.00 |
| --- | --- |

EPA_00074423

| | | |
|---|---|---|
| $26,709,597.00 | 2/1/25 - 7/31/27 | Village of New Square - Zero Emissions School Bus (ZESB) Project |

EPA_00074424

Description:
The agreement provides funding under the Inflation Reduction Act (IRA) to Village of New Square to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 2. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Rockland County, New York.

Activities:
The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.

Outcomes:
The anticipated deliverables include replacing Class 7 diesel buses with zero-emission buses and installing single port charging stations. Training will be provided to staff, drivers, and mechanics about how to properly operate and maintain the zero-electric buses and chargers, and community activities will be held to engage with and educate the community.

The expected outcomes include reduced greenhouse gas emissions, improved ambient air quality, improved environmental and human health for the community, improved safety, and increased public awareness and understanding about the environmental and economic effectiveness of the implemented technology.

The intended beneficiaries include various villages, schools, bus owners and operators and bus manufacturers. Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00074425

| WEST ANNISTON FOUNDATION | 800 Clydesdale Avenue, Anniston, AL 36201-5303 | 1/16/25 |

EPA_00074426

| 1/22/25 | Not for Profit | N - New Project | ADRIANA MORERA BARRETO | 404-562-0000 |

EPA_00074427

| | | | | |
|---|---|---|---|---|
| $2,596,592.00 | $2,596,592.00 | 03 | 03D33625-0 | USEPA EPA R4 |

EPA_00074428

Clean Air Act: Sec. 138

| | |
|---|---|
| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |

| $2,596,592.00 | 3/1/25 - 2/29/28 | Environmental and Climate Justice Block Grant Program |
|---|---|---|

EPA_00074431

Description:
This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama.  Specifically, the project will empower young adults in the community to have agency in shaping the future of their community through three interconnected tracks: Education, Community Environmental Health Assessments, and Establishing a community-driven leadership team.

Activities:
The activities include: 1) education, training and workshops; 2) conduct community environmental health assessments; and 3) establish a community-driven leadership team to improve engagement with decision makers.

Outcomes:
The anticipated deliverables include: 1) at least 300 individuals participated in the environmental education, training or workshops over three years; 2) A minimum of 10 participants commit to serve as ambassadors for two years; 3)  a minimum of 8 community workshops; 4) at least six community members will train and take the exam for accreditation as Just Communities Practitioners and LEED (Leadership in Energy and Environmental Design) Green Associate; 5) at least 30 individuals will contribute to the community environmental health assessments; 6) a Community Benefits Plan and model Community Benefits Agreement will be drafted by the leadership team. The expected outcomes include: Increased involvement of community members in local, state, federal, and other environmental public engagement activities, increased knowledge of environmental public processes, increased trust between community members and government entities. The intended beneficiaries are disadvantaged communities.

Subrecipient:
Activities to be implemented through subawards include but are not limited to leading a community environmental health assessment developed in collaboration with community members, YES4EJ Ambassadors, and the Statutory Partners.

| WEST HARLEM ENVIRONMENTAL ACTION INC | 1854 AMSTERDAM AVENUE 2nd Floor, NEW YORK, NY 10031-1714 | 1/16/25 |
|---|---|---|

EPA_00074433

| 1/22/25 | Not for Profit | A - Augmentation: Increase | KELVIN BROOKS | 212-637-3426 |
|---------|----------------|----------------------------|---------------|--------------|

EPA_00074434

| $8,000,000.00 | $3,000,000.00 | 13 | 96230923-3 | USEPA EPA R2 |
|---|---|---|---|---|
| | | | | |

2022 Consolidated Appropriations Act (PL 117-103),2023 Consolidated Appropriations Act (PL 117-328),Clean Air Act: Sec. 103(b)(3),Clean Air Act: Sec. 138,Clean Water Act: Sec. 104(b)(3),Solid Waste Disposal Act: Sec. 8001(a)

EPA_00074436

| | |
|---|---|
| 66.309 / Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | $0.00 |

EPA_00074437

| | | |
|---|---|---|
| $10,000,000.00 | 7/1/23 - 6/30/28 | WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2. |

EPA_00074438

Description:

The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Technical Assistance Center for participants in EPA Region 2.  Specifically, WE ACT Technical Assistance Collaborative will service underserved, rural and remote communities within the areas of New Jersey, New York, Puerto Rico, the US Virgin Islands and eight Indian Nations.  WE ACT Technical Assistance Collaborative brings together academic partners with climate, policy, regulatory, and decisionmaker engagement expertise; outreach partners from across the region, with an emphasis on reaching rural and remote communities; and energy justice technical and funding expertise.  This technical assistance service to be provided will increase the underserved and rural communities&rsquo; capacity to address environmental and energy justice concerns in their respective communities.

The Inflation Reduction Act (IRA) technical assistance (TA) funds issued to WE ACT for Environmental Justice are specifically for the EJ TCTAC to coordinate and collaborate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The Grantmakers are considered Technical Assistance providers, who provide

EPA_00074439



EPA_00074440



EPA_00074441



EPA_00074442



EPA_00074443



EPA_00074444



EPA_00074445

funding as well as technical assistance to applicants and subgrantee recipients addressing environmental concerns of disadvantaged communities. Per the EJ TCTAC Request for Applications (RFA), Funding Opportunity Number EPA-I-OP-OEJ-22-02, the EJ TCTACs are expected to coordinate with other Technical Assistance providers over the project period.

Activities:
The activities include: a series of meetings, workshops, and webinars, both face-to-face and virtual: the hubs and partners will engage grassroot organizations in strengthening institutional capacity. The recipient will assist grassroot organizations to identify organizational, and technical needs, create culturally and linguistically appropriate guides and manuals, and to develop a hands-on approach for providing technical assistance and support for participants in New Jersey, New York, Puerto Rico, the United States Virgin Islands and eight Indian Nation.

Outcomes:
It is anticipated that this project will result in the following deliverables and expected outcomes: recruitment and engagement of grassroot organizations annually to strengthen their institutional capacity through training and technical assistance to increase their capability to apply for and receive grant funding; Increase project participants knowledge of grantsmanship, environmental justice and energy justice. Also, the recipient will develop an online resource library.  Direct beneficiaries of this program include residents located in New Jersey, New York, Puerto Rico, the United States Virgin Islands and eight Indian Nations.

Subrecipient:
WEACT will issue subawards under this Cooperative Agreement. Subaward activities will include project coordination, development of informational materials, outreach activities, grantsmanship and environmental and energy justice training.

| WINNEBAGO TRIBE OF NEBRASKA | P.O. BOX 687, WINNEBAGO, NE 68071-0687 | 1/17/25 |

EPA_00074447

| 1/23/25 | Indian Tribe | N - New Project | REBECCA HALL | 913-551-7082 |

EPA_00074448

| $93,960.00 | $93,960.00 | 03 | 97726904-0 | USEPA EPA R7 |
|---|---|---|---|---|

EPA_00074449

CERCLA: Sec. 128(a)

EPA_00074450

66.817 / State and Tribal Response Program Grants     $0.00

| | | |
|---|---|---|
| $93,960.00 | 10/1/24 - 9/30/25 | FY24 Winnebago Tribe of Nebraska128(a) Tribal Response Program |

Description:
The primary objectives of EPA's CERCLA
Section 128(a) State and Tribal Response
Program grants are to provide financial
support to States, US Territories, and Tribal
Nations to (1) establish or enhance the four
statutory elements of an effective state or
Tribal response program, as specified in
CERCLA Section 128(a)(2), (2) maintain and
update, at least annually, a public record of
sites, pursuant to CERCLA &sect; 128(b),
that includes the name and location of sites
at which response actions have been
completed during the previous year and the
name and location of sites at which response
actions are planned to be addressed in the
next year, and (3) conduct a limited number
of brownfield site assessments or cleanups
that will help establish or enhance the state
or Tribal Nation&rsquo;s response program.
The purpose of this award is to enhance the
capacity of Winnebago Tribe of Nebraska's
brownfields response program to meet the
Section 128(a) elements. Winnebago Tribe of
Nebraska will oversee and perform planning,
assessment, and cleanup of brownfields sites
throughout the Tribal land.

Activities:
Winnebago Tribe of Nebraska will perform
the following activities:  timely survey and

EPA_00074453

EPA_00074454

EPA_00074455

EPA_00074456

EPA_00074457

EPA_00074458

EPA_00074459

inventory of brownfield sites, which are properties whose expansion, redevelopment or reuse may be complicated by the presence of hazardous substances. It also includes oversight and enforcement authorities to ensure that response actions protect human health and the environment; resources to provide meaningful public involvement; mechanisms for approval of cleanup plans, and verification of complete responses. The objective of this project is to assist in remediating and reusing brownfields sites throughout the Tribal land.

Outcomes:
Winnebago Tribe of Nebraska will expand public education and outreach of the Winnebago Tribe of Nebraska Voluntary Cleanup Program to small and disadvantaged communities, assess several sites through the tribal targeted brownfield assessment program, oversee the cleanup of up to 2 sites.

Subrecipient:
No subawards are included in this assistance agreement.

| ygag5952 - YOUNG, GIFTED & GREEN | 655 S. Riverside Drive, Memphis, TN  38103-4623 | 1/17/25 |

EPA_00074461

| 1/23/25 | Not for Profit | N - New Project | LEAH VASSER | 404-562-9742 |
|---|---|---|---|---|

EPA_00074462

| $19,996,791.00 | $19,996,791.00 | 09 | 03D33725-0 | USEPA EPA R4 |
|---|---|---|---|---|

Clean Air Act: Sec. 138



EPA_00074464

| 66.616 / Environmental and Climate Justice Block Grant Program | $0.00 |
|---|---|

EPA_00074465

| $19,996,791.00 | 1/1/25 - 12/31/27 | Environmental and Climate Justice Block Grant Program |
| --- | --- | --- |

Description:
This action approves an award in the amount
of $19,996,791 under the Inflation Reduction
Act (IRA) to Young, Gifted and Green.
Specifically, the project will encompass three
climate action strategies and three pollution
reduction strategies to undertake community
transformational change in environmental
justice across the project area.

Activities:
The activities to be performed include, the
establishment of the Mid-South
Environmental Justice Center; organizing
door knocking campaigns; creating a
community advisory board; implementing a
community engagement plan; coordinating
workforce training in green jobs; conducting
whole home health initiative; building
organizational capacity and compliance;
implementing grants for small businesses;
water testing, training and sampling;
implementing nature-based solutions for
stormwater; and native planting for
biodiversity and air quality.

Outcomes:
The anticipated deliverables include, but are
not limited to, reports; community outreach
and engagement; home health assessments
and mitigations; energy efficient upgrades;
workforce development; job placements;
blighted property purchases; new community
gardens; and outdoor space. The expected
outcomes include, but are not limited to, an

EPA_00074467



EPA_00074468



EPA_00074469



EPA_00074470



EPA_00074471



EPA_00074472



EPA_00074473

increase in community empowerment on environmental health; improved awareness of the dangers of environmental exposures and prevention; an increase in workforce readiness for green jobs; a decrease in local air pollution due to green planting; as well as a decrease in indoor asthma triggers and home hazards due to whole home upgrades; and an increase in economic opportunities created through the acquisition of blighted property. The intended beneficiaries are disadvantaged communities throughout Memphis, Tennessee.

Subrecipient:
The subaward activities include, and are not limited to, energy-efficiency upgrades and health-hazard remediation to residences, energy-efficient upgrades and green-infrastructure installation to commercial buildings, planting trees, and testing local water for contamination. All subaward activities are to take place in the identified project area.

## AL

### 03 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| WEST ANNISTON FOUNDATION | 03 | 800 Clydesdale Avenue, Anniston, AL  36201-5303 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $2,596,592.00 | $2,596,592.00 |

| Statutory Authority Summary | Assistance Program |
| --- | --- |
| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |

| Project Title | Project Description |
|---|---|
| Environmental and Climate Justice Block Grant Program | **Description:**<br>This agreement provides funding in the amount of $2,596,592 under the Inflation Reduction Act (IRA) to West Anniston Foundation, Alabama.  Specifically, the project will empower young adults in the community to have agency in shaping the future of their community through three interconnected tracks: Education, Community Environmental Health Assessments, and Establishing a community-driven leadership team.<br><br>**Activities:**<br>The activities include: 1) education, training and workshops; 2) conduct community environmental health assessments; and 3) establish a community-driven leadership team to improve engagement with decision makers.<br><br>**Outcomes:**<br>The anticipated deliverables include: 1) at least 300 individuals participated in the environmental education, training or workshops over three years; 2) A minimum of 10 participants commit to serve as ambassadors for two years; 3)  a minimum of 8 community workshops; 4) at least six community members will train and take the exam for accreditation as Just Communities Practitioners and LEED (Leadership in |



## 07 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00074479



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
|---|---|

Energy and Environmental Design) Green Associate; 5) at least 30 individuals will contribute to the community environmental health assessments; 6) a Community Benefits Plan and model Community Benefits Agreement will be drafted by the leadership team. The expected outcomes include: Increased involvement of community members in local, state, federal, and other environmental public engagement activities, increased knowledge of environmental public processes, increased trust between community members and government entities. The intended beneficiaries are disadvantaged communities.

Subrecipient:
Activities to be implemented through subawards include but are not limited to leading a community environmental health assessment developed in collaboration with community members, YES4EJ Ambassadors, and the Statutory Partners.

| Project Title | Project Description |
| --- | --- |

| BIRMINGHAM BOARD OF EDUCATION | 07 | 6434 1st Avenue, North |
| | | Birmingham, AL   35212-1541 |

EPA_00074483

| 1/16/2025 | 1/22/25 | $5,600,000.00 | $8,543,440.00 |
|-----------|---------|----------------|----------------|

EPA_00074484

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

| Clean Heavy-Duty Vehicles Program | Description: This action approves an award in the amount of $5,600,000 to support Birmingham City Schools to replace in use, non-zero emission heavy duty vehicles with new zero emission vehicles to reduce air pollution and greenhouse gas emissions. The recipient will replace 20 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Jefferson County, Alabama. |
|---|---|
| | Activities: The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles: purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles. |
| | Outcomes: The anticipated deliverables include replacement of 20 diesel buses with 20 Class 7, Type C all electric school buses and installation of 20 DC fast chargers. Training will be provided to drivers, mechanics, and first responders about how to safely operate the electric school buses. A community event will be hosted to focus on the arrival of the new electric school buses. The expected outcomes include reductions in greenhouse gas emissions, increased health benefits from the improved air quality, increased understanding by the internal workforce and external stakeholders, and increased awareness of sustainable transportation and community acceptance through community engagement events and activities. The intended beneficiaries include Birmingham City Schools (grantee) and the disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate. |
| | Subrecipient: No subawards are included in this assistance agreement. |

EPA_00074486

## AR

### 02 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| ARKANSAS DIVISION OF ENVIRONMENTAL QUALITY | 02 | 5301 NORTHSHORE DRIVE, NORTH LITTLE ROCK, AR 72118-5317 |

## AZ

### 02 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $18,187.00 | $387,320.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
|---|---|
| CERCLA: Secs. 104(d)(1) & 104(c)(3)(C) | 66.802 / Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Project Title | Project Description |
|---|---|
| Arkansas Division of Environmental Quality State Fiscal Year 2025 Five-Year Review Cooperative Agreement | Description:<br>This agreement funds the recipient's program to conduct 5 year remedial action at the specified hazardous waste sites in Arkansas, which are listed on the National Priorities List (NPL) of the National Oil and Hazardous Substances Contingency Plan.<br><br>Activities:<br>The activities to be performed include the following site-specific actions: evaluating the implementation, sustainment, and effectiveness of the remedy applied to each site.<br><br>Outcomes:<br>The anticipated deliverables include semi-annual progress reports, financial status reports and a detailed project schedule.<br>The expected outcomes include continued acceptable performance at National Priority List (NPL) sites in Arkansas.<br>The intended beneficiaries include residents of the state of Arkansas.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

| NavajoTUA - NAVAJO TRIBAL UTILITY AUTHORITY | 02 | PO BOX 170, FORT DEFIANCE, AZ  86504-1520 |
| --- | --- | --- |

EPA_00074491

| 1/16/2025 | 1/22/25 | $2,636,600.00 | $2,636,600.00 |

EPA_00074492

| | |
|---|---|
| 2018 (PL 115-123),Clean Water Act: Title VI & Infrastructure Investment and Jobs Act (IIJA)(PL 117-58),Further Additional Supplemental Appropriations for Disaster Relief Requirements Act | 66.458 / Capitalization Grants for Clean Water State Revolving Funds |

| State Revolving Fund- BIL Supplement | Description: |
|---|---|
| | The agreement provides funding to the Navajo Tribal Utility Authority (NTUA) to implement projects and activities that improve wastewater sanitation services for Federally recognized Indian tribes and/or Alaskan Native Villages.  Specifically, the recipient will evaluate the condition of the sanitary sewer collection system and develop recommendations and cost estimates for the repair, rehabilitation, and/or replacement of system components. |
| | This agreement provides federal funding in the amount of $2,636,600. |
| | Activities: The activities include completing an evaluation and recommendation for improvements to the community sanitary sewer collection system. At a minimum the SSES proposes to address the following general elements: a) Corrosion Defect Identification b) Manhole Inspections c) Inflow and Infiltration Detection d) Closed Circuit Television Inspection e) Pump Station Performance and Adequacy |
| | The repair, rehabilitation and/or replacement plan (RRR Plan) for the collection system shall use the SSES to inform the development of recommendations to correct deficiencies cited in the components of the |

EPA_00074494



EPA_00074495



EPA_00074496



EPA_00074497

collection system. At a minimum the RRR Plan proposes to address the following general elements:
a) Ranking of all identified defects using NASCCO PACP and MACP standards.
b) Categorization of each defect requiring RRR.
c) Estimated cost of RRR.
d) Schedule for proposed RRR activities.
e) Plan for funding RRR activities.

Outcomes:
The anticipated deliverables include:
i. By September 30th, 2025, NTUA and EPA WaterTA intend to complete contract documents needed for the solicitation of a sanitary sewer evaluation study (SSES) and subsequent repair, rehabilitation and replacement plan (RRR Plan).
ii. By January 31st, 2026, NTUA intends to secure a contract for the completion of a SSES and RRR Plan.
iii. By December 31st, 2026, NTUA intends to submit a draft SSES for EPA review.
iv. By December 31st, 2027, NTUA intends to submit a draft RRR Plan for EPA review.

v. By September 30th, 2028, finalize all work plan tasks, submit final programmatic and financial reports, and initiate grant close-out.

vi. The project supports EPA&rsquo;s Strategic Plan, Objective 5.2 Protect and Restore Waterbodies and Watersheds.



EPA_00074499



EPA_00074500



The expected outcomes include:
Work Plan Component Output/Deliverable
Site Visit Report / Site Map
Utility Location Utilities Map
RFQ / Bid Package  Solicitation Package
Advertise Bid Package  Web /  Bulletin
Posting
Pre-Bid Meeting  Sign-In Sheet
Review Proposals / Bids  Technical
Evaluation
Contractor Selection  Notice of Selection
Agreement Finalized  Signed Agreement
Document
Schedule of Work and Values Gantt Chart:
Tasks and Values
Kick-Off Meeting  Agenda
Sewer Evaluation San. Sewer Evaluation
Study
Recommendations and Costs Development
RRR Plan and Cost Estimate
Acceptance of Work and Final Payment
Finalized SSES and RRR Plan
Develop/ Update IHS SDS Project SDS
Assigned Project Number
Develop Funding Application Completed
Funding Application
EPA Financial Requirements Final Federal
Financial Report (SF-425) submitted to EPA
Finance Office
EPA Programmatic Requirements Final
report submitted to EPA Program Office

The intended beneficiaries include:
Communities and Receiving Water Bodies.
The project supports EPA&rsquo;s Strategic
Goal 5: Ensure Clean and Safe Water for All
Communities, Objective 5.2: Protect and
Restore Waterbodies and Watersheds.


Subrecipient:
No subawards are included in this assistance
agreement.

| | | |
|---|---|---|
| NavajoTUA - NAVAJO TRIBAL UTILITY AUTHORITY | 02 | PO BOX 170, FORT DEFIANCE, AZ  86504-1520 |

EPA_00074503

| 1/16/2025 | 1/22/25 | $1,778,000.00 | $1,778,000.00 |

EPA_00074504

| Clean Water Act: Sec. 518(c) | 66.458 / Capitalization Grants for Clean Water State Revolving Funds |
| --- | --- |

| Clean Water Indian Set-Aside Chinle Sanitary Sewer Evaluation Project | Description: |
|---|---|
| | The agreement provides funding to the Navajo Tribal Utility Authority (NTUA) to implement projects and activities that improve wastewater sanitation services for Federally recognized Indian tribes and/or Alaskan Native Villages. Specifically, the recipient will evaluate the condition of the sanitary sewer collection system and develop recommendations and cost estimates for the repair, rehabilitation, and/or replacement of system components.

This agreement provides federal funding in the amount of $1,778,000.

Activities:
The activities include completing an evaluation and recommendation for improvements to the community sanitary sewer collection system.
At a minimum the SSES proposes to address the following general elements:
a) Corrosion Defect Identification
b) Manhole Inspections
c) Inflow and Infiltration Detection
d) Closed Circuit Television Inspection
e) Pump Station Performance and Adequacy

The repair, rehabilitation and/or replacement plan (RRR Plan) for the collection system shall use the SSES to inform the development of recommendations to correct deficiencies cited in the components of the |

EPA_00074506

EPA_00074507

EPA_00074508

EPA_00074509

collection system. At a minimum the RRR
Plan proposes to address the following
general elements:
a) Ranking of all identified defects using
NASCCO PACP and MACP standards.
b) Categorization of each defect requiring
RRR.
c) Estimated cost of RRR.
d) Schedule for proposed RRR activities.
e) Plan for funding RRR activities.


Outcomes:
The anticipated deliverables include:
i. By September 30th, 2025, NTUA and EPA
WaterTA intend to complete contract
documents needed for the solicitation of a
sanitary sewer evaluation study (SSES) and
subsequent repair, rehabilitation and
replacement plan (RRR Plan).
ii. By January 31st, 2026, NTUA intends to
secure a contract for the completion of a
SSES and RRR Plan.
iii. By December 31st, 2026, NTUA intends
to submit a draft SSES for EPA review.
iv. By December 31st, 2027, NTUA intends
to submit a draft RRR Plan for EPA review.

v. By September 30th, 2028, finalize all work
plan tasks, submit final programmatic and
financial reports, and initiate grant close-out.

vi. The project supports EPA&rsquo;s
Strategic Plan, Objective 5.2 Protect and

EPA_00074510

EPA_00074511

EPA_00074512

EPA_00074513

Restore Waterbodies and Watersheds.

The expected outcomes include:
Work Plan Component Output/Deliverable
Site Visit Report / Site Map
Utility Location Utilities Map
RFQ / Bid Package  Solicitation Package
Advertise Bid Package  Web /  Bulletin
Posting
Pre-Bid Meeting  Sign-In Sheet
Review Proposals / Bids  Technical
Evaluation
Contractor Selection  Notice of Selection
Agreement Finalized  Signed Agreement
Document
Schedule of Work and Values Gantt Chart:
Tasks and Values
Kick-Off Meeting  Agenda
Sewer Evaluation San. Sewer Evaluation
Study
Recommendations and Costs Development
RRR Plan and Cost Estimate
Acceptance of Work and Final Payment
Finalized SSES and RRR Plan
Develop/ Update IHS SDS Project SDS
Assigned Project Number
Develop Funding Application Completed
Funding Application
EPA Financial Requirements Final Federal
Financial Report (SF-425) submitted to EPA
Finance Office
EPA Programmatic Requirements Final
report submitted to EPA Program Office

The intended beneficiaries include:
Communities and Receiving Water Bodies.
The project supports EPA&rsquo;s Strategic
Goal 5: Ensure Clean and Safe Water for All
Communities, Objective 5.2: Protect and
Restore Waterbodies and Watersheds.


Subrecipient:
No subawards are included in this assistance
agreement.

| SAN CARLOS APACHE TRIBAL COUNCIL | 02 | 3A  SAN CARLOS AVE., SAN CARLOS, AZ  85550 |
| --- | --- | --- |

| 1/17/2025 | 1/23/25 | $3,977,000.00 | $3,977,000.00 |
| --- | --- | --- | --- |

EPA_00074516

| Safe Drinking Water Act: Sec. 1452 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.468 / Capitalization Grants for Drinking Water State Revolving Funds |
| --- | --- |
| | |

EPA_00074517

| Drinking Water Tribal Set-Aside - BIL - Bylas Wells | **Description:**<br>This agreement provides funding to San Carlos Apache Trbe under the Safe Drinking Water Act (SDWA): Section 1452 and infrastructure Investment and Jobs Act (IIJA) (PL 117-58). The purpose of this agreement is to implement projects and activities that assist public water systems serving tribes to comply with National Primary Drinking Water Regulations (NPDWRs) or otherwise further the health protection objectives of the SDWA. Specifically, the recipient will design and construct wellwater delivery facilities for the two new Bylas wells constructed.<br><br>This assistance agreement provides full federal funding in the amount of $3,977,000. Pre-award costs are approved back to 12/01/2024.  See terms and conditions.<br><br>**Activities:**<br>The activities include design and construction for wellwater delivery facilities from the two new Bylas wells.<br><br>**Outcomes:**<br>The anticipated deliverables include connection from the Bylas wells to the water system. The expected outcomes include the ability to utilize the new wells as water sources. The intended beneficiaries include the members of the San Carlos Apache Tribe.<br><br>**Subrecipient:**<br>No subawards are included in this assistance agreement. |

| | | |
|---|---|---|
| SAN CARLOS APACHE TRIBAL COUNCIL | 02 | 3A  SAN CARLOS AVE., SAN CARLOS, AZ  85550 |

EPA_00074519

| | | | |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $3,205,000.00 | $3,205,000.00 |

EPA_00074520

| | |
|---|---|
| Safe Drinking Water Act: Sec. 1452 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.468 / Capitalization Grants for Drinking Water State Revolving Funds |

| Drinking Water Tribal Set-Aside - BIL - Gilson Wash | Description:<br>This agreement provides funding to the San Carlos Apache Tribe under the Safe Drinking Water Act (SDWA): Section 1452 and infrastructure Investment and Jobs Act (IIJA) (PL 117-58). The purpose of this agreement is to implement projects and activities that assist public water systems serving tribes to comply with National Primary Drinking Water Regulations (NPDWRs) or otherwise further the health protection objectives of the SDWA. Specifically, the recipient will replace hydropneumatic tank, booster pumps, and build a water storage tank with required piping to address water outages/mechanical failures.<br><br>This assistance agreement provides full federal funding in the amount of $3,205,000. Pre-award costs are approved back to 12/01/2024.  See terms and conditions.<br><br>Activities:<br>The activities include replacement of hydropneumatic pump, booster pumps, build water storage tank with piping.<br><br>Outcomes:<br>The anticipated deliverables include replacement of hydropneumatic tank, booster pumps and a new water storage tank. The expected outcomes include reliable water facilities which are currently subject to frequent outages and unreliable water. The intended beneficiaries include members of the San Carlos Apache Tribe.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

EPA_00074522

| SAN CARLOS APACHE TRIBAL COUNCIL | 02 | 3A  SAN CARLOS AVE., SAN CARLOS, AZ  85550 |
| --- | --- | --- |

## CA

### 06 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

| 1/17/2025 | 1/23/25 | $1,057,000.00 | $1,057,000.00 |
| | | | |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |

EPA_00074524

| Statutory Authority Summary | Assistance Program |
|---|---|
| Safe Drinking Water Act: Sec. 1459A & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.442 / Assistance for Small and Disadvantaged Communities Drinking Water Grant Program (SDWA 1459A) |

EPA_00074525

| Assistance for Small and Disadvantaged Communities Drinking Water Grant Program - BIL - Peridot | Description: This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to San Carlos Apache Tribe to implement activities that address emerging contaminants, including Per- and polyfluoroalkyl substances (PFAS)- specifically Perfluorobutanesulfonic acid (PFBS), in tribal drinking water.<br><br>This assistance agreement provides full federal funding in the amount of $1,057,000. Pre-award costs are approved back to 12/01/2024.  See terms and conditions.<br><br>Activities:<br>The activities include: a well with updated facilities that will be intertied with the drinking water system.<br><br>Outcomes:<br>Anticipated deliverables include: a new well pipeline, pumphouse, and facilities that will be installed.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
|---|---|

| Project Title | Project Description |
|---|---|

EPA_00074526

| CITRUS HEIGHTS WATER DISTRICT | 06 | P.O. BOX 286, CITRUS HEIGHTS, CA  95611-0286 |
|---|---|---|

## 11 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| 1/17/2025 | 1/23/25 | $1,500,000.00 | $1,875,000.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |

| 2023 Consolidated Appropriations Act (PL 117-328) | 66.202 / Congressionally Mandated Projects |
| --- | --- |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00074529

| Community Grants Program - Highland Ave Well Project | Description: |
| --- | --- |
| | This agreement provides funding to Citrus Heights Water District to implement its project to build a new ASR (Aquifer Storage and Recovery) well along Highland Avenue in Citrus Heights, CA as directed in the 2023 Consolidated Appropriations Act. The well will directly provide water to the water district and indirectly to the entire region for typical municipal and industrial uses. The well will enhance system redundancy and reduce strain on local water resources (may forego up to 1000 AFY of surface water supplies). |
| | This assistance agreement provides full federal funding in the amount of $1,500,000.00. |
| | Activities: The activities to be performed are focused on the construction of a new well pump station, the perimeter fencing and the new access drive/gate. The area will need to be cleared and graded, but existing trees adjacent to the property will be retained. The activities will specifically include: construction of foundations, slabs and structures for the pump pedestal, motor control center and electric utility pad; installation of underground primary and secondary electrical conduits and conductors from the transformer pad to the motor control center; installation of perimeter and interior fencing. |
| | Outcomes: The anticipated deliverables are a new ASR well (Aquifer Storage and Recovery) on Highland Avenue which will allow surface water to get pumped into groundwater supplies for storage. The well will provide an additional, reliable water supply source to enhance redundancy at the local level and help preserve water resources for greater region. Project will directly benefit the Citrus Heights Water District and allow them to forgo up to 1000 AFY of surface water supplies. This will indirectly supply water and benefit the larger region and community for municipal and industrial water users. |
| | Subrecipient: No subawards are included in this assistance agreement. |

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| cpuc0187 - California Public Utilities Commission | 11 | 505 Van Ness Avenue, San Francisco, CA  94102-3298 |

## 12 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074531

| 1/16/2025 | 1/22/25 | $249,400,000.00 | $249,800,000.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

| | |
|---|---|
| 2023 Consolidated Appropriations Act (PL 117-328),Clean Air Act: Sec. 134(a)(1),National Environmental Policy Act: Sec. 102(2)(I) | 66.959 / Zero-Emissions Technology Grant Program |

| Statutory Authority Summary | Assistance Program |
|---|---|

| California Solar for All Program - The award removes the 2% funding restriction from the Solar for All award and incorporates the necessary budget and workplan documentation. | Description:<br>The award removes the 2% funding restriction from the Solar for All award and incorporates the necessary budget and workplan documentation.<br><br>This agreement provides funding under the Inflation Reduction Act. The recipient will provide financial and technical assistance to low-income and disadvantaged communities to deploy and benefit from residential-serving distributed solar energy and storage projects. These programs will ensure low-income households receive residential distributed solar by providing program beneficiaries household savings, community ownership, energy resilience, and other meaningful benefits.<br><br>Activities:<br>Solar projects receiving financial assistance from the recipient may receive assistance for associated energy storage and upgrades that either enable project deployment or maximize the benefits of the project for low-income and disadvantaged communities. The recipient will also provide project-deployment services to enable low-income and disadvantaged communities to deploy and benefit from residential solar.<br><br>Outcomes:<br>The anticipated deliverables will include steps and milestones to implement the strategies and plans for the Solar for All Program, a distribute solar market strategy, the financial assistance strategy, the project-deployment technical assistance strategy, and an equitable access and meaningful involvement plan.<br><br>The expected outcomes include climate and air pollution benefits, equity and community benefits, and market transformation benefits. The intended beneficiaries include households in low-income and disadvantaged communities.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

EPA_00074534

| PHYSICIANS, SCIENTISTS, AND ENGINEERS FOR SUSTAINABLE AND HEALTHY ENERGY, INC. | 12 | HEALTHY ENERGY INC., OAKLAND, CA 94612-2248 |
|---|---|---|

| 1/16/2025 | 1/22/25 | $500,000.00 | $1,999,998.00 |
|-----------|---------|-------------|---------------|

EPA_00074536

| Clean Air Act: Sec. 103,Clean Water Act: Sec. 104 | 66.509 / Science to Achieve Results (STAR) Program |

EPA_00074537

| | |
|---|---|
| Mixed-Methods Cumulative Impacts Research and Health Analysis to Inform Policy Proposals in Bernalillo County, New Mexico and Richmond County, Georgia | **Description:** This research project aims to fill existing gaps in cumulative burden analysis, including air and water pollution burdens, and to better inform locally-tailored policies and strategies to mitigate environmental health disparities in selected partnering underserved communities in Georgia and New Mexico.<br><br>**Activities:** The research project will develop a statewide cumulative burden index (CBI) for Georgia and New Mexico using a novel health impact analysis method. The project will then integrate community-driven priorities to develop local high-resolution CBIs for Bernalillo County, NM and Richmond County, GA. Finally, the project will apply the analysis to case study that facilities in each county to inform local policy recommendations and identify best practices for similar efforts nationwide.<br><br>**Outcomes:** Deliverables include annual and final research reports, peer reviewed journal publications, and scientific reports as well as educational materials and policy recommendations for state and local public health agencies, environmental managers, health professionals, and community planners and leaders. Expected outcomes include a reduction of harmful pollutant exposures and a general improvement in environmental health among residents in the |

EPA_00074538



## 20 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074539



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|



| Statutory Authority Summary | Assistance Program |
| --- | --- |

underserved communities in Georgia and New Mexico. Intended beneficiaries include state and local public health agencies, environmental managers, health professionals, community leaders, and vulnerable populations in the underserved communities in Georgia and New Mexico.

Subrecipient:
University of New Mexico ($389,429) - UNM will provide legal and policy analysis and support engagement with community groups and oversee the engagement activities and qualitative data collection and analysis tasks, working with Dr. Nunez and other co-investigators on analyses for AIM 2.

Los Jardines ($389,454) - Los Jardines will engage community leaders and host grassroots community workshops to disseminate research and to describe broader resident&rsquo;s perspectives on cumulative burdens; conducting community focus groups; and host public convenings to vet qualitative research findings and solidify recommendations for integrating local data.

Georgia Wand ($313,820) - Georgia Wand will engage community leaders and host grassroots community workshops to disseminate research and to describe broader resident&rsquo;s perspectives on cumulative burdens; conducting community focus groups; and host public convenings to vet qualitative research findings and solidify recommendations for integrating local data.

| Project Title | Project Description |
| --- | --- |

| TULE RIVER INDIAN TRIBAL COUNCIL | 20 | P.O. BOX 589, PORTERVILLE, CA  93258-0589 |

## 42 - District

| Recipient Name | Congressional District | Recipient Address |

| 1/17/2025 | 1/23/25 | $272,005.00 | $272,005.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| | |
|---|---|
| Clean Water Act: Sec. 518(c) | 66.458 / Capitalization Grants for Clean Water State Revolving Funds |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Clean Water Indian Set-Aside - Emerging Contaminants Sampling Program | Description: |
|---|---|
| | The agreement provides funding to the Tule River Indian Tribe to investigate the presence of Clean Water Emerging Contaminants (ECs) in their wastewater system and surface water. This will help to address public health risks and potential surface or groundwater contamination related to untreated wastewater. Specifically, the recipient will develop and implement a sampling program to investigate the presence of cyanotoxins and per- and polyfluoroalkyl substances in their wastewater treatment plant effluent, sludge and biosolids, and surface water. |
| | This agreement provides full federal funding in the amount of $272,005. Refer to Terms and Conditions. |
| | Activities: The activities include procurement of supplies needed for sampling and lab analysis, sampling for the selected emerging contaminants, and subsequent laboratory analysis. Required documents, including a Quality Assurance Project Plan (QAPP) and quarterly reports, will be submitted to EPA. |
| | Outcomes: The anticipated deliverables include quarterly reports, an EPA-approved QAPP, and laboratory analysis results. The expected outcomes include the EPA-approved QAPP, a Sampling and Analysis Plan, and four rounds of EC sampling to determine whether the selected ECs are present. If the ECs are identified, this project may inform future wastewater treatment solutions. In any case, this project is intended to kick-start a long-term EC sampling program for the Tribe. The intended beneficiaries include the residents of the Tule River Reservation. |
| | Subrecipient: No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

| CtyM - CITY OF MAYWOOD | 42 | 4319 E. SLAUSON AVENUE, MAYWOOD, CA  90270-2837 |
| --- | --- | --- |

## CO

### 01 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $1,000,000.00 | $1,000,000.00 |

| | |
|---|---|
| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Community Grants Program - Maywood Sewer System Repair Project | Description:<br>This agreement provides funding to the City of Maywood to implement its project to repair an existing sewer pipe  as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.<br><br>This assistance agreement provides full federal funding in the amount of $1,000,000. Pre-award costs have been approved back to December 20, 2024.<br><br>Activities:<br>The activities to be performed include planning and design, construction including trenching, sewer pipe repair and upgrades, and reconstruction of street surface.<br><br>Outcomes:<br>The anticipated deliverables include reducing the possibility of a sewer leakage, thereby averting a potential public health hazard occurring in a highly dense community which are expected to lead to better public health outcomes for residents and business owners in Maywood.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
| --- | --- |

| EARTH FORCE, INC. | 01 | PO Box 1228, DENVER, CO 80201-1228 |

EPA_00074551

| 1/21/2025 | 1/24/25 | $100,000.00 | $133,530.00 |

EPA_00074552

National Environmental Educ. Act: Sec. 6 | 66.951 / Environmental Education Grants

EPA_00074553

| CultureRISE: Adapting Climate Resilience Education for Diverse Communities | Description:<br>This project provides funding to Earth Force to implement its project, which will design, demonstrate, and disseminate environmental education practices, methods, and techniques, that will serve to increase environmental literacy and encourage behavior that will benefit the environment in Region 8. The grantee will do this by bridging the gap between public awareness of climate risk and local decision-making for community-based climate resilience.  The project-based approach empowers young people to conduct research on local climate resilience efforts and identify issues directly relevant to their lives. Based on what they learn, they delve into the community's policy and practice context surrounding these challenges and engage with community leaders to enhance community resilience planning. CultureRISE extends those ideas to prepare educators to guide students towards a deeper comprehension of the unequal impacts of climate change in their community and how, given the unique structures of their communities, they can play a role in community resilience preparedness.<br><br>Activities:<br>This project will increase public awareness and knowledge about environmental issues in Region 8 and provide students, teachers, and community members the skills necessary to make informed decisions and to take |
|---|---|



EPA_00074555



EPA_00074556



EPA_00074557

responsible actions. Activities to be performed during this project period include:

Developmental Phase: This stage engages eight educators from underserved communities in a process of reflection on climate resilience education and the creation of educational
materials.

Dissemination Phase: This phase focuses on distributing, promoting, and training environmental education providers in the use of the materials. By the end of the Dissemination Phase, CultureRISE will engage 100 educators working with 4,500 students who will undertake action plans to increase awareness and preparedness for climate
resilience within Region 8.

Outcomes:
It is anticipated that this project will result in the following deliverables:
Customized Educational Tools: The initiative develops educational materials tailored to the unique contexts of educators serving diverse communities within Region 8.
Accessible Resources: It provides free access to climate resilience education resources for educators throughout Region 8, promoting widespread availability.
Community Capacity Building: CultureRISE

## 07 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00074560

| Statutory Authority Summary | Assistance Program |
| --- | --- |

empowers ten organizations to deliver climate resilience education aligned with the socio-cultural dynamics of their respective communities.

Expected outcomes of the project include:
-70% of young people will show an increased likelihood that they will continue to be engaged in local climate resilience efforts.
- Community engagement in local community resilience efforts increases local adaptation to climate impacts.
- Locally relevant climate resilience education will lead increased engagement in climate resilience strategies ensuring that those strategies reflect local needs.

The intended beneficiaries include students, teachers, and community members in Region 8.

Subrecipient:
Two groups of subawards will be made under this proposal. The first group will be 8 Local Education Agencies (LEA) that are currently participating in the RISE Challenge ($2,000 per agency). Those funds will be used to support the participation of educators in a feedback session and the development of materials. The LEA&rsquo;s will be selected based on two criteria: 1) being from disadvantaged communities. Earth Force had preliminary Work Plan - Earth Force: Page 1 conversation with LEAs in the communities we will draw from that are listed in the full proposal; and 2) past participation in the RISE Challenge. The second group of sub awardees will be 10 nonprofit organizations drawn from disadvantaged communities across Region 8 ($9,000 total). Those organizations will be selected based on their commitment to youth engagement, experience with sim

| Project Title | Project Description |
|---|---|

EPA_00074562

| olf6310 - OUTDOOR LAB FOUNDATION | 07 | 3000 YOUNGFIELD ST STE 167, WHEAT RIDGE, CO 80215-6550 |

| 1/21/2025 | 1/24/25 | $100,000.00 | $137,500.00 |

EPA_00074564

National Environmental Educ. Act: Sec. 6

66.951 / Environmental Education Grants

| Outdoor Lab Food Waste Program and Career Pathways Program | Description:<br>This project provides funding to Outdoor Lab Foundation to implement its project, which will design, demonstrate, and disseminate environmental education practices, methods, and techniques, that will serve to increase environmental literacy and encourage behavior that will benefit the environment in Jefferson County, Colorado. The grantee will do this by expanding and enhancing the food waste and recycling curriculum within Outdoor Lab's Sustainability Unit and the Food Waste Reduction Program. The Program will educate 5,000 sixth graders per year on the environmental benefits of reducing waste going to landfills.<br><br>Activities:<br>This project will increase public awareness and knowledge about environmental issues in Jefferson County, Colorado and provide students, teachers, community members the skills necessary to make informed decisions and to take responsible actions. Activities to be performed during this project period include:<br><br>-Recruit 80 interns to serve as supervisors of high school leaders and lead instructors.<br>-Recruit 2,000 high school leaders to serve as caring young adult mentors and instructors for Outdoor Lab between August 2024 and June 2026. |



EPA_00074567



EPA_00074568



-Collaborate with teachers, partners, and subaward recipients to update the Sustainability unit curriculum. Coordinate four work sessions with peers and colleagues.
-Weave EPA Environmental Education guidelines and resources into our existing program.
-Ensure the sustainability unit and food waste class are extensions of the 6th grade&rsquo;s Ecology science unit and aligns with Next Generation Science Standards.
-Coordinate with neighborhood schoolteachers and principals to ensure the Sustainability Unit and other courses within Outdoor Lab can be tailored to fit the needs of specific populations of students.


Outcomes:
It is anticipated that this project will result in the following deliverables:
-Issue an updated Sustainability Unit curriculum for Outdoor Lab by January 2025. The new curriculum will utilize EPA Environmental Education Guidelines and build on food waste, composting, and recycling lessons already in place.
-Complete training and education of 80 interns on the new Sustainability Unit curriculum by June 2026.
-Train and resource 2,000 high school leaders to implement new Sustainability Unit curriculum between August 2024 and June

## CT

### 03 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074571



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00074572

| Statutory Authority Summary | Assistance Program |
| --- | --- |

2026.

-Educate 10,000 6th graders (approximately 3,000 from underserved backgrounds) through Outdoor Lab&rsquo;s Sustainability Unit between August 2024 and June 2026. The unit explores how the breaking down and building up of organic matter demonstrates energy flow and mater cycling.

Subrecipient:
1. Jefferson County School District (Local Education; K-12 Public Schools) - $5,000 &ndash; Support to update and expand Outdoor Lab&rsquo;s Sustainability unit and train interns in Leave No Trace 1 and Wilderness First Aid.
2. Red Rocks Community College (Local Education; K-12 Public Schools) - $5,000 &ndash; Support to establish a voucher program for Outdoor Lab interns to access environmental education classes upon internship completion.
3. Colorado Alliance for Environmental Education (NGO or Tribal Organization &ndash; 501(C)(3)) - $5,000 &ndash; Support to provide vouchers for environmental educator professional development and credentialing for qualifying High School Leaders and Interns.
4. National Outdoor Leadership School (NGO or Tribal Organization &ndash; 501(C)(3)) - $5,000 &ndash; To provide custom trainings to second year interns in Leave No Trace Level 2.
5. Jeffco Public Schools Foundation (NGO or Tribal Organization &ndash; 501(C)(3)) - $5,000 &ndash; To support a teacher&rsquo;s forum to help Outdoor Lab staff gather input and ideas for strategic goals, curriculum development, and evaluation measures for future Outdoor Lab programming.

| Project Title | Project Description |
| --- | --- |

| City of New Haven | 03 | 200 Orange Street Room 404, New Haven, CT  06510-2080 |
|---|---|---|

EPA_00074575

| 1/17/2025 | 1/23/25 | $20,000,000.00 | $20,000,000.00 |
| --- | --- | --- | --- |

EPA_00074576