| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |
| --- | --- |
| | |

| Elm City Climate Collaborative | Description: |
| --- | --- |
| | This agreement provides funding under the Inflation Reduction Act (IRA), to the City of New Haven Office of Climate and Sustainability and their Statutory Partner, the Greater Dwight Development Corporation (GDDC) the &ldquo;project team.&rdquo; Together, the project team will implement their project, the Elm City Collaborative (EC3), to support 14 neighborhoods in New Haven, defined as disadvantaged communities by the EPA IRA Disadvantaged Communities Map, the &ldquo;project area&rdquo; (West River, Dwight, Edgewood, Beaver Hills, the Hill, Amity, West Rock, Newhallville, Dixwell, Long Wharf, Fair Haven, Quinnipiac Meadows, Fair Haven Heights, and the Annex). Specifically, EC3 will deploy 4 connected strategies encompassing 12 projects that address 9 EPA climate and pollution reduction strategies. EC3&rsquo;s 4 strategies will address: 1) Community Infrastructure and Land Use, 2) Housing, 3) Materials Management, and 4) Transportation. These strategies will support community action across the project area by managing stormwater and mitigating urban heat, expanding access to zero-emission transportation, significantly reducing greenhouse gas emissions, and reducing local food waste. EC3&rsquo;s outputs will stimulate the local economy by training a green workforce and creating green jobs; provide funding for ongoing environmental |



EPA_00074579



EPA_00074580



EPA_00074581

initiatives facilitated by local businesses; reduce financial, public, and environmental impacts in communities; and reduce utility rates for energy burdened households.

Activities:
The activities include: 4 strategies to address environmental and climate justice in the 14 neighborhoods through integrated outreach with community-based organizations (CBOs) and resident engagement in the project area. The project team will promote improved community infrastructure and land use by establishing climate resilience corridors, creating over 5,000 feet of new greenway, and enhance soil and grow vegetation in over 90 community gardens and green spaces. The project team will revise current site requirements in the City&rsquo;s Zoning Ordinance related to heat generation to better address heat islands. The project team will address housing and energy efficiency by enrolling residents in the project area who live in 1&ndash;4-unit buildings in energy efficiency counseling programs and facilitating energy upgrades for affordable housing projects through small grants. The project team will promote materials management by enhancing access to healthy food and addressing food insecurity through increased food recovery efforts, increasing community-based composting capacity by enhancing facilities, and supporting 20 schools and a network of CBOs to implement food recovery, composting, anti-litter,

EPA_00074582

# DC

## 98 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074583



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|------------|--------------|---------------------------|-----------------------|

EPA_00074584

| Statutory Authority Summary | Assistance Program |
| --- | --- |

recycling, and local produce programs. Finally, to address transportation, the project team will conduct repair clinics and workshops to help residents maintain household appliances and consumer goods. In addition, they will increase bike infrastructure, access, and safety education. EC3 will also connect residents to green job opportunities through construction and student internships, including mini grants to stimulate grassroots community action on climate and pollution reduction actions, creating full-time green jobs, and monitoring local air quality.

Outcomes:
The anticipated deliverables include: 400 trees planted; installation of 100 stormwater diversion structures; 10,545 acres of community gardens reinvigorated and revitalized greenspaces 120 cubic yards of compost distributed; passing of a heat related zoning ordinance amendment;  energy upgrades for up to 53 buildings; 1,260 affordable housing projects supported with energy upgrades; 20 schools engaged on food recovery education; 6.4 million pounds and 5.4 million pounds of edible food recovered and distributed; 300 residents reached by home device repair workshops; creation of 2,000 feet of new bike lanes; creation of 2.6 miles of bike lane

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| NATIONAL CAUCUS AND CENTER ON BLACK AGING, INC. | 98 | 1220 L Street, NW, WASHINGTON, DC 20005-4023 |

EPA_00074587

| 1/17/2025 | 1/23/25 | $110,000.00 | $2,456,095.00 |
|-----------|---------|-------------|---------------|

EPA_00074588

| Environmental Programs Assistance Act of 1984 (PL 98-313) | 66.508 / Senior Environmental Employment Program |
| --- | --- |

| | |
|---|---|
| Senior Environmental Employment (SEE) Program - U.S. EPA offices in Center for Environmental Solutions and Emergency Response (CESER) | **Description:**<br>The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).<br><br>**Activities:**<br>The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Office of Pesticide Programs, Center for Environmental Solutions and Emergency Response, Office of Research and Development (CESER/ORD) in Ada, OK; RTP, NC; Washington, DC<br><br>**Outcomes:**<br>The anticipated deliverable for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Caucus and Center on Black Aging (NCCBA). There are no subrecipient activities.<br><br>**Subrecipient:**<br>No subawards are included in this assistance agreement. |

EPA_00074590

| NATIONAL CAUCUS AND CENTER ON BLACK AGING, INC. | 98 | 1220 L Street, NW, WASHINGTON, DC   20005-4023 |
| --- | --- | --- |
| National Caucus & Center on Black Aging Inc | 98 | 1220 L Street, NW, Washington, DC   20005-4023 |

EPA_00074591

| | | | |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $229,000.00 | $1,766,203.00 |
| 1/17/2025 | 1/23/25 | $116,100.00 | $2,625,027.00 |

EPA_00074592

| | |
|---|---|
| Environmental Programs Assistance Act of 1984 (PL 98-313) | 66.508 / Senior Environmental Employment Program |
| Environmental Programs Assistance Act of 1984 (PL 98-313) | 66.508 / Senior Environmental Employment Program |

| | |
|---|---|
| To provide supportive to the Office of Water through the Senior Environmental Employment Program. | **Description:**<br>The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).<br><br>**Activities:**<br>The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment Program enrollees to work with the Office of Water (OW) in Washington, DC.<br><br>**Outcomes:**<br>The anticipated deliverable and expected outcomes for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Caucus and Center on Black Aging, Inc.<br><br>**Subrecipient:**<br>No subawards are included in this assistance agreement. |
| Senior Environmental Employment (SEE) Program - U.S. EPA offices in Center for Environmental Measurement and Modeling (CEMM). | **Description:**<br>The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).<br><br>**Activities:**<br>The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Center for Environmental Measurement and Modeling, Office of Research and Development (CEMM/ORD), in RTP, NC; Narragansett, RI; Athens, GA; Gulf Breeze, FL; Cincinnati, OH.<br><br>**Outcomes:**<br>The anticipated deliverable for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Caucus and Center on Black Aging (NCCBA). There are no subrecipient activities.<br><br>**Subrecipient:**<br>No subawards are included in this assistance agreement. |

EPA_00074594

# FL

## 05 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| DUVAL COUNTY SCHOOL BOARD | 05 | 1701 PRUDENTIAL DRIVE, JACKSONVILLE, FL  32207-8152 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|------------|--------------|----------------------------|------------------------|
| 1/17/2025  | 1/23/25      | $7,587,500.00              | $10,733,056.00         |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 132 | 66.049 / Clean Heavy-Duty Vehicles Program |

EPA_00074597

| Project Title | Project Description |
|---|---|
| Clean Heavy-Duty Vehicles Program | Description:<br>This action provides funding in the amount of $7,587,500.00 to assist the Duval County Public Schools under the Inflation Reduction Act (IRA) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The intended beneficiaries include Duval County Public Schools (grantee), Highland Electric Fleets (partner), and GRID Alternatives (partner).<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles (ZEB); purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.<br><br>Outcomes:<br>The anticipated deliverables include the replacement of 25 diesel school buses with zero-emission buses and the installation of |

EPA_00074598

## 06 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074599

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00074600



| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00074601

25 DC fast chargers for the school buses. Additionally, staff, drivers, electricians, mechanics, and public safety officials will receive training on how to properly operate and maintain buses and chargers. Community engagement activities will be conducted to educate the community about zero-emission buses. The expected outcomes include a reduction of greenhouse gas emissions and improved air quality for the communities. The intended beneficiaries include Duval County Public Schools (grantee), Highland Electric Fleets (partner), and GRID Alternatives (partner). Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
Duval County Public Schools is applying to replace 25 Class 6/7 diesel buses with Class 6/7 ZEBs to reduce the district&rsquo;s emissions of nitrogen oxides (NOx), particulate matter (PM), and greenhouse gases (GHGs). The project will directly improve the air quality for students, staff, and community members and reduce district transportation costs. In addition, the district plans to develop a public private partnership model with National Express (NEC) or Highland Electric (Highland) Fleets to ensure efficient and cost-effective use of IRA funding.
The current buses serving the school district are owned by NEC.  Highland is identified as an NEC&rsquo;s electrification partner. Duval Public School District plans to use the subaward process, which will establish the bus ownership arrangement.  Duval Public School District will enter into a subaward agreement with NEC or Highland.

| Project Title | Project Description |
| --- | --- |

| Indian River - IRL Council | 06 | 1235 Main Street, Sebastian, FL 32958-4165 |
| --- | --- | --- |
| | | |

EPA_00074603

| 1/17/2025 | 1/23/25 | $909,800.00 | $3,639,200.00 |
|---|---|---|---|

EPA_00074604

| Clean Water Act: Sec. 320 & Infrastructure Investment and Jobs Act (IIJA)  (PL 117-58) | 66.456 / National Estuary Program |
| --- | --- |

| National Estuary Program | Description: |
|---|---|
| | This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) to Indian River Lagoon Council. The recipient will support implementation of the Comprehensive Conservation and Management Plan (CCMP) and Strategic Plan to improve water quality, protect the natural habitat and living resources, and support sustainable human uses.  The projects proposed for funding via the Bipartisan Infrastructure Law (BIL) will leverage existing efforts.  Specifically, the recipient will include (1) Moore&rsquo;s Creek Distinctive Communities Project - This project calls for the installation of a series of watershed trash traps to be installed at two sections of Moore&rsquo;s Creek where large amounts of trash from stormwater runoff, trail users, and the surrounding residential communities, lands in the watershed and ultimately flows towards and into the Indian River Lagoon. (2)IRL Seagrass Restoration Using Mosquito Control Impoundment - This proposed project will (a) establish a population of a native seagrass species, Ruppia maritima, in a mosquito impoundment; (b) monitor the restored impoundment to assess its character as a natural seagrass nursery and a source for IRL seagrass re-colonization and succession; and (c) develop and share protocol of guide and strategy toward IRL seagrass restoration using impoundment hydrology and Ruppia phenology. |



EPA_00074607



EPA_00074608



EPA_00074609

Activities:
The activities include: Indian River Lagoon Council will conduct bi-weekly monitoring of algae and cyanobacteria species identification, distribution and abundance. Increased funding for increased sampling during a bloom. HAB-1: Support continuation of the IRL 2011 Consortium, which would function as a formal task force supported by the IRL NEP and which would develop a HAB RESEARCH and Restoration Response Plan. HAB-2: Seek partnerships and funding to pursue RESEARCH priorities identified by the IRL 2011 Consortium that align with IRLNEP Management Conference management priorities. HAB-3: Continue funding and scientific partnerships to understand HABs toxicity and risks to human and wildlife health. Biodiversity (Level 2 &ndash; Serious) Biodiversity-2: Work to continue, expand, update, and improve the IRL species inventory. Construction of grinder pump station systems that will be connected to the Martin County central sewer system. Residential connection forms with receipts and dated photos of the before and after grinder pump station. The project will construct a gravity sewer system consisting of approximately 15,400 linear feet of sewer main, approximately 54 manholes and a County-owned and operated lift station. Construction of a water main will coincide with the sewer main.



## 22 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00074611



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
| --- | --- |

Outcomes:
The anticipated deliverables include those identified in the IRL One Lagoon Comprehensive Conservation and Management Plan: &ldquo;Looking Ahead to 2030&rdquo; and the FY 2023 Work Plan Proposal. Specific Work Plan Outputs for FY 2023 BIL Funding &ndash; 6 projects/activities identified through competitive RFP or RFQ process. The expected outcomes include reduction of flooding in underserved, and underrepresented communities. Reduction of trash in underserved, and underrepresented communities. Reduction of trash from reaching the Indian River Lagoon. Improve aesthetics of the Moore&rsquo;s Creek area that is an underserved and underrepresented community. Students will learn how to do seagrass planting and monitoring and will help develop a protocol to guide seagrass restoration using impoundment hydrology. The intended beneficiaries include the citizens of the State of Florida.

Subrecipient:
City of Fort Pierce: Moore&rsquo;s Creek Distinctive Communities Project Marine Discovery Center: Building Lagoon-wide Capacity for Seagrass Recovery Through Infrastructure Investments Brevard Zoo: Building Lagoon-wide Capacity for Seagrass Recovery Through Infrastructure Investments Florida Atlantic University Harbor Branch: Building Lagoon-wid

| Project Title | Project Description |
| --- | --- |

| PalmBchCoGov - COUNTY OF PALM BEACH | 22 | 2300 North Jog Road, West Palm Beach, FL  33411-4700 |
|---|---|---|

## 24 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| 1/17/2025 | 1/23/25 | $3,000,000.00 | $3,000,000.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |

| | |
|---|---|
| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Environmental and Climate Justice Block Grant Program | Description:<br>This action approves funding in the amount of $3,000,000 under the Inflation Reduction Act (IRA) to Palm Beach County (PBC) Office of Resilience.  Specifically, the project will empower disadvantaged communities members to participate in climate resiliency planning by training 180 Community Supporter staff on PBC climate government planning processes and investment opportunities.<br><br>Activities:<br>The activities include but are not limited to the following: instructing participants on disadvantage community climate change impacts, training grassroot leaders on how to integrate climate resilience into their business operations, missions and programming, and training participants on a deeper understanding of climate resilience and emergency preparedness.<br><br>Outcomes:<br>The anticipated deliverables include: outreach and engagement, formation of advisory committee, community supporter trainings and leadership development, staff engagement with disadvantaged communities. The expected outcomes include: building disadvantaged community's capacity to engage in local government resilience and sustainability LGRS programs, increase community-based organization CBO and resident climate literacy, provide municipal partners and municipal engagement opportunities with the Advisory Council and Community Supporters, enhance local government opportunities to make climate resilience investments in Disadvantaged Communities, The intended beneficiaries are disadvantaged communities.<br><br>Subrecipient:<br>The activities to be implemented through subawards include but are not limited to the following: technical analysis, facilitating collaboration with community-based organizations, lead applicant and residents, reporting, training and leadership development. |
| --- | --- |

| Project Title | Project Description |
| --- | --- |

| MiDadePubSch - SCHOOL BOARD OF MIAMI-DADE COUNTY | 24 | 1450 NE SECOND AVE, MIAMI, FL  33132-1308 |

EPA_00074619

| 1/16/2025 | 1/22/25 | $7,297,240.00 | $10,422,240.00 |
|-----------|---------|---------------|-----------------|

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00074621

| Clean Heavy-Duty Vehicles Program | Description:<br>This action provides funding in the amount of $7,297,240 to support the School Board of Miami-Dade County under the Inflation Reduction Act (IRA) to replace non-zero emission heavy duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The recipient will replace 25 eligible vehicles with comparable, eligible zero emission vehicles under the School Bus Sub-Program which will result in cleaner air and improved health for communities in Miami Dade County, Florida.<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles, purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.<br><br>Outcomes:<br>The anticipated deliverables will include deployment of 25 new electric school buses, installation of 25 Level 3 charging stations and supporting infrastructure at designated depots, completion of training programs for drivers and maintenance personnel, and conduction of community engagement events. The expected outcomes include reduced greenhouse gas emissions, improved air quality in the Miami-Dade area, community awareness and support for sustainability initiatives, and increased partnerships with local organizations and stakeholders. The intended beneficiaries include Miami-Dade County Public Schools (grantee), the CLEO Institute (partner), Generation 180 (partner), Florida Power and Light (partner), and the World Resources Institute (partner). Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.&#8239;<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

## 25 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| com4630 - CITY OF MIRAMAR | 25 | 2300 CIVIC CENTER PLACE, MIRAMAR, FL  33025-6577 |

## GA

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $853,000.00 | $2,458,000.00 |

EPA_00074624

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 132 | 66.049 / Clean Heavy-Duty Vehicles Program |

| Project Title | Project Description |
|---|---|
| Clean Heavy-Duty Vehicles Program | Description:<br>This action approves an award in the amount of $853,000 to the City of Miramar. This agreement provides funding under the Inflation Reduction Act (IRA) to replace in use, non-zero emission heavy duty vehicles with new zero emission vehicles to reduce air pollution and greenhouse gas emissions.<br><br>Activities:<br>The activities to be performed, include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles, purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.<br><br>Outcomes:<br>The anticipated deliverables include the replacement of 3 vehicles (2 shuttle buses and 1 streetsweeper) and the installation of 3 DC fast chargers. Staff and vendor training on electric vehicles and infrastructure will also be conducted, in addition to public outreach activities. The expected outcomes include reduction in greenhouse gas emissions and improved ambient air quality in the communities in which the buses operate; improvements to human health and the environment, social conditions, and welfare of community residents; improved workforce training programs related to electric vehicles and charging infrastructure; and increased awareness of the clean heavy duty vehicle project and results. The intended beneficiaries are community residents who will benefit from improved ambient air quality in communities in which these vehicles operate.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

EPA_00074626

## 02 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| CITY OF THOMASVILLE | 02 | P.O. BOX 1540, THOMASVILLE, GA 31799-1540 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $19,805,900.00 | $19,805,900.00 |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |

| Project Title | Project Description |
|---|---|
| Environmental and Climate Justice Block Grant Program | **Description:**<br>This action approves an award in the amount of$19,805,900 to the City of Thomasville under the Inflation Reduction Act (IRA) to support resiliency in Thomasville's low-income historic neighborhoods through three community driven projects. A community resilience hub, the repair of critical water infrastructure causing sewage backups into the neighborhoods, and home improvement grants focused on improving energy efficiency and indoor air quality. These projects will focus on improving health outcomes, specifically asthma and upper respiratory diseases, for priority populations with multiple vulnerabilities to climate change.<br><br>**Activities:**<br>The activities include developing a community resiliency hub, conversion of gas-powered lawn care equipment, rebuilding sewer outfall lines, completing housing energy audits, retrofits and installing community solar, community health center, green infrastructure and green energy certification, workforce development training, air quality monitoring and home Improvement grant program, plus climate action and resilience plan.<br><br>**Outcomes:**<br>The anticipated deliverables include up to 45 home improvement grants for vulnerable |

EPA_00074630

## 05 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074631



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

EPA_00074632



| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00074633

populations which include up to 60 home energy audits and resident trainings, over 6 energy audits and green infrastructure certification, training sessions for contractors, renovation of 12,000 square feet of indoor community resiliency hub space and 5,000 sf of shaded indoor outdoor space, completion of 1682 square feet for Federally Qualified Health Center, 450+ killer watts of Total Solar Power installed, 613217 kWh of clean energy generated, replacement of 30 gas-powered lawn mowers blowers with electric equivalents, and 26,312 feet of rehabilitated sewer truck and outfall lines. 88 manholes repaired or replaced. The expected outcomes include reported decrease in incidents of asthma and other respiratory illnesses, energy cost reduction, reduction in energy costs, green building audits, renovations, enhanced physical safety during natural disasters, annual greenhouse gas emissions reduction and household cost reduction, and reduction in PM 2.5 emitted by lawn care equipment. The intended beneficiaries are disadvantaged communities, including Inflation Reduction Act (&ldquo;IRA&rdquo;)-designated and &ldquo;Justice40&rdquo; disadvantaged block groups.


Subrecipient:
Activities to be implemented through subawards include repair and enhancement of sewer infrastructure; development of community resiliency hub and community health center; implementation of the Home Improvement Grants Program; implementation and facilitation of workforce development training program; conduct home energy audits and repairs; conversion of gas-powered lawn care equipment; and conduct meaningful engagement.

| Project Title | Project Description |
| --- | --- |

| ATLANTA, CITY OF | 05 | 55 Trinity Ave, Atlanta, GA 30303-3520 |
| --- | --- | --- |

EPA_00074635

| 1/17/2025 | 1/23/25 | $2,376,203.00 | $3,761,616.00 |
| --- | --- | --- | --- |

EPA_00074636

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00074637

| Clean Heavy-Duty Vehicles Program | Description:<br>The agreement provides $2,376,203.00 in funding under the Inflation Reduction Act (IRA) to City of Atlanta to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The recipient will replace 7 eligible vehicles with comparable, eligible zero-emission vehicles under the Vocational Vehicles Sub-Program, resulting in cleaner air and improved health for the communities in Clayton and Fulton Counties.<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.<br><br>Outcomes:<br>The anticipated deliverables are as follows: replacement of one Class 6 service truck with one EV Service Truck at Hartsfield-Jackson Airport and one DCFC port installed; replacement of one street sweeper and two Class 7 Trucks with three comparable ZE |

## IA

### 03 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|------------|--------------|---------------------------|-----------------------|

| Statutory Authority Summary | Assistance Program |
| --- | --- |

electric vehicles, with three Level 3 DCFC ports across two City of Atlanta DWM water sites; replacement of two Class 6 Trucks and one Refuse Hauler with 3 comparable EV models and the installation of 3 DC fast L3 chargers to the City of Atlanta&rsquo;s Office of Fleet Services Headquarters (DPW OFS); training provided to fleet services staff; and community engagement activities to ensure meaningful participation with respect to the design, planning, and performance of the project. The expected outcomes are as follows: expansion of the ZE fleet at the busiest airport in the United States and the overall emission reductions and ambient air quality mitigation; showcasing City and Department of Watershed Management leadership to make a positive impact in water utility industry through ZE vehicles; showcasing leadership to make positive impact for City of Atlanta&rsquo;s Office of Fleet Services staff; building out electric vehicle fleet operations and maintenance strategies to align with the City of Atlanta Office of Fleet service&rsquo;s vision; development of the city's first cohort of fully certified electric vehicle technician specialists; and meaningful engagement with the community. The intended beneficiaries include residents of Fulton and Clayton counties.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| IOWA DEPARTMENT OF NATURAL RESOURCES | 03 | 6200 Park Ave Ste 200, Des Moines, IA  50321-1371 |

## IL

### 07 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $30,779,000.00 | $36,934,800.00 |

EPA_00074644

| Clean Water Act: Title VI & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.458 / Capitalization Grants for Clean Water State Revolving Funds |
| --- | --- |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| | |
|---|---|
| FFY 2024 BIL general supplemental grant for program administration and loans for the construction of publicly-owned wastewater treatment facilities | **Description:**<br>This agreement funds a capitalization grant, funded by the Infrastructure Investment and Jobs Act (IIJA) (PL 117-58), for the recipient&rsquo;s Clean Water State Revolving Fund program.<br><br>**Activities:**<br>The recipient of these funds provide low interest financing to numerous subrecipients.<br><br>**Outcomes:**<br>The anticipated deliverables include financing, planning, design, and construction of eligible water quality improvement and protection projects. The expected outcomes are to improve and protect water quality and public health. The intended beneficiaries include citizens throughout the State.<br><br>**Subrecipient:**<br>Subawards are included in this assistance agreement as grants and loans. |

| Project Title | Project Description |
|---|---|

EPA_00074646

| sga3913 - SEVEN GENERATIONS AHEAD | 07 | P.O. Box 3125, Oak Park, IL 60303-3125 |
| --- | --- | --- |

EPA_00074647

| 1/20/2025 | 1/23/25 | $1,817,535.00 | $1,817,535.00 |
| --- | --- | --- | --- |

EPA_00074648

Clean Air Act: Sec. 138

66.616 / Environmental and Climate Justice Block Grant Program

EPA_00074649

| Cross Community Climate Collaborative (C4) | Description:<br>This agreement provides funding under the Inflation Reduction Act (IRA) to Seven Generations Ahead.  Specifically, the project will establish the Cross Community Climate Collaborative (C4). C4 is structured to support disadvantaged communities by giving them access to information pertaining to issues that directly impact them. It will also foster relationship-building and fruitful communications with community members and government decision-makers. By creating more informed citizens who have experience interacting with decisionmakers, C4 will develop residents who are well-equipped to advocate for themselves and their communities on matters such as climate change and environmental justice. The project will engage community members from Broadview, Maywood, Bellwood, Hillside, and Berwyn, Illinois. The project will create communities with a higher capacity for communicating cooperatively with decisionmakers and ensuring climate and environmental justice for themselves and others. The communities listed above will have access to ample funding opportunities and necessary resources because C4 intends to build their capacity in grant-writing as well.<br><br>Activities:<br>Seven Generations Ahead will build and enhance their Community Sustainability Working Group Program, further engaging |



EPA_00074651



EPA_00074652



EPA_00074653

residents and stakeholders in developing and implementing priority actions. This project, will bring the development of useful tools for tracking climate metrics and goals, such as a Clean Energy Roadmap and a Climate and Equity Dashboard. The involved communities will be connected with federal and state grant writing through the team built by Seven Generations Ahead and their partners. C4 intends to grow its partnership with cities and villages in the area, furthering their impact on low to moderate income communities. Lastly, C4 will implement a 6-8 week Climate &amp; Equity Leadership Lab. This lab was created to educate community members on the state of the climate, equitable clean energy, trending policies/strategies across content areas, and international, national and regional goals. Participants will also get the opportunity to discuss issues with members of the local governing bodies.

Outcomes:
The anticipated deliverables include the establishment of 14 Community Sustainability Working Groups and priority work plans in C4 communities. Energy roadmaps and dashboard prototypes will be developed and implemented. The Leadership Lab will be completed by the end of the project, and presentations with mayors and superintendents will bring new C4 membership to 25 new communities. C4 will submit 4-6 large-scale proposals on behalf of communities involved, and the scopes of

EPA_00074654



## 18 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074655



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00074656

| Statutory Authority Summary | Assistance Program |
| --- | --- |

work will be applied to multiple funding opportunities.

The expected outcomes include progress towards greenhouse gas reduction, equity and sustainability goals, workforce training and jobs linked to new projects, and community stakeholders who are both educated and engaged. The project will create climate, equity and sustainability policies and strategies that support indoor and outdoor air quality improvements, economic benefits for residents and long-term resiliency strategies that help communities deal with extreme heat, flooding and indoor/outdoor air quality and related health issues. The residents of Broadview, Bellwood, Maywood, Hillside, and Berwyn will receive resources and investments to drive sustainability outcomes well after the end of the project.

The intended beneficiaries are disadvantaged communities.

Subrecipient:
The Village of Broadview is the statutory applicant for this grant. The Village of Broadview will receive a subaward for the Community Outreach work done within the program. They will liaise with communities enrolled in the Cross Community Climate Collaborative. They will also provide assistance to the Seven Generations Ahead team through ensuring community concerns are heard and prioritized.

The following subawards are f

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | 18 | 1021 North Grand Avenue East, P.O. Box 19276, Springfield, IL 62794-9276 |

EPA_00074659

| 1/20/2025 | 1/23/25 | $965,000.00 | $2,644,116.00 |
| --- | --- | --- | --- |

EPA_00074660

| Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.485 / State Support for the Gulf Hypoxia Action Plan |
| --- | --- |
| | |

EPA_00074661

FY24-26 IEPA Gulf Hypoxia Program

Description:
This agreement provides funding under the Infrastructure Investment and Jobs Act (IIJA) to Illinois Environmental Protection Agency (IEPA). The purpose of this agreement is to support and advance the Gulf Hypoxia Action Plan through implementation of the recipient's nutrient reduction strategy. IEPA plans to continue four projects from their FFY22/23 Gulf Hypoxia Program Grant (Continuous Nutrient Monitoring Network, Cover Crop Premium Discount Program, Ag Retailer 4RNutrient Management Metrics Survey, NLRS Implementation in Priority Watersheds). Continuation of these projects is necessary to further the collection of water quality metrics, agriculture metrics, and implementation of practices to reduce nutrient loss.

Activities:
The activities include the following: nutrient monitoring at eight USGS continuous monitoring stations in Illinois, annual planting of 190,000 acres of cover crops, collect data on the implementation of nutrient management practices, and ongoing implementation of nonpoint source best management practices recommended in the Nutrient Loss Reduction Strategy.



EPA_00074663



EPA_00074664



EPA_00074665

Outcomes:
The anticipated deliverables include water quality data generated from Continuous Nutrient Monitoring Network, agronomic research results specific to nutrient reduction, and survey results with information on statewide and regional implementation of 4R nutrient management adoption in Illinois. The expected outcomes include decreased nutrient loads to the Gulf of Mexico as well as improvement to local water quality and drinking water sources. Climate resilience and mitigation will also be achieved by certain projects. The intended beneficiaries include residents of Illinois and expands to the Gulf of Mexico through the Mississippi-Atchafalaya River Basin.

Subrecipient:
Activities include: nutrient monitoring at eight USGS continuous monitoring stations in Illinois, annual planting of 190,000 acres of cover crops, collect data on the implementation of nutrient management practices, and ongoing implementation of nonpoint source best management practices recommended in the Nutrient Loss Reduction Strategy.

| | | |
|---|---|---|
| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | 18 | 1021 North Grand Avenue East, P.O. Box 19276, Springfield, IL 62794-9276 |

# KS

## 01 - District

EPA_00074667

| | | | |
|---|---|---|---|
| 1/21/2025 | 1/24/25 | $459,099.00 | $23,333,334.00 |

| Diesel Emission Reduction Act of 2010, codified at 42 U.S.C. 16133 | 66.040 / Diesel Emissions Reduction Act (DERA) State Grants |
| --- | --- |
|  |  |

EPA_00074669

| 2023-2024 Diesel Emissions Reduction Act State Program - Driving a Cleaner Illinois | Description:<br>The agreement provides funding to the Illinois Environmental Protection Agency (Illinois EPA) DERA program which focuses on funding projects in areas of the state that are designated nonattainment for ozone and where there are disproportionate amounts of diesel emissions in populated areas. Replacing or repowering off-road equipment with large, older diesel engines offers the greatest levels of emissions reductions, including nitrogen oxides.  Specifically, Illinois EPA will repower three existing diesel passenger/commuter linehaul locomotives owned and operated by the Northeast Illinois Regional Commuter Railroad Corporation (&ldquo;Metra&rdquo;) in the Chicago area with electric motors.<br><br>Activities:<br>The activities include repowering three existing diesel linehaul locomotives with zero-emission electric propulsion locomotive motors, training Metra staff on the proper use and maintenance of the newly repowered electric locomotives and the charging station, and highlighting the benefits and successes of the project resulting from this funding.<br><br>Outcomes:<br>The anticipated deliverables include three diesel linehaul locomotives with zero-emission electric propulsion locomotive motors and charging infrastructure. The expected outcomes include a reduction in pollutants emitted from diesel engines, improved air quality, and reduced exposure to harmful diesel exhaust.  The intended beneficiaries include the citizens of the state of Illinois.<br><br>Subrecipient:<br>Through a subaward, the Northeast Illinois Regional Commuter Railroad Corporation (&ldquo;Metra&rdquo;) will repower three existing diesel passenger/commuter linehaul locomotives in the Chicago area with electric motors. |
| --- | --- |

EPA_00074670

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| KANSAS STATE UNIVERSITY | 01 | 1601 VATTIER STREET, Manhattan, KS  66506-1100 |

EPA_00074671

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $151,022.00 | $158,971.00 |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 103,Toxic Substances Control Act: Sec. 10(a) & PL 106-74 | 66.717 / Source Reduction Assistance |

EPA_00074673

| Project Title | Project Description |
|---|---|
| FY24-25 KSU Source Reduction Assistance | Description:<br>This project will provide source reduction technical assistance (e.g., information, training, tools) and workforce training to businesses to help them develop and adopt source reduction practices (also known as pollution prevention). Pollution Prevention means reducing or eliminating pollutants from entering any waste stream or otherwise being released into the environment prior to recycling, treatment, or disposal. Pollution Prevention practices can help businesses save money by reducing their resource use, expenditures, waste and liability costs, while at the same time reducing their environmental footprint and helping to protect human health and the environment. Specifically, the project will work to improve community awareness of harmful air emissions and to reduce VOC and toxic air emissions at painting and coating facilities by providing source reduction technical assistance and workforce training for up to sixty businesses using painting and coating processes located in up to fifteen census tracts in the Wichita metro area identified as having environmental justice impacts due to toxics emissions to the air. The project will also hold community forums in the areas shown to have these impacts, giving businesses using painting and coating processes, citizens, and workers the opportunity to discuss efforts to reduce air toxics impacts locally. The project will publish documents and host presentations at various |

EPA_00074674



EPA_00074675



EPA_00074676



EPA_00074677

local, state, and national events to promote replication of investigation and reduction activities.

Activities:
Kansas State University&rsquo;s Pollution Prevention Institute will identify 15 census tracts in the Wichita metro area that contain, and are impacted by, business activities involving painting and coating and that have Environmental Justice concerns based on toxic air emissions from painting and coating, and the identification of those businesses; provide outreach, source reduction technical assistance and training opportunities as related to painting and coating processes for workers in businesses in identified areas; conduct community forums for the identified areas that involve the businesses performing painting and coating processes, their workers, and the local citizenry and provide a platform to discuss efforts for reducing local impacts from toxic air emissions; share/transfer lessons learned through conferences, trade shows, newsletters, and other venues such as the R7 EJ TCTAC; and follow-up with businesses using painting and coating processes located in the identified areas to determine the impact of training and on-site technical assistance on reducing toxic air emissions and to recognize project successes.

Outcomes:
The project will identify at least 200

EPA_00074678

## LA

### 02 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074679



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

EPA_00074680



| Statutory Authority Summary | Assistance Program |
| --- | --- |

businesses involved in painting and coating; will hold up to 4 training events supporting at least up to 40 participants at each event; provide off-site technical assistance to up to 80 organizations and on-site technical assistance to up to 6 organizations; hold up to 3 community forums with at least 20 participants from disadvantaged communities; publish at least 1 case summary and hold up to 2 conferences to facilitate lessons learned transfer of knowledge amongst participants; up to 6 facilities receiving follow up visits and up to 30 recommendations reviewed for implementation. Outcomes from training and technical assistance based on use of the EPA Pollution Prevention Greenhouse Gas calculator are estimated to be up to 5,000 pounds of hazardous material reduced, including air toxics, up to 3,800 MTCO2e GHGs reduced, and up to $85,000 in cost-savings. Residents of the State of Kansas will benefit from the reduction of pollution and assisted industries will benefit through improved processes.

Subrecipient:
Wichita State University Environmental Finance Center will assist with training workshops, calls to aerospace industry stakeholders, host community involvement events, and assist with development of e

| Project Title | Project Description |
| --- | --- |

| srni3940 - Stay Ready NOLA, Inc. | 02 | 2420 St. Claude Avenue, New Orleans, LA 70117-7717 |

EPA_00074683

| 1/17/2025 | 1/23/25 | $19,999,999.00 | $19,999,999.00 |
| --- | --- | --- | --- |

EPA_00074684

| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |
| --- | --- |

EPA_00074685

| Stay Ready Solar Project | Description:<br>This agreement provides funding under the Inflation Reduction Act (IRA) to Stay Ready NOLA, Inc. Specifically, the project will seek to build a Resilience<br>Hub to enhance community resilience to climate-related emergencies and ensure access to critical support and resources during and after extreme weather events. It will also<br>provide crucial space for educational initiatives, job training, and more. During Disruption and Recovery modes, the same facility will serve as a home base for the mutual support<br>electric crews that flood into New Orleans to restore power. The Community Solar Generating Facilities (CSFs) will produce clean, renewable solar energy, reducing the energy burdens for approximately 5,000 qualifying low-income residents by reducing their electric bills by 20% or more.<br><br><br>Activities:<br>The activities include creating a community resiliency hub and workforce development program.<br><br><br>Outcomes:<br>The anticipated deliverables include &#9679; Utilize permeable surfaces to |
| --- | --- |



EPA_00074687



EPA_00074688



EPA_00074689

facilitate ground water filtration.
&#9679; Stormwater retention vaults in excess of code requirements.
&#9679; Native grasses and tree planting.
&#9679; Traffic garden for bike safety training
&#9679; Two new bike racks and two free bike repair stations
&#9679; E-bike storage and charging
&#9679; Resilience Hub energy audit performed.
&#9679; Resilience Hub air sealing completed.
&#9679; Resilience Hub electrification, weatherization, and HVAC upgrades.
&#9679; Solar renewable energy capacity installed  (+/- 363 kWh capacity).
&#9679; Battery storage installed (12hr capacity).
&#9679; GHG emission reduction.
&#9679; Capacity for emergency deployment as a hub for 200+ lineworkers and other emergency responders.
&#9679; Capacity as a cooling center during life-threatening heat waves for 200+ individuals.
&#9679; Capacity for emergency deployment as a community distribution facility for GOHSEP to provide food, water, medicine and other urgently needed supplies.
&#9679; One rear-loader garbage/ recycling truck, waste pre-crusher and two compactors.
&#9679; Diversion and reuse of building materials for maker space and float building

**MA**

**05 - District**



EPA_00074692



EPA_00074693

(80+ cubic yards of waste diverted from landfill).
&#9679; Warehouse and post-disaster bulk waste recycling (240+ cubic yards diverted from landfill).&quot;
&#9679; Resilience Hub solar renewable energy microgrid installed.
&#9679; Resilience Hub electrification.
&#9679; Emergency power backup and charging station during emergencies.
&#9679; Reverse osmosis water purifying system for potable water (100 gallon/min capacity).
&#9679; Water purification system rainwater collection for non-potable use - fire suppression, toilets, showers, laundry, etc. (5,000 gallon tank).
&#9679; One rear-loader garbage/ recycling truck, waste pre-crusher and two compactors.
&#9679; Diversion and reuse of building materials for maker space and float building (80+ cubic yards of waste diverted from landfill).
&#9679; Warehouse and post-disaster bulk waste recycling (240+ cubic yards diverted from landfill).
&#9679; Resilience Hub construction utilizing low-VOC paints and varnishes (250+ gallons replaced)
&#9679; Formaldehyde-free insulation
&#9679; Eco-friendly adhesives and sealants
&#9679; Solar renewable energy capacity installed (3+ MW)
&#9679; Battery storage installations (12hr capacity).
&#9679; GHG emission reductions&quot;
&#9679; Creation of jobs for members of disadvantaged community in GHG emission reducing industry through CSF construction and operation (20% hiring requirement, estimated 4 FTE jobs)
&#9679; Solar renewable energy capacity installed (3+ MW)
&#9679; GHG emission reductions
&#9679; Creation of composting area on excess land area at CSF site (+/- .25 acres)
&#9679;Upgrade of two public bus stops and for promotion of public transportation initiatives
&#9679;New e-bike docking station and fleet of bikes.
&#9679;Workforce training and retention for

EPA_00074694

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| NEW ENGLAND INTERSTATE WATER POLLUTION CONTROL COMMISSION | 05 | 650 Suffolk Street, Suite 410, Lowell, MA  01854 |

## 08 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $20,000.00 | $200,000.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Water Act: Sec. 104(b)(3) | 66.436 / Surveys, Studies, Investigations, Demonstrations, and Training Grants and Cooperative Agreements - Section 104(b)(3) of the Clean Water Act |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Project Title | Project Description |
|---|---|
| Multimedia 303(d) Success Story Creation and Dissemination (NPA X) | **Description:** The purpose of this award is to build state, tribal, and local capacity to communicate 303(d) program successes in restoring waters and to raise public awareness of activities conducted by these entities to correct water quality impairments. To accomplish this goal, NEIWPC will convene a workgroup of interested and communications savvy professionals from EPA, state, territorial, and tribal 303(d) programs to help identify potential topics to prioritize for communications product creation. Examples of those topics could include successes related to nutrients, bacteria, environmental justice, climate change, 303(d) list prioritization, alternative approaches, engagement and partnerships, and protection. NEIWPCC, with support from the workgroup and input from EPA, will gather information on potential success stories from 303(d) program staff and review the submitted story ideas to identify common themes, topics, and approaches. The primary deliverables from this award will be synopses of successful restoration projects stories that will be developed into a one- to two-page sharable write-up and at least one other communication product, which may include a StoryMap, podcast episode, infographic, or other tool, to engage a broader audience, including states, tribes, municipalities, and the general public. <br><br> **Activities:** <br> . <br><br><br> **Outcomes:** <br> . <br><br><br> **Subrecipient:** <br> No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

EPA_00074698

| JSI RESEARCH & TRAINING INSTITUTE INC | 08 | CONTROLLER, BOSTON, MA 02210 |
| --- | --- | --- |

EPA_00074699

| 1/16/2025 | 1/22/25 | $3,000,000.00 | $3,000,000.00 |

EPA_00074700

Clean Air Act: Sec. 138

66.616 / Environmental and Climate Justice Block Grant Program

Enhancing Equitable Community Engagement in Governance for Environmental and Climate Justice in East Boston (EJ Engaged East Boston)

Description:
This agreement provides funding under the Inflation Reduction Act (IRA) to John Snow Institute (JSI) Research &amp; Training Institute, Inc. to enhance community input into local environmental and climate policy decision-making in Boston&rsquo;s Environmental Justice (EJ) neighborhoods by improving access to information, creating a Community Advisory Council (CAC), and launching an EJ Ambassador program for peer outreach and engagement in East Boston, Massachusetts. JSI Inc. along with their Statutory Partner, Gast&oacute;n Institute will provide outreach, training, and technical support to increase public engagement and involvement in local initiatives and decision-making, which will build safe and healthy communities and improve environment and public health conditions including the ability to address and respond to extreme weather and other climate impacts. Outcomes include increased community engagement in local government processes and decision-making, establishing new communication pathways, community-led recommendations, and additional community leadership opportunities through training programs.

Activities:
The activities to be performed include creating a Community Advisory Council (CAC), building connections with local government and launching an EJ



EPA_00074703



EPA_00074704



EPA_00074705

Ambassador program for peer outreach in East Boston, Massachusetts. The project will connect residents, local organizations and workers including those with limited English proficiency to build partnership and collaboration. JSI will focus on partnerships with community organizations including Neighbors United for a Better East Boston (NUBE), an East Boston resident-led organization dedicated to organizing disenfranchised neighbors for civic participation; Maverick Landing Community Services (MLCS), a nonprofit focused on building an equitable community in East Boston; and GreenRoots, an environmental justice organization in Boston and Chelsea which focuses on public engagement, collective action, education, and youth leadership. The project will organize a series of community events and trainings to listen to community concerns and increase residents under standing of local government programs and involvement in municipal decision-making. This project will establish a CAC with at least 20 representatives from underserved communities. The project will enhance communication and feedback mechanisms by establishing bi-directional communication pathways between community members and local municipal government. This includes in-person meetings, online communication platforms, social media, and virtual meetings. The training program will also reach teachers of Adult Basic Education/English for Speakers

EPA_00074706

## MD

### 03 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
|---|---|

of Other Languages, academic teachers, and local community-based organization leaders through a train-the trainer program on environmental and climate justice topics that directly informs, engages and addresses needs of East Boston residents.

Outcomes:
The anticipated deliverables include establishing a Community Advisory Council of 20 community members and an Environmental Justice (EJ) Ambassador program of 8-12 members recruited from East Boston, Massachusetts. The project will establish new communication pathways between the City of Boston local government including at least 15 educational events engaging at least 900 residents and additional online engagement opportunities. The project will conduct train-the-trainer programs for at least 25 teachers of Adult Basic Education/English for Speakers of Other Languages and nonprofit leaders, who will train at least 75 adults and 75 youth per year (450 total) on environmental and climate justice. The project will host at least 6 environmental awareness events reaching at least 300 community members and develop a training curriculum focusing on civic participation to address local climate and environmental issues and complete at least 3 existing environmental/health needs assessments on local topics. The pro

| Project Title | Project Description |
| --- | --- |

CENTER FOR WATERSHED PROTECTION, INC.   03

11711 E MARKET PL,
FULTON, MD  20759-2595

EPA_00074711

| 1/16/2025 | 1/22/25 | $65,000.00 | $250,000.00 |
| | | | |

EPA_00074712

| Clean Water Act: Sec. 104(b)(3) | 66.436 / Surveys, Studies, Investigations, Demonstrations, and Training Grants and Cooperative Agreements - Section 104(b)(3) of the Clean Water Act |
| --- | --- |

EPA_00074713

| | |
|---|---|
| Advancing the State of Watershed Planning Through Improved Training and Tools: | **Description:**<br>The purpose of this agreement is to providing funding to the Center for Watershed Protection, Inc to support the advancement of state watershed planning through improved trainings and tools. CWP will be evaluating the needs of watershed professionals and the gaps in existing watershed planning trainings; convening a workgroup of experts to define and help develop the foundational elements of a national curricula; and disseminating the results nationally.<br><br>**Activities:**<br>The major activities to be performed, anticipated deliverables, and expected outcomes are: 1) Compile and summarize the current state of watershed training curricula in the U.S.2) Convene a workgroup of experts to evaluate the existing curricula and technical resources, as well as identify information gaps and areas of improvement. 3) Develop a nationally consistent set of tools, information, and training curricula for watershed practitioners.4) A summary report stating findings, recommendations, and training materials for implementation.<br><br>**Outcomes:**<br>The objective of this project is to advance the state of professional training for watershed planners and coordinators. The training and tools resulting from this work will lead to an improved understanding of watershed |



EPA_00074715





EPA_00074717

planning by these watershed professionals and ultimately lead to more effective watershed plan implementation at the local level. Watershed plans outline a set of strategies for reducing pollution so that waterways can support fishing, swimming, drinking and other uses, protect human health, and meet other community goals such as economic development and equity. Therefore, the implementation of effective watershed plans directly addresses Goal 1 in EPA&rsquo;s FY 2018-2022 Strategic Plan. Specifically, Objective 1.2 - Provide for Clean and Safe Water is addressed by helping to &ldquo;ensure waters are clean&rdquo; and because watershed planning includes efforts to &ldquo;sustainably manage programs to support drinking water, aquatic ecosystems, and recreational, economic, and subsistence activities.&rdquo;

Results of Activities
The anticipated products/results of this project are listed below. Progress towards producing these deliverables will be tracked by the CWP Project Manager based on percent completion and reported on to EPA in the progress reports for the assistance agreement. Outputs will be considered successfully completed with final acceptance by EPA within the agreed-upon timeline. &bull; A comparative matrix of existing watershed planning trainings &bull; A summary report that describes the training

EPA_00074718



## 08 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00074720

| Statutory Authority Summary | Assistance Program |
|---|---|

EPA_00074721

needs of watershed planners in the U.S., the state of existing training and tools, lessons learned, and any gaps that should be filled to better meet these training needs
&bull; A list of confirmed watershed planning workgroup members and their affiliations
&bull; Delivery of a one-day forum on watershed planning training and tools
&bull; A summary report synthesizing input from the forum, along with the forum agenda, attendee list and detailed notes
&bull; Five virtual meetings of the watershed planning workgroup
&bull; A final report with core watershed planning training materials and recommendations on their implementation

Outcomes include
&bull; Increased understanding of strengths/weaknesses of existing watershed planning trainings
&bull; Increased understanding of geographic coverage and utility of national watershed approach training in meeting stated needs
&bull; Increased availability of training materials for new watershed planners
&bull; Increased effectiveness of training programs offered

Beneficiaries include watershed planners/coordinators and the public..

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| Center For Workforce Inclusion, Inc. | 08 | 8403 Colesville Road, Suite 200, Silver Spring, MD   20910-6391 |
| --- | --- | --- |

EPA_00074723

| 1/17/2025 | 1/23/25 | $107,823.00 | $5,345,535.00 |
|-----------|---------|-------------|---------------|

EPA_00074724

| Environmental Programs Assistance Act of 1984 (PL 98-313) | 66.508 / Senior Environmental Employment Program |
| --- | --- |
| | |

| SEE Program Support for the Office of Mission Support | Description:<br>The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency (EPA).<br><br>Activities:<br>The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment Program enrollees to work with the Office of Mission Support Washington, D.C..<br><br>Outcomes:<br>The anticipated deliverable and expected outcomes for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, The Center for Workforce Inclusion, Inc.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

EPA_00074726

| INTERSTATE COMMISSION ON THE POTOMAC RIVER BASIN | 08 | 30 W. Gude Drive, Suite 450, Rockville, MD  20850-2403 |
| --- | --- | --- |

## ME

### 01 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $57,888.00 | $1,383,694.00 |

EPA_00074728

| Clean Water Act: Sec. 106 | 66.419 / Water Pollution Control State, Interstate, and Tribal Program Support |
| --- | --- |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| FY25 CWA106 ICPRB PROJECT | Description:<br>This agreement provides funding to the Interstate Commission on the Potomac River Basin (ICPRB) to carry out its program to maintain, protect, and improve the water quality of its rivers, lakes, streams, groundwater, and other waterbodies.  The environmental benefits of this program include preventing degradation of unimpaired waterbodies and reducing the number of impaired waterbodies in the state of Maryland.<br><br>Activities:<br>Activities include water quality assessments, TMDL development support and water quality monitoring.  Specifically, ICPRB will support regional response to spill events, data analysis and reporting, environmental education and outreach and tool development.<br><br>Outcomes:<br>Examples of anticipated deliverables include an improved Emergency River Spill Model web app, implementation of the Potomac River Comprehensive Water Resources Plan, a technical webinar on microplastics in freshwater, creation of a workgroup focused on North Branch; continuous temperature monitoring for tailfish; a Spatial Statistical Network model for class 3 streams, watershed and stream education programs, and an updated land prioritization tool.  The expected outcomes include an increased understanding of the health and status of the Potomac River Basin, increased outreach to stakeholders, improved water quality and better forecasting from new and updated models.  Direct beneficiaries of this assistance agreement include residents of the Potomac River Basin.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
| --- | --- |

| BerwickTown - TOWN OF BERWICK | 01 | 11 SULLIVAN ST, BERWICK, ME  03901-2927 |

## MI

### 07 - District

| Recipient Name | Congressional District | Recipient Address |

| 1/16/2025 | 1/22/25 | $2,800,000.00 | $4,000,000.00 |
|---|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
|---|---|
| 2024 Consolidated Appropriations Act (PL118-42) | 66.202 / Congressionally Mandated Projects |

| Water Treatment Facility Upgrade | Description: |
|---|---|
| | This agreement provides funding to the Town of Berwick, Maine to implement its project to upgrade water treatment facility. The drinking water treatment process will be improved to remove Manganese and Total Organic Carbon and to improve the management of treatment process residuals as directed in the 2024 Consolidated Appropriations Act. |
| | Activities: |
| | The activities to be performed include the execution and implementation of Drinking water infrastructure construction at the Town of Berwick Drinking Water Treatment facility. Workplan activities consist of several Drinking water treatment plant improvements: |
| | 1. Replacement of aging raw water and finished water pumps |
| | 2. Replacement of aging blowers required for the treatment process |
| | 3. Addition of a third blower for equipment redundancy. |
| | 4. Chemical feed system upgrades |
| | 5. Process control and electrical upgrades |
| | 6. Upgrade of control system and SCADA system |
| | 7. Upgrade of electrical service and motor control center for additional powered equipment loads. |
| | Outcomes: |
| | The anticipated deliverables include improved drinking water treatment and improved residual management at the drinking water treatment facility. |
| | The expected outcomes include installed SCADA system, installation of new pumps and blowers, improved electrical service and process controls. |
| | Beneficiaries of this project include the residents of the Town of Berwick, Maine. |
| | Subrecipient: |
| | No subawards are included in this assistance |

| Project Title | Project Description |
|---|---|

EPA_00074734

| | | |
|---|---|---|
| MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES, AND ENERGY | 07 | 525 W ALLEGAN ST, LANSING, MI  48909-8157 |

## MN

### 04 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|