| 1/20/2025 | 1/23/25 | $40,780.00 | $1,543,174.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |

| | |
|---|---|
| Clean Air Act: Sec. 103,Inflation Reduction Act: Sec. 60105(a) | 66.034 / Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Inflation Reduction Act - Air Monitoring Grant 60105(a) FY24-FY29 | Description:<br>The agreement provides funding under the Inflation Reduction Act to the Michigan Department of Environment, Great Lakes, and Energy for the expansion and enhancement of their air monitoring activities. Specifically, the recipient will improve and enhance Michigan's air monitoring network through upgrading equipment at multiple air monitoring sites and as well as establishing a new site in a non-attainment area.<br><br>Activities:<br>The activities include purchasing multiple different types of sensors and equipment to measure levels of carbonyl, volatile organic compounds, polycyclic aromatic hydrocarbons, carbon monoxide, sulfur dioxide, black carbon, and ozone. additionally, a new particulate matter 2.5 air monitoring site will be established in Lansing, MI.<br><br>Outcomes:<br>The anticipated deliverables include the deployment of roughly 40 new units of equipment used to measure air pollution and the installation of one new multi pollutant air monitoring site.<br><br>The expected outcomes include increased disadvantaged communities monitored for air quality, increased sustainability of ambient air monitoring networks, and increased public awareness of ambient air quality.<br><br>The intended beneficiaries include the residents of Michigan, specifically those located near the air monitoring sites.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
| --- | --- |

| Project Title | Project Description |
| --- | --- |

| MINNESOTA POLLUTION CONTROL AGENCY | 04 | 520 LAFAYETTE ROAD NORTH, SAINT PAUL, MN 55155-4194 |

EPA_00074739

| 1/21/2025 | 1/24/25 | $101,111.00 | $202,222.00 |
|-----------|---------|-------------|-------------|

EPA_00074740

| Pollution Prevention Act of 1990: Sec. 6605 | 66.708 / Pollution Prevention Grant Program |
| --- | --- |
| | |

| PFAS Pollution Prevention Technical Assistance for Metal Finishers | Description: |
|---|---|
| | This project will provide technical assistance, including information, training, and tools, to businesses to help them develop and adopt source reduction practices, also known as pollution prevention (P2). P2 focuses on reducing or eliminating pollutants before they enter any waste stream or are released into the environment, minimizing the need for recycling, treatment, or disposal. These practices not only help businesses save money by reducing resource use, expenditures, waste, and liability costs but also decrease their environmental footprint, protecting human health and the environment. |
| | Specifically, this project will address Minnesota businesses in the Metal Manufacturing and Fabrication industries (NAICS 331 and 332), with a particular focus on metal finishers that may incorporate PFAS in their processes and products. Through literature reviews, data analysis, and successful technical assistance methods from other states, the project will identify and implement safer alternatives to reduce or eliminate PFAS use and pollution. Targeted technical assistance will include site-specific assessments to determine optimal work processes and safer alternatives, helping to minimize releases of hazardous materials. By implementing these source reduction techniques, businesses will decrease PFAS-contaminated wastestreams that impact |



EPA_00074743



EPA_00074744



EPA_00074745

water and soil. Additionally, the project will document and share its findings to enable replication of successful strategies in other locations, contributing to the broader pollution prevention community&rsquo;s understanding of PFAS challenges and solutions. Ultimately, this work will support businesses in protecting the environment, improving operational efficiency, and addressing the environmental and health impacts of PFAS contamination.

Activities:
The priorities for P2 technical assistance align with NEA #5: Metal Manufacturing and Fabrication (NAICS Codes 331 and 332). This project will work with the Minnesota Pollution Control Agency (MPCA) and the Minnesota Technical Assistance Program (MnTAP) at the University of Minnesota to provide outreach, engagement, and on-site technical assistance to the metal finishing industry and wastewater community. MnTAP will identify facilities with opportunities for PFAS source reduction by analyzing NAICS codes, wastewater permits, and TRI reports. Using this information, they will create a targeted list of facilities and develop promotional materials to support outreach efforts.

These materials will help initiate conversations with potential clients in the metal finishing industry, trade organizations,

## MO

### 01 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00074747



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00074749

and wastewater treatment plants (WWTPs). While businesses often don&rsquo;t respond to mail or email solicitations, these resources will lay the groundwork for direct outreach and engagement. The project will emphasize the benefits of participation, such as reducing PFAS use and contamination, aligning with the goals of NEA #5 to support safer, more sustainable practices in the industry.

Outcomes:
The technical assistance conducted by the grantee will benefit facilities by helping them reduce or eliminate PFAS in their processes and products, and, where applicable, may also address underserved communities. The grantee will report on P2 performance measures, including outputs and outcomes, identify who benefits from the technical assistance, and follow up with facilities to determine whether the assistance was adopted and implemented.

Deliverables include conducting outreach to facilities in the metal manufacturing and fabrication sectors, developing a targeted list of facilities with PFAS reduction opportunities, providing site-specific assessments, and creating promotional and training materials to support pollution prevention efforts. Additional deliverables include documenting successful strategies and sharing findings to assist other facilities and communities.

Outcomes include reduced use and release of PFAS, decreas

| Project Title | Project Description |
| --- | --- |

| boeotco0192 - BOARD OF EDUCATION OF THE CITY O | 01 | 801 N 11TH ST, SAINT LOUIS, MO  63101-1015 |
| --- | --- | --- |

EPA_00074751

| 1/17/2025 | 1/23/25 | $10,128,735.00 | $13,854,793.00 |
| --- | --- | --- | --- |

EPA_00074752

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00074753

| Converting to Zero-Emission Buses to Improve Air Quality in the SLPS community | Description: |
|---|---|
| | The agreement provides funding under the Inflation Reduction Act (IRA) to the Saint Louis Public Schools (SLPS) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 07. The recipient will replace 30 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in the city of Saint Louis.<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles; and engaging with community members both within and outside of the school district to increase awareness and understanding of the environmental and economic effectiveness of the implemented technology.<br><br>Outcomes: |



EPA_00074755



EPA_00074756



EPA_00074757

The anticipated deliverables include 30 zero-emission busses (ZEBs), 30 DC Fast charger ports, 32 hours of training for staff, drivers, mechanics, and public safety officials, and at least two community forums to engage with and educate the community on ZEBs.

The expected outcomes include reduced emissions of nitrogen oxides (NOx), particulate matter (PM), and greenhouse gases (GHGs); improved air quality in the local area resulting in fewer respiratory illnesses that can cause child ER visits and school absenteeism reduced student absenteeism; school district savings resulting from reduced fuel and maintenance costs; and increased public awareness and support for ZEBs in the community.

The intended beneficiaries include SLPS students, residents of local communities within the city of Saint Louis, and the Saint Louis Public School District.

Subrecipient:
The subaward recipient will conduct a range of activities to support SLPS in accomplishing project goals including vehicle and infrastructure procurement, installation, maintenance, training, and operation. All equipment, including busses and chargers, will be owned by the subaward recipient and

EPA_00074758

**MS**

**02 - District**



EPA_00074760



EPA_00074761

operated in partnership with SLPS. Activities will include:

Consulting Services: Planning for future fleet electrification, including identifying and processing incentives.

Installation Services: Design, permit, install, interconnect chargers and Infrastructure, and commission such equipment together with the Vehicles (includes identifying and retaining qualified local subcontractors); EVSE installation (trenching, re-paving, conduit, etc., engineering review and drawings, permitting). Electrical service equipment upgrades (distribution lines, transformers, etc.).

System Procurement Services: Procure equipment including vehicles (if applicable), chargers, and infrastructure.

Training Service: Provide workforce development program training for drivers and mechanics in vehicle and charger operations and related maintenance. Provide emergency responder training. Educate teachers and students about electric school buses and benefits.

Charge Management Services: EVSE fleet management software subscription inclusive of telematics, charge
management, and asset management (5 yr subscription/bus). Remotely charge vehicles through the
Platform and pay for charging energy, and license platform to customer.

Operations Services: Provide access to, operate, maintain chargers and Infrastructure; support maintenance, including warranty claims, and reimburse customer for Vehicle maintenance and repairs performed by customer or its dealer. Fleet operations and ongoing fleet maintenance and inspections. Provide access to, operate, maintain chargers and Infrastructure; support maintenance, including warranty claims, and reimburse customer for

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| jps5684 - JACKSON PUBLIC SCHOOLS | 02 | 662 S President St, Jackson, MS 39201 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $4,923,958.00 | $6,914,458.00 |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 132 | 66.049 / Clean Heavy-Duty Vehicles Program |

| Project Title | Project Description |
|---|---|
| Clean Heavy-Duty Vehicles Program | **Description:**<br>The agreement provides funding in the amount of $4,923,958 under the Inflation Reduction Act (IRA) to Jackson Public Schools to replace in use, vehicles with new zero emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 4. The recipient will replace 15 eligible vehicles with comparable, eligible zero emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Jackson, Mississippi.<br><br>**Activities:**<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero emission vehicles, purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero emission vehicles and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero emission vehicles.<br><br>**Outcomes:**<br>The anticipated deliverables include replacement of 15 internal combustion engine school buses with zero emission school buses and the installation of 10 DC fast |



## 03 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00074768

| Statutory Authority Summary | Assistance Program |
|---|---|

EPA_00074769

chargers. Workforce training will be provided to staff, bus drivers, and mechanics related to zero emission vehicles and charging, and monthly community engagement activities will be coordinated by project staff. The expected outcomes include reduction of greenhouse gas emissions and improved ambient air quality in communities where the buses operate, improved workforce training programs and increased worker confidence in operating and maintaining zero emissions vehicles and chargers, increased public awareness of the clean heavy duty vehicles program, and better community understanding of the environmental and economic effectiveness of the implemented technology. The intended beneficiaries include Jackson Public Schools (grantee), Iris Facilities Intelligence (partner), and Entergy (partner). Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| 2CMississippi: Towards Sustainable, Educated and Empowered Mississippi | 03 | 116 SUMMER LAKE DR, RIDGELAND, MS  39157-8630 |
| --- | --- | --- |

EPA_00074771

| 1/16/2025 | 1/22/25 | $19,889,515.00 | $19,889,515.00 |
|---|---|---|---|

EPA_00074772

| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |
|---|---|
| | |

EPA_00074773

| Environmental and Climate Justice Block Grant Program | Description: This agreement approves funding in the amount of $19,889,515 under the Inflation Reduction Act (IRA) to 2C Mississippi: Towards Sustainable, Educated, and Empowered Mississippi. Specifically, the project will construct the first Resiliency Historically Underutilized Business (HUB) in Jackson, which will provide shelter, drinking water, electricity, and social support in times of system failure, while serving as an institution with everyday services for community events, services, and education. This project aims to serve as the lead example for a future network of resiliency hubs throughout Mississippi.

Activities: The activities include but are not limited to the following: renovation and upgrades to 35,000 sq. feet of public space, equip emergency wing for overnight stay with equipment and supplies, install backup generator, provide self-help and wellness education, provide space for workforce readiness training, provide literacy and parental training, provide financial management and budget counseling; mortgage; non-delinquency post-purchase workshops for homeowners; pre-purchase counseling; distribute food through food pantry; plant trees and native species of shrubs and ground cover; install solar panels |



EPA_00074775



EPA_00074776



EPA_00074777

and rain gardens, provide space to recycle battery and printer cartridges and install collection rain barrels and water wells.

Outcomes:
The anticipated deliverables include but are not limited to the following: renovation of resiliency HUB, trainings, outreach, workshops; a solar microgrid and battery system, electronic waste recycling, water well and rain barrel installations. The expected outcomes include increased building capacity for shelter, community resiliency, increased knowledge of health, wealth, literacy, parental care and workforce development for community members. The intended beneficiaries are disadvantaged communities in the area..

Subrecipient:
Activities will include co-designing the resiliency hub with the lead applicant and statutory partner; hosting emergency response, workforce development, climate risk, and other trainings at the hub; and executing emergency response activities.

| MISSISSIPPI BAND OF CHOCTAW INDIANS | 03 | ATTN: CHIEF FINANCIAL OFFICER, Choctaw, MS 39350-6090 |
| --- | --- | --- |

EPA_00074779

| | | | |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $7,759,587.00 | $7,759,587.00 |

Clean Air Act: Sec. 137

66.046 / Climate Pollution Reduction Grants

| Climate Pollution Reduction Grants | Description:<br>The action provides funding in the amount of $7,759,587 under the Inflation Reduction Act to the Mississippi Band of Choctaw Indians. The recipient will implement greenhouse gas reduction programs, policies, projects and measures identified in a Priority Climate Action Plan developed under a Climate Pollution Reduction Grants planning grant. Activities conducted through this grant will benefit all residents and visitors to tribal lands located in Choctaw better known as Pearl River, Bogue Homa, Bogue Chitto, Crystal Ridge, Red Water, Standing Pine, Tucker, Conehatta, MS and Henning, TN. Through four main objectives, we will execute implementation of ambitious measures that will achieve significant cumulative greenhouse gas reductions by 2030 and beyond. Pursuit of measures that will achieve substantial community benefits, particularly in low-income and disadvantaged communities. Complementing other funding sources to maximize these greenhouse gas reductions and community benefits.<br><br>Activities:<br>The activities include four projects which include installing distributed solar generation systems coupled with solar-driven heat pumps, replace non-electric home appliances with more energy efficient electric appliances. There will be an enhancement to the tribe recycling program by purchasing one commercial grade frontloading recycling |

## NE

### 03 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00074783



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00074784



| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00074785

truck, (2) commercial grade front load recycling containers to improve biofuel infrastructure for improved production and efficiency of distribution.

Outcomes:
The anticipated deliverables include replacement and installation  of the following, 300 solar heat pumps, the purchase of 1 front grade loader and 30 recycling containers. There also be  construction of a biofuel facility and corresponding waste oil collection center.
 The expected outcomes include decreased energy use by residents, reduction in Carbon dioxide emissions related to residential appliance and energy use. An increased use of biofuels for tribal fueling operations will improve the health of tribal members and all intended beneficiaries of the entire tribal community, with a specific focus on tribal elders most at risk of heat-related illnesses and other community members through job creation.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| WINNEBAGO TRIBE OF NEBRASKA | 03 | P.O. BOX 687, WINNEBAGO, NE 68071-0687 |

EPA_00074787

| 1/17/2025 | 1/23/25 | $93,960.00 | $93,960.00 |
|-----------|---------|------------|------------|

EPA_00074788

| CERCLA: Sec. 128(a) | 66.817 / State and Tribal Response Program Grants |
|---|---|
| | |

EPA_00074789

| FY24 Winnebago Tribe of Nebraska 128(a) Tribal Response Program | Description:<br>The primary objectives of EPA's CERCLA Section 128(a) State and Tribal Response Program grants are to provide financial support to States, US Territories, and Tribal Nations to (1) establish or enhance the four statutory elements of an effective state or Tribal response program, as specified in CERCLA Section 128(a)(2), (2) maintain and update, at least annually, a public record of sites, pursuant to CERCLA &sect; 128(b), that includes the name and location of sites at which response actions have been completed during the previous year and the name and location of sites at which response actions are planned to be addressed in the next year, and (3) conduct a limited number of brownfield site assessments or cleanups that will help establish or enhance the state or Tribal Nation&rsquo;s response program. The purpose of this award is to enhance the capacity of Winnebago Tribe of Nebraska's brownfields response program to meet the Section 128(a) elements. Winnebago Tribe of Nebraska will oversee and perform planning, assessment, and cleanup of brownfields sites throughout the Tribal land.<br><br>Activities:<br>Winnebago Tribe of Nebraska will perform the following activities:  timely survey and |

EPA_00074790

## NH

### 02 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074791



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
|---|---|

EPA_00074793

|  | inventory of brownfield sites, which are properties whose expansion, redevelopment or reuse may be complicated by the presence of hazardous substances. It also includes oversight and enforcement authorities to ensure that response actions protect human health and the environment; resources to provide meaningful public involvement; mechanisms for approval of cleanup plans, and verification of complete responses. The objective of this project is to assist in remediating and reusing brownfields sites throughout the Tribal land.<br><br>Outcomes:<br>Winnebago Tribe of Nebraska will expand public education and outreach of the Winnebago Tribe of Nebraska Voluntary Cleanup Program to small and disadvantaged communities, assess several sites through the tribal targeted brownfield assessment program, oversee the cleanup of up to 2 sites.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
|---|---|

| Project Title | Project Description |
|---|---|

| | | |
|---|---|---|
| ENVIRONMENTAL SERVICES, NEW HAMPSHIRE DEPARTMENT OF | 02 | 29 HAZEN DRIVE, PO BOX 95, CONCORD, NH 03302-0095 |

## NY

### 04 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| | | | |
|---|---|---|---|
| 1/21/2025 | 1/24/25 | $2,202.00 | $6,177,980.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00074796

| | |
|---|---|
| CERCLA: Sec. 104(d)(1) | 66.802 / Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Collins &amp; Aikman Plant (former) Superfund Site Remedial Investigation and Feasibility Study continuation | Description:<br>This funding allows the New Hampshire Department of Environmental Services to perform response actions including a Remedial Investigation and Feasibility Study (RI/FS) at the Collins &amp; Aikman Plant (former) Superfund Site in Farmington, New Hampshire. The RI/FS is required to fully characterize the extent of contamination at the Site and to develop and analyze options for long-term remediation. The RI/FS will be performed in accordance with EPA's October 1988 Guidance for Conducting RI/FS Under CERCLA, and any other applicable guidance, policy or regulation. Remedial investigation activities may include site reconnaissance, water, soil, sediment and air sample collection and analysis, drilling groundwater wells, performing surface and subsurface geophysical surveys and hydrogeological studies, evaluating data and performing risk assessments.<br><br>Activities:<br>This supplemental amendment seeks to provide the remaining funding necessary to finalize the remedial investigation report and the feasibility study report for EPA's comprehensive final review and to address a limited number of comments that may be received.<br><br>Outcomes:<br>The anticipated deliverables and outcomes for this project are a final remedial investigation report and a final feasibility study report for the Collins &amp; Aikman Superfund Site. The intended beneficiaries of this project are residents of the state of New Hampshire impacted by the Collins &amp; Aikman Site.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
|---|---|

| Project Title | Project Description |
|---|---|

| INCORPORATED VILLAGE OF HEMPSTEAD | 04 | 99 James A Garner Way, Hempstead, NY  11550-3166 |
|---|---|---|

EPA_00074799

| 1/17/2025 | 1/23/25 | $3,200,000.00 | $3,200,000.00 |
|---|---|---|---|

EPA_00074800

| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects |
|---|---|
| | |

EPA_00074801

| Village of Hempstead Phase 1 Water Transmission Main Improvements Infrastructure Project | Description: This agreement provides funding to Incorporated Village of Hempstead to implement its project to improve the Village's Water System Transmission Main as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

Activities: The activities to be performed are the modernization of the potable water main network by replacing old watermains and laying new ones totaling approximately 8,454 feet of pipe. These will be sized to adequately address future and existing water needs for future housing developments and fire suppression while still furnishing potable water and sanitary sewer services during construction. Excavation, placement, and backfill for the transmission main will occur during the construction.

Outcomes: The anticipated deliverables are that the system will be able to provide adequate volumes of water during the peak hour on the peak day, and also maintain the capability to provide fire flows on that peak day. Also, for the water distribution system to be sized to transport water to a particular building and throughout the areas immediately surrounding the building for fire suppression. These are expected to lead to the availability of adequate water service to each parcel within the project area and to create a connection of new and existing buildings to the newly available water utilities and existing treatment plants for the new housing developments and the Village of Hempstead residents.

Subrecipient: No subawards are included in this assistance agreement. |

| INCORPORATED VILLAGE OF HEMPSTEAD | 04 | 99 James A Garner Way, Hempstead, NY 11550-3166 |
| --- | --- | --- |

## 07 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00074803

| 1/17/2025 | 1/23/25 | $2,000,000.00 | $2,000,000.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

| | |
|---|---|
| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Village of Hempstead Phase I Sewer Improvements Project | Description:<br>This agreement provides funding to the Incorporated Village of Hempstead to implement its project to improve the Village sewer infrastructure as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.<br><br>Activities:<br>The activities to be performed will include the removal or repair of old sewer piping, lining and fittings and the installation of approximately 6,200 linear feet of sewer pipe and 800 linear feet of side street laterals. To achieve this, excavation and backfill of all new sewer piping and manholes, creation of trench boxes for excavation support and protection, installation of sewer manholes, relocation of utilities, the repaving of disturbed roads and the maintenance/protection of traffic will need to be executed.<br><br>Outcomes:<br>The anticipated deliverables are the development of a new gravity sewer main by replacing outdated and leaking sewer mains and to utilize the new county developed pump station. These are expected to address the needs of multiple new housing projects, and lead to job creation and economic benefits for the new housing developments and the Village of Hempstead residents.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
| --- | --- |

| NEW YORK CITY SCHOOL BUS UMBRELLA SERVICES INC | 07 | 297 NORMAN AVE, BROOKLYN, NY 11222-3734 |
| --- | --- | --- |

EPA_00074807

| 1/17/2025 | 1/23/25 | $39,035,500.00 | $55,066,465.00 |
| --- | --- | --- | --- |

EPA_00074808

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00074809

| EmpowerNY: Electrifying Education with Sustainable School Buses | Description:<br>The agreement provides funding under the Inflation Reduction Act (IRA) to NYC School Bus Umbrella Services, Inc. (NYCSBUS) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 2. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in New York City and upstate New York.<br><br>Activities:<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles. NYC School Bus Umbrella Services, Inc. (NYCBUS) and New York State Education Department (NYSED) will engage with their utility providers, install chargers and infrastructure for the new zero-emission buses, sell the diesel buses that will be replaced, and buy zero-emission buses. NYCBUS staff will receive zero-emission buses training. NYCBUS will work with the |
| --- | --- |

## 10 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074811

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|------------|--------------|----------------------------|-----------------------|

EPA_00074812

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00074813

school districts and provide community outreach to engage with and educate the community on zero-emission buses.

Outcomes:
The anticipated deliverables include replacing diesel buses with zero-emission buses and installing DC fast charging ports for each vehicle. Training will be provided to staff, drivers, mechanics, and public safety officials about how to properly operate and maintain the zero-electric buses and chargers, and community forums and a website will be developed to engage with and educate the community. The expected outcomes include reduced greenhouse gas and criteria pollutant emissions, decreased fuel consumption, improved air quality, reduced student absenteeism, reduced bus idling, decreased bus maintenance, trained staff, expanded lifespan of buses, improved safety, and increased public awareness and understanding about the environmental and economic effectiveness of the implemented technology. The intended beneficiaries include NYCSBUS (grantee) and New York State Education Department (subgrantee). Other beneficiaries include the disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
New York State Education Department (NYSED) will replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles, purchasing, installing, operating, and maintaining charging equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles for New York school districts serving Saint Regis Mohawk Tribe students.

| Project Title | Project Description |
| --- | --- |

| nycdocas4549 - NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES | 10 | 1 Centre St, New York, NY 10007-1630 |
|---|---|---|

EPA_00074815

| 1/17/2025 | 1/23/25 | $17,345,895.00 | $30,361,175.00 |
|-----------|---------|----------------|----------------|
|           |         |                |                |

EPA_00074816

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00074817

| NYC Clean Heavy-Duty Fleet Transition Program | **Description:**<br>The agreement provides funding under the Inflation Reduction Act (IRA) to New York City Department of Citywide Administrative Services (DCAS) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 2. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the Vocational Vehicles Sub-Program, resulting in cleaner air and improved health for communities in New York City, New York.<br><br>**Activities:**<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.<br><br>**Outcomes:**<br>The anticipated deliverables include replacing Class 6 and Class 7 internal combustion engine, heavy-duty vehicles and installing DC fast chargers.<br><br>The expected outcomes include reduced |
|---|---|



## 13 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00074819



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

greenhouse gas emissions and noise pollution, cost savings, reduced diesel truck idling, expanded access to charging infrastructure, trained staff, expanded workforce, improved air quality in communities in which the vehicles operate, and increased awareness about the benefits of electric vehicles.

The intended beneficiaries include DCAS (grantee), the Department of Correction (partner), The Department of Sanitation (partner), the New York City Department of Transportation (partner), the Department of Environmental Protection (partner), and Con Edison (partner). Other beneficiaries include community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
The activities implemented through subawards include the replacement of non-zero-emission heavy-duty vehicles with new zero-emission vehicles, installation of direct current fast chargers, and work force training.

| Project Title | Project Description |
| --- | --- |

EPA_00074822

| WEST HARLEM ENVIRONMENTAL ACTION INC | 13 | 1854 AMSTERDAM AVENUE 2nd Floor, NEW YORK, NY 10031-1714 |

EPA_00074823

| 1/16/2025 | 1/22/25 | $3,000,000.00 | $10,000,000.00 |
| | | | |

EPA_00074824

| 2022 Consolidated Appropriations Act (PL 117-103),2023 Consolidated Appropriations Act (PL 117-328),Clean Air Act: Sec. 103(b)(3),Clean Air Act: Sec. 138,Clean Water Act: Sec. 104(b)(3),Solid Waste Disposal Act: Sec. 8001(a) | 66.309 / Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
|---|---|

EPA_00074825

| | |
|---|---|
| WE ACT for Environmental Justice proposes to lead and host an Environmental Justice Thriving Communities Technical Assistance Center for EPA Region 2. | Description:<br>The agreement provides funding to WE ACT for Environmental Justice to support Environmental Justice Programs through its Environmental Justice Thriving Communities Technical Assistance Center for participants in EPA Region 2.  Specifically, WE ACT Technical Assistance Collaborative will service underserved, rural and remote communities within the areas of New Jersey, New York, Puerto Rico, the US Virgin Islands and eight Indian Nations.  WE ACT Technical Assistance Collaborative brings together academic partners with climate, policy, regulatory, and decisionmaker engagement expertise; outreach partners from across the region, with an emphasis on reaching rural and remote communities; and energy justice technical and funding expertise.  This technical assistance service to be provided will increase the underserved and rural communities&rsquo; capacity to address environmental and energy justice concerns in their respective communities.<br>The Inflation Reduction Act (IRA) technical assistance (TA) funds issued to WE ACT for Environmental Justice are specifically for the EJ TCTAC to coordinate and collaborate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The Grantmakers are considered Technical Assistance providers, who provide |

## 17 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074827

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|------------|--------------|----------------------------|-----------------------|

| Statutory Authority Summary | Assistance Program |
| --- | --- |

funding as well as technical assistance to applicants and subgrantee recipients addressing environmental concerns of disadvantaged communities. Per the EJ TCTAC Request for Applications (RFA), Funding Opportunity Number EPA-I-OP-OEJ-22-02, the EJ TCTACs are expected to coordinate with other Technical Assistance providers over the project period.

Activities:
The activities include: a series of meetings, workshops, and webinars, both face-to-face and virtual: the hubs and partners will engage grassroot organizations in strengthening institutional capacity. The recipient will assist grassroot organizations to identify organizational, and technical needs, create culturally and linguistically appropriate guides and manuals, and to develop a hands-on approach for providing technical assistance and support for participants in New Jersey, New York, Puerto Rico, the United States Virgin Islands and eight Indian Nation.

Outcomes:
It is anticipated that this project will result in the following deliverables and expected outcomes: recruitment and engagement of grassroot organizations annually to strengthen their institutional capacity through training and technical assistance to increase their capability to apply for and receive grant funding; Increase project participants knowledge of grantsmanship, environmental justice and energy justice. Also, the recipient will develop an online resource library.  Direct beneficiaries of this program include residents located in New Jersey, New York, Puerto Rico, the United States Virgin Islands and eight Indian Nations.

Subrecipient:
WEACT will issue subawards under this Cooperative Agreement. Subaward activities will include project coordination, development of informational materials, outreach activities, grantsmanship and environmental and energy justice training.

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| hspcsd2041 - HAVERSTRAW STONY POINT CENTRAL SCHOOL DISTRICT | 17 | 65 CHAPEL ST, GARNERVILLE, NY  10923-1238 |

EPA_00074831

| 1/17/2025 | 1/23/25 | $4,432,513.00 | $7,450,380.00 |
| --- | --- | --- | --- |

EPA_00074832

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00074833

| Haverstraw-Stony Point Clean Heavy-Duty Vehicle (CHDV) Grant | **Description:** The agreement provides funding under the Inflation Reduction Act (IRA) to Haverstraw-Stony Point Central School District (North Rockland CSD) to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in Rockland County, New York. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Rockland County, New York<br><br>**Activities:** The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.<br><br>**Outcomes:** The anticipated deliverables include replacing diesel school buses with zero-emission buses and installing charging infrastructure. Training will be provided to staff, drivers, mechanics, and public safety officials about how to properly operate and maintain the zero-electric buses and chargers, and |



EPA_00074835



EPA_00074836



EPA_00074837

community activities will be held to engage with and educate the community.

The expected outcomes include reduced greenhouse gas and criteria pollutant emissions, reduced fuel consumption, lower school district operating and maintenance costs, improved ambient air quality, trained staff, improved safety, and increased public awareness and understanding about the environmental benefits of the implemented technology.

The intended beneficiaries include Haverstraw-Stony Point Central School District (otherwise known as North Rockland Central School District). Other beneficiaries include students, school staff, and community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00074838

| vons6936 - VILLAGE OF NEW SQUARE | 17 | 37 Reagan Rd, NEW SQUARE, NY   10977 |
| --- | --- | --- |

EPA_00074839

| 1/17/2025 | 1/23/25 | $2,400,000.00 | $2,400,000.00 |
|-----------|---------|---------------|---------------|

EPA_00074840

| 2023 Consolidated Appropriations Act (PL 117-328) | 66.202 / Congressionally Mandated Projects |
| --- | --- |
| | |

| Village of New Square Drainage and Flood Mitigation Improvements Project | Description: This agreement provides funding to the Village of New Square to implement its project for Storm Drainage and Flood Mitigation Improvements as directed in the 2023 Consolidated Appropriations Act. Activities: The activities to be performed on Storm drainage throughout the Village of New Square will be structured to occur within the four drainage areas within the Village: Area 1 - northwest sector of the Village; Area 2 - The south-central sector downstream of Area 1; Area 3 - southwest sector, collects runoff that discharges to the north branch of the Pascack Brook; and Area 4 - The eastern sector, which receives significant runoff from the Palisades Parkway drainage system, as well as half of the Villages runoff. Outcomes: The anticipated deliverables which are expected to lead to the planned improvements include:1. The replacement of storm sewers with larger diameter pipes for increased flow capacity and the ability to provide some attenuation of peak flows by providing increased storage capacity;2. Installation of underground storage systems to take peak flows off line to be released slowly off peak;3. Installation of additional storm system inlets such as catch basins; and 4. The select re-routing of storm sewers to new outfalls for the Village of New Square, Town of Ramapo, New York. Subrecipient: No subawards are included in this assistance agreement. |
| --- | --- |

| | | |
|---|---|---|
| vons6936 - VILLAGE OF NEW SQUARE | 17 | 37 Reagan Rd, NEW SQUARE, NY  10977 |

**20 - District**

EPA_00074843

| 1/18/2025 | 1/23/25 | $14,106,685.00 | $26,709,597.00 |
|-----------|---------|----------------|----------------|

EPA_00074844

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

EPA_00074845

| Village of New Square - Zero Emissions School Bus (ZESB) Project | **Description:**<br>The agreement provides funding under the Inflation Reduction Act (IRA) to Village of New Square to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 2. The recipient will replace eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for communities in Rockland County, New York.<br><br>**Activities:**<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles.<br><br>**Outcomes:**<br>The anticipated deliverables include replacing Class 7 diesel buses with zero-emission buses and installing single port charging stations. Training will be provided to staff, drivers, and mechanics about how to properly operate and maintain the zero-electric buses and chargers, and community activities will be held to engage with and educate the community.<br><br>The expected outcomes include reduced greenhouse gas emissions, improved ambient air quality, improved environmental and human health for the community, improved safety, and increased public awareness and understanding about the environmental and economic effectiveness of the implemented technology.<br><br>The intended beneficiaries include various villages, schools, bus owners and operators and bus manufacturers. Other beneficiaries include disadvantaged community residents who will benefit from improved ambient air quality in communities in which the vehicles operate.<br><br>**Subrecipient:**<br>No subawards are included in this assistance agreement. |
|---|---|

EPA_00074846

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| DEPARTMENT OF ENVIRONMENTAL CONSERVATION NEW YORK | 20 | 625 BROADWAY, 10TH FL, ALBANY, NY  12233-4900 |

EPA_00074847

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $5,650,000.00 | $11,300,000.00 |

EPA_00074848

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Water Act: Sec. 119(d) & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.437 / Long Island Sound Program |

| Project Title | Project Description |
|---|---|
| NYSDEC Division of Water 2025 BIL Long Island Sound Study Grant | Description:<br>The purpose of this award to the New York State Department of Environmental Conservation Division of Water is to implement its project to support the Long Island Sound Comprehensive Conservation and Management Plan to protect and restore Long Island Sound by financing projects that meet the goals of the Long Island Sound Total Maximum Daily Load through the Water Quality Improvement Projects program. For the Water Quality Improvement Projects program, the funds would be used in the wastewater treatment improvement, non-agricultural nonpoint source abatement and control, aquatic connectivity restoration categories, and marine district habitat restoration. This award would also be utilized to support the counties, Suffolk and Nassau, to fund additional septic systems to help residents in these counties upgrade their septic systems to improve water quality in Long Island Sound.<br><br>Activities:<br>Specifically, under this grant agreement the recipient will reduce nutrients across the watershed to restore and protect water quality and mitigate impacts on ecosystem health in Long Island Sound and its embayments as well as Reduce pathogens and increase monitoring to protect water quality and human health, ensuring safe recreational and commercial use through water quality improvement projects and |



EPA_00074851



EPA_00074852



EPA_00074853

updates and replacements to leaking and insufficient septic systems.

Outcomes:
Under this grant agreement the recipient will implement projects that reduce nitrogen and pathogens in the Long Island Sound watershed as well as reduce nitrogen and pathogens entering Long Island Sound through onsite treatment systems such as septic systems. Direct beneficiaries of this program include the general population in the New York portion of the Long Island Sound watershed and its surrounding areas, schools, universities and other institutions of learning, environmental managers and policy makers and the participants in the Long Island Sound Study with a focus on disadvantaged communities.

Subrecipient:
The subrecipients of this grant agreement will be New York State Facility Corp and selected projects from the Water Quality Improvement Projects competitive grant program. New York State Facility Corp will distribute funds to Suffolk and Nassau county to help fund their Septic System Replacement Program to improve nitrogen pollution in Long Island Sound. Selected subrecipients from the Water Quality Improvement Projects program will implement projects that improve water quality in Long Island Sound.

| DEPARTMENT OF ENVIRONMENTAL CONSERVATION NEW YORK | 20 | 625 BROADWAY, 10TH FL, ALBANY, NY  12233-4900 |
|---|---|---|

## 21 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| | | | |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $1,040,731.00 | $1,407,971.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Clean Air Act: Sec. 103 | 66.034 / Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act |
| --- | --- |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| NYSDEC FY24 PM2.5 Ambient Air Monitoring Network | Description:<br>This agreement will provide assistance to the New York State Department of Environmental Conservation (NYSDEC) in its efforts to maintain a PM2.5 monitoring network in NY. The project will focus on operating and maintaining PM2.5 monitors and collecting quality-assured data from this network. This project will constitute a special survey study done by the New York State Department of Environmental Conservation (an air pollution control agency). Air quality monitoring data will be collected, and experience and other knowledge obtained regarding the operation of PM2.5 sampling equipment. The beneficiaries of this grant are the citizens of New York.<br><br>Activities:<br>The project will focus on the operation and maintenance of NY's PM2.5 monitoring network. Air quality data will be collected and experience and other knowledge obtained regarding PM2.5 air quality and sampling equipment.<br><br>Outcomes:<br>The PM2.5 network will be operated and maintained and PM2.5 air quality data will be collected and quality assured. Citizens of NY will benefit from these activities.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
|---|---|

| Project Title | Project Description |
|---|---|

EPA_00074858

| SAINT REGIS MOHAWK TRIBE | 21 | 71 Margaret Terrance Memorial Way, AKWESASNE, NY 13655-3109 |
| --- | --- | --- |

# OK

## 02 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

| | | | |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $99,963.00 | $99,963.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00074860

| | |
|---|---|
| Clean Air Act: Sec. 103,Inflation Reduction Act: Sec. 60105(a) | 66.034 / Surveys-Studies-Investigations-Demonstrations and Special Purpose Activities relating to the Clean Air Act |

| Statutory Authority Summary | Assistance Program |
|---|---|

EPA_00074861

| Fenceline and Screening Air Monitoring for the Saint Regis Mohawk Tribe Inflation Reduction Act 60105(a) | **Description:**<br>The agreement provides funding under the Inflation Reduction Act (IRA) to the Saint Regis Mohawk Tribe for the expansion and enhancement of their air monitoring activities. Specifically, the recipient will be procuring and installing a monitoring shelter and replacing a carbon monoxide monitor.<br><br>**Activities:**<br>The activities include the identification of a new location for a monitoring site, site preparation, procurement of a monitoring shelter and carbon monoxide monitor, installation of the new shelter, and installation of air monitoring equipment. Installation of equipment includes relocating equipment from the existing Saint Regis Mohawk Tribe air monitoring site to the new site.<br><br>**Outcomes:**<br>The anticipated deliverables include a relocation of air monitoring activities to a new site which include the procurement of a new shelter and monitoring equipment. The expected outcomes include enhanced air monitoring for the Saint Regis Mohawk Tribe; increased public awareness of ambient air quality; increased access to information and tools that increase understanding and reduction of environmental and human health risks; and increased sustainability of ambient air monitoring networks. The intended beneficiaries include the members of the Saint Regis Mohawk Tribe, residents of Akwesasne, and users of air quality data.<br><br>**Subrecipient:**<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

| CHEROKEE NATION | 02 | 17675 South Muskogee Ave, Tahlequah, OK  74465-5492 |
| --- | --- | --- |

EPA_00074863

| 1/17/2025 | 1/23/25 | $11,622.00 | $150,000.00 |
| --- | --- | --- | --- |

EPA_00074864

| 2020 Further Consolidated Appropriations Act (PL 116-94) | 66.473 / Direct Implementation Tribal Cooperative Agreements |
|---|---|
| | |

Cherokee P2 DITCA

Description:
This project will provide technical assistance (e.g., information, training, tools) to tribal facilities to help them develop and adopt source reduction practices (also known as pollution prevention (P2)). P2 means reducing or eliminating pollutants from entering any waste stream or otherwise being released into the environment prior to recycling, treatment, or disposal. P2 practices can help businesses save money by reducing their resource use, expenditures, waste and liability costs, while at the same time reducing their environmental footprint and helping to protect human health and the environment. Specifically, the project work will expand R6 tribal program to include an equity assessment by partnering with major universities and local partners to support direct technical assistance. Direct technical assistance will be provided on-site targeting industry within communities impacted by legacy pollution issues, through workshop training, follow-up and coordinating calls, and video guides and marketing material.

Activities:
The priorities for P2 technical assistance (information, training, and tools) align with one or more of the program&rsquo;s national emphasis areas (NEAs). Specifically, the project(s) will address the following: NEA #6: Supporting Pollution Prevention in Indian Country and for Alaska Native Villages. Reduce the amount of wasted energy from

EPA_00074866





EPA_00074868



EPA_00074869

tribal facilities by performing energy audits to not only save energy but also reduce costs. This goal will be achieved through the offering of
classes by trained staff of how to perform energy audits of buildings. This knowledge will be transferred to the students to perform the audits in-house on their own and to teach new and incoming staff.

Outcomes:
The technical assistance conducted by the grantee will benefit facilities and  address tribal communities. The grantee is expected to report on P2 performance measures (outputs and outcomes) and note who will benefit from the technical assistance as well as commit to following-up with facilities to find out whether the technical assistance was adopted and implemented. Specifically, the grantee anticipates providing: Direct technical assistance will be provided on-site targeting industry within communities impacted by legacy pollution issues, through workshop training, follow-up and coordinating calls, and video guides and marketing material.
Deliverables &ndash;
Implement proven outreach efforts for tribes that can be duplicated in other Regions. Develop success stories and case studies that can be shared with other tribes both Regionally and nationally.
Environmental Outcome &ndash;
Increase knowledge of tribal citizens of the impacts of pollution prevention and potential solutions. Reduce greenhouse gas emissions and encourage pollution
prevention. Conserve energy and other natural resources.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| CHOCTAW NATION OF OKLAHOMA | 02 | P. O. BOX 1210, DURANT, OK 74702-1210 |

## 05 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| 1/17/2025 | 1/23/25 | $100,000.00 | $100,000.00 |
|---|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| | |
|---|---|
| 2024 Consolidated Appropriations Act (PL118-42) | 66.473 / Direct Implementation Tribal Cooperative Agreements |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Choctaw Nation of Oklahoma Underground Storage Tank Inspection Credentialing | Description:<br>This agreement provides support to the Choctaw Nation of Oklahoma (Choctaw Nation) to implement a program that manages underground storage tanks (USTs) on Tribal lands to promote UST facility compliance and prevent releases to the environment. The main objectives include ensuring Subtitle I of the Resource Conservation and Recover Act (RCRA) is implemented and to provide compliance assistance to regulated facilities within the boundaries of the Choctaw Nation.<br><br>Activities:<br>This agreement provides support to the Choctaw Nation to promote compliance assistance through the following activities: verify federally regulated UST facility information; review of previous inspections; review of the current compliance with the federal UST regulations by conducting walkthrough inspections; discuss any issues or concerns that were identified during compliance walkthroughs with the owner/operator; provide guidance on how to correct any issues that were identified during the walkthrough.<br><br>Outcomes:<br>The Choctaw Nation will complete walkthrough inspections as directed by the U.S. Environmental Protection Agency (EPA) Region 6 UST Section. Federally credentialled Choctaw Nation inspectors will increase community wide knowledge of the federal UST regulations, strive to improve the technical compliance rates at UST facilities where noncompliance is identified, and conduct routine UST facility inspections as requested by EPA Region 6. Beneficiaries include the community of the Choctaw Nation of Oklahoma.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |
|---|---|

| Project Title | Project Description |
|---|---|

EPA_00074874

| ocwut5638 - OKLAHOMA CITY WATER UTILITIES TRUST | 05 | 420 W MAIN ST STE 500, OKLAHOMA CITY, OK 73102-4406 |
| --- | --- | --- |

## OR

### 01 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

| | | | |
|---|---|---|---|
| 1/21/2025 | 1/24/25 | $5,000,000.00 | $5,000,000.00 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects |
| --- | --- |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00074877

| Oklahoma City Water Utilities Trust for Wastewater Treatment Plant Upgrades | Description: This agreement provides funding to Oklahoma City Water Utilities Trust to implement its project to Wastewater Treatment Plant Upgrades as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.<br><br>Activities: The activities to be performed include the execution and implementation of a Clean water wastewater infrastructure construction project. Workplan activities consist of wastewater treatment plant improvements.<br><br>Outcomes: The anticipated deliverables include rehabilitating influent structures at the plant and improvements to primary treatment mechanisms (i.e., clarifier components).<br><br>The expected outcomes include benefits such as improved safety for plant operators, protection of various components susceptible to corrosion, better sludge density (which will reduce need for treatment chemicals such as polymer downstream), and potential energy savings due to less stress on sludge pumps (such as return activated sludge pumps).<br><br>The intended beneficiaries include citizens of the Oklahoma City metropolitan area.<br><br>Subrecipient: No subawards are included in this assistance agreement. |
| --- | --- |

| Project Title | Project Description |
| --- | --- |

| THE FRESHWATER TRUST | 01 | 700 SW Taylor St, Suite 200, Portland, OR  97205-3339 |
| --- | --- | --- |

## 03 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $1,300,000.00 | $7,466,313.00 |

| | |
|---|---|
| Clean Water Act: Sec. 123; 33 U.S.C. 1275 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.962 / Columbia River Basin Restoration Program (CRBRP) |

| Statutory Authority Summary | Assistance Program |
|---|---|

| Mid-Snake Toxics and Runoff Reduction Program | Description:<br>The Freshwater Trust (TFT) will implement high-impact irrigation upgrades on agricultural fields that reduce the sediment&#8208;associated inorganic mercury and phosphorus runoff that fuel dangerous methylmercury production in the Snake River. The environmental benefits of this project include healthier river systems and a reduction of impacts of toxics on fish and wildlife. This agreement will be funded under the Infrastructure Investment and Jobs Act.<br><br>Activities:<br>TFT will develop a funding and implementation plan and deploy an operational subaward system that identifies high priority projects to maximize mercury reductions. A Coordinating Committee of key funders and implementers will use analytics to identify priority projects, work with agricultural and implementation partners, and use existing credible and transparent systems to account for, track and report overall mercury reduction results.<br><br>Outcomes:<br>The anticipated project outputs include assembling a Coordinating Committee, and designing an subaward system and implementation plan. The anticipated outcomes of this work include a minimum of 2.7M pounds of mercury-laden sediment prevented from entering the Mid-Snake, with an associated reduction in phosphorus load. The anticipated beneficiaries are communities within the Mid-Snake River and Columbia River Basin.<br><br>Subrecipient:<br>This project will launch, grow, and adaptively manage subawards under an outcomes-based funding and implementation plan. TFT anticipates funding 22+ priority subaward projects designed to reduce mercury from entering the Mid-Snake River. To the extent possible, TFT will maximize project investment into communities identified as priorities by the EPA EJ Screen or CJEST tools, or as Idaho Department of Environmental Quality priority nitrate areas. |
|---|---|

| Project Title | Project Description |
|---|---|

EPA_00074882

| SALMON-SAFE | 03 | 1001 SE Water Ave, Ste 450, Portland, OR  97214-4201 |
| --- | --- | --- |

EPA_00074883

| 1/16/2025 | 1/22/25 | $1,478,000.00 | $8,464,510.00 |
| --- | --- | --- | --- |

EPA_00074884

| Clean Water Act: Sec. 123; 33 U.S.C. 1275 & Infrastructure Investment and Jobs Act (IIJA) (PL 117-58) | 66.962 / Columbia River Basin Restoration Program (CRBRP) |
| --- | --- |
| | |

| Salmon-Safe Columbia Partner Network: Mobilizing Water Quality Protection Actions across the Inland Northwest | Description:<br>The Salmon-Safe Columbia Partner Network will use this funding to advance basin-wide toxic reduction action and enhance climate resiliency in the Columbia River Basin. The environmental benefits of this project consist of healthier river systems and a reduction of impacts of toxics on fish and wildlife. This agreement will be funded under the Infrastructure Investment and Jobs Act.<br><br>Activities:<br>Salmon-Safe will create the Salmon-Safe Columbia Partner Network by leveraging place-based partnerships established in previous project phases with conservation districts, tribes, and conservation organizations. The project will provide multiyear subawards to partners to deliver outreach and technical assistance to over 5,000 farmers and large-scale land managers.<br><br>Outcomes:<br>The anticipated outputs consist of activating the Partner Network, conducting outreach and education to 5,000 or more growers, conducting site assessments and technical assistance to landowners, formalizing Salmon-Safe and Trout-Safe certification commitment for at least 600 farms, establishing market connections, and conducting project report evaluations. The anticipated outcomes consist of improved and expanded relationships, increased |
| --- | --- |

EPA_00074886

## RI

### 02 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00074888



| Statutory Authority Summary | Assistance Program |
| --- | --- |

awareness in Columbia River Basin of agriculture best management practices, farm restoration planning, certification commitment across 150,000 acres of farmland, and market impact from over six consumer awareness campaigns. This will benefit a wide reach of Columbia River Basin communities within eastern Oregon, North Central Washington, Idaho, western Montana, and western Wyoming.

Subrecipient:
Salmon-Safe will develop a program to deliver sub-awards to 12+ conservation districts, Tribal nations, watershed councils, and place-based conservation organization partners, as well as generate new implementation partnerships. Recruitment of new implementation partners will include a focus on organizations that facilitate outreach to Latino growers and other BIPOC farmers. Subrecipient activities will consist of implementing Salmon-Safe's toxics reduction plan to engage agricultural operations on tributaries, coordinating with expert assessors to apply peer reviewed standards to evaluate watershed impacts from operations, and taking actions to protect water quality. Salmon-Safe has identified four organizations to receive an initial round of sub-awards and participate in rolling out the Partner Network. In the planning phase of this project, Salmon-Safe will further develop the selection process for expanding the Partner Network beginning in year two of grant implementation to an additional 8+ partners. Initial targeted sub-award organizations include a Cascadia Conservation District (north central WA), Palouse Conservation District (southeastern WA), The Nature Conservancy of Idaho (TNC), and Blue Mountain Land Trust (BMLT; south central WA/north central OR).

| Project Title | Project Description |
| --- | --- |

EPA_00074890

| NARRAGANSETT INDIAN TRIBE | 02 | P.O. BOX 268, CHARLESTOWN, RI  02813-0268 |

| 1/17/2025 | 1/23/25 | $6,627,691.00 | $6,627,691.00 |
| --- | --- | --- | --- |

EPA_00074892

Clean Air Act: Sec. 137

66.046 / Climate Pollution Reduction Grants

EPA_00074893

| CPRG Implementation Grant | Description: |
|---|---|
| | The purpose of this award is to provide funding under the Inflation Reduction Act (IRA) to the Narragansett Indian Tribe. The recipient will implement greenhouse gas (GHG) reduction programs, policies, projects, and measures identified in a Priority Climate Action Plan (PCAP) developed under a Climate Pollution Reduction Grants (CPRG) planning grant. Activities conducted through this grant will benefit all residents and visitors to Narragansett Indian Tribal Lands through four main objectives: implementation of ambitious measures that will achieve significant cumulative greenhouse gas (GHG) reductions by 2030 and beyond; pursuit of measures that will achieve substantial community benefits, particularly in low-income and disadvantaged communities; complementing other funding sources to maximize these greenhouse gas (GHG) reductions and community benefits; and, pursuit of innovative policies and programs that are replicable and can be scaled up across multiple jurisdictions.<br><br>Activities:<br>The activities include the completion of energy audits at Narragansett Indian Tribe (NIT) owned and operated buildings to identify priority energy efficiency measures (EEMs) that would reduce energy consumption and associated costs; implementation of identified priority energy efficiency measures (EEMs), including |

EPA_00074894



EPA_00074895



EPA_00074896



EPA_00074897