building energy management systems; installation of solar (rooftop, carport, and ground-mounted) on six Narragansett Indian Tribe-owned and operated buildings; and installation of battery storage systems to replace propane and diesel generators at eight Narragansett Indian Tribe-owned and operated buildings.

Outcomes:
The anticipated deliverables include: The completion of comprehensive energy audits on all Tribal owned facilities and the implementation of priority energy efficiency measures; a strategy to replicate energy efficiency measures across all Tribal buildings; installation of solar photovoltaic (PV) and battery storage on Tribal-owned facilities; and educational opportunities for Tribal members on energy-efficiency efforts and solar/battery installations.

The expected outcomes include: Reduced greenhouse gas (GHG) emissions by 39.32 Million Tonnes (MT) of carbon dioxide equivalent (CO2e) annually, beginning in 2030, through energy efficiency measures; reduced greenhouse gas (GHG) emissions by 246.02 Million Tonnes (MT) of carbon dioxide equivalent (CO2e) annually, beginning in 2029, through solar photovoltaic (PV) and battery installation; decreased energy usage and costs; reduced Criteria Air Pollutants, which benefits public health; improved energy resilience and reduced dependence on fossil fuels; and increased awareness of energy efficiency best practices and solar photovoltaic (PV) installation efforts and opportunities.

The intended beneficiaries include the Narragansett Indian Tribe, its members, the larger community, and visitors to Tribal facilities. With asthma and cancer rates in the 80-90th percentile on Tribal lands, deploying these greenhouse gas (GHG) reduction measures will improve air quality on Tribal lands and in the surrounding Town of Charlestown, where the majority of Tribal members reside.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00074898

# SC

## 01 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| SC STATE PORTS AUTHORITY | 01 | 200 Ports Authority Dr, Mount Pleasant, SC  29464-7998 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $1,325,000.00 | $1,325,000.00 |

| Statutory Authority Summary | Assistance Program |
| --- | --- |
| Clean Air Act: Sec. 133,Inflation Reduction Act: Sec. 60102 | 66.051 / Clean Ports Program |

| Project Title | Project Description |
|---|---|
| Clean Ports Program | Description:<br>This award approves funding in the amount of $1,325,000.00 under the Inflation Reduction Act (IRA) to allow the South Carolina Ports Authority to conduct a number of planning activities to reduce emissions at the port.<br><br>Activities:<br>The activities include updating an emissions inventory from 2021, conducting a study of emission reduction strategies for their operations, developing a resiliency plan, establishing a Community Port Advisory Committee, and conducting a hydrogen feasibility study.<br><br>Outcomes:<br>The anticipated deliverables include an updated emissions inventory, a report on emission reduction strategies with specific emission reduction targets, a resiliency assessment and plan, the establishing of a Community Port Advisory Committee, and a feasibility study for the use of hydrogen equipment at South Carolina Ports Authority terminals.<br><br>The expected outcomes include increased capacity and understanding of how to reduce emissions at South Carolina Ports Authority terminals, increased port resilience to current and future climate change impacts, improved relationship with the community, increased community participation in port planning and decision making, a better understanding of impacts on workers at the port, and increased transparency in planning activities.<br><br>The intended beneficiaries include South Carolina Ports Authority as well as the workers there and the surrounding communities.<br><br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

## TN

### 09 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| ygag5952 - YOUNG, GIFTED & GREEN | 09 | 655 S. Riverside Drive, Memphis, TN  38103-4623 |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $19,996,791.00 | $19,996,791.00 |

EPA_00074904

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |

| Project Title | Project Description |
|---|---|
| Environmental and Climate Justice Block Grant Program | Description:<br>This action approves an award in the amount of $19,996,791 under the Inflation Reduction Act (IRA) to Young, Gifted and Green. Specifically, the project will encompass three climate action strategies and three pollution reduction strategies to undertake community transformational change in environmental justice across the project area.<br><br>Activities:<br>The activities to be performed include, the establishment of the Mid-South Environmental Justice Center; organizing door knocking campaigns; creating a community advisory board; implementing a community engagement plan; coordinating workforce training in green jobs; conducting whole home health initiative; building organizational capacity and compliance; implementing grants for small businesses; water testing, training and sampling; implementing nature-based solutions for stormwater; and native planting for biodiversity and air quality.<br><br>Outcomes:<br>The anticipated deliverables include, but are not limited to, reports; community outreach and engagement; home health assessments and mitigations; energy efficient upgrades; workforce development; job placements; blighted property purchases; new community gardens; and outdoor space. The expected outcomes include, but are not limited to, an |

EPA_00074906

## TX

### 35 - District

| Recipient Name | Congressional District | Recipient Address |
| --- | --- | --- |

EPA_00074907

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|------------|--------------|----------------------------|------------------------|

EPA_00074908

| Statutory Authority Summary | Assistance Program |
|---|---|

EPA_00074909

increase in community empowerment on environmental health; improved awareness of the dangers of environmental exposures and prevention; an increase in workforce readiness for green jobs; a decrease in local air pollution due to green planting; as well as a decrease in indoor asthma triggers and home hazards due to whole home upgrades; and an increase in economic opportunities created through the acquisition of blighted property. The intended beneficiaries are disadvantaged communities throughout Memphis, Tennessee.

Subrecipient:
The subaward activities include, and are not limited to, energy-efficiency upgrades and health-hazard remediation to residences, energy-efficient upgrades and green-infrastructure installation to commercial buildings, planting trees, and testing local water for contamination. All subaward activities are to take place in the identified project area.

| Project Title | Project Description |
| --- | --- |

EPA_00074910

| | | |
|---|---|---|
| ayrw5535 - AUSTIN YOUTH RIVER WATCH | 35 | P.O. Box 40351, Austin, TX 78704 |

EPA_00074911

| 1/16/2025 | 1/22/25 | $100,000.00 | $133,334.00 |
|---|---|---|---|

EPA_00074912

| National Environmental Educ. Act: Sec. 6 | 66.951 / Environmental Education Grants |
|---|---|
| | |

EPA_00074913

Austin Youth River Watch Environmental Education Programs

Description:
This project provides funding to Austin Youth River Watch to implement its project, which will design, demonstrate, and disseminate environmental education practices, methods, and techniques, that will serve to increase environmental literacy and encourage behavior that will benefit the environment in Austin, Texas.  The grantee will do this by providing 90 high school students a semester-long afterschool program or a summer program in outdoor environmental education, conducting bi-monthly water quality testing at 20 sites with students, performing 10 environmental restoration project with community partner organizations, and conducting six educational field trips with students.

Activities:
This project will increase public awareness and knowledge about environmental issues in Austin, Texas and provide high school students the skills necessary to make informed decisions and to take responsible actions. Activities to be performed during this project period include: providing 90 high school students a semester-long afterschool program or a summer program in outdoor environmental education, conducting bi-monthly water quality testing at 20 sites with students, performing eight small-scale restoration projects and two larger-scale restoration projects with community partner

**VA**

EPA_00074915



EPA_00074916



EPA_00074917

organizations, and conducting six educational field trips with students.

Outcomes:
It is anticipated that this project will result in the following deliverables: one semester-long afterschool outdoor education program, one summer outdoor education program, an afterschool program evaluation, water quality testing at 20 different sites 24 times, 100 trees planted, 500 native grass plugs planted, 1,000 lbs of trash removed, and 90 high school students provided educational activities. Expected outcomes of the project include: high school students more knowledgeable about local water quality and watershed health, improved Austin watershed health through creek clean up and tree planting, and more quality data of Texas Colorado River and its tributaries in Austin, Texas. The intended beneficiaries are high school students in Austin, Texas.

Subrecipient:
The subaward to Montopolis Youth Nature Club will support environmental education field trips and campus-based experiences for high school students at Title 1 schools, focusing on topics such as watershed health, water quality, and ecological systems. The subaward to Austin Independent School District will support environmental education field trips and campus-based experiences for high school students, focusing on topics such as watershed health, water quality, and ecological systems. The subaward to Del Valley Independent School District will provide supplies for hands-on learning activities for high school students, such as soil analysis and dissections. The subaward to Urban Roots will support a youth program to teach young people about sustainable agriculture through hands-on farming activities. The recipient for the fifth subaward has not been determined. The subaward will support the outcomes of the project, and may include activities such as native tree planting or providing outdoor education activities.

## 04 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|
| hcps7002 - HENRICO COUNTY PUBLIC SCHOOLS | 04 | 3820 Nine Mile Rd, Richmond, VA   23223-4831 |

EPA_00074919

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/16/2025 | 1/22/25 | $2,700,000.00 | $4,172,056.00 |

| Statutory Authority Summary | Assistance Program |
|---|---|
| Clean Air Act: Sec. 132 | 66.049 / Clean Heavy-Duty Vehicles Program |

EPA_00074921

| Project Title | Project Description |
|---|---|
| Clean Heavy Duty Vehicles Program School Bus Grant | **Description:**<br>The grant agreement provides funding under the Inflation Reduction Act (IRA) to Henrico County Public Schools to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 3. The recipient will replace 10 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for the communities in Henrico county in the state of Virginia.<br><br>**Activities:**<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles for staff, drivers, electricians, public safety officials and mechanics. Activities also include engaging with and educating the community on the benefits of replacing vehicles with zero emission buses.<br><br>**Outcomes:**<br>The anticipated deliverables include the replacement of 10 diesel school buses with 10 zero emission school busses. The expected outcomes include reduced fuel consumption and reduced greenhouse gas and criteria pollutant emissions, as well as fossil fuel consumption, improved air quality, reduced student absenteeism, and reduced bus maintenance. The intended beneficiaries include students and community members in Henrico County, Virginia.<br><br>**Subrecipient:**<br>No subawards are included in this assistance agreement. |

| VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | 04 | | P. O. Box 1105, Richmond, VA 23218 |
|---|---|---|---|

EPA_00074923

| 1/21/2025 | 1/24/25 | $50,362.00 | $155,098.00 |

EPA_00074924

| Pollution Prevention Act of 1990: Sec. 6605 | 66.708 / Pollution Prevention Grant Program |
| --- | --- |
| | |

VADEQ - FY 2024 &ndash; FY 2025 Pollution Prevention Grant Program

Description:
This grant agreement provides funding to Virginia Department of Environmental Quality (VADEQ) for a project that will provide technical assistance (e.g., information, training, tools) to businesses to help them develop and adopt source reduction practices (also known as pollution prevention (P2)). P2 means reducing or eliminating pollutants from entering any waste stream or otherwise being released into the environment prior to recycling, treatment, or disposal. P2 practices can help businesses save money by reducing their resource use, expenditures, waste and liability costs, while at the same time reducing their environmental footprint and helping to protect human health and the environment. Specifically, the project will be to leverage and build on VADEQ&rsquo;s highly successful leadership program, the Virginia Environmental Excellence Program (VEEP), and encouraging mentoring by current VEEP members.  VADEQ will conduct on-site and offsite technical assistance and on-site P2 walk-throughs at facilities. This action partially funds the grant in the amount of $50,362.  Federal funds in the amount of $27,187 are contingent upon availability of additional funds.

Activities:
The priorities for P2 technical assistance (information, training, and tools) align with one or more of the program&rsquo;s national emphasis areas (NEAs).  Specifically, the

EPA_00074926

## 08 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074927

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00074928



| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00074929

project activities include the adoption and implementation of source reduction strategies and greenhouse gas (GHG) emissions. The implementation of these P2 approaches will help save money by reducing resource use, expenditures, and waste while at the same time reducing the environmental footprint of Virginia manufacturers.  VADEQ will hold four (4) regional one-day workshops, these P2 trainings will combine P2 best practices, off-site technical assistance, training, and themed roundtables and supports business to develop environmental management systems.

Outcomes:
The technical assistance conducted by the grantee will benefit facilities and, if applicable, may address underserved communities. The recipient is expected to report on P2 performance measures (outputs and outcomes) and note who will benefit from the technical assistance as well as commit to following-up with facilities to find out whether the technical assistance was adopted and implemented.

The anticipated deliverables include leveraging and building on VADEQ&rsquo;s highly successful leadership program, the Virginia Environmental Excellence Program (VEEP), and encouraging mentoring by current VEEP members. Trainings will be open to VEEP and non-VEEP members. The workshops will also provide face-to-face networking opportunities to encourage attendees to share and learn from peers. VADEQ will utilize EPA&rsquo;s P2-EJ mapping tool and consult DEQ&rsquo;s Office of Environmental Justice when choosing workshop locations.

The expected outcomes include expanding on previous P2 work in food and beverage manufacturers which will give them the most opportunity to provide their services. The intended beneficiaries include businesses located in underserved disadvantaged communities.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
|---|---|

EPA_00074930

| | | |
|---|---|---|
| NATIONAL EXPERIENCED WORKFORCE SOLUTIONS INC | 08 | 3811 North Fairfax Drive, ARLINGTON, VA  22203-1757 |

## 11 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074931

| 1/17/2025 | 1/23/25 | $500,000.00 | $14,628,268.00 |
| --- | --- | --- | --- |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

EPA_00074932

| | |
|---|---|
| Environmental Programs Assistance Act of 1984 (PL 98-313) | 66.508 / Senior Environmental Employment Program |

| Statutory Authority Summary | Assistance Program |
|---|---|

| | |
|---|---|
| To provide technical assistance to Office of Pesticide Programs, Office of Chemical Safety and Pollution Prevention (OPP OCSPP) SEE Program | Description:<br>The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans aged 55 and over to share their expertise with the Environmental Protection Agency.<br><br>Activities:<br>The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Office of Pesticide Programs, Office of Chemical Safety and Pollution Prevention (OPP OCSPP); Washington, DC.<br><br>Outcomes:<br>The anticipated deliverable and expected outcomes for the grantee organization is to provide SEE Enrollees to assistance the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Experienced Workforce Solutions, Inc.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
|---|---|

EPA_00074934

| FAIRFAX COUNTY PUBLIC SCHOOLS | 11 | 8115 Gatehouse Road, Falls Church, VA   22042-1203 |
| --- | --- | --- |

EPA_00074935

| 1/17/2025 | 1/23/25 | $12,900,000.00 | $18,672,836.00 |
| --- | --- | --- | --- |

EPA_00074936

Clean Air Act: Sec. 132

66.049 / Clean Heavy-Duty Vehicles Program

| | |
|---|---|
| Fairfax County Public Schools (FCPS) School Bus Clean Heavy-Duty Vehicles Program | **Description:**<br>The agreement provides funding under the Inflation Reduction Act (IRA) to Fairfax County Public Schools  to replace in-use, non-zero-emission heavy-duty vehicles with new zero-emission vehicles to reduce air pollution and greenhouse gas emissions in EPA Region 3. The recipient will replace 43 eligible vehicles with comparable, eligible zero-emission vehicles under the School Bus Sub-Program, resulting in cleaner air and improved health for the communities in Fairfax County, VA.<br><br>**Activities:**<br>The activities include replacing eligible internal combustion engine Class 6 and Class 7 vehicles with eligible zero-emission vehicles; purchasing, installing, operating, and maintaining charging and fueling equipment to maintain the new zero-emission vehicles; and providing workforce development and training to support the maintenance, charging, fueling, and operation of the new zero-emission vehicles. Recipient will replace 43 Class 7 diesel school buses with 43 new Class 7 zero-emission electric school buses. All new electric buses requested will serve 43 Fairfax County Public Schools communities. This project outcome will ultimately result in reduced pollutants and improved air quality in Fairfax County school communities; risk of asthma, respiratory |

# VI

## 98 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074939



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
| --- | --- | --- | --- |

EPA_00074940

| Statutory Authority Summary | Assistance Program |
| --- | --- |

EPA_00074941

illnesses, and missed school and workdays for students and staff, and environmental justice for the school communities.

Outcomes:
The anticipated deliverables include the replacement of 43 diesel school buses with 43 zero-emissions electric school buses, EV bus training provided to drivers and technicians through partnership with Thomas, IC, and Lion bus companies, and outreach to school communities and international policy makers in Washington D.C. to showcase new EPA funded electric buses.

The expected outcomes include improved air quality and health by the annual removal of 9,625,014 tons of greenhouse gasses from our community&rsquo;s environment, drivers and technicians will be trained on regenerative braking and driving behaviors to increase the efficiency of the EV buses batteries and will extend the distance each bus can run allowing for longer routes. As well as Increase in knowledge, interest, and support of electric school buses and the EPA&rsquo;s (CHDV) programs that positively impact the world environment and health by helping mitigate climate change and pollution.

The intended beneficiaries include students and community members in Fairfax County Public School District.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| ISLAND GREEN BUILDING ASSOCIATION, INCORPORATED | 98 | 5000 Estate Enighed #38, ST JOHN, VI  00830 |

EPA_00074943

| 1/16/2025 | 1/22/25 | $20,000,000.00 | $20,000,000.00 |
|---|---|---|---|

EPA_00074944

| Clean Air Act: Sec. 138 | 66.616 / Environmental and Climate Justice Block Grant Program |
|---|---|
| | |

EPA_00074945

| United States Virgin Islands Partnerships for Community-Wide Sustainability | Description:<br>This agreement provides funding under the Inflation Reduction Act (IRA) to Island Green Building Association, doing business as Island Green Living Association (IGL). Specifically, the project will tackle both the upstream and downstream aspects of effective waste management by promoting behavior change and improving diversion methods once waste enters the system. Specific programs include a comprehensive recycling and composting programs for the two most populous islands, including establishment of a circular economy; expanding access to safe public drinking water; community, school, and business education for protecting marine health; and community partnerships, engagement, and outreach to inform program design/evolution, and maximize community-wide participation/commitment to these new programs.<br><br>Activities:<br>The activities include establishing a resource recovery center on St. Thomas, establishing a comprehensive composting program for the residents of St. Thomas and St. Croix, installing water filling stations, conducting water quality monitoring, increasing Eco-school programming in schools, and implementing a comprehensive public education and engagement campaign. |

EPA_00074946



EPA_00074947



EPA_00074948



EPA_00074949

Outcomes:
The anticipated deliverables include: the construction of recycling and education facility on St Thomas; collecting and processing of recyclable materials; 4 public collection points installed for materials for recycling; installation of central composting/mulching facilities on St. Thomas and St. Croix; collecting and composting/mulching of organic waste; research results from waste market analyses and commercial needs assessment surveys; selling tons of reclaimed materials back into the economy following processing per year; generating revenue in the local economy from end-market materials sales per year; 9 water-filtration systems installed in publicly accessible locations and schools; 2 additional public schools participating in Eco-Schools programming; 30 high-quality jobs added to USVI economy; survey results from stakeholders: citizens, businesses, K-12 students, and educators; and distribution and audience impressions for educational and promotional materials and events.

The expected outcomes include reduction in materials deposited in local landfills and associated GHG emissions per year; reduction in plastic and other waste removed from marine and land areas per year; increased community participation and commitment in reducing volume of solid

## VT

### 00 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

| Statutory Authority Summary | Assistance Program |
| --- | --- |

waste production and its associated pollutants; decrease in percentage of imported food, post-recycled materials, fertilizer, and mulch; increase in public access to safe, plastic-free drinking water; increase in businesses earning and displaying Eco-Certifications; increase in percentage of K-12 students receiving Eco-Schools curriculum; and increased economic opportunity with newly established circular economy and added jobs.

The intended beneficiaries are disadvantaged communities.

Subrecipient:
The activities to be completed as subawards include: implement a territory wide composting project; conduct tests of public water sources including assessment and communication of results; installation of 9 new water filling stations with signage in easily accessible and highly used spaces; conduct community water opinion surveys and engagement campaigns to identify and mitigate drinking water risks and promote sources of free, safe, waste-free drinking water; design/delivery of Eco-Schools programming at two additional schools; implement a comprehensive public education and engagement plan for all projects including establish a Community Council with representatives from each island to provide ongoing input and feedback for continued success.

| Project Title | Project Description |
| --- | --- |

| DEPARTMENT OF ENVIRONMENTAL CONSERVATION VERMONT | 00 | 1 National Life Drive, Montpelier, VT 05620-3520 |
| --- | --- | --- |

EPA_00074955

| 1/16/2025 | 1/22/25 | $70,909.00 | $397,761.00 |
| --- | --- | --- | --- |

EPA_00074956

| CERCLA: Sec. 104(d)(1) | 66.802 / Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements |
|---|---|

| Vermont Pre-Remedial Multi-Site Agreement | Description:<br>This agreement funds the recipient's program to perform site characterization activities such as preliminary assessments and site inspection at potential or confirmed hazardous waste sites.<br><br>Activities:<br>Activities to be performed include the following site assessment related actions: 1.) Determine the need for federal involvement at sites with suspected or confirmed releases of hazardous materials; 2.) Evaluate the status of of sites currently in EPA's Superfund Enterprise Management System (SEMS); 3.) Recommend changes in status where appropriate, including further federal action, National Priorities List (NPL) listing, and archiving; 4.) Recommend addition of new sites to SEMS for assessment by EPA; and 5.) Assist in NPL proposal and listing activities.<br><br>Outcomes:<br>The anticipated deliverables include meaningful and substantial involvement by the VTDEC in Pre-Remedial Response activities; final assessment decisions; identifying properties requiring no further action; and listing of sites on the National Priorities List (NPL). The expected outcomes include: 1.) The number of pre-screenings is unknown at this time, however, VTDEC does not anticipate more than two new sites to be screened during this grant period; 2.) VTDEC |

EPA_00074958

## WA

### 05 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

EPA_00074959



| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|

EPA_00074960

| Statutory Authority Summary | Assistance Program |
| --- | --- |

anticipates at least five sites for evaluation needing a Preliminary Assessment utilizing a state contractor; 3.) VTDEC anticipates potentially three new sites for evaluation needing a Site Inspection, utilizing a state contractor; 4.) VTDEC will prepare a Task Work Plan for EPA review and approval. After conducting field activities, VTDEC will submit a Trip Report to EPA, if requested. A Site Reassessment report will be submitted by the State to EPA Region I upon completion of data collection and evaluation. VTDEC anticipates completing one SR during this grant period. 5.) Completion of investigations at partially assessed Site existing in SEMS and reach a Final Assessment Decision. Completion of investigations at new Sites by State contractors. VTDEC anticipates conducting work at one of these sites. 6.) VTDEC will provide updates regarding Other Clean-Up Activity State-Lead sites and whether any changes to the site status changes during this grant period. Currently, VTDEC has three sites coded as OCA-State-Lead in SEMS. The intended beneficiaries include residents of the State of Vermont.

Subrecipient:
No subawards are included in this assistance agreement.

| Project Title | Project Description |
| --- | --- |

| | | |
|---|---|---|
| cor8740 - CITY OF REPUBLIC | 05 | PO BOX 331, REPUBLIC, WA 99166-5015 |

## 07 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| 1/16/2025 | 1/22/25 | $1,096,835.00 | $1,096,835.00 |
| | | | |

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |

EPA_00074964

| 2024 Consolidated Appropriations Act (PL118-42) | 66.202 / Congressionally Mandated Projects |
| --- | --- |
| | |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| City of Republic for Water Tank Replacement Project | Description:<br>This agreement provides funding to the City of Republic, Washington to implement its project of replacement of the existing damaged 370,000-gallon welded steel reservoir serving the main water distribution zone as directed in the 2024 Consolidated Appropriations Act.<br><br>Activities:<br>The activities to be performed include the execution and implementation of a replacement water reservoir. Workplan activities consist of demo and removal of existing reservoir, site preparation, construction of new reservoir, connection and integration and site restoration.<br><br>Outcomes:<br>The anticipated deliverables include the replacement of the existing 370,000-gallon welded steel reservoir serving the main water distribution zone. The expected outcomes include safe, reliable drinking water for all Republic water system customers. The intended beneficiaries include the residents of City of Republic, human health, and the environment.<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
| --- | --- |

EPA_00074966

| Natl Asian Pacific Center on Aging | 07 | 1511 Third Avenue Melbourne Tower, Seattle, WA  98101-1667 |
|---|---|---|

## WV

### 01 - District

| Recipient Name | Congressional District | Recipient Address |
|---|---|---|

| Award Date | Mailing Date | Funding Amount This Action | Total Approved Amount |
|---|---|---|---|
| 1/17/2025 | 1/23/25 | $594,717.00 | $4,522,862.00 |

EPA_00074968

| Environmental Programs Assistance Act of 1984 (PL 98-313) | 66.508 / Senior Environmental Employment Program |
| --- | --- |

| Statutory Authority Summary | Assistance Program |
| --- | --- |

| Senior Environmental Employment (SEE) Program - Center for Public Health and Environmental Assessment | Description:<br>The Senior Environmental Employment (SEE) Program provides an opportunity for retired and unemployed older Americans age 55 and over to share their expertise with the Environmental Protection Agency (EPA).<br><br>Activities:<br>The purpose of this cooperative agreement is to provide administrative, technical, and professional support through Senior Environmental Employment (SEE) Program enrollees to work with the Center for Public Health and Environmental Assessment/Office of Research and Development (CPHEA/ORD).<br><br>Outcomes:<br>The anticipated deliverable for the grantee organization is to provide SEE enrollees to assist the EPA in meeting its mission. Direct beneficiaries of this program include the public and the grantee organization, National Asian Pacific Center on Aging (NAPCA).<br><br>Subrecipient:<br>No subawards are included in this assistance agreement. |

| Project Title | Project Description |
| --- | --- |

EPA_00074970

| Elk Valley Public Service District | 01 | 100 Bream Dr, Elkview, WV 25071-9365 |
| | | |

EPA_00074971

| 1/16/2025 | 1/22/25 | $635,200.00 | $4,858,750.00 |
|-----------|---------|-------------|---------------|

EPA_00074972

| 2023 Consolidated Appropriations Act (PL 117-328) | 66.202 / Congressionally Mandated Projects |
|---|---|
| | |

EPA_00074973

Elk Valley PSD

Description:
This agreement provides funding to the Elk Valley Public Service District to implement the Elk River Embankment Stabilization and Sanitary Sewer Relocations Project as directed in the 2023 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project. This action partially funds the recipient in the amount of $635,200.  Federal funds in the amount of $3,251,800 are contingent upon availability.

Activities:
The activities to be performed include the execution and implementation of a wastewater infrastructure construction project. Workplan activities consist of wastewater treatment plant improvements.

Outcomes:
The anticipated deliverables include erosion control measures that will be constructed in identified areas of the river embankment where the effects of erosion threaten the integrity of the sewer main line.  The expected outcomes include mitigating the risks of structural failures of the sewer main so that raw sewage will remain contained in the pipes until it reaches the wastewater treatment plant as intended. The intended beneficiaries include the 4,500 customers throughout the communities of Elkview, Pinch, Mink Shoals, Big Chimney, Elk Hills, Clendenin, Falling Rock and Youngs Bottom, West Virginia.

Subrecipient:
A subaward will be given to the WV Regional Intergovernmental Council which will provide general grant administration and coordination on behalf of the Recipient.

## Summary by State & Cong. Di

| | 00 | # of Actions | 01 | # of Actions | 02 | # of Actions | 03 |
|---|---|---|---|---|---|---|---|
| AL | $0.00 | | $0.00 | | $0.00 | | $2,596,592.00 |
| AR | $0.00 | | $0.00 | | $18,187.00 | 1 | $0.00 |
| AZ | $0.00 | | $0.00 | | $12,653,600.00 | 5 | $0.00 |
| CA | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| CO | $0.00 | | $100,000.00 | 1 | $0.00 | | $0.00 |
| CT | $0.00 | | $0.00 | | $0.00 | | $20,000,000.00 |
| DC | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| FL | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| GA | $0.00 | | $0.00 | | $19,805,900.00 | 1 | $0.00 |
| IA | $0.00 | | $0.00 | | $0.00 | | $30,779,000.00 |
| IL | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| KS | $0.00 | | $151,022.00 | 1 | $0.00 | | $0.00 |
| LA | $0.00 | | $0.00 | | $19,999,999.00 | 1 | $0.00 |
| MA | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| MD | $0.00 | | $0.00 | | $0.00 | | $65,000.00 |
| ME | $0.00 | | $2,800,000.00 | 1 | $0.00 | | $0.00 |
| MI | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| MN | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| MO | $0.00 | | $10,128,735.00 | 1 | $0.00 | | $0.00 |
| MS | $0.00 | | $0.00 | | $4,923,958.00 | 1 | $27,649,102.00 |
| NE | $0.00 | | $0.00 | | $0.00 | | $93,960.00 |
| NH | $0.00 | | $0.00 | | $2,202.00 | 1 | $0.00 |
| NY | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| OK | $0.00 | | $0.00 | | $111,622.00 | 2 | $0.00 |
| OR | $0.00 | | $1,300,000.00 | 1 | $0.00 | | $1,478,000.00 |
| RI | $0.00 | | $0.00 | | $6,627,691.00 | 1 | $0.00 |
| SC | $0.00 | | $1,325,000.00 | 1 | $0.00 | | $0.00 |
| TN | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| TX | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| VA | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| VI | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| VT | $70,909.00 | 1 | $0.00 | | $0.00 | | $0.00 |
| WA | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| WV | $0.00 | | $635,200.00 | 1 | $0.00 | | $0.00 |
| Sum: | $70,909.00 | | $16,439,957.00 | | $64,143,159.00 | | $82,661,654.00 |

EPA_00074975

| # of Actions | 04 | # of Actions | 05 | # of Actions | 06 | # of Actions | 07 |
|---|---|---|---|---|---|---|---|
| 1 | $0.00 | | $0.00 | | $0.00 | | $5,600,000.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $1,500,000.00 | 1 | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $100,000.00 |
| 1 | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $7,587,500.00 | 1 | $909,800.00 | 1 | $0.00 |
| | $0.00 | | $2,376,203.00 | 1 | $0.00 | | $0.00 |
| 1 | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $1,817,535.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $20,000.00 | 1 | $0.00 | | $0.00 |
| 1 | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $40,780.00 |
| | $101,111.00 | 1 | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 2 | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 1 | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $5,200,000.00 | 2 | $0.00 | | $0.00 | | $39,035,500.00 |
| | $0.00 | | $5,000,000.00 | 1 | $0.00 | | $0.00 |
| 1 | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $2,750,362.00 | 2 | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $1,096,835.00 | 1 | $0.00 | | $594,717.00 |
| | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | **$8,051,473.00** | | **$16,080,538.00** | | **$2,409,800.00** | | **$47,188,532.00** |

EPA_00074976

| # of Actions | 08 | # of Actions | 09 | # of Actions | 10 | # of Actions |
|---:|---:|---:|---:|---:|---:|---:|
| 1 | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| 1 | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| 1 | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $3,000,000.00 | 1 | $0.00 | | $0.00 | |
| | $165,711.00 | 2 | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| 1 | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| 1 | $0.00 | | $0.00 | | $17,345,895.00 | 1 |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $19,996,791.00 | 1 | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $500,000.00 | 1 | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| 1 | $0.00 | | $0.00 | | $0.00 | |
| | $0.00 | | $0.00 | | $0.00 | |
| | $3,665,711.00 | | $19,996,791.00 | | $17,345,895.00 | |

EPA_00074977

| 11 | # of Actions | 12 | # of Actions | 13 | # of Actions | 17 | # of Actions |
|---|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $249,400,000.00 | 1 | $500,000.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $3,000,000.00 | 1 | $20,939,198.00 | 3 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $12,900,000.00 | 1 | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $262,300,000.00 | | $500,000.00 | | $3,000,000.00 | | $20,939,198.00 | |

EPA_00074978

| 18 | # of Actions | 20 | # of Actions | 21 | # of Actions | 22 | # of Actions |
|---|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $272,005.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $3,000,000.00 | 1 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $1,424,099.00 | 2 | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $6,690,731.00 | 2 | $99,963.00 | 1 | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $1,424,099.00 | | $6,962,736.00 | | $99,963.00 | | $3,000,000.00 | |

EPA_00074979

| 24 | # of Actions | 25 | # of Actions | 35 | # of Actions | 42 | # of Actions |
|---|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $1,000,000.00 | 1 |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $7,297,240.00 | 1 | $853,000.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $100,000.00 | 1 | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $7,297,240.00 | | $853,000.00 | | $100,000.00 | | $1,000,000.00 | |

EPA_00074980

| 98 | # of Actions | Sum: |
|---|---|---|
| $0.00 | | $8,196,592.00 |
| $0.00 | | $18,187.00 |
| $0.00 | | $12,653,600.00 |
| $0.00 | | $252,672,005.00 |
| $0.00 | | $200,000.00 |
| $0.00 | | $20,000,000.00 |
| $455,100.00 | 3 | $455,100.00 |
| $0.00 | | $19,647,540.00 |
| $0.00 | | $22,182,103.00 |
| $0.00 | | $30,779,000.00 |
| $0.00 | | $3,241,634.00 |
| $0.00 | | $151,022.00 |
| $0.00 | | $19,999,999.00 |
| $0.00 | | $3,020,000.00 |
| $0.00 | | $230,711.00 |
| $0.00 | | $2,800,000.00 |
| $0.00 | | $40,780.00 |
| $0.00 | | $101,111.00 |
| $0.00 | | $10,128,735.00 |
| $0.00 | | $32,573,060.00 |
| $0.00 | | $93,960.00 |
| $0.00 | | $2,202.00 |
| $0.00 | | $92,311,287.00 |
| $0.00 | | $5,111,622.00 |
| $0.00 | | $2,778,000.00 |
| $0.00 | | $6,627,691.00 |
| $0.00 | | $1,325,000.00 |
| $0.00 | | $19,996,791.00 |
| $0.00 | | $100,000.00 |
| $0.00 | | $16,150,362.00 |
| $20,000,000.00 | 1 | $20,000,000.00 |
| $0.00 | | $70,909.00 |
| $0.00 | | $1,691,552.00 |
| $0.00 | | $635,200.00 |
| $20,455,100.00 | | $605,985,755.00 |

## Summary by State and

| | County | # of Actions | Independent School District | # of Actions | Indian Tribe | # of Actions |
|---|---|---|---|---|---|---|
| AL | $0.00 | | $5,600,000.00 | 1 | $0.00 | |
| AR | $0.00 | | $0.00 | | $0.00 | |
| AZ | $0.00 | | $0.00 | | $12,653,600.00 | 5 |
| CA | $0.00 | | $0.00 | | $272,005.00 | 1 |
| CO | $0.00 | | $0.00 | | $0.00 | |
| CT | $0.00 | | $0.00 | | $0.00 | |
| DC | $0.00 | | $0.00 | | $0.00 | |
| FL | $17,884,740.00 | 3 | $0.00 | | $0.00 | |
| GA | $0.00 | | $0.00 | | $0.00 | |
| IA | $0.00 | | $0.00 | | $0.00 | |
| IL | $0.00 | | $0.00 | | $0.00 | |
| KS | $0.00 | | $0.00 | | $0.00 | |
| LA | $0.00 | | $0.00 | | $0.00 | |
| MA | $0.00 | | $0.00 | | $0.00 | |
| MD | $0.00 | | $0.00 | | $0.00 | |
| ME | $0.00 | | $0.00 | | $0.00 | |
| MI | $0.00 | | $0.00 | | $0.00 | |
| MN | $0.00 | | $0.00 | | $0.00 | |
| MO | $0.00 | | $10,128,735.00 | 1 | $0.00 | |
| MS | $0.00 | | $4,923,958.00 | 1 | $7,759,587.00 | 1 |
| NE | $0.00 | | $0.00 | | $93,960.00 | 1 |
| NH | $0.00 | | $0.00 | | $0.00 | |
| NY | $0.00 | | $4,432,513.00 | 1 | $99,963.00 | 1 |
| OK | $0.00 | | $0.00 | | $111,622.00 | 2 |
| OR | $0.00 | | $0.00 | | $0.00 | |
| RI | $0.00 | | $0.00 | | $6,627,691.00 | 1 |
| SC | $0.00 | | $0.00 | | $0.00 | |
| TN | $0.00 | | $0.00 | | $0.00 | |
| TX | $0.00 | | $0.00 | | $0.00 | |
| VA | $0.00 | | $15,600,000.00 | 2 | $0.00 | |
| VI | $0.00 | | $0.00 | | $0.00 | |
| VT | $0.00 | | $0.00 | | $0.00 | |
| WA | $0.00 | | $0.00 | | $0.00 | |
| WV | $0.00 | | $0.00 | | $0.00 | |
| Sum: | $17,884,740.00 | | $40,685,206.00 | | $27,618,428.00 | |

| Interstate | # of Actions | Municipal | # of Actions | Not for Profit | # of Actions | Special District | # of Actions |
|---|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $2,596,592.00 | 1 | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $1,000,000.00 | 1 | $500,000.00 | 1 | $1,500,000.00 | 1 |
| $0.00 | | $0.00 | | $200,000.00 | 2 | $0.00 | |
| $0.00 | | $20,000,000.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $455,100.00 | 3 | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $909,800.00 | 1 |
| $0.00 | | $2,376,203.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $1,817,535.00 | 1 | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $19,999,999.00 | 1 | $0.00 | |
| $20,000.00 | 1 | $0.00 | | $3,000,000.00 | 1 | $0.00 | |
| $57,888.00 | 1 | $0.00 | | $172,823.00 | 2 | $0.00 | |
| $0.00 | | $2,800,000.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $19,889,515.00 | 1 | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $5,200,000.00 | 2 | $42,035,500.00 | 2 | $0.00 | |
| $0.00 | | $5,000,000.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $2,778,000.00 | 2 | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $19,996,791.00 | 1 | $0.00 | |
| $0.00 | | $0.00 | | $100,000.00 | 1 | $0.00 | |
| $0.00 | | $0.00 | | $500,000.00 | 1 | $0.00 | |
| $0.00 | | $0.00 | | $20,000,000.00 | 1 | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $594,717.00 | 1 | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | | $635,200.00 | 1 |
| **$77,888.00** | | **$36,376,203.00** | | **$134,636,572.00** | | **$3,045,000.00** | |

EPA_00074983

| State | # of Actions | State Institution of Higher Learning | # of Actions | Township | # of Actions |
|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | |
| $18,187.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $249,400,000.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $853,000.00 | 1 |
| $0.00 | | $0.00 | | $19,805,900.00 | 1 |
| $30,779,000.00 | 1 | $0.00 | | $0.00 | |
| $1,424,099.00 | 2 | $0.00 | | $0.00 | |
| $0.00 | | $151,022.00 | 1 | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $40,780.00 | 1 | $0.00 | | $0.00 | |
| $101,111.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $2,202.00 | 1 | $0.00 | | $0.00 | |
| $6,690,731.00 | 2 | $0.00 | | $33,852,580.00 | 3 |
| $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $1,325,000.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $50,362.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $0.00 | |
| $70,909.00 | 1 | $0.00 | | $0.00 | |
| $0.00 | | $0.00 | | $1,096,835.00 | 1 |
| $0.00 | | $0.00 | | $0.00 | |
| $289,902,381.00 | | $151,022.00 | | $55,608,315.00 | |

| Sum: |
|---|
| $8,196,592.00 |
| $18,187.00 |
| $12,653,600.00 |
| $252,672,005.00 |
| $200,000.00 |
| $20,000,000.00 |
| $455,100.00 |
| $19,647,540.00 |
| $22,182,103.00 |
| $30,779,000.00 |
| $3,241,634.00 |
| $151,022.00 |
| $19,999,999.00 |
| $3,020,000.00 |
| $230,711.00 |
| $2,800,000.00 |
| $40,780.00 |
| $101,111.00 |
| $10,128,735.00 |
| $32,573,060.00 |
| $93,960.00 |
| $2,202.00 |
| $92,311,287.00 |
| $5,111,622.00 |
| $2,778,000.00 |
| $6,627,691.00 |
| $1,325,000.00 |
| $19,996,791.00 |
| $100,000.00 |
| $16,150,362.00 |
| $20,000,000.00 |
| $70,909.00 |
| $1,691,552.00 |
| $635,200.00 |
| $605,985,755.00 |

EPA_00074985

| Recipient Name | Recipient Address | Award Date |
|---|---|---|
| BerwickTown - TOWN OF BERWICK | 11 SULLIVAN ST, BERWICK, ME  03901-2927 | 1/16/25 |

| Mailing Date | Recipient Type | Record Type | Project Cost | Funding Amount |
|---|---|---|---|---|
| 1/22/25 | Municipal | N - New Project | $2,800,000.00 | $2,800,000.00 |

| Recipient Congressional District | FAIN AND MOD | Issuing Office |
|---|---|---|
| 01 | 00A01577-0 | USEPA EPA R1 |

| Statutory Authority Summary | Assistance Program | In Kind Amount |
|---|---|---|
| 2024 Consolidated Appropriations Act (PL118-42) | 66.202 / Congressionally Mandated Projects | $0.00 |

EPA_00074989

| Project Period Cost | Project Period | Project Title |
|---|---|---|
| $4,000,000.00 | 1/6/25 - 1/1/27 | Water Treatment Facility Upgrade |

## Project Description

Description:
This agreement provides funding to the Town of Berwick, Maine to implement its project to upgrade water treatment facility. The drinking water treatment process will be improved to remove Manganese and Total Organic Carbon and to improve the management of treatment process residuals as directed in the 2024 Consolidated Appropriations Act.

Activities:
The activities to be performed include the execution and implementation of Drinking water infrastructure construction at the Town of Berwick Drinking Water Treatment facility. Workplan activities consist of several Drinking water treatment plant improvements:
1. Replacement of aging raw water and finished water pumps
2. Replacement of aging blowers required for the treatment process
3. Addition of a third blower for equipment redundancy.
4. Chemical feed system upgrades
5. Process control and electrical upgrades
6. Upgrade of control system and SCADA system
7. Upgrade of electrical service and motor control center for additional powered equipment loads.

Outcomes:
The anticipated deliverables include improved drinking water treatment and improved residual management at the drinking water treatment facility.
The expected outcomes include installed SCADA system, installation of new pumps and blowers, improved electrical service and process controls.
Beneficiaries of this project include the residents of the Town of Berwick, Maine.

Subrecipient:
No subawards are included in this assistance agreement.

| | | |
|---|---|---|
| CITRUS HEIGHTS WATER DISTRICT | P.O. BOX 286, CITRUS HEIGHTS, CA   95611-0286 | 1/17/25 |

EPA_00074992

| 1/23/25 | Special District | N - New Project | $1,500,000.00 | $1,500,000.00 |

EPA_00074993

| 06 | 98T79901-0 | USEPA EPA R9 |
|----|------------|--------------|

EPA_00074994

| 2023 Consolidated Appropriations Act (PL 117-328) | 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|---|

EPA_00074995

| $1,875,000.00 | 1/30/25 - 12/30/26 | Community Grants Program - Highland Ave Well Project |
|---|---|---|

Description:
This agreement provides funding to Citrus Heights Water District to implement its project to build a new ASR (Aquifer Storage and Recovery) well along Highland Avenue in Citrus Heights, CA as directed in the 2023 Consolidated Appropriations Act. The well will directly provide water to the water district and indirectly to the entire region for typical municipal and industrial uses. The well will enhance system redundancy and reduce strain on local water resources (may forego up to 1000 AFY of surface water supplies).

This assistance agreement provides full federal funding in the amount of $1,500,000.00.

Activities:
The activities to be performed are focused on the construction of a new well pump station, the perimeter fencing and the new access drive/gate. The area will need to be cleared and graded, but existing trees adjacent to the property will be retained. The activities will specifically include: construction of foundations, slabs and structures for the pump pedestal, motor control center and electric utility pad; installation of underground primary and secondary electrical conduits and conductors from the transformer pad to the motor control center; installation of perimeter and interior fencing.

Outcomes:
The anticipated deliverables are a new ASR well (Aquifer Storage and Recovery) on Highland Avenue which will allow surface water to get pumped into groundwater supplies for storage. The well will provide an additional, reliable water supply source to enhance redundancy at the local level and help preserve water resources for greater region. Project will directly benefit the Citrus Heights Water District and allow them to forgo up to 1000 AFY of surface water supplies. This will indirectly supply water and benefit the larger region and community for municipal and industrial water users.

Subrecipient:
No subawards are included in this assistance agreement.

| cor8740 - CITY OF REPUBLIC | PO BOX 331, REPUBLIC, WA 99166-5015 | 1/16/25 |

EPA_00074998

| | | | | |
|---|---|---|---|---|
| 1/22/25 | Township | N - New Project | $1,096,835.00 | $1,096,835.00 |

EPA_00074999

| 05 | 02J83601-0 | USEPA EPA R10 |
|----|------------|---------------|

| 2024 Consolidated Appropriations Act (PL118-42) | 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|---|

EPA_00075001

| $1,096,835.00 | 9/1/24 - 12/31/26 | City of Republic for Water Tank Replacement Project |
| --- | --- | --- |

EPA_00075002

Description:
This agreement provides funding to the City of Republic, Washington to implement its project of replacement of the existing damaged 370,000-gallon welded steel reservoir serving the main water distribution zone as directed in the 2024 Consolidated Appropriations Act.

Activities:
The activities to be performed include the execution and implementation of a replacement water reservoir. Workplan activities consist of demo and removal of existing reservoir, site preparation, construction of new reservoir, connection and integration and site restoration.

Outcomes:
The anticipated deliverables include the replacement of the existing 370,000-gallon welded steel reservoir serving the main water distribution zone. The expected outcomes include safe, reliable drinking water for all Republic water system customers. The intended beneficiaries include the residents of City of Republic, human health, and the environment.

Subrecipient:
No subawards are included in this assistance agreement.

| CtyM - CITY OF MAYWOOD | 4319 E. SLAUSON AVENUE, MAYWOOD, CA  90270-2837 | 1/17/25 |
|---|---|---|

| 1/23/25 | Municipal | N - New Project | $1,000,000.00 | $1,000,000.00 |
|---------|-----------|-----------------|---------------|---------------|

EPA_00075005

| 42 | 98T81001-0 | USEPA EPA R9 |
|---|---|---|

EPA_00075006

| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects | $0.00 |
| --- | --- | --- |

| $1,000,000.00 | 12/20/24 - 4/17/26 | Community Grants Program - Maywood Sewer System Repair Project |
|---|---|---|

Description:
This agreement provides funding to the City of Maywood to implement its project to repair an existing sewer pipe  as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

This assistance agreement provides full federal funding in the amount of $1,000,000.  Pre-award costs have been approved back to December 20, 2024.

Activities:
The activities to be performed include planning and design, construction including trenching, sewer pipe repair and upgrades, and reconstruction of street surface.

Outcomes:
The anticipated deliverables include reducing the possibility of a sewer leakage, thereby averting a potential public health hazard occurring in a highly dense community which are expected to lead to better public health outcomes for residents and business owners in Maywood.

Subrecipient:
No subawards are included in this assistance agreement.

| Elk Valley Public Service District | 100 Bream Dr, Elkview, WV 25071-9365 | 1/16/25 |

EPA_00075010

| 1/22/25 | Special District | N - New Project | | $635,200.00 |
|---------|------------------|-----------------|--|------------|

EPA_00075011

| 01 | 95342401-0 | USEPA EPA R3 |
| | | |

EPA_00075012

| 2023 Consolidated Appropriations Act (PL 117-328) | 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|---|

EPA_00075013

| $4,858,750.00 | 2/1/24 - 12/31/26 | Elk Valley PSD |
|---|---|---|

EPA_00075014

Description:
This agreement provides funding to the Elk Valley Public Service District to implement the Elk River Embankment Stabilization and Sanitary Sewer Relocations Project as directed in the 2023 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project. This action partially funds the recipient in the amount of $635,200.  Federal funds in the amount of $3,251,800 are contingent upon availability.

Activities:
The activities to be performed include the execution and implementation of a wastewater infrastructure construction project. Workplan activities consist of  wastewater treatment plant improvements.

Outcomes:
The anticipated deliverables include erosion control measures that will be constructed in identified areas of the river embankment where the effects of erosion threaten the integrity of the sewer main line.  The expected outcomes include mitigating the risks of structural failures of the sewer main so that raw sewage will remain contained in the pipes until it reaches the wastewater treatment plant as intended. The intended beneficiaries include the 4,500 customers throughout the communities of Elkview, Pinch, Mink Shoals, Big Chimney, Elk Hills, Clendenin, Falling Rock and Youngs Bottom, West Virginia.

Subrecipient:
A subaward will be given to the WV Regional Intergovernmental Council which will provide general grant administration and coordination on behalf of the Recipient.

EPA_00075015

| INCORPORATED VILLAGE OF HEMPSTEAD | 99 James A Garner Way, Hempstead, NY  11550-3166 | 1/17/25 |
|---|---|---|

EPA_00075016

| 1/23/25 | Municipal | N - New Project | | $2,000,000.00 |

EPA_00075017

| 04 | 96267124-0 | USEPA EPA R2 |
|----|------------|--------------|
|    |            |              |

EPA_00075018

| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|---|

| $2,000,000.00 | 5/1/23 - 12/31/26 | Village of Hempstead Phase I Sewer Improvements Project |
|---|---|---|

Description:
This agreement provides funding to the Incorporated Village of Hempstead to implement its project to improve the Village sewer infrastructure as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

Activities:
The activities to be performed will include the removal or repair of old sewer piping, lining and fittings and the installation of approximately 6,200 linear feet of sewer pipe and 800 linear feet of side street laterals. To achieve this, excavation and backfill of all new sewer piping and manholes, creation of trench boxes for excavation support and protection, installation of sewer manholes, relocation of utilities, the repaving of disturbed roads and the maintenance/protection of traffic will need to be executed.

Outcomes:
The anticipated deliverables are the development of a new gravity sewer main by replacing outdated and leaking sewer mains and to utilize the new county developed pump station. These are expected to address the needs of multiple new housing projects, and lead to job creation and economic benefits for the new housing developments and the Village of Hempstead residents.

Subrecipient:
No subawards are included in this assistance agreement.

| INCORPORATED VILLAGE OF HEMPSTEAD | 99 James A Garner Way, Hempstead, NY 11550-3166 | 1/17/25 |
|---|---|---|

EPA_00075022

| 1/23/25 | Municipal | N - New Project | $3,200,000.00 | $3,200,000.00 |
|---|---|---|---|---|

EPA_00075023

| 04 | 96267324-0 | USEPA EPA R2 |
|---|---|---|

EPA_00075024

| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects | $0.00 |
| --- | --- | --- |

EPA_00075025

| | | |
|---|---|---|
| $3,200,000.00 | 5/1/23 - 12/31/26 | Village of Hempstead Phase 1 Water Transmission Main Improvements Infrastructure Project |

EPA_00075026

Description:
This agreement provides funding to Incorporated Village of Hempstead to implement its project to improve the Village's Water System Transmission Main as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

Activities:
The activities to be performed are the modernization of the potable water main network by replacing old watermains and laying new ones totaling approximately 8,454 feet of pipe. These will be sized to adequately address future and existing water needs for future housing developments and fire suppression while still furnishing potable water and sanitary sewer services during construction. Excavation, placement, and backfill for the transmission main will occur during the construction.

Outcomes:
The anticipated deliverables are that the system will be able to provide adequate volumes of water during the peak hour on the peak day, and also maintain the capability to provide fire flows on that peak day. Also, for the water distribution system to be sized to transport water to a particular building and throughout the areas immediately surrounding the building for fire suppression. These are expected to lead to the availability of adequate water service to each parcel within the project area and to create a connection of new and existing buildings to the newly available water utilities and existing treatment plants for the new housing developments and the Village of Hempstead residents.

Subrecipient:
No subawards are included in this assistance agreement.

EPA_00075027

| ocwut5638 - OKLAHOMA CITY WATER UTILITIES TRUST | 420 W MAIN ST STE 500, OKLAHOMA CITY, OK 73102-4406 | 1/21/25 |
| --- | --- | --- |

| 1/24/25 | Municipal | N - New Project | | $5,000,000.00 |

EPA_00075029

| 05 | 02F77801-0 | USEPA EPA R6 |
|---|---|---|

EPA_00075030

| 2022 Consolidated Appropriations Act (PL 117-103) | 66.202 / Congressionally Mandated Projects | $0.00 |
|---|---|---|

| $5,000,000.00 | 1/1/24 - 9/30/27 | Oklahoma City Water Utilities Trust for Wastewater Treatment Plant Upgrades |
|---|---|---|

EPA_00075032

Description:
This agreement provides funding to Oklahoma City Water Utilities Trust to implement its project to Wastewater Treatment Plant Upgrades as directed in the 2022 Consolidated Appropriations Act or as identified in an approved Technical Correction if one has been approved for this project.

Activities:
The activities to be performed include the execution and implementation of a Clean water wastewater infrastructure construction project. Workplan activities consist of wastewater treatment plant improvements.

Outcomes:
The anticipated deliverables include rehabilitating influent structures at the plant and improvements to primary treatment mechanisms (i.e., clarifier components).

The expected outcomes include benefits such as improved safety for plant operators, protection of various components susceptible to corrosion, better sludge density (which will reduce need for treatment chemicals such as polymer downstream), and potential energy savings due to less stress on sludge pumps (such as return activated sludge pumps).

The intended beneficiaries include citizens of the Oklahoma City metropolitan area.

Subrecipient:
No subawards are included in this assistance agreement.

| vons6936 - VILLAGE OF NEW SQUARE | 37 Reagan Rd, NEW SQUARE, NY 10977 | 1/17/25 |

EPA_00075034

| 1/23/25 | Township | N - New Project | $2,400,000.00 | $2,400,000.00 |
|---|---|---|---|---|

EPA_00075035

| 17 | 96272824-0 | USEPA EPA R2 |
|---|---|---|

EPA_00075036

| 2023 Consolidated Appropriations Act (PL 117-328) | 66.202 / Congressionally Mandated Projects | $0.00 |

EPA_00075037

| $2,400,000.00 | 5/1/25 - 11/1/27 | Village of New Square Drainage and Flood Mitigation Improvements Project |
| --- | --- | --- |

EPA_00075038

Description:
This agreement provides funding to the Village of New Square to implement its project for Storm Drainage and Flood Mitigation Improvements as directed in the 2023 Consolidated Appropriations Act.

Activities:
The activities to be performed on Storm drainage throughout the Village of New Square will be structured to occur within the four drainage areas within the Village: Area 1 - northwest sector of the Village; Area 2 - The south-central sector downstream of Area 1; Area 3 - southwest sector, collects runoff that discharges to the north branch of the Pascack Brook; and Area 4 - The eastern sector, which receives significant runoff from the Palisades Parkway drainage system, as well as half of the Villages runoff.

Outcomes:
The anticipated deliverables which are expected to lead to the planned improvements include:1. The replacement of storm sewers with larger diameter pipes for increased flow capacity and the ability to provide some attenuation of peak flows by providing increased storage capacity;2. Installation of underground storage systems to take peak flows off line to be released slowly off peak;3. Installation of additional storm system inlets such as catch basins; and 4. The select re-routing of storm sewers to new outfalls for the Village of New Square, Town of Ramapo, New York.

Subrecipient:
No subawards are included in this assistance agreement.