# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| The Sustainability Institute *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 2:25-2152-RMG |
| | ) | |
| Donald J. Trump, in his official capacity as President of the United States, *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |
| | ) | |

Since the filing of the briefs related to Plaintiffs' motion for preliminary injunction, a number of developments have occurred which may have impacted the status of grants at issue in this litigation. Defendants noted in their response in opposition to Plaintiff's motion for a preliminary injunction that certain grant funds initially paused may have subsequently become available to Plaintiff grantees. (Dkt. No. 56 at 2). Further, the Court was advised by Plaintiffs that certain grants that were initially paused have now been terminated. (Dkt. No. 35 at 2).

Recently, the United States District Court for the District of Rhode Island issued a nationwide injunction in *Woonasquatucket River Watershed Council v. United States Department of Agriculture*, C.A. No. 1:25-97-MSM (D.R.I. April 15, 2025), which ordered certain Defendants in this action, the United States Environmental Protection Agency, United States Department of Energy, and United States Department of Agriculture, to "resume processing, disbursement, and payment of already awarded funding appropriated under the Inflation Reduction Act and the Infrastructure Investment and Jobs Act, and to release awarded funds previously withheld or rendered inaccessible." (Dkt. No. 45 at 61). The Rhode Island Court further directed Defendants

1

to file a status report on or before April 16, 2025 apprising the Court of the status of their compliance with the Order. (*Id*. at 62). Defendants submitted a status report to the Rhode Island District Court on April 16, 2025, stating that the Defendant agencies "are actively working through the process of resuming appropriate funding disbursements pursuant to the Court's Order." (*Woonasquatucket River Watershed Council v. United States Department of Agriculture*, Dkt No. 47 at 3).

Defendants are directed to provide the Court a status report on or before April 22, 2025 at 5:00 p.m. which addresses the following:

1. The status of Defendants' efforts to resume "processing, disbursement, and payment" of grants subject to the *Woonasquatucket River Watershed Council* injunction; and

2. The specific status of the grants set forth at Dkt. No. 25-1 at 14-20, indicating whether the grant funds for each grant are presently paused, accessible to grantees, or terminated.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

April 21, 2025
Charleston, South Carolina