Message

| | |
|---|---|
| **From**: | Johnson, Charlene [Johnson.Charlene@epa.gov] |
| **Sent**: | 3/7/2025 9:24:25 PM |
| **To**: | Gulamali, Adil [Gulamali.Adil@epa.gov] |
| **CC**: | Robinson, Angel [robinson.angel@epa.gov]; Lavergne, Dany [lavergne.dany@epa.gov]; Jennette, Vonda [Jennette.Vonda@epa.gov]; Evans, Antoinette [Evans.Antoinette@epa.gov]; Lane, Gary [Lane.Gary@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]; Puglisi, Peter [puglisi.peter@epa.gov] |
| **Subject**: | RE: Place Hold/ Control in ASAP - 8 programs |
| **Attachments**: | EJ Temporary Suspension Confirmation 20250307.xlsx |

Attached is a list of awards suspended by CFDA/Assistance Listings, per email thread below.

Have a good weekend!

**Charlene A. Johnson**
Lead Financial Specialist | U.S. EPA | Grants Services Branch |OCFO-OC-RTP-Finance Division, NC | Phone: 919.541.3582 | Org Email: rtpfc-grants@epa.gov
EPA Finance Home Page: http://www2.epa.gov/financial | Search for SF425: https://www.epa.gov/grants/epa-grantee-forms | Forward payments & SF425: rtpfc-grants@epa.gov

Let us know how we're doing RTP-FC Customer Service Survey
**Please consider the environment before printing this e-mail**

---

**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Friday, March 7, 2025 1:16 PM
**To:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

I added the PRCs associated with EJ "Grant / BOC 41) programs for Base and IRA appropriations below. I'm assuming all but he last 2 CFDA listings are associated with Base appropriations/PRCs.

| | CFDA/Assistance Listing Title |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program - 000W57 |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice - 000W57 |

| | |
|---|---|
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program - 000W57 |
| 66.604 | Environmental Justice Small Grant Program - 000W57 |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues - 000W57 |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) 000W57 |
| 66.616 | Environmental and Climate Justice Block Grant Program (000W57XKS; 000W57XK1; 000A57XK1; 000L57XK1) |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products (000A95XCL; 000C95XCL; 000F95XCL; 000JMMXCL; 000MMMXCL; 000NMMXCL; 000YMMXCL) |

**From:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Sent:** Friday, March 7, 2025 12:14 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Yes Gary's team can assist with detailed crosswalk.

Low Embodied Carbon is any PRC with CL at the end in the RPIO Activity string.

The others are in PP 57.

**From:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Sent:** Friday, March 7, 2025 12:07 PM
**To:** Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda

<Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Received confirmation. Please lock and if it is going to take longer than today let me know. Also, provide a list of the grants paused. Thanks

OB: will be able to provide a crosswalk for the below to help us identify the grants in ASAP.

Adil

---

**From:** Gulamali, Adil
**Sent:** Friday, March 7, 2025 11:57 AM
**To:** Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Hold- until I got confirmation from Travis

Adil

---

**From:** Gulamali, Adil
**Sent:** Friday, March 7, 2025 11:55 AM
**To:** Puglisi, Peter <puglisi.peter@epa.gov>; Johnson, Charlene <Johnson.Charlene@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Evans, Antoinette <Evans.Antoinette@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>
**Subject:** FW: Place Hold/ Control in ASAP - 8 programs

Please see below. Confirm once done. Any questions let me know. Thanks

Adil

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 11:53 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Place Hold/ Control in ASAP - 8 programs

All, we just had a check-in with Travis and as part of a broader effort related to certain grant programs, please put a control on ASAP accounts for all grants funded under the following grant programs so recipients cannot draw funds.

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title |
|---|---|

| | |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |

This document is produced in native format.

Original file name:

EJ Temporary Suspension Confirmation 20250307.xlsx

Message

| | |
|---|---|
| **From**: | Humes, Hamilton [Humes.Hamilton@epa.gov] |
| **Sent**: | 3/5/2025 2:30:13 PM |
| **To**: | Boyd, Wyatt [Boyd.Wyatt@epa.gov]; Robinson, Angel [robinson.angel@epa.gov] |
| **CC**: | Beg, Gul [Beg.Gul@epa.gov]; Ripley, Laura [Ripley.Laura@epa.gov]; Bullock, April [Bullock.April@epa.gov]; Li, Sylvana [li.sylvana@epa.gov]; Wang, Lili [Wang.Lili@epa.gov]; Katz, Brian [Katz.Brian@epa.gov] |
| **Subject**: | FW: Request for Data |
| **Attachments**: | OMS Grants Report Request - Data current as of 3-4-2025.xlsx |

FYI –

Kevin Hurley has been generating a lot of specific grants reports for OMS OGD by using Power Bi to combine NGGS and Compass data.

Kevin plans to train some OCFO OC and OMS OGD folks in how to update data using the framework he (Kevin) built

---

**From:** Hurley, Kevin <Hurley.Kevin@epa.gov>
**Sent:** Tuesday, March 4, 2025 6:25 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Humes, Hamilton <Humes.Hamilton@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Request for Data

Please see the attached showing:
1)    Active awards
2)    Pending awards

Let me know what additional information is needed and I can work with OGD and OC to complete. Please flag any issues, concerns or questions.

**Note:**
- Active Awards
o    There are 39 active grants missing Compass data
o    See the list below which includes IIJA and IRA grants/funds
o    I will work with Phil and OCFO to remedy this data issues in Compass and NGGS so these data mismatches disappear
- Pending Awards
o    Data only shows actions where a draft award has been established in NGGS
o    I'm display the total IIJA and IRA funds associated with the grant family (awarded and pending) using NGGS commitment data from NGGS Business Objects (i.e., datamart)

| Program Code | Grant No | Grant Status | Assistance Listing Code | Assistance Listing Description | Applicant Name | Awarding Region Code | EPA Amount: Amended Total |
|---|---|---|---|---|---|---|---|
| 1 | 00871001-Y | Open | 66.806 | Superfund Technical Assistance Grants (TAG) for Community | CITIZENS TECHNICAL ENVIRONMENTAL INC | EPA R8 | $1,685,152 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Groups at National Priority List (NPL) Sites | | | |
| 1 | 98453298-D | Open | 66.806 | Superfund Technical Assistance Grants (TAG) for Community Groups at National Priority List (NPL) Sites | GLYNN ENVIRONMENTAL COALITION INC | EPA R4 | $154,900 |
| 1 | 99485001-G | Open | 66.806 | Superfund Technical Assistance Grants (TAG) for Community Groups at National Priority List (NPL) Sites | GLYNN ENVIRONMENTAL COALITION INC | EPA R4 | $381,626 |
| 1 | 99818801-U | Open | 66.806 | Superfund Technical Assistance Grants (TAG) for Community Groups at National Priority List (NPL) Sites | Arrowhead Foundation Incorporated | EPA R8 | $950,000 |
| 4X | 01E03330-0 | Open | 66.458 | Capitalization Grants for Clean Water State Revolving Funds | Indiana Finance Authority | EPA R5 | $0 |
| 4X | 01E03333-0 | Open | 66.458 | Capitalization Grants for Clean Water State Revolving Funds | Minnesota Public Facilities Authority | EPA R5 | $0 |
| 4X | 01E03525-0 | Open | 66.458 | Capitalization Grants for Clean Water State Revolving Funds | Illinois Environmental Protection Agency | EPA R5 | $0 |
| 4X | 02D37024-1 | Open | 66.458 | Capitalization Grants for Clean Water State Revolving Funds | Kentucky Infrastructure Authority | EPA R4 | $2,707,000 |
| 4X | 02D41122-0 | Open | 66.458 | Capitalization Grants for Clean Water State Revolving Funds | South Carolina Dept. of Health & Envir. Control | EPA R4 | $0 |
| 4X | 02D67823-0 | Open | 66.458 | Capitalization Grants for Clean Water State Revolving Funds | South Carolina Dept. of Health & Envir. Control | EPA R4 | $0 |
| 4X | 97795301-0 | Open | 66.458 | Capitalization Grants for Clean Water State Revolving Funds | Nebraska Department of Environment and Energy | EPA R7 | $0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4X | 97795302-0 | Open | 66.458 | Capitalization Grants for Clean Water State Revolving Funds | NEBRASKA DEPARTMENT OF ENVIRONMENT & ENERGY | EPA R7 | $0 |
| 52 | 00E03635-2 | Open | 66.312 | State Environmental Justice Cooperative Agreement Program | City of Ann Arbor | EPA R5 | $1,000,000 |
| 5B | 02F76301-0 | Open | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | daref1434 - Downwinders at Risk Education Fund | EPA R6 | $498,546 |
| 5H | 84092302-0 | Open | 66.959 | Zero-Emissions Technology Grant Program | cpuc0187 - California Public Utilities Commission | EPA HQ | $249,400,000 |
| AA | 96252422-2 | Open | 66.204 | Multipurpose Grants to States and Tribes | Puerto Rico Department of Health | EPA R2 | $0 |
| AA | 98T18201-0 | Open | 66.204 | Multipurpose Grants to States and Tribes | CA State Water Res Ctrl Brd | EPA R9 | $0 |
| AA | 98T29101-0 | Open | 66.204 | Multipurpose Grants to States and Tribes | CA State Water Res Ctrl Brd | EPA R9 | $0 |
| C | 34037208-2 | Open | | | Ocean County Utilities Authority | EPA R2 | $2,804,864 |
| C | 34039904-1 | Open | | | HCUA 07306 - Hudson County Utilities Authority | EPA R2 | $3,428,732 |
| C | 34039909-0 | Open | | | Hudson County Ua (Hoboken) | EPA R2 | $0 |
| C9 | 04D02623-0 | Open | 66.460 | Nonpoint Source Implementation Grants | scdoes4789 - South Carolina Department of Environmental Services | EPA R4 | $2,517,574 |
| CH | 98704901-0 | Open | 66.609 | Protection of Children from Environmental Health Risks | KACEE - Kansas Assoc. for Conser. & Envi. Ed. | EPA R7 | $15,000 |
| L8 | 96228800-0 | Open | 66.442 | Assistance for Small and Disadvantaged Communities Drinking Water Grant Program (SDWA 1459A) | VI Dept. of Planning and Natural Resources | EPA R2 | $0 |
| L8 | 96242221-1 | Open | 66.442 | Assistance for Small and Disadvantaged Communities | VI Dept. of Planning and Natural Resources | EPA R2 | $0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Drinking Water Grant Program (SDWA 1459A) | | | |
| LS | 04D02324-0 | Open | 66.805 | Leaking Underground Storage Tank Trust Fund Corrective Action Program | scdoes4789 - South Carolina Department of Environmental Services | EPA R4 | $556,401 |
| OS | 83941301-5 | Open | 66.608 | Environmental Information Exchange Network Grant Program and Related Assistance | Oregon Health Authority | EPA HQ | $0 |
| OS | 84051601-0 | Open | 66.608 | Environmental Information Exchange Network Grant Program and Related Assistance | WA Dept of Health | EPA HQ | $0 |
| R | 81001601-2 | Open | | | St. Olaf College | EPA HQ | $445,292 |
| R | 83094301-0 | Open | 66.500 | Consolidated Research Grants | MD Dept of Natural Resources | EPA HQ | $0 |
| SS | 01D17120-0 | Open | 66.458 | Capitalization Grants for Clean Water State Revolving Funds | AL Dept of Environmental Management | EPA R4 | $68,000 |
| V | 96140001-2 | Open | 66.802 | Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements | Connecticut D.E.P. | EPA R1 | $0 |
| V | 96883008-0 | Open | 66.802 | Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements | CO Department of Public Health and Environment | EPA R8 | $0 |
| V | 97755601-2 | Open | 66.802 | Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements | Kansas Department of Health and Environment | EPA R7 | $0 |
| V | 97755801-2 | Open | 66.802 | Superfund State Political Subdivision and Indian Tribe Site | Kansas Department of Health and Environment | EPA R7 | $0 |

EPA_00001080

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Specific Cooperative Agreements | | | |
| V | 97767001-0 | Open | 66.802 | Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements | Missouri Department of Natural Resources | EPA R7 | $0 |
| V | 99043105-4 | Open | 66.802 | Superfund State Political Subdivision and Indian Tribe Site Specific Cooperative Agreements | ID Dept. of Environmental Quality | EPA R10 | $0 |
| X | 83102901-0 | Open | 66.606 | Surveys - Studies - Investigations and Special Purpose Grants | U CT ALL - University of Connecticut All Campuses | EPA HQ | $0 |
| XP | 98714501-9 | Open | 66.202 | Congressionally Mandated Projects | City of Kansas City Missouri Water Services Department | EPA R7 | $1,940,000 |
| **Total** | | | | | | | **$268,553,087** |

-

**Kevin Hurley**
Senior Program Analyst
Mission Support Division, Region 2, U.S. EPA
290 Broadway 26th Floor
New York, NY 10007
(212) 637-3420 | [hurley.kevin@epa.gov](mailto:hurley.kevin@epa.gov)

This document is produced in native format.

Original file name:

OMS Grants Report Request - Data current as of 3-4-2025.xlsx

Message

| | |
|---|---|
| **From**: | Gulamali, Adil [Gulamali.Adil@epa.gov] |
| **Sent**: | 2/19/2025 3:55:04 PM |
| **To**: | Treml, Gregg [Treml.Gregg@epa.gov]; Lavergne, Dany [lavergne.dany@epa.gov] |
| **CC**: | Kadeli, Lek [Kadeli.Lek@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Robinson, Angel [robinson.angel@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]; Battin, Andrew [Battin.Andrew@epa.gov]; David, Derek [David.Derek@epa.gov] |
| **Subject**: | RE: Memorandum on Review of Financial Assistance Programs |
| **Attachments**: | Suspension a o 2-18-25.xlsx |

All grants have been un-paused per the directions below, except for the grants on the attached list identified by the AO. Any questions let us know. Thanks

Adil

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Thursday, February 13, 2025 3:22 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Battin, Andrew <Battin.Andrew@epa.gov>; David, Derek <David.Derek@epa.gov>
**Subject:** FW: Memorandum on Review of Financial Assistance Programs

Adil/Dany,
Please enact the direction provided below. The team should release payments for valid obligations that were in place on or before 2/13/25 at 3:02pm EST from the previously held accounts, see attached email. Please let me know if you have any questions or encounter any issues.

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC 20460
(202)-564-1151
treml.gregg@epa.gov

Scheduling requests:
Sheila Benson, Executive Support Specialist
Benson.Sheila@epa.gov

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 3:02 PM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Patrick, Kimberly <Patrick.Kimberly@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

EPA_00006355

Good Afternoon Gregg—

As further review has been conducted, please direct obligations from EPA already made as of the time of this email to be released for payment. The agency will continue robust oversight of these funds even once disbursed and not hesitate to take appropriate administrative and legal action against involved parties if any of them are found to be used outside of the terms and conditions of their agreements.

While it is my understanding the funds held at the financial agent for the two specific funding programs under the Greenhouse Gas Reduction Fund are not being outlaid at EPA's direction, I would like to clarify this above directive only applies to funds held in EPA accounts and not as part of the financial agent scheme.

Please let me know if you have any questions of need further clarification.

Thanks,

Travis

--

Travis Voyles
C: (202) 787-0595

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, February 7, 2025 5:31 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Patrick, Kimberly <Patrick.Kimberly@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** Re: Memorandum on Review of Financial Assistance Programs

Received.

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

Scheduling requests:
Sheila Benson, Executive Support Specialist
Benson.Sheila@epa.gov

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Friday, February 7, 2025 5:17:19 PM
**To:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

Good Afternoon Gregg and Kimberly—

Consistent with the Memorandum on Review of Financial Assistance Programs, EPA personnel have identified the below grants programs as having potential inconsistencies with necessary financial and oversight procedural requirements or grant conditions of awards or programs. Out of an abundance of caution given the concerns raised and to the ensure the ability for a thorough review and investigation to occur and ensure compliance, please suspend all activity unless otherwise authorized.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)
Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
GHG Air Pollution Implementation Grants (OAR) (STAG)
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)
Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)

Please let me know if you have any questions.

Thanks,

Travis

--

Travis Voyles
Office of the Administrator
C: (202) 787-0595

**From:** Voyles, Travis
**Sent:** Friday, February 7, 2025 9:03 AM
**To:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** McIntosh, Chad <McIntosh.Chad@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

Good Morning Gregg and Kimberly—

As detailed in Chad's email last night, he directed any questions to OCFO and OMS. We can find some time early next week to walk through a more thorough process.

In the meantime, if we are notified by any EPA personnel of any inconsistencies with necessary financial and oversight procedural requirements or grant conditions of awards or programs, then we should suspend all activity unless otherwise authorized, pending the competition of a thorough review and investigation to ensure compliance.

Let me know if you have any questions, otherwise we can discuss further next week.

Thanks,

Travis

--

Travis Voyles
Office of the Administrator
C: (202) 787-0595

**From:** McIntosh, Chad <mcintosh.chad@epa.gov>
**Sent:** Thursday, February 6, 2025 6:39 PM
**To:** Career_Deputy_Assistant_Administrators <Career_Deputy_Assistant_Administrators@epa.gov>; Career_Deputy_Regional_Administrators <Career_Deputy_Regional_Administrators@epa.gov>; Career_Deputy_Associate_Administrators <Career_Deputy_Associate_Administrators@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>; Patrick, Kimberly <Patrick.Kimberly@epa.gov>
**Cc:** Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Memorandum on Review of Financial Assistance Programs

All—

Please find attached a Memorandum on Review of Financial Assistance Programs. Thank you for your continued service to ensure the effective implementation and use of taxpayer dollars.

Please reach out to OCFO and OMS for any further guidance.

Chad McIntosh
Acting Deputy Administrator

**Message**

| | |
|---|---|
| **From:** | Boyd, Wyatt [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2221B70C69A74E18BE72346F3A25B5F1-BOYD, WYATT] |
| **Sent:** | 2/10/2025 11:03:39 PM |
| **To:** | Robinson, Angel [robinson.angel@epa.gov] |
| **Subject:** | FW: Grants/Financial Dashboard Data - Active Grants with PRC Information |
| **Attachments:** | Active Grants Agreements - PRCs.xlsx |

---

**From:** Humes, Hamilton <Humes.Hamilton@epa.gov>
**Sent:** Monday, February 10, 2025 5:58 PM
**To:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Cc:** Lane, Gary <Lane.Gary@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>
**Subject:** FW: Grants/Financial Dashboard Data - Active Grants with PRC Information

FYI,

Kevin Hurley is working closely with Peter Puglisi (OCFO OC RTP) and Phil Schindel (OMS OGD) or pull data by grant and matching up the budget lines of active grants.

Hamilton

**From:** Hurley, Kevin <Hurley.Kevin@epa.gov>
**Sent:** Monday, February 10, 2025 5:12 PM
**To:** Puglisi, Peter <puglisi.peter@epa.gov>
**Cc:** Humes, Hamilton <Humes.Hamilton@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** Grants/Financial Dashboard Data - Active Grants with PRC Information

Peter,

Looping in Hamilton and Phil for awareness.

See the attached. Give me a call if you want to discuss / modify. I am sure they are a few holes in this data, but hoping it is close. For example, the following grants have CompassDoc and NGGS ODN numbers that do not match. Additionally, some older grants have a blank "date closed" field in NGGS (which I am using to determine if the grant is active or closed). I have left these agreements in the attached report for the time being.

| Grant No | Awarded Grants Count | COMPASSDOCNUMBER | # of Grants (CBOR) | Sum of Compass Obligated Amount |
|---|---|---|---|---|
| | | 5C00E03635 | 1 | $1,000,000 |
| | | 1008710010 | 1 | $225,000 |
| | | 0199485001 | 1 | $75,000 |
| | | 0198453298 | 1 | $29,900 |

Hope this helps.

-
**Kevin Hurley**
Senior Program Analyst
Region 2 Mission Support Division
Environmental Protection Agency

Phone: 212-637-3420
Email: hurley.kevin@epa.gov
Message me on Teams



Puglisi, Peter 9:14 AM
GM, do you have a list of all grants at the agency, regardless of IIJA/IRA?

9:15 AM
Yes - I can export a list of all active (not closed) grants
Let me know what you need
Or if you want to connect to discuss

Puglisi, Peter 9:54 AM
yes i need the active grant list. we need to suspend some grants from drawing. does it have a program and cfda listing like the IIJA list you sent before?

10:02 AM
Yes I can pull that for you. Will run now

Puglisi, Peter 10:03 AM
Thank you!
can it include PRC?

10:08 AM
Let me see what I can pull together for your review and comment. Can tweak to get this in the format you need

Puglisi, Peter 10:08 AM
thanks. i have to delineate by PRC to capture the correct grants

2:55 PM
Peter - Working on this now

This document is produced in native format.

Original file name:

Active Grants Agreements - PRCs.xlsx