Message

**Sent**: 3/26/2025 9:47:12 PM
**To**: Brandon Bartel - B-C [brandon.bartel@gsa.gov]; Josh Gruenbaum - Q [josh.gruenbaum@gsa.gov]
**CC**: Jennifer Rape - QCC [jennifer.rape@gsa.gov]; Katrina Lloyd - QF2C [katrina.lloyd@gsa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Jon Dewolfe - QCCB [jonathan.dewolfe@gsa.gov]
**Subject**: RE: Contract Termination Shell
**Attachments**: EPA - Grant Termination Log Mar 25.xlsx

Thanks everyone –

Grant cancellation updates are attached as well! We have made a big push on these over the last week – update attached, getting us up to $369M, and there should be more by next week.

Note that I did update a few of the prior rows previously submitted by Erica, in the following way: when "Awarded?" = No, that means that this was a draft award in our internal grants system, that we cancelled before it was awarded.
In the previous report, "potential savings" for some of these was listed as $0, but I changed them to be the ceiling amount of the award in this submission. This is debatable but I think treating this as savings is more accurate (and consistent with the 1st row of the spreadsheet where we did treat this cancelled pending grant as savings).

Best,
Kathryn

---

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Tuesday, March 25, 2025 3:40 PM
**To:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Please see attached and let me know if you have any questions!

On Tue, Mar 25, 2025 at 3:20 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

> Brandon, please sent Kathryn the EPA logs for contracts and grants (just like you did for HHS)
>
> Kathryn, please log per the template so that it is all uniform
>
> Thanks, both!
>
> On Tue, Mar 25, 2025 at 3:06 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:
>
> > Would you all mind sending back the full xlsx file when you are done – the version I sent you didn't have those POLITICO contracts from early Feb that start with 89.
> >
> > I'm also not sure if I'm using the columns you expect.

I want to make sure that my numbers match perfectly with your numbers going forward, and that I'm reporting in a format that you don't have to mess with.

Thanks,

Kathryn

---

**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 2:10 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Got it. Thank you!

**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov

On Tue, Mar 25, 2025 at 1:03 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Jennifer,

Yes, PIID **GS00F117CA** is the Reference PIID for order 68HE0324F0042-P00002. (I put that order/mod# in the wrong column, sorry.) That is a GMG MANAGEMENT CONSULTING INC. contract for $75,021

The row you screenshotted below is for contract (order) **68HERH25P0029,** which does not have a reference ID.

Kathryn

---

**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 12:43 PM

**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning, Please verify the submission for Contract/Order # PIID **68HERH25P0029**/ Reference PIID (order number) 68HE0324F0042-P00002. Both PIIDs referenced are order #s.

Is this submission for Contract/Order # PIID **GS00F117CA** Reference PIID (order number) 68HE0324F0042-P00002?

| Contract/Order #/ PIID | Reference PIID (order number) | Contract Description | Status | Contract Ceiling Val |
|---|---|---|---|---|
| 68HERH25P0029 | 68HE0324F0042-P00002 | 2025 National Environmental Justice Conference and Training Program | Terminated for Convenience | $20,000 |

Thank you in advance,

**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov

On Tue, Mar 25, 2025 at 8:02 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Katrina, you have it right. I looked up a few of these in FPDS, and what I notice is that when there is no "reference" ID (i.e. it's "0" in the spreadsheet), then the contract # column is the PIID in FPDS. But when there is a reference ID, then that reference number is the PIID in FPDS, and then the "contract #" is the "referenced IDV ID" in FPDS, as you noted.

Thanks for forcing us to understand this better – I think in the report we are getting from the staff, they are mixing up the "contract#" and "reference" columns for the rows where contracts that have a reference. All the info is there though, sorry this is confusing.

For example search for PIID 68HERH23F0127 as a good example – the reference "68HERH19D0029" is the referenced IDV. But if you search for PIID: 68HE0P24P0007 – it has no reference ID in our spreadsheet, and no reference in FPDS.

The part I could not get to match with FPDS is the mod#. For example, when you search for PIID 68HERH23F0127, you can see mod P000014, but not P000013 – My guess on this is that the mod number increased when we cancelled the contract (and you can see the mod date is 3/10), and FPDS does not store every mod.

Kathryn

Get Outlook for iOS

---

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Tuesday, March 25, 2025 7:38:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Kathryn,

Thank you for the updated EPA submission. Please let me know if I have the correct understanding of how EPAs Contract # and Reference PIIDs are assigned. I'm interpreting this latest submission as EPA has awarded an IDIQ or BPA. For the IDIQ or BPA, a "Reference PIID" is assigned. Any "orders" issued off of the IDIQ or BPA are assigned a "Contract #." Both the Reference PIID and associated Contract # will be different numbers. However, there will be instances where Contract #s will be the same but associated with different Reference PIIDs.

Essentially, it looks like the Contract numbers are being reused but associated with different Reference PIIDs. If this is correct, please confirm if in these instances, the Contracts are separate and distinct with different contract requirements.

Thank you!

U.S. General Services Administration

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov

Phone 267-588-9975

On Mon, Mar 24, 2025 at 6:25 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Josh,

Improved list attached. I was only including the contract number before, but now I've started using the column "Reference PIID" to hold a combined "order number"_"mod number" for each contract - I am told that all 3 numbers (contract, order, mod) are required to make sure there are no duplicates.

But there was actually 1 duplicate! I have used "strikethrough" on it in line 55, and it has no numbers in the contract value columns for that one.

Except for the strikethrough, the attached list is the same as what I sent you on March 22, except with that bonus "order_mod" Reference column filled in.

I also added a column "Already in Josh's list?" = yes, if this was already reported in the table you pasted in this email thread, to make it easier for you to reconcile.

(I did not include the POLITICO "CASE_NAM" entries that are in your list, because I wasn't sure what those are, and they're not in our internal list – I'm guessing those were maybe GSA following up on the POLITICO subscription cancelations?)

Kathryn

---

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Monday, March 24, 2025 8:50 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

I think you guys were late on submissions and I believe a bunch of what was in there was new that we had not logged so, if ok, I advise for you to work with the team to figure out what are new entries and what are duplicates

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Mon, Mar 24, 2025 at 8:48 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Sorry about that guys – I think Erica did the previous submission, and I didn't see it in my email, so that's why I thought we were behind on submissions. But it sounds like we were not. And also that I need to go through our internal contract list to get rid of duplicates!

Thanks,

Kathryn

---

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Monday, March 24, 2025 7:29 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning,

In addition to Josh email, the EPA spreadsheet provided includes several contract # duplicates (I counted 12) with different ceiling and savings values. We can't include duplicates in the GSA termination log. Within your updated spreadsheet submission, please ensure there are no duplicate entries.

Thank you!

**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst

Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Sat, Mar 22, 2025 at 4:48 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Hey guys

Great!

See below for what we have from you all already. Please re-submit just new entires that haven't been logged yet so we can ensure no duplicates, and yes, send over whenever you get these real time going fwd, please and thank you!

| ID | Date of Termination / Contract Action (*If blank, the termination is in progress.*) | PIID (required) | Reference PIID (optional) | Agency | Vendor | Category (i.e. DEI, Climate & Sustainability, ConsultingServices, Non-Performing/Non-Essential Contracts, Recruitment Services, Media. Advertising) |
|---|---|---|---|---|---|---|
| 31 | 1/24/2025 | 68HERC24A0014 | GS00F120DA | Environmental Protection Agency | Jefferson Consulting | DEI |
| 32 | 1/24/2025 | 68HERC24A0013 | GS35F013CA | Environmental Protection Agency | FEDERAL MANAGEMENT PARTNERS, LLC | DEI |
| 33 | 1/24/2025 | 68HERC24A0012 | GS02F156AA | Environmental Protection Agency | Business Mgmt. Assoc. | DEI |
| 34 | 1/24/2025 | 68HERH24P0143 | | Environmental Protection Agency | Lighthouse Strategy Consulting | DEI |
| 377 | 1/24/2025 | 68HERC23P0042 | | Environmental Protection Agency | GARTNER, INC. | DEI |
| 430 | 2/7/2025 | 68HERD23P0034 | | Environmental Protection Agency | POLITICO, LLC | Media |

| | | | | | | |
|---|---|---|---|---|---|---|
| 431 | 2/7/2025 | 68HERH24P0156 | | Environmental Protection Agency | POLITICO, LLC | Media |
| 1024 | 2/6/2025 | 89303025PMA000335 | | Environmental Protection Agency | Politico | Media |
| 1025 | 2/6/2025 | 89243623FCD000005 | 03310319D0071 | Environmental Protection Agency | Politico | Media |
| 1026 | 2/6/2025 | 89303024PGC000024 | | Environmental Protection Agency | Politico | Media |
| 1027 | 2/6/2025 | 89303022CIM000010 | | Environmental Protection Agency | Politico | Media |
| 1028 | 2/6/2025 | 89303021CLP000012 | | Environmental Protection Agency | Politico | Media |
| 1029 | 2/6/2025 | 89303023PFE000093 | | Environmental Protection Agency | Politico | Media |
| 1030 | 2/6/2025 | 89303022PMA000265 | | Environmental Protection Agency | Politico | Media |
| 1031 | 2/6/2025 | 89303025PGD000003 | | Environmental Protection Agency | Politico | Media |
| 1032 | 2/6/2025 | 89303024POP000005 | | Environmental Protection Agency | Politico | Media |
| 1033 | 2/6/2025 | 89303024PFE000116 | | Environmental Protection Agency | Politico | Media |
| 1034 | 2/6/2025 | 89303024PCI000010 | | Environmental Protection Agency | Politico | Media |
| 1035 | 2/6/2025 | 89303024PED000058 | | Environmental Protection Agency | Politico | Media |
| 1036 | 2/6/2025 | 89303025PIG000148 | | Environmental Protection Agency | Politico | Media |
| 1037 | 2/6/2025 | 89303024PEI000105 | | Environmental Protection Agency | Politico | Media |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1038 | 2/6/2025 | 89303025FEI400159 | 03310323D0056 | Environmental Protection Agency | Politico | Media |
| 1825 | 2/14/2025 | 68HERH23F0237 | 68HERH22A0025 | Environmental Protection Agency | ENDYNA, INC. | Consulting Services |

| Contract Description | Status | Contract Ceiling Value | Dollars Obligated | Potential Contract Savings (Contract Ceiling Value - Dollars Obligated) |
|---|---|---|---|---|
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $180,000.00 | | $0.00 |
| TO PURCHASE A TWO YEAR SUBSCRIPTION WITH GARTNER HR LEADERS TO OBTAIN RESEARCH AND ADVISORY SERVICES COVERING EMPLOYEE EXPERIENCE, DIVERSITY, EQUITY, INCLUSION AND ACCESSIBILITY, AND WORK LIFE INTEGRATION. | Terminated for Convenience | $95,922.00 | | $0.00 |
| E&E NEWS 12 MONTH BASE PERIOD AND 12 MONTH OPTION PERIOD SUBSCRIPTION ACCESS FOR FIVE SCIENTIFIC AND POLICY PUBLICATIONS: ENERGYWIRE, CLIMATEWIRE, | Terminated for Convenience | $545,710.00 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| GREENWIRE, E&E DAILY, AND E&E NEWSPM. | | | | |
| POLITICO PRO PLUS/PRO ANALYSIS SUBSCRIPTION TO CONSOLIDATE 4 PROGRAM OFFICES FOR 117 USERS-1-YEAR SUBSCRIPTION. | Terminated for Convenience | $179,409.00 | | $0.00 |
| Politico Pro Renewal FY2025 - 172 subscribers | CASE NAM update: customer states that contract was terminated | $399,091.23 | $399,091.23 | $0.00 |
| 20, One-Year E&E Publishing LLC (dba Politico LLC) Subscriptions for 5 Publications | CASE NAM update: customer states that contract was terminated | $328,561.00 | $328,561.00 | $0.00 |
| E&E News Subscription Services | CASE NAM update: customer states that contract was terminated | $281,786.00 | $49,000.00 | $232,786.00 |
| This is a Firm Fixed Price Single Source Acquisition to receive E&E News publications. | CASE NAM update: customer states that contract was terminated | $184,915.00 | $129,305.00 | $55,610.00 |
| Subscription to E&E News (Politico) LLC for Energywire, Climatewire, E&E Daily, Greenwire, and E&E News PM for LPO's use program-wide. | CASE NAM update: customer states that contract was terminated | $165,768.94 | $129,303.75 | $36,465.19 |
| Politico Pro Plus One Year Subscription for 25 users. | CASE NAM update: customer states that contract was terminated | $115,180.00 | $115,180.00 | $0.00 |
| Award 30 user seat license contract to Politico LLC dba E&E News for 12 mos digital subscriptions within the Office of the Secretary in the amount of $29,808.00 | CASE NAM update: customer states that contract was terminated | $98,665.00 | $98,665.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| for the period 05/04/2022-05/03-2022. | | | | |
| 8 licenses/subscriptions of E&E NEWS for the Grid Deployment Office. | CASE NAM update: customer states that contract was terminated | $59,475.00 | $18,320.00 | $41,155.00 |
| To secure 70 users slots for E&E News subscriptions (E&E Daily, EnergyWire, ClimateWire, GreenWire, and E&ENewsPM). | CASE NAM update: customer states that contract was terminated | $43,560.00 | $43,560.00 | $0.00 |
| E&E News, purchase one-year subscription for 45 Fossil Energy (FE) HQ with access available to FE HQ Staff. Period of Performance 06/28/2024-06/27/2025. | CASE NAM update: customer states that contract was terminated | $40,499.98 | $40,499.98 | $0.00 |
| E&E News electronic subscription renewal 3/11/24-3/10/25 | CASE NAM update: customer states that contract was terminated | $29,239.00 | $29,239.00 | $0.00 |
| Subscription for daily comprehensive, timely, objective journalistic analysis, news and information on significant policy, legislation, science, legal, regulatory affairs, and industry developments across the environment and energy spectrum. | CASE NAM update: customer states that contract was terminated | $29,040.00 | $29,040.00 | $0.00 |
| To procure a 1-year online subscription to (E&E News) 15 seats | CASE NAM update: customer states that contract was terminated | $25,800.00 | $25,800.00 | $0.00 |
| The purpose of this requirement is to procure an annual Politico Pro Plus subscription for RTM and OA users. | CASE NAM update: customer states that contract was terminated | $13,575.00 | $13,575.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| The U.S. Energy Information Administration (EIA), ORTM and OA will enter into a firm-fixed price order with Politico, LLC. to procure Politico Pro Plus subscription for one year for 3 users. | CASE NAM update: customer states that contract was terminated | $12,300.00 | $12,300.00 | $0.00 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $6,895,921.10 | $6,895,921.10 | |

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
josh.gruenbaum@gsa.gov

**This document is produced in native format.**

**Original file name:**

**EPA - Grant Termination Log Mar 25.xlsx**

Message

**From**: Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89]
**Sent**: 3/27/2025 5:48:43 PM
**To**: Brandon Bartel - B-C [brandon.bartel@gsa.gov]
**CC**: Josh Gruenbaum - Q [josh.gruenbaum@gsa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**Subject**: RE: EPA: grant terminations up to March 25, 2025
**Attachments**: EPA - Grant Termination Log Mar 25 - cleaned.xlsx

Hi Brandon,

Updated grants reporting attached.

Removed:
- Contracts. (I reported those a few days ago to Katrina Lloyd so those have been updated on her end.)
- 1 row pending cancellation for Climate Justice Alliance on 2/13 – I couldn't find this in our internal records so I think it's a duplicate of 84082101, so I deleted that row

Changes:
Several of the previous-reported cancellation "ceiling" and "savings" amounts have changed from our previous grant reports, so I want to explain why.
*"savings"* – partly related to delays in USAspending, and our previous reporting was based on usaspending. Partly due to minor outlays happening post-cancellation. (The grantees have 120 days after "termination" to close out.)
*"ceiling"* – the previous ceiling numbers were pulled from USAspending in early Feb, and the values have been updated since then. The new values match our internal records *and* they match the CURRENT values shown in USAspending.

The exception is this one grant where the ceiling does not match USAspending: 95314201. GRANT to NATIONAL WILDLIFE FEDERATION | USAspending
USAspending says the obligated amount is $8M, but our internal records show the total to be $12M. I put $12M as the ceiling for that one, because so far our internal records have always ended up matching USAspending, just with a delay.

Best,
Kathryn

---

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Thursday, March 27, 2025 11:24 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** Re: EPA: grant terminations up to March 25, 2025

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Thank you, I will update them all then.

On Thu, Mar 27, 2025 at 11:15 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Brandon – thanks. Now I know why we were so behind on contract reporting – because they were in the grants reporting sheet!
Also, I'm noticing that for some rows I reported back in Feb, our grants team now has slightly different ceiling and $savings amounts. So I'm going back through this line by line, hoping to get it back to you EoD.

Kathryn

---

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Thursday, March 27, 2025 10:25 AM
**To:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** Re: EPA: grant terminations up to March 25, 2025

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

I was just doing a quick review of the info I entered last night, but I am noticing some discrepancies. Are all of these grants? A few of them look like contracts. Also, there are duplicates on the PIIDs. Could you please validate these?

On Wed, Mar 26, 2025 at 6:33 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

> Great, taking Katrina off and adding Brandon for grants
>
> For the ones where you say "Awarded" = "no", this should go into the Misc. tab and not the grant termination tab
>
> Brandon pls confirm and scrub for dupes
>
> On Wed, Mar 26, 2025 at 6:19 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:
>
>> Thanks for all your team's support on contract reporting.
>>
>> Now we have a grants update! We have made a big push on these over the last week – update attached, getting us up to $369M total savings on grants, and there should be more by next week.
>>
>> Note that I did update a few of the prior rows previously submitted by Erica, in the following way: when "Awarded?" = No, that means that this was a draft award in our internal grants system, that we cancelled before it was awarded.
>>
>> In the previous report, "potential savings" for some of these was listed as $0, but I changed them to be the ceiling amount of the award in this submission. This is debatable but I discussed with Erica, and we think treating this as savings is more accurate (and consistent with the 1st row of the spreadsheet where we did treat this cancelled pending grant as savings).

Best,

Kathryn

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Tuesday, March 25, 2025 3:40 PM
**To:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Please see attached and let me know if you have any questions!

On Tue, Mar 25, 2025 at 3:20 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Brandon, please sent Kathryn the EPA logs for contracts and grants (just like you did for HHS)

Kathryn, please log per the template so that it is all uniform

Thanks, both!

On Tue, Mar 25, 2025 at 3:06 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Would you all mind sending back the full xlsx file when you are done – the version I sent you didn't have those POLITICO contracts from early Feb that start with 89.

I'm also not sure if I'm using the columns you expect.

I want to make sure that my numbers match perfectly with your numbers going forward, and that I'm reporting in a format that you don't have to mess with.

Thanks,

Kathryn

**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 2:10 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Got it. Thank you!

**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov

On Tue, Mar 25, 2025 at 1:03 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Jennifer,

Yes, PIID **GS00F117CA** is the Reference PIID for order 68HE0324F0042-P00002. (I put that order/mod# in the wrong column, sorry.) That is a GMG MANAGEMENT CONSULTING INC. contract for $75,021

The row you screenshotted below is for contract (order) **68HERH25P0029,** which does not have a reference ID.

Kathryn

**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 12:43 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning, Please verify the submission for Contract/Order # PIID **68HERH25P0029**/ Reference PIID (order number) 68HE0324F0042-P00002. Both PIIDs referenced are order #s.

Is this submission for Contract/Order # PIID **GS00F117CA** Reference PIID (order number) 68HE0324F0042-P00002?

| Contract/Order #/ PIID | Reference PIID (order number) | Contract Description | Status | Contract Ceiling Val |
|---|---|---|---|---|
| 68HERH25P0029 | 68HE0324F0042-P00002 | 2025 National Environmental Justice Conference and Training Program | Terminated for Convenience | $20,000 |

Thank you in advance,


**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov


On Tue, Mar 25, 2025 at 8:02 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Katrina, you have it right. I looked up a few of these in FPDS, and what I notice is that when there is no "reference" ID (i.e. it's "0" in the spreadsheet), then the contract # column is the PIID in FPDS. But when there is a reference ID, then that reference number is the PIID in FPDS, and then the "contract #" is the "referenced IDV ID" in FPDS, as you noted.

Thanks for forcing us to understand this better – I think in the report we are getting from the staff, they are mixing up the "contract#" and "reference" columns for the rows where contracts that have a reference. All the info is there though, sorry this is confusing.

For example search for PIID 68HERH23F0127 as a good example – the reference "68HERH19D0029" is the referenced IDV. But if you search for PIID: 68HE0P24P0007 – it has no reference ID in our spreadsheet, and no reference in FPDS.

The part I could not get to match with FPDS is the mod#. For example, when you search for PIID 68HERH23F0127, you can see mod P000014, but not P000013 – My guess on this is that the mod number increased when we cancelled the contract (and you can see the mod date is 3/10), and FPDS does not store every mod.

Kathryn

Get Outlook for iOS

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Tuesday, March 25, 2025 7:38:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Kathryn,

Thank you for the updated EPA submission. Please let me know if I have the correct understanding of how EPAs Contract # and Reference PIIDs are assigned. I'm interpreting this latest submission as EPA has awarded an IDIQ or BPA. For the IDIQ or BPA, a "Reference PIID" is assigned. Any "orders" issued off of the IDIQ or BPA are assigned a "Contract #." Both the Reference PIID and associated Contract # will be different numbers. However, there will be instances where Contract #s will be the same but associated with different Reference PIIDs.

Essentially, it looks like the Contract numbers are being reused but associated with different Reference PIIDs. If this is correct, please confirm if in these instances, the Contracts are separate and distinct with different contract requirements.

Thank you!

U.S. General Services Administration

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Mon, Mar 24, 2025 at 6:25 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Josh,

Improved list attached. I was only including the contract number before, but now I've started using the column "Reference PIID" to hold a combined "order number"_"mod number" for each contract - I am told that all 3 numbers (contract, order, mod) are required to make sure there are no duplicates.

But there was actually 1 duplicate! I have used "strikethrough" on it in line 55, and it has no numbers in the contract value columns for that one.

Except for the strikethrough, the attached list is the same as what I sent you on March 22, except with that bonus "order_mod" Reference column filled in.

I also added a column "Already in Josh's list?" = yes, if this was already reported in the table you pasted in this email thread, to make it easier for you to reconcile.

(I did not include the POLITICO "CASE_NAM" entries that are in your list, because I wasn't sure what those are, and they're not in our internal list – I'm guessing those were maybe GSA following up on the POLITICO subscription cancelations?)

Kathryn

---

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Monday, March 24, 2025 8:50 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

I think you guys were late on submissions and I believe a bunch of what was in there was new that we had not logged so, if ok, I advise for you to work with the team to figure out what are new entries and what are duplicates

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Mon, Mar 24, 2025 at 8:48 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Sorry about that guys – I think Erica did the previous submission, and I didn't see it in my email, so that's why I thought we were behind on submissions. But it sounds like we were not. And also that I need to go through our internal contract list to get rid of duplicates!

Thanks,

Kathryn

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Monday, March 24, 2025 7:29 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning,

In addition to Josh email, the EPA spreadsheet provided includes several contract # duplicates (I counted 12) with different ceiling and savings values. We can't include duplicates in the GSA termination log. Within your updated spreadsheet submission, please ensure there are no duplicate entries.

Thank you!

**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Sat, Mar 22, 2025 at 4:48 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Hey guys

Great!

See below for what we have from you all already. Please re-submit just new entires that haven't been logged yet so we can ensure no duplicates, and yes, send over whenever you get these real time going fwd, please and thank you!

| ID |
|---|
| 31 |
| 32 |
| 33 |
| 34 |
| 377 |
| 430 |
| 431 |
| 1024 |
| 1025 |
| 1026 |
| 1027 |
| 1028 |
| 1029 |
| 1030 |
| 1031 |
| 1032 |
| 1033 |
| 1034 |
| 1035 |
| 1036 |
| 1037 |
| 1038 |
| 1825 |

| Date of Termination / Contract Action (*If blank, the termination is in progress.*) |
|---|

| |
|---|
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 2/7/2025 |
| 2/7/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/14/2025 |

| PIID (required) |
|---|
| 68HERC24A0014 |
| 68HERC24A0013 |
| 68HERC24A0012 |
| 68HERH24P0143 |

| |
|---|
| 68HERC23P0042 |
| 68HERD23P0034 |
| 68HERH24P0156 |
| 89303025PMA000335 |
| 89243623FCD000005 |
| 89303024PGC000024 |
| 89303022CIM000010 |
| 89303021CLP000012 |
| 89303023PFE000093 |
| 89303022PMA000265 |
| 89303025PGD000003 |
| 89303024POP000005 |
| 89303024PFE000116 |
| 89303024PCI000010 |
| 89303024PED000058 |
| 89303025PIG000148 |
| 89303024PEI000105 |
| 89303025FEI400159 |
| 68HERH23F0237 |

| Reference PIID (optional) |
|---|
| GS00F120DA |
| GS35F013CA |
| GS02F156AA |
| |
| |
| |
| |
| 03310319D0071 |

| |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| 03310323D0056 |
| 68HERH22A0025 |

| Agency |
|---|
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |

| |
|---|
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |

| Vendor |
|---|
| Jefferson Consulting |
| FEDERAL MANAGEMENT PARTNERS, LLC |
| Business Mgmt. Assoc. |
| Lighthouse Strategy Consulting |
| GARTNER, INC. |

| |
|---|
| POLITICO, LLC |
| POLITICO, LLC |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| ENDYNA, INC. |

| Category (i.e. DEI, Climate & Sustainability, ConsultingServices, Non-Performing/Non-Essential Contracts, Recruitment Services, Media. Advertising) |
|---|
| DEI |
| DEI |
| DEI |
| DEI |
| DEI |

| |
|---|
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Consulting Services |

| Contract Description | Status | Contract Ceiling Value | Dollars Obligated | Potential Contract Savings (Contract Ceiling Value - Dollars Obligated) |
|---|---|---|---|---|
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $180,000.00 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| TO PURCHASE A TWO YEAR SUBSCRIPTION WITH GARTNER HR LEADERS TO OBTAIN RESEARCH AND ADVISORY SERVICES COVERING EMPLOYEE EXPERIENCE, DIVERSITY, EQUITY, INCLUSION AND ACCESSIBILITY, AND WORK LIFE INTEGRATION. | Terminated for Convenience | $95,922.00 | | $0.00 |
| E&E NEWS 12 MONTH BASE PERIOD AND 12 MONTH OPTION PERIOD SUBSCRIPTION ACCESS FOR FIVE SCIENTIFIC AND POLICY PUBLICATIONS: ENERGYWIRE, CLIMATEWIRE, GREENWIRE, E&E DAILY, AND E&E NEWSPM. | Terminated for Convenience | $545,710.00 | | $0.00 |
| POLITICO PRO PLUS/PRO ANALYSIS SUBSCRIPTION TO CONSOLIDATE 4 PROGRAM OFFICES FOR 117 USERS-1-YEAR SUBSCRIPTION. | Terminated for Convenience | $179,409.00 | | $0.00 |
| Politico Pro Renewal FY2025 - 172 subscribers | CASE NAM update: customer states that contract was terminated | $399,091.23 | $399,091.23 | $0.00 |
| 20, One-Year E&E Publishing LLC (dba Politico LLC) Subscriptions for 5 Publications | CASE NAM update: customer states that contract was terminated | $328,561.00 | $328,561.00 | $0.00 |
| E&E News Subscription Services | CASE NAM update: customer states | $281,786.00 | $49,000.00 | $232,786.00 |

| | | | | |
|---|---|---|---|---|
| | that contract was terminated | | | |
| This is a Firm Fixed Price Single Source Acquisition to receive E&E News publications. | CASE NAM update: customer states that contract was terminated | $184,915.00 | $129,305.00 | $55,610.00 |
| Subscription to E&E News (Politico) LLC for Energywire, Climatewire, E&E Daily, Greenwire, and E&E News PM for LPO's use program-wide. | CASE NAM update: customer states that contract was terminated | $165,768.94 | $129,303.75 | $36,465.19 |
| Politico Pro Plus One Year Subscription for 25 users. | CASE NAM update: customer states that contract was terminated | $115,180.00 | $115,180.00 | $0.00 |
| Award 30 user seat license contract to Politico LLC dba E&E News for 12 mos digital subscriptions within the Office of the Secretary in the amount of $29,808.00 for the period 05/04/2022-05/03-2022. | CASE NAM update: customer states that contract was terminated | $98,665.00 | $98,665.00 | $0.00 |
| 8 licenses/subscriptions of E&E NEWS for the Grid Deployment Office. | CASE NAM update: customer states that contract was terminated | $59,475.00 | $18,320.00 | $41,155.00 |
| To secure 70 users slots for E&E News subscriptions (E&E Daily, EnergyWire, ClimateWire, GreenWire, and E&ENewsPM). | CASE NAM update: customer states that contract was terminated | $43,560.00 | $43,560.00 | $0.00 |
| E&E News, purchase one-year subscription for 45 Fossil Energy (FE) HQ with access available to FE HQ Staff. Period of Performance 06/28/2024-06/27/2025. | CASE NAM update: customer states that contract was terminated | $40,499.98 | $40,499.98 | $0.00 |

| | | | | |
|---|---|---|---|---|
| E&E News electronic subscription renewal 3/11/24-3/10/25 | CASE NAM update: customer states that contract was terminated | $29,239.00 | $29,239.00 | $0.00 |
| Subscription for daily comprehensive, timely, objective journalistic analysis, news and information on significant policy, legislation, science, legal, regulatory affairs, and industry developments across the environment and energy spectrum. | CASE NAM update: customer states that contract was terminated | $29,040.00 | $29,040.00 | $0.00 |
| To procure a 1-year online subscription to (E&E News) 15 seats | CASE NAM update: customer states that contract was terminated | $25,800.00 | $25,800.00 | $0.00 |
| The purpose of this requirement is to procure an annual Politico Pro Plus subscription for RTM and OA users. | CASE NAM update: customer states that contract was terminated | $13,575.00 | $13,575.00 | $0.00 |
| The U.S. Energy Information Administration (EIA), ORTM and OA will enter into a firm-fixed price order with Politico, LLC. to procure Politico Pro Plus subscription for one year for 3 users. | CASE NAM update: customer states that contract was terminated | $12,300.00 | $12,300.00 | $0.00 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $6,895,921.10 | $6,895,921.10 | |

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

**This document is produced in native format.**

**Original file name:**

**EPA - Grant Termination Log Mar 25 - cleaned.xlsx**

**This document is produced in native format.**

**Original file name:**

**EPA - Grant Termination Log April 1.xlsx**

Message

**From**: Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89]
**Sent**: 3/6/2025 2:07:38 PM
**To**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**Subject**: RE: Loving, Kathryn shared "contract_details" with you

It's possible he did not have them in his list… It seems like he is sometimes working from a list other than the one we provide, or our list from 2-3 weeks ago.
I think the language is clear enough here that we should halt the other 17. i.e. Travis said the "entire" program.

Kathryn

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Thursday, March 6, 2025 8:43 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** FW: Loving, Kathryn shared "contract_details" with you

It looks like there were 17 other pre-award actions under this program that were not selected. Any idea why?

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Monday, March 3, 2025 8:40 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

And here is the next set—$116,449,76. The entire "Reducing Embodied GHG Emissions for Construction Materials and Products" Environmental Product Declaration Assistance program.

| Date Cancellation Process Started | Rationale | Terms and Conditions (T&C) | URL | Financial Account Indentifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108101 | $1,298,635.00 | | $1,298,635.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108601 | $2,146,625.00 | | $2,146,625.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84109001 | $2,189,939.00 | | $2,189,939.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108501 | $2,445,363.00 | | | $2,445,363.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108001 | $2,486,224.00 | | | $2,486,224.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107101 | $2,499,999.00 | | $2,499,999.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84106801 | $3,268,757.00 | | $3,268,757.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108901 | $3,500,000.00 | | $3,500,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108701 | $3,887,329.00 | | $3,887,329.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84109301 | $4,222,307.00 | | $4,222,307.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84110601 | $4,662,182.00 | | $4,662,182.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84110001 | $6,000,000.00 | | $6,000,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84111301 | $6,000,000.00 | | $6,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107801 | $6,186,200.00 | | $6,186,200.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108301 | $6,371,426.00 | | $6,371,426.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107301 | $9,632,293.00 | | | $9,632,293.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84111101 | $9,696,503.00 | | $9,696,503.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84110301 | $9,975,000.00 | | $9,975,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84108801 | $9,990,311.00 | | $9,990,311.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107001 | $9,990,668.00 | | $9,990,668.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | 84107901 | $10,000,000.00 | | $10,000,000.00 |

| Recipient Name |
| --- |
| ROCHESTER INSTITUTE OF TECHNOLOGY |

t3622 - NATIONAL GLASS ASSOCIATION

t7534 - EIFS
Industry Members
Association

t6083 - PORTLAND CEMENT ASSOCIATION

WEST VIRGINIA
UNIVERSITY
RESEARCH
CORPORATION

CORNELL
UNIVERSITY

University of Texas at Austin

t9814 -
INTERNATIONAL
CODE COUNCIL,
INC.

t9433 - EVANSTON
REBUILDING
WAREHOUSE

UNIVERSITY OF
CALIFORNIA,
DAVIS

t1259 -
INTERNATIONAL
LIVING FUTURE
INSTITUTE

t8613 - AMERICAN WOOD COUNCIL

| |
|---|
| t6030 - COLLABORATIVE COMPOSITE SOLUTIONS CORP |

t9952 - Hemp
Building Institute

UNIVERSITY OF
MASSACHUSETTS
LOWELL

t9195 - NATIONAL READY-MIXED CONCRETE ASSOCIATION

t0497 - AMERICAN CENTER FOR LIFE CYCLE ASSESSMENT

t9174 -
PRESTRESSED
CONCRETE
INSTITUTE

OKLAHOMA
STATE
UNIVERSITY

UNIVERSITY OF
WASHINGTON

t7105 - NATIONAL ASPHALT PAVEMENT ASSOCIATION INC

--

Travis Voyles

C: (202) 787-0595

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 20, 2025 11:13 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Great Travis, thank you! We will get moving on these, plus all the TCTACs!

I'm including Erica since I think she'll be submitting the cancellation requests and Dan's team will execute.

Kathryn

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 20, 2025 10:37 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Sorry—I missed these additional 4 TCTAC ones you had flagged that should have been inlcuded. Not sure this gets us up to the 18 total still.

| | | | | |
|---|---|---|---|---|
| 2/13/2025 | Program not in line with administration priorities: 66.309- Thriving communities - Surveys, studies, investigations, training, and special purpose activities relating to environmental justice | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 | 84061101 |

| | | | | |
|---|---|---|---|---|
| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95341301_6800 | 95341301 |

| | | | | |
|---|---|---|---|---|
| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02J63801_6800 | 02J63801 |

| | | | | |
|---|---|---|---|---|
| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03682_6800 | 00E03682 |

| | | | | | |
|---|---|---|---|---|---|
| $8,000,000 | $2,006,774.22 | $5,993,225.78 | INSTITUTE FOR SUSTAINABLE COMMUNITIES | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S | 8/3/2023 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL. ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN | |

| | | | | | |
|---|---|---|---|---|---|
| $8,000,000 | $839,393.02 | $7,160,606.98 | GREEN & HEALTHY HOMES INITIATIVE INC | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO GREEN AND HEALTHY HOMES INITIATIVE (GHHI). THE RECIPIENT WILL SERVE AS THE REGION 3 GRANTMAKER FOR EPA'S THRIVING COMMUNITIES GRANTMAKER PROGRAM. GHHI PLANS TO USE A STRONG PARTICIPATORY GOVERNANCE FRAMEWORK TO BUILD CAPACITY IN UNDERSERVED AREAS ACROSS THE MID-ATLANTIC REGION. GHHI'S COMMUNICATION PLAN RECOGNIZES THE NEED TO REACH DIVERSE AUDIENCES USING WIDE-RANGING DELIVERY METHODS AND PARTNERS TO LEVERAGE BEST PRACTICES IN OUTREACH AND IMPLEMENTATION. MOREOVER, GHHI WILL ENGAGE COMMUNITIES THROUGH A STAKEHOLDER ADVISORY BOARD, STATUTORY PARTNERSHIPS, AND MECHANISMS FOR PROVIDING DIRECT FEEDBACK TO ADAPT FREQUENTLY TO THE NEEDS OF COMMUNITIES, PARTICULARLY THOSE FROM DISADVANTAGED OR UNDERSERVED AREAS. COLLECTIVELY, THIS PROJECT WILL DESIGN COMPETITIVE APPLICATION IN-TAKE AND EVALUATION PROCESSES, SUBAWARD PROCESSES, OUTREACH, AND SUPPORT FOR COMMUNITIES THROUGHOUT REGION 3.<br><br>ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE FINALIZING APPLICATION MATERIALS FOR ALL THREE SUBRECIPIENT PHASES, ASSEMBLING THE REVIEW TEAM AND ENSURING REPRESENTATION OF DIVERSE COMMUNITIES. IN THE INITIAL AWARD, THE GRANTMAKER WILL DEVELOP THE OUTREACH PLAN PRIOR | 5/3/2024 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | TO APPLICATION INTAKE PROCESS, PARTNER WITH REGION 3 TCTAC FOR EDUCATION AND RECRUITMENT EFFORTS, CONDUCT WEBINARS, CONFERENCE CALLS, AND MEETINGS IN UNDERSERVED AREAS TO PROMOTE AND EXPLAIN THE PROGRAM. FINALLY, POTENTIAL CANDIDATES WILL BE IDENTIFIED FOR $75K NON-COMPETITIVE SUBAWARDS IN THIS PHASE. SUBRECIPIENT:SUBAWARD: CHILDREN'S NATIONAL HOSPITAL - WILL PROVIDE TECHNICAL ASSISTANCE REPLICABLE TOOLS TO INFORM THE EFFORTS OF GRANTEES UNDER GHHI'S PROPOSED EPA REGION 3 THRIVING COMMUNITIES PROGRAM: (I) A REGISTRY OF NEARLY ALL THE PEDIATRIC PATIENTS WITH ASTHMA IN THE IMMEDIATE DC REGION; AND (II) A HEALTHY HOUSING MAP WHICH OVERLAYS AT-RISK PEDIATRIC ASTHMA MORBIDITY AND ASTHMA-RELATED HEALTH HAZARDS REPORTED AT MULTI-FAMILY HOUSING COMPLEXES IN DC. CHILDREN'S NATIONAL WILL ALSO LEVERAGE ITS NETWORK TO CONDUCT OUTREACH AND PROMOTE EPA'S TC PROGRAM AWARENESS AND SUPPORT APPLICANT OUTREACH. SUBAWARD AMOUNT CALCULATED AT $91.95 PER HOUR, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $109,000 = 54.50% X $200,000.<br><br>SUBAWARD: HOWARD UNIVERSITY - WILL SUPPORT GHHI'S THRIVING COMMUNITIES RFA OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE THROUGH THE HOWARD UNIVERSITY SCHOOL OF LAW AND ENVIRONMENTAL JUSTICE CENTER, AS WELL AS | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | THE SCHOOL OF ARCHITECTURE AND THURGOOD MARSHALL CIVIL RIGHTS CENTER. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $172,500 = $300,000 X 57.50%.<br><br>SUBAWARD: VIRGINIA POVERTY LAW CENTER - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $78,000 = $78,000 X 100%.<br><br>SUBAWARD: DELAWARE STATE UNIVERSITY - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT AN $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES TOTAL COST OF $78,000 = $78,000 X 100%.<br>OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE UTILIZING PARTNER NETWORKS TO DISTRIBUTE RFA ANNOUNCEMENTS, HOLD WEBINARS, CONFERENCE CALLS, AND OUTREACH EVENTS, CONDUCT OFFICE HOURS TO SUPPORT POTENTIAL APPLICANTS, AND ENGAGING EXPERTISE OF ADVISORY BOARD AND TECHNICAL ASSISTANCE STATUTORY PARTNERS TO OVERSEE PRE-APPLICATION PROCESS. THE EXPECTED | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | OUTCOMES INCLUDE DEVELOPMENT OF A TRANSPARENT, EQUITABLE, ENGAGING APPLICATION PROCESS FOR THE SUBSEQUENT | | |

| | | | | | |
|---|---|---|---|---|---|
| $8,000,000 | $991,565.58 | $7,008,434.42 | PHILANTHROPY NORTHWEST | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO PHILANTHROPY NORTHWEST (PNW) AS A REGIONAL GRANTMAKER. THE RECIPIENT, ALONG WITH PARTNERS, WILL USE THE INITIAL AWARD TO ESTABLISH AND SUPPORT THE ACCESSIBILITY AND EQUITABLE DISTRIBUTION OF ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES RESOURCES TO HISTORICALLY UNDERSERVED COMMUNITIES TO IMPROVE ENVIRONMENTAL AND COMMUNITY HEALTH AND WELLBEING THROUGH A PASS-THROUGH SUBGRANT PROGRAM. WOVEN THROUGHOUT THE STRUCTURE IS A DELIBERATE AND INTENTIONAL PROCESS TO CENTER COMMUNITY MEMBERS IN DECISION-MAKING. DURING THE PROJECT PERIOD, PNW'S PARTICIPATORY GOVERNANCE APPROACH WILL CONVENE THREE GROUPS: THE ADVISORY GROUP, THE TASK FORCE AND PEER REVIEW GROUP, COMPRISED OF PARTNERS AND COMMUNITY MEMBERS. THESE GROUPS WILL GUIDE OVERALL PROGRAM DEVELOPMENT AND IMPLEMENTATION, HELP DESIGN APPLICATIONS AND SCORING RUBRICS, ESTABLISH METRICS FOR PROJECT OUTCOMES, AND EVALUATE APPLICATIONS. PNW WILL UNDERTAKE STRATEGIC, TARGETED, AND INTENTIONAL OUTREACH TO ENSURE POTENTIAL APPLICANTS THROUGHOUT REGION 10 ARE AWARE OF THE FUNDING OPPORTUNITY AND ENCOURAGED TO APPLY. THE OUTREACH STRATEGY WILL INCLUDE IN-PERSON EVENTS, WEBINARS, A PARTNER OUTREACH TOOLKIT, PAID DIGITAL ADVERTISING, AND | 6/14/2024 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | REGIONAL-SPECIFIC MESSAGING. ADDITIONALLY, FOUR MAIN SYSTEMS WILL BE USED TO SUPPORT THE EFFICIENT AND EFFECTIVE GRANT AWARD, DISBURSEMENT, TRACKING, ADJUSTMENT, AND FULL EXPENDITURE: AN EASY-TO-USE GRANT APPLICATION PLATFORM, A CUSTOMIZED PROJECT AND GRANTS MANAGEMENT SYSTEM, AND ACCOUNTING SOFTWARE FOR FINANCIAL MANAGEMENT. PNW'S PLAN FOR EPA'S ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES GRANTMAKING PROGRAM IS ANCHORED IN PNW'S CORE GOAL TO DISBURSE PROGRAM FUNDS EXPEDITIOUSLY AND EQUITABLY THROUGH THE DESIGN AND IMPLEMENTATION OF A SIMPLIFIED GRANTMAKING PROCESS THAT: CENTERS COMMUNITY VOICE AND PARTICIPATORY GRANTMAKING; LEVERAGES THE KNOWLEDGE AND RELATIONSHIPS OF OUR PARTNERS; AND ADDRESSES ENVIRONMENTAL JUSTICE ISSUES FOR COMMUNITIES MOST IN NEED.ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE THE FOLLOWING: RECRUIT MEMBERS AND CONVENE MEETINGS OF THE ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP; CO-DESIGN THE GRANTMAKING PROGRAM INCLUDING THE APPLICATION, EVALUATION CRITERIA, AND METRICS; DEVELOP OUTREACH STRATEGY; LAUNCH PROJECT WEBSITE; IMPLEMENT OUTREACH ACTIVITIES SUCH AS IN-PERSON EVENTS, WEBINARS, MESSAGING TOOLKIT, AND MEDIA PLACEMENTS; ESTABLISH PROJECT MANAGEMENT TOOLS INCLUDING APPLICATION PORTAL, GRANTS MANAGEMENT SYSTEM, AND FINANCIAL MANAGEMENT SYSTEM; | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | ESTABLISH A PROCESS FOR QUALITY ASSURANCE PROJECT MANAGEMENT WITH EPA REGIONAL OFFICE; DEVELOP AND OFFER TRAININGS FOR REVIEWERS AND SUBGRANTEES; PROVIDE TECHNICAL ASSISTANCE TO APPLICANTS AND SUBGRANTEES. SUBRECIPIENT:THIS AWARD WILL INCLUDE SUBAWARDS TO THREE DIFFERENT ENTITIES. THE SUBAWARDS WILL SUPPORT THE DESIGN OF THE GRANTMAKING PROGRAM, EXPERTISE ON DATA SOVEREIGNTY FOR TRIBAL COMMUNITIES, OUTREACH AND COMMUNICATIONS TO TRIBAL COMMUNITIES AND OTHER PARTNERS ABOUT THE PROGRAM, APPLICATION REVIEW, ACCESS TO A APPLICATION PLATFORM, APPLICATION REVIEWER SCORING TOOL, TECHNICAL ASSISTANCE WITH THE APPLICATION, GRANTS MANAGEMENT INCLUDING THE REVIEW PROCESS, REPORTING REQUIREMENTS, AND COMMUNICATIONS WITH GRANTEES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ESTABLISHED ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP COMPRISED OF PARTNERS AND COMMUNITY MEMBERS; PROJECT WEBSITE; AN OUTREACH TOOLKIT; SIMPLIFIED GRANT APPLICATION; CUSTOMIZED GRANTS MANAGEMENT SYSTEM; ESTABLISHED FINANCIAL MANAGEMENT SYSTEM; DEVELOPED FINANCIAL MANAGEMENT AND DATA REPORTING TRAINING FOR SUBGRANTEES.<br><br>THE EXPECTED OUTCOMES INCLUDE A GRANTMAKING PROCESS ESTABLISHED WITH PARTICIPATORY GOVERNANCE AND AN ACCESSIBLE GRANTMAKING PROCESS. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | THE INTENDED BENEFICIARIES INCLUDE HISTORICALLY UNDERSERVED COMMUNITIES IN REGION 10 WHICH INCLUDES ALASKA, IDAHO, OREGON, WASHINGTON, AND 271 TRIBAL NA | |

| | | | | | |
|---|---|---|---|---|---|
| $8,000,000 | $354,411.16 | $7,645,588.84 | MINNEAPOLIS FOUNDATION | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE MINNEAPOLIS FOUNDATION. THIS IS A REGIONAL GRANTMAKER. THE MINNEAPOLIS FOUNDATION, PARTNERED ALONG WITH THE NDN COLLECTIVE, WILL INSTITUTE A GRANTMAKING PROGRAM WITHIN THE REGION 5 STATES. THIS AWARD WILL BE USED TO DEVELOP THE ADMINISTRATIVE AND PROGRAMMATIC STRENGTH NEEDED TO AWARD OVER 200 GRANTS WITHIN REGION 5, TARGETING AREAS SUCH AS RURAL COMMUNITIES, URBAN CENTERS AND TRIBAL COMMUNITIES.<br><br>THE MINNEAPOLIS FOUNDATION WILL DEVELOP A QUALITY MANAGEMENT PLAN, CREATE AN APPLICATION TO SUPPORT THE GRANTMAKING PROGRAM, TRAIN THEIR STATUTORY PARTNER ON EPA REQUIREMENTS, IDENTIFY AND RECRUIT 10 REGIONAL COMMUNITY ADVISORY COMMITTEE (RAC) MEMBERS, AND PERFORM OUTREACH IN THEIR TARGETED COMMUNITIES USING THESE FUNDS. THE MINNEAPOLIS FOUNDATION WILL USE THE MONEY ASSOCIATED WITH THIS AWARD TO BUILD UP THEIR GRANT MAKING CAPACITY AND TO COVER ADMINISTRATIVE COSTS ASSOCIATED WITH GRANTMAKING FOR THE NEXT THREE YEARS.<br>ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE PARTNERING WITH THE NDN COLLECTIVE AND USING THE MINNEAPOLIS FOUNDATION'S PROJECTS (MIDWEST EJ NETWORK AND RE-AMP) TO OUTREACH SPECIFIC COMMUNITIES IN TRIBAL GOVERNMENTS, URBAN EJ AREAS AND RURAL/REMOTE EJ AREAS. ADDITIONALLY, THE | 6/24/2024 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | MINNEAPOLIS FOUNDATION AND THEIR PARTNERS WILL RECRUIT 10 RESIDENT ADVISORY COMMITTEE CONSULTANTS TO HELP DRAFT THE REQUEST FOR FUNDING AND REVIEW APPLICATIONS. THESE 10 RAC CONSULTANTS WILL BE RECRUITED THROUGHOUT REGION 5 AND BE COMPRISED OF INDIVIDUALS FROM DIFFERENT COMMUNITY ORGANIZATIONS, LOCAL COMMUNITIES AND OTHER PARTNERSHIP TYPES. RAC MEMBERS ALONG WITH THE MINNEAPOLIS FOUNDATION AND NDN COLLECTIVE WILL WORK COLLABORATIVELY TO CREATE AND REVIEW APPLICATIONS ADDRESSING THE SPECIFIC NEEDS OF DISADVANTAGED COMMUNITIES WITHIN THE REGION 5 STATES. VARIOUS PARTNERS HAVE EXPERIENCE WITH PARTICIPATORY GOVERNANCE AND THE MINNEAPOLIS FOUNDATION WILL EXPAND ON THOSE RELATIONSHIPS THROUGH THEIR COLLABORATION WITH OTHER COMMUNITY ORGANIZATIONS. SUBRECIPIENT:NDN COLLECTIVE WILL COLLABORATIVELY OVERSEE AND MONITOR ALL ASPECTS OF PROGRAM IMPLEMENTATION, PAYING PARTICULAR ATTENTION TO COMPLIANCE WITH EPA AND FEDERAL REQUIREMENTS ALONG WITH THE MINNEAPOLIS FOUNDATION. USING A CONSENSUS DECISION-MAKING MODEL, NDN COLLECTIVE AND THE MINNEAPOLIS FOUNDATION WILL IDENTIFY RAC MEMBERS, PARTICIPATE IN RAC MEETINGS AS NON-VOTING PARTICIPANTS, AND OVERSEE IMPLEMENTATION OF RAC DECISIONS AND RECOMMENDATIONS. THIS PARTNERSHIP WILL ALSO SERVE AS DECISION MAKERS FOR ADMINISTRATIVE DECISIONS THAT NEED TO BE MADE ON AN IMMEDIATE | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | BASIS. ADDITIONALLY, NDN COLLECTIVE PROVIDES CRITICAL KNOWLEDGE OF INDIGENOUS PRACTICE, CUSTOMS AND KNOWLEDGE TO SUPPORT TARGETED OUTREACH TO TRIBAL COMMUNITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE DEVELOPING AN ONLINE PLATFORM FOR COLLECTING APPLICATIONS AND REPORTING, TRAINING STATUTORY PARTNERS IN QUALITY ASSURANCE, MONITORING TYPE AND AMOUNT OF OUTREACH IN DIFFERENT COMMUNITY TYPES, KEEPING APPLICATION DECISIONS NO MORE THAN 5 MONTHS FROM APPLICATION SUBMISSION, AND MONITORING APPLICANT SATISFACTION WITH THE APPLICATION PROCESS.<br><br>THE EXPECTED OUTCOMES INCLUDE SHORT TERM OUTCOMES SUCH AS INCREASING THE NUMBER OF DISADVANTAGED COMMUNITY RESIDENTS THAT HAVE KNOWLEDGE AND SKILLS ABOUT ENGAGING IN EJ, PUBLIC HEALTH OR CLIMATE CHANGE ISSUES IN THEIR COMMUNITIES, INCREASING THE NUMBER OF DISADVANTAGED COMMUNITY MEMBERS WITH RELIABLE ACCESS TO ENVIRONMENTAL DATA AND INCREASING GRASS-ROOT LED COLLABORATIONS AND PARTNERSHIPS WORKING TO IMPROVED ENVIRONMENTAL QUALITY AND PUBLIC HEALTH IN DISADVANTAGED COMMUNITIES. INTERMEDIATE OUTCOMES INCLUDE INCREASING THE NUMBER OF COMMUNITIES THAT HAVE CAPACITY TO COLLECT, ANALYZE AND SHARE ENVIRONMENTAL DATA, REDUCE PUBLIC EXPOSURE TO TOXINS AND POLLUTANTS IN AREAS THAT WERE RESTORES OR CLEANED UP AND INCREASED NUMBER | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | OF CBOS WITH INCREASED CAPACITY IN TERMS OF FUNDING, STAFF AND SKILLS. LONG | |

--

Travis Voyles
C: (202) 787-0595

**From:** Voyles, Travis
**Sent:** Thursday, February 20, 2025 8:22 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Good Morning Team—

Below are the next set of approved to cancel grants. $42,261,933 total in remaining funds it looks like, but OMS can confirm.

One flag I have is the first few large ones are the EJ Thriving Communities Technical Assistance Centers (TCTACs)—https://www.epa.gov/environmentaljustice/environmental-justice-thriving-communities-technical-assistance-centers. There were 18 in total established, so a number of them are missed here. Not sure why they didn't all get captured (they may not have all gone out yet), but I would want to apply a broad approach and cancel them all in the vein the entire program is inconsistent with Adminstration priorities and I personally do not see the need for these because at the state-level, EPA and the TCTAC grantees refused to engage with the state in any kind of coordination. This should result in a larger $$ amount.

I can flag for OMS separately too that we want the cancellation to extend to every TCTAC grantee.

| Date Cancellation Process Started | Rationale | Terms and Conditions (T&C) | URL |
|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_13746681_6800 |

| | | | |
|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T65801_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95314201_6800 |