**Message**

| | |
|---|---|
| **From**: | Kathryn Armstrong Loving [kathryn.loving@gmail.com] |
| **Sent**: | 2/12/2025 12:10:07 AM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov] |
| **Subject**: | public grant details |
| **Attachments**: | grant_details.csv |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

**This document is produced in native format.**

**Original file name:**

**grant_details.csv**

Message

**From:**          Kathryn Loving [kl22department@gmail.com]
**Sent:**          2/13/2025 9:38:38 PM
**To:**            Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:**       public Feb 13 grants
**Attachments:**   Feb 13 public grants info.csv


Caution: This email originated from outside EPA, please exercise additional caution when deciding whether
to open attachments or click on provided links.

**This document is produced in native format.**

**Original file name:**

**Feb 13 public grants info.csv**

EPA_00042278 - EPA_00042349

Message

---

**From:**    Vaseliou, Molly [Vaseliou.Molly@epa.gov]
**Sent:**    2/21/2025 4:51:51 PM
**To:**    Coogan, Daniel [Coogan.Daniel@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:**    RE: Loving, Kathryn shared "contract_details" with you

Can I get a list of the 21 so we can ensure we're not sharing the right ones?

---

**From:** Vaseliou, Molly
**Sent:** Friday, February 21, 2025 11:43 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

We can hold on a press release until Tuesday. There will be a Sunday column in the New York Post. We will make sure it's just the 21 below.

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 11:38 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Sorry, I should have clarified—I prefer that we hold off on including this with press. If we are able to identify a solution that minimizes risk to the agency where we can cancel today then I will send a note. But for now I recommend that Sunday press focuses on the 21 we will initiate cancelling today.

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Friday, February 21, 2025 11:36 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** Re: Loving, Kathryn shared "contract_details" with you

Yes reasonable to wait until Tuesday, but can press announce this on Sunday?

Cc Molly

Get Outlook for iOS

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 11:20:07 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

I may come in later this evening saying that we can add it back but for now, let's remove Blacks in Green as their termination letter won't go out until Tuesday. Reasonable?

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03451_6800 | 0.00E+00 |

| $4,000,000 | $1,324,675.77 | $2,675,324.23 | BIG, NFP | DESCRIPTION:WITH A SKILLED NETWORK OF SPECIALIZED PARTNERS SPREAD ACROSS THE ENTIRE SIX-STATE-AND-TRIBAL GEOGRAPHY OF EPA REGION V, THIS ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC) IS UNIQUELY SITUATED TO SHAPE EQUITY BY PROVIDING ASSISTANCE, TRAINING, AND RESOURCES TO PROGRAM PARTICIPANTS. EACH OPERATIONAL PARTNER HAS EVOLVED THROUGH GRASSROOTS EFFORTS, COMPREHENSIVELY INTEGRATING SCIENCE, TRADITION, AND CULTURE. THE CONSORTIUM DERIVES ITS POWER FROM THE PEOPLE. LOCATED NEAR THE EPA REGION 5 HEADQUARTERS IN CHICAGO, ILLINOIS, BIG SERVES AS THE EPICENTER OF THE EJ TCTAC. POWERFUL PARTNERS ENSURE THAT THIS TARGETED, SPECIALIZED PROGRAM EXTENDS THROUGHOUT THE 35 TRIBAL LANDS, ILLINOIS, INDIANA, MICHIGAN, MINNESOTA, OHIO, AND WISCONSIN. THIS DEDICATED TEAM ENSURES THAT EACH EJ TCTAC FOCUS AREA OUTLINED BY EPA IS CARRIED OUT PROFESSIONALLY, THOROUGHLY, AND CONTINUOUSLY, INCORPORATING REAL-TIME ADVANCES, ARISING CHALLENGES, AND MEANINGFUL INVOLVEMENT OF THE COMMUNITIES. TO HELP ACHIEVE EQUITY, IN ALIGNMENT WITH EXECUTIVE ORDER 13985, EACH INVOLVED ORGANIZATION ENVISIONS A TECHNICAL ASSISTANCE CENTER THAT EMPOWERS COMMUNITIES TO REMEDIATE SOCIAL, ECONOMIC, AND HEALTH BURDENS BY SEEKING ENVIRONMENTAL AND ENERGY JUSTICE. FOR MAXIMUM IMPACT, SERVICES PROVIDED ENGAGE PARTICIPANTS AT EVERY LEVEL OF READINESS TO DESIGN SOLUTIONS, OBTAIN NEEDED FUNDING AND RESOURCES, AND DIRECT ACTIVITIES AND RESOURCES TOWARD THEIR | 8/18/2023 |

IDENTIFIED NEEDS WITH EMPHASIS ON THOSE DISPROPORTIONATELY HARMED. TO BEST ENSURE THAT ALL ELIGIBLE SERVICES OF EJ TCTAC OBJECTIVES ARE PROVIDED THROUGHOUT THE ENTIRE GEOGRAPHIC AREA, INCLUDING REMOTE AND RURAL AREAS, 23 DOCUMENTED, SUPPORTING PARTNERS PROVIDE VALUABLE ASSISTANCE. TO CREATE A NEW CHAPTER OF HOPE, HEALING, AND REGENERATION, THE WHOLE-SYSTEM SOLUTION PROPOSED BY BIG AND CONVEYED THROUGH THIS EJ TCTAC EMPOWERS INDIVIDUALS AND COMMUNITIES TO LESSEN BARRIERS TO HEALTHY LIVING AND ECONOMIC FREEDOM. THE EJ TCTAC WILL OFFER HYBRID VIRTUAL AND ON-SITE SERVICES. THE WIDESPREAD NETWORK OF PARTNERS WILL OPERATE SATELLITE OFFICES TO ENSURE PHYSICAL AND VIRTUAL SERVICES ARE ACCESSIBLE TO REMOTE AND UNDERSERVED COMMUNITIES. SEDAC WILL DEPLOY A DEDICATED 1-800 CALL-CENTER. BEL AND MTERA WILL DEVELOP MULTILINGUAL RESOURCES AND CONTINUE TO LEVERAGE EXISTING TRIBAL NETWORKS ACROSS THE REGION. SERVICES INCLUDE PRODUCTION OF AND INSTRUCTION ON HOW-TO-PRODUCE PHYSICAL, DIGITAL, AND VIRTUAL RESOURCES THAT INCLUDE STORYTELLING, FACT SHEETS, CASE STUDIES, INFOGRAPHICS, AND BEST-PRACTICE TIP SHEETS. TO TEACH CAPACITY BUILDING AT BOTH REGIONAL AND LOCAL LEVELS, THE EJ TCTAC WILL FACILITATE STAKEHOLDER ENGAGEMENT DISCUSSIONS, LISTENING SESSIONS, AND OUTREACH WITH GOVERNMENT AND PRIVATE SECTORS. BIG WILL ALSO CLOSELY COLLABORATE WITH THE UNIVERSITY OF MINNESOTA WHICH IS ALSO RECEIVING AN EJ TCTAC AWARD TO SUPPORT EPA REGION V COMMUNITIES.ACTIVITIES:.SUBRECIPIENT:THERE ARE NINE SUB-AWARDS UNDER THIS GRANT AGREEMENT. ACTIVITIES FOR EACH DIFFER BASED ON EXPERTISE BUT INCLUDE FOR EXAMPLE, TRIBAL RELATIONS EXPERTISE, ENERGY SOVEREIGNTY EXPERTISE, TRANSLATION AND INTERPRETATION SERVICES, RURAL COMMUNITIES OUTREACH, OUTREACH AND EDUCATION, GRANTS TRAINING AND WRITING, PUBLIC HEALTH, ENERGY DESIGN, ETC.  OUTCOMES:.

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 20, 2025 11:13 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

EPA_00042425

Great Travis, thank you! We will get moving on these, plus all the TCTACs!

I'm including Erica since I think she'll be submitting the cancellation requests and Dan's team will execute.

Kathryn

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 20, 2025 10:37 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Sorry—I missed these additional 4 TCTAC ones you had flagged that should have been inlcuded. Not sure this gets us up to the 18 total still.

| 2/13/2025 | Program not in line with administration priorities: 66.309-Thriving communities - Surveys, studies, investigations, training, and special purpose activities relating to environmental justice | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 | 84061101 |

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95341301_6800 | 95341301 |

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02J63801_6800 | 02J63801 |

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03682_6800 | 00E03682 |

| $8,000,000 | $2,006,774.22 | $5,993,225.78 | INSTITUTE FOR SUSTAINABLE COMMUNITIES | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S | 8/3/2023 |
|---|---|---|---|---|---|

EPA_00042430

| | | | | COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. | |
|---|---|---|---|---|---|

THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL. ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN

| | | | | | |
|---|---|---|---|---|---|
| $8,000,000 | $839,393.02 | $7,160,606.98 | GREEN & HEALTHY HOMES INITIATIVE INC | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO GREEN AND HEALTHY HOMES INITIATIVE (GHHI). THE RECIPIENT WILL SERVE AS THE REGION 3 GRANTMAKER FOR EPA'S THRIVING COMMUNITIES GRANTMAKER PROGRAM. GHHI PLANS TO USE A STRONG PARTICIPATORY GOVERNANCE FRAMEWORK TO BUILD CAPACITY IN UNDERSERVED AREAS ACROSS THE MID-ATLANTIC REGION. GHHI'S COMMUNICATION PLAN RECOGNIZES THE NEED TO REACH DIVERSE AUDIENCES USING WIDE-RANGING DELIVERY METHODS AND PARTNERS TO LEVERAGE BEST PRACTICES IN OUTREACH AND IMPLEMENTATION. MOREOVER, GHHI WILL ENGAGE COMMUNITIES THROUGH A STAKEHOLDER ADVISORY BOARD, STATUTORY PARTNERSHIPS, AND MECHANISMS FOR PROVIDING DIRECT FEEDBACK TO ADAPT FREQUENTLY TO THE NEEDS OF COMMUNITIES, PARTICULARLY THOSE FROM DISADVANTAGED OR UNDERSERVED AREAS. COLLECTIVELY, THIS PROJECT WILL DESIGN COMPETITIVE APPLICATION IN-TAKE AND EVALUATION PROCESSES, SUBAWARD PROCESSES, OUTREACH, AND SUPPORT FOR COMMUNITIES THROUGHOUT REGION 3.<br><br> ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE FINALIZING APPLICATION MATERIALS FOR ALL THREE SUBRECIPIENT PHASES, ASSEMBLING THE REVIEW TEAM AND ENSURING REPRESENTATION OF DIVERSE COMMUNITIES. IN THE INITIAL AWARD, THE GRANTMAKER WILL DEVELOP THE OUTREACH PLAN PRIOR | 5/3/2024 |

EPA_00042433

| | | | | TO APPLICATION INTAKE PROCESS, PARTNER WITH REGION 3 TCTAC FOR EDUCATION AND RECRUITMENT EFFORTS, CONDUCT WEBINARS, CONFERENCE CALLS, AND MEETINGS IN UNDERSERVED AREAS TO PROMOTE AND EXPLAIN THE PROGRAM. FINALLY, POTENTIAL CANDIDATES WILL BE IDENTIFIED FOR $75K NON-COMPETITIVE SUBAWARDS IN THIS PHASE. SUBRECIPIENT:SUBAWARD: CHILDREN'S NATIONAL HOSPITAL - WILL PROVIDE TECHNICAL ASSISTANCE REPLICABLE TOOLS TO INFORM THE EFFORTS OF GRANTEES UNDER GHHI'S PROPOSED EPA REGION 3 THRIVING COMMUNITIES PROGRAM: (I) A REGISTRY OF NEARLY ALL THE PEDIATRIC PATIENTS WITH ASTHMA IN THE IMMEDIATE DC REGION; AND (II) A HEALTHY HOUSING MAP WHICH OVERLAYS AT-RISK PEDIATRIC ASTHMA MORBIDITY AND ASTHMA-RELATED HEALTH HAZARDS REPORTED AT MULTI-FAMILY HOUSING COMPLEXES IN DC. CHILDREN'S NATIONAL WILL ALSO LEVERAGE ITS NETWORK TO CONDUCT OUTREACH AND PROMOTE EPA'S TC PROGRAM AWARENESS AND SUPPORT APPLICANT OUTREACH. SUBAWARD AMOUNT CALCULATED AT $91.95 PER HOUR, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $109,000 = 54.50% X $200,000.<br><br>SUBAWARD: HOWARD UNIVERSITY - WILL SUPPORT GHHI'S THRIVING COMMUNITIES RFA OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE THROUGH THE HOWARD UNIVERSITY SCHOOL OF LAW AND ENVIRONMENTAL JUSTICE CENTER, AS WELL AS | |
| --- | --- | --- | --- | --- | --- |

THE SCHOOL OF ARCHITECTURE AND THURGOOD MARSHALL CIVIL RIGHTS CENTER. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $172,500 = $300,000 X 57.50%.

SUBAWARD: VIRGINIA POVERTY LAW CENTER - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $78,000 = $78,000 X 100%.

SUBAWARD: DELAWARE STATE UNIVERSITY - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT AN $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES TOTAL COST OF $78,000 = $78,000 X 100%.
OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE UTILIZING PARTNER NETWORKS TO DISTRIBUTE RFA ANNOUNCEMENTS, HOLD WEBINARS, CONFERENCE CALLS, AND OUTREACH EVENTS, CONDUCT OFFICE HOURS TO SUPPORT POTENTIAL APPLICANTS, AND ENGAGING EXPERTISE OF ADVISORY BOARD AND TECHNICAL ASSISTANCE STATUTORY PARTNERS TO OVERSEE PRE-APPLICATION PROCESS. THE EXPECTED

EPA_00042435

| | | | | OUTCOMES INCLUDE DEVELOPMENT OF A TRANSPARENT, EQUITABLE, ENGAGING APPLICATION PROCESS FOR THE SUBSEQUENT | |
|---|---|---|---|---|---|
| | | | | | |

EPA_00042436

| $8,000,000 | $991,565.58 | $7,008,434.42 | PHILANTHROPY NORTHWEST | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO PHILANTHROPY NORTHWEST (PNW) AS A REGIONAL GRANTMAKER. THE RECIPIENT, ALONG WITH PARTNERS, WILL USE THE INITIAL AWARD TO ESTABLISH AND SUPPORT THE ACCESSIBILITY AND EQUITABLE DISTRIBUTION OF ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES RESOURCES TO HISTORICALLY UNDERSERVED COMMUNITIES TO IMPROVE ENVIRONMENTAL AND COMMUNITY HEALTH AND WELLBEING THROUGH A PASS-THROUGH SUBGRANT PROGRAM. WOVEN THROUGHOUT THE STRUCTURE IS A DELIBERATE AND INTENTIONAL PROCESS TO CENTER COMMUNITY MEMBERS IN DECISION-MAKING. DURING THE PROJECT PERIOD, PNW'S PARTICIPATORY GOVERNANCE APPROACH WILL CONVENE THREE GROUPS: THE ADVISORY GROUP, THE TASK FORCE AND PEER REVIEW GROUP, COMPRISED OF PARTNERS AND COMMUNITY MEMBERS. THESE GROUPS WILL GUIDE OVERALL PROGRAM DEVELOPMENT AND IMPLEMENTATION, HELP DESIGN APPLICATIONS AND SCORING RUBRICS, ESTABLISH METRICS FOR PROJECT OUTCOMES, AND EVALUATE APPLICATIONS. PNW WILL UNDERTAKE STRATEGIC, TARGETED, AND INTENTIONAL OUTREACH TO ENSURE POTENTIAL APPLICANTS THROUGHOUT REGION 10 ARE AWARE OF THE FUNDING OPPORTUNITY AND ENCOURAGED TO APPLY. THE OUTREACH STRATEGY WILL INCLUDE IN-PERSON EVENTS, WEBINARS, A PARTNER OUTREACH TOOLKIT, PAID DIGITAL ADVERTISING, AND | 6/14/2024 |
|---|---|---|---|---|---|

REGIONAL-SPECIFIC MESSAGING. ADDITIONALLY, FOUR MAIN SYSTEMS WILL BE USED TO SUPPORT THE EFFICIENT AND EFFECTIVE GRANT AWARD, DISBURSEMENT, TRACKING, ADJUSTMENT, AND FULL EXPENDITURE: AN EASY-TO-USE GRANT APPLICATION PLATFORM, A CUSTOMIZED PROJECT AND GRANTS MANAGEMENT SYSTEM, AND ACCOUNTING SOFTWARE FOR FINANCIAL MANAGEMENT. PNW'S PLAN FOR EPA'S ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES GRANTMAKING PROGRAM IS ANCHORED IN PNW'S CORE GOAL TO DISBURSE PROGRAM FUNDS EXPEDITIOUSLY AND EQUITABLY THROUGH THE DESIGN AND IMPLEMENTATION OF A SIMPLIFIED GRANTMAKING PROCESS THAT: CENTERS COMMUNITY VOICE AND PARTICIPATORY GRANTMAKING; LEVERAGES THE KNOWLEDGE AND RELATIONSHIPS OF OUR PARTNERS; AND ADDRESSES ENVIRONMENTAL JUSTICE ISSUES FOR COMMUNITIES MOST IN NEED.ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE THE FOLLOWING: RECRUIT MEMBERS AND CONVENE MEETINGS OF THE ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP; CO-DESIGN THE GRANTMAKING PROGRAM INCLUDING THE APPLICATION, EVALUATION CRITERIA, AND METRICS; DEVELOP OUTREACH STRATEGY; LAUNCH PROJECT WEBSITE; IMPLEMENT OUTREACH ACTIVITIES SUCH AS IN-PERSON EVENTS, WEBINARS, MESSAGING TOOLKIT, AND MEDIA PLACEMENTS; ESTABLISH PROJECT MANAGEMENT TOOLS INCLUDING APPLICATION PORTAL, GRANTS MANAGEMENT SYSTEM, AND FINANCIAL MANAGEMENT SYSTEM;

| | | | | ESTABLISH A PROCESS FOR QUALITY ASSURANCE PROJECT MANAGEMENT WITH EPA REGIONAL OFFICE; DEVELOP AND OFFER TRAININGS FOR REVIEWERS AND SUBGRANTEES; PROVIDE TECHNICAL ASSISTANCE TO APPLICANTS AND SUBGRANTEES. SUBRECIPIENT:THIS AWARD WILL INCLUDE SUBAWARDS TO THREE DIFFERENT ENTITIES. THE SUBAWARDS WILL SUPPORT THE DESIGN OF THE GRANTMAKING PROGRAM, EXPERTISE ON DATA SOVEREIGNTY FOR TRIBAL COMMUNITIES, OUTREACH AND COMMUNICATIONS TO TRIBAL COMMUNITIES AND OTHER PARTNERS ABOUT THE PROGRAM, APPLICATION REVIEW, ACCESS TO A APPLICATION PLATFORM, APPLICATION REVIEWER SCORING TOOL, TECHNICAL ASSISTANCE WITH THE APPLICATION, GRANTS MANAGEMENT INCLUDING THE REVIEW PROCESS, REPORTING REQUIREMENTS, AND COMMUNICATIONS WITH GRANTEES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ESTABLISHED ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP COMPRISED OF PARTNERS AND COMMUNITY MEMBERS; PROJECT WEBSITE; AN OUTREACH TOOLKIT; SIMPLIFIED GRANT APPLICATION; CUSTOMIZED GRANTS MANAGEMENT SYSTEM; ESTABLISHED FINANCIAL MANAGEMENT SYSTEM; DEVELOPED FINANCIAL MANAGEMENT AND DATA REPORTING TRAINING FOR SUBGRANTEES. <br><br> THE EXPECTED OUTCOMES INCLUDE A GRANTMAKING PROCESS ESTABLISHED WITH PARTICIPATORY GOVERNANCE AND AN ACCESSIBLE GRANTMAKING PROCESS. | |

EPA_00042439

| | | | | THE INTENDED BENEFICIARIES INCLUDE HISTORICALLY UNDERSERVED COMMUNITIES IN REGION 10 WHICH INCLUDES ALASKA, IDAHO, OREGON, WASHINGTON, AND 271 TRIBAL NA | |
|---|---|---|---|---|---|

| $8,000,000 | $354,411.16 | $7,645,588.84 | MINNEAPOLIS FOUNDATION | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE MINNEAPOLIS FOUNDATION. THIS IS A REGIONAL GRANTMAKER. THE MINNEAPOLIS FOUNDATION, PARTNERED ALONG WITH THE NDN COLLECTIVE, WILL INSTITUTE A GRANTMAKING PROGRAM WITHIN THE REGION 5 STATES. THIS AWARD WILL BE USED TO DEVELOP THE ADMINISTRATIVE AND PROGRAMMATIC STRENGTH NEEDED TO AWARD OVER 200 GRANTS WITHIN REGION 5, TARGETING AREAS SUCH AS RURAL COMMUNITIES, URBAN CENTERS AND TRIBAL COMMUNITIES.<br><br> THE MINNEAPOLIS FOUNDATION WILL DEVELOP A QUALITY MANAGEMENT PLAN, CREATE AN APPLICATION TO SUPPORT THE GRANTMAKING PROGRAM, TRAIN THEIR STATUTORY PARTNER ON EPA REQUIREMENTS, IDENTIFY AND RECRUIT 10 REGIONAL COMMUNITY ADVISORY COMMITTEE (RAC) MEMBERS, AND PERFORM OUTREACH IN THEIR TARGETED COMMUNITIES USING THESE FUNDS. THE MINNEAPOLIS FOUNDATION WILL USE THE MONEY ASSOCIATED WITH THIS AWARD TO BUILD UP THEIR GRANT MAKING CAPACITY AND TO COVER ADMINISTRATIVE COSTS ASSOCIATED WITH GRANTMAKING FOR THE NEXT THREE YEARS. ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE PARTNERING WITH THE NDN COLLECTIVE AND USING THE MINNEAPOLIS FOUNDATION'S PROJECTS (MIDWEST EJ NETWORK AND RE-AMP) TO OUTREACH SPECIFIC COMMUNITIES IN TRIBAL GOVERNMENTS, URBAN EJ AREAS AND RURAL/REMOTE EJ AREAS. ADDITIONALLY, THE | 6/24/2024 |
|---|---|---|---|---|---|

EPA_00042441

| | | | | |
|---|---|---|---|---|
| | | | | MINNEAPOLIS FOUNDATION AND THEIR PARTNERS WILL RECRUIT 10 RESIDENT ADVISORY COMMITTEE CONSULTANTS TO HELP DRAFT THE REQUEST FOR FUNDING AND REVIEW APPLICATIONS. THESE 10 RAC CONSULTANTS WILL BE RECRUITED THROUGHOUT REGION 5 AND BE COMPRISED OF INDIVIDUALS FROM DIFFERENT COMMUNITY ORGANIZATIONS, LOCAL COMMUNITIES AND OTHER PARTNERSHIP TYPES. RAC MEMBERS ALONG WITH THE MINNEAPOLIS FOUNDATION AND NDN COLLECTIVE WILL WORK COLLABORATIVELY TO CREATE AND REVIEW APPLICATIONS ADDRESSING THE SPECIFIC NEEDS OF DISADVANTAGED COMMUNITIES WITHIN THE REGION 5 STATES. VARIOUS PARTNERS HAVE EXPERIENCE WITH PARTICIPATORY GOVERNANCE AND THE MINNEAPOLIS FOUNDATION WILL EXPAND ON THOSE RELATIONSHIPS THROUGH THEIR COLLABORATION WITH OTHER COMMUNITY ORGANIZATIONS. SUBRECIPIENT:NDN COLLECTIVE WILL COLLABORATIVELY OVERSEE AND MONITOR ALL ASPECTS OF PROGRAM IMPLEMENTATION, PAYING PARTICULAR ATTENTION TO COMPLIANCE WITH EPA AND FEDERAL REQUIREMENTS ALONG WITH THE MINNEAPOLIS FOUNDATION. USING A CONSENSUS DECISION-MAKING MODEL, NDN COLLECTIVE AND THE MINNEAPOLIS FOUNDATION WILL IDENTIFY RAC MEMBERS, PARTICIPATE IN RAC MEETINGS AS NON-VOTING PARTICIPANTS, AND OVERSEE IMPLEMENTATION OF RAC DECISIONS AND RECOMMENDATIONS. THIS PARTNERSHIP WILL ALSO SERVE AS DECISION MAKERS FOR ADMINISTRATIVE DECISIONS THAT NEED TO BE MADE ON AN IMMEDIATE |

BASIS. ADDITIONALLY, NDN COLLECTIVE PROVIDES CRITICAL KNOWLEDGE OF INDIGENOUS PRACTICE, CUSTOMS AND KNOWLEDGE TO SUPPORT TARGETED OUTREACH TO TRIBAL COMMUNITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE DEVELOPING AN ONLINE PLATFORM FOR COLLECTING APPLICATIONS AND REPORTING, TRAINING STATUTORY PARTNERS IN QUALITY ASSURANCE, MONITORING TYPE AND AMOUNT OF OUTREACH IN DIFFERENT COMMUNITY TYPES, KEEPING APPLICATION DECISIONS NO MORE THAN 5 MONTHS FROM APPLICATION SUBMISSION, AND MONITORING APPLICANT SATISFACTION WITH THE APPLICATION PROCESS.

THE EXPECTED OUTCOMES INCLUDE SHORT TERM OUTCOMES SUCH AS INCREASING THE NUMBER OF DISADVANTAGED COMMUNITY RESIDENTS THAT HAVE KNOWLEDGE AND SKILLS ABOUT ENGAGING IN EJ, PUBLIC HEALTH OR CLIMATE CHANGE ISSUES IN THEIR COMMUNITIES, INCREASING THE NUMBER OF DISADVANTAGED COMMUNITY MEMBERS WITH RELIABLE ACCESS TO ENVIRONMENTAL DATA AND INCREASING GRASS-ROOT LED COLLABORATIONS AND PARTNERSHIPS WORKING TO IMPROVED ENVIRONMENTAL QUALITY AND PUBLIC HEALTH IN DISADVANTAGED COMMUNITIES. INTERMEDIATE OUTCOMES INCLUDE INCREASING THE NUMBER OF COMMUNITIES THAT HAVE CAPACITY TO COLLECT, ANALYZE AND SHARE ENVIRONMENTAL DATA, REDUCE PUBLIC EXPOSURE TO TOXINS AND POLLUTANTS IN AREAS THAT WERE RESTORES OR CLEANED UP AND INCREASED NUMBER

| | | | | OF CBOS WITH INCREASED CAPACITY IN TERMS OF FUNDING, STAFF AND SKILLS. LONG | |
|---|---|---|---|---|---|
| | | | | | |

--

Travis Voyles
C: (202) 787-0595

**From:** Voyles, Travis
**Sent:** Thursday, February 20, 2025 8:22 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Good Morning Team—

Below are the next set of approved to cancel grants. $42,261,933 total in remaining funds it looks like, but OMS can confirm.

One flag I have is the first few large ones are the EJ Thriving Communities Technical Assistance Centers (TCTACs)— https://www.epa.gov/environmentaljustice/environmental-justice-thriving-communities-technical-assistance-centers. There were 18 in total established, so a number of them are missed here. Not sure why they didn't all get captured (they may not have all gone out yet), but I would want to apply a broad approach and cancel them all in the vein the entire program is inconsistent with Adminstration priorities and I personally do not see the need for these because at the state-level, EPA and the TCTAC grantees refused to engage with the state in any kind of coordination. This should result in a larger $$ amount.

I can flag for OMS separately too that we want the cancellation to extend to every TCTAC grantee.

| Date Cancellation Process Started | Rationale | Terms and Conditions (T&C) | URL |
|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_13746681_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T65801_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95314201_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_96701501_6800 |
|-----------|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03450_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03451_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00I10501_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95338201_6800 |

EPA_00042448

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T88701_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95334801_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_03D03124_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02F50801_6800 |

EPA_00042450

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T91501_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02J56601_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00A01436_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T91201_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02F50601_6800 |
|---|---|---|---|

| Financial Account Indentifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 84061101 | $8,000,000 | $1,564,072.97 | $6,435,927.03 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
| 13746681 | $8,000,000 | $0.00 | $8,000,000.00 | DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC |

| | | | | |
|---|---|---|---|---|
| 98T65801 | $5,100,000 | $908,057.59 | $4,191,942.41 | SAN DIEGO STATE UNIVERSITY FOUNDATION |
| 95314201 | $5,000,000 | $449,582.62 | $4,550,417.38 | NATIONAL WILDLIFE FEDERATION |

| | | | | |
|---|---|---|---|---|
| 96701501 | $5,000,000 | $1,069,922.66 | $3,930,077.34 | WICHITA STATE UNIVERSITY |
| 0.00E+00 | $5,000,000 | $1,278,176.09 | $3,721,823.91 | REGENTS OF THE UNIVERSITY OF MINNESOTA |
| 0.00E+00 | $4,000,000 | $1,324,675.77 | $2,675,324.23 | BIG, NFP |

| | | | | |
|---|---|---|---|---|
| 00I10501 | $4,000,000 | $91,832.00 | $3,908,168.00 | MONTANA STATE UNIVERSITY |
| 95338201 | $500,000 | | $500,000.00 | APPALACHIAN VOICES |

| | | | | |
|---|---|---|---|---|
| 98T88701 | $500,000 | $72,910.10 | $427,089.90 | BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC. |
| 95334801 | $500,000 | | $500,000.00 | NUEVA ESPERANZA, INC. |

| | | | | |
|---|---|---|---|---|
| 03D03124 | $500,000 | $67,487.25 | $432,512.75 | PARKS ALLIANCE OF LOUISVILLE, INC. |
| 02F50801 | $500,000 | | $500,000.00 | EARTH CARE INTERNATIONAL |

| | | | | |
|---|---|---|---|---|
| 98T91501 | $500,000 | $11,350.40 | $488,649.60 | THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS |
| 02J56601 | $500,000 | | $500,000.00 | OREGON COAST VISITORS ASSOCIATION, INC. |

EPA_00042460

| | | | | |
|---|---|---|---|---|
| 00A01436 | $500,000 | | $500,000.00 | NEW HAVEN ECOLOGY PROJECT INC |
| 98T91201 | $500,000 | | $500,000.00 | COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT |

EPA_00042461

| | | | | |
|---|---|---|---|---|
| 02F50601 | $500,000 | | $500,000.00 | BLACK UNITED FUND OF TEXAS, INC. |

| Description | Date Signed |
|---|---|
| | |

EPA_00042462

| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA | 8/3/2023 | |
|---|---|---|

| | |
|---|---|
| PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL.  ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN | |
| DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $8,000,000 TO THE DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE (DSCEJ), IN LOUISIANA.ACTIVITIES:THE ACTIVITIES TO BE PERFORMED INCLUDE, CONSULTING WITH OTHER COMMUNITY BASED ORGANIZATIONS (CBOS) TO LEARN ABOUT THE HISTORY OF THEIR COMMUNITIES AND THE CAPABILITIES OF THEIR ORGANIZATIONS. THE RECIPIENT WILL ALSO BUILD ORGANIZATIONAL CAPACITIES OF LEAST 250 CBOS IN UNDERSERVED COMMUNITIES WITHIN THE ENVIRONMENTAL PROTECTION AGENCY'S (EPA) REGIONS 4 AND 6. THROUGH THE PROVISION OF DIRECT SERVICES, DSCEJ WILL ASSIST THE CBOS IN BUILDING THEIR CAPACITIES FOR RESEARCH AND COMMUNITY ENGAGEMENT WHILE ALSO | 9/25/2023 |

ASSISTING THEM IN APPLYING FOR SEVERAL DIFFERENT GRANTS FROM THE EPA, THE DEPARTMENT OF ENERGY (DOE), AND OTHER AGENCIES. THE REACH AND IMPACT OF THE COMMUNITY INVESTMENT AND RECOVERY CENTER (CIRC) WILL BE INCREASED IN AN EFFORT TO SUSTAIN CAPACITY-BUILDING SERVICES BEYOND THE 5-YEAR PERFORMANCE PERIOD OF THIS GRANT.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ORGANIZATIONAL DEVELOPMENT, IDENTIFYING AND PRIORITIZING NEEDS, PROVIDING EDUCATION ON PRIORITY ENVIRONMENTAL ISSUES (AIR QUALITY, SOIL CONTAMINATION, CLEAN ENERGY, ETC.), CREATING COMMUNITY PROFILES USING DATA AND MAPPING, RELATIONSHIP BUILDING, AND TRAINING AND ASSISTANCE TO BUILD KNOWLEDGE OF FEDERAL FUNDED PROGRAMS. THE EXPECTED OUTCOMES INCLUDE INCREASED AWARENESS, KNOWLEDGE AND UNDERSTANDING OF GRANTS AMONG UNDERSERVED COMMUNITIES, INCREASED ACCESS TO GRANT WRITING AND MANAGEMENT RESOURCES, AND AN INCREASE TO THE NUMBER AND QUALITY OF APPLICATIONS FOR FUNDING RELATED TO ENVIRONMENTAL AND ENERGY JUSTICE FROM UNDERSERVED COMMUNITIES IN THE SOUTHEAST REGION. THE INTENDED BENEFICIARIES OF THIS GRANT INCLUDE UNDERSERVED COMMUNITIES THROUGHOUT EACH OF THE STATES IN EPA'S REGION 4: (ALABAMA, FLORIDA, GEORGIA, KENTUCKY, MISSISSIPPI, NORTH CAROLINA, SOUTH CAROLINA, TENNESSEE) AND EPA'S REGION 6: (ARKANSAS, LOUISIANA, NEW MEXICO, OKLAHOMA, TEXAS).

| | |
|---|---|
| DESCRIPTION:THE PURPOSE OF THIS PROJECT IS TO EMPOWER COMMUNITIES BY PROVIDING CRITICAL SERVICES TO COMMUNITY ORGANIZATIONS. THESE SERVICES WILL EXPAND PARTICIPANTS' CAPACITY TO MEET COMMUNITY-DEFINED PRIORITIES AND PARTICIPATE MEANINGFULLY IN DECISION-MAKING PROCESSES, FOCUSING SPECIFICALLY ON UNDERSERVED, RURAL, REMOTE, TRIBAL, INDIGENOUS, AND PACIFIC ISLAND COMMUNITIES ACROSS EPA REGION 9. THE GOAL/MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION. THE HUB OF THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTERS (TCTAC) WILL BE BASED IN A PHYSICAL AND VIRTUAL CENTER AT SAN DIEGO STATE UNIVERSITY (SDSU) CALLED THE CENTER FOR COMMUNITY ENERGY AND ENVIRONMENTAL JUSTICE. HUB PARTNERS WILL WORK TO COORDINATE ACTIVITIES IN THEIR AREA(S) OF EXPERTISE ACROSS ALL OF EPA REGION 9 AND WILL FACILITATE CO-PRODUCTION, CO-DEVELOPMENT, SHARING , TRANSFER, AND DELIVERY OF BOTH PROCESS AND CONTENT AMONG SPOKE PARTNERS AND COMMUNITY PARTNERS FOR ENVIRONMENTAL PROGRAMS (AIR, WATER, WASTE, ENERGY, TOXICS) AND GRANTSMANSHIP. SPOKE PARTNERS WILL LEAD ON DELIVERING SERVICES (IN PERSON AND VIRTUALLY) TO ELIGIBLE COMMUNITY ORGANIZATIONS, BUILDING AND EXPANDING ON THEIR EXISTING ELIGIBLE COMMUNITY ORGANIZATIONS IN THEIR NETWORK AND IDENTIFYING AND CONNECTING WITH NEW COMMUNITY ORGANIZATIONS, SUPPORTING COMMUNITY ENGAGEMENT AND CAPACITY BUILDING.<br><br>HUB PARTNERS INCLUDE: SDSU COMMUNITY CLIMATE ACTION NETWORK, ENVIRONMENTAL PROTECTION NETWORK, USD ENERGY POLICY INITIATIVE CENTER, ASU ENERGY AND SOCIETY, INSTITUTE FOR TRIBAL ENVIRONMENTAL PROFESSIONALS, AND CENTER FOR CREATIVE LAND RECYCLING.<br><br>SPOKE PARTNERS INCLUDE: CLIMATE SCIENCE ALLIANCE (CA), PUBLIC HEALTH ALLIANCE (CA), ARIZONA STATE UNIV SCHOOL OF SUSTAINABILITY (AZ), DESERT RESEARCH INSTITUTE (NV), PACIFIC RISA (HI, AS), AND UNIV OF GUAM CENTER FOR ISLAND SUSTAINABILITY | 6/5/2023 |

(GUAM).

THIS AGREEMENT PROVIDES PARTIAL FEDERAL FUNDING IN THE AMOUNT OF $4,000,000. PRE-AWARD COSTS ARE APPROVED BACK TO 6/1/2023. REFER TO TERMS AND CONDITIONS.ACTIVITIES:SDSU TCTAC'S MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION.

ACTIVITIES INCLUDE CONVENING TCTAC HUBS AND SPOKES MEETINGS. CONDUCTING NEEDS ASSESSMENTS STARTING WITH COMMUNITIES WHERE TCTAC PARTNERS. DEVELOP OUTREACH COLLATERAL (I.E. LOGO, WEBSITE, COMMUNICATION CHANNELS, ETC). RELEASE OF COMMUNICATION MATERIALS TO SPOKES TO CUSTOMIZE AND ENHANCE OUTREACH. INCREASING COMMUNITY FOOTPRINT RECEIVING TECHNICAL ASSISTANCE 5-10%. DEVELOP COMMUNITY KNOWLEDGE PORTAL. HUBS WILL COMPILE EXISTING INFORMATION ON GRANTSMANSHIP, ENERGY JUSTICE (ENJ), AND ENVIRONMENTAL JUSTICE (EJ) TO SHARE. HUB TEAMS WILL WORK WITH SPOKE PARTNERS AND COMMUNITY STAKEHOLDERS TO CO-PRODUCE NEW MATERIALS TO MEET PARTNER NEEDS WITH CONTINUOUS ROLL-OUT AS NEW RESOURCES ARE COMPLETED. CONDUCT ANNUAL INTRA-TCTAC TRAINING ON WORKPLACE CONDUCT, MICROAGGRESSIONS, AND THE TENETS OF DEIA. CONVENE COMMUNITY TRAINING EVENTS AND WORKSHOPS, ONE-ON-ONE SERVICES, COMMUNITY KNOWLEDGE PORTAL PROVIDING TECHNICAL ASSISTANCE ON ENVIRONMENTAL PROGRAMS (AIR, WATER, ENERGY, WASTE, TOXICS). SERVICE DELIVERY TRACKING AND FEEDBACK EFFORTS. CONDUCT MONTHLY INTRA-TCTAC COORDINATION CALLS. SUBMIT REQUIRED REPORTS TO EPA. PARTICIPATE IN EPA REGIONAL AND NATIONAL MEETINGS AND SYMPOSIUMS.

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO NATIONAL WILDLIFE FEDERATION (NWF). SPECIFICALLY, NWF WILL WORK WITH CORE PARTNERS (UMD CEEJH AND UMD EFC) TO DESIGN, OPERATE, AND LEAD A MID-ATLANTIC THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV, AS WELL AS THE DISTRICT OF COLUMBIA. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY JUSTICE WORK.<br><br>THIS ACTION PARTIALLY FUNDS THE GRANT IN THE AMOUNT OF $4,000,000. FEDERAL FUNDS IN THE AMOUNT OF $8,000,000 ARE CONTINGENT UPON AVAILABILITY OF ADDITIONAL FUNDING. ACTIVITIES:USING CORE PARTNERS AND COMMUNITY-BASED HUBS, THIS PROJECT WILL PROVIDE OUTREACH TO COMMUNITIES IN NEED OF TECHNICAL ASSISTANCE AND INCREASE CAPACITY AND KNOWLEDGE RELATED TO ENVIRONMENTAL AND ENERGY JUSTICE CONCERNS. SUBRECIPIENT:CORE PARTNERS NATIONAL WILDLIFE FEDERATION, UNIVERSITY OF MARYLAND CENTER FOR COMMUNITY ENGAGEMENT, ENVIRONMENTAL JUSTICE, AND HEALTH (CEEJH) AND UNIVERSITY OF MARYLAND ENVIRONMENTAL FINANCE CENTER (EFC), WILL DESIGN, OPERATE AND LEAD A MID-ATLANTIC THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV AND DC. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY JUSTICE WORK. USING A 'HUB' APPROACH, THE CORE PARTNERS (1 SUBAWARD FOR UMD) WILL ACT AS 'CORE HUBS', AND THE COMMUNITY-BASED 'HUBS' (10 SUBAWARDS) WILL ALLOW FOR SERVICE DELIVERY TO BE MORE ACCESSIBLE TO POTENTIAL PROGRAM PARTICIPANTS, BOTH GEOGRAPHICALLY AS WELL AS CULTURALLY, DUE TO THEIR ON-THE-GROUND COMMUNITY PRESENCE. OUTCOMES:THE EXPECTED OUTCOMES OF THIS PROJECT INCLUDE: GAINED KNOWLEDGE AND SKILLS NEEDED TO UNDERSTAND AND ASSESS ENVIRONMENTAL AND ENERGY JUSTICE ISSUES AND TO ENGAGE POLICYMAKERS, GOVERNMENT AGENCIES, AND INDUSTRY; AND AN INCREASE IN FINANCIAL, TECHNICAL, AND INSTITUTIONAL KNOWLEDGE, RESOURCES, AND SKILLS TO ASSESS, DESIGN, IMPLEMENT, MAINTAIN, AND PAY FOR ENVIRONMENTAL AND ENERGY JUSTICE | 6/7/2023 |

| | |
|---|---|
| RELATED PROJECTS. THE INTENDED BENEFICIARIES INCLUDE COMMUNITIES THAT ARE UNDERSERVED, OVERBURDENED, RESOURCE-CONSTRAINED, AND RURAL IN ALL REGION 3 AREAS: DE, MD, PA, VA, WV, AND DC. | |
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING TO WICHITA STATE UNIVERSITY. SPECIFICALLY, THE RECIPIENT WILL REMOVE BARRIERS AND IMPROVE ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS. WITH THIS CRITICAL INVESTMENT, WICHITA STATE UNIVERSITY CENTER WILL PROVIDE TRAINING AND OTHER ASSISTANCE TO BUILD CAPACITY FOR NAVIGATING FEDERAL GRANT APPLICATION SYSTEMS, WRITING STRONG GRANT PROPOSALS, AND EFFECTIVELY MANAGING GRANT FUNDING. IN ADDITION, THIS CENTER WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS AND WILL ALSO CREATE AND MANAGE COMMUNICATION CHANNELS TO ENSURE ALL COMMUNITIES HAVE DIRECT ACCESS TO RESOURCES AND INFORMATION.ACTIVITIES:THE ACTIVITIES INCLUDE: SERVING AS A HUB FOR INFORMATION, TRAINING, RESOURCES, TECHNICAL ASSISTANCE (TA), AND CONNECTION FOR ADDRESSING ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE CONCERNS IN UNDERSERVED COMMUNITIES IN MISSOURI, NEBRASKA, KANSAS, IOWA AND FEDERALLY RECOGNIZED TRIBES; DEVELOP OPERATIONS CENTER AND FOCUS ON CREATING COMMUNITY ASSESSMENT PROCESS AND TOOLS; HOST GRANT WRITING/MANAGEMENT TRAININGS, HOST CIVIC ENGAGEMENT TRAININGS, RESPOND TO REQUESTS FROM GENERAL PUBLIC REGARDING ENVIRONMENTAL AND ENERGY JUSTICE GRANT MAKING AND PROGRAM NEEDS, PROVIDE TRAINING AND TECHNICAL ASSISTANCE TO IDENTIFY COMMUNITIES OF GREATEST NEED (CGNS) AND ACT AS A COMMUNITY ENGAGEMENT AND OUTREACH HUB FOR THE | 6/1/2023 |

EPA_00042469

| | |
|---|---|
| REGION.SUBRECIPIENT:WICHITA STATE UNIVERSITY EJ TCTAC CENTERS WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TARGETED COMMUNITY ENGAGEMENTS SUCH AS OUTREACH, GRANT WRITING AND EVALUATION WORKSHOPS, TRAININGS, COMMUNITY ENGAGEMENT EVENTS, ETC. THE EXPECTED OUTCOMES INCLUDES GRANT TRAINING, COMMUNITY NEEDS ASSESSMENT, SURVEYS, INTERVIEWS, MAPPING, RESEARCH AND OTHER TOOLS TO ASSESS ENVIRONMENTAL JUSTICE OR ENERGY JUSTICE NEEDS; AND CIVIC ENGAGEMENT AND LEADERSHIP DEVELOPMENT. THE INTENDED BENEFICIARIES INCLUDES LARGE, SMALL, RURAL, REMOTE, AND TRIBAL COMMUNITIES; NONPROFITS; BUSINESSES; LOCAL GOVERNMENTS; AND STATE AND FEDERAL AGENCIES ACROSS THE HEARTLAND OF KANSAS, NEBRASKA, IOWA, MISSOURI, AND FEDERALLY RECOGNIZED TRIBES. THE CENTER WILL BUILD A COMMUNITY'S ABILITY TO PARTICIPATE IN ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE DECISION-MAKING AT ALL LEVELS OF GOVERNMENT, FIND AND APPLY FOR GRANTS, AND ENGAGE WITH THE PRIVATE SECTOR TO BE PART OF ENERGY AND INFRASTRUCTURE PROJECT DESIGN AND DEVELOPMENT. | |
| DESCRIPTION:THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER WILL LEVERAGE EXISTING UNIVERSITY EXTENSION NETWORKS AND TECHNICAL SERVICE PROVIDERS TO REACH REMOTE, RURAL, AND UNDERSERVED COMMUNITIES ACROSS EPA REGION 5, INCLUDING THE STATES OF MINNESOTA, MICHIGAN, WISCONSIN, ILLINOIS, INDIANA, AND OHIO AND 35 TRIBAL NATIONS.ACTIVITIES:THE PROPOSED GREAT LAKES ENVIRONMENTAL JUSTICE TECHNICAL ASSISTANCE CENTER (TAC) IS ORIENTED AROUND THREE INTERRELATED ACTIVITIES: 1. IDENTIFY UNDERSERVED AND OVERBURDENED COMMUNITIES WHO COULD BENEFIT FROM ENVIRONMENTAL AND ENERGY-RELATED PROGRAMS, 2. BUILD CAPACITY FOR COMMUNITIES TO ENGAGE IN ENVIRONMENTAL DECISION MAKING AND ACCESS TECHNICAL ASSISTANCE, AND 3. PROVIDE TAILORED, ACCESSIBLE, CULTURALLY APPROPRIATE ASSISTANCE THAT ALLOWS COMMUNITIES TO SECURE FUNDING AND RESOURCES THAT MATERIALLY IMPROVE THEIR SOCIAL, ECONOMIC, AND ENVIRONMENTAL OUTCOMES.SUBRECIPIENT:ACTIVITIES INCLUDE | 7/3/2023 |

PROVIDING TECHNICAL ASSISTANCE TO REGION 5 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED ACTIVITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES FOR THE TCTAC INCLUDE: A WEB PORTAL, MINUTES AND TRAININGS RELATED TO COMMUNITY WORKSHOPS, RECORDS OF APPLICANTS ASSISTED, AND OTHER RELATED MATERIALS. EXPECTED OUTCOMES INCLUDE: 1. HIGHER CAPACITY FOR COMMUNITIES, NON-PROFIT ORGANIZATIONS, AND INDIVIDUALS TO APPLY FOR GRANT OPPORTUNITIES, 2. IMPROVED CONNECTIONS BETWEEN COMMUNITIES AND TECHNICAL ASSISTANCE RESOURCES, AND 3. INCREASED PARTICIPATION IN FEDERAL AND STATE ENVIRONMENTAL AND ENERGY DECISION-MAKING AS EVIDENCED BY GREATER PARTICIPATION IN PUBLIC ENGAGEMENT, OUTREACH, EPA AND DOE PROGRAMS, PUBLIC COMMENTS, AND EJ COMMUNITIES OCCUPYING POSITIONS OF POWER IN LOCAL AND FEDERAL DECISION-MAKING BODIES.

THE INTENDED BENEFICIARIES ARE THE PEOPLE OF REGION 5, INCLUDING THE RESIDENTS OF MINNESOTA, WISCONSIN, MICHIGAN, ILLINOIS, INDIANA, AND OHIO, AS WELL AS THE MEMBERS OF THE 35 FEDERALLY-RECOGNIZED TRIBES PRESENT IN THE REGION.

| | |
|---|---|
| DESCRIPTION:WITH A SKILLED NETWORK OF SPECIALIZED PARTNERS SPREAD ACROSS THE ENTIRE SIX-STATE-AND-TRIBAL GEOGRAPHY OF EPA REGION V, THIS ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC) IS UNIQUELY SITUATED TO SHAPE EQUITY BY PROVIDING ASSISTANCE, TRAINING, AND RESOURCES TO PROGRAM PARTICIPANTS. EACH OPERATIONAL PARTNER HAS EVOLVED THROUGH GRASSROOTS EFFORTS, COMPREHENSIVELY INTEGRATING SCIENCE, TRADITION, AND CULTURE. THE CONSORTIUM DERIVES ITS POWER FROM THE PEOPLE. LOCATED NEAR THE EPA REGION 5 HEADQUARTERS IN CHICAGO, ILLINOIS, BIG SERVES AS THE EPICENTER OF THE EJ TCTAC. POWERFUL PARTNERS ENSURE THAT THIS TARGETED, SPECIALIZED PROGRAM EXTENDS THROUGHOUT THE 35 TRIBAL LANDS, ILLINOIS, INDIANA, MICHIGAN, MINNESOTA, OHIO, AND WISCONSIN. THIS DEDICATED TEAM ENSURES THAT EACH EJ TCTAC FOCUS AREA OUTLINED BY EPA IS CARRIED OUT PROFESSIONALLY, THOROUGHLY, AND CONTINUOUSLY, INCORPORATING REAL-TIME ADVANCES, ARISING CHALLENGES, AND MEANINGFUL INVOLVEMENT OF THE COMMUNITIES. TO HELP ACHIEVE EQUITY, IN ALIGNMENT WITH EXECUTIVE ORDER 13985, EACH INVOLVED ORGANIZATION ENVISIONS A TECHNICAL ASSISTANCE CENTER THAT EMPOWERS COMMUNITIES TO REMEDIATE SOCIAL, | 8/18/2023 |

ECONOMIC, AND HEALTH BURDENS BY SEEKING ENVIRONMENTAL AND ENERGY JUSTICE. FOR MAXIMUM IMPACT, SERVICES PROVIDED ENGAGE PARTICIPANTS AT EVERY LEVEL OF READINESS TO DESIGN SOLUTIONS, OBTAIN NEEDED FUNDING AND RESOURCES, AND DIRECT ACTIVITIES AND RESOURCES TOWARD THEIR IDENTIFIED NEEDS WITH EMPHASIS ON THOSE DISPROPORTIONATELY HARMED. TO BEST ENSURE THAT ALL ELIGIBLE SERVICES OF EJ TCTAC OBJECTIVES ARE PROVIDED THROUGHOUT THE ENTIRE GEOGRAPHIC AREA, INCLUDING REMOTE AND RURAL AREAS, 23 DOCUMENTED, SUPPORTING PARTNERS PROVIDE VALUABLE ASSISTANCE. TO CREATE A NEW CHAPTER OF HOPE, HEALING, AND REGENERATION, THE WHOLE-SYSTEM SOLUTION PROPOSED BY BIG AND CONVEYED THROUGH THIS EJ TCTAC EMPOWERS INDIVIDUALS AND COMMUNITIES TO LESSEN BARRIERS TO HEALTHY LIVING AND ECONOMIC FREEDOM. THE EJ TCTAC WILL OFFER HYBRID VIRTUAL AND ON-SITE SERVICES. THE WIDESPREAD NETWORK OF PARTNERS WILL OPERATE SATELLITE OFFICES TO ENSURE PHYSICAL AND VIRTUAL SERVICES ARE ACCESSIBLE TO REMOTE AND UNDERSERVED COMMUNITIES. SEDAC WILL DEPLOY A DEDICATED 1-800 CALL-CENTER. BEL AND MTERA WILL DEVELOP MULTILINGUAL RESOURCES AND CONTINUE TO LEVERAGE EXISTING TRIBAL NETWORKS ACROSS THE REGION. SERVICES INCLUDE PRODUCTION OF AND INSTRUCTION ON HOW-TO-PRODUCE PHYSICAL, DIGITAL, AND VIRTUAL RESOURCES THAT INCLUDE STORYTELLING, FACT SHEETS, CASE STUDIES, INFOGRAPHICS, AND BEST-PRACTICE TIP SHEETS. TO TEACH CAPACITY BUILDING AT BOTH REGIONAL AND LOCAL LEVELS, THE EJ TCTAC WILL FACILITATE STAKEHOLDER ENGAGEMENT DISCUSSIONS, LISTENING SESSIONS, AND OUTREACH WITH GOVERNMENT AND PRIVATE SECTORS. BIG WILL ALSO CLOSELY COLLABORATE WITH THE UNIVERSITY OF MINNESOTA WHICH IS ALSO RECEIVING AN EJ TCTAC AWARD TO SUPPORT EPA REGION V COMMUNITIES.ACTIVITIES:.SUBRECIPIENT:THERE ARE NINE SUB-AWARDS UNDER THIS GRANT AGREEMENT. ACTIVITIES FOR EACH DIFFER BASED ON EXPERTISE BUT INCLUDE FOR EXAMPLE, TRIBAL RELATIONS EXPERTISE, ENERGY SOVEREIGNTY EXPERTISE, TRANSLATION AND INTERPRETATION SERVICES, RURAL COMMUNITIES OUTREACH, OUTREACH AND EDUCATION, GRANTS TRAINING AND WRITING, PUBLIC HEALTH, ENERGY DESIGN, ETC.  OUTCOMES:.

EPA_00042472

| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO MONTANA STATE UNIVERSITY (MSU). SPECIFICALLY, MSU WILL DELIVER EFFECTIVE, NO-COST TECHNICAL ASSISTANCE (TA) TO INDIVIDUALS AND ORGANIZATIONS COMMITTED TO ENERGY AND ENVIRONMENTAL JUSTICE IN REGION 8, ESPECIALLY REPRESENTATIVES OF UNDERSERVED AND OVERBURDENED GEOGRAPHIES AMONG THE REGION'S 28 FEDERALLY-RECOGNIZED TRIBES AND IN URBAN, REMOTE AND RURAL LOCATIONS. MSU MOUNTAINS AND PLAINS THRIVING COMMUNITIES COLLABORATIVE (MAPTCC) TA OFFERINGS AIM TO BUILD CAPACITY AMONG PROGRAM PARTICIPANTS IN THE AREAS OF THE ABILITY TO SUCCEED IN GRANT APPLICATION AND MANAGEMENT PROCESSES, UNDERSTANDING OF FUNDING SOURCES AND GRANT REQUIREMENTS, AND THE ABILITY TO PARTICIPATE AND ENGAGE EFFECTIVELY IN ENVIRONMENTAL AND ENERGY JUSTICE DECISION-MAKING. ACTIVITIES:THE ACTIVITIES INCLUDE:<br><br>(1) CONDUCTING OUTREACH, MARKETING AND RECRUITMENT THROUGH THE MANAGEMENT OF WEBSITE, SOCIAL MEDIA AND OTHER MARKETING TOOLS AND IN-PERSON ENGAGEMENTS; (2) PROVIDING NETWORKING AND COORDINATION WITHIN THE BROADER TCTAC AND REGIONAL TA PROFESSIONAL COMMUNITIES; (3) DIRECT COMMUNITY RESOURCE AND ENGAGEMENT SERVICES SUCH AS PROVIDING GENERAL INFORMATION, COORDINATION AND PLANNING CAPACITY, DEVELOPING AND SUPPORTING THE USE OF CUSTOMIZED PRODUCTS SUCH AS READINESS ASSESSMENTS AND FUNDING STRATEGIES, REFERRALS TO TRAINING PROGRAMS AND TA SERVICES, MENTORSHIP AND ENCOURAGEMENT, AND SUPPORT FOR FACILITATING MEETINGS AND PEER NETWORKING INCLUDING TRANSLATION, INTERPRETATION AND ACCESSIBILITY SERVICES; (4) MAINTENANCE OF A DIGITAL RESOURCE CENTER WHICH SERVES AS A PARTICIPANT DATABASE SYSTEM AND COMMUNICATIONS BACKBONE; (5) DEVELOPMENT AND DELIVERY OF CAPACITY-BUILDING TRAINING PROGRAMS; (6) THE DELIVERY OF SPECIALIZED SUPPORT TO PROGRAM PARTICIPANTS THROUGH CUSTOM WORKSHOPS AND CONSULTATIONS BY SUBJECT MATTER AND TECHNICAL EXPERTS IN THE AREAS OF COMMUNITY DEVELOPMENT, ENVIRONMENTAL AND ENERGY JUSTICE, AND CLEAN ENERGY DEVELOPMENT, AND (7) PROJECT MANAGEMENT, EVALUATION AND REPORTING. SUBRECIPIENT:ACTIVITIES INCLUDE PROVIDING TECHNICAL ASSISTANCE TO REGION 8 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED | 6/14/2024 |
|---|---|

EPA_00042473

ACTIVITIES.

TOTAL SUMS FOR YEARS 1 - 5:
COLORADO STATE UNIVERSITY: $1,942,682.00
CENTER FOR SOCIAL CREATIVITY: $1,003,691.00
ALLIANCE FOR TRIBAL CLEAN ENERGY:
$1,400,022.00
UNIVERSITY OF WYOMING: $1,027,541.00
UTAH STATE UNIVERSITY:
$1,009,011.00OUTCOMES:THE ANTICIPATED
DELIVERABLES INCLUDE A PUBLIC-FACING
WEBSITE, AS WELL AS THE ABILITY TO MAKE
REQUESTS AND INQUIRIES VIA TEXT, PHONE AND
EMAIL; A DIGITAL RESOURCE CENTER SERVING
GRANT ANNOUNCEMENTS, MODULAR
TRAININGS, AND CUSTOMIZED PORTFOLIOS FOR
PROGRAM PARTICIPANTSMDASH;AND
ASSOCIATED DATASETS OF PARTICIPANT AND
PROVIDER CONTACTS; ORGANIZATIONAL
FUNDING AND SUSTAINABILITY PLANS FOR
PROGRAM PARTICIPANTS.

THE EXPECTED OUTCOMES INCLUDE
INCREASING PROGRAM PARTICIPANTS',
PARTICULARLY UNDERSERVED AND
RURAL/REMOTE COMMUNITIES, ACCESS TO AND
AWARENESS OF GRANT OPPORTUNITIES,
KNOWLEDGE OF THE GRANT APPLICATION AND
MANAGEMENT PROCESS, UNDERSTANDING OF
FINANCING SOURCES AND GRANT
REQUIREMENTS, AND THE ABILITY TO
PARTICIPATE AND ENGAGE IN ENVIRONMENTAL
AND ENERGY JUSTICE DECISION-MAKING.
EXPECTED OUTCOMES OF THIS PROGRAM ARE
THE INCREASED CAPACITY IN TO ADVANCE AND
ADDRESS ENVIRONMENTAL AND ENERGY
JUSTICE ISSUES ACROSS REGION 8. THIS WILL
LEAD TO PROGRESS TOWARDS ACHIEVING THE
OBJECTIVES OF EXECUTIVE ORDERS 13985, 14008,
14091 AND 14096.

THE INTENDED BENEFICIARIES IN REGION 8
INCLUDE BUT ARE NOT LIMITED TO: NONPROFIT
ORGANIZATIONS; COMMUNITY-BASED AND
GRASSROOTS ORGANIZATIONS; PHILANTHROPIC
AND CIVIC ORGANIZATIONS; UNDERSERVED
COMMUNITIES AND ORGANIZATIONS; RURAL
AND REMOTE COMMUNITIES AND
ORGANIZATIONS; FAITH-BASED ORGANIZATIONS
AND CHURCHES; EDUCATIONAL INSTITUTIONS
(E.G., SCHOOLS, COLLEGES, AND UNIVERSITIES),
INCLUDING MINORITY SERVING INSTITUTIONS;
INDIVIDUALS OF UNDERSERVED COMMUNITIE

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO APPALACHIAN VOICES. THE RECIPIENT WILL CREATE A COMPREHENSIVE FRAMEWORK KNOWN AS THE COAL COMMUNITY RESILIENCE PLANNING MODEL AND TOOLKIT. THIS MODEL AND TOOLKIT WILL SERVE AS AN ADAPTABLE GUIDE FOR FIVE COAL COMMUNITIES IN VIRGINIA TO NAVIGATE AND RESPOND TO THE MULTIFACETED CHALLENGES POSED BY ECONOMIC SHIFTS, ENVIRONMENTAL CONCERNS, AND THE NEED TO PLAN FOR CLIMATE CHANGE. ACTIVITIES:THE FOLLOWING ACTIVITIES WILL BE PERFORMED: ORGANIZE GOVERNMENT LEADS AND CORE COMMUNITY STAKEHOLDERS, NURTURE COMMUNITY ENGAGEMENT AND DEVELOP RESILIENCE MAPS, ENCOURAGE COMMUNITY PROJECT IDEATION AND PLAN DEVELOPMENT, DEVELOP COMMUNITY PROJECT SUSTAINABILITY PLANS, MEASURE AND SUSTAIN IMPACT, AND DEVELOP ENVIRONMENTAL JUSTICE ADVOCATES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE FOLLOWING: A COLLABORATIVE DECISION-MAKING PROCESS; 200+ COMMUNITY MEMBERS ENGAGED; 5 COMMUNITY RESILIENCE MAPS; 5 COMMUNITY-BASED PROJECT DESIGNS; PROJECT PREDEVELOPMENT CONSULTING; 12 EDUCATION WEBINARS ON CLIMATE/RESILIENCE TOPICS; 20 NEW EJ LEADERS DEVELOPED; SKILLS AND METRICS DEVELOPED TO MEASURE IMPACT; THE DEVELOPMENT OF COAL COMMUNITIES RESILIENCE TOOLKIT; ENGAGEMENT IN THE EJ PROCESSES AND RULEMAKING EFFORTS; COALFIELD RESILIENCE; AND THE DEVELOPMENT OF A COMMUNITY FEEDBACK FORM. | 3/19/2024 |
| THE EXPECTED OUTCOMES INCLUDE THE FOLLOWING: THE CREATION OF CORE PARTNERSHIP ACCOUNTABILITY AND ORGANIZATIONAL STRUCTURE; HOSTING 2 LISTENING SESSIONS IN EACH LOCALITY; ACTIVATING 50 STAKEHOLDERS; BOLSTERING THE COMMUNITY BUY-IN PROCESS; STRATEGIC PROJECT IMPLEMENTATION; COMPLETING 5 RESILIENCE PROJECTS; INCREASING LOCAL COLLABORATIVE STRATEGIES; AND ENCOURAGING PARTICIPATION IN REGULATORY/POLICY OPPORTUNITIES. | |
| THE INTENDED BENEFICIARIES ARE CITIZENS, LOCAL GOVERNMENT LEADERS, FUNDERS, POLICY MAKERS, REGIONAL ECONOMIC DEVELOPMENT GROUPS, AND EJ ORGANIZATIONS. | |

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES. THE RECIPIENT PROJECT IS FOCUSED ON THE BAYVIEW-HUNTERS POINT COMMUNITY OF SAN FRANCISCO CA. THE IMMEDIATE OUTCOME OF THIS TWO-YEAR INITIATIVE WILL BE THE DEVELOPMENT OF AN ENVIRONMENTAL JUSTICE POLICY PLATFORM, GROUNDED IN THE NEIGHBORHOOD'S OWN LIVED EXPERIENCES AND COMMUNITY SCIENCE - DOCUMENTATION AND MAPPING OF ENVIRONMENTAL TOXIC EXPOSURES AND ADVERSE HEALTH EFFECTS TO PAST AND PRESENT RESIDENTS AND WORKERS, BUILDING AN ACCESSIBLE LIBRARY OF LOCAL ENVIRONMENTAL ISSUES, POTENTIAL MITIGATION MEASURES, AND SUBSTANTIVE POLICY CHANGES. THE PROJECT CONNECTS MULTIPLE COMMUNITY-LED EFFORTS INTO A LARGER, COHESIVE PROGRAM OF POLLUTION REDUCTION, PUBLIC HEALTH ADVOCACY, AND NEIGHBORHOOD EMPOWERMENT. A MAJOR RESULT OF THE PROGRAM WILL BE THE DEVELOPMENT OF NEW CADRES OF TRAINED AND EXPERIENCED COMMUNITY ENVIRONMENTAL HEALTH ACTIVISTS, INCLUDING YOUTH ADVOCATES.

THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COSTS HAVE BEEN APPROVED BACK TO 3/1/2024.


ACTIVITIES:THE ACTIVITIES INCLUDE HIRING A PROGRAM COORDINATOR, COMPLETE MOU'S WITH COLLABORATIVE PARTNERS, DEVELOP TRAINING MATERIALS FOR STAFF, PREPARE FOR PROGRAM LAUNCHES AND DESIGN YOUTH TRAININGS.
SUBRECIPIENT:3RD STREET YOUTH CENTER AND CLINIC, WILL ESTABLISH A YOUTH ADVOCATES PROGRAM UNDER THIS INITIATIVE, TRAINING AND MENTORING OUR NEXT GENERATION OF COMMUNITY LEADERS, GIVING THEM A FOUNDATION OF SKILLS IN ADVOCACY, DATA ANALYSIS, AND COMMUNITY OUTREACH. WE WILL CO-DEVELOP ENVIRONMENTAL JUSTICE AND POLICY CURRICULA, STRATEGIZE INTERVENTIONS, DRAFT EVIDENCE-BASED POLICY RECOMMENDATIONS, AND JOINTLY DEVELOP EDUCATIONAL MATERIALS TO SUPPORT LASTING COLLABORATION AMONG THE PARTNERS.

SF BAY PHYSICIANS FOR SOCIAL RESPONSIBILITY WILL LEAD AND SUPPORT A SERIES OF TRAININGS ON VARIOUS TOPICS INCLUDING PUBLIC HEALTH IMPACTS OF EXPOSURES AND HOW TO INTERPRET DATA. THEY WILL CREATE EDUCATIONAL MATERIALS | 3/27/2024 |

| | |
|---|---|
| BASED ON THE PUBLIC HEALTH IMPACTS OF EXPOSURES FOUND THROUGH GROUND TRUTHING AND ANY INFORMATION RESULTED IN THE AB 617 PROCESS.<br>OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE SIGN IN SHEERS, TRAINING MATERIALS, MEETING REPORTS, POLICY PROPOSALS, DRAFT ARC GIS MAP AND UPDATED DATA FINDINGS.<br><br>THE EXPECTED OUTCOMES INCLUDE INCREASE IN COMMUNITY CAPACITY AND ACCESS TO POLICY MAKING TOOLS, SECC AND YOUTH CURRICULUM IMPLEMENTED. TOXIC INDEX DATA COLLECTED AND ANALYZED, YOUTH PROGRAM PRESENTS DATA ANALYSIS TO SECC AND AB617 STEERING COMMITTEE. SECC AND YOUTH INTERACT WITH STATE REPRESENTATIVES THROUGH STATE LEGISLATIVE DAY AND PRESENT CONCERNS AND POLICY IDEAS, AND INCREASED COMMUNITY CAPACITY IN POLICY ADVOCACY AND KNOWLEDGE IN ENVIRONMENTAL JUSTICE. UPDATED TOXIC INDEX DATA. DEVELOPED COORDINATION AND STRENGTHENED RELATIONSHIPS WITH PROJECT PARTNERS, AB 617 CSC, STATE LEGISLATORS AND THE D10 SUPERVISORS' OFFICE.<br><br>THE INTENDED BENEFICIARIES INCLUDE THE COMMUNITY OF THE BAY VIEW HUNTERS POINT. | |
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO NUEVA ESPERANZA, INC. THE RECIPIENT AND ITS PARTNERS IN THE HUNTING PARK COMMUNITY-LED CLIMATE RESILIENCE AND EMPOWERMENT PROJECT WILL BUILD THE CAPACITY OF RESIDENTS, LEADERS AND NEIGHBORHOOD INFRASTRUCTURE TO IMPROVE THE CLIMATE RESILIENCY OF THE HUNTING PARK (HP) NEIGHBORHOOD IN PHILADELPHIA, PA, AGAINST THE DISPROPORTIONATE HEALTH AND ECONOMIC IMPACTS OF HEAT IN THE COMMUNITY.<br><br>ACTIVITIES:THE ACTIVITIES INCLUDE BUILDING TREE COVER; TRAININGS FOR COMMUNITY MEMBERS; DISTRIBUTING EXTREME HEAT MITIGATION TRAINING AND TOOLS TO RESIDENTS; FACILITATING COMMUNITY DIALOGUE; FORMALIZING A COMMUNITY-DRIVEN ENVIRONMENTAL POLICY PLATFORM; AND COMPLETING A HEALTH IMPACT ASSESSMENT.<br><br>SUBRECIPIENT:HUNTING PARK GREEN WILL RECEIVE A SUBAWARD OF $75,051 TO COLLABORATE ON OUTREACH; CO-MANAGE TREE STEWARDSHIP AND TRAINING; AND FACILITATE COMMUNITY CONVERSATIONS. AS I PLANT THE SEED WILL RECEIVE A SUBAWARD OF $57,099 TO COLLABORATE ON OUTREACH AND FACILITATE COMMUNITY CONVERSATIONS. | 4/8/2024 |

EPA_00042477

HUNTING PARK NEIGHBORHOOD ADVISORY COMMITTEE WILL RECEIVE A SUBAWARD OF $53,007 TO LEAD WEATHERIZATION TRAINING. HUNTING PARK COMMUNITY SOLAR INITIATIVE WILL RECEIVE A SUBAWARD OF $35,979 TO DELIVER SOLAR PANEL INSTALLATION TRAINING TO HP RESIDENTS. PENNSYLVANIA HORTICULTURAL SOCIETY WILL RECEIVE A SUBAWARD OF $42,000 TO DELIVER TREES, TREE PLANTINGS AND MAINTENANCE TRAINING; AND PROVIDE INSIGHTS ON ENVIRONMENTAL IMPACT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ADDITIONAL TREES IN HP; TRAININGS IN TREE MAINTENANCE, CLIMATE CHANGE, COMMUNITY ORGANIZING, HEAT SAFETY, AND SOLAR PANEL INSTALLATION; DISTRIBUTION OF COOLING KITS AND INSTALLED AIR CONDITIONERS WITH WEATHERIZATION KITS AND WORKSHOPS; HP CLIMATE JUSTICE PLATFORM; HEALTH IMPACT ASSESSMENT TO GAUGE EXISTING HEALTH DISPARITIES AND SPECIFIC HEALTH CHALLENGES; AND INSIGHTS GAINED FOR NEIGHBORHOODS ENGAGING IN COMMUNITY-DRIVEN CLIMATE CHANGE. THE EXPECTED OUTCOMES INCLUDE VIABLE TREE CANOPY; INCREASED COMMUNITY KNOWLEDGE AND COMMUNITY SKILLS; IMPROVED BLOCK-LEVEL AND HOUSING HVAC CONDITIONS AND INDOOR AIR QUALITY; AND DECREASED RATES OF HEAT STROKE, HEAT EXHAUSTION AND ASTHMA. OTHER OUTCOMES INCLUDE INCREASED COMMUNITY COHESION; IMPROVED LEVERAGING OF CITY-PRIVATE RESOURCES; GRADUAL REDUCTION IN THE NEIGHBORHOOD HEAT INDEX; AND MODELING FOR OTHER CLIMATE VULNERABLE NEIGHBORHOODS. THE INTENDED BENEFICIARIES INCLUDE CURRENT AND FUTURE RESIDENTS OF HUNTING PARK.

| DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $500,000 TO SUPPORT COMPLIANCE OF THE CLEAN AIR ACT FOR THE PARKS ALLIANCE OF LOUISVILLE, INC.  THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE PARKS ALLIANCE OF LOUISVILLE. THE RECIPIENT WILL ACTIVELY ENGAGE RESIDENTS OF LOUISVILLE'S CALIFORNIA NEIGHBORHOOD IN THE PLANNING, PROGRAMMING, AND STEWARDSHIP OF THE NEW 20-ACRE ALBERTA O. JONES PARK.ACTIVITIES:THE ACTIVITIES INCLUDE HIRING A PARK SUPERINTENDENT TO OVERSEE THE STEWARDSHIP AND ONGOING PROGRAMMING OF THE NEWLY BUILT ALBERTA O. JONES PUBLIC PARK, FORMING AND OPERATIONALIZING OF THE PARK COMMUNITY COUNCIL, PERFORMING A HEALTH IMPACT ASSESSMENT (HIA), CONDUCTING COMMUNITY OUTREACH EVENTS, SURVEYING RESIDENTS' EXPERIENCE, ACQUISITION OF SMALL PARCELS OF LAND FOR PHASE II OF ALBERTA O. JONES PUBLIC PARK, INCORPORATING PLANNING AND ENGINEERING BEST PRACTICES TO MITIGATE RISK OF EXPOSURE TO FLOODING AND CSOS (COMBINED SEWER OVERFLOWS).SUBRECIPIENT:SUBAWARD ACTIVITIES INCLUDE PROVIDING STAFF AND ORGANIZATIONAL EXPERIENCE, CONDUCTING A HEALTH IMPACT ASSESSMENT (LMPHW CENTER FOR HEALTH EQUITY) AND DISSEMINATING THE INFORMATION TO THE APPROPRIATE AUDIENCES, FACILITATING PUBLIC COMMUNITY-ENGAGEMENT WORKSHOPS (BRIGHTSIDE FOUNDATION; BERNHEIM ARBORETUM AND RESEARCH FOREST) WHICH INCLUDE PROVIDING GARDENING MATERIALS, EDIBLE GARDEN EDUCATION, RAIN-GARDEN EDUCATION, TREE-PLANTING; EDUCATE COMMUNITY MEMBERS ABOUT THEIR IMPORTANCE IN MITIGATING FLOODING AND OTHER CLIMATE IMPACTS, CONDUCTING A BIODIVERSITY STUDY OF THE PARK, MEASURING THE IMPACT OF THE ADDITION OF NATIVE PLANTS AND TREES IN ATTRACTING BIODIVERSE SPECIES TO A NEIGHBORHOOD DESIGNATED AS AN URBAN HEAT ISLAND; CONSULT ON THE DESIGN AND DEVELOPMENT OF AN AG INNOVATION HUB AT ALBERTA O. JONES PARK, WORKING IN COLLABORATION WITH YOUTHBUILD TO TRANSFORM ABOUT TWO ACRES OF THE PARK INTO AN AGRICULTURAL HUB AND JOB TRAINING SITE FOR YOUTH INTERESTED IN CAREERS IN PARKS AND URBAN FARMING.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE CREATION AND DISSEMINATION OF A REPORT TO SHARE THE FINDINGS OF THE HIA, FEEDBACK FROM 150+ RESIDENTS FOR THE DESIGNING AND PROGRAMMING OF PHASE 2 OF THE PARK, SHARED RESOURCES AND INFORMATION TO RESIDENTS FROM 7 COMMUNITY PARTNERS, | 4/27/2024 |
|---|---|

RECRUITMENT AND TRAINING OF A PARK
SUPERINTENDENT, CONDUCTION OF 4 PARK
COMMUNITY COUNCIL MEETINGS, AND
SECURING FEMA APPROVAL FOR PHASE 2 OF THE
PARK CONSTRUCTION IN COMPLIANCE WITH
HAZARD MITIGATION GRANT STANDARDS.
THE EXPECTED OUTCOMES INCLUDE INCREASED
ENGAGEMENT OF THE COMMUNITY IN
IDENTIFYING CORE STRATEGIES THROUGH
WHICH PARK DESIGN AND PROGRAMMING THAT
CAN IMPACT RESIDENTS' MENTAL HEALTH AND
WELLBEING (GOAL = 150); INCREASED NUMBER
OF RESIDENTS THAT ARE AWARE OF THE RISKS
ASSOCIATED WITH EXPOSURE TO CSOS AND
FLOODING DRIVEN BY INCREASED FREQUENCY
AND INTENSITY OF RAIN EVENTS (GOAL = 150);
PILOTING OF A COMMUNITY-DRIVEN PARK
PLANNING AND STEWARDSHIP MODEL THAT CAN
BE REPLICATED IN OTHER LOUISVILLE PUBLIC
PARKS - PARTICULARLY THOSE IN
HISTORICALLY UNDERSERVED AND
DISADVANTAGED NEIGHBORHOODS; PROVIDING
INFORMATION TO THE COMMUNITY, DECISION-
MAKERS, AND OTHER STAKEHOLDERS ABOUT
THE POTENTIAL BENEFICIAL AND ADVERSE
IMPACTS TO MENTAL HEALTH THAT MAY
RESULT FROM THE TRANSFORMATION OF
VACANT/ABANDONED PROPERTY IN THE
CALIFORNIA NEIGHBORHOOD INTO A NEW
PUBLIC PARK (GOAL = 2 GOVERNMENT
PARTNERS, 1 HEALTHCARE SYSTEM, 1 PUBLIC
HEALTH ORGANIZATION, AND 2 UNIVERSITIES);
CREATE LEARNING OPPORTUNITIES FOR
RESIDENTS - INCLUDING YOUTH - THAT
LEVERAGE PARK INFRASTRUCTURE AND
PROGRAMMING TO PROMOTE COMMUNITY
EMPOWERMENT, HEALTH, AND WELLBEING;
PRODUCTIVELY USE 20 ACRES OF
VACANT/ABANDONED PROPERTY AS A NEW
PUBLIC PARK IN THE CALIFORNIA
NEIGHBORHOOD THAT SERVES AS A
RECREATIONAL, CULTURAL, AND SOCIAL HUB -
PLANNED, PROGRAMMED, AND STEWARDED BY
THE RESIDENTS; PROVIDING INFORMATION TO
THE COMMUNITY, DECISION-MAKERS, AND
OTHER STAKEHOLDERS ABOUT THE POTENTIAL
BENEFICIAL AND ADVERSE IMPACTS

| | 4/29/2024 |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO EARTH CARE INTERNATIONAL.  SPECIFICALLY, THE RECIPIENT WILL PARTNER WITH THE CITY AND COUNTY OF SANTA FE, THE SANTA FE PUBLIC SCHOOL DISTRICT, THE HEALTH EQUITY PARTNERSHIP, MAINSTREET NEW MEXICO, AND THE SOUTHSIDE BUSINESS COUNCIL TO CONDUCT A COMMUNITY-LED HEALTH ASSESSMENT FOR THE SOUTHSIDE OF SANTA FE USING THE COLLABORATIVE PROBLEM-SOLVING FRAMEWORK TO DEVELOP CONCRETE URBAN PLANNING, LOCAL POLICY, AND COMMUNITY-DRIVEN DEVELOPMENT SOLUTIONS TO THE ENVIRONMENTAL JUSTICE AND PUBLIC HEALTH CHALLENGES FACING THE AREA. THEY WILL USE A HEALTH IMPACT ASSESSMENT TO ESTABLISH A FOUNDATION FOR CUMULATIVE IMPACTS ASSESSMENT WHILE CONSIDERING LAND-USE DEVELOPMENT PROPOSALS. THEY WILL ALSO CONDUCT A CITIZEN-SCIENCE AIR-MONITORING PROJECT FOCUSED ON EMISSIONS FROM AN ASPHALT PLANT TO EMPOWER STUDENTS AND RESIDENTS IN THE AREA WITH DATA TO INFORM COMMUNITY ADVOCACY EFFORTS. THESE COMPLEMENTARY PROJECTS WILL ENGAGE PUBLIC INSTITUTIONS, BUSINESS LEADERS, DECISION-MAKERS, AND THOUSANDS OF YOUTHS AND FAMILIES IN COLLABORATIVE PROBLEM-SOLVING AND PUBLIC POLICY DEVELOPMENT. THE EXPECTED OUTCOME OF THE COMMUNITY-DRIVEN ASSESSMENT PROJECT WILL BE POLICY AND COMMUNITY DEVELOPMENT DIRECTIVES DEVELOPED BY DIVERSE STAKEHOLDERS TO FOSTER ENVIRONMENTAL JUSTICE, IMPROVE COMMUNITY HEALTH, AND BUILD LONG-TERM RESILIENCE IN THE FACE OF CLIMATE CHANGE.ACTIVITIES:THE ACTIVITIES INCLUDE THREE CIVIC ENGAGEMENT PROCESSES TO GENERATE COMMUNITY-DRIVEN SOLUTIONS TO COMMUNITY HEALTH, ENVIRONMENTAL AND DEVELOPMENT CONCERNS THAT HAVE BEGUN TO BE ARTICULATED IN RESPONSE TO THE PROPOSED EXPANSION OF AN ASPHALT PLANT IN THE AREA. THE FIRST PROCESS AND OVERARCHING FRAMEWORK IS THE COLLABORATIVE PROBLEM-SOLVING PROCESS TO FULLY INVEST COMMUNITY-LED SOLUTION BUILDING TO MITIGATE THE POLLUTION AND OTHER CHALLENGES IN THE AREA AND BUILD A MORE RESILIENT COMMUNITY. THE SECOND PROCESS IS THE HEALTH IMPACT ASSESSMENT WHICH WILL ENGAGE THE COMMUNITY AROUND THE QUESTION OF HOW CUMULATIVE IMPACTS ANALYSIS REQUIREMENTS IN DEVELOPMENT AND PERMITTING PROCESSES MIGHT SUPPORT THE COMMUNITY'S ENVIRONMENTAL JUSTICE VISION AND GOALS. THE THIRD IS AN AIR QUALITY MONITORING COMPONENT DESIGNED | |

EPA_00042481

TO CONTRIBUTE TO THE PROJECT'S LEADERSHIP DEVELOPMENT, INFORMATION GATHERING, AND SOLUTION-GENERATION OBJECTIVES. THE ACTIVITIES INCLUDE, FORMING THE PROJECT TEAM, DEVELOPING TRAININGS AND TRAINING COMMUNITY LEADERS, DEVELOPING AN ENGAGEMENT PLAN, CONDUCTING OUTREACH FOR SCREENING AND SCOPING PROCESSES, ESTABLISHING FIVE AIR MONITORING SITES AND MONITORING AIR QUALITY, CONDUCTING HEALTH IMPACT ANALYSIS, REPORTING FINDINGS, AND DEVELOPING RECOMMENDATIONS AND AN ACTION PLAN.SUBRECIPIENT:AS DESCRIBED IN THE PROPOSAL, THE SUBAWARD WILL BE MADE TO THE HEALTH EQUITY PARTNERSHIP (HEP) FOR THEIR WORK TO GUIDE THE HEALTH IMPACT ASSESSMENT (HIA) IN DESIGN AND IMPLEMENTATION THROUGH TRAINING AND TECHNICAL ASSISTANCE INCLUDING GRAPHIC RECORDING AND DOCUMENTATION, EVALUATION, AND REPORT PRINTING . THE SUBAWARD BUDGET INCLUDES FOUR ALL-DAY TRAININGS WITH TIME COSTS FOR THE TRAINERS TO PREPARE AND EXECUTE THE TRAINING, GRAPHIC RECORDING FOR EACH, AND THE COST OF TRAINING MATERIALS.  OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TWENTY YOUTH AND PARENT LEADERS TRAINED IN COMMUNITY HEALTH ASSESSMENT AND AIR QUALITY MONITORING, TEN TECHNICAL TRAININGS ON COLLABORATIVE PROBLEM-SOLVING MODEL, HEALTH IMPACT ANALYSIS ASSESSMENT, CUMULATIVE IMPACTS ASSESSMENT, CITIZEN SCIENCE REPORTS, AIR QUALITY MONITORING, AND DATA AND EVALUATION FOR PROJECT TEAM INCLUDING STAFF, STAKEHOLDER PARTNERS, YOUTH AND PARENT PROJECT LEADERS, AND TEACHERS. ADDITIONALLY, FIVE-HUNDRED RESIDENTS WILL BE REACHED THROUGH CANVASSING AND COMMUNITY MEETINGS TO ENGAGE NEIGHBORHOOD RESIDENTS, FIVE MONITORING SITES WILL BE ESTABLISHED, FIVE TEACHERS WILL BE GIVEN TECHNICAL TRAINING AND ENGAGED IN CURRICULUM DEVELOPMENT AND SE

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS. SPECIFICALLY, THE RECIPIENT WILL FUND A FULLTIME PROJECT MANAGER TO PLAN, PARTNER, AND COLLABORATE TO IMPLEMENT THE PROPOSED INDIGENOUS COMMUNITY GARDEN. THE GARDEN, LOCATED IN GOLDEN GATE PARK WITHIN SAN FRANCISCO, IS A NATIVE-LED PARTNERSHIP BETWEEN THE FRIENDSHIP HOUSE ASSOCIATION, THE ASSOCIATION OF RAMAYTUSH OHLONE, THE CULTURAL CONSERVANCY, AND SAN FRANCISCO RECREATION AND PARKS DEPARTMENT. THE COMMUNITY GARDEN SPACE CENTERS ITSELF AROUND TRADITIONAL INDIGENOUS ECOLOGICAL KNOWLEDGE, THE CORNERSTONE OF REGENERATIVE AGRICULTURE. PROJECT WORK WILL INCLUDE PLANNING AND PREPARATION WORK INCLUDING COLLABORATION WITH THE SAN FRANCISCO RECREATION AND PARKS DEPARTMENT TO ENSURE CITY COMPLIANCE, DEVELOPMENT AND IMPLEMENTATION OF THE GARDEN PLANS WITHIN THE ALLOTTED PARCEL USING PARTNER AND COMMUNITY FEEDBACK ALIKE, GARDEN ESTABLISHMENT, AND DEVELOPMENT OF ONGOING EDUCATION AND OUTREACH PROGRAMMING. ONCE OPERATIONAL, THE INDIGENOUS COMMUNITY GARDEN WILL PROVIDE SAN FRANCISCO'S NATIVE COMMUNITY WITH TRAINING AND EDUCATION ON HOW TO MANAGE NATIVE LANDSCAPES, A CEREMONIAL SPACE WITHIN THE CITY, AND INCREASE KNOWLEDGE ABOUT PREPARATION, AND CONSUMPTION OF HEALTHY FIRST FOODS. THROUGHOUT THE PROJECT PERIOD FRIENDSHIP HOUSE ASSOCIATION WILL WORK TO FURTHER BROADEN COMMUNITY CONNECTIONS AND CREATE NEW PARTNERSHIPS THROUGH THEIR WORK ON THE INDIGENOUS COMMUNITY GARDEN. FINAL EVALUATIONS AND REVIEWS WITHIN THE PROJECT PERIOD WILL ALLOW FRIENDSHIP HOUSE ASSOCIATION AND THEIR PARTNERS THE ABILITY TO ENSURE LONG-TERM GARDEN SUSTAINABILITY AND CREATE A ROADMAP FOR LONG-LASTING PARTNERSHIPS AND COLLABORATIVE EFFORTS. ACTIVITIES:THE ACTIVITIES IN THIS PROJECT INCLUDE ESTABLISHING AND MAINTAINING NEW COLLABORATIVE TRIBAL, GOVERNMENT, OTHER PARTNERSHIPS, PLANNING AND PREPARATION OF THE PROJECT SCOPE, INITIAL DEVELOPMENT INCLUDING ALL RELEVANT PERMITTING ACTIVITIES, OVERALL GARDEN ESTABLISHMENT, AND ONGOING GARDEN OPERATIONS AND OPTIMIZATION. IN YEAR 1 COMMUNITY STAKEHOLDERS AND PARTNERS WILL BE IDENTIFIED AND ENGAGED TO HELP DESIGN THE OVERALL PROJECT AND PROVIDE INPUT THROUGHOUT THE LIFE OF THE PROJECT. THE APPROPRIATE PERMITS WILL BE IDENTIFIED AND | 4/29/2024 |

APPLIED FOR AND, AS A PARTNER, THE CITY OF SAN FRANCISCO WILL ALSO OVERSEE THE CEQA PROCESS AND HOLD COMMUNITY MEETINGS RELATED TO THE PROJECT. BASIC SITE PREPARATION WILL BE DONE DURING THE FIRST YEAR AS WELL, OVERSEEN BY THE PROJECT MANAGER FUNDED VIA THIS COOPERATIVE AGREEMENT. IN YEAR 2, THE GARDEN WILL BE ESTABLISHED. PLANT SPECIES, TRADITIONAL FOODS, AND HERBAL PLANTS FOR CULTIVATION WILL BE SELECTED IN PARTNERSHIP WITH THE ASSOCIATION OF RAMAYTUSH OHLONE AND CULTURAL CONSERVANCY. IN ADDITION, DESIGN AND IMPLEMENTATION FOR A LAND BASED HEALING PROGRAM AND AN EDUCATION AND OUTREACH PROGRAM FOR FRIENDSHIP HOUSE RESIDENTS AND MEMBERS OF THE PUBLIC WILL OCCUR, IN COLLABORATION WITH PROJECT PARTNERS. IN YEAR 3, OVERALL PROJECT IMPLEMENTATION WILL OCCUR. THE FINAL YEAR WILL BE USED TO TRACK AND RECORD THE FARMS PROGRESS AND GROWTH, ALLOW FOR IMPLEMENTATION OF THE HEALING AND EDUCATIONAL PROGRAMS, AND A FINAL ASSESSMENT OF PROJECT SUSTAINABILITY WILL BE MADE IN ADDITION TO A PLAN FOR SUSTAINING FUTURE OPERATIONS PAST THE LENGTH OF THIS COOPERATIVE AGREEMENT. OVER THE COURSE OF THE ENTIRE PROJECT PERIOD THE PROJECT MANAGER WILL STRIVE TO CREATE NEW AND LONG-LASTING COLLABORATIVE PARTNERSHIPS THROUGH MONTHLY STAKEHOLDER MEETINGS, CREATING AN INTERNAL FRAMEWORK FOR EVALUATING AND SUSTAINING LONG-TERM PARTNERSHIPS, AND DEVELOPING A RECOGNITION PROGRAM TO ACKNOWLEDGE SIGNIFICANT CONTRIBUTIONS FROM PARTNERS.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE FORMAL STAKEHOLDER PARTNERSHIPS WITH THE LISTED PROJECT PARTNERS, DOCUMENTATION OF STAKEHOLDER INPUT GAINED THROUGH WEBINARS, LISTENING SESSIONS, AND COMMUNITY MEETINGS HELD THROUGHOUT THE PRO

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO OREGON COAST VISITORS ASSOCIATION. THE RECIPIENT WILL PERFORM WORK TO EXPAND EQUITABLE AND INCLUSIVE MOVEMENT TO AND ALONG THE OREGON COAST. THE GRANT AIMS TO REDUCE THE NATURE GAP OBSERVED IN THE PORTLAND METRO, SALEM, AND EUGENE AREAS, REDUCE BARRIERS AND INCREASE FEELINGS OF SAFETY FOR DISADVANTAGED COMMUNITIES VISITING THE OREGON COAST, DECREASE WORKFORCE TRAFFIC AND BURDEN, AND DECREASE TRAFFIC CONGESTION AND AIR POLLUTION AT HIGHLY VISITED COASTAL DESTINATIONS.ACTIVITIES:THE ACTIVITIES INCLUDE DEVELOPING SOCIAL, ENVIRONMENTAL, FINANCIAL, AND TECHNICAL STRATEGIES TO ASSESS THE CRITICAL POINTS OF TECHNICAL AND SOCIAL INFRASTRUCTURE NEEDED FOR EQUITABLE AND LOW IMPACT TRANSPORTATION. THE RECIPIENT WILL DEVELOP A QAPP, THEN WORK ALONGSIDE LOCAL PARTNERS TO ENGAGE COMMUNITIES IN FOCUS GROUPS. INFORMATION WILL BE GATHERED AND SYNTHESIZED INTO AN EQUITABLE AND INCLUSIVE MOVEMENT PLAN FOR THE AREA.SUBRECIPIENT:A $15,000 SUB-AWARD TO OREGON STATE UNIVERSITY'S TOURISM LAB SUPPORTS COMMUNITY ENGAGEMENT AT A DESTINATION LEVEL AND HELPS DETERMINE THE CARRYING CAPACITY OF VISITORS FOR A GIVEN CITY OR COUNTY. A $3,000 SUB-AWARD TO PORTLAND STATE UNIVERSITY CREATES A TRANSPORTATION ANALYSIS IN LINE WITH PROJECT OBJECTIVES. A $28,000 SUB-AWARD TO FORTH MOBILITY SUPPORTS TECHNICAL AND FINANCIAL ASSESSMENTS AND WORKFORCE FOCUS GROUPS.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE A MULTI-CHAPTER EQUITABLE AND INCLUSIVE MOVEMENT PLAN CREATED USING COMMUNITY-SOURCED INFORMATION. BENEFICIARIES INCLUDE THREE COMMUNITIES BURDENED BY ENVIRONMENTAL JUSTICE ISSUES RELATING TO TRANSPORTATION TO AND ALONG THE OREGON COAST: DISADVANTAGED COMMUNITIES WHO RESIDE IN THE PORTLAND METRO, SALEM, AND EUGENE AREAS WHO WISH TO VISIT THE OREGON COAST AS TOURISTS, THE TOURISM WORKFORCE WHO COMMUTE TO THEIR EMPLOYMENT ON THE OREGON COAST, AND RESIDENTS RESIDING IN CONGESTED TRAFFIC WAYS ALONG THE NORTH AND CENTRAL OREGON COAST. THE EXPECTED OUTCOMES INCLUDE REDUCING THE NATURE GAP AND PROMOTING EQUITABLE AND ACCESSIBLE TRAVEL TO THE OREGON COAST FOR VULNERABLE COMMUNITIES IN PORTLAND, SALEM, AND EUGENE; REDUCING TRANSPORTATION EMISSIONS AND IMPROVING ACCESS TO ZERO-EMISSION TRANSPORTATION | 4/30/2024 |

INFRASTRUCTURE FOR THE TOURISM WORKFORCE ON THE OREGON COAST; AND PLANNING AN EQUITABLE WAY FORWARD FOR OREGON COAST DESTINATIONS EXPERIENCING HIGH VISITATION TRAFFIC.

| | |
|---|---|
| DESCRIPTION:THE COOPERATIVE AGREEMENT PROVIDES FUNDING TO NEW HAVEN ECOLOGY PROJECT, INC. (NHEP). THE PROJECT WILL ENGAGE COMMUNITIES AND SOLVE PROBLEMS FACING THE CITY OF NEW HAVEN WITH A FOCUS ON SIX NEIGHBORHOODS IMPACTED BY ENVIRONMENTAL JUSTICE: WEST ROCK, WEST RIVER, NEWHALLVILLE, DWIGHT/DIXWELL, FAIR HAVEN, AND THE HILL. THE RECIPIENT WILL DEVELOP A GREEN JOB CORPS (GJC) CONSISTING OF OVER 100 HIGH SCHOOL STUDENTS WHO WILL BE RECRUITED FROM COMMON GROUND HIGH SCHOOL (CGHS) AND OTHER NEW HAVEN HIGH SCHOOLS TO PARTICIPATE IN AT LEAST 200 PAID ENVIRONMENTAL JUSTICE POSITIONS AS ENVIRONMENTAL JUSTICE PROBLEM SOLVERS. THROUGH THE GJC, STUDENTS WILL RECEIVE ENVIRONMENTAL JOB TRAINING AND LEADERSHIP DEVELOPMENT IN HIGH-IMPACT ROLES RELATED TO COMMUNITY ENGAGEMENT, PUBLIC EDUCATION, AND ACTION AROUND LOCAL ENVIRONMENTAL JUSTICE CHALLENGES. GJC MEMBERS WILL WORK WITH NEW HAVEN RESIDENTS TO CONTRIBUTE DIRECTLY TO IMPROVE AIR QUALITY, DECREASE CLIMATE IMPACTS, IMPROVE CLIMATE RESILIENCY, DECREASE ENVIRONMENTAL HEALTH IMPACTS, AND ASSIST IN INCREASING THE CITY OF NEW HAVEN'S CAPACITY TO PROBLEM-SOLVE ENVIRONMENTAL JUSTICE ISSUES BY LEADING COMMUNITY ENGAGEMENT EFFORTS THAT INCORPORATE ENVIRONMENTAL JUSTICE PRIORITIES INTO CITY PLANNING.ACTIVITIES:THE ACTIVITIES INCLUDE THE DEVELOPMENT OF A GREEN JOB CORPS (GJC), CONSISTING OF OVER 100 HIGH SCHOOL STUDENTS FROM COMMON GROUND HIGH SCHOOL (CGHS) AND OTHER NEW HAVEN HIGH SCHOOLS TO PARTICIPATE IN AT LEAST 200 PAID POSITIONS AS ENVIRONMENTAL JUSTICE PROBLEM SOLVERS. THE RECIPIENT WILL PROVIDE TRAINING ON ENVIRONMENTAL JUSTICE PROBLEM-SOLVING TO GJC MEMBERS, | 5/2/2024 |

EPA_00042486

DEVELOP WORKSHOPS ON ENVIRONMENTAL
JUSTICE PROBLEM-SOLVING AND
ENVIRONMENTAL JUSTICE ISSUES FOR GJC
MEMBERS, HOLD 2 ANNUAL YOUTH PROBLEM-
SOLVING SUMMITS FOR GJC MEMBERS AND
YOUTH AT PARTNERSHIP SITES, DEVELOP A GJC
TOOLKIT, PROVIDE OPPORTUNITIES FOR GJC
MEMBERS TO PRESENT THEIR RESULTS AT
URBAN PUBLIC SCHOOLS, AND ENGAGE NEW
HAVEN COMMUNITY MEMBERS IN BUILDING
ENVIRONMENTAL JUSTICE PLANS AND
COMMUNITY-BASED ENVIRONMENTAL JUSTICE
PROBLEM-SOLVING. THE RECIPIENT WILL
PROVIDE OPPORTUNITIES FOR ENGAGEMENT
WITH COMMUNITY MEMBERS THROUGH THE GJC
AND FACILITATE CLIMATE ADAPTATION AND
RESILIENCY MEASURES INCLUDING INCREASING
THE URBAN TREE CANOPY IN NEW HAVEN,
INCREASING COMMUNITY COMPOSTING
EFFORTS, REDUCING FOOD WASTE, AND
SUPPORTING URBAN
AGRICULTURE.SUBRECIPIENT:THE URBAN
RESOURCES INITIATIVE WILL PROVIDE TRAINING
AND SUPERVISION TO 36 NEW HAVEN YOUTH AS
PART OF PAID ENVIRONMENTAL JUSTICE WORK
OPPORTUNITIES; ENSURE GREEN JOB CORPS (GJC)
MEMBERS PARTICIPATE IN WORK THAT BUILDS
TOWARDS ENVIRONMENTAL JUSTICE; AND
ENGAGE IN SUPERVISOR WORKSHOPS, YOUTH
LEADERSHIP SUMMITS, PROJECT EVALUATION
EFFORTS, AND DOCUMENTATION ACTIVITIES.
THE NEW HAVEN CLIMATE MOVEMENT WILL
SUPPORT TWO PAID INTERNS IN EACH OF THE
FIVE NEW HAVEN PUBLIC SCHOOLS WHO WILL
ACT AS YOUTH CLIMATE ACTION INTERNS.
THESE INTERNS WILL ENGAGE OTHER STUDENTS,
TEACHERS, FAMILIES, AND RESIDENTS IN
PLANNING CLIMATE PROJECTS FOCUSED ON
GREENHOUSE REDUCTION AND PUBLIC HEALTH
IMPROVEMENTS; ORGANIZE PUBLIC EDUCATION
TO INCREASE SUPPORT FOR CLIMATE CHANGE
ACTION; AND EVALUATE AND REPORT ON THE
IMPACT OF THESE PROJECTS. NAPPESOUL, INC.
WILL PROVIDE TRAINING AND SUPERVISION TO
9-18 NEW HAVEN YOUTH AS PART OF PAID
ENVIRONMENTAL JUSTICE WORK
OPPORTUNITIES FOCUSED ON SUSTAINABLE
GARDENING; ENSURE GJC MEMBERS ARE
ENGAGED IN WORK THAT BUILDS
ENVIRONMENTAL JUSTICE AND ENGAGES
COMMUNITY MEMBERS MOST IMPACTED BY
FOOD INSECURITY; AND ENGAGE IN SUPERVISOR
WORKSHOPS, YOUTH LEADERSHIP SUMMITS,
PROJECT EVALUATION EFFORTS, AND
DOCUMENTATION ACTIVITIES.
HAVEN'S HARVEST WILL PROVIDE TRAINING
AND SUPERVISION TO 6-12 NEW HAVEN YOUTH
AS PART OF PAID ENVIRONMENTAL JUSTICE
WORK OPPORTUNITIES; ENSURE GJC MEMBERS
ARE ENGAGED IN WORK THAT BUILDS
ENVIRONMENTAL JUSTICE AND ENGAGES
COMMUNITY MEMBERS MOST IMPACTED BY

EPA_00042487

| | |
|---|---|
| FOOD INSECURITY; AND ENGAGE IN SUPERVISOR WORKSHOPS, YOUTH LEADERSHIP SUMMITS, PROJECT EVAL | |
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT (CNHA).  SPECIFICALLY, SOLARIZE808 IS AN INITIATIVE CO-DESIGNED WITH COMMUNITY STAKEHOLDERS, PRIORITIZING LOW AND MODERATE-INCOME (LMI), ASSET LIMITED, INCOME CONSTRAINED, EMPLOYED (ALICE) HOUSEHOLDS, AND NATIVE HAWAIIAN FAMILIES. THE WORK WILL FOCUS ON ENERGY EFFICIENCY EDUCATION, HOME AUDITS, BULK PURCHASING OF SOLAR PV EQUIPMENT, AND CREATIVE FINANCING THROUGH HOLISTIC AND HANDHELD APPROACHES.<br><br>THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COST ARE APPROVED BACK TO 04/01/2024. SEE TERMS AND CONDITIONS.ACTIVITIES:THE ACTIVITIES AIM TO INCREASE SOLAR PENETRATION FOR LMI/ALICE COMMUNITIES, ENSURING A MORE EQUITABLE DISTRIBUTION OF SOLAR ENERGY BENEFITS. THIS INCLUDES DELIVERING INCLUSIVE, ATTRACTIVE, LOW-COST, AND LONG-TERM SOLAR FINANCING AND LEASING PRODUCTS TO LMI/ALICE CUSTOMERS, EVEN THOSE WHO MAY BE CREDIT-CHALLENGED. THERE'S ALSO A FOCUS ON ACCELERATING FINANCING FOR 'SOLAR PLUS' OFFERINGS, WHICH COULD INCLUDE SOLAR COMBINED WITH ENERGY EFFICIENCY, SPECIFIC HVAC SOLUTIONS, BATTERY STORAGE, ELECTRIC VEHICLE CHARGERS, OR OTHER SUITABLE CLEAN ENERGY | 5/3/2024 |

EPA_00042488

TECHNOLOGIES. ADDITIONALLY, THE PROMOTION OF SOLAR-POSITIVE POLICIES IS ENCOURAGED, URGING LOCAL GOVERNMENTS TO ADOPT STREAMLINED SOLAR ENERGY PERMITTING POLICIES AND FAIR UTILITY DISTRIBUTED GENERATION POLICIES. THIS ADVANCES GREENHOUSE GAS REDUCTION GOALS, CLEAN-ENERGY PRODUCTION, WORKFORCE DEVELOPMENT OPPORTUNITIES, AND OTHER COMMUNITY POLICY OBJECTIVES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE PROJECT ANTICIPATES SEVERAL KEY DELIVERABLES AIMED AT PROMOTING ENERGY EFFICIENCY AND SOLAR ADOPTION. THESE INCLUDE CONDUCTING 10 COMMUNITY ENERGY WORKSHOPS WITH STAKEHOLDERS AND 4 ENERGY EFFICIENCY WORKSHOPS. THE PROJECT WILL ALSO DEVELOP STRATEGIES TO INCREASE PARTICIPATION AND IDENTIFY, DOCUMENT, AND TEST SOLUTIONS TO PERCEIVED BARRIERS TO PARTICIPATION. SURVEYS WILL BE DEVELOPED PRE AND POST PARTICIPATION TO MEASURE IMPACT. MEETINGS WITH STAKEHOLDERS WILL BE HELD TO IDENTIFY KEY BARRIERS TO CUSTOMER ACQUISITION, WITH RECORDS OF MEETINGS HELD, NUMBER OF SIGN-UPS, HOME AUDITS, AND SOLAR (+) SYSTEMS. ENGAGEMENTS WITH LOCAL GOVERNMENT OFFICIALS, UTILITY REPRESENTATIVES, AND OTHER KEY ACTORS WILL BE SUMMARIZED.

THE EXPECTED OUTCOMES OF THE PROJECT ARE SIGNIFICANT. THE PROJECT AIMS TO INCREASE ENERGY EFFICIENCY HOME AUDITS AND SOLAR (+) INSTALLATIONS BY 100. THIS IS EXPECTED TO RESULT IN SUSTAINED LOWER ELECTRIC BILLS FOR PARTICIPANTS AND LOWER UTILITY STRESS. THE PROJECT ALSO AIMS FOR A SUSTAINED INCREASE IN MARKET PENETRATION OF ROOFTOP SOLAR AND REDUCED EMISSIONS OF GREENHOUSE GASES. THE PROJECT WILL WORK TOWARDS INCREASED LEGISLATION AND FUNDING FOR LMI/ALICE HOUSEHOLDS TO ATTAIN SOLAR (+), THEREBY INCREASING PARTICIPANT ENERGY SOVEREIGNTY.

THE INTENDED BENEFICIARIES OF THE PROJECT ARE ASSET LIMITED, INCOME CONSTRAINED, EMPLOYED (ALICE) HOUSEHOLDS AND NATIVE HAWAIIAN FAMILIES. THESE GROUPS STAND TO BENEFIT FROM THE INCREASED ACCESS TO SOLAR ENERGY AND THE POTENTIAL FOR LOWER ENERGY BILLS. THE PROJECT'S FOCUS ON THESE GROUPS ENSURES THAT THE BENEFITS OF RENEWABLE ENERGY ARE ACCESSIBLE TO THOSE WHO NEED IT MOST.

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BLACK UNITED FUND OF TEXAS.  THIS PROJECT HAS THREE MAIN COMPONENTS THAT IT SEEKS TO ADDRESS. FIRSTLY, IT WILL ESTABLISH A FREE SOLAR WORKFORCE DEVELOPMENT PROGRAM THAT NOT ONLY INCLUDES TRAINING FOR SOLAR INSTALLATION, BUT ALSO, THE SOFT SKILLS AND PROFESSIONAL  DEVELOPMENT SUPPORT AT-RISK POPULATIONS  FOR EXAMPLE, (E.G. PREVIOUSLY INCARCERATED INDIVIDUALS, NON-COLLEGE BOUND YOUTHS, AND VETERANS.) SECONDLY, THE PROJECT WILL OFFER EDUCATIONAL OPPORTUNITIES FOR YOUTH POPULATIONS TO FIRST DEEPEN THEIR UNDERSTANDING OF THE POLICY AND ENVIRONMENTAL BARRIERS THAT ENVIRONMENTAL JUSTICE COMMUNITIES FACE, AND THEN LEARN ABOUT THE RESOURCES THAT CAN BE LEVERAGED TO ADDRESS THESE ISSUES. LASTLY, THE PROJECT PLANS TO MITIGATE ISSUES OF ILLEGAL DUMPING IN THE TARGET AREA BY ACTIVATING STUDENTS WITH NEWLY ACQUIRED KNOWLEDGE TO BECOME PARTICIPANTS IN SOLUTIONS THAT WILL LEAD TO A SAFER AND HEALTHIER ENVIRONMENT FOR THE COMMUNITY.ACTIVITIES:FIRSTLY, IT WILL ESTABLISH A FREE SOLAR WORKFORCE DEVELOPMENT PROGRAM THAT NOT ONLY INCLUDES TRAINING FOR SOLAR INSTALLATION, BUT ALSO THE SOFT SKILLS AND PROFESSIONAL DEVELOPMENT SUPPORT AT-RISK POPULATIONS. SECONDLY, THE PROJECT WILL OFFER EDUCATIONAL OPPORTUNITIES FOR YOUTH POPULATIONS TO FIRST DEEPEN THEIR UNDERSTANDING OF THE POLICY AND ENVIRONMENTAL BARRIERS THAT ENVIRONMENTAL JUSTICE COMMUNITIES FACE, AND THEN LEARN ABOUT THE RESOURCES THAT CAN BE LEVERAGED TO ADDRESS THESE ISSUES. LASTLY, THE PROJECT PLANS TO MITIGATE ISSUES OF ILLEGAL DUMPING IN THE TARGET AREA BY ACTIVATING STUDENTS WITH NEWLY ACQUIRED KNOWLEDGE TO BECOME PARTICIPANTS IN SOLUTIONS THAT WILL LEAD TO A SAFER AND HEALTHIER ENVIRONMENT FOR THE COMMUNITY. SUBRECIPIENT:THE HOUSTON HEALTH DEPARTMENT WILL ASSIST BUFTX IN THE RECRUITMENT OF STUDENTS FOR THE TRAINING PROGRAM, BY HELPING RECRUIT FROM THE COMMUNITY, THE HOUSTON HEALTH DEPARTMENT RE-ENTRY PROGRAM, THE VETERANS' PROGRAM, AND THE MY BROTHER'S KEEPER PROGRAM. MOREOVER, THE HOUSTON HEALTH DEPARTMENT CLIENT ACCESS DIVISION WILL MEET WITH ATTENDEES AT THE BAYLAN CENTER DURING THE TRAINING TO ASSESS INDIVIDUAL NEEDS AND THEN CONNECT CLIENTS TO COVERAGE AND RESOURCES. THE HOUSTON HEALTH DEPARTMENT HAS A LONG | 5/8/2024 |

HISTORY OF SUPPORTING 5TH WARD AND
KASHMERE GARDENS COMMUNITIES AND THE
PROPOSED SOLAR INSTALLATION WORKFORCE
DEVELOPMENT HIGHLY ALIGNS WITH GOALS
HIGHLIGHTED IN THE 2020 RESILIENT HOUSTON
PLAN AND 2020 CLIMATE ACTION PLAN. BLACK
UNITED FUND OF TEXAS INTENDS TO PROVIDE
FUNDING TO THE HOUSTON HEALTH
DEPARTMENT VIA A SUB-AWARD AMOUNT OF
$120,000.' SOUTH UNION COMMUNITY
 DEVELOPMENT CORPORATION (COMMUNITY
BASE ORGANIZATION) IS COMMITTED TO
SUPPORTING VULNERABLE TO VIBRANT BY
SHARING LESSONS FROM THEIR VERY OWN
SOLAR WORKFORCE TRAINING AND
ENVIRONMENTAL JUSTICE PROGRAMMING. THE
HOUSTON COMMUNITY COLLEGE WILL OFFER A
CERTIFICATE PROGRAM TO PREPARE STUDENTS
FOR JOBS IN SOLAR INSTALLATION AND HAS
COMMITTED TO OFFERING THIS EXPEDITED
SOLAR TRAINING PROGRAM A TOTAL OF FOUR
CLASSES.
OUTCOMES:OUTCOMES ARE THE PROJECT WILL
STRENGTHEN THE NEIGHBORHOOD'S ADAPTIVE
CAPACITY FOR CLIMATE RESILIENCE, CREATE
OPPORTUNITIES FOR INCLUSIVE ECONOMIC
OPPORTUNITIES THROUGH WORKFORCE
DEVELOPMENT, LOWER CRIME AND POVERTY
RATES DUE TO MORE GAINFUL EMPLOYMENT IN
THE COMMUNITY AND THROUGHOUT HOUSTON
AS BLACK UNITED FUND OF TEXAS MOVE
TOWARDS GREEN ENERGY, AND IMPROVED
QUALITY OF LIFE IN THE TARGET AREA WITH
COMMUNITY-LED PROGRAMMING.
DELIVERABLES WILL BE TRAINED PROGRAM
PARTICIPANTS IN SOLAR PANEL INSTALLATION,
ADDRESSING ILLEGAL DUMPING IN WARD 5 IN
HOUSTON, TEXAS. LASTLY, THE BUILDING OF
HYDROPONIC CONTAINERS TO GROW
VEGETABLES IN ATTENDED BENEFICIARIES ARE
THE CITIZENS OF WARD 5 OF HOUSTON TEXAS.

--

Travis Voyles
C: (202) 787-0595

**From:** Killian, Cole <Killian.Cole@epa.gov>
**Sent:** Sunday, February 16, 2025 4:06 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Yes, I've just populated the "Total Outlayed Amount (est)" and "Remaining (est)" columns for the Feb 13 grants.

Looking forward to the next set!

Best,
Cole

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Sunday, February 16, 2025 11:52 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

On the 2/13 grants reviewed, can you add the remaining amount of the grant? That would be helpful to see that information moving forward like it was presented on the 2/11 grants.

Hope to have another set (contracts and grants) coming y'alls way soon.

--

Travis Voyles
C: (202) 787-0595

---

**From:** Killian, Cole <Killian.Cole@epa.gov>
**Sent:** Friday, February 14, 2025 11:48 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you for this update Travis.

As a note: OMS is giving input on whether they think any given contract is mission-critical, and they didn't mark any of these contracts as mission-critical.

OMS is now moving forwards with terminating these contracts.

Best,
Cole

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 10:18 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you!

And below is the test batch run that just got approved to cancel. We will go back into the spreadsheet and mark these as "Approved to Cancel".

| Date Cancellation Process Started | PIID | Terms and Conditions | Rationale | Notes from EAS Description | Recipient Name |
|---|---|---|---|---|---|

| 2/11/2025 | 68HERH24F0023 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | Technical assistance for planning, development, implementation, and reporting assistance related to the environmental climate justice program. | ENDYNA, INC. |
|---|---|---|---|---|---|
| 2/11/2025 | 68HERH23F0237 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. If we were doing this, we should insource. | The contractor will fulfill OEJECR's need for EJ and Civil Rights programming and learning material in support of implementing EJ and Civil rights considerations into EPA policies, programs, and activities. | ENDYNA, INC. |
| 2/11/2025 | 68HE0P24F0031 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | The Suppliers are encouraged to bid on training 40 employees for 3 days of training over a 5-week training period, spread out over 5 months that is in person training. The training will focus on critical leadership skills and should include some training on Environmental Justice, Working with Communities, and Diversity Equity Inclusion and Accessibility (DEIA). | HUMAN CAPTIAL RESOURCES & CONCEPTS INC |
| 2/11/2025 | 68HERC24F0330 | No notice required. Term for convenience. FAR 52.249 | Waste: Should be in-sourced. (Training material development.) And HIA probably has a DEI angle, though it is not explicit here. | The EPA Office of Research and Development (ORD) is collaborating with Region 5 to develop Health Impact Assessment (HIA) learning objectives and training materials for new and existing EPA staff, and potentially external partners, such as states, to understand and perform HIA in an EPA context. ORD has a long history of doing HIA research and practice. Based on our experience, we are well-positioned to be a resource for the Agency as it is building capacity to do cumulative impact assessment (CIA), of which one existing methodology is Health Impact Assessment. Cumulative impact assessment is a priority by which EPA has committed to addressing environmental justice issues. | PEGASUS TECHNICAL SERVICES, INC |

| | | | | | |
|---|---|---|---|---|---|
| 2/11/2025 | 68HERH23F0327 | No notice required. Term for convenience. FAR 52.249 | Waste: Retreats might be wasteful, and external contractor support for a retreat is definitely wasteful. | The contractor shall provide strategic planning, facilitation and leadership support for the Office of Land and Emergency Management (OLEM), Office of Emergency Management (OEM) conferences and meetings related to OEM senior management and staff office wide retreats. Support for this task order should also include an experienced, skillful facilitator to conduct interviews with each OEM staff and manager, provide developmental training exercises and training materials, pre-retreat development of an agenda and topical discussions to include strategic planning, and provide highlights after the meeting. | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. |
| 2/11/2025 | 68HERC23P0042 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Procure Gartner HR research and advisory services covering employee experience, diversity, equity, inclusion and accessibility, and work life integration. | GARTNER, INC. |
| 2/11/2025 | 68HERH24P0143 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE | LIGHTHOUSE STRATEGY CONSULTING LLC |
| 2/11/2025 | 68HERC23F0428 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | ICF INCORPORATED, L.L.C. |
| 2/11/2025 | 68HERH24F0409 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Provides administrative support and meeting planning support to the office of environmental justice and external civil rights. | INTSCI-ENDYNA LLC |

| Public Contract Description | Base and All Options Value | Base Exercised Options Value | Total Obligation | Outstanding Value |
|---|---|---|---|---|
| BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION | $117,931,407.48 | $70,122,340.16 | $64,668,605.16 | $53,262,802.32 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | $6,895,921.10 | $3,206,754.60 | $750,000.00 | $6,145,921.10 |
| | $228,292.84 | $43,000.00 | $43,000.00 | $185,292.84 |

| | | | |
|---|---|---|---|
| | $248,464.00 | $109,528.00 | $109,528.00 | $138,936.00 |
| TASK ORDER FOR FACILITATION, LEADERSHIP DEVELOPMENT, AND OFFICE-WIDE RETREAT SUPPORT (FOLLOW-ON TO EP-17-W-003/0013) UNDER MULTIPLE-AWARD BRIDGE CONTRACTS FOR OFFICE OF LAND AND EMERGENCY MANAGEMENT, OFFICE OF EMERGENCY MANAGEMENT. | $108,255.27 | $108,255.27 | $64,533.82 | $43,721.45 |
| | $95,922.00 | $95,922.00 | $95,922.00 | $0.00 |
| CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A | $180,000.00 | $180,000.00 | $180,000.00 | $0.00 |

EPA_00042496

| STEM AUDIENCE. TRAINING OFFERED SHOULD BE | | | |
|---|---|---|---|
| SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | $985,889 | $985,889 | $985,889 | 0 |
| CONTRACTOR SUPPORT FOR OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS, OFFICE OF POLICY, PARTNERSHIPS AND PROGRAM DEVELOPMENT, PARTNERSHIPS AND COLLABORATION DIVISION. | $257,672.10 | $257,672.10 | $257,672.10 | $0.00 |

--

Travis Voyles
C: (202) 787-0595

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 13, 2025 6:11 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi everyone,

Keeping up the cadence today, we have added to the queue a list of 71 grants that were all signed before July 1, 2024, worth $119M (ceiling; savings will be lower once we subtract obligations). The new tab is called "Feb 13 grants to cancel".

It was great to put 5 of the "gold bars" on this list, that are signed before July 1! (The majority of those were signed after July 1.) We have marked those 5 rows in blue, because gold is too hard to read. Total award value for those 5 is $36.9M, of which $27.8M has not yet been obligated. We are calling them "gold bars" because they were awards to grant makers who plan to give subawards. 4 of the 5 are part of the Thriving communities grantmaking program that Lee cancelled part of earlier today.

Best,
Kathryn

**From:** Loving, Kathryn
**Sent:** Thursday, February 13, 2025 9:22 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

I have added a column "T&C" that indicates no notice and comment period required for the contracts and grants we already sent you. As you can imagine, the DOGE team has lawyers that are pretty experienced with grant and contract cancellation at this point, so that's what that is based on!

I will also add that the careers in EPA OMS are already supporting us on this – they are the ones who will be executing the cancellation on your greenlight, not us. They see no issues with cancelling the Feb 11 list of contracts, and we're sharing the Feb 12 list with them now. They seem very knowledgeable about this topic, so I think you should trust them on how to cancel properly!

Kathryn

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 6:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** Re: Loving, Kathryn shared "contract_details" with you

Thank you so much! This is really helpful. Paige and I had a good discussion with the Administrator last night reviewing the examples and process. One aspect he raised that we just want to ensure we are covering when taking the action to cancel that we are doing it reflective of any terms/conditions/notification requirements in the contract or grant. Is that something y'all feel you are able to capture in your review or we can engage OMS to quickly get us that details.

Otherwise he liked the process and agrees that we'll be able to quickly move through reviewing these once that element is addressed.

Sorry again to add one more aspect, but with that I believe we'll be able to cover all the elements requested by the Administrator.

Get Outlook for iOS

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Wednesday, February 12, 2025 6:47:34 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi all, thank you so much for taking a look at the Feb 11 contracts last night! I moved the rows that were more controversial over to the "contracts to review" tab. (e.g. if Paige flagged.) The careers are ready to hit cancel on the rest, pending a green light from you all!

In addition, we added a new tab "Feb 12 contracts to cancel" with a new tranche of contracts we found today. We'd love your review on those as well.

Similar story for the grants – the grants that Paige flagged are moved over to "grants for further review". They are all under 2 grant programs EPA has already halted, and were all signed prior to July 1, 2024, so we think they will be straightforward to cancel once you give a green light. We did not add any new grants today; maybe tomorrow 😊

And in all tabs there is now a "reason" column to justify cancellation.

Best,
Kathryn

**From:** Loving, Kathryn
**Sent:** Tuesday, February 11, 2025 7:51 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Loving, Kathryn shared "contract_details" with you



**Loving, Kathryn invited you to edit a file**

Hi Travis, as we discussed today, here's a list of contracts and grants that we want to push forward to cancellation, and keep the momentum going! We removed the ones we thought were yellow flags, so we think these are pretty uncontroversial, but we added a column "AO reviewed", for your team to add any greenlight or flags.

Thanks!
Kathryn

📊 contract_details

🔒 This invite will only work for you and people with existing access.

Open          Share



Privacy Statement

This email is generated through Environmental Protection Agency (EPA)'s use of Microsoft 365 and may contain content that is controlled by Environmental Protection Agency (EPA).

**This document is produced in native format.**

**Original file name:**

**All grants.xlsx**

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From**:          Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**:          3/26/2025 9:09:23 PM
**To**:            Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject**:       Daily Summary Report of Grant Terminations as of 03/26/25
**Attachments**:   Grant Termination List.xlsx


Up to 209. Note that 85 of the grants flagged on the 13th were at the point of close-out and were subsequently closed, which is why you will see a new category in column B titled 'Closed'.

Just over $410 million as well . . .

**This document is produced in native format.**


**Original file name:**

**Grant Termination List.xlsx**

Message

_____

**From:** Loving, Kathryn [Loving.Kathryn@epa.gov]
**Sent:** 2/21/2025 4:33:15 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:** Re: Loving, Kathryn shared "contract_details" with you


Get Outlook for iOS

_____

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 11:20:07 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

I may come in later this evening saying that we can add it back but for now, let's remove Blacks in Green as their termination letter won't go out until Tuesday. Reasonable?

| | | | | |
|---|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03451_6800 | 0.00E+00 |

| $4,000,000 | $1,324,675.77 | $2,675,324.23 | BIG, NFP | DESCRIPTION:WITH A SKILLED NETWORK OF SPECIALIZED PARTNERS SPREAD ACROSS THE ENTIRE SIX-STATE-AND-TRIBAL GEOGRAPHY OF EPA REGION V, THIS ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC) IS UNIQUELY SITUATED TO SHAPE EQUITY BY PROVIDING ASSISTANCE, TRAINING, AND RESOURCES TO PROGRAM PARTICIPANTS. EACH OPERATIONAL PARTNER HAS EVOLVED THROUGH GRASSROOTS EFFORTS, COMPREHENSIVELY INTEGRATING SCIENCE, TRADITION, AND CULTURE. THE CONSORTIUM DERIVES ITS POWER FROM THE PEOPLE. LOCATED NEAR THE EPA REGION 5 HEADQUARTERS IN CHICAGO, ILLINOIS, BIG SERVES AS THE EPICENTER OF THE EJ TCTAC. POWERFUL PARTNERS ENSURE THAT THIS TARGETED, SPECIALIZED PROGRAM EXTENDS THROUGHOUT THE 35 TRIBAL LANDS, ILLINOIS, INDIANA, MICHIGAN, MINNESOTA, OHIO, AND WISCONSIN. THIS DEDICATED TEAM ENSURES THAT EACH EJ TCTAC FOCUS AREA OUTLINED BY EPA IS CARRIED OUT PROFESSIONALLY, THOROUGHLY, AND CONTINUOUSLY, INCORPORATING REAL-TIME ADVANCES, ARISING CHALLENGES, AND MEANINGFUL INVOLVEMENT OF THE COMMUNITIES. TO HELP ACHIEVE EQUITY, IN ALIGNMENT WITH EXECUTIVE ORDER 13985, EACH INVOLVED ORGANIZATION ENVISIONS A TECHNICAL ASSISTANCE CENTER THAT EMPOWERS COMMUNITIES TO REMEDIATE SOCIAL, ECONOMIC, AND HEALTH BURDENS BY SEEKING ENVIRONMENTAL AND ENERGY JUSTICE. FOR MAXIMUM IMPACT, SERVICES PROVIDED ENGAGE PARTICIPANTS AT EVERY LEVEL OF READINESS TO DESIGN SOLUTIONS, OBTAIN NEEDED FUNDING AND RESOURCES, AND DIRECT ACTIVITIES AND RESOURCES TOWARD THEIR IDENTIFIED NEEDS WITH EMPHASIS ON THOSE DISPROPORTIONATELY HARMED. TO BEST ENSURE THAT ALL ELIGIBLE SERVICES OF EJ TCTAC OBJECTIVES ARE PROVIDED THROUGHOUT THE ENTIRE GEOGRAPHIC AREA, INCLUDING REMOTE AND RURAL AREAS, 23 DOCUMENTED, SUPPORTING PARTNERS PROVIDE VALUABLE ASSISTANCE. TO CREATE A NEW CHAPTER OF HOPE, HEALING, AND REGENERATION, THE WHOLE-SYSTEM SOLUTION PROPOSED BY BIG AND CONVEYED THROUGH THIS EJ TCTAC EMPOWERS INDIVIDUALS AND COMMUNITIES TO LESSEN BARRIERS TO HEALTHY LIVING AND ECONOMIC FREEDOM. THE EJ TCTAC WILL OFFER HYBRID VIRTUAL AND ON-SITE SERVICES. THE WIDESPREAD NETWORK OF PARTNERS WILL OPERATE SATELLITE OFFICES TO ENSURE PHYSICAL AND VIRTUAL SERVICES ARE ACCESSIBLE TO REMOTE AND UNDERSERVED COMMUNITIES. SEDAC WILL DEPLOY A DEDICATED 1-800 CALL-CENTER. BEL AND MTERA WILL DEVELOP MULTILINGUAL RESOURCES AND CONTINUE TO LEVERAGE | 8/18/2023 |
|---|---|---|---|---|---|

| | | | EXISTING TRIBAL NETWORKS ACROSS THE REGION. SERVICES INCLUDE PRODUCTION OF AND INSTRUCTION ON HOW-TO-PRODUCE PHYSICAL, DIGITAL, AND VIRTUAL RESOURCES THAT INCLUDE STORYTELLING, FACT SHEETS, CASE STUDIES, INFOGRAPHICS, AND BEST-PRACTICE TIP SHEETS. TO TEACH CAPACITY BUILDING AT BOTH REGIONAL AND LOCAL LEVELS, THE EJ TCTAC WILL FACILITATE STAKEHOLDER ENGAGEMENT DISCUSSIONS, LISTENING SESSIONS, AND OUTREACH WITH GOVERNMENT AND PRIVATE SECTORS. BIG WILL ALSO CLOSELY COLLABORATE WITH THE UNIVERSITY OF MINNESOTA WHICH IS ALSO RECEIVING AN EJ TCTAC AWARD TO SUPPORT EPA REGION V COMMUNITIES.ACTIVITIES:.SUBRECIPIENT:THERE ARE NINE SUB-AWARDS UNDER THIS GRANT AGREEMENT. ACTIVITIES FOR EACH DIFFER BASED ON EXPERTISE BUT INCLUDE FOR EXAMPLE, TRIBAL RELATIONS EXPERTISE, ENERGY SOVEREIGNTY EXPERTISE, TRANSLATION AND INTERPRETATION SERVICES, RURAL COMMUNITIES OUTREACH, OUTREACH AND EDUCATION, GRANTS TRAINING AND WRITING, PUBLIC HEALTH, ENERGY DESIGN, ETC.  OUTCOMES:. | |
|---|---|---|---|---|

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 20, 2025 11:13 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Great Travis, thank you! We will get moving on these, plus all the TCTACs!

I'm including Erica since I think she'll be submitting the cancellation requests and Dan's team will execute.

Kathryn

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 20, 2025 10:37 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Sorry—I missed these additional 4 TCTAC ones you had flagged that should have been inlcuded. Not sure this gets us up to the 18 total still.

| 2/13/2025 | Program not in line with administration priorities: 66.309-Thriving communities - Surveys, studies, investigations, training, and special purpose activities relating to environmental justice | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 | 84061101 |

EPA_00044989

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95341301_6800 | 95341301 |

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02J63801_6800 | 02J63801 |
|---|---|---|---|---|

| 2/13/2025 | Program not in line with administration priorities: 66.615 - Environmental Justice subawards | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03682_6800 | 00E03682 |

| $8,000,000 | $2,006,774.22 | $5,993,225.78 | INSTITUTE FOR SUSTAINABLE COMMUNITIES | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S | 8/3/2023 |
|---|---|---|---|---|---|

COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING.

THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL. ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN

| $8,000,000 | $839,393.02 | $7,160,606.98 | GREEN & HEALTHY HOMES INITIATIVE INC | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO GREEN AND HEALTHY HOMES INITIATIVE (GHHI). THE RECIPIENT WILL SERVE AS THE REGION 3 GRANTMAKER FOR EPA'S THRIVING COMMUNITIES GRANTMAKER PROGRAM. GHHI PLANS TO USE A STRONG PARTICIPATORY GOVERNANCE FRAMEWORK TO BUILD CAPACITY IN UNDERSERVED AREAS ACROSS THE MID-ATLANTIC REGION. GHHI'S COMMUNICATION PLAN RECOGNIZES THE NEED TO REACH DIVERSE AUDIENCES USING WIDE-RANGING DELIVERY METHODS AND PARTNERS TO LEVERAGE BEST PRACTICES IN OUTREACH AND IMPLEMENTATION. MOREOVER, GHHI WILL ENGAGE COMMUNITIES THROUGH A STAKEHOLDER ADVISORY BOARD, STATUTORY PARTNERSHIPS, AND MECHANISMS FOR PROVIDING DIRECT FEEDBACK TO ADAPT FREQUENTLY TO THE NEEDS OF COMMUNITIES, PARTICULARLY THOSE FROM DISADVANTAGED OR UNDERSERVED AREAS. COLLECTIVELY, THIS PROJECT WILL DESIGN COMPETITIVE APPLICATION IN-TAKE AND EVALUATION PROCESSES, SUBAWARD PROCESSES, OUTREACH, AND SUPPORT FOR COMMUNITIES THROUGHOUT REGION 3.<br><br> ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE FINALIZING APPLICATION MATERIALS FOR ALL THREE SUBRECIPIENT PHASES, ASSEMBLING THE REVIEW TEAM AND ENSURING REPRESENTATION OF DIVERSE COMMUNITIES. IN THE INITIAL AWARD, THE GRANTMAKER WILL DEVELOP THE OUTREACH PLAN PRIOR | 5/3/2024 |
|---|---|---|---|---|---|

EPA_00044996

TO APPLICATION INTAKE PROCESS, PARTNER WITH REGION 3 TCTAC FOR EDUCATION AND RECRUITMENT EFFORTS, CONDUCT WEBINARS, CONFERENCE CALLS, AND MEETINGS IN UNDERSERVED AREAS TO PROMOTE AND EXPLAIN THE PROGRAM. FINALLY, POTENTIAL CANDIDATES WILL BE IDENTIFIED FOR $75K NON-COMPETITIVE SUBAWARDS IN THIS PHASE. SUBRECIPIENT:SUBAWARD: CHILDREN'S NATIONAL HOSPITAL - WILL PROVIDE TECHNICAL ASSISTANCE REPLICABLE TOOLS TO INFORM THE EFFORTS OF GRANTEES UNDER GHHI'S PROPOSED EPA REGION 3 THRIVING COMMUNITIES PROGRAM: (I) A REGISTRY OF NEARLY ALL THE PEDIATRIC PATIENTS WITH ASTHMA IN THE IMMEDIATE DC REGION; AND (II) A HEALTHY HOUSING MAP WHICH OVERLAYS AT-RISK PEDIATRIC ASTHMA MORBIDITY AND ASTHMA-RELATED HEALTH HAZARDS REPORTED AT MULTI-FAMILY HOUSING COMPLEXES IN DC. CHILDREN'S NATIONAL WILL ALSO LEVERAGE ITS NETWORK TO CONDUCT OUTREACH AND PROMOTE EPA'S TC PROGRAM AWARENESS AND SUPPORT APPLICANT OUTREACH. SUBAWARD AMOUNT CALCULATED AT $91.95 PER HOUR, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $109,000 = 54.50% X $200,000.

SUBAWARD: HOWARD UNIVERSITY - WILL SUPPORT GHHI'S THRIVING COMMUNITIES RFA OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE THROUGH THE HOWARD UNIVERSITY SCHOOL OF LAW AND ENVIRONMENTAL JUSTICE CENTER, AS WELL AS

THE SCHOOL OF ARCHITECTURE AND THURGOOD MARSHALL CIVIL RIGHTS CENTER. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $172,500 = $300,000 X 57.50%.

SUBAWARD: VIRGINIA POVERTY LAW CENTER - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT A $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL COST OF $78,000 = $78,000 X 100%.

SUBAWARD: DELAWARE STATE UNIVERSITY - WILL SUPPORT OUTREACH AS WELL AS PROJECT IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT AN $91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL ACTIVITIES TOTAL COST OF $78,000 = $78,000 X 100%.
OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE UTILIZING PARTNER NETWORKS TO DISTRIBUTE RFA ANNOUNCEMENTS, HOLD WEBINARS, CONFERENCE CALLS, AND OUTREACH EVENTS, CONDUCT OFFICE HOURS TO SUPPORT POTENTIAL APPLICANTS, AND ENGAGING EXPERTISE OF ADVISORY BOARD AND TECHNICAL ASSISTANCE STATUTORY PARTNERS TO OVERSEE PRE-APPLICATION PROCESS. THE EXPECTED

| | | | | OUTCOMES INCLUDE DEVELOPMENT OF A TRANSPARENT, EQUITABLE, ENGAGING APPLICATION PROCESS FOR THE SUBSEQUENT | |

| $8,000,000 | $991,565.58 | $7,008,434.42 | PHILANTHROPY NORTHWEST | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO PHILANTHROPY NORTHWEST (PNW) AS A REGIONAL GRANTMAKER. THE RECIPIENT, ALONG WITH PARTNERS, WILL USE THE INITIAL AWARD TO ESTABLISH AND SUPPORT THE ACCESSIBILITY AND EQUITABLE DISTRIBUTION OF ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES RESOURCES TO HISTORICALLY UNDERSERVED COMMUNITIES TO IMPROVE ENVIRONMENTAL AND COMMUNITY HEALTH AND WELLBEING THROUGH A PASS-THROUGH SUBGRANT PROGRAM. WOVEN THROUGHOUT THE STRUCTURE IS A DELIBERATE AND INTENTIONAL PROCESS TO CENTER COMMUNITY MEMBERS IN DECISION-MAKING. DURING THE PROJECT PERIOD, PNW'S PARTICIPATORY GOVERNANCE APPROACH WILL CONVENE THREE GROUPS: THE ADVISORY GROUP, THE TASK FORCE AND PEER REVIEW GROUP, COMPRISED OF PARTNERS AND COMMUNITY MEMBERS. THESE GROUPS WILL GUIDE OVERALL PROGRAM DEVELOPMENT AND IMPLEMENTATION, HELP DESIGN APPLICATIONS AND SCORING RUBRICS, ESTABLISH METRICS FOR PROJECT OUTCOMES, AND EVALUATE APPLICATIONS. PNW WILL UNDERTAKE STRATEGIC, TARGETED, AND INTENTIONAL OUTREACH TO ENSURE POTENTIAL APPLICANTS THROUGHOUT REGION 10 ARE AWARE OF THE FUNDING OPPORTUNITY AND ENCOURAGED TO APPLY. THE OUTREACH STRATEGY WILL INCLUDE IN-PERSON EVENTS, WEBINARS, A PARTNER OUTREACH TOOLKIT, PAID DIGITAL ADVERTISING, AND | 6/14/2024 |
|---|---|---|---|---|---|

| | | | | REGIONAL-SPECIFIC MESSAGING. ADDITIONALLY, FOUR MAIN SYSTEMS WILL BE USED TO SUPPORT THE EFFICIENT AND EFFECTIVE GRANT AWARD, DISBURSEMENT, TRACKING, ADJUSTMENT, AND FULL EXPENDITURE: AN EASY-TO-USE GRANT APPLICATION PLATFORM, A CUSTOMIZED PROJECT AND GRANTS MANAGEMENT SYSTEM, AND ACCOUNTING SOFTWARE FOR FINANCIAL MANAGEMENT. PNW'S PLAN FOR EPA'S ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES GRANTMAKING PROGRAM IS ANCHORED IN PNW'S CORE GOAL TO DISBURSE PROGRAM FUNDS EXPEDITIOUSLY AND EQUITABLY THROUGH THE DESIGN AND IMPLEMENTATION OF A SIMPLIFIED GRANTMAKING PROCESS THAT: CENTERS COMMUNITY VOICE AND PARTICIPATORY GRANTMAKING; LEVERAGES THE KNOWLEDGE AND RELATIONSHIPS OF OUR PARTNERS; AND ADDRESSES ENVIRONMENTAL JUSTICE ISSUES FOR COMMUNITIES MOST IN NEED.ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE THE FOLLOWING: RECRUIT MEMBERS AND CONVENE MEETINGS OF THE ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP; CO-DESIGN THE GRANTMAKING PROGRAM INCLUDING THE APPLICATION, EVALUATION CRITERIA, AND METRICS; DEVELOP OUTREACH STRATEGY; LAUNCH PROJECT WEBSITE; IMPLEMENT OUTREACH ACTIVITIES SUCH AS IN-PERSON EVENTS, WEBINARS, MESSAGING TOOLKIT, AND MEDIA PLACEMENTS; ESTABLISH PROJECT MANAGEMENT TOOLS INCLUDING APPLICATION PORTAL, GRANTS MANAGEMENT SYSTEM, AND FINANCIAL MANAGEMENT SYSTEM; | |
|---|---|---|---|---|---|

ESTABLISH A PROCESS FOR QUALITY ASSURANCE PROJECT MANAGEMENT WITH EPA REGIONAL OFFICE; DEVELOP AND OFFER TRAININGS FOR REVIEWERS AND SUBGRANTEES; PROVIDE TECHNICAL ASSISTANCE TO APPLICANTS AND SUBGRANTEES. SUBRECIPIENT:THIS AWARD WILL INCLUDE SUBAWARDS TO THREE DIFFERENT ENTITIES. THE SUBAWARDS WILL SUPPORT THE DESIGN OF THE GRANTMAKING PROGRAM, EXPERTISE ON DATA SOVEREIGNTY FOR TRIBAL COMMUNITIES, OUTREACH AND COMMUNICATIONS TO TRIBAL COMMUNITIES AND OTHER PARTNERS ABOUT THE PROGRAM, APPLICATION REVIEW, ACCESS TO A APPLICATION PLATFORM, APPLICATION REVIEWER SCORING TOOL, TECHNICAL ASSISTANCE WITH THE APPLICATION, GRANTS MANAGEMENT INCLUDING THE REVIEW PROCESS, REPORTING REQUIREMENTS, AND COMMUNICATIONS WITH GRANTEES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ESTABLISHED ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP COMPRISED OF PARTNERS AND COMMUNITY MEMBERS; PROJECT WEBSITE; AN OUTREACH TOOLKIT; SIMPLIFIED GRANT APPLICATION; CUSTOMIZED GRANTS MANAGEMENT SYSTEM; ESTABLISHED FINANCIAL MANAGEMENT SYSTEM; DEVELOPED FINANCIAL MANAGEMENT AND DATA REPORTING TRAINING FOR SUBGRANTEES.

THE EXPECTED OUTCOMES INCLUDE A GRANTMAKING PROCESS ESTABLISHED WITH PARTICIPATORY GOVERNANCE AND AN ACCESSIBLE GRANTMAKING PROCESS.

| | | | | THE INTENDED BENEFICIARIES INCLUDE HISTORICALLY UNDERSERVED COMMUNITIES IN REGION 10 WHICH INCLUDES ALASKA, IDAHO, OREGON, WASHINGTON, AND 271 TRIBAL NA | |
|---|---|---|---|---|---|

| $8,000,000 | $354,411.16 | $7,645,588.84 | MINNEAPOLIS FOUNDATION | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE MINNEAPOLIS FOUNDATION. THIS IS A REGIONAL GRANTMAKER. THE MINNEAPOLIS FOUNDATION, PARTNERED ALONG WITH THE NDN COLLECTIVE, WILL INSTITUTE A GRANTMAKING PROGRAM WITHIN THE REGION 5 STATES. THIS AWARD WILL BE USED TO DEVELOP THE ADMINISTRATIVE AND PROGRAMMATIC STRENGTH NEEDED TO AWARD OVER 200 GRANTS WITHIN REGION 5, TARGETING AREAS SUCH AS RURAL COMMUNITIES, URBAN CENTERS AND TRIBAL COMMUNITIES. THE MINNEAPOLIS FOUNDATION WILL DEVELOP A QUALITY MANAGEMENT PLAN, CREATE AN APPLICATION TO SUPPORT THE GRANTMAKING PROGRAM, TRAIN THEIR STATUTORY PARTNER ON EPA REQUIREMENTS, IDENTIFY AND RECRUIT 10 REGIONAL COMMUNITY ADVISORY COMMITTEE (RAC) MEMBERS, AND PERFORM OUTREACH IN THEIR TARGETED COMMUNITIES USING THESE FUNDS. THE MINNEAPOLIS FOUNDATION WILL USE THE MONEY ASSOCIATED WITH THIS AWARD TO BUILD UP THEIR GRANT MAKING CAPACITY AND TO COVER ADMINISTRATIVE COSTS ASSOCIATED WITH GRANTMAKING FOR THE NEXT THREE YEARS. ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE PARTNERING WITH THE NDN COLLECTIVE AND USING THE MINNEAPOLIS FOUNDATION'S PROJECTS (MIDWEST EJ NETWORK AND RE-AMP) TO OUTREACH SPECIFIC COMMUNITIES IN TRIBAL GOVERNMENTS, URBAN EJ AREAS AND RURAL/REMOTE EJ AREAS. ADDITIONALLY, THE | 6/24/2024 |
|---|---|---|---|---|---|

EPA_00045004

MINNEAPOLIS FOUNDATION AND THEIR PARTNERS WILL RECRUIT 10 RESIDENT ADVISORY COMMITTEE CONSULTANTS TO HELP DRAFT THE REQUEST FOR FUNDING AND REVIEW APPLICATIONS. THESE 10 RAC CONSULTANTS WILL BE RECRUITED THROUGHOUT REGION 5 AND BE COMPRISED OF INDIVIDUALS FROM DIFFERENT COMMUNITY ORGANIZATIONS, LOCAL COMMUNITIES AND OTHER PARTNERSHIP TYPES. RAC MEMBERS ALONG WITH THE MINNEAPOLIS FOUNDATION AND NDN COLLECTIVE WILL WORK COLLABORATIVELY TO CREATE AND REVIEW APPLICATIONS ADDRESSING THE SPECIFIC NEEDS OF DISADVANTAGED COMMUNITIES WITHIN THE REGION 5 STATES. VARIOUS PARTNERS HAVE EXPERIENCE WITH PARTICIPATORY GOVERNANCE AND THE MINNEAPOLIS FOUNDATION WILL EXPAND ON THOSE RELATIONSHIPS THROUGH THEIR COLLABORATION WITH OTHER COMMUNITY ORGANIZATIONS. SUBRECIPIENT:NDN COLLECTIVE WILL COLLABORATIVELY OVERSEE AND MONITOR ALL ASPECTS OF PROGRAM IMPLEMENTATION, PAYING PARTICULAR ATTENTION TO COMPLIANCE WITH EPA AND FEDERAL REQUIREMENTS ALONG WITH THE MINNEAPOLIS FOUNDATION. USING A CONSENSUS DECISION-MAKING MODEL, NDN COLLECTIVE AND THE MINNEAPOLIS FOUNDATION WILL IDENTIFY RAC MEMBERS, PARTICIPATE IN RAC MEETINGS AS NON-VOTING PARTICIPANTS, AND OVERSEE IMPLEMENTATION OF RAC DECISIONS AND RECOMMENDATIONS. THIS PARTNERSHIP WILL ALSO SERVE AS DECISION MAKERS FOR ADMINISTRATIVE DECISIONS THAT NEED TO BE MADE ON AN IMMEDIATE

BASIS. ADDITIONALLY, NDN COLLECTIVE PROVIDES CRITICAL KNOWLEDGE OF INDIGENOUS PRACTICE, CUSTOMS AND KNOWLEDGE TO SUPPORT TARGETED OUTREACH TO TRIBAL COMMUNITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE DEVELOPING AN ONLINE PLATFORM FOR COLLECTING APPLICATIONS AND REPORTING, TRAINING STATUTORY PARTNERS IN QUALITY ASSURANCE, MONITORING TYPE AND AMOUNT OF OUTREACH IN DIFFERENT COMMUNITY TYPES, KEEPING APPLICATION DECISIONS NO MORE THAN 5 MONTHS FROM APPLICATION SUBMISSION, AND MONITORING APPLICANT SATISFACTION WITH THE APPLICATION PROCESS.

THE EXPECTED OUTCOMES INCLUDE SHORT TERM OUTCOMES SUCH AS INCREASING THE NUMBER OF DISADVANTAGED COMMUNITY RESIDENTS THAT HAVE KNOWLEDGE AND SKILLS ABOUT ENGAGING IN EJ, PUBLIC HEALTH OR CLIMATE CHANGE ISSUES IN THEIR COMMUNITIES, INCREASING THE NUMBER OF DISADVANTAGED COMMUNITY MEMBERS WITH RELIABLE ACCESS TO ENVIRONMENTAL DATA AND INCREASING GRASS-ROOT LED COLLABORATIONS AND PARTNERSHIPS WORKING TO IMPROVED ENVIRONMENTAL QUALITY AND PUBLIC HEALTH IN DISADVANTAGED COMMUNITIES. INTERMEDIATE OUTCOMES INCLUDE INCREASING THE NUMBER OF COMMUNITIES THAT HAVE CAPACITY TO COLLECT, ANALYZE AND SHARE ENVIRONMENTAL DATA, REDUCE PUBLIC EXPOSURE TO TOXINS AND POLLUTANTS IN AREAS THAT WERE RESTORES OR CLEANED UP AND INCREASED NUMBER

|  |  |  |  | OF CBOS WITH INCREASED CAPACITY IN TERMS OF FUNDING, STAFF AND SKILLS. LONG |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

--

Travis Voyles
C: (202) 787-0595

**From:** Voyles, Travis
**Sent:** Thursday, February 20, 2025 8:22 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Good Morning Team—

Below are the next set of approved to cancel grants. $42,261,933 total in remaining funds it looks like, but OMS can confirm.

One flag I have is the first few large ones are the EJ Thriving Communities Technical Assistance Centers (TCTACs)—https://www.epa.gov/environmentaljustice/environmental-justice-thriving-communities-technical-assistance-centers. There were 18 in total established, so a number of them are missed here. Not sure why they didn't all get captured (they may have not all gone out yet), but I would want to apply a broad approach and cancel them all in the vein the entire program is inconsistent with Adminstration priorities and I personally do not see the need for these because at the state-level, EPA and the TCTAC grantees refused to engage with the state in any kind of coordination. This should result in a larger $$ amount.

I can flag for OMS separately too that we want the cancellation to extend to every TCTAC grantee.

| Date Cancellation Process Started | Rationale | Terms and Conditions (T&C) | URL |
|---|---|---|---|
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_13746681_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T65801_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95314201_6800 |

EPA_00045009

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_96701501_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03450_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03451_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00I10501_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95338201_6800 |

EPA_00045011

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T88701_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95334801_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_03D03124_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02F50801_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T91501_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02J56601_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00A01436_6800 |
| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T91201_6800 |

| 2/11/2025 | Environmental justice work; DEI EO issues. Wasteful. | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_02F50601_6800 |
|---|---|---|---|

| Financial Account Indentifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name |
|---|---|---|---|---|

EPA_00045016

| | | | | |
|---|---|---|---|---|
| 84061101 | $8,000,000 | $1,564,072.97 | $6,435,927.03 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
| 13746681 | $8,000,000 | $0.00 | $8,000,000.00 | DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC |

EPA_00045017

| | | | | |
|---|---|---|---|---|
| 98T65801 | $5,100,000 | $908,057.59 | $4,191,942.41 | SAN DIEGO STATE UNIVERSITY FOUNDATION |
| 95314201 | $5,000,000 | $449,582.62 | $4,550,417.38 | NATIONAL WILDLIFE FEDERATION |

EPA_00045018

| | | | | |
|---|---|---|---|---|
| 96701501 | $5,000,000 | $1,069,922.66 | $3,930,077.34 | WICHITA STATE UNIVERSITY |
| 0.00E+00 | $5,000,000 | $1,278,176.09 | $3,721,823.91 | REGENTS OF THE UNIVERSITY OF MINNESOTA |
| 0.00E+00 | $4,000,000 | $1,324,675.77 | $2,675,324.23 | BIG, NFP |

| | | | | |
|---|---|---|---|---|
| 00I10501 | $4,000,000 | $91,832.00 | $3,908,168.00 | MONTANA STATE UNIVERSITY |
| 95338201 | $500,000 | | $500,000.00 | APPALACHIAN VOICES |

| | | | | |
|---|---|---|---|---|
| 98T88701 | $500,000 | $72,910.10 | $427,089.90 | BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC. |
| 95334801 | $500,000 | | $500,000.00 | NUEVA ESPERANZA, INC. |

| | | | | |
|---|---|---|---|---|
| 03D03124 | $500,000 | $67,487.25 | $432,512.75 | PARKS ALLIANCE OF LOUISVILLE, INC. |
| 02F50801 | $500,000 | | $500,000.00 | EARTH CARE INTERNATIONAL |

| | | | | |
|---|---|---|---|---|
| 98T91501 | $500,000 | $11,350.40 | $488,649.60 | THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS |
| 02J56601 | $500,000 | | $500,000.00 | OREGON COAST VISITORS ASSOCIATION, INC. |

EPA_00045023

| | | | | |
|---|---|---|---|---|
| 00A01436 | $500,000 | | $500,000.00 | NEW HAVEN ECOLOGY PROJECT INC |
| 98T91201 | $500,000 | | $500,000.00 | COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT |

| 02F50601 | $500,000 | | $500,000.00 | BLACK UNITED FUND OF TEXAS, INC. |
|---|---|---|---|---|

| Description | Date Signed |
|---|---|

| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA | 8/3/2023 | |

| | |
|---|---|
| PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL.  ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN | |
| DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $8,000,000 TO THE DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE (DSCEJ), IN LOUISIANA.ACTIVITIES:THE ACTIVITIES TO BE PERFORMED INCLUDE, CONSULTING WITH OTHER COMMUNITY BASED ORGANIZATIONS (CBOS) TO LEARN ABOUT THE HISTORY OF THEIR COMMUNITIES AND THE CAPABILITIES OF THEIR ORGANIZATIONS. THE RECIPIENT WILL ALSO BUILD ORGANIZATIONAL CAPACITIES OF LEAST 250 CBOS IN UNDERSERVED COMMUNITIES WITHIN THE ENVIRONMENTAL PROTECTION AGENCY'S (EPA) REGIONS 4 AND 6. THROUGH THE PROVISION OF DIRECT SERVICES, DSCEJ WILL ASSIST THE CBOS IN BUILDING THEIR CAPACITIES FOR RESEARCH AND COMMUNITY ENGAGEMENT WHILE ALSO | 9/25/2023 |

EPA_00045027

ASSISTING THEM IN APPLYING FOR SEVERAL DIFFERENT GRANTS FROM THE EPA, THE DEPARTMENT OF ENERGY (DOE), AND OTHER AGENCIES. THE REACH AND IMPACT OF THE COMMUNITY INVESTMENT AND RECOVERY CENTER (CIRC) WILL BE INCREASED IN AN EFFORT TO SUSTAIN CAPACITY-BUILDING SERVICES BEYOND THE 5-YEAR PERFORMANCE PERIOD OF THIS GRANT.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ORGANIZATIONAL DEVELOPMENT, IDENTIFYING AND PRIORITIZING NEEDS, PROVIDING EDUCATION ON PRIORITY ENVIRONMENTAL ISSUES (AIR QUALITY, SOIL CONTAMINATION, CLEAN ENERGY, ETC.), CREATING COMMUNITY PROFILES USING DATA AND MAPPING, RELATIONSHIP BUILDING, AND TRAINING AND ASSISTANCE TO BUILD KNOWLEDGE OF FEDERAL FUNDED PROGRAMS. THE EXPECTED OUTCOMES INCLUDE INCREASED AWARENESS, KNOWLEDGE AND UNDERSTANDING OF GRANTS AMONG UNDERSERVED COMMUNITIES, INCREASED ACCESS TO GRANT WRITING AND MANAGEMENT RESOURCES, AND AN INCREASE TO THE NUMBER AND QUALITY OF APPLICATIONS FOR FUNDING RELATED TO ENVIRONMENTAL AND ENERGY JUSTICE FROM UNDERSERVED COMMUNITIES IN THE SOUTHEAST REGION. THE INTENDED BENEFICIARIES OF THIS GRANT INCLUDE UNDERSERVED COMMUNITIES THROUGHOUT EACH OF THE STATES IN EPA'S REGION 4: (ALABAMA, FLORIDA, GEORGIA, KENTUCKY, MISSISSIPPI, NORTH CAROLINA, SOUTH CAROLINA, TENNESSEE) AND EPA'S REGION 6: (ARKANSAS, LOUISIANA, NEW MEXICO, OKLAHOMA, TEXAS).

| | 6/5/2023 |
|---|---|
| DESCRIPTION:THE PURPOSE OF THIS PROJECT IS TO EMPOWER COMMUNITIES BY PROVIDING CRITICAL SERVICES TO COMMUNITY ORGANIZATIONS. THESE SERVICES WILL EXPAND PARTICIPANTS' CAPACITY TO MEET COMMUNITY-DEFINED PRIORITIES AND PARTICIPATE MEANINGFULLY IN DECISION-MAKING PROCESSES, FOCUSING SPECIFICALLY ON UNDERSERVED, RURAL, REMOTE, TRIBAL, INDIGENOUS, AND PACIFIC ISLAND COMMUNITIES ACROSS EPA REGION 9. THE GOAL/MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION. THE HUB OF THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTERS (TCTAC) WILL BE BASED IN A PHYSICAL AND VIRTUAL CENTER AT SAN DIEGO STATE UNIVERSITY (SDSU) CALLED THE CENTER FOR COMMUNITY ENERGY AND ENVIRONMENTAL JUSTICE. HUB PARTNERS WILL WORK TO COORDINATE ACTIVITIES IN THEIR AREA(S) OF EXPERTISE ACROSS ALL OF EPA REGION 9 AND WILL FACILITATE CO-PRODUCTION, CO-DEVELOPMENT, SHARING , TRANSFER, AND DELIVERY OF BOTH PROCESS AND CONTENT AMONG SPOKE PARTNERS AND COMMUNITY PARTNERS FOR ENVIRONMENTAL PROGRAMS (AIR, WATER, WASTE, ENERGY, TOXICS) AND GRANTSMANSHIP. SPOKE PARTNERS WILL LEAD ON DELIVERING SERVICES (IN PERSON AND VIRTUALLY) TO ELIGIBLE COMMUNITY ORGANIZATIONS, BUILDING AND EXPANDING ON THEIR EXISTING ELIGIBLE COMMUNITY ORGANIZATIONS IN THEIR NETWORK AND IDENTIFYING AND CONNECTING WITH NEW COMMUNITY ORGANIZATIONS, SUPPORTING COMMUNITY ENGAGEMENT AND CAPACITY BUILDING. | |
| HUB PARTNERS INCLUDE: SDSU COMMUNITY CLIMATE ACTION NETWORK, ENVIRONMENTAL PROTECTION NETWORK, USD ENERGY POLICY INITIATIVE CENTER, ASU ENERGY AND SOCIETY, INSTITUTE FOR TRIBAL ENVIRONMENTAL PROFESSIONALS, AND CENTER FOR CREATIVE LAND RECYCLING. | |
| SPOKE PARTNERS INCLUDE: CLIMATE SCIENCE ALLIANCE (CA), PUBLIC HEALTH ALLIANCE (CA), ARIZONA STATE UNIV SCHOOL OF SUSTAINABILITY (AZ), DESERT RESEARCH INSTITUTE (NV), PACIFIC RISA (HI, AS), AND UNIV OF GUAM CENTER FOR ISLAND SUSTAINABILITY | |

(GUAM).

THIS AGREEMENT PROVIDES PARTIAL FEDERAL FUNDING IN THE AMOUNT OF $4,000,000.  PRE-AWARD COSTS ARE APPROVED BACK TO 6/1/2023.  REFER TO TERMS AND CONDITIONS.ACTIVITIES:SDSU TCTAC'S MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION.

ACTIVITIES INCLUDE CONVENING TCTAC HUBS AND SPOKES MEETINGS. CONDUCTING NEEDS ASSESSMENTS STARTING WITH COMMUNITIES WHERE TCTAC PARTNERS. DEVELOP OUTREACH COLLATERAL (I.E. LOGO, WEBSITE, COMMUNICATION CHANNELS, ETC). RELEASE OF COMMUNICATION MATERIALS TO SPOKES TO CUSTOMIZE AND ENHANCE OUTREACH. INCREASING COMMUNITY FOOTPRINT RECEIVING TECHNICAL ASSISTANCE 5-10%. DEVELOP COMMUNITY KNOWLEDGE PORTAL. HUBS WILL COMPILE EXISTING INFORMATION ON GRANTSMANSHIP, ENERGY JUSTICE (ENJ), AND ENVIRONMENTAL JUSTICE (EJ) TO SHARE. HUB TEAMS WILL WORK WITH SPOKE PARTNERS AND COMMUNITY STAKEHOLDERS TO CO-PRODUCE NEW MATERIALS TO MEET PARTNER NEEDS WITH CONTINUOUS ROLL-OUT AS NEW RESOURCES ARE COMPLETED. CONDUCT ANNUAL INTRA-TCTAC TRAINING ON WORKPLACE CONDUCT, MICROAGGRESSIONS, AND THE TENETS OF DEIA. CONVENE COMMUNITY TRAINING EVENTS AND WORKSHOPS, ONE-ON-ONE SERVICES, COMMUNITY KNOWLEDGE PORTAL PROVIDING TECHNICAL ASSISTANCE ON ENVIRONMENTAL PROGRAMS (AIR, WATER, ENERGY, WASTE, TOXICS). SERVICE DELIVERY TRACKING AND FEEDBACK EFFORTS. CONDUCT MONTHLY INTRA-TCTAC COORDINATION CALLS. SUBMIT REQUIRED REPORTS TO EPA. PARTICIPATE IN EPA REGIONAL AND NATIONAL MEETINGS AND SYMPOSIUMS.

EPA_00045030

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO NATIONAL WILDLIFE FEDERATION (NWF). SPECIFICALLY, NWF WILL WORK WITH CORE PARTNERS (UMD CEEJH AND UMD EFC) TO DESIGN, OPERATE, AND LEAD A MID-ATLANTIC THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV, AS WELL AS THE DISTRICT OF COLUMBIA. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY JUSTICE WORK. | 6/7/2023 |

THIS ACTION PARTIALLY FUNDS THE GRANT IN THE AMOUNT OF $4,000,000. FEDERAL FUNDS IN THE AMOUNT OF $8,000,000 ARE CONTINGENT UPON AVAILABILITY OF ADDITIONAL FUNDING. ACTIVITIES:USING CORE PARTNERS AND COMMUNITY-BASED HUBS, THIS PROJECT WILL PROVIDE OUTREACH TO COMMUNITIES IN NEED OF TECHNICAL ASSISTANCE AND INCREASE CAPACITY AND KNOWLEDGE RELATED TO ENVIRONMENTAL AND ENERGY JUSTICE CONCERNS. SUBRECIPIENT:CORE PARTNERS NATIONAL WILDLIFE FEDERATION, UNIVERSITY OF MARYLAND CENTER FOR COMMUNITY ENGAGEMENT, ENVIRONMENTAL JUSTICE, AND HEALTH (CEEJH) AND UNIVERSITY OF MARYLAND ENVIRONMENTAL FINANCE CENTER (EFC), WILL DESIGN, OPERATE AND LEAD A MID-ATLANTIC THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV AND DC. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY JUSTICE WORK. USING A 'HUB' APPROACH, THE CORE PARTNERS (1 SUBAWARD FOR UMD) WILL ACT AS 'CORE HUBS', AND THE COMMUNITY-BASED 'HUBS' (10 SUBAWARDS) WILL ALLOW FOR SERVICE DELIVERY TO BE MORE ACCESSIBLE TO POTENTIAL PROGRAM PARTICIPANTS, BOTH GEOGRAPHICALLY AS WELL AS CULTURALLY, DUE TO THEIR ON-THE-GROUND COMMUNITY PRESENCE. OUTCOMES:THE EXPECTED OUTCOMES OF THIS PROJECT INCLUDE: GAINED KNOWLEDGE AND SKILLS NEEDED TO UNDERSTAND AND ASSESS ENVIRONMENTAL AND ENERGY JUSTICE ISSUES AND TO ENGAGE POLICYMAKERS, GOVERNMENT AGENCIES, AND INDUSTRY; AND AN INCREASE IN FINANCIAL, TECHNICAL, AND INSTITUTIONAL KNOWLEDGE, RESOURCES, AND SKILLS TO ASSESS, DESIGN, IMPLEMENT, MAINTAIN, AND PAY FOR ENVIRONMENTAL AND ENERGY JUSTICE

| | |
|---|---|
| RELATED PROJECTS. THE INTENDED BENEFICIARIES INCLUDE COMMUNITIES THAT ARE UNDERSERVED, OVERBURDENED, RESOURCE-CONSTRAINED, AND RURAL IN ALL REGION 3 AREAS: DE, MD, PA, VA, WV, AND DC. | |
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING TO WICHITA STATE UNIVERSITY. SPECIFICALLY, THE RECIPIENT WILL REMOVE BARRIERS AND IMPROVE ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS. WITH THIS CRITICAL INVESTMENT, WICHITA STATE UNIVERSITY CENTER WILL PROVIDE TRAINING AND OTHER ASSISTANCE TO BUILD CAPACITY FOR NAVIGATING FEDERAL GRANT APPLICATION SYSTEMS, WRITING STRONG GRANT PROPOSALS, AND EFFECTIVELY MANAGING GRANT FUNDING. IN ADDITION, THIS CENTER WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS AND WILL ALSO CREATE AND MANAGE COMMUNICATION CHANNELS TO ENSURE ALL COMMUNITIES HAVE DIRECT ACCESS TO RESOURCES AND INFORMATION.ACTIVITIES:THE ACTIVITIES INCLUDE: SERVING AS A HUB FOR INFORMATION, TRAINING, RESOURCES, TECHNICAL ASSISTANCE (TA), AND CONNECTION FOR ADDRESSING ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE CONCERNS IN UNDERSERVED COMMUNITIES IN MISSOURI, NEBRASKA, KANSAS, IOWA AND FEDERALLY RECOGNIZED TRIBES; DEVELOP OPERATIONS CENTER AND FOCUS ON CREATING COMMUNITY ASSESSMENT PROCESS AND TOOLS; HOST GRANT WRITING/MANAGEMENT TRAININGS, HOST CIVIC ENGAGEMENT TRAININGS, RESPOND TO REQUESTS FROM GENERAL PUBLIC REGARDING ENVIRONMENTAL AND ENERGY JUSTICE GRANT MAKING AND PROGRAM NEEDS, PROVIDE TRAINING AND TECHNICAL ASSISTANCE TO IDENTIFY COMMUNITIES OF GREATEST NEED (CGNS) AND ACT AS A COMMUNITY ENGAGEMENT AND OUTREACH HUB FOR THE | 6/1/2023 |

| | |
|---|---|
| REGION.SUBRECIPIENT:WICHITA STATE UNIVERSITY EJ TCTAC CENTERS WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS.  OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TARGETED COMMUNITY ENGAGEMENTS SUCH AS OUTREACH, GRANT WRITING AND EVALUATION WORKSHOPS, TRAININGS, COMMUNITY ENGAGEMENT EVENTS, ETC. THE EXPECTED OUTCOMES INCLUDES GRANT TRAINING, COMMUNITY NEEDS ASSESSMENT, SURVEYS, INTERVIEWS, MAPPING, RESEARCH AND OTHER TOOLS TO ASSESS ENVIRONMENTAL JUSTICE OR ENERGY JUSTICE NEEDS; AND CIVIC ENGAGEMENT AND LEADERSHIP DEVELOPMENT. THE INTENDED BENEFICIARIES INCLUDES LARGE, SMALL, RURAL, REMOTE, AND TRIBAL COMMUNITIES; NONPROFITS; BUSINESSES; LOCAL GOVERNMENTS; AND STATE AND FEDERAL AGENCIES ACROSS THE HEARTLAND OF KANSAS, NEBRASKA, IOWA, MISSOURI, AND FEDERALLY RECOGNIZED TRIBES. THE CENTER WILL BUILD A COMMUNITY'S ABILITY TO PARTICIPATE IN ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE DECISION-MAKING AT ALL LEVELS OF GOVERNMENT, FIND AND APPLY FOR GRANTS, AND ENGAGE WITH THE PRIVATE SECTOR TO BE PART OF ENERGY AND INFRASTRUCTURE PROJECT DESIGN AND DEVELOPMENT. | |
| DESCRIPTION:THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER WILL LEVERAGE EXISTING UNIVERSITY EXTENSION NETWORKS AND TECHNICAL SERVICE PROVIDERS TO REACH REMOTE, RURAL, AND UNDERSERVED COMMUNITIES ACROSS EPA REGION 5, INCLUDING THE STATES OF MINNESOTA, MICHIGAN, WISCONSIN, ILLINOIS, INDIANA, AND OHIO AND 35 TRIBAL NATIONS.ACTIVITIES:THE PROPOSED GREAT LAKES ENVIRONMENTAL JUSTICE TECHNICAL ASSISTANCE CENTER (TAC) IS ORIENTED AROUND THREE INTERRELATED ACTIVITIES: 1. IDENTIFY UNDERSERVED AND OVERBURDENED COMMUNITIES WHO COULD BENEFIT FROM ENVIRONMENTAL AND ENERGY-RELATED PROGRAMS, 2. BUILD CAPACITY FOR COMMUNITIES TO ENGAGE IN ENVIRONMENTAL DECISION MAKING AND ACCESS TECHNICAL ASSISTANCE, AND 3. PROVIDE TAILORED, ACCESSIBLE, CULTURALLY APPROPRIATE ASSISTANCE THAT ALLOWS COMMUNITIES TO SECURE FUNDING AND RESOURCES THAT MATERIALLY IMPROVE THEIR SOCIAL, ECONOMIC, AND ENVIRONMENTAL OUTCOMES.SUBRECIPIENT:ACTIVITIES INCLUDE | 7/3/2023 |

| | |
|---|---|
| PROVIDING TECHNICAL ASSISTANCE TO REGION 5 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED ACTIVITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES FOR THE TCTAC INCLUDE: A WEB PORTAL, MINUTES AND TRAININGS RELATED TO COMMUNITY WORKSHOPS, RECORDS OF APPLICANTS ASSISTED, AND OTHER RELATED MATERIALS. EXPECTED OUTCOMES INCLUDE: 1. HIGHER CAPACITY FOR COMMUNITIES, NON-PROFIT ORGANIZATIONS, AND INDIVIDUALS TO APPLY FOR GRANT OPPORTUNITIES, 2. IMPROVED CONNECTIONS BETWEEN COMMUNITIES AND TECHNICAL ASSISTANCE RESOURCES, AND 3. INCREASED PARTICIPATION IN FEDERAL AND STATE ENVIRONMENTAL AND ENERGY DECISION-MAKING AS EVIDENCED BY GREATER PARTICIPATION IN PUBLIC ENGAGEMENT, OUTREACH, EPA AND DOE PROGRAMS, PUBLIC COMMENTS, AND EJ COMMUNITIES OCCUPYING POSITIONS OF POWER IN LOCAL AND FEDERAL DECISION-MAKING BODIES.<br><br>THE INTENDED BENEFICIARIES ARE THE PEOPLE OF REGION 5, INCLUDING THE RESIDENTS OF MINNESOTA, WISCONSIN, MICHIGAN, ILLINOIS, INDIANA, AND OHIO, AS WELL AS THE MEMBERS OF THE 35 FEDERALLY-RECOGNIZED TRIBES PRESENT IN THE REGION. | |
| DESCRIPTION:WITH A SKILLED NETWORK OF SPECIALIZED PARTNERS SPREAD ACROSS THE ENTIRE SIX-STATE-AND-TRIBAL GEOGRAPHY OF EPA REGION V, THIS ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC) IS UNIQUELY SITUATED TO SHAPE EQUITY BY PROVIDING ASSISTANCE, TRAINING, AND RESOURCES TO PROGRAM PARTICIPANTS. EACH OPERATIONAL PARTNER HAS EVOLVED THROUGH GRASSROOTS EFFORTS, COMPREHENSIVELY INTEGRATING SCIENCE, TRADITION, AND CULTURE. THE CONSORTIUM DERIVES ITS POWER FROM THE PEOPLE. LOCATED NEAR THE EPA REGION 5 HEADQUARTERS IN CHICAGO, ILLINOIS, BIG SERVES AS THE EPICENTER OF THE EJ TCTAC. POWERFUL PARTNERS ENSURE THAT THIS TARGETED, SPECIALIZED PROGRAM EXTENDS THROUGHOUT THE 35 TRIBAL LANDS, ILLINOIS, INDIANA, MICHIGAN, MINNESOTA, OHIO, AND WISCONSIN. THIS DEDICATED TEAM ENSURES THAT EACH EJ TCTAC FOCUS AREA OUTLINED BY EPA IS CARRIED OUT PROFESSIONALLY, THOROUGHLY, AND CONTINUOUSLY, INCORPORATING REAL-TIME ADVANCES, ARISING CHALLENGES, AND MEANINGFUL INVOLVEMENT OF THE COMMUNITIES. TO HELP ACHIEVE EQUITY, IN ALIGNMENT WITH EXECUTIVE ORDER 13985, EACH INVOLVED ORGANIZATION ENVISIONS A TECHNICAL ASSISTANCE CENTER THAT EMPOWERS COMMUNITIES TO REMEDIATE SOCIAL, | 8/18/2023 |

ECONOMIC, AND HEALTH BURDENS BY SEEKING ENVIRONMENTAL AND ENERGY JUSTICE. FOR MAXIMUM IMPACT, SERVICES PROVIDED ENGAGE PARTICIPANTS AT EVERY LEVEL OF READINESS TO DESIGN SOLUTIONS, OBTAIN NEEDED FUNDING AND RESOURCES, AND DIRECT ACTIVITIES AND RESOURCES TOWARD THEIR IDENTIFIED NEEDS WITH EMPHASIS ON THOSE DISPROPORTIONATELY HARMED. TO BEST ENSURE THAT ALL ELIGIBLE SERVICES OF EJ TCTAC OBJECTIVES ARE PROVIDED THROUGHOUT THE ENTIRE GEOGRAPHIC AREA, INCLUDING REMOTE AND RURAL AREAS, 23 DOCUMENTED, SUPPORTING PARTNERS PROVIDE VALUABLE ASSISTANCE. TO CREATE A NEW CHAPTER OF HOPE, HEALING, AND REGENERATION, THE WHOLE-SYSTEM SOLUTION PROPOSED BY BIG AND CONVEYED THROUGH THIS EJ TCTAC EMPOWERS INDIVIDUALS AND COMMUNITIES TO LESSEN BARRIERS TO HEALTHY LIVING AND ECONOMIC FREEDOM. THE EJ TCTAC WILL OFFER HYBRID VIRTUAL AND ON-SITE SERVICES. THE WIDESPREAD NETWORK OF PARTNERS WILL OPERATE SATELLITE OFFICES TO ENSURE PHYSICAL AND VIRTUAL SERVICES ARE ACCESSIBLE TO REMOTE AND UNDERSERVED COMMUNITIES. SEDAC WILL DEPLOY A DEDICATED 1-800 CALL-CENTER. BEL AND MTERA WILL DEVELOP MULTILINGUAL RESOURCES AND CONTINUE TO LEVERAGE EXISTING TRIBAL NETWORKS ACROSS THE REGION. SERVICES INCLUDE PRODUCTION OF AND INSTRUCTION ON HOW-TO-PRODUCE PHYSICAL, DIGITAL, AND VIRTUAL RESOURCES THAT INCLUDE STORYTELLING, FACT SHEETS, CASE STUDIES, INFOGRAPHICS, AND BEST-PRACTICE TIP SHEETS. TO TEACH CAPACITY BUILDING AT BOTH REGIONAL AND LOCAL LEVELS, THE EJ TCTAC WILL FACILITATE STAKEHOLDER ENGAGEMENT DISCUSSIONS, LISTENING SESSIONS, AND OUTREACH WITH GOVERNMENT AND PRIVATE SECTORS. BIG WILL ALSO CLOSELY COLLABORATE WITH THE UNIVERSITY OF MINNESOTA WHICH IS ALSO RECEIVING AN EJ TCTAC AWARD TO SUPPORT EPA REGION V COMMUNITIES.ACTIVITIES:.SUBRECIPIENT:THERE ARE NINE SUB-AWARDS UNDER THIS GRANT AGREEMENT. ACTIVITIES FOR EACH DIFFER BASED ON EXPERTISE BUT INCLUDE FOR EXAMPLE, TRIBAL RELATIONS EXPERTISE, ENERGY SOVEREIGNTY EXPERTISE, TRANSLATION AND INTERPRETATION SERVICES, RURAL COMMUNITIES OUTREACH, OUTREACH AND EDUCATION, GRANTS TRAINING AND WRITING, PUBLIC HEALTH, ENERGY DESIGN, ETC.  OUTCOMES:.

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO MONTANA STATE UNIVERSITY (MSU). SPECIFICALLY, MSU WILL DELIVER EFFECTIVE, NO-COST TECHNICAL ASSISTANCE (TA) TO INDIVIDUALS AND ORGANIZATIONS COMMITTED TO ENERGY AND ENVIRONMENTAL JUSTICE IN REGION 8, ESPECIALLY REPRESENTATIVES OF UNDERSERVED AND OVERBURDENED GEOGRAPHIES AMONG THE REGION'S 28 FEDERALLY-RECOGNIZED TRIBES AND IN URBAN, REMOTE AND RURAL LOCATIONS. MSU MOUNTAINS AND PLAINS THRIVING COMMUNITIES COLLABORATIVE (MAPTCC) TA OFFERINGS AIM TO BUILD CAPACITY AMONG PROGRAM PARTICIPANTS IN THE AREAS OF THE ABILITY TO SUCCEED IN GRANT APPLICATION AND MANAGEMENT PROCESSES, UNDERSTANDING OF FUNDING SOURCES AND GRANT REQUIREMENTS, AND THE ABILITY TO PARTICIPATE AND ENGAGE EFFECTIVELY IN ENVIRONMENTAL AND ENERGY JUSTICE DECISION-MAKING. ACTIVITIES:THE ACTIVITIES INCLUDE:<br><br>(1) CONDUCTING OUTREACH, MARKETING AND RECRUITMENT THROUGH THE MANAGEMENT OF WEBSITE, SOCIAL MEDIA AND OTHER MARKETING TOOLS AND IN-PERSON ENGAGEMENTS; (2) PROVIDING NETWORKING AND COORDINATION WITHIN THE BROADER TCTAC AND REGIONAL TA PROFESSIONAL COMMUNITIES; (3) DIRECT COMMUNITY RESOURCE AND ENGAGEMENT SERVICES SUCH AS PROVIDING GENERAL INFORMATION, COORDINATION AND PLANNING CAPACITY, DEVELOPING AND SUPPORTING THE USE OF CUSTOMIZED PRODUCTS SUCH AS READINESS ASSESSMENTS AND FUNDING STRATEGIES, REFERRALS TO TRAINING PROGRAMS AND TA SERVICES, MENTORSHIP AND ENCOURAGEMENT, AND SUPPORT FOR FACILITATING MEETINGS AND PEER NETWORKING INCLUDING TRANSLATION, INTERPRETATION AND ACCESSIBILITY SERVICES; (4) MAINTENANCE OF A DIGITAL RESOURCE CENTER WHICH SERVES AS A PARTICIPANT DATABASE SYSTEM AND COMMUNICATIONS BACKBONE; (5) DEVELOPMENT AND DELIVERY OF CAPACITY-BUILDING TRAINING PROGRAMS; (6) THE DELIVERY OF SPECIALIZED SUPPORT TO PROGRAM PARTICIPANTS THROUGH CUSTOM WORKSHOPS AND CONSULTATIONS BY SUBJECT MATTER AND TECHNICAL EXPERTS IN THE AREAS OF COMMUNITY DEVELOPMENT, ENVIRONMENTAL AND ENERGY JUSTICE, AND CLEAN ENERGY DEVELOPMENT, AND (7) PROJECT MANAGEMENT, EVALUATION AND REPORTING. SUBRECIPIENT:ACTIVITIES INCLUDE PROVIDING TECHNICAL ASSISTANCE TO REGION 8 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED | 6/14/2024 |

ACTIVITIES.

TOTAL SUMS FOR YEARS 1 - 5:
COLORADO STATE UNIVERSITY: $1,942,682.00
CENTER FOR SOCIAL CREATIVITY: $1,003,691.00
ALLIANCE FOR TRIBAL CLEAN ENERGY:
$1,400,022.00
UNIVERSITY OF WYOMING: $1,027,541.00
UTAH STATE UNIVERSITY:
$1,009,011.00OUTCOMES:THE ANTICIPATED
DELIVERABLES INCLUDE A PUBLIC-FACING
WEBSITE, AS WELL AS THE ABILITY TO MAKE
REQUESTS AND INQUIRIES VIA TEXT, PHONE AND
EMAIL; A DIGITAL RESOURCE CENTER SERVING
GRANT ANNOUNCEMENTS, MODULAR
TRAININGS, AND CUSTOMIZED PORTFOLIOS FOR
PROGRAM PARTICIPANTSMDASH;AND
ASSOCIATED DATASETS OF PARTICIPANT AND
PROVIDER CONTACTS; ORGANIZATIONAL
FUNDING AND SUSTAINABILITY PLANS FOR
PROGRAM PARTICIPANTS.

THE EXPECTED OUTCOMES INCLUDE
INCREASING PROGRAM PARTICIPANTS',
PARTICULARLY UNDERSERVED AND
RURAL/REMOTE COMMUNITIES, ACCESS TO AND
AWARENESS OF GRANT OPPORTUNITIES,
KNOWLEDGE OF THE GRANT APPLICATION AND
MANAGEMENT PROCESS, UNDERSTANDING OF
FINANCING SOURCES AND GRANT
REQUIREMENTS, AND THE ABILITY TO
PARTICIPATE AND ENGAGE IN ENVIRONMENTAL
AND ENERGY JUSTICE DECISION-MAKING.
EXPECTED OUTCOMES OF THIS PROGRAM ARE
THE INCREASED CAPACITY IN TO ADVANCE AND
ADDRESS ENVIRONMENTAL AND ENERGY
JUSTICE ISSUES ACROSS REGION 8. THIS WILL
LEAD TO PROGRESS TOWARDS ACHIEVING THE
OBJECTIVES OF EXECUTIVE ORDERS 13985, 14008,
14091 AND 14096.

THE INTENDED BENEFICIARIES IN REGION 8
INCLUDE BUT ARE NOT LIMITED TO: NONPROFIT
ORGANIZATIONS; COMMUNITY-BASED AND
GRASSROOTS ORGANIZATIONS; PHILANTHROPIC
AND CIVIC ORGANIZATIONS; UNDERSERVED
COMMUNITIES AND ORGANIZATIONS; RURAL
AND REMOTE COMMUNITIES AND
ORGANIZATIONS; FAITH-BASED ORGANIZATIONS
AND CHURCHES; EDUCATIONAL INSTITUTIONS
(E.G., SCHOOLS, COLLEGES, AND UNIVERSITIES),
INCLUDING MINORITY SERVING INSTITUTIONS;
INDIVIDUALS OF UNDERSERVED COMMUNITIE

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO APPALACHIAN VOICES.  THE RECIPIENT WILL CREATE A COMPREHENSIVE FRAMEWORK KNOWN AS THE COAL COMMUNITY RESILIENCE PLANNING MODEL AND TOOLKIT. THIS MODEL AND TOOLKIT WILL SERVE AS AN ADAPTABLE GUIDE FOR FIVE COAL COMMUNITIES IN VIRGINIA TO NAVIGATE AND RESPOND TO THE MULTIFACETED CHALLENGES POSED BY ECONOMIC SHIFTS, ENVIRONMENTAL CONCERNS, AND THE NEED TO PLAN FOR CLIMATE CHANGE. ACTIVITIES:THE FOLLOWING ACTIVITIES WILL BE PERFORMED: ORGANIZE GOVERNMENT LEADS AND CORE COMMUNITY STAKEHOLDERS, NURTURE COMMUNITY ENGAGEMENT AND DEVELOP RESILIENCE MAPS, ENCOURAGE COMMUNITY PROJECT IDEATION AND PLAN DEVELOPMENT, DEVELOP COMMUNITY PROJECT SUSTAINABILITY PLANS, MEASURE AND SUSTAIN IMPACT, AND DEVELOP ENVIRONMENTAL JUSTICE ADVOCATES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE FOLLOWING: A COLLABORATIVE DECISION-MAKING PROCESS; 200+ COMMUNITY MEMBERS ENGAGED; 5 COMMUNITY RESILIENCE MAPS; 5 COMMUNITY-BASED PROJECT DESIGNS; PROJECT PREDEVELOPMENT CONSULTING; 12 EDUCATION WEBINARS ON CLIMATE/RESILIENCE TOPICS; 20 NEW EJ LEADERS DEVELOPED; SKILLS AND METRICS DEVELOPED TO MEASURE IMPACT; THE DEVELOPMENT OF COAL COMMUNITIES RESILIENCE TOOLKIT; ENGAGEMENT IN THE EJ PROCESSES AND RULEMAKING EFFORTS; COALFIELD RESILIENCE; AND THE DEVELOPMENT OF A COMMUNITY FEEDBACK FORM.  THE EXPECTED OUTCOMES INCLUDE THE FOLLOWING: THE CREATION OF CORE PARTNERSHIP ACCOUNTABILITY AND ORGANIZATIONAL STRUCTURE; HOSTING 2 LISTENING SESSIONS IN EACH LOCALITY; ACTIVATING 50 STAKEHOLDERS; BOLSTERING THE COMMUNITY BUY-IN PROCESS; STRATEGIC PROJECT IMPLEMENTATION; COMPLETING 5 RESILIENCE PROJECTS; INCREASING LOCAL COLLABORATIVE STRATEGIES; AND ENCOURAGING PARTICIPATION IN REGULATORY/POLICY OPPORTUNITIES.  THE INTENDED BENEFICIARIES ARE CITIZENS, LOCAL GOVERNMENT LEADERS, FUNDERS, POLICY MAKERS, REGIONAL ECONOMIC DEVELOPMENT GROUPS, AND EJ ORGANIZATIONS. | 3/19/2024 |

| | 3/27/2024 |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES.  THE RECIPIENT PROJECT IS FOCUSED ON THE BAYVIEW-HUNTERS POINT COMMUNITY OF SAN FRANCISCO CA. THE IMMEDIATE OUTCOME OF THIS TWO-YEAR INITIATIVE WILL BE THE DEVELOPMENT OF AN ENVIRONMENTAL JUSTICE POLICY PLATFORM, GROUNDED IN THE NEIGHBORHOOD'S OWN LIVED EXPERIENCES AND COMMUNITY SCIENCE - DOCUMENTATION AND MAPPING OF ENVIRONMENTAL TOXIC EXPOSURES AND ADVERSE HEALTH EFFECTS TO PAST AND PRESENT RESIDENTS AND WORKERS, BUILDING AN ACCESSIBLE LIBRARY OF LOCAL ENVIRONMENTAL ISSUES, POTENTIAL MITIGATION MEASURES, AND SUBSTANTIVE POLICY CHANGES. THE PROJECT CONNECTS MULTIPLE COMMUNITY-LED EFFORTS INTO A LARGER, COHESIVE PROGRAM OF POLLUTION REDUCTION, PUBLIC HEALTH ADVOCACY, AND NEIGHBORHOOD EMPOWERMENT. A MAJOR RESULT OF THE PROGRAM WILL BE THE DEVELOPMENT OF NEW CADRES OF TRAINED AND EXPERIENCED COMMUNITY ENVIRONMENTAL HEALTH ACTIVISTS, INCLUDING YOUTH ADVOCATES.<br><br>THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COSTS HAVE BEEN APPROVED BACK TO 3/1/2024.<br><br><br>ACTIVITIES:THE ACTIVITIES INCLUDE HIRING A PROGRAM COORDINATOR, COMPLETE MOU'S WITH COLLABORATIVE PARTNERS, DEVELOP TRAINING MATERIALS FOR STAFF, PREPARE FOR PROGRAM LAUNCHES AND DESIGN YOUTH TRAININGS.<br>SUBRECIPIENT:3RD STREET YOUTH CENTER AND CLINIC, WILL ESTABLISH A YOUTH ADVOCATES PROGRAM UNDER THIS INITIATIVE, TRAINING AND MENTORING OUR NEXT GENERATION OF COMMUNITY LEADERS, GIVING THEM A FOUNDATION OF SKILLS IN ADVOCACY, DATA ANALYSIS, AND COMMUNITY OUTREACH. WE WILL CO-DEVELOP ENVIRONMENTAL JUSTICE AND POLICY CURRICULA, STRATEGIZE INTERVENTIONS, DRAFT EVIDENCE-BASED POLICY RECOMMENDATIONS, AND JOINTLY DEVELOP EDUCATIONAL MATERIALS TO SUPPORT LASTING COLLABORATION AMONG THE PARTNERS.<br><br>SF BAY PHYSICIANS FOR SOCIAL RESPONSIBILITY WILL LEAD AND SUPPORT A SERIES OF TRAININGS ON VARIOUS TOPICS INCLUDING PUBLIC HEALTH IMPACTS OF EXPOSURES AND HOW TO INTERPRET DATA. THEY WILL CREATE EDUCATIONAL MATERIALS | |

EPA_00045039

| | |
|---|---|
| BASED ON THE PUBLIC HEALTH IMPACTS OF EXPOSURES FOUND THROUGH GROUND TRUTHING AND ANY INFORMATION RESULTED IN THE AB 617 PROCESS.<br>OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE SIGN IN SHEERS, TRAINING MATERIALS, MEETING REPORTS, POLICY PROPOSALS, DRAFT ARC GIS MAP AND UPDATED DATA FINDINGS.<br><br>THE EXPECTED OUTCOMES INCLUDE INCREASE IN COMMUNITY CAPACITY AND ACCESS TO POLICY MAKING TOOLS, SECC AND YOUTH CURRICULUM IMPLEMENTED. TOXIC INDEX DATA COLLECTED AND ANALYZED, YOUTH PROGRAM PRESENTS DATA ANALYSIS TO SECC AND AB617 STEERING COMMITTEE. SECC AND YOUTH INTERACT WITH STATE REPRESENTATIVES THROUGH STATE LEGISLATIVE DAY AND PRESENT CONCERNS AND POLICY IDEAS, AND INCREASED COMMUNITY CAPACITY IN POLICY ADVOCACY AND KNOWLEDGE IN ENVIRONMENTAL JUSTICE. UPDATED TOXIC INDEX DATA. DEVELOPED COORDINATION AND STRENGTHENED RELATIONSHIPS WITH PROJECT PARTNERS, AB 617 CSC, STATE LEGISLATORS AND THE D10 SUPERVISORS' OFFICE.<br><br>THE INTENDED BENEFICIARIES INCLUDE THE COMMUNITY OF THE BAY VIEW HUNTERS POINT. | |
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO NUEVA ESPERANZA, INC. THE RECIPIENT AND ITS PARTNERS IN THE HUNTING PARK COMMUNITY-LED CLIMATE RESILIENCE AND EMPOWERMENT PROJECT WILL BUILD THE CAPACITY OF RESIDENTS, LEADERS AND NEIGHBORHOOD INFRASTRUCTURE TO IMPROVE THE CLIMATE RESILIENCY OF THE HUNTING PARK (HP) NEIGHBORHOOD IN PHILADELPHIA, PA, AGAINST THE DISPROPORTIONATE HEALTH AND ECONOMIC IMPACTS OF HEAT IN THE COMMUNITY.<br><br>ACTIVITIES:THE ACTIVITIES INCLUDE BUILDING TREE COVER; TRAININGS FOR COMMUNITY MEMBERS; DISTRIBUTING EXTREME HEAT MITIGATION TRAINING AND TOOLS TO RESIDENTS; FACILITATING COMMUNITY DIALOGUE; FORMALIZING A COMMUNITY-DRIVEN ENVIRONMENTAL POLICY PLATFORM; AND COMPLETING A HEALTH IMPACT ASSESSMENT.<br><br>SUBRECIPIENT:HUNTING PARK GREEN WILL RECEIVE A SUBAWARD OF $75,051 TO COLLABORATE ON OUTREACH; CO-MANAGE TREE STEWARDSHIP AND TRAINING; AND FACILITATE COMMUNITY CONVERSATIONS. AS I PLANT THE SEED WILL RECEIVE A SUBAWARD OF $57,099 TO COLLABORATE ON OUTREACH AND FACILITATE COMMUNITY CONVERSATIONS. | 4/8/2024 |

HUNTING PARK NEIGHBORHOOD ADVISORY COMMITTEE WILL RECEIVE A SUBAWARD OF $53,007 TO LEAD WEATHERIZATION TRAINING. HUNTING PARK COMMUNITY SOLAR INITIATIVE WILL RECEIVE A SUBAWARD OF $35,979 TO DELIVER SOLAR PANEL INSTALLATION TRAINING TO HP RESIDENTS. PENNSYLVANIA HORTICULTURAL SOCIETY WILL RECEIVE A SUBAWARD OF $42,000 TO DELIVER TREES, TREE PLANTINGS AND MAINTENANCE TRAINING; AND PROVIDE INSIGHTS ON ENVIRONMENTAL IMPACT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ADDITIONAL TREES IN HP; TRAININGS IN TREE MAINTENANCE, CLIMATE CHANGE, COMMUNITY ORGANIZING, HEAT SAFETY, AND SOLAR PANEL INSTALLATION; DISTRIBUTION OF COOLING KITS AND INSTALLED AIR CONDITIONERS WITH WEATHERIZATION KITS AND WORKSHOPS; HP CLIMATE JUSTICE PLATFORM; HEALTH IMPACT ASSESSMENT TO GAUGE EXISTING HEALTH DISPARITIES AND SPECIFIC HEALTH CHALLENGES; AND INSIGHTS GAINED FOR NEIGHBORHOODS ENGAGING IN COMMUNITY-DRIVEN CLIMATE CHANGE. THE EXPECTED OUTCOMES INCLUDE VIABLE TREE CANOPY; INCREASED COMMUNITY KNOWLEDGE AND COMMUNITY SKILLS; IMPROVED BLOCK-LEVEL AND HOUSING HVAC CONDITIONS AND INDOOR AIR QUALITY; AND DECREASED RATES OF HEAT STROKE, HEAT EXHAUSTION AND ASTHMA. OTHER OUTCOMES INCLUDE INCREASED COMMUNITY COHESION; IMPROVED LEVERAGING OF CITY-PRIVATE RESOURCES; GRADUAL REDUCTION IN THE NEIGHBORHOOD HEAT INDEX; AND MODELING FOR OTHER CLIMATE VULNERABLE NEIGHBORHOODS. THE INTENDED BENEFICIARIES INCLUDE CURRENT AND FUTURE RESIDENTS OF HUNTING PARK.

| DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $500,000 TO SUPPORT COMPLIANCE OF THE CLEAN AIR ACT FOR THE PARKS ALLIANCE OF LOUISVILLE, INC.  THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE PARKS ALLIANCE OF LOUISVILLE. THE RECIPIENT WILL ACTIVELY ENGAGE RESIDENTS OF LOUISVILLE'S CALIFORNIA NEIGHBORHOOD IN THE PLANNING, PROGRAMMING, AND STEWARDSHIP OF THE NEW 20-ACRE ALBERTA O. JONES PARK.ACTIVITIES:THE ACTIVITIES INCLUDE HIRING A PARK SUPERINTENDENT TO OVERSEE THE STEWARDSHIP AND ONGOING PROGRAMMING OF THE NEWLY BUILT ALBERTA O. JONES PUBLIC PARK, FORMING AND OPERATIONALIZING OF THE PARK COMMUNITY COUNCIL, PERFORMING A HEALTH IMPACT ASSESSMENT (HIA), CONDUCTING COMMUNITY OUTREACH EVENTS, SURVEYING RESIDENTS' EXPERIENCE, ACQUISITION OF SMALL PARCELS OF LAND FOR PHASE II OF ALBERTA O. JONES PUBLIC PARK, INCORPORATING PLANNING AND ENGINEERING BEST PRACTICES TO MITIGATE RISK OF EXPOSURE TO FLOODING AND CSOS (COMBINED SEWER OVERFLOWS).SUBRECIPIENT:SUBAWARD ACTIVITIES INCLUDE PROVIDING STAFF AND ORGANIZATIONAL EXPERIENCE, CONDUCTING A HEALTH IMPACT ASSESSMENT (LMPHW CENTER FOR HEALTH EQUITY) AND DISSEMINATING THE INFORMATION TO THE APPROPRIATE AUDIENCES, FACILITATING PUBLIC COMMUNITY-ENGAGEMENT WORKSHOPS (BRIGHTSIDE FOUNDATION; BERNHEIM ARBORETUM AND RESEARCH FOREST) WHICH INCLUDE PROVIDING GARDENING MATERIALS, EDIBLE GARDEN EDUCATION, RAIN-GARDEN EDUCATION, TREE-PLANTING; EDUCATE COMMUNITY MEMBERS ABOUT THEIR IMPORTANCE IN MITIGATING FLOODING AND OTHER CLIMATE IMPACTS, CONDUCTING A BIODIVERSITY STUDY OF THE PARK, MEASURING THE IMPACT OF THE ADDITION OF NATIVE PLANTS AND TREES IN ATTRACTING BIODIVERSE SPECIES TO A NEIGHBORHOOD DESIGNATED AS AN URBAN HEAT ISLAND; CONSULT ON THE DESIGN AND DEVELOPMENT OF AN AG INNOVATION HUB AT ALBERTA O. JONES PARK, WORKING IN COLLABORATION WITH YOUTHBUILD TO TRANSFORM ABOUT TWO ACRES OF THE PARK INTO AN AGRICULTURAL HUB AND JOB TRAINING SITE FOR YOUTH INTERESTED IN CAREERS IN PARKS AND URBAN FARMING.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE CREATION AND DISSEMINATION OF A REPORT TO SHARE THE FINDINGS OF THE HIA, FEEDBACK FROM 150+ RESIDENTS FOR THE DESIGNING AND PROGRAMMING OF PHASE 2 OF THE PARK, SHARED RESOURCES AND INFORMATION TO RESIDENTS FROM 7 COMMUNITY PARTNERS, | 4/27/2024 |
|---|---|

RECRUITMENT AND TRAINING OF A PARK
SUPERINTENDENT, CONDUCTION OF 4 PARK
COMMUNITY COUNCIL MEETINGS, AND
SECURING FEMA APPROVAL FOR PHASE 2 OF THE
PARK CONSTRUCTION IN COMPLIANCE WITH
HAZARD MITIGATION GRANT STANDARDS.
THE EXPECTED OUTCOMES INCLUDE INCREASED
ENGAGEMENT OF THE COMMUNITY IN
IDENTIFYING CORE STRATEGIES THROUGH
WHICH PARK DESIGN AND PROGRAMMING THAT
CAN IMPACT RESIDENTS' MENTAL HEALTH AND
WELLBEING (GOAL = 150); INCREASED NUMBER
OF RESIDENTS THAT ARE AWARE OF THE RISKS
ASSOCIATED WITH EXPOSURE TO CSOS AND
FLOODING DRIVEN BY INCREASED FREQUENCY
AND INTENSITY OF RAIN EVENTS (GOAL = 150);
PILOTING OF A COMMUNITY-DRIVEN PARK
PLANNING AND STEWARDSHIP MODEL THAT CAN
BE REPLICATED IN OTHER LOUISVILLE PUBLIC
PARKS - PARTICULARLY THOSE IN
HISTORICALLY UNDERSERVED AND
DISADVANTAGED NEIGHBORHOODS; PROVIDING
INFORMATION TO THE COMMUNITY, DECISION-
MAKERS, AND OTHER STAKEHOLDERS ABOUT
THE POTENTIAL BENEFICIAL AND ADVERSE
IMPACTS TO MENTAL HEALTH THAT MAY
RESULT FROM THE TRANSFORMATION OF
VACANT/ABANDONED PROPERTY IN THE
CALIFORNIA NEIGHBORHOOD INTO A NEW
PUBLIC PARK (GOAL = 2 GOVERNMENT
PARTNERS, 1 HEALTHCARE SYSTEM, 1 PUBLIC
HEALTH ORGANIZATION, AND 2 UNIVERSITIES);
CREATE LEARNING OPPORTUNITIES FOR
RESIDENTS - INCLUDING YOUTH - THAT
LEVERAGE PARK INFRASTRUCTURE AND
PROGRAMMING TO PROMOTE COMMUNITY
EMPOWERMENT, HEALTH, AND WELLBEING;
PRODUCTIVELY USE 20 ACRES OF
VACANT/ABANDONED PROPERTY AS A NEW
PUBLIC PARK IN THE CALIFORNIA
NEIGHBORHOOD THAT SERVES AS A
RECREATIONAL, CULTURAL, AND SOCIAL HUB -
PLANNED, PROGRAMMED, AND STEWARDED BY
THE RESIDENTS; PROVIDING INFORMATION TO
THE COMMUNITY, DECISION-MAKERS, AND
OTHER STAKEHOLDERS ABOUT THE POTENTIAL
BENEFICIAL AND ADVERSE IMPACTS

| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO EARTH CARE INTERNATIONAL.  SPECIFICALLY, THE RECIPIENT WILL PARTNER WITH THE CITY AND COUNTY OF SANTA FE, THE SANTA FE PUBLIC SCHOOL DISTRICT, THE HEALTH EQUITY PARTNERSHIP, MAINSTREET NEW MEXICO, AND THE SOUTHSIDE BUSINESS COUNCIL TO CONDUCT A COMMUNITY-LED HEALTH ASSESSMENT FOR THE SOUTHSIDE OF SANTA FE USING THE COLLABORATIVE PROBLEM-SOLVING FRAMEWORK TO DEVELOP CONCRETE URBAN PLANNING, LOCAL POLICY, AND COMMUNITY-DRIVEN DEVELOPMENT SOLUTIONS TO THE ENVIRONMENTAL JUSTICE AND PUBLIC HEALTH CHALLENGES FACING THE AREA. THEY WILL USE A HEALTH IMPACT ASSESSMENT TO ESTABLISH A FOUNDATION FOR CUMULATIVE IMPACTS ASSESSMENT WHILE CONSIDERING LAND-USE DEVELOPMENT PROPOSALS. THEY WILL ALSO CONDUCT A CITIZEN-SCIENCE AIR-MONITORING PROJECT FOCUSED ON EMISSIONS FROM AN ASPHALT PLANT TO EMPOWER STUDENTS AND RESIDENTS IN THE AREA WITH DATA TO INFORM COMMUNITY ADVOCACY EFFORTS. THESE COMPLEMENTARY PROJECTS WILL ENGAGE PUBLIC INSTITUTIONS, BUSINESS LEADERS, DECISION-MAKERS, AND THOUSANDS OF YOUTHS AND FAMILIES IN COLLABORATIVE PROBLEM-SOLVING AND PUBLIC POLICY DEVELOPMENT. THE EXPECTED OUTCOME OF THE COMMUNITY-DRIVEN ASSESSMENT PROJECT WILL BE POLICY AND COMMUNITY DEVELOPMENT DIRECTIVES DEVELOPED BY DIVERSE STAKEHOLDERS TO FOSTER ENVIRONMENTAL JUSTICE, IMPROVE COMMUNITY HEALTH, AND BUILD LONG-TERM RESILIENCE IN THE FACE OF CLIMATE CHANGE.ACTIVITIES:THE ACTIVITIES INCLUDE THREE CIVIC ENGAGEMENT PROCESSES TO GENERATE COMMUNITY-DRIVEN SOLUTIONS TO COMMUNITY HEALTH, ENVIRONMENTAL AND DEVELOPMENT CONCERNS THAT HAVE BEGUN TO BE ARTICULATED IN RESPONSE TO THE PROPOSED EXPANSION OF AN ASPHALT PLANT IN THE AREA. THE FIRST PROCESS AND OVERARCHING FRAMEWORK IS THE COLLABORATIVE PROBLEM-SOLVING PROCESS TO FULLY INVEST COMMUNITY-LED SOLUTION BUILDING TO MITIGATE THE POLLUTION AND OTHER CHALLENGES IN THE AREA AND BUILD A MORE RESILIENT COMMUNITY. THE SECOND PROCESS IS THE HEALTH IMPACT ASSESSMENT WHICH WILL ENGAGE THE COMMUNITY AROUND THE QUESTION OF HOW CUMULATIVE IMPACTS ANALYSIS REQUIREMENTS IN DEVELOPMENT AND PERMITTING PROCESSES MIGHT SUPPORT THE COMMUNITY'S ENVIRONMENTAL JUSTICE VISION AND GOALS. THE THIRD IS AN AIR QUALITY MONITORING COMPONENT DESIGNED | 4/29/2024 |
|---|---|

EPA_00045044

TO CONTRIBUTE TO THE PROJECT'S LEADERSHIP DEVELOPMENT, INFORMATION GATHERING, AND SOLUTION-GENERATION OBJECTIVES. THE ACTIVITIES INCLUDE, FORMING THE PROJECT TEAM, DEVELOPING TRAININGS AND TRAINING COMMUNITY LEADERS, DEVELOPING AN ENGAGEMENT PLAN, CONDUCTING OUTREACH FOR SCREENING AND SCOPING PROCESSES, ESTABLISHING FIVE AIR MONITORING SITES AND MONITORING AIR QUALITY, CONDUCTING HEALTH IMPACT ANALYSIS, REPORTING FINDINGS, AND DEVELOPING RECOMMENDATIONS AND AN ACTION PLAN.SUBRECIPIENT:AS DESCRIBED IN THE PROPOSAL, THE SUBAWARD WILL BE MADE TO THE HEALTH EQUITY PARTNERSHIP (HEP) FOR THEIR WORK TO GUIDE THE HEALTH IMPACT ASSESSMENT (HIA) IN DESIGN AND IMPLEMENTATION THROUGH TRAINING AND TECHNICAL ASSISTANCE INCLUDING GRAPHIC RECORDING AND DOCUMENTATION, EVALUATION, AND REPORT PRINTING . THE SUBAWARD BUDGET INCLUDES FOUR ALL-DAY TRAININGS WITH TIME COSTS FOR THE TRAINERS TO PREPARE AND EXECUTE THE TRAINING, GRAPHIC RECORDING FOR EACH, AND THE COST OF TRAINING MATERIALS.  OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TWENTY YOUTH AND PARENT LEADERS TRAINED IN COMMUNITY HEALTH ASSESSMENT AND AIR QUALITY MONITORING, TEN TECHNICAL TRAININGS ON COLLABORATIVE PROBLEM-SOLVING MODEL, HEALTH IMPACT ANALYSIS ASSESSMENT, CUMULATIVE IMPACTS ASSESSMENT, CITIZEN SCIENCE REPORTS, AIR QUALITY MONITORING, AND DATA AND EVALUATION FOR PROJECT TEAM INCLUDING STAFF, STAKEHOLDER PARTNERS, YOUTH AND PARENT PROJECT LEADERS, AND TEACHERS. ADDITIONALLY, FIVE-HUNDRED RESIDENTS WILL BE REACHED THROUGH CANVASSING AND COMMUNITY MEETINGS TO ENGAGE NEIGHBORHOOD RESIDENTS, FIVE MONITORING SITES WILL BE ESTABLISHED, FIVE TEACHERS WILL BE GIVEN TECHNICAL TRAINING AND ENGAGED IN CURRICULUM DEVELOPMENT AND SE

EPA_00045045

| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS.  SPECIFICALLY, THE RECIPIENT WILL FUND A FULLTIME PROJECT MANAGER TO PLAN, PARTNER, AND COLLABORATE TO IMPLEMENT THE PROPOSED INDIGENOUS COMMUNITY GARDEN. THE GARDEN, LOCATED IN GOLDEN GATE PARK WITHIN SAN FRANCISCO, IS A NATIVE-LED PARTNERSHIP BETWEEN THE FRIENDSHIP HOUSE ASSOCIATION, THE ASSOCIATION OF RAMAYTUSH OHLONE, THE CULTURAL CONSERVANCY, AND SAN FRANCISCO RECREATION AND PARKS DEPARTMENT. THE COMMUNITY GARDEN SPACE CENTERS ITSELF AROUND TRADITIONAL INDIGENOUS ECOLOGICAL KNOWLEDGE, THE CORNERSTONE OF REGENERATIVE AGRICULTURE. PROJECT WORK WILL INCLUDE PLANNING AND PREPARATION WORK INCLUDING COLLABORATION WITH THE SAN FRANCISCO RECREATION AND PARKS DEPARTMENT TO ENSURE CITY COMPLIANCE, DEVELOPMENT AND IMPLEMENTATION OF THE GARDEN PLANS WITHIN THE ALLOTTED PARCEL USING PARTNER AND COMMUNITY FEEDBACK ALIKE, GARDEN ESTABLISHMENT, AND DEVELOPMENT OF ONGOING EDUCATION AND OUTREACH PROGRAMMING. ONCE OPERATIONAL, THE INDIGENOUS COMMUNITY GARDEN WILL PROVIDE SAN FRANCISCO'S NATIVE COMMUNITY WITH TRAINING AND EDUCATION ON HOW TO MANAGE NATIVE LANDSCAPES, A CEREMONIAL SPACE WITHIN THE CITY, AND INCREASE KNOWLEDGE ABOUT PREPARATION, AND CONSUMPTION OF HEALTHY FIRST FOODS. THROUGHOUT THE PROJECT PERIOD FRIENDSHIP HOUSE ASSOCIATION WILL WORK TO FURTHER BROADEN COMMUNITY CONNECTIONS AND CREATE NEW PARTNERSHIPS THROUGH THEIR WORK ON THE INDIGENOUS COMMUNITY GARDEN. FINAL EVALUATIONS AND REVIEWS WITHIN THE PROJECT PERIOD WILL ALLOW FRIENDSHIP HOUSE ASSOCIATION AND THEIR PARTNERS THE ABILITY TO ENSURE LONG-TERM GARDEN SUSTAINABILITY AND CREATE A ROADMAP FOR LONG-LASTING PARTNERSHIPS AND COLLABORATIVE EFFORTS. ACTIVITIES:THE ACTIVITIES IN THIS PROJECT INCLUDE ESTABLISHING AND MAINTAINING NEW COLLABORATIVE TRIBAL, GOVERNMENT, OTHER PARTNERSHIPS, PLANNING AND PREPARATION OF THE PROJECT SCOPE, INITIAL DEVELOPMENT INCLUDING ALL RELEVANT PERMITTING ACTIVITIES, OVERALL GARDEN ESTABLISHMENT, AND ONGOING GARDEN OPERATIONS AND OPTIMIZATION. IN YEAR 1 COMMUNITY STAKEHOLDERS AND PARTNERS WILL BE IDENTIFIED AND ENGAGED TO HELP DESIGN THE OVERALL PROJECT AND PROVIDE INPUT THROUGHOUT THE LIFE OF THE PROJECT. THE APPROPRIATE PERMITS WILL BE IDENTIFIED AND | 4/29/2024 |
|---|---|

APPLIED FOR AND, AS A PARTNER, THE CITY OF SAN FRANCISCO WILL ALSO OVERSEE THE CEQA PROCESS AND HOLD COMMUNITY MEETINGS RELATED TO THE PROJECT. BASIC SITE PREPARATION WILL BE DONE DURING THE FIRST YEAR AS WELL, OVERSEEN BY THE PROJECT MANAGER FUNDED VIA THIS COOPERATIVE AGREEMENT. IN YEAR 2, THE GARDEN WILL BE ESTABLISHED. PLANT SPECIES, TRADITIONAL FOODS, AND HERBAL PLANTS FOR CULTIVATION WILL BE SELECTED IN PARTNERSHIP WITH THE ASSOCIATION OF RAMAYTUSH OHLONE AND CULTURAL CONSERVANCY. IN ADDITION, DESIGN AND IMPLEMENTATION FOR A LAND BASED HEALING PROGRAM AND AN EDUCATION AND OUTREACH PROGRAM FOR FRIENDSHIP HOUSE RESIDENTS AND MEMBERS OF THE PUBLIC WILL OCCUR, IN COLLABORATION WITH PROJECT PARTNERS. IN YEAR 3, OVERALL PROJECT IMPLEMENTATION WILL OCCUR. THE FINAL YEAR WILL BE USED TO TRACK AND RECORD THE FARMS PROGRESS AND GROWTH, ALLOW FOR IMPLEMENTATION OF THE HEALING AND EDUCATIONAL PROGRAMS, AND A FINAL ASSESSMENT OF PROJECT SUSTAINABILITY WILL BE MADE IN ADDITION TO A PLAN FOR SUSTAINING FUTURE OPERATIONS PAST THE LENGTH OF THIS COOPERATIVE AGREEMENT. OVER THE COURSE OF THE ENTIRE PROJECT PERIOD THE PROJECT MANAGER WILL STRIVE TO CREATE NEW AND LONG-LASTING COLLABORATIVE PARTNERSHIPS THROUGH MONTHLY STAKEHOLDER MEETINGS, CREATING AN INTERNAL FRAMEWORK FOR EVALUATING AND SUSTAINING LONG-TERM PARTNERSHIPS, AND DEVELOPING A RECOGNITION PROGRAM TO ACKNOWLEDGE SIGNIFICANT CONTRIBUTIONS FROM PARTNERS.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE FORMAL STAKEHOLDER PARTNERSHIPS WITH THE LISTED PROJECT PARTNERS, DOCUMENTATION OF STAKEHOLDER INPUT GAINED THROUGH WEBINARS, LISTENING SESSIONS, AND COMMUNITY MEETINGS HELD THROUGHOUT THE PRO

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO OREGON COAST VISITORS ASSOCIATION. THE RECIPIENT WILL PERFORM WORK TO EXPAND EQUITABLE AND INCLUSIVE MOVEMENT TO AND ALONG THE OREGON COAST. THE GRANT AIMS TO REDUCE THE NATURE GAP OBSERVED IN THE PORTLAND METRO, SALEM, AND EUGENE AREAS, REDUCE BARRIERS AND INCREASE FEELINGS OF SAFETY FOR DISADVANTAGED COMMUNITIES VISITING THE OREGON COAST, DECREASE WORKFORCE TRAFFIC AND BURDEN, AND DECREASE TRAFFIC CONGESTION AND AIR POLLUTION AT HIGHLY VISITED COASTAL DESTINATIONS.ACTIVITIES:THE ACTIVITIES INCLUDE DEVELOPING SOCIAL, ENVIRONMENTAL, FINANCIAL, AND TECHNICAL STRATEGIES TO ASSESS THE CRITICAL POINTS OF TECHNICAL AND SOCIAL INFRASTRUCTURE NEEDED FOR EQUITABLE AND LOW IMPACT TRANSPORTATION. THE RECIPIENT WILL DEVELOP A QAPP, THEN WORK ALONGSIDE LOCAL PARTNERS TO ENGAGE COMMUNITIES IN FOCUS GROUPS. INFORMATION WILL BE GATHERED AND SYNTHESIZED INTO AN EQUITABLE AND INCLUSIVE MOVEMENT PLAN FOR THE AREA.SUBRECIPIENT:A $15,000 SUB-AWARD TO OREGON STATE UNIVERSITY'S TOURISM LAB SUPPORTS COMMUNITY ENGAGEMENT AT A DESTINATION LEVEL AND HELPS DETERMINE THE CARRYING CAPACITY OF VISITORS FOR A GIVEN CITY OR COUNTY. A $3,000 SUB-AWARD TO PORTLAND STATE UNIVERSITY CREATES A TRANSPORTATION ANALYSIS IN LINE WITH PROJECT OBJECTIVES. A $28,000 SUB-AWARD TO FORTH MOBILITY SUPPORTS TECHNICAL AND FINANCIAL ASSESSMENTS AND WORKFORCE FOCUS GROUPS.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE A MULTI-CHAPTER EQUITABLE AND INCLUSIVE MOVEMENT PLAN CREATED USING COMMUNITY-SOURCED INFORMATION. BENEFICIARIES INCLUDE THREE COMMUNITIES BURDENED BY ENVIRONMENTAL JUSTICE ISSUES RELATING TO TRANSPORTATION TO AND ALONG THE OREGON COAST: DISADVANTAGED COMMUNITIES WHO RESIDE IN THE PORTLAND METRO, SALEM, AND EUGENE AREAS WHO WISH TO VISIT THE OREGON COAST AS TOURISTS, THE TOURISM WORKFORCE WHO COMMUTE TO THEIR EMPLOYMENT ON THE OREGON COAST, AND RESIDENTS RESIDING IN CONGESTED TRAFFIC WAYS ALONG THE NORTH AND CENTRAL OREGON COAST. THE EXPECTED OUTCOMES INCLUDE REDUCING THE NATURE GAP AND PROMOTING EQUITABLE AND ACCESSIBLE TRAVEL TO THE OREGON COAST FOR VULNERABLE COMMUNITIES IN PORTLAND, SALEM, AND EUGENE; REDUCING TRANSPORTATION EMISSIONS AND IMPROVING ACCESS TO ZERO-EMISSION TRANSPORTATION | 4/30/2024 |

| | |
|---|---|
| INFRASTRUCTURE FOR THE TOURISM WORKFORCE ON THE OREGON COAST; AND PLANNING AN EQUITABLE WAY FORWARD FOR OREGON COAST DESTINATIONS EXPERIENCING HIGH VISITATION TRAFFIC. | |
| DESCRIPTION:THE COOPERATIVE AGREEMENT PROVIDES FUNDING TO NEW HAVEN ECOLOGY PROJECT, INC. (NHEP). THE PROJECT WILL ENGAGE COMMUNITIES AND SOLVE PROBLEMS FACING THE CITY OF NEW HAVEN WITH A FOCUS ON SIX NEIGHBORHOODS IMPACTED BY ENVIRONMENTAL JUSTICE: WEST ROCK, WEST RIVER, NEWHALLVILLE, DWIGHT/DIXWELL, FAIR HAVEN, AND THE HILL. THE RECIPIENT WILL DEVELOP A GREEN JOB CORPS (GJC) CONSISTING OF OVER 100 HIGH SCHOOL STUDENTS WHO WILL BE RECRUITED FROM COMMON GROUND HIGH SCHOOL (CGHS) AND OTHER NEW HAVEN HIGH SCHOOLS TO PARTICIPATE IN AT LEAST 200 PAID ENVIRONMENTAL JUSTICE POSITIONS AS ENVIRONMENTAL JUSTICE PROBLEM SOLVERS. THROUGH THE GJC, STUDENTS WILL RECEIVE ENVIRONMENTAL JOB TRAINING AND LEADERSHIP DEVELOPMENT IN HIGH-IMPACT ROLES RELATED TO COMMUNITY ENGAGEMENT, PUBLIC EDUCATION, AND ACTION AROUND LOCAL ENVIRONMENTAL JUSTICE CHALLENGES. GJC MEMBERS WILL WORK WITH NEW HAVEN RESIDENTS TO CONTRIBUTE DIRECTLY TO IMPROVE AIR QUALITY, DECREASE CLIMATE IMPACTS, IMPROVE CLIMATE RESILIENCY, DECREASE ENVIRONMENTAL HEALTH IMPACTS, AND ASSIST IN INCREASING THE CITY OF NEW HAVEN'S CAPACITY TO PROBLEM-SOLVE ENVIRONMENTAL JUSTICE ISSUES BY LEADING COMMUNITY ENGAGEMENT EFFORTS THAT INCORPORATE ENVIRONMENTAL JUSTICE PRIORITIES INTO CITY PLANNING.ACTIVITIES:THE ACTIVITIES INCLUDE THE DEVELOPMENT OF A GREEN JOB CORPS (GJC), CONSISTING OF OVER 100 HIGH SCHOOL STUDENTS FROM COMMON GROUND HIGH SCHOOL (CGHS) AND OTHER NEW HAVEN HIGH SCHOOLS TO PARTICIPATE IN AT LEAST 200 PAID POSITIONS AS ENVIRONMENTAL JUSTICE PROBLEM SOLVERS. THE RECIPIENT WILL PROVIDE TRAINING ON ENVIRONMENTAL JUSTICE PROBLEM-SOLVING TO GJC MEMBERS, | 5/2/2024 |

DEVELOP WORKSHOPS ON ENVIRONMENTAL
JUSTICE PROBLEM-SOLVING AND
ENVIRONMENTAL JUSTICE ISSUES FOR GJC
MEMBERS, HOLD 2 ANNUAL YOUTH PROBLEM-
SOLVING SUMMITS FOR GJC MEMBERS AND
YOUTH AT PARTNERSHIP SITES, DEVELOP A GJC
TOOLKIT, PROVIDE OPPORTUNITIES FOR GJC
MEMBERS TO PRESENT THEIR RESULTS AT
URBAN PUBLIC SCHOOLS, AND ENGAGE NEW
HAVEN COMMUNITY MEMBERS IN BUILDING
ENVIRONMENTAL JUSTICE PLANS AND
COMMUNITY-BASED ENVIRONMENTAL JUSTICE
PROBLEM-SOLVING. THE RECIPIENT WILL
PROVIDE OPPORTUNITIES FOR ENGAGEMENT
WITH COMMUNITY MEMBERS THROUGH THE GJC
AND FACILITATE CLIMATE ADAPTATION AND
RESILIENCY MEASURES INCLUDING INCREASING
THE URBAN TREE CANOPY IN NEW HAVEN,
INCREASING COMMUNITY COMPOSTING
EFFORTS, REDUCING FOOD WASTE, AND
SUPPORTING URBAN
AGRICULTURE.SUBRECIPIENT:THE URBAN
RESOURCES INITIATIVE WILL PROVIDE TRAINING
AND SUPERVISION TO 36 NEW HAVEN YOUTH AS
PART OF PAID ENVIRONMENTAL JUSTICE WORK
OPPORTUNITIES; ENSURE GREEN JOB CORPS (GJC)
MEMBERS PARTICIPATE IN WORK THAT BUILDS
TOWARDS ENVIRONMENTAL JUSTICE; AND
ENGAGE IN SUPERVISOR WORKSHOPS, YOUTH
LEADERSHIP SUMMITS, PROJECT EVALUATION
EFFORTS, AND DOCUMENTATION ACTIVITIES.
THE NEW HAVEN CLIMATE MOVEMENT WILL
SUPPORT TWO PAID INTERNS IN EACH OF THE
FIVE NEW HAVEN PUBLIC SCHOOLS WHO WILL
ACT AS YOUTH CLIMATE ACTION INTERNS.
THESE INTERNS WILL ENGAGE OTHER STUDENTS,
TEACHERS, FAMILIES, AND RESIDENTS IN
PLANNING CLIMATE PROJECTS FOCUSED ON
GREENHOUSE REDUCTION AND PUBLIC HEALTH
IMPROVEMENTS; ORGANIZE PUBLIC EDUCATION
TO INCREASE SUPPORT FOR CLIMATE CHANGE
ACTION; AND EVALUATE AND REPORT ON THE
IMPACT OF THESE PROJECTS. NAPPESOUL, INC.
WILL PROVIDE TRAINING AND SUPERVISION TO
9-18 NEW HAVEN YOUTH AS PART OF PAID
ENVIRONMENTAL JUSTICE WORK
OPPORTUNITIES FOCUSED ON SUSTAINABLE
GARDENING; ENSURE GJC MEMBERS ARE
ENGAGED IN WORK THAT BUILDS
ENVIRONMENTAL JUSTICE AND ENGAGES
COMMUNITY MEMBERS MOST IMPACTED BY
FOOD INSECURITY; AND ENGAGE IN SUPERVISOR
WORKSHOPS, YOUTH LEADERSHIP SUMMITS,
PROJECT EVALUATION EFFORTS, AND
DOCUMENTATION ACTIVITIES.
HAVEN'S HARVEST WILL PROVIDE TRAINING
AND SUPERVISION TO 6-12 NEW HAVEN YOUTH
AS PART OF PAID ENVIRONMENTAL JUSTICE
WORK OPPORTUNITIES; ENSURE GJC MEMBERS
ARE ENGAGED IN WORK THAT BUILDS
ENVIRONMENTAL JUSTICE AND ENGAGES
COMMUNITY MEMBERS MOST IMPACTED BY

| | |
|---|---|
| FOOD INSECURITY; AND ENGAGE IN SUPERVISOR WORKSHOPS, YOUTH LEADERSHIP SUMMITS, PROJECT EVAL | |
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT (CNHA).  SPECIFICALLY, SOLARIZE808 IS AN INITIATIVE CO-DESIGNED WITH COMMUNITY STAKEHOLDERS, PRIORITIZING LOW AND MODERATE-INCOME (LMI), ASSET LIMITED, INCOME CONSTRAINED, EMPLOYED (ALICE) HOUSEHOLDS, AND NATIVE HAWAIIAN FAMILIES. THE WORK WILL FOCUS ON ENERGY EFFICIENCY EDUCATION, HOME AUDITS, BULK PURCHASING OF SOLAR PV EQUIPMENT, AND CREATIVE FINANCING THROUGH HOLISTIC AND HANDHELD APPROACHES.<br><br>THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COST ARE APPROVED BACK TO 04/01/2024. SEE TERMS AND CONDITIONS.ACTIVITIES:THE ACTIVITIES AIM TO INCREASE SOLAR PENETRATION FOR LMI/ALICE COMMUNITIES, ENSURING A MORE EQUITABLE DISTRIBUTION OF SOLAR ENERGY BENEFITS. THIS INCLUDES DELIVERING INCLUSIVE, ATTRACTIVE, LOW-COST, AND LONG-TERM SOLAR FINANCING AND LEASING PRODUCTS TO LMI/ALICE CUSTOMERS, EVEN THOSE WHO MAY BE CREDIT-CHALLENGED. THERE'S ALSO A FOCUS ON ACCELERATING FINANCING FOR 'SOLAR PLUS' OFFERINGS, WHICH COULD INCLUDE SOLAR COMBINED WITH ENERGY EFFICIENCY, SPECIFIC HVAC SOLUTIONS, BATTERY STORAGE, ELECTRIC VEHICLE CHARGERS, OR OTHER SUITABLE CLEAN ENERGY | 5/3/2024 |

TECHNOLOGIES. ADDITIONALLY, THE PROMOTION OF SOLAR-POSITIVE POLICIES IS ENCOURAGED, URGING LOCAL GOVERNMENTS TO ADOPT STREAMLINED SOLAR ENERGY PERMITTING POLICIES AND FAIR UTILITY DISTRIBUTED GENERATION POLICIES. THIS ADVANCES GREENHOUSE GAS REDUCTION GOALS, CLEAN-ENERGY PRODUCTION, WORKFORCE DEVELOPMENT OPPORTUNITIES, AND OTHER COMMUNITY POLICY OBJECTIVES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE PROJECT ANTICIPATES SEVERAL KEY DELIVERABLES AIMED AT PROMOTING ENERGY EFFICIENCY AND SOLAR ADOPTION. THESE INCLUDE CONDUCTING 10 COMMUNITY ENERGY WORKSHOPS WITH STAKEHOLDERS AND 4 ENERGY EFFICIENCY WORKSHOPS. THE PROJECT WILL ALSO DEVELOP STRATEGIES TO INCREASE PARTICIPATION AND IDENTIFY, DOCUMENT, AND TEST SOLUTIONS TO PERCEIVED BARRIERS TO PARTICIPATION. SURVEYS WILL BE DEVELOPED PRE AND POST PARTICIPATION TO MEASURE IMPACT. MEETINGS WITH STAKEHOLDERS WILL BE HELD TO IDENTIFY KEY BARRIERS TO CUSTOMER ACQUISITION, WITH RECORDS OF MEETINGS HELD, NUMBER OF SIGN-UPS, HOME AUDITS, AND SOLAR (+) SYSTEMS. ENGAGEMENTS WITH LOCAL GOVERNMENT OFFICIALS, UTILITY REPRESENTATIVES, AND OTHER KEY ACTORS WILL BE SUMMARIZED.

THE EXPECTED OUTCOMES OF THE PROJECT ARE SIGNIFICANT. THE PROJECT AIMS TO INCREASE ENERGY EFFICIENCY HOME AUDITS AND SOLAR (+) INSTALLATIONS BY 100. THIS IS EXPECTED TO RESULT IN SUSTAINED LOWER ELECTRIC BILLS FOR PARTICIPANTS AND LOWER UTILITY STRESS. THE PROJECT ALSO AIMS FOR A SUSTAINED INCREASE IN MARKET PENETRATION OF ROOFTOP SOLAR AND REDUCED EMISSIONS OF GREENHOUSE GASES. THE PROJECT WILL WORK TOWARDS INCREASED LEGISLATION AND FUNDING FOR LMI/ALICE HOUSEHOLDS TO ATTAIN SOLAR (+), THEREBY INCREASING PARTICIPANT ENERGY SOVEREIGNTY.

THE INTENDED BENEFICIARIES OF THE PROJECT ARE ASSET LIMITED, INCOME CONSTRAINED, EMPLOYED (ALICE) HOUSEHOLDS AND NATIVE HAWAIIAN FAMILIES. THESE GROUPS STAND TO BENEFIT FROM THE INCREASED ACCESS TO SOLAR ENERGY AND THE POTENTIAL FOR LOWER ENERGY BILLS. THE PROJECT'S FOCUS ON THESE GROUPS ENSURES THAT THE BENEFITS OF RENEWABLE ENERGY ARE ACCESSIBLE TO THOSE WHO NEED IT MOST.

EPA_00045052

DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BLACK UNITED FUND OF TEXAS.  THIS PROJECT HAS THREE MAIN COMPONENTS THAT IT SEEKS TO ADDRESS. FIRSTLY, IT WILL ESTABLISH A FREE SOLAR WORKFORCE DEVELOPMENT PROGRAM THAT NOT ONLY INCLUDES TRAINING FOR SOLAR INSTALLATION, BUT ALSO, THE SOFT SKILLS AND PROFESSIONAL  DEVELOPMENT SUPPORT AT-RISK POPULATIONS  FOR EXAMPLE, (E.G. PREVIOUSLY INCARCERATED INDIVIDUALS, NON-COLLEGE BOUND YOUTHS, AND VETERANS.) SECONDLY, THE PROJECT WILL OFFER EDUCATIONAL OPPORTUNITIES FOR YOUTH POPULATIONS TO FIRST DEEPEN THEIR UNDERSTANDING OF THE POLICY AND ENVIRONMENTAL BARRIERS THAT ENVIRONMENTAL JUSTICE COMMUNITIES FACE, AND THEN LEARN ABOUT THE RESOURCES THAT CAN BE LEVERAGED TO ADDRESS THESE ISSUES. LASTLY, THE PROJECT PLANS TO MITIGATE ISSUES OF ILLEGAL DUMPING IN THE TARGET AREA BY ACTIVATING STUDENTS WITH NEWLY ACQUIRED KNOWLEDGE TO BECOME PARTICIPANTS IN SOLUTIONS THAT WILL LEAD TO A SAFER AND HEALTHIER ENVIRONMENT FOR THE COMMUNITY.ACTIVITIES:FIRSTLY, IT WILL ESTABLISH A FREE SOLAR WORKFORCE DEVELOPMENT PROGRAM THAT NOT ONLY INCLUDES TRAINING FOR SOLAR INSTALLATION, BUT ALSO THE SOFT SKILLS AND PROFESSIONAL DEVELOPMENT SUPPORT AT-RISK POPULATIONS. SECONDLY, THE PROJECT WILL OFFER EDUCATIONAL OPPORTUNITIES FOR YOUTH POPULATIONS TO FIRST DEEPEN THEIR UNDERSTANDING OF THE POLICY AND ENVIRONMENTAL BARRIERS THAT ENVIRONMENTAL JUSTICE COMMUNITIES FACE, AND THEN LEARN ABOUT THE RESOURCES THAT CAN BE LEVERAGED TO ADDRESS THESE ISSUES. LASTLY, THE PROJECT PLANS TO MITIGATE ISSUES OF ILLEGAL DUMPING IN THE TARGET AREA BY ACTIVATING STUDENTS WITH NEWLY ACQUIRED KNOWLEDGE TO BECOME PARTICIPANTS IN SOLUTIONS THAT WILL LEAD TO A SAFER AND HEALTHIER ENVIRONMENT FOR THE COMMUNITY. SUBRECIPIENT:THE HOUSTON HEALTH DEPARTMENT WILL ASSIST BUFTX IN THE RECRUITMENT OF STUDENTS FOR THE TRAINING PROGRAM, BY HELPING RECRUIT FROM THE COMMUNITY, THE HOUSTON HEALTH DEPARTMENT RE-ENTRY PROGRAM, THE VETERANS' PROGRAM, AND THE MY BROTHER'S KEEPER PROGRAM. MOREOVER, THE HOUSTON HEALTH DEPARTMENT CLIENT ACCESS DIVISION WILL MEET WITH ATTENDEES AT THE BAYLAN CENTER DURING THE TRAINING TO ASSESS INDIVIDUAL NEEDS AND THEN CONNECT CLIENTS TO COVERAGE AND RESOURCES. THE HOUSTON HEALTH DEPARTMENT HAS A LONG

5/8/2024

HISTORY OF SUPPORTING 5TH WARD AND
KASHMERE GARDENS COMMUNITIES AND THE
PROPOSED SOLAR INSTALLATION WORKFORCE
DEVELOPMENT HIGHLY ALIGNS WITH GOALS
HIGHLIGHTED IN THE 2020 RESILIENT HOUSTON
PLAN AND 2020 CLIMATE ACTION PLAN. BLACK
UNITED FUND OF TEXAS INTENDS TO PROVIDE
FUNDING TO THE HOUSTON HEALTH
DEPARTMENT VIA A SUB-AWARD AMOUNT OF
$120,000.' SOUTH UNION COMMUNITY
DEVELOPMENT CORPORATION (COMMUNITY
BASE ORGANIZATION) IS COMMITTED TO
SUPPORTING VULNERABLE TO VIBRANT BY
SHARING LESSONS FROM THEIR VERY OWN
SOLAR WORKFORCE TRAINING AND
ENVIRONMENTAL JUSTICE PROGRAMMING. THE
HOUSTON COMMUNITY COLLEGE WILL OFFER A
CERTIFICATE PROGRAM TO PREPARE STUDENTS
FOR JOBS IN SOLAR INSTALLATION AND HAS
COMMITTED TO OFFERING THIS EXPEDITED
SOLAR TRAINING PROGRAM A TOTAL OF FOUR
CLASSES.
OUTCOMES:OUTCOMES ARE THE PROJECT WILL
STRENGTHEN THE NEIGHBORHOOD'S ADAPTIVE
CAPACITY FOR CLIMATE RESILIENCE, CREATE
OPPORTUNITIES FOR INCLUSIVE ECONOMIC
OPPORTUNITIES THROUGH WORKFORCE
DEVELOPMENT, LOWER CRIME AND POVERTY
RATES DUE TO MORE GAINFUL EMPLOYMENT IN
THE COMMUNITY AND THROUGHOUT HOUSTON
AS BLACK UNITED FUND OF TEXAS MOVE
TOWARDS GREEN ENERGY, AND IMPROVED
QUALITY OF LIFE IN THE TARGET AREA WITH
COMMUNITY-LED PROGRAMMING.
DELIVERABLES WILL BE TRAINED PROGRAM
PARTICIPANTS IN SOLAR PANEL INSTALLATION,
ADDRESSING ILLEGAL DUMPING IN WARD 5 IN
HOUSTON, TEXAS. LASTLY, THE BUILDING OF
HYDROPONIC CONTAINERS TO GROW
VEGETABLES IN ATTENDED BENEFICIARIES ARE
THE CITIZENS OF WARD 5 OF HOUSTON TEXAS.

--

Travis Voyles
C: (202) 787-0595

---

**From:** Killian, Cole <Killian.Cole@epa.gov>
**Sent:** Sunday, February 16, 2025 4:06 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Yes, I've just populated the "Total Outlayed Amount (est)" and "Remaining (est)" columns for the Feb 13 grants.

Looking forward to the next set!

Best,
Cole

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Sunday, February 16, 2025 11:52 AM
**To:** Killian, Cole <Killian.Cole@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

On the 2/13 grants reviewed, can you add the remaining amount of the grant? That would be helpful to see that information moving forward like it was presented on the 2/11 grants.

Hope to have another set (contracts and grants) coming y'alls way soon.

--

Travis Voyles
C: (202) 787-0595

---

**From:** Killian, Cole <Killian.Cole@epa.gov>
**Sent:** Friday, February 14, 2025 11:48 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you for this update Travis.

As a note: OMS is giving input on whether they think any given contract is mission-critical, and they didn't mark any of these contracts as mission-critical.

OMS is now moving forwards with terminating these contracts.

Best,
Cole

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 10:18 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you!

And below is the test batch run that just got approved to cancel. We will go back into the spreadsheet and mark these as "Approved to Cancel".

| Date Cancellation Process Started | PIID | Terms and Conditions | Rationale | Notes from EAS Description | Recipient Name |
|---|---|---|---|---|---|

| 2/11/2025 | 68HERH24F0023 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | Technical assistance for planning, development, implementation, and reporting assistance related to the environmental climate justice program. | ENDYNA, INC. |
|---|---|---|---|---|---|
| 2/11/2025 | 68HERH23F0237 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. If we were doing this, we should insource. | The contractor will fulfill OEJECR's need for EJ and Civil Rights programming and learning material in support of implementing EJ and Civil rights considerations into EPA policies, programs, and activities. | ENDYNA, INC. |
| 2/11/2025 | 68HE0P24F0031 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | The Suppliers are encouraged to bid on training 40 employees for 3 days of training over a 5-week training period, spread out over 5 months that is in person training. The training will focus on critical leadership skills and should include some training on Environmental Justice, Working with Communities, and Diversity Equity Inclusion and Accessibility (DEIA). | HUMAN CAPTIAL RESOURCES & CONCEPTS INC |
| 2/11/2025 | 68HERC24F0330 | No notice required. Term for convenience. FAR 52.249 | Waste: Should be in-sourced. (Training material development.) And HIA probably has a DEI angle, though it is not explicit here. | The EPA Office of Research and Development (ORD) is collaborating with Region 5 to develop Health Impact Assessment (HIA) learning objectives and training materials for new and existing EPA staff, and potentially external partners, such as states, to understand and perform HIA in an EPA context. ORD has a long history of doing HIA research and practice. Based on our experience, we are well-positioned to be a resource for the Agency as it is building capacity to do cumulative impact assessment (CIA), of which one existing methodology is Health Impact Assessment. Cumulative impact assessment is a priority by which EPA has committed to addressing environmental justice issues. | PEGASUS TECHNICAL SERVICES, INC |

| 2/11/2025 | 68HERH23F0327 | No notice required. Term for convenience. FAR 52.249 | Waste: Retreats might be wasteful, and external contractor support for a retreat is definitely wasteful. | The contractor shall provide strategic planning, facilitation and leadership support for the Office of Land and Emergency Management (OLEM), Office of Emergency Management (OEM) conferences and meetings related to OEM senior management and staff office wide retreats. Support for this task order should also include an experienced, skillful facilitator to conduct interviews with each OEM staff and manager, provide developmental training exercises and training materials, pre-retreat development of an agenda and topical discussions to include strategic planning, and provide highlights after the meeting. | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. |
| 2/11/2025 | 68HERC23P0042 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Procure Gartner HR research and advisory services covering employee experience, diversity, equity, inclusion and accessibility, and work life integration. | GARTNER, INC. |
| 2/11/2025 | 68HERH24P0143 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE | LIGHTHOUSE STRATEGY CONSULTING LLC |
| 2/11/2025 | 68HERC23F0428 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | ICF INCORPORATED, L.L.C. |
| 2/11/2025 | 68HERH24F0409 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Provides administrative support and meeting planning support to the office of environmental justice and external civil rights. | INTSCI-ENDYNA LLC |

| Public Contract Description | Base and All Options Value | Base Exercised Options Value | Total Obligation | Outstanding Value |
|---|---|---|---|---|
| BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION | $117,931,407.48 | $70,122,340.16 | $64,668,605.16 | $53,262,802.32 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | $6,895,921.10 | $3,206,754.60 | $750,000.00 | $6,145,921.10 |
| | $228,292.84 | $43,000.00 | $43,000.00 | $185,292.84 |

EPA_00045058

| | | | |
|---|---|---|---|
| | $248,464.00 | $109,528.00 | $109,528.00 | $138,936.00 |
| TASK ORDER FOR FACILITATION, LEADERSHIP DEVELOPMENT, AND OFFICE-WIDE RETREAT SUPPORT (FOLLOW-ON TO EP-17-W-003/0013) UNDER MULTIPLE-AWARD BRIDGE CONTRACTS FOR OFFICE OF LAND AND EMERGENCY MANAGEMENT, OFFICE OF EMERGENCY MANAGEMENT. | $108,255.27 | $108,255.27 | $64,533.82 | $43,721.45 |
| | $95,922.00 | $95,922.00 | $95,922.00 | $0.00 |
| CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A | $180,000.00 | $180,000.00 | $180,000.00 | $0.00 |

| STEM AUDIENCE. TRAINING OFFERED SHOULD BE | | | |
|---|---|---|---|
| SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | $985,889 | $985,889 | $985,889 | 0 |
| CONTRACTOR SUPPORT FOR OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS, OFFICE OF POLICY, PARTNERSHIPS AND PROGRAM DEVELOPMENT, PARTNERSHIPS AND COLLABORATION DIVISION. | $257,672.10 | $257,672.10 | $257,672.10 | $0.00 |

--

Travis Voyles
C: (202) 787-0595

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 13, 2025 6:11 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi everyone,

Keeping up the cadence today, we have added to the queue a list of 71 grants that were all signed before July 1, 2024, worth $119M (ceiling; savings will be lower once we subtract obligations). The new tab is called "Feb 13 grants to cancel".

It was great to put 5 of the "gold bars" on this list, that are signed before July 1! (The majority of those were signed after July 1.) We have marked those 5 rows in blue, because gold is too hard to read. Total award value for those 5 is $36.9M, of which $27.8M has not yet been obligated. We are calling them "gold bars" because they were awards to grant makers who plan to give subawards. 4 of the 5 are part of the Thriving communities grantmaking program that Lee cancelled part of earlier today.

Best,
Kathryn

**From:** Loving, Kathryn
**Sent:** Thursday, February 13, 2025 9:22 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

I have added a column "T&C" that indicates no notice and comment period required for the contracts and grants we already sent you. As you can imagine, the DOGE team has lawyers that are pretty experienced with grant and contract cancellation at this point, so that's what that is based on!

I will also add that the careers in EPA OMS are already supporting us on this – they are the ones who will be executing the cancellation on your greenlight, not us. They see no issues with cancelling the Feb 11 list of contracts, and we're sharing the Feb 12 list with them now. They seem very knowledgeable about this topic, so I think you should trust them on how to cancel properly!

Kathryn

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 6:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** Re: Loving, Kathryn shared "contract_details" with you

Thank you so much! This is really helpful. Paige and I had a good discussion with the Administrator last night reviewing the examples and process. One aspect he raised that we just want to ensure we are covering when taking the action to cancel that we are doing it reflective of any terms/conditions/notification requirements in the contract or grant. Is that something y'all feel you are able to capture in your review or we can engage OMS to quickly get us that details.

Otherwise he liked the process and agrees that we'll be able to quickly move through reviewing these once that element is addressed.

Sorry again to add one more aspect, but with that I believe we'll be able to cover all the elements requested by the Administrator.

Get Outlook for iOS

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Wednesday, February 12, 2025 6:47:34 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi all, thank you so much for taking a look at the Feb 11 contracts last night! I moved the rows that were more controversial over to the "contracts to review" tab. (e.g. if Paige flagged.) The careers are ready to hit cancel on the rest, pending a green light from you all!

In addition, we added a new tab "Feb 12 contracts to cancel" with a new tranche of contracts we found today. We'd love your review on those as well.

Similar story for the grants – the grants that Paige flagged are moved over to "grants for further review". They are all under 2 grant programs EPA has already halted, and were all signed prior to July 1, 2024, so we think they will be straightforward to cancel once you give a green light. We did not add any new grants today; maybe tomorrow 😊

And in all tabs there is now a "reason" column to justify cancellation.

Best,
Kathryn

**From:** Loving, Kathryn
**Sent:** Tuesday, February 11, 2025 7:51 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Loving, Kathryn shared "contract_details" with you



**Loving, Kathryn invited you to edit a file**

Hi Travis, as we discussed today, here's a list of contracts and grants that we want to push forward to cancellation, and keep the momentum going! We removed the ones we thought were yellow flags, so we think these are pretty uncontroversial, but we added a column "AO reviewed", for your team to add any greenlight or flags.

Thanks!
Kathryn

📄 contract_details

🔒 This invite will only work for you and people with existing access.

**Open**     **Share**



Privacy Statement

This email is generated through Environmental Protection Agency (EPA)'s use of Microsoft 365 and may contain content that is controlled by Environmental Protection Agency (EPA).

Message
_____

**From**: Carter-Jenkins, Shakeba [Carter-Jenkins.Shakeba@epa.gov]
**Sent**: 4/4/2025 7:46:05 PM
**Subject**: Administrator's Weekly Report for April 2, 2025
**Attachments**: OAWR Final 4-2-2025.docx; OAWR Final 4-2-2025.pdf

Administrator Zeldin and colleagues,

Please find attached the Administrator's Weekly Report (both Word and PDF versions), which includes updates from the program and regional offices for April 2, 2025.

Have a nice weekend.

Shakeba

_____



| | Shakeba Carter-Jenkins, Senior Advisor |
| Deputy Chief of Staff for Management |
| Office of the Administrator |
| 1200 Pennsylvania Ave., NW |
| WJC North |
| Washington, DC 20460 |
| Phone: (202) 564-6385 |Mobile: (202) 302-6113 |
| carter-jenkins.shakeba@epa.gov |