CUI//PRVCY



# Office of the Administrator Weekly Report
April 2, 2025

## Administrator's Actions
**Autopen**
- **OMS requests by April 1 (preferred date):** Request Signature for Distinguished Career Service Award (25-02875-OMS-OHRS). (OMS POC: [ HYPERLINK "mailto:weiner.melissa@epa.gov" \h ])
- **OMS requests by April 4 (preferred date):** Request Signature for Distinguished Career Service Award (25-02512-OMS-OHRS), (25-02513-OMS-OHRS), (25-01432-OMS-OHRS), (25-01930-OMS-OHRS), and (25-01931-OMS-OHRS). (OMS POC: [ HYPERLINK "mailto:weiner.melissa@epa.gov" \h ])

## Regions
### Region 1
**Miscellaneous**
- On **March 24**, R1 in cooperation with the U.S. Coast Guard performed a Government-Initiated Unannounced Exercise, as required under the Oil Pollution Act, at the New Haven Terminal in New Haven, CT. Although the facility passed the overall exercise, the Coast Guard issued a notice for minor deficiencies.
- On **March 26**, R1 provided a TSCA PCB Cleanup and Disposal Approval to the City of New Haven, CT, Office of Economic Development to clean up and dispose of PCB remediation waste at 198 River Street, New Haven, CT. The cleanup will facilitate the city's plans to redevelop the lot for commercial use.
- On **March 26**, R1 provided a TSCA PCB Cleanup and Disposal Approval to the Tobacco Valley Development Authority to clean up and dispose of PCB remediation and bulk product waste from the Enfield Manor Housing Area in Enfield, CT. Tobacco Valley/Town of Enfield are planning to demolish some of the buildings and redevelop and expand the housing complex, which serves the elderly and persons with disabilities.

### Region 2
**Regional Administrator Signature Items**
- On **March 28**, R2 RA signed Memorandum for the Temporary Redelegation of Authority for Lead Action Level Exceedance Notifications under Section 1414 of the Safe Drinking Water Act. (R2 POC: [ HYPERLINK "mailto:pace.donald@epa.gov" \h ])

**Hot Topics**
- On **March 25**, R2 met with Shinnecock Nation leaders, and the contractors involved in the Travel Plaza project. The discussion centered in the difficulty to complete the Endangered

Controlled by U.S. Environmental Protection Agency


Species Act requirements due to the progress of the project construction and the Air Permit By Rule submittal. R2 requested the contractors to address the remaining questions.
- On **March 27,** the village of Kiryas Joel, NY, was awarded a grant of $2 million. The grant provides funding to improve its wastewater treatment plant as directed in the 2022 Consolidated Appropriations Act. The workplan activities consist of water treatment plant improvement and modifications, enhanced operations and maintenance, better utilization of plant's domestic treatment capacity, and amended facility security.
- On **March 27**, R2 met with several federal agencies, including the U.S. Army Corps of Engineers, to discuss proposed temporary use of power barges to provide 400 megawatts of power in Puerto Rico. The federal agencies will submit further questions and comments to the Puerto Rico Electric Power Authority in writing by **April 1**.

**Miscellaneous**
- On the week of **March 31**, R2 RA and DRA Arcaya will be in Puerto Rico and U.S. Virgin Islands to meet with the Government of Puerto Rico and U.S. Virgin Islands to discuss energy issues, solid waste issues, and refinery permits. They are also planning to meet with employees in the Regional Caribbean Offices.

## Region 3
**Acting Regional Administrator Signature Items**
- On **March 25**, Acting R3 RA signed two Air and Radiation Division (ARD) Air Plan Approvals, including: 1) District of Columbia, Maryland, Virginia; Determination of Attainment by the Attainment Date and Clean Data Determination; and 2) Pennsylvania; Redesignation Request and Associated Maintenance Plan for the Liberty-Clairton Area for the 1997 Annual and 2006 24-Hour Fine Particulate Matter Standard and Maintenance Plan for the Allegheny County Area for the 2012 Annual Fine. (R3 POC: [ HYPERLINK "mailto:Fernandez.Cristina@epa.gov" \h ])
- On **March 25**, Acting R3 RA signed the Office of Public Affairs (OPA) Control 25-02783-AO-EX Mazel Tov and the DRBC (Fracking Issue) sent to the Administrator via email from Rabbi Tuli Klein, Director, Camp Raninu for Girls. (R3 POC: [ HYPERLINK "mailto:Price-Fay.Michelle@epa.gov" \h ])
- On **March 31**, Acting R3 RA signed the Office of Region Counsel (ORC) William Dick Lagoon Pennsylvania Superfund Site DOJ Referral Letter and the Frazer T. Boyd and Boyd Farms Virginia Consent Decree. (R3 POCs: [ HYPERLINK "mailto:Gardner.Allison@epa.gov" \h ] and [ HYPERLINK "mailto:Travia.Donna@epa.gov" \h ])

**Hot Topics**
- On **March 27,** R3 met with the Chesapeake Bay's Management Board (MB) to discuss several topics related to implementing the 2024 Chesapeake Executive Council Charge, Charting a Course Beyond 2025. The primary focus of the meeting was for the MB to make consensus-based decisions on the disposition of each outcome. The MB was able to reach consensus on dispositions for 21 of the 31 outcomes and presented the remaining 10 at its **March 28** meeting for further comment and direction. The MB will meet again on **April 10**.

Controlled by U.S. Environmental Protection Agency

EPA_00045083

- On **March 28**, R3 met with the Chesapeake Bay's Principals' Staff Committee (PSC) during its quarterly meeting to discuss several topics related to implementing the 2024 Chesapeake Executive Council Charge, Charting a Course Beyond 2025. The PSC provided feedback and direction on questions posed by the management board on specific outcomes during the **March 27** Management Board meeting. The PSC also discussed updates to the Watershed Agreement's Vision, Preamble, and Principles document; held a preliminary discussion on updating the Watershed Agreement's Goals; commented on the proposed public feedback process for the watershed agreement revisions; and discussed the draft responses to the Advisory Committees' 2024 recommendations to the Chesapeake Executive Council.

## Region 4
**Hot Topics**
- On **March 31**, R4 RA, DRA, and CoS met with the FEMA R4 Administrator Robert Samaan.

## Region 5
**Acting Regional Administrator Signature Items**
- On **March 27**, the Acting R5 RA signed exceptional events letters for Milwaukee, Toledo, Columbus, Canton, and Grand Rapids after R5, in consultation with OAR, determined that Canadian wildfires caused exceedances of the PM2.5 standard and met EPA's exceptional events criteria. On **March 13**, OAR provided blanket approval for regions to issue exceptional events decision letters that concur with state requests. (R5 POC: [ HYPERLINK "mailto:mooney.john@epa.gov" \h ])
- On **April 1**, the Acting R5 RA signed a certification memorandum for OIG audit report 23-P-0034, "The EPA Should Improve Management of Great Lakes Restoration Initiative Grants." This memorandum certifies that all corrective actions assigned to R5 have been completed. (R5 POC: [ HYPERLINK "mailto:seidel.teresa@epa.gov" \h ])

**Hot Topics**
- On **March 28**, Michigan Department of Environment, Great Lakes, and Energy issued a warning letter to the city of Flint citing violations of the Lead and Copper Rule Revisions pertaining to the city's submitted lead service line inventory, which the state considers deficient. EGLE will continue work with the city to resolve the violations and is asking the city to issue the required tier 2 and 3 public notices to residents by **April 27**.
- On **April 5**, EPA's largest research vessel, the R/V Lake Guardian, is expected to begin its annual spring sampling survey. During the month-long mission, scientists will take samples of water, sediment, and lower food-web organisms in each of the Great Lakes. Data from the survey is critical for EPA and partnering agencies to evaluate overall water quality and the health of the lower food web on a whole-lake scale. The spring survey, conducted when the water is relatively cold and well-mixed, serves as a baseline to compare against the summer survey which is conducted when the water is warmer and more stratified. This critical dataset extends back more than forty years when EPA began monitoring the Great Lakes in 1983.

**Controlled by U.S. Environmental Protection Agency**



- R5 continues to support state and local agencies following the discovery of very high levels of lead dust in several Milwaukee schools and incidences of elevated blood-lead levels in students. R5 inspectors have conducted visual inspections for lead and asbestos at several schools and intend to take part in additional inspections. R5 is also providing multi-language outreach materials and consulting with the health department on lead-screening clinics. There are currently three schools closed and Milwaukee Health Department is working with Milwaukee Public Schools to ensure lead hazards are fully remediated.

## Region 6
**Hot Topics**
- On **March 27**, R6 approved a Federal Register Notice to propose approval to public comment for an updated delegation of authority to the Louisiana Department of Environmental Quality for certain federal rule subparts of Parts 60, 61, and 63.
- On **April 1**, R6 granted a PCB disposal authorization extension to the existing TSCA-PCB permit authorization for the CSC Landfill in Avalon, TX.
- On **April 1**, R6 granted a risk-based PCB cleanup approval to the Phillips 66 Company in Cactus, TX.

**Miscellaneous**
- On **March 25 -26**, R6 RA and DRA attended the ECOS Spring Meeting and the RAs meeting in Arlington, VA.
- On **March 27**, R6 RA hosted a State Quarterly meeting with R6 State Directors from the Environmental, Energy and Water Development Board agencies. Acting R6 DA also participated in the meeting. There were approximately 20 participants in person and 11 participated virtually.

## Region 7
**Hot Topics**
- On **March 17,** during the Administrator's recent visit to the St. Louis area, he requested a report within 21 days about the Westlake Landfill and the St. Louis Airport Superfund Sites. The purpose of the report is to determine potential improvements to the remedial design/remedial action timeline with discussion of barriers, assumptions, tasks to be completed, and resource needs. R7 is preparing the Westlake Landfill report. The US Army Corps of Engineers is the lead federal agency for the St. Louis Airport Site report, in cooperation with EPA. The final report is due on **April 7**.

**Miscellaneous**
- On **March 31,** R7 RA visited the Manhattan, KS, area to learn more about a research project, which looks at emissions samples from prescribed fires on the Konza Prairie. The study is being led by the Office of Research and Development. The project determines whether fire ignition techniques and methods can be optimized to improve combustion efficiency and reduce smoke emissions concentration. R7 RA also met with stakeholders at the Flint Hill Discovery Center.

Controlled by U.S. Environmental Protection Agency



- On **April 2 and 3**, R7 will host the joint R6 and R7 Regional Response Team meeting in Lenexa, KS. The meeting will include more than 100 participants representing several State, Federal, and industry partners. Topics of discussion will include lessons learned from the previous year and a review of the Regional Integrated Contingency Plan. R7 RA will also provide opening remarks.

## Region 8
**Miscellaneous**
- On **March 27** asbestos abatement was completed at the Clancy Old Red Schoolhouse in Clancy, MT. Abatement of hazardous building materials at the property will enable the expansion of the Jefferson County Museum and the County to expand facilities for disaster preparedness. The cleanup was funded through a brownfield's subgrant and loan under a grant to Headwaters Resource and Conservation Development.

## Region 9
**Regional Administrator Signature Items**
- A Federal Register notice proposing approval of revisions to Mojave Desert Air Quality Management District Rule 102, which provides additional definitions aiding in understanding rules associated with the definitions. (R9 POC: [ HYPERLINK "mailto:lakin.matthew@epa.gov" \t "_blank" ])
- A Federal Register notice proposing approval of a California State Implementation Plan (SIP) revision relating to emissions regulations for non-gasoline combustion vehicles over 14,000 pounds. (R9 POC: [ HYPERLINK "mailto:lakin.matthew@epa.gov" \t "_blank" ])
- A letter announcing a voluntary 10-knot Vessel Speed Reduction (VSR) request that will apply to all vessels 300 gross tons (GT) or larger within the designated VSR zones, off the coasts of San Francisco, Monterey, and southern California, from **May 1** through December 31, 2025. The National Oceanic and Atmospheric Administration (NOAA) reached out for R9's continued support of their voluntary VSR, and this announcement letter will be signed by the R9 RA's counterparts at NOAA and U.S. Coast Guard (USCG). (R9 POC: [ HYPERLINK "mailto:lakin.matthew@epa.gov" \t "_blank" ])

**Hot Topics**
- On **March 27**, R9 entered into a Consent Agreement and Final Order with Owens-Brockway Glass Container Inc. The Resource Conservation and Recovery Act violations included failure to make an accurate waste determination, operating without a permit, failure to maintain a complete contingency plan, and failure to maintain records. The facility will come into compliance and pay a civil penalty of $47,836.
- On **April 3**, EPA's United-States-Mexico-Canada Agreement (USMCA) team will participate in a virtual Tijuana bi-national wastewater technical meeting to discuss status and planning of the Minute 328 projects in Tijuana. R9 staff, the Mexican national water agency (CONAGUA), the North American Development Bank, the Tijuana municipal water utility (CESPT), and the Baja Norte state water agency (SEPROA) will participate.

**Controlled by U.S. Environmental Protection Agency**

- During the week of **April 7-11**, R9 will issue a public notice seeking comments on a draft NPDES General Permit for five bulk fuel facilities near Apra Harbor in Guam. The permit authorizes the discharge of treated water from petroleum tank bottom water draws, hydrostatic test water, and other stormwater discharges to Apra Harbor, Big Guatali River, and Piti Channel.
- On **April 9**, R9 will attend the semi-annual Fuel Tank Advisory Committee meeting hosted by Hawai'i Department of Health (HDOH) and established by State statute to study issues related to leaks of field-constructed underground fuel storage tanks in Hawai'i. Navy, HDOH, and R9 will present on the status of defueling, closure, environmental investigation, remediation, and drinking water efforts for the Red Hill Bulk Fuel Storage Facility. The meeting is open to the public.

**Miscellaneous**

- On **March 25 – April 8**, R9, EPA Headquarters, and their contractors will hold Superfund Job Training Initiative (SuperJTI) information sessions at Diné College in Tsaile, AZ, near the Lukachukai Mountains Mining District Superfund Site. SuperJTI is an environmental job readiness program that provides free training and career development opportunities for people living in communities affected by Superfund sites. The two-week training begins **April 11**.

## Region 10

**Regional Administrator Signature Items**

- On **April 4**, R10 RA is expected to sign FRL-12248-02-R10 Air Plan Approval; Washington; Spokane Regional Clean Air Agency, General Air Quality Regulations. (POC: [ HYPERLINK "https://usepa-my.sharepoint.com/personal/johnston_staci_epa_gov/Documents/Documents/The%20Weekly/Expected%20to%20Sign/FRL-12248-02-R10%20WA%20SRCAA%20signed%2004042025.docx?xsdata=MDV8MDJ8Sm9obnN0b24uU3RhY2lAZXBhLmdvdnxjNGY4OWU3ZTVmNGE0ODE2YjcxMDA4ZGQ3MTVmOWQzZnw4OGIzNzhiMzY3NDg0ODY3YWNmOTc2YWFjYmVjYTZhN3wwfDB8NjM4Nzk4MzkxMzc3NjYwODQzNjIzfFVua25vd258VFdGcGJHWnNiM3d3ZFB5Tlc0MGQ3MTVmOXZ4SXdNakF3TUFBd0xBQmQ9JTNCUXJpb0tyTVZJUWJlZGFFOXhIR1BwTkFtQWxIaXFNSUQ0SWlXTHMzOTBKV1ZyWVltVjNkMHdQYU5GU1dtGT0lqb2lUV0ZVV0ZVam95ZlE9PXwwfHx8&sdata=djI1alVUK3ZwN0M2ZEZva1lyZ2hjZzhlZ0cxOEt0M08yTTBKcTdkxN3plZz0%3d" \h ])

**Miscellaneous**

- On **March 25**, in response to a joint motion by the EPA and the Oregon Department of Environmental Quality, the U.S. District Court for the District of Oregon granted a sixteen-month extension to deadlines for EPA and ODEQ to submit various replacement temperature total maximum daily loads (TMDL) as required by a consent decree in Northwest Environmental Advocates v. U.S. EPA.
- On **March 28**, the EPA submitted comments to Reclamation's evaluation criteria for actions that will be in its Grand Coulee Dam Water Quality Attainment Plan for temperature and total dissolved gas. This may be a template for other evaluation criteria in the Lower

**Controlled by U.S. Environmental Protection Agency**

- Columbia, Lower Snake, and Chief Joseph Dam WQAPs, which are part of a condition in the EPA-issued NPDES permits because of state water quality certifications.
- On **March 29**, Governor Kotek declared a State Emergency for flooding impacts in Oregon's Harney County and the Burns-Paiute Tribe following flooding of the Silvies River from heavy rain and snowmelt runoff. Rapid snowmelt exacerbated flooding conditions in the area, damaging the sewer systems and resulting in overflow into flood waters. Roads, bridges, and culverts are inundated, disrupting emergency services, essential operations, and commerce. There are concerns about impacts to private wells and potable water in the area, though as of the afternoon of **March 31** it appears there are no impacts to Burns' drinking water system. No requests for assistance have yet been made by the State.
- On **April 3**, R10's SEMD Director and key staff will travel to Neah Bay, WA, to attend Government-to-Government Consultation with the Makah Tribe. R10 is preparing to issue the Proposed Plan for the Warmhouse Beach Dump Superfund Site that is wholly within the reservation and seeks Tribal input on the preferred alternative.
- On **April 4**, the EPA Office of Superfund Remediation and Technology Innovation (OSRTI) in the Office of Land and Emergency Management (OLEM) has scheduled a listening session with Teck American Inc., the Potentially Responsible Party, as requested as part of the Settlement Agreement technical review clause. R10 SEMD management will participate virtually.
- On **April 7**, R10's Harmful Algal Blooms lead will provide two brief virtual presentations, focused on the status of regional HABs events, research from 2024 and tips for the 2025 HABs season, at the Annual CyanoHABs Meeting hosted by the Oregon Lakes Association.
- Next week, R10's Agricultural Advisor will attend the Waste to Worth Conference in Boise, ID. The Waste to Worth conference is for breadth producers and other professionals involved in making and informing environmental management decisions on livestock and poultry farms.
- **On April 10**, the R10 Agricultural Advisor will provide updates at the next Oregon Concentrated Animal Feeding Operations Advisory Committee, which was created to provide feedback to the Oregon Department of Agriculture about the NPDES and State CAFO Programs. The committee has a variety of representatives, including permitted CAFO operators, technical advisors, stakeholder representatives, and the public.

## National Program Offices
### Office of Air and Radiation (OAR)
**Hot Topics**
- Within the next two weeks – Clean Air Act information demand – under section 114 of the Clean Air Act, EPA is seeking information from a company calling itself "Make Sunsets," which markets "Cooling Credits" based on launching balloons filled with sulfur dioxide ($SO_2$).
- On **March 31** – Collection and review of Clean Air Act Presidential Exemption Requests – EPA collected and is reviewing requests from the regulated community seeking Presidential Exemptions under section 112(i)(4) of the Clean Air Act. The deadline for requests was **March 31**. The agency is preparing the requests received for review and consideration.

**Controlled by U.S. Environmental Protection Agency**



CUI//PRVCY

Weekly Report | [ DATE \@ "MMMM d, yyyy" ]

## Office of Chemical Safety and Pollution Prevention (OCSPP)

**Hot Topics**

- On **April 1-4**, EPA will hold the agency's Science Advisory Committee on Chemicals (SACC) meeting on the draft risk evaluation for 1,3-butadiene. EPA is specifically seeking SACC review of its analyses and methodologies relevant to hazard and exposure methodologies that have not been previously peer reviewed. Nancy Beck gave brief opening remarks on **April 1**. (OCSPP POC: [ HYPERLINK "mailto:beck.nancy@epa.gov" \h ])
- As early as the week of **March 31**, EPA will announce improvements to simplify the process for companies submitting data to the agency as part of a pesticide registration package. Companies are required to submit a document called a "data matrix" form when their pesticide registration packages contain cited data from outside sources. Currently, companies must submit two versions of the data matrix form (in either paper or electronic format): one for internal agency use and one with reference data redacted for public use. However, in the interest of reducing burden, and because nothing on the form is Confidential Business Information, the agency determined that there is no need for a redacted version and will now only ask for one unredacted version of the form, to be used for both internal and public use. Additionally, EPA will no longer accept paper submissions of this form and will only accept this information via a web-based portal. This improvement will make the agency's processing of this information more efficient. Streamlining this process, while partnering with industry to safeguard human health and the environment, reduces burden for both companies and EPA, supporting the Administrator's Pillar Three to advance permitting reform, cooperative federalism, and cross-agency partnership. (FRL-8944-02-OCSPP). (OCSPP POC: [ HYPERLINK "mailto:beck.nancy@epa.gov" \h ])
- As early as the week of **April 7**, EPA will share the U.S. Fish and Wildlife Service's (FWS) final biological opinion for carbaryl and implement measures from the National Marine Fisheries Services (NMFS) to protect federally threatened or endangered (listed) species and their designated critical habitats. Carbaryl is a pesticide used on a variety of crops, including field vegetables and orchard crops. EPA determined in its 2021 biological evaluation for carbaryl that use of the pesticide according to label instructions was "likely to adversely affect" at least one of the listed species and critical habitats. EPA worked with the FWS and NMFS to identify measures to mitigate carbaryl's effects to these species and their habitats. These measures include buffer zones between off-field habitats and application areas, runoff reduction measures, and application restrictions during certain crop blooms. EPA will approve new carbaryl product labels reflecting these measures and issue additional Endangered Species Protection Bulletins that set geographical limitations on carbaryl use. (OCSPP POC: [ HYPERLINK "mailto:beck.nancy@epa.gov" \h ])

## Office of the Chief Financial Officer (OCFO)

**Hot Topics**

- As soon as this week, OCFO plans to issue a memo to agency leadership regarding updates for the Fiscal Year 2025 Superfund Tax Receipts Allocation Process.
- As soon as this week, OCFO plans to distribute the FY25 EPA Guidance on Risk Management and Internal Controls. This annual guidance supports the agency in implementing effective

**Controlled by U.S. Environmental Protection Agency**

EPA_00045089


- risk management and internal controls processes. This year's update will introduce the agency's new risk reporting taxonomy as well as the new streamlined and integrated Risk and Internal Controls (RIC) Tool for collecting, analyzing, and reporting on risk and internal control data, and will also include updates that lay the groundwork for advancing EPA's Enterprise Risk Management program.
- On **April 9 and 10**, the E-Enterprise Leadership Council (EELC) will meet in Southampton, NY, to discuss topics related to modernizing the business of environmental protection in alignment with EPA's Powering the Great American Comeback initiative. The group will focus on process improvements to streamline and optimize work, including the use of technology (such as AI) to support program efficiencies and modernize state and EPA permits. The EELC will also meet with leadership from the Shinnecock Indian Nation and project managers from an initiative aimed at removing harmful algal blooms in Lake Agawam.
- OMB has indicated that the FY 2026 budget passback process will begin soon and that agencies will be given a 48-hour notice prior to official distribution. Passback is one of the first steps in preparing the agency's FY 2026 President's Budget Proposal for submission to Congress later this spring.

### Office of Environmental Justice and External Civil Rights (OEJECR)
**Miscellaneous**
- OEJECR's Conflict Prevention and Resolution Center (CPRC) is providing collaboration and conflict resolution support at or adjacent to three locations that the Administrator has visited in the past three weeks: St. Louis County, MO (St. Louis Airport Superfund Site (SLAPS)/Coldwater Creek), Red Hill Bulk Fuel Storage Facility in Hawai'i, and the Motorola (52nd Street Plant) Superfund Site in Phoenix, AZ. At each of these locations, CPRC is providing expert collaboration and conflict resolution resources to support and enhance the important work of EPA staff in these locations. CPRC's services help to ensure that EPA is soliciting input from the public and help to strengthen relationships between EPA and state partners; industry; Tribes; and members of the public affected by contaminated air, land, and water.
- CPRC has received a high volume of training requests since recently advertising our upcoming trainings on EPA's intranet site. Registration for trainings in March and April closed within days of opening because they were full; a training on **March 25** had a waitlist of 12 people, and the waitlist for CPRC's training, Negotiate Better: An Interest-Based Approach, is currently 92 people. CPRC plans to offer two trainings most months to try to meet this demand.

### Office of General Counsel (OGC)
**Hot Topics**
- New Litigation: Lucas Sterling & Leslie Sterling v. USEPA & Montana DEQ (Federal Tort Claims Act) - On **March 6**, Petitioners filed a complaint alleging personal injury and property damage under the Federal Tort Claims Act after purchasing land in Montana located on a former Superfund Site, Beaver Wood Products allegedly without being told by the seller.

Controlled by U.S. Environmental Protection Agency



CUI//PRVCY

Weekly Report | [ DATE \@ "MMMM d, yyyy" ]

The case was originally filed in Montana State Court and now moved to U.S. District Court in Montana. The United States has not yet been properly served.

- New Litigation: John Scott Maas v. United States (Federal Tort Claims Act) - On **March 6**, Petitioners filed a complaint alleging personal injury caused by the BP Oil Spill under the Federal Tort Claims Act.
- New Litigation: Sierra Club v. EPA, No. 25-1081 (DC Cir.) (Clean Air Act Hazardous Air Pollutants) - On **March 7**, Petitioners filed a Petition for Review of the technology review of the National Emission Standards for Hazardous Air Pollutants for Perchloroethylene Dry Cleaning Facilities.
- New Litigation: American Fuel & Petrochemical Manufacturers v EPA, #25-1089 (C.A.D.C.) (Clean Air Act) - On **March 11**, Petitioners filed a petition to review EPA's final action titled "California State Nonroad Engine Pollution Control Standards; In-Use Diesel-Fueled Transport Refrigeration Units (TRU) and TRU Generator Sets; Notice of Decision" (90 F.R. 2000).
- New Litigation: American Fuel & Petrochemical Manufacturers v EPA, # 25-1614 (9th Cir.) (Clean Air Act) - On **March 11**, Petitioners filed a protective petition accompanying Case #25-1089 in the C.A.D.C. for review of EPA final action titled "California State Nonroad Engine Pollution Control Standards; In-Use Diesel-Fueled Transport Refrigeration Units (TRU) and TRU Generator Sets; Notice of Decision"
- New Litigation: Power Forward Communities, Inc., v. Citibank, N.A. (Grants) - On **March 14**, Petitioners filed a complaint against Defendants Citibank N.A., EPA, Lee Zeldin in his official capacity as EPA's Administrator and others. The complaint alleges EPA's termination of Power Forward Communities' federal award under the National Clean Investment Fund, a Greenhouse Gas Reduction Fund program, violated the Administrative Procedure Act, the Due Process Clause of the Fifth Amendment, and the Constitution's Separation of Powers. The complaint also alleges Citibank's freeze of Power Forward Communities' award funds violated the Account Control Agreement executed pursuant to Power Forward Communities' Award Agreement with EPA and constituted a breach of contract, conversion, and replevin.
- New Litigation: Woonasquatucket River Watershed Council et al. V. Department of Agriculture et al., 1:25-cv-00097 (U.S. R.I.D.C.) (Grants) - On **March 14**, Petitioners filed a complaint against five Executive branch defendants, including EPA and Lee Zeldin in his official capacity. The complaint alleges the freeze of grant funds authorized by the Inflation Reduction Act and the Infrastructure, Investment and Jobs Act violates the Administrative Procedure Act. On **March 17**, Plaintiffs amended their complaint to add additional Plaintiffs and Defendants and filed motions for a preliminary injunction and expedited briefing schedule.
- New Litigation: Ute Indian Tribe of the Uintah and Ouray Reservation v. EPA, et al. (Clean Air Act Title V) - On **March 17**, Plaintiffs filed a Petition for Review of EPA R8's issuance of "Clean Air Act Operating Permit Program; Notice of Issuance of Title V Federal Operating Permit to Deseret Generation and Transmission Cooperative," 90 Fed. Reg. 4651 (Jan. 16, 2025). The subject Title V Federal Operating Permit was issued to Deseret Generation and

Controlled by U.S. Environmental Protection Agency

EPA_00045091

Transmission Cooperative for the operation of a coal-fired power plant located on the Uintah and Ouray Reservations.

- New Litigation: Business Coalition for Clean Air v. EPA, 25-1099 (D.C. Cir.) (Clean Air Act Ozone) - On **March 18**, Plaintiffs filed a challenge to EPA's file rule, "State Implementation Plan Submittal Deadlines and Implementation Requirements for Reclassified Nonattainment Areas Under the Ozone National Ambient Air Quality Standards," 90 FR 5651 (**January 17**).
- New Litigation: Coalition For Fair Aerosol Regulation, 25-1094 (D.C. Cir.) (Clean Air Act Hazardous Air Pollutants) - On **March 19**, Petitioners filed a Petition for Review challenging the final rule entitled "National Volatile Organic Compound Emission Standards for Aerosol Coatings Amendments," 90 FR 5697 (**January 17**).
- New Decision: Association of Washington Business, et al. v. EPA, No. 1:23-cv-03605 (D.D.C.) (Clean Water Act) - On **March 19**, the court issued an Order Plaintiff's challenge to EPA's 2022 rule promulgating human health criteria for the State of Washington's waters. The court held that the case is moot considering EPA's December 2024 approval of Washington's state-adopted human health criteria, explaining that "under the CWA, the plaintiffs are subject to Washington's state human health criteria - not the federal criteria promulgated in the 2022 Rule that plaintiffs challenge in this action" and, thus, a decision on the rule would not presently affect the parties' rights. Based on its conclusion that the case is moot, the court found that it lacked subject matter jurisdiction and must dismiss. Accordingly, the court denied all other pending motions, including EPA's motion to hold the case in abeyance, as moot.
- New Litigation: California Infrastructure and Economic Development Bank et. al. v. Citibank, N.A. et al.; 1:25-cv-00820 (D.C.D.C.) (Grants) - On **March 19**, Plaintiffs filed a complaint alleging EPA's termination of federal awards under the National Clean Investment Fund, a Greenhouse Gas Reduction Fund program, violated the Administrative Procedure Act, the Inflation Reduction Act, the Impoundment Control Act, the Uniform Grant Guidance regulations, and the Appropriations Clause, the Spending Clause, the Legislative Vesting Clause, the Take Care Clause, and the Tenth Amendment of the U.S. Constitution. The complaint also alleges Citibank's freeze of Defendants' award funds violated the Account Control Agreement executed pursuant to Defendants' Award Agreements with EPA and constituted a breach of contract, conversion, and replevin.
- New Litigation: The Sustainability Institute, et al. v, Donald J. Trump, et al, CIv. 2:25-cv-02152-RMG (D.C.S.C.) (Grants) - On **March 21,** Plaintiffs filed a complaint against seven agencies/officials. The allegations pertaining to EPA concern lack of access to awarded grants and disruption to operations, including potential layoffs. Plaintiffs allege violations of separation of powers; the presentment clauses; the Administrative Procedures Act, First Amendment, and the IRA, IIJA and other relevant statutes. They seek declaratory and injunction relief (both preliminary and permanent).
- New Litigation: Texas v. EPA, No. 25-1096 (D.C. Cir.) (Clean Air Act) - On **March 21,** Plaintiffs filed a challenge to EPA's file rule, "State Implementation Plan Submittal Deadlines and Implementation Requirements for Reclassified Nonattainment Areas Under the Ozone National Ambient Air Quality Standards," 90 FR 5651 (**January 17**).

**Controlled by U.S. Environmental Protection Agency**


- New Litigation: Environmental Defense Fund v. Lee Zeldin (D.C. Cir.) (Clean Air Act Greenhouse Gas Reporting) - On **March 21,** Plaintiffs filed a challenge to EPA's **March 20** rule extending the reporting deadline from **March 31 to May 30,** for the Greenhouse Gas Reporting Rule.
- New Litigation: Ohio Chemistry Technology Council v. EPA, 25-3203 (6th Cir.) (Clean Air Act)- On **March 25,** Plaintiffs filed a challenge to EPA's final action, "Air Plan Approval; Ohio; Withdrawal of Technical Amendment" published at 90 Fed. Reg. 6811 (**January 21**). This error correction action under the CAA reinstated a nuisance provision into the Ohio SIP.
- New Litigation: ARC Specialty Products, Balchem Corporation v. EPA, 25-60146 (5th Cir.) (Federal Insecticide, Fungicide, and Rodenticide Act) - On **March 25,** Plaintiffs filed a petition for review of EPA's interim registration review decision for ethylene oxide under the Federal Insecticide, Fungicide, and Rodenticide Act.
- New Litigation: Wilmer Cutler Pickering Hale and Dorr LLP v. Executive Office of the President, et al., No. 1:25-cv-00917 (D.D.C.)  (Executive Order) - On **March 28**, Plaintiff's filed a complaint alleging that Executive Order Addressing Risks from WilmerHale (EO) violates the Constitution and harms the firm, its employees, and its clients. The complaint names all federal agencies and heads of agencies, including EPA and the Administrator, as Defendants. Specifically, Plaintiff asserts that the EO violates the First Amendment; Fifth Amendment, Sixth Amendment, Ultra Vires Presidential action-separation of powers; and the Spending Clause-unconstitutional conditions on government contracts. Plaintiff seeks interim, preliminary, and permanent injunctive relief and declaratory relief. On **March 28**, the Court issued a Temporary Restraining Order enjoining the implementation and enforcement of the EO.
- New Litigation: Jenner & Block LLP v. U.S. Department of Justice, et al., 1:25-cv-00916 (D.D.C.) (Executive Order) - On **March 28**, Plaintiff's filed a complaint alleging that Executive Order 14246, Addressing Risks from Jenner & Block violates the Constitution and harms the firm, its employees, and its clients. The complaint names all federal agencies and heads of agencies, including EPA and the Administrator, as Defendants. Specifically, Plaintiff asserts that the EO violates the First Amendment; Fifth Amendment, Sixth Amendment, Ultra Vires Presidential action-separation of powers; and the Spending Clause-unconstitutional conditions on government contracts. Plaintiff seeks interim, preliminary, and permanent injunctive relief and declaratory relief. On **March 28**, the Court issued a Temporary Restraining Order enjoining the implementation and enforcement of the EO.
- New Litigation: Environmental Defense Fund v. EPA, 1:25-cv-00924 (D.D.C) (FOIA) - On **March 28**, Plaintiffs filed a complaint alleging that EPA has failed to respond to a Freedom of Information Act (FOIA) Request within the required timeframe. The FOIA at issue, 2025-EPA-04050, requests correspondence and other records related to the Endangerment Finding, including recommendations in furtherance of Executive Order 14151.
- New Decision: Sierra Club v. EPA, 1:23-cv-01744 (D.D.C.) (Clean Air Act) - On **March 20**, the court issued an Order which fully granted EPA's request for an extension of certain consent decree deadlines for regional haze second planning period SIPs. EPA's new deadlines are as follows:
  - •The EPA must sign the Florida Regional Haze Plan revision by May 30;

Controlled by U.S. Environmental Protection Agency

EPA_00045093



- •The EPA must sign the West Virginia Regional Haze Plan revision by June 28;
  - •The EPA must sign the Ohio Regional Haze Plan revision by June 28;
  - •The EPA must sign the Idaho Regional Haze Plan by August 28;
  - •The EPA must sign the Michigan Regional Haze Plan by August 28;
  - •The EPA must sign the Texas Regional Haze Plan by August 28; and
  - •The EPA must sign the California Regional Haze Plan by August 28.
- New Decision: Juliana v. U.S., 24-645 (SCOTUS) (Constitutional Claims) - On **March 24,** the Supreme Court denied certiorari without an opinion. Plaintiff's sought certiorari on a 9th Circuit decision on a motion for mandamus to direct the District Court of Oregon to dismiss the underlying case for lack of standing on redressability grounds. The underlying action was a case brought by youth plaintiffs against 11 agencies, including EPA, claiming their constitutional rights had been infringed by the government's actions/inactions regarding climate change.
- New Decision: Texas et al. v. EPA, No. 23-60069 (5th Cir) (Clean Air Act SIP Disapproval) - On **March 25**, the court unanimously denied petitions seeking review of EPA's Good Neighbor SIP Disapproval Action as to Louisiana and Texas and granted petitions seeking vacatur of the same as to Mississippi. The court found that the Fifth Circuit is the appropriate venue for the challenges. The court found that EPA lawfully disapproved Louisiana's and Texas's SIP submissions on their own terms and did not reach the issues related to choice of modeling or contribution threshold for those states. As for Mississippi, the court held that EPA's disapproval was arbitrary and capricious. The court found that EPA failed to recognize that for Mississippi, the use of updated data was entirely outcome determinative, and that EPA did not reasonably explain its decision to rely on the updated data.

### Office of International and Tribal Affairs (OITA)
**Hot Topics**
- On **March 27**, OITA PDAA joined AIEO Acting Director Lisa Berrios and AIEO Deputy Director Felicia Wright to participate in a monthly Tribal Program Managers (TPM) meeting. After introductions with the Tribal Program Managers, the PDAA expressed support for OITA's continued work with this critical network of EPA Tribal program staff and managers, and commitment to coordinating with HQ and Regional offices to ensure EPA's Tribal programs achieve successes in line with EPA's Powering the Great American Comeback Initiative and the associated 5 Pillars. The meeting also featured discussions on AIEO's work to coordinate effectively across EPA Tribal programs and regions.
- On **March 31**, OITA PDAA met with a delegation from the United South and Eastern Tribes, Inc. (USET) and National Indian Health Board to discuss Tribal environmental priorities. Liz Malerba, Director of Policy and Legislative Affairs, and Katie Klass, General Counsel, attended from the United South and Eastern Tribes Sovereignty Protection Fund. A.C. Locklear II, Interim Chief Executive Officer, Winn Davis, Congressional Relations Director, and Lacey Wind, Interim Public Health Policy and Programs Director, represented the National Indian Health Board.
- On **March 25–28**, OITA led the U.S. government delegation to the first G20 ECSWG meeting hosted by the South African G20 Presidency, joined by colleagues from the Department of

Controlled by U.S. Environmental Protection Agency

EPA_00045094


State. The meeting covered South Africa's five identified priority areas: biodiversity and conservation; land degradation, desertification, and drought; chemicals and waste management; oceans and coasts; and climate change and air quality. The United States participated mostly in listening mode, but shared several priorities for G20 technical exchanges, including domestic action on lead exposure and air pollution. Following direction received from the National Security Council, OITA indicated that the U.S. does not support a negotiated ministerial declaration or statement and encouraged the G20 to focus on technical level engagements. The next G20 ECSWG is scheduled for **July 14–18** in South Africa; the third ECSWG meeting will be in Cape Town **October 13–15**, followed immediately by the Ministerial Meeting on **October 16–17**.

- On **April 2**, the G7 Canadian Presidency will host a virtual G7 Extreme Weather Technical Meeting. OITA will lead the U.S. delegation, with the Department of State, Department of Commerce, and Department of the Interior. This will be the first in a series of technical workshops that explore challenges and opportunities for enabling preparedness for and resilience to extreme weather events, and this session will focus on early warning systems and impact-based communications. These conversations are expected to feed into a G7 Leaders-level outcome on wildfires.
- On **April 3**, Mark Kasman, the US Co-Chair of the Elk-Kootenai/y Governance Body (GB), will meet with the Canadian Co-Chair, Kevin Jardine, of British Columbia's Ministry of Environment and Parks to discuss the plan to develop short-term actions to be accomplished by the GB in the next year. This call is in preparation for the **April 10** GB meeting. The GB was developed in response to the International Joint Commission (IJC) receiving a Reference under Article IX of the Boundary Waters Treaty from the Governments of the United States and Canada, in partnership with the Ktunaxa Nation asking the IJC to carry out certain actions to address the impacts of transboundary water pollution in the Elk-Kootenai/y Watershed. The objective of the GB is to co-develop options for timely actions that reduce and mitigate the impacts of water pollution to protect the people and species in the Kootenai/y watershed. The 18-member body consists of three delegations (U.S., Canada, and the Ktunaxa Nation) with 6 members each. Mark Kasman, OIA Office Director, is the U.S. Co-Chair of the U.S. Delegation with members from the US State Department, US Geological Survey, US Army Corps of Engineers, and the States of Montana and Idaho.

### Office of Land and Emergency Management (OLEM)
**Hot Topics**
- On **April 10,** OLEM DAA will be traveling to Golden, CO, to speak at a summit meeting for the new Good Samaritan Remediation of Abandoned Hardrock Mines Act of 2024 (Public Law 118-155). The meeting is to engage all stakeholders on the Good Samaritan program development and expectations, which will include representatives from states, tribes, NGOs, and industry.

**Miscellaneous**

Controlled by U.S. Environmental Protection Agency

EPA_00045095



CUI//PRVCY

Weekly Report | [ DATE \@ "MMMM d, yyyy" ]

- Regarding ongoing major Federal Facilities and Superfund National Priorities List sites, OLEM is working with R4 on Southside Chattanooga; R5 on St. Regis Paper Co; R7 on the St. Louis Airport Project Site; R8 Butte/Silver Bow; R9 on Orange County North Basin Site, and Hunters Point Naval Shipyard; and R10 on Harbor Island-East Waterway OU and Upper Columbia River.

## Office of Mission Support (OMS)

**Hot Topics**

- The Office of Mission Support (OMS) kicked off the Ronald Regan Building consolidation project, with anticipated completion by the end of FY 2025.
- OMS completed the migration of headquarters' shared files from decentralized on-premises servers to the Microsoft Azure NetApp cloud solution. OMS is now working on transitions for the regions and offices and is expected to fully migrate by June 2025. This cloud-based consolidation is anticipated to enhance security, improve efficiency, and maintain a familiar user experience within File Explorer.
- OMS initiated a strategic transition to replace the current remote access solution, Ivanti, with Zscaler. Zscaler was selected for its Zero Trust Network Access capabilities, enhanced security posture, and improved user experience. The agency-wide phased deployment began on **March 31**, and is expected to be completed within 4 to 5 weeks.
- OMS has established the EPA-Workforce WiFi network to improve internet access for EPA federal employees' personal WiFi devices. This initiative enhances connectivity for personal wireless devices, ensuring seamless access to necessary resources. An awareness campaign will be launched to communicate the availability and usage of the new WiFi network.

## Office of Research and Development (ORD)

**Hot Topics**

- **On March 31,** R7 RA visited a prescribed fire research site near Manhattan, KS (Konza Prairie Biological Station), where ORD researchers are conducting aerial drone-based emission sampling and videography. The team will complete controlled prescribed burns, examining the effect of varying ignition patterns on combustion efficiency and resultant pollution. This work will fill a gap in our understanding of how ignition patterns, fuel properties, and meteorological conditions can be optimized to reduce emissions, thereby encouraging the use of prescribed fire to limit fire risk and wildfire emissions. This research supports Pillar 1 of the Administrator's Powering the Great American Comeback initiative and the Clean Air Act.
- On **March 31**, ECOS staff briefed ORD on the recently released [ HYPERLINK "https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.eristates.org%2Fwp-content%2Fuploads%2F2025%2F02%2F2024-ERIS-Survey-Report.pdf&data=05%7C02%7CMatthews.Lisa%40epa.gov%7C4dfc55df79834cb673d108dd50459a11%7C88b378b367484867acf976aacbeca6a7%7C0%7C0%7C638754982090878307%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=M63I8JImg6dZPjIFnwQ%2F0cBGJAIHDb0ZdfSbIaFCfvg%3D&reserved=0" \h ]. The

Controlled by U.S. Environmental Protection Agency

- Environmental Research Institute of the States (ERIS) conducts biennial surveys of state and territorial environmental agency research needs to identify key research priorities. EPA will use the results of the survey to inform our research and technical support efforts to help address the states' most pressing 'on the ground' environmental challenges. This work supports Pillars 1 and 3 of the Administrator's Powering the Great American Comeback initiative as well as statutes, including CAA, CWA, SDWA, and ERDDAA.
- Staffer Steve Leahy from Ohio U.S. Senator Bernie Moreno's local office will visit EPA-Cincinnati on **April 2**.  He will meet with senior Cincinnati leaders from ORD and OMS and be given a tour of several research efforts.  This visit falls under Pillar 1 and 3 of the Administrator's Powering the Great American Comeback initiative and statutes, including CWA, SDWA, and ERDDAA.
- On **April 2**, ORD Acting AA will participate in a meet and greet with the Big City Emergency Managers (BCEM) at their spring event in Washington, DC. The group is focused on improving the abilities of the nation's largest, most at-risk metropolitan cities to prevent, protect against, mitigate, prepare for, respond to, and recover from major incidents and catastrophic emergencies. They have been very interested in ORD's work related to emergency response and building community resilience to storm and weather-related disasters. This work supports Pillar 1 and Pillar 3 of the Administrator's Powering the Great American Comeback Initiative, and the CERCLA statute.
- [ HYPERLINK "https://www.epa.gov/faca/frrcc-0" \h ] (AAWQ) Subcommittee Briefing: On **April 3**, ORD is briefing OW and the AAWQ Subcommittee on the extent manure nutrient additions contribute to agricultural surplus across the contiguous United States. The AAWQ Subcommittee is a multi-stakeholder working group consisting of state, federal, and industry representatives looking to optimize the use and handling of manure nutrients from animal feeding operations. This work supports Pillars 1 and 3 of the Administrator's Powering the Great American Comeback initiative as well as the Clean Water Act and Harmful Algal Bloom and Hypoxia Research and Control Amendments Act.
- On **April 9**, the Scientific Integrity Committee will hold its quarterly meeting. EPA's Scientific Integrity program supports Pillar 1 and Pillar 3 of the Administrator's Powering the Great American Comeback initiative as well as statutes, including CWA, CAA, SDWA, FIFRA, TSCA, and CERCLA.

### Office of Water
**Hot Topics**
- On **April 1**, EPA notified the U.S. District Court for the Eastern District of Pennsylvania of its intent to finalize a rule revising outdated water quality standards for 38 miles of the Delaware River between Philadelphia and Wilmington. EPA's forthcoming final rule will prioritize clean water to support aquatic life and benefit those living, working, and recreating in Delaware, New Jersey, and Pennsylvania.
- As soon as the week of **April 7**, EPA and the Water Sector Cybersecurity Task Force will announce a unified strategy, including 10 key recommendations to improve cybersecurity at drinking water and wastewater systems. Cyber-attacks against water systems have increased several-fold over the last few years and can disrupt or contaminate the delivery of

**Controlled by U.S. Environmental Protection Agency**


safe drinking water and the treatment of wastewater. The recommendations from the task force include a holistic approach that will enhance coordination and collaboration across government, associations, and water utilities. These recommendations will encourage systems to address unique needs. They will normalize and promote cybersecurity measures and improve access to technical assistance.

### Office of Enforcement and Compliance Assurance (OECA)
- NSTR

## Administrator's Office
### Office of Children's Health Protection (OCHP)
**Hot Topics**
- On **April 2**, ORD hosted the monthly Children's Environmental Health Research Partner Alliance Coordination Team meeting, which enhances communication between EPA, researchers, and program partners. Two presentations will be offered: "Prenatal PFOA Exposure and Long-term Health Impacts" and "Age-dependent High-throughput Toxicokinetic Simulations."

### Office of Civil Rights (OCR)
**Hot Topics**
- The Office of Civil Rights finalized the FY 2024 No FEAR Act Report by the **March 31** statutory deadline.
- On **April 3**, the Director of the Office of Civil Rights will participate in the Federal Interagency Holocaust Remembrance Committee meeting.
- On **April 8**, the Director of the Office of Civil Rights will participate in the quarterly Equal Employment Opportunity Commission (EEOC) meeting for EEO Directors.

**Miscellaneous**
- FY 25 EEO Investigations: Completed: 15. Timely completed: 12. Pending investigations: 21.
  - OCR unamended investigations: Completed: 7. Timely (<181 days): 4. Average days: 329.
  - OCR amended investigations: Completed: 8. Timely (<361 days): 8. Average days: 246.
- FY 25 Final Agency Decisions (FADs): Completed: 6. Average days: 117.
  - OCR is tracking all FADs, including those with findings. FY 24 average: 122 days. FY 25 goal: 116.
- FY 25 Alternative Dispute Resolution (ADR): EEOC ADR participation rate goal: 50%.
  - Informal complaints: 36. Determined ADR eligible: 27. Determination Pending: 3. Not eligible: 6.
  - Six are not eligible because the aggrieved are not EPA employees.

Controlled by U.S. Environmental Protection Agency


- o 27 eligible: 22 offered; 5 to be offered. 14 of 22 accepted. Offer participation rate: 64%.
- FY 25 Reasonable Accommodation Requests: Completed: 880. Pending: 803 (including 2 from FY24).

## Office of Congressional and Intergovernmental Relations (OCIR)

**Miscellaneous**

- On **March 31**, a meeting was scheduled with Delta Counties Coalition (CA)/concerns with Proposed State Delta Conveyance (Tunnel) Project - Pat Hume, Sacramento County Supervisor and OW.
- On **April 2**, a meeting was scheduled with Toledo (OH) Regional Alliance/Re: Regional Priorities and OW.
- On **April 2**, a meeting was scheduled with Fort Dodge/Webster County (IA) Local Leaders and OLEM.
- On **April 2**, an intro meeting was scheduled with R2 RA and Representative Gonzalez-Colon.
- On **April 3**, a meeting is scheduled with R2 RA and Governor Albert Bryan.
- On **April 4**, a meeting is scheduled with USCM's Mayors' Water Council Meeting in Lancaster, PA - Home of MWC Chair Daneen Sorace; Mayor and OW to participate.
- On **April 8**, a meeting is requested with OW, OITA, and Mayor John Duncan, Coronado, CA/Re: Tijuana River Cross-border Pollution Crisis.
- On **April 8**, a meeting is scheduled with Mayors and Commissioners-Lane County, OR, including OAR and OW.
- On **April 7**, a Quarterly Briefing on PRIA 5 is scheduled with Committee on Agriculture (bipartisan/bicameral); OCSPP to participate.
- On **April 9**, OLEM and OECA is scheduled to meet with City of Tucson, AZ/Tucson Water.
- On **April 9**, Representative Aderholt requested a meeting on PFAS with OW and Northwest Alabama Council of Local Governments.
- On **April 9**, a meeting is scheduled with Discovery Clean Water Alliance & Clark Regional Wastewater District (Washington State - Vancouver) along with OW and ORD.

## Office of the Executive Secretariat (OEX)

**Hot Topics**

- Legacy Issue Email Campaign
  - o Deregulation – Do Not Weaken EPA's Ability to Protect the Public's Health – Unknown – 5,148
- Weekly Issue Email Volume: 6,685

**Miscellaneous**

- Correspondence: 757 open, 528 overdue, 113 new, 196 closed
- FOIA: 563 open, 377 overdue, 6 new, 18 closed
- Quill



- o  Public Queries: 3,047 open, 874 new, 442 closed
- Records Management
  - o  The AO Records Liaison Officer and the National Records Officer are partnering to navigate disposition of the agency's Lotus Notes email records, which date from 2013 and earlier. They are working with the National Archives to determine the applicability of Capstone retention to some of the records and the mechanics of transferring those determined to be of enduring historical value.

### Office of Policy (OP)

**Hot Topics**

- OP's Office of Regulatory Policy and Management received the formal OMB data call for the Spring 2025 Unified Agenda of Regulatory and Deregulatory Actions. EPA's response is due back to OMB by **April 21**. The data call has been distributed to the appropriate contacts in each of the program offices.

### Office of Small and Disadvantaged Business Utilization (OSDBU)

**Fiscal Year 2025 Agency-wide Small Business Contract Goal Achievements
Based on the Federal Procurement Data System (As of 3/31/25)**

| Business Category | Established Goal | Percent of Total EPA Spend | Total Dollars Awarded |
|---|---|---|---|
| Small Businesses | 46.4% | 55.9% | $580M |
| Small Disadvantaged Businesses | 5.0% | 23.1% | $239M |
| Woman-Owned Small Businesses | 5.0% | 5.6% | $5M |
| HUBZone Small Businesses | 3.0% | 2.2% | $23M |
| Service-Disabled Veteran-Owned Small Businesses | 5.0% | 1.6% | $16M |

### Science Advisory Board Staff Office (SABSO)

**Hot Topics**

- On **March 25**, SABSO briefed the Administrator on SAB and CASAC Membership. The office is awaiting edits to the Federal Register Notices and will make revisions based on senior leadership feedback to submit for publication and open the solicitation.

Controlled by U.S. Environmental Protection Agency



**Miscellaneous**
- On **March 13**, revisions for the Charter of the Clean Air Scientific Advisory Committee (CASAC) were received. OAR is making revisions. The Federal Advisory Committee Act requires charters for Federal Advisory Committees to be renewed every two years. The current CASAC charter expires **May 19**.

**Office of Administrative and Executive Services (OAES); Office of Agriculture and Rural Affairs (OARA); Office of Greenhouse Gas Reduction Fund (OGGRF); Office of National Security (ONS); Office of Public Affairs (OPA); and Office of Public Engagement and Environmental Education (OPEEE)**
- NSTR

Controlled by U.S. Environmental Protection Agency

EPA_00045101