The Sustainability Institute, et al. v. Trump, et al.
CIVIL NO. 2:25-cv-2152
**SUPPLEMENTAL PRIVILEGE LOG - PROTECTED AS RESTRICTED**
(As of April 21, 2025)

| BEGINNING BATES NUMBER | ENDING BATES NUMBER | FILE NAME | PRIVILEGE REASON | PRIVILEGE DESCRIPTION |
|---|---|---|---|---|
| EPA_00000327 | EPA_00000328 | 00000000C4D5C195EBAECE4CA5E345B06D3863E4247D2500.MSG | Deliberative Process | Contains deliberative agency material |
| EPA_00011085 | EPA_00011089 | 00000000C4D5C195EBAECE4CA5E345B06D3863E464322800.MSG | Deliberative Process | Contains deliberative agency material |
| EPA_00046217 | EPA_00046217 | 000000007331232E4BB83D439D1C8F7C81911BBC64722800.MSG | Deliberative Process | Deliberative email about internal agency messaging on the status of grants |
| EPA_00046231 | EPA_00046231 | 000000007331232E4BB83D439D1C8F7C81911BBCA4772800.MSG | Deliberative Process | Deliberative email about internal agency messaging on the status of grants |
| EPA_00046232 | EPA_00046233 | 000000007331232E4BB83D439D1C8F7C81911BBC44782800.MSG | Deliberative Process | Deliberative email about internal agency messaging on the status of grants |
| EPA_00046234 | EPA_00046235 | 000000007331232E4BB83D439D1C8F7C81911BBC84782800.MSG | Deliberative Process | Deliberative email about internal agency messaging on the status of grants |
| EPA_00047972 | EPA_00047973 | 000000007331232E4BB83D439D1C8F7C81911BBCE4632E00.MSG | Deliberative Process | Deliberative email about internal agency messaging on the status of grants |
| EPA_00048715 | EPA_00048717 | 0000000004C2FF56D2E9EA4C9C46BE19DCC37861A47D2000.MSG | Deliberative Process | Draft press release |
| EPA_00048718 | EPA_00048722 | 0000000004C2FF56D2E9EA4C9C46BE19DCC37861C47D2000.MSG | Deliberative Process | Draft press release |
| EPA_00048863 | EPA_00048865 | 0000000004C2FF56D2E9EA4C9C46BE19DCC37861E4A02100.MSG | Deliberative Process | Draft press release |
| EPA_00048866 | EPA_00048869 | 0000000004C2FF56D2E9EA4C9C46BE19DCC3786104A12100.MSG | Deliberative Process | Draft press release |
| EPA_00048923 | EPA_00048927 | 0000000004C2FF56D2E9EA4C9C46BE19DCC3786104712200.MSG | Deliberative Process | Draft press release |
| EPA_00053889 | EPA_00053889 | 00000000513BFE9CFC0701448822E6D32AAAD18AC4002000.MSG | Deliberative Process | Contains pre-decisional deliberative material on guidance |
| EPA_00231479 | EPA_00231479 | 00000000EB71979CB4602841958D79081EADCB6A44FC2200.MSG | Deliberative Process | Draft press release |
| EPA_00231480 | EPA_00231481 | 00000000EB71979CB4602841958D79081EADCB6A84FC2200.MSG | Deliberative Process | Draft press release |
| EPA_00298790 | EPA_00298793 | Introductory DEI Meeting – EPA.docx | Deliberative Process | Interagency deliberative material |
| EPA_00298798 | EPA_00298799 | 00000000F0149313B360EF439E10362CF522B9FA64412300.MSG | Deliberative Process | Draft press release |
| EPA_00298800 | EPA_00298801 | 00000000F0149313B360EF439E10362CF522B9FAC4412300.MSG | Deliberative Process | Draft press release |
| EPA_00298802 | EPA_00298803 | 00000000F0149313B360EF439E10362CF522B9FA24422300.MSG | Deliberative Process | Draft press release |
| EPA_00298893 | EPA_00298894 | 00000000F0149313B360EF439E10362CF522B9FAA4642200.MSG | Deliberative Process | Interagency deliberations |
| EPA_00298895 | EPA_00298897 | PA Projects + DCOS.docx | Deliberative Process | Interagency deliberations |
| EPA_00299472 | EPA_00299474 | 00000000F0149313B360EF439E10362CF522B9FAC48E2600.MSG | Deliberative Process | Draft press release |
| EPA_00299481 | EPA_00299485 | 00000000F0149313B360EF439E10362CF522B9FA44A92600.MSG | Deliberative Process | Draft press release |
| EPA_00299898 | EPA_00299900 | 00000000F0149313B360EF439E10362CF522B9FAA4252500.MSG | Deliberative Process | Interagency deliberations. |
| EPA_00316086 | EPA_00316089 | 00000000186A5845135595438D246945C7AB9E6564CD2800.MSG | Deliberative Process | DP: Deliberative communications about terms and conditions |
| EPA_00316132 | EPA_00316133 | 00000000186A5845135595438D246945C7AB9E65E4D72800.MSG | Deliberative Process | Contains pre-decisional agency material |