Message

---

**From:**     Boyd.Wyatt@epa.gov [Boyd.Wyatt@epa.gov]
**Sent:**      1/23/2025 7:41:11 PM
**To:**        Lane, Gary [Lane.Gary@epa.gov]; Wang, Lili [Wang.Lili@epa.gov]
**CC:**        Henry, Latonya [Henry.Latonya@epa.gov]; Katz, Brian [Katz.Brian@epa.gov]
**Subject:**   Re: Notes (closehold)

Gary,

Gregg just said note will go out tomorrow so please be ready. Excludes pay, WCF and OIG

Sent from my iPhone


On Jan 23, 2025, at 12:02 PM, Boyd, Wyatt <Boyd.Wyatt@epa.gov> wrote:


At this time that's what was discussed yes

---

**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Thursday, January 23, 2025 12:02 PM
**To:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Monson, CJ <Monson.CJ@epa.gov>; Wang, Lili <Wang.Lili@epa.gov>
**Cc:** Henry, Latonya <Henry.Latonya@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>
**Subject:** RE: Notes (closehold)

# CUI//SP-BUDG

Is it correct to assume the EJ pause will exempt WCF and Payroll?


# Controlled by U.S. Environmental Protection Agency

---

**From:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Sent:** Thursday, January 23, 2025 11:48 AM
**To:** Monson, CJ <Monson.CJ@epa.gov>; Wang, Lili <Wang.Lili@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>
**Cc:** Henry, Latonya <Henry.Latonya@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>
**Subject:** RE: Notes (closehold)

# CUI//SP-BUDG

All sections


# Controlled by U.S. Environmental Protection Agency

---

**From:** Monson, CJ <Monson.CJ@epa.gov>
**Sent:** Thursday, January 23, 2025 11:33 AM

**To:** Wang, Lili <<u>Wang.Lili@epa.gov</u>>; Lane, Gary <<u>Lane.Gary@epa.gov</u>>
**Cc:** Henry, Latonya <<u>Henry.Latonya@epa.gov</u>>; Boyd, Wyatt <<u>Boyd.Wyatt@epa.gov</u>>; Katz, Brian <<u>Katz.Brian@epa.gov</u>>
**Subject:** RE: Notes (closehold)

## CUI//SP-BUDG

Lili,

Do you want that data for all of the lines or just in the instances where we indicated a "Yes"?

## Controlled by U.S. Environmental Protection Agency

**From:** Wang, Lili <<u>Wang.Lili@epa.gov</u>>
**Sent:** Thursday, January 23, 2025 11:21 AM
**To:** Lane, Gary <<u>Lane.Gary@epa.gov</u>>; Monson, CJ <<u>Monson.CJ@epa.gov</u>>
**Cc:** Henry, Latonya <<u>Henry.Latonya@epa.gov</u>>; Boyd, Wyatt <<u>Boyd.Wyatt@epa.gov</u>>; Katz, Brian <<u>Katz.Brian@epa.gov</u>>
**Subject:** RE: Notes (closehold)

## CUI//SP-BUDG

@Monson, CJ

1.          Please add columns to it for EBFY, current unobligated balances (<mark>Check with Gary on this</mark>), and current FTE utilization for each section

Here is the link to the file:

<image001.png>
<u>IIJA IRA EO_v1.xlsx</u>

Thanks,

## Controlled by U.S. Environmental Protection Agency

**From:** Boyd, Wyatt <<u>Boyd.Wyatt@epa.gov</u>>
**Sent:** Thursday, January 23, 2025 10:53 AM
**To:** Henry, Latonya <<u>Henry.Latonya@epa.gov</u>>; Lane, Gary <<u>Lane.Gary@epa.gov</u>>; Wang, Lili <<u>Wang.Lili@epa.gov</u>>; Katz, Brian <<u>Katz.Brian@epa.gov</u>>
**Cc:** Robinson, Angel <<u>robinson.angel@epa.gov</u>>
**Subject:** Notes (closehold)

## CUI//SP-BUDG

Readout from meeting with Gregg and Lek this morning –

2.        OB should be prepared to issue the pause message tomorrow. BECD please be prepared to work with CGI to execute the Compass "lock" for non-pay and non-WCF tomorrow morning.
1.                We are awaiting the direction to do this
3.        They found the IRA and IIJA section by section document very helpful
1.                Please add columns to it for EBFY, current unobligated balances, and current FTE utilization for each section
4.        We also will need to be prepared to lock non-pay in the EJ program project when directed

Please let me know any questions, we can also discuss at the OB meeting later today.

Wyatt Boyd
Deputy Director, Office of Budget
Office of the Chief Financial Officer
Desk: 202.564.8503 | Mobile: 202.945.7495 | E: boyd.wyatt@epa.gov |
4443A WJC-N Washington, D.C.

<image002.png>

# Controlled by U.S. Environmental Protection Agency

Message

| | |
|---|---|
| **From:** | Boyd, Wyatt [Boyd.Wyatt@epa.gov] |
| **Sent:** | 2/13/2025 10:17:02 PM |
| **To:** | Talbert-Duarte, Angelia [talbert-duarte.angelia@epa.gov]; Robinson, Angel [robinson.angel@epa.gov] |
| **Subject:** | Re: Additional Information on IIJA and IRA - program review pause |

Get Outlook for iOS

**From:** Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>
**Sent:** Thursday, February 13, 2025 5:08:50 PM
**To:** Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** FW: Additional Information on IIJA and IRA - program review pause

Hi Angel and Wyatt,

We are working on responding to an ask from DOJ related to the TRO which is on a fast track.  As I understand the message below, disbursements from obligations already made from the accounts listed in the 2/7/2025 email (except GGRF) will be released for payment but no new obligations pending further review.  Is this correct?

Thanks for your help.

Angelia Talbert-Duarte
Associate General Counsel
Civil Rights and Finance Law Office
U.S. Environmental Protection Agency
Phone – (202) 564-8158
Fax – (202) 564-5432

*Please note that I may have sent this communication outside regular business hours.  If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Thursday, February 13, 2025 3:31 PM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>; Leadership_Deputy_Regional_Administrators <Leadership_Deputy_Regional_Administrators@epa.gov>; Leadership_Deputy_Assistant_Administrators <Leadership_Deputy_Assistant_Administrators@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory

EPA_00000027

<luebbering.gregory@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Li, Sylvana <li.sylvana@epa.gov>; Beg, Gul <Beg.Gul@epa.gov>; Cottrill, Edward <Cottrill.Edward@epa.gov>; Hurley, Kevin <Hurley.Kevin@epa.gov>; Humes, Hamilton <Humes.Hamilton@epa.gov>; Wang, Lili <Wang.Lili@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause
**Importance:** High

Sharing another update as the program review proceeds.

Obligations from EPA already made as of 3 PM EST today can be released for payment. The agency will continue robust oversight of these funds and take appropriate action if any of them are found to be used outside of the terms and conditions of their agreements.

Note this excludes the Greenhouse Gas Reduction Fund.

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 6:04 PM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Li, Sylvana <li.sylvana@epa.gov>; Beg, Gul <Beg.Gul@epa.gov>; Cottrill, Edward <Cottrill.Edward@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Pursuant to the review of financial assistance programs announced by the Acting Deputy Administrator on February 6, the following accounts are temporarily paused for new obligations or disbursements for assistance agreements, loans, rebates, interagency agreements, procurements, and no-cost actions pending a review for compliance with applicable administrative rules and policies.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)
Environmental Product Declaration Assistance (OCSPP/ORD/OAR)

EPA_00000028

Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
GHG Air Pollution Implementation Grants (OAR) (STAG)
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)
Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 11:29 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

We are working expeditiously to carry out the attached and request your assistance where appropriate.

*(excerpt)*

Notwithstanding this directive, any disbursements on open grant awards that were paused due to Office of Management and Budget Memorandum M-25-13 or any Executive Order underlying that Memorandum shall continue to be immediately released, as the Agency initiated on February 3, 2025.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Wednesday, February 5, 2025 11:00 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>

**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

Clarifying the compound sentence in the original message.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for:

- federal financial assistance;
- Superfund;
- and the accounts (originally) attached.

Note that thousands of accounts are involved and this is a manual process.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Tuesday, February 4, 2025 1:46 PM
**To:** OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** Additional Information on IIJA and IRA
**Importance:** High

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*

Message

| | |
|---|---|
| **From**: | Budget and Planning [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=595FBB7A72C7453EB3A0EB0DDB8E6081-BUDGET AND] |
| **To**: | OCFO-SBO [OCFOSBO@epa.gov]; OCFO-SBO-STAFF [OCFOSBOSTAFF@epa.gov]; OCFO-Regional-Comptroller [OCFORegionalComptroller@epa.gov]; OCFO-Regional Budget Officers [OCFORegional_Budget_Officers@epa.gov]; OCFO-SROs [OCFO_SROs@epa.gov]; Regional Mission Support Division - Directors [Regional_Mission_Support_Division_Directors@epa.gov]; Regional Mission Support Division - Directors [Regional_Mission_Support_Division_Directors@epa.gov]; OCFO-FCOs [OCFO-FCOs@epa.gov] |
| **CC**: | Wise, Melissa [wise.melissa@epa.gov]; Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]; Kalikhman, Yulia [Kalikhman.Yulia@epa.gov]; Gulamali, Adil [Gulamali.Adil@epa.gov]; Lavergne, Dany [lavergne.dany@epa.gov]; Miller, Renee [Miller.Renee@epa.gov]; Jennette, Vonda [Jennette.Vonda@epa.gov]; Luebbering, Gregory [luebbering.gregory@epa.gov]; OCFO-OB-ALL. [OCFO-OB-ALL_x@epa.gov]; Talbert-Duarte, Angelia [talbert-duarte.angelia@epa.gov]; Goerke, Ariadne [Goerke.Ariadne@epa.gov]; Askew, Wendel [Askew.Wendel@epa.gov]; Holden, Allison [Holden.Allison@epa.gov] |
| **BCC**: | Treml, Gregg [Treml.Gregg@epa.gov]; Kadeli, Lek [Kadeli.Lek@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Gaber, Noha [gaber.noha@epa.gov]; Martiyan, Stefan [MARTIYAN.STEFAN@EPA.GOV]; Hall, JohnM [hall.johnm@epa.gov]; Patrick, Kimberly [Patrick.Kimberly@epa.gov]; OCFO-SR-MGRS_SG [OCFOSRMGRS_SG@epa.gov]; Wilbur, Jennifer [Wilbur.Jennifer@epa.gov] |
| **Subject**: | ** Important Additional Information on IIJA and IRA ** |
| **Attachments**: | Update on IIJA and IRA Pause_FINAL_2-4-2025.pdf; List of Sections.xlsx |

**Importance**:    High

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*

EPA_00000031



# THE CHIEF FINANCIAL OFFICER
WASHINGTON, D.C. 20460

February 4, 2025

**MEMORANDUM**

**SUBJECT:**  Update on Inflation Reduction Act and Infrastructure Investment and Jobs Act Pause

**FROM:**  Gregg Treml, Chief Financial Officer (Acting)

GREGG TREML
Digitally signed by GREGG TREML
Date: 2025.02.04 12:53:31 -05'00'

**TO:**  Deputy Assistant Administrators
Deputy Associate Administrators
Deputy Regional Administrators

Distribute as appropriate to those needed to carry out this direction.

This message provides an update pursuant to the recent Court directive addressing financial assistance. The Court directs that federal financial assistance shall not be paused based on the Office of Management and Budget's direction in the rescinded OMB memorandum or the President's Executive Orders, while ongoing litigation proceeds or until otherwise directed by a Court.

Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance. This includes programs within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act, including federal financial assistance in the State and Tribal Assistance Grants, Brownfields, and Superfund. The Office of Budget will follow-up with a detailed list. Additionally, the disbursement of funds connected to this notice will continue.

OCFO, working closely with the Office of General Counsel and Office of Mission Support, will continue to keep the community updated on this matter.

cc:  Lek Kadeli
Meshell Jones-Peeler
Paige Hanson
OCFO Senior Managers
Vonda Jennette
Greg Luebbering
Senior Resource Officials
Senior Budget Officers

EPA_00000032

Regional Comptrollers
Funds Control Officers

2

EPA_00000033

**This document is produced in native format.**

**Original file name:**

**List of Sections.xlsx**

Message

**From**:        Boyd, Wyatt [Boyd.Wyatt@epa.gov]
**Sent**:        2/25/2025 10:50:45 PM
**Subject**:     Fw: List of Section 7 IRA &IIJA applicable programs to Be updated
**Attachments**: IIJA IRA EO_v6_RMO EPA.xlsx; Send to EPA Section 7(a) Applicability_IRA and IIJA V2.xlsx


Get Outlook for iOS

---

**From:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>
**Sent:** Tuesday, February 25, 2025 5:31:24 PM
**To:** Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Cc:** Milbourn, Frank W..V EOP/OMB <Frank.W.Milbourn@omb.eop.gov>
**Subject:** List of Section 7 IRA &IIJA applicable programs to Be updated

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Angel and Wyatt,

We have been requested to finalize the list of Section 2 applicable programs covered under the Unleashing American Energy executive order. Attached is a spreadsheet containing pre-populated data from our earlier back and forth with you on what programs would be covered under Section 2.

Our understanding is that you may have received additional guidance you're your leadership regarding what programs are covered under Section 2. Please update and confirm the attached spreadsheet with EPA's most recent understanding of what programs are covered under Section 2 by **February 27ᵗʰ Thursday at 2 PM**. Please highlight any rows that were changed in red.

I have also attached the last file we received from EPA specifically regarding Section 2 applicability for reference. Please ensure the new file titled "Send to EPA Section 7(a) Applicability_IRA and IIJA" reflects EPA's views.

If you have any questions feel free to reach out to me or Frank.

Thank you,
Mike Hickey

EPA_00000036

Appointment

---

**From:**    Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:**    1/21/2025 3:45:42 PM
**To:**    Coogan, Daniel [Coogan.Daniel@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Gulamali, Adil [Gulamali.Adil@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Humes, Hamilton (he/him/his) [Humes.Hamilton@epa.gov]; Packard, Elise [Packard.Elise@epa.gov]; Talbert-Duarte, Angelia [talbert-duarte.angelia@epa.gov]; Holden, Allison (she/her/hers) [Holden.Allison@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]
**CC:**    Kenealy, Timi (she/her/hers) [Kenealy.Timi@epa.gov]

**Subject:**    Coordinating on EO Implementation
**Location:**    Microsoft Teams Meeting

**Start:**    1/21/2025 5:15:00 PM
**End:**    1/21/2025 5:30:00 PM
**Show Time As:** Tentative

**Required Attendees:**    Coogan, Daniel; Jones-Peeler, Meshell; Gulamali, Adil; Wise, Melissa; Humes, Hamilton (he/him/his); Packard, Elise; Talbert-Duarte, Angelia; Holden, Allison (she/her/hers); Boyd, Wyatt
**Optional Attendees:**    Kenealy, Timi (she/her/hers)

-----Original Appointment-----
**From:** Coogan, Daniel
**Sent:** Tuesday, January 21, 2025 9:55 AM
**To:** Coogan, Daniel; Jones-Peeler, Meshell; Gulamali, Adil; Wise, Melissa; Humes, Hamilton (he/him/his); Packard, Elise; Talbert-Duarte, Angelia; Holden, Allison (she/her/hers)
**Subject:** Coordinating on EO Implementation
**When:** Tuesday, January 21, 2025 12:15 PM-12:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

The EO on Unleashing American Energy states: "Terminating the Green New Deal.  (a)  All agencies shall immediately pause the disbursement of funds appropriated through the Inflation Reduction Act of 2022 (Public Law 117-169) or the Infrastructure Investment and Jobs Act (Public Law 117-58), including but not limited to funds for electric vehicle charging stations made available through the National Electric Vehicle Infrastructure Formula Program and the Charging and Fueling Infrastructure Discretionary Grant Program, and shall review their processes, policies, and programs for issuing grants, loans, contracts, or any other financial disbursements of such appropriated funds for consistency with the law and the policy outlined in section 2 of this order.  Within 90 days of the date of this order, all agency heads shall submit a report to the Director of the NEC and Director of OMB that details the findings of this review, including recommendations to enhance their alignment with the policy set forth in section 2.  No funds identified in this subsection (a) shall be disbursed by a given agency until the Director of OMB and Assistant to the President for Economic Policy have determined that such disbursements are consistent with any review recommendations they have chosen to adopt."

Just want to have a quick check-in on how we plan to manage it.

---

# Microsoft Teams Need help?

# Join the meeting now

Meeting ID: 286 680 270 850

Passcode: bc9VA6fV

---

**Dial in by phone**

+1 202-991-0477,,955859034# United States, Washington

Find a local number

Phone conference ID: 955 859 034#

**Join on a video conferencing device**

Tenant key: sip:teams@video.epa.gov

Video ID: 113 214 349 4

More info

For organizers: Meeting options | Reset dial-in PIN

This meeting may be recorded. If the meeting is recorded, it will be announced via a banner showing "this meeting is being recorded." Participation in a recorded meeting will be deemed as consent to be recorded. Meeting recordings may be official agency records subject to appropriate policy, rules and regulations.

---

Message

**From**: This Week @ EPA [epanews@epa.gov]
**Sent**: 2/4/2025 3:41:58 PM
**To**: This Week @ EPA [epanews@epa.gov]
**Subject**: This Week @ EPA - February 4, 2025

# THIS WEEK @ EPA



**Photo of the Week:** Snowshoeing in Rocky Mountain National Park, Colo., captured by Stefan Petersen from Region 8.

**View Collection >**



**Mass Mailers**

- Deferred Resignation Offer and agreement.
- Fork in the Road retirement information.
- You are invited to Administrator Zeldin's welcome address.
- Temporary restraining order related to pause on all federal financial assistance.
- Update on implementing President Trump's executive order on defending women.
- Welcome message from the Administrator.
- The EPA's response to the LA wildfires.
- Recognizing Data Privacy Week at the EPA.

**View Mass Mailers >**

**News Releases**

- EPA Administrator Lee Zeldin announces the EPA's "Powering the Great American Comeback" initiative.
- EPA Administrator Lee Zeldin visits East Palestine, Ohio, with Vice President JD Vance to mark two-year anniversary of train derailment.
- The EPA launches largest wildfire hazardous material removal effort in agency history.
- What they are saying: EPA Administrator Lee Zeldin to unleash American greatness as head of the EPA.
- Lee M. Zeldin sworn in as 17th EPA Administrator.
- Trump EPA updates public on agency assistance following catastrophic wildfires.

**Browse News Releases >**



Read Deputy Assistant Administrator for Infrastructure and Extramural Resources, Dan Coogan's leadership message on taking the Mission-Support Customer Satisfaction Survey. Find out more about [the survey and last year's results](#).



*Verena Joerger.*

**We appreciate EPA employees and their contributions!**

**Verena Joerger, Region 3**
This week we highlight Verena Joerger from Region 3. Verena is a quality assurance coordinator and exceptional events lead in Region 3's Air and Radiation Division. Read [Verena's profile](#) to find out more.

[**Nominate an employee** >](#)



**Phase 3 Launch of CUI coming soon**
The Controlled Unclassified Information Program will launch Phase 3 on Feb. 12. Once Phase 3 launches, six additional CUI categories will be released for marking. Find out more details about Phase 3.

**Microsoft Office feature update**
The Office of Mission Support deployed a new update for Microsoft 365 on Jan. 17. Monthly updates ensure the EPA maintains the latest enhancements and security features to maximize employee productivity. Get more information on the latest M365 updates.

**Start living a heart-healthy lifestyle**
Heart disease is the leading cause of mortality in the United States, responsible for approximately one in five deaths. Learn how living a heart-healthy lifestyle can reduce your risk of developing heart disease and having a stroke.

**Sleep is essential for good health**
Getting an adequate amount of sleep every night decreases your risk for diabetes, high blood pressure, heart disease, stroke and mental health issues. Learn how to get better sleep.



**Internal News >**



**EPA Administrator Lee Zeldin addresses EPA employees**
On January 29, 2025, Lee Zeldin was sworn in as the 17th Administrator of the U.S. Environmental Protection Agency. In this video, Administrator Zeldin addresses employees across the agency with a commitment to fostering a culture of collaboration as we work toward our common goal — fulfilling the agency's mission to protect human health and the environment.

---



**Feb. 4:** You are invited to Administrator Zeldin's welcome address.
**Feb. 4:** Esri open office hours.
**Feb. 4:** Strategic Tax Planning: Navigating Your Financial Future – Capital Financial Planners-RetFED.
**Feb. 4:** Federal Docket Management System Training: Introduction to FDMS.
**Feb. 4:** Timecard corrections due from prior pay periods for pay period 04 2025.
**Feb. 6:** Geospatial open office hours.
**Feb. 6:** EPA Qlik User Group.
**Feb. 6:** Lean Management System Overview Webinar-Open to all employees.
**Feb. 6:** Time and attendance for pay period 04, 2025, ending February 8, 2025.
**Feb. 11:** EPA Python CoP monthly webinar.
**Feb. 11:** Headquarters Maternal Wellness Program seminar: Mental and emotional health aspects of breastfeeding.
**Feb. 11:** Healthy Hearts - hosted by Care First Blue Cross Blue Shield and Virginia Hospital Center.

**Feb. 11:** National Maternal Wellness Program Seminar: Mental and emotional health aspects of breastfeeding.
**Feb. 11:** Federal Docket Management System Training: FDMS for the HQ OPP program.
**Feb. 12:** CCED seminar series.
**Feb. 12:** CUI Phase 3 launch & program overview.
**Feb. 12:** Qlik in 45- Basics.
**Feb. 13:** Geospatial open office hours.
**Feb. 13:** Taxes and IRS – hosted by The Foundation for Financial Education.
**Feb. 18:** Esri open office hours.
**Feb. 18:** Federal Docket Management System Training: FDMS for docket managers.
**Feb. 18:** Introduction to EPA@Work, the agency's intranet.
**Feb. 19:** ARMS office hours.
**Feb. 19:** The DASH Meal Plan - hosted by Kaiser Permanente.
**Feb. 19:** CUI Phase 3 Launch Drop-In Session.
**Feb. 19:** R user group monthly webinar.

*Please visit the agency calendar (VPN required) to add agency events to your Outlook calendar. For help adding agency calendar items to your Outlook calendar, please see: How to Easily Add Agency Calendar Events to Outlook.*

**View Agency Calendar >**

We would love to hear your feedback about this newsletter. Please contact us at:
internalcomms@epa.gov | Office of Internal Communications webpage

*Note: Opening social media links may automatically log you into your personal account for that social media website. Keep in mind that all EPA employees who use personal social media accounts must do so in accordance with agency policies on personal use of government devices (CIO 2101.2), as well as Hatch Act restrictions on how federal workers can use social media (Quick Guide and General Information).*

Message

---

**From:** Kelty, Diane [Kelty.Diane@epa.gov]
**Sent:** 2/4/2025 4:56:12 PM
**To:** Treml, Gregg [Treml.Gregg@epa.gov]
**CC:** Kadeli, Lek [Kadeli.Lek@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Gulamali, Adil [Gulamali.Adil@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]; Robinson, Angel [robinson.angel@epa.gov]; McMichael, Nate [McMichael.Nate@epa.gov]
**Subject:** FOR SIGNATURE: Memorandum
**Attachments:** Update on IIJA and IRA Pause 2.4.25 Fianal Track Changes .docx; 1.27.25 Acting CFO IIJA and IRA Pause Memo.pdf; RE: Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause; Update on IIJA and IRA Pause_FINAL_2-4-2025.pdf

Final for signature available added:

---

**From:** McMichael, Nate <McMichael.Nate@epa.gov>
**Sent:** Tuesday, February 4, 2025 11:37 AM
**To:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Kelty, Diane <Kelty.Diane@epa.gov>
**Subject:** RE: Memo for Final Review

Gregg –

We are preparing today's memo for your signature. Diane asked me to send you a track changes version as well as the previous memo and Friday email so that you can compare.  All are attached here.

In the meantime, we will clean up the edits and get the new memo ready for you to sign and send.

---

**From:** Kadeli, Lek <Kadeli.Lek@epa.gov>
**Sent:** Tuesday, February 4, 2025 11:00 AM
**To:** McMichael, Nate <McMichael.Nate@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Kelty, Diane <Kelty.Diane@epa.gov>
**Subject:** RE: Memo for Final Review

Nate – I have made organized the information differently.  I have avoided making changes to text since it has been cleared by OGC.

Regards,

Lek

Lek G. Kadeli
Associate Chief Financial Officer
United States Environmental Protection Agency
Direct Line: 202-860-5804
Kadeli.Lek@EPA.Gov

*If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*



**From:** McMichael, Nate <McMichael.Nate@epa.gov>
**Sent:** Tuesday, February 4, 2025 10:48 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Kelty, Diane <Kelty.Diane@epa.gov>
**Subject:** Memo for Final Review

Gregg and team – OB made the final tweaks to the memo. I dropped it into the OCFO template and will create the PDF for Gregg to sign. Please see the attached copy and have a final look as I prepare it for signature. 📄 Update on IIJA and IRA Pause 2.4.25.docx

Thank you,
Nate



## THE CHIEF FINANCIAL OFFICER
### WASHINGTON, D.C. 20460

January 27, 2025

## CUI//SP-BUDG

**MEMORANDUM**

**SUBJECT:**    Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause

**FROM:**    Gregg Treml, Chief Financial Officer (Acting)    GREGG TREML    Digitally signed by GREGG TREML Date: 2025.01.27 16:59:02 -05'00'

**TO:**    Deputy Assistant Administrators
Deputy Associate Administrators
Deputy Regional Administrators

This message is being provided based on instruction from OMB.

In accordance with the Executive Order *Unleashing American Energy,* unobligated funds (including unobligated commitments) appropriated by the Inflation Reduction Act of 2022 (P.L. 117-169) and the Infrastructure Investment and Jobs Act (P.L. 117-58) are paused. Pursuant to this pause, the Compass financial system will temporarily not allow obligations to be made in these lines of accounting. EPA is in discussions with the Office of Management and Budget on the continuation of payroll in IIJA and IRA.

Additionally, all disbursements for unliquidated obligations funded by any line of accounting including funds appropriated by the Inflation Reduction Act of 2022 (P.L. 117-169) and the Infrastructure Investment and Jobs Act (P.L. 117-58), are paused. Additional details on the pause in disbursements will be provided separately by the Office of the Controller.

This pause will allow for the review of processes, policies and programs as required by Section 7 of the Order.

All related actions, including new contract, grant, rebate and interagency actions, to include drawdowns, for IIJA and IRA are paused. Offices are not to put IIJA or IRA lines of accounting on any actions and all current actions are paused. Further, no IIJA or IRA funded travel is permissible at this time and all upcoming travel funded from either should be cancelled.

A process has been established at OMB for their review and approval of obligations and disbursements based on the Order. We will continue to update the community. We appreciate your work to ensure compliance with the Order.

cc: Lek Kadeli
    Meshell Jones-Peeler
    Paige Hanson
    Senior Resource Officials
    Senior Budget Officers
    Regional Comptrollers
    Funds Control Officers

# Controlled by U.S. Environmental Protection Agency

EPA_00000063

Message

| | |
|---|---|
| **From:** | Treml, Gregg [Treml.Gregg@epa.gov] |
| **Sent:** | 1/31/2025 7:21:23 PM |
| **To:** | Leadership_Deputy_Assistant_Administrators [Leadership_Deputy_Assistant_Administrators@epa.gov]; Leadership_Deputy_Associate_Administrators [Leadership_Deputy_Associate_Administrators@epa.gov]; Leadership_Deputy_Regional_Administrators [Leadership_Deputy_Regional_Administrators@epa.gov]; Career Senior Advisors for Management [Career_Senior_Advisors_for_Management@epa.gov]; Murley, Nicole [Murley.Nicole@epa.gov] |
| **CC:** | Kadeli, Lek [Kadeli.Lek@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Hanson, Paige (Catherine) [hanson.catherine@epa.gov]; OCFO-SROs [OCFO_SROs@epa.gov]; OCFO-SBO [OCFOSBO@epa.gov]; OCFO-Regional-Comptroller [OCFORegionalComptroller@epa.gov]; OCFO-FCOs [OCFO-FCOs@epa.gov] |
| **Subject:** | RE: Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause |

# CUI//SP-BUDG

Colleagues –

I am writing to provide an update on EPA's work to implement the President's "Unleashing American Energy" Executive Order in coordination with the Office of Management and Budget. OMB has approved a 4-week window to continue to process employment related funds while the evaluation of programs continues. This means that employees can continue to use IIJA and IRA related work codes in PeoplePlus through the pay period ending February 22, 2025, and that essential workforce support (e.g., WCF) may continue for that period.

Office of Inspector General Only:
OMB has also confirmed that Office of Inspector General may continue to use IIJA funds for oversight.

My team and I will share additional updates as they become available.

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC 20460
(202)-564-1151
treml.gregg@epa.gov

# Controlled by U.S. Environmental Protection Agency

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Monday, January 27, 2025 5:18 PM
**To:** Leadership_Deputy_Assistant_Administrators <Leadership_Deputy_Assistant_Administrators@epa.gov>;
Leadership_Deputy_Associate_Administrators <Leadership_Deputy_Associate_Administrators@epa.gov>;
Leadership_Deputy_Assistant_Administrators <Leadership_Deputy_Assistant_Administrators@epa.gov>

EPA_00000064

**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>
**Subject:** Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause

Colleagues –
As EPA works diligently to implement President Trump's "Unleashing American Energy" Executive Order in coordination with the Office of Management and Budget, I am providing the attached memorandum as guidance. The agency has paused all funding actions related to the Inflation Reduction Act and the Infrastructure Investment and Jobs Act at this time.

As noted in the memorandum, the agency will continue to work with OMB to review processes, policies, and programs, as required by the Executive Order.

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov



### THE CHIEF FINANCIAL OFFICER
WASHINGTON, D.C. 20460

February 4, 2025

## CUI//SP-BUDG

**MEMORANDUM**

**SUBJECT:**     Update on Inflation Reduction Act and Infrastructure Investment and Jobs Act Pause

**FROM:**     Gregg Treml, Chief Financial Officer (Acting)

**TO:**     Deputy Assistant Administrators
Deputy Associate Administrators
Deputy Regional Administrators

Distribute as appropriate to those needed to carry out this direction.

This message provides an update pursuant to the recent Court directive addressing financial assistance. The Court directs that federal financial assistance shall not be paused based on the Office of Management and Budget's direction in the rescinded OMB memorandum or the President's Executive Orders, while ongoing litigation proceeds or until otherwise directed by a Court.

Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance. This includes programs within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act, including all State and Tribal Assistance Grants and Superfund. The Office of Budget will follow-up with a detailed list. Additionally, the disbursement of funds connected to this notice will continue.

OCFO, working closely with the Office of General Counsel and Office of Mission Support, will continue to keep the community updated on this matter.

cc: Lek Kadeli
Meshell Jones-Peeler
Paige Hanson
OCFO Senior Managers
Vonda Jennette

Greg Luebbering
Senior Resource Officials
Senior Budget Officers
Regional Comptrollers
Funds Control Officers

# Controlled by U.S. Environmental Protection Agency

EPA_00000067

Message

---

**From:** Wang, Lili [Wang.Lili@epa.gov]
**Sent:** 2/4/2025 7:48:23 PM
**To:** Robinson, Angel [robinson.angel@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]
**CC:** Katz, Brian [Katz.Brian@epa.gov]; Cardenas, Andrew [Cardenas.Andrew@epa.gov]; Enock, Ntekereze [Enock.Ntekereze@epa.gov]
**Subject:** IIJA/IRA by section summary table - updated
**Attachments:** IRA EO_v6_RMO EPA v6.docx; IIJA EO_v6_RMO EPA v6.docx

See attached with the unobligated balance column added. They are print ready.

Also on the SP site:

☐ [Administrator Materials](#)

**Lili Wang, P.E., MBA**
Director, Resource Planning and Operations Division
Office of the Chief Financial Officer| Office of Budget
202-564-9156 (o) | 202-308-5619 (m) | Wang.lili@epa.gov

CUI//SP-BUDG

# IRA EO Review by Section

*Dollars in thousands*

| Section Title | Total Budget | Unobligated Balance | FTE Utilization | Estimated Annual Payroll | IG/GAO Oversight? |
|---|---|---|---|---|---|
| Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG) | $3,000 | $711 | 0.9 | $155 | NA |
| Assessment (OAR) | $1,000 | $132 | 0.0 | - | NA |
| Clean Air Act Grants (OAR) (STAG) | $25,000 | $667 | 1.5 | $245 | NA |
| Clean Heavy-Duty Vehicles (OAR) (STAG) | $600,000 | $89,218 | 0.6 | $3,379 | **GAO-106887** - School Bus Diesel Emissions Reduction Programs |
| Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG) | $400,000 | $219,678 | 23.3 | $92 | NA |
| Competitive Grants (OAR) (STAG) | $15,000 | $374 | 1.8 | $240 | NA |
| Consumer Education (OAR) | $17,000 | $8,456 | 0.9 | $167 | NA |
| Diesel Emissions Reductions (OAR) (STAG) | $60,000 | $59,741 | 1.3 | $218 | NA |
| Emissions from Wood Heaters (OAR, ORD) (STAG) | $15,000 | $3,221 | 4.7 | $738 | NA |
| Environmental and Climate Justice Block Grants - Technical Assistance (OEJECR) | $200,000 | $59,092 | 52.5 | $34,686 | NA |
| Environmental and Climate Justice Block Grants (OEJECR, ORD) | $2,800,000 | $374,105 | 234.1 | $8,580 | NA |
| Environmental Product Declaration Assistance (OCSPP, ORD, OAR) | $250,000 | $222,347 | 24.0 | $37,125 | NA |

Controlled by U.S. Environmental Protection Agency

CUI//SP-BUDG

| | | | | | |
|---|---|---|---|---|---|
| EPA Efficient, Accurate and Timely Reviews (OA, OAR, OCSPP, OECA, OITA, OLEM, OW) | $40,000 | $21,976 | 73.6 | $11,441 | NA |
| Fenceline Air Monitoring and Screening Air Monitoring (OAR, ORD) (STAG) | $117,500 | $38,073 | 25.9 | $4,581 | NA |
| Funding for Enforcement Technology and Public Information - Communications with ICIS (OECA) (STAG) | $3,000 | $3,000 | 0.0 | - | NA |
| Funding for Enforcement Technology and Public Information - Compliance Monitoring (OECA) (STAG) | $18,000 | $10,424 | 2.1 | $374 | NA |
| Funding for Enforcement Technology and Public Information - Inspection Software (OECA) (STAG) | $4,000 | $3,010 | 2.7 | $405 | NA |
| Funding for Implementation of the American Innovation and Manufacturing Act (OAR) | $20,000 | $1,899 | 1.1 | $198 | NA |
| Funding for Section 211 of the Clean Air Act - Advanced Biofuels (OAR) | $10,000 | $241 | 0.9 | $162 | NA |
| Funding for Section 211 of the Clean Air Act - Test and Protocol Development (OAR) | $5,000 | $2,780 | 0.2 | $39 | NA |
| Funding to Address Air Pollution at Schools - General (OAR) (STAG) | $37,500 | $2,035 | 4.0 | $712 | NA |
| Funding to Address Air Pollution at Schools - General (OAR) (STAG) | $12,500 | $11,349 | 5.1 | $923 | NA |
| GHG Air Pollution Implementation Grants (OAR) (STAG) | $4,750,000 | $77,491 | 139.2 | $23,175 | NA |
| GHG Air Pollution Planning Grants (OAR) (STAG) | $250,000 | $246 | 40.0 | $7,295 | NA |

Controlled by U.S. Environmental Protection Agency

CUI//SP-BUDG

| | | | | |
|---|---|---|---|---|
| GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG) | $5,000 | $4,015 | 0.0 | - | NA |
| Grants to Reduce Air Pollution at Ports (OAR) (STAG) | $2,250,000 | $36,556 | 56.5 | $9,847 | NA |
| Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG) | $750,000 | $12,009 | 17.3 | - | NA |
| Greenhouse Gas Corporate Reporting (OAR) (STAG) | $5,000 | $5,000 | 0.0 | $10,640 | NA |
| Greenhouse Gas Reduction Fund - Administrative Amount (OA, OAR) (STAG) | $30,000 | $19,358 | 62.3 | $1,503 | NA |
| Greenhouse Gas Reduction Fund - General Assistance (OA) (STAG) | $11,970,000 | $0 | 8.4 | - | NA |
| Greenhouse Gas Reduction Fund - Low Income and Disadvantage Communities (OA) (STAG) | $8,000,000 | $0 | 0.0 | - | NA |
| Greenhouse Gas Reduction Fund - Zero Emission Technologies (OA) (STAG) | $7,000,000 | $0 | 0.0 | $17 | NA |
| Implementation / Accountability (OAR) | $18,000 | $4,410 | 0.1 | $2,882 | NA |
| Implementation and Compliance (OECA) | $3,500 | $763 | 15.8 | $19 | NA |
| Industry Outreach (OAR) | $17,000 | $12,275 | 0.1 | $6,470 | NA |
| Low Embodied Carbon Labeling for Construction Materials for Transportation Projects (OCSPP, OAR, ORD) | $100,000 | $70,375 | 38.1 | $13,269 | NA |
| Methane Emissions and Waste Reduction Incentive Program - Conventional Wells (OAR) (STAG) | $700,000 | $3,814 | 9.7 | $1,737 | NA |

Controlled by U.S. Environmental Protection Agency

EPA_00000071

CUI//SP-BUDG

| | | | | |
|---|---|---|---|---|
| Methane Emissions and Waste Reduction Incentive Program (OAR, OECA) (STAG) | $850,000 | $147,902 | 75.1 | $1,248 | NA |
| Methane Monitoring (OAR, ORD) (STAG) | $20,000 | $18,391 | 6.8 | $224 | NA |
| Multipollutant Monitoring Stations (OAR) (STAG) | $50,000 | $3,722 | 1.3 | $2,434 | NA |
| State/Tribal/Local Government Outreach (OAR) | $17,000 | $8,336 | 0.2 | $34 | NA |
| Technical Assistance for Low Income Communities (OAR) | $17,000 | $1,968 | 0.9 | $159 | NA |
| **Total** | **$41,456,000** | **$1,559,160** | **933.0** | **$185,413** | |

Green-highlighted sections contravene with Section 2 of the Executive Order. GAO has opened several audits that may have a nexus to IRA programs in the future.

Controlled by U.S. Environmental Protection Agency

CUI//SP-BUDG

## IIJA EO Review by Section

*Dollars in thousands*

| Section Title | Total Budget | Unobligated Balance | FTE Utilization | Estimated Annual Payroll | IG/GAO Oversight? |
|---|---|---|---|---|---|
| Addressing Emerging Contaminant Grants (STAG) | $5,000,000 | $2,026,936 | 40.7 | $9,859 | NA |
| Battery Recycling Best Practices (Expires Sept. 2026) | $10,000 | $2,829 | 1.1 | $280 | NA |
| Brownfields (STAG) | $1,500,000 | $316,207 | 55.4 | $6,541 | **24-P00067-167** - The EPA's Brownfields Projects Program Is on Track to Meet Its Justice40 Goal<br>**22-P00033-167** - Brownfields Program-Income Monitoring Deficiencies Persist |
| Chesapeake Bay | $238,000 | $7,337 | 5.4 | $993 | NA |
| Clean School Bus Program (STAG) | $5,000,000 | $1,176,959 | 59.7 | $10,276 | **25-F00010-130 -Annual Audit** - Reconcile the advances and expenses quarterly for the Clean School Bus Rebates Program.<br>**25-F00010-130 - Annual Audit** - Develop guidance on recording the payments for the Clean School Bus Rebates Program in the EPA's accounting system.<br>**24-E00050-140** -The EPA Needs to Improve Internal Controls for Selecting Recipients of Clean School Bus Program |

Controlled by U.S. Environmental Protection Agency

CUI//SP-BUDG

| Section Title | Total Budget | Unobligated Balance | FTE Utilization | Estimated Annual Payroll | IG/GAO Oversight? |
|---|---|---|---|---|---|
| Clean Water State Revolving Loan Funds (STAG) | $11,713,000 | $3,099,448 | 33.1 | $9,119 | **4-P00028-168** - The EPA Should Improve Annual Reviews to Protect Infrastructure Investment and Jobs Act Grants to Clean Water State Revolving Funds<br>**GAO-24-106251**: Clean Water: Revolving Fund Grant Formula Could Better Reflect Infrastructure Needs, and EPA Could Improve Needs Estimate<br>**GAO-20-24**: Water Infrastructure: Technical Assistance and Climate Resilience Planning Could Help Utilities Prepare for Potential Climate Change Impacts<br>**GAO-16-79**: Critical Infrastructure Protection: Sector-Specific Agencies Need to Better Measure Cybersecurity Progress |
| Clean Water State Revolving Loan Funds - Emerging Contaminants (STAG) | $1,000,000 | $338,180 | 25.4 | $3,766 | NA |
| Columbia River Basin | $79,000 | $3,505 | 2.3 | $473 | NA |
| Drinking Water Programs - Class VI Wells | $25,000 | $9,000 | 2.7 | $684 | NA |
| Drinking Water State Revolving Loan Funds (STAG) | $11,713,000 | $3,386,534 | 82.9 | $11,981 | NA |
| Drinking Water State Revolving Loan Funds - Emerging Contaminants (STAG) | $4,000,000 | $1,152,015 | 31.1 | $7,458 | **GAO-24-106523** - Persistent Chemicals: Additional EPA Actions Could Help Public Water Systems Address PFAS in Drinking Water |

Controlled by U.S. Environmental Protection Agency

CUI//SP-BUDG

| Section Title | Total Budget | Unobligated Balance | FTE Utilization | Estimated Annual Payroll | IG/GAO Oversight? |
|---|---|---|---|---|---|
| Drinking Water State Revolving Loan Funds - Lead Service Line Replacement (STAG) | $15,000,000 | $5,551,305 | 53.7 | $12,841 | **GAO-21-78**: Drinking Water: EPA Could Use Available Data to Better Identify Neighborhoods at Risk of Lead Exposure<br>**GAO-22-105135** - Persistent Chemicals: EPA Should Use New Data to Analyze the Demographics of Communities with PFAS in Their Drinking Water<br>**GAO-06-148**: Drinking Water: EPA Should Strengthen Ongoing Efforts to Ensure That Consumers Are Protected from Lead Contamination |
| Great Lakes Restoration Initiative | $1,000,000 | $450,628 | 10.9 | $2,930 | **24-P00043-350** - Great Lakes Restoration Initiative Grants Documented Most Achievements, but the EPA Could Improve<br>**23-P00034-350** - Efficiency and Effectiveness of the Great Lakes Restoration Initiative |
| Gulf Hypoxia Action Plan | $60,000 | $18,335 | 1.4 | $247 | **GAO-22-104449**: Water Quality: Agencies Should Take More Actions to Manage Risks from Harmful Algal Blooms and Hypoxia |
| Gulf of Mexico (America) | $53,000 | $41,878 | 0.6 | $88 | NA |
| Lake Champlain | $40,000 | $8,796 | 0.8 | $139 | NA |
| Lake Pontchartrain | $53,000 | $10,963 | 0.6 | $154 | **GAO-23-105547** - Lake Pontchartrain Basin: Additional Transparency and Performance Management Could Improve EPA's Restoration Program |
| Long Island Sound | $106,000 | $19,240 | 1.3 | $213 | NA |

Controlled by U.S. Environmental Protection Agency

CUI//SP-BUDG

| Section Title | Total Budget | Unobligated Balance | FTE Utilization | Estimated Annual Payroll | IG/GAO Oversight? |
|---|---|---|---|---|---|
| National Estuary Program Grants | $132,000 | $20,568 | 0.0 | $0 | NA |
| Pacific Northwest | $4,000 | $1,515 | 0.0 | - | NA |
| Pollution Prevention Grants (STAG) | $100,000 | $40,210 | 11.4 | $1,917 | NA |
| Puget Sound | $89,000 | $2,005 | 2.1 | $360 | **GAO-24-105687**: Puget Sound: Further Actions Could Improve Efforts to Address Impaired Water Quality That Threatens Salmon<br>**GAO-18-453**: Puget Sound Restoration: Additional Actions Could Improve Assessments of Progress |
| Recycling Grants (STAG) | $75,000 | $27,191 | 1.7 | $286 | **GAO-25-107165**: Textile Waste: Federal Entities Should Collaborate on Reduction and Recycling Efforts |
| San Francisco Bay | $24,000 | $8,039 | 1.4 | $272 | NA |
| Solid Waste Infrastructure Financing - Save Our Seas Act Grants (STAG) | $275,000 | $74,862 | 6.4 | $1,300 | NA |
| South Florida | $16,000 | $6,284 | 0.0 | - | NA |
| Southern New England Estuaries | $15,000 | $4,036 | 2.5 | $419 | NA |
| Superfund Remedial | $3,500,000 | $99,499 | 59.2 | $10,597 | **24-E00046-340** - Effectiveness of IIJA Funding at American Creosote Works Inc. Superfund Site in Pensacola FL |
| UIC Grants (STAG) | $50,000 | $29,382 | 0.5 | $79 | NA |

Controlled by U.S. Environmental Protection Agency

CUI//SP-BUDG

| Section Title | Total Budget | Unobligated Balance | FTE Utilization | Estimated Annual Payroll | IG/GAO Oversight? |
|---|---|---|---|---|---|
| Voluntary Battery Labeling Guidelines (Expires Sept. 2026) | $15,000 | $5,323 | 1.2 | $252 | NA |
| **Total** | **$60,885,000** | **$17,939,013** | **495.5** | **$93,524** | |

Note: IIJA has one remaining year of new budget authority to be appropriated on October 1, 2025 for FY 2026.

Green-highlighted sections contravene with Section 2 of the Executive Order.

Controlled by U.S. Environmental Protection Agency

**This document is produced in native format.**

**Original file name:**

**Copy of List of Sections.xlsx**

Message

---

| | |
|---|---|
| **From:** | Lane, Gary [Lane.Gary@epa.gov] |
| **Sent:** | 2/4/2025 8:58:34 PM |
| **To:** | Milbourn, Frank W. .V EOP/OMB [Frank.W.Milbourn@omb.eop.gov]; Wang, Lili [Wang.Lili@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov] |
| **CC:** | Hickey, Mike EOP/OMB [Michael_Hickey@omb.eop.gov]; Ward, Michelle G. EOP/OMB [Michelle.G.Ward@omb.eop.gov]; Henry, Latonya [Henry.Latonya@epa.gov] |
| **Subject:** | RE: Request for IRA Unobligated Balances by Account |
| **Attachments:** | IRA Obligations FY 25 as of Jan 20th.xlsx |

Frank – See the attached report. This is an update to the Q1 IRA report providing Obligation as well as unobligated balances through Jan 20th, 2025. The report also includes Treasury Symbol information per your request

---

**From:** Milbourn, Frank W. .V EOP/OMB <Frank.W.Milbourn@omb.eop.gov>
**Sent:** Tuesday, February 4, 2025 1:52 PM
**To:** Wang, Lili <Wang.Lili@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>
**Cc:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>; Ward, Michelle G. EOP/OMB <Michelle.G.Ward@omb.eop.gov>
**Subject:** RE: Request for IRA Unobligated Balances by Account

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Thanks Lili!

**Frank W. Milbourn V**
Program Examiner, Environment Branch
Office of Management and Budget
202-881-6284 | Frank.W.Milbourn@omb.eop.gov

---

**From:** Wang, Lili <Wang.Lili@epa.gov>
**Sent:** Tuesday, February 4, 2025 1:09 PM
**To:** Milbourn, Frank W. .V EOP/OMB <Frank.W.Milbourn@omb.eop.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>
**Cc:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>; Ward, Michelle G. EOP/OMB <Michelle.G.Ward@omb.eop.gov>
**Subject:** RE: Request for IRA Unobligated Balances by Account

Looping in Gary whose team leads the quarterly unobligated balances reports.

---

**From:** Milbourn, Frank W. .V EOP/OMB <Frank.W.Milbourn@omb.eop.gov>
**Sent:** Tuesday, February 4, 2025 12:57 PM
**To:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Wang, Lili <Wang.Lili@epa.gov>
**Cc:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>; Ward, Michelle G. EOP/OMB <Michelle.G.Ward@omb.eop.gov>
**Subject:** Request for IRA Unobligated Balances by Account

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hello Lili and Wyatt,
We have received a request to report IRA quarterly unobligated balances by OMB/Treasury account as of 1/20. Our current IRA reports don't contain this information.

Could you provide an updated IRA quarterly report with OMB/Treasury account number and names for all IRA programs by 4 PM today?

Let me know if you have any questions.

Thanks!

**Frank W. Milbourn V**
Program Examiner, Environment Branch
Office of Management and Budget
202-881-6284 | Frank.W.Milbourn@omb.eop.gov

**This document is produced in native format.**

**Original file name:**

**IRA Obligations FY 25 as of Jan 20th.xlsx**

Message

| | |
|---|---|
| **From**: | Wang, Lili [Wang.Lili@epa.gov] |
| **Sent**: | 2/4/2025 9:58:36 PM |
| **To**: | Robinson, Angel [robinson.angel@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov] |
| **CC**: | Katz, Brian [Katz.Brian@epa.gov]; Cardenas, Andrew [Cardenas.Andrew@epa.gov]; Enock, Ntekereze [Enock.Ntekereze@epa.gov] |
| **Subject**: | RE: IIJA/IRA by section summary table - description added |
| **Attachments**: | IRA EO_v6_RMO EPA v8.docx |

Attached has the description column added.

Thanks to Enock and Brian for the quick turnaround!

---

**From:** Wang, Lili
**Sent:** Tuesday, February 4, 2025 2:48 PM
**To:** Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Cc:** Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Enock, Ntekereze <Enock.Ntekereze@epa.gov>
**Subject:** IIJA/IRA by section summary table - updated

See attached with the unobligated balance column added. They are print ready.

Also on the SP site:

Administrator Materials

**Lili Wang, P.E., MBA**
Director, Resource Planning and Operations Division
Office of the Chief Financial Officer| Office of Budget
202-564-9156 (o) | 202-308-5619 (m) | Wang.lili@epa.gov

CUI//SP-BUDG

# IRA EO Review by Section

*Dollars in thousands*

| Section Title | Total Budget | Unobligated Balance | FTE Utilization | Estimated Annual Payroll | IG/GAO Oversight? |
|---|---|---|---|---|---|
| **Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)** *This program provides grants to deploy, integrate, and operate air quality sensors in communities to better characterize air quality.* | $3,000 | $711 | 0.9 | $155 | NA |
| **Assessment (OAR)** *This program assesses greenhouse gas emissions from changes in domestic electricity generation and use that are anticipated to occur on an annual basis through 2031.* | $1,000 | $132 | 0.0 | - | NA |
| **Clean Air Act Grants (OAR) (STAG)** *This program supports efforts by air pollution control agencies and other organizations to partner with EPA to deliver cleaner air through programs that address air quality, transportation, and indoor air.* | $25,000 | $667 | 1.5 | $245 | NA |
| **Clean Heavy-Duty Vehicles (OAR) (STAG)** *The Clean Heavy-Duty Vehicles grant program assists the replacement of existing internal combustion engine Class 6 and Class 7 vehicles with new zero-emission vehicles and associated infrastructure.* | $600,000 | $89,218 | 0.6 | $3,379 | **GAO-106887** - School Bus Diesel Emissions Reduction Programs |
| **Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)** *The Clean Heavy-Duty Vehicles grant program assists the replacement of existing internal combustion engine Class 6 and Class 7 vehicles* | $400,000 | $219,678 | 23.3 | $92 | NA |

1

EPA_00000115

CUI//SP-BUDG

| | | | | |
|---|---|---|---|---|
| *with new zero-emission vehicles and associated infrastructure.* | | | | |
| **Competitive Grants (OAR) (STAG)** *Provides grants to develop projects for HFC reclamation and innovative destruction technologies to increase the availability of reclaimed HFCs for reuse and decreasing the need for production of new HFCs.* | $15,000 | $374 | 1.8 | $240 | NA |
| **Consumer Education (OAR)** *This program supports voluntary outreach and technical assistance to, and partnerships with, State, Tribal, and local governments to increase information on emissions reductions that result from domestic electricity generation and use.* | $17,000 | $8,456 | 0.9 | $167 | NA |
| **Diesel Emissions Reductions (OAR) (STAG)** *The Diesel Emissions Reduction Act (DERA) Program funds grants and rebates that protect human health and improve air quality by reducing harmful emissions from diesel engines.* | $60,000 | $59,741 | 1.3 | $218 | NA |
| **Emissions from Wood Heaters (OAR, ORD) (STAG)** *This program funds grants and other Agency activities for testing to address emissions from wood heaters. This is a voluntary program that increases consumer choice and information.* | $15,000 | $3,221 | 4.7 | $738 | NA |
| **Environmental and Climate Justice Block Grants - Technical Assistance (OEJECR)** *The EJ Block Grants provide $200 million for technical assistance that is available to grant awardees to use in relation to their community-scale projects. Local and state governments should take note of what areas of technical* | $200,000 | $59,092 | 52.5 | $34,686 | NA |

EPA_00000116

CUI//SP-BUDG

| | | | | | |
|---|---|---|---|---|---|
| *assistance are needed by recipients of the EJ Block Grants.* | | | | | |
| **Environmental and Climate Justice Block Grants (OEJECR, ORD)** *The Environmental and Climate Justice Block Grants (EJ Block Grants) program provides $2.8 billion for community-led solutions such as pollution monitoring, prevention, and remediation activities; increased engagement of disadvantaged communities; mitigation of climate and health risks; climate resilience and adaptation; and reduction of indoor toxic and indoor air pollution.* | $2,800,000 | $374,105 | 234.1 | $8,580 | NA |
| **Environmental Product Declaration Assistance (OCSPP, ORD, OAR)** *The goal of this voluntary grant program is to support businesses that manufacture construction materials and products to develop and verify environmental product declarations (EPDs), and to support states, Tribes, and nonprofit organizations that will assist such businesses.* | $250,000 | $222,347 | 24.0 | $37,125 | NA |
| **EPA Efficient, Accurate and Timely Reviews (OA, OAR, OCSPP, OECA, OITA, OLEM, OW)** *This program is for the development of efficient, accurate, and timely reviews for permitting and approval processes through the hiring and training of personnel, the development of programmatic documents, the procurement of technical or scientific services for reviews, the development of environmental data or information systems, stakeholder and community engagement, the purchase of new equipment for environmental analysis* | $40,000 | $21,976 | 73.6 | $11,441 | NA |

3

CUI//SP-BUDG

| | | | | |
|---|---|---|---|---|
| **Fenceline Air Monitoring and Screening Air Monitoring (OAR, ORD) (STAG)** *This program provides grants and other applicable activities to deploy, integrate, support, and maintain fenceline air monitoring, screening air monitoring, national air toxics trend stations, and other air toxics and community monitoring.* | $117,500 | $38,073 | 25.9 | $4,581 | NA |
| **Funding for Enforcement Technology and Public Information - Communications with ICIS (OECA) (STAG)** *This program provides grants to States, Indian tribes, and air pollution control agencies to update their systems to ensure communication with EPA's Integrated Compliance Information System and any associated systems.* | $3,000 | $3,000 | 0.0 | - | NA |
| **Funding for Enforcement Technology and Public Information - Compliance Monitoring (OECA) (STAG)** *This program is intended to update EPA's Integrated Compliance Information System (ICIS) and any associated systems, necessary information technology infrastructure, or public access software tools to ensure access to compliance data and related information.* | $18,000 | $10,424 | 2.1 | $374 | NA |
| **Funding for Enforcement Technology and Public Information - Inspection Software (OECA) (STAG)** *This program is intended: (1) to acquire or update inspection software for use by the EPA, States, Indian tribes, and air pollution control* | $4,000 | $3,010 | 2.7 | $405 | NA |

4

CUI//SP-BUDG

| | | | | |
|---|---|---|---|---|
| *agencies; or (2) to acquire necessary devices on which to run such inspection software.* | | | | |
| **Funding for Implementation of the American Innovation and Manufacturing Act (OAR)** *The AIM Act authorizes EPA to address hydrofluorocarbons (HFCs) by providing new authorities in three main areas: to phase down the production and consumption of listed HFCs, manage these HFCs and their substitutes, and facilitate the transition to next-generation technologies through sector-based restrictions.* | $20,000 | $1,899 | 1.1 | $198 | NA |
| **Funding for Section 211 of the Clean Air Act - Advanced Biofuels (OAR)** *This program provides grants to industry and other applicable activities to support investments in advanced biofuels.* | $10,000 | $241 | 0.9 | $162 | NA |
| **Funding for Section 211 of the Clean Air Act - Test and Protocol Development (OAR)** *This program is for the development and establishment of tests and protocols regarding the environmental and public health effects of a fuel or fuel additive* | $5,000 | $2,780 | 0.2 | $39 | NA |
| **Funding to Address Air Pollution at Schools - General (OAR) (STAG)** *This program provides grants and other activities to monitor and reduce greenhouse gas emissions and other air pollutants at schools in low-income and disadvantaged communities.* | $37,500 | $2,035 | 4.0 | $712 | NA |
| **Funding to Address Air Pollution at Schools - General (OAR) (STAG)** *This program provides technical assistance to schools in communities to address* | $12,500 | $11,349 | 5.1 | $923 | NA |

5

EPA_00000119

CUI//SP-BUDG

| | | | | |
|---|---|---|---|---|
| *environmental issues; to develop school environmental quality plans that include standards for school building, design, construction, and renovation; and to identify and mitigate ongoing air pollution hazards.* | | | | |
| **GHG Air Pollution Implementation Grants (OAR) (STAG)** *This program provides grants to eligible entities to implement plans developed under GHG Air Pollution Planning Grants.* | $4,750,000 | $77,491 | 139.2 | $23,175 | NA |
| **GHG Air Pollution Planning Grants (OAR) (STAG)** *This program provides a grant to at least one eligible entity in each State for the costs of developing a plan for the reduction of greenhouse gas air pollution to be submitted with an application for a GHG Air Pollution Implementation Grant.* | $250,000 | $246 | 40.0 | $7,295 | NA |
| **GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)** *This program provides grants to States to adopt and implement greenhouse gas and zero-emission standards for mobile sources.* | $5,000 | $4,015 | 0.0 | - | NA |
| **Grants to Reduce Air Pollution at Ports (OAR) (STAG)** *The Clean Ports Program funds zero-emission port equipment and infrastructure as well as climate and air quality planning at U.S. ports* | $2,250,000 | $36,556 | 56.5 | - | NA |
| **Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)** *The Clean Ports Program funds zero-emission port equipment and infrastructure as well as climate and air quality planning at U.S. ports in nonattainment Areas* | $750,000 | $12,009 | 17.3 | - | NA |

6

CUI//SP-BUDG

| | | | | | |
|---|---|---|---|---|---|
| **Greenhouse Gas Corporate Reporting (OAR) (STAG)** <br> *Supports enhanced standardization and transparency of corporate climate action commitments.* | $5,000 | $5,000 | 0.0 | $10,640 | NA |
| **Greenhouse Gas Reduction Fund - Administrative Amount (OA, OAR) (STAG)** <br> *Supports EPA oversight and management of the Greenhouse Gas Reduction Fund.* | $30,000 | $19,358 | 62.3 | $1,503 | NA |
| **Greenhouse Gas Reduction Fund - General Assistance (OA) (STAG)** <br> *The Greenhouse Gas Reduction Fund mobilizes financing and private capital for greenhouse gas- and air pollution-reducing projects in communities across the country. This line accounts for the National Clean Investment Fund.* | $11,970,000 | $0 | 8.4 | - | NA |
| **Greenhouse Gas Reduction Fund - Low Income and Disadvantage Communities (OA) (STAG)** <br> *The Greenhouse Gas Reduction Fund mobilizes financing and private capital for greenhouse gas- and air pollution-reducing projects in communities across the country. This line accounts for the Clean Communities Investment Accelerator.* | $8,000,000 | $0 | 0.0 | - | NA |
| **Greenhouse Gas Reduction Fund - Zero Emission Technologies (OA) (STAG)** <br> *The Greenhouse Gas Reduction Fund mobilizes financing and private capital for greenhouse gas- and air pollution-reducing projects in communities across the country. This line accounts for the Solar for All program.* | $7,000,000 | $0 | 0.0 | $17 | NA |

EPA_00000121

CUI//SP-BUDG

| | | | | | |
|---|---|---|---|---|---|
| **Implementation / Accountability (OAR)**<br>*This program carries out core statutory work and is intended to ensure that reductions in emissions are achieved through use of the existing authorities, incorporating the assessment mentioned above.* | $18,000 | $4,410 | 0.1 | $2,882 | NA |
| **Implementation and Compliance (OECA)**<br>*This program is intended to deploy new implementation and compliance tools to carry out the AIM Act.* | $3,500 | $763 | 15.8 | $19 | NA |
| **Industry Outreach (OAR)**<br>*This program provides industry-related outreach, technical assistance, and partnerships with respect to reductions in greenhouse gas emissions that result from domestic electricity generation and use.* | $17,000 | $12,275 | 0.1 | $6,470 | NA |
| **Low Embodied Carbon Labeling for Construction Materials for Transportation Projects (OCSPP, OAR, ORD)**<br>*Improves transparency and disclosure of lower carbon construction materials and products throughout the U.S.* | $100,000 | $70,375 | 38.1 | $13,269 | NA |
| **Methane Emissions and Waste Reduction Incentive Program - Conventional Wells (OAR) (STAG)**<br>*Helps reduce methane emissions from the oil and gas wells by offering financial assistance and technical assistance to a broad range of eligible recipients.* | $700,000 | $3,814 | 9.7 | $1,737 | NA |
| **Methane Emissions and Waste Reduction Incentive Program (OAR, OECA) (STAG)**<br>*This program provides financial assistance to reduce potent methane emissions from the oil and gas sector.* | $850,000 | $147,902 | 75.1 | $1,248 | NA |

8

| | | | | | |
|---|---|---|---|---|---|
| **Methane Monitoring (OAR, ORD) (STAG)** <br> *This program provides grants and other applicable activities for monitoring emissions of methane to increase available information to inform choice.* | $20,000 | $18,391 | 6.8 | $224 | NA |
| **Multipollutant Monitoring Stations (OAR) (STAG)** <br> *This program provides grants and other applicable activities to expand the national ambient air quality monitoring network with new multipollutant monitoring stations and to replace, repair, operate, and maintain existing monitors.* | $50,000 | $3,722 | 1.3 | $2,434 | NA |
| ***State/Tribal/Local Government Outreach (OAR)*** <br> *For outreach and technical assistance to State, Tribal, and local governments with respect to reductions in emissions in electric generation and usage.* | $17,000 | $8,336 | 0.2 | $34 | NA |
| Technical Assistance for Low Income Communities (OAR) <br> *For outreach and technical assistance to State, Tribal, and local governments with respect to reductions in emissions in electric generation and usage for low-income communities.* | $17,000 | $1,968 | 0.9 | $159 | NA |
| **Total** | **$41,456,000** | **$1,559,160** | **933.0** | **$185,413** | |

Green-highlighted sections may contravene with Section 2 of the Executive Order. GAO has opened several audits that may have a nexus to IRA programs in the future.

9

Message

| | |
|---|---|
| **From:** | Gonzalez, Daniel [Gonzalez.Daniel@epa.gov] |
| **Sent:** | 2/5/2025 12:19:03 PM |
| **To:** | Boyd, Wyatt [Boyd.Wyatt@epa.gov]; Robinson, Angel [robinson.angel@epa.gov] |
| **Subject:** | RE: Additional Information on IIJA and IRA |
| **Attachments:** | List of Sections.xlsx |

Hi Angel and Wyatt. I'm still not quite sure what this translates to for us. Can we resume efforts on the 4 programs listed below from the attached table, including contracts, payroll, travel, etc.? Can we continue to charge payroll to these programs beyond February 22? We do not have any IIJA or IRA grants. Thanks for your help.

- Drinking Water State Revolving Loan Funds - Emerging Contaminants (CESER)
- Drinking Water State Revolving Loan Funds - Lead Service Line Replacement (CESER)
- Clean Water State Revolving Loan Funds (CESER)
- Clean Water State Revolving Loan Funds - Emerging Contaminants (CEMM)

Daniel K Gonzalez, Senior Budget Officer
Office of Resource Management
Office of Research and Development, US EPA
gonzalez.daniel@epa.gov
w: 202-564-2877
m: 202-617-9112

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Tuesday, February 4, 2025 1:46 PM
**To:** OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** Additional Information on IIJA and IRA
**Importance:** High

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*

**This document is produced in native format.**

**Original file name:**

**List of Sections.xlsx**

Message

| | |
|---|---|
| **From:** | Kadeli, Lek [Kadeli.Lek@epa.gov] |
| **Sent:** | 2/5/2025 2:44:05 PM |
| **To:** | Walsh, Ed [Walsh.Ed@epa.gov]; Treml, Gregg [Treml.Gregg@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]; Robinson, Angel [robinson.angel@epa.gov]; Wang, Lili [Wang.Lili@epa.gov]; Pollak, Taylor [Pollak.Taylor@epa.gov] |
| **Subject:** | RE: EPA lifts spending freeze on some environmental funding |

Ed – I responded to your teams note.

Regards,

Lek

Lek G. Kadeli
Associate Chief Financial Officer
United States Environmental Protection Agency
Direct Line: 202-860-5804
Kadeli.Lek@EPA.Gov

*If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*



---

**From:** Walsh, Ed <Walsh.Ed@epa.gov>
**Sent:** Wednesday, February 5, 2025 9:41 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Wang, Lili <Wang.Lili@epa.gov>; Pollak, Taylor <Pollak.Taylor@epa.gov>
**Subject:** Fw: EPA lifts spending freeze on some environmental funding

Hi Gregg, Lek

Wanted to flag that the 4 corners want to schedule a call today on the new memo.   Can we get clearance to set something up.

Thanks

Ed

Get Outlook for iOS

---

**From:** Mencher, Daniel (Appropriations) <Daniel_Mencher@appro.senate.gov>
**Sent:** Tuesday, February 4, 2025 10:00:35 PM
**To:** Walsh, Ed <Walsh.Ed@epa.gov>; Pollak, Taylor <Pollak.Taylor@epa.gov>
**Cc:** Zimmerman, Melissa (Appropriations) <Melissa_Zimmerman@appro.senate.gov>; Rita Culp

<Rita.Culp@mail.house.gov>; Sahgal, Rishi (Appropriations) <Rishi_Sahgal@appro.senate.gov>; Newton, Anna (Appropriations) <Anna_Newton@appro.senate.gov>; Sarah Peery <sarah.peery@mail.house.gov>; Michael Schmeltz <Michael.Schmeltz@mail.house.gov>
**Subject:** Re: EPA lifts spending freeze on some environmental funding

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Jeez Louise. With Taylor Pollack, not Tiffany Taylor.

On Feb 4, 2025, at 9:47 PM, Mencher, Daniel (Appropriations) <Daniel_Mencher@appro.senate.gov> wrote:

Ed/Tiffany - Are yall cleared to discuss with the Appropriations Committee? If so, can we please get a call - or the list - asap? Daniel

Begin forwarded message:

**From:** POLITICO Pro Energy <alert@email.politicopro.com>
**Date:** February 4, 2025 at 9:43:01 PM EST
**To:** "Mencher, Daniel (Appropriations)" <Daniel_Mencher@appro.senate.gov>
**Subject: EPA lifts spending freeze on some environmental funding**

CUSTOM NEWS ALERT

New article matching your news alert settings

# EPA lifts spending freeze on some environmental funding

EPA's Office of Budget will follow up with a detailed list of the programs that should now receive disbursements.

BY JAMES BIKALES, ZACK COLMAN | 02/04/2025 09:36 PM EST

EPA_00000128

"Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance," wrote EPA's acting chief financial officer. | Mario Tama/Getty Images

The Environmental Protection Agency on Tuesday directed agency officials to allow the disbursement of funds from at least some programs under the bipartisan infrastructure law and Inflation Reduction Act that had been paused since Jan. 20, according to an internal memo viewed by POLITICO.

The memo cites a ruling by a federal judge on Monday that barred agencies from enforcing any remaining elements of the Trump administration's spending freeze.

"Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance," wrote EPA's acting chief financial officer, Gregg Treml. "This includes programs within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act, including federal financial assistance in the State and Tribal Assistance Grants, Brownfields, and Superfund."

The memo states that EPA's Office of Budget will follow up with a detailed list of the programs that should now receive disbursements.

One person who works with states on climate issues said the overwhelming majority of the unfrozen funding is directed at programs in the bipartisan infrastructure law, according to documents that person reviewed. That includes funding for restoring estuaries, revolving funds for states to improve drinking water, remediating brownfield sites and combating contaminants like PFAS "forever chemicals." That list included one Inflation Reduction Act program on consumer education.

That will keep the spending freeze in place for a broad array of funding under the IRA, the Biden administration's massive investment aimed at fighting climate change, said Sam Ricketts, co-founder of S2 Strategies, which works with state governments on climate policies. Ricketts said as of Tuesday evening that one of the states he works with is still unable to access funding from EPA's $7 billion EPA's Solar for All and its $5 billion climate pollution reduction grant programs.

"They are flagrantly disregarding the law. It is outrageous," Ricketts said.

EPA did not immediately respond to a request for a comment.

Federal judges in Washington and Rhode Island last week barred the White House from enforcing a broad spending pause issued by the Office of Management and Budget, which had sparked widespread chaos before it was rescinded two days later.

But funding for energy and climate-related programs still appeared to be on hold under President Donald Trump's Day One executive order suspending disbursement of so-called "green new deal" funds under the IRA and infrastructure law. Nonprofits and state agencies told the courts that they still could not access awards funded under the two laws.

In response, U.S. District Judge Loren AliKhan granted a temporary restraining order Monday that barred the administration from enforcing any remnants of the pause.

In the EPA memo, Treml appears to acknowledge that ruling, noting that the "Court directs that federal financial assistance shall not be paused based on the Office of Management and Budget's direction in the rescinded OMB memorandum or the President's Executive Orders, while ongoing litigation proceeds or until otherwise directed by a Court."

*Alex Guillén, Josh Siegel and Kelsey Tamborrino contributed to this report.*

---
| View this article online |
---

You received this content because you follow: *Climate and Weather*. Click here to customize your alert criteria and timing.

Unsubscribe | Privacy Policy | Terms of Service

This email alert has been sent for the exclusive use of POLITICO Pro subscriber, daniel_mencher@appro.senate.gov. Forwarding or reproducing the alert without the express, written permission of POLITICO Pro is a violation of copyright law and the POLITICO Pro subscription agreement.

Copyright © 2025 by POLITICO LLC. To subscribe to Pro, please go to politicopro.com.

POLITICO, LLC, 1000 Wilson Blvd., Arlington, VA 22209, USA

Politico Transaction: doc=00000194-d391-d928-a3b5-ffb93fad0001, send=28556ac7-449b-476f-9fb4-e7d460d462fc, user=3d3daee3-67dd-4256-ae0f-e88eaf81ca3f

Message

**From:** Walsh, Ed [Walsh.Ed@epa.gov]
**Sent:** 2/5/2025 2:40:37 PM
**To:** Treml, Gregg [Treml.Gregg@epa.gov]; Kadeli, Lek [Kadeli.Lek@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]; Robinson, Angel [robinson.angel@epa.gov]; Wang, Lili [Wang.Lili@epa.gov]; Pollak, Taylor [Pollak.Taylor@epa.gov]
**Subject:** Fw: EPA lifts spending freeze on some environmental funding

Hi Gregg, Lek

Wanted to flag that the 4 corners want to schedule a call today on the new memo.   Can we get clearance to set something up.

Thanks

Ed

Get Outlook for iOS

---

**From:** Mencher, Daniel (Appropriations) <Daniel_Mencher@appro.senate.gov>
**Sent:** Tuesday, February 4, 2025 10:00:35 PM
**To:** Walsh, Ed <Walsh.Ed@epa.gov>; Pollak, Taylor <Pollak.Taylor@epa.gov>
**Cc:** Zimmerman, Melissa (Appropriations) <Melissa_Zimmerman@appro.senate.gov>; Rita Culp <Rita.Culp@mail.house.gov>; Sahgal, Rishi (Appropriations) <Rishi_Sahgal@appro.senate.gov>; Newton, Anna (Appropriations) <Anna_Newton@appro.senate.gov>; Sarah Peery <sarah.peery@mail.house.gov>; Michael Schmeltz <Michael.Schmeltz@mail.house.gov>
**Subject:** Re: EPA lifts spending freeze on some environmental funding

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Jeez Louise. With Taylor Pollack, not Tiffany Taylor.


On Feb 4, 2025, at 9:47 PM, Mencher, Daniel (Appropriations) <Daniel_Mencher@appro.senate.gov> wrote:


Ed/Tiffany - Are yall cleared to discuss with the Appropriations Committee? If so, can we please get a call - or the list - asap? Daniel


Begin forwarded message:

**From:** POLITICO Pro Energy <alert@email.politicopro.com>
**Date:** February 4, 2025 at 9:43:01 PM EST
**To:** "Mencher, Daniel (Appropriations)" <Daniel_Mencher@appro.senate.gov>
**Subject: EPA lifts spending freeze on some environmental funding**



CUSTOM NEWS ALERT

New article matching your news alert settings

# EPA lifts spending freeze on some environmental funding

EPA's Office of Budget will follow up with a detailed list of the programs that should now receive disbursements.

BY JAMES BIKALES, ZACK COLMAN | 02/04/2025 09:36 PM EST

"Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance," wrote EPA's acting chief financial officer. | Mario Tama/Getty Images

The Environmental Protection Agency on Tuesday directed agency officials to allow the disbursement of funds from at least some programs under the bipartisan infrastructure law and Inflation Reduction Act that had been paused since Jan. 20, according to an internal memo viewed by POLITICO.

The memo cites a ruling by a federal judge on Monday that barred agencies from enforcing any remaining elements of the Trump administration's spending freeze.

EPA_00000134

"Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance," wrote EPA's acting chief financial officer, Gregg Treml. "This includes programs within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act, including federal financial assistance in the State and Tribal Assistance Grants, Brownfields, and Superfund."

The memo states that EPA's Office of Budget will follow up with a detailed list of the programs that should now receive disbursements.

One person who works with states on climate issues said the overwhelming majority of the unfrozen funding is directed at programs in the bipartisan infrastructure law, according to documents that person reviewed. That includes funding for restoring estuaries, revolving funds for states to improve drinking water, remediating brownfield sites and combating contaminants like PFAS "forever chemicals." That list included one Inflation Reduction Act program on consumer education.

That will keep the spending freeze in place for a broad array of funding under the IRA, the Biden administration's massive investment aimed at fighting climate change, said Sam Ricketts, co-founder of S2 Strategies, which works with state governments on climate policies. Ricketts said as of Tuesday evening that one of the states he works with is still unable to access funding from EPA's $7 billion EPA's Solar for All and its $5 billion climate pollution reduction grant programs.

"They are flagrantly disregarding the law. It is outrageous," Ricketts said.

EPA did not immediately respond to a request for a comment.

Federal judges in Washington and Rhode Island last week barred the White House from enforcing a broad spending pause issued by the Office of Management and Budget, which had sparked widespread chaos before it was rescinded two days later.

But funding for energy and climate-related programs still appeared to be on hold under President Donald Trump's Day One executive order suspending disbursement of so-called "green new deal" funds under the IRA and infrastructure law. Nonprofits and state agencies told the courts that they still could not access awards funded under the two laws.

In response, U.S. District Judge Loren AliKhan granted a temporary restraining order Monday that barred the administration from enforcing any remnants of the pause.

In the EPA memo, Treml appears to acknowledge that ruling, noting that the "Court directs that federal financial assistance shall not be paused based on the Office of Management and Budget's direction in the rescinded OMB memorandum or the President's Executive Orders, while ongoing litigation proceeds or until otherwise directed by a Court."

*Alex Guillén, Josh Siegel and Kelsey Tamborrino contributed to this report.*

View this article online

You received this content because you follow: *Climate and Weather*. Click here to customize your alert criteria and timing.

Unsubscribe | Privacy Policy | Terms of Service

This email alert has been sent for the exclusive use of POLITICO Pro subscriber, daniel_mencher@appro.senate.gov. Forwarding or reproducing the alert without the express, written permission of POLITICO Pro is a violation of copyright law and the POLITICO Pro subscription agreement.

Copyright © 2025 by POLITICO LLC. To subscribe to Pro, please go to politicopro.com.

POLITICO, LLC, 1000 Wilson Blvd., Arlington, VA 22209, USA

Politico Transaction: doc=00000194-d391-d928-a3b5-ffb93fad0001, send=28556ac7-449b-476f-9fb4-e7d460d462fe, user=3d3daee3-67dd-4256-ae0f-e88eaf81ca3f