

## OFFICE OF THE CHIEF FINANCIAL OFFICER
WASHINGTON, D.C. 20460

March 25, 2025

Beatrice May
4619 9th St. NW
Washington, DC 20011

Re: Freedom of Information Act Request No. 2025-EPA-04422, Final Response

Dear Beatrice May:

This letter concerns the above-referenced FOIA request, received by the U.S. Environmental Protection Agency on February 7, 2025, in which you requested

> *the EPA Memo from February 4, 2025, titled "Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause." I would also like to request all documents and communications referencing that or related to that list. The memo was signed by Acting Chief Financial Officer Gregg Treml. Lek Kadeli, Meshell Jones-Peeler, Paige Hanson, OCFO Senior Managers, Vonda Jennette, Greg Luebbering, Senior Resource Officials, Senior Budget Officers, Regional Comptrollers, and Funds Control Officers were CC'd. The memo states, "Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance. This includes programs within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act, including federal financial assistance in the State and Tribal Assistance Grants, Brownfields, and Superfund. The Office of Budget will follow-up with a detailed list. Additionally, the disbursement of funds connected to this notice will continue."*

Disposition
Granted.

Description of Records
The Agency has concluded its search for records responsive to your request and is providing the requested records in full. Enclosed is Memorandum on the Inflation Reduction Act and Infrastructure Investment and Jobs Acting Funding Action Pause, the update memorandum and the List of Sections effected.

Cost Information
The cost to process your request was $0.00.

Final Appeal Rights and Contact Information

You may appeal this determination in writing within 90 calendar days from the date of this letter by one of the following methods:

1. Visit EPA's FOIA submission website (https://foiapublicaccessportal.epa.gov/), sign into your account by clicking Sign-In, and select Submit Appeal.2. U.S. Mail sent to the following address:

> National FOIA Office,
> U.S. Environmental Protection Agency,
> 1200 Pennsylvania NW, Room (2310A),
> Washington, DC 20460; or

3. Overnight delivery service to:

> National FOIA Office,
> U.S. Environmental Protection Agency,
> 1200 Pennsylvania NW, Room 7309C,
> Washington, DC 20460.

The Agency will not consider appeals received after the 90-calendar-day limit. Appeals received after 5:00 p.m. EST will be considered received on the next business day. The appeal should include the FOIA tracking number listed above. For quickest possible handling, the appeal letter, and its envelope, if applicable, should be marked "Freedom of Information Act Appeal."

If you need any further assistance or would like to discuss any aspect of your request, you may seek assistance from EPA's FOIA Public Liaison at hq.foia@epa.gov or call (202) 566-1667. You may also seek assistance from the Office of Government Information Services (OGIS). You may contact OGIS in any of the following ways: by mail, Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email: ogis@nara.gov; telephone: (202) 741-5770 or (877) 684-6448; or fax: (202) 741-5769. For all media inquiries, please contact press@epa.gov.

If you have any questions concerning this response, please contact John Wright of my staff at wright.john@epa.gov.

Sincerely,

Wyatt Boyd, Deputy Director
Office of Budget

U.S. EPA, OCFO/OB (2732A)
1200 Pennsylvania Avenue, NW
Washington, DC 20460

cc: Chandra Kennedy, OCFO FOIA Officer



## OFFICE OF THE CHIEF FINANCIAL OFFICER

WASHINGTON, D.C. 20460

[ DATE \@ "MMMM d, yyyy" ]

Beatrice May
4619 9th St. NW
Washington, DC 20011

Re: Freedom of Information Act Request No. 2025-EPA-04422, Final Response

Dear Beatrice May:

This letter concerns the above-referenced FOIA request, received by the U.S. Environmental Protection Agency on February 7, 2025, in which you requested

> *the EPA Memo from February 4, 2025, titled "Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause." I would also like to request all documents and communications referencing that or related to that list. The memo was signed by Acting Chief Financial Officer Gregg Treml. Lek Kadeli, Meshell Jones-Peeler, Paige Hanson, OCFO Senior Managers, Vonda Jennette, Greg Luebbering, Senior Resource Officials, Senior Budget Officers, Regional Comptrollers, and Funds Control Officers were CC'd. The memo states, "Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance. This includes programs within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act, including federal financial assistance in the State and Tribal Assistance Grants, Brownfields, and Superfund. The Office of Budget will follow-up with a detailed list. Additionally, the disbursement of funds connected to this notice will continue."*

Disposition
Granted.

Description of Records
The Agency has concluded its search for records responsive to your request and is providing the requested records in full. Enclosed is Memorandum on the Inflation Reduction Act and Infrastructure Investment and Jobs Acting Funding Action Pause, the update memorandum and the List of Sections effected.

Cost Information
The cost to process your request was $0.00.

<u>Final Appeal Rights and Contact Information</u>

You may appeal this determination in writing within 90 calendar days from the date of this letter by one of the following methods:

1. Visit EPA's FOIA submission website ([ HYPERLINK "https://foiapublicaccessportal.epa.gov/" ]), sign into your account by clicking Sign-In, and select Submit Appeal.2. U.S. Mail sent to the following address:

> National FOIA Office,
> U.S. Environmental Protection Agency,
> 1200 Pennsylvania NW, Room (2310A),
> Washington, DC 20460; or

3. Overnight delivery service to:

> National FOIA Office,
> U.S. Environmental Protection Agency,
> 1200 Pennsylvania NW, Room 7309C,
> Washington, DC 20460.

The Agency will not consider appeals received after the 90-calendar-day limit. Appeals received after 5:00 p.m. EST will be considered received on the next business day. The appeal should include the FOIA tracking number listed above. For quickest possible handling, the appeal letter, and its envelope, if applicable, should be marked "Freedom of Information Act Appeal."

If you need any further assistance or would like to discuss any aspect of your request, you may seek assistance from EPA's FOIA Public Liaison at hq.foia@epa.gov or call (202) 566-1667. You may also seek assistance from the Office of Government Information Services (OGIS). You may contact OGIS in any of the following ways: by mail, Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email: ogis@nara.gov; telephone: (202) 741-5770 or (877) 684-6448; or fax: (202) 741-5769. For all media inquiries, please contact press@epa.gov.

If you have any questions concerning this response, please contact John Wright of my staff at [ HYPERLINK "mailto:wright.john@epa.gov" ]**.**

Sincerely,

Wyatt Boyd, Deputy Director
Office of Budget

U.S. EPA, OCFO/OB (2732A)
1200 Pennsylvania Avenue, NW
Washington, DC 20460

cc:  Chandra Kennedy, OCFO FOIA Officer

| **From:** | |
| **To:** | |
| **Cc:** | Wise, Melissa; Legare, Pamela; Rogers, JoanB; Coogan, Daniel; Kalikhman, Yulia; Gulamali, Adil; Lavergne, Dany; Miller, Renee; Jennette, Vonda; Luebbering, Gregory⬛⬛⬛⬛⬛⬛ Talbert-Duarte, Angelia; Goerke, Ariadne; Askew, Wendel; Holden, Allison |
| **Subject:** | Additional Information on IIJA and IRA |
| **Date:** | Tuesday, February 4, 2025 1:45:46 PM |
| **Attachments:** | Update on IIJA and IRA Pause_FINAL_2-4-2025.pdf |
| | List of Sections.xlsx |
| **Importance:** | High |

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*



# OFFICE OF BUDGET
# ROUTING AND TRANSMITTAL SLIP

| TO | CONCUR | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|---|
| John Wright | | JOHN WRIGHT Digitally signed by JOHN WRIGHT Date: 2025.03.25 09:20:11 -04'00' | | |
| Wyatt Boyd (Deputy Dir. OB) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**SUBJECT:** FOIA 2025-EPA-04422

| | | | | | | |
|---|---|---|---|---|---|---|
| | As Requested | | For Correction | | Prepare Reply |
| | Circulate | | For Your Info | | See Me |
| | **Action** | | File | | Note & Return |
| ✔ | **Approval** | | For Clearance | | Per Conversation |
| | Comment | | Investigate | ✔ | **Signature** |
| | Coordination | | Justify | | **Return a signed copy** |

**Description/Comments**

Description

Attached is the IRA/IIJA Pause Memo with the list of sections. Group emails have been redacted.

Comments: Director/Deputy ONLY

**POINT OF CONTACT**

| Name: John Wright | Phone: 564-2123 | Room: 4443Q |
|---|---|---|

EPA_00000716

Message

| | |
|---|---|
| **From**: | Wright, John [wright.john@epa.gov] |
| **Sent**: | 3/25/2025 2:21:40 PM |
| **To**: | FOIA Awareness Notification Email Recipients [FOIA_Awareness_Notification_Email_Recipients@epa.gov]; OGC Awareness Notification Process [OGC_Awareness_Notification_Process@usepa.onmicrosoft.com] |
| **CC**: | Treml, Gregg [Treml.Gregg@epa.gov]; Kadeli, Lek [Kadeli.Lek@epa.gov]; Robinson, Angel [robinson.angel@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]; Mason, Jay [Mason.Jay@epa.gov]; Kennedy, Chandra [Kennedy.Chandra@epa.gov] |
| **Subject**: | Awareness Notification 2025-EPA-04422 IRA and IIJA Funding Action Pause |
| **Attachments**: | List of Sections.pdf; Final Response Letter 2025-EPA-04422.pdf; Additional Information on IIJA and IRA .pdf; Additional Information on IIJA and IRA _Redacted.pdf |

To whom it may concern,

Office of Budget is responding to the above-referenced FOIA request(s). We are providing this awareness notification email pursuant to the Chief of Staff's November 16, 2018 memorandum "Awareness Notification Process for Select Freedom of Information Act Releases." Recipients of this email have up to three business days following transmission of this email to review the documents to be released.

There is no requirement for you to respond to this email or otherwise take action. The Action Office has completed review and obtained management approval consistent with the agency's FOIA policy and procedures.

After 4 p.m. on the third business day after transmission of this email, the Action Office will issue the Agency's FOIA determination to the requester(s). The determination will be issued promptly, but in no event later than one business day following completion of the three-day awareness notification period.

The information provided below is consistent with Paragraph 4 of the above-referenced November 16, 2018 memorandum.

| Office of Budget | | | | | | | |
|---|---|---|---|---|---|---|---|
| **FOIA ID** | **Requester** | **Requester Organization** | **Date FOIA Request Perfected** | **Date sent for Awareness Notification** | **Brief description of request as clarified** | **Interim or Final Response** | **Number of Records and/or pages** |
| 2025-EPA-04422 | Beatrice May | N/A | 3/10/2025 | 3/25/2025 | EPA Memo from February 4, 2025, titled "Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause. | Final | 7 |

The following offices have equities in these records and have reviewed the relevant records:

-Office of Budget

The manager who approved this release is: Wyatt Boyd

T
h
e
r
e
c
o
r
d
s
a
r
e
:
a
t
t
a
c
h
e
d

John Wright
Office of Budget
Office of the Chief Financial Officer
U.S. Environmental Protection Agency
Office: (202) 564-2123

CUI//SP-BUDG

| IIJA |
| --- |
| Addressing Emerging Contaminant Grants |
| Battery Recycling Best Practices |
| Brownfields |
| Chesapeake Bay |
| Clean Water State Revolving Loan Funds |
| Clean Water State Revolving Loan Funds - Emerging Contaminants |
| Columbia River Basin |
| Drinking Water Programs - Class VI Wells |
| Drinking Water State Revolving Loan Funds |
| Drinking Water State Revolving Loan Funds - Emerging Contaminants |
| Drinking Water State Revolving Loan Funds - Lead Service Line Replacement |
| Great Lakes Restoration Initiative |
| Gulf Hypoxia Action Plan |
| Gulf of Mexico (America) |
| Lake Champlain |
| Lake Pontchartrain |
| Long Island Sound |
| National Estuary Program Grants |
| Pacific Northwest |
| Pollution Prevention Grants |
| Puget Sound |

Controlled by U.S. Environmental Protection Agency

CUI//SP-BUDG

| |
|---|
| Recycling Grants |
| San Francisco Bay |
| Solid Waste Infrastructure Financing - Save Our Seas Act Grants |
| South Florida |
| Southern New England Estuaries |
| Superfund Remedial |
| UIC Grants |
| Voluntary Battery Labeling Guidelines |

Controlled by U.S. Environmental Protection Agency

EPA_00000720



## OFFICE OF THE CHIEF FINANCIAL OFFICER

WASHINGTON, D.C. 20460

March 25, 2025

Beatrice May
4619 9th St. NW
Washington, DC 20011

Re: Freedom of Information Act Request No. 2025-EPA-04422, Final Response

Dear Beatrice May:

This letter concerns the above-referenced FOIA request, received by the U.S. Environmental
Protection Agency on February 7, 2025, in which you requested

> *the EPA Memo from February 4, 2025, titled "Inflation Reduction Act and Infrastructure
> Investment and Jobs Act Funding Action Pause." I would also like to request all
> documents and communications referencing that or related to that list. The memo was
> signed by Acting Chief Financial Officer Gregg Treml. Lek Kadeli, Meshell Jones-Peeler,
> Paige Hanson, OCFO Senior Managers, Vonda Jennette, Greg Luebbering, Senior
> Resource Officials, Senior Budget Officers, Regional Comptrollers, and Funds Control
> Officers were CC'd. The memo states, "Consistent with the Order, the agency's financial
> system will now enable the obligation of financial assistance. This includes programs
> within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act,
> including federal financial assistance in the State and Tribal Assistance Grants,
> Brownfields, and Superfund. The Office of Budget will follow-up with a detailed list.
> Additionally, the disbursement of funds connected to this notice will continue."*

Disposition
Granted.

Description of Records
The Agency has concluded its search for records responsive to your request and is providing the
requested records in full. Enclosed is Memorandum on the Inflation Reduction Act and
Infrastructure Investment and Jobs Acting Funding Action Pause, the update memorandum and
the List of Sections effected.

Cost Information
The cost to process your request was $0.00.

Final Appeal Rights and Contact Information

You may appeal this determination in writing within 90 calendar days from the date of this letter by one of the following methods:

1. Visit EPA's FOIA submission website (https://foiapublicaccessportal.epa.gov/), sign into your account by clicking Sign-In, and select Submit Appeal.2. U.S. Mail sent to the following address:

> National FOIA Office,
> U.S. Environmental Protection Agency,
> 1200 Pennsylvania NW, Room (2310A),
> Washington, DC 20460; or

3. Overnight delivery service to:

> National FOIA Office,
> U.S. Environmental Protection Agency,
> 1200 Pennsylvania NW, Room 7309C,
> Washington, DC 20460.

The Agency will not consider appeals received after the 90-calendar-day limit. Appeals received after 5:00 p.m. EST will be considered received on the next business day. The appeal should include the FOIA tracking number listed above. For quickest possible handling, the appeal letter, and its envelope, if applicable, should be marked "Freedom of Information Act Appeal."

If you need any further assistance or would like to discuss any aspect of your request, you may seek assistance from EPA's FOIA Public Liaison at hq.foia@epa.gov or call (202) 566-1667. You may also seek assistance from the Office of Government Information Services (OGIS). You may contact OGIS in any of the following ways: by mail, Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email: ogis@nara.gov; telephone: (202) 741-5770 or (877) 684-6448; or fax: (202) 741-5769. For all media inquiries, please contact press@epa.gov.

If you have any questions concerning this response, please contact John Wright of my staff at wright.john@epa.gov.

Sincerely,

WYATT BOYD

Digitally signed by
WYATT BOYD
Date: 2025.03.25
09:19:48 -04'00'

Wyatt Boyd, Deputy Director
Office of Budget

U.S. EPA, OCFO/OB (2732A)
1200 Pennsylvania Avenue, NW
Washington, DC 20460


cc:  Chandra Kennedy, OCFO FOIA Officer

| | |
|---|---|
| **From:** | Budget and Planning |
| **To:** | OCFO-SBO; OCFO-SBO-STAFF; OCFO-Regional-Comptroller; OCFO-Regional Budget Officers; OCFO-SROs; Regional Mission Support Division - Directors; Regional Mission Support Division - Directors; OCFO-FCOs |
| **Cc:** | Wise, Melissa; Legare, Pamela; Rogers, JoanB; Coogan, Daniel; Kalikhman, Yulia; Gulamali, Adil; Lavergne, Dany; Miller, Renee; Jennette, Vonda; Luebbering, Gregory; OCFO-OB-ALL.; Talbert-Duarte, Angelia; Goerke, Ariadne; Askew, Wendel; Holden, Allison |
| **Subject:** | Additional Information on IIJA and IRA |
| **Date:** | Tuesday, February 4, 2025 1:45:46 PM |
| **Attachments:** | Update on IIJA and IRA Pause_FINAL_2-4-2025.pdf<br>List of Sections.xlsx |
| **Importance:** | High |

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*



**THE CHIEF FINANCIAL OFFICER**

WASHINGTON, D.C. 20460

February 4, 2025

**MEMORANDUM**

**SUBJECT:**    Update on Inflation Reduction Act and Infrastructure Investment and Jobs Act Pause

**FROM:**    Gregg Treml, Chief Financial Officer (Acting)

GREGG
TREML    Digitally signed by
GREGG TREML
Date: 2025.02.04
12:53:31 -05'00'

**TO:**    Deputy Assistant Administrators
Deputy Associate Administrators
Deputy Regional Administrators

Distribute as appropriate to those needed to carry out this direction.

This message provides an update pursuant to the recent Court directive addressing financial assistance. The Court directs that federal financial assistance shall not be paused based on the Office of Management and Budget's direction in the rescinded OMB memorandum or the President's Executive Orders, while ongoing litigation proceeds or until otherwise directed by a Court.

Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance. This includes programs within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act, including federal financial assistance in the State and Tribal Assistance Grants, Brownfields, and Superfund. The Office of Budget will follow-up with a detailed list. Additionally, the disbursement of funds connected to this notice will continue.

OCFO, working closely with the Office of General Counsel and Office of Mission Support, will continue to keep the community updated on this matter.

cc: Lek Kadeli
Meshell Jones-Peeler
Paige Hanson
OCFO Senior Managers
Vonda Jennette
Greg Luebbering
Senior Resource Officials
Senior Budget Officers

Regional Comptrollers
Funds Control Officers

2

EPA_00000726

**This document is produced in native format.**

**Original file name:**

**List of Sections.xlsx**

| | |
|---|---|
| **From:** | ████████████████████████ |
| **To:** | |
| **Cc:** | Wise, Melissa; Legare, Pamela; Rogers, JoanB; Coogan, Daniel; Kalikhman, Yulia; Gulamali, Adil; Lavergne, Dany; Miller, Renee; Jennette, Vonda; Luebbering, Gregory █████████████ Talbert-Duarte, Angelia; Goerke, Ariadne; Askew, Wendel; Holden, Allison |
| **Subject:** | Additional Information on IIJA and IRA |
| **Date:** | Tuesday, February 4, 2025 1:45:46 PM |
| **Attachments:** | Update on IIJA and IRA Pause_FINAL_2-4-2025.pdf List of Sections.xlsx |
| **Importance:** | High |

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*

Message

| | |
|---|---|
| **From**: | Gulamali, Adil [Gulamali.Adil@epa.gov] |
| **Sent**: | 3/7/2025 5:04:46 PM |
| **To**: | Treml, Gregg [Treml.Gregg@epa.gov]; Lavergne, Dany [lavergne.dany@epa.gov] |
| **CC**: | Kadeli, Lek [Kadeli.Lek@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Robinson, Angel [robinson.angel@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov] |
| **Subject**: | RE: Place Hold/ Control in ASAP - 8 programs |

Thanks Gregg. Will do

Adil

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, March 7, 2025 12:04 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** FW: Place Hold/ Control in ASAP - 8 programs

Adil/Dany,
Please lock the accounts associated with the list below.  Please confirm when complete.  If it is going to take longer than today, please let me know soonest.

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Friday, March 7, 2025 12:02 PM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Molina, Michael <molina.michael@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Thank you for checking.

Yes, this is the direction. We are proceeding with cancelling these grants and would like to prevent any drawdowns in the time between announcement and execution through OMS.

--

Travis Voyles
C: (202) 787-0595

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, March 7, 2025 12:00 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Molina, Michael <molina.michael@epa.gov>
**Subject:** FW: Place Hold/ Control in ASAP - 8 programs

Travis,
Confirming this is your direction?

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 11:53 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Place Hold/ Control in ASAP - 8 programs

All, we just had a check-in with Travis and as part of a broader effort related to certain grant programs, please put a control on ASAP accounts for all grants funded under the following grant programs so recipients cannot draw funds.

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program |

| 66.604 | Environmental Justice Small Grant Program |
| --- | --- |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |

Message

---

**From:** Treml, Gregg [Treml.Gregg@epa.gov]
**Sent:** 3/10/2025 1:01:57 PM
**To:** Lavergne, Dany [lavergne.dany@epa.gov]; Gulamali, Adil [Gulamali.Adil@epa.gov]
**CC:** Kadeli, Lek [Kadeli.Lek@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Robinson, Angel [robinson.angel@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Thank you.  Please think through the financial statement impact given the volume of potential terminations and the agency's ability to monitor and close these out within the 120 day window.

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

---

**From:** Lavergne, Dany <lavergne.dany@epa.gov>
**Sent:** Monday, March 10, 2025 8:48 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Attached is a document with all three of the relevant 2 CFR 200 passages on grant termination and closeout. Also attached is a copy of a terminated award and the instructions sent with it.

Dany

**Dany Lavergne** │ Acting Deputy Controller │ EPA, OCFO, Office of the Controller
**(202) 564-7874** │ lavergne.dany@epa.gov

---

**From:** Lavergne, Dany
**Sent:** Monday, March 10, 2025 7:55 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Good morning, Gregg,

Below is the citation from 2 CFR 200 on the 120 day closeout period for grants. I've also asked RTPFD for specific T&Cs from cancelled grants as examples and should have those shortly.

https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR682eb6fbfabcde2/section-200.344

**200.344 Closeout.**

(a) The Federal agency or pass-through entity must close out the Federal award when it determines that all administrative actions and required work of the Federal award have been completed. When the recipient or subrecipient fails to complete the necessary administrative actions or the required work for an award, the Federal agency or pass-through entity must proceed with closeout based on the information available. This section specifies the administrative actions required at the end of the period of performance.

(b) A recipient must submit all reports (financial, performance, and other reports required by the Federal award) no later than 120 calendar days after the conclusion of the period of performance. A subrecipient must submit all reports (financial, performance, and other reports required by a subaward) to the pass-through entity no later than 90 calendar days after the conclusion of the period of performance of the subaward (or an earlier date as agreed upon by the pass-through entity and subrecipient). When justified, the Federal agency or pass-through entity may approve extensions for the recipient or subrecipient. When the recipient does not have a final indirect cost rate covering the period of performance, a final financial report must still be submitted to fulfill the requirements of this section. The recipient must submit a revised final financial report when all applicable indirect cost rates have been finalized.

(c) The recipient must liquidate all financial obligations incurred under the Federal award no later than 120 calendar days after the conclusion of the period of performance. A subrecipient must liquidate all financial obligations incurred under a subaward no later than 90 calendar days after the conclusion of the period of performance of the subaward (or an earlier date as agreed upon by the pass-through entity and subrecipient). When justified, the Federal agency or pass-through entity may approve extensions for the recipient or subrecipient.

(d) The Federal agency or pass-through entity must not delay payments to the recipient or subrecipient for costs meeting the requirements of subpart E of this part.

(e) The recipient or subrecipient must promptly refund any unobligated funds that the Federal agency or pass-through entity paid and that are not authorized to be retained. See OMB Circular A-129 and § 200.346.

(f) The Federal agency or pass-through entity must make all necessary adjustments to the Federal share of costs after closeout reports are received (for example, to reflect the disallowance of any costs or the deobligation of an unliquidated balance).

(g) The recipient or subrecipient must account for any property acquired with Federal funds or received from the Federal Government in accordance with §§ 200.310 through 200.316 and 200.330.

(h) The Federal agency must make every effort to complete all closeout actions no later than one year after the end of the period of performance. If the indirect cost rate has not been finalized and would delay closeout, the Federal agency is authorized to mutually agree with the recipient to close an award using the current or most recently negotiated rate. However, the recipient is not required to agree to a final rate for a Federal award for the purpose of prompt closeout.

(i) If the recipient does not comply with the requirements of this section, including submitting all final reports, the Federal agency must report the recipient's material failure to comply with the terms and conditions of the Federal award in *SAM.gov*. A Federal agency must use the Contractor Performance Assessment Reporting System (CPARS) to enter or amend information in *SAM.gov*. Federal agencies may also pursue other enforcement actions as appropriate. See § 200.339.

**Dany Lavergne** │ Acting Deputy Controller │ EPA, OCFO, Office of the Controller
**(202) 564-7874** │ lavergne.dany@epa.gov

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, March 7, 2025 4:32 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Thank you and thanks to the RTP team.  Dany, please pass along the FFR information you mentioned earlier by Monday.

Best,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

**From:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Sent:** Friday, March 7, 2025 4:31 PM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Hi Gregg-

Completed. All 446 awards have been suspended for CFDA/Assistance Listings below. Thanks OB for the PRCs. Any questions let us know. Thanks

Adil

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, March 7, 2025 12:04 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** FW: Place Hold/ Control in ASAP - 8 programs

Adil/Dany,
Please lock the accounts associated with the list below.  Please confirm when complete.  If it is going to take longer than today, please let me know soonest.

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Friday, March 7, 2025 12:02 PM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Molina, Michael <molina.michael@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Thank you for checking.

Yes, this is the direction. We are proceeding with cancelling these grants and would like to prevent any drawdowns in the time between announcement and execution through OMS.

--

Travis Voyles
C: (202) 787-0595

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, March 7, 2025 12:00 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Molina, Michael <molina.michael@epa.gov>
**Subject:** FW: Place Hold/ Control in ASAP - 8 programs

Travis,
Confirming this is your direction?

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 11:53 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Place Hold/ Control in ASAP - 8 programs

All, we just had a check-in with Travis and as part of a broader effort related to certain grant programs, please put a control on ASAP accounts for all grants funded under the following grant programs so recipients cannot draw funds.

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title |
| --- | --- |

| | |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |

Message
_____

**From**: Lavergne, Dany [lavergne.dany@epa.gov]
**Sent**: 3/10/2025 12:48:28 PM
**To**: Treml, Gregg [Treml.Gregg@epa.gov]; Gulamali, Adil [Gulamali.Adil@epa.gov]
**CC**: Kadeli, Lek [Kadeli.Lek@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Robinson, Angel [robinson.angel@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]
**Subject**: RE: Place Hold/ Control in ASAP - 8 programs
**Attachments**: 2 CFR 200 Termination and Closeout Sections.docx; 02-21-25 R3 36140 5B-95338201.pdf; Termination_Memo_5B95338201.pdf


Attached is a document with all three of the relevant 2 CFR 200 passages on grant termination and closeout. Also attached is a copy of a terminated award and the instructions sent with it.

Dany


**Dany Lavergne**  |  Acting Deputy Controller |  EPA, OCFO, Office of the Controller
**(202) 564-7874** |  lavergne.dany@epa.gov

_____

**From:** Lavergne, Dany
**Sent:** Monday, March 10, 2025 7:55 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Good morning, Gregg,

Below is the citation from 2 CFR 200 on the 120 day closeout period for grants. I've also asked RTPFD for specific T&Cs from cancelled grants as examples and should have those shortly.

https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR682eb6fbfabcde2/section-200.344

**200.344 Closeout.**

(a) The Federal agency or pass-through entity must close out the Federal award when it determines that all administrative actions and required work of the Federal award have been completed. When the recipient or subrecipient fails to complete the necessary administrative actions or the required work for an award, the Federal agency or pass-through entity must proceed with closeout based on the information available. This section specifies the administrative actions required at the end of the period of performance.

(b) A recipient must submit all reports (financial, performance, and other reports required by the Federal award) no later than 120 calendar days after the conclusion of the period of performance. A subrecipient must submit all reports (financial, performance, and other reports required by a subaward) to the pass-through entity no later than 90 calendar days after the conclusion of the period of performance of the subaward (or an earlier date as agreed upon by the pass-through entity and subrecipient). When justified, the Federal agency or pass-through entity may approve extensions for the recipient or subrecipient. When the recipient does not have a final indirect cost rate covering the period of performance, a final financial report must still be submitted to fulfill the requirements of this section. The recipient must submit a revised final financial report when all applicable indirect cost rates have been finalized.

(c) The recipient must liquidate all financial obligations incurred under the Federal award no later than 120 calendar days after the conclusion of the period of performance. A subrecipient must liquidate all financial obligations incurred under a subaward no later than 90 calendar days after the conclusion of the period of performance of the subaward (or an earlier

date as agreed upon by the pass-through entity and subrecipient). When justified, the Federal agency or pass-through entity may approve extensions for the recipient or subrecipient.

(d) The Federal agency or pass-through entity must not delay payments to the recipient or subrecipient for costs meeting the requirements of subpart E of this part.

(e) The recipient or subrecipient must promptly refund any unobligated funds that the Federal agency or pass-through entity paid and that are not authorized to be retained. See OMB Circular A-129 and § 200.346.

(f) The Federal agency or pass-through entity must make all necessary adjustments to the Federal share of costs after closeout reports are received (for example, to reflect the disallowance of any costs or the deobligation of an unliquidated balance).

(g) The recipient or subrecipient must account for any property acquired with Federal funds or received from the Federal Government in accordance with §§ 200.310 through 200.316 and 200.330.

(h) The Federal agency must make every effort to complete all closeout actions no later than one year after the end of the period of performance. If the indirect cost rate has not been finalized and would delay closeout, the Federal agency is authorized to mutually agree with the recipient to close an award using the current or most recently negotiated rate. However, the recipient is not required to agree to a final rate for a Federal award for the purpose of prompt closeout.

(i) If the recipient does not comply with the requirements of this section, including submitting all final reports, the Federal agency must report the recipient's material failure to comply with the terms and conditions of the Federal award in *SAM.gov*. A Federal agency must use the Contractor Performance Assessment Reporting System (CPARS) to enter or amend information in *SAM.gov*. Federal agencies may also pursue other enforcement actions as appropriate. See § 200.339.

**Dany Lavergne** | Acting Deputy Controller | EPA, OCFO, Office of the Controller
**(202) 564-7874** | lavergne.dany@epa.gov

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, March 7, 2025 4:32 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Thank you and thanks to the RTP team. Dany, please pass along the FFR information you mentioned earlier by Monday.

Best,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC 20460
(202)-564-1151
treml.gregg@epa.gov

---

**From:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Sent:** Friday, March 7, 2025 4:31 PM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>

**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Hi Gregg-

Completed. All 446 awards have been suspended for CFDA/Assistance Listings below. Thanks OB for the PRCs. Any questions let us know. Thanks

Adil

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, March 7, 2025 12:04 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** FW: Place Hold/ Control in ASAP - 8 programs

Adil/Dany,
Please lock the accounts associated with the list below.  Please confirm when complete.  If it is going to take longer than today, please let me know soonest.

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Friday, March 7, 2025 12:02 PM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Molina, Michael <molina.michael@epa.gov>
**Subject:** RE: Place Hold/ Control in ASAP - 8 programs

Thank you for checking.

Yes, this is the direction. We are proceeding with cancelling these grants and would like to prevent any drawdowns in the time between announcement and execution through OMS.

--

Travis Voyles
C: (202) 787-0595

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, March 7, 2025 12:00 PM

**To:** Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Molina, Michael <molina.michael@epa.gov>
**Subject:** FW: Place Hold/ Control in ASAP - 8 programs

Travis,
Confirming this is your direction?

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 11:53 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Place Hold/ Control in ASAP - 8 programs

All, we just had a check-in with Travis and as part of a broader effort related to certain grant programs, please put a control on ASAP accounts for all grants funded under the following grant programs so recipients cannot draw funds.

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title |
|---|---|
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program |

| | |
|---|---|
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |

**2 CFR 200.340 Termination.**

(a) The Federal award may be terminated in part or its entirety as follows:

(4) By the Federal agency or pass-through entity pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities.

(b) The Federal agency or pass-through entity must clearly and unambiguously specify all termination provisions in the terms and conditions of the Federal award.

(d) When the Federal award is terminated in part or its entirety, the Federal agency or pass-through entity and recipient or subrecipient remain responsible for compliance with the requirements in [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.344" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.345" ].

**200.344 Closeout.**

(a) The Federal agency or pass-through entity must close out the Federal award when it determines that all administrative actions and required work of the Federal award have been completed. When the recipient or subrecipient fails to complete the necessary administrative actions or the required work for an award, the Federal agency or pass-through entity must proceed with closeout based on the information available. This section specifies the administrative actions required at the end of the period of performance.

(b) A recipient must submit all reports (financial, performance, and other reports required by the Federal award) no later than 120 calendar days after the conclusion of the period of performance. A subrecipient must submit all reports (financial, performance, and other reports required by a subaward) to the pass-through entity no later than 90 calendar days after the conclusion of the period of performance of the subaward (or an earlier date as agreed upon by the pass-through entity and subrecipient). When justified, the Federal agency or pass-through entity may approve extensions for the recipient or subrecipient. When the recipient does not have a final indirect cost rate covering the period of performance, a final financial report must still be submitted to fulfill the requirements of this section. The recipient must submit a revised final financial report when all applicable indirect cost rates have been finalized.

(c) The recipient must liquidate all financial obligations incurred under the Federal award no later than 120 calendar days after the conclusion of the period of performance. A subrecipient must liquidate all financial obligations incurred under a subaward no later than 90 calendar days after the conclusion of the period of performance of the subaward (or an earlier date as agreed upon by the pass-through entity and subrecipient). When justified, the Federal agency or pass-through entity may approve extensions for the recipient or subrecipient.

(d) The Federal agency or pass-through entity must not delay payments to the recipient or subrecipient for costs meeting the requirements of [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/subpart-E" ].

(e) The recipient or subrecipient must promptly refund any unobligated funds that the Federal agency or pass-through entity paid and that are not authorized to be retained. See OMB Circular A-129 and [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.346" ].

(f) The Federal agency or pass-through entity must make all necessary adjustments to the Federal share of costs after closeout reports are received (for example, to reflect the disallowance of any costs or the deobligation of an unliquidated balance).

(g) The recipient or subrecipient must account for any property acquired with Federal funds or received from the Federal Government in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.310" ] through [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.316" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.330" ].

**200.345 Post-closeout adjustments and continuing responsibilities.**

(a) The closeout of the Federal award does not affect any of the following:

(1) The right of the Federal agency or pass-through entity to disallow costs and recover funds on the basis of a later audit or review. However, the Federal agency or pass-through entity must make determinations to disallow costs and notify the recipient or subrecipient within the record retention period.

(2) The recipient's or subrecipient's requirement to return funds or right to receive any remaining and available funds as a result of refunds, corrections, final indirect cost rate adjustments (unless the Federal award in closed in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.344" \l "p-200.344(h)" ]), or other transactions.

(3) The ability of the Federal agency or pass-through entity to make financial adjustments to a previously closed Federal award, such as resolving indirect cost payments and making final payments.

(4) Audit requirements in [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/subpart-F" ].

(5) Property management and disposition requirements in [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.310" ] through [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.316" ].

(6) Records retention as required in [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.334" ] through [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.337" ].

**RECEIVED**
*By Geoffrey Hathaway at 7:32 am, Feb 24, 2025*

5B - 95338201 - 1    Page 1    ✓



## U.S. ENVIRONMENTAL PROTECTION AGENCY

### Assistance Amendment

| | |
|---|---|
| **GRANT NUMBER (FAIN):** 95338201 | |
| **MODIFICATION NUMBER:** 1 | |
| **PROGRAM CODE:** 5B | **DATE OF AWARD** 02/21/2025 |
| **TYPE OF ACTION** No Cost Amendment | **MAILING DATE** 02/21/2025 |
| **PAYMENT METHOD:** ASAP  1126928  ✓ | **ACH#** PEND  36140  ✓ |

| **RECIPIENT TYPE:** | **Send Payment Request to:** |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| **RECIPIENT:** | **PAYEE:** |
|---|---|
| APPALACHIAN VOICES 589 West King Street Boone, NC 28607-3536 **EIN:** 56-2049956  AV  ✓ | Appalachian Voices 589 West King Street Boone, NC 28607-3536 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Robert Kell 816 Park Avenue NW Norton, VA 24273-1924 **Email:** robert@appvoices.org **Phone:** 276-323-5374 | Grace Gontarek Four Penn Center, 1600 John F. Kennedy Boulevard, 3EJ20 **Email:** Gontarek.Grace@epa.gov **Phone:** 215-814-2759 | Celine Vertich 3MD22 Four Penn Center, 1600 John F. Kennedy Boulevard Philadelphia, PA 19103-2852 **Email:** Vertich.Celine@epa.gov **Phone:** 215-814-5286 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Building Community Resilience in Virgina's Coalfields with Place-based Climate Change Adaptation

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements.  Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| **BUDGET PERIOD** 02/01/2024 - 02/21/2025 | **PROJECT PERIOD** 02/01/2024 - 02/21/2025 | **TOTAL BUDGET PERIOD COST** $ 500,000.00 | **TOTAL PROJECT PERIOD COST** $ 500,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 01/31/2024 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 500,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS**  ✓ | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 3, US EPA Region 3, 3MD22 Four Penn Center, 1600 John F. Kennedy Boulevard Philadelphia, PA 19103-2852 | U.S. EPA, Region 3, Office of Comm., Tribes, and Env Assmnt (3RA10) R3 - Region 3 Four Penn Center, 1600 John F. Kennedy Boulevard Philadelphia, PA 19103-2852 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| **Digital signature applied by EPA Award Official** Catharine McManus - Deputy Regional Administrator  ✓ | **DATE** 02/21/2025 |

**OCFO**   OBLIGATED: _____
ASAP: _____
BP UPDATED: TH  02/24/2025

5B - 95338201 - 1     Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 500,000 | $ 0 | $ 500,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 500,000 | $ 0 | $ 500,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.306 - Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5B - 95338201 - 1    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 144,165 |
| 2. Fringe Benefits | $ 30,707 |
| 3. Travel | $ 2,064 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 6,800 |
| 6. Contractual | $ 299,356 |
| 7. Construction | $ 0 |
| 8. Other | $ 0 |
| 9. Total Direct Charges | $ 483,092 |
| 10. Indirect Costs: 0.00 % Base SEE Condition 18 of the Administrative General Terms and Conditions | $ 16,908 |
| 11. Total (Share: Recipient ___ 0.00 % Federal __100.00 %) | $ 500,000 |
| 12. Total Approved Assistance Amount | $ 500,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 500,000 |

## Administrative Conditions

### UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

5B - 95338201 - 1     Page 6

# Programmatic Conditions

All Programmatic Conditions Remain the Same

EPA_00000826



**OFFICE OF MISSION SUPPORT**

WASHINGTON, D.C. 20460

February 21, 2025

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement 5B-95338201 under 2 CFR 200.340

**FROM:**    Catharine McManus    McManus,    Digitally signed by
             EPA Award Official      Catharine    McManus, Catharine
                                                  Date: 2025.02.21
                                                  20:23:34 -05'00'

**TO:**    Kate Boyle, Deputy Executive Director
           Appalachian Voices

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5B-95338201 awarded to Appalachian Voices. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement 5B-95338201 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report

- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), rose.kenneth@epa.gov must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, mcmanus.catharine@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc: Celine Vertich
    Grace Gontarek
    Robert Kell

2

EPA_00000828

Message

---

**From:** Wright, John [wright.john@epa.gov]
**Sent:** 3/10/2025 6:15:10 PM
**To:** Boyd, Wyatt [Boyd.Wyatt@epa.gov]
**Subject:** FW: 2025-EPA-04422: FOIA Assignment
**Attachments:** Detail Report_2025-EPA-04422.pdf

Hi Wyatt,

I just received this FOIA from the same requestor that asked for the two memo's you sent me 2 or so weeks ago. The requestor is asking for quite a few documents, many of which are in the IO. I'm thinking I should ask Jay to reassign it to the IO but wanted to check with you first.

Thoughts?

---

**From:** Mason, Jay <Mason.Jay@epa.gov>
**Sent:** Monday, March 10, 2025 2:08 PM
**To:** Wright, John <wright.john@epa.gov>
**Cc:** Kennedy, Chandra <Kennedy.Chandra@epa.gov>
**Subject:** 2025-EPA-04422: FOIA Assignment

**<u>Assignment Details:</u>**

- Request ID : 2025-EPA-04422
- Request Type : FOIA
- Requested By : May, Beatrice
- Requested Date : 03/10/2025
- Primary User : OCFO - Advanced Queue
- Due Date: 04/07/2025
- Track: Simple
- Assignment Note :

**<u>Request Description:</u>**

- To Whom It May Concern: Under the Freedom of Information Act, I am writing to request the following records: I would like to request the list mentioned in the EPA Memo from February 4, 2025, titled "Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause." I would also like to request all documents and communications referencing that or related to that list. The memo was signed by Acting Chief Financial Officer Gregg Treml. Lek Kadeli, Meshell Jones-Peeler, Paige Hanson, OCFO Senior Managers, Vonda Jennette, Greg Luebbering, Senior Resource Officials, Senior Budget Officers, Regional Comptrollers, and Funds Control Officers were CC'd. The memo states, "Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance. This includes programs within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act, including federal financial assistance in the State and Tribal Assistance Grants, Brownfields, and Superfund. The Office of Budget will follow-up with a detailed list. Additionally, the disbursement of funds connected to this notice will continue." Thank you for your cooperation in this request, and please don't hesitate to contact me directly should you have any questions pertaining to it. I look forward to receiving your response within 20 business days, as required by statute. Beatrice May

U.S. Environmental Protection Agency
National FOIA Office, U. S. Environmental Protection
Agency
1200 Pennsylvannia, Ave., N.W.
Washington, DC  20460

Report Date Time :3/10/2025 1:56:11 PM

**Request Details Report**

Request Information:

| | |
|---|---|
| Request # | : 2025-EPA-04422 |
| Action Office | : OCFO |
| Request Type | : FOIA |
| Request Owner | : - |
| On Behalf Of | : - |
| Requester Category | : Other |
| Reference | : |
| Received Mode | : Public Access Link (PAL) |
| Requested Date | : 3/10/2025 |
| Original Received Date | : 3/10/2025 |
| Received Date | : 3/10/2025 |
| Perfected Request | : Yes |
| Disposition Accepted Date | : - |
| Delivery Date | : - |
| Closed Date | : - |
| Original Target Date | : 4/7/2025 |
| Target Date | : 4/7/2025 |
| Estimated Delivery Date | : 4/7/2025 |
| Total Days on Hold | : 0 |
| Days Remaining | : 20 |
| Request Age | : 0 |
| Delivery Mode | : - |
| Multi-Track Type | : Simple |
| Priority | : Normal |
| Request Status | : Assigned |
| Final Disposition | : - |
| Discretionary Release Made | : No |
| Discretionary Comments | : |
| Discretionary Codes | : - |
| Denial Authority | : - |
| Expedite Requested | : No |
| Expedite Status | : - |
| Expedite Start Date | : - |
| Expedite End Date | : - |
| Expedite Description | : |
| Proof of Identity/Consent Requested | : No |
| Proof of Identity/Consent Received Date | : - |
| Proof of Identity/Consent Notes | : |

# of Records Posted for Public Inspection   : 0

**Custom Fields:**

**Expedited Processing - Environmental Justice Need**
> Expedite EJ Requested  : No

**Description of the Request :**

To Whom It May Concern:

Under the Freedom of Information Act, I am writing to request the following records:

I would like to request the list mentioned in the EPA Memo from February 4, 2025, titled "Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause." I would also like to request all documents and communications referencing that or related to that list.

The memo was signed by Acting Chief Financial Officer Gregg Treml. Lek Kadeli, Meshell Jones-Peeler, Paige Hanson, OCFO Senior Managers, Vonda Jennette, Greg Luebbering, Senior Resource Officials, Senior Budget Officers, Regional Comptrollers, and Funds Control Officers were CC'd. The memo states, "Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance. This includes programs within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act, including federal financial assistance in the State and Tribal Assistance Grants, Brownfields, and Superfund. The Office of Budget will follow-up with a detailed list. Additionally, the disbursement of funds connected to this notice will continue."

Thank you for your cooperation in this request, and please don't hesitate to contact me directly should you have any questions pertaining to it. I look forward to receiving your response within 20 business days, as required by statute.

Beatrice May

**Requester Information:**

| Requester Name | : May, Beatrice |
|---|---|
| Job Title | : - |
| Created Date | : 2/7/2025 |
| Requester Login | : bmayfoia@gmail.com |
| Default Category | : Other |
| Organization | : - |
| Work Phone 1 | : |
| Work Phone 2 | : |
| Mobile | : |
| Fax | : - |
| E-Mail | : bmayfoia@gmail.com |

**Address:**

| Address 1 | : PO box 65028 |
|---|---|
| Address 2 | : - |
| City | : Washington |
| State | : District of Columbia |
| Country | : United States |
| Zip Code | : 20036-5303 |

**Billing Address:**

| Address 1 | : PO box 65028 |
|-----------|----------------|
| Address 2 | :  - |
| City | : Washington |
| State | : District of Columbia |
| Country | : United States |
| Zip Code | : 20036-5303 |

**Shipping Address:**

| Address 1 | : PO box 65028 |
|-----------|----------------|
| Address 2 | :  - |
| City | : Washington |
| State | : District of Columbia |
| Country | : United States |
| Zip Code | : 20036-5303 |

**Action History :**

| Action | Comment | Action Taken By | Action Date/Time |
|--------|---------|-----------------|------------------|
| Assigned | | Halpern, Simon | 3/10/2025 12:56:35 PM |
| Transfer Request | Request '2025-EPA-04422' transfer from 'NFO ' to 'OCFO' with notes: ' assign to OCFO' | Halpern, Simon | 3/10/2025 12:55:43 PM |
| Correspondence | Sent correspondence letter of type Request with subject 'Acknowledgement Letter - EPA FOIA Request 2025-EPA-04422' for the request '2025-EPA-04422' to the following email address(es) bmayfoia@gmail.com | Halpern, Simon | 3/10/2025 12:55:33 PM |
| [Assign Request]:Note-New | Intake-Review and assign to OCFO | Johnson, Larry | 3/10/2025 12:04:44 PM |
| Assigned | | Johnson, Larry | 3/10/2025 12:04:44 PM |
| Perfected | Request is marked as Auto Perfected upon receiving. | Admin, System Administrator | 3/10/2025 10:42:33 AM |
| Assigned | | Admin, System Administrator | 3/10/2025 10:42:33 AM |
| Received | Request '2025-EPA-04422' is received via Sync Service | Admin, System Administrator | 3/10/2025 10:42:33 AM |

**Assign :**

| Assigned By | Assigned Date | Assigned To (User/Group) | Action Office | Comments | Request Status |
|-------------|---------------|--------------------------|---------------|----------|----------------|
| Halpern, Simon | 3/10/2025 1:56:35 PM | Queue, OCFO - Advanced (Primary) | OCFO | - | Assigned |
| Johnson, Larry | 3/10/2025 1:04:44 PM | Halpern, Simon | NFO | Intake-Review and assign to OCFO | Received |
| Admin, System Administrator | 3/10/2025 11:42:33 AM | Admin, System Administrator | NFO | - | Received |

**Link Requests :**

| Request # | Request Type | Requester Name | Primary User | Received Date | Target Date | Request Status |
|-----------|--------------|----------------|--------------|---------------|-------------|----------------|
| | | | No link requests found . | | | |

**Extension :**

| ID | Reason for Extension | Days | New Target Date | Approval/Denial Date | Completed Date | Extension Status | Extension Note | Approval/Denial Note | Completion Note |
|----|---------------------|------|-----------------|----------------------|----------------|------------------|----------------|----------------------|-----------------|
| | | | | | No Extensions found. | | | | |

EPA_00000879

## FOIA Documents Details (in Request Folder) :

| File Cabinet Drawer | Folder Name | Disposition | Layer Name | No. of Pages | Date Added | Redaction Codes | Document Review Status |
|---|---|---|---|---|---|---|---|
| No folders have been added to this request. | | | | | | | |

## FOIA Documents Details (in Review Log) :

| File Cabinet Drawer | Folder Name | | Disposition | Comments | No. of Pages | Date Added | Redaction Codes |
|---|---|---|---|---|---|---|---|
| No folders have been added to this request. | | | | | | | |

## Page Details:

| | |
|---|---|
| # of pages attached to request folder | : 0 |
| # of pages attached to request folder with partial redactions | : 0 |
| # of pages attached to request folder with full redactions | : 0 |
| # of pages attached to request folder without redactions | : 0 |
| # of documents delivered | : 0 |
| # of pages reviewed | : 0 |
| # of pages delivered | : 0 |

## Partially Applied Redaction Code Details:

| Redaction Code | Description | No. of Pages Used |
|---|---|---|
| No Page with partial redactions was added to this request. | | |

## Fully Applied Redaction Code Details:

| Redaction Code | Description | No. of Pages Used |
|---|---|---|
| No Page with full redactions was added to this request. | | |

## Manually - Partially Applied Redaction Code Details:

| Redaction Code | Description |
|---|---|
| No partially applied redaction code details found. | |

## Manually - Fully Applied Redaction Code Details:

| Redaction Code | Description |
|---|---|
| No fully applied redaction code details found. | |

## Manually Applied - Other Redaction Code Details:

| Redaction Code | Description |
|---|---|
| No other applied redaction code details found. | |

## Fee Details :

| | |
|---|---|
| Payment Status | : No Charges |
| Last Invoice Amount | : $ 0.00 |
| Last Invoice Number | : - |
| Last Invoice Date | : - |
| Pre-Payment Amount | : $ 0.00 |
| Total Invoiced | : $ 0.00 |
| Cost Estimated | : $ 0.00 |
| Cost Not Charged by the Agency | : $ 0.00 |
| Total Amount Paid | : $ 0.00 |
| Balance Due | : $ 0.00 |
| Total Refund Amount | : $ 0.00 |
| Amount Requester Willing to Pay | : $ 0.00 |
| Fee Waiver Requested | : No |
| Fee Waiver Status | : Fee Waiver Not Requested |
| Fee Waiver Start Date | : - |
| Fee Waiver End Date | : - |
| Willing to Pay All Fees | : No |
| Adjudicate Days (Fee Waiver) | : 0 |

## Fee Details Description:

| Fee Items | Charge Type | Unit Rate ($) | Quantity | Extended Value ($) |
|---|---|---|---|---|
| No Fee Details have been Found for this Request. | | | | |

## Work Hours (Record Search Processing Costs) :

| Program Office | Created By | Rate | Hours | Total Cost | Comments |
|---|---|---|---|---|---|
| No Record Search Processing Cost details found . | | | | | |

## Work Hours (Staff Processing Costs) :

| User Name | Activity | Created By | Rate | Hours | Total Cost | Comments |
|---|---|---|---|---|---|---|
| No staff processing cost details found. | | | | | | |

## Transfer Details:

| Transfer To | Transfer By | Transfer Date | Comment |
|---|---|---|---|
| OCFO | Halpern, Simon | 3/10/2025 | assign to OCFO |

## Correspondence Log :

| Subject | File Name | User | Status | Mode | E-mail | Dispatched Date | Action Date |
|---|---|---|---|---|---|---|---|
| Acknowledgement Letter - EPA FOIA Request 2025-EPA-04422 | | Halpern, Simon | Sent (no attachment) | E-mail | bmayfoia@gmail.com | 3/10/2025 | 3/10/2025 12:55:09 PM |
| Receipt of EPA National FOIA Office FOIA Request | | Admin, System Administrator | Sent | Public Access Link (PAL) | Sent From PAL To (bmayfoia@gmail.com) | 3/10/2025 | 3/10/2025 10:42:36 AM |
| Status Update for Request #2025-EPA-04422 | | Admin, System Administrator | Sent | Public Access Link (PAL) | Sent From PAL To (bmayfoia@gmail.com) | 3/10/2025 | 3/10/2025 10:42:36 AM |
| Request Description (Form) | PAL Request Form.pdf | Admin, System Administrator | Received | Public Access Link (PAL) | | | 3/10/2025 10:42:34 AM |
| Request Description (Attachment) | Update on IIJA and IRA Pause_FINAL_2-4-2025.pdf | Admin, System Administrator | Received | Public Access Link (PAL) | | | 3/10/2025 10:42:34 AM |

## Consultation Review Log :

| Review ID | Location(s) Referred | Sent By | Request Date | Due Date | Imported Date | Status |
|---|---|---|---|---|---|---|
| No consultation review log records found. | | | | | | |

## Requests For Documents:

| ID | Location(s) Referred | Request Date | Due Date | Status | Sent By |
|---|---|---|---|---|---|
| No Request for Documents log details found. | | | | | |

## Document Delivery log:

| ID | User | Mode | Status | Delivery Type | E-mail | Dispatched Date | Date |
|---|---|---|---|---|---|---|---|
| No document delivery log details found. | | | | | | | |

Message

| | |
|---|---|
| **From**: | EPA Press [EPAPress@govdelivery.epa.gov] |
| **Sent**: | 3/10/2025 9:18:18 PM |
| **To**: | Boyd, Wyatt [Boyd.Wyatt@epa.gov] |
| **Subject**: | EPA Administrator Lee Zeldin Cancels 400+ Grants in 4th Round of Cuts with DOGE, Saving Americans More than $1.7B |

View as a webpage / Share

EPA.GOV/NEWSROOM

# EPA Administrator Lee Zeldin Cancels 400+ Grants in 4th Round of Cuts with DOGE, Saving Americans More than $1.7B

**WASHINGTON** – U.S. Environmental Protection Agency (EPA) Administrator Lee Zeldin, with the assistance of the Department of Government Efficiency (DOGE), identified and cancelled more than 400 additional grants across nine unnecessary programs totaling $1.7 billion in savings for the American people. This marks the fourth round of EPA-DOGE partnered cancellations as the Administrator oversees a line-by-line review of spending, bringing the total taxpayer dollars saved to more than $2 billion since being sworn in.

*"Working hand-in-hand with DOGE to rein in wasteful federal spending, EPA has saved more than $2 billion in taxpayer money,"* **said EPA Administrator Zeldin**. *"It is our commitment at EPA to be exceptional stewards of tax dollars."*

Administrator Zeldin has been working with other agencies to establish accountability and oversight regarding $20 billion parked at a financial institution by the Biden-Harris Administration in a rushed effort to obligate money with reduced oversight. The Justice Department and Federal Bureau of Investigation are investigating and the money is currently frozen by the financial institution. Further, Administrator Zeldin cancelled grants and contracts related to DEI and environmental justice in the first round of spending cuts, terminated a $50 million Biden-era environmental justice grant to the Climate Justice Alliance that believes "Climate Justice travels through a Free Palestine", and ended more than one million dollars in media subscriptions.

In the second round of spending cuts with DOGE, EPA identified and cancelled an additional 20 grants totaling $60,958,537.30 in taxpayer savings. In the third round of

spending cuts, EPA identified and cancelled 21 grants amounting to $116,449,761 total immediate taxpayer savings.

EPA continues to work diligently to implement President Trump's executive orders.

## EPA.GOV

Stay Connected with EPA Office of the Administrator:

SUBSCRIBER SERVICES:
Manage Subscriptions | Unsubscribe All | Help

---

This email was sent to boyd.wyatt@epa.gov using govDelivery Communications Cloud on behalf of: EPA Office of the Administrator · 1200 Pennsylvania Ave NW, Washington, DC 20460





Message

---

**From:** Winstead, India [Winstead.India@epa.gov]
**Sent:** 3/12/2025 8:28:27 PM
**To:** Boyd, Wyatt [Boyd.Wyatt@epa.gov]
**CC:** Wright, John [wright.john@epa.gov]; Pollak, Taylor [Pollak.Taylor@epa.gov]
**Subject:** FW: FY25 American Relief Act AoA - Routing for Approval (LAHedits)
**Attachments:** MEMO 2025 ARA Advice of Allowance.docx; FY 2025 ARA AOA - Attachment A.pdf; 2025 Payroll Reprogramming Form Attachment B.pdf; 12Template_Workcode - Attachment C.xlsx; ARA PCA Workcode Guidance.pdf; Routing_Slip_FY2025 ARA Disaster Supplemental Advice of Allowance Letter.pdf; 2025 Payroll Reprogramming Form Attachment B.pdf

Hi Wyatt:

For your review and signature. What category would this request go under? Is it a *Reporting Requirement*?

Thank you.

**From:** Henry, Latonya <Henry.Latonya@epa.gov>
**Sent:** Wednesday, March 12, 2025 4:05 PM
**To:** Winstead, India <Winstead.India@epa.gov>
**Cc:** Mason, Judy <Mason.Judy@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Wright, John <wright.john@epa.gov>
**Subject:** RE: FY25 American Relief Act AoA - Routing for Approval (LAHedits)

Signed.

- **Package includes:** Memo, Attachments A, B, and C; and PCA Workcode Guidance
- Sections were coordinated with RPOD, OC, OGD, etc.
- See Memo comment on DOGE; if it should be added please add it

**From:** Mason, Judy <Mason.Judy@epa.gov>
**Sent:** Wednesday, March 12, 2025 3:15 PM
**To:** Henry, Latonya <Henry.Latonya@epa.gov>
**Cc:** Lane, Gary <Lane.Gary@epa.gov>
**Subject:** RE: FY25 American Relief Act AoA - Routing for Approval (LAHedits)

Hi Latonya,

Please see attached for your review.

Judy Mason
Budget Analyst, Office of Budget
Budget Execution Control Division HQ
Washington, DC

**From:** Henry, Latonya <Henry.Latonya@epa.gov>
**Sent:** Wednesday, March 12, 2025 1:19 PM
**To:** Mason, Judy <Mason.Judy@epa.gov>
**Cc:** Lane, Gary <Lane.Gary@epa.gov>
**Subject:** RE: FY25 American Relief Act AoA - Routing for Approval (LAHedits)

Judy,

• I made several minor grammar edits in Memo and this file reflects them (I didn't do Track changes because it would have been too messy)
• I did not make any **content** changes
• Address Comments; start resolving as many of them as best you can (some can be easily addressed)
• Some may make more sense when we talk
• I will setup a meeting to discuss later this afternoon
• The DOGE comment will be addressed by Angel when it's routed

Thanks.

**Latonya A. Henry**
Director, Budget Execution and Control Division (BECD)
Office of the Chief Financial Officer | Office of Budget
Email: henry.latonya@epa.gov
Office: 202-564-0596; 202-993-4997 cell

**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Tuesday, March 11, 2025 4:44 PM
**To:** Henry, Latonya <Henry.Latonya@epa.gov>
**Cc:** Mason, Judy <Mason.Judy@epa.gov>
**Subject:** FW: FY25 American Relief Act AoA - Routing for Approval

Hi Latonya – See attached ARA memo with attachments for your review.

**From:** Mason, Judy <Mason.Judy@epa.gov>
**Sent:** Tuesday, March 4, 2025 5:01 PM
**To:** Lane, Gary <Lane.Gary@epa.gov>
**Subject:** FY25 American Relief Act AoA - Routing for Approval

Good afternoon, Gary

Please see attached for your review.

• ARA AoA
• Attachments A-C
• PCA Work code Guidance
• Work code Template

Please let me know if you have any questions.

Judy Mason
Budget Analyst, Office of Budget
Budget Execution Control Division HQ
Washington, DC



## OFFICE OF THE CHIEF FINANCIAL OFFICER

WASHINGTON, D.C. 20460

[ DATE \@ "MMMM d, yyyy" ]

**MEMORANDUM**

**SUBJECT:**   American Relief Act (ARA) of 2025 Disaster Supplemental Advice of Allowance (AoA)

**FROM:**   Angel Robinson, Director
Office of Budget

**TO:**   Senior Budget Officers
Regional Comptrollers
Senior Resource Officers

### *** PLEASE DISTRIBUTE TO APPROPRIATE STAFF ***

This memorandum provides guidance for EPA's implementation of the *American Relief Act, 2025 (ARA)* (Public Law 118-83), that President Biden signed into law on December 20, 2024. The ARA appropriated approximately \$3.267 billion to assist with the response to recent natural disasters across the Nation. This funding is available until expended and will support various disaster recovery and resilience efforts related to hurricanes Helene, Milton, Hilary, and the wildfires in Maui.  As with previous supplemental appropriations, we anticipate close and continued review from the OIG, GAO, OMB, and Congress to ensure that these funds are used effectively, efficiently, and as intended under the law. It is the responsibility of Senior Resource Officers and Senior Budget Officers to ensure that Agency funds are spent in a legal and appropriate manner.

> **Commented [LH1]:** Should we also say DOGE?

The FY 2025 allocations are based on requests developed by National Program Managers (NPMs) within the strict controls established in the law. The Operating Plan includes approximately \$3.266 billion for lead offices (OW, OLEM, and OAR), \$1 million for enabling and mission support offices (OCFO, OMS, and OGC) and a total of 49.7 FTE. The majority of programmatic and mission support FTE will be allocated to regional offices to support on the ground disaster recovery and resilience activities.

This document and other ARA guidances will be posted on the Office of Budget (OB) SharePoint ([ HYPERLINK
"https://usepa.sharepoint.com/sites/OCFO_Work/control_team/Shared%20Documents/Form s/AllItems.aspx?viewpath=%2Fsites%2FOCFO%5FWork%2Fcontrol%5Fteam%2FShared%20Docum ents&id=%2Fsites%2FOCFO%5FWork%2Fcontrol%5Fteam%2FShared%20Documents%2FAdvice%2 0of%20Allowance%20%28AoA%29%20Guidance&viewid=5ddcbfc8%2Dc117%2D4497%2Db7ba%2D 49c95fe56d02&OR=Teams%2DHL&CT=1692105066138&clickparams=eyJBcHBOYW1lIjoiVGVhbX

MtRGVza3RvcCIsIkFwcFZlcnNpb24iOiIyNy8yMzA3MDMwNzM0NiIsIkhhc0ZlZGVyYXRlZFVzZXIiOnRydWV9 ]) to help the community track and locate guidances. If you have access issues, please contact Judy Mason at mason.judy@epa.gov.

**Funding Levels**

The ARA disaster supplemental provides funding for several EPA programs to assist with the response to recent natural disasters across the Nation. ARA provides the EPA $3.267 billion. This funding is distributed as follows:

**State and Tribal Assistance Grants:** $3.250 billion for STAG and Loans

| State and Tribal Assistance Grants (STAG) and Loans | Amount $ in Millions |
|---|---|
| Resilient Drinking Water Infrastructure | 1,770 |
| Resilient Infrastructure | 1,230 |
| Hazardous Waste Financial Assistance Grants Program | 95 |
| Funding for decentralized Wastewater System | 85 |
| Drinking Water and Clean Water Technical Assistance | 60 |
| Replace Damaged Air Monitoring Equipment | 10 |
| **Total STAG** | **3,250** |

**Leaking Underground Storage Tank:** $17 million to assess and clean up LUST release at facilities impacted by Hurricane Helene and Hurricane Hilary.

| Leaking Underground Storage Tanks (LUST) | Amount $ In Millions |
|---|---|
| Assess and Remediate Underground Storage Tanks | 17 |
| **Total LUST** | **17** |

**Time, Period, and General Requirements**

**Availability of ARA Disaster Supplemental Funds**

STAG and LUST funds are available for obligation until expended.

**Carryover and Recertification**

Like other the agency disaster supplemental **No-Year** funds, ARA will not be subject to the recertification process. These funds will be subject to the carryover processes normally used for EPA No-Year funds after the first 2 years of availability (FY 2027).

**Travel Ceiling**

There is no travel ceiling for ARA funds. Offices may move funds into or out of travel BOC 21 based on the actual realized need in support of the work.

2

EPA_00000920

### Budget Load in Compass

ARA funds have been loaded into Compass with the appropriate accounting information. Budget Formulation System (BFS) version 8.0 2025 ENA 7.0 provides the final information used for the budget load.

### ARA Disaster Supplemental Charging and Program Integrity

EPA must ensure the transparency, accountability, and proper use of funds in ARA resource execution. All Responsible Planning Implementation Officers (RPIOs) using ARA funds must make sure to align all charging with the work performed and all funds are used consistently with the time, purpose, and amounts for that ARA line item as stipulated in the appropriation bill language.  As with previous supplementals, OB established RPIO Activity Codes to track each ARA line item and specific fund codes to track ARA funds within the overall LUST and STAG appropriations. In addition, all ARA obligations and outlays will be tagged in Compass with the Disaster Emergency Fund Code (DEFC) code "AAK".

**Attachments A and B** detail the ARA fund codes and RPIO activity codes used to control, track, and execute the ARA funds and FTE.  Offices **may not** mix ARA funds in reporting or execution with other sources of funding and resources must be tracked separately with the applicable codes. With no exceptions, ARA funds may not be "tapped" for needs outside those covered under the law and as determined in developing the spend plan. Further, indirect enabling support work should use indirect cost allocations, and direct work should use direct charging as appropriate.

### ARA Disaster Supplemental Administrative Funds and Set Asides

In FY 2025, the EPA will execute the $9.5 million in administrative set-asides for all programs in the appropriation accounts enacted in the law. The ARA establishes many administrative ceilings that all RPIOs must monitor closely to ensure they do not exceed.

In the budget and financial system, each administrative ceiling is captured at the fund code level, denoting that it is a fixed amount that cannot be exceeded under the law. It is critically important that all RPIOs pay close attention to the coding, tracking and execution of administrative funds. The Agency will be closely monitoring the use of these funds, and we expect a lot of scrutiny on the use of administrative funds. Further details are included in **Attachment A** on this coding. If you have questions on the control of administrative amounts in ARA disaster supplemental, please reach out to [ HYPERLINK "mailto:OCFO-BudgetExecution@epa.gov" ] or CJ Monson Monson.CJ@epa.gov in the Office of Budget.

### Management and Oversight Program Project

**Program Project**
The administration of ARA funds requires mission support functions across programs, such as human resources, grants administration, financial management, or legal advice. The agency established a Management and Oversight program project (code MM) to clearly track, execute, and report on enabling support work of OMS, OCFO, and OGC. Since the ARA appropriation includes explicit administrative

3

amounts for specific purposes, the agency will continue to track and control, for each purpose, with a unique RPIO activity code identifier included in the program results code of all PRCs in **Attachment A.**

**Management & Oversight (M&O) Charging**
M&O funds may be used for: payroll, travel, working capital fund, and extramural needs.

### Payroll Charging for ARA Disaster Supplemental

**Offices Must Strictly Manage Payroll in ARA**
ARA funds are not like EPA's annual appropriation and have complex controls that offices must pay close attention to. As always, it is the responsibility of all National Program Managers (NPMs) and RPIOs using ARA funds to ensure that allocations in Payroll Cost Allocation (PCA) work codes align with the work being performed as allowable under the law and that FTE ceilings specified in the ARA Operating Plan are strictly adhered to. It is the responsibility of all EPA employees who perform ARA work to accurately report their hours using these codes.

Given the administrative controls established in the law, OCFO will not have the ability to reprogram funds across administrative amounts. Offices must closely monitor their payroll obligations. Please reach out to the Office of Budget Payroll Team [ HYPERLINK "mailto:OCFO_OB_Payroll@epa.gov" ] if you have any questions.

**Payroll Dashboard**
The           Payroll           [           HYPERLINK "https://qlikviz.epa.gov/extensions/Payroll_Reporting/Payroll_Reporting.html?sheet=overview" ] is a tool OCFO has made available to support offices in managing their FTE, payroll, and non-payroll expenditures hitting payroll (BOC 10). The Dashboard was updated to report ARA Disaster Supplemental data. All resource management staff are strongly encouraged to routinely use the dashboard to monitor FTE and payroll utilization compared to budget authority. The tool automatically projects cumulative utilization for the entire fiscal year and shows projected surpluses or deficits. RPIOs can also add specific local knowledge at the work code level and enrichment/attrition factors. Lastly, OCFO encourages programs to regularly review their budget status of funds and payroll expenditures in the Financial Dashboard.

**Monthly Payroll Reviews**
OB will hold monthly meetings throughout FY 2025 with each RPIO to jointly review payroll and FTE data. This will be facilitated through the payroll dashboard. OB will highlight any budget lines projected to exceed authority and ask offices for their plans to manage the situation, including how the RPIO will cover their projected pay deficits. We continue to appreciate the strong partnership between OCFO and the payroll community to identify concerns and resolve them timely and appropriately.

**Payroll Cost Accounting (PCA) Work Codes for the ARA**
Refer to the "Guidance on Establishment and Use of Payroll Cost Allocation (PCA) Work Codes for FY 2025 American Relief Act (ARA) Disaster Supplemental" on the establishment and use of PCA work codes that OB provided to the community on February 10, 2025. If you need a copy or have questions, please reach          out          to          [          HYPERLINK          "file:///\\\\\\W18H1N-OCFOEC01.AA.AD.EPA.GOV\\BUDSHARE01\\BUDSHARE\\BFC\\CONTROL\\Advice%20of%20Allowance%20Memo\\FY%202025\\FY%202025%20ARA%20AOA\\Working%20Copy\\OCFO_OB_Payroll@epa.gov" ]. Use the

4

latest Work Code template **Attachment C** when submitting ARA work codes to [HYPERLINK "mailto:OCFO_OB_Payroll@epa.gov"].

Contact the OCFO_OB_Payroll email group with any requests or requests related to ARA work codes.

### Reporting Requirements

We can anticipate there will be scrutiny on ARA funds, making it essential for all to assure that all funds are correctly coded and tracked.  Although OMB has not finalized ARA tracking and reporting guidance, we anticipate we must prepare for extensive and frequent (possibly weekly) Congressional, OMB, public inquiries and other requests for ARA financial and programmatic information. We must also track and closely monitor ARA funds to ensure the Agency meets all the ARA statutory, Anti-deficiency Act, and related requirements. OCFO will work with OGC and OMS to update reporting requirements guidance when OMB updates guidance, or when Congress and other stakeholders request reports.

> **Commented [LH2]:** Should we add DOGE?

### Grants and Inter-Agency Agreements (IAs)

The Agency's Grants Competition Advocate has provided impacted offices separate guidance on ARA competition issues affecting the competitive DERA and Brownfields programs.  The Office of Grants and Debarment (OGD) will provide support to Agency program and grant offices on awarding financial assistance agreements (grants) and Interagency Agreements (IA) using ARA funding.

OGD is planning to issue additional guidance on awarding financial assistance agreements, including the use of multiple appropriations on a single award, and will communicate any additional guidance from OMB.  OGD will be available to provide support to Agency offices as needed on ARA financial assistance agreement issues including development of new programs, competition design and solicitation development and review, reporting, and any other issues that materialize.

### Workforce Support and Working Capital Fund (WCF)

Ensuring that all programs budget adequate workforce support costs is a priority for the Office of Budget. There are new FTE added to implement the ARA. In the recent BFS data entry, programs were to ensure adequate funding for Working Capital Fund (WCF) (BOC 38) of at least $10.7K per headquarters FTE and $8.7K per regional FTE and this is expected to be maintained in budget execution and in outyears.

The Office of Budget recommends that program offices establish separate WCF service agreements for ARA Disaster Supplemental FTE to better track infrastructure funds. FTE charging 100% of their time to ARA Disaster Supplemental should be moved to separate service agreements that will be funded solely with ARA Disaster Supplemental funds. If offices have employees spending some time supporting regular

5

work and some on ARA work, the FTE may remain on the already established workforce support service agreements, but offices should ensure that the percentage of time charged to ARA is equal to the percentage of funding provided for their desktop services. It is recommended to estimate the cost of desktop services based on the allocated FTEs in both base appropriations and ARA under an organization for a full year. If you have any questions regarding this information, please contact Scott B. Moore at Moore.ScottB@epa.gov or (919) 541-2978 or Fran Lominack at Lominack.Fran@epa.gov or (919) 541-5440 or Andrew Cardenas (202-564-0352 or [ HYPERLINK "mailto:Cardenas.Andrew@epa.gov" ]) if you need assistance.

### Reprogramming ARA Disaster Supplemental Funds

**Payroll**

ARA funds are not like EPA's annual appropriation and have significantly more complex controls that offices must pay close attention to.  As established in the ARA, only administrative set asides may be used for "salaries, expenses and administration." All administrative ceilings are controlled in the Budget Formulation and Compass financial systems using unique coded (A" at end of fund code).

ARA reprogrammings that cross RPIO activity codes, or fund codes **will not** be allowed. ARA reprogramming will not be processed in BFS as part of the Congressional Reprogramming Process. Unlike annual appropriations, the ARA Disaster Supplemental statute did not contain any provision permitting reprogrammings between line items.

RPIOs may request approval to transfer payroll funds (BOC 10) to other RPIOs. Please submit an Attachment G Payroll Reprogramming Request Form provided in **Attachment B** to your Budget Execution and Control Division (BECD) Analyst if you plan to move payroll to another RPIO. RPIOs are expected to carefully manage pay and FTE utilization. OB will not provide additional pay for RPIOs if actual ARA pay needs are greater than the amounts estimated. NPM and lead region coordination is expected on these requests.

As always, it is the responsibility of all NPMs and RPIOs using ARA funds to ensure that the allocations in Payroll Cost Allocation (PCA) work codes align with the work being performed as allowable under the law and are strictly adhered to. It is the responsibility of all EPA employees who perform ARA work to accurately report their hours using these codes.

**Non-Payroll**

ARA reprogrammings that cross RPIO activity codes, or fund codes **will not** be allowed. RPIOs may reprogram across non-payroll BOCs. RPIOs may reprogram available non-pay to resolve ARA Disaster Supplemental defactos.

### Defactos

6

A defacto occurs when an RPIO obligates funds in excess of the budget authority in a specific Program Area, Program Project, Sub-Program Project or BOC. Defactos are a serious issue, and the ARA establishes many administrative ceilings that all RPIO's must monitor closely to ensure they do not exceed.

It is the responsibility of all NPMs and RPIOs using ARA funds to ensure that the allocations in Payroll Cost Allocation (PCA) Work Codes align with the work being performed as allowable under the law and payroll available. If actual ARA Disaster Supplemental pay needs are greater than the amounts estimated, offices must be prepared to shift ARA Disaster Supplemental non-pay into ARA pay, abiding by all administrative ceilings, to cover shortfalls.

**Split Funding / Multiple Appropriations**

"Split funding," generally, is the use of more than one appropriation available for different purposes on a single obligating document. EPA has different policies and procedures in place for split funding (i) procurement obligations, (ii) grant obligations, (iii) interagency agreement obligations, and (iv) payroll obligations. Each of these policies and procedures is designed to ensure compliance with the Purpose Statute, 31 U.S.C. 1301(a), by either (1) requiring all appropriations used to be legally available for all activities funded by an obligating document, or (2) requiring program officials to develop a rationale for what percentage of the obligation's cost will be charged to each appropriation in accordance with the programmatic benefit each appropriation receives from the activity being performed. Procedures for processing obligations using multiple appropriations for contracts and grants are below.

**Contracts**

All program offices and Contracting Officers have a responsibility to ensure the OCFO, Office of the Controller reviews and approves the use of split-funding with multiple appropriations prior to awarding a single procurement obligation which maybe (1) a contract when the contract itself is operating as the obligating document, the award of which requires the contractor to begin providing the goods or services, (2) a task order in the case of an Indefinite Delivery Indefinite Quantity (IDIQ) contract; or (3) a delivery order or call order in the case of a Blanket Purchase Agreement (BPA). There will be a substantial increase in multiple appropriation request with ARA Disaster Supplemental funds, so it is critical to ensure requests are properly adjudicated and documented.

[ HYPERLINK "https://work.epa.gov/agency-directives/directives/2520-t1-split-funding-multiple-appropriations" ] contains split funding policies and the procedures to obtain OCFO approval is available in [ HYPERLINK "https://work.epa.gov/agency-directives/directives/2520-p4-standard-operating-guidance-and-procedures-multiple" ] and funding requests are to be sent to the Office of the Controller for approval by submitting a completed [ HYPERLINK "https://usepa.sharepoint.com/sites/OCFO_Work/OFM_FPPS/ptad/Shared%20Documents/Forms/AllItems.a spx?id=%2Fsites%2FOCFO%5FWork%2FOFM%5FFPPS%2Fptad%2FShared%20Documents%2FFillable%20252 0%2D04%20MA%20Request%20Form%2Epdf&parent=%2Fsites%2FOCFO%5FWork%2FOFM%5FFPPS%2Fpta d%2FShared%20Documents&p=true&ct=1724950017341&or=Outlook%2DBody&cid=BD059F1A%2DF168%2 D46DD%2D9B43%2D0D9172E488B5&ga=1" ] using the [ HYPERLINK

"https://usepa.sharepoint.com/sites/OCFO_Work/OFM_FPPS/ptad/Lists/Multiple%20Appropriations%20Request%20Tracker/AllItems.aspx" ]. Offices can email any questions and requests to access the Multiple Appropriations Request Tool to [ HYPERLINK "mailto:ocfo_financial_policy@epa.gov" ].

[      HYPERLINK      "https://work.epa.gov/agency-directives/directives/2520-t1-split-funding-multiple-appropriations" ] contains split funding policies for non-supplemental and certain supplemental appropriations (e.g., ARPA, IIJA, IRA, ARA), tools to determine whether requests need to be submitted and the process to submit.

All offices must ensure that the time, purpose, and amounts of obligated resources align with available appropriations. Offices are to use ARA resources where performing work provided for under the law. Given the complexity of reporting and execution, offices are encouraged to evaluate if requesting split funding is appropriate. Offices may not enter contract actions using split funding without prior approval from OCFO and the Office of Mission Support (OMS) who will be carefully reviewing all funding actions to ensure appropriate approval.

If you have any questions about this request, please email [ HYPERLINK "mailto:ocfo_financial_policy@epa.gov" ].


**Grants**

Per EPA Order 5730.2, the policy is generally to use only one appropriation as the funding source for an assistance project. (The term "grant" is understood to include grants and cooperative agreements.)

Where a project's activities benefit more than one appropriation, the Agency should award separate grants for the activities falling within the scope of each appropriation. However, a single, multiple appropriation grant may be awarded, with adequate justification documented in the Funding Recommendation, and on an *exception basis*, if all of a project's activities are of a type that is fundable from all the supporting appropriations. Separate grants must be awarded if all the supporting appropriations are not legally, available for all of the types of activities to be performed. In awarding and administering separate grants, the Agency will work to minimize application, accounting and reporting burdens on recipients.

As part of the justification for a multiple appropriation grant, the Project Officer must submit a description of the methodology for charging payments that reflects the proportional benefit to each appropriation.  OCFO will provide additional guidance on when ARA funds may be used in conjunction with annual appropriations and other funds on grants and IAs after OMB updates relevant guidance. The ability to separately track and report on utilization and identify results from the use of ARA funds should be clearly addressed in the justification.

<u>State Grants and LUST Cooperative Agreements</u>

To ensure the Agency can continue to track state grant spending properly and produce the Budget Information for States report, all ARA spending transactions **must** have a State Code identifier in the

8

organization field. In addition, offices should track the LUST Cleanup and Prevention assistance agreements by state.


Attachments (3):

    A.  FY 2025 -ARA Appropriation (Fund) Codes and Treasury Symbols and FY 2025 - ARA RPIO
         Activity Codes
    B.  FY 2025 - Payroll Reprogramming Form
    C.  Work Code Template

cc:     Meshell Jones-Peeler
       Adil Gulamali
       Dany Lavergne
       Stefan Martiyan
       John Hall
       Noha Gaber
       Wyatt Boyd
       Latonya Henry
       Gary Lane
       Lili Wang
       Gul Beg
       Sylvana Li
       Michael Osinski
       Kenneth Sylvester
       Pamela Legare
       Joan B. Rogers
       Kimberly Patrick
       Jessica Durand
       Regional Budget Officers
       Senor Budget Office Staff
       Funds Control Officers

EPA_00000927



10

EPA_00000928

ATTACHMENT A

**FY 2025 American Relief Act  Disaster Supplemental Appropriation (Fund) Codes and Treasury Symbols**

| Appropriation Code | Title | BBFY | EBFY | Treasury Symbol |
|---|---|---|---|---|
| | State and Tribal Assistance Grants (STAG) Categorical Grants | | | |
| E1SK | STAG Categorical Grants | 2025 | | 068X0103 |
| E1SKA | STAG ARA Disaster Supplemental Admin | 2025 | | 068X0103 |
| E2SK | CWSRF - ARA Disaster Supplemental | 2025 | | 068X0103 |
| E2SKA | CWSRF - ARA Disaster Supplemental Admin | 2025 | | 068X0103 |
| E3SK | DWSRF - ARA Disaster Supplemental | 2025 | | 068X0103 |
| E3SKA | DWSRF - ARA Disaster Supplemental Admin | 2025 | | 068X0103 |
| | State and Tribal Assistance Grants (STAG) Special Projects | | | |
| E4SK | STAG Special Projects ARA | 2025 | | 068X0103 |
| E4SKA | STAG Special Projects ARA Admin | 2025 | | 068X0103 |
| | Leaking Underground Storage Tanks (LUST) | | | |
| FSK | LUST - ARA Disaster Supplemental | 2025 | | 68-068X8153 |

| Fund Code Schema | |
|---|---|
| 1st - 2nd Digit: | Normal Fund Code |
| S | Supplemental |
| K | American Relief Act |
| A | Admin |

**American Relief Act Disaster Supplemental RPIO Activity Code List**

| RPIO Activity Code | RPIO Activity Code Title | Support Program Project |
|---|---|---|
| BU | CWSRF Resilient Infrastructure Funding | MM |
| FC | Decentralized Wastewater Systems | MM |
| TC | Water Emergencies for DWSRF and CWSRF | MM |
| TE | Damaged Air Monitoring Equipment | MM |
| TU | DWSRF Resilient Infrastructure Funding | MM |
| TW | HAZMAT and Debris Management | MM |
| TZ | Assess and Remediate USTs | MM |

EPA_00000929

Message

| From: | Lominack, William [Lominack.William@epa.gov] |
|---|---|
| Sent: | 2/25/2025 7:24:28 PM |
| To: | Plastino, Michael [Plastino.Michael@epa.gov]; Knipes, Harlan [knipes.harlan@epa.gov]; Cuilla, Michelle [Cuilla.Michelle@epa.gov]; AnthonyJMoraz [anthony.moraz@gsa.gov]; kent.taylor@gsa.gov; Newman, Michelle [Newman.Michelle@epa.gov] |
| CC: | Shih, Melissa [Shih.Melissa@epa.gov]; Best-Wong, Benita [Best-Wong.Benita@epa.gov]; DeRycke, Kevin [DeRycke.Kevin@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov] |
| Subject: | RE: Ability to resume using IIJA funds on MAINES contract for DW-SFTIES Transition Support |
| Attachments: | RE: Updated Guidance on use of IRA and IIJA funding under DP and the WCF |

Good afternoon,

After review, work under these three funding sources can resume based on the attached OFCO list and guidance issued for the DW-SFTIES Transition work.

| Drinking Water State Revolving Loan Funds | E3SD/A | 70 |
|---|---|---|
| Drinking Water State Revolving Loan Funds - Emerging Contaminants | E3SD/A | 72 |
| Drinking Water State Revolving Loan Funds - Lead Service Line Replacement | E3SD/A | 71 |

Benita,
As the OW SRO, please acknowledge that my statement above is correct and that you approve for these funding sources to be used for the DW-SFTIES work.

Harlan/Michelle X2/Tony,
Please "unpause" any DW-SFTIES registrations tied to the above funding sources and WCF service agreements. Please work with the customer as needed to ID/confirm the registrations if needed.

Thanks for everyone's patience.
v/r
Will

---

**From:** Plastino, Michael <Plastino.Michael@epa.gov>
**Sent:** Friday, February 21, 2025 1:18 PM
**To:** Lominack, William <Lominack.William@epa.gov>
**Subject:** FW: Ability to resume using IIJA funds on MAINES contract for DW-SFTIES Transition Support

Hi Will,

In her below email, Mel, OW's budget officer, confirmed that the RPIO Activity Code we're using for the DW-SFTIES Transition work (70) is in your excel file – and appropriate for resuming work.

I see you're OOO today. On Monday morning, can you please confirm that we are good to resume work for DW-SFTIES Transition?

Thanks very much,

Michael

Michael Plastino
Drinking Water Information Systems Branch Supervisor
EPA | OW | OGWDW | Drinking Water Infrastructure Development Division
Teams: Call & Chat
(c) 202-603-7072

---

**From:** Shih, Melissa <Shih.Melissa@epa.gov>
**Sent:** Friday, February 21, 2025 1:11 PM
**To:** Plastino, Michael <Plastino.Michael@epa.gov>
**Subject:** RE: Ability to resume using IIJA funds on MAINES contract for DW-SFTIES Transition Support

Hi Michael,

OW's "RPIO" is 30, but 30 isn't used as an "RPIO Activity Code". Despite the similar names, they're very different to our Agency's financial systems.

RPIO Activity Code 70 is DWSRF Traditional, 71 is DWSRF LSLR, 72 is DWSRF EC. Other codes exist, but these are the main 3 that OGWDW uses for BIL DWSRF and all 3 are on the list:

| Drinking Water State Revolving Loan Funds | E3SD/A | 70 |
|---|---|---|
| Drinking Water State Revolving Loan Funds - Emerging Contaminants | E3SD/A | 72 |
| Drinking Water State Revolving Loan Funds - Lead Service Line Replacement | E3SD/A | 71 |

Based on the list and Will's email, I believe that it would be appropriate to resume using IIJA funds for this work.

Thanks,
Mel

---

**From:** Plastino, Michael <Plastino.Michael@epa.gov>
**Sent:** Friday, February 21, 2025 12:49 PM
**To:** Shih, Melissa <Shih.Melissa@epa.gov>
**Subject:** FW: Ability to resume using IIJA funds on MAINES contract for DW-SFTIES Transition Support

Hi Mel,

In looking at the spreadsheet (for work that can continue) in Will's attached email, I see this row:

| IIJA | Fund | RPIO Activity Code |
|---|---|---|
| Drinking Water State Revolving Loan Funds | E3SD/A | 70 |

My understanding is that our DW-SFTIES funds on the WCF MAINES contract use E3SD/A fund and RPIO Activity Code 30. Do you know what RPIO Activity Code 70 indicates?

Michael

Michael Plastino
Drinking Water Information Systems Branch Supervisor
EPA | OW | OGWDW | Drinking Water Infrastructure Development Division
Teams: Call & Chat
(c) 202-603-7072

---

**From:** Lominack, William <Lominack.William@epa.gov>
**Sent:** Wednesday, February 19, 2025 5:28 PM
**To:** Plastino, Michael <Plastino.Michael@epa.gov>
**Subject:** RE: Ability to resume using IIJA funds on MAINES contract for DW-SFTIES Transition Support

Hey Michael,

Hanging in there! How about you?

If the fund code and RPIO Activity Code are listed in the attached excel file, then work can continue. If it not listed the work should remain paused.

If your office believes this work should continue and the guidance is incorrect, please have your SRO email me the following:
- What the work supports
- Why the work is needed
- Impact if the work remains paused

Additionally, the SRO should state that this work must continue in lieu of the current guidance which has directed much of the IRA and IIJA funding to remain paused.

Once I receive that email, I will coordinate with OFCO/OB for a final determination.

Sorry, to create extra steps, but I want to make sure we don't overstep. Hope this helps.

---

**From:** Plastino, Michael <Plastino.Michael@epa.gov>
**Sent:** Wednesday, February 19, 2025 1:45 PM
**To:** Lominack, William <Lominack.William@epa.gov>
**Subject:** Ability to resume using IIJA funds on MAINES contract for DW-SFTIES Transition Support

Hi Will,

I hope things are ok your way.

Are we able to resume using our IIJA funds on the contract for this work?

We have some really high priority work that we're eager to move forward on as soon as doable.

Thanks in advance,
Michael

Michael Plastino
Drinking Water Information Systems Branch Supervisor
EPA | OW | OGWDW | Drinking Water Infrastructure Development Division

Teams: Call & Chat
(c) 202-603-7072

EPA_00000969

Message

| | |
|---|---|
| **From**: | Lominack, William [Lominack.William@epa.gov] |
| **Sent**: | 2/12/2025 4:33:04 AM |
| **To**: | kent.taylor@gsa.gov; Caroline Murphy - QFEDD [caroline.murphy@gsa.gov]; MariaChristinaFPerez [christina.perez@gsa.gov]; AnthonyJMoraz [anthony.moraz@gsa.gov]; kareem.jarrett@gsa.gov; Jackson, Valisha [Jackson.Valisha@epa.gov]; Orzel, Gabby [Orzel.Gabby@epa.gov]; Cuilla, Michelle [Cuilla.Michelle@epa.gov]; WCF RTP [WCF_RTP@epa.gov]; OMS-EI-WCFD-CMB [OMS-EI-WCFD-CMB@epa.gov]; OMS-EI-OITO-WCFD-SMB [OMS-EI-OITO-WCFD-SMB@epa.gov]; Aikens, Carla [Aikens.Carla@epa.gov]; Kaigler, Brandi [Kaigler.Brandi@epa.gov]; Hinds, Timothy [Hinds.Timothy@epa.gov] |
| **CC**: | Noga, Vaughn [Noga.Vaughn@EPA.GOV]; Collard, Erin [Collard.Erin@epa.gov]; Young, Dwane [Young.Dwane@epa.gov]; Maslin, Niki [Maslin.Niki@epa.gov]; Oehler, Chris [Oehler.Chris@epa.gov]; Whitlow, Jimmy [Whitlow.Jimmy@epa.gov]; VanEnwyck, Adam [VanEnwyck.Adam@epa.gov]; Bacharach, Mark [bacharach.mark@epa.gov]; OMS-EI-OITO-All [OMS-EI-OITO-All@epa.gov]; Manning, Tonya [manning.tonya@epa.gov]; Campbell, Jennie [Campbell.Jennie@epa.gov]; Lemott, Sonja [Lemott.Sonja@epa.gov]; McNeill, Tiffany [McNeill.Tiffany@epa.gov]; Vojtik, Bob [Vojtik.Robert@epa.gov]; Grimm, Patrick [Grimm.Patrick@epa.gov] |
| **Subject**: | RE: Updated Guidance on use of IRA and IIJA funding under DP and the WCF |
| **Attachments**: | List of Sections_Updated.xlsx |

Good evening,

Update: The future of all IRA and IIJA funds remains influx.  The executive order and subsequent court order have made this very challenging to navigate.  Until we receive updated guidance, IRA and IIJA funds shall remain paused unless the fund code and the RPIO Activity code are on the attached list.  We will provide updated guidance as it becomes available.

I appreciate your patience and understanding in this matter.  More to follow.

---

**From:** Lominack, William
**Sent:** Friday, February 7, 2025 2:24 PM
**To:** 'kent.taylor@gsa.gov' <kent.taylor@gsa.gov>; 'Caroline Murphy - QFEDD' <caroline.murphy@gsa.gov>; 'M Christina Perez - QFEDD' <christina.perez@gsa.gov>; 'anthony.moraz@gsa.gov' <anthony.moraz@gsa.gov>; 'kareem.jarrett@gsa.gov' <kareem.jarrett@gsa.gov>; Jackson, Valisha <Jackson.Valisha@epa.gov>; Orzel, Gabby <Orzel.Gabby@epa.gov>; Cuilla, Michelle <Cuilla.Michelle@epa.gov>; WCF RTP <WCF_RTP@epa.gov>; OMS-EI-WCFD-CMB <OMS-EI-WCFD-CMB@epa.gov>; OMS-EI-OITO-WCFD-SMB <OMS-EI-OITO-WCFD-SMB@epa.gov>; Aikens, Carla <Aikens.Carla@epa.gov>; Kaigler, Brandi <Kaigler.Brandi@epa.gov>; Hinds, Timothy <Hinds.Timothy@epa.gov>
**Cc:** Noga, Vaughn <Noga.Vaughn@EPA.GOV>; Collard, Erin <Collard.Erin@epa.gov>; Young, Dwane <Young.Dwane@epa.gov>; Maslin, Niki <Maslin.Niki@epa.gov>; Oehler, Chris <Oehler.Chris@epa.gov>; Whitlow, Jimmy <Whitlow.Jimmy@epa.gov>; VanEnwyck, Adam <VanEnwyck.Adam@epa.gov>; Bacharach, Mark <bacharach.mark@epa.gov>; OMS-EI-OITO-All <OMS-EI-OITO-All@epa.gov>; Manning, Tonya <manning.tonya@epa.gov>; Campbell, Jennie <Campbell.Jennie@epa.gov>; Lemott, Sonja <Lemott.Sonja@epa.gov>; McNeill, Tiffany <McNeill.Tiffany@epa.gov>; Vojtik, Bob <Vojtik.Robert@epa.gov>; Grimm, Patrick <Grimm.Patrick@epa.gov>
**Subject:** RE: Updated Guidance on use of IRA and IIJA funding under DP and the WCF

Good afternoon everyone,

First off, I really appreciate everyone's willingness to implement the guidance we have received from OCFO regarding the use of supplemental funds (i.e. IRA and IIJA).  Everyone's flexibility was awesome to see.  To continue with the themes of change and flexibility…there is yet another change regarding supplemental funds.

There is updated guidance from Chad McIntosh, the Acting Deputy Administrator, that any disbursements on open grant awards that were paused due to Office of Management and Budget Memorandum M-25- 13 or any Executive Order underlying that Memorandum shall continue to be immediately released, as the Agency initiated on February 3, 2025 (see last para of the attached memo).  **All IRA & IIJA funds are currently being unlocked by OB and we can proceed with**

**obligations and disbursements immediately.** I have spoken with OCFO. Gregg Treml, the Acting CFO, will provide updated guidance early next week.

Let me know if anyone has any questions.
v/r
Will

---

**From:** Lominack, William
**Sent:** Monday, February 3, 2025 12:01 PM
**To:** kent.taylor@gsa.gov; Caroline Murphy - QFEDD <caroline.murphy@gsa.gov>; M Christina Perez - QFEDD <christina.perez@gsa.gov>; anthony.moraz@gsa.gov; kareem.jarrett@gsa.gov; Jackson, Valisha <Jackson.Valisha@epa.gov>; Orzel, Gabby <Orzel.Gabby@epa.gov>; Cuilla, Michelle <Cuilla.Michelle@epa.gov>; WCF RTP <WCF_RTP@epa.gov>; OMS-EI-WCFD-CMB <OMS-EI-WCFD-CMB@epa.gov>; OMS-EI-OITO-WCFD-SMB <OMS-EI-OITO-WCFD-SMB@epa.gov>; Aikens, Carla <Aikens.Carla@epa.gov>; Kaigler, Brandi <Kaigler.Brandi@epa.gov>; Hinds, Timothy <Hinds.Timothy@epa.gov>
**Cc:** Noga, Vaughn <Noga.Vaughn@EPA.GOV>; Collard, Erin <Collard.Erin@epa.gov>; Young, Dwane <Young.Dwane@epa.gov>; Maslin, Niki <Maslin.Niki@epa.gov>; Oehler, Chris <Oehler.Chris@epa.gov>; Whitlow, Jimmy <Whitlow.Jimmy@epa.gov>; VanEnwyck, Adam <VanEnwyck.Adam@epa.gov>; Bacharach, Mark <bacharach.mark@epa.gov>; OMS-EI-OITO-All <OMS-EI-OITO-All@epa.gov>; Manning, Tonya <manning.tonya@epa.gov>; Campbell, Jennie <Campbell.Jennie@epa.gov>; Lemott, Sonja <Lemott.Sonja@epa.gov>; McNeill, Tiffany <McNeill.Tiffany@epa.gov>; Vojtik, Bob <Vojtik.Robert@epa.gov>; Grimm, Patrick <Grimm.Patrick@epa.gov>
**Subject:** Updated Guidance on use of IRA and IIJA funding under DP and the WCF

Good morning everyone,

This is a large distro list, but I wanted to make sure I captured everyone. If I missed anyone with a need to know please share.

After a wild week, below is an update on how DP and WCF is handling IRA and IIJA funding moving forward. Many of you sent emails last week for clarification and rightly so. I realize there will continue to be ambiguity and questions as we move forward, and we will answer those on a case-by-case basis. Please realize the landscape is changing rapidly. We will try to pivot quickly as more guidance comes available. So here goes….

1. **Can we incrementally fund contracts with 25 WR money? Can we pay contract invoices at this time?** Yes, we can. I spoke with Kevin DeRycke from OCFO's WCF Branch and collectively we have isolated all FY25 IRA and IIJA funding ($7.6M) tied to WCF agreements and set those funds aside. There is no IRA and IIJA money on any current contract funding actions, including ITS EPA IV. The money for DP contracts is WR money, so a waiver is not required. Please proceed with processing contract funding modifications at this time. When paying invoices, please only use LOA with 25 WR funding. We have not been able to completely isolate IRA and IIJA funds from 24 WR LOA, so anything 24 WR should not be used at this time.

2. **Can you please confirm that fund code 'BS7' is not an IRA / IIJA funding code?** We checked service agreements in CDW that have an 'S' for the second character of the code and noticed that the results for 'BS7' were not on the report Brandi shared earlier this week. Two examples are included below. Kevin DeRycke reached out to the Office of Budget for clarification and the BS7 funds are ARP funds and are not subject to the IRA AND IIJA pause. If anyone happens to see any other anomalies, please let me know.

| Document Type | Document Number | Line | Line Amount | Expended | Available | BBFY | EBFY | Fund | Org | Program | Prject | Object Class | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WO | 24P006G0001 | 29 | $11,509 | $11,303 | $206 | 2023 | | B57 | 06G | 000A59 | | 2576 | Adding postage funds received from ARD for shipping cost. Applying funds that were reprogrammed directly onto the service agreement. DCN: 2406WCF147. |
| WO | 25DP05A0001 | 6 | $4,311 | $1,832 | $2,479 | 2023 | | B57 | 05G | 000A59 | LSLMIBBS | 2576 | MSD WCF Request 25DP05A0001. DP Data Processing DP05A0001. Forward Fund SA. POC: T. Elsberry |

3.    **Updated guidance from Acting CFO on 4-week pause of IRA and IIJA connected to essential workforce support only.**   Please reference the attached email subject "Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Paction Pause" dated 1/31/25 from Gregg Treml.  OMB has provided a 4-week approval (1/31/25) to process/disburse pay/employment expenses in IIJA and IRA only. Think WCF workforce related stuff only like CT, MP, MW, DA, any O&M UH or TZ stuff, etc.  The pause on non-employment related funds (non-mandatory projects other TZ, TC, EV, etc.) remains in effect for all IIJA and IRA accounts. Bottom-line, if it does correlate to workforce, O&M support, or security it should remain paused.  I know CORs and TPOCs have sent out lists of activities that are paused.  I also realize this list might include work that cannot be paused.  Please work with the CORs and TPOCs on any exceptions needed, as I realize there are some services that cannot be "paused" without being decommissioned.  I would encourage everyone be more conservative when reviewing exceptions.

The attached excel list is an updated report with worksheets for IRA and IIJA WCF Service Agreements and Registrations.  Service managers and CORs should be able to use this listing to help determine what registrations should be paused.

-        The service agreement tab shows IRA/IIJA funding (total, expended and available) as well as total service agreement funding, whether the agreement is fully funded by IRA/IIJA, and the services associated with the account.

-        The registration tab lists all the associated registrations and includes the bill type (to identify multiyear) and service type (sole provider, preferred provider, and discretionary).

As stated above, everyone should take a minimalist approach.  I would encourage all service managers to continue communicating with Application Owners and when/if we pause or decommission services. The reason for the communication is we do not have visibility into whether those applications should or should not be shutdown/turned off.  Please work under the following guidelines which has been coordinated with OITO Div Directors and the IO:

For all systems connected to the production network:

-        Complete patching of applications/databases ensuring completion within the established timeframes.

-        Complete updates required to resolve Critical and High vulnerabilities within the established timeframes.
For Production applications/databases:

-        Respond to and resolve critical issues of Production applications/databases in order to maintain the uptime of the system

-        Work on applications/databases supporting test, development, or staging environments is paused except where a security issue or vulnerability must be resolved.

No new work is to be initited or continued for any of these applications/databases until directed.

Thanks for everyone's patience.  If there are any questions, please ask.

v/r
Will

WILLIAM B. LOMINACK
Director, Working Capital Fund Division
OMS/OITO/WCFD
U.S. Environmental Protection Agency

109 T.W. Alexander Drive
Research Triangle Park, NC 27711
Office/Voice - 919-541-5461
OITO SharePoint Site