| Message |
|---|

**From:** Winer, Annalena (CGI Federal) [Annalena.Winer@cgifederal.com]

**Sent:** 2/14/2025 1:56:55 AM

**To:** Berndt, William [Berndt.William@epa.gov]; Gulamali, Adil [Gulamali.Adil@epa.gov]; Roberts, MichaelL [Roberts.MichaelL@epa.gov]; Lane, Gary [Lane.Gary@epa.gov]; Wilcox, Joshua (CGI Federal) [joshua.wilcox@cgifederal.com]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]; Bell, Caesar [Bell.Caesar@epa.gov]; Nelson, Khary [nelson.khary@epa.gov]; Sargent, Randy [Sargent.Randy@epa.gov]; Luebbering, Gregory [luebbering.gregory@epa.gov]; Richard, Mitch [richard.mitch@epa.gov]; Bell, Caesar [Bell.Caesar@epa.gov]

**CC:** Balderes, Jaron [Balderes.Jaron@epa.gov]; Lavergne, Dany [lavergne.dany@epa.gov]; Chaki, Sanjib [chaki.sanjib@epa.gov]; Henry, Latonya [Henry.Latonya@epa.gov]; Robinson, Angel [robinson.angel@epa.gov]; Robinson, Angel [robinson.angel@epa.gov]; Richard, Mitch [richard.mitch@epa.gov]

**Subject:** RE: IRA/IIJA Disapproved Payments Report - 2/13/25

**Attachments:** IRA-IIJA-Disapproved.csv

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Sensitivity Label: CGIF Confidential - Third Party

There were payments disapproved tonight related to the contracts.

Annalena Winer | Vice President, Consulting Expert | CGI Federal | C: 703-628-9052 | E: annalena.winer@cgifederal.com

**From:** Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>
**Sent:** Thursday, February 13, 2025 1:15 PM
**To:** Berndt, William <Berndt.William@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Roberts, MichaelL <Roberts.MichaelL@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>; Nelson,

Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Richard, Mitch richard.mitch@epa.gov; Bell, Caesar Bell.Caesar@epa.gov
**Cc:** Balderes, Jaron Balderes.Jaron@epa.gov; Lavergne, Dany lavergne.dany@epa.gov; chaki.sanjib@epa.gov; Henry, Latonya Henry.Latonya@epa.gov; Robinson, Angel robinson.angel@epa.gov; Robinson, Angel robinson.angel@epa.gov; Winer, Annalena (CGI Federal) Annalena.Winer@cgifederal.com
**Subject:** RE: IRA/IIJA Disapproved Payments Report

Sensitivity Label: CGIF Confidential - Third Party

CGI will work to include these additional contracts in the disproved payment process.

Annalena Winer | Vice President, Consulting Expert | CGI Federal | C: 703-628-9052 | E: annalena.winer@cgifederal.com

---

**From:** Berndt, William <Berndt.William@epa.gov>
**Sent:** Thursday, February 13, 2025 1:00 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Roberts, MichaelL <Roberts.MichaelL@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com> Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Richard, Mitch <richard.mitch@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Lavergne, Dany <lavergne.dany@epa.gov>; chaki.sanjib@epa.gov; Henry, Latonya <Henry.Latonya@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

Sensitivity Label: CGIF Confidential - Third Party

> **EXTERNAL SENDER:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

+ Caesar Bell

William T. Berndt, PMP ®
Associate Director / Program Management Division
Office of Technology Solutions
Office of the Chief Financial Officer
U.S. EPA
Email: Berndt.william@epa.gov
Phone: 984-789-9380

---

**From:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Sent:** Thursday, February 13, 2025 12:48 PM
**To:** Roberts, MichaelL <Roberts.MichaelL@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>; Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Richard, Mitch <richard.mitch@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany

<lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Berndt, William <Berndt.William@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

Hello-

Requesting these to be paused. Please confirm once done and if there's any activity while the control is in. Thanks

| 12/13/2025 (please expedite for 2/12) | Contract | 68HERH24F0023 | OEJECR | ENDYNA, INC. | N/A | BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION |
|---|---|---|---|---|---|---|
| 12/13/2025 (please expedite for 2/12) | Contract | 68HERC24F0436 | Region 9 | ENDYNA, INC. | N/A | DRINKING WATER AND WASTEWATER TECHNICAL ASSISTANCE TO TRIBES AND ALASKAN NATIVE VILLAGES REGION 9 - GEOGRAPHIC AREA H SUPPORT LSLR AND EC ACTIVITIES FOR TRIBES IN REGION 9 |
| 12/13/2025 | Contract | 68HERH23F0237 | | ENDYNA, INC. | N/A | THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. |
| 12/13/2025 | Contract | 68HERC22F0252 | | EASTERN RESEARCH GROUP INC | N/A | SUPPORT FOR GREEN INFRASTRUCTURE PROGRAM |
| 12/13/2025 | Contract | 68HERH24F0212 | | RESEARCH TRIANGLE INSTITUTE | N/A | THE PURPOSE OF THIS CALL ORDER IS FOR OGD TO GAIN ASSISTANCE IN MANAGING AND PROCESSING A SUBSTANTIAL INCREASE IN WORKLOAD CREATED BY NEW AND EXPANDED |

| | | | | | PROGRAMS RESULTING FROM THE INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) AND INFLATION REDUCTION A |
|---|---|---|---|---|---|
| 12/13/2025 | Contract | 68HERH23F0127 | ICF INCORPORATED, L.L.C. | N/A | TECHNICAL AND OUTREACH SUPPORT FOR NCPB PROGRAMS AND INFLATION REDUCTION ACT (IRA) IMPLEMENTATION |
| 12/13/2025 | Contract | 68HE0P24F0031 | HUMAN CAPTIAL RESOURCES & CONCEPTS INC | N/A | No project description available; leadership skills training includes training on Environmental Justice, Working with Communities, and Diversity Equity Inclusion and Accessibility (DEIA). |
| 12/13/2025 | Contract | 68HERH24F0443 | EASTERN RESEARCH GROUP INC | N/A | REGION 5 ENVIRONMENTAL JUSTICE FLINT WATER SYSTEM ADVISORY COUNCIL FACILITATION SUPPORT. |
| 12/13/2025 | Contract | 68HERH23F0129 | RESEARCH TRIANGLE INSTITUTE | N/A | TECHNICAL AND OUTREACH SUPPORT FOR NCPB PROGRAMS AND INFLATION REDUCTION ACT (IRA) IMPLEMENTATION |
| 12/13/2025 | Contract | 68HERC24F0330 | PEGASUS TECHNICAL SERVICES, INC | N/A | No project description available; training material development. In-source to avoid waste. |
| 12/13/2025 | Contract | 68HERC25C0006 | KLAW INDUSTRIES LLC | N/A | AI-DRIVEN RECYCLING CENTERS FOR DISADVANTAGED COMMUNITIES: IMPROVING RECOVERY, SAFETY, AND COSTS |
| 12/13/2025 | Contract | 68HERH23F0327 | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. | N/A | TASK ORDER FOR FACILITATION, LEADERSHIP DEVELOPMENT, AND OFFICE-WIDE RETREAT SUPPORT (FOLLOW-ON TO EP-17-W-003/0013) UNDER MULTIPLE- |

| | | | | | AWARD BRIDGE CONTRACTS FOR OFFICE OF LAND AND EMERGENCY MANAGEMENT, OFFICE OF EMERGENCY MANAGEMENT. |
|---|---|---|---|---|---|
| 12/13/2025 | Contract | 68HERH23P0157 | GOVERNORS OFFICE | N/A | TO SUPPORT EPAS IMPLEMENTATION OF THE COMPLIANCE LEARNING AGENDA THROUGH THE PROVISION OF RESEARCH PARTNERSHIP SERVICES. |
| 12/13/2025 | Contract | 68HERC23P0042 | GARTNER, INC. | N/A | No project description available; research and advisory services covering employee experience, diversity, equity, inclusion and accessibility (DEIA). |
| 12/13/2025 | Contract | 68HERH24P0143 | LIGHTHOUSE STRATEGY CONSULTING LLC | N/A | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE |
| 12/13/2025 | Contract | 68HERC23F0428 | ICF INCORPORATED, L.L.C. | N/A | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) |
| 12/13/2025 | Contract | 68HERH24F0409 | INTSCI-ENDYNA LLC | N/A | CONTRACTOR SUPPORT FOR OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS, OFFICE OF POLICY, PARTNERSHIPS AND PROGRAM DEVELOPMENT, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PARTNERSHIPS AND COLLABORATION DIVISION. |
| 12/13/2025 | Contract | 68HERC24F0220 | APTIM FEDERAL SERVICES, LLC | N/A | CONTRACT 68HERC19D0009, NEW TASK ORDER 68HERC24F0220: COMMUNITY ANALYSIS OF WATER INFRASTRUCTURE MODELING NEEDS FOR SUSTAINABILITY AND ENVIRONMENTAL JUSTICE |
| 12/13/2025 | Contract | 68HERH24F0447 | INTSCI-ENDYNA LLC | N/A | SUPPORT OF THE HISTORICALLY BLACK COLLEGES AND UNIVERSITIES - MINORITY SERVING INSTITUTIONS FEDERAL ADVISORY COUNCIL (HBCU-MSI FAC) MEETINGS. |

Adil

---

**From:** Roberts, MichaelL <Roberts.MichaelL@epa.gov>
**Sent:** Wednesday, February 12, 2025 1:17 PM
**To:** Lane, Gary <Lane.Gary@epa.gov>; Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Richard, Mitch <richard.mitch@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Berndt, William <Berndt.William@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

Adding Compass Project/Release Manager Mitch Richard, please include on requests impacting Compass moving forward.

Thank you,

Michael L. Roberts, PMP ®, MPM ®,FAC P/PM (IT) Senior/Expert Level
Program Management Division Director
Office of Technology Solutions
Office of the Chief Financial Officer
U.S. EPA
Work: (919) 541-5478
Mobile:  (919) 937-7424

**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Wednesday, February 12, 2025 1:13 PM
**To:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Berndt, William <Berndt.William@epa.gov>; Roberts, MichaelL <Roberts.MichaelL@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

OTS – We received confirmation from acting CFO all Diesel Emissions Reductions (OAR) (STAG) program funds, to include base appropriations, are under the review and should be paused.

Please add PRC code '**000AH4**' to the relationship edits to prevent new use of appropriated DERA funds. IRA and IIJA DERA funds are already paused under the current configuration of the relationship edits.

Let me know if you have questions

**From:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>
**Sent:** Tuesday, February 11, 2025 4:45 PM
**To:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Berndt, William <Berndt.William@epa.gov>; Roberts, MichaelL <Roberts.MichaelL@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Sensitivity Label: CGIF Confidential - Third Party

Wyatt,

We will be lifting the prevent new use flags for Payroll activities similarly to retired IT Project Codes. The Relationship Edits / Pre-Disbursement SQL will not interfere with Payroll activities.

Thanks,

**Joshua Wilcox**
Senior Consultant
P. 703-227-4622 | M. 703-395-9210
joshua.wilcox@cgifederal.com
**CGI**

**From:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Sent:** Tuesday, February 11, 2025 4:43 PM

**To:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Bell, Caesar <Bell.Caesar@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Lavergne, Dany <lavergne.dany@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Berndt, William <Berndt.William@epa.gov>; Roberts, MichaelL <Roberts.MichaelL@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

Sensitivity Label: CGIF Confidential - Third Party

**EXTERNAL SENDER:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

I just want to reiterate that we have OMB approval currently to process and disburse employment related expenses, such as payroll for critical workforce support. Your edits will not interfere with that, correct?

**From:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>
**Sent:** Tuesday, February 11, 2025 4:38 PM
**To:** Bell, Caesar <Bell.Caesar@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Berndt, William <Berndt.William@epa.gov>; Roberts, MichaelL <Roberts.MichaelL@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Sensitivity Label: CGIF Confidential - Third Party

All,

The relationship edits have been re-activated, the prevent new use flags have been set, and the pre disbursement SQL to prevent disbursing of payments has been re-enabled.

Thanks,

**Joshua Wilcox**
Senior Consultant
P. 703-227-4622 | M. 703-395-9210
joshua.wilcox@cgifederal.com
**CGI**

**From:** Bell, Caesar <Bell.Caesar@epa.gov>
**Sent:** Tuesday, February 11, 2025 3:28 PM

**To:** Lane, Gary <Lane.Gary@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Berndt, William <Berndt.William@epa.gov>; Roberts, MichaelL <Roberts.MichaelL@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report


Sensitivity Label: CGIF Confidential - Third Party

> **EXTERNAL SENDER:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.


+Michael Roberts
+Bell Berndt

## *Caesar L. Bell*

Extramural Specialist
Planning & Evaluation Division
Office of Technology Solutions
Office of the Chief Financial Officer
U.S . EPA
Office: (919)541-4805
Cell: (984)227-4489

**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Tuesday, February 11, 2025 3:13 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report


+ Angel

**From:** Lane, Gary
**Sent:** Tuesday, February 11, 2025 2:38 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

OTS – below are the PRCs associated with each of the programs listed in the Feb 7 email that are in review and need to be paused in compass per the CFO. The Excel document also has the "IRA" PRCs on 2 separate worksheets for the paused and un paused programs.

1.    Rel Edit for CSB (600) can be re-activated back to prevent new obligations in the IIJA CSB programs
2.    Rel Edits 588, 589, 601 need to be adjusted to prevent new obligations in the IRA programs below.


**PRCs associated with IIJA assistance programs in review:**
Clean School Bus Program (STAG) **IIJA - '000AH4X74', '000MMMX74', '000JMMX74', '000WMMX74', '000NMMX74','000YMMX74','000AH4X75','000MMMX75','000JMMX75','000NMMX75','000YMMX75'**

**PRCs associated with IRA assistance programs in review:**
Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG): **IRA - 000AMTXM3; 000NMMXM3**
Clean Heavy-Duty Vehicles (OAR) (STAG) **IRA – 000AVFXV, 000JMMXV1; 000MMMXV; 000NMMXV1; 000YMMXV1**
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG) **IRA – 000AVFXV2**
Competitive Grants (OAR) (STAG) **IRA – 000AC4XA8; 000JMMXA8; 000MMMXA8; 000NMMXA8; 000YMMXA8**
Diesel Emissions Reductions (OAR) (STAG) **IRA – 000AH4XDR; 000JMMXDR; 000MMMXDR; 000NMMXDR; 000YMMXDR.**
Emissions from Wood Heaters (OAR/ORD) (STAG) **IRA – 000AMTXM4; 000EMTXM4; 000FMTXM4**
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR) **IRA – 000W57XKS**
Environmental and Climate Justice Block Grants (OEJECR) **IRA – 000A57XK1; 000W57XK1; 000JMMXK1; 000NMMXK1; 000YMMXK1**
Environmental Product Declaration Assistance (OCSPP/ORD/OAR) **IRA – 000A95XDP; 000C95XDP; 000F95XDP; 000JMMXDP; 000MMMXDP; 000NMMXDP; 000YMMXDP**
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG) **IRA – 000AMTXM1; 000FMTXM1; 000JMMXM1; 000MMMXM1; 000NMMXM1; 000YMMXM1**
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR) **IRA – 000AC4XA6; 000JMMXA6; 000MMMXA6; 000NMMXA6; 000YMMXA6**
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR) **IRA - 000A61XH1; 000MMMXH1; 000A61XH2; 000NMMXH2; 000YMMXH2**
GHG Air Pollution Implementation Grants (OAR) (STAG) **IRA – 000ACGXJ2; 000FCGXJ2; 000JMMXJ2; 000MMMXJ2; 000NMMXJ2; 000YMMXJ2**
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG) **IRA- 000AVFXWS**
GHG Pollution Planning Grants (OAR) (STAG) **IRA – 000ACGXJ1**
Grants to Reduce Air Pollution at Ports (OAR) (STAG) **IRA – 000AVFXY3; 000JMMXY3; 000MMMXY3; 000NMMXY3; 000YMMXY3**
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG) **IRA – 000AVFXY4; 000JMMXY4; 000MMMXY4; 000NMMXY4; 000YMMXY4**
Greenhouse Gas Corporate Reporting (OAR) (STAG) **IRA – 000A46XR7; 000NMMXR7**
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG) **IRA - 000MGBXG3**
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG) **IRA - 000MGBXAC**
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG) **IRA - 000MGBXG2**
Implementation / Accountability (OAR) **IRA – 000ANFXD9; 000JMMXD9; 000NMMXD9; 000MMMXD9; 000YMMXD9**
Implementation and Compliance (OECA) **IRA - 000EC4XA7**

Industry Outreach (OAR) IRA – 000ANCXD6; 000JMMXD6; 000MMMXD6; 000NMMXD6; 000YMMXD6

Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD) IRA – 000A95XCL; 000C95XCL; 000F95XCL; 000JMMXCL; 000MMMXCL; 000NMMXCL; 000YMMXCL

Multipollutant Monitoring Stations (OAR) (STAG) IRA – 000AMTXM2; 000JMMXM2; 000NMMXM2; 000MMMXM2; 000YMMXM2

State/Tribal/Local Government Outreach (OAR) IRA – 000ANDXD7; 000JMMXD7; 000MMMXD7; 000NMMXD7; 000YMMXD7

Technical Assistance for Low Income Communities (OAR) IRA – 000ANBXD5; 000JMMXD5; 000MMMXD5; 000NMMXD5; 000YMMXD5

---

**From:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Sent:** Tuesday, February 11, 2025 11:39 AM
**To:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Lane, Gary <Lane.Gary@epa.gov>; Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

Yes. The OCFO received updated guidance/memorandum. Thanks

Adil

---

**From:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>
**Sent:** Tuesday, February 11, 2025 11:36 AM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Sensitivity Label: CGIF Confidential - Third Party

Hi Adil,

According to Office of Budget we had authority to un-pause all funding on 02/07/2025. Is the email below stating that we should re-instate a pause on the funding.

Thanks,

**Joshua Wilcox**
Senior Consultant
P. 703-227-4622 | M. 703-395-9210
joshua.wilcox@cgifederal.com

EPA_00006221

**CGI**

---

**From:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Sent:** Tuesday, February 11, 2025 11:31 AM
**To:** Lane, Gary <Lane.Gary@epa.gov>; Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Lavergne, Dany <lavergne.dany@epa.gov>; chaki.sanjib@epa.gov; Bell, Caesar <Bell.Caesar@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report
**Importance:** High


Sensitivity Label: CGIF Confidential - Third Party

**EXTERNAL SENDER:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.


Hi – confirming that the control is in place for these:

Pursuant to the review of financial assistance programs announced by the Acting Deputy Administrator on February 6, the following accounts are temporarily paused for new obligations or disbursements for assistance agreements, loans, rebates, interagency agreements, procurements, and no-cost actions pending a review for compliance with applicable administrative rules and policies.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)
Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
GHG Air Pollution Implementation Grants (OAR) (STAG)
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)

Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)


Adil

---

**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Friday, February 7, 2025 10:07 AM
**To:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

Thanks Josh!

---

**From:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>
**Sent:** Friday, February 7, 2025 10:05 AM
**To:** Lane, Gary <Lane.Gary@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Sensitivity Label: CGIF Confidential - Third Party

Gary,

The Relationship Edits have been marked inactive, the Prevent New Use has been lifted and the Pre Disbursement SQL has been deactivated.

Thanks,

**Joshua Wilcox**
Senior Consultant
P. 703-227-4622 | M. 703-395-9210
 joshua.wilcox@cgifederal.com
**CGI**

---

**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Friday, February 7, 2025 9:45 AM
**To:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy

<Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>;
Lavergne, Dany <lavergne.dany@epa.gov>; chaki.sanjib@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

Sensitivity Label: CGIF Confidential - Third Party

> **EXTERNAL SENDER:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

OTS – We have clearance to un pause all funding.   You can cancel release all relationship edits 588, 589, 600, 601 and SQL

---

**From:** Lane, Gary
**Sent:** Wednesday, February 5, 2025 7:54 PM
**To:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Gulamali, Adil <Gulamali.Adil@epa.gov>;
Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>;
Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany
<lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

Thank you

---

**From:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>
**Sent:** Wednesday, February 5, 2025 5:30 PM
**To:** Lane, Gary <Lane.Gary@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Annalena.Winer@cgifederal.com;
Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory
<luebbering.gregory@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany
<lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Sensitivity Label: CGIF Confidential - Third Party

Gary,

Relationship Edit 601 has been updated. Please let me know if you have any questions.

Thanks,

**Joshua Wilcox**
Senior Consultant
P. 703-227-4622 | M. 703-395-9210
joshua.wilcox@cgifederal.com
**CGI**

**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Wednesday, February 5, 2025 4:55 PM
**To:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Lavergne, Dany <lavergne.dany@epa.gov>; chaki.sanjib@epa.gov; Bell, Caesar <Bell.Caesar@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

> **EXTERNAL SENDER:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Josh,  we have clearance to un-pause the following IRA programs:

1.    Enforcement Technology and Public Information - Compliance Monitoring
2.    Funding for Enforcement technology and Public Information- Inspection Software

Can you add the 3 PRCs below to the 601 Rel Edit so that the above 2 programs are exempted from the pause like the Consumer Education program?   The 3 PRCs are only belong to Fund code BFSX



**From:** Lane, Gary <Lane.Gary@epa.gov>
**Sent:** Tuesday, February 4, 2025 5:12 PM
**To:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Annalena.Winer@cgifederal.com; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>; Bell, Caesar <Bell.Caesar@epa.gov>
**Subject:** Re: IRA/IIJA Disapproved Payments Report

Thanks Josh these changes looks like they should accomplish what we discussed.

Get Outlook for iOS

**From:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>
**Sent:** Tuesday, February 4, 2025 4:18:40 PM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Annalena.Winer@cgifederal.com <Annalena.Winer@cgifederal.com>;
Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory
<luebbering.gregory@epa.gov>
**Cc:** Lane, Gary <Lane.Gary@epa.gov>; Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@cgifederal.com
<Annalena.Winer@cgifederal.com>; Lavergne, Dany <lavergne.dany@epa.gov>; Chaki, Sanjib <chaki.sanjib@epa.gov>;
Bell, Caesar <Bell.Caesar@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Sensitivity Label: CGIF Confidential - Third Party

Adil / Gary,

Please review the below changes in Compass based off the guidance provided and let us know if you have any questions or concerns.

**Guidance 1: IIJA Blocking only CSB**
--Blocking These PRCS - Prevent New Use PRCs / Blocking All Payments with these PRCs / Relationship Edit for PRCs
select * from openffs.mf_prog_bfy
where cd in ('000AH4X74', '000MMMX74', '000JMMX74', '000WMMX74',
'000NMMX74','000YMMX74','000AH4X75','000MMMX75','000JMMX75','000NMMX75','000YMMX75');

--**PNU:** This sets the Prevent New Use on the PRCs listed below
UPDATE OPENFFS.MF_PROG_BFY
SET pvnt_new_use_fl = 'T', oplk = sysdate
where pvnt_new_use_fl = 'F'
and cd in  ('000AH4X74', '000MMMX74', '000JMMX74', '000WMMX74',
'000NMMX74','000YMMX74','000AH4X75','000MMMX75','000JMMX75','000NMMX75','000YMMX75');

--**Disbursement SQL:** This will select and disapprove all payments on the Undisbursed Payment Query that contain the list of PRCs. Please note that this update is only on IP Header Accounting Lines and not Itemized Accounting Lines since this is related to CSB Transactions.
--Select
select a.schd_dt, a.pymt_doc_typ, a.pymt_doc_num, a.uidy_lo,from_tz(cast(a.oplk as timestamp), 'GMT') at time zone 'US/Eastern' acutaltime,a.oplk, a.disb_apvl_fl, a.last_modf_by_id, a.bbfy, a.ebfy, a.fund, a.pymt_ta,
b.prog_id
from openffs.mf_udsb_pymt a, openffs.mf_ip_actg_ln b
where  a.pymt_doc_id = b.uidy
and regexp_substr(b.prog_id,'[^&]+',1,2) in ('000AH4X74', '000MMMX74', '000JMMX74', '000WMMX74',
'000NMMX74','000YMMX74','000AH4X75','000MMMX75','000JMMX75','000NMMX75','000YMMX75')
and disb_apvl_fl = 'T';

--Update
update openffs.mf_udsb_pymt set disb_apvl_fl = 'F' where disb_apvl_fl = 'T' and pymt_doc_id in (select b.uidy from openffs.mf_udsb_pymt a, openffs.mf_ip_actg_ln b
where  a.pymt_doc_id = b.uidy
and regexp_substr(b.prog_id,'[^&]+',1,2) in ('000AH4X74', '000MMMX74', '000JMMX74', '000WMMX74',
'000NMMX74','000YMMX74','000AH4X75','000MMMX75','000JMMX75','000NMMX75','000YMMX75'));

--**Relationship Edit:** Relationship Edit for Preventing Transactions to process that contain these PRCS
/*
Relationship Edit 600

If
(

( Header\Accounting Line\PRC (program) is equal to 000AH4X74 )
or          ( Header\Accounting Line\PRC (program) is equal to 000MMMX74 )
or          ( Header\Accounting Line\PRC (program) is equal to 000JMMX74 )
or          ( Header\Accounting Line\PRC (program) is equal to 000WMMX74 )
or          ( Header\Accounting Line\PRC (program) is equal to 000NMMX74 )
or          ( Header\Accounting Line\PRC (program) is equal to 000YMMX74 )
or          ( Header\Accounting Line\PRC (program) is equal to 000AH4X75 )
or          ( Header\Accounting Line\PRC (program) is equal to 000MMMX75 )
or          ( Header\Accounting Line\PRC (program) is equal to 000JMMX75 )
or          ( Header\Accounting Line\PRC (program) is equal to 000NMMX75 )
or          ( Header\Accounting Line\PRC (program) is equal to 000YMMX75 )
)
Then
(

( Header\Accounting Line\Original Accounting Period (originalAccountingPeriod) is less than or equal to 03/2025 )
)
Else
          IIJA Funds / PRCs are not allowed to be used on this transaction
*/


**Guidance 2: IRA Blocking Non OAR Consumer Education Fund**

--**PNU:** This sets the Prevent New Use on the Funds listed below
update openffs.mf_fund
set oplk = sysdate, pvnt_new_use_fl = 'T'
where cd in
('BSF5','BSF5A','CSFX','E1SF3','E1SF5','E1SF5A','E1SF7','E1SFX','E1SFXA','E4SF5','E4SF5A','E4SF6','E4SF6A','E4SFX','E4SFXA'
);

--**Disbursement SQL:** This will select and disapprove all payments on the Undisbursed Payment Query that contain the
list of Funds.
--Select
select schd_dt, pymt_doc_typ, pymt_doc_num, uidy_lo,from_tz(cast(oplk as timestamp), 'GMT') at time zone
'US/Eastern' acutaltime,oplk, disb_apvl_fl, last_modf_by_id, bbfy, ebfy, fund, pymt_ta
from openffs.mf_udsb_pymt
where fund in
('BSF5','BSF5A','CSFX','E1SF3','E1SF5','E1SF5A','E1SF7','E1SFX','E1SFXA','E4SF5','E4SF5A','E4SF6','E4SF6A','E4SFX','E4SFXA'
)
and disb_apvl_fl = 'T';

--Update
update openffs.mf_udsb_pymt set disb_apvl_fl = 'F' where disb_apvl_fl = 'T' and fund in
('BSF5','BSF5A','CSFX','E1SF3','E1SF5','E1SF5A','E1SF7','E1SFX','E1SFXA','E4SF5','E4SF5A','E4SF6','E4SF6A','E4SFX','E4SFXA'
);

--**Relationship Edit:** Relationship Edit for Preventing Transactions to process that contain these Funds
/*
Relationship Edit 588

If
(

( Header\Accounting Line\Fund (fund) is equal to BSF5 )
or        ( Header\Accounting Line\Fund (fund) is equal to BSF5A )
or        ( Header\Accounting Line\Fund (fund) is equal to CSFX )
or        ( Header\Accounting Line\Fund (fund) is equal to E1SF3 )
or        ( Header\Accounting Line\Fund (fund) is equal to E1SF5 )
or        ( Header\Accounting Line\Fund (fund) is equal to E1SF5A )
or        ( Header\Accounting Line\Fund (fund) is equal to E1SF7 )
or        ( Header\Accounting Line\Fund (fund) is equal to E1SFX )
or        ( Header\Accounting Line\Fund (fund) is equal to E1SFXA )
or        ( Header\Accounting Line\Fund (fund) is equal to E4SF5 )
or        ( Header\Accounting Line\Fund (fund) is equal to E4SF5A )
or        ( Header\Accounting Line\Fund (fund) is equal to E4SF6 )
or        ( Header\Accounting Line\Fund (fund) is equal to E4SF6A )
or        ( Header\Accounting Line\Fund (fund) is equal to E4SFX )
or        ( Header\Accounting Line\Fund (fund) is equal to E4SFXA )
)
Then
(

( Header\Accounting Line\Original Accounting Period (originalAccountingPeriod) is less than or equal to 03/2025 )
)
Else
          IIJA and IRA Funds are not allowed to be used on this transaction.


Relationship Edit 589:

If
(

( Header\Itemized Line\Accounting Line\Fund (fund) is equal to BSF5 )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to BSF5A )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to CSFX )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to E1SF3 )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to E1SF5 )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to E1SF5A )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to E1SF7 )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to E1SFX )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to E1SFXA )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to E4SF5 )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to E4SF5A )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to E4SF6 )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to E4SF6A )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to E4SFX )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to E4SFXA )
)

Then
(

( Header\Itemized Line\Accounting Line\Original Accounting Period (originalAccountingPeriod) is less than or equal to 03/2025 )
)
Else
        IIJA and IRA Funds are not allowed to be used on this transaction.

*/

**Guidance 3:** OAR Consumer Education Fund Allow 'BSFX','BSFXA' only with PRCs 000ANAXD4, 000JMMXD4, 000MMXD4, 000NMMXD4, 000YMMXD4

--**No PNU:** Cannot put a prevent new use on PRCs nor Fund Codes.

--**Disbursement SQL:** This will select and disapprove all payments on the Undisbursed Payment Query that contain the funds BSFX and BSFXA and do not contain the PRCs 000ANAXD4, 000JMMXD4, 000MMXD4, 000NMMXD4, 000YMMXD4.
--Select
select a.schd_dt, a.pymt_doc_typ, a.pymt_doc_num, a.uidy_lo,from_tz(cast(a.oplk as timestamp), 'GMT') at time zone 'US/Eastern' acutaltime,a.oplk, a.disb_apvl_fl, a.last_modf_by_id, a.bbfy, a.ebfy, a.fund, a.pymt_ta,
b.prog_id
from openffs.mf_udsb_pymt a, openffs.mf_ip_actg_ln b
where  a.pymt_doc_id = b.uidy
and a.fund in ('BSFX', 'BSFXA')
and regexp_substr(b.prog_id, '[^&]+',1,2) not in ('000ANAXD4', '000JMMXD4', '000MMXD4', '000NMMXD4',
'000YMMXD4')
and disb_apvl_fl = 'T'
union
select a.schd_dt, a.pymt_doc_typ, a.pymt_doc_num, a.uidy_lo,from_tz(cast(a.oplk as timestamp), 'GMT') at time zone 'US/Eastern' acutaltime,a.oplk, a.disb_apvl_fl, a.last_modf_by_id, a.bbfy, a.ebfy, a.fund, a.pymt_ta,
b.prog_id
from openffs.mf_udsb_pymt a, openffs.mf_pyfd_actg_ln b
where  a.pymt_doc_id = b.uidy
and a.fund in ('BSFX', 'BSFXA')
and regexp_substr(b.prog_id, '[^&]+',1,2) not in ('000ANAXD4', '000JMMXD4', '000MMXD4', '000NMMXD4',
'000YMMXD4')
and disb_apvl_fl = 'T';


--Update
update openffs.mf_udsb_pymt set disb_apvl_fl = 'F' where disb_apvl_fl = 'T' and fund in ('BSFX', 'BSFXA')
and pymt_doc_id in (select b.uidy from openffs.mf_udsb_pymt a, openffs.mf_ip_actg_ln b
where  a.pymt_doc_id = b.uidy
and regexp_substr(b.prog_id, '[^&]+',1,2) not in ('000ANAXD4', '000JMMXD4', '000MMXD4', '000NMMXD4',
'000YMMXD4'));

update openffs.mf_udsb_pymt set disb_apvl_fl = 'F' where disb_apvl_fl = 'T' and fund in ('BSFX', 'BSFXA')
and pymt_doc_id in (select b.uidy from openffs.mf_udsb_pymt a, openffs.mf_pyfd_actg_ln b
where  a.pymt_doc_id = b.uidy
and regexp_substr(b.prog_id, '[^&]+',1,2) not in ('000ANAXD4', '000JMMXD4', '000MMXD4', '000NMMXD4',
'000YMMXD4'));

--**Relationship Edit**: Relationship Edit for Allowing Transactions to process that contain Funds BSFX and BSFXA and PRCs 000ANAXD4, 000JMMXD4, 000MMMXD4, 000NMMXD4, 000YMMXD4
/*
Relationship Edit 601

If
(

( Header\Itemized Line\Accounting Line\Fund (fund) is equal to BSFX )
or        ( Header\Itemized Line\Accounting Line\Fund (fund) is equal to BSFXA )
)
and
(

( Header\Itemized Line\Accounting Line\PRC (program) is not equal to 000ANAXD4 )
or        ( Header\Itemized Line\Accounting Line\PRC (program) is not equal to 000JMMXD4 )
or        ( Header\Itemized Line\Accounting Line\PRC (program) is not equal to 000MMMXD4 )
or        ( Header\Itemized Line\Accounting Line\PRC (program) is not equal to 000NMMXD4 )
or        ( Header\Itemized Line\Accounting Line\PRC (program) is not equal to 000YMMXD4 )
)
Then
(

( Header\Itemized Line\Accounting Line\Original Accounting Period (originalAccountingPeriod) is less than or equal to 03/2025 )
)
Else
        IRA Funds are not allowed to be used on this transaction.
    */

Please let me know if you have any questions or concerns.

Thanks,


**Joshua Wilcox**
Senior Consultant
P. 703-227-4622 | M. 703-395-9210
joshua.wilcox@cgifederal.com
**CGI**

---

**From:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Sent:** Tuesday, February 4, 2025 1:18 PM
**To:** Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Lane, Gary <Lane.Gary@epa.gov>; Balderes, Jaron <Balderes.Jaron@epa.gov>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Lavergne, Dany <lavergne.dany@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report


Sensitivity Label: CGIF Confidential - Third Party

**EXTERNAL SENDER:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Just received further guidance:

Per the Court Order if the disbursements are federal financial assistance to States they are un-paused. All STAG (except Clean School Bus), Superfund, all IIJA (except clean school bus) and Consumer Education in IRA are approved for un-pausing of obligations and disbursements.

IIJA: All funds can be unlocked **except for** Clean School Bus
IRA: Only unlock OAR Consumer Education Fund

| | Total Authority (Level 7) |
|---|---|
| ⊖  D4 - 60107 Consumer Education | $17,000,000.00 |
| ⊕  MM - Admin: Management and Oversight | $209,000.00 |
| ⊕  NA - Consumer Education | $16,791,000.00 |

- ⊖ Consumer Education (000ANAXD4)
  - ⊕ OAR (A)
- ⊖ Consumer Education (000JMMXD4)
  - ⊕ OCFO (J)
- ⊖ Consumer Education (000MMMXD4)
  - ⊕ OA (M)
- ⊖ Consumer Education (000NMMXD4)
  - ⊕ OGC (N)
- ⊖ Consumer Education (000YMMXD4)
  - ⊕ OMS (Y)

Adil

---

**From:** Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>
**Sent:** Tuesday, February 4, 2025 11:18 AM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Lane, Gary <Lane.Gary@epa.gov>; Balderes, Jaron <Balderes.Jaron@epa.gov>; Annalena.Winer@epa.gov
**Subject:** RE: IRA/IIJA Disapproved Payments Report
**Importance:** High

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Sensitivity Label: CGIF Confidential - Third Party

Adil-

Please confirm that the list below should be blocked for disbursing:
'BSD','BSDA','BSDW','BSF5','BSF5A','BSFX','BSFXA','CSFX'

All other payments will be disbursed if approved.

**Annalena Winer** | Vice President, Consulting Expert | CGI Federal | C: 703-628-9052 | E: annalena.winer@cgifederal.com

---

**From:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Sent:** Tuesday, February 4, 2025 10:33 AM
**To:** Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Lane, Gary <Lane.Gary@epa.gov>; Balderes, Jaron <Balderes.Jaron@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

Sensitivity Label: CGIF Confidential - Third Party

> **EXTERNAL SENDER:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Yes. Thanks

Adil

---

**From:** Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>
**Sent:** Tuesday, February 4, 2025 10:23 AM
**To:** Nelson, Khary <nelson.khary@epa.gov>; Sargent, Randy <Sargent.Randy@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Cc:** Wilcox, Joshua (CGI Federal) <joshua.wilcox@cgifederal.com>; Annalena.Winer@cgifederal.com; Lane, Gary <Lane.Gary@epa.gov>; Balderes, Jaron <Balderes.Jaron@epa.gov>
**Subject:** RE: IRA/IIJA Disapproved Payments Report
**Importance:** High

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Sensitivity Label: CGIF Confidential - Third Party

Adil/Gary-

Please advise if we need to update our daily control to allow for OIG usage of IRA/IIJA funds.

**Annalena Winer** | Vice President, Consulting Expert | CGI Federal | C: 703-628-9052 | E: annalena.winer@cgifederal.com

---

**From:** Nelson, Khary <nelson.khary@epa.gov>
**Sent:** Tuesday, February 4, 2025 10:13 AM
**To:** Sargent, Randy <Sargent.Randy@epa.gov>; Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Luebbering, Gregory <luebbering.gregory@epa.gov>
**Cc:** Winer, Annalena (CGI Federal) <Annalena.Winer@cgifederal.com>; Wilcox, Joshua (CGI Federal)

\<joshua.wilcox@cgifederal.com\>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

Sensitivity Label: CGIF Confidential - Third Party

> **EXTERNAL SENDER:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

All the travel payments are also allowed now.

---

**From:** Sargent, Randy \<Sargent.Randy@epa.gov\>
**Sent:** Tuesday, February 4, 2025 8:58 AM
**To:** Annalena.Winer@cgifederal.com; Luebbering, Gregory \<luebbering.gregory@epa.gov\>; Nelson, Khary \<nelson.khary@epa.gov\>
**Cc:** Annalena.Winer@cgifederal.com; Wilcox, Joshua (CGI Federal) \<joshua.wilcox@cgifederal.com\>
**Subject:** RE: IRA/IIJA Disapproved Payments Report

Annalena – You are not going to like this answer and trying to control this exception is going to be difficult but, there are a couple exceptions.  Yesterday we found out the OIG can use IRA/IIJA funding because they are reviewing the use of funding.  It looks like the PV was for the OIG use of the funds (see below) and can be paid.  It may be the same with Travel.



-----Original Message-----
From: Winer, Annalena (CGI Federal) \<Annalena.Winer@cgifederal.com\>
Sent: Tuesday, February 4, 2025 8:44 AM
To: Sargent, Randy \<Sargent.Randy@epa.gov\>; Luebbering, Gregory \<luebbering.gregory@epa.gov\>
Cc: Annalena.Winer@cgifederal.com; Wilcox, Joshua (CGI Federal) \<joshua.wilcox@cgifederal.com\>
Subject: FW: IRA/IIJA Disapproved Payments Report
Importance: High

Caution: This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

EPA_00006233

Sensitivity Label: CGIF Confidential - Third Party

Please see attached for the payments that were disapproved last night before the cycle.

Please work with Travel folks and not sure who certifies the PV documents.

Annalena Winer | Vice President, Consulting Expert | CGI Federal | C: 703-628-9052 | E: annalena.winer@cgifederal.com

-----Original Message-----
From: momentum@epaccf1lts116.localdomain <momentum@epaccf1lts116.localdomain>
Sent: Monday, February 3, 2025 8:45 PM
To: EPA FSMP Functional Team <EPAFSMPFunctionalTeam@cgifederal.com>; EPA FSMP Support <EPAFSMPSupport@cgifederal.com>
Subject: IRA/IIJA Disapproved Payments Report

EXTERNAL SENDER: Do not click any links or open any attachments unless you trust the sender and know the content is safe.


The IRA/IIJA Disapproved Payments report for 02/03/25 is attached.

This is a system generated email. Please do not reply.
Proprietary/confidential information belonging to CGI Federal Inc. or its affiliates may be contained in this message. If you are not a recipient indicated or intended in this message (or responsible for the delivery of this message to such person), or if you think for any reason that this message may have been addressed to you in error, you may not use or copy or deliver this message to anyone else. In such case, you should destroy this message and are asked to notify the sender by reply email.

Message
_____

**From:**     Gulamali, Adil [Gulamali.Adil@epa.gov]
**Sent:**     2/14/2025 3:46:45 AM
**To:**       Treml, Gregg [Treml.Gregg@epa.gov]; Kadeli, Lek [Kadeli.Lek@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]
**CC:**       Robinson, Angel [robinson.angel@epa.gov]; Lavergne, Dany [lavergne.dany@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]
**Subject:**  FW: Additional Information on IIJA and IRA - program review pause


FYSA

Adil
_____

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Thursday, February 13, 2025 9:12 PM
**To:** Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Shaw, Betsy <Shaw.Betsy@epa.gov>; Hyde, Courtney <Hyde.Courtney@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Adding a few others to make sure we're all aligned on how we interpret the guidance.

We can continue making disbursements and engaging with recipients on work related to those disbursements for programs identified below. There will not be new obligations/ awards for these programs as the oversight continues in that space. With respect to contract spending with IRA funds for these programs, that is a policy decision that we are planning to bring to political leadership. Until we have that decision, please hold off on funding any contract actions with IRA.
_____

**From:** Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Sent:** Thursday, February 13, 2025 5:22 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Shaw, Betsy <Shaw.Betsy@epa.gov>; Hyde, Courtney <Hyde.Courtney@epa.gov>
**Subject:** Re: Additional Information on IIJA and IRA - program review pause

Dan and Melissa - Does this mean all grants are open except GGRF? Also, does this change the status of contracts? We want to confirm before notifying our programs. Thanks.

Tim Roberts
Team Leader/JRO
Acquisition Policy Team
OAR, Office of Program Management Operations
U.S. Environmental Protection Agency
202-564-6004
roberts.timothy-p@epa.gov
_____

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Thursday, February 13, 2025 3:46:27 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support

Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** FW: Additional Information on IIJA and IRA - program review pause

Good afternoon, GMOs,

For your situational awareness.

Thank you,
Melissa

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Thursday, February 13, 2025 3:31 PM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>; Leadership_Deputy_Regional_Administrators <Leadership_Deputy_Regional_Administrators@epa.gov>; Leadership_Deputy_Assistant_Administrators <Leadership_Deputy_Assistant_Administrators@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Li, Sylvana <li.sylvana@epa.gov>; Beg, Gul <Beg.Gul@epa.gov>; Cottrill, Edward <Cottrill.Edward@epa.gov>; Hurley, Kevin <Hurley.Kevin@epa.gov>; Humes, Hamilton <Humes.Hamilton@epa.gov>; Wang, Lili <Wang.Lili@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause
**Importance:** High

Sharing another update as the program review proceeds.

Obligations from EPA already made as of 3 PM EST today can be released for payment. The agency will continue robust oversight of these funds and take appropriate action if any of them are found to be used outside of the terms and conditions of their agreements.

Note this excludes the Greenhouse Gas Reduction Fund.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 6:04 PM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee

<Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Li, Sylvana <li.sylvana@epa.gov>; Beg, Gul <Beg.Gul@epa.gov>; Cottrill, Edward <Cottrill.Edward@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Pursuant to the review of financial assistance programs announced by the Acting Deputy Administrator on February 6, the following accounts are temporarily paused for new obligations or disbursements for assistance agreements, loans, rebates, interagency agreements, procurements, and no-cost actions pending a review for compliance with applicable administrative rules and policies.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)
Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
GHG Air Pollution Implementation Grants (OAR) (STAG)
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)
Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 11:29 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>

**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

We are working expeditiously to carry out the attached and request your assistance where appropriate.

*(excerpt)*

Notwithstanding this directive, any disbursements on open grant awards that were paused due to Office of Management and Budget Memorandum M-25-13 or any Executive Order underlying that Memorandum shall continue to be immediately released, as the Agency initiated on February 3, 2025.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Wednesday, February 5, 2025 11:00 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

Clarifying the compound sentence in the original message.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for:

- federal financial assistance;
- Superfund;
- and the accounts (originally) attached.

Note that thousands of accounts are involved and this is a manual process.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Tuesday, February 4, 2025 1:46 PM
**To:** OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors

<Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** Additional Information on IIJA and IRA
**Importance:** High

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*

Message
_____

**From:**      Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]
**Sent:**      2/14/2025 2:36:50 PM
**To:**        Gulamali, Adil [Gulamali.Adil@epa.gov]; Lavergne, Dany [lavergne.dany@epa.gov]; Jennette, Vonda
               [Jennette.Vonda@epa.gov]; Battin, Andrew [Battin.Andrew@epa.gov]; David, Derek [David.Derek@epa.gov]
**CC:**        Kadeli, Lek [Kadeli.Lek@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]; Robinson, Angel [robinson.angel@epa.gov]
**Subject:**   2/14/25 Contract/Grant List


Adil,

Here is today's list. Note OCFO has one on the list. (144 Items)

| | | | |
|---|---|---|---|
| 2/14/2025 | Contract | 68HERH22F0087 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH22F0113 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0308 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HE0P25F0002 | OFC LANDEMERG MGMT (OLEM)(FUNDING) |
| 2/14/2025 | Contract | 68HE0M24P0037 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERD24F0038 | OFC OF ADMINISTRATOR (OA) (FUNDING) |
| 2/14/2025 | Contract | 68HERD24F0041 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0274 | OFC RESEARCH  DEV (ORD) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0175 | OFC RESEARCH  DEV (ORD) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0263 | OFC RESEARCH  DEV (ORD) (FUNDING) |
| 2/14/2025 | Contract | 68HE0321P0028 | REGION 3 (FUNDING OFFICE) |
| 2/14/2025 | Contract | 68HERC24P0027 | OFC OF MISSION SUPT (OMS) (FUNDING) |
| 2/14/2025 | Contract | 68HERC20C0042 | OFC OF MISSION SUPT (OMS) (FUNDING) |
| 2/14/2025 | Contract | 68HERC20C0061 | OFC OF MISSION SUPT (OMS) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24P0156 | OFC OF ADMINISTRATOR (OA) (FUNDING) |
| 2/14/2025 | Contract | 68HERC24F0374 | OFC RESEARCH  DEV (ORD) (FUNDING) |
| 2/14/2025 | Contract | 68HERH23C0005 | OFC RESEARCH  DEV (ORD) (FUNDING) |
| 2/14/2025 | Contract | 68HERH23F0005 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH22F0013 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0240 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0009 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERC24F0448 | OFC OF MISSION SUPT (OMS) (FUNDING) |
| 2/14/2025 | Contract | 68HERC25F0063 | OFC OF MISSION SUPT (OMS) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24P0157 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERC24F0156 | OFFICE FOR WATER (OW) (FUNDING) |
| 2/14/2025 | Contract | 68HERH23F0120 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH23F0085 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH23F0165 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0289 | OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJECR) |
| 2/14/2025 | Contract | 68HERC24F0535 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 2/14/2025 | OFC CHIEF FINAN OFCR(OCFO)(FUNDING) |
| 2/14/2025 | Contract | 68HERH22P0173 | OFC OF ADMINISTRATOR (OA) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0283 | OFC FOR AIR  RAD (OAR) (FUNDING) |

| 2/14/2025 | Contract | 68HERH24F0213 | OFC FOR AIR  RAD (OAR) (FUNDING) |
|-----------|----------|---------------|----------------------------------|
| 2/14/2025 | Contract | 68HERH24F0193 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Grant | 96713101 | https://www.usaspending.gov/award/ASST_NON_96713101_6800 |
| 2/14/2025 | Grant | 00A01507 | https://www.usaspending.gov/award/ASST_NON_00A01507_6800 |
| 2/14/2025 | Grant | 02F54701 | https://www.usaspending.gov/award/ASST_NON_02F54701_6800 |
| 2/14/2025 | Grant | 84061101 | https://www.usaspending.gov/award/ASST_NON_84061101_6800 |
| 2/14/2025 | Grant | 95341301 | https://www.usaspending.gov/award/ASST_NON_95341301_6800 |
| 2/14/2025 | Grant | 02J63801 | https://www.usaspending.gov/award/ASST_NON_02J63801_6800 |
| 2/14/2025 | Grant | 00E03682 | https://www.usaspending.gov/award/ASST_NON_00E03682_6800 |
| 2/14/2025 | Grant | 95340301 | https://www.usaspending.gov/award/ASST_NON_95340301_6800 |
| 2/14/2025 | Grant | 02F54601 | https://www.usaspending.gov/award/ASST_NON_02F54601_6800 |
| 2/14/2025 | Grant | 02F5550A | https://www.usaspending.gov/award/ASST_NON_02F5550A_6800 |
| 2/14/2025 | Grant | 96393701 | https://www.usaspending.gov/award/ASST_NON_96393701_6800 |
| 2/14/2025 | Grant | 95336201 | https://www.usaspending.gov/award/ASST_NON_95336201_6800 |
| 2/14/2025 | Grant | 95336401 | https://www.usaspending.gov/award/ASST_NON_95336401_6800 |
| 2/14/2025 | Grant | 95336901 | https://www.usaspending.gov/award/ASST_NON_95336901_6800 |
| 2/14/2025 | Grant | 95337701 | https://www.usaspending.gov/award/ASST_NON_95337701_6800 |
| 2/14/2025 | Grant | 00E03638 | OFC FOR AIR  RAD (OAR)/ASST_NON_00E03638_6800 |
| 2/14/2025 | Grant | 00E03637 | OFC FOR AIR  RAD (OAR)/ASST_NON_00E03637_6800 |
| 2/14/2025 | Grant | 00E03634 | OFC FOR AIR  RAD (OAR)/ASST_NON_00E03634_6800 |
| 2/14/2025 | Grant | 00E03636 | OFC FOR AIR  RAD (OAR)/ASST_NON_00E03636_6800 |
| 2/14/2025 | Grant | 00E03632 | OFC FOR AIR  RAD (OAR)/ASST_NON_00E03632_6800 |
| 2/14/2025 | Grant | 95336701 | https://www.usaspending.gov/award/ASST_NON_95336701_6800 |
| 2/14/2025 | Grant | 95337501 | https://www.usaspending.gov/award/ASST_NON_95337501_6800 |
| 2/14/2025 | Grant | 95337801 | https://www.usaspending.gov/award/ASST_NON_95337801_6800 |
| 2/14/2025 | Grant | 95336301 | https://www.usaspending.gov/award/ASST_NON_95336301_6800 |
| 2/14/2025 | Grant | 84032601 | https://www.usaspending.gov/award/ASST_NON_84032601_6800 |
| 2/14/2025 | Grant | 84032801 | https://www.usaspending.gov/award/ASST_NON_84032801_6800 |
| 2/14/2025 | Grant | 84034101 | https://www.usaspending.gov/award/ASST_NON_84034101_6800 |
| 2/14/2025 | Grant | 02F17301 | https://www.usaspending.gov/award/ASST_NON_02F17301_6800 |
| 2/14/2025 | Grant | 98T46801 | https://www.usaspending.gov/award/ASST_NON_98T46801_6800 |
| 2/14/2025 | Grant | 96239022 | https://www.usaspending.gov/award/ASST_NON_96239022_6800 |
| 2/14/2025 | Grant | 02D34022 | https://www.usaspending.gov/award/ASST_NON_02D34022_6800 |
| 2/14/2025 | Grant | 95815340 | https://www.usaspending.gov/award/ASST_NON_95815340_6800 |
| 2/14/2025 | Grant | 00E03323 | https://www.usaspending.gov/award/ASST_NON_00E03323_6800 |
| 2/14/2025 | Grant | 00E03325 | https://www.usaspending.gov/award/ASST_NON_00E03325_6800 |
| 2/14/2025 | Grant | 02F26301 | https://www.usaspending.gov/award/ASST_NON_02F26301_6800 |
| 2/14/2025 | Grant | 00A00834 | https://www.usaspending.gov/award/ASST_NON_00A00834_6800 |
| 2/14/2025 | Grant | 02J25101 | https://www.usaspending.gov/award/ASST_NON_02J25101_6800 |
| 2/14/2025 | Grant | 95307601 | https://www.usaspending.gov/award/ASST_NON_95307601_6800 |
| 2/14/2025 | Grant | 02J25001 | https://www.usaspending.gov/award/ASST_NON_02J25001_6800 |
| 2/14/2025 | Grant | 02D46823 | https://www.usaspending.gov/award/ASST_NON_02D46823_6800 |
| 2/14/2025 | Grant | 02D46623 | https://www.usaspending.gov/award/ASST_NON_02D46623_6800 |
| 2/14/2025 | Grant | 02D46723 | https://www.usaspending.gov/award/ASST_NON_02D46723_6800 |
| 2/14/2025 | Grant | 00E03688 | https://www.usaspending.gov/award/ASST_NON_00E03688_6800 |

| | | | |
|---|---|---|---|
| 2/14/2025 | Grant | 00E03685 | https://www.usaspending.gov/award/ASST_NON_00E03685_6800 |
| 2/14/2025 | Grant | 00I28300 | https://www.usaspending.gov/award/ASST_NON_00I28300_6800 |
| 2/14/2025 | Grant | 00I28400 | https://www.usaspending.gov/award/ASST_NON_00I28400_6800 |
| 2/14/2025 | Grant | 97T04901 | https://www.usaspending.gov/award/ASST_NON_97T04901_6800 |
| 2/14/2025 | Grant | 97T05301 | https://www.usaspending.gov/award/ASST_NON_97T05301_6800 |
| 2/14/2025 | Grant | 02F58501 | https://www.usaspending.gov/award/ASST_NON_02F58501_6800 |
| 2/14/2025 | Grant | 02F58401 | https://www.usaspending.gov/award/ASST_NON_02F58401_6800 |
| 2/14/2025 | Grant | 02J64801 | https://www.usaspending.gov/award/ASST_NON_02J64801_6800 |
| 2/14/2025 | Grant | 96235123 | https://www.usaspending.gov/award/ASST_NON_96235123_6800 |
| 2/14/2025 | Grant | 95312301 | https://www.usaspending.gov/award/ASST_NON_95312301_6800 |
| 2/14/2025 | Grant | 00E03324 | https://www.usaspending.gov/award/ASST_NON_00E03324_6800 |
| 2/14/2025 | Grant | 96700101 | https://www.usaspending.gov/award/ASST_NON_96700101_6800 |
| 2/14/2025 | Grant | 96394301 | https://www.usaspending.gov/award/ASST_NON_96394301_6800 |
| 2/14/2025 | Grant | 02J25201 | https://www.usaspending.gov/award/ASST_NON_02J25201_6800 |
| 2/14/2025 | Grant | 00E03687 | https://www.usaspending.gov/award/ASST_NON_00E03687_6800 |
| 2/14/2025 | Grant | 02J64401 | https://www.usaspending.gov/award/ASST_NON_02J64401_6800 |
| 2/14/2025 | Grant | 00A00929 | https://www.usaspending.gov/award/ASST_NON_00A00929_6800 |
| 2/14/2025 | Grant | 98T51901 | https://www.usaspending.gov/award/ASST_NON_98T51901_6800 |
| 2/14/2025 | Grant | 00E03326 | https://www.usaspending.gov/award/ASST_NON_00E03326_6800 |
| 2/14/2025 | Grant | 95815390 | https://www.usaspending.gov/award/ASST_NON_95815390_6800 |
| 2/14/2025 | Grant | 96235423 | https://www.usaspending.gov/award/ASST_NON_96235423_6800 |
| 2/14/2025 | Grant | 97T04501 | https://www.usaspending.gov/award/ASST_NON_97T04501_6800 |
| 2/14/2025 | Grant | 96714201 | https://www.usaspending.gov/award/ASST_NON_96714201_6800 |
| 2/14/2025 | Grant | 95815350 | https://www.usaspending.gov/award/ASST_NON_95815350_6800 |
| 2/14/2025 | Grant | 00E03686 | https://www.usaspending.gov/award/ASST_NON_00E03686_6800 |
| 2/14/2025 | Grant | 97T06901 | https://www.usaspending.gov/award/ASST_NON_97T06901_6800 |
| 2/14/2025 | Grant | 00A01096 | https://www.usaspending.gov/award/ASST_NON_00A01096_6800 |
| 2/14/2025 | Grant | 97T06801 | https://www.usaspending.gov/award/ASST_NON_97T06801_6800 |
| 2/14/2025 | Contract | 68HERH22F0285 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH23F0311 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH22F0251 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH25F0052 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH23F0276 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH22F0294 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH23F0146 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERC23F0140 | OFC RESEARCH  DEV (ORD) (FUNDING) |
| 2/14/2025 | Contract | 68HERH23F0308 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH21F0174 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH23F0314 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH22F0346 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH22F0133 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0404 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0077 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH23F0338 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERC24F0312 | OFC RESEARCH  DEV (ORD) (FUNDING) |

| 2/14/2025 | Contract | 68HERC25F0050 | OFC FOR AIR  RAD (OAR) (FUNDING) |
|---|---|---|---|
| 2/14/2025 | Contract | 68HERH24F0285 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH22F0324 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERH23F0279 | OFC LANDEMERG MGMT (OLEM)(FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0353 | REGION 8 (FUNDING OFFICE) |
| 2/14/2025 | Contract | 68HERC24F0358 | REGION 10 (FUNDING OFFICE) |
| 2/14/2025 | Contract | 68HERH24F0414 | OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJCR) |
| 2/14/2025 | Contract | 68HERC23F0208 | OFFICE FOR WATER (OW) (FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0350 | OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJCR) |
| 2/14/2025 | Contract | 68HERH24F0389 | OFC LANDEMERG MGMT (OLEM)(FUNDING) |
| 2/14/2025 | Contract | 68HERC24F0346 | OFFICE FOR WATER (OW) (FUNDING) |
| 2/14/2025 | Contract | 68HERC23F0202 | OFFICE FOR WATER (OW) (FUNDING) |
| 2/14/2025 | Contract | 68HERC22F0255 | OFFICE FOR WATER (OW) (FUNDING) |
| 2/14/2025 | Contract | 68HERC24F0393 | OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJCR) |
| 2/14/2025 | Contract | 68HERH24F0210 | OFC LANDEMERG MGMT (OLEM)(FUNDING) |
| 2/14/2025 | Contract | 68HERH24F0259 | OFC FOR AIR  RAD (OAR) (FUNDING) |
| 2/14/2025 | Contract | 68HERC24F0170 | OFC RESEARCH  DEV (ORD) (FUNDING) |
| 2/14/2025 | Contract | 68HERH22F0199 | OFC OF ADMINISTRATOR (OA) (FUNDING) |
| 2/14/2025 | Contract | 68HERH22F0243 | OFC LANDEMERG MGMT (OLEM)(FUNDING) |
| 2/14/2025 | Contract | 68HE0324F0042 | REGION 3 (FUNDING OFFICE) |
| 2/14/2025 | Contract | 68HERC22C0049 | V: travel, transport, relocation |

| THE CAUSEWAY AGENCY LLC | N/A | U.S. EPA SMARTWAY TRANSPORT PARTNERSHIP MARKETING, COMMUNICATION & OUTREACH SUPPORT FOR SMARTWAY PUBLIC SERVICE ANNOUNCEMENTS COR: JOANN JACKSON-STEPHENS ALT COR - PATRICE THORNTON |
|---|---|---|
| THE CAUSEWAY AGENCY LLC | N/A | U.S. EPA SMARTWAY TRANSPORT PARTNERSHIP MARKETING, COMMUNICATION & OUTREACH SUPPORT - SMARTWAY FILM AND VIDEO PRODUCTION COR JOANN JACKSON-STEPHENS |
| THE CAUSEWAY AGENCY LLC | N/A | SMARTWAY 20TH ANNIVERSARY AND EARTH DAY PRINT & DIGITAL ADVERTISEMENTS" SUPPORT UNDER BPA# 68HERH22A0001 |
| GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. | N/A | BPA CALL ORDER TITLE: OIL PROGRAM GENERAL TECHNICAL SUPPORT SERVICES (OEM) THE PURPOSE OF THIS ORDER IS TO TO PROVIDE GENERAL TECHNICAL SUPPORT OF DEVELOPMENT OF THE OIL PROGRAM'S OIL POLLUTION PREVENTION AND PREPAREDNESS REGULATIONS (40 CFR P |
| INFORMA BUSINESS MEDIA, INC. | N/A | SIMPLIFIED ACQUISITION - ONE (1) YEAR WARDS INTELLIGENCE SUBSCRIPTION |
| TRUETANDEM, LLC | N/A | CALL ORDER FOR QUILL CORRESPONDENCE MANAGEMENT APPLICATION (MICROSOFT CONSULTING SERVICES) |
| TRUETANDEM, LLC | N/A | U.S. EPA BLANKET PURCHASE AGREEMENT CALL ORDER MICROSOFT CONSULTING SERVICES - MIGRATION OF CLIMATE ADAPTATION MEASURES PROGRAM (CAMP) USER INTERFACE AND MIDDLEWARE LAYERS |

| | | |
|---|---|---|
| SCIENTIFIC CONSULTING GROUP INC | N/A | SCG CONTRACT 68HERC20D0017 TO 35 FOR TECHNOLOGY TRANSFER & MEETING SUPPORT. (TECHNICAL SUPPORT FOR AGENCY TRIBAL SCIENCE ACTIVITIES) |
| SCIENTIFIC CONSULTING GROUP INC | N/A | SUPPORT OFFICE OF RESEARCH AND DEVELOPMENT (ORD) COMMUNICATIONS, CONFERENCE, AND MEETING EXHIBITING. |
| SCIENTIFIC CONSULTING GROUP INC | N/A | TECHNOLOGY TRANSFER, MEETING SUPPORT: FOR TECHNOLOGY TRANSFER SUPPORT, WRITING, EDITING, AND GRAPHIC DESIGN SUPPORT FOR THE FEDERAL ADVISORY COMMITTEE MANAGEMENT AND OVERSIGHT DIVISION CONTRACT # 68HERC20D0017 TASK ORDER # 0036. |
| CORELOGIC SOLUTIONS, LLC | N/A | THIS PURCHASE ORDER IS ONLY FUNDED FOR THE BASE YEAR. OPTIONS MAY BE FUNDED AT TIME OF OPTION POP. THE CONTRACTOR SHALL PROVIDE ACCESS TO REALQUEST ONLINE SERVICE IN ACCORDANCE WITH CORELOGIC QUOTE ID# AKZA-3YH81U. 4 YEAR QUOTE BASE YEAR $4,800 |
| GREENE STREET COMMUNICATIONS LLC | N/A | ENHANCE BEST PRACTICE SHARING AND USE |
| BLOOMBERG INDUSTRY GROUP, INC. | N/A | U.S. EPA-WIDE LIBRARY NETWORK ONLINE ACCESS TO BLOOMBERG'S BUREAU OF NATIONAL AFFAIRS ENVIRONMENT AND ENERGY REPORT. |
| INSIDE WASHINGTON PUBLISHERS LLC | N/A | U.S. EPA ACCESS TO INSIDE WASHINGTON PUBLISHERS' INSIDEEPA.COM |
| POLITICO, LLC | N/A | POLITICO PRO PLUS/PRO ANALYSIS SUBSCRIPTION TO CONSOLIDATE 4 PROGRAM OFFICES FOR 117 USERS-1-YEAR SUBSCRIPTION. |
| ICF INCORPORATED, L.L.C. | N/A | CPHEA EXPERT RECRUITMENT TO SUPPORT ASSESSMENT ACTIVITIES TO#0001 |
| MPF FEDERAL, LLC | N/A | RECRUITMENT AND SUPPORT SERVICES FOR CLINICAL AND EPIDEMIOLOGICAL RESEARCH FOR ORD/CPHEA/PHITD. |
| ABT GLOBAL LLC | N/A | GLOBAL METHANE PLEDGE IMPLEMENTATION SUPPORT TASKS 1,2,6,7,8 |
| ABT GLOBAL LLC | N/A | PROGRAM SUPPORT FOR EPA'S SECTOR'S-BASED TRANSITION UNDER THE AIM ACT TASKS ON GSA'S MULTIPLE AWARD SCHEDULE (MAS) UNDER THE ENVIRONMENTAL SERVICES CATEGORY (541620) COR: ROBERT LANDOLFI |
| ABT GLOBAL LLC | N/A | SUPPORT FOR CLIMATE SCIENCE AND IMPACTS BRANCH |
| ABT GLOBAL LLC | N/A | SUPPORT FOR CLIMATE SCIENCE AND IMPACTS BRANCH |
| ALETO, INC. | N/A | SPACE PLANNING SUPPORT SERVICES TASK ORDER AT EPA HEADQUARTERS, WASHINGTON D.C. AGAINST THE NATIONWIDE SPACE PLANNING ID/IQ CONTRACT |
| ALETO, INC. | N/A | NEW TASK ORDER OFF INDEFINITE-DELIVERY, INDEFINITE QUANTITY (IDIQ) CONTRACT FOR SPACE ANALYSIS, PLANNING, AND PROJECT MANAGEMENT SUPPORT AT THE EPA'S RTP, NC FACILITIES. |
| AMERICAN COUNCIL FOR AN ENERGY EFFICIENT ECONOMY | N/A | GOLD-LEVEL SERVICES FOR THE ACEEE 2024 ENERGY EFFICIENCY POLICY FORUM BASE: JULY 17 2024 - JULY 16 2025 OPTION PERIOD 1: JULY 17 2025 - NOVEMBER 16 2026 |
| EASTERN RESEARCH GROUP INC | N/A | CLOSING AMERICAS WASTEWATER ACCESS GAP COMMUNITY PROGRAM SUPPORT |

| | | |
|---|---|---|
| EASTERN RESEARCH GROUP INC | N/A | PROGRAM SUPPORT FOR CLEAN SCHOOL BUS, DERA, AND IRA TO INCLUDE ADMINISTRATIVE, HELPLINES, PROGRAM OUTREACH, WEBINARS, DEVELOPMENT/IMPLEMENTATION, MEETINGS AND CONFERENCES, BUY AMERICAN (BABAA) IMPLEMENTATION. TOCOR: CHRISTINA GUERRA ALT TOCOR: JO |
| ABT GLOBAL LLC | N/A | TITLE: OPPT ECONOMIC ANALYSIS AND RULEMAKING SUPPORT |
| SCIENTIFIC CONSULTING GROUP INC | N/A | ORIA/IED COMMUNICATIONS, ENGAGEMENT AND GENERAL PROGRAM SUPPORT CALL ORDER WILL SUPPORT GENERAL COMMUNICATIONS AND OUTREACH FOR THE ASTHMA PROGRAM, INCLUDING SENDING EMAIL CAMPAIGNS AND MAINTAINING CONTACT LISTS, PROMOTING ASTHMA AWARENESS MONTH A |
| DELOITTE CONSULTING LLP | N/A | OEJECR STRATEGIC ORGANIZATIONAL TRANSFORMATION MISSION SUPPORT (SOTMS). |
| ICF INCORPORATED, L.L.C. | N/A | ECONOMIC, ENGINEERING, AND ENVIRONMENTAL MODELING, ANALYSIS, AND ASSESSMENT SUPPORT FOR CLEAN AIR POLICIES AND RELATED ENVIRONMENTAL PROGRAMS |
| UVS INFOTECH LLC. | N/A | OFFICE OF CHIEF FINANCIAL OFFICER (OCFO) PEOPLEPLUS (PPL) OPERATIONS AND MAINTENANCE (O&M) SUPPORT SERVICES |
| STRATEGIX MANAGEMENT LLC | N/A | STAKEHOLDER ENGAGEMENT EVENT SUPPORT. |
| SCIENCE APPLICATIONS INTERNATIONAL CORPORATION | N/A | NEW TASK ORDER FOR SUPPORT FOR WEC AND ELECTRONIC GREENHOUSE GAS REPORTING TOOL. PERIOD OF PERFORMANCE 1 JUNE 2024- 31MAY 2025. COR KONG CHIU, CHIU.KONG@EPA.GOV. |
| ICF INCORPORATED, L.L.C. | N/A | CAPACITY-BUILDING TO SUPPORT DEVELOPING COUNTRY REPORTING UNDER THE PARIS AGREEMENT. PERIOD OF PERFORMANCE 4/10/2024 THROUGH 4/9/2025. COR KEYLE HORTON HORTON.KEYLE@EPA.GOV |
| EASTERN RESEARCH GROUP INC | N/A | ENERGY, IPPU AND WASTE SECTOR CAPACITY-BUILDING TO SUPPORT DEVELOPING COUNTRY GHG INVENTORY REPORTING UNDER THE PARIS AGREEMENT  COR: KEYLE HORTON ALT COR: JOHN STELLER |
| HIGHLAND CSB 1, LLC | 66.045 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) TO HIGHLAND FLEETS. THIS AGREEMENT IS TO REPLACE EXISTING SCHOOL BUSES WITH CLEAN AND ZERO EMISSION (ZE) SCHOOL BUSES. THIS PROJECT WILL REPLACE 70 BUSES WITH ZEBS IN SOME OF THE MOST DENSELY POPULATED CITIES IN REGION 7 AS WELL AS A REMOTE TRIBAL COMMUNITY. IN SERVING A DIVERSE SET OF PRIORITY DISTRICTS (ALL OF THEM ARE PRIORITY), THE PROJECT WILL SHOW THAT COMMUNITIES OF ALL SIZES AND DEMOGRAPHIC MAKE-UPS CAN ACCESS THE EMISSION BENEFITS OF ZEBS. BY HELPING URBAN AREAS BEGIN TO ELECTRIFY, THIS PROJECT WILL COMPLEMENT THE RURAL DEPLOYMENTS INITIATED THROUGH THE EPA 2022 REBATES, HELPING PUT REGION 7 ON A PATH TO FULL FLEET ELECTRIFICATION. LEVERAGING A PUBLIC PRIVATE PARTNERSHIP MODEL, THIS HIGHLAND LED APPLICATION WILL ENSURE EFFICIENT AND COST-EFFECTIVE USE OF EPA FUNDING. |

ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING A TOTAL OF 70 BUSES WITH ZERO-EMISSION BUSES (ZEBS). HIGHLAND IS REQUESTING $20,760,000 FROM THE EPA TO REPLACE THESE BUSES AND 58 EVSE L3 CHARGERS. THE NEW SCHOOL BUSES WILL SERVE ST. LOUIS PUBLIC SCHOOLS, NORMANDY SCHOOLS COLLABORATIVE, ACADEACUTE;MIE LAFAYETTE, TOPEKA PUBLIC SCHOOLS, AND UMO N HO N NATION PUBLIC SCHOOL.

SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE 70 ZERO EMISSION BUSES WILL BE REPLACED ACROSS EIGHT DISTRICTS. EACH DISTRICT TO REPLACE, AT LEAST, TWO DIESEL BUSES WITH ZEBS. ALSO, 58 EVSE L3 CHARGERS ARE BEING PURCHASED. THIS PROJECT WILL SERVE OVER 35,000 STUDENTS. GRID WORKS TO ENSURE ENVIRONMENTAL JUSTICE COMMUNITIES ACCESS THE BENEFITS OF THE CLEAN ENERGY TRANSITION BY TRAINING OVER 47,000 PARTICIPANTS WITH THE SKILLS NEEDED TO WORK IN THE SOLAR, CLEAN MOBILITY AND BATTERY STORAGE INDUSTRIES. GRID WILL LEVERAGE ITS EXPERIENCE WITH FEDERALLY FUNDED WORKFORCE DEVELOPMENT PROGRAMS.

THE EXPECTED OUTCOMES FOR HIGHLAND INCLUDE THE ELECTRIC BUSES REDUCING EMISSIONS, SAVE FUEL, IMPROVE AIR QUALITY, REDUCE ABSENTEEISM. ANNUAL REDUCTIONS: 0.036 TONS PM2.5, 2.253 TONS NOX, 0.093 TONS HC, 1,328.1 TONS CO2, 118,052 GALLONS FUEL SAVED. THEY WILL CONTINUE TO TRAIN EXISTING STAFF AND ENSURES EMPLOYEES RETAIN POSITIONS, GAIN NEW SKILLS, AND JOIN THE CLEAN ENERGY ECONOMY. MOREOVER, PERIODIC MAINTENANCE IDENTIFIES AND REPAIRS DAMAGE TO EXTEND THE LIFESPAN OF ZEBS, REDUCING THEIR LIFECYCLE COST AND EMISSIONS IMPACT. III. IMPROVED SAFETY: PROPER MAINTENANCE AND OPERATION OF BUSES ENSURES THEY ARE IN GOOD WORKING ORDER AND DRIVERS ARE TRAINED, PREVENTING ACCIDENTS AND INJURIES. HIGHLAND PROJECT DEVELOPMENT TEAM HAS EVALUATED ENVIRONMENTAL RISKS WITH IMPLEMENTING THIS TECHNOLOGY. THE HAVE A PLAN FOR FLOOD, FIRE, EXTREME WEATHER, GRID CONSTRAINTS, AND EXTENDED POWER OUTAGES.

THE INTENDED BENEFICIARIES INCLUDE A GRANT AGREEMENT BETWEEN HIGHLAND AND EPA. THIS IS A NON-CONSTRUCTION GRANT TYPE. ADDITIONAL BENEFICIARIES ARE ST. LOUIS PUBLIC SCHOOLS, NORMANDY SCHOOLS COLLABORATIVE, ACADEACUTE;MIE LAFAYETTE, TOPEKA PUBLIC SCHOOLS, AND UMO N HO N NATION PUBLIC SCHOOL.

| | | |
|---|---|---|
| BOSTON, CITY OF | 66.045 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) TO THE CITY OF BOSTON (BOSTON PUBLIC SCHOOLS). THIS AGREEMENT IS TO REPLACE EXISTING |

SCHOOL BUSES WITH CLEAN AND ZERO EMISSION (ZE) SCHOOL BUSES.

ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING FIFTY (50) CLASS 7 DIESEL SCHOOL BUSES WITH FIFTY (50) CLASS 7 ELECTRIC SCHOOL BUSES AND FIFTY (50) DIRECT CURRENT (DC) FAST CHARGING INFRASTRUCTURE. THE NEW SCHOOL BUSES WILL SERVE THE BOSTON PUBLIC SCHOOLS (BPS) SCHOOL DISTRICT.

SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE:
- PUBLIC ENGAGEMENT VIA PUBLIC MEETINGS TO ENGAGE AFFECTED COMMUNITIES BEFORE AND AFTER DEPLOYMENT, PUBLIC COMMENT EMAIL INBOX, AND TWO PUBLIC SURVEYS ON ELECTRIC SCHOOL BUSES (ESBS) TO GAGE ATTITUDES, IMPACT, AND FEEDBACK
- CONSTRUCTION BUILDOUT OF SUPPORTING INFRASTRUCTURE TO CHARGE ELECTRIC SCHOOL BUSES (ONE TRANSFORMER, TWO SWITCHGEAR, AND 300+ FEET OF CONDUIT INSTALLED, FIFTY 30 KILOWATT (KW) OR HIGHER DIRECT CURRENT FAST CHARGERS (DCFC) INSTALLED)
- FIFTY DIESEL BUSES TRANSITIONED TO ELECTRIC
- 6,500 SCHOOL CHILDREN NOW SERVED BY A ZERO EMISSION (ZE) SCHOOL BUS
- 40% OF VEHICLE MILES TRAVELED ARE IN ENVIRONMENTAL JUSTICE (EJ) NEIGHBORHOODS TRANSITIONED TO ZE BUSES
- REDUCED AIR POLLUTION BY 0.042 SHORT TONS OF PARTICULATE MATTER (PM2.5), AND 687.9 SHORT TONS OF CARBON DIOXIDE ($CO_2$).
- WORKFORCE DEVELOPMENT VIA TRAINING SESSIONS FOR EACH KEY OPERATIONS TEAM, COACHING FOR DRIVERS, TRAINING FOR NEW DRIVERS, ONBOARDING MECHANICS AND OPERATIONS STAFF TO SUPPORT BUS ROLL OUT, TRAINING FOR FIRE DISTRICT'S FIRST RESPONDERS TO RESPOND TO ESBS, AND TRAINING FOR BUS ROUTERS.
- SHARE LESSONS LEARNED VIA VIRTUAL AND IN-PERSON ENGAGEMENTS TO DISSEMINATE BEST PRACTICE, LESSONS LEARNED ABOUT THE TECHNOLOGY AND ITS US, AND TO SHARE INFORMATION WITH INTERESTED FLEETS ADDRESSING LARGE SCALE COLD WEATHER ESB DEPLOYMENT

THE EXPECTED OUTCOMES INCLUDE:
- INCREASED PUBLIC AWARENESS OF PROJECT AND RESULTS AND INCREASED PUBLIC EXPOSURE TO ELECTRIC VEHICLE (EV) TECHNOLOGY
- STRENGTHENED CAPACITY FOR ELECTRIFICATION AND TRANSPORTATION PLANNING IN BPS DEPARTMENT OF TRANSPORTATION (DOT)
- IMPROVED AMBIENT AIR QUALITY AROUND BUS YARD, EJ NEIGHBORHOODS, AND BROADER CITY
-IMPROVED HEALTH FOR LOCAL SCHOOL CHILDREN, FEWER OF WHOM ARE EXPOSED TO DIESEL EXHAUST EMISSIONS
- GROWTH OF WORKFORCE TO SUPPORT ZERO EMISSION VEHICLES AND KEY COMPONENTS LIKE

| | | |
|---|---|---|
| | | BATTERIES<br>- INCREASED KNOWLEDGE OF SUCCESSFUL USE OF INVOLVED TECHNOLOGIES<br>- INCREASED UNDERSTANDING OF THE ENVIRONMENTAL AND ECONOMIC EFFECTIVENESS OF ESBS IN THE COMMUNITY<br><br>THE INTENDED BENEFICIARIES INCLUDE BOSTON PUBLIC SCHOOLS (BPS); BPS STUDENTS, TEACHERS, AND STAFF; AND THE GREATER BOSTON COMMUNITY. |
| LITTLE ROCK SCHOOL BOARD | 66.045 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) TO LITTLE ROCK SCHOOL BOARD. THIS AGREEMENT IS TO REPLACE EXISTING SCHOOL BUSES WITH CLEAN AND ZERO EMISSION (ZE) SCHOOL BUSES. ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING 25 EXISTING DIESEL SCHOOL BUSES WITH 25 ELECTRIC BUSES AND ACQUIRING OF 14 AUTEL MAXICHARGER DC (DIRECT CURRENT) FAST 80KW DUAL PORT DISPENSERS. THE NEW SCHOOL BUSES WILL SERVE LITTLE ROCK SCHOOL DISTRICT.<br>SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE LRSD WILL TRANSITION ITS BUS FLEET THAT TRANSPORTS STUDENTS WITH SPECIAL NEEDS BY REPLACING 25 CLASS 7 DIESEL SCHOOL BUSES WITH 25 CLASS 7 ELECTRIC BUSES AND AND 14 AUTEL MAXICHARGER DC FAST 80KW DUAL PORT DISPENSERS.<br>REDUCED EMISSIONS AND IMPROVED AMBIENT AIR QUALITY ALONG 25 SCHOOL BUS ROUTES DURING MORNING HOME-TO-SCHOOL ROUTES AND DURING THE AFTERNOON SCHOOL-TO-HOME ROUTES.<br>81% OF THE SPECIAL NEEDS (SPED) POPULATION USING CLEAN TRANSPORTATION WILL EXPERIENCE A DRASTIC REDUCTION IN THEIR EXPOSURE TO HARMFUL EMISSIONS ON THEIR DAILY SCHOOL ROUTE COMMUTE. LONG-TERM BENEFITS TO THE COMMUNITIES AFFECTED BY THE PROJECT, INCLUDE IMPROVEMENTS TO HUMAN HEALTH AND THE ENVIRONMENT, THE LOCAL ECONOMY, SOCIAL CONDITIONS, AND THE WELFARE OF RESIDENTS IN SUCH COMMUNITIES.<br>ESTABLISHMENT OF WORKFORCE TRAINING PROGRAMS FOR ZERO EMISSION VEHICLES AND CHARGING INFRASTRUCTURE.<br>COMMUNITY ENGAGEMENT ADVANCEMENT AND INCREASED PUBLIC AWARENESS OF CSB PROJECT AND RESULTS, AND AN INCREASED UNDERSTANDING OF THE ENVIRONMENTAL OR ECONOMIC EFFECTIVENESS OF THE IMPLEMENTED TECHNOLOGY. WIDESPREAD ADOPTION OF THE IMPLEMENTED TECHNOLOGY. AN INCREASED PUBLIC AWARENESS OF PROJECT AND RESULTS.<br><br>THROUGH ELECTRIFICATION, THE DISTRICT'S MOST VULNERABLE STUDENTS WILL HAVE SAFER, CLEANER AND QUIETER TRANSPORTATION TO AND FROM SCHOOL AND THE COMMUNITY WILL BENEFIT THROUGH A REDUCTION IN CARBON DIOXIDE EMISSIONS FROM DIESEL TAILPIPE EMISSIONS. |

| INSTITUTE FOR SUSTAINABLE COMMUNITIES | 66.309 | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR REGIONAL TCTAC STAFF, PARTNERS, AND TA PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. THE |
|---|---|---|

| | | |
|---|---|---|
| | | PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL. ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN |
| GREEN & HEALTHY HOMES INITIATIVE INC | 66.615 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO GREEN AND HEALTHY HOMES INITIATIVE (GHHI). THE RECIPIENT WILL SERVE AS THE REGION 3 GRANTMAKER FOR EPA'S THRIVING COMMUNITIES GRANTMAKER PROGRAM. GHHI PLANS TO USE A STRONG PARTICIPATORY GOVERNANCE FRAMEWORK TO BUILD CAPACITY IN UNDERSERVED AREAS ACROSS THE MID-ATLANTIC REGION. GHHI'S COMMUNICATION PLAN RECOGNIZES THE NEED TO REACH DIVERSE AUDIENCES USING WIDE-RANGING DELIVERY METHODS AND PARTNERS TO LEVERAGE BEST PRACTICES IN OUTREACH AND IMPLEMENTATION. MOREOVER, GHHI WILL ENGAGE COMMUNITIES THROUGH A STAKEHOLDER ADVISORY BOARD, STATUTORY PARTNERSHIPS, AND MECHANISMS FOR PROVIDING DIRECT FEEDBACK TO ADAPT FREQUENTLY TO THE NEEDS OF COMMUNITIES, PARTICULARLY THOSE FROM DISADVANTAGED OR UNDERSERVED AREAS. COLLECTIVELY, THIS PROJECT WILL DESIGN COMPETITIVE APPLICATION IN-TAKE AND EVALUATION PROCESSES, SUBAWARD PROCESSES, OUTREACH, AND SUPPORT FOR COMMUNITIES THROUGHOUT REGION 3.<br><br> ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE FINALIZING APPLICATION MATERIALS FOR ALL THREE SUBRECIPIENT PHASES, ASSEMBLING THE REVIEW TEAM AND ENSURING REPRESENTATION OF DIVERSE COMMUNITIES. IN THE INITIAL AWARD, THE GRANTMAKER WILL DEVELOP THE OUTREACH PLAN PRIOR TO APPLICATION INTAKE PROCESS, PARTNER |

WITH REGION 3 TCTAC FOR EDUCATION AND
RECRUITMENT EFFORTS, CONDUCT WEBINARS,
CONFERENCE CALLS, AND MEETINGS IN
UNDERSERVED AREAS TO PROMOTE AND EXPLAIN THE
PROGRAM. FINALLY, POTENTIAL CANDIDATES WILL BE
IDENTIFIED FOR $75K NON-COMPETITIVE SUBAWARDS
IN THIS PHASE. SUBRECIPIENT:SUBAWARD:
CHILDREN'S NATIONAL HOSPITAL - WILL PROVIDE
TECHNICAL ASSISTANCE REPLICABLE TOOLS TO
INFORM THE EFFORTS OF GRANTEES UNDER GHHI'S
PROPOSED EPA REGION 3 THRIVING COMMUNITIES
PROGRAM: (I) A REGISTRY OF NEARLY ALL THE
PEDIATRIC PATIENTS WITH ASTHMA IN THE IMMEDIATE
DC REGION; AND (II) A HEALTHY HOUSING MAP WHICH
OVERLAYS AT-RISK PEDIATRIC ASTHMA MORBIDITY
AND ASTHMA-RELATED HEALTH HAZARDS REPORTED
AT MULTI-FAMILY HOUSING COMPLEXES IN DC.
CHILDREN'S NATIONAL WILL ALSO LEVERAGE ITS
NETWORK TO CONDUCT OUTREACH AND PROMOTE
EPA'S TC PROGRAM AWARENESS AND SUPPORT
APPLICANT OUTREACH. SUBAWARD AMOUNT
CALCULATED AT $91.95 PER HOUR, BASED ON BEST
ESTIMATE OF NUMBER OF HOURS TO FULFILL
ACTIVITIES. TOTAL COST OF $109,000 = 54.50% X
$200,000.

 SUBAWARD: HOWARD UNIVERSITY - WILL SUPPORT
GHHI'S THRIVING COMMUNITIES RFA OUTREACH AS
WELL AS PROJECT IMPLEMENTATION. WILL ALSO
PROVIDE TECHNICAL ASSISTANCE THROUGH THE
HOWARD UNIVERSITY SCHOOL OF LAW AND
ENVIRONMENTAL JUSTICE CENTER, AS WELL AS THE
SCHOOL OF ARCHITECTURE AND THURGOOD
MARSHALL CIVIL RIGHTS CENTER. SUBAWARD AMOUNT
CALCULATED AT A $91.95 PER HOUR RATE, BASED ON
BEST ESTIMATE OF NUMBER OF HOURS TO FULFILL
ACTIVITIES. SUBAWARD AMOUNT CALCULATED AT A
$91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF
NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL
COST OF $172,500 = $300,000 X 57.50%.

 SUBAWARD: VIRGINIA POVERTY LAW CENTER - WILL
SUPPORT OUTREACH AS WELL AS PROJECT
IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL
ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT A
$91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF
NUMBER OF HOURS TO FULFILL ACTIVITIES. TOTAL
COST OF $78,000 = $78,000 X 100%.

 SUBAWARD: DELAWARE STATE UNIVERSITY - WILL
SUPPORT OUTREACH AS WELL AS PROJECT
IMPLEMENTATION. WILL ALSO PROVIDE TECHNICAL
ASSISTANCE. SUBAWARD AMOUNT CALCULATED AT AN
$91.95 PER HOUR RATE, BASED ON BEST ESTIMATE OF
NUMBER OF HOURS TO FULFILL ACTIVITIES TOTAL
COST OF $78,000 = $78,000 X 100%.
OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE
UTILIZING PARTNER NETWORKS TO DISTRIBUTE RFA
ANNOUNCEMENTS, HOLD WEBINARS, CONFERENCE
CALLS, AND OUTREACH EVENTS, CONDUCT OFFICE
HOURS TO SUPPORT POTENTIAL APPLICANTS, AND
ENGAGING EXPERTISE OF ADVISORY BOARD AND

| | | TECHNICAL ASSISTANCE STATUTORY PARTNERS TO OVERSEE PRE-APPLICATION PROCESS. THE EXPECTED OUTCOMES INCLUDE DEVELOPMENT OF A TRANSPARENT, EQUITABLE, ENGAGING APPLICATION PROCESS FOR THE SUBSEQUENT |
|---|---|---|
| PHILANTHROPY NORTHWEST | 66.615 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO PHILANTHROPY NORTHWEST (PNW) AS A REGIONAL GRANTMAKER. THE RECIPIENT, ALONG WITH PARTNERS, WILL USE THE INITIAL AWARD TO ESTABLISH AND SUPPORT THE ACCESSIBILITY AND EQUITABLE DISTRIBUTION OF ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES RESOURCES TO HISTORICALLY UNDERSERVED COMMUNITIES TO IMPROVE ENVIRONMENTAL AND COMMUNITY HEALTH AND WELLBEING THROUGH A PASS-THROUGH SUBGRANT PROGRAM. WOVEN THROUGHOUT THE STRUCTURE IS A DELIBERATE AND INTENTIONAL PROCESS TO CENTER COMMUNITY MEMBERS IN DECISION-MAKING. DURING THE PROJECT PERIOD, PNW'S PARTICIPATORY GOVERNANCE APPROACH WILL CONVENE THREE GROUPS: THE ADVISORY GROUP, THE TASK FORCE AND PEER REVIEW GROUP, COMPRISED OF PARTNERS AND COMMUNITY MEMBERS. THESE GROUPS WILL GUIDE OVERALL PROGRAM DEVELOPMENT AND IMPLEMENTATION, HELP DESIGN APPLICATIONS AND SCORING RUBRICS, ESTABLISH METRICS FOR PROJECT OUTCOMES, AND EVALUATE APPLICATIONS. PNW WILL UNDERTAKE STRATEGIC, TARGETED, AND INTENTIONAL OUTREACH TO ENSURE POTENTIAL APPLICANTS THROUGHOUT REGION 10 ARE AWARE OF THE FUNDING OPPORTUNITY AND ENCOURAGED TO APPLY. THE OUTREACH STRATEGY WILL INCLUDE IN-PERSON EVENTS, WEBINARS, A PARTNER OUTREACH TOOLKIT, PAID DIGITAL ADVERTISING, AND REGIONAL-SPECIFIC MESSAGING. ADDITIONALLY, FOUR MAIN SYSTEMS WILL BE USED TO SUPPORT THE EFFICIENT AND EFFECTIVE GRANT AWARD, DISBURSEMENT, TRACKING, ADJUSTMENT, AND FULL EXPENDITURE: AN EASY-TO-USE GRANT APPLICATION PLATFORM, A CUSTOMIZED PROJECT AND GRANTS MANAGEMENT SYSTEM, AND ACCOUNTING SOFTWARE FOR FINANCIAL MANAGEMENT. PNW'S PLAN FOR EPA'S ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES GRANTMAKING PROGRAM IS ANCHORED IN PNW'S CORE GOAL TO DISBURSE PROGRAM FUNDS EXPEDITIOUSLY AND EQUITABLY THROUGH THE DESIGN AND IMPLEMENTATION OF A SIMPLIFIED GRANTMAKING PROCESS THAT: CENTERS COMMUNITY VOICE AND PARTICIPATORY GRANTMAKING; LEVERAGES THE KNOWLEDGE AND RELATIONSHIPS OF OUR PARTNERS; AND ADDRESSES ENVIRONMENTAL JUSTICE ISSUES FOR COMMUNITIES MOST IN NEED.ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE THE FOLLOWING: RECRUIT MEMBERS AND CONVENE MEETINGS OF THE ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP; CO-DESIGN THE GRANTMAKING PROGRAM INCLUDING THE APPLICATION, EVALUATION CRITERIA, AND METRICS; DEVELOP OUTREACH STRATEGY; LAUNCH PROJECT WEBSITE; IMPLEMENT OUTREACH ACTIVITIES SUCH AS |

| | | |
|---|---|---|
| | | IN-PERSON EVENTS, WEBINARS, MESSAGING TOOLKIT, AND MEDIA PLACEMENTS; ESTABLISH PROJECT MANAGEMENT TOOLS INCLUDING APPLICATION PORTAL, GRANTS MANAGEMENT SYSTEM, AND FINANCIAL MANAGEMENT SYSTEM; ESTABLISH A PROCESS FOR QUALITY ASSURANCE PROJECT MANAGEMENT WITH EPA REGIONAL OFFICE; DEVELOP AND OFFER TRAININGS FOR REVIEWERS AND SUBGRANTEES; PROVIDE TECHNICAL ASSISTANCE TO APPLICANTS AND SUBGRANTEES. SUBRECIPIENT:THIS AWARD WILL INCLUDE SUBAWARDS TO THREE DIFFERENT ENTITIES. THE SUBAWARDS WILL SUPPORT THE DESIGN OF THE GRANTMAKING PROGRAM, EXPERTISE ON DATA SOVEREIGNTY FOR TRIBAL COMMUNITIES, OUTREACH AND COMMUNICATIONS TO TRIBAL COMMUNITIES AND OTHER PARTNERS ABOUT THE PROGRAM, APPLICATION REVIEW, ACCESS TO A APPLICATION PLATFORM, APPLICATION REVIEWER SCORING TOOL, TECHNICAL ASSISTANCE WITH THE APPLICATION, GRANTS MANAGEMENT INCLUDING THE REVIEW PROCESS, REPORTING REQUIREMENTS, AND COMMUNICATIONS WITH GRANTEES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ESTABLISHED ADVISORY BOARD, TASK FORCE, AND PEER REVIEW GROUP COMPRISED OF PARTNERS AND COMMUNITY MEMBERS; PROJECT WEBSITE; AN OUTREACH TOOLKIT; SIMPLIFIED GRANT APPLICATION; CUSTOMIZED GRANTS MANAGEMENT SYSTEM; ESTABLISHED FINANCIAL MANAGEMENT SYSTEM; DEVELOPED FINANCIAL MANAGEMENT AND DATA REPORTING TRAINING FOR SUBGRANTEES.<br><br>THE EXPECTED OUTCOMES INCLUDE A GRANTMAKING PROCESS ESTABLISHED WITH PARTICIPATORY GOVERNANCE AND AN ACCESSIBLE GRANTMAKING PROCESS.<br><br>THE INTENDED BENEFICIARIES INCLUDE HISTORICALLY UNDERSERVED COMMUNITIES IN REGION 10 WHICH INCLUDES ALASKA, IDAHO, OREGON, WASHINGTON, AND 271 TRIBAL NA |
| MINNEAPOLIS FOUNDATION | 66.615 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE MINNEAPOLIS FOUNDATION. THIS IS A REGIONAL GRANTMAKER. THE MINNEAPOLIS FOUNDATION, PARTNERED ALONG WITH THE NDN COLLECTIVE, WILL INSTITUTE A GRANTMAKING PROGRAM WITHIN THE REGION 5 STATES. THIS AWARD WILL BE USED TO DEVELOP THE ADMINISTRATIVE AND PROGRAMMATIC STRENGTH NEEDED TO AWARD OVER 200 GRANTS WITHIN REGION 5, TARGETING AREAS SUCH AS RURAL COMMUNITIES, URBAN CENTERS AND TRIBAL COMMUNITIES.<br><br>THE MINNEAPOLIS FOUNDATION WILL DEVELOP A QUALITY MANAGEMENT PLAN, CREATE AN APPLICATION TO SUPPORT THE GRANTMAKING PROGRAM, TRAIN THEIR STATUTORY PARTNER ON EPA REQUIREMENTS, IDENTIFY AND RECRUIT 10 REGIONAL COMMUNITY ADVISORY COMMITTEE (RAC) MEMBERS, AND PERFORM OUTREACH IN THEIR TARGETED COMMUNITIES USING THESE FUNDS. THE MINNEAPOLIS |

FOUNDATION WILL USE THE MONEY ASSOCIATED WITH THIS AWARD TO BUILD UP THEIR GRANT MAKING CAPACITY AND TO COVER ADMINISTRATIVE COSTS ASSOCIATED WITH GRANTMAKING FOR THE NEXT THREE YEARS.
ACTIVITIES:THE ACTIVITIES IN THE INITIAL AWARD PHASE INCLUDE PARTNERING WITH THE NDN COLLECTIVE AND USING THE MINNEAPOLIS FOUNDATION'S PROJECTS (MIDWEST EJ NETWORK AND RE-AMP) TO OUTREACH SPECIFIC COMMUNITIES IN TRIBAL GOVERNMENTS, URBAN EJ AREAS AND RURAL/REMOTE EJ AREAS. ADDITIONALLY, THE MINNEAPOLIS FOUNDATION AND THEIR PARTNERS WILL RECRUIT 10 RESIDENT ADVISORY COMMITTEE CONSULTANTS TO HELP DRAFT THE REQUEST FOR FUNDING AND REVIEW APPLICATIONS. THESE 10 RAC CONSULTANTS WILL BE RECRUITED THROUGHOUT REGION 5 AND BE COMPRISED OF INDIVIDUALS FROM DIFFERENT COMMUNITY ORGANIZATIONS, LOCAL COMMUNITIES AND OTHER PARTNERSHIP TYPES. RAC MEMBERS ALONG WITH THE MINNEAPOLIS FOUNDATION AND NDN COLLECTIVE WILL WORK COLLABORATIVELY TO CREATE AND REVIEW APPLICATIONS ADDRESSING THE SPECIFIC NEEDS OF DISADVANTAGED COMMUNITIES WITHIN THE REGION 5 STATES. VARIOUS PARTNERS HAVE EXPERIENCE WITH PARTICIPATORY GOVERNANCE AND THE MINNEAPOLIS FOUNDATION WILL EXPAND ON THOSE RELATIONSHIPS THROUGH THEIR COLLABORATION WITH OTHER COMMUNITY ORGANIZATIONS. SUBRECIPIENT:NDN COLLECTIVE WILL COLLABORATIVELY OVERSEE AND MONITOR ALL ASPECTS OF PROGRAM IMPLEMENTATION, PAYING PARTICULAR ATTENTION TO COMPLIANCE WITH EPA AND FEDERAL REQUIREMENTS ALONG WITH THE MINNEAPOLIS FOUNDATION. USING A CONSENSUS DECISION-MAKING MODEL, NDN COLLECTIVE AND THE MINNEAPOLIS FOUNDATION WILL IDENTIFY RAC MEMBERS, PARTICIPATE IN RAC MEETINGS AS NON-VOTING PARTICIPANTS, AND OVERSEE IMPLEMENTATION OF RAC DECISIONS AND RECOMMENDATIONS. THIS PARTNERSHIP WILL ALSO SERVE AS DECISION MAKERS FOR ADMINISTRATIVE DECISIONS THAT NEED TO BE MADE ON AN IMMEDIATE BASIS. ADDITIONALLY, NDN COLLECTIVE PROVIDES CRITICAL KNOWLEDGE OF INDIGENOUS PRACTICE, CUSTOMS AND KNOWLEDGE TO SUPPORT TARGETED OUTREACH TO TRIBAL COMMUNITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE DEVELOPING AN ONLINE PLATFORM FOR COLLECTING APPLICATIONS AND REPORTING, TRAINING STATUTORY PARTNERS IN QUALITY ASSURANCE, MONITORING TYPE AND AMOUNT OF OUTREACH IN DIFFERENT COMMUNITY TYPES, KEEPING APPLICATION DECISIONS NO MORE THAN 5 MONTHS FROM APPLICATION SUBMISSION, AND MONITORING APPLICANT SATISFACTION WITH THE APPLICATION PROCESS.

 THE EXPECTED OUTCOMES INCLUDE SHORT TERM OUTCOMES SUCH AS INCREASING THE NUMBER OF DISADVANTAGED COMMUNITY RESIDENTS THAT HAVE KNOWLEDGE AND SKILLS ABOUT ENGAGING IN EJ, PUBLIC HEALTH OR CLIMATE CHANGE ISSUES IN THEIR

| | | COMMUNITIES, INCREASING THE NUMBER OF DISADVANTAGED COMMUNITY MEMBERS WITH RELIABLE ACCESS TO ENVIRONMENTAL DATA AND INCREASING GRASS-ROOT LED COLLABORATIONS AND PARTNERSHIPS WORKING TO IMPROVED ENVIRONMENTAL QUALITY AND PUBLIC HEALTH IN DISADVANTAGED COMMUNITIES. INTERMEDIATE OUTCOMES INCLUDE INCREASING THE NUMBER OF COMMUNITIES THAT HAVE CAPACITY TO COLLECT, ANALYZE AND SHARE ENVIRONMENTAL DATA, REDUCE PUBLIC EXPOSURE TO TOXINS AND POLLUTANTS IN AREAS THAT WERE RESTORES OR CLEANED UP AND INCREASED NUMBER OF CBOS WITH INCREASED CAPACITY IN TERMS OF FUNDING, STAFF AND SKILLS. LONG |
|---|---|---|
| SCHOOL DISTRICT OF PHILADELPHIA | 66.045 | DESCRIPTION:THIS BIPARTISAN INFRASTRUCTURE LAW (ALSO KNOWN AS THE INFRASTRUCTURE INVESTMENT AND JOBS ACT) FUNDED GRANT PROVIDES FUNDING TO THE SCHOOL DISTRICT OF PHILADELPHIA TO REPLACE EXISTING SCHOOL BUSES WITH CLEAN AND ZERO EMISSION (ZE) SCHOOL BUSES.<br><br> ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING 20 TYPE C DIESEL BUSES WITH 20 TYPE C ELECTRIC SCHOOL BUSES AND INSTALLING 10 DUAL LEVEL 2 AC CHARGERS. THE NEW SCHOOL BUSES WILL SERVE THE SCHOOL DISTRICT OF PHILADELPHIA. SUBRECIPIENT:THE SCHOOL DISTRICT OF PHILADELPHIA IS PARTNERING WITH MURAL ARTS PHILADELPHIA (THE LARGEST PUBLIC ARTS ORGANIZATION IN THE US) AS ONE OF THE GRANT'S COMMUNITY ENGAGEMENT ACTIVITIES. TWO SCHOOL BUILDINGS ALONG BUS ROUTES SERVED BY THE NEW ZEVS WILL RECEIVE A MURAL PROJECT AND EDUCATION CAMPAIGN ON SCHOOL BUS ELECTRIFICATION, ENVIRONMENTAL JUSTICE, AND COMMUNITY HEALTH. IN CONSULTATION WITH THE SDP FACILITIES OFFICE AND INDIVIDUAL SCHOOL LEADERS, SITES WILL BE SELECTED THAT HAVE NOT HISTORICALLY RECEIVED THIS TYPE OF IN-KIND ACTIVITY. THEY ARE LOCATED IN AREAS OF THE CITY MOST ADVERSELY AFFECTED BY ENVIRONMENTAL, CLIMATE CHANGE, AND HUMAN HEALTH HARMS. THIS MURAL PROJECT WILL THEMATICALLY FOCUS ON THE ENVIRONMENTAL IMPACTS OF ENERGY (FROM DIESEL TO ELECTRIC) AND ITS BENEFITS TO THE LARGER SCHOOL COMMUNITY, NEIGHBORHOOD AIR QUALITY, AND THE CONNECTION BETWEEN ENVIRONMENTAL JUSTICE AND COMMUNITY HEALTH. OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE REPLACING 20 TYPE C DIESEL BUSES WITH 20 TYPE C ELECTRIC SCHOOL BUSES AND INSTALLING 10 DUAL LEVEL 2 AC CHARGERS. ANOTHER DELIVERABLE IS THE PARTNERSHIP WITH MURAL ARTS PHILADELPHIA, WHICH IS THE NATION'S LARGEST PUBLIC ART PROGRAM. THEY WILL RECIEVE $145,000 AS A SUBAWARD TO EXECUTE TWO COMMUNITY ENGAGEMENT MURAL PROJECTS THEMATICALLY FOCUSED ON THE ENVIRONMENTAL AND HEALTH BENEFITS OF ELECTRIFICATION AT TWO SCHOOLS WHERE THE STUDENTS WILL BE SERVED BY THE NEW ZERO-EMISSION BUSES. |

| | | |
|---|---|---|
| | | THE EXPECTED OUTCOMES INCLUDE A NET REDUCTION IN CO2 EMISSIONS, AS ELECTRIC BUSES RESULT IN AN 85% NET REDUCTION. IN TOTAL, THIS PROJECT WILL REMOVE 13.05 MILLION POUNDS PER YEAR OF CO2 EMISSIONS FROM THE ATMOSPHERE IN PHILADELPHIA. THIS WILL HELP TO MITIGATE THE SDP'S CONTRIBUTION TO PHILADELPHIA'S POOR AIR QUALITY IN THESE COMMUNITIES AND SUBSEQUENT HEALTH-RELATED CONDITIONS, LIKE ASTHMA.<br><br>THE INTENDED BENEFICIARIES INCLUDE THE STUDENTS AND FACULTY OF THE SCHOOL DISTRICT OF PHILADELPHIA AND RESIDENTS OF THE CITY OF PHILADELPHIA. |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT | 66.045 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFRASTRUCTURE INVESTMENT AND JOBS ACT (IIJA) TO THE FORT WORTH INDEPENDENT SCHOOL DISTRICT (FISD). THIS AGREEMENT IS TO REPLACE EXISTING SCHOOL BUSES WITH CLEAN AND ZERO EMISSION (ZE) BUSES.<br><br>FORT WORTH INDEPENDENT SCHOOL DISTRICT SEEKS TO REPLACE 15 DIESEL BUSES WITH ELECTRIC ZE BUSES, ALONG WITH SUITABLE CHARGING INFRASTRUCTURE. A TRAINING PROGRAM FOR DRIVERS AND MECHANICS WILL ENSURE APPROPRIATE USE OF THE BUSES, AND WILL INCLUDE MEASURES FOR DRIVERS OF ALL FORT WORTH INDEPENDENT SCHOOL DISTRICT FLEET OF BUSES TO REDUCE EMISSIONS THROUGH MEASURES SUCH AS NEW IDLING POLICIES.<br><br>A CHANGE TO ZERO EMISSION (ZE) BUSES THROUGH THIS PROJECT COULD BE AN OPPORTUNITY TO SHOW THE SAVINGS IN NOT ONLY MONEY AND OUTDOOR EMISSIONS, BUT IN IMPROVEMENT TO STUDENT HEALTH AND WELFARE. THE THREE MAIN ACTIVITIES OF THIS PROJECT WILL BE:<br>1. PURCHASE OF 15 ZERO EMISSION (ZE) ELECTRIC BUSES<br>2. PURCHASE AND INSTALLATION OF 13 SLOW AND 2 FAST CHARGING STATIONS<br>3. COMMUNITY ENGAGEMENT AND AWARENESS ACTIVITIES TO SERVE AS A DEMONSTRATION PROJECT TO PROMOTE FUTURE ZERO EMISSION (ZE) BUS ACQUISITION.<br><br>THE PROJECT WILL BE IMPLEMENTED BY FORT WORTH INDEPENDENT SCHOOL DISTRICT (FWISD) TRANSPORTATION DEPARTMENT STAFF WITH THE ASSISTANCE OF THE DISTRICT PROCUREMENT SERVICES DEPARTMENT, FINANCIAL SERVICES AND GRANTS DEPARTMENT. LEADERSHIP OF THE TRANSPORTATION DEPARTMENT HAS EXTENSIVE EXPERIENCE IN BUS ACQUISITION AND INFRASTRUCTURE DEVELOPMENT, AND IS FAMILIAR WITH THE REQUIREMENTS OF FEDERAL, STATE, AND LOCAL PROCUREMENT AND CONTRACTING REGULATIONS. ACTIVITIES:THE ACTIVITIES INCLUDE REPLACING 15 DIESEL BUSES WITH ZERO EMISSION (ZE) ELECTRIC BUSES WITH MIXED CHARGING |

INFRASTRUCTURE. THE NEW SCHOOL BUSES WILL SERVE THE FORT WORTH INDEPENDENT SCHOOL DISTRICT. (FWISD).

THIS PROJECT WILL PURCHASE 15 ZERO EMISSION ELECTRIC BUSES TO REPLACE 15 EXISTING DIESEL BUSES, AND PURCHASE AND INSTALL ELECTRIC CHARGING STATIONS NECESSARY FOR OVERNIGHT AND MID-DAY CHARGING. NEW ZERO EMISSION BUSES WILL BE DEPLOYED IN THE MOST DISADVANTAGED AREA OF FORT WORTH INDEPENDENT SCHOOL DISTRICT (FWISD) AND TARRANT COUNTY. TRAINING WILL BE PROVIDED TO STAFF, BUS DRIVERS, MECHANICS, ON ZERO EMISSION BUS USE. FORT WORTH INDEPENDENT SCHOOL DISTRICT (FWISD) IS COMMITTED TO THE HEALTH AND WELFARE OF OUR STUDENTS AND OUR COMMUNITY, ESPECIALLY IN THE MOST DISADVANTAGED AREAS. SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE FOLLOWING OUTPUTS, FIFTEEN (15) NEW ZERO EMISSION (ZE) BUSES FOR THE FORT WORTH INDEPENDENT SCHOOL DISTRICT (FWISD). THE EXPECTED OUTCOMES INCLUDED THE FOLLOWING:
ACTIVITY #1: REPLACEMENT OF 15 EXISTING DIESEL SCHOOL BUSES WITH ELECTRIC BUSES;
ANTICIPATED OUTPUTS #1: 15 NEW ZERO EMISSION (ZE) BUSES FOR FORT WORTH ISD WITH ACCOMPANYING REDUCTION IN EMISSIONS AS SHOWN. ANTICIPATED OUTCOMES 1 EMISSIONS REDUCTIONS TO IMPROVE THE HEALTH OF STUDENT RIDERS AND DRIVERS. ACCORDING TO THE ALTERNATIVE FUEL LIFE-CYCLE ENVIRONMENTAL AND ECONOMIC TRANSPORTATION (AFLEET) EMISSIONS GUIDE, EXPECTING A REDUCTION OF BETWEEN 46-63 TONS OF GREENHOUSE GASES (GHS), 450-628 LBS. OF CARBON MONOXIDE (CO), AND 8.8-10.2 LBS. OF NITROGEN OXIDES NOX.

ACTIVITY #2: REPLACEMENT OF 15 DIESEL BUSES THAT SERVE STUDENTS IN THE MOST DISADVANTAGED AREA OF FORT WORTH.
ANTICIPATED OUTPUT #2: APPROXIMATELY 2,000 SCHOOL CHILDREN TRANSPORTED ON ZERO EMISSION (ZE) BUSES RATHER THAN DIESEL BUSES
ANTICIPATED OUTCOME #2: PROVIDING A CLEANER ENVIRONMENT FOR THE 2,000 STUDENT RIDERS AS SHOWN ON THE ALTERNATIVE FUEL LIFE-CYCLE ENVIRONMENTAL AND ECONOMIC TRANSPORTATION (AFLEET) EMISSIONS CHART AS MOVING FROM 365 TO 0 EMISSIONS OF CARBON MONOXIDE (CO), AND 649 TO 0 EMISSIONS OF NITROGEN OXIDES (NOX).

ACTIVITY #3: TRAINING PROVIDED TO STAFF, BUS DRIVERS, MECHANICS, ON ZERO EMISSION (ZE) BUS USE
ANTICIPATED OUTPUT #3: PROVIDE TRAINING SESSIONS FOR 250 STAFF, BUS DRIVERS, MECH

| | | |
|---|---|---|
| TEXAS SOUTHERN UNIVERSITY | 66.615 | DESCRIPTION:THIS AGREEMENT PROVIDES AN INITIAL FUNDING OF $4,917,247 TO TEXAS SOUTHERN UNIVERSITY UNDER THE INFLATION REDUCTION ACT |

(IRA). TEXAS SOUTHERN UNIVERSITY WILL ACT AS THE REGIONAL GRANTMAKER (RGM), IN COLLABORATION WITH ACHIEVING COMMUNITY TASKS SUCCESSFULLY (ACTS), FOR GRANTMAKING ACTIVITIES. THE TOTAL FUNDING FOR TEXAS SOUTHERN UNIVERSITY WILL BE $50,000,000, SPLIT INTO TWO AWARDS OF AN INITIAL AND SUBSEQUENT GRANT. BOTH AWARDS WILL BE DERIVED FROM THE SAME FUNDING SOURCE AND WILL HAVE SEPARATE YET OVERLAPPING TIMELINES. THE INITIAL GRANT FUNDS WILL ALLOW THE REGIONAL GRANTMAKER TO ESTABLISH AND CARRY OUT THE PROPOSED PARTICIPATORY GOVERNANCE, OUTREACH, AND SYSTEM MOBILIZATION EFFORTS. THE AIM IS TO ESTABLISH THE COLLECTION, REVIEW, SELECTION, AND DISTRIBUTION OF THE ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES SUBGRANTS. THE TECHNICAL SUPPORT WILL BE CUSTOMIZED TO EACH ASSISTANCE REQUEST, DEVELOPING ROBUST AND TRANSPARENT STRUCTURES. TEXAS SOUTHERN UNIVERSITY WILL ASSIST COMMUNITY-BASED ORGANIZATIONS (CBOS) AND COMMUNITY LEADERS IN ESTABLISHING STRUCTURES TO ENSURE THAT INCOMING FINANCIAL RESOURCES ARE DISTRIBUTED WITH EQUITY AND TRANSPARENCY. THE PROPOSED GOVERNANCE AND ACCOUNTABILITY MEASURES WILL BE SHARED AMONG THE STAKEHOLDERS TO ENSURE TRANSPARENCY IN THE DISTRIBUTION OF FUNDS.

ACTIVITIES:THE PROJECT ACTIVITIES DURING THE INITIAL AWARD PHASE INCLUDE THE ESTABLISHMENT OF HUBS WITH TWO HISTORICALLY BLACK COLLEGES AND UNIVERSITIES (HBCUS) THAT WILL SERVE AS A CENTRAL POINT FOR COMMUNITY ACCESS TO THE GRANT-MAKING PROGRAM. A NEW ADVISORY COMMITTEE WILL BE DEVELOPED TO OVERSEE THE GRANT-MAKING PROGRAM'S DESIGN AND OPERATION. GUIDELINES AND PROTOCOLS WILL BE ESTABLISHED FOR REVIEWING SUBRECIPIENT APPLICATIONS, PROVIDING TECHNICAL SUPPORT BEFORE AND AFTER FUNDING AWARDS, AND COLLECTING REPORTS FROM SUBRECIPIENTS. EXPERIENCED VENDORS WILL BE CONTRACTED TO CREATE A USER-FRIENDLY PROCESS FOR SUBMITTING GRANTS, MANAGING THE DISTRIBUTION OF FUNDING AWARDS, AND COLLECTING REPORTING SUBMISSIONS. FURTHERMORE, A CONSULTANT WITH EXTENSIVE EXPERIENCE IN PROGRAM EVALUATION WILL BE HIRED TO DEVELOP AND IMPLEMENT A PROCESS AND OUTCOME EVALUATION PLAN FOCUSED ON OVERALL EFFICACY AND A PLAN FOR SOLICITING FEEDBACK FROM FUNDED AND POTENTIAL APPLICANTS. THIS COMPREHENSIVE APPROACH AIMS TO ENSURE THE EFFECTIVE AND EFFICIENT MANAGEMENT OF THE GRANT-MAKING PROGRAM.

| | | |
|---|---|---|
| | | SUBRECIPIENT:TEXAS SOUTHERN UNIVERSITY WILL WORK WITH ACHIEVING COMMUNITY TASKS SUCCESSFULLY (ACTS) TO ESTABLISH AN ADVISORY COMMITTEE FOR OVERSEEING THE GRANT-MAKING PROGRAM'S DESIGN AND OPERATION. THEY WILL CREATE GUIDELINES AND PROTOCOLS FOR REVIEWING SUBRECIPIENT APPLICATIONS, OFFERING TECHNICAL SUPPORT BEFORE AND AFTER FUNDING AWARDS, AND COLLECTING REPORTS FROM SUBRECIPIENTS. ACHIEVING COMMUNITY TASKS SUCCESSFULLY (ACTS) WILL USE ITS EXPERIENCE IN DEVELOPING IMPACTFUL COMMUNITY-LED ENVIRONMENTAL JUSTICE PROJECTS TO ENGAGE, EDUCATE, AND EMPOWER THROUGH CITIZEN SCIENCE, COMMUNITY INCLUSION, AND INITIATIVES THAT PROMOTE COMMUNITY RESILIENCY AND ENVIRONMENTAL JUSTICE. FURTHERMORE, ACHIEVING COMMUNITY TASKS SUCCESSFULLY (ACTS) WILL PROVIDE TRAINING AND RESOURCES TO ENHANCE CRITICAL THINKING AND BOOST RESIDENTS' ABILITY TO ADVOCATE FOR THEIR COMMUNITY AND DRIVE TRANSFORMATIVE CHANGE.OUTCOMES:THE PROJECT ANTICIPATED DELIVERABLES INCLUDE A MULTILINGUAL WEBSITE/LANDING PAGE, AND QUARTERLY BILINGUAL EMAILS (IN ENGLISH AND SPANISH) WHICH WILL BE SENT QUARTERLY TO THE NETWORKS OF TEXAS SOUTHERN UNIVERSITY. PAID CONTRACTORS/EXPERTS WILL USE THEIR METHODOLOGY TO DISTRIBUTE EMAILS AND HARD COPY MATERIALS THROUGHOUT TRIBAL NATIONS. A WEBINAR WILL ALSO BE HOSTED ON A VIRTUAL PLATFORM THAT PROVIDES TRANSLATION INTO MULTIPLE LANGUAGES TO ADVERTISE THE AVAILABILITY OF THE FUNDING OPPORTUNITIES. ADDITIONALLY, IN-PERSON PRESENTATIONS AND PRINTED MATERIALS ABOUT THE SUBAWARD OPPORTUNITIES WILL BE INCORPORATED AT CONFERENCES, EVENTS AT TRIBAL NATIONS, AND COMMUNI |
| BAY JOURNAL MEDIA, INC. | | THIS ACTION AWARDS FEDERAL FUNDS IN THE AMOUNT OF $350,000. FEDERAL FUNDS IN THE AMOUNT OF $1,750,000 ARE CONTINGENT UPON AVAILABILITY.<br><br> THE PURPOSE OF THIS AWARD IS TO PROVIDE SUPPORT FOR WRITING, EDITING, AND PUBLISHING THE BAY JOURNAL (A MONTHLY PERIODICAL) AS WELL AS THE ELECTRONIC NEWS SERVICE AND BAY JOURNAL WEBSITE TO INFORM THE PUBLIC ABOUT ISSUES AND EVENTS THAT AFFECT THE CHESAPEAKE BAY AND ITS WATERSHED.<br>ACTIVITIES:THE ACTIVITIES TO BE PERFORMED UNDER THIS AGREEMENT WILL FOCUS ON EDUCATING AND RAISING PUBLIC AWARENESS AND INCLUDE DEVELOPING STORY IDEAS; CONDUCTING RESEARCH; WRITING, EDITING AND PREPARING COPY; PUBLISHING THE PERIODICAL 10 MONTHS OF THE YEAR; AND |

| | | |
|---|---|---|
| | | MAINTAINING THE WEBSITE. OUTCOMES:THE EXPECTED OUTCOME IS PROTECTION AND RESTORATION OF THE CHESAPEAKE BAY ECOSYSTEM THROUGH INCREASED PUBLIC AWARENESS OF RESTORATION EFFORTS. THIS WORK SUPPORTS ACHIEVEMENT OF THE GOALS OF THE 2014 CHESAPEAKE BAY WATERSHED AGREEMENT. DIRECT BENEFICIARIES OF THIS PROJECT INCLUDE THE GENERAL PUBLIC, THE CHESAPEAKE BAY PARTNERSHIP, AND THE HEALTH OF THE CHESAPEAKE BAY. SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT. |
| CITY OF PHILADELPHIA | 66.312 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE CITY OF PHILADELPHIA TO INSTITUTIONALIZE ENVIRONMENTAL JUSTICE (EJ) IN MUNICIPAL POLICIES AND PRACTICES WHILE STRENGTHENING AND SCALING PLACE-BASED STRATEGIES THAT HOLISTICALLY ADDRESS DISPROPORTIONATE EXPOSURE TO POLLUTANTS IN EJ COMMUNITIES. THE PROJECT WILL BE IMPLEMENTED IN PARTNERSHIP WITH COMMUNITY-BASED ORGANIZATIONS THROUGH THREE WORKSTREAMS: FOUNDATIONAL STRUCTURES THAT INTEGRATE EJ INTO CITYWIDE POLICIES AND PRACTICES; PLACE-BASED INITIATIVES THAT ADDRESS FLOODING IN EASTWICK; AND PLACE-BASED INITIATIVES THAT ADDRESS URBAN HEAT.<br><br> ACTIVITIES:THE ACTIVITIES INCLUDE BUILDING THE CAPACITY OF THE RESIDENT-LED PHILADELPHIA ENVIRONMENTAL JUSTICE ADVISORY COMMISSION (PEJAC), EQUIPPING DEPARTMENTS WITH THE NECESSARY TOOLS AND RESOURCES TO GUIDE DECISION-MAKING THAT ADVANCES EJ, AND DEVELOPING A FRAMEWORK FOR INSTITUTIONALIZING EJ WITHIN GOVERNMENT. IN ADDITION, THE CITY'S OFFICE OF SUSTAINABILITY (OOS) WILL CO-CREATE AND DEVELOP A PUBLIC EJ MAP AND SCREENING TOOL IN PARTNERSHIP WITH PEJAC AND SUSTAIN AN INTERAGENCY WORK GROUP FOCUSED ON EJ ISSUES LEADING TO A MODEL CUMULATIVE IMPACTS ORDINANCE.<br><br> SUBRECIPIENT:OOS WILL DEVELOP SUBAWARD AGREEMENTS WITH TWO CBOS: EASTWICK UNITED FOR $150,000 FOR EACH OF THE THREE YEARS (WHICH WILL SUPPORT AN EJ PROGRAM MANAGER) AND STIPENDS FOR THE EASTWICK COMMUNITY STAKEHOLDER COMMITTEE. THE SECOND SUBAWARD AGREEMENT FOR $100,000 WILL GO TO AN AS-YET-NAMED COMMUNITY-BASED ORGANIZATION, WHICH WILL BE USED FOR CAPACITY BUILDING, INCLUDING HIRING STAFF AND CONTRACTING GRANT WRITING SERVICES OR TECHNICAL SUPPORT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE BUILDING THE CAPACITY OF PEJAC TO EFFECTIVELY SUPPORT ACTION ON EJ ISSUES ACROSS THE CITY. THIS PROJECT WILL ALSO EQUIP DEPARTMENTS WITH THE NECESSARY TOOLS AND RESOURCES TO GUIDE DECISION-MAKING THAT ADVANCES EJ AND DEVELOP A FRAMEWORK FOR INSTITUTIONALIZING EJ WITHIN CITY |

| | | |
|---|---|---|
| | | GOVERNMENT. THE EXPECTED OUTCOMES INCLUDE CONVENING MEETINGS, HIRING PERSONNEL, CO-CREATING A PUBLIC EJ MAP AND SCREENING TOOL, CONDUCTING OUTREACH, CREATING A TECHNICAL ADVISORY GROUP, AND CO-DEVELOPING A LONG-TERM FLOOD RESILIENCE STRATEGY. THE INTENDED BENEFICIARIES INCLUDE THE CITIZENS OF THE CITY OF PHILADELPHIA. |
| WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | 66.312 | DESCRIPTION:THE COOPERATIVE AGREEMENT PROVIDES FUNDING TO WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION (WVDEP) TO DEVELOP 15 PFAS ACTION PLANS TO ADDRESS THE STATEWIDE PUBLIC HEALTH CONCERN WITH AN EMPHASIS IN BENWOOD, BERKELEY SPRINGS, CHARLES TOWN, CHESTER, FOLLANSBEE, GLEN DALE, HARPERS FERRY, KEARNEYSVILLE, MARTINSBURG, SUMMIT POINT, AND WEIRTON LOCATED IN BERKELEY, BROOKE, HANCOCK, JEFFERSON, MARSHALL, AND MORGAN COUNTIES. THE PROJECT WILL SERVE RURAL AREAS, WITH MANY COMMUNITIES LOCATED IN COAL AND ENERGY COMMUNITIES (INCLUDING THE PRIORITY ENERGY COMMUNITIES OF WHEELING AND NORTHERN WV). WVDEP WILL WORK WITH WEST VIRGINIA RIVERS COALITION, THE LEAD COMMUNITY-BASED NONPROFIT ORGANIZATION, OTHER COMMUNITY GROUPS, LOCAL BUSINESSES, WATER UTILITIES, COUNTY HEALTH DEPARTMENTS, AND OTHER STAKEHOLDERS TO DESIGN AND IMPLEMENT A COMMUNITY ENGAGEMENT PROCESS FOR AREAS WITH PFAS CONTAMINATION, WITH A FOCUS ON WV'S EASTERN AND NORTHERN PANHANDLES. PROJECT PARTNERS WILL BE INVOLVED IN A COMMITTEE TO DESIGN, DEVELOP, AND IMPLEMENT A COMMUNITY ENGAGEMENT PROCESS THROUGH AMBASSADORSHIP AND PUBLIC MEETINGS. THE KNOWLEDGE GAINED THROUGH THIS PROCESS WILL THEN INFORM FURTHER DATA COLLECTION OF PFAS CONTAMINATION TO THEN SHAPE THE PFAS ACTION PLANS FOR 15 PUBLIC WATER SYSTEMS, TO ADDRESS EACH SOURCE OF PFAS CONTAMINATION IN THE COMMUNITIES OF FOCUS. ACTIVITIES:THE ACTIVITIES INCLUDE: DESIGNING A COMMUNITY ENGAGEMENT PROCESS USING RESEARCH METHODS, AND CONVENING AND COORDINATING A DESIGN COMMITTEE; IMPLEMENTING COMMUNITY ENGAGEMENT PROCESS BY INFORMING PROJECT PARTNERS, DEPLOYING COMMUNITY AMBASSADORS, AND HOLDING COMMUNITY MEETINGS; IDENTIFYING AND CONFIRMING SOURCES OF PFAS CONTAMINATION BY PREPARING A QUALITY ASSURANCE PROJECT PLAN (QAPP), PROCURING A CONTRACTOR, AND COLLECTING AND ANALYZING ENVIRONMENTAL MEDIA SAMPLES FOR PFAS; DEVELOPING PFAS ACTION PLANS BY PROCURING A CONTRACTOR, COMPILING DATA AND RECOMMENDATIONS FROM THE DATA SAMPLING AND THE COMMUNITY, AND FINALIZING ACTION PLANS THROUGH COORDINATED INPUT FROM STAKEHOLDERS AND THE COMMUNITY; AND REFINING AND REPLICATING COMMUNITY ENGAGEMENT PROCESS IN OTHER COMMUNITIES THROUGH EVALUATING EFFECTIVENESS OF THE PROCESS, AND EXPANDING TO OTHER AFFECTED COMMUNITIES IN WV. |

|  |  | SUBRECIPIENT:THE SUBAWARDEES INCLUDE THE LEAD CBO OF WEST VIRGINIA RIVERS COALITION (WVRC) TO SUPPORT A COMMUNITY ENGAGEMENT COORDINATOR POSITION, PROJECT OVERSIGHT, OPERATIONS, AND COMMUNICATIONS SUPPORT. ADDITIONALLY, THE SUBAWARD WILL BE USED FOR TRAVEL, PROJECT MEETINGS, AND COMMUNITY MEETINGS/EVENTS TO INCORPORATE COMMUNITY INPUT THROUGH LOCAL CBO OUTREACH TOWARDS THE PFAS ACTION PLAN DEVELOPMENT PROCESS. THE LOCAL CBOS INCLUDE BLUE RIDGE WATERSHED COALITION, DEFENSORES DE LA CUENCA, EASTERN PANHANDLE GREEN COALITION, EASTERN PANHANDLE GROUP OF THE WV CHAPTER OF THE SIERRA CLUB, ELKS RUN WATERSHED GROUP, FAIR SHAKE COMMUNITY DEMOCRACY, OHIO VALLEY ENVIRONMENTAL ADVOCATES, POTOMAC RIVERKEEPER NETWORK, POTOMAC VALLEY AUDUBON SOCIETY, THE DOWNSTREAM PROJECT, JEFFERSON COUNTY NAACP, JEFFERSON COUNTY VISION, ROBERT C BYRD CENTER FOR CONGRESSIONAL HISTORY AND EDUCATION, AND SHEPERDSTOWN SHARES. OTHER ACTIVITIES INCLUDE COMMUNITY LEADER TRAINING AND COACHING, COMMUNICATIONS SUPPORT, CULTURALLY INFORMED SERVICES/TRANSLATION, AND OUTREACH DESIGN SUPPORT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE: CREATING A WVDEP PFAS ACTION PLAN COMMUNITY ENGAGEMENT PROCESS; PILOTING THE COMMUNITY ENGAGEMENT PROCESS IN 11 COMMUNITIES; HOLDING 3 COMMUNITY MEETINGS FOR EACH OF THE 11 IMPACTED COMMUNITIES; DEPLOYING 8 LOCAL AMBASSADORS TO CONDUCT GRASSROOTS OUTREACH ACROSS 11 COMMUNITIES; ENGAGING 60,000+ INDIVIDUALS ACROSS IN MEETINGS, OUTREACH EVENTS, AND COMMUNICATIONS; PERFORMING 5 CONFIRMATORY SAMPLES EACH OF THE FOR 15 COMMUNITY WATER SYSTEMS; AND PRODUCING 15 PFAS ACTION PLANS FOR IMPACTED COMMUNITY WATER SYSTEMS. THE EXPECTED SHORT-TERM AND LONG-TERM OUTCOMES INCLUDE THE FOLLOWING: 11+ COMMUNITIES AND |
|---|---|---|
| THE ENVIRONMENT MARYLAND DEPARTMENT OF | 66.312 | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO MARYLAND DEPARTMENT OF THE ENVIRONMENT (MDE). MDE WILL PASS MORE THAN 95% OF THE FUNDING TO THE CHESAPEAKE BAY TRUST (THE TRUST). THE TRUST IN TURN WILL WORK IN PARTNERSHIP WITH MID-ATLANTIC CLIMATE ACTION HUB (MATCH), SOUTH BALTIMORE COMMUNITY LAND TRUST (SBCLT), THE SENTINELS OF EASTERN SHORE HEALTH (SESH) TO CONDUCT OUTREACH TO COMMUNITIES, REPRESENTING POPULATIONS WHO RECEIVE INADEQUATE OR INEQUITABLE SERVICES AND/OR WHO EXPERIENCE QUALITY-OF-LIFE DISPARITIES, ARE INTERESTED IN COMMUNITY GREENING AND IMPROVEMENT PROJECTS AND PROVIDE TECHNICAL ASSISTANCE TO THOSE COMMUNITIES TO FACILITATE ROBUST APPLICATIONS TO THE TRUST'S URBAN TREES GRANT PROGRAMS AND OTHER COMMUNITY ENGAGEMENT-FOCUSED GRANT PROGRAMS. THIS PROJECT WILL BUILD UPON ALREADY EXISTING STRATEGIES AND EFFORTS, |

SPECIFICALLY THE COMMUNITY-BASED ORGANIZATION CAPACITY BUILDING INITIATIVE (CBO-CBI), AND ENGAGEMENT IN THE URBAN TREES GRANT PROGRAMS WILL LEVERAGE ALREADY EXISTING PROGRAMS AND RESOURCE COMMITMENTS AT THE STATE-LEVEL. COMMUNITY-BASED ORGANIZATIONS WILL ALSO PARTICIPATE IN TRAINING TO BUILD THEIR CAPACITY RELATED TO THE IDENTIFICATION AND PURSUIT OF FUNDING AND INSTALLATION OF GREEN INFRASTRUCTURE AND IMPLEMENTATION OF COMMUNITY HEALTH PROJECTS.ACTIVITIES:THE ACTIVITIES INCLUDE PLANNING AND HOSTING EVENTS; PRODUCING MATERIALS; EXECUTING ACTIVITIES THAT BUILD COLLABORATION WORKSHOPS TO EXPLORE PROGRAMS AND OPPORTUNITIES (GRANT OPPORTUNITIES WITH A FOCUS ON TREE PLANTING, ENVIRONMENTAL JUSTICE, AND GREENING EFFORTS); PREPARING TIMELINES TO SUBMIT GRANT APPLICATIONS; FACILITATING GRANT SUBMISSIONS; SURVEYING RESIDENTS' PERCEPTIONS; AND, SUBMITTING A QUESTIONNAIRE TO PARTICIPANTS/COLLABORATORS FOR DEMONSTRATION OF CHANGE IN EVALUATION METRICS OVER TIME.SUBRECIPIENT:THE ACTIVITIES INCLUDE PLANNING, HOSTING EVENTS; PRODUCING MATERIALS; EXECUTING ACTIVITIES THAT BUILD COLLABORATION WORKSHOPS TO EXPLORE PROGRAMS AND OPPORTUNITIES. (GRANT OPPORTUNITIES WITH A FOCUS ON TREE PLANTING, ENVIRONMENTAL JUSTICE, AND GREENING EFFORTS); PREPARE TIMELINES TO SUBMIT GRANT APPLICATIONS; FACILITATE GRANT SUBMISSIONS; SURVEY RESIDENT'S PERCEPTIONS; SUBMIT QUESTIONNAIRE TO PARTICIPANTS/COLLABORATORS FOR DEMONSTRATION OF CHANGE IN EVALUATION METRICS OVER TIME.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE MEASURING THE NUMBER OF LISTENING SESSIONS HELD, SOCIAL MEDIA POSTINGS, TECHNICAL ASSISTANCE MEETINGS, COMMUNITY ENVIRONMENTAL JUSTICE PROJECTS BEING SUCCESSFULLY AWARDED, TREE PLANTING EVENTS, VOLUNTEERS ORGANIZED, AND CITY/COUNTY AGREEMENTS EXECUTED.
THE EXPECTED OUTCOMES INCLUDE INCREASED COMMUNITY AWARENESS AND ENGAGEMENT TO SOLVE LOCAL DISPARITIES, INCREASED EDUCATION AND PARTICIPATION IN EQUITABLE DEVELOPMENT AT THE NEIGHBORHOOD LEVEL, INCREASED SOCIAL COHESION, SOCIAL CAPITAL AND EMPOWERED PARTICIPATION IN CIVIC ENGAGEMENT AND PROJECT IMPLEMENTATION, INCREASE IN NUMBER OF APPLICANTS TO GRANT OPPORTUNITIES, INCREASED CAPACITY AND SELF-EFFICACY OF THE ENGAGED COMMUNITIES TO SEEK OUT AND APPLY FOR FUNDING TO SUPPORT AND OVERSEE SUCCESSFUL IMPLEMENTATION OF COMMUNITY PROJECTS, INCREASE IN THE NUMBER OF APPLICATIONS FROM NON-TRADITIONAL GROUPS THAT LOCAL FUNDERS RECEIVE AND ARE AWARDED FUNDING, INCREASE THE DEGREE TO WHICH COMMUNITIES CREATE INTENTIONAL, COMMUNITY-OWNED SPACES, INCREASED EXECUTION OF SUCCESSFUL AWARDS,

| | | |
|---|---|---|
| | | INCREASED ABILITY TO MAINTAIN AND SCALE UP IMPACTS, FURTHERING THE CLIMATE AND ENVIRONMENTAL GOALS AS OUTLINED IN THE MOORE-MILLER TRANSITION PLAN, INCREASE IN EQUITABLE ACCESS TO GREENSPACE, RESULTING IN IMPROVED HEALTH OF COMMUNITIES, INCREASED COMMUNITY SENSE OF 'OWNERSHIP', DECREASE IN STORMWATER RUN-OFF THROUGH THE PLANTING OF TREES, RIPARIAN BUFFERS, AND OTHER GREENING EFFORTS, LEADING TO INCREASED INFRASTRUCTURE PROTECTION, PUBLIC SAFETY THROUGH FLOOD RISK REDUCTION, COMMUNITY ADAPTATION TO CLIMATE CHANGE, AND THE HEALTH OF LOCAL STREAMS AND WATER BODIES, IMPROVED AIR QUALITY |
| PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | 66.312 | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION (DEP). SPECIFICALLY, THE RECIPIENT AIMS TO ENGAGE EJ COMMUNITIES BY INCREASING STRATEGIC COMMUNITY EDUCATION, OUTREACH AND ENGAGEMENT AND CAPACITY BUILDING THROUGH INTENTIONAL ACTION. DEP AIMS TO CREATE AN EXPANDABLE, MANAGEABLE, AND SUSTAINABLE PROGRAM THAT WILL ENGAGE COMMUNITIES TO BETTER UNDERSTAND ISSUES BEFORE THERE IS AN EVENT OF CONCERN AND PROVIDE COMMUNITIES WITH THE NECESSARY TOOLS TO ADDRESS ISSUES IN ADVANCE OF A CRISIS. ACTIVITIES:DEP AIMS TO IDENTIFY COMMUNITY BASED ORGANIZATIONS (CBOS) TO FUND AND USE THEIR EXISTING NETWORKS TO CONVENE STAKEHOLDERS AND RESIDENTS WITH DEP STAFF AND OTHER PARTNERS. CBOS WILL PARTICIPATE IN AN EDUCATIONAL SERIES AND IMPLEMENT HANDS-ON, COMMUNITY-DRIVEN ACTIVITIES. THE PROGRAM ALSO CREATES A COHORT MODEL, WHERE CBOS WILL WORK COOPERATIVELY AND LEARN FROM EACH OTHER. SUBRECIPIENT:EACH OF THE 12 COMMUNITY BASED ORGANIZATIONS WILL HOST 3 EDUCATIONAL WORKSHOPS. THE WORKSHOPS WILL BE AS FOLLOWS: SESSION 1 INTRO TO ENVIRONMENTAL JUSTICE: UNDERSTANDING THE ISSUES, ACTORS, AND COMMUNITY, SESSION 2 THE DEP PERMITTING PROCESS: WHAT TO EXPECT, HOW TO BETTER ADVOCATE, AND SESSION 3 FUNDING OPPORTUNITIES: GOVERNMENT GRANTS, PHILANTHROPY, AND TECHNICAL ASSISTANCE. EACH CBO WILL ORGANIZE AT LEAST ONE HANDS-ON, GRASSROOTS COMMUNITY EVENT. THIS SHOULD BE THE FOCUS FOR A TANGIBLE PROJECT OUTCOME IN THE FORM OF A HANDS-ON, COMMUNITY-DRIVEN ACTIVITY, SUCH AS CLEAN-UPS, SITE MONITORING AND ENFORCEMENT, COMMUNITY FAIR OR OTHER ACTIVITIES THAT MAY BE SPECIFIC TO THE SPECIFIC COMMUNITY. FINALLY, AFTER COMPLETING THE EDUCATIONAL SERIES AND COMMUNITY-DRIVEN ACTIVITY, EACH GRANTEE WILL PARTICIPATE IN A CONVENING WITH |

| | | |
|---|---|---|
| | | OTHER GRANTEES IN ORDER TO SHOWCASE PROJECT OUTCOMES, SHARE BEST PRACTICES, AND FOSTER COLLABORATION AMONG CBOS AND STAKEHOLDERS.<br><br>OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE FUNDING TO 12 CBOS TO HOST A THREE-SESSION EDUCATIONAL WORKSHOP SERIES. THE EXPECTED OUTCOMES INCLUDE EACH CBO WILL HOST SESSION 1. INTRO TO ENVIRONMENTAL JUSTICE: ISSUES, ACTORS, AND COMMUNITY; SESSION 2. THE DEP PERMITTING PROCESS: WHAT TO EXPECT, HOW TO BETTER ADVOCATE; SESSION 3. FUNDING OPPORTUNITIES: GOVERNMENT GRANTS, PHILANTHROPY, AND TECHNICAL ASSISTANCE. THE INTENDED BENEFICIARIES INCLUDE CBOS ACROSS THE COMMONWEALTH THAT WILL BE EMPOWERED WITH THE BASICS OF WHAT ENVIRONMENTAL JUSTICE IS. THESE INFORMATIONAL SESSIONS WILL BE FOLLOWED BY OTHERS WHERE CBOS AND COMMUNITY MEMBERS WILL BE TRAINED ON HOW THE DEP PERMITTING PROCESS WORKS AND HOW TO IDENTIFY LONG-TERM FUNDING OPPORTUNITIES TO SECURE SUSTAINABILITY FOR SIMILAR PROJECTS. |
| CUYAHOGA COUNTY BOARD-HEALTH | 66.312 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO CUYAHOGA COUNTY BOARD OF HEALTH (CCBH). SPECIFICALLY, THE RECIPIENT WILL CONVENE A COMMUNITY ADVISORY BOARD TO COLLABORATIVELY COMPLETE A HEALTH IMPACT ASSESSMENT PROJECT FOCUSED ON HEALTHFUL HOMES, AND SUBSEQUENTLY CO-CREATE COMMUNITY-LED INTERVENTIONS AIMED AT IMPROVING INDOOR AND OUTDOOR AIR QUALITY IN UNDER-RESOURCED COMMUNITIES IN CUYAHOGA COUNTY, OHIO.ACTIVITIES:THE ACTIVITIES INCLUDE:<br>1) IDENTIFYING AND ADDRESS GAPS IN RESIDENT AWARENESS AND KNOWLEDGE OF ENVIRONMENTAL JUSTICE ISSUES, POLICIES, AND PRACTICES,<br>2) ELEVATING COMMUNITY VOICE AND KNOWLEDGE TO ENHANCE COMMUNITY-INFORMED DECISION-MAKING TO IMPROVE ENVIRONMENTAL AND COMMUNITY HEALTH OUTCOMES,<br>3) PROVIDING TRAININGS FOR CONDUCTING AND USING HEALTH IMPACT ASSESSMENTS (HIAS),<br>4) CONDUCTING AN HIA OF A HEALTHFUL HOMES INITIATIVE, BY MUNICIPALITY,<br>5) USING HIA FINDINGS TO IMPROVE EXISTING AND IMPLEMENT NEW INTERVENTIONS, AND 6) MOBILIZE RESIDENTS AND RECRUIT VOLUNTEERS FOR COMMUNITY REVITALIZATION PROJECTS AND COMMUNITY-LED INTERVENTIONS).SUBRECIPIENT:SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT, SEE BELOW.<br><br>NORTHEAST OHIO BLACK HEALTH COALITION:<br>1. LEAD COMMUNITY OUTREACH AND ENGAGEMENT ACTIVITIES AND SUPPORT CO-DEVELOPMENT AND PARTICIPATORY PLANNING STRATEGIES TO ENHANCE EQUITABLE AND JUST RESIDENT FEEDBACK.<br>2. JOINT DEVELOPMENT OF A COMMUNITY ADVISORY BOARD (CAB) WITH CCBH. |

3. ORGANIZATION OF CAB MEETINGS, TRAININGS, WORKSHOPS, AND FOCUS GROUPS WITH FOOD/LIGHT REFRESHMENTS PURCHASED BY NEOBHC.
4. DISSEMINATION OF HIA FINDINGS.
5. CO-DEVELOPMENT OF INTERVENTION IMPLEMENTATION PROTOCOLS.
6. SOLICIT RESIDENT AND OTHER STAKEHOLDER FEEDBACK FOR IMPLEMENTATION OF INTERVENTIONS.
7. DISSEMINATION OF EVALUATION FINDINGS.

THE OHIO STATE UNIVERSITY CENTER FOR HEALTH OUTCOMES AND POLICY EVALUATION STUDIES:
1. PROVIDE SUBJECT MATTER EXPERTISE FOR COMMUNITY ENGAGEMENT AND CO-DEVELOPMENT STRATEGIES, HIA METHODOLOGY, MIXED-METHODS RESEARCH, AND EVALUATION OF OVERALL PROJECT PROCESSES AND OUTCOMES.
2. PROVIDE HIA TRAININGS, LEAD AND CONDUCT THE HIA, GENERATE THE HIA REPORT AND RECOMMENDATIONS, AND EVALUATE INTERVENTIONS.
3. INFORMED BY THE HIA, A) LEAD MONITORING AND EVALUATION OF THE OVERALL PROJECT, AND B) SUPPORT STAKEHOLDER AND COMMUNITY ENGAGEMENT AS NEEDED.

A VISION OF CHANGE:
1. ENSURE THAT AT LEAST ONE CERTIFIED COMMUNITY HEALTH WORKER WILL COMPLETE HIA TRAININGS.
2. SUPPORT COMMUNITY EDUCATION AND MESSAGING, SUPPORT COMMUNITY ENGAGEMENT FOR HIA DATA COLLECTION AND RESULTS DISSEMINATION.
3. PROVIDE TECHNICAL ASSISTANCE FOR OUTREACH AND ENGAGEMENT FOR OTHER PROJECT STRATEGIES, INCLUDING IMPLEMENTATION OF INTERVENTIONS.

AMERICORPS:
1. ASSIST CCBH WITH IMPLEMENTATION OF HEALTHY URBAN TREE CANOPY AND HEALTHFUL HOMES PROGRAMS.
2. PROVIDE TWO AMERICORPS VOLUNTEERS TO ASSIST WITH THESE ACTIVITIES.
OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE: 1) TRAINING AND EDUCATING DISADVANTAGED COMMUNITIES ON HIAS AND CLIMATE RESILIENCY/ADAPTATION; 2) MONITORING AND REDUCING INDOOR/OUTDOOR TOXINS AND AIR POLLUTION; 3) SMALL- SCALE CLEAN-UPS; 4) COMMUNITY REVITALIZATION PLANNING (CLIMATE RESILIENCY AND ADAPTATION); AND 5) COMMUNITY REVITALIZATION PLANNING (LOCAL POLLUTION AND GREENSPACE).

THE EXPECTED OUTCOMES INCLUDE: 1) IMPROVED INDOOR/OUTDOOR AIR QUALITY, 2) REDUCED STORMWATER VULNERABILITY AND CLIMATE IMPACTS, AND 3) REDUCED ENVIRONMENTAL HEALTH DISPARITIES.

THE INTENDED BENEFICIARIES INCLUDE UNDERSERVED COMMUNITIES AND VULNERABLE POPULATIONS IN EAST CLEVELAND (44112), EUCLID

| | | (44117, 44119, 44123, 44132), AND MAPLE HEIGHTS (44137). |
|---|---|---|
| DEPARTMENT OF COMMERCE MINNESOTA | 66.312 | DESCRIPTION:THIS ASSISTANCE AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO THE MINNESOTA DEPARTMENT OF COMMERCE. SPECIFICALLY, THE RECIPIENT, MINNESOTA DEPARTMENT OF COMMERCE, AND THE NEWLY EXPANDED COMMUNITY ENERGY COLLABORATIVE (CEC) WILL PARTNER TO CO-DEVELOP A JUSTICE40 LEADERSHIP ACADEMY AND ESTABLISH A DEMONSTRATION COMMUNITY-BASED NAVIGATOR PROGRAM. PARTNERS WILL DEVELOP AND TEST MULTIPLE WAYS TO APPLY DATA, STRENGTHEN RELATIONSHIPS, AND BUILD ENERGY AND ENVIRONMENTAL JUSTICE LEADERSHIP CAPACITY AT THE LOCAL AND STATE LEVEL. ACTIVITIES WILL RESULT IN KEY TOOLS AND PROCESSES THAT INCREASE THE INTEGRATION OF COMMUNITY INPUT AND JUSTICE CONSIDERATIONS ACROSS THE STATE GOVERNMENT, PROVIDE A MODEL FOR CO-CREATED PROGRAM DEVELOPMENT, AND INCREASE EQUITABLE ACCESS TO CLIMATE-BASED FEDERAL FUNDING AVAILABLE THROUGH THE INFLATION REDUCTION ACT. ACTIVITIES:THE MAIN PROJECT ACTIVITIES INCLUDE THE DEVELOPMENT OF A J40 ACADEMY AND DEVELOPMENT OF THE NAVIGATOR PROJECT. THE NAVIGATOR PROJECT INCLUDES DEVELOPMENT OF TOOLS TO SUPPORT SELF-REFERRAL TO RESOURCES, AND A MORE INTENSIVE COMMUNITY-BASED NAVIGATOR DEMONSTRATION ELEMENT. THE ACTIVITIES SYNERGISTICALLY COMBINE TO DEEPEN CONNECTIONS BETWEEN GOVERNMENT AND CBOS AND CAN ADDRESS THE COMPLEXITY OF DIFFERENT ENVIRONMENTAL AND RACIAL JUSTICE COMMUNITIES WHILE ADVANCING MINNESOTA'S OVERALL CAPACITY TO INTEGRATE ENVIRONMENTAL JUSTICE PRINCIPLES IN ALL OPERATIONS OF STATE GOVERNMENT WORK. <br><br> JUSTICE40 LEADERSHIP ACADEMY: THE J40 ACADEMY WILL BE AN 18-MONTH LONG TRAINING PROGRAM THAT BUILDS A COMMUNITY OF PRACTICE BETWEEN STATE AGENCIES AND CBOS. THE J40 ACADEMY WILL INVOLVE LEADERS FROM DIFFERENT STATE AGENCIES INCLUDING COMMERCE, MINNESOTA POLLUTION CONTROL AGENCY (MPCA), MINNESOTA HOUSING, MINNESOTA DEPARTMENT OF EMPLOYMENT AND ECONOMIC DEVELOPMENT (DEED), AND MINNESOTA DEPARTMENT OF HEALTH (MDH), ALONG WITH MEMBERS OF THE EXPANDED COMMUNITY ENERGY COLLABORATIVE (CEC). UNDER JUSTICE40 MINNESOTANS NAVIGATING CLIMATE ACTION (J40MNCA), CEC MEMBERS WILL CHOOSE TO PARTICIPATE IN EITHER THE J40 ACADEMY OR COMMUNITY-BASED NAVIGATOR DEVELOPMENT COMMITTEES AND BE COMPENSATED FOR THEIR TIME. <br><br> COMMUNITY-BASED NAVIGATOR PROJECT: THE COMMUNITY ENERGY COLLABORATIVE (CEC) HAS ASKED FOR THE 'EASY' BUTTON- A WAY IN WHICH THE BURDEN OF RESEARCHING, CONNECTING WITH, AND COMPLETING APPLICATIONS FOR DIFFERENT PROGRAMS IS REDUCED FOR COMMUNITY MEMBERS. |

| | | |
|---|---|---|
| | | THIS PROJECT RECOGNIZES THAT THE TOOL BEING REQUESTED WOULD INCLUDE A SINGLE APPLICATION WHERE MULTIPLE PROGRAM ASSISTANCE CAN SUCCESSFULLY BE OBTAINED (I.E. ENERGY, SNAP, HEALTH, ETC.). HOWEVER, AS PROGRAM-APPLICATION APPROACHES ARE HEAVILY DRIVEN BY THE FUNDING SOURCES OF THE VARIOUS PROGRAMS (BOTH STATE AND FEDERAL SOURCES), INCLUDING A 'ONE-APPLICATION' APPROACH IN THIS PROJECT IS BEYOND CURRENT CAPABILITIES. THIS PROJECT TESTS A MORE MANAGEABLE APPROACH WHERE INFORMATION ON MULTI-LEVEL AND AGENCY OFFERINGS ARE AVAILABLE IN A CENTRAL REPOSITORY (ONE-STOP INFORMATION SHOP). COMMUNITY-MEMBERS CAN THEN SELF-REFER TO PROGRAMS BASED UPON AN ONLINE ELIGIBILITY TOOL, AND DEEPER PLANNING AND APPLICATION ASSISTANCE CAN BE PROVIDED BY TRUSTED COMMUNITY NAVIGATORS. PARTNERS WILL PROVIDE FEEDBACK, AMPLIFY OUTREACH MATERIALS TO COMMUNITY MEMBERS, PROVIDE TECHNICAL SUPPORT AND CONDUCT EVALUATION OF PROJECT EFFECTIVENESS. SUBRECIPIENT:ECOLIBRIUM3: THE SUBRECIPIENT WILL SERVE AS THE LEAD CONTRIBUTING PROJECT PARTNER. COSTS ALIGNED WITH GRANT PROJECT PLAN INCLUDE FOR SUB RECIPIENT'S PARTICIPATION INCLUDE: PERSONNEL HOURS FOR A DATABASE DEVELOPER. CITIZENS UTILITY BOARD: PARTNER WILL CONTRIBUTE 77.5 HOURS OF PERSONNEL FOR PROJECT AREA ONE - THE J40 ACADEMY. ADDITIONALLY THEY WILL PROVIDE TECHNICAL AND DESIGN ASSISTANCE FOR THE ONE STOP SHOP AND NAVIGATOR TOOL. UNIVERSITY OF MINNESOTA: PARTNER WILL CONTRIBUTE 200 HOURS OF PERSONNEL TIME FOR PROJECT AREA ONE - THE J40 ACADEMY. THEY WILL DEVELOP AND CONDUCT EVALUA |
| CITY OF MILWAUKEE | 66.312 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO CITY OF MILWAUKEE. THE PROPOSED HEALTHY HOMES AND CITY OF MILWAUKEE'S ENVIRONMENTAL COLLABORATION OFFICE (ECO) NEIGHBORHOODS PROJECT SEEKS TO EXPAND AWARENESS OF AND ACCESS TO LOCAL AND STATEWIDE HOUSING IMPROVEMENT PROGRAMS AND FEDERAL FUNDING SOURCES THROUGH COLLABORATIVE OUTREACH AND MARKETING EFFORTS AND BY FUNDING ENERGY AUDITS FOR LOW INCOME RESIDENTS LIVING IN HISTORICALLY DISINVESTED NEIGHBORHOODS ON MILWAUKEE'S PREDOMINATELY AFRICAN AMERICAN NORTH SIDE IN THE 53210, 53216, 53208, 53206, 53209 AREAS, AND PREDOMINATELY LATINX SOUTH SIDE IN THE 53204, 53207, 53215, WHERE LACK OF ACCESS TO AFFORDABLE, HEALTHY, CLIMATE-RESILIENT HOUSING IS MOST PERVASIVE. WORKING WITH DIVERSE, COMMUNITY-BASED PARTNERS FROM ENVIRONMENTAL AND HEALTH NON-PROFITS, FAITH-BASED ORGANIZATIONS, AND LOCAL GOVERNMENT, THEY WILL USE GRASSROOTS EFFORTS TO DISTRIBUTE RESOURCE GUIDES WITH INFORMATION ABOUT COMMON HOME HEALTH ISSUES AND SMALL-SCALE EFFORTS RESIDENTS CAN TAKE TO ADDRESS THEM |

LIKE HOW TO PROPERLY CLEAN LEAD PAINT CHIPS, AS WELL AS LARGE-SCALE EFFORTS LIKE MAKING ENERGY EFFICIENCY IMPROVEMENTS THAT ADDRESS CLIMATE CHANGE. THIS WILL BE COMPLEMENTED BY A HOUSING PROGRAM SECTION, PROVIDING DESCRIPTIONS OF ALL THE HOUSING IMPROVEMENT PROGRAMS AND FUNDING SOURCES AVAILABLE, AND EMPHASIZING LOW-TO-NO COST SERVICES. THE PROGRAM GUIDES WILL BE DISTRIBUTED DIRECTLY TO RESIDENTS BY NEIGHBORHOOD-BASED, PAID AND VOLUNTEER OUTREACH SUPPORT STAFF THROUGH COMMUNITY EVENTS, NEIGHBORHOOD CANVASSING, ETC. THIS INFORMATION WILL ALSO BE SHARED BROADLY THROUGH BROADCAST AND SOCIAL MEDIA MARKETING. $200,000 OF THE PROJECT AWARD WILL FUND ENERGY AUDITS FOR LOW INCOME HOMEOWNERS. THE AUDITS WILL IDENTIFY NECESSARY HOME REPAIRS, ENERGY IMPROVEMENTS, AND FINANCING OPPORTUNITIES. REFERRALS TO ADDITIONAL HOUSING RESOURCES WILL BE MADE AS NEEDED, PROVIDING HOMEOWNERS WITH THE KNOWLEDGE AND TOOLS TO TAKE THE NEXT STEPS TOWARDS INCREASING THE HEALTH AND CLIMATE RESILIENCE OF THEIR HOMES.ACTIVITIES:THE ACTIVITIES INCLUDE:

1. RESILIENCE AMBASSADORS AND OUTREACH SUPPORT TEAMS: ONE RA WILL BE HIRED BY SHERMAN PARK COMMUNITY ASSOCIATION (SPCA) AND ANOTHER BY CLEAN WI (CW) TO PLAN AND FACILITATE THE PROJECT'S COMMUNITY OUTREACH EFFORTS ON THE NORTH SIDE IN YEAR ONE. BY YEAR TWO, CLEAN WI WILL HIRE ANOTHER BILINGUAL RA WHO WILL CONCENTRATE EFFORTS ON THE SOUTH SIDE. . RAS WILL BE TRAINED BY SPCA AND CW WITH SUPPORT FROM ECO STAFF TO EDUCATE RESIDENTS ON HEALTHY HOMES PROGRAMS AND RESOURCES. REGULAR TRAINING BY RAS WILL ONBOARD NEW AND UPDATE EXISTING OUTREACH SUPPORT STAFF ON PROGRAMS AND RESOURCES, ENSURING RESIDENTS ARE RECEIVING THE MOST CURRENT INFORMATION.

2. ECO NEIGHBORHOODS: SHERMAN PARK AND CENTURY CITY'S ECO NEIGHBORHOOD TEAMS WILL CONTINUE TO RECEIVE SUPPORT FROM ECO, SPCA, AND CW TO ENGAGE WITH THIS AND OTHER PROJECTS UNIQUE TO EACH GROUP. ECO WILL WORK WITH PROJECT PARTNERS TO CONNECT WITH RESIDENTS ON THE SOUTH SIDE AND ESTABLISH AT LEAST ONE NEW ECO NEIGHBORHOOD TEAM (ENT). ECO WILL FOLLOW THE ESTABLISHED PROCEDURES FOR ONBOARDING A NEW ENT AND WILL CONNECT THEM WITH AN RA FOR HEALTHY HOMES TRAINING AFTER THEY ARE FIRMLY ESTABLISHED.

3. ENERGY AUDITS AND RESOURCE REFERRALS: $200,000 OF THE PROJECT AWARD WILL FUND ENERGY AUDITS FOR LOW INCOME HOMEOWNERS AND WILL IDENTIFY ENERGY SAVING AND OTHER OPPORTUNITIES TO REDUCE ENVIRONMENTAL AND AIR QUALITY HAZARDS IN THE HOME INCLUDING ASTHMA TRIGGERS. DURING RA'S HEALTHY HOMES OUTREACH, THEY WILL

| | | |
|---|---|---|
| | | REFER HOMEOWNERS TO RELEVANT HOUSING PROGRAMS AND RESOURCES LIKE THE WEATHERIZATION ASSISTANCE PROGRAM OR CHILDHOOD LEAD PREVENTION PROGRAM AS NEEDED BASED ON AN ELIGIBILITY SCREENING. RA'S WILL FOLLOW UP WITH THE HOMEOWNERS POST-AUDIT TO REFER THEM TO PROGRAMS THAT CAN FURTHER REDUCE THE COST OF THE IMPROVEMENTS AND SUPPORT A HEALTHIER HOME ENVIRONMENT. THEY WANT TO EN |
| CITY OF FLINT | 66.312 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO THE CITY OF FLINT. SPECIFICALLY, THE RECIPIENT WILL COLLABORATE WITH COMMUNITY AND ACADEMIC PARTNERS TO FACILITATE THE CREATION OF A CLIMATE CHANGE AND RESILIENCY PLAN FOR THE CITY OF FLINT THAT ACCURATELY REFLECTS THE DESIRES AND NEEDS OF ITS RESIDENTS. THE PLAN WILL BE INTEGRATED INTO EXISTING PLANS, LIKE THE 2013 IMAGINE FLINT MASTER PLAN, TO GUIDE FUTURE ALLOCATION OF RESOURCES, TO PREPARE FOR THE IMPACTS OF CLIMATE CHANGE, AND TO EQUITABLY BUILD RESILIENCY INTO THE PLANNING, DEVELOPMENT AND PUBLIC HEALTH EFFORTS OF CITY GOVERNMENT. THESE DELIVERABLES WILL BE ACHIEVED BY EXPLICITLY TAKING THE APPROACH OF PAIRING COMMUNITY EDUCATION WITH COMMUNITY ENGAGEMENT TO ENSURE THAT RESIDENTS DIRECTLY IMPACTED BY ENVIRONMENTAL AND CLIMATE JUSTICE ISSUES GAIN KNOWLEDGE NECESSARY TO FULLY AND MEANINGFULLY PARTICIPATE IN A THE PLANNING PROCESS AT THE LOCAL LEVEL. BY MAKING IT POSSIBLE FOR PARTICIPATING RESIDENTS TO ACCESS AND DIGEST KEY ENVIRONMENTAL CONCEPTS AND RELEVANT DATA, THE COMMUNITY ENGAGEMENT PROCESS FOR FLINT CLIMATE CHANGE AND RESILIENCY PLAN PROJECT WILL BUILD THE CAPACITY OF RESIDENTS TO UNDERSTAND HOW THEIR LIVES ARE AFFECTED BY THE INTERSECTION OF ENVIRONMENTAL JUSTICE AND CLIMATE RESILIENCE, AND HELP POSITIVELY SHAPE THE FUTURE OF FLINT THROUGH THE PLANNING PROCESS, AS OTHERWISE RESIDENTS DISENGAGE DUE TO INFORMATION THAT FEELS OVERLY ACADEMIC AND BEYOND COMPREHENSION. AT THE END OF THE PROJECT, FLINT RESIDENTS WILL BENEFIT FROM A PLACE-CENTERED, CULTURALLY COMPETENT ENVIRONMENTAL LITERACY CURRICULUM THAT CAN LEAD TO INDIVIDUAL AND COLLECTIVE ACTION TOWARD IMPROVED LOCAL POLICY.ACTIVITIES:THE ACTIVITIES INCLUDE CURRENT PROJECT PARTNERS BRINGING TOGETHER RELEVANT DATA FROM MULTIPLE SECTORS AND SOURCES, AND WORK TOGETHER TO DETERMINE THE MOST EFFECTIVE, ACCESSIBLE WAY TO PRESENT THE INFORMATION TO THE PUBLIC. PARTNERS WILL LEVERAGE EXISTING COMMUNITY EXPERTISE THROUGH CREATIVE ENGAGEMENT APPROACHES OF CBOS, TECHNOLOGICAL EXPERTISE FROM A LOCAL BUSINESS, SCIENTIFICALLY ACCURATE DATA THROUGH ACADEMIC PARTNERS AND ADDITIONAL FLINT-SPECIFIC DATA FROM GOVERNMENT AGENCIES (E.G. RELATED |

| | | |
|---|---|---|
| | | TO TOPICS SUCH AS GOVERNMENT ENERGY USE, PRESSING PUBLIC HEALTH ISSUES, AND EXISTING EFFORTS TO GENERATE ENVIRONMENTAL IMPROVEMENTS AT THE NEIGHBORHOOD SCALE). COMMUNITY-BASED ORGANIZATIONS WILL ASSIST THE CITY OF FLINT IN RECRUITING RESIDENTS FROM NEIGHBORHOODS WITH EJ CONCERNS TO SERVE ON THE STEERING COMMITTEE. EXISTING PARTNERSHIPS BETWEEN ACADEMIA AND CBOS WILL HELP TO INFORM COMMUNITY EDUCATION AND PLANNING PROCESSES, SUCH AS THE NOAA-FUNDED CLIMATE RESILIENT FLINT TEAM FOCUSED ON CLIMATE EDUCATION AND DEMONSTRATION PROJECTS, RATHER THAN DUPLICATING SERVICES. SUBRECIPIENT:THE ENVIRONMENTAL TRANSFORMATION MOVEMENT OF FLINT (ETM FLINT) IS A CORE PROJECT PARTNER THAT WILL HELP ADVISE, ORGANIZE AND IMPLEMENT THE PROJECT, AS WELL AS SECURE ADDITIONAL FUNDING. THEY ARE GOING BUILD SUSTAINABILITY INTO THE PROJECT BY TRAINING ENVIRONMENTAL JUSTICE CHAMPIONS THROUGH NEW RELATIONSHIPS, TECHNOLOGIES AND ENGAGEMENT MECHANISMS. THE NORTH FLINT NEIGHBORHOOD ACTION COUNCIL HAS AGREED TO FACILITATE COMMUNITY CONVERSATIONS AND DIALOGUES, RACIAL HEALING CIRCLES, CONDUCT EVALUATIONS ON COMMUNITY SENTIMENTS AND DESIRES, LEVERAGE TRUST TO PERFORM NEIGHBORHOOD OUTREACH TO INCREASE UNDERSTANDING OF ENVIRONMENTAL JUSTICE AND ITS LASTING IMPACT ON POOR AND MARGINALIZED COMMUNITIES, AND TEACH RESIDENTS TO ADVOCATE FOR THE ISSUES THAT ARE IMPORTANT TO THEM. THE FLINT RIVER WATERSHED COALITION, WITH THEIR SPECIALIZED WATERSHED KNOWLEDGE, HAS REQUESTED FUNDS TO ACT AS A PROJECT ADVISOR AND PROVIDE YOUTH EDUCATION PROGRAMMING. THE CRIM FITNESS FOUNDATION WILL SERVE ON THE STEERING COMMITTEE AND HELP IDENTIFY PARTNERS AND RESOURCES THROUGH ENGAGING, ACCESSIBLE, AND IMPACTFUL EVENTS. THEIR IMPACT TEAM WILL WORK WITH NEIGHBORHOOD GROUPS TO PLAN |
| FORT WAYNE CITY UTILITIES | 66.312 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT PROVIDES FUNDING TO FORT WAYNE CITY UTILITIES (CU). SPECIFICALLY, THE RECIPIENT WILL AIM TO INCREASE THE NUMBER OF HOUSEHOLDS PARTICIPATING IN THE CITY OF FORT WAYNE'S EXISTING LEAD SERVICE LINE REPLACEMENT PROGRAM (LSLRP) THROUGH EXPANDED EDUCATION AND OUTREACH ACTIVITIES WITH THE GOAL TO REPLACE THE LEAD SERVICE LINES IN A TOTAL OF 1,500 RESIDENCES LOCATED WITHIN HISTORICALLY UNDERSERVED AND DISADVANTAGED COMMUNITIES AT THE END OF THE THREE-YEAR PROJECT. BRIGHTPOINT, THE CU'S COMMUNITY-BASED SOCIAL SERVICES ORGANIZATION PROJECT PARTNER WILL USE THEIR SUBAWARD TO AID CU BY LEADING THE COORDINATION OF OTHER LOCAL CBO'S IN |

EPA_00006271

PROMOTING THE LSLRP, ASSISTING WITH
ADMINISTRATION AND OUTREACH TO OVER 12,000
LOW-INCOME HOUSEHOLDS, AND EDUCATING THE
PUBLIC ON THE RISKS OF LEAD WATER SERVICE
LINES.ACTIVITIES: THE ACTIVITIES INCLUDE REPLACING
RESIDENTIAL LEAD SERVICE LINES AT PROPERTIES
LOCATED IN PRIORITY CENSUS TRACTS
REPRESENTING HISTORICALLY UNDERSERVED AND
LOW-INCOME COMMUNITIES, AND PARTNERING WITH
BRIGHTPOINT TO PROMOTE THE CITY OF FORT
WAYNE'S LEAD SERVICE LINE REPLACEMENT
PROGRAM (LSLRP) AND CONDUCT EDUCATION AND
OUTREACH ACTIVITIES FOCUSING ON THE HEALTH
RISKS OF LEAD SERVICE LINES.
- OUTREACH TO HOUSEHOLDS IN PRIORITY CENSUS
TRACTS, AND BEYOND WHO ARE LIKELY TO HAVE LSL
OR GALVANIZED STEEL SERVICE LINES, REGARDING
THE DANGERS OF LEAD EXPOSURE AND THE LSLRP.
- FOLLOW-UP WITH HOUSEHOLDS AS APPROPRIATE TO
MAXIMIZE PARTICIPATION IN THE LSLRP.
- DOCUMENT INTAKE AND PROCESSING, REVIEW OF
FINANCIAL RECORDS, AND COORDINATION OF
SERVICES TO SUPPORT CU'S ADMINISTRATION OF THE
LSLRP.
SPECIFICALLY, BOUNCE BACK HAS COMMITTED TO
PROVIDING CU WITH THE FOLLOWING SERVICES TO
SUPPORT THE LSLRP.
- PROMOTE THE LSLRP TO THEIR CHURCH PARTNERS
WHICH INCLUDES OVER 25 CONGREGATIONS.
- PROVIDE PROMOTIONAL MATERIALS TO THE
CHURCHES TO PROMOTE THE LSLRP TO THEIR
CONGREGATIONS WHICH HAVE OVER 8,500 MEMBERS.
LSSI HAS COMMITTED TO PROVIDING CU WITH THE
FOLLOWING SERVICES TO SUPPORT THE LSLRP.
- DISTRIBUTE LSLRP INFORMATION TO THOSE SERVED
BY LUTHERAN SOCIAL SERVICES, INC.
- PROMOTE THE LSLRP THROUGH LSSI SOCIAL MEDIA
OUTLETS.
- COORDINATE THE SCHEDULING OF LSLRP INTAKE
APPOINTMENTS BETWEEN LSSI CLIENTS AND
BRIGHTPOINT.
WTTO HAS COMMITTED TO PROVIDING CU WITH THE
FOLLOWING SERVICES TO SUPPORT THE LSLRP.
- POST RELEVANT INFORMATION IN THE TRUSTEE'S
OFFICE, INCLUDING LSLRP BROCHURES AND POSTERS.
- INFORM THE PEOPLE THEY SERVE ABOUT THE LSLRP
AND ITS IMPORTANCE AT THEIR APPOINTMENTS.
- POST RELEVANT INFORMATION REGARDING THE
LSLRP ON THEIR SOCIAL MEDIA OUTLETS AND
WEBSITE.

 SUBRECIPIENT: BRIGHTPOINT, THE CU'S COMMUNITY-
BASED SOCIAL SERVICES ORGANIZATION PROJECT
PARTNER WILL USE THEIR SUBAWARD TO AID CU BY
LEADING THE COORDINATION OF OTHER LOCAL CBOS
IN PROMOTING THE LSLRP, ASSISTING WITH
ADMINISTRATION AND OUTREACH TO OVER 12,000
LOW-INCOME HOUSEHOLDS, AND EDUCATING THE
PUBLIC ON THE RISKS OF LEAD WATER SERVICE
LINES.OUTCOMES: THE ANTICIPATED DELIVERABLES
INCLUDE THE REPLACEMENT OF LEAD SERVICE LINES
(LSLS) IN A TOTAL OF 1,500 RESIDENTIAL HOMES IN

| | | |
|---|---|---|
| | | CONJUNCTION WITH REPLACING THEIR PUBLIC MAIN LSLS. THE EXPECTED OUTCOMES INCLUDE: - AN INCREASE IN THE NUMBER OF HOUSEHOLDS WHO PARTICIPATE IN THE LEAD SERVICE LINE REPLACEMENT PROGRAM OFFERED BY CU. - REDUCE LEAD EXPOSURE RISK IN DISADVANTAGED COMMUNITIES. - THE PUBLIC HAS A BETTER UNDERSTANDING OF THE HEALTH RISKS OF LEAD TO INDIVIDUALS, ESPECIALLY CHILDREN. - CU HAS GARNERED THE OUTREACH ACUMEN TO EFFECTIVELY REACH ITS UNDERSERVED AND DISADVANTAGED CUSTOMERS. - LASTING PARTNERSHIPS BETWEEN CU, BRIGHTPOINT, WAYNE TOWNSHIP TRUSTEE'S OFFICE, LUTHERAN SOCIAL SERVICES OF INDIANA, AND BOUNCE BACK TO CONTINUE TO ASSIST CU WITH THE LSLRP EVEN AFTER EJG2G FUNDS ARE FULLY EXPENDED. THE INTENDED |
| FREDERICK COUNTY MARYLAND | 66.312 | DESCRIPTION:THE COOPERATIVE AGREEMENT PROVIDES FUNDING TO FREDERICK COUNTY MARYLAND. SPECIFICALLY, THE RECIPIENT WILL GIVE A VOICE TO ENVIRONMENTAL JUSTICE (EJ) POPULATIONS IN FREDERICK COUNTY, MARYLAND WHO ARE MOST VULNERABLE TO EXTREME HEAT FROM CLIMATE CHANGE. THE PROJECT CONTAINS A STRATEGY TO 1) STRENGTHEN EXISTING PARTNERSHIPS AND PROGRAMS WITH COMMUNITY-BASED ORGANIZATIONS (CBO) THAT WORK HAND-IN-HAND WITH EJ POPULATIONS, INCLUDING SUB-AWARDEES MOBILIZE FREDERICK, HABITAT FOR HUMANITY, AND ASIAN AMERICAN CENTER OF FREDERICK. THE PROJECT WILL PROVIDE THESE ORGANIZATIONS WITH PROGRAM RESOURCES TO BUILD RESILIENCE, EDUCATE ON AIR QUALITY AND CLIMATE, AND ENGAGE COMMUNITY MEMBERS 2) LEARN FROM EJ POPULATIONS HOW CLIMATE CHANGE IMPACTS THEIR COMMUNITY WHILE INCREASING CIVIC INVOLVEMENT; WHERE NEEDED, PROVIDE PAYMENTS FOR PARTICIPATION TO COVER FOR CHILDCARE, TRANSPORTATION, TIME AND MISSED WORK 3) ESTABLISH A GAP-FILLING HVAC REPLACEMENT PROGRAM TO REDUCE ENERGY BURDEN AND GREENHOUSE GAS EMISSIONS AND 4) NAVIGATE COMMUNITY MEMBERS THROUGH PROGRAMS AND RESOURCES TO MAKE HOMES MORE RESILIENT AND REDUCE ENERGY BURDEN. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING COMMUNITY OUTREACH AND EDUCATION PROGRAMS; COORDINATION AND PARTICIPATION OF PUBLIC INPUT SESSIONS TO SUPPORT THE DEVELOPMENT OF THE DIVISION OF ENERGY AND ENVIRONMENT COMMUNITY WIDE CLIMATE ENERGY ACTION PLAN; ESTABLISHING OUTDOOR AIR QUALITY MONITORING SENSORS IN 50% OF COUNTY PUBLIC SCHOOLS AND/OR COMMUNITY CENTERS; DEVELOP AND ESTABLISH A CURRICULUM AND TRAINING FOR FREDERICK COUNTY PUBLIC SCHOOLS TEACHER PERTAINING TO AIR QUALITY, SCIENTIFIC METHOD, SEVERE HEAT EVENTS AND APPROACHES TO MITIGATION; COLLABORATING WITH |

FREDERICK COUNTY DIVISION OF ENERGY AND
ENVIRONMENT TO DEVELOP A MUTUALLY BENEFICIAL
AND SUPPORTIVE DIRECT REFERRAL PROCESS;
PARTNERING WITH FREDERICK COUNTY DIVISION OF
ENERGY AND ENVIRONMENT TO REFER ELIGIBLE
HOUSEHOLDS TO RECEIVE SERVICES FROM BOTH THE
LOCAL GOVERNMENT AS WELL AS FROM HABITAT FOR
HUMANITY PROGRAMS; PARTNERSHIP WITH
FREDERICK COUNTY DIVISION OF ENERGY AND
ENVIRONMENT TO SHARE INFORMATION ON THE
DIVISION'S RESOURCES AVAILABLE TO REDUCE
STORMWATER CONTAMINATION THROUGH THE
COMMUNITY, RETROFIT HOUSING TO REDUCE HEAT
IMPACTS; SUPPORTING THE FREDERICK COUNTY
DIVISION OF ENERGY AND ENVIRONMENT COMMUNITY
ENGAGEMENT EFFORTS BY PROVIDING LANGUAGE
RESOURCE SERVICES FOR RESIDENT OR PROGRAM
PARTICIPANT COMMUNICATION, PUBLIC FORUM
TRANSLATION, ASSISTANCE COMPLETING PROGRAM
APPLICATIONS AND/OR AS NEEDED; DIVISION OF
ENERGY AND ENVIRONMENT WILL ESTABLISH HVAC
REPLACEMENT PROGRAM BASED ON 85% AVERAGE
MEDIAN INCOME (AMI) ELIGIBILITY FOR 48
HOUSEHOLDS; COLLABORATE WITH INTERNAL
FREDERICK COUNTY GOVERNMENT DIVISIONS TO
IMPROVE CIVIC ENGAGEMENT AND PUBLIC FEEDBACK
OF UNDERSERVED COMMUNITIES THROUGH
DEVELOPMENT OF COMMUNITY ENGAGEMENT
INITIATIVES; SUPPORT ESTABLISHING RELATIONSHIPS
AND COLLABORATION WITH ADDITIONAL EXTERNAL
COMMUNITY-BASED ORGANIZATIONS TO CONNECT
WITH EJ IMPACTED COMMUNITIES TO INCLUDE
COMMUNITY EVENT PARTICIPATION, NAVIGATION OF
EXISTING COMMUNITY RESOURCES AND RESIDENT
COMMUNICATION; IMPLEMENT A CLIMATE EQUITY
PARTICIPATION PAYMENT PROCESS TO PAY AT LEAST
100 COMMUNITY RESIDENTS THAT ENGAGE IN PUBLIC
INPUT SESSIONS AND COMMUNITY FEEDBACK
MEETINGS TO ACCOMMODATE FOR CHILDCARE,
TRANSPORTATION, TIME AND MISSED WORK.
SUBRECIPIENT:MOBILIZE FREDERICK: ESTABLISHING
COMMUNITY OUTREACH AND EDUCATION PROGRAMS;
COORDINATION AND PARTICIPATION OF PUBLIC INPUT
SESSIONS TO SUPPORT THE DEVELOPMENT OF THE
DIVISION OF ENERGY AND ENVIRONMENT COMMUNITY
WIDE CLIMATE ENERGY ACTION PLAN; ESTABLISHING
OUTDOOR AIR QUALITY MONITORING SENSORS IN 50%
OF COUNTY PUBLIC SCHOOLS AND/OR COMMUNITY
CENTERS; DEVELOP AND ESTABLISH A CURRICULUM
AND TRAINING FOR FREDERICK COUNTY PUBLIC
SCHOOLS TEACHER PERTAINING TO AIR QUALITY,
SCIENTIFIC METHOD, SEVERE HEAT EVENTS AND
APPROACHES TO MITIGATION.
HABITAT FOR HUMANITY OF FREDERICK COUNTY:
COLLABORATING WITH FREDE

| COUNTY OF ARLINGTON | 66.312 | DESCRIPTION:THE COUNTY PROPOSES THE ENERGY-HEALTH-EQUITY PROJECT (EHE PROJECT, OR PROJECT), WHICH WILL CREATE TWO TECHNICAL RESOURCES: A DECISION-SUPPORT TOOL AND A COMPREHENSIVE FINANCING/INCENTIVES PORTFOLIO. THESE RESOURCES WILL BE TEST DRIVEN, REFINED, AND SCALED FOR INCREASED IMPACT WITHIN THE |

EPA_00006274

COUNTY AND REGION, SUPPORTED BY AN ENGAGEMENT PLAN, TRAINING, AND CAPACITY BUILDING BETWEEN COMMUNITY-BASED NONPROFIT ORGANIZATIONS (CBOS), CONTRACTORS, AND COMMUNITY PARTNERSHIPS. THE EHE DECISION SUPPORT TOOL WILL ALLOW USERS TO THE MODEL POTENTIAL BENEFITS OF ENERGY IMPROVEMENTS TO AFFORDABLE HOUSING AND COMMERCIAL STRUCTURES COMMON TO UNDERSERVED AND DISADVANTAGED COMMUNITIES (DACS) IN THE NORTHERN VIRGINIA AND GREATER REGIONAL TERRITORIES. THE PROJECT WILL CULMINATE WITH A FINAL DELIVERABLE REPORT THAT WILL BE LEVERAGED TO BUILD A PIPELINE OF PROJECTS AND SUPPORT SCALABILITY AND REPLICABILITY. THE EHE PROJECT'S CORE OBJECTIVES ARE TO IMPROVE AIR QUALITY AND HEALTH AND REDUCE GREENHOUSE GAS (GHG) EMISSIONS IN ARLINGTON DACS VIA BUILDING ENERGY UPGRADES. THE PROJECT WILL ALSO PROVIDE TECHNICAL SUPPORT AND TRAINING TO KEY AUDIENCES FOR USING THE TOOLS AND PURSUING BUILDING UPGRADES, DEFINE HUMAN HEALTH INDICATORS AND METRICS AND ALIGN HEALTHIER INDOOR ENVIRONMENTS WITH ENERGY-PERFORMANCE UPGRADES, AND UPSCALE USE OF THE PROJECT TOOLS AND RESOURCES FOR ADOPTION AND REPLICATION ACROSS OTHER JURISDICTIONS.ACTIVITIES:EHE PROJECT ACTIVITIES FALL INTO FIVE MAIN AREAS: 1) PUBLIC AND PRIVATE-SECTOR ENGAGEMENT PLAN AND BEST PRACTICES, 2) ENERGY MODELING FOR ENERGY-PERFORMANCE UPGRADE PLANNING AND DECISION SUPPORT (THE EHE DECISION SUPPORT TOOL), 3) FUNDING OPPORTUNITY IDENTIFICATION (THE FINANCING/INCENTIVE PORTFOLIO), 4) TECHNICAL SUPPORT/PROGRAM SUPPORT PLATFORM, AND 5) DEMONSTRATION AND SCALING. ACTIVITIES TO BE PERFORMED INCLUDE THE DEVELOPMENT OF TWO TECHNICAL TOOLS AND TWO MARKET RESOURCE TOOLS. THESE TOOLS WILL BE USED TO ASSIST BOTH OCCUPANTS AND BUILDING DEVELOPERS/OWNERS IN IDENTIFYING POTENTIAL BUILDING UPGRADES AND FINANCIAL RESOURCES AVAILABLE TO THEM.SUBRECIPIENT:THE NORTHERN VIRGINIA AFFORDABLE HOUSING ALLIANCE (NVAHA) ($100,000) WILL DEVELOP AND IMPLEMENT COMMUNICATIONS AND OUTREACH STRATEGIES SPECIFICALLY TARGETED TO UNDERSERVED POPULATIONS AND BUILDING OWNERS AND MANAGERS IN DISADVANTAGED COMMUNITIES AND AREAS DESIGNATED FOR HIGH-SOCIAL VULNERABILITY. NVAHA WILL ALSO EMPLOY/COMPENSATE RESIDENT COMMUNITY LEADERS AT EACH PROPERTY TO ASSIST WITH OUTREACH AND EDUCATION, PROVIDE TRANSLATION SERVICES, CHILDCARE SERVICES, AND OTHER SERVICES.

 THE COLUMBIA PIKE PARTNERSHIP ORGANIZATION ($110,000) WILL SUPPORT DEVELOPMENT OF THE DECISION-SUPPORT TOOL WITH DATA ON SOCIO-ECONOMIC FACTORS, HOUSING, LAND USE, COMMERCIAL BUILDING STOCK, AND OTHER

| | | CONDITIONS AND CHARACTERISTICS. COLUMBIA PIKE WILL ALSO FACILITATE OUTREACH WITH BUSINESS OWNERS, CITIZEN-CIVIC GROUPS, AND RESIDENTIAL/COMMERCIAL BUILDING OWNERS/MANAGERS, AND DEVELOPERS.<br><br>GEORGE MASON UNIVERSITY'S VIRGINIA CLIMATE CENTER ($78,000) WILL ENGAGE PUBLIC STAKEHOLDER PLATFORMS WITH A FOCUS ON CLIMATE IMPACTS TO HUMAN HEALTH AND MITIGATION STRATEGIES, EVALUATE KEY INTERVENTIONS OF THE PROJECT, AND EVALUATE THE COUNTY'S ENERGY ACTION CLIMATE PLAN FOR ALIGNMENT IN ADVANCING ENVIRONMENTAL JUSTICE AND OTHER GOALS. THE UNIVERSITY WILL ALSO COMMUNICATE ENERGY-PERFORMANCE BUILDINGS, HEALTHY ENVIRONMENTS, AND THEIR IMPACT ON HUMAN HEALTH INDICATORS IN DACS.<br><br>VIRGINIA CLINICIANS FOR CLIMATE ACTION ($99,000) WILL PROVIDE TRANSLATION AND ADVOCACY SUPPORT REGARDING INDOOR ENVIRONMENTS AND HUMAN HEALTH, SUPPORT CASE STUDIES OF PUBLIC HEALTH IMPACTS AMONG UNDERSERVED COMMUNITIES AND THEIR CONNECTION WITH CLIMATE VOLATILITY, INDOOR ENVIRONMENTS, AMBIENT AIR QUALITY, EXTREME AND PROLONGED HEAT EVENTS, AND OTHER DYNAMICS BETWEEN URBANIZED ENVIRONMENTS AND UNDERSERVED POPULATIONS, AND INFORM DEVELOPMENT OF THE DECISION-SUPPORT TOOL TO REFLECT HUMAN HEALTH INDICATORS AND METR |
|---|---|---|
| COUNTY OF ALLEGHENY | 66.312 | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE COUNTY OF ALLEGHENY, WHICH INCLUDES THE ALLEGHENY COUNTY HEALTH DEPARTMENT (ACHD). SPECIFICALLY, THE RECIPIENT WILL IMPLEMENT CLIMATE RESILIENCY PROGRAMS TO HIGH PRIORITY ENVIRONMENTAL JUSTICE (EJ) COMMUNITIES WITHIN ALLEGHENY COUNTY, PRIORITIZED ACCORDING TO ACHD'S EJ INDEX CRITERIA. ACHD WILL FACILITATE COLLABORATION AMONG COMMUNITY MEMBERS, NON-PROFIT PARTNERS, ALLEGHENY CLEANWAYS AND LANDFORCE, COUNTY GOVERNMENT, AND THE UNIVERSITY OF PITTSBURGH. THE COUNTY OF ALLEGHENY WILL USE THE FUNDING TO SUPPORT ACHD PROGRAMMING STAFF, TO FINANCIALLY INCENTIVIZE EJ COMMUNITIES THROUGH THEIR RESPECTIVE PARTICIPATING COUNCILS OF GOVERNMENTS (COGS) TO CREATE CLIMATE RESILIENCE STRATEGIES, AND PITT SUSTAINABILITY WILL DESIGN AND MAINTAIN GREEN INFRASTRUCTURE PROJECTS. FURTHERMORE, ALL WORKFORCE AND ENVIRONMENTAL METRICS, INCLUDING POUNDS OF WASTE REMOVED AND NUMBER OF NATIVE PLANTS INSTALLED IN GREEN INFRASTRUCTURE PROJECT, WILL BE TRACKED IN AN INTERACTIVE DASHBOARD AND MAP, WHICH WILL BE SHARED WITH ACHD EPIDEMIOLOGY STAFF AND PARTICIPATING EJ COMMUNITIES.<br><br>ACTIVITIES:THE ACTIVITIES THAT WILL BE PERFORMED INCLUDE IMPLEMENTING CLIMATE RESILIENCY PROGRAMS BY: 1. ENGAGING PARTNERS AND |

COMMUNITY MEMBERS TO USE EXISTING ENVIRONMENTAL DATA TO IDENTIFY LOCAL CLIMATE RESILIENCE PRIORITIES IN AREAS OF ENVIRONMENTAL JUSTICE (EJ) CONCERNS; 2. RECEIVING INPUT FROM PARTNERS IN THE PLANNING AND DESIGN FOR CREATING FLOOD MITIGATION PLANS AND CLIMATE RESILIENCE STRATEGIES; 3. TRAINING AND EMPLOYING MARGINALIZED MEMBERS OF EJ COMMUNITIES TO IMPLEMENT GREEN INFRASTRUCTURE PROJECTS; 4. CLEANING UP OF ILLEGAL DUMPS NEAR MANY WATERWAYS OF ALLEGHENY COUNTY; 5. TRACKING OF DATA METRICS SUCH AS (SUCH AS THE NUMBER OF NATIVE TREES, SHRUBS, AND FLOWERS PLANTED PER PROJECT, THE ESTIMATED POUNDS OF WASTE REMOVED FROM COMMUNITY CLEANUPS OF WATERWAYS, THE NUMBER OF VOLUNTEERS, CBO PARTNERSHIPS, AND EJ COMMUNITIES ENGAGED PER PROJECT, AND THE NUMBER OF PEOPLE TRAINED AND EMPLOYED BY LANDFORCE TO IMPLEMENT GREEN INFRASTRUCTURE PROJECTS); AND 6. CALCULATING THE ESTIMATED PROJECTED ENVIRONMENTAL IMPACT (SUCH AS TECHNICAL MODELLING OF AMOUNT OF STORM WATER DIVERTED).

SUBRECIPIENT:- SUBAWARD TO LANDFORCE (CBO) FOR 5 NEW ($30,000 EACH) AND 5 MAINTENANCE ($10,000 EACH) GREEN INFRASTRUCTURE PROJECTS (INCLUDES COST OF TRAINING A WORK COHORT, LABOR, EQUIPMENT, AND SUPPLIES) = $200,000
- SUBAWARD TO ALLEGHENY CLEANWAYS (CBO) FOR 10 WATER BASED CLEANUP PROJECTS @ AVERAGE $7,500 PER PROJECT = $75,000
- SUBAWARD TO PITT SUSTAINABILITY FOR DESIGN OF 5 NEW AND 5 MAINTENANCE GREEN INFRASTRUCTURE PROJECTS = $96,984
- SUBAWARDS FOR COUNCILS OF GOVERNMENTS (STEEL RIVERS COG AND TURTLE CREEK VALLEY COG) TO CREATE CLIMATE RESILIENCE STRATEGIES AND PARTICIPATION INCENTIVES FOR EJ COMMUNITIES AT AVERAGE OF $5,000 PER STIPEND FOR UP TO 15 COMMUNITIES AND THEIR CORRESPONDING COGS = $150,000OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE A QAPP, PROGRESS REPORTS, AND COLLECTION OF TRACKED DATA METRICS. PITT SUSTAINABILITY WILL HELP WITH THE DESIGN AND MAINTENANCE OF THE GREEN INFRASTRUCTURE PROJECTS. STUDENTS FROM UNIVERSITY OF PITTSBURGH WILL CALCULATE THE ESTIMATED PROJECTED ENVIRONMENTAL IMPACT. ACHD WILL WORK WITH PARTNERS AT ALLEGHENY CLEANWAYS AND LANDFORCE TO TRACK WORKFORCE AND IMPLEMENTATION METRICS. THE EXPECTED OUTCOMES INCLUDE INCREASED CLIMATE RESILIENCE TO MITIGATE THE PUBLIC HEALTH AND ENVIRONMENTAL RISKS FROM FLOODING, INCREASED COMMUNITY PREPAREDNESS AND ENGAGEMENT, AND STRENGTHENED LOCAL PARTNERSHIPS. THE INTENDED BENEFICIARIES INCLUDE ALLEGHENY COUNTY MUNICIPALITIES THAT ARE AMONG THE HIGH PRIORITY EJ COMMUNITIES.

| COUNTY OF ALBEMARLE | 66.312 | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING, VIA THE RECIPIENT'S CLIMATE RESILIENCE COHORT |

INITIATIVE, TO TEN COMMUNITY-BASED ORGANIZATIONS (CBOS) THAT SERVE DISADVANTAGED COMMUNITIES IN ALBEMARLE COUNTY AND THE CITY OF CHARLOTTESVILLE TO HELP CENTRALIZE EQUITY AND INCLUSION IN CRAFTING AND IMPLEMENTING A CLIMATE ADAPTATION AND RESILIENCE PLAN. SPECIFICALLY, THE RECIPIENT'S CLIMATE RESILIENCE COHORT INITIATIVE WILL PROVIDE SUBGRANTS AND WITH THE SUPPORT OF COUNTY AND CITY STAFF, EACH PARTICIPANT CBO WILL: (1 ) CONDUCT TWO COMMUNITY ENGAGEMENT EVENTS WITH THEIR CONSTITUENTS TO INFORM THE CLIMATE ADAPTATION AND RESILIENCE PLAN; (2) PARTICIPATE IN SIX COHORT STAFF ROUNDTABLE MEETINGS TO PROVIDE FEEDBACK ON THE PLAN; AND (3 ) IMPLEMENT TWO A COMMUNITY-CENTERED PROJECTS IDENTIFIED IN THE PLAN (INDIVIDUALLY OR WITH OTHER CBOS), ALONG WITH TWO PROGRESS MEETINGS WITH THE COHORT STAFF ROUNDTABLE.

ACTIVITIES:THE ACTIVITIES TO BE PERFORMED WITHIN THE CITY OF CHARLOTTESVILLE AND ALBEMARLE COUNTY WILL INCLUDE: A) REDUCTION OF GREENHOUSE GAS EMISSIONS IN THEIR COMMUNITIES; B) ADAPTATION TO A CHANGING CLIMATE AND C) THE CONTINUOUS BUILDING OF A CLIMATE-RESILIENT COMMUNITY. THE CLIMATE RESILIENCE COHORT (COHORT) PROJECT SEEKS TO ACHIEVE THE FOLLOWING RESULTS: 1) STRENGTHEN RELATIONSHIPS BETWEEN GOVERNMENT AND COMMUNITY-BASED ORGANIZATIONS (CBOS); 2) CREATE A CLIMATE ADAPTATION AND RESILIENCE PLAN THAT CENTERS EQUITY AND THE EXPERIENCES OF UNDERSERVED COMMUNITIES AND VULNERABLE POPULATIONS; 3) CREATE OPPORTUNITIES FOR THE CITY OF CHARLOTTESVILLE AND ALBEMARLE COUNTY TO PARTNER WITH CBOS IN THE IMPLEMENTATION OF STRATEGIES TO BUILD RESILIENCE TO CLIMATE CHANGE IMPACTS; 4) FOSTER GREATER DISASTER PREPAREDNESS AMONG VULNERABLE POPULATIONS AND 5) EQUIP CBOS WITH SKILLS TO ADDRESS CLIMATE DISRUPTION IN THEIR WORK. VULNERABLE POPULATIONS WILL BENEFIT FROM THESE RESULTS IN THREE PRIMARY WAYS. FIRST, STRONGER RELATIONSHIPS BETWEEN GOVERNMENT AND CBOS WILL ENABLE MORE MEANINGFUL PARTICIPATION IN CLIMATE ADAPTATION AND RESILIENCE PLANNING AND A FINAL PLAN WITH STRATEGIES THAT CONNECT TO PEOPLE'S LIVED EXPERIENCE. SECOND, CREATING A PLAN THAT CENTERS EQUITY AND MEANINGFULLY INTEGRATES THE PERSPECTIVES OF VULNERABLE POPULATIONS BENEFITS THE WHOLE COMMUNITY. INTEGRATING EQUITY INTO CLIMATE ACTION PLANNING IS GOOD FOR EVERYONE IN THE COMMUNITY. THIS EPA GRANT AIMS TO ENSURE THAT SOCIETY'S MOST DISADVANTAGED MEMBERS CAN CONTRIBUTE TO PROGRAM DESIGN AND CAN ACCESS PROGRAM SERVICES AFFORDABLY. THUS, ALL OF SOCIETY WILL BENEFIT. THIRD, CONTINUING TO ENGAGE THE COHORT IN IMPLEMENTATION AFTER THE ADOPTION OF THE CLIMATE ADAPTATION AND RESILIENCE PLAN WILL BENEFIT DISADVANTAGED COMMUNITIES BY ENSURING THAT FOLLOW-THROUGH BEGINS

| | | IMMEDIATELY. IMPLEMENTATION PROJECTS CAN HELP TO IMPROVE DISASTER PREPAREDNESS AND CONNECT CLIMATE RESILIENCE TO OTHER PRIORITIES CBOS ARE SEEKING TO ADDRESS, LEADING TO MORE OVERALL OUTCOMES. IT IS EXPECTED THAT THE IMMEDIATE RESULTS OF THIS PROJECT WILL SUPPORT BENEFICIAL LONG-TERM OUTCOMES SUCH AS: A) INCREASED URBAN TREE COVERAGE IN NEIGHBORHOODS THAT ARE MORE EXPOSED TO URBAN HEAT ISLAND AND B) IMPROVED GREEN INFRASTRUCTURE IN NEIGHBORHOODS EXPOSED TO FLOODING. SUBRECIPIENT:UNDER THE CATEGORY OF 'OTHER COSTS,' THE BUDGET INCLUDES SUBAWARDS TO UP TO TEN SELECTED COMMUNITY-BASED ORGANIZATIONS (CBOS) TO CONDUCT PUBLIC OUTREACH AND ENGAGEMENT WITH THEIR STAKEHOLDER GROUPS. THE CORRESPONDING ACTIVITIES TO BE IMPLEMENTED THROUGH SUBAWARDS ARE: <br><br> PART 1 ACTIVITIES: UP TO $20,000 PER CBO WILL SUPPORT EACH CBO IN THE FULFILLING THE FOLLOWING REQUIREMENTS DURING PART 1 (PLANNING PROCESS): HAVE STAFF ATTEND 3 TRAINING SESSIONS, CONDUCT COMMUNITY ENGAGEMENT, AND PARTICIPATE IN STAFF ROUNDTABLE MEETINGS. CBOS WILL BE EXPECTED TO SPEND UP TO $20,000 OF THEIR SUBAWARDS ON STAFF LABOR, SUPPLIES FOR EVENTS, TRAVEL TO EVENTS, FOOD AND CHILDCARE FOR COMMUNITY MEMBER ATTENDEES, AND OTHER COSTS DEEMED NECESSARY TO OVERCOME BARRIERS |
|---|---|---|
| AL DEPARTMENT ENVIRONMENTAL MANAGEMENT | 66.312 | THE PURPOSE OF THIS AMERICAN RESCUE PLAN FUNDED COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING TO THE ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (ADEM) TO DEVELOP AND UTILIZE A MOBILE EDUCATION TRAILER TO PROVIDE EDUCATION AND TRAINING RELATED TO THE CAUSES AND EFFECTS OF AIR POLLUTION (CLEAN AIR ACT, SECTION 103 (B)(3) WITHIN UNDERSERVED COMMUNITIES THAT HAVE EXPERIENCED PROLIFIC IMPACTS DUE TO THE COVID-19 PANDEMIC. THE TARGET AREA FOR THIS PROJECT IS MONTGOMERY COUNTY, AL WHERE ONE OF THE UNDERLYING MEDICAL CONDITIONS FOR MANY RESIDENTS IS CHRONIC LUNG DISEASE OR MODERATE TO SEVERE ASTHMA. ACTIVITIES WILL INCLUDE DEVELOPMENT OF INTERACTIVE AND VISUALLY ENGAGING EXHIBITS TO ENCOURAGE PARTICIPANTS TO LEARN MORE ABOUT HOW THE COMMUNITY IS IMPACTED BY AIR POLLUTION AND THE EXHIBITS WILL PROVIDE GUIDANCE TO ALLOW THEM TO IMPLEMENT PRACTICES. RESIDENTS WILL ALSO BE PROVIDED WITH UPDATED INFORMATION AND GUIDANCE FOR COVID-19 RESOURCE INFORMATION. OUTCOMES INCLUDE PROVIDING APPROXIMATEL |
| VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | 66.312 | THE PURPOSE OF THIS AMERICAN RESCUE PLAN FUNDED COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING TO THE VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY (VADEQ) TO IMPLEMENT TWO KEY RECOMMENDATIONS RESULTING FROM ITS 2019-2020 ENVIRONMENTAL JUSTICE (EJ) STUDY: 1) DEVELOPMENT AND IMPLEMENTATION OF AN EJ TRAINING ACADEMY AND 2) DEVELOPMENT OF A |

EPA_00006279

| | | |
|---|---|---|
| | | VIRGINIA-SPECIFIC EJ MAP-BASED TOOL. WORK UNDER THIS PROJECT WILL FOCUS ON EJ TRAINING AND CAPACITY BUILDING FOR MEMBERS OF TWO UNDERSERVED COMMUNITIES IN SOUTHEASTERN VA IDENTIFIED AS NEEDING INCREASED AIR QUALITY MONITORING, AS WELL AS AN AIR QUALITY ASSESSMENT. THE EJ MAP-BASED TOOL WILL INCLUDE A COMPREHENSIVE COLLECTION OF DATA NEEDED TO INFORM THE DECISION-MAKING PROCESS BY VADEQ AS WELL AS RESOURCES, GUIDANCE, AND BEST PRACTICES ON HOW TO USE IT MOST EFFECTIVELY WHEN REACHING OUT TO VARIOUS STAKEHOLDERS. SPECIFIC PROJECT ACTIVITIES INCLUDE: 1) PILOTING AN EJ TRAINING PROGRAM, 2) DEVELOPING A MAP-BASED TOOL WITH A HEAT ISLAND LAYER, AND 3) DEVELO (no really the description ends in the middle of a word like this) |
| DEPARTMENT OF ENERGY AND ENVIRONMENT | 66.312 | THE PURPOSE OF THIS AMERICAN RESCUE PLAN FUNDED COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING TO THE DISTRICT OF COLUMBIA DEPARTMENT OF ENERGY AND ENVIRONMENT'S (DOEE) AIR QUALITY DIVISION TO EMPOWER PREDOMINANTLY MINORITY FAMILIES LIVING IN HIGH-POVERTY NEIGHBORHOODS EAST OF THE ANACOSTIA RIVER IN WARDS 7 AND 8 TO TAKE ACTION TO MANAGE ENVIRONMENTAL CONDITIONS AT HOME. THE PROJECT'S PRIMARY ACTIVITIES ARE TO PROVIDE TRAINING AND PUBLIC EDUCATION TO IMPROVE CHILDREN'S LONG-TERM ASTHMA CONTROL AND TO REDUCE TRANSMISSION OF THE COVID- 19 VIRUS. WORKING IN CLOSE COLLABORATION WITH MULTISECTOR PARTNERS, DOEE SEEKS TO MITIGATE THESE IMPACTS BY PROVIDING PARTICIPANTS WITH TECHNICAL TRAINING, CONDUCTING VIRTUAL HOME VISITS, DELIVERING ASTHMA MANAGEMENT KITS, AND DEVELOPING ONLINE CONTENT RELATED TO INDOOR AIR QUALITY HAZARDS. DUE TO THE PANDEMIC, CHILDREN ARE SPENDING MORE TIME AT HOME MAKING HOME-BASED EXPOSURE TO AIR CONTAMINANTS MORE ACUTE AND HOME-BASED INTERVENTIONS MORE IMPERATIVE. TH |
| ECORISE YOUTH INNOVATIONS | 66.951 | DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING TO ECORISE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN OKLAHOMA CITY AND BRYAN COUNTY, OK. THE RECIPIENT WILL DO THIS BY PROVIDING TEACHERS WITH STANDARDS-ALIGNED ENVIRONMENTAL EDUCATION CURRICULA, PROFESSIONAL DEVELOPMENT, AND YEAR-ROUND SUPPORT FROM ECORISE PROGRAM STAFF AND PROJECT PARTNERS; PROVIDING STUDENTS LESSONS ON ENVIRONMENTAL LITERACY, ENGINEERING DESIGN, AND ENVIRONMENTAL JUSTICE; AND FACILITATING STUDENT CREATION OF ENVIRONMENTAL IMPROVEMENT PROJECTS TO IMPACT THE COMMUNITY.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN OKLAHOMA CITY AND BRYAN COUNTY, OK AND PROVIDE STUDENTS AND |

| | | |
|---|---|---|
| | | TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: PROVIDING TEACHERS WITH STANDARDS-ALIGNED ENVIRONMENTAL EDUCATION CURRICULA, PROFESSIONAL DEVELOPMENT, AND YEAR-ROUND SUPPORT FROM ECORISE PROGRAM STAFF AND PROJECT PARTNERS; PROVIDING STUDENTS LESSONS ON ENVIRONMENTAL LITERACY, ENGINEERING DESIGN, AND ENVIRONMENTAL JUSTICE; AND FACILITATING STUDENT CREATION OF ENVIRONMENTAL IMPROVEMENT PROJECTS TO IMPACT THE COMMUNITY.SUBRECIPIENT:SUBAWARD RECIPIENTS INCLUDE RESTORE OKLAHOMA CITY, OKC BEAUTIFUL, OKLAHOMA GREEN SCHOOLS, AND TWO OTHER PARTNERS. SUBAWARD ACTIVITIES INCLUDE GIVING SCHOOL PRESENTATIONS ON ECORISE RESOURCES, ASSISTING AND COLLABORATING ON TEACHER WORKSHOPS, PROVIDING ONE-ON-ONE SUPPORT TO TEACHERS, SUPPORTING TEACHER OUTREACH STATEWIDE, AND IMPLEMENTING PROGRAMS SUCH AS SCHOOL GARDENS, CLASSROOM SUPPORT, NUTRITION EDUCATION AND WORKFORCE DEVELOPMENT TO HELP ECORISE IMPLEMENT ITS PROGRAM IN SCHOOLS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: 163 SUSTAINABLE INTELLIGENCE K-12 LESSONS, 40 DESIGN STUDIO ACTIVITIES, AND THREE INTRODUCTION TO ENVIRONMENTAL JUSTICE MODULES. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASED ENVIRONMENTAL LITERACY OF STUDENTS AND TEACHERS, INCREASED INTEREST IN ENVIRONMENTAL CAREERS BY STUDENTS, STUDENTS INSPIRED TO BE SUSTAINABLE LEADERS IN THEIR COMMUNITIES, INCREASED CONFIDENCE AND SKILLS BY TEACHERS TO TEACH ENVIRONMENTAL EDUCATION, AND TEACHER DRIVEN TO MAKE STEWARDSHIP AND SUSTAINABILITY PART OF THE CURRICULUM. THE PROJECT WILL BENEFIT STUDENTS AND TEACHERS OF OKLAHOMA CITY AND BRYAN COUNTY, OK. |
| ECORISE YOUTH INNOVATIONS | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO ECORISE YOUTH INNOVATIONS TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN PALM SPRINGS, SACRAMENTO, SAN FRANCISCO, AND SAN MATEO COUNTIES IN CALIFORNIA. THE GRANTEE WILL DO THIS BY TEACHING STUDENTS TO BUILD ENVIRONMENTAL LITERACY; GAIN CONTEXT AROUND LOCAL ENVIRONMENTAL CONDITIONS; AND LEARN HOW TO USE COMPASSION AND EMPATHY TO HELP REPAIR DAMAGE FROM RACIST BEHAVIORS, POLICIES, AND SYSTEMS. WITH THIS KNOWLEDGE AND AWARENESS, STUDENTS TAKE ACTION, IDENTIFYING AND DESIGNING SOLUTIONS THROUGH SELF-LED, INNOVATIVE PROJECTS THAT ENGAGE AND POSITIVELY IMPACT THE BROADER COMMUNITY. SUCH PROJECTS COULD INCLUDE |

SCHOOLWIDE WATER-CONSERVATION EFFORTS, SCHOOL AIR PURIFICATION INSTALLATIONS, THE CREATION OF OUTDOOR CLASSROOMS, AND MUCH MORE. THROUGH THIS COMBINATION OF LEARNING AND DOING, STUDENTS DEVELOP THEIR STEM AND 21ST CENTURY SKILLS, ACT AS LEADERS AND CREATIVE CHANGEMAKERS IN THEIR COMMUNITIES, AND ADVOCATE FOR A MORE JUST AND EQUITABLE CALIFORNIA.

THIS ASSISTANCE AGREEMENT PROVIDE FULL FEDERAL FUNDING IN THE AMOUNT OF $100,000. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN PALM SPRINGS, SACRAMENTO, SAN FRANCISCO, AND SAN MATEO COUNTIES IN CALIFORNIA AND PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. THIS PROJECT BRINGS OUR AWARD-WINNING CURRICULUM, PROFESSIONAL DEVELOPMENT, AND SUPPORT TO 160 NEW TEACHERS IN URBAN AND RURAL REGIONS OF CALIFORNIA. THIS ACTION-ORIENTED PROGRAM INCLUDES 163 SUSTAINABLE INTELLIGENCE (S.I.) K-12 LESSONS, WHICH PROVIDE ECO-LITERACY ACROSS SEVEN THEMES (WATER, WASTE, ENERGY, FOOD, AIR, TRANSPORTATION, AND PUBLIC SPACES) IN ENGLISH AND SPANISH. IT INCLUDES 40 DESIGN STUDIO ACTIVITIES, WHICH GUIDE STUDENTS THROUGH AN ENGINEERING DESIGN PROCESS THEY CAN USE TO COME UP WITH INNOVATIVE SOLUTIONS TO PRESSING PROBLEMS. ALSO INCLUDED ARE THREE INTRODUCTION TO ENVIRONMENTAL JUSTICE MODULES, ONE EACH FOR ELEMENTARY, MIDDLE, AND HIGH SCHOOL STUDENTS. TOGETHER, THIS CONTENT HELPS STUDENTS GAIN VALUABLE SCIENCE, TECHNOLOGY, ENGINEERING, AND MATH (STEM) SKILLS AS WELL AS ENVIRONMENTAL JUSTICE SOCIAL LITERACY AND PROJECT-BASED LEARNING SKILLS. EACH S.I. LESSON INCLUDES COMMUNITY CONNECTIONS, WHICH PROVIDE SUGGESTIONS FOR HOW BEST TO COLLABORATE WITH THE COMMUNITY ON IMPROVEMENT PROJECTS AND HELP STUDENTS SPREAD AWARENESS OF RELEVANT LOCAL ENVIRONMENTAL ISSUES. AS STUDENTS COMPLETE ACTIVITIES AND AUDIT ENVIRONMENTAL CONDITIONS IN THEIR SCHOOLS AND COMMUNITIES, THEY ADDRESS EPA'S GOAL 2.2 BY LISTENING TO AND COLLABORATING WITH OTHER IMPACTED STAKEHOLDERS AND CREATING MEANINGFUL ENGAGEMENT. LESSONS ALSO PROVIDE CROSS-DISCIPLINARY CONNECTIONS, TECHNOLOGY EXTENSIONS, CULTURAL ADAPTATIONS, AND CORRELATIONS TO NATIONAL STANDARDS. IN ADDITION, OUR STAFF ALIGNS THE PROGRAM TO LOCAL STANDARDS AND DISTRICT SCOPE AND SEQUENCES.SUBRECIPIENT:SUBAWARDS WILL BE IN THE FORM OF 'ECO-AUDIT MICROGRANTS,' WHICH WE AWARD TO SCHOOLS TO SUPPORT STUDENT-LED GROUP PROJECTS. WE WILL NOT KNOW WHICH SCHOOLS WILL RECEIVE SUBAWARDS UNTIL AFTER THE PROJECT HAS BEGUN; HOWEVER, WE WILL FOCUS

|  |  | OUR EFFORTS ON COMMUNITIES DISPROPORTIONATELY IMPACTED BY ENVIRONMENTAL STRESSORS IN SACRAMENTO, SAN FRANCISCO, SAN MATEO, AND PALM SPRINGS. ECORISE STAFF GUIDES STUDENTS AND TEACHERS TO UNDERSTAND HOW TO CONDUCT AN ECO-AUDIT OF THEIR SCHOOL CAMPUS OR COMMUNITY AND THEN APPLY FOR A MICROGRANT USING AN ESTABLISHED PROJECT-BASED RUBRIC. STUDENT GROUPS WORK WITH A TEACHER SPONSOR TO CREATE A PROJECT PLAN WITH ENVIRONMENTAL GOALS, METHODS FOR GATHERING DATA AND ASSESSING THOSE GOALS, A BUDGET, A TIMELINE FOR INCREASING SUSTAINABILITY IN A CERTAIN AREA OF THE SCHOOL OR COMMUNITY, AND ADDI |
|---|---|---|
| GROUNDWORK HUDSON VALLEY INC | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO GROUNDWORKS HUDSON VALLEY TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN YONKERS, NEW YORK. THE GRANTEE WILL DO THIS BY EDUCATING HIGH SCHOOL STUDENTS ON FLOODING AND HOW FLOODING IMPACTS THEIR LOCAL COMMUNITY THROUGH ITS CONNECTING THE DROPS: GREEN INFRASTRUCTURE AND CLIMATE SAFE NEIGHBORHOODS PROJECT. GROUNDWORKS HUDSON VALLEY WILL USE CLASSROOM AND HANDS-ON FIELD EXPERIENCE TO TEACH STUDENTS ABOUT WATER QUALITY, STORMWATER MANAGEMENT, CLIMATE CHANGE RESILIENCY, AND HOW TO PREPARE FOR DISASTERS SUCH AS FLOODS AND HURRICANES. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN YONKERS, NEW YORK AND PROVIDE STUDENTS SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: RECRUITMENT OF TEACHERS AND HIGH SCHOOL STUDENTS, DEVELOP AND DELIVER THE CLASSROOM LESSONS ON WATER QUALITY, STORMWATER MANAGEMENT, CLIMATE RESILIENCY TO PROJECT PARTICIPANTS; AND INSTALL FIVE GREEN INFRASTRUCTURE PROJECTS SUCH AS RAIN GARDENS, NATIVE SPECIES PLANTING, RIPARIAN BUFFERS AND HILLSIDE STABILIZATION TO MITIGATE THE IMPACT OF STORMWATER AND FLOODING IN THE LOCAL AFFECTED COMMUNITY. SUBRECIPIENT:GROUNDWORKS HUDSON VALLEY WILL ISSUE SUBAWARDS AS REQUIRED UNDER THE NATIONAL ENVIRONMENTAL EDUCATION ACT. THE SUBAWARDEES WILL PROVIDE COORDINATION OF PROJECT ACTIVITIES AND ASSISTING STUDENTS IN THE DESIGN AND IMPLEMENTATION OF GREEN INFRASTRUCTURE PROJECTS IN PRIORITY LOCATIONS TO ASSIST IN THE MITIGATION RELATED TO THE IMPACT OF FLOODING IN THE LOCAL AFFECTED COMMUNITY. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES AND EXPECTED OUTCOMES: INCREASING THE KNOWLEDGE OF MORE THAN 300 |

| | | STUDENTS OF PROBLEM AWARENESS, STEM KNOWLEDGE, CRITICAL THINKING AND DECISION-MAKING SKILLS ON LOCAL WATER QUALITY, STORMWATER MANAGEMENT, CLIMATE RESILIENCY AND EMERGENCY PREPAREDNESS RELATED TO FLOODING IN THE AFFECTED AREA; DELIVERY OF THREE LESSON MODULES FOR PROJECT PARTICIPANTS; AND IMPLEMENT FIVE GREEN INFRASTRUCTURE PROJECTS IN THE LOCAL COMMUNITY TO MITIGATE FLOODING . DIRECT BENEFICIARIES ARE STUDENTS LOCATED IN YONKERS, NEW YORK. |
|---|---|---|
| EMORY UNIVERSITY | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING IN THE AMOUNT OF $100,000 TO EMORY UNIVERSITY TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN ELEMENTARY, MIDDLE AND HIGH SCHOOL STUDENTS, AND THE COMMUNITY MEMBERS, IN GEORGIA. THE GRANTEE WILL DO THIS BY PROVIDING UNIQUE ACTIVE-LEARNING CURRICULUM ON TOPICS RELATED TO THE ENVIRONMENT. EMORY UNIVERSITY, WORKING TOGETHER IN PARTNERSHIP WITH HISTORIC WESTSIDE GARDENS, ALTAMAHA RIVERKEEPER, SCIENCE ATL, AND TEACHERS AT 10 SCHOOLS (INCLUDING 4 TITLE I SCHOOLS), WILL EDUCATE THE STUDENTS AND COMMUNITY MEMBERS ABOUT THE IMPACTS OF AIR, WATER AND SOIL CONTAMINATION AND EXPLORE MITIGATION STRATEGIES. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN GEORGIA AND PROVIDE LOCAL ELEMENTARY/HIGH SCHOOL AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: SETTING UP LOW-COST AIR QUALITY SENSORS AT 9 SCHOOLS AND AT 1 COMMUNITY GARDEN AND DEVELOP EDUCATIONAL MATERIALS ON AIR QUALITY AND SOIL LEAD CONTAMINATION. SUBRECIPIENT:HISTORIC WESTSIDE GARDENS, A NONPROFIT ORGANIZATION, WILL SET UP A LOW-COST AIR QUALITY SENSOR AT A GARDEN AND TEACH CHILDREN AT THEIR SCHOOL GARDEN PROGRAM ON AIR, WATER AND SOIL QUALITY, AND CLIMATE CHANGE - $5,000; ALTAMAHA RIVERKEEPER WILL DEVELOP EDUCATIONAL MATERIAL ON WATER QUALITY - $5,000; SCIENCE ATL WILL HELP ORGANIZE A TEACHER WORKSHOP BASED ON THE EDUCATIONAL MATERIAL DEVELOPED - $5,000 AND 10 SCHOOLS THAT PARTICIPATE TO SET UP THE LOW-COST AIR QUALITY SENSOR AND TEACH THE MATERIAL WILL BE PROVIDED A STIPEND OF $1,000 EACH. WE WILL WORK WITH THESE ORGANIZATIONS TO ENSURE WE HAVE THE MAXIMUM REACH AND WE WILL HAVE REGULAR COMMUNICATIONS. FOR ADDITIONAL SCHOOLS THAT PARTICIPATE, MATCHING FUNDS WILL BE |

| | | |
|---|---|---|
| | | USED.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: OUTPUTS INCLUDE CREATING ADVANCED AIR QUALITY MONITORING NETWORK IN GREATER ATLANTA, GA, CREATE COMPREHENSIVE DATABASE OF AIR AND SOIL POLLUTION IN GA, CREATE A NEW CURRICULUM ON AIR AND SOIL QUALITY , NEW VOLUNTEER AND SOIL MONITORING FORMED. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASED AWARENESS AND KNOWLEDGE ON AIR AND SOIL POLLUTION IN ATLANTA, INCREASED INTEREST IN SCIENCE, TECHNOLOGY, ENGINEERING, AND MATHEMATICS AND STEM AND CITIZENS ARE WELL INFORMED OF AIR AND SOIL POLLUTION SOURCES AND WILL BENEFIT MIDDLE AND HIGH SCHOOL STUDENTS, THE COMMUNITY MEMBERS AND THE PUBLIC IN THE STATE. |
| MOUNTAIN STUDIES INSTITUTE INC | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO MOUNTAIN STUDIES INSTITUTE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN SOUTHWEST COLORADO. THE BRIDGING MOUNTAINS: ENHANCING EQUITABLE ENVIRONMENTAL EDUCATION FOR SOUTHWEST COLORADO PROGRAM WILL ADDRESS THE IDENTIFIED NEEDS AND BARRIERS FOR DELIVERING RELEVANT EE CONTENT TO STUDENTS OF ALL AGES IN 15-20 SCHOOLS IN 8 COMMUNITIES. THE SAN JUAN MOUNTAINS AND WATERSHEDS ARE HOME TO COMMUNITIES OF VARIOUS DEMOGRAPHICS, INCLUDING THE TWO FEDERALLY RECOGNIZED TRIBES IN COLORADO. TO EMPOWER THE YOUTH TO BECOME LEADERS IN IDENTIFYING SOLUTIONS TO THE CHANGING DEMANDS OF CLIMATE AND DROUGHT, THE NEED TO BE GIVEN THE TOOLS TO ADDRESS FUTURE CLIMATE SCENARIOS THROUGH COMPREHENSIVE ENVIRONMENTAL EDUCATION.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN SOUTHWEST COLORADO AND PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: THE PROJECT WILL WORK TOWARDS THESE OBJECTIVES BY 1) PROVIDING OUTDOOR ACTIVITIES AND FIELD TRIPS THAT INCORPORATE FIELD WORK, HANDS-ON STEWARDSHIP OPPORTUNITIES, AND DATA COLLECTION; 2) PROVIDING PROFESSIONAL DEVELOPMENT FOR EDUCATORS THROUGH ON-THE-JOB TRAINING OPPORTUNITIES, WORKING WITH SCHOOL DISTRICTS TO PROVIDE EE TRAININGS DURING IN-SERVICE DAYS AND SUMMER WORKSHOPS; AND 3) PROVIDING MENTORSHIP OPPORTUNITIES FOR MIDDLE THROUGH HIGH SCHOOL STUDENTS AND YOUNG ADULTS. THE PROJECT WILL REACH 80 K-12 TEACHERS WITH PROFESSIONAL DEVELOPMENT; 400 K-12 STUDENTS THROUGH ENVIRONMENTAL-FOCUSED FIELD TRIPS; 300 STUDENTS IN GRADES 7-12 THROUGH THE SAN JUAN |

RESILIENCE YOUTH SUMMIT; AND 90 COMMUNITY MEMBER VOLUNTEERS THROUGH STEWARDSHIP EXPERIENCES.SUBRECIPIENT:MSI HAS SELECTED 5 SUBRECIPIENTS BASED ON REGIONAL REACH AND ACCESS TO UNDERSERVED COMMUNITIES. ALL ORGANIZATIONS HOLD FEDERAL TAX-EXEMPT STATUS UNDER SECTION 501(C)(3). ALL SUBRECIPIENTS ARE LOCATED IN THE U.S. WITH 100% OF EDUCATIONAL ACTIVITY TAKING PLACE IN THE U.S.

COMPANTILDE;EROS - BUILD CAPACITY TO PROVIDE EE TO CHILDREN OF UNDERSERVED IMMIGRANT COMMUNITIES, ESPECIALLY OF LATINX, IN LA PLATA COUNTY
PLAYERS PHILANTHROPY FUND - FUNDS WILL BE DIRECTED TO THE HIVE DURANGO, WHICH OPERATES THROUGH FISCAL SPONSORSHIP WITH PLAYERS PHILANTHROPY FUND (REGISTERED 501(C)(3)); BUILD CAPACITY FOR DEVELOPING EE SUMMER PROGRAMS FOR ITS UNDERSERVED COMMUNITY BASE IN LA PLATA COUNTY
SAN JUAN MOUNTAINS ASSOCIATION - DEVELOP EE CAPACITY OF TEACHERS THROUGHOUT THE TARGET COMMUNITIES
AUDUBON ROCKIES - BUILD CAPACITY TO PROVIDE EE IN TARGET COMMUNITIES IN ARCHULETA COUNTY
MONTEZUMA LAND CONSERVANCY - BUILD CAPACITY TO PROVIDE EE IN TARGET COMMUNITIES IN MONTEZUMA COUNTY
OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES:

-20 PLACE-BASED FIELDTRIPS PROVIDED TO 300-500 K-12 STUDENTS.
-10 TEACHERS RECEIVE ON THE-JOB TRAINING AND MATERIALS NEEDED TO LEAD PLACE-BASED FIELD TRIPS.
- 6 SERVICE-LEARNING OPPORTUNITIES PROVIDED TO 90 STUDENTS AND VOLUNTEERS.
-PROVIDE 160 PARTICIPANT HOURS OF IIEE WORKSHOPS TO EIGHT SCHOOL DISTRICTS REACHING AT LEAST 80 TEACHERS.

EXPECTED OUTCOMES OF THE PROJECT INCLUDE:
-100 YOUTH EXPRESS INCREASE IN ENVIRONMENTAL STEWARDSHIP BEHAVIORS.
-STUDENTS ARE ENGAGING IN ENVIRONMENTAL STEWARDSHIP BEHAVIORS, INCLUDING CONSERVATION OF QUALITY WATER RESOURCES, AND SHARING THEIR KNOWLEDGE OF LOCAL ENVIRONMENTAL ISSUES
WITH THEIR FAMILIES AND PEERS.
-MORE RURAL COLORADAN TEACHERS AND YOUTH ARE CONVERSANT WITH AND ACTIVE IN CONSERVATION OF QUALITY WATER RESOURCES.
-RURAL COLORADO COMMUNITY MEMBERS MAKE MORE INFORMED DECISIONS AND TAKE RESPONSIBLE ACTIONS TO IMPROVE ENVIRONMEN

| OHIO UNIVERSITY | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO OHIO UNIVERSITY TO IMPLEMENT ITS PROJECT WHICH WILL DESIGN, DEMONSTRATE AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS |

| | | |
|---|---|---|
| | | AND TECHNIQUES. THESE WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN COMMUNITIES IN RURAL APPALACHIAN, OHIO. THE GRANTEE WILL DO THIS BY FOSTERING A REGIONAL NETWORK OF ENTITIES IN CREATING A SHARED STORY OF LOCAL CLIMATE ADAPTATION AND RESILIENCE. OHIO UNIVERSITY AND ITS PARTNERS WILL DEVELOP PLACE-BASED PROGRAMMING TO INCREASE CLIMATE LITERACY THROUGH INTERACTIVE LESSONS AND ONSITE ACTIVITIES DESIGNED TO ENGAGE 860 K-12 STUDENTS, 10 PRE-SERVICE TEACHERS, 20 AREA EDUCATORS, AND 7 CLIMATE SITE PARTNERS.<br><br> ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN RURAL APPALACHIN OHIO AND PROVIDE STUDENTS, PRE-SERVICE EDUCATORS, AND CLIMATE PARTNERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: 1) ENGAGING PRE-SERVICE TEACHERS IN LEARNING ABOUT A CLIMATE LITERACY AND STEWARDSHIP FRAMEWORK BASED ON THE USGCRP CLIMATE LITERACY GUIDE; 2) DEVELOPING ONLINE CLIMATE LESSONS VIA THE OHIO APPALACHIAN STEM ENRICHMENT ACADEMY; 3) FOSTERING AND SUPPORT A NETWORK OF PLACE-BASED PARTNER SITES IN APPALACHIA WITH EDUCATIONAL PROGRAMMING THAT IS LINKED THROUGH A SHARED STORY OF CLIMATE ADAPTATION AND RESILIENCE; AND 4) CONNECTING AREA TEACHERS WITH THE CLIMATE PROGRAMMING NETWORK.<br>SUBRECIPIENT:SUBAWARDEES WILL DEVELOP AND IMPLEMENT PLACED-BASED INTERACTIVE LESSONS TO CREATE A MULTI-SITE REGIONAL NETWORK FOR PROMOTING CLIMATE LITERACY THROUGHOUT APPALACHIAN OHIO, OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: DEVELOPMENT OF NEW CURRICULAR MATERIALS INCLUDING VIRTUAL LESSONS, CREATION OF A STORY MAP AND RESOURCES FOR WEBINARS.<br><br> EXPECTED OUTCOMES OF THE PROJECT INCLUDE: PRE- SERVICE TEACHERS WILL DEVELOP INCREASED CLIMATE LITERACY AND CAPACITY, INCREASED NUMBER OF APPALACHIAN STUDENTS PARTICIPATING IN APPALACHIAN STEM ENRICHMENT ACADEMY AND INCREASED CAPACITY FOR ENVIRONMENTAL EDUCATION THROUGHOUT RURAL OHIO WHICH WILL ALL BENEFIT COMMUNITIES IN RURAL APPALACHIA. |
| UNIVERSITY OF ILLINOIS | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO UNIVERSITY OF ILLINOIS CHICAGO TO IMPLEMENT ITS STEM SCHOLARS PROGRAM WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN MARGINALIZED COMMUNITIES THROUGHOUT CHICAGO. THE GRANTEE WILL DO THIS BY ENGAGING HIGH SCHOOL AND |

EPA_00006287

| | | |
|---|---|---|
| | | COLLEGE STUDENTS FOCUSING ON THREE NEW ENVIRONMENTAL TOPICS OF CLIMATE CHANGE, FOOD DESSERTS AND ENVIRONMENTAL INJUSTICE.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES THROUGHOUT CHICAGO AND PROVIDE HIGH SCHOOL AND COLLEGE STUDENTS IN MARGINALIZED COMMUNITIES THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: INTERACTIVE LEARNING WITH TEAM BUILDING EXERCISES, OPPORTUNITIES TO SPEAK WITH PROFESSIONALS IN ENVIRONMENTAL FIELDS OF FOCUS AND GAINING IN DEPTH INFORMATION ABOUT ENVIRONMENTAL JUSTICE, CLIMATE CHANGE AND FOOD DESERTS. PARTICIPANTS WILL ALSO HAVE AN OPPORTUNITY TO EARN A PAID SUMMER INTERNSHIP. SUBRECIPIENT:5 SUBAWARDS WILL BE GIVEN TO ELIGIBLE ORGANIZATIONS TO ENSURE YOUTH IN MARGINALIZED COMMUNITIES CAN PARTICIPATE IN THE AFTER SCHOOL PROGRAM AS WELL AS INTERNSHIP. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING EXPECTED OUTCOMES: PARTICIPANTS ENGAGING IN HANDS-ON ACTIVITIES FOCUSING ON ENVIRONMENTAL JUSTICE, CLIMATE CHANGE, AND FOOD WASTE, GAINING PROFESSIONAL EXPERIENCE IN ENERGY EFFICIENCY AND ENVIRONMENTAL INJUSTICE AND SEEKING ENVIRONMENTAL DEGREES AT COLLEGES AND UNIVERSITIES. ALL OUTPUTS AND OUTCOMES INCLUDING TOURS AND INTERNSHIPS WILL BENEFIT OVER 200 HIGH SCHOOL AND COLLEGE STUDENTS. |
| BOSQUE ECOSYSTEM MONITORING PROGRAM | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO BOSQUE ECOSYSTEM MONITORING PROGRAM TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN TRUTH OR CONSEQUENCE, ALBUQUERQUE, LOS LUNAS, BELEN, AND RIO RANCHO, NM. THE RECIPIENT WILL DO THIS BY CONDUCTING OUTDOOR PLACE-BASED EDUCATIONAL ACTIVITIES AND ENVIRONMENTAL DATA COLLECTION ON BOSQUE ECOSYSTEM HEALTH WITH SEVENTH GRADE STUDENTS.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN TRUTH OR CONSEQUENCE, ALBUQUERQUE, LOS LUNAS, BELEN, AND RIO RANCHO, NM AND PROVIDE SEVENTH GRADE STUDENTS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: 1,000 STUDENTS INTRODUCED TO THE ENVIRONMENTAL EDUCATION PROGRAM THROUGH LESSONS, VIDEOS AND ACTIVITIES; 1,000 STUDENTS TAKEN TO SITES ALONG THE MIDDLE RIO GRANDE RIVER TO MEASURE GROUNDWATER DEPTH, MEASURE PRECIPITATION VOLUME, AND IDENTIFY PLANT SPECIES; CREATION AND FINALIZATION OF A REPORT ON THE DATA |

| | | |
|---|---|---|
| | | COLLECTED.SUBRECIPIENT:SUBAWARD RECIPIENTS INCLUDE ALBUQUERQUE PUBLIC SCHOOLS EDUCATION FOUNDATION, ASOMBRO INSTITUTE FOR SCIENCE EDUCATION, VALENCIA SOIL AND WATER CONSERVATION DISTRICT, AND CIUDAD SOIL AND WATER CONSERVATION DISTRICT. FUNDS WILL BE USED TO COVER THE COST OF ENVIRONMENTAL EDUCATION CONTINUING EDUCATION FOR TEACHERS AND PROFESSIONAL DEVELOPMENT FOCUSED ON OUTDOOR LEARNING AND CLIMATE CHANGE EDUCATION.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: 6,000 STUDENTS ENGAGED WITH LOCAL, OUTDOOR SPACES VIA EDUCATION FOCUSING ON CLIMATE CHANGE AND CLIMATE JUSTICE IMPACTS AND POSSIBLE MITIGATIONS; FINALIZED REPORT DESCRIBING BOSQUE DATA COLLECTED; 20 RESEARCH PROJECTS COMPLETED BY STUDENTS ON ENVIRONMENTAL TOPICS; PROFESSIONAL DEVELOPMENT WORKSHOPS CONDUCTED REACHING 50 TEACHERS. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASED STUDENT AWARENESS OF BOSQUE ECOSYSTEM HEALTH, CLIMATE CHANGE IMPACTS, AND ENVIRONMENTAL JUSTICE; INCREASED ENVIRONMENTAL STEWARDSHIP OF STUDENTS TO IMPROVE BOSQUE ECOSYSTEM HEALTH; AND INCREASED CONFIDENCE BY EDUCATORS TO TEACH ENVIRONMENTAL EDUCATION. THIS PROJECT WILL BENEFIT STUDENTS OF TRUTH OR CONSEQUENCE, ALBUQUERQUE, LOS LUNAS, BELEN, AND RIO RANCHO, NM. |
| UNIVERSITY OF CONNECTICUT | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO THE UNIVERSITY OF CONNECTICUT TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN HARTFORD, BLOOMFIELD, AND WINDHAM, CONNECTICUT. THE GRANTEE WILL DO THIS BY EMPOWERING EDUCATORS AND STUDENTS TO ADDRESS STORMWATER RELATED ISSUES AND GREEN INFRASTRUCTURE WITHIN THEIR COMMUNITIES. THE UNIVERSITY OF CONNECTICUT NATURAL RESOURCES CONSERVATION ACADEMY WILL TRAIN 20 HIGH SCHOOL TEACHERS THROUGH A PROFESSIONAL DEVELOPMENT WORKSHOP FOCUSED ON STORMWATER MANAGEMENT AND GREEN INFRASTRUCTURE. ALSO, STUDENTS WITH EDUCATOR SUPPORT WILL PLAN AND IMPLEMENT LOCAL PROJECTS FOCUSED ON STORMWATER MANAGEMENT AND GREEN INFRASTRUCTURE. THIS PROJECT TARGETS LOW INCOME AREAS AND COMMUNITIES THAT CONTAIN TITLE I SCHOOLS. THIS PROGRAM WILL PROVIDE EDUCATORS FROM UNDERSERVED COMMUNITIES WITH RESOURCES AND INSTRUCTION AS THEY CARRY OUT CUSTOMIZED WATERSHED-BASED LESSONS, LEVERAGING NEXT GENERATION SCIENCE STANDARDS-DESIGNED CURRICULUM CREATED BY THE PROJECT TEAM, IN THEIR CLASSROOMS. ACTIVITIES:THIS PROJECT WILL INCREASE STUDENT |

AND PUBLIC AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN HARTFORD, BLOOMFIELD,
AND WINDHAM, CONNECTICUT AND PROVIDE
STUDENTS, TEACHERS, AND COMMUNITY MEMBERS
THE SKILLS NECESSARY TO MAKE INFORMED
DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.
ACTIVITIES TO BE PERFORMED DURING THIS PROJECT
PERIOD INCLUDE: APPROXIMATELY 600 HIGH SCHOOL
STUDENTS WILL USE A WATERSHED-MODELING WEB
APP TO ANALYZE LAND USE AND SOIL DATA IN THEIR
NEIGHBORHOODS, MODEL STORMWATER RUNOFF AND
WATER-QUALITY IMPACTS, AND COMPARE HOW
DIFFERENT CONSERVATION OR DEVELOPMENT
SCENARIOS COULD MODIFY RUNOFF AND WATER
QUALITY. WORKING WITH UNDERGRADUATE CORPS,
PARTICIPATING PARTNER SCHOOL TEAMS WILL THEN
BE GUIDED THROUGH PLANNING AND IMPLEMENTING
LOCAL GREEN INFRASTRUCTURE PROJECTS EITHER
ON THEIR SCHOOL PROPERTY OR IN THE NEARBY
COMMUNITY. PROJECTS WILL BE 1) SITE-SPECIFIC AND
INCLUDE TREE PLANTING, RAINWATER HARVESTING,
BUILDING AND INSTALLATION OF PLANTER BOXES,
BIOSWALES, RAIN GARDENS, GREEN ROOFS, AND/OR
PERMEABLE PAVEMENTS, AND 2) EXPLICITLY
CONNECTED TO LESSONS THAT INTRODUCE
STUDENTS TO A VARIETY OF GREEN INFRASTRUCTURE
CAREER PATHS, SUCH AS LANDSCAPING, PLUMBING,
HORTICULTURE, CONSTRUCTION, AND ENGINEERING.
SUBRECIPIENT:FIVE SUBGRANTEES PARTICIPATE IN
THIS PROJECT. THE KEY ACTIVITY WILL BE THE
CREATION, IMPLEMENTATION, AND EVALUATION OF A
TWO-DAY STORMWATER MANAGEMENT AND GREEN
INFRASTRUCTURE PROFESSIONAL DEVELOPMENT
WORKSHOP FOR HIGH SCHOOL TEACHERS MODELED
OFF THE SUCCESSFUL USDA-FUNDED NRCA TEACHER
PROFESSIONAL LEARNING PROGRAM FOLLOWED BY
SERVICE LEARNING COMMUNITY PROJECTS. THE
ACTIVITIES INCLUDE:
TRAIN 20 SECONDARY EDUCATORS TO IMPLEMENT
STORMWATER MANAGEMENT AND GREEN
INFRASTRUCTURE CURRICULUM DURING A TWO-DAY
PROFESSIONAL DEVELOPMENT WORKSHOP.
#8729; TEACH, VIA EDUCATOR PARTICIPANTS, UP TO
600 HIGH SCHOOL STUDENTS HOW TO USE ONLINE
MAPPING AND MODELING TOOLS TO EXPLORE LOCAL
STORMWATER ISSUES AND SOLUTIONS.
#8729; TEACH, VIA EDUCATOR PARTICIPANTS, UP TO
600 HIGH SCHOOL STUDENTS ABOUT ENVIRONMENTAL
CAREER OPTIONS AND PATHWAYS.
#8729; SUPPORT HUNDREDS OF STUDENTS, TEACHERS
AND COMMUNITY MEMBERS AS THEY CARRY OUT
LOCAL GREEN INFRASTRUCTURE ENVIRONMENTAL
PROJECTS.
#8729; DETERMINE THE IMPACTS OF THE CURRICULUM
AND GREEN INFRASTRUCTURE PROJECTS ON HIGH
SCHOOL STUDENTS' ENVIRONMENTAL LITERACY AND
CAREER INTERESTS.OUTCOMES:IT IS ANTICIPATED
THAT THIS PROJECT WILL RESULT IN THE FOLLOWING
DELIVERABLES: STORMWATER MANAGEMENT
CURRICULAR, EDUCATOR TRAINING, AND GREEN
INFRASTRUCTURE PROJECTS AT SCHOOLS IN
UNDERSERVED COMMUNITIES. EXPECTED OUTCOMES

| | | OF THE PROJECT INCLUDE: INCREASED AWARENESS OF LOCAL WATER ISSUES AND GREEN INFRASTRUCTURE SOLUTIONS, EDUCATORS TRAINED TO INTEGRATE OUTDOOR LEARNING AND STEWARD |
|---|---|---|
| WASHINGTON STATE UNIVERSITY | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO WASHINGTON STATE UNIVERSITY (WSU) TO IMPLEMENT NATURALIST PROGRAM, BUILDING A PIPELINE FOR WATER RESOURCE ENVIRONMENTAL EDUCATION, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE STATE OF WASHINGTON. THE GRANTEE WILL DO THIS BY INCREASING THE REACH OF MANY ENVIRONMENTAL ORGANIZATIONS WITH MORE EDUCATED AND TRAINED VOLUNTEERS. CERTIFIED NATURALISTS WILL VOLUNTEER WITH THE PROJECT'S PARTNER ORGANIZATIONS TO INCREASE YOUTH ENVIRONMENTAL EDUCATION CAPACITY ON THE SCIENCE AND PRACTICES FOR CLEAN AND HEALTHY RESOURCES. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE STATE OF WASHINGTON AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE WSU WILL PILOT A NEW ONLINE WATER CENTERED NATURALIST PROGRAM WITH OVER 60 PARTICIPANTS AND DEVELOP A FIELD REQUIREMENT FOR PARTICIPANTS TO COMPLETE BEFORE GRADUATION. THE NATURALISTS WILL VOLUNTEER WITH FOUR PROJECT PARTNERS TO DO WATER RESOURCES EDUCATION WITH YOUTH. DURING THE PROJECT, WSU EXPECTS THEIR PARTNERS TO USE THE NATURALISTS TO REACH AN ADDITIONAL 2,000 YOUTH. FOUR OF THE PARTNERS ARE WORKING TO REACH UNDERSERVED YOUTH INCLUDING LOW INCOME, RURAL, LATINX, AND TRIBAL COMMUNITIES. THIS PILOT PROJECT WILL HELP IMPROVE AND IMPLEMENT THE NATURALIST PROGRAM STATEWIDE AND CREATE KNOWLEDGEABLE VOLUNTEERS IN VIRTUALLY EVERY PART OF WASHINGTON STATE. SUBRECIPIENT:FIVE SUBAWARDS WILL BE AWARDED TO HELP EXPAND THE NATURALIST PROGRAM WITH YOUTH EDUCATION BY THE SUBAWARDEE ORGANIZATIONS PROVIDING WATER RESOURCE EDUCATION.OUTCOMES:THE TWO OUTCOMES OF THE PILOT PROJECT ARE (1) INCREASING THE NUMBER AND KNOWLEDGE OF INDIVIDUALS INTERESTED IN VOLUNTEERING FOR ENVIRONMENTAL EDUCATION, STEWARDSHIP, AND MONITORING, ACHIEVED THOROUGH EDUCATION THAT OFFERS FLEXIBILITY, EQUITABILITY, AND SUPPORT RESULTING IN A UNIVERSITY-BACKED CERTIFICATE; AND (2) BUILDING AN ENVIRONMENTAL EDUCATION PIPELINE FROM VOLUNTEER NATURALISTS TO COMMUNITY YOUTH. |
| AUDUBON SOCIETY OF WESTERN PENNSYLVANIA | 66.951 | DESCRIPTION:THIS GRANT AGREEMENT ALLOWS THE AUDUBON SOCIETY OF WESTERN PENNSYLVANIA TO WORK WITH RESIDENTS, STUDENTS, TEACHERS, AND |

MUNICIPALITIES TO FACILITATE COMMUNITY
CONSERVATION AND ENVIRONMENTAL EDUCATION (EE)
IN UNDER-RESOURCED COMMUNITIES IN THE MON
VALLEY (ALLEGHENY COUNTY, PA).

 ACTIVITIES:THE AUDUBON SOCIETY OF WESTERN
PENNSYLVANIA PROJECT CONTAINS ACTIVITIES THAT
WILL CREATE HABITATS AND GARDENS FOR BIRDS AND
POLLINATORS, IMPROVE WATER AND AIR QUALITY, AND
INCREASE COMMUNITY RESILIENCE AND
ENVIRONMENTAL KNOWLEDGE. ACTIVITIES INCLUDE
NATIVE PLANT DISTRIBUTION AND COMPLIMENTARY
EDUCATIONAL PROGRAMS THROUGH THE CERTIFIED
BACKYARD HABITAT (CBH) PROGRAM. THROUGH THIS
ACTIVITY, 900 NATIVE PLANTS WILL BE PLANTED
THROUGHOUT THE COMMUNITY AND A VACANT LOT
OWNED BY THE TRI-COG LAND BANK WILL BE
TRANSFORMED INTO A HABITAT GARDEN. THE SECOND
IS CREATING SCHOOLYARD HABITAT GARDENS AT TWO
ELEMENTARY SCHOOLS AND DELIVERING EIGHT IN-
SCHOOL PROGRAMS ON ECOSYSTEM HEALTH,
HABITAT, BIRDS, AND POLLINATORS TO EVERY
STUDENT (K-5) IN TWO ELEMENTARY SCHOOLS. THE
TEACHERS WILL ATTEND WORKSHOPS TO TRAIN
EDUCATORS ON HOW TO UTILIZE THE SCHOOLYARD
HABITAT FOR HANDS-ON LEARNING OPPORTUNITIES,
INCLUDING COMMUNITY SCIENCE, AND
ENVIRONMENTAL STEWARDSHIP IN LESSON PLANS.
THE FINAL ACTIVITY WILL TAKE PLACE IN THE CITY OF
MCKEESPORT AND THE BOROUGH OF VERSAILLES
WHERE THE DEVELOPMENT OF AN ENVIRONMENTAL
ADVISORY COMMITTEE, NATIVE PLANTINGS,
COMMUNITY CLEAN-UPS, GREEN INFRASTRUCTURE,
URBAN FOREST MANAGEMENT, AND ORDINANCE
REVIEW/UPDATES FOR IMPROVED ENVIRONMENTAL
PRACTICES WILL TAKE PLACE.SUBRECIPIENT: ASWP
WILL WORK WITH EACH SUB-RECIPIENT TO IMPLEMENT
THE PROJECTS ASSOCIATED WITH THEIR SUB-
AWARDS, THUS ENSURING THAT THE FUNDS ARE
UTILIZED FOR THE PURPOSES OUTLINED BELOW THAT
ALIGN WITH THE GRANT. SUB-RECIPIENTS ARE ALSO
PARTNERS IN THE PROJECT AND WILL THEREFORE BE
ASSOCIATED WITH RELATED AND COMPLIMENTARY
ENVIRONMENTAL EDUCATION ACTIVITIES.
- VERSAILLES BOROUGH ($5,000): VERSAILLES IS A
LOCAL GOVERNMENT AGENCY. FUNDS WILL BE USED
TO IMPLEMENT A DEMONSTRATION HABITAT GARDEN
ON MUNICIPALLY-OWNED LAND.
- CITY OF MCKEESPORT ($5,000): MCKEESPORT IS A
LOCAL GOVERNMENT AGENCY. FUNDS WILL BE USED
TO IMPLEMENT A DEMONSTRATION HABITAT GARDEN
ON MUNICIPALLY-OWNED LAND.
- FRANCIS MCCLURE ELEMENTARY SCHOOL ($5,000):
FRANCIS MCCLURE ELEMENTARY SCHOOL IS AN
ELEMENTARY SCHOOL. FUNDS WILL BE USED TO
IMPLEMENT A SCHOOLYARD HABITAT GARDEN FOR
USE IN HANDS-ON OUTDOOR LEARNING AND TEACHER
TRAINING.
- TWIN RIVERS ELEMENTARY SCHOOL ($5,000): TWIN
RIVERS ELEMENTARY SCHOOL IS AN ELEMENTARY
SCHOOL. FUNDS WILL BE USED TO IMPLEMENT A

| | | |
|---|---|---|
| | | SCHOOLYARD HABITAT GARDEN FOR USE IN HANDS-ON OUTDOOR LEARNING AND TEACHER TRAINING. - TRI-COG LAND BANK ($5,000): THE TRI-COG LAND BANK IS A 501C3 NONPROFIT ORGANIZATION. FUNDS WILL BE USED TO IMPLEMENT A DEMONSTRATION HABITAT GARDEN ON A VACANT LOT OWNED BY THE LAND BANK. OUTCOMES:THE ANTICIPATED DELIVERABLES OF THE PROJECT INCLUDE FOSTERING COMMUNITY-BASED MANAGEMENT OF URBAN ECOSYSTEMS AND NATURAL RESOURCES IN UNDER-RESOURCED COMMUNITIES AND DEVELOPING A DIVERSE AND ENGAGED CONSTITUENCY THAT IS KNOWLEDGEABLE IN LOCAL ENVIRONMENTAL CONDITIONS, IMPROVING HABITAT, AIR QUALITY, AND WATER QUALITY TO CREATE RESILIENT LANDSCAPES. THE INTENDED BENEFICIARIES ARE THE COMMUNITY MEMBERS OF THE BOROUGH OF VERSAILLES, THE CITY OF MCKEESPORT, AND THE STUDENTS AND TEACHERS OF FRANCIS MCCLURE ELEMENTARY SCHOOL AND TWIN RIVERS ELEMENTARY SCHOOL. |
| ENVIRONMENTAL SCIENCE CENTER | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO ENVIRONMENTAL SCIENCE CENTER TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN SOUTH KING COUNTY, WASHINGTON. THE GRANTEE WILL DO THIS BY USING SALMON AS A LOCAL PHENOMENON TO EDUCATE STUDENTS ON THE CRITICAL WATERSHED ISSUE OF STORMWATER POLLUTION IN SOUTH KING COUNTY, WASHINGTON. OVER TWO YEARS, THIS PROJECT WILL TARGET 2,400 4TH-8TH GRADE STUDENTS FROM TITLE 1 SCHOOLS IN THIS DIVERSE, LOW-INCOME COMMUNITY AND PROVIDE TRAINING FOR 60 TEACHERS..ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN SOUTH KING COUNTY, WASHINGTON AND PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE:A SIX-HOUR PROGRAM DESIGNED TO INCREASE STUDENT UNDERSTANDING OF HABITAT AND WATER QUALITY NEEDS, TO THINK CRITICALLY AND BRAINSTORM LOCAL STORMWATER POLLUTION SOLUTIONS, AND TO ACT TO PHYSICALLY IMPROVE THEIR SCHOOLYARD HABITATS. STEWARDSHIP MESSAGING SHARED WITH STUDENTS AND THEIR FAMILIES WILL BE TRANSLATED AND TAUGHT IN SPANISH TO INCREASE ACCESS AND IMPACT. A COMPLIMENTARY, IN-DEPTH TEACHER TRAINING OVER THE TWO YEARS WILL HELP THEM INCORPORATE THEMES OF ENVIRONMENTAL JUSTICE IN THE CURRICULUM AND GIVE THEM CONFIDENCE TO NOT ONLY CONTINUE BUT EXPAND UPON THESE SCHOOL CAMPUS ENVIRONMENTAL IMPROVEMENT PROJECTS IN THE FUTURE.SUBRECIPIENT:FIVE SUBAWARDS WILL BE GIVEN. THE WHITE RIVER VALLEY MUSEUM WILL SUPPORT THE PROGRAM BY TEACHING AT THE FIELD SITE FOR DIFFERENT SCHOOLS AND |

| | | |
|---|---|---|
| | | INCORPORATING INDIGENOUS CURRICULUM. LOCAL SCHOOL DISTRICTS IN SOUTH KING COUNTY WILL HELP SUPPORT CLASSES PARTICIPATING IN THE PROGRAM AND COMMUNITY-BASED NONPROFITS WITH EXPERTISE IN SCHOOLYARD RESTORATION PROJECTS AND/OR ENVIRONMENTAL JUSTICE CONTENT AND BEING ABLE TO PURCHASE TOOLS, GLOVES, AND PLANTS FOR SCHOOLYARD HABITAT RESTORATION PROJECTS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING OUTCOMES - TO IMPROVE ENVIRONMENTAL LITERACY BY USING FIELD-BASED EDUCATION EXPERIENCES TO ENCOURAGE POSITIVE CONNECTIONS TO LOCAL, NATURAL SETTINGS, TO INCREASE AWARENESS AND UNDERSTANDING OF LIMITING FACTORS TO SALMON SURVIVAL, AND TO IMPROVE STEWARDSHIP BEHAVIORS TO KEEP THE WATERS HEALTHY FOR SALMON AND HUMANS ALIKE. DURING SALMON HEROES, STUDENTS WILL INVESTIGATE THE QUESTIONS 'IS THIS A HEALTHY WATERSHED FOR SALMON SURVIVAL?' AND 'HOW DO HUMAN ACTIVITIES IMPACT THE WATERSHED?' STUDENTS WILL RESEARCH AND INVESTIGATE LOCAL ISSUES OF POOR WATER QUALITY INCLUDING LOW SALMON POPULATIONS. STUDENTS WILL STUDY THE INTERACTION OF THE WATER CYCLE AND STORMWATER MANAGEMENT PRACTICES INCLUDING POLLUTION FROM EVERYDAY CITIZEN ACTIONS. AT THE END OF THE PROGRAM, THEY BECOME 'SALMON HEROES,' TAKE A PLEDGE TO CHOOSE TO DO EVERYDAY ACTIVITIES THAT PROTECT THEIR WATERSHED AND SALMON AND PARTICIPATE IN STEWARDSHIP ACTIONS TO IMPROVE THE WATERS AROUND THEIR LOCAL SCHOOLYARD. |
| THE UNIVERSITY OF MISSISSIPPI | 66.951 | DESCRIPTION:THE ACTION APPROVES FUNDING IN THE AMOUNT OF $100,000 TO THE UNIVERSITY OF MISSISSIPPI TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN NORTHERN MISSISSIPPI (SPECIFICALLY FIVE SCHOOL DISTRICTS, MARSHALL COUNTY, NORTH PANOLA, PONTOTOC COUNTY, PONTOTOC, AND WATER VALLEY). THE GRANTEE WILL DO THIS BY DEVELOPING HANDS-ON EDUCATIONAL ACTIVITIES AND BY CONDUCTING STUDENT-LED COMMUNITY SERVICE PROJECTS FOCUSED ON WATER QUALITY.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE NORTHERN MISSISSIPPI (STUDENTS, TEACHERS, AND COMMUNITY) THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS IN WATER QUALITY. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE HANDS-ON ACTIVITIES FOCUSED ON WATER RESOURCES IN SIX HIGH SCHOOLS (WITHIN THE FIVE SCHOOL DISTRICTS), WATER QUALITY, AND WATER TREATMENT, AND PROVIDE RECORDED LESSONS THAT COMPLEMENT THE HANDS -ON CLASSROOM ACTIVITIES. ALSO STUDENT-LED COMMUNITY SERVICE PROJECTS FOCUSED ON MONITORING WATER QUALITY |

| | | |
|---|---|---|
| | | IN THE UNDERSERVED COMMUNITIES AND CONDUCTING A ONE-DAY WATER QUALITY EVENT DURING THE GREEN WEEK AT THE UNIVERSITY OF MISSISSIPPI.SUBRECIPIENT:SUBAWARD RECIPIENTS INCLUDE FIVE MISSISSIPPI SCHOOL DISTRICTS: MARSHALL COUNTY, NORTH PANOLA, PONTOTOC COUNTY, PONTOTOC, AND WATER VALLEY. ACTIVITIES INCLUDE CREATING AN EDUCATIONAL KIT TO IDENTIFY ENVIRONMENTAL IMPACTED WATER BODIES, DEVELOPING AN EDUCATIONAL ENVIRONMENTAL SAMPLING CAMPAIGN, EVALUATING WATER QUALITY OF SPECIFIC WATER BODIES, AND SHARING WATER QUALITY INFORMATION WITH THE COMMUNITY THROUGH LOCAL EVENTS. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: PRODUCTION OF 120 (RE-USABLE) EDUCATIONAL KITS SIMULATING BASIC CONCEPTS OF WATER FLOW, CONTAMINATION, AND TREATMENT FOR HIGH SCHOOL STUDENTS, EACH STUDENT WILL RECEIVE A PERSONALIZED EDUCATIONAL KIT PRODUCTION OF PRERECORDED WATER QUALITY LESSONS THAT CAN BE VIEWED BROADLY THROUGHOUT EACH PARTNER HIGH SCHOOL. TWO HIGH SCHOOL TEACHERS AND 20 HIGH SCHOOL STUDENTS PER SCHOOL (SIX HIGH SCHOOL) WILL PARTICIPATE IN A TWO SEMESTERS WATER QUALITY MONITORING ACTIVITY OF ONE OR MORE IDENTIFIED WATERBODIES WITHIN THEIR COMMUNITIES. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: DISTRIBUTION OF 120 (RE-USABLE) EDUCATIONAL KITS TO SIX HIGH SCHOOLS IN SELECTED UNDERSERVED COMMUNITIES; TWO TEACHERS PER PARTNER HIGH SCHOOL ARE EMPOWERED TO INTEGRATE HANDS-ON ACTIVITIES ON WATER RESOURCES AND WATER QUALITY INTO THEIR SCIENCE LESSON PLANS, IMPROVED ENVIRONMENTAL LITERACY OF UNDERSERVED STUDENTS, INCREASED ENVIRONMENTAL AWARENESS AMONG THE LOCAL COMMUNITIES INVOLVED DUE TO THE SIGNIFICANT NUMBERS OF FAMILIES EXPOSED TO THE PROJECT, AND THE ESTABLISHMENT OF COMMUNITY CAMPUS PARTNERSHIPS THAT FACILITATE ONGOING INTERACTION BETWEEN UNIVERSITY OF MISSISSIPPI AND PARTNER K-12 SCHOOL DISTRICTS, WHICH WILL BENEFIT THE NORTHERN MISSISSIPPI COMMUNITY. |
| FLORIDA A & M UNIVERSITY | 66.951 | DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $100,000 TO THE FLORIDA A AND M UNIVERSITY TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN TALLAHASSEE, FLORIDA. THE GRANTEE WILL DO THIS BY INSTILLING A POSITIVE ATTITUDE TOWARD DEMOLITION WASTE AND EDUCATE THE NEXT GENERATION OF ENGINEERS TO MAKE MORE SUSTAINABLE CHOICES. THIS PROJECT WILL CONTRIBUTE TO IMPROVE THE CLIMATE IDEAL FOR THE RECYCLING AND REUSE OF DEMOLITION MATERIALS DECISIONS.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE |

| | | |
|---|---|---|
| | | ABOUT ENVIRONMENTAL ISSUES IN TALLAHASSEE, AND PROVIDE STUDENTS AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED INCLUDE COORDINATE/ARRANGE AN ARTWORK ACTIVITY WITH AN ART PROFESSOR AND INSTRUCTOR AND INVITE MIDDLE SCHOOL STUDENTS TO MAKE ARTWORKS USING DEMOLITION MATERIALS WITH THE ASSISTANCE FROM SAID ART PROFESSOR AND STUDENTS, AND PRESENT THE ARTWORKS DURING THE ENGINEERING OPEN HOUSE EVENT.SUBRECIPIENT:SUBAWARD RECIPIENTS INCLUDE FIVE U. S. NON PROFIT PUBLIC HIGHER EDUCATION INSTITUTIONS (FLORIDA STATE UNIVERSITY, GEORGIA INSTITUTE OF TECHNOLOGY, KENNESAW STATE UNIVERSITY, FLORIDA INTERNATIONAL UNIVERSITY, UNIVERSITY OF NORTH FLORIDA) . SUBAWARD ACTIVITIES INCLUDE PREPARING AND HOSTING WORKSHOPS AND SUPPORTING TRAVEL COSTS NEEDED TO INSTILL POSITIVE ATTITUDES TOWARD DEMOLITION WASTE AND EDUCATE THE NEXT GENERATION OF ENGINEERS TO MAKE MORE SUSTAINABLE. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING: 15 MIDDLE SCHOOL STUDENTS WILL MAKE ARTWORK USING DEMOLITION WASTE AND PRODUCTION OF 15 UPCYCLING EXAMPLES (I.E., ARTWORK) FOR DEMOLITION WASTE. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: THE MIDDLE SCHOOL STUDENTS ARE EMPOWERED TO USE DEMOLITION WASTE FOR ARTWORK/CRAFTS AND THOSE STUDENTS WHO ARE INTERESTED IN ENVIRONMENTAL SUSTAINABILITY CONTINUE LOOKING FOR OTHER WAYS OF CREATING VALUE IN THE OTHERWISE END-OF-LIFE MATERIALS. THE YOUTH AND YOUNG ARTISTS ARE ACTIVELY CONTRIBUTING TO FLORIDA'S RECYCLING GOAL THROUGH THE DEMONSTRATION OF THEIR CREATIVE PRODUCTS WITH DEMOLITION WASTE AND WHICH WILL BENEFIT RESIDENTS OF TALLAHASSEE AND SURROUNDING AREAS. |
| THE KENTUCKY ASSOCIATION FOR ENVIRONMENTAL EDUCATION CORP | 66.951 | DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $100,000 KENTUCKY ASSOCIATION FOR ENVIRONMENTAL EDUCATION TO INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE SOUTHEAST AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE CREATING A LANDSCAPE ANALYSIS SURVEY, TEACHER FOCUS GROUP REVIEW AND HOST TEACHER LISTENING SESSIONSACTIVITIES:.SUBRECIPIENT:SUBAWARDS WILL BE GIVEN TO FOUR NONPROFITS (ENVIRONMENTAL EDUCATION ASSOCIATION OF ALABAMA, ENVIRONMENTAL EDUCATION ALLIANCE OF GEORGIA, LEAGUE OF ENVIRONMENTAL EDUCATORS IN FLORIDA, MISSISSIPPI ENVIRONMENTAL EDUCATION ALLIANCE, ENVIRONMENTAL EDUCATORS OF NORTH CAROLINA) TO DEVELOP AND IMPLEMENT STRATEGIES FOR ADDRESSING GAPS IDENTIFIED IN THE ANALYSIS |

| | | |
|---|---|---|
| | | AND INCREASING CLIMATE LITERACY EFFORTS IN SCHOOLS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: A CUSTOM LANDSCAPE ANALYSIS SURVEY WILL BE CREATED, A LANDSCAPE ANALYSIS REPORT, A DASHBOARD, 800 TEACHERS/SCHOOL PARTICIPATION AND OUTREACH TO 8,000+ INDIVIDUALS VIA PRESENTATIONS. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: A FINAL LANDSCAPE ANALYSIS TOOL CREATED THAT MEETS STATE-LEVEL NEEDS AND A DECREASE IN GAPS IN ENVIRONMENTAL AND CLIMATE CHANGE EDUCATION, AND AN INCREASE IN HIGH-QUALITY ENVIRONMENTAL AND CLIMATE EDUCATION OFFERED ACROSS THE SOUTHEAST BENEFICIAL TO THE SOUTHEAST COMMUNITIES. |
| NEIGHBORHOOD HOUSE OF MILWAUKEE INC | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO NEIGHBORHOOD HOUSE OF MILWAUKEE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN MILWAUKEE, WI THE GRANTEE WILL DO THIS BY TEACHING CLIMATE CHANGE SOLUTIONS INCORPORATING ENVIRONMENTAL JUSTICE AND INDIGENOUS TRADITIONS TO UNDERSERVED YOUTH IN GRADES 1-12. STUDENTS WILL USE THIS KNOWLEDGE TO ACT AND CREATE SOLUTIONS TO MITIGATE THE EFFECTS OF CLIMATE CHANGE SUCH AS PLANTING TREES, REMOVING INVASIVE PLANT SPECIES, CREATING ORGANIC GARDENS, AND DEVELOPING A COMMUNITY INFORMATION CAMPAIGN ABOUT CLIMATE CHANGE. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN MILWAUKEE, WISCONSIN AND PROVIDE UNDERSERVED YOUTH IN GRADES 1-12 THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE LESSONS AND PROJECTS FOCUSED ON CLIMATE CHANGE AND AIR QUALITY IMPROVEMENT, ENVIRONMENTAL JUSTICE AND INDIGENOUS KNOWLEDGE. AGE-APPROPRIATE LESSONS AND FIELD TRIPS WILL BE DELIVERED TO CONSERVATION INITIAL ENGAGEMENT FOR AGES 6-9, SCIENCE ADVENTURES FOR AGES 10-12, AND GREEN TEENS FOR AGES 13-19 SUBRECIPIENT:AT LEAST FIVE SUBGRANTEES WILL BE SELECTED AND WILL RECEIVE SUBGRANTS OF NO MORE THAN $5,000 EACH TO ENGAGE IN CLIMATE CHANGE/AIR QUALITY, ENVIRONMENTAL JUSTICE AND INDIGENOUS KNOWLEDGE FOCUSED ACTIVITIES. THESE MAY INCLUDE BUT ARE NOT LIMITED TO INSTALLING AN ETHNOBOTANY GARDEN, TREE PLANTING, COMMUNITY GREEN SPACE IDENTIFICATION AND CLEAN UP PROJECTS, CITIZEN SCIENCE BIODIVERSITY SURVEYS, CLIMATE CHANGE PRESENTATIONS AND EXPERIMENTS, AND FIELD TRIPS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: 400 STUDENTS LEARNING ABOUT CLIMATE CHANGE IMPACTS IN THE MILWAUKEE, |

| | | |
|---|---|---|
| | | WISCONSIN.<br><br>OUTPUTS INCLUDE UNDERSERVED STUDENTS WILL PARTICIPATE IN LEARNING ACTIVITIES FOCUSED ON CLIMATE CHANGE AND AIR QUALITY FOUR DAYS/WEEK DURING THE SUMMER MONTHS AND DURING THE SCHOOL YEAR. THEY WILL LEARN ABOUT CLIMATE IMPACTS IN THE MILWAUKEE AREA AND PARTICIPATE IN SPECIES COUNTS TO LEARN ABOUT BIODIVERSITY. STUDENTS WILL IMPLEMENT A COMMUNITY CLIMATE CHANGE MEDIA CAMPAIGN AND TAKE A VARIETY OF FIELD TRIPS TO LEARN ABOUT ENVIRONMENTAL ISSUES. EXPECTED OUTCOMES OF THE PROJECT INCLUDE INCREASED AWARENESS AND KNOWLEDGE OF CLIMATE CHANGE AND OTHER ENVIRONMENTAL ISSUES, REPORTING ADOPTION OF AT LEAST ONE ENVIRONMENTALLY POSITIVE BEHAVIOR AND ABILITY TO IDENTIFY ENVIRONMENTAL ISSUES IMPACTING NEIGHBORHOODS IN MILWAUKEE, WISCONSIN. THE INTENDED BENEFICIARIES INCLUDE UNDERSERVED YOUTH IN GRADE 1-12. |
| MINNESOTA STATE UNIVERSITY MANKATO | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO MN STATE UNIVERSITY MANKATO TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN SOUTHERN MINNESOTA.<br>THE GRANTEE WILL DO THIS BY COLLABORATING WITH LOCAL COMMUNITY PARTNERS TO PROVIDE IMMERSIVE ENVIRONMENTAL EDUCATION AND STEWARDSHIP OPPORTUNITIES TO OVER 1,000 MIDDLE, HIGH SCHOOL, AND UNIVERSITY STUDENTS. IT HAS THREE COMPONENTS: 1) HIGH SCHOOL ENVIRONMENTAL FIELD DAYS 2) ENVIRONMENTAL STEWARDSHIP FOCUSED GREENCREWS WILL BE DEVELOPED TO IMPLEMENT CONSERVATION PROJECTS AND 3) OUTDOOR ADVENTURE EXPERIENCES FOR PARTICIPATING GREENCREW STUDENTS WHO WILL BE ABLE TO PADDLE AREA RIVERS AND HIKE OR CAMP AT REGIONAL PARKS. THE PROGRAM GOALS ARE TO INCREASE PUBLIC LITERACY OF WATERSHED ECOLOGY AND HEALTH, TO CLARIFY CAREER PATHS IN CONSERVATION, TO OFFER LEADERSHIP AND HANDS-ON WATERSHED STEWARDSHIP EXPERIENCES, AND TO BUILD COMPETENCE IN OUTDOOR RECREATIONAL SKILLS FOR A LIFETIME OF FUTURE OUTDOOR ADVENTURES<br><br>ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN MANKATO, MINNESOTA TO STUDENTS FROM UP TO 2 MIDDLE SCHOOLS AND 2 HIGH SCHOOLS GIVING THEM<br>THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE FIELD TRIPS FOCUSING ON LOCAL WATERSHEDS INCLUDING POND AND PRAIRIE RESTORATION AS WELL AS OPPORTUNITIES TO LEARN ABOUT CAREERS IN CONSERVATION. |

| | | |
|---|---|---|
| | | : SUBRECIPIENT:6 SUBAWARDS WILL BE GIVEN TO ELIGIBLE ORGANIZATIONS. THESE SUBRECIPIENTS WILL SPEAK AND PROVIDE ACTIVITIES AT FIELD DAYS AS WELL AS MENTOR THE STUDENTS AND TEACHERS INVOLVED IN THE PROJECT, SUBRECIPIENTS WILL UTILIZE THEIR UNIQUE ENVIRONMENTAL EXPERTISE TO SUPPORT THE IMPLEMENTATION OF INTERDISCIPLINARY, HANDS-ON DIVERSE STUDENT EXPERIENCES AS WELL AS SUPPORT TEACHER TIME FOR PLANNING AND IMPLEMENTING FIELD DAYS, CONSERVATION SERVICE, AND EVALUATION. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: FIELD TRIPS AND STEWARDSHIP EXPERIENCES. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: STUDENTS VISIT STATE PARKS, MEETING WITH ENVIRONMENTAL PROFESSIONALS AND GAINING KNOWLEDGE OF WATERSHED ISSUES AND STEM CAREERS. PARTICIPANTS WILL ALSO GAIN TRAINING AND HANDS-ON RECREATIONAL EXPERIENCE IMMERSED IN REGIONAL NATURAL AREAS THE INTENDED BENEFICIARIES INCLUDE MIDDLE AND HIGH SCHOOL STUDENTS AND TEACHERS IN MANKATO, MN AS WELL AS COLLEGE STUDENTS FROM MN STATE UNIVERSITY MANKATO. |
| COLORADO ALLIANCE FOR ENVIRONMENTAL EDUCATION | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO COLORADO ALLIANCE FOR ENVIRONMENTAL EDUCATION (CAEE) TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN 3 REGION 8 STATES. THIS PROJECT WILL ENGAGE 100 STUDENTS, PARTICULARLY FROM RURAL DISADVANTAGED COMMUNITIES INCLUDING LA JUNTA, CO; RIVERTON, WY, AND ROOSEVELT, UT TO COME TOGETHER, DIALOGUE, AND TAKE ACTION TO ADDRESS THESE BARRIERS TO THEIR INVOLVEMENT AND INTEREST IN GREEN CAREERS. BY STRENGTHENING STUDENT LEADERS IN THE CONSERVATION MOVEMENT, WE HAVE THE OPPORTUNITY TO EXPAND OUR IDEAS, INCREASE MULTICULTURAL AWARENESS IN OUR ORGANIZATIONS, AND BEGIN TO TAKE ACTION FOR CHANGE. THE GOAL OF THE PROJECT IS TO CO-CREATE WITH YOUTH, EDUCATORS, AND GREEN CAREER PROFESSIONALS A SUSTAINABLE GREEN CLIMATE CAREERS PROGRAM IN REGION 8 FOR MIDDLE AND HIGH SCHOOL STUDENTS, PARTICULARLY THOSE FROM UNDERSERVED COMMUNITIES, TO ACQUIRE THE SKILLS AND KNOWLEDGE NEEDED TO PURSUE CAREERS IN THE GROWING FIELD OF ENVIRONMENTAL SUSTAINABILITY, RENEWABLE ENERGY, AND CLIMATE PROFESSIONS.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN 3 REGION 8 STATES AND PROVIDE STUDENTS, TEACHERS AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. THE MAJOR ENVIRONMENTAL AND |

| | | EDUCATIONAL ACTIVITIES FOR THIS PROJECT CENTER AROUND CREATING ONLINE CAREER RESOURCES, ORGANIZING A STATEWIDE VIRTUAL YOUTH GREEN CAREERS SUMMIT, ENGAGING STUDENTS IN SCHOOL-BASED ACTION PROJECTS, AND CONNECTING STUDENTS WITH MENTORS TO EXPLORE POTENTIAL CAREERS. ESTABLISHING A LEADERSHIP TEAM FROM CAEE, USEE, AND WYAEE WHO WILL MANAGE THIS PROJECT AND ACTIVITIES IN EACH STATE. THE LEADERSHIP TEAM WILL RECRUIT AND VIRTUALLY CONVENE AN ADVISORY TEAM OF AT LEAST 9 YOUTH, 3 EDUCATORS/GUIDANCE COUNSELORS AND 3 GREEN CAREER PROFESSIONALS WHO REPRESENT THE DEMOGRAPHICS OF OUR TARGETED COMMUNITIES TO CO-CREATE A GREEN CLIMATE CAREER PROGRAM. CO-CREATING A MIDDLE AND HIGH SCHOOL GREEN CLIMATE CAREER CURRICULUM WHICH PROVIDES EDUCATORS WITH THE TOOLS FOR STUDENTS TO EXPLORE THE WIDE RANGE OF GREEN CAREERS IN CLIMATE AND EDUCATIONAL PATHWAYS AND PROJECTED CAREER OPPORTUNITIES AND TRENDS. WITH THE INPUT AND SUPPORT OF YOUTH, PLAN AND HOST A VIRTUAL GREEN CAREERS EVENT FOR 100 STUDENTS, AT LEAST 40% FROM OUR TARGETED COMMUNITIES, THAT HIGHLIGHTS THE NEED FOR A CLIMATE-RELATED WORKFORCE, PROVIDES STUDENTS OPPORTUNITIES TO MEET AND NETWORK WITH GREEN PROFESSIONALS, AND EXPLORES DIFFERENT GREEN CAREER OPPORTUNITIES.SUBRECIPIENT:CAEE WILL AWARD EXACTLY $25,000 (25%) OF EPA FUNDS IN SMALL SUBAWARDS OF $500-$2000 TO SCHOOLS LOCATED IN DISADVANTAGED COMMUNITIES, AS IDENTIFIED USING THE CLIMATE AND ECONOMIC JUSTICE SCREENING TOOL (CEJST).OUTCOMES:EXPECTED OUTCOMES INCLUDE INCREASED STUDENT ENGAGEMENT IN GREEN CAREER EXPLORATION, STUDENT-LED ACTION PROJECTS ADDRESSING CLIMATE AND ENVIRONMENTAL ISSUES IN SCHOOLS, AND EDUCATORS WITH ENHANCED SKILLS TO TEACH ABOUT CLIMATE AND ENVIRONMENTAL TOPICS. AT LEAST 30 EDUCATORS WILL ALSO RECEIVE A CURRICULUM AROUND CLIMATE LITERACY AND GREEN JOBS.<br><br> OTHER OUTCOMES INCLUDE:<br>-INCREASE IN AWARENESS AND KNOWLEDGE OF GREEN CAREERS AMONG MIDDLE AND HIGH SCHOOL STUDENTS IN DISADVANTAGED COMMUNITIES.<br>-INCREASE IN AWARENESS AND KNOWLEDGE OF GREEN CAREER OPPORTUNITIES FOR THEIR STUDENTS AMONG TEACHERS FROM RURAL, DISADVANTAGED COMMUNITIES.<br>-IMPLEMENTATION OF SCHOOL-BASED PROJECTS ADDRESSING CLIMATE LITERACY, RESILIENCE, AND GREEN JOBS. |
| ECOLOGY PROJECT INTERNATIONAL | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO ECOLOGY PROJECT INTERNATIONAL (EPI) TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL |

BENEFIT THE ENVIRONMENT IN WYOMING AND MONTANA. THE GRANTEE WILL DO THIS BY ENGAGING UP TO 340 MIDDLE AND HIGH SCHOOL STUDENTS AND THEIR TEACHERS FROM IN OR NEAR THE GREATER YELLOWSTONE ECOSYSTEM (GYE) IN 30 IMMERSIVE FIELD SCIENCE AND HABITAT RESTORATION PROGRAMS OVER TWO YEARS, WITH A FOCUS ON CLIMATE CHANGE'S EFFECTS ON THE HEALTH OF THE GYE.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN WYOMING AND MONTANA AND PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE:
-FOSTER COMMUNITY COLLABORATION AND ENVIRONMENTAL STEWARDSHIP BY ENGAGING UP TO 340 STUDENTS, TEACHERS, AND COMMUNITY MEMBERS IN COLLABORATIVE PROJECTS ADDRESSING LOCAL
ENVIRONMENTAL ISSUES, SUCH AS CLIMATE CHANGE, WATER QUALITY, AND ECOSYSTEM HEALTH, WITHIN THE 2-YEAR PERIOD.
-INSPIRE ENVIRONMENTAL CAREER INTERESTS IN STUDENTS THROUGH EPI'S HANDS-ON EXPERIENCES IN WILDLIFE RESEARCH, WATER QUALITY TESTING, AND ENVIRONMENTAL SCIENCE ACTIVITIES.
-RESPECT AND INTEGRATE INDIGENOUS KNOWLEDGE INTO ENVIRONMENTAL EDUCATION BY COLLABORATING WITH INDIGENOUS COMMUNITIES TO INTEGRATE TRADITIONAL ECOLOGICAL KNOWLEDGE INTO
EPI PROGRAMS, ENHANCING THE AUTHENTICITY AND RELEVANCE OF ENVIRONMENTAL EDUCATION MATERIALS AND ACTIVITIES WITHIN THE 2-YEAR PERIOD.SUBRECIPIENT:EPI WILL PROVIDE SUBAWARDS TO ORGANIZATIONS, TRIBAL ENTITIES, SCHOOLS, OR ELIGIBLE INDIVIDUALS ENGAGED IN CONSERVATION AND EDUCATION WORK WITHIN OR NEAR THE GREATER YELLOWSTONE
ECOSYSTEM (GYE) TO SUPPORT EPI'S GOALS OF ENHANCING ECOSYSTEM HEALTH, ECOLOGICAL KNOWLEDGE, ENVIRONMENTAL STEWARDSHIP IN UNDERSERVED RURAL AND INDIGENOUS COMMUNITIES, AND INTEGRATING INDIGENOUS KNOWLEDGE INTO LOCAL ENVIRONMENTAL EDUCATION AND CONSERVATION.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES:
- 30 FIVE-DAY, IMMERSIVE EPI YELLOWSTONE WILDLIFE AND WINTER ECOLOGY COURSES
- 340 LOCAL STUDENTS AND THEIR TEACHERS REACHED
- OVER 3,000 HOURS OF DATA COLLECTION AND HABITAT RESTORATION FOR YELLOWSTONE NATIONAL PARK, THE CUSTER-GALLATIN NATIONAL FOREST, AND PRIVATE LANDS IN THE GREATER YELLOWSTONE ECOSYSTEM
EXPECTED OUTCOMES OF THE PROJECT INCLUDE:

| | | |
|---|---|---|
| | | - INCREASED ENVIRONMENTAL STEWARDSHIP WITHIN THE UNDERSERVED RURAL AND INDIGENOUS COMMUNITIES<br>- IMPROVED ENVIRONMENTAL CONDITIONS AND MANAGEMENT OF ECOSYSTEM HEALTH IN THE GREATER YELLOWSTONE ECOSYSTEM-INCLUDING MANAGEMENT OF CRITICAL SPECIES LIKE THE BISON, WESTERN TOAD, AND GRIZZLY BEAR.<br>- HIGHER QUALITY CANDIDATES FOR NATURAL RESOURCE MANAGEMENT JOBS IN THE REGION.<br><br>THE INTENDED BENEFICIARIES INCLUDE STUDENTS AND TEACHERS IN THE GREATER YELLOWSTONE COMMUNITIES. THE PROGRAM ADDRESSES THE NEED FOR HANDS-ON ENVIRONMENTAL EDUCATION IN RURAL AND UNDERSERVED COMMUNITIES. THROUGH ACTIVE INVOLVEMENT OF LOCAL YOUTH IN RESEARCH, HABITAT RESTORATION, AND ENVIRONMENTAL RESEARCH INTERNSHIPS, THE PROGRAM ENHANCES THEIR<br>RELATIONSHIP WITH THE NATURAL ENVIRONMENT AND CULTIVATES A HEIGHTENED SENSE OF ENVIRONMENTAL STEWARDSHIP AMONG STUDENTS. |
| NEVADA SYSTEM OF HIGHER EDUCATION | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO NEVADA SYSTEM OF HIGHER EDUCATION (NHSE) BOARD OF REGENTS, OBO DESERT RESEARCH INSTITUTE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN NEVADA. THE GRANTEE WILL DO THIS THROUGH THEIR EFFORTS TO INCREASE ENVIRONMENTAL LITERACY AND STEWARDSHIP IN NEVADA BY UTILIZING ENVIRONMENTAL EDUCATION (EE) STRATEGIES TO ADDRESS THE ISSUE OF MICROPLASTIC POLLUTION IN NEVADA'S WATERWAYS. THE PROJECT DESIGN WILL FOCUS ON INCREASING ACCESS TO HIGH-QUALITY STUDENT EDUCATION AND TEACHER PREPAREDNESS AND SUPPORT AMONG NEVADA'S UNDERSERVED COMMUNITIES. THROUGH AN EE LENS, PARTICIPANTS WILL ADDRESS THE ENVIRONMENTAL ISSUE OF MICROPLASTICS IN NEVADA'S WATERWAYS.<br><br>THIS ASSISTANCE AGREEMENT PROVIDES FULL FUNDING IN THE AMOUNT OF $100,000. SEE TERMS AND CONDITIONS.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN NEVADA AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS WITH THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.<br><br>ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: MIDDLE SCHOOL TEACHERS WILL LEAD STUDENTS IN HANDS-ON LESSONS USING THE STEM KITS, BASED ON THE 5E MODEL - ENGAGE, EXPLORE, EXPLAIN, ELABORATE, AND EVALUATE. THE PROJECT ANTICIPATES DEVELOPING 3 STEM KITS AND ENGAGING 180 MIDDLE SCHOOL EDUCATORS, 865 MIDDLE SCHOOL STUDENTS, AND 810 COMMUNITY |

| | | |
|---|---|---|
| | | MEMBERS THROUGH PROJECT ACTIVITIES. SUBRECIPIENT:THERE WILL BE 5 SUBAWARDS, WHICH WILL BE DETERMINED, FOR A TOTAL OF $5,000 EACH OVER THE TWO YEAR PROJECT PERIOD. THIS REPRESENTS EXACTLY 25% OF THE FUNDING REQUESTED FROM EPA. THESE SUBAWARDS SUPPORT THE PROJECT'S GOAL TO INCREASE ENVIRONMENTAL LITERACY AND STEWARDSHIP IN NEVADA BY UTILIZING ENVIRONMENTAL EDUCATION (EE) STRATEGIES TO ADDRESS THE ISSUE OF MICROPLASTIC POLLUTION IN NEVADA'S WATERWAYS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN NEVADA.<br><br>EXPECTED OUTCOMES OF THE PROJECT INCLUDE: PROFESSIONAL DEVELOPMENT TRAININGS, 180 EDUCATORS WILL RECEIVE FREE STEM KITS, AND 840 STUDENTS ARE ENGAGED IN EE MICROPLASTIC CURRICULUM.<br><br>THE INTENDED BENEFICIARIES INCLUDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS. INVESTIGATORS INTEND FOR THIS PROJECT TO REACH A TOTAL OF 1,845 INDIVIDUALS. |
| SIERRA STREAMS INSTITUTE | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO SIERRA STREAMS INSTITUTE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE THROUGHOUT WESTERN NEVADA COUNTY AND YUBA COUNTY OF CALIFORNIA. THE GRANTEE WILL DO THIS THROUGH EFFORTS TO PROMOTE COMMUNICATION AROUND ENVIRONMENTAL ISSUES SURROUNDING WATERSHED HEALTH, WITH A FOCUS ON CLEAN WATER AND THE IMPACTS TO FOOTHILL AND VALLEY COMMUNITIES. THE OUTDOOR ENVIRONMENTAL EDUCATION ACTIVITIES IN THIS PROJECT ENHANCE STUDENTS' CRITICAL THINKING AND PROBLEM SOLVING SKILLS AROUND THESE LOCAL AND REGION-WIDE WATERSHED ISSUES. THESE ACTIVITIES WILL SERVE AS A PATHWAY FOR STUDENTS TO ENGAGE IN FUTURE ENVIRONMENTAL ACTION AND STEWARDSHIP.<br><br>THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $100,000. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES THROUGHOUT WESTERN NEVADA COUNTY AND YUBA COUNTY OF CALIFORNIA AND PROVIDE SCHOOLS, PARENTS, TEACHERS, INFORMAL EDUCATORS, STUDENTS, AND ENVIRONMENTAL EDUCATION (EE) ORGANIZATIONS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT |

PERIOD INCLUDE: THE DEVELOPMENT OF A
WATERSHED COMMUNICATION TOOLKIT (WCT) THAT
SUPPORTS YOUTH IN CRITICAL THINKING AND SCIENCE
LITERACY BY COMMUNICATING WITH THEIR PEERS
AROUND REGION-WIDE WATERSHED ISSUES. THE WCT
WILL INCLUDE ACTIVITIES ON INDIGENOUS WAYS OF
KNOWING THAT HAVE BEEN SHARED BY TRIBAL
ORGANIZATIONS. (3) TO PILOT THE WCT AS AN
EXTENSION OF EXISTING EE PROGRAMS IN THE
REGION, WITH AT LEAST 8 DIFFERENT 4-8TH GRADE
CLASSES FROM SCHOOLS.

 SUBRECIPIENT:SUBAWARDS WILL BE TO ELIGIBLE
ORGANIZATIONS TO CONDUCT THE FOLLOWING
ACTIVITIES: DEVELOP AND DESIGN THE
ENVIRONMENTAL EDUCATION (EE) OPPORTUNITIES
DATABASE. DEVELOP THE WATERSHED
COMMUNICATION TOOLKIT (WCT). PILOT WATERSHED
COMMUNICATION TOOLKIT (WCT) WITH EXISTING EE
FIELD PROGRAMS.

 ALL SUBAWARDS WILL CONTRIBUTE DIRECTLY TO
ACHIEVING THE THREE PRIMARY OBJECTIVES LISTED
ABOVE. SOME SUBAWARDS MAY ADDRESS MORE
SPECIFIC NEEDS WITHIN EACH CATEGORY, SUCH AS
MAINTENANCE OF PILOT PROGRAM FIELD SITES OR
TRANSPORTATION OF CLASSES TO AND FROM THE
FIELD SITES. SIERRA STREAMS INSTITUTE (SSI) WILL
REACH OUT TO A LIST OF ORGANIZATIONS THAT CAN
HELP ADVANCE THESE OBJECTIVES. THEIR ELIGIBILITY,
CAPACITY AND EXPERTISE WILL DETERMINE THE
AMOUNT OF THEIR SUBAWARD. A. SUBAWARD
OVERSIGHT: ALL SUBRECIPIENTS WILL ENTER INTO A
SUBAWARD AGREEMENT THAT IS SIGNED BY BOTH SSI
AND THE SUBRECIPIENT. EACH AGREEMENT WILL
INCLUDE THE FOLLOWING: SCOPE OF WORK (SOW),
PERIOD OF PERFORMANCE, OUTLINE OF FINANCIAL
CONTROL, INVOICING PROCESS, AND FUNDING
INSTRUCTIONS (ELIGIBLE AND NON-ELIGIBLE COSTS
FOR THE SUB-AWARD). SUBRECIPIENTS MUST KEEP
TRACK OF ALL EXPENDITURES AND ACTIVITIES UNDER
THE SOW AND PROVIDE BRIEF QUARTERLY UPDATE
REPORTS.OUTCOMES:IT IS ANTICIPATED THAT THIS
PROJECT WILL RESULT IN THE FOLLOWING
DELIVERABLES: AN INTERACTIVE, PUBLICLY AVAILABLE
ENVIRONMENTAL EDUCATION OPPORTUNITIES
DATABASE (EEOD), CATALOGING DOZENS OF K-12
ENVIRONMENTAL EDUCATION (EE) FIELD SITES AND EE
OPPORTUNITIES ACROSS 14 SCHOOL DISTRICTS; A
PUBLICLY AVAILABLE WATERSHED COMMUNICATION
TOOLKIT (WCT) WITH WHICH EDUCATORS CAN
CONNECT THEIR STUDENTS WITH OTHER CLASSES
AND REGIONS THROUGH THE SHARED LENS OF
WATERSHED SCIENCE AND STEWARDSHIP; AND THE
PROVISION OF AN OUTDOOR EE EXPERIENCE COUPLED
WITH ACROSS-SCHOOL SHARING AND PILOT
COLLABORATION OPPORTUNITY (IMPLEMENTATION OF
THE WCT) TO AT LEAST 8 CLASSES. SIERRA STREAMS
INSTITUTE (SSI) ANTICIPATES THAT THE PILOT
PROGRAM WILL REACH AT LEAST 8 ELEMENTARY AND
MIDDLE SCHOOL TEACHERS AND 200 4-8TH GRADE
STUDENTS, ROUGHLY HALF OF WHOM LIVE IN

| | | COMMUNITIES CATEGORIZED AS DISADVANTAGED BY THE (CLIMATE AND ECONOMIC JUSTICE SCREENING TOOL) CEJST OR ATTEND A TITLE |
|---|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK, INC. | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO LOUISIANA ENVIRONMENTAL ACTION NETWORK TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN SCHOOLS AND COMMUNITIES IN SOUTHEAST LOUISIANA, INCLUDING WEST BATON ROUGE, EAST BATON ROUGE, ORLEANS PARISH, ST. JOHN THE BAPTIST, AND TERREBONNE PARISH. LOUISIANA ENVIRONMENTAL ACTION NETWORK HAVE DEVELOPED AN ENVIRONMENTAL JUSTICE CURRICULUM THAT THEY WILL IMPLEMENT WITH MIDDLE AND HIGH SCHOOL STUDENTS THROUGH CLASSROOMS OR AFTER SCHOOL FOCUS GROUPS, WITH COMMUNITY GROUPS THROUGH WORKSHOPS, AND THROUGH A STATEWIDE OUTREACH AND DISTRIBUTION CAMPAIGN.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES FOR RESIDENTS IN SOUTHEAST LOUISIANA, INCLUDING WEST BATON ROUGE, EAST BATON ROUGE, ORLEANS PARISH, ST. JOHN THE BAPTIST, AND TERREBONNE PARISH. THE PROJECT WILL PROVIDE STUDENTS AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE INTRODUCING LOUISIANA ENVIRONMENTAL ACTION NETWORK'S ENVIRONMENTAL JUSTICE CURRICULUM TO 260 STUDENTS THROUGH CLASSROOMS OR AFTER SCHOOL FOCUS GROUPS, CONDUCTING FOUR EDUCATOR TRAINING WORKSHOPS, CONDUCTING FOUR COMMUNITY GROUP WORKSHOPS, CONDUCTING FOUR FIELD TRIPS/SITE VISITS WITH STUDENTS, CONDUCTING TWO DATA LITERACY WORKSHOPS, AND IMPLEMENTING A STATEWIDE OUTREACH AND DISTRIBUTION CAMPAIGN OF THE CURRICULUM. SUBRECIPIENT:LOUISIANA ENVIRONMENTAL ACTION NETWORK WILL AWARD FIVE SUBAWARDS TO LOCAL EDUCATION AGENCIES, COLLEGES AND UNIVERSITIES, 501(C)(3) NONPROFIT ORGANIZATIONS, AND/OR OTHER ELIGIBLE SUBAWARD RECIPIENTS. LOUISIANA ENVIRONMENTAL ACTION NETWORK WILL SELECT ELIGIBLE SUBAWARD RECIPIENTS AFTER THE PROJECT START DATE. SUBAWARD RECIPIENTS WILL PARTICIPATE IN IMPLEMENTATION OF THE ENVIRONMENTAL JUSTICE CURRICULUM, TESTING OF THE CURRICULUM, PROVIDE FEEDBACK TO LOUISIANA ENVIRONMENTAL ACTION NETWORK ON THE CURRICULUM, WILL HELP LOUISIANA ENVIRONMENTAL ACTION NETWORK ON CONDUCTING OUTREACH TO PROMOTE THE CURRICULUM, OR WILL PERFORM OTHER COLLABORATION WITH LOUISIANA ENVIRONMENTAL ACTION NETWORK ON PROJECT ACTIVITIES INCLUDED IN THE WORK PLAN.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING |

| | | |
|---|---|---|
| | | DELIVERABLES: 260 STUDENTS INTRODUCED TO THE CURRICULUM THROUGH CLASSROOMS OR AFTER SCHOOL FOCUS GROUPS, FOUR EDUCATOR TRAINING WORKSHOPS COMPLETED, FOUR COMMUNITY GROUP WORKSHOPS COMPLETED, FOUR FIELD TRIPS/SITE VISITS WITH STUDENTS COMPLETED, TWO DATA LITERACY WORKSHOPS COMPLETED, AND THE ENVIRONMENTAL JUSTICE CURRICULUM POSTED TO THE LOUISIANA ENVIRONMENTAL ACTION NETWORK THAT INCLUDES REVISIONS BASED ON IMPLEMENTATION FEEDBACK. EXPECTED OUTCOMES OF THE PROJECT INCLUDE RAISED AWARENESS ON ENVIRONMENTAL JUSTICE AND THE STATE OF AIR QUALITY, WATER QUALITY, WASTE MANAGEMENT, AND LAND POLLUTION FOR 260 STUDENTS, 20 EDUCATORS, AND 1000 COMMUNITY MEMBERS; INCREASED LEVELS OF COMMUNITY ORGANIZING AND ENVIRONMENTAL ADVOCACY BY THE COMMUNITY; AND INCREASED ENGAGEMENT BY STUDENTS WITH ENVIRONMENTAL STEWARDSHIP. THE INTENDED BENEFICIARIES INCLUDE RESIDENTS IN SOUTHEAST LOUISIANA, SPECIFICALLY WITHIN WEST BATON ROUGE, EAST BATON ROUGE, ORLEANS PARISH, ST. JOHN THE BAPTIST, AND TERREBONNE PARISH. |
| EXPLORA SCIENCE CENTER & CHILDREN'S MUSEUM OF ALBUQUERQUE | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO EXPLORA SCIENCE CENTER AND CHILDREN'S MUSEUM OF ALBUQUERQUE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE SOUTH VALLEY OF ALBUQUERQUE, MORIARTY, AND THE VILLAGE OF LOS RANCHOS, WITHIN NEW MEXICO. EXPLORA SCIENCE CENTER AND CHILDREN'S MUSEUM OF ALBUQUERQUE WILL INCREASE KNOWLEDGE AROUND WATER FILTRATION, THE ROLE OF POLLINATORS IN THE ENVIRONMENT, AND SOIL HEALTH. THE RECIPIENT WILL DO THIS BY CONDUCTING DROP-IN ENVIRONMENTAL EDUCATION EVENTS AT LOCAL GROWERS MARKETS, IMPLEMENTING AN EDUCATION PROGRAM WITH FIVE SCHOOLS THAT INCLUDES A FIELD TRIP AND TWO SPEAKER VISITS, AND THROUGH A TEACHER WORKSHOP.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES SOUTH VALLEY OF ALBUQUERQUE, MORIARTY, AND THE VILLAGE OF LOS RANCHOS, WITHIN NEW MEXICO. THIS PROJECT WILL PROVIDE STUDENTS, TEACHERS AND FAMILIES THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: INCREASING KNOWLEDGE ABOUT PLANTS, SOIL, POLLINATORS AND WATER FILTRATION THROUGH FACILITATING TWO TEACHER PROFESSIONAL DEVELOPMENT WORKSHOPS, CONDUCTING SIX DROP-IN ENVIRONMENTAL EDUCATION EVENTS AT LOCAL GROWERS MARKETS, AND BY IMPLEMENTING A WORKSHOP SERIES WITH FIVE SCHOOLS THAT INCLUDES SIX WORKSHOPS AND A FIELD TRIP PER SCHOOL.SUBRECIPIENT:EXPLORA SCIENCE CENTER |

EPA_00006306

| | | |
|---|---|---|
| | | AND CHILDREN'S MUSEUM WILL PROVIDE A SUBAWARD TO FRIENDS OF THE VALLE DE ORO NATIONAL WILDLIFE REFUGE TO WORK DIRECTLY WITH PROGRAM PARTICIPANTS ON DEVELOPING OUTDOOR SPACES THAT FOSTER ENVIRONMENTAL SUSTAINABILITY AND STEWARDSHIP. THE RECIPIENT WILL PROVIDE A SUBAWARD TO KIDS COOK TO HELP WITH PROGRAMS ON THE CONNECTION OF FOOD AND ENVIRONMENTAL SUSTAINABILITY AND STEWARDSHIP. THE RECIPIENT WILL PROVIDE SUBAWARDS TO LA FAMILIA GROWER'S MARKET, RAILYARDS MARKET, AND VILLAGE OF LOS RANCHOS GROWER'S MARKET TO PROVIDE COMMUNITY SITES FOR FAMILY WORKSHOPS. THE RECIPIENT WILL PROVIDE A SUBAWARD TO RIO GRANDE COMMUNITY FARM TO HOST FIELD TRIPS FROM SCHOOLS TO MODEL STEWARDSHIP IN FARMING. THE RECIPIENT WILL PROVIDE SUBAWARDS TO VILLAGE OF LOS RANCHOS, MASTER GARDENER ASSOCIATION, NEW MEXICO ACEQUIA ASSOCIATION, NEW MEXICO BEEKEEPERS ASSOCIATION, NEW MEXICO FUNGI ASSOCIATION, MUSTARD SEED, AND THREE RECIPIENTS NOT YET SELECTED TO HELP DEVELOP CURRICULUM AND TO PROVIDE GUEST VISITORS IN PARTICIPATING CLASSROOMS TO SHARE HOW THEIR WORK CONNECTS TO ENVIRONMENTAL STEWARDSHIP.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: TWO TEACHER PROFESSIONAL DEVELOPMENT WORKSHOPS FACILITATED, SIX DROP-IN ENVIRONMENTAL EDUCATION EVENTS CONDUCTED, 30 WORKSHOPS CONDUCTED WITH FIVE SCHOOLS, AND A SUMMATIVE EVALUATION OF THE PROJECT FINALIZED. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASED KNOWLEDGE OF SOIL HEALTH AND WATER QUALITY BY TEACHERS, STUDENTS AND FAMILIES; MORE TEACHERS EQUIPPED TO USE THE OUTDOORS TO SUPPORT EDUCATIONAL OUTCOMES FOR STUDENTS; AND INCREASED EDUCATIONAL OUTCOMES FOR STUDENTS THROUGH INCREASED ACCESS TO NATURE. THE INTENDED BENEFICIARIES INCLUDE RESIDENTS OF THE SOUTH VALLEY OF ALBUQUERQUE, MORIARTY, AND THE VILLAGE OF LOS RANCHOS, WITHIN NEW MEXICO. |
| UNIVERSITY OF ALASKA ANCHORAGE | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO IMPLEMENT THE PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN HOMER, ALASKA AND NEARBY SMALLER COMMUNITIES. THE GRANTEE WILL WORK WITH THE CITY OF HOMER, ALASKA, LOCAL CONSERVATION ORGANIZATIONS, AND REGIONAL TRIBAL ORGANIZATIONS TO CREATE K-12 CLASSROOM AND OUTDOOR LEARNING SPACES FOR HANDS-ON EDUCATION, SCIENCE, AND MONITORING ON A PEATLAND CONSERVATION PARCEL THE CITY RECENTLY ACQUIRED. THE FULL BREADTH OF THIS PROJECT WILL ALLOW STUDENTS TO PROPAGATE, GROW AND TRANSPLANT THE NATIVE PLANTS THEY RAISE DURING THE SCHOOL YEAR, PROVIDING A SENSE OF STEWARDSHIP AND CONNECTION TO THIS |

| | | |
|---|---|---|
| | | ECOSYSTEM.<br>ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN HOMER, ALASKA AND SMALLER COMMUNITIES AND PROVIDE STUDENTS, TEACHERS, UNIVERSITY STUDENT INTERNS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.<br>ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: THE PEATLAND CURRICULUM BEING TAUGHT WITH CULTURALLY RELEVANT INSTRUCTION, FIELD TRIPS AND WEEKEND FAMILY FIELD TRIPS WILL BE HELD; PREPARE FOR AND RECRUIT EDUCATORS FOR THE THREE DAY TRAINING; COMMUNITY MEMBERS WILL BE RECRUITED FOR MONITORING OUTREACH; AND INTERNS HIRED AND TRAINED TO LEAD ACTIVITIES.<br>SUBRECIPIENT:THE GRANTEE WILL SOLICIT FOR SUBAWARD PROPOSALS FOR SPECIFIC GRANT ACTIVITIES (ORCHID PROPAGATION, PEATLAND MONITORING, AND EDUCATION) WILL BE GIVEN TO A POOL OF QUALIFIED PROSPECTIVE SUBRECIPIENTS. THIS POOL OF QUALIFIED ORGANIZATIONS WILL BE IDENTIFIED THROUGH DISCUSSIONS WITH KNOWLEDGEABLE COMMUNITY SOURCES AND ORGANIZATIONS. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: 5 SCHOOLS/CLASSROOMS WILL USE LOCAL PEATLAND ANNUALLY FOR FIELD TRIPS AND EDUCATION PROGRAMS FOCUSED ON PEATLAND ECOLOGY; THREE COMMUNITY GROUPS WILL USE PEATLAND ANNUALLY FOR FIELD TRIPS AND EDUCATION PROGRAMS; NATIVE PLANT WILL BE PROPAGATED AND GROWN IN AT LEAST 3 CLASSROOMS; ONE THREE DAY TEACHER TRAINING WILL BE HELD FOR 10-15 TEACHERS; TWO POST-SECONDARY AND TWO HIGH SCHOOL INTERNS WILL BE HIRED AND COMPLETE A SEMESTER LONG SKILL-BUILDING INTERNSHIP; A PEATLAND COMMUNITY STEWARDSHIP MONITORING PROGRAM IS DESIGNED, AND A PEATLAND CURRICULUM WILL BE DEVELOPED AND DELIVERED.<br><br>EXPECTED OUTCOMES OF THE PROJECT INCLUDE: SHORT-TERM - FIVE CLASSROOMS COMPLETE THE PEATLAND ECOLOGY CURRICULUM RESULTING IN INCREASED ENVIRONMENTAL LITERACY; MEDIUM-TERM - STUDENTS UNDERSTAND HOW IMPORTANT PEATLANDS ARE FOR HABITAT AND FOR CLIMATE CHANGE RESILIENCE; LONG-TERM - COMMUNITY MEMBERS BECOME STEWARDS OF PEATLANDS. THE INTENDED BENEFICIARIES INCLUDE10 - 20 K-12 TEACHERS, 200 STUDENTS, 2-3 UNIVERSITY STUDENT INTERNS, AND 5-10 COMMUNITY MONITORS. |
| ROWAN UNIVERSITY | 66.951 | DESCRIPTION:THIS GRANT AWARD PROVIDES FUNDING TO ROWAN UNIVERSITY TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE |

| | | |
|---|---|---|
| | | ENVIRONMENT IN GLOUCESTER, ATLANTIC AND BURLINGTON COUNTIES, IN NEW JERSEY. THE RECIPIENT, ROWAN UNIVERSITY, WILL DO THIS BY INCREASING TEACHERS', STUDENTS' AND COMMUNITY RESIDENTS' ENVIRONMENTAL LITERACY ON CLIMATE CHANGE, AIR QUALITY AND RENEWABLE ENERGY THROUGH THEIR, E3: ENERGY, ENVIRONMENT AND EDUCATION PROGRAM. ROWAN UNIVERSITY WILL USE CLASSROOM LESSONS, HANDS ON ACTIVITIES AND FIELD TRIPS TO EDUCATE TEACHERS, STUDENTS AND LOCAL COMMUNITY RESIDENTS ABOUT AIR POLLUTION, WIND AND TIDAL ENERGY, AND DECISION-MAKING SKILLS FOR REDUCTION IN THE CARBON FOOTPRINT AND HOW TO BECOME STEWARDS OF THEIR COMMUNITY(IES).ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES AND PROVIDE STUDENTS AND COMMUNITY RESIDENTS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AS WELL AS TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: DEVELOPING A LESSON PLANS/MODULES FOR STUDENTS AND COMMUNITY MEMBERS, AIR MONITORING, AND FIELD TRIPS.SUBRECIPIENT:ROWAN UNIVERSITY WILL ISSUE SUBAWARDS AS REQUIRED UNDER THE NATIONAL ENVIRONMENTAL EDUCATION ACT. THE SUBAWARDEES WILL PROVIDE COORDINATION OF PROJECT, FIELD TRIPS AND POISED TO EDUCATE FUTURE GENERATIONS ABOUT ENERGY AND ENVIRONMENT SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES AND EXPECTED OUTCOMES: 100 STUDENTS AND COMMUNITY MEMBERS WITH INCREASED AWARENESS AND KNOWLEDGE OF CLIMATE CHANGE AND RENEWABLE ENERGY THROUGH HANDS ON ACTIVITIES. 200 STUDENTS AND COMMUNITY MEMBERS TO INCREASE AWARENESS AND KNOWLEDGE OF CLIMATE CHANGE, AIR QUALITY AND RENEWABLE ENERGY THROUGH CLASSROOM AND VIRTUAL LESSONS; INCREASE IN STUDENTS' AND COMMUNITY MEMBERS' KNOWLEDGE AND SKILLS TO REDUCE THEIR CARBON FOOTPRINT. DIRECT BENEFICIARIES OF THIS PROGRAM INCLUDE STUDENTS AND COMMUNITY MEMBERS LOCATED IN THE GLOUCESTER, ATLANTIC AND BURLINGTON COUNTIES, IN NEW JERSEY. |
| CHESAPEAKE CONSERVANCY, INC. | 66.951 | DESCRIPTION:THIS GRANT AGREEMENT WILL DEVELOP AUTHENTIC CONNECTIONS AND BILINGUAL (SPANISH) ENVIRONMENTAL EDUCATION PROGRAMMING WITH LATINX COMMUNITIES AT THREE URBAN PARKS AND REFUGES ALONG THE GREATER BALTIMORE CORRIDOR: PATUXENT RESEARCH REFUGE (PRR), MASONVILLE COVE, AND PATAPSCO VALLEY STATE PARK (PVSP). CHESAPEAKE CONSERVANCY WILL DEVELOP INCLUSIVE COMMUNITY WORKSHOPS, PROGRAMMING, AND CULTURALLY RELEVANT COMMUNITY EVENTS TO DEMONSTRATE HOW A HEALTHY ENVIRONMENT PLAYS A ROLE IN CREATING HEALTHY AND WHOLE COMMUNITIES. BILINGUAL RANGERS WILL DEEPEN RELATIONSHIPS, CREATE AND COORDINATE PROGRAMS THAT DELIVER |

ENVIRONMENTAL EDUCATION, CAREERS AND PROFESSIONAL DEVELOPMENT IN CONSERVATION, AND ENVIRONMENTAL JUSTICE. ACTIVITIES:THIS PROJECT AIMS TO HIRE BILINGUAL RANGERS TO SUPPLEMENT AND HELP ENVIRONMENTAL EDUCATORS AND PROFESSIONALS AT THREE SITES IN THE GREATER BALTIMORE AREA: PRR, MASONVILLE COVE, AND PVSP. THE BILINGUAL RANGERS WILL BUILD AUTHENTIC COMMUNITY RELATIONSHIPS, EVALUATE THEM, AND DEVELOP INCLUSIVE BILINGUAL ENVIRONMENTAL EDUCATION PROGRAMS FOR EACH SITE. THE CHESAPEAKE CONSERVANCY WILL PROVIDE BILINGUAL RANGER SUPPORT IN EACH OF THE THREE PARKS TO BUILD PROGRAMS, DO COMMUNITY OUTREACH, AND HOST EVENTS FOR LATINO CONSERVATION WEEK AND HISPANIC HERITAGE MONTH.

 SUBRECIPIENT:SUBAWARDEES WILL BE USED BY THE ORGANIZATIONS FOR STAFF TIME FOR EVENTS AND PROGRAMS, MATERIALS FOR PROGRAMS, STAFF TIME FOR PROJECT ADVISEMENT, COMMUNITY ENGAGEMENT, MONEY FOR BUSES, STIPENDS FOR COMMUNITY MEMBERS TO COVER TRAVEL, TIME, OR PARK ENTRANCE FEES.OUTCOMES:THE CONSERVANCY IS INTENTIONALLY BUILDING THIS PROGRAM BASED ON COMMUNITY NEEDS AND REQUESTS. THE CONSERVANCY WILL ACT AS A CONNECTOR TO HELP BUILD CAPACITY TO REALIZE COMMUNITY VISIONS THROUGH EMPATHY, UNDERSTANDING THE NEEDS OF THE COMMUNITIES THROUGH SURVEYS, REMOVING BARRIERS, AND STRENGTHENING COLLABORATION AND PARTNERSHIPS. THE INTENDED BENEFICIARY IS THE COMMUNITY, SPECIFICALLY THE LATINX COMMUNITIES.

NATIONAL AUDUBON SOCIETY, INC | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO NATIONAL AUDUBON SOCIETY TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE CALUMET REGION ON CHICAGO'S SOUTH SIDE. THE GRANTEE WILL DO THIS BY CONNECTING YOUTH, COMMUNITY EDUCATORS, AND FAMILIES TO LOCAL ENVIRONMENTAL AWARENESS AND CONSERVATION.ACTIVITIES:ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: A TEACHER AND PARENT TRAINING WORKSHOP SERIES, A SUMMER TEEN EXPERIENCE AND A LEADERSHIP DEVELOPMENT WORKSHOP FOR INTERNS. IN ADDITION TO COMMUNITY EDUCATION AND ACTION, THE YOUTH LEADERSHIP PROJECT'S KEY GOAL WILL BE PROVIDING AN IMPORTANT CAREER DEVELOPMENT EDUCATIONAL COMPONENT.SUBRECIPIENT:5 SUB AWARDS WILL BE GIVEN TO ELIGIBLE ORGANIZATIONS TO HOST AND RECRUIT PARTICIPANTS AND SHAPE THE CONTENT OF BOTH PLANNED WORKSHOPS AND A TRAINING PROGRAM. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT

| | | |
|---|---|---|
| | | WILL CONVENE AND ENGAGE YOUNG ADULTS, PARENTS, AND TEACHERS IN HABITAT RESTORATION AND STEWARDSHIP ACTIVITIES. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: YOUNG ADULTS HAVING EXPOSURE TO ENVIRONMENTAL CAREERS; INCREASED PARTICIPATION IN NATURAL AREA STEWARDSHIP, LITERACY OF CONSERVATION ISSUES AND ABILITY TO COMMUNICATE ABOUT ENVIRONMENTAL ISSUES TO MULTIPLE AUDIENCES IN THE GREATER SOUTH SIDE COMMUNITY. |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO EXISTING UNIVERSITY OF NEBRASKA - LINCOLN TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT THROUGH HIGH SCHOOL STUDENTS AND TEACHERS TO CONDUCTING GROUNDWATER QUALITY TESTING FROM PRIVATE DOMESTIC WELLS IN RURAL AREAS NEAR THEIR CITY OR TOWN. THE GRANTEE WILL DO THIS BY SPLIT SAMPLES ARE TESTED BY THE UNIVERSITY OF NEBRASKA-LINCOLN (UNL) WATER SCIENCES LABORATORY AND RESULTS ARE SENT BACK TO EACH SCHOOL AND THE PARTICIPATING WELL OWNERS. THIS PROJECT WILL INVOLVE ASSESSING THE DRINKING WATER QUALITY OF RURAL DOMESTIC WELLS THROUGH THE ACTIVITIES OF HIGH SCHOOL STUDENTS AND THEIR TEACHERS. STUDENTS LEARN ABOUT THE IMPORTANCE OF GROUNDWATER QUALITY TESTING AND IN TURN HELP OTHERS IN THEIR COMMUNITY LEARN MORE AND POTENTIALLY EVEN TAKE ACTIONS TO SAFEGUARD THEIR HEALTH.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN CENTRAL PLATTE NRD, PAPIO-MISSOURI RIVER NRD, AND A THIRD YET TO BE IDENTIFIED NRD TO PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: INVOLVING CITIZEN SCIENTISTS IS VALUABLE FOR YOUTH INTELLECTUAL DEVELOPMENT, GENERATES INTEREST IN SCIENCE AND ENGINEERING CAREERS, AND EDUCATES CONSUMERS ABOUT THE CAUSES AND EFFECTS OF WELL WATER CONTAMINATION. THE RESULTS FROM THIS PROJECT WILL BE USED FOR ASSESSING WATER QUALITY IN AREAS WHERE THE CURRENT REGULATION DOES NOT EXTEND TO TEST WATER QUALITY AND LINKED TO HEALTH EFFECTS AND OUTCOMES. IMPROVED WATER LITERACY WILL HELP IN THE MONITORING PROGRAMS OF THE STATE AND REGIONAL GOVERNMENT ORGANIZATIONS TO PROTECT PUBLIC HEALTH.SUBRECIPIENT:FIVE SUBAWARD WILL BE GIVEN TO: NATURAL RESOURCES DISTRICTS: CENTRAL PLATTE NRD, PAPIO-MISSOURI RIVER NRD, LOWER ELKHORN NRD, CHADRON STATE COLLEGE, AND UNIVERSITY OF NEBRASKA AT KEARNEY. SUBAWARDEES WILL BE WORKING WITH TEACHERS IN THEIR DISTRICTS TO SUPPORT THE CURRICULUM AND FIELD AND WELL TESTING TO |

| | | |
|---|---|---|
| | | IMPLEMENT ENVIRONMENTAL EDUCATION.<br><br>. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: PRACTICAL TRAINING, TEACHER PROFESSIONAL DEVELOPMENT AND MENTORING, YOUTH WATER SCIENCE EDUCATION, AND WORKFORCE DEVELOPMENT ARE ALL TANGIBLE BENEFITS OF THIS PROJECT. MOREOVER, THIS PROJECT WILL CONNECT YOUTH AND THEIR TEACHERS WITH EXPERTISE AT THE INSTITUTIONS OF HIGHER LEARNING FOR MAKING SCIENCE-BASED INTERPRETATIONS OF DOMESTIC WELL CONTAMINATION, CONTRIBUTING FACTORS, AND SOLUTIONS. THIS PROJECT WILL INVOLVE ASSESSING THE DRINKING WATER QUALITY OF RURAL DOMESTIC WELLS THROUGH THE ACTIVITIES OF HIGH SCHOOL STUDENTS AND THEIR TEACHERS. TARGET AUDIENCES FOR THIS PROGRAM INCLUDE PROFESSIONAL AND VOLUNTEER SCIENCE EDUCATORS IN RURAL AND AGRICULTURALLY INTENSIVE AREAS WITH GROUNDWATER QUALITY ISSUES IN THE US. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: WE WILL ESTABLISH LINKAGE BETWEEN LAND USE, WELL CONSTRUCTION, HYDROGEOLOGY, AND OTHER FACTORS TO GROUNDWATER CONTAMINATION. WE 3 WILL ALSO ASSESS THE STUDENT LEARNING OUTCOMES (PRE-PROJECT, MID-LEVEL, AND END) TO OBSERVE THEIR LEARNING PROGRESSION. FINALLY, MENTORING AND GUIDANCE WILL BE PROVIDED DIRECTLY TO YOUTH BY UNIVERSITY SCIENTISTS, HIGH SCHOOL TEACHERS, AND OTHER PARTNERS WHICH MAY IMPACT CAREER DECISIONS. |
| JASTECH DEVELOPMENT SERVICES INC | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO JASTECH DEVELOPMENT SERVICES, INC. TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR BENEFITTING THE ENVIRONMENT IN THE OVERBROOK SECTION OF PHILADELPHIA, PA. THE GRANTEE WILL DO THIS BY INCREASING PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES BY PROVIDING PROGRAM PARTICIPANTS WITH THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS IN THEIR COMMUNITY.<br><br>THE OVERBROOK COMMUNITY SCIENCE (OCS) PROJECT WILL SUPPORT EPA'S PRIORITIES FOR COMMUNITY PROJECTS THAT INCREASE PUBLIC UNDERSTANDING OF THE BENEFITS OF ENVIRONMENTAL STEWARDSHIP THROUGH COMMUNITY COLLABORATION ON ISSUES OF CLIMATE AND ENVIRONMENTAL SUSTAINABILITY. THE OCS WILL PROVIDE RESOURCES FROM THE CITY AND STATE TO EDUCATE STAKEHOLDERS IN NON-FORMAL SETTINGS ON CAREER DEVELOPMENT, ABOUT ENVIRONMENTAL ISSUES AND SOLUTIONS, AND TEACH ABOUT ENVIRONMENTAL JUSTICE AND LOCAL ENVIRONMENTAL ISSUES.<br>ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC |

AWARENESS AND KNOWLEDGE ABOUT
ENVIRONMENTAL ISSUES IN WEST AND NORTH
PHILADELPHIA AND PROVIDE THESE COMMUNITIES
WITH THE SKILLS NECESSARY TO MAKE INFORMED
DECISIONS AND TAKE RESPONSIBLE ACTIONS.
ACTIVITIES TO BE PERFORMED DURING THIS PROJECT
PERIOD INCLUDES FORMING A COMMUNITY ADVISORY
BOARD (CAB) TO IMPLEMENT A REPLICABLE PILOT
PROGRAM THAT FULFILS COMMUNITY-IDENTIFIED
NEEDS FOR ADAPTING TO BURDENSOME CLIMATE AND
ENVIRONMENTAL EXPOSURES. ALL PARTNERS AND
SUB-AWARDEES WILL ASSIST IN THE OUTREACH AND
IDENTIFICATION OF CITY-OWNED, VACANT LOTS IN THE
OVERBROOK AND NORTH PHILADELPHIA SECTIONS OF
PHILADELPHIA.

 THE OCS PLANS TO WORK WITH COMMUNITY
MEMBERS TO IDENTIFY THEIR DESIRED USE AND WILL
PROVIDE WORK TO REMOVE DEBRIS FROM
UNDERSERVICED VACANT LOTS. FURTHERMORE, SUB-
AWARDEES, ESPERANZA, IMPACT SERVICES,
WYNNEFIELD OVERBROOK REVITALIZATION
CORPORATION, AND PENNSYLVANIA HORTICULTURAL
SOCIETY, WILL PROVIDE COMMUNITY OUTREACH WITH
THE PHILADELPHIA COMMERCE DEPARTMENT. THE
OCS WILL IDENTIFY NEEDS FOR ADAPTING TO CLIMATE
CHANGE AND MOTIVATING NEIGHBORHOOD-LEVEL
ACTIONS TO OVERCOME BURDENSOME
ENVIRONMENTAL AND HEALTH EXPOSURES; SUPPORT
THE INVENTORY OF VACANT LOTS; AND HELP
CONVENE MEMBERS FOR THE CAB AND PARTICIPANTS
FOR FOCUS GROUPS. THE OCS PLANS TO WORK WITH
THESE COMMUNITIES FROM WEST AND NORTH
PHILADELPHIA TO INSTALL AIR MONITORS IN
APPROXIMATELY 42 HOMES.SUBRECIPIENT:THE OCS
SUBAWARDEES, ESPERANZA, IMPACT SERVICES,
WYNNEFIELD OVERBROOK REVITALIZATION
CORPORATION AND PENNSYLVANIA HORTICULTURAL
SOCIETY WILL PROVIDE COMMUNITY OUTREACH WITH
THE PHILADELPHIA COMMERCE DEPARTMENT'S -
PHILADELPHIA TAKING CARE OF BUSINESS CORRIDOR
(PHL TBC) STAFF MEMBERS. THEY WILL INFORM
COMMUNITY MEMBERS ON OUTCOMES OF THE PILOT
TO FULFIL COMMUNITY-IDENTIFIED NEEDS FOR
ADAPTING TO CLIMATE CHANGE AND MOTIVATING
NEIGHBORHOOD-LEVEL ACTIONS TO OVERCOME
BURDENSOME ENVIRONMENTAL AND HEALTH
EXPOSURES, SUPPORT THE INVENTORY OF VACANT
LOTS, HELP CONVENE MEMBERS FOR THE COMMUNITY
ADVISORY BOARD AND PARTICIPANTS FOR FOCUS
GROUPS.OUTCOMES:IT IS ANTICIPATED THAT THIS
PROJECT WILL RESULT IN THE FOLLOWING
DELIVERABLES: FORMING A COMMUNITY ADVISORY
BOARD TO PARTICIPATE IN THE CAMPAIGN PROCESS;
CONDUCTING FOCUS GROUPS TO IDENTIFY KEY
BEHAVIORAL TARGETS AND BETTER UNDERSTAND
TARGET AUDIENCE PERCEPTIONS OF BARRIERS AND
BENEFITS OF KEY BEHAVIORAL TARGETS;
PERFORMING SAMPLING AND LEAD EXPOSURE RISK
ANALYSIS; ASSESSING VACANT PROPERTIES IN THE
SPECIFIED DISTRICTS; DEVELOPING AND
IMPLEMENTING THE COMMUNITY-BASED CAMPAIGN IN

| | | A PARTICIPATORY MANNER, UTILIZING EXISTING ENVIRONMENTAL HEALTH RESOURCES (E.G., EPA NONPOINT SOURCE OUTREACH TOOLBOX, OEEC EDUCATION PROGRAM, EPA, CDC, AND AD COUNCIL LEAD POISONING PREVENTION OUTREACH MATERIALS); AND, IMPLEMENTING A FOLLOW-UP COMMUNITY TRAINING AND ASSESS THE EFFECTIVENESS OF THE CAMPAIGN |
|---|---|---|
| KENAI WATERSHED FORUM | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO KENAI WATERSHED FORUM TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN KENAI PENINSULA, ALASKA. THIS PROJECT WILL FOSTER INTERCONNECTIVITY BETWEEN FORMAL ENVIRONMENTAL EDUCATION CURRICULUM AND TRADITIONAL ECOLOGICAL KNOWLEDGE OF ALASKAN INDIGENOUS COMMUNITIES BY WORKING WITH UNDERSERVED YOUTH AND STUDENTS TO INFUSE TRADITIONAL APPLICATION INTO A CULTURALLY SUSTAINING AND PLACE-BASED CURRICULUM. THE GRANTEE WILL EXPAND THE DELIVERY OF THE ADOPT-A-STREAM CURRICULUM TO CO-CREATE AND DELIVER WATERSHED EDUCATION GROUNDED IN LOCAL CULTURE TO UNDERSERVED YOUTH, STUDENTS, AND FAMILIES AND BUILD MORE MEANINGFUL PARTNERSHIPS IN RURAL KENAI PENINSULA COMMUNITIES. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE KENAI PENINSULA COMMUNITIES AND PROVIDE THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD WILL SUPPORT THE CONTINUATION OF HIGH-LEVEL CONSERVATION EDUCATION AND DISSEMINATION OF WATER QUALITY CURRICULA TO K-12 STUDENTS WHILE DELIVERING LEARNER-CENTERED, CULTURALLY SUSTAINING CURRICULUM THROUGH POSITIVE OUTDOOR EXPERIENCES TO TITLE I SCHOOLS, TRIBAL ORGANIZATIONS, AND IMPOVERISHED COMMUNITIES. THE GRANTEE STAFF WILL WORK WITH TEACHERS AT 15-20 SCHOOLS REACHING ABOUT 750 STUDENTS TO SCHEDULE MONTHLY CREEK AND CLASSROOM VISITS WHICH EDUCATE STUDENTS IN CRUCIAL WATER QUALITY PARAMETERS, SALMON LIFE CYCLE, MACROINVERTEBRATES, STREAM ECOLOGY, AND ECOSYSTEM MANAGEMENT. WITH THE FOCUS ON LOCAL ECOSYSTEMS, THE ADOPT-A-STREAM CURRICULUM GUIDES STUDENTS TO ADOPT AND MONITOR NEARBY CREEKS, TO HELP THE STUDENTS GAIN REAL-WORLD CONTEXT AND CULTIVATE THEIR ABILITY TO REASON USING EVIDENCE FROM THEIR LOCAL ENVIRONMENT. SUBRECIPIENT:FIVE SUBAWARDS WILL BE AWARDED THROUGH A CALL FOR PROPOSALS TO HELP IMPLEMENT THE PROGRAM WITH A PREFERENCE GIVEN TO SUBAWARDEES WORKING IN UNDERSERVED COMMUNITIES. SUBAWARDEES WILL HELP IN DELIVERING THE WATERSHED EDUCATION GROUNDED IN LOCAL CULTURE TO UNDERSERVED |

| | | |
|---|---|---|
| | | COMMUNITIES.OUTCOMES:THE OUTCOMES OF THIS PROJECT ARE TO INCREASE IN NUMBER OF UNDERSERVED COMMUNITIES PARTICIPATING IN WATERSHED EDUCATION AND INCREASE MEANINGFUL INVOLVEMENT THROUGH SUSTAINABLE AND CO-CREATED CURRICULUM. THE GRANTEE AND PARTICIPANTS IN THE EDUCATION PROGRAM GAIN CRUCIAL INFORMATION IN TRADITIONAL ECOLOGICAL KNOWLEDGE AND INCREASED ENVIRONMENTAL KNOWLEDGE AND MOTIVATION TO PROTECT HABITAT AND ENVIRONMENT AND ENTHUSIASM IN EXPLORING IN NATURE AND LOCAL AREAS. |
| HUBBARD COUNTY SOIL & WATER CONSERVATION | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO HUBBARD COUNTY SOIL AND WATER CONSERVATION DISTRICT TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN NORTHERN MINNESOTA.<br><br>THE GRANTEE WILL DO THIS BY 1) SUPPORTING TEACHERS IN USING HANDS-ON PROJECTS TO ENGAGE STUDENTS IN ENVIRONMENTAL ISSUES 2) INTERWEAVING TEACHING ABOUT MULTIPLE ENVIRONMENTAL CONCEPTS WITH THE SKILL OF CONE COLLECTING 3) EMPOWERING LOWER INCOME, AND RURAL COMMUNITIES TO ENGAGE WITH EACH OTHER 4) ESTABLISHING A COMMUNITY ENVIRONMENTAL EDUCATION AND ACTION VOLUNTEER GROUP TO CONTINUOUSLY HOST SEED/CONE CONNECTING EVENTS, ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN NORTHERN MINNESOTA AND PROVIDE STUDENTS, TEACHERS AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.<br><br>ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: 1) SUPPORTING TEACHERS IN USING HANDS-ON PROJECTS TO ENGAGE STUDENTS IN ENVIRONMENTAL ISSUES 2) INTERWEAVING TEACHING ABOUT MULTIPLE ENVIRONMENTAL CONCEPTS WITH THE SKILL OF CONE COLLECTING TO THE STATE NURSERY AS A METHOD TO FUND EDUCATIONAL PROGRAMS AND PROJECTS 3) EMPOWERING LOWER INCOME AND RURAL COMMUNITIES TO ENGAGE WITH EACH OTHER 4) ESTABLISHING A COMMUNITY ENVIRONMENTAL EDUCATION AND ACTION VOLUNTEER GROUP TO CONTINUOUSLY HOST SEED/CONE COLLECTING EVENTS AND 5) ASSISTING TEACHERS AND COMMUNITY GROUPS IN OBTAINING FUNDS FROM THE CONE/SEED COLLECTING HANDS-ON ACTIVITIES AND IN APPLYING EARNED FUNDS TOWARD THEIR ADDITIONAL PROJECTS AND GOALS. SUBRECIPIENT:SUBRECIPIENTS WILL PROVIDE REGULAR SUPPORT TO THE SCHOOL GROUPS THAT ARE OUTSIDE OF HUBBARD COUNTY THROUGHOUT THE PROJECT TIMELINE. THE OTHER SUB AWARDEES |

| | | |
|---|---|---|
| | | WILL BE SELECTED FROM COMMUNITY EDUCATION PARTNERS AND THEIR ROLE IN THE PILOT PROJECT WILL BE TO WORK ON ADAPTING THE EDUCATIONAL TOOLS FOR LONG-TERM USE AT THEIR NATURALIST AND COMMUNITY CAMPS. THEY WILL ALSO BE ASKED TO HOST CONE COLLECTING KITS FOR PUBLIC USE AND TO OCCASIONALLY ATTEND SCHOOL GROUPS AS SPECIAL SPEAKERS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: <br>-ESTABLISHING A NETWORK OF ENVIRONMENTAL EDUCATION PARTNERS, INCLUDING SOIL AND WATER CONSERVATION DISTRICTS, SCIENCE CENTERS, K-12 SCHOOLS, UNIVERSITIES, AND RESOURCE CENTERS FORMED TO PROVIDE LONG-TERM SUPPORT AND ACCESS TO ENVIRONMENTAL EDUCATION RESOURCES AND ACTIVITIES. <br>-SCHOOL DISTRICTS WILL HAVE ACCESS TO UP TO DATE, LOCAL, ENGAGING ENVIRONMENTAL EDUCATION RESOURCES AND LESSON PLANS, MAKING IT EASIER TO DELIVER HIGH QUALITY SCIENCE EDUCATION AND EXPERIENCES TO THEIR STUDENTS IN A FORMAT THAT ENCOURAGES CRITICAL THINKING, DECISION MAKING AND LOCAL ACTION. <br>-COMMUNITY AWARENESS OF ENVIRONMENTAL ISSUES/ LOCAL CHOICES RESULTING IN IMPROVED WATER QUALITY AND ADDITIONAL PRESERVATION AND PROTECTION ACTIVITIES OVER TIME TO ENSURE THE FUTURE OF CLEAN WATER, CLIMATE RESILIENCY AND HEALTHY COMMUNITIES. <br>- STUDENTS ARE EMPOWERED WITH NEW SKILLS TO IDENTIFY CURRENT ENVIRONMENTAL ISSUES AND OPPORTUNITIES AND ARE ABLE TO COMMUNICATE ABOUT THE DATA AS WELL AS REASON THROUGH THE VALIDITY, RISKS AND BENEFITS OF POTENTIAL ACTIONS. <br>THE INTENDED BENEFICIARIES INCLUDE K-12 STUDENTS AND TEACHERS AND THE COMMUNITY GROUPS IN NORTH CENTRAL MINNESOTA. |
| TAKSHANUK WATERSHED COUNCIL | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO THE GRANTEE TO DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN HAINES, SKAGWAY AND KLUKWAN, ALASKA. <br>THE GRANTEE WILL DO THIS BY INVOLVING COLLABORATIVE PARTNERSHIPS WITH LOCAL, REGIONAL, AND NATIONAL ORGANIZATIONS TO ORCHESTRATE COMMUNITY INVOLVEMENT IN CITIZEN SCIENCE INVESTIGATIONS, IMPLEMENT NEW EDUCATIONAL PROGRAMS, AND RECRUIT VOLUNTEERS IN COASTAL RESTORATION. THE PROJECT'S GOALS WILL INCLUDE WATERSHED EDUCATION FOR STUDENTS K-12 AND PROFESSIONAL DEVELOPMENT FOR TEACHERS; A STEWARDSHIP PROJECT ARCGIS STORY MAP; AND MARINE DEBRIS REMOVAL AND EDUCATION. PARTNERING WITH LOCAL TRIBES, THE GRANTEE WILL LINK INDIGENOUS KNOWLEDGE AND ENVIRONMENTAL EDUCATION TO CREATE CULTURALLY RELEVANT AND INCLUSIVE INSTRUCTION. |

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN HAINES, SKAGWAY, AND KLUKWAN, ALASKA AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE THE PROGRAM STREAM TEAM, A CITIZEN SCIENCE PROJECT USING NATIONALLY RECOGNIZED GLOBAL LEARNING AND OBSERVATIONS TO BENEFIT THE ENVIRONMENT (GLOBE) PROTOCOLS. THIS PROGRAM WILL CONNECT BOTH 60 YOUTH AND 10 TEACHERS FROM SKAGWAY SCHOOL AND UNDERSERVED TITLE 1 SCHOOLS IN HAINES AND KLUKWAN TO THEIR LOCAL WATERSHEDS THROUGH HANDS-ON AND INQUIRY-BASED LEARNING. THE PROJECT WILL ALSO FOCUS ON MARINE EDUCATION AND RESTORATION THROUGH HARMFUL ALGAL BLOOM AND PARALYTIC SHELLFISH POISONING MONITORING AND EDUCATION ABOUT DEBRIS AND REMOVAL PROCEDURES. RESEARCH AND DATA FROM THIS AND THE STREAM TEAM PROJECT WILL BE SHARED THROUGH A COMMUNAL ARCGIS STORY MAP CREATED BY STUDENTS FROM THE HAINES SCHOOL.

THE PROJECT WILL NURTURE ENVIRONMENTAL STEWARDSHIP AND CIVIC RESPONSIBILITY BY OFFERING WEEKLY FIELD EXPERIENCES TO K-12 STUDENTS AND TEACHERS IN THE COMMUNITIES AND ENGAGING THE GENERAL PUBLIC (60 COMMUNITY MEMBERS) IN EDUCATIONAL WORKSHOPS AND VOLUNTEER OPPORTUNITIES.
SUBRECIPIENT:THE SUB-GRANT PROGRAM WILL ENABLE THE GRANTEE TO GIVE FIVE SUBAWARDS TO NONPROFITS TO PROVIDE FUNDS TO SCHOOLS FOR ENVIRONMENTAL EDUCATION PROFESSIONAL DEVELOPMENT, TEACHER WORKSHOPS, AND WATERSHED EDUCATION FOR TEACHERS AND STUDENTS.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: STUDENTS FROM THE TITLE I SCHOOLS WILL COLLECT DATA AND UNDERSTAND HOW DATA IS USED TO DRIVE RESTORATION AND PRESERVATION OF THE NATURAL ECOSYSTEMS USING THE GLOBE PROTOCOLS. TEN TEACHERS FROM TITLE 1 SCHOOLS WILL GAIN PLACE-BASED KNOWLEDGE OF THEIR GREATER WATERSHED.. COMMUNITY MEMBERS WILL ATTEND EDUCATIONAL WORKSHOPS TO LEARN ABOUT MARINE DEBRIS AND SIX BEACHES WILL BE RESTORED. DEBRIS FOUND FROM THE CLEANUP WILL BE CATEGORIZED AND TURNED INTO A PUBLIC REPORT SHARED ON THE ARCGIS STORY MAP.

EXPECTED OUTCOMES OF THE PROJECT INCLUDE BELOW: (SHORT-TERM) - 20% OF HAINES STUDENTS, 100% OF KLUKWAN STUDENTS, AND 7% OF SKAGWAY STUDENTS WILL GAIN KNOWLEDGE ABOUT WATER TEMPERATURE AND ITS IMPACT ON HEALTHY SALMON POPULATIONS AND HOW THAT RELATES TO ENSURING CLEAN AND SAFE DRINKING WATER. (MEDIUM-TERM) -

| | | |
|---|---|---|
| | | THE TEACHERS WILL HAVE INCREASED ENVIRONMENTAL EDUCATION INSTRUCTIONAL HOURS FOCUSED ON WATERSHED EDUCATION STEEPED IN TLINGIT CULTURAL KNOWLEDGE AND CONNECTION IN PLACE. (LONG-TERM) - THE PLANS TO REDUCE DEBRIS ON BEACHES WILL RESULT IN RESTORED MARINE ECOSYSTEMS THAT ARE RESILIENT AND HAVE IMPROVED BIODIVERSITY.<br><br> THE INTENDED BENEFICIARIES WILL BE 120 UNDERSERVED STUDENTS, 10 TEACHERS, AND 170 COMMUITY MEMBERS IN THE HAINES, KLUKWAN, AND SKAGWAY AREAS OF ALASKA. |
| GULF OF MAINE RESEARCH INSTITUTE | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO GULF OF MAINE RESEARCH INSTITUTE (GMRI) TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT ACROSS MAINE IN COMMUNITIES WITH TITLE 1 SCHOOLS. THE GRANTEE WILL DO THIS BY UTILIZING GMRI'S EXPERTISE PARTNERING WITH MIDDLE SCHOOL TEACHERS AND STUDENTS IN PLACE-BASED, CITIZEN SCIENCE INVESTIGATIONS OF MAINE'S ECOSYSTEMS. PARTNER ORGANIZATIONS BRING EXPERTISE REGARDING SCIENCE AND STEWARDSHIP IN FORESTED AND AQUATIC ECOSYSTEMS. PROJECT WILL SUPPORT 8 MIDDLE SCHOOLS FROM A RANGE OF COMMUNITIES REACHING APPROXIMATELY 800-1200 STUDENTS FROM ACROSS MAINE TO ENGAGE THOSE SCHOOLS WITH SCHOOLS ACROSS NEW ENGLAND IN RELATED HEMLOCK INVESTIGATIONS AND MONITORING EFFORTS.<br><br> ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES ACROSS MAINE AND PROVIDE STUDENTS, TEACHERS AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: BUILD STUDENT UNDERSTANDING OF ECOSYSTEM COMPLEXITY AND THE IMPLICATIONS OF THAT COMPLEXITY FOR UNDERSTANDING AND STEWARDING LOCAL FORESTS AND WATERWAYS AND MANAGING INVASIVE SPECIES, CONNECT PARTICIPATING STUDENTS, TEACHERS, AND SCIENTISTS AND RESOURCE MANAGERS AS THEY COLLABORATE TO MONITOR AND STEWARD FOREST AND AQUATIC ECOSYSTEM HEALTH IN MAINE AND ACROSS NEW ENGLAND, DEVELOP STUDENT AND TEACHER KNOWLEDGE ABOUT THE WORK OF SCIENTISTS AND RESOURCE MANAGERS, AND MOVE STUDENTS FROM ENVIRONMENTAL MONITORS TO STEWARDS AND COMMUNITY LEADERS AS THEY PARTICIPATE IN AND ENGAGE THEIR COMMUNITIES IN STEWARDSHIP OPPORTUNITIES.SUBRECIPIENT:THE SUB-GRANT PROGRAM WILL ENABLE GULF OF MAINE RESEARCH INSTITUTE TO GIVE EIGHT SUBAWARDS TO SCHOOL DISTRICTS FROM ACROSS MAINE'S TITLE 1 |

| | | |
|---|---|---|
| | | SCHOOLS TO SUPPORT THE WORK BY PROVIDING VITAL SERVICES, EXPERTISE, AND A FRAMEWORK TO MAKE THIS PROJECT ON LONG TERM FOREST AND WATER QUALITY AWARENESS SUCCESSFUL AND SUSTAINABLE.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES APPROXIMATELY 800-1200 STUDENTS HAVE EXPERIENCES THAT SPAN THE ENVIRONMENTAL EDUCATION CONTINUUM, FROM BUILDING UNDERSTANDING THROUGH TO DESIGNING AND PARTICIPATING IN ENVIRONMENTAL STEWARDSHIP ACTIONS THAT EXTEND TO INCLUDE PARTICIPATION AND EDUCATION OF THE LARGER COMMUNITY, PARTICIPATING STUDENTS HAVE AN INCREASED UNDERSTANDING OF THE WORK OF SCIENTISTS, RESOURCE MANAGERS, AND CONSERVATION PROFESSIONALS, AND PARTICIPATING STUDENTS HAVE AN INCREASED UNDERSTANDING OF THE WORK OF SCIENTISTS, RESOURCE MANAGERS, AND CONSERVATION PROFESSIONALS. |
| UNIVERSITY OF ARIZONA | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO ARIZONA BOARD OF REGENTS - UNIVERSITY OF ARIZONA TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT THROUGHOUT ARIZONA. THE GRANTEE WILL DO THIS BY IMPLEMENTING A ROVING, INTERACTIVE EXHIBIT ON THE GROUNDWATER SYSTEM FOR UNDERSERVED COMMUNITY MEMBERS THAT INCLUDES PROFESSIONAL-DEVELOPMENT OPPORTUNITY FOR EDUCATORS FROM LOW-INCOME SCHOOLS. THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $96,000. PRE-AWARD COSTS ARE APPROVED BACK TO 5/1/2023.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES THROUGHOUT ARIZONA AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: IMPROVING GROUNDWATER QUALITY THROUGH A COMMUNITY EDUCATION PROJECT THAT WILL FEATURE A ROVING, INTERACTIVE EXHIBIT ON THE GROUNDWATER SYSTEM FOR UNDERSERVED COMMUNITY MEMBERS THAT INCLUDES PROFESSIONAL-DEVELOPMENT OPPORTUNITY FOR EDUCATORS FROM LOW-INCOME SCHOOLS. THE EXHIBIT WILL TRAVEL TO 12 UNDERSERVED COMMUNITIES, ONE PER MONTH. EACH VISIT WILL FEATURE A 'MOVIE-NIGHT' SHOWCASING NEWLY-DEVELOPED VIDEOS ON THE GROUNDWATER SYSTEM AND A GUEST SPEAKER TO DISCUSS SPECIFIC GROUNDWATER CONDITIONS IN THEIR COMMUNITY. EACH VISIT WILL INCLUDE INTERACTIVE COMPONENTS FOR ALL AGE GROUPS, INCLUDING A GROUNDWATER SYSTEM COLORING CONTEST. WINNING ENTRIES WILL BE ASSEMBLED INTO A FUN, FACT-FILLED 12-MONTH |

| | | |
|---|---|---|
| | | CALENDAR FOR PARTICIPANTS AND OTHERS. ATTENDANCE FOR EACH VISIT IS ESTIMATED AT 20-40 PEOPLE (240-480 TOTAL). ADDITIONALLY, THE TRAVELING EXHIBIT WILL PROVIDE ABOUT EDUCATORS WITH SEVERAL READY-TO-IMPLEMENT LESSONS ON THE GROUNDWATER SYSTEM. THESE EDUCATORS WILL HAVE AN OPPORTUNITY TO CHECK-OUT GROUNDWATER MODELS PART OF THE EXHIBIT WITH THEIR STUDENTS WHILE THE EXHIBIT IS ON DISPLAY. IT IS ANTICIPATED THAT 3-8 EDUCATORS PER LOCATION WILL RECEIVE PROFESSIONAL DEVELOPMENT TRAINING AND SHARE THEIR KNOWLEDGE WITH APPROXIMATELY 40-60 STUDENTS PER TEACHER, FOR A PROJECT TOTAL OF APPROXIMATELY 60 EDUCATORS FROM RURAL LOW-INCOME SCHOOLS WHO WILL PROVIDE INSTRUCTION TO ROUGHLY 2,400 - 3,600 K-12 STUDENTS.SUBRECIPIENT:SUBAWARDS WILL BE GIVEN TO ENTITIES TO PERFORM TASKS INTEGRAL TO THE PROJECT'S GOALS, AS OUTLINED BY THE PRIME. THE SUBAWARDS WILL GO TO NON-PROFIT COMMUNITY CENTERS AND SCHOOL DISTRICTS THROUGHOUT ARIZONA. THESE ORGANIZATIONS WILL HELP HOST UNIVERSITY OF ARIZONA'S ROVING WATER CONSERVATION EDUCATION EVENTS. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: IMPROVING GROUNDWATER QUALITY THROUGH A COMMUNITY EDUCATION PROJECT THAT WILL FEATURE A ROVING, INTERACTIVE EXHIBIT ON THE GROUNDWATER SYSTEM FOR UNDERSERVED COMMUNITY MEMBERS THAT INCLUDES PROFESSIONAL-DEVELOPMENT OPPORTUNITY FOR EDUCATORS FROM LOW-INCOME SCHOOLS. EDUCATING THE PUBLIC ON GROUNDWATER IS OF PARAMOUNT IMPORTANCE FOR SEVERAL REASONS: 1) RURAL RESIDENTS ARE ALMOST ENTIRELY DEPENDENT ON GROUNDWATER, 2) ARIZONA DOES NOT REQUIRE PRIVATE WELL OWNERS TO TEST THE WATER QUALITY OF THEIR WELLS WHICH COULD IMPACT THEIR HEALTH; 3) CONDITIONS OF WATER OVERDRAFT ALREADY EXIST IN MANY RURAL AREAS; 4) MANY INDIVIDUALS IN ARIZONA DON'T UNDERSTAND HOW WATER WELLS FUNCTION, AND 5) INDIVIDUALS IN ARIZONA HAVE THE RIGHT TO KNOW WHERE THEIR DRINKING WATER COMES FROM AND HOW SAFE IT IS. |
| HAZON, INC. | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO HAZON TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN DETROIT METRO AREA OF MICHIGAN, THE GRANTEE WILL DO THIS BY CONDUCTING A SERIES OF 20 CLIMATE CONVERSATIONS WITH OVER 240 PEOPLE.<br><br> ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE DETROIT METRO AREA. THIS EDUCATIONAL SERIES WILL DISCUSS THE REALITIES OF CLIMATE CHANGE AND ITS DISPROPORTIONATE IMPACT ON DISADVANTAGED COMMUNITIES AND PROVIDE A FRAMEWORK FOR |

| | | |
|---|---|---|
| | | TRANSFORMATIVE INDIVIDUAL AND COLLECTIVE ACTIONS. CLIMATE CONVERSATIONS IS DESIGNED TO CONNECT PEOPLE MORALLY AND SPIRITUALLY TO THE ENVIRONMENTAL MOVEMENT AND EQUIP THEM WITH PRACTICAL STEPS AND KNOWLEDGE THAT FACILITATE LASTING ECO-FRIENDLY BEHAVIORS, SYSTEMIC CHANGES, AND CLIMATE JUSTICE. ACTIVITIES PERFORMED DURING THIS PROJECT PERIOD INCLUDE IMPLEMENTATION OF ENVIRONMENTAL PROJECTS. SUBRECIPIENT:THE SUBAWARDS WILL BE ISSUED TO 20 CLIMATE CONVERSATIONS HOST SITES TO IMPLEMENT AN ENVIRONMENTAL IMPACT INITIATIVE. IN ADDITION A SUB AWARD WILL BE GIVEN TO MI INTERFAITH POWER AND LIGHT TO PARTNER ON THE PROJECT. OUTCOMES:IT IS ANTICIPATED THAT IT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: *TOTAL OF 20 CLIMATE CONVERSATIONS SESSIONS CONDUCTED AND UP TO 60,000 METRO DETROITERS WILL BENEFIT FROM THE CLIMATE CONVERSATIONS PROJECT BY A) LEARNING ABOUT CLIMATE JUSTICE TOPICS VIA CONGREGATIONAL COMMUNICATIONS AND B) BY PARTICIPATING IN OR BENEFITING FROM CLIMATE CONVERSATIONS HOST SITE INITIATIVES. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASED KNOWLEDGE ABOUT CLIMATE CHANGE, CREATING A PRO ENVIRONMENT BEHAVIOR CHANGE AND IMPLEMENTING AN ENVIRONMENTAL PROJECT. |
| PROTECT OUR WATER JACKSON HOLE, INC. | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO PROTECT OUR WATERS JACKSON HOLE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN JACKSON, WYOMING. THE TETON COUNTY WATER AWARENESS INITIATIVE WILL EDUCATE AND MOTIVATE A COMMUNITY OF WATER QUALITY STEWARDS TOWARDS ACTION THAT PROTECTS GROUNDWATER AND SURFACE WATER QUALITY, THEREBY INFORMING AND SAFEGUARDING BOTH HUMAN AND ENVIRONMENTAL HEALTH. THE GRAVEL-BED RIVER FLOODPLAIN ECOSYSTEM THAT SUPPORTS TETON COUNTY IS AS FRAGILE AS IT IS BEAUTIFUL. WATER QUALITY DEGRADATION THREATENS OUR SOLE SOURCE AQUIFER AND THE WORLD-RENOWNED RECREATIONAL OPPORTUNITIES PROVIDED BY OUR SURFACE WATERS. STREAMS ARE IMPAIRED FOR ALTERED HABITAT, E. COLI, AND (SOON) NUTRIENTS. EVEN THE MIGHTY SNAKE RIVER NOW EXPERIENCES ALGAL BLOOMS EVERY SUMMER AND FALL. THERE ARE GROUNDWATER PROBLEMS TOO. DEFICIENT WASTEWATER PERMITTING LAWS ALLOW FOR NONPOINT SOURCE POLLUTION TO ENTER THE SHALLOW GROUNDWATER ACROSS THE VALLEY. IN PARTS OF TETON COUNTY, RESIDENTS CANNOT SAFELY DRINK THEIR WELL WATER. IT IS ALSO LIKELY THAT MANY WHO CALL TETON COUNTY HOME ARE DRINKING UNSAFE WATER FROM AGING HOUSEHOLD INFRASTRUCTURE OR WELLS THAT HAVE NOT BEEN PROPERLY PROTECTED, MONITORED, OR MAINTAINED. PROGRAMS THAT EDUCATE AND EMPOWER RESIDENTS OF ALL AGES TO UNDERSTAND, RESTORE, AND |

PROTECT OUR WATER RESOURCES ARE NEEDED NOW MORE THAN EVER BEFORE. TETON COUNTY NEEDS INFORMED, RESPONSIBLE WATER STEWARDS IF WE ARE TO PRESERVE THIS HEALTHY PLACE TO LIVE.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN JACKSON AND PROVIDE STUDENTS, TEACHERS, AND COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ALL PROJECT ACTIVITIES WILL OCCUR WITHIN TETON COUNTY, WY. TEACHING ACTIVITIES WILL OCCUR AT JACKSON HOLE MIDDLE SCHOOL (JHMS) AND JACKSON HOLE HIGH SCHOOL (JHHS). OUTREACH ACTIVITIES WILL OCCUR AT THE JACKSON CENTER FOR THE ARTS, THE JACKSON HOLE SENIOR CENTER, AND PUBLIC PARKS THROUGHOUT THE COUNTY. ADULT PROGRAMMING WILL FOCUS ON SURFACE WATER PROBLEMS (WATERBORNE PATHOGENS AND HARMFUL ALGAL BLOOMS), GROUNDWATER QUALITY AND HUMAN HEALTH (DRINKING WATER SOURCES AND WELL-TESTING) AND RESPONSIBLE WASTEWATER MANAGEMENT (SEPTIC AND SEWER SYSTEM BMPS). THE FOUNDATION OF THIS EDUCATIONAL APPROACH IS TO DRIVE ENGAGEMENT IN COMMUNITY PROJECTS LIKE LOCAL WELL-TESTING OPPORTUNITIES AND STATE-/NATIONWIDE CITIZEN SCIENCE REPORTING NETWORKS AND TO COMMUNICATE THE DISPROPORTIONATE IMPACT THAT UNDERSERVED COMMUNITIES IN TETON COUNTY FACE FROM WATER POLLUTION. YOUTH PROGRAMMING WILL FOCUS ON THE CONNECTEDNESS OF GROUNDWATER AND SURFACE WATER AND HIGHLIGHT HOW HUMAN ACTIVITY CAN PILE UP TO IMPROVE OR DEGRADE WATER QUALITY CONDITIONS. LESSONS WILL ALSO ILLUSTRATE HOW UNDERSERVED COMMUNITIES, BOTH LOCALLY AND IN OTHER CONTEXTS, OFTEN FACE THE BRUNT OF THE IMPACTS FROM WATER QUALITY CONTAMINATION THAT OFTEN COMES FROM 'OVERSERVED' COMMUNITY ACTIVITY. THESE EDUCATIONAL GOALS WILL BE ACCOMPLISHED THROUGH HANDS-ON LEARNING, OUTREACH EVENTS, AND STEWARDSHIP ACTIVITIES LIKE WATER QUALITY TESTING AND CITIZEN SCIENCE REPORTING.SUBRECIPIENT:POWJH PLANS TO PARTNER WITH THE LOCAL, PUBLIC SCHOOL AGENCIES JACKSON HOLE HIGH SCHOOL AND JACKSON HOLE MIDDLE SCHOOL TO EXPAND UPON THE TEACHING FOUNDATIONS BUILT FROM THE PREVIOUS GRANT. POWJH ALSO PLANS TO PARTNER WITH TETON CONSERVATION DISTRICT, AN ELIGIBLE STATE ENVIRONMENTAL AGENCY, TO SUPPORT OUR WELL-TESTING PROGRAM. POWJH PLANS TO DEVELOP A SUB-GRANTS PROGRAM TO ENSURE WE ARE REACHING A DIVERSE SEGMENTS OF TETON COUNTY'S POPULATION, ESPECIALLY THOSE THAT ARE CURRENTLY UNDERSERVED AND GIVEN THE OPPORTUNITY TO ENGAGE IN PROJECT ACTIVITIES. WITH UPCOMING GRANT PERIODS, POWJH WILL ASSIGN SPECIFIC FUNDING AMOUNTS TO

| VAN CORTLANDT PARK ALLIANCE INC. | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO VAN CORTLANDT PARK ALLIANCE TO IMPLEMENT ITS |

| | | |
|---|---|---|
| | | PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE BRONX, NEW YORK. THE GRANTEE WILL DO THIS BY EDUCATING UNDERSERVED STUDENTS' ON HOW AIR QUALITY, WATER QUALITY AND CLIMATE CHANGE IS AFFECTING THEIR COMMUNITY. VAN CORTLANDT PARK ALLIANCE WILL USE A COMBINATION OF CLASSROOM COURSE, HAND-ON ACTIVITIES, AND FIELD TRIPS TO TEACH STUDENT HOW TO MONITOR WATER QUALITY, REDUCE THE GREENHOUSE GASES AND MANAGE FOOD WASTE THROUGH COMPOSTING. THIS PROJECT WILL RAISE THE ENVIRONMENTAL KNOWLEDGE OF PROJECT PARTICIPANTS AND EMPOWER THEM TO THINK CRITICALLY AND DEVELOP CONSERVATION-BASED CAREER EXPERIENCE RELATED TO WATER QUALITY AND AIR QUALITY AS WELL AS INCREASE ENVIRONMENTAL STEWARDSHIP WITHIN THE AFFECTED UNDERSERVED COMMUNITY. ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE BRONX, NEW YORK AND PROVIDE UNDERSERVED STUDENTS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE WATER MONITORING ALONG THE BRONX RIVER, TIBBETTS BROOK AND VAN CORTLANDT'S MILL POND, EXPLORE AND IMPLEMENT PROJECTS TO REDUCE GREENHOUSE GASES AND TEACHING PROJECT PARTICIPANTS THE BENEFITS OF FOOD WASTE MANAGEMENT THROUGH COMPOSTING. SUBRECIPIENT:VAN CORTLANDT PARK ALLIANCE WILL ISSUE SUBAWARDS AS REQUIRED UNDER THE NATIONAL ENVIRONMENTAL EDUCATION ACT. THE SUB AWARDEES WILL PROVIDE COORDINATION OF THE PROJECT, PREPARING EDUCATION MATERIALS FIELD TRIPS AND HANDS-ON ACTIVITIES. SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT. OUTCOMES:IT IS ANTICIPATED THAT IT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES AND EXPECTED OUTCOMES: 20 WILL BE EMPOWERED TO THINK CRITICALLY AND DEVELOP AND IMPLEMENT PROJECTS TO REDUCE GREENHOUSE GASES; RECRUIT 20 STUDENTS INCREASE THEIR KNOWLEDGE OF WATER QUALITY IN THEIR LOCAL COMMUNITY. 45 STUDENTS TO INCREASE THEIR KNOWLEDGE AND SKILL NECESSARY TO MAKE INFORMED DECISIONS ON ADDRESSING CLIMATE CHANGE, IMPROVING AIR QUALITY, ENSURING CLEAN AND SAFE WATER, AND INCREASING THEIR AWARENESS OF GREEN CAREERS AND INTEREST IN ENVIRONMENTAL STEWARDSHIP. DIRECT BENEFICIARIES OF THIS PROGRAM INCLUDE STUDENTS LOCATED IN THE BRONX, NEW YORK. |
| LEARNING ENDEAVORS | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO LEARNING ENDEAVORS TO IMPLEMENT ITS PROJECT WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL |

EPA_00006323

SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE HAWAIIAN ISLANDS OF MAUI, MOLOKAI, HAWAII, AND KAUAI KIHEI. PROJECT ACTIVITIES WILL ALSO TAKE PLACE IN AMERICAN SAMOA (TUTUILA, AUNUU, MANUA, OFU, AND OLOSEGA), THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (SAIPAN, TINIAN, AND ROTA), GUAM AND PALAU. THE GRANTEE WILL DO THIS BY DEVELOPING A CAPACITY BUILDING ENVIRONMENTAL EDUCATION PROJECT THAT WILL INCREASE COMMUNITY RESILIENCE IN THE FACE OF CLIMATE CHANGE. THIS PROJECT WILL DEVELOP A COASTAL RESILIENCE TRAIN-THE-TRAINER PROGRAM THAT BUILDS LOCAL EDUCATOR CAPACITY FOR WETLAND EDUCATION AND RESTORATION. THIS PROJECT WILL ALSO PREPARE STUDENTS TO LEAD COASTAL RESILIENCE EFFORTS IN THEIR COMMUNITIES BY CONNECTING INDIGENOUS CULTURAL KNOWLEDGE OF COASTAL WETLANDS WITH SCIENTIFIC KNOWLEDGE.

 THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $80,000.
ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE HAWAIIAN ISLANDS OF MAUI, MOLOKAI, HAWAII, AND KAUAI, AMERICAN SAMOA (TUTUILA, AUNUU, MANUA, OFU, AND OLOSEGA), THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (SAIPAN, TINIAN, AND ROTA), GUAM AND PALAU AND PROVIDE EDUCATORS AND STUDENTS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: REFINING AND EXPANDING THE EXISTING CHAMPIONS OF COASTAL RESILIENCE (CCR) WETLAND EDUCATION CURRICULUM AND METHODS FOR USE IN HAWAII AND MODIFYING IT TO SCALE TO USE IN SELECTED ADDITIONAL PACIFIC ISLANDS, TRAINING A COHORT OF TRAINERS FROM SUBRECIPIENT ORGANIZATIONS OR SCHOOLS TO USE NEW CCR WETLAND CASE STUDY PEDAGOGY AND RESOURCES, AND PROVIDING ONGOING SUPPORT FOR CCR TRAINERS AS THEY FACILITATE LOCAL TEACHER TRAINING AND SUPPORT STUDENT CLASSROOM AND FIELD-BASED LEARNING.

 SUBRECIPIENT:EIGHT SUBAWARDS WILL BE GIVEN TO ELIGIBLE ORGANIZATIONS OR SCHOOLS. THESE SUBRECIPIENTS WILL SELECT ONE EDUCATION PROFESSIONAL EACH TO ATTEND A TRAIN-THE-TRAINER COURSE. BY COMPLETING THIS COURSE, EACH INDIVIDUAL REPRESENTING THEIR SUBRECIPIENT ORGANIZATION WILL BECOME A CHAMPION OF COASTAL RESILIENCE (CCR) TRAINER. THE EIGHT CCR TRAINERS WILL THEN WORK TO BUILD CAPACITY FOR ENVIRONMENTAL EDUCATION AND COASTAL RESILIENCE IN THEIR RESPECTIVE COMMUNITIES. ADDITIONALLY, SUBRECIPIENTS ORGANIZATIONS WILL COLLABORATE WITH LEARNING ENDEAVORS TO CREATE ACTIVITIES DESIGNED TO HONOR INDIGENOUS KNOWLEDGE AND HISTORICAL

| | | |
|---|---|---|
| | | SIGNIFICANCE OF WETLANDS. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: ONE SET OF CHAMPIONS OF COASTAL RESILIENCE (CCR) TRAINER GUIDE MATERIALS (INCLUDING A PRINTED GUIDE, A WEBSITE PORTAL WITH ACCESS TO DIGITAL RESOURCES INCLUDING GIS ACTIVITIES AND ASSESSMENTS SURVEYS, A CCR TRAINER KIT), EIGHT TEACHER TRAINERS JOINING THE CCR TRAIN-THE-TRAINER PROGRAM, 80 TEACHERS PARTICIPATING IN CCR TRAININGS AND SUBSEQUENTLY ENGAGE 1,920 STUDENTS IN CLASSROOM AND FIELD-BASED LEARNING AND STEWARDSHIP ACTIVITIES, AND 80 WETLAND FIELD STUDY AND STEWARDSHIP EVENTS FOR STUDENTS. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: 1) ENHANCED PARTNERSHIPS BETWEEN TEACHERS, SCHOOLS AND COMMUNITY PARTNERS, 2) INCREASED WETLAND EDUCATION AND STEWARDSHIP ACTIVITIES IN SECONDARY SCHOOLS, 3) INCREASED COMMUNITY AWARENESS OF THE NEED FOR COASTAL RESILIENCE, AND 4) INCREASED WETLAND RESTORATION EFFORTS. THE INTENDED BENEFICIARIES INCLUDE EDUCATORS, STUDENTS, AND LOCAL ORGANIZATIONS (SUBAWARD RECIPIENTS) IN HAWAII (MAUI, MOLOKAI, HAWAII, AND KAUAI), AMERICAN SAMOA (TUTUILA, AUNUU, MANUA, OFU, AND OLOSEGA), THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (SAIPAN, TINIAN, AND ROTA), GUAM AND PALAU. |
| THE MISSOURI RIVER OBSVTRY | 66.951 | DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE MISSOURI RIVER BIRD OBSERVATORY (MRBO). SPECIFICALLY, THE RECIPIENT WILL PARTNER WITH ADULTS, BUSINESS OWNERS, ORGANIZATIONS, TITLE 1 SCHOOL PARENTS, AND SUBAWARDEES IN FIVE UNDERSERVED COMMUNITIES LOCATED IN TIER 1 ENVIRONMENTAL JUSTICE GEOGRAPHIES AS DEFINED BY THE MISSOURI DEPARTMENT OF CONSERVATION'S COMPREHENSIVE CONSERVATION STRATEGY IN KANSAS CITY, KANSAS AND KANSAS CITY, MISSOURI. IN YEAR 1, MRBO WILL HOST CONSERVATION CAFEACUTE; LISTENING SESSIONS AND CO-PRODUCE ENVIRONMENTAL EDUCATION (EE) CURRICULA WITH RESIDENTS. IN YEAR 2, MRBO WILL DELIVER SCIENCE-BASED WORKSHOPS AND EVENTS (E.G. RESIDENT-LED SERVICE PROJECTS). THE PROGRAM WILL ADDRESS CLIMATE CHANGE AND IMPROVING AIR QUALITY BY FOSTERING ENVIRONMENTAL LITERACY IN THE COMMUNITY. BY INVOLVING COMMUNITY MEMBERS AT THE CORE OF THE RECIPIENT'S INITIATIVE, MRBO AIMS TO EMPOWER THE COMMUNITY WITH THE KNOWLEDGE AND SKILLS NEEDED TO ADDRESS THESE CHALLENGES EFFECTIVELY.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES, SPECIFICALLY IN THE PENDELTON HEIGHTS, DUNBAR, BRUSH CREEK, AND WENDELL PHILLIPS COMMUNITIES IN KANSAS CITY, MISSOURI AND THE ARGENTINE COMMUNITY IN KANSAS CITY, KANSAS. THE PROJECT WILL PROVIDE ADULTS, BUSINESS OWNERS, ORGANIZATIONS, TITLE 1 SCHOOL PARENTS AND SUBAWARDEES THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TAKE RESPONSIBLE ACTIONS TOWARDS ENVIRONMENTAL |

PRIORITIES.

ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE ASSESSING CLIMATE LITERACY AND ENVIRONMENTAL JUSTICE AWARENESS BY HOSTING CONSERVATION CAFEACUTE; LISTENING SESSIONS; CO-PRODUCING TAILORED EE CURRICULA WITH RESIDENTS; DELIVERING SCIENCE-BASED WORKSHOPS AND EVENTS (E.G. RESIDENT-LED SERVICE PROJECTS); FOSTERING A NETWORK OF KNOWLEDGEABLE ADVOCATES; AND IMPROVING ENVIRONMENTAL SUSTAINABILITY THROUGH COMMUNITY ACTION.SUBRECIPIENT:THE SUBAWARD PROGRAM WILL ENABLE THE MISSOURI RIVER BIRD OBSERVATORY TO GIVE BETWEEN 6 AND 10 SUBAWARDS TO SUPPORT THE WORK OF ELIGIBLE KANSAS CITY-AREA 501(C)3 NON-PROFIT ORGANIZATIONS AND LOCAL EDUCATION AGENCIES BY PROVIDING VITAL SERVICES, EXPERTISE, AND A FRAMEWORK TO MAKE THIS PROJECT SUCCESSFUL AND SUSTAINABLE. SPECIFICALLY, IN YEAR 1, SUBAWARDS WILL BE DISTRIBUTED TO ELIGIBLE COMMUNITY ORGANIZATIONS TO INCREASE CAPACITY WITH PLANNING, ADVERTISING, AND IMPLEMENTING CONSERVATION CAFES, PROVIDE CONNECTIONS WITH COMMUNITIES AND POTENTIAL AUDIENCE MEMBERS, AND PROVIDE INPUT AT LOCAL CURRICULUM DEVELOPMENT MEETINGS. IN YEAR 2, MRBO WILL OPEN A PROPOSAL APPLICATION PROCESS TO ELIGIBLE LOCAL/NEIGHBORHOOD ORGANIZATIONS TO DIRECTLY DELIVER LOCAL ENVIRONMENTAL EDUCATION. YEAR 2 PROPOSALS SUBMITTED UNDER APPLICATION PROCESS WILL BE EVALUATED BASED ON LEVEL OF COMMUNITY IMPACT, ENVIRONMENTAL STEWARDSHIP, OUTREACH POTENTIAL, AND LIKELIHOOD OF PROJECT COMPLETION (E.G. RECIPIENT TO ROLL OUT THE PROJECT).OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: 200 RESIDENTS AT CONSERVATION CAFEACUTE;S; 15 CURRICULA CO-PRODUCERS ATTENDING 5 CURRICULA MEETINGS; 35 EE WORKSHOPS, EVENTS, AND/OR SERVICE PROJECTS; AND 525 RESIDENTS AT EE EVENTS.

EXPECTED SHORT-TERM OUTCOMES INCLUDE AN INCREASED KNOWLEDGE IN THE NUMBER AND TYPE OF ENVIRONMENTAL JUSTICE CONCERNS IN THE COMMUNITY, AN INCREASED KNOWLEDGE ON THE NUMBER OF ENVIRONMENTAL RESOURCES AVAILABLE TO SUPPORT CONTINUED LEARNING, AND AN INCREASED KNOWLEDGE AND CONFIDENCE TO EFFECTIVELY DESCRIBE ENVIRONMENTAL JUSTICE AND WHY IT IS IMPORTANT FOR OTHERS TO GET INVOLVED.

EXPECTED MEDIUM-TERM OUTCOMES INCLUDE THE EE PROGRAM ADVOCATES REPORTING AN INCREASED CONNECTION TO NATURE, AN INCREASED SENSE OF PERSONAL RESPONSIBILITY FOR ENVIRONMENTAL STEWARDSHIP, AN INCREASED NUMBER OF MEANINGFUL CONVERSATIONS ON ENVIRONMENTAL JUSTICE, AND AN INCREASE IN NUMBER OF PERSONAL

| | | |
|---|---|---|
| | | ACTIONS THAT LEAD TO MORE SUSTAINABLE ENVIRONMENTAL AND CONSERVATION CHANGE OUTCOMES.<br><br>THE EXPECTE |
| LEFTHAND WATERSHED OVERSIGHT GROUP | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO LEFT HAND WATERSHED OVERSIGHT GROUP TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT STUDENTS AND TEACHERS IN THE ENVIRONMENT IN THE ST. VRAIN WATERSHED IN COLORADO. THE ST. VRAIN WATERSHED IN COLORADO IS AT HIGH RISK OF CATASTROPHIC WILDFIRE, WHICH WOULD RESULT IN POOR WATER QUALITY, RISK TO COMMUNITY SAFETY, AND DECLINE OF FORESTED ECOSYSTEMS. IN RESPONSE, EDUCATION EFFORTS THAT INCREASE THE ABILITY OF COMMUNITIES TO BUILD RESILIENCE TO FLOOD AND FIRE ARE URGENTLY NEEDED. THE GRANTEE WILL DO THIS THROUGH THREE MAIN PROGRAMS: P1) INQUIRY-BASED 5TH GRADE CURRICULUM DEVELOPMENT AND IMPLEMENTATION WHICH WILL BE PUBLICLY ACCESSIBLE AND BUILT ON ADAPTIVE MANAGEMENT PROCESSES AND PROTOCOLS USED BY SCIENTISTS AND LAND MANAGERS, P2) WORKSHOPS FOR TEACHERS THAT PROVIDE THEM WITH EXPERIENCE AND TOOLS TO IMPLEMENT THIS CURRICULUM IN THEIR CLASSROOMS, AND P3) HIGHER EDUCATION AND LEADERSHIP OPPORTUNITIES FOR HIGH SCHOOL STUDENTS THAT PREPARE THEM TO BE ENVIRONMENTAL SCHOLARS AND LEADERS IN THEIR COMMUNITIES.<br><br>ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN THE ST. VRAIN WATERSHED IN COLORADO AND PROVIDE STUDENTS AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: THE PROJECT WILL TEACH THE CURRICULUM IN AN ELEMENTARY SCHOOL THAT LIES AT THE WILDLAND URBAN INTERFACE, WHOSE STUDENTS ARE AT RISK OF BEING DIRECTLY IMPACTED BY FIRE AND FLOOD, AS WELL AS AT AN ENVIRONMENTAL EDUCATION CENTER WHICH SERVES 4,500 5TH GRADERS ACROSS TWO SCHOOL DISTRICTS AND 350 LATINO FAMILIES PER YEAR (45% OF THEIR PARTICIPANTS ARE PEOPLE OF COLOR AND LINGUISTICALLY DIVERSE). THE PROJECT WILL ALSO IMPLEMENT THE CURRICULUM AT A TITLE 1 SCHOOL WHERE STUDENTS ARE AT RISK OF POOR WATER QUALITY DUE TO HIGH-SEVERITY WILDFIRE (90.8% OF STUDENTS ARE ELIGIBLE FOR FREE/REDUCED LUNCH AND 90.5% OF STUDENTS ARE OF A RACIAL MINORITY), AND WHERE STUDENTS RECEIVE ONLY 2.2 HOURS OF ENVIRONMENTAL EDUCATION ON AVERAGE COMPARED TO 18.9 HOURS AT A SCHOOL IN THE NEIGHBORING |

| | | |
|---|---|---|
| | | SCHOOL DISTRICT. TOGETHER, THE PROGRAMMING WILL PROVIDE KNOWLEDGE AND TOOLS FOR COMMUNITIES TO INCREASE THEIR RESILIENCE TO WILDFIRE AND FLOOD AND WILL DECREASE A SIGNIFICANT GAP IN ACCESS TO ENVIRONMENTAL EDUCATION BETWEEN LOCAL SCHOOLS.SUBRECIPIENT:THE SUB-GRANT PROGRAM WILL ENABLE LEFT HAND WATERSHED OVERSIGHT GROUP TO AWARD 5 ENTITIES AND WILL LEVERAGE EXISTING PARTNERSHIPS WITH LYONS ES AND MSHS, INDIAN PEAKS, CAL-WOOD (SPECIALIZING IN ENVIRONMENTAL EDUCATION), AND OUR AGENCY PARTNERS SUCH AS BOULDER VALLEY LONGMONT CONSERVATION DISTRICT (BVLCD) TO BUILD A COMMUNITY SCIENCE CURRICULUM AROUND OUR EXISTING DATA COLLECTION PROTOCOLS THAT RELATE TO FOREST AND RIVER RESILIENCY. THE SUBAWARDS ASSIST WITH WILL THREE MAIN PROGRAMS: P1) INQUIRY-BASED 5TH GRADE CURRICULUM DEVELOPMENT AND IMPLEMENTATION WHICH WILL BE PUBLICLY ACCESSIBLE AND BUILT ON ADAPTIVE MANAGEMENT PROCESSES AND PROTOCOLS USED BY SCIENTISTS AND LAND MANAGERS, P2) WORKSHOPS FOR TEACHERS THAT PROVIDE THEM WITH EXPERIENCE AND TOOLS TO IMPLEMENT THIS CURRICULUM IN THEIR CLASSROOMS, AND P3) HIGHER EDUCATION AND LEADERSHIP OPPORTUNITIES FOR HIGH SCHOOL STUDENTS THAT PREPARE THEM TO BE ENVIRONMENTAL SCHOLARS AND LEADERS IN THEIR COMMUNITIES.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: CURRICULUM AND TEACHING GUIDE PUBLISHED ONLINE; CURRICULUM SENT TO 259 5TH GRADE TEACHERS IN THE ST. VRAIN VALLEY AND BOULDER VALLEY SCHOOL DISTRICTS AND ADVERTISED THROUGH BOULDER COUNTY E MOVEMENT. CURRICULUM IS TAUGHT TO ~76 5TH GRADE STUDENTS AT LYONS ES AND INDIAN PEAKS OVER THE COURSE OF 7 LATE START PROGRAM DAYS. CURRICULUM IS ALSO TAUGHT TO ~4 |
| OPENLANDS | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO OPENLANDS TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN CHICAGO, ILLINOIS. THE GRANTEE WILL DO THIS BY CREATING TEACHER LEADERS WHO WILL HAVE AN IN-DEPTH UNDERSTANDING OF BIRDS AND INTRODUCE THE TOPIC OF TREES. ACTIVITIES INCLUDE PROFESSIONAL DEVELOPMENT SESSIONS, FOCUSING ON BIRDS, THE RELATIONSHIP BETWEEN BIRDS AND TREES, AND THE EFFECTS OF CLIMATE CHANGE ON BOTH, AS WELL AS CURRICULUM INTEGRATION AND INDIVIDUALIZED COACHING TO SUPPORT. ADDITIONALLY, EDUCATORS WILL CONDUCT A STUDENT-LED ENVIRONMENTAL STEWARDSHIP PROJECT THAT AIMS TO INCREASE CLIMATE RESILIENCY BY PLANTING TREES TO EXPAND THE URBAN CANOPY AND EDUCATE THE COMMUNITY SURROUNDING EACH SCHOOL. |

| | | |
|---|---|---|
| | | ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN CHICAGO, ILLINOIS AND WORK WITH 17 SCHOOLS INCLUDING OVER 1,000 STUDENTS AND OVER 30 EDUCATORS. WITH THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE PROFESSIONAL DEVELOPMENT SESSIONS, FOCUSING ON BIRDS, THE RELATIONSHIP BETWEEN BIRDS AND TREES, AND THE EFFECTS OF CLIMATE CHANGE ON BOTH, AS WELL AS CURRICULUM INTEGRATION AND INDIVIDUALIZED COACHING TO SUPPORT. ADDITIONALLY, EDUCATORS WILL CONDUCT A STUDENT-LED ENVIRONMENTAL STEWARDSHIP PROJECT THAT AIMS TO INCREASE CLIMATE RESILIENCY BY PLANTING TREES TO EXPAND THE URBAN CANOPY AND EDUCATE THE COMMUNITY SURROUNDING EACH SCHOOL. SUBRECIPIENT:ELIGIBLE SUB AWARDEES WILL PROVIDE HANDS-ON LEARNING EXPERIENCES FOR BOTH EDUCATORS AND STUDENTS. ADDITIONAL SUB AWARDEES WILL IMPLEMENT ENVIRONMENTAL STEWARDSHIP ACTIVITIES WHICH INCLUDE TREE PLANTING AND ENGAGING THE BROADER COMMUNITY IN LEARNING ABOUT BIRDS AND TREES.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: OVER 30 EDUCATORS WILL INTEGRATE OUTDOOR LEARNING AND HANDS ON ENVIRONMENTAL STEWARDSHIP ACTIVITIES INTO THEIR LESSON PLANS, EDUCATORS WILL BECOME TEACHER LEADERS TO INSPIRE FELLOW EDUCATORS TO ADAPT OUTDOOR LEARNING INTO THEIR CLASSROOMS AND STUDENTS WILL BE EMPOWERED TO BECOME ADVOCATES FOR NATURE AND EDUCATE THEIR COMMUNITY ABOUT BIRDS AND TREES. THE INTENDED BENEFICIARIES INCLUDE 17 CHICAGO PUBLIC SCHOOLS, THEIR STUDENTS AND EDUCATORS. |
| UNIVERSITY OF MAINE SYSTEM | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO UNIVERSITY OF MAINE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE REPUBLIC OF PALAU. THE GRANTEE WILL DO THIS THROUGH EFFORTS TO ENGAGE PALAUAN HIGH SCHOOL STUDENTS IN AN 8-WEEKINTENSIVE EDUCATION PROGRAM TO DEVELOP CRITICAL THINKING, PROBLEM-SOLVING, AND DECISION-MAKING SKILLS ON SOIL AND WATER CONTAMINATION. THESE SKILLS WILL BE ROOTED IN INDIGENOUS WAYS OF KNOWING, LEARNING, AND DOING WITH THEIR COMMUNITIES, WITH THE GOAL OF FOSTERING ENVIRONMENTAL STEWARDSHIP AND JUSTICE. THE PROJECT WILL GUIDE STUDENTS THROUGH THE CRITICAL THINKING PROCESS OF BRAIDING INDIGENOUS AND WESTERN SCIENCE TO DEVELOP COMMUNITY ACTION PLANS TO ADDRESS CONTAMINATION THAT ARE CULTURALLY-ROOTED AND EFFECTIVE. AS PART OF THIS PROJECT, THERE WILL |

ALSO BE TRAINING FOR EDUCATORS TO INTEGRATE CONTAMINATION INTO THEIR SCIENCE CURRICULA, CO-CREATING LESSONS ORIENTED TOWARD CRITICAL THINKING AND PROBLEM-SOLVING TO ENABLE THE NEXT GENERATION OF STEWARDS TO MAKE DECISIONS FOR A SAFE ENVIRONMENT FOR ALL.

THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $69,814. SEE TERMS AND CONDITIONS.

ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN REPUBLIC OF PALAU AND PROVIDE STUDENTS, COMMUNITY MEMBERS, AND TEACHERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: WORKING WITH INDIGENOUS PALAUAN COMMUNITIES IN PELELIU, ANGAUR, AND NGARAARD STATES, THE LAND REVITALIZATION AND WATER SAFETY PROJECT ADDRESSES CONTAMINATION FROM WORLD WAR II BY BRAIDING INDIGENOUS AND WESTERN SCIENCE THROUGH YOUTH LED COMMUNITY ACTION. THE PROJECT WILL PROVIDE ENVIRONMENTAL EDUCATION ON CHEMICAL CONTAMINATION AT A CRITICAL TIME, AS THESE COMMUNITIES ARE BEING MILITARIZED TODAY. THE CORE OF OUR PROJECT IS AN INTENSIVE 8-WEEK CLASS REACHING 20-30 PALAUAN HIGH SCHOOL STUDENTS. THIS CLASS WILL EMPOWER YOUNG PEOPLE WITH THE SKILLS AND NETWORKS TO LEARN INDIGENOUS WAYS OF USING, MANAGING, AND RESTORING SOILS, AND THE SKILLS TO INTEGRATE THAT KNOWLEDGE WITH WESTERN SCIENCE APPROACHES TO MITIGATING, MANAGING, AND REMEDIATING CONTAMINATED SOILS. THEY WILL INTERVIEW 30 INDIGENOUS KNOWLEDGE HOLDERS ON FILM, DOCUMENTING THEIR KNOWLEDGE FOR FUTURE GENERATIONS. THESE STUDENTS WILL DEVELOP CRITICAL THINKING, PROBLEM SOLVING, DECISION-MAKING, AND ENVIRONMENTAL STEWARDSHIP SKILLS THROUGH THE DEVELOPMENT AND IMPLEMENTATION OF COMMUNITY ACTION PLANS. THEY WILL LEAD 10 COMMUNITY ACTION DAYS, ENGAGING 100-200 COMMUNITY MEMBERS LIVING NEAR CONTAMINATED SITES AND SITES AT HIGH RISK FOR CONTAMINATION TO PROTECT AND RESTORE THEIR ENVIRONMENTS. STUDENTS AND COMMUNITY MEMBERS WILL ALSO LEARN AND BE GIVEN THE TOOLS TO CONDUCT WATER CONTAMINATION MONITORING. ADDITIONALLY, THERE WILL BE 3 TWO-DAY WORKSHOPS FOR ELEMENTARY, HIGH SCHOOL, AND COMMUNITY COLLEGE SCIENCE TEACHERS TO INTEGRATE CONTAMINATION INTO THEIR CURRICULA, REACHING A FURTHER 1,030 STUDENTS. SUBRECIPIENT:$25,000 IS REQUESTED TO SUPPORT 5 SUBAWARDS OF $5,000 EACH (TWO IN YEAR 1 AND THREE IN YEAR 2). THE UNIVERSITY OF MAINE TEAM WILL RESPOND TO LOCAL NEEDS BY HAVING THE FLEXIBILITY TO BRING ON LOCAL PARTNERS. THE TEAM HAS STRONG EXISTING RELATIONSHIPS WITH LOCAL ELEMENTARY AND HIGH SCHOOLS, PALAU COMMUNITY

| | | COLLEGE, LOCAL ENVIRONMENTAL NON-PROFIT ORGANIZATIONS, AND COMMUNITY AND CHURCH GROUPS. THEY WILL SET ASIDE OUR SUBAWARD FUNDS IN A POOL TO BE AWARDED TO APPROPRIATE PARTNERS WHO ARE ACTIVE IN EDUCATION, LAND MANAGEMENT, WATER SAFETY, AND ENVIRONMENTAL STEWARDSHIP. THEY WILL SELECT THESE PARTNERS IN CLOSE CONSULTATION WITH THE EPA PROGRAM OFFICER TO ENSURE ELIGIBILITY.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES |
|---|---|---|
| LAKE CHAMPLAIN MARITIME MUSEUM | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO LAKE CHAMPLAIN MARITIME MUSEUM TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN FERRISBURGH, VERGENNES, AND BRANDON, VERMONT. THE GRANTEE WILL DO THIS BY WORKING WITH LOCAL PARTNERS INCLUDING VERMONT FISH AND WILDLIFE DEPARTMENT AND THE VERMONT DEPARTMENT OF FORESTS, PARKS AND RECREATION ON PROGRAM DEVELOPMENT AND IMPLEMENTATION INCLUDING TOOLS, RESOURCES AND EDUCATION CONTENT INCLUDING NEW LESSON PLANS ON HOW TO USE THE GIANT MAP AS AN ENGAGING LEARNING RESOURCE. ACTIVITIES:ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: TRAINING FOR 50 TEACHERS AT 5 TITLE 1 SCHOOLS ON ENVIRONMENTAL EDUCATION (EE) AND HOW TO USE THE GIANT MAP; GIANT MAP PROGRAMMING FOR STUDENTS LED BY MUSEUM STAFF AND PARTNERS; AND GIANT MAP PROGRAMMING LED BY TEACHERS AT 5 TITLE 1 SCHOOLS AND CONNECT STUDENTS WITH ENVIRONMENTAL PROFESSIONAL ON CAREER OPPORTUNITIES. THE MUSEUM WILL WORK WITH LOCAL PARTNERS TO CONNECT TEACHERS WITH RESOURCES. STAFF FROM THE VT FISH AND WILDLIFE DEPARTMENT AND THE VT DEPARTMENT OF FORESTS, PARKS, AND RECREATION WILL PARTNER ON PROGRAM DEVELOPMENT AND IMPLEMENTATION. SUBRECIPIENT:SUBAWARDS WILL BE GIVEN TO ENTITIES TO PERFORM TASKS INTEGRAL TO THE PROJECT'S GOALS, AS OUTLINED BY THE PRIME. THIS SPECIFIC GRANT WILL AWARD SUBAWARDS TO 2 SCHOOL DISTRICTS FOR COSTS FOR TEACHERS TO PARTICIPATE IN TEACHER TRAININGS AND A UNIVERSITY TO PROVIDE PROFESSIONAL DEVELOPMENT CREDIT. OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: 2 NEW LESSON PLANS TO BE USED WITH THE GIANT MAP, TEACHER TRAINING AND SITE VISITS TO SCHOOLS WITH THE GIANT MAP. EXPECTED OUTCOMES OF THE PROJECT INCLUDE: INCREASE UNDERSTANDING OF SPATIAL/ECOLOGICAL RELATIONSHIPS BETWEEN DISTANCE CORNERS OF THE WATERSHED AND LAKE CHAMPLAIN, DEVELOP NEW PERSPECTIVES ON HOW STUDENTS CAN POSITIVELY AFFECT LAKE CHAMPLAIN WATERSHEDS WATER QUALITY, TEACHERS INCREASE TIME SPENT ON INTEGRATING ENVIRONMENTAL EDUCATION INTO |

| | | |
|---|---|---|
| | | THEIR TEACHING, AND EXPERIENCES WITH THIS UNIQUE TEACHING TOOL OF THE GIANT MAP WILL INSPIRE STUDENTS AND TEACHERS TO DEVELOP THEIR OWN SENSE OF PLACE THAT WILL RESULT IN STEWARDSHIP BEHAVIORS AND ACTIONS THAT SUPPORT THE HEALTH OF THE LAKE CHAMPLAIN WATERSHED AND INCREASE PERSONAL STEWARDSHIP VALUES TOWARD THE LAKE WHICH BENEFIT RESIDENTS IN ADDISON COUNTY . |
| INDUSTRY INITIATIVES FOR SCIENCE AND MATH EDUCATION | 66.951 | DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO INDUSTRY INITIATIVES FOR SCIENCE AND MATH EDUCATION TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN SANTA CLARA, ALAMEDA, AND CONTRA COSTA COUNTIES IN CALIFORNIA. <br><br> THE GRANTEE WILL DO THIS BY HOSTING ONE-WEEK EXTERNSHIPS CONSISTING OF ENVIRONMENTAL AND EDUCATIONAL ACTIVITIES WITH PARTNER BAYWORK AT WATER AGENCIES FOR LOCAL K-12TH GRADE TEACHERS AT TITLE I SCHOOLS. DURING EACH DAY, TEACHERS MEET INDUSTRY PROFESSIONALS, TOUR WASTEWATER PLANTS, FRESHWATER RESERVOIRS, AND DAMS. THEY WILL WORK WITH A CURRICULUM COACH TO CREATE RELEVANT LESSON PLANS FOR THEIR CLASSROOMS THAT PREPARE STUDENTS TO TAKE RESPONSIBLE ACTIONS AROUND WATER RESOURCES AND BRING AWARENESS FOR WATER UTILITY CAREERS. TEACHERS HAVE THE UNIQUE ABILITY TO CHANGE THE TRAJECTORY OF THEIR STUDENTS' LIVES AND ARE APTLY POSITIONED TO INFLUENCE CAREER DECISIONS. THIS PROJECT WILL BETTER EQUIP THEM TO INSPIRE THEIR STUDENTS TO PURSUE WATER AND WASTEWATER CAREERS AND ULTIMATELY BECOME WATERSHED STEWARDS AND ENVIRONMENTAL JUSTICE ADVOCATES <br><br> THIS AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $60,000. SEE TERMS AND CONDITIONS.ACTIVITIES:THIS PROJECT WILL INCREASE PUBLIC AWARENESS AND KNOWLEDGE ABOUT ENVIRONMENTAL ISSUES IN IN SANTA CLARA, ALAMEDA, AND CONTRA COSTA COUNTIES IN CALIFORNIA AND PROVIDE STUDENTS, TEACHERS, COMMUNITY MEMBERS THE SKILLS NECESSARY TO MAKE INFORMED DECISIONS AND TO TAKE RESPONSIBLE ACTIONS. ACTIVITIES TO BE PERFORMED DURING THIS PROJECT PERIOD INCLUDE: ONE-WEEK EXTERNSHIPS CONSISTING OF ENVIRONMENTAL AND EDUCATIONAL ACTIVITIES WITH PARTNER BAYWORK AT WATER AGENCIES FOR LOCAL K-12TH GRADE TEACHERS AT TITLE I SCHOOLS. DURING EACH DAY, TEACHERS MEET INDUSTRY PROFESSIONALS, TOUR WASTEWATER PLANTS, FRESHWATER RESERVOIRS, AND DAMS. THEY WILL WORK WITH A CURRICULUM COACH TO CREATE RELEVANT LESSON PLANS FOR THEIR CLASSROOMS THAT PREPARE STUDENTS TO TAKE RESPONSIBLE ACTIONS AROUND WATER |

EPA_00006332

| | | |
|---|---|---|
| | | RESOURCES AND BRING AWARENESS FOR WATER UTILITY CAREERS<br>SUBRECIPIENT:THESE SUBAWARDS SUPPORT THE WORK OF IGNITED (LEGALLY: INDUSTRY INITIATIVES FOR SCIENCE AND MATH EDUCATION) IN TRAINING TEACHERS AND STUDENTS IN ENVIRONMENTAL EDUCATION TOPIS.<br>SUBRECIPIENTS:<br>I. RESOURCE AREA FOR TEACHERS (RAFT), 501(C)(3) NONPROFIT - $5,000<br>II. SAN JOSE STATE UNIVERSITY, LOCAL COLLEGE - $5,000<br>III. THE TECH, 501(C)(3) NONPROFIT - $5,000<br>#9675; SUBAWARD OVERSIGHT: SUBRECIPIENTS WILL SIGN CONTRACTS AT THE BEGINNING OF THE PROJECT PERIOD, ATTEND REGULAR CHECK-IN MEETINGS, AND WILL RECEIVE PAYMENT OF EXACTLY $5,000 UPON MILESTONE COMPLETION.DS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:IT IS ANTICIPATED THAT THIS PROJECT WILL RESULT IN THE FOLLOWING DELIVERABLES: THE OUTPUTS DELIVERED BY IGNITED, BAYWORK, AND SUBRECIPIENTS WILL EQUIP TEACHERS TO DEVELOP AND DELIVER LESSON PLANS. TEACHERS' LESSON PLANS AND CLASSROOM IMPLEMENTATION WILL ENABLE US TO REACH OUR EDUCATIONAL GOAL (CAREER DEVELOPMENT) BY FEATURING ONE OR MORE WATER UTILITY CAREERS IN THE LESSONS AND PROVIDING CONNECTIONS TO ROLE MODELS IN THESE FIELDS. TEACHERS WILL ALSO HAVE A BETTER UNDERSTANDING OF EDUCATIONAL PATHWAYS FROM BAYWORK SPEAKERS.<br><br>FOR OUR ENVIRONMENTAL GOAL (ENSURING CLEAN AND SAFE WATER), THE COACH WILL ENSURE TEACHERS' LESSON PLANS INCREASE ENVIRONMENTAL LITERACY, AND WILL REQUIRE TEACHERS TO INCLUDE AN ENVIRONMENTAL CALL-TO-ACTION PROJECT FOR STUDENTS. THE CALLS-TO-ACTION WILL DEEPEN STUDENTS' CONNECTION TO NATURE, AND ENCOURAGE THEM TO ENACT PRO-ENVIRONMENTAL BEHAVIORS AND ULTIMATELY BECOME ENVIRONMENTAL STEWARDS IN THEIR COMMUNITIES<br><br>EXPECTED OUTCOMES OF THE PROJECT INCLUDE: THE MAIN SHORT-TERM OUTCOMES OF THESE ACTIVITIES ARE TO INCREASE STUDENTS' KNOWLEDGE OF THE<br>IMPACT THEIR ACTIONS CAN HAVE ON THEIR LOCAL WA |
| RESEARCH TRIANGLE INSTITUTE | N/A | TECHNICAL AND ANALYTICAL SUPPORT FOR THE GREENHOUSE GAS REPORTING PROGRAM TASKS 1, 2, 4, 6, 7 & 13. |
| ICF INCORPORATED, L.L.C. | N/A | TECHNICAL AND OUTREACH SUPPORT SERVICES FOR GREENHOUSE GAS PROGRAM |
| EASTERN RESEARCH GROUP INC | N/A | TECHNICAL AND ANALYTICAL SUPPORT FOR THE GREENHOUSE GAS REPORTING PROGRAM - TASKS 1, 2, 3,5 AND 11. |
| RESEARCH TRIANGLE INSTITUTE | N/A | PURPOSE: NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER CALL ORDER PROJECT DESCRIPTION: OBTAINING AND MAINTAINING GREENHOUSE GAS (GHG) EMISSION REDUCTIONS IN SECTOR POLICIES AND |

| | | PROGRAMS DIVISION PROGRAMS CALL ORDER NUMBER: TBD |
|---|---|---|
| ICF INCORPORATED, L.L.C. | N/A | TECHNICAL AND OUTREACH SUPPORT SERVICES FOR GREENHOUSE GAS PROGRAM |
| ABT GLOBAL LLC | N/A | TECHNICAL AND ANALYTICAL SUPPORT FOR THE GREENHOUSE GAS REPORTING PROGRAM. TASKS 1, 2, 8 AND 9. |
| RESEARCH TRIANGLE INSTITUTE | N/A | "CROSS-SECTOR ANALYSIS AND ECONOMIC MODELING OF GREENHOUSE GAS EMISSIONS AND RELATED MITIGATION RELEVANT TO THE CLEAN AIR ACT" |
| PEGASUS TECHNICAL SERVICES, INC | N/A | NEW T&M TO UNDER CONTRACT # 68HERC20D0029 TITLED: SURGE II (SURVEY OF RESERVOIR GREENHOUSE GAS EMISSIONS II |
| EASTERN RESEARCH GROUP INC | N/A | GREENHOUSE GAS INVENTORY SUPPORT FOR WASTEWATER AND COAL MINING |
| RESEARCH TRIANGLE INSTITUTE | N/A | GREENHOUSE GAS INVENTORY CAPACITY-BUILDING SUPPORT |
| ICF INCORPORATED, L.L.C. | N/A | AWARD OF THE DEVELOPMENT AND TECHNICAL SUPPORT FOR ANNUAL INVENTORY OF U.S. GREENHOUSE GAS EMISSIONS AND SINKS AND RELATED MITIGATION AND PROJECTIONS ANALYSES |
| EASTERN RESEARCH GROUP INC | N/A | TECHNICAL AND OUTREACH SUPPORT SERVICES FOR GREENHOUSE GAS PROGRAM |
| EASTERN RESEARCH GROUP INC | N/A | GHG INVENTORY SUPPORT AND TECHNICAL AND ANALYTICAL SUPPORT FOR OIL AND GAS AIR EMISSIONS TASKS 1, 2, 3, 4 |
| S C & A INC | N/A | NEW TASK ORDER - FOR GHG CEMS MEASUREMENT ACCURACY TOCOR: KIM GARNETT |
| EASTERN RESEARCH GROUP INC | N/A | CORPORATE GHG MANAGEMENT PROGRAM SUPPORT |
| EASTERN RESEARCH GROUP INC | N/A | AGRICULTURE, FORESTRY, AND OTHER LAND USE GHG INVENTORY SUPPORT AND LIVESTOCK DATABASE DEVELOPMENT |
| RESEARCH TRIANGLE INSTITUTE | N/A | NEW TASK ORDER UNDER STREAMS IV TITLED FOOD WASTE GHG EMISSIONS. |
| ICF INCORPORATED, L.L.C. | N/A | DEVELOPMENT OF AN EMISSIONS INVENTORY THAT IDENTIFIES AND QUANTIFIES THE PRIMARY ANTHROPOGENIC SOURCES AND SINKS OF U.S. GHG EMISSIONS FROM TRANSPORTATION SOURCES TASK ORDER UNDER CONTRACT 68HERC21D0016. |
| RESEARCH TRIANGLE INSTITUTE | N/A | PROJECT: RESIDENTIAL WOOD HEATERS NEW SOURCE PERFORMANCE STANDARDS REGULATORY SUPPORT |
| RESEARCH TRIANGLE INSTITUTE | N/A | PURPOSE: NEW TASK ORDER TASK ORDER PROJECT TITLE: PUBLIC HEARING/WEBINARS/WORKSHOPS/OUTREACH SUPPORT CONTRACTOR NAME: RESEARCH TRIANGLE INSTITUTE (RTI) BPA NUMBER: 68HERD20A0004 |
| EASTERN RESEARCH GROUP INC | N/A | EARTH MISSION SUPPORT ADVANCING A CIRCULAR ECONOMY FOR MATERIALS |
| EASTERN RESEARCH GROUP INC | N/A | NEW TASK ORDER ON CONTRACT 68HERC24D0006, ENTITLED CONFLICT PREVENTION AND RESOLUTION CENTER SUPERFUND SUPPORT JUST-IN-TIME SERVICES. |

| EASTERN RESEARCH GROUP INC | N/A | CONFLICT PREVENTION AND RESOLUTION CENTER JUST-IN-TIME ENVIRONMENTAL COLLABORATION AND CONFLICT RESOLUTION PROJECTS (CPRC JIT) |
|---|---|---|
| EASTERN RESEARCH GROUP INC | N/A | NEW TASK ORDER ON CONTRACT 68HERC24D0006, ENTITLED OEJECR EJ COMMUNITY ENGAGEMENT GENERAL SUPPORT. |
| EASTERN RESEARCH GROUP INC | N/A | TECHNICAL ASSISTANCE SUPPORT |
| EASTERN RESEARCH GROUP INC | N/A | CONFLICT PREVENTION AND RESOLUTION CENTER TRAINING JUST-IN-TIME SERVICES |
| EASTERN RESEARCH GROUP INC | N/A | NEW TASK ORDER FOR CONTRACT 68HERC24D0006, OFFICE OF LAND AND EMERGENCY MANAGEMENT, OFFICE OF RESOURCE CONSERVATION AND RECOVERY, RCRA TRIBAL PROGRAM AND EJ COMMUNITY, JIT JUST IN TIME SERVICES. |
| EASTERN RESEARCH GROUP INC | N/A | DETAILED STUDY FOR CONCENTRATED ANIMAL FEEDING OPERATIONS (CAFOS) |
| EASTERN RESEARCH GROUP INC | N/A | MEAT & POULTRY PRODUCTS ENGINEERING ANALYSIS SUPPORT |
| EASTERN RESEARCH GROUP INC | N/A | PERFORMANCE MEASURES TRACKING, DATA ANALYSIS, AND OVERSIGHT SUPPORT |
| EASTERN RESEARCH GROUP INC | N/A | ECCRS CONTRACT MANAGEMENT & SUPPORT JUST-IN-TIME SERVICES TASK ORDER 01 |
| EASTERN RESEARCH GROUP INC | N/A | WOOD HEATER PROGRAM SUPPORT (OC-9) BASE MODIFICATION: AWARD CALL ORDER AND APPROVE CONTRACTORS TECHNICAL AND COST ESTIMATE DATED APRIL 19, 2024, IN THE AMOUNT OF $201,452.00. |
| EASTERN RESEARCH GROUP INC | N/A | SUPPORT FOR CLIMATE SCIENCE AND IMPACTS BRANCH |
| TETRA TECH, INC. | N/A | THE GOAL OF THIS RESEARCH PROJECT IS TO EVALUATE THE FEASIBILITY OF RECOVERY SUCH MINERALS AND ELEMENTS FROM AMD MATRICES IN THE AREA OF SHAMOKIN, PA FOR THE POTENTIAL OF ECONOMICALLY RECOVERING OF SUCH MATERIAL, WHICH WOULD BENEFIT EJ COMMUNITIES IN |
| SKEO SOLUTIONS, INC. | N/A | SUPERFUND REDEVELOPMENT INITIATIVE (SRI) AND TECHNICAL ASSISTANCE SERVICES CONTRACT (TASC) CALL ORDER: 19.0.0 OEJ REGIONAL & HEADQUARTERS TASC/EJ SUPPORT |
| SKEO SOLUTIONS, INC. | N/A | SUPERFUND REDEVELOPMENT INITIATIVE (SRI) AND TECHNICAL ASSISTANCE SERVICES CONTRACT (TASC) CALL ORDER: 30.0.0 OSRTI EJ PROGRAMMATIC SUPPORT |
| GMG MANAGEMENT CONSULTING INC. | N/A | THE CONTRACTOR WILL PROVIDE SUPPORT IN MANAGING PRE-AWARD ACTIVITIES FOR EJ GRANTS. |
| ADVENTURES BY DAWN L.L.C | N/A | EXECUTIVE MOTOR POOL AND SHUTTLE BUS SERVICES |

Meshell Jones-Peeler
**Deputy Associate Chief Financial Officer**
Office of the Chief Financial Officer
Environmental Protection Agency

Work:  (202) 564-3160
Mobile:  (202) 359-0975

EPA_00006336