SOW for shipwork



**Project Work Statement
for
Drydock and Repair
of the
EPA Research Vessel
Lake Explorer II**



U.S. Environmental Protection Agency
Great Lakes Toxicology and Ecology Division
6201 Congdon Blvd
Duluth, MN. 55804

EPA_00036795

[ TOC \o "1-4" \h \z \u ]

EPA_00036796

# Drydock and Repair Details and Specifications for the EPA Research Vessel Lake Explorer II

## 1. SCOPE:

These detail specifications contain the requirements for dry docking and repairs of the EPA Research Vessel LAKE EXPLORER II. The requirements for drydocking and repair are divided into five sections:

- A. General: provides information about ship and standard specifications
- B. Basic: provides requirements for drydocking
- C. Required – Drydock: provides description of required work that must be completed at drydock
- D. Required - Variable Location: provides description of required work that may be completed at drydock, shipyard, or at EPA vessel location
- E. Optional: provides description of work the may be requested by the COR but is not required.

## 2. GENERAL:

2.1 References

- A. [ HYPERLINK \l "_SCOPE._This_specification" ], "General Requirements for Ship Repair Contract Work on EPA Ships"
- B. [ HYPERLINK \l "_SCOPE.__This_1" ] "SKMBT_EPA BOAT.pdf", dated January 11, 2013.
- C. [ HYPERLINK \l "_SCOPE.__This" ], "Coating Systems for Steel Surfaces"
- D. [ HYPERLINK \l "GenArrgt_S9_0_1" ] "General Arrangement& Inboard Profile"

2.2 Requirements

- A. References 2.1.A and 2,1.D form a part of these Detail Specifications. All provisions and requirements contained therein are applicable to all work items, including all additional option items and Conditions Found Reports, which are authorized by the Contracting Officer. Primary specifications for work will be provided in the recommendations and specifications provided by the Marine Engineering firm. Ship is not ABS certified, but EPA expects all work to be performed by this standards.

EPA_00036797

B. The contractor may reduce the ship's drafts by offloading liquid loads and or ballasting in order to provide the required clearances under the keel during transit to and from the contractor's facility. Oil tanks shall not be ballasted. After all work has been completed, reload and trim the ship to the as-found conditions. The minimum drafts which may be permitted are:

      Forward Draft....................6 feet - 1 inches

      After Draft.........................6 feet - 5 inches

C. Provide and maintain a Quality Assurance (QA) TEST AND INSPECTION PLAN applicable to all work items, including all additional work items which are authorized by the Contracting Officer and update it weekly for each weekly progress meeting. The form shall include the following minimum information for each work item and additional work item (i.e. Condition Found Report (CFR)):

      a.    Specification item and paragraph number
      b.    Component/Equipment name
      c.    Test or Inspection description
      d.    Acceptance Criteria
      e.    QA Inspection Report

D. Provide a separate Test Schedule and update it weekly for each weekly progress meeting. Provide a copy to the EPA Contracting Officer Representative (COR), and the EPA Contracting Officer 24-hours prior to the scheduled weekly progress meeting. If COR is not on site for progress meetings, a conference call shall be placed and provide with reports photos of progression and areas of concern.

E. Weigh all materials and items removed, installed, or relocated on the ship. Provide a summary report to the COR indicating the total weight in pounds of the item and a breakdown of their locations by space, deck, frame, distance from centerline, and height above the deck. A Weight Moment form is attached to these specifications.

F. All work related to repairs, modifications, or new installs shall be completed in accordance with US Coast Guard policy ([ HYPERLINK "https://ecfr.io/Title-46/" ])  and [ HYPERLINK "https://ww2.eagle.org/en.html" ].

G. Unless otherwise stated in these work items, prepare and coat all new steel and disturbed painted surfaces in accordance with reference 2.1.C.

H. Cover all interior decks with flooring protection material in work areas and passageways.  Coverings shall be maintained in good condition during performance period of the contract.

I. Several Items affect the habitability of the ship. The ship's crew will make berthing arrangements ashore the day after arrival and return the day before departure.

EPA_00036798

J. Drydock facilities shall be in the Great Lakes region. Transit from homeport shall not exceed 6 days of transit or 900 nm. Must be able to clear under overhead structures with a minimum clearance of 2 feet, air draft is 42 feet.

## 2.3 Notes

A. Some items in this specification may require gas freeing of tanks, to accomplish the required work. Prospective bidders should be careful not to duplicate the costs of gas freeing where tank(s) are required to be gas freed to perform work in more than one item.

B. Requirements and responsibilities regarding Asbestos-Containing Materials (ACM) are contained in reference 2.1.B.

C. A copy may be reviewed on board the ship during the pre-bid inspection or at Great Lakes Toxicology and Ecology Division (GLTED) -Duluth, 6201 Congdon Blvd, Duluth, MN. 55804, upon request.

D. The following descriptive data of the ship is provided for information:

| | |
|---|---|
| Length Overall | 90 feet |
| Beam (Molded) | 22 feet |
| Propulsion | Diesel, twin screw |
| Cruising Speed | 10 knots |
| Electric Service | 240 volts AC, 3-phase (200 amps) |
| Crew size | 11 |
| Home Port | Duluth, MN |
| Endurance | 990 miles before refueling |

E. Except as otherwise stated in this specification, the ship will be delivered to the contractor's facility with the following maximum drafts and displacements at approximately 50% liquid loading:

| | |
|---|---|
| Forward Draft | 6 feet - 9 inches |
| After Draft | 7 feet - 1 inches |
| Air Draft | 42 feet |
| Displacement | 220 Long Tonnes |

F. A copy of referenced technical manuals may be reviewed on board the ship during the pre-bid inspection or at GLTED-Duluth, 6201 Congdon Blvd, Duluth, MN. 55804, upon request.

EPA_00036799

## 3. Basic Requirements for Dry Docking

All items in this section require completion in a drydock facility.

### 3.1. ITEM 1: Temporary Services at Contractor Facility

References

[ HYPERLINK \l "_TEMPORARY_SERVICES_AT" ], "Temporary Services at Contractor's Facilities"

Government-Furnished Material

None

Requirements

A. Provide all temporary services required in accordance with reference [ HYPERLINK \l "_TEMPORARY_SERVICES_AT" ] with specific emphasis on the following information and requirements:
   1. The ship's crew will make berthing arrangements ashore the day after arrival and return one day before the scheduled departure.
   2. Electric power requirements are 240 volts, AC, 3-phase, 60 hertz, 200 AMP service maximum (75 AMP average load, 25 amp average house load). Ensure the ship's power cable is protected from damage, i.e. running over or overhead clearance from yard vehicles.
   3. Access to fax machine and a room or location on site.
   4. Provide two vehicle parking spaces.
   5. The ship's toilet facilities will be secured, and temporary toilet facilities will be required.
   6. Security service is required. Contract shall provide security guard service during all periods that no contract work is being performed while ship on contractor's facilities.
B. De-fuel ship: Fuel tanks shall be emptied; it shall be pumped off to an on-shore storage tank (facility). The total volume of fuel off loaded will be calculated and presented to the COR. A fuel sample shall be taken at time of off load and before being put back aboard ship. If fuel is contaminated upon return, contractor shall replace with fresh, clean fuel. All tanks shall be wiped clean of debris and/or contaminants.

END OF ITEM

EPA_00036800

3.2 <u>ITEM 2: Drydock and Routine Drydock Work</u>

<u>References</u>
  A. [ HYPERLINK \l "_SCOPE.__This_2" ] "Drydocking and Routine Drydock Work"
  B. [ HYPERLINK \l "Docking" ], "Docking Plan"
  C. [ HYPERLINK \l "Offsets_S5_0_2" ], "Offsets"
  D. [ HYPERLINK \l "Midship_S11_11_1" ], "Midship & Type Sections"

<u>Requirements</u>
  A. Provide drydocking and routine drydock work in accordance with references for (A) routine drydock work and (B) docking plan
  B. The following additional information and requirements apply:
     1. When the ship lands on the keel blocks, prior to hauling the ship out of the water, the Contractor shall ascertain that the blocks are contacting the hull properly and not landing on the bilge keels, sea-chest grates or transducers by utilizing a diver. Once the landing position is satisfactory, hauling out may continue.
     2. Dock master shall review docking plans prior hauling ship and provide a written procedure to the COR.

<u>Quality Assurance</u>
  Provide a Production Schedule for all tasks, for the entirety of shipyard period.

<u>Notes</u>
  References C and D are identified as sources for obtaining information.

<div align="center">END OF ITEM</div>

EPA_00036801

## 4. Requirements for Service and/or Repair at Drydock

All items in this section require completion in a drydock facility. EPA would prefer proposed cost for each item be provided.

### 4.1 ITEM 3: Hull Inspection Ultrasonic Tests

**References**

[ HYPERLINK \l "_SCOPE._This_specification" ], "General Requirements for Ship Repair Contract Work on EPA Ships"

**Government Furnished Materials**

None

**Requirements**

A.  Perform non-destructive tests in select portions of the hull by direction of COR or Chief Engineer with Ultrasonic Test (UT) methods.
B.  Contractor shall conduct/provide up to 200 UT tests at the CORs discretion.
C.  These UT tests will be for thickness gauging, which will require preparations of steel surfaces for accurate UT readings.
D.  The results of the UT readings shall be recorded as follows:
    1.  Prepare a table which lists for each gage reading the location, actual thickness, original thickness, percentage of wastage, and recommendations.
    2.  Prepare schematic diagrams of the shell plating, decks, bulkheads, and other structural members which reflect the approximate location of each reading and the actual reading obtained at each location.
    3.  Restore coating system to that of which existed before the surfaces were prepared.
    4.  Submit 2 copies of tables and diagrams to the COR.

**Quality Assurance**

UT testing equipment shall be calibrated within the past year.

**Notes**

Ship's hull thickness is mostly 0.25", on the bow it is 0.375"

END OF ITEM

EPA_00036802

4.2 <u>ITEM 4: Underwater Hull Coating</u>

**References**

    a.  EPA-000-5, [ HYPERLINK \l "_SCOPE.__This_6" ]

**Government-Furnished Material**

    a.  None

**Requirements**

    A.  Prepare the entire underwater body in accordance with manufacture procedure and coat with as appropriate. Contractor to offer recommendation and consult with COR for the ideal anti-foul under hull paint.

    B.  EPA current hull paint is Sherwin Williams SeaVoyage Copper Free antifouling (AF) paint.  EPA isn't satisfied with this paint and interested in other options.  Hull primer is Sherwin Williams Seaguard 6000 Epoxy. However, EPA is interested in Carboline C-Flex 45 anti-foul.

    C.  Follow manufacture's recommendations for paint storage, preparation, application, Dry Film Thickness (DFT), and planned undocking time.

    D.  The following additional requirements apply:

        1.  Remove and install the hull zincs as interferences. Note the location and number of the hull zincs prior to removal.

        2.  Remove and install the stern rubber bumper pad, located between the port and starboard bumper pipes, as interferences.  Clean the rubber bumper pad of all growth and debris prior to installation.

        3.  Coat  bulbous bow and draft marks with a contrasting top coat color (e.g., white within the black boot top).

        4.  Surface paint remove/preparation shall be limited as possible. The use of sand blasting to white metal is to be avoided.  Remove anti-foulant (ablative) to primer, then add one coat of primer and 2 coats of anti-foulant or by manufactures recommendations.

        5.  Bilge blocks shall be shifted to allow all their contact areas to be prepared and painted.  The Dockmaster shall be consulted to determine the sequence of shifting blocks.  Keel blocks need not be shifted unless otherwise specified.

        6.  Prior to any surface preparation, all sea chests strainer plates shall be removed and all hull openings, transducers, anodes, waster pieces, bearings, stern tube openings, propellers shall be plugged, covered and otherwise protected from damage or contamination during surface preparation and coating application.

        7.  Drain plug for bulbous bow removed.  Replace if no water present.

EPA_00036803

**Quality Assurance**

    A.  Follow paint manufactures recommendations and paint representative shall be on site when applying paint.

    B.  If shipyard period extends to late October or November, contractor shall plan to complete the hull paint before the manufactures minimum recommended temperature and humidity for over-night lows.

**Notes**

    A.  The top edge of the existing 3-foot wide parabolic boot top is marked with 2-inch long welds on 6 foot centers.

    B.  The finish layer of anti-foul paint shall be black and alternated with red (i.e. Primer, Red AF, Black AF).

    C.  The current paint scheme was installed September 2019 using the Sherwin Williams Seaguard 6000 Epoxy primer and SeaVoyage Copper Free Anti-Foulant coating system. However, EPA is open to other coatings available.

    D.  Estimated square footage of surface areas to be painted:

        a.  Hull, under – 3050 square foot

    E.  Provide COR with a "Paint Plan" prior to painting a minimum of 2 weeks in advance.  The COR shall be present during painting.

> **Commented [MS1]:** Keep or not?  Should we have it broke out for what sqft is for primer and for finish paint?

END OF ITEM

EPA_00036804

<u>4.3 ITEM 5: Hull and Superstructure Paint</u>

**References**

    a.   [ HYPERLINK \l "_SCOPE.__This" ], "Coating Systems for Steel Surfaces

**Government Furnished Materials**

    a.   None

**Requirement**

A. Prepare ship for blasting by removal of all items that are on deck or on bulkheads, to be able to get under or behind. There will be some items that should not be moved, these can be identified with ships representative and recorded in CFR.
B. Take note of painted/vinyl decal/placard signage with location and replace after final finish coat is cured.
C. Paint the ship's exterior hull from boot top to superstructure with a recommended and marine coatings. Exclude painting cranes, A-frame, and deck equipment.
D. Remove paint on hull to near white with the best media, recommended.
E. Prime and paint surfaces with the recommended primer(s) and finish coats with a recommended protective and marine coatings. Application of new finish paint shall be of previous color and finish (i.e. semi-gloss, flat black, etc). Protect from overspray on other colors, equipment and glass.
F. Prior to blasting, seal all intakes, vents, windows and secure air handling systems prior to surface preparation and painting.
G. After last coat of finish paint has cured, remove all protections install prior to blasting.
H. Estimated square footage of surface area to be prepared and coated:
    1. Superstructure – 1350 square foot
    2. Hull, above boot top to top of bulwark – 1750 square foot
    3. Decks – 2000 square foot

**Quality Assurance**

A. Ship surfaces prepared to properly accept paint.
B. Paint applied according to manufacture recommendations.
C. After paint is cured, inspect for complete coverage and/or apply touch up paint to areas not covered.
D. Paint representative shall approve atmospheric conditions prior to paint application.

**Notes**

- Estimate shall include one coat of primer and two coats of finish, new vinyl decals for ships name (port/Starboard), agency name (port/starboard), and imagery of Great Lakes (port/starboard).

Page **11** of **140**

END OF ITEM

EPA_00036806

## 4.4 ITEM 6: Tailshafts & Bearing Inspection & Repairs

**References**

- A. [ HYPERLINK \l "_SCOPE._This_specification_1" ], "Propulsion Shafts and Propellers"
- B. [ HYPERLINK \l "Inboard_shaft_bearing" ], "Inboard Stern Tube Bearing & Stuffing Box"
- C. [ HYPERLINK \l "Shafting_S43_1_1" ], "Shafting, Coupling, Stern Tube and Bearing – Arrangement and Details"
- D. [ HYPERLINK \l "_Attachment_10:_Wartsila" ], GA OF WFS1R-P Enviroguard Seal, 4.25" MOD 4.375"

**Government-Furnished Material**

- a. None

**Requirements**

- A. Perform the following work on the port and starboard propeller, stern tubes, and tail shafts in accordance with reference A
- B. When drydocked, remove from the ship to an inside shop facility.
- C. Perform the "In-shop Inspection of Propulsion Shaft" outlined in reference A, section Propulsion Shaft Removal and Reinstallation
- D. Using a micrometer, measure the shaft bearing area diameters at four locations along the length of bearing area. Compare the shaft bearing area dimensions for respective new bearings.
- E. Install the port and starboard tail shafts in their original locations.
- F. If needed, Weld build up the packing gland area on the port and starboard tail shafts. Machine the packing gland area to provide the proper clearance between the shaft and the bearing.
- G. Guage shaft bearings (4) at struts and through hulls and provide measurements to COR. The shaft diameter is 4 3/8" diameter, reference C. Bearing measurements exceeding 0.020" shall be replaced.
- H. Match mark the port and starboard shaft seals and remove the shaft seals from the ship to the shop.
- I. Follow service procedures for Wartsila dripless shaft seals.
  1. Clean the shaft seals of all growth, debris, and foreign material.
  2. Inspect the shaft seals for damage and excessive wear that may affect their performance.
  3. Install new shaft seals using new seats (non-split), "O" cords, and face seals.
- J. After completion of all other associated work, install the port and starboard propellers in their original positions, as per EPA procedure

**Quality Assurance**

- a. Perform a one-hour Dock Trial and four-hour Sea Trial of the propulsion 8shafting system. Inspect tail shaft seals for leaks.

EPA_00036807

**Notes**

A. Tail shafts are AGUMET 22 material. There are no liners and no fiberglass reinforced plastic coverings on these tail shafts.
B. Do not use pipe wrench to turn propulsion shafts or tools that will leave tool marks.
C. References (b) and (c) are listed as sources for obtaining information.
D. Wartsila Service Kit A 4" PSE H76214/5/4", Rubber Kit for 4" PSE Kit
E. Careful handling of the Wartsila Seats (Silicon Carbide) as not "chip" the surface during installation.

END OF ITEM

EPA_00036808

4.5 <u>ITEM 7:  Kort Nozzles Re-line Cavitation Band</u>

**References**

[ HYPERLINK \l "Docking" ], Docking Plan

**Government Furnished Material**

None

**Requirement**

A. Ship has 2 Kort Nozzles surrounding the propellers.  Usually requires patching.
B. While props off, sandblast off the old Belzona material to white metal.
C. Blow off debris and keep clean until new Belzona or equivalent is reapplied.
D. The new filler, shall have an approximate propeller clearance of 0.25" to 0.375".
E. The cavitation band is 10" wide.
F. Filler shall be applied as uniform as possible.

**Optionally**

A. Do not use filler, but Install a stainless steel band for each nozzle.
B. Shall be same width, thickness shall be minimal as possible.  Thus to reduce the amount of grinding out previous lag welds and high spots to fit in new liner.

**Quality Assurance**

A. If going with stainless steel bands, measure prop clearances to ensure band diameter gives proper clearance when installed.
B. Check clearances of either material after props are installed for clean clearance, by rotating full 360º and measuring clearance.
C. Reference RU-S07-1-1_1, Docking Plan has detail on the nozzles and props.

**Notes**

A.  Provide cost proposal for each method for repairing the cavitation band.

END OF ITEM

EPA_00036809

## 4.6 ITEM 8: Polish and Tune Propellers

**References**

    A.  [ HYPERLINK \l "_SCOPE._This_specification_1" ], "Propulsion Shafts and Propellers"

**Government Furnished Materials**

    A.  Ship Propellers

**Requirement**

    A.  Remove propellers as per reference A.
    B.  Inspect propellers and provide with condition report.
    C.  Carefully crate or prepare each propeller for shipping to shop.
    D.  Each propeller shall be polished and tuned to Class 1.
    E.  Provide class documentation or condition report for each propeller.
    F.  Re-install propellers per reference A., section Propeller Installation.
    G.  Provide inspection and class documentation report to COR.
    H.  Installation of propellers must be witnessed by COR.

**Quality Assurance**

    A.  Provide inspection and class documentation report to COR.
    B.  Blue testing and Installation of propellers must be witnessed by COR

**Notes**

    A.  Vessel has kort nozzles.
    B.  Propellers currently on ship are Class 1 tuned.
    C.  Ship has a spare set of propellers, if needed

END OF ITEM

EPA_00036810

4.7 <u>ITEM 9:  Propeller line protection, new line cutters</u>

**References**

[ HYPERLINK \l "Shafting_S43_1_1" ], "Shafting, Coupling, Stern Tube and Bearing – Arrangement and Details"

**Government Furnished Materials**

None

**Requirement**

A. Upgrade the shaft protection with new line cutters.  Currently has cones welded on to stern tube.
B. Provide EPA with a line cutter system that would work on the ships stern tubes and struts arrangement.
C. If not possible to install line cutters, then contractor shall replace the old cone protectors with new ones.

**Quality Assurance**

A. Must be functional without causing damage to shaft and strut bearing.

**Notes**

None

<div align="center">END OF ITEM</div>

EPA_00036811

## 4.8 ITEM 10: Inspect/Service/Repair Through Hull Valves

**References**

    A. [ HYPERLINK \l "Valves" ]
    B. EPA-000-6, [ HYPERLINK \l "_SCOPE.__This_7" ]

**Government Furnished Material**

    None

**Requirements**

    A. Inspect all through hull valves in the ships two seachests (high and low) and overboard discharges.
    B. Provide to COR a CFR for the recommendations for repair or replace.
    C. Install valves after servicing
    D. Provide a list of the valves repaired and replaced.

**Quality Assurance**

    Test or check valves to ensure they hold back sea water and/or don't leak.

**Notes**

    None

END OF ITEM

EPA_00036812

## 5. Requirements for Service and/or Repair not requiring Dry Dock.

Items in this section do not require drydock and may be completed in drydock, shipyard (at contractor facility on water), or at home dock of EPA Vessel (EPA Facility on water). This should allow for flexibility in completing items and reduce time in drydock for contractor. EPA requests individual cost estimates for each service. Cost estimates for some ITEMS may be paired because of their similarity in service or connected service location (this will be indicated in the NOTES section of each ITEM). For items with inspection and then potential repair/replacement, cost estimate should be provided separately, with repair/replacement costs requiring additional consultation and confirmation with COR for go-ahead approval.

### 5.1 ITEM 11: Rudder Steering Gear Service

**References**
- A. NOAA Ship RUDE Manual 195-S22-1-13, "Rotary Vane Hydraulic Steering Motor"
- B. [ HYPERLINK \l "S22_1_1" ], "Steering Gear Arrangement, Details & Foundations"
- C. NOAA Ship RUDE Drawing 195-S22-1-2, "Rudders, Rudder Stocks and Carriers" (not electronic)
- D. [ HYPERLINK \l "S11_4_1" ], "Flat & V.C.K. Side Girders, Stem, Forepeak Framing & Skeg"

**Government-Furnished Material**
none

**Requirements**
- A. Service rotary vanes,
  - a. The desired time of rudder movement from 35 degrees port to 35 degrees starboard is 12-15 second on the primary pump. 18-22 seconds on the secondary.
- B. Service thru-hull shaft seals and bushings.
- C. Hydraulic hoses inspected and/or replaced.
- D. Service steering pumps
  - a. Service or replace primary steering pump as it may be at the end of service life.

EPA_00036813

E.  Modify valving between primary and secondary pump to include check-valves installed between tanks so that in an emergency the system can be changed between pumps
F.  Install new inline hydraulic filters for each steering unit. Systems have no filtration, as of current.
   a.  Hydraulic filters should be installed on pumps in a way to not impede fluid flow.

## Quality Assurance

A.  No hydraulic oil leaks on either unit.
B.  Meets requirements in part A.a
C.  Rudder range from "stop to stop" tested before refloated.  Rudders shall stop before touching the hull affixed stops.
D.  Rudder time shall not exceed 28 seconds going from 35º port to starboard 30º when at full speed (46 CFR 182.610).

## Notes

The steering motors are Frydenbo Rotary Vane Hydraulic Steering Motors.


END OF ITEM

EPA_00036814

## 5.2 ITEM 12: Reduction Gear Service

**References**

    Engineering Manual

**Government Furnished Material**

    None

**Requirement**

A. Inspect ship's two reduction gears for shaft propulsion. These are Twin Disc MG-521 models, 3:1 ratio. One is counter rotating.
   a. Both units appear to operating properly, oil temperatures are normal and oil analysis, are within specification. It is unknown when the last time these units were inspected by qualified representative. Last known overhauled was 2001.
   b. The starboard gear makes more noise/chattering during clutch in and while operating underway. There is a noticeable wobble in the ship while underway
B. Rebuild both starboard and port reduction gears.
   a. Request contractor provide a cost for inspection and rebuild for both reduction gears
   b. rebuild needs to happen before further sailing.
C. Installed shaft breaks on the ship prior to rebuild of reduction gears
D. Once inspections on each gear are completed and/or rebuilt, reinstall and check alignment to shafts. Tolerance should be no more than 0.004".
E. Once reduction gear/engine are aligned, set new chalk fast for each.

**Quality Assurance**

A. Provide an inspection report to the COR
B. Reduction gear is aligned with shafts, as per USCG/ABS specifications.

> Commented [MS2]: Ask Carl

**Notes**

A. EPA has been in contact with Twin Disc and will provide contact information and additional information.
B. A rebuild of gears is due soon with the hours of ~7000. The starboard gear runs at a lower oil pressure of 170/180psi which has been recorded as far back as 2017 the minimum cruising oil pressure on the gear box tag is 165 compared to the port gear box which runs at 190/200 psi. The service manual states from original spec 190/210 psi is what the gear should run rebuilt or new from the factory.
C. When the reduction gears are out, the ships oil pan (No 13) are much more accessible. Replace both oil pan seals and rear main seals. (items should be done in concurrence with this reduction gear service)

<div align="center">END OF ITEM</div>

EPA_00036815

## 5.3 ITEM 13:  Main Engines Oil Pan Gaskets and Rear Main Seals

**References**

>Cummins Manual, KT-19H

**Government Furnished Material**

>None

**Requirement**

>A.  Renew the oil pan gasket for each main engine.
>>a.  Both main engines oil pans leak at the gasket.
>B.  Renew rear main seals
>C.  May require raising engine to drop oil pan.  There is 3 inches from bottom of pan to the bilge.  Government prefers the least evasive method possible.  Such as, install new gaskets without moving the engines.
>>a.  See notes about performing this task along with item 12 (reduction gear service) for better access to rear seals and oil pan.
>D.  If it is required to move the engines, inform the government of procedure, time, and cost.
>>1.  Re-install shall require new chalk-fast
>>2.  Re-alignment engines/reduction gear to shafting.
>>3.  Installation of any/all of removed auxiliary equipment.

**Quality Assurance**

>A.  If engines are moved; re-align with shafts, tolerance specification to follow.
>B.  Operate engines when complete, check for no leaks at new gasket and other connected systems if removed.
>C.  Engine shaft alignment shall follow recommended guidelines as per USCG/ABS standards.

**Notes**

>When the reduction gears are out (item 12), the ships oil pan and rear main seals are much more accessible. Replace both oil pan seals and rear main seals. (items should be done in concurrence with this reduction gear service)

>END OF ITEM

EPA_00036816

## 5.4 ITEM 14: Potable Water Tank

**References**

    A. [ HYPERLINK \l "Floors_frames_195_S11_3_1" ], "Floors & Frames"
    B. [ HYPERLINK \l "GenArrgt_195_S33_0_1" ] "Gen Arrangement – Tank Top "B" Deck, Messing Flat "C" Deck & Platform "D" Deck"
    C. [ HYPERLINK \l "_SCOPE._This_specification" ], "General Requirements for Ship Repair Contract Work on EPA Ships"

**Government-Furnished Material**

    none

**Requirements**

    A. Potable water tank is approximately 10' wide, providing a large area for free surface affect.  It is the EPA intent to minimize moment of water movement for stability.
    B. Inspect, clean, renew suction line, add baffle, and repaint.
    C. Prepare center potable tank for entry
        1. Dewater to lowest pickup point
        2. Open manway and ventilate.
        3. Obtain gas-free certificate and post daily test log
    D. Remove and replace suction line and replace with stainless steel.
    E. Install baffle on the centerline
        1. This baffle shall be a removable, bolt on/off sheet of steel.
        2. It shall span the width of tank and be one foot from top and bottom of tank.  Unless recommended by a naval architect of alternate method.
    F. Remove all paint to white metal and repaint with an approved paint for potable water tanks.
    G. Once paint has cured based upon manufacture requirements.
        1. Install tank cover with new sealing gasket
        2. Fill tank full of clean potable water.
        3. Allow to set for 3 days, then remove.
        4. Refill with new fresh potable water after ship is refloated.

**Quality Assurance**

    A. Follow paint manufacture recommended application and curing procedures
    B. Prove COR with product information.
    C. Provide as built drawings.

**Notes**

    None

<div align="center">END OF ITEM</div>

EPA_00036817

## 5.5 ITEM 15:  Service Fuel Tank, Renew Deck hatch and deck ring

**References**

    A.  [ HYPERLINK \l "GenArrgt_S9_0_1" ], "General Arrangement & Inboard Profile"

    B.  [ HYPERLINK \l "_SCOPE._This_specification" ], "General Requirements for Ship Repair Contract Work on EPA Ships"

**Government Furnished Materials**

    None

**Requirement**

    A.  Deck hatch access to the Service Fuel Tank needs the hatch ring replaced with new.

        1.  Defuel, clean, and gas free.
        2.  The current tank access deck ring bolt threads are bad on several and are using Helicoils.
        3.  Cut out old deck ring, careful to preserve as much of the deck as possible.
        4.  New deck ring must not have the bolt holes cut through the ring, into tank.
        5.  Ring sized 18x24 opening.
        6.  Ring thickness no less than ¾".
        7.  The cover plate shall be flush to the deck, with full gasket compatible with fuel oil.
        8.  Ring welded in place.
        9.  Bolts shall be countersunk flush to deck, stainless and Hex drive.
      10.  Use anti-seize on all hardware.
      11.  Prime and finish paint cover plate.  Do not apply paint on the bolts, tape off to keep paint out of hex drive.

**Quality Assurance**

    A.  Secure cover plate to newly installed deck ring and perform pressure test.

    B.  As per reference, EPA Standard Specification EPA-000-1, "General Requirements for Ship Repair Contract Work on EPA Ships",

    C.  Clean tank of all debris before closing up.

**Notes**

    A.  Old deck cover and ring appears to be shop made and is a non-standard bolt pattern.

<div align="center">END OF ITEM</div>

EPA_00036818

## 5.6 ITEM 16:  Chemical Hygiene Tank Clean and inspection

**References**

     A.  [ HYPERLINK \l "_SCOPE.__This" ]
     B.  [ HYPERLINK \l "_SCOPE._This_specification" ], "General Requirements for Ship Repair Contract Work on EPA Ships"

**Government Furnished Materials**

     None

**Requirement**

     A.  The Chemical Hygiene Tank shall be cleaned, inspected and sensors cleaned.
        1. The Chemical Hygiene Tank (CHT)shall be pumped out on arrival to shipyard.  It can be flushed with lake water.
        2. Once pumped out, open both hatches located on galley deck, under mastic flooring.  These two bolted hatches allow access to both sides of the tank.
        3. Under the starboard side hatch is the "high-level" float switch.  This shall be cleaned and inspected for condition.
        4. The automatic pump shut-off float switch shall be cleaned and inspected in same manner.  It is located near the high-level float.
        5. Inspect and clean the GEMS tank level indicator.  Then test to see if it is working properly, as it doesn't provide proper level readings.  The installed unit is an RLI-G Wave Guided Radar liquid level sensor.
        6. Protect galley tile flooring with a covering as per Reference B
        7. Inspect paint for defects.
           i. If defects are less than 10% of total surface area (roughly 53 ft$^3$), prepare those areas for new paint.
           ii. Apply per manufacture recommendation for this tank's service need.  Approximately 536 ft$^2$ of total surface area.  Provide cost for paint touch up.
           iii. Finish coat shall be of same color of existing.
        8. If defects exceed 10%, entire tank shall be sand blasted and repainted.
        9. Provide COR with CFR before proceeding with work, exceeding 10% tough up.  Finish coat shall be white.
        10. Follow guidelines recommended in reference A for CHT/MSD tanks (STL-5).
           i. Provide barriers preventing sand blast dust and media from entering the galley area.
        11. To include, provide EPA with cost estimate in proposal based upon total surface area, as an option if Requirement 8 is needed.
     B.  Identify bilge suction piping to CHT tank and correlating engine room valves.
     C.  Inspect bilge piping running through tank.

EPA_00036819

**Quality Assurance**
A. Float switches are operating properly and not flooded. The high-level float shall be tested and witnessed by COR for sounding alarm at ~90% full tank, by lifting by hand.
B. Disposal of CHT contents (sewage, water, cleaning material and other media) per state and federal regulation.
C. Protect equipment and galley tile floor.
D. New paint shall be equivalent to existing and to tank service needs.
E. Inspect tank cover seals for good condition, replace if not. Re-install the cover plates and gaskets.
F. Re-install the deck material back over the tank covers.

**Notes**
Plan to have at least 7 days of drying time from last coat of paint before liquids are added to tank.
END OF ITEM

## 5.7 ITEM 17:  New Chemical Hygiene Tank Pump

**References**
A. Drawing# 1050-28-P04, "[ HYPERLINK \l "CHT_pump" ]
B. Drawing# 1050-28-E01, "[ HYPERLINK \l "CHT_Schematic" ]"
C. [ HYPERLINK \l "_SCOPE.__This_5" ]

**Government Furnished Materials**
None

**Requirement**
Replacing Chemical Hygiene Tank pump with higher capacity pump
A. Need a new pump that has a high-volume pump capacity, minimum 60GPM.
a. Increase from current 20GPM to at least 60GPM.
B. Transfer piping is 2" Schedule 40, but the current pump has small ports, 1 inch. Vendor supply pump that closer matches piping size.
C. Pump shall have capability to macerate or serve as trash pump.
D. Pump should be able to push out CHT tank without any additional vacuum.

**Quality Assurance**
Update CAD drawings

**Notes**
Current unit is Oberdorfer 406M 04N95, macerator pump, 3ph, 1hp, 230vac, 4.2amp
END OF ITEM

EPA_00036820

## 5.8 ITEM 18:  Repair Rusted Bulkhead in Laundry Room

**References**
> None

**Government Furnished Material**
> None

**Requirement**
> Rusted bulkhead in laundry room area needs deteriorated steel cropped out and replaced with new.
>
> A.  The bulkhead isn't a watertight, but a separation to another space within same compartment.  The rusted area will require and estimated 4 square foot to replace.
> B.  The rust is at the deck level, behind the ladder used to enter the compartment. The below the deck is a double bottom void.  Entry ladder will need to be moved to gain better access to bulkhead.
> C.  A float switch for bilge alarm system is located next to work area and secured to the entry ladder.  It will need to be moved out of way during work.  Secure bilge alarm during this work.
> D.  Compartment services as ship laundry, workshop and storage.
> E.  It appears that some of the Terrazzo flooring would need to be disturbed to complete repair and ladder removed to access location.
> F.  Certify void and space for gas free.  Keep posted and checked daily until work item is completed.
> G.  Test welds for no pin holes if the double bottom space is disturbed.
> H.  Repaint to existing finish and matching deck covering.

**Quality Assurance**
> A.  No pin holes in welds to the double bottom void.
> B.  Activate bilge alarm panel once all work is completed and test the float switch that was affected.

**Notes**
> None

<div align="center">END OF ITEM</div>

EPA_00036821

## 5.9 ITEM 19: Workshop Rusty Hull, Inspected, repaired

**References**

    A.  [ HYPERLINK \l "_SCOPE._This_specification" ]
    B.  [ HYPERLINK \l "GenArrgt_S9_0_1" ]

**Government Furnished Materials**

    None

**Requirement**

    A.  Inspect inner hull area in workshop for watertight integrity
        a.  The inner hull area within the ship's workshop space is fairly rusted.
        b.  There are storage cabinets and tools that will need to be removed to gain better access to problem area.
    B.  If area is watertight leave as is.
    C.  If area is <u>not</u> watertight repair area to retain watertight integrity
        a.  Contractor shall put up dust barriers to keep dust and debris in the work area and protect surrounding spaces from excess dusting.
        b.  Clean area of dust and debris

**Quality Assurance**

    Provide CFRs for conditions observed before and after repair.

**Notes**

    Tools and supplies will be removed from area before ship is delivered to shipyard. However, if this cannot be done, then those items shall be located off ship in a secure place.

<div align="center">END OF ITEM</div>

EPA_00036822

5.10 ITEM 20:  Deck Crane Hydraulic lines

**References**
- A. Melcal Manual
- B. [ HYPERLINK \l "Crane" ]

**Government Furnished Materials**
None

**Requirement**
- A. Replace all soft hydraulic hoses between the crane base with stainless steel lines.
- B. Replace the soft lines from the crane base to the control stand.  Stand is above crane on the 01 deck.
- C. The new pipe lines shall be Stainless Steel 316L, see Melcal Crane Hydraulics for sizes.  There are 12 control lines, one high pressure supply, and 2 return lines.
- D. The hose fittings are BSPP carbon steel.  These BSPP fittings are at the crane base and at control stand.
- E. Pipe lines shall be run in an organized/compact method from the base to the control stand, where it doesn't interfere with other equipment.
- F. Pipe lines shall be supported with brackets or bulkhead offsets and secured with flexible mounts to allow for expansion.
  - a. Support spacing shall be no less than 36" or recommended by piping size.
  - b. The lines from the crane base to the bulkhead shall have a protective frame or grate cover to protect from items dropping on them or being stepped on.  Shall be mounted with bolts to allow access to servicing the system.
- G. The supply and return lines pass through ship's main deck into the engine room.
  - a. The hoses in the engine room shall be replaced with welded pipe as well going to pump and reservoir tank.
  - b. Flex hose shall be used between hard lines and equipment/machinery.
- H. Maximum working pressure is 300 bar.
- I. All new lines, will be blown out with clean compressed air twice before attaching to equipment. They also shall be hydrostatically tested to 1.5 time working pressure.
- J. Place caps or plugs on the fittings when the hoses are removed, to keep lines clean.
- K. After install of all new lines, energize the hydraulic system, allow for the oil to make its way through controls and check for leaks.  If no leaks, allow crane to run for 30 minutes, then began to operate, to flush out air.

EPA_00036823

**Quality Assurance**
    A.  Make very certain, no debris is in the new lines before installation.
    B.  Operate crane through all functions several times to get air out.
    C.  Perform a heavy lift or dyno at 2000 pounds and recheck new lines.

**Notes**
    A.  See ITEM 21 – inspection/replacement of hydraulic lines for crane should be done in conjunction with the repair/reconditioning of deck crane base.
    B.  The crane lines not being replaced should be inspected. Any other lines failing to pass inspection should be replaced. A quote shall be provided for additional replacement items.
                END OF ITEM

## 5.11 ITEM 21:  Deck Crane, Deck Base Recondition

**References**
    [ HYPERLINK \l "BasePlate" ].

**Government Furnished Materials**
    None

**Requirement**
    A.  Deck crane base has some wasted or thin metal on the upper portions of the base.
    B.  Base on the main deck and weld to hull.  It has a sub-base for the crane.
    C.  Removal of deck crane and sub-base maybe required.  The crane weighs 6000#.
    D.  Evaluate upper steel parts of the deck base
          a.  Base has thinned due to flaked off rusty section on the underneath.
          b.  determine if those sections need to be replaced.
    E.  Renew the steel as per naval architect's recommendations.
    F.  Use all new bolts for re-install, with same grade as found.
    G.  Prime and finish paint any disturbed areas not accessible before sub-base goes back on.
    H.  Prime and finish paint when done, with Glossy Black epoxy.

**Quality Assurance**
    A.  Crane is removed carefully without damage and installed the same.
    B.  Check hydraulic fittings for leaks after re-install.

**Notes**
    1.  See ITEM 20 – inspection/replacement of hydraulic lines for crane should be done in conjunction with the repair/reconditioning of deck crane base.
                END OF ITEM

EPA_00036824

### 5.12 ITEM 22:  Portholes (4), remove, recondition, paint

**References**

    A.  [ HYPERLINK \l "_SCOPE.__This" ]
    B.  [ HYPERLINK \l "_SCOPE._This_specification" ], "General Requirements for Ship Repair Contract Work on EPA Ships"

**Government Furnished Materials**

    None

**Requirement**

    A.  There are 4 ports, one in each port and starboard berths and 2 in the forward berth (port/starboard).  They shall be removed and placed in a location to be free from loss and damage.  Each portlight shall be cleaned and new seals installed.  Brand and Model is unknown.
    B.  Porthole deadlights in crew berths need removed to recondition and preserve hull.
    C.  The hull from which the portlight(s) was removed, shall be descaled or reconditioned, and repainted.
    D.  Once the portlights are reconditioned and hull paint is cured, reinstall with new hardware.  Provide sealant on hull frame to prevent water from penetrating behind the portlight frame.
    E.  Shall be free of leaks.

**Quality Assurance**

    Conduct a water test to check for leaks. Per Reference EPA Standard Specification EPA-000-1, "General Requirements for Ship Repair Contract Work on EPA Ships",

**Notes**

    Provide to COR product information of the portlight if replaced with new.

<div align="center">END OF ITEM</div>

EPA_00036825

## 6.  OPTIONAL TASK

Items listed in this section are optional and may be requested for completion by the COR during the course of the associate contract period of performance. Items in this section do not require drydock and may be completed in drydock, shipyard (at contractor facility on water), or at home dock of EPA Vessel (EPA Facility on water). This should allow for flexibility in completing items and reduce time in drydock for contractor.  EPA requests individual cost estimates for each service. Cost estimates for some ITEMS may be paired because of their similarity in service or connected service location (this will be indicated in the NOTES section of each ITEM).  For items with inspection and then potential repair/replacement, cost estimate should be provided separately, with repair/replacement costs requiring additional consultation and confirmation with COR for go-ahead approval.

### 6.1 ITEM 23: Engine Room Air Supply Trunk

**References**

    A. EPA Standard Specification EPA-000-3, "Coating Systems for Steel Surfaces"

**Government Furnished Material**

    None

**Requirement**

The interior walls of Air Supply trunk to engine room requires surface reconditioning for peeling paint and rusted areas.

    A. Air Supply trunk system is in poor condition.  Will need to be cleaned, descaled, and repainted.
    B. Ducting from the trunk within the engine room will also need to be cleaned, descaled, and repainted trunk.
    C. Prior to any work on the trunk or ducts, fully cover (protect) all machinery, Switch Gear, and Boiler from dust, debris and paint overspray.
    D. If sandblasting is used to descale, contractor is required to fully contain dust from entering the machinery space and crew berths adjacent to the air trunk.
    E. Engine room ducts will need new screens on the ends.  They will also need to have hinged closures or made to have covers to block air movement, for winterization.
    F. Painted with one coat of primer and two coats of finish using epoxy paint. Color shall be white.

**Page 32 of 140**

G. Inspect the supply fan for condition (i.e. alignment, wiring, bearings, etc). Provide CFR to COR.

**Quality Assurance**
A. No dust enters machinery space or berths.
B. Supply fan is fully functional for continued service.

**Notes**
None

<div align="center">END OF ITEM</div>

## 6.2 ITEM 24: Engine Room Valves Service

**References**
A. Machinery Manual
B. [ HYPERLINK \l "_SCOPE._This_3" ]
C. [ HYPERLINK \l "Valves" ], Ship Engine Room

**Government Furnished Material**
None

**Requirement**
A. All valves in the engine room machinery space inspected, reconditioned or replaced.
    a. Ship's engineer has determined, only a few butterfly valves in the raw system near the seachest need to be replaced. The rest of the engine room gate valves are in good condition.
    b. some of the valves on the lines in the engine room are missing handles and are stiff to operate.
B. If contractor determines that renewing a valve would be more beneficial to replace with new and would save the government time and money, they shall provide the government the costs and if after award, submit a CFR to COR.

**Quality Assurance**
Follow guidelines listed in reference Valve overhaul test EPA-000-6

**Notes**
A. Ship's engineer can assist with identifying valves to be serviced.
B. Most of the valves are gate valves, with ball, globe and butterfly.
C. Valve sizes vary from ½" to 5"

<div align="center">END OF ITEM</div>

EPA_00036827

## 6.3 ITEM 25:  Exhaust Pipe inspection

**References**

    A. [ HYPERLINK \l "_SCOPE._This_specification" ], "General Requirements for Ship Repair Contract Work on EPA Ships"
    B. [ HYPERLINK \l "_SCOPE._This_1" ]
    C. Asbestos Survey EPA BOAT.pdf (not electronic)

**Government Furnished Materials**

    None

**Requirement**

    A. Inspect the ship's exhaust piping and mufflers for the main engines, generators, and boiler.
        a. Remove all the lagging from the engines exhausting system, from turbos up through the funnel.  The old lagging that is white shall be disposed of properly.
        b. Inspect the exhaust piping for leaks, holes, cracks, etc.  Provide CFR to COR on findings.
        c. If repairs are required, provide COR with a Change Request, referencing the CFR with cost estimates to repair.
        d. Renew all junctions with new gaskets and hardware.
        e. Once exhaust piping is repaired/inspected, perform a smoke test to check for leaks, with COR witnessing.  Provide COR 24 hours notice before test.
        f. Install new lagging insulation on exhaust pipes.  Preferably, removable type.
    B. If asbestos work is required, work should be completed in shipyard or at EPA vessel dock (Montreal pier ).

**Quality Assurance**

    A. Any repairs and new gaskets shall pass a smoke test and be free of leaks.
    B. All new lagging shall fully cover piping to prevent burns if touched and insulate from heat.

**Notes**

    None

END OF ITEM

EPA_00036828

## 6.4 ITEM 26: Inspect Deck Gooseneck Vents

**References**

    A.  [ HYPERLINK \l "_SCOPE.__This" ]
    B.  EPA-000-1, "[ HYPERLINK \l "_SCOPE._This_specification" ]

**Government Furnished Materials**

    None

**Requirement**

    A.  Inspect ships gooseneck vent for watertightness.
        a.  Each closure shall be able to provide a water-tight seal when closed and latched.
    B.  Repair/replace (lowest cost option) any non-watertight gooseneck vent
        a.  Repair/Replace goosenecks with a galvanized material.
    C.  Replace fuel vent gooseneck
    D.  For replacement, remove the goosenecks at deck line and inspect the down pipe for further deterioration or clogging.  If down pipe appears to need replacement, provide a CFR to COR

**Quality Assurance**

    Follow guidance for paint as listed in reference A.

**Notes**

    Plan to complete renewal before finishing the deck coating.

<div align="center">END OF ITEM</div>

EPA_00036829

6.5 <u>ITEM 27: Anchor Chain Service</u>

**References**

    A. [ HYPERLINK \l "_SCOPE.__This_4" ], "Inspection and Preservation of Ground Tackle"

**Government Furnished Materials**

    450 feet of ¾" stud link chain (5 shots) and 5 Kenter links.

**Requirement**

    A. Ship has two anchors and chains, needing inspection, cleaning and repaint.
    B. Each chain is 5 shots of ¾" Stud link Grade 2.
    C. There are 5 Kenter Links, non-welded.
    D. Anchors are 500 pounds, each.
    E. Markings shall be painted as per reference, Ground Tackle EPA-009
    F. Only the port anchor chain will require inspection and tests. The starboard anchor chain shall be removed and disposed. EPA to provide with new Starboard chain. However, the new chain shall be cleaned and painted.
    G. Clean anchor bin, sandblast to near white and repaint.

**Quality Assurance**

    A. Painting shall follow manufactures recommendations, for atmospheric conditions.
    B. Provide to COR inspection measurements CFR for port chain.

**Notes**

    A. New chain for starboard will be brought aboard ship, it will require cleaning and painting.

<center>END OF ITEM</center>

EPA_00036830

6.6 <u>ITEM 28:  Mooring Cleats Mount Repair</u>

**References**

    A.  [ HYPERLINK \l "_Attachment_23:_Mooring" ] picture
    B.  [ HYPERLINK \l "_SCOPE._This_specification" ], "General Requirements for Ship Repair Contract Work on EPA Ships"

**Government Furnished Materials**

    None

**Requirement**

    The mooring cleats (horns) mounted on bow requires new steel on the bases.
    A.  Both port and starboard mooring cleat mounts are rusted through the plates that hold them in position off the deck.  These are mount in such a manner to allow water to flow under them.
    B.  They are sheets of steel that are 1/2" thick, by 25"x12", plate that will need to be cropped out and replaced with new.
    C.  Protect gear below the cleat work, below deck.  Space below is the forepeak with some gear storage.
    D.  Once work is done, clean and repaint overhead in forepeak where the cleats were repaired.

**Quality Assurance**

    None

**Notes**

    None

EPA_00036831

6.7 <u>ITEM 29:  Replace seals on all deck hatches</u>

**References**
    A.  [ HYPERLINK \l "_SCOPE._This_specification" ] "General Requirements for Ship Repair Contract Work on EPA Ships"
    B.  [ HYPERLINK \l "GenArrgt_S9_0_1" ], "General Arrangement & Inboard Profile"

**Government Furnished Materials**
    None

**Requirement**
    A.  Ship has 5 deck hatches that need new rubber seals.
    B.  Replace all the seals in the deck hatches that contact the knife edge of the coaming with new equivalent material.
    C.  Hatches shall close properly and maintain a watertight seal.
    D.  Adjustment to dogs and handles maybe required.

**Quality Assurance**
    Pass a hose test. Per Reference EPA Standard Specification EPA-000-1, "General Requirements for Ship Repair Contract Work on EPA Ships",

**Notes**
    None

<div align="center">END OF ITEM</div>

EPA_00036832

6.8 ITEM 30:  Mast Inspection

**References**

Drawing S1.0, "[ HYPERLINK \l "Mast" ]

**Government Furnished Materials**

None

**Requirement**

A.  Visual inspect the ship's mast for issues that may require repair.
B.  Check the 12 mounting bolts, ¾" and re-torque.  Torque specs provided at award.
C.  Check wires to navigation lights.

**Quality Assurance**

Provide COR with a CFR with findings.

**Notes**

None

EPA_00036833

## 6.9 ITEM 31: Weather Decks Paint

### References

    A.  EPA-000-3, [ HYPERLINK \l "_SCOPE._This" ]

### Government Furnished Materials

    None

### Requirement

    A.  Paint the ship's exterior decks with a recommended marine quality paint, Boat Gray protective and marine coatings, or equivalent.  Exclude painting mast, cranes, A-frame, and deck equipment.

    B.  Remove all deck interferences for better access on them, i.e. deck boxes.

    C.  Remove paint on decks to near white with the best media, recommended.

    D.  Prime and paint surfaces with the recommended primer(s) and finish coats with Boat Gray protective and marine coatings, or equivalent.  Application of new finish paint shall be 2 coatings of light gray. The final coat shall be a non-skid surface.  Deck surface area estimated to be 2000 square foot.

    E.  Pilot house deck shall be painted white, with non-skid only required on foot traffic area, estimated 40% of the area.

    F.  Seal all intakes, vents, and secure air handling systems prior to surface preparation and painting.  Wrap air conditioning lines and electrical wiring with protective coverings.  Remove all protections when painting is completed.

    G.  COR shall be notified 48 hours prior to painting scheduled.

### Quality Assurance

    A.  Ship surfaces prepared to properly accept paint.

    B.  Paint applied according to manufacture recommendation or by the guidelines in EPA reference Painting EPA-000-3, as per environmental conditions, time between coatings, and dry film thickness.  Follow manufactures recommendations if they supersede EPA guidelines.

### Notes

    None

<div align="center">END OF ITEM</div>

EPA_00036834

**Table of Items to be completed during drydock/repair of EPA Research Vessel Lake Explorer II.**

| Item Number | Item Description | Section Number | Work Site | Required/ Optional |
|---|---|---|---|---|
| 1 | Temporary Services at Contractor Facility | 3.1 | Dry Dock | Required |
| 2 | Drydock and Routine Drydock Work | 3.2 | Dry Dock | Required |
| 3 | Hull Inspection Ultrasonic Tests | 4.1 | Dry Dock | Required |
| 4 | Underwater Hull Coating | 4.2 | Dry Dock | Required |
| 5 | Hull and Superstructure Paint | 4.3 | Dry Dock | Required |
| 6 | Tailshafts & Bearing Inspection & Repairs | 4.4 | Dry Dock | Required |
| 7 | Kort nozzles Re-line Cavitation Band | 4.5 | Dry Dock | Required |
| 8 | Polish and Tune Propellers | 4.6 | Dry Dock | Required |
| 9 | Propeller line protection, new line cutters | 4.7 | Dry Dock | Required |
| 10 | Inspect/Service/Repair Through Hull Valves | 4.8 | Dry Dock | Required |
| 11 | Rudder Steering Gear Service | 5.1 | Drydock, shipyard, port | Required |
| 12 | Reduction Gear Service | 5.2 | Drydock, shipyard, port | Required |
| 13 | Main Engines Oil Pan Gaskets and Rear Main Seals | 5.3 | Drydock, shipyard, port | Required |
| 14 | Potable Water Tank | 5.4 | Drydock, shipyard, port | Required |
| 15 | Service Fuel Tank, Renew Deck hatch and deck ring | 5.5 | Drydock, shipyard, port | Required |
| 16 | Chemical Hygiene Tank Clean and inspection | 5.6 | Drydock, shipyard, port | Required |
| 17 | New Chemical Hygiene Tank Pump | 5.7 | Drydock, shipyard, port | Required |
| 18 | Repair Rusted Bulkhead in Laundry Room | 5.8 | Drydock, shipyard, port | Required |

EPA_00036835

| Item Number | Item Description | Section Number | Work Site | Required/ Optional |
|---|---|---|---|---|
| 19 | Workshop Rusty Hull, Inspected, repaired | 5.9 | Drydock, shipyard, port | Required |
| 20 | Deck Crane Hydraulic lines | 5.10 | Drydock, shipyard, port | Required |
| 21 | Deck Crane, Deck Base Recondition | 5.11 | Drydock, shipyard, port | Required |
| 22 | Portholes (4), remove, recondition, paint | 5.12 | Drydock, shipyard, port | Required |
| 23 | Engine Room Air Supply Trunk | 6.1 | Drydock, shipyard, port | Optional |
| 24 | Engine Room Valves Service | 6.2 | Drydock, shipyard, port | Optional |
| 25 | Exhaust Pipe inspection | 6.3 | Drydock, shipyard, port | Optional |
| 26 | Inspect Deck Gooseneck Vents | 6.4 | Drydock, shipyard, port | Optional |
| 27 | Anchor Chain Service | 6.5 | Drydock, shipyard, port | Optional |
| 28 | Mooring Cleats Mount Repair | 6.6 | Drydock, shipyard, port | Optional |
| 29 | Replace seals on all deck hatches | 6.7 | Drydock, shipyard, port | Optional |
| 30 | Mast Inspection | 6.8 | Drydock, shipyard, port | Optional |
| 31 | Weather Decks Paint | 6.9 | Drydock, shipyard, port | Optional |

EPA_00036836

# U.S. Environmental Protection Agency (USEPA)
# Great Lakes Toxicology and Ecology Division
# Standard Specifications Documents

Links within Document

[ HYPERLINK \l "StdSPec000_1" ]

[ HYPERLINK \l "StdSPec000_2D" ]

[ HYPERLINK \l "StdSPec000_3" ]

[ HYPERLINK \l "StdSPec000_4" ]

[ HYPERLINK \l "StdSPec000_5" ]

[ HYPERLINK \l "StdSPec000_6" ]

[ HYPERLINK \l "StdSPec000_7" ]

[ HYPERLINK \l "StdSPec000_8" ]

[ HYPERLINK \l "StdSPec000_9" ]

[ HYPERLINK \l "StdSPec240_2" ]

EPA_00036837

U.S. Environmental Protection Agency (USEPA)
Great Lakes Toxicology and Ecology Division

# STANDARD SPECIFICATION EPA-000-1: GENERAL REQUIREMENTS FOR SHIP REPAIR CONTRACT WORK ON EPA SHIPS

## SCOPE.

This specification contains the general requirements for contract work by a Contractor on or for EPA ships assigned to the Great Lakes Toxicology and Ecology Division (GLTED).

## REFERENCES.

A. [HYPERLINK "https://ww2.eagle.org/en/rules-and-resources/rules-and-guides.html"]
    a. Steel Vessels
B. [HYPERLINK "https://www.ecfr.gov/current/title-46/chapter-I/subchapter-F"]
    a. CFR 50 through 46 CFR 64.
C. [HYPERLINK "https://www.ecfr.gov/current/title-46/chapter-I/subchapter-J"]",
    a. 46 CFR 110 through 46 CFR 113.
D. [HYPERLINK "https://www.federalregister.gov/documents/2001/01/08/01-434/marine-shipboard-electrical-cable-standards-incorporation-of-ieee-standard-45-1998-edition"]
    a. Installations on Shipboard"
E. 40 CFR 61, Subpart M, sections 61.140 through 61.157
F. 29 CFR 1915.1001
G. EPA Standard Specification EPA-000-7(series), "Asbestos Containing Materials"

## DEFINITIONS.

Whenever used herein or in other documents which invoke this specification by reference, the following definitions of terms apply:

Inspect.    Visually evaluate the specified surface, item, part, or component for evidence of contamination, damage excessive wear, scoring, and any other condition which could interfere with the proper operation or functioning of the surface, item, part or component.

EPA_00036838

<u>Install.</u>    Place the specified item in position for service and make all connections needed to insure proper use, service, appearance, and operation. Except as may otherwise be specified, this shall include the following:

A. Provide new or modify existing foundations. Securely mount equipment and components using new fasteners. Align connected equipment's and components to meet manufacturers' specifications.

B. Make all electrical connections. Provide new electric cable runs between controllers and motors of new equipment. Existing cables may be reused in other applications, except where the existing cables are too short to make connections. Renew cables which are too short, and less than 20 feet long. Junction boxes may be used to increase the cable run length where the existing cable runs are longer than 20 feet.

C. Modify new piping to suit the new equipment, including the rerouting of existing piping and adding of new piping as needed to properly connect equipment and components. Piping modifications greater than five feet from the equipment are not required. New piping is required only to the extent necessary to accommodate modifications of existing piping.

<u>Piping.</u>    A system of pipe, tube, elbows, tees, valves, couplings, and other pipe fittings.

<u>Rebuild.</u>    Disassemble, clean, inspect, repair (including renewal of all parts needed), reassemble, test, and calibrate the specified part, component, system, or machine to restore it to a condition of reliability equivalent to a new part, component, system, or machine. Components and parts shall meet the manufacturer's applicable rebuild specifications.

<u>Reinstall.</u>    Return the same item which was previously removed to its previous configuration and location.

<u>Renew.</u>    Provide and install a new item as replacement for an existing item previously removed or to be removed. The new item must be the same as or comparable in material, performance and configuration to the item removed.

<u>Replace.</u>    Same as "renew", defined above.

# REQUIREMENTS.

## Condition Reports.

1. A Condition Report shall be prepared and submitted by the Contractor to the Contracting Officer's Representative (COR) on all of the following occasions:

A. Whenever specifically required by other documents.

B. Whenever the Contractor determines or notes that additional work or material or other deviation is necessary in order to produce a reliable or complete repair.

Page **45** of **140**

  C. Whenever defect or deficiencies are noted in Government-furnished Property.
  D. Whenever measurements, tests or inspections are required by other specifications or procurement documents, the results and findings shall be documented on a Condition Report.

2. Condition Reports shall contain, as a minimum, the following:
  A. Name of the ship.
  B. Contract number and related work item number.
  C. Detail description of conditions observed, including a record of all measurements taken and other supporting data.
  D. Recommendations of additional work and materials deemed to be needed, if any. Do not include pricing information.
  E. Estimate of the impact on the completion of the contract, if any.

3. Submit Condition Reports to the COR within twenty-four hours after completing the measurements, inspections, or tests, or after the need for additional work or material is noted.

4. For work involving disassembling and inspection of equipment, machinery or systems and for work involving opening and inspection of tanks, the work must be completed, and a Condition Report must be submitted during the first 25-percent of the work performance period.

Progress Meetings.
1. Weekly progress meetings shall be held at a time and place mutually agreeable to the COR and the Contractor. As a minimum, the meetings shall be attended by the COR and a Contractor's management official having authority to make binding commitments. Other interested parties may attend the meetings as appropriate.
  A. Prior to the end of the work day preceding the progress meeting, the Contractor shall submit to the COR a preliminary progress report containing the following information:
    a. Percentage completion of each contract item, including all additional work items authorized by the Contracting Officer.
    b. Notation of any problems which could impact timely completion, including material delivery delays.

Drawings, Specifications, Publications, and Other References
1. Each solicitation or specification contains a list of drawings and other references which are being issued to prospective bidders. Except as otherwise indicated, other referenced drawings, specifications, manuals, handbooks, instructions, publications, and standards will not be issued. When available, references may be reviewed onboard the ship or at the US EPA GLTED, 6201 Congdon Blvd, Duluth, MN 55804.

A. The Contractor shall be responsible for obtaining all references not issued by the solicitation or otherwise made available for review by the government. Failure of the Contractor to obtain a reference does not relieve the Contractor's responsibility to comply with the reference.

B. Whenever reference is made to a specific edition or revision of a drawing, specification, manual, publication, or other reference document, the specified edition or revision shall apply. When an edition or revision is not specified, the edition or revision in effect on the date of the solicitation shall apply.

## Personnel Information.

Provide to the COR a list of the Contractor's supervisors, including shop supervisors, and a list of telephone numbers where the supervisors can be reached during non-working hours in event of an emergency.

## Protective Coverings.

1. Prior to starting work on interior spaces, protect the decks and deck coverings of spaces in which contract work is to be performed and spaces through which workers will traverse by covering the decks and deck coverings with a temporarily fitted heavy vinyl, plywood or particle board. Securely tape all edges and joints of the protective covering. Maintain the protective covering in place during the entire contract period, renewing sections which are damaged during the contract period. For those decks over which equipment, valves, piping, or other materials must be handled, the temporary protective covering shall be plywood or particle board and shall be of sufficient thickness to protect the deck from damage in the event the equipment or materials are dropped.

   A. Protect all compartments, machinery, equipment, deck coverings, furnishings, vent terminals, insulation, glass, cables, piping systems, coatings, structures, and other ship components from damage and from entry of dust, dirt, grit, sand, and other foreign particles.

   B. Whenever abrasive blasting or other operations which create atmospheric contamination are performed on or near the ship, or which could otherwise allow airborne contaminates to collect on or in the ship, the Contractor shall plug, wrap, blank, cover, or mask all openings to prevent entry of the contaminates into the ship. Install industrial foam filter material on the intake and exhaust end of ventilation systems which will be in use. Renew the filter materials when air flow becomes restricted. Whenever abrasive blasting is performed inside the ship, blast materials shall be confined to the compartment being blasted.

   C. All damage and contamination resulting from failure to provide adequate protection shall be repaired and cleaned to re-establish the condition which existed at the start of the work.

   D. After completion of all other work, remove and dispose of all protective coverings.

EPA_00036841

Restricted Access.

Access by workers to the ship's compartments shall be restricted to those in which work is being performed or through which passage is necessary to reach the worksite. Only one reasonable path through the ship shall be authorized for each work site. The COR shall designate those paths authorized for passage by workers. All other compartments shall be considered off-limits to workers.

Daily Clean-up.

1. Clean-up and remove from the ship all dirt, debris, scrap, and other materials incident to Contractor's work at the end of each work day. The work site shall be left "broom-clean".
2. Whenever abrasive blasting or other operations on or near the ship causes collection of blasting residue or other foreign particles to collect on exterior decks of the ship, the Contractor shall vacuum or sweep the decks to remove the residue and particles prior to the end of the day on which the contamination occurred. Do not wash the residue or particles through the ship's deck drains unless specifically authorized by the COR.

Disruption of Ship's Systems.

1. Except as otherwise authorized, none of the ship's fire main, electrical, steam, heating, potable water, drainage, or other systems which are vital to crew safety or comfort shall be shut off or disrupted. If necessary to shut off or disrupt any of the systems to perform contract work, the Contractor shall submit a written Condition Report to the COR requesting authorization. The COR must receive the Condition Report at least 4 hours in advance of the desired disruption.
2. Disruptions to the piping and electrical systems, when necessary, shall be scheduled between the hours of 10:00pm and 06:00am. Disruptions shall be limited to 4-hour intervals. If the required work will need a longer interval, temporary bypass hoses, blank flanges, or piping shall be installed to keep the system in operation.
3. For purposes of this specification, a "disruption" occurs whenever a large section of a system will be unusable. If the only section of the system affected is that on which work is being performed and the remainder of the system can be operated, a "disruption" has not occurred, and the requirements of this paragraph do not apply.

Work Hours.

At the beginning of the repair period, the Contractor shall advise the COR in writing of the planned regular work day schedule. In the event the Contractor desires to work at times other than those previously scheduled, notify the COR at least 4 hours prior to the end of the scheduled workday preceding the unscheduled work time. If previously unscheduled work is to be performed on a weekend or federal holiday, the COR must be notified prior to 9:00am on the last regular work day before the unscheduled work.

EPA_00036842

<u>Local Policies and Directives.</u>

While Contractor personnel, including those of subcontractors, are on the ship or on other government facilities, they shall comply with all policies and directives issued by the Master, Commanding Officer, or Director of the ship or facility.

<u>Safety Requirements.</u>

1. <u>Safety Plan</u>. Prior to starting work on the ship, prepare and provide to the COR two copies of a written Safety Plan. As a minimum, the Safety Plan shall contain the following:

    A.  Procedures for obtaining and posting of gas free certificates.
    B.  Designation of the certified Marine Chemists authorized to issue gas free certificates.
    C.  A copy of Department of Labor Form OSHA 73,"Designation of Competent Person" containing names of persons designated as a "Competent Person".
    D.  Procedures to be followed should any disruption occur to a temporary service or ship's system which affects the safety of the ship or personnel.
    E.  Description of the Contractor's training program for fire watch standers.
    F.  Description of the procedures to be followed prior to performing any hot work, including the procedures to be followed to ensure the presence of a properly outfitted firewatcher stander.
    G.  Description of the duties and responsibilities related to fire prevention of personnel performing hot work.
    H.  Methods of rigging hoses, welding leads, and temporary lighting to avoid restricting escape passages and to minimize tripping and other safety hazards.
    I.  Whenever the work is being performed at the Contractor's facility, include a detail description of the fire protection system which will be in effect during the contract. Include the method for reporting fires, the shipyard fire-fighting facilities, equipment, and organization, the procedures for maintaining clear fire lanes in the shipyard and on the piers, and the nearest municipal fire-fighting organization. Also, the shipyard organizational responsibilities for reporting to the scene of a fire for purpose of moving equipment, cutting accesses, operating fire pumps, and securing or providing temporary services shall be described and assigned for all shifts.
    J.  An inventory listing of and copies of material safety data sheets (SDS) for all hazardous chemicals covered by 29 CFR 1910.1200 which will be brought onto the ship or which government personnel may be exposed to under normal conditions or in a foreseeable emergency.
    K.  Procedures to be followed for cleanup should a spill occur of a hazardous chemical.
    L.  Other safety procedures as required by the contractor OSHA regulations.

EPA_00036843

Gas Free Certification

1.  The Contractor shall be responsible for certifying that a safe atmosphere exists in and about a compartment prior to the commencement of any work. Whenever compartments must be gas free to meet state and federal regulations, the Contractor shall pump down, open, remove sludge, clean, wipe, ventilate and take all other action required to make the compartments safe for the work to be performed. When requested by the Contractor, and to the extent empty tank space is available, EPA will shift fuel as required to facilitate gas free requirements. If off-loading of fuel oil is necessary because of insufficient empty tank space, the Contractor shall off-load the fuel.

2.  Copies of gas free certificates, issued by a Marine Chemist certified by the National Fire Protection Association, shall be posted on the ship in two locations designated by the COR. Follow-up inspections by the Contractor's Competent Person shall also be documented at the same two locations.

3.  The Contractor shall be responsible for identifying the compartments which require gas free certification. Specific requirements for gas free certification are not normally included in the detail specifications of any work item.

Fire Watch Standers.

1.  Hot work is permitted only when fire watch standers are provided by the Contractor. A fire watch stander is required whenever welding, flame cutting, or other hot work is performed where combustible materials are present within 35 feet; or where wall or deck openings within a 35-feet radius expose combustible materials in adjacent areas; or when combustible materials are adjacent to the opposite side of metal partitions exposed to hot work, and could be ignited by conduction or radiation. In the latter case, a fire watch stander is required on both sides of the partition.

2.  Each fire watch stander shall be outfitted by the Contractor with a fire extinguisher of a suitable size and type, as determined by the COR.

3.  Each fire watch stander shall remain at their work site for at least 30 minutes after completion of the hot work. Prior to leaving the work site, the fire watch stander shall verify with the worker performing the hot work that no further hot work will be performed.

4.  Insulation, sheathing, or other materials which limit access to either side of a partition or structure on which hot work is being performed shall be considered to be interference and shall be removed and restored by the Contractor.

Written Hot Work Notice.

1.  Prior to starting hot work on any job or separate area of the ship, provide a written notice to the COR and to a representative of the ship's Commanding Officer/Master.

2.  The notice shall state a description of the work to be done, the location of the work, the time hot work will commence, the current gas free status of the area, and the absence or existence of combustible material in the vicinity of the work. If combustible material exists, the notice shall state the action taken to protect the material from fire, the provision and assignment of fire watch standers, and affirmation that conditions at the

EPA_00036844

work site permit the fire watch standers to observe all areas where the hot work constitutes a fire hazard.
3. The notice shall be signed by a supervisor specifically designated as responsible for coordination of hot work and fire watch stander requirements.
4. The notice shall be delivered to the representative of the ship's Commanding Officer/Master at least 30 minutes and not more than 24 hours in advance of commencing the hot work. Approval of the notice by the COR or the Commanding Officer/Master's representative is not required.
5. The notice shall be effective for 24 hours unless a shorter period is specified, or unless the gas free status of the work area or system required stopping the work. A new notice is required if work is interrupted due to a change in gas free status.
6. Hot work shall be curtailed whenever loss of firefighting capabilities occurs on the ship. Hot work shall not be commenced again until the firefighting capabilities have been restored.

<u>Daily Safety and Housekeeping Inspection.</u>

A joint safety and housekeeping inspection shall be conducted daily of all spaces affected by Contractor work. The inspection shall be conducted by Contractor's Safety Officer and a designated representative of the ship's Commanding Officer. The COR may participate in the inspections. Within 4 hours after completion of the inspection, submit to the COR a written report of the discrepancies noted and corrective actions to be taken. Submit a copy of the inspection report to the ship's Commanding Officer/Master.

<u>Fire Fighting and Prevention Conference.</u>

Within 5 days after arrival of the ship at the Contractor's facility, conduct a Fire Fighting and Prevention Conference. Required only if work is being performed at the Contractor's facility. The purpose is to familiarize the ship's crew with the Contractor's procedures for firefighting and prevention and with the procedures that will be in use by municipal fire-fighting organizations. The conference will also familiarize the Contractor and the municipal fire-fighting organizations with the ship arrangement, shipboard fire prevention, and firefighting systems, equipment and organization.
1. The Contractor shall prepare an agenda which specifically addresses the following:
    A. Fire alarm and response procedures.
    B. Contractor fire-fighting capability and procedures.
    C. Municipal fire-fighting capability and procedures.
    D. Communication system for fire reporting and control of fire-fighting efforts.
    E. Shipboard arrangement, including access routes, availability of fire-fighting systems, and communications.
    F. Shipboard fire-fighting organization, systems, drills and equipment.
    G. Compatibility of ship, Contractor, and municipal fire-fighting equipment.
2. The exact time and location of the conference will be established at the arrival conference.

EPA_00036845

Asbestos-Containing Materials (ACM).

Existing panels, insulation, gaskets, and other materials on EPA ships and boats may contain asbestos.

1. Unless otherwise indicated, an asbestos survey has been conducted for each EPA ship. A Survey Report has been prepared which identifies the location of all known asbestos-containing materials on the ship. A copy of the Survey Report will be made available for review by prospective bidders.

2. Within 24 hours after commencement of the contract performance period, conduct an inspection of each work site that will involve a demolition or renovation operation as defined and required by reference 2.e.

3. The inspection shall be conducted by an ACM Project Manager who is experienced in administration and supervision of asbestos abatement projects, including ACM identification, work practices, protective measures, and disposal procedures. The ACM Project Manager shall be a Qualified Person as defined in and meeting the requirements of reference 2.f. This person must have completed a course at an EPA Training Center or an equivalent certified course and must have a minimum of two years on-the-job training in asbestos abatement procedures.

4. Within 24 hours after the inspection(s), the project manager shall submit a report to the COR for each worksite. The report shall be submitted using the form shown in Appendix A of reference 2.g. A contractor-generated form may be substituted if it provides all the information shown in Appendix A of reference 2.g.

5. The Contractor shall be responsible for all removal, handling, repair, and disposal of all ACM that are identified as ACM in the applicable Survey Report, and that is necessary to perform required contract work. Except as otherwise specified, the removal, handling, repair, or disposal of any ACM which is not identified in the applicable Survey Report will be subject of a contract modification.

6. All work involving removal handling, repair, or disposal, and all other activities related to asbestos-containing materials (ACM) shall be accomplished in accordance with reference 2.g.

Hazardous Materials.

1. The Contractor is responsible for compliance with all local, state, and federal regulations, laws, and ordinances regarding handling and use of hazardous materials.

2. Each EPA ship maintains a current inventory and MSDS's for all hazardous chemicals carried onboard the ship. A copy of the inventory and MSDS's will be provided by the COR to the contractor within two work days after receipt of a written request.

3. The Contractor shall provide to the COR an inventory listing of and copies of MSDS's for all hazardous materials which will be brought onto the ship. The inventory listing and MSDS shall be provided at least 24 hours in advance of any hazardous material being brought onto the ship.

4. The Contractor shall remove all hazardous materials used and shall properly dispose of all hazardous waste produced during the performance of work under the contract.

EPA_00036846

**Miscellaneous Requirements.**
1. Oxygen, acetylene, and gas supply manifold systems shall be located off the ship and have a shutoff valve to the gas supply located on the dock. The shutoff shall be in addition to the master shutoff valve at the inlet to each portable outlet header.
2. Material brought onto the ship shall be stored until used in areas which do not interfere with access to fire-fighting equipment or personnel access. Crating and packing shall be removed prior to bringing the equipment or material aboard the ship, unless needed to protect the equipment or material from damage during handling. In that case, the crating and packing shall be removed from the equipment or material, and shall be removed from the ship, immediately after being brought aboard.
3. Rigging of hoses, welding leads, and temporary lights shall be kept clear of the decks on temporary "trees" or brackets and be arranged so as to minimize tripping and other safety hazards. Passageways shall be kept as clear of obstructions as possible.

**Government Property.**
1. Receiving.
    A. Provide to the COR a list of names and signatures of all persons authorized to receive and account for Government-Furnished Materials (GFM).
    B. When GFM is shipped directly to the Contractor's facility, provide one signed copy of the shipping document and one copy of the Bill of Lading within 24 hours after receipt.
    C. Inspect all GFM immediately upon receipt to verify conformance with shipping document's description and requirements and to identify all shipping damage. Also inspect all GFM to verify that the GFM received conforms to the quantities and description stated in the detail specification item for which the property will be used. Within 24 hours after receipt, submit are port to the COR of all discrepancies noted during the inspection.
    D. Until used on the work site, properly store the property as needed to safeguard against damage, loss, or misuse. Maintain an inventory of the property which identifies the person receiving and the person releasing the material. A record must be maintained at all times of the person having custody of the material.

2. Disposition.
    A. Scrap. Whenever the detail specifications indicate that removed materials are to be scrapped or properly disposed of, title to the property is hereby transferred to the Contractor for disposal or scraping. If the material has any monetary value, the Contractor shall reflect the value in the price bid for the applicable work.
    B. Salvage. All other materials removed from the ship shall be treated as Government Property and shall be handled as follows:
        a. Inventory, identify, and tag all material with the ship's name, contract number, item number, and material description.
        b. Deliver the material to the location specified in the detail specification. If not specified, deliver the material to the location specified by the

EPA_00036847

COR. Pack, crate, and prepare the material for shipment. Shipping shall be F.O.B. origin.

   c.  Comply with the provisions of FAR Clause 52.245-1.

## Interferences and Restorations.

1. Remove all interferences and obstructions necessary to complete the required work. This shall include the disassembly and removal of machinery, piping, ducts, cable, wiring, insulation, structures, and anything else which interferes with the proper accomplishment of work. Except as otherwise specified, this does not include relocations made necessary by new installations which physically prevent an interference from being returned to its existing location.

2. Whenever an interference to be removed involves a structural strength member, temporary supports shall be provided to compensate for the strength loss. Whenever watertight integrity is violated by a removed interference, provide a temporary means of maintaining watertight integrity, except when work is actually being performed or the space is otherwise manned.

3. Prior to removing any interference, meet with the COR at the work site to discuss the nature, condition and extent of interferences to be removed. Record all damage or deterioration which exists prior to removal.

4. Install tags on removed interferences to indicate the nomenclature of the item, ship, and location to enable proper reinstallation. Treat all removed interferences as government furnished property. Store interferences to protect from damage, loss, and contamination.

5. Restore all interferences to their existing configuration and condition. Install new gaskets and fasteners. In place of material which is rendered unsuitable for reinstallation during removal or storage, provide and install new materials which are equal in composition, strength, design, type, and size as existed prior to removal. All insulation, including removable blankets, shall be considered to be unsuitable for reinstallation and shall be renewed with new insulation.

6. Material containing asbestos which is removed as a interference shall not be reinstalled. Instead, renew the asbestos-containing material with a new non-asbestos material which provides the same function and general appearance as that removed.

7. Align and conduct strength, tightness, and operational tests to ensure that the reinstalled interferences safely perform their normal functions.

8. The Contractor shall be responsible for identifying all interferences involved in accomplishing required work. Interferences are not normally identified in the detail specifications of the work item. Therefore, prospective bidders are encouraged to perform a site inspection whenever possible before submitting a bid.

9. Unless specifically authorized elsewhere, the components of the following systems shall not be removed as interferences:
    A.  Steering system piping.
    B.  Electric cable which cannot be removed without cutting.
    C.  Hydraulic systems.

EPA_00036848

D.  High pressure air systems.
E.  Spring hangers.

## Shipboard Storage.

No space or compartment on the ship shall be used for storage by the Contractor of materials or tools. The materials allowed at the work site shall be limited to those which will be installed, consumed, or otherwise used during the work shift in progress. When needed or required, provide a temporary dockside storage area to store materials and tools.

## Watertight Integrity.

Maintain or restore the watertight integrity of the ship's watertight bulkheads, decks, and hull by installing stuffing tubes, welded bulkhead and deck penetrations, multi-cable transits, couplings, and kick pipes as appropriate. All materials and installation details shall be same as the nearest similar existing penetrations.

## Removals.

1.  Whenever removal of equipment or machinery is specified, but reinstallation is not specified, the Contractor shall remove all related electric cables, brackets, foundations, and piping. Removal of cables shall be to the nearest circuit breaker or terminal not needed for operation of other equipment or machinery. Removal of piping shall include all related piping not used by other systems or equipment. Install pipe caps as needed to maintain remaining piping tight.
2.  Whenever removal of piping or cables involve penetration through bulkheads, decks, hull plating or other watertight boundaries, crop out the penetration and install an insert plate of same thickness as the adjacent plating. Insert plates shall be a minimum of 6-inch diameters.

## Structural Access Openings.

The Contractor may, with prior approval, cut access openings in ship's structure if required to perform work. Such openings shall be limited to those which are essential for access to otherwise inaccessible areas or which greatly improve accessibility for removals or installations.

1.  Generous radii shall be provided at all corners. Also include a description of the eventual restoration configuration, with material and welding details, and a narrative justification for cutting the opening. Submittal of the sketch does not insure that the COR will authorize the cut as proposed. The Contractor shall proceed with the access cut only after return by the COR of a signed copy of the sketch.

2.  Restore access openings to existing configuration and condition. Perform a liquid-penetrant or magnetic particle inspection of the root pass and final pass of all welds in watertight structure, including decks, bulkheads, shell plate, and frames, at or below the main deck level. The inspections shall be witnessed by the COR.

Page **55** of **140**

Brackets and Supports.

All pipe, cables, ducts, furniture, equipment, machinery installed by the Contractor shall be bracketed, supported, and secured so as to carry the weight, prevent vibration, and withstand inertia forces resulting from rolling and pitching of the ship.

Gaskets, Packing, and Seals.

Whenever the Contractor performs work which disturbs existing gaskets, packing, or seals, new gaskets, packing, and seals of same material as existing shall be installed, except use 3/16-inch thick cork rubber impregnated gasket material conforming to MILC-6183, Type I, Class 1, Grade C for all fuel oil tank manhole covers and fuel oil service piping.

Manufacturer's Representative.

1. The services of a manufacturer's representative are required only when specified in other specifications or procurement documents. The services of the representative shall be provided by the Contractor unless otherwise stated in the other specifications or procurement documents.

2. The manufacturer's representative shall be specially trained by the manufacturer of the equipment or material and shall be certified by the manufacturer as authorized to represent the manufacturer in performing the prescribed tasks. If requested by the COR, provide written documentation from the manufacturer attesting that the representative is authorized to represent the manufacturer.

3. The representative shall be considered to be an onsite technical consultant to provide technical advice to the Contractor and the COR. When specified, the representative is also required to take measurements and conduct inspections. However, nothing herein shall be construed as relieving the Contractor of the responsibility to satisfactorily perform all required work.

4. Unless other specifications or procurement documents specifically state that work is to be performed "as directed by the manufacturer's representative", the representative shall be considered to be an advisor, and the Contractor may deviate from the representative's guidance whenever necessary to achieve satisfactory work, provided that the COR accepts the proposed deviation. If the COR refuses to allow the proposed deviation, the Contractor must proceed as recommended by the representative, but in this instance only, the Contractor will be relieved of responsibility for any subsequent rework which can be conclusively shown to have been caused by following the representative's guidance.

5. Prior to proceeding with work which deviates from the representative's guidance, submit a Condition Report to the COR which outlines the guidance provided and the reasons for the proposed deviation. Proceed with the deviation only after the COR has reviewed the Condition Report and accepted the proposed deviation. Whenever the Contractor deviates from the representative's guidance, any and all increased costs resulting from the deviation shall be borne by the Contractor.

EPA_00036850

A. Whenever the manufacturer's representative is required to be "on-site", the representative shall be at the work site during all times that work is being performed.

B. The Contractor shall obtain from each manufacturer's representative a detail service report which outlines all inspections, observations, and recommendations provided by the representative. If measurements were taken by the representative, a record of the measurements shall be included in the report. Submit a copy of the service report to the COR prior to completion of the contract.

## Welding and Allied Processes.

1. All welding, brazing, and allied processes shall be in accordance with the requirements and recommendations of references [ HYPERLINK \l "AmBureauShipping" ] and [ HYPERLINK \l "USCG_CFR46" ].
2. While the ship is water-borne, welding shall be permitted only when welding leads are properly grounded. Welding machines and other welding power sources shall have both cables connected only to the ship where welding is done. The return ground cable shall never be grounded to anything but the ship it is servicing. All welding cables shall be fully insulated and not be permitted to drop overboard into the water. The total cross-sectional areas of the return ground cable shall be at least one million circular mils per 1,000 amperes per 100 feet, but not less than 85,000 circular mils. The ground cable shall be securely fastened to grounding plates or to an integral part of the ship, with contact areas thoroughly cleaned to bare metal.
3. When welding on equipment, machinery, pressure vessels, or piping, the return ground cable to the welding machine shall be connected in the immediate vicinity (as close as practical) of the work to ensure that current does not flow through bearings, pipe hangers or other areas where arcing or high resistance paths exist.

## Painting.

1. Prior to applying any paint or coatings, the Contractor shall verify to the COR that all surfaces have been properly prepared and that weather conditions are suitable for painting.
2. Paint shall be applied only when the following conditions exist and can be maintained until the paint has cured:
    A. Apply paint only to dry surfaces and when there is no chance of precipitation until after the paint has cured. The temperature of the surface to be painted shall be at least 5 degrees Fahrenheit above the dew point. The dew point can be presumed to be satisfactory if a thin, clearly defined film of water applied to the cleaned surface with a damp cloth evaporates within 15 minutes. Otherwise, the dew point shall be measured prior to painting by taking the dry-bulb temperature of the surface and the wet-bulb temperature at the jobsite.

EPA_00036851

      B. The air temperature and surface temperature must both be a minimum of 45 degrees Fahrenheit at all times, unless a lower temperature is specifically authorized by the paint manufacturer's printed instructions.

      C. Painting is permitted only when the humidity is less than 95 percent.

      D. In the event the Contractor desires or must proceed with painting when the existing weather conditions do not meet the above specified conditions, the Contractor shall erect a cover over the surfaces to be painted and shall heat the surfaces and the surrounding air to establish the required conditions. The conditions shall be maintained until the paint has fully cured.

3. Restore all existing coating systems which are damaged during performance of work. The new coating system shall be same as existing. New materials shall be painted only if so specified in the detail specifications or other procurement document.

4. Surface preparation and paint application shall be in accordance with applicable EPA Standard Specifications. In event no, applicable EPA Standard Specification exists, comply with the paint manufacturers' printed recommendations and instructions for all aspects of surface preparation, and handling, mixing, and application of paint materials.

5. Surface preparation and painting of shell plating and frames below the Load Waterline shall be accomplished only while the ship is in drydock, unless otherwise and specifically authorized.

Electrical.

All requirements and recommendations of references [ HYPERLINK \l "USCG_CFR46J_ElecEng" ] and [ HYPERLINK \l "IEEE_elecEng" ] shall be followed in the selection and installation of electrical cables, equipment, and machinery.

Piping.

1. Materials for new installations and new materials required for replacement of existing piping shall comply with the requirements and recommendations of reference [ HYPERLINK \l "USCG_CFR46F_MarEng" ]. and Military (MIL)-Standand (STD)-777. In the event a conflict between reference [ HYPERLINK \l "USCG_CFR46F_MarEng" ] and MIL-STD-777, the more specific and restrictive shall take precedence.

2. When renewing existing piping, new piping shall be same material, shall be installed in same configuration, and shall be installed using the same methods and details as the existing piping, unless otherwise specified.

Tests and Inspections.

1. At least four hours, but not more than 24 hours, in advance of conducting each required test and inspection, notify the COR in order to allow the COR the opportunity to witness, or to arrange for another EPA representative to witness, the tests and inspections. If the COR or other EPA representative is not present at the scheduled time of the test or inspection, and if the required 4-hour advance notification was furnished to the COR, the Contractor may proceed with the test or inspection.

EPA_00036852

2. All tests and inspections shall be witnessed by the Contractor's supervisor responsible for the work. A Condition Report (See 4.1) shall be prepared to document the results of all tests and inspections.

3. In the event a required test or inspection will be performed at a location other than the ship or the Contractor's facility, the Contractor shall provide round-trip transportation for the COR to and from the inspection site.

4. To the extent possible, all tests and inspections shall be scheduled during the normal weekday work shift. Tests and inspections may be scheduled for other times only when necessary to avoid a delay in the contract completion. When necessary to schedule a test or inspection after the normal dayshift or on a weekend, the COR shall be notified of the test or inspection at least four hours before the end of the last preceding regular work shift.

5. Perform an operational test of all newly installed, overhauled, and repaired equipment to demonstrate proper operation. Shipboard equipment will be operated by the ship's crew. Nondestructive tests (NDT) are required only to the extent specified in other specifications or procurement documents. When NDT is required, comply with MIL-STD-271F, including the requirements for qualification of NDT personnel, procedures, and equipment. For purposes of this requirement, NDT is defined as the following types of test methods:

    A. Radiography (RT)
    B. Magnetic Particle (MT)
    C. Liquid Penetrant (PT)
    D. Ultrasonic (UT)
    E. Eddy Current (ET)

6. Workers performing NDT shall be certified as Level two craftsmen by the American Society for Non-Destructive Testing in accordance with Recommended Practice No. SNT TC-1A. Copies of the worker's certificate shall be provided upon request to the COR.

7. NDT inspection acceptance standards shall be as specified in MIL-STD-2035(SH). Whenever UT methods are specified for thickness gaging, the following procedures and requirements apply:

    A. Prepare the steel surfaces as required to obtain accurate UT thickness readings. After readings have been taken, restore coating systems to that which existed before the surfaces were prepared.
    B. The results of the UT thickness gaging shall be recorded as follows:
        1) Prepare a table which lists for each gage reading the location, actual thickness, original thickness, percentage of wastage, and recommendations (if any).
        2) Prepare schematic diagrams of the shell plating, decks, bulkheads, and other structural members which reflects the approximate location of each reading and the actual reading obtained at each location.
    C. Submit 3 copies of the table and diagrams to the COR.
    D. Except for removal and restoration of coatings, or unless otherwise specified in the Detail Specifications, removal and restoration of deck coverings,

EPA_00036853

insulation, and other interferences are not required in order to take UT readings.

8. Whenever a "hose test" is specified, conduct the test by directing a 50-psig stream of water from a 1-1/2 inch fire hose through an all-purpose nozzle at a distance of not more than 10 feet from the surface being tested. Direct the stream of water in a manner most likely to disclose a leak and inspect the opposite side of the surface for leaks.

9. Whenever an "air test" is required, conduct the test by sealing all vents and applying 2 psig air pressure to the specified tank or compartment. After the 2 psig pressure is attained, disconnect the air supply and monitor the pressure in the tank or compartment with a calibrated pressure gage for 10minutes. If the pressure drops below 1.9 psig during the 10-minute period, increase the pressure to 2 psig and inspect for leaks by applying soapy water to all new welds, and to all manhole covers of the tank or compartment. After the test, insure that all vents are unsealed.

## Fuel Oil and Lube Oil Offloading.

1. Whenever the Contractor is required to or elects to offload fuel oil or lube oil from the ship, the oil shall be pumped to and stored in clean moisture free storage tanks. Meter the oils with a calibrated meter during offloading and during return. Take test samples during offloading and during return and have the test samples analyzed by a lab for water and impurities to verify that the oils were not contaminated while in the Contractor's possession. Provide copies of lab reports to the COR.

2. After all work which necessitated the oil's removal has been completed, return the oil to the ship. In lieu of storing the oil, the Contractor may accept title and responsibility for disposal of the oil and provide an equal amount of new clean oil, same as that removed. Test samples are required, even if this option is exercised by the Contractor.

## Disposal of Water.

Whenever work requires that equipment, machinery, piping, or tanks be drained of water, the Contractor shall be responsible for draining and proper disposal of the water. If the Contractor drains the water into the ship's bilges, the Contractor shall pump all water from the applicable bilges into dockside tanks and properly dispose of the water, including the water that existed prior to and the water that accumulates between the time the equipment, machinery, piping or tanks were drained and the time the bilges have been pumped dry by the Contractor.

## Work at Government Facilities.

The following requirements and provisions apply only when the Contractor performs work at a Government shore facility.

1. Restrictions.
   A. The Contractor will not be permitted to use the Government facility's waste disposal containers for disposal of scrap, waste or any other materials. If the Contractor desires to bring a waste disposal container onto the facility, the container shall not be larger than eight cubic yards capacity. Only one container will be permitted.

EPA_00036854

B. Contract work on more than one ship may be in progress concurrently at the facility. Therefore, pier space and parking space may be scarce. Ample pier space will be provided for the Contractor to perform the required contract work. However, the Government reserves the right to prohibit or limit the number of vehicles permitted onto the facility and to specify the permitted parking locations. All vehicles being brought onto the facility will be required to apply for a vehicle pass.

Government-Furnished Services.

1. The Government will provide adequate electric service either on the ship or on the dock for the Contractor to operate equipment and tools necessary to accomplish the required work. The Contractor shall be responsible for making all electrical connections and for providing all cables, plug, adapters, and other materials for making the connections.
2. The Government will provide water service to the Contractor for use in performing the required work. The service will be limited to that which can be provided by the Government's installed equipment and does not include providing of any hoses or fittings.
3. If the ship on which the work is being performed has operable installed cranes, the ship will provide crane service to assist the Contractor in lifting materials to and from the ship during the first three days of the contract performance period. The service provided will be limited to the capacity and reach of the ship's crane(s) in its existing condition. The crane will be operated by ship's personnel. Crane service will be limited to the handling of materials which exceed 100 pounds, and which cannot be easily carried by the workers. The Contractor shall coordinate and schedule the crane service to minimize the number of lifts required. At least four hours advance notice shall be given to the COR of the need for crane service.

Water Depths and Height Restrictions.

Whenever the contract work is to be performed at the Contractor's facility, the government is responsible for transferring the ship to the facility, unless otherwise specified. In addition to the contract clauses included in the bid solicitation, the following restrictions and requirements apply.

1. At no time will the ship be moored at any dock or transit any waterway which has a water depth less than that required to provide a minimum clearance of one foot under the lowest underwater projection.
2. The minimum liquid load, drafts and displacement of the ship at which the government intends to transit and arrive at the Contractor's facility will normally be provided in the detail specifications. Also included will be information concerning any changes in the ship's liquid load which the Contractor will be permitted to make in order to meet the minimum underwater clearance requirements.
3. At no time will the ship transit a waterway which has non-opening bridge or other overhead structure that would cause less than one-foot clearance over the ship's highest projection. In order to permit passage of the ship under bridges or other overhead

EPA_00036855

structures in the waterway, the government will lower masts which have hinged connections for that purpose. However, the government will not remove, and will not permit the Contractor to remove, any part of the ship's structure or equipment for the purpose of providing the required overhead clearance.

Ship's Moorings.

1. Whenever the contract requires work to be performed at the contractor's facility, the contractor shall provide adequate pier or dock space acceptable to the Contracting Officer for safely mooring the ship. The following requirements and restrictions apply:

2. The facilities and services shall be sufficient to permit the contractor to comply with all other requirements of the contract.

3. Contract award is based, in part, on information provided by the contractor during the pre-award survey regarding the pier or dock facilities which will be used to moor the ship. Unless specifically approved in writing by the COR, the ship shall not be moored at any pier or dock space other than those proposed during the pre-award survey.

4. Shifting of the ship from one mooring berth to another causes disruption of services to the ship and interferes with work and schedules of the crew. Unless specifically approved by the Contracting Officer, no more than one mooring shift (drydocking and refloating excluded) of the ship shall be made during the contract period.
    A. When shifting of the ship is required, the COR shall be given a minimum of three days advance notice of the proposed shift.
    B. Except when drydocking and refloating the ship, all shifting of the ship shall be performed only during regular workdays and hours.
5. All mooring spaces to be used by the ship shall be under the complete and legal control of the contractor. If the contractor proposed to use any mooring space which is not owned by the contractor, a legally binding lease or agreement must be signed by the owner which clearly gives the contractor complete control of the mooring for the entire period of the contract, including any time extensions which may be approved by the Contracting Officer. A copy of the agreement will be required to be submitted as part of the pre-award survey.

Disassembly and Inspections.

Whenever equipment, machinery, systems, or other system components are required to be disassembled, opened or overhauled, the contractor shall complete all disassembling and inspections during the first 25-percent of the work performance period. All tanks required to be opened shall also be opened and gas-freed during the first 25-percent of the work performance period. No time extension of the work performance period will be granted for delays caused by the contractor's failure to comply with this 25-percent time requirement.

# NOTES.

EPA_00036856

The requirements and provisions of this specification are additions to or amplification of the requirements and provisions set forth in other specifications, solicitation, or procurement documents. In the event a conflict should occur, the requirements of the other documents take precedence over those contained herein.

END OF SPECIFICATION

EPA_00036857

U.S. Environmental Protection Agency
Great Lakes Toxicology and Ecology Division

# STANDARD SPECIFICATION EPA-000-2D: TEMPORARY SERVICES AT CONTRACTOR FACILITIES

## SCOPE.

This specification contains the general requirements for temporary services to be provided to EPA ships while at a Contractor's facility.

## REFERENCES.

None

## REQUIREMENTS.

### General.

1. Except as otherwise required, provide all facilities and services required by this specification for the entire period the ship is at the Contractor's facility.
2. Provide all cables, hoses, fittings, and equipment needed to provide the services to the ship. After completion of all other contract work and immediately before the ship departs the Contractor's facility, disconnect all temporary services and remove all related cables, hoses, fittings, and equipment.
3. Make all connections and provide all services within two hours after the ship arrives at the facility. The services are to be disconnected only when necessary to shift the ship or upon satisfactory completion of all authorized items of the contract. When the ship is shifted, drydocked, or refloated, the services are to be restored for normal use within one hour after completion of the shifting, drydocking, or refloating operation.
4. Whenever water is provided to the ship from a municipal potable water system, comply with local ordinances and the U.S. Public Health Service regulations regarding use of check valves and other automatic closure devices to prevent contamination of the municipal water source.
5. Hoses to be used for potable water or steam service shall not have been previously used for any other purpose. Prior to connecting to the ship's system, thoroughly flush the hoses with water from the municipal water system.
6. Whenever water, air or steam service is required, provide a pressure regulator and a pressure gage at the deck connection to monitor and regulate the pressure.

EPA_00036858

Gangways.

Provide a safe gangway or brow for easy access to the ship. It shall be located near the forward end or one shall be located near the aft end of the ship. Whenever the ship is in drydock or on a railway, the gangway or brow shall be located on either side of the ship. The gangway and brow shall be of good sound construction, with cross-member cleats or abrasive non-slip walk surfaces, double lifelines or handrails on each side, and a safety net underneath. If the shore end of the brow or gangway terminate above the level of the wharf, pier, or dock normally used for traffic, steps with handrails shall be provided. Access to the ship shall be well lighted during periods of darkness. Provide safety nets extending outward six feet on each side of each gangway.

Camels and Fenders.

Provide a camel or fender system to prevent the ship's sides from chafing against the wharf or pier while the ship is moored at the Contractor's facility. When moving the ship with tugs, ensure that adequate fenders are used to prevent chafing of the ship's hull against the tug. All damage to the ship's hull structure and coating systems which occurs due to lack of adequate fenders shall be repaired by the contractor. No other ship or barge shall be moored alongside the ship.

Electric Power.

EPA will furnish a necessary flexible shore tie cable, contractor shall furnish compatible terminal connections, and provide electrical power to the ship's shore power connection box.

Potable Water.

Provide uncontaminated potable water to the ship's potable water deck connection as follows:
1.   Water pressure at the connection shall not be less than 40 and not more than 60 pounds-per-square-inch-gage (psig).
2.   Prior to making the hose connection to the ship, provide to the COR adequate documentation that the water fully complies with the Safe Drinking Water Act (SDWA). As a minimum, the documentation must include:
     A.   A report from a local health authority or an independent testing lab attesting that the water supply meets safe bacteriological levels.
     B.   Additional data, attainable from the water supplier, which verifies compliance with physical, chemical, and aesthetic standards of the SDWA.

Telephone Service.

   Not required

Fax Machine.

COR should have access to a properly operating Fax machine.

Internet Access.

EPA provided.

EPA_00036859

Sanitary Water.

While the ship is drydocked, sanitary system shall be secured from use.

Steam.

Whenever required by the detail specification item, provide steam to the ships deck connection in the amount specified.
 Sewage and Turbid Water Disposal.
Accept and properly dispose of effluent sewage and turbid water from the ship's deck connection or overboard discharge. The ship's installed pumps will be used to pump the sewage and turbid water to the deck connection.

Garbage and Refuse.

 Provide containers on the ship in sizes and quantities required for convenient, sanitary disposal of garbage and refuse by the ship's crew. If adequate deck space is not available on the ship and if authorized by the COR, the containers shall be located off the ship within 20 feet of the gangway specified by the COR. Empty and clean the containers daily to prevent them from becoming a health hazard.

Toilet Facilities.

Whenever the detail specifications specify that temporary toilet facilities are required or whenever the Contractor must secure the ship's toilet facilities, adequate temporary toilet facilities must be provided for EPA use.
    A.  Provide one temporary toilet for the ship's crew.
    B.  When the ship is in a drydock or marine railway, or the ship is moored dockside, the toilet(s) must be within 200 feet of the ship's gangway.
    C.  Portable chemical toilets are acceptable, provided the Contractor empties and cleans them regularly.

Fire Alarm System.

1.  Availability of a fire alarm system near the ship (as designated by ship's representative). The fire alarm shall be arranged to send a signal directly to a central station service, a remote station service, a municipal fire department, a shipyard fire department, or a continuously manned location within the shipyard where trained operators can take immediate action to transmit an alarm.
2.  The means to summon the fire department from within the shipyard shall consist of a direct electrically supervised circuit to the fire department or manual operation of a municipal fire alarm box within 50 feet travel distance of the centrally manned location.
3.  The fire alarm system shall be reliable, use electrically supervised circuits and provide facilities at the centrally manned location for making daily tests of the system. Defective or inoperative alarms shall be repaired or replaced immediately. No hot work will be permitted anywhere on the ship while the alarm system is inoperative or defective.

EPA_00036860

<u>Fire-Fighting Water Supply.</u>

1.  Shoreside means shall be provided to ensure that the emergency water supply can be connected to the ship's fire main system within 5 minutes or to be used to apply water on the ship in drydock.
2.  Power for the emergency source shall be independent of the Contractor's normal source of electrical power. The emergency source shall be capable of being provided when local utilities are disrupted. Demonstrate proper operation of the emergency source within 8 hours after the ship arrives at the Contractor's facility and perform an operational test weekly.
3.  Provide and maintain an emergency source of fire-fighting water capable of providing 500 gallons-per-minute at 100 pounds-per-square-inch-gage to the ship's weather deck within five minutes of loss fire-fighting water pressure at the ship's fire main. The emergency source shall be completely independent of the source used to provide water to the fire main system.

<u>Vehicle Parking Spaces.</u>

Provide vehicular parking spaces in the quantity specified in the detail specification item. The parking spaces shall be inside the Contractor's facility or within 100 feet of the gate to the Contractor's facility. The spaces may be outside the gate to the Contractor's facility only if the Contractor has the means to control unauthorized use of the parking spaces. The parking spaces shall be reserved exclusively for use by EPA personnel and shall be clearly marked "RESERVED-EPA".

<u>Dockside Office Space.</u>

When required by the detail specifications or other procurement documents, provide dockside office space for exclusive use of EPA personnel in the quantities specified therein. Office space shall comply with the following:

A.  Each space shall be a minimum of 12 feet by 12 feet and shall be equipped with at least one 30-inch by 60-inch desk, one 30-inch by 48-inch (minimum) work table, two chairs, waste paper basket, three double electric 110 VAC outlets (with power connected) evenly spaced around the space, adequate lighting.
B.  Each office space shall be heated to 68 degrees Fahrenheit and cooled to 78 degrees Fahrenheit.
C.  Provide adequate toilet facilities adjacent to and adjoining the office space. Each toilet facility shall be provided with at least one water closet and one lavatory. Provide ample toilet tissue, soap and paper towels.
D.  Provide daily janitorial service to clean the toilet facilities, office spaces and to empty waste paper baskets.
E.  The office spaces shall be located as close as practical to the ship, if possible, the office spaces shall be no more than 300 feet from the ship.

Page **67** of **140**

EPA_00036861

Security Service.

Whenever required by the detail specifications or other procurement document, provide security guard service during all periods that no contract work is being performed on the ship. A guard shall inspect all unlocked compartments at least once every two hours, or part there, while work is not being performed.

Engine Room Bilge Cleaning.

During the first three days of the repair period, pump and properly dispose of all oily water from the engine room bilges. At the completion of all other work, clean the engine room bilges by flushing with a cold freshwater hose wash down. Remove all debris and pump the bilges dry.

END OF SPECIFICATION

EPA_00036862

U.S. Environmental Protection Agency (USEPA)
Great Lakes Toxicology and Ecology Division

# STANDARD SPECIFICATION EPA-000-3:
# COATING SYSTEMS FOR STEEL SURFACES

## SCOPE.

This specification contains the general requirements for surface preparation and application of the coating systems most frequently used on the steel surfaces of EPA steel ships and boats.

## REFERENCES.

A.  SSPC: The Society for Protective Coatings Paint Application Specification No. 1 (SSPC-PA 1), "Shop, Field, and Maintenance Painting" (April 1, 2000)

B.  SSPC: The Society for Protective Coatings Paint Application Standard No. 2 (SSPC-PA 2), "Measurement of Dry Coating Thickness with Magnetic Gages" (June 1, 1996)

C.  SSPC: The Society for Protective Coatings Joint Surface Preparation Standard SSPC-SP 10/NACE No. 2, "Near-White Blast Cleaning" (September 1, 2000)

D.  SSPC: The Society for Protective Coatings Surface Joint Surface Preparation Standard SSPC-SP 12/NACE No. 5, "Surface Preparation and Cleaning of Steel and Other Hard Materials by High- and Ultrahigh-Pressure Water Jetting Prior to Recoating" (1995)

E.  SSPC: The Society for Protective Coatings Surface Preparation Specification No. 3 (SSPC-SP 3), "Power Tool Cleaning" (November 1, 1982 Editorial Changes September 1, 2000)

F.  SSPC: The Society for Protective Coatings Surface Preparation Specification No. 1 (SSPC-SP 1), "Solvent Cleaning" (November 1, 1982 Editorial Changes September 1, 2000)

G.  SSPC: The Society for Protective Coatings Surface Preparation Specification No. 11 (SSPC-SP 11), "Power Tool Cleaning to Bare Metal" (November 1, 1987 Editorial Changes September 1, 2000)

H.  SSPC: The Society for Protective Coatings Joint Surface Preparation Standard SSPC-SP 7/NACE No. 4, "Brush-Off Blast Cleaning" (September 1, 2000)

EPA_00036863

## REQUIREMENTS.

General Requirements.

1. All paint application shall be applied in compliance with reference (A) as reinforced and supplemented by this specification.
2. Comply with the manufacturers' printed recommendations and instructions for all aspects of handling, mixing, and application of the paint materials.
3. All paint shall be delivered to the jobsite in original, unopened containers with labels intact. All containers shall remain unopened until required for use. Each container of paint shall be clearly marked or labeled to show paint identification, date of manufacture, batch number, analysis of contents, identification of all toxic substances, and special instructions.
4. Paint shall be used before its shelf life has expired. If a paint has no stated shelf life or is more than one year old, the manufacturer must certify in writing that the paint is suitable for use.
5. All coating thicknesses are stated in Dry Film Thickness (DFT). All dry film thickness determinations shall be performed in accordance with reference (B).
6. Coatings shall be applied only when the following conditions are maintained:
    - A. Apply paint only to dry surfaces and when there is no chance of precipitation until after the paint has cured. The steel surface temperature shall be at least five degrees Fahrenheit above the dew point. The dew point can be presumed to be satisfactory if a thin, clearly defined film of water applied to the cleaned surface with a damp cloth evaporates within 15 minutes. Otherwise, the dew point shall be measured prior to painting by taking the dry-bulb temperature of the surface and the wet-bulb temperature at the jobsite.
    - B. The air temperature and surface temperature must both be a minimum of 45 degrees Fahrenheit at all times, unless a lower temperature is specifically authorized by the paint manufacturer's printed instructions.
    - C. Painting is permitted only when the humidity is less than 95 percent.
    - D. When paint must be applied in damp or cold weather, the steel must be painted under cover and the surrounding air and the steel heated to establish the required conditions. The steel shall remain under cover or be protected until dry or until weather conditions permit its exposure.
7. Each coat of paint shall be in a proper state of cure or dryness before the application of the succeeding coat. Paint shall be considered dry for recoating when an additional coat can be applied without the development of any detrimental film irregularities, such as lifting, wrinkling, or loss of adhesion of the undercoat. The time interval between coating applications shall be in compliance with the manufacturer's printed instructions.
8. All paint materials shall be furnished by the Contractor and shall be applied using spray equipment, unless otherwise specified. When applying touch-up coatings to small areas disturbed by other work, brushes and rollers may be used.

9. Comply with and enforce all safety and environmental protection regulations relative to removal, disposal, mixing, and application of paints and other materials.

10. Mask, tape, cover, and otherwise protect all equipment, machinery, cables, piping, insulation, glass, furnishings, and other government materials from damage, overspray and contamination. Remove and reinstall parts and loose gear as necessary to avoid damage.

11. Plug, wrap, blank, cover, or mask all openings as needed to prevent entry of blast materials into the ship or boat and to confine blast materials inside the compartment being sandblasted. Install industrial foam filter materials on the intake and exhaust of ventilation systems which will be in use. Renew filter materials when air flow becomes restricted.

12. When surface preparation and coating of a compartment or surface is specified, included shall be all plating, frames, longitudinal, beams, stiffeners, brackets, baffles, and other structural steel members. Steel ladders in tanks, voids, and cofferdams are also to be included.

13. Surface preparation and paint application of shell plating and frames below the Load Waterline shall be accomplished only while the ship is in drydock, unless otherwise and specifically authorized.

14. Where colors are not specified in this specification, the color for coatings shall be as specified in other procurement documents or specifications. Where colors are not specified elsewhere, the colors shall be selected by the COR or other EPA representative responsible for acceptance of the work.

Surface Preparation.

1. Unless otherwise specified, all steel surfaces shall be prepared by sandblasting to a "near white" surface in accordance with reference (C). or prepared by "ultrahigh-pressure water jetting" to a visual surface preparation condition of WJ-2 in accordance with reference (D).

2. When other procurement documents or specifications require "power tool clean" surface preparation, the therein specified steel surfaces shall be prepared in accordance with reference (E).

3. When other procurement documents or specifications require "solvent clean" surface preparation, the therein specified steel surfaces shall be prepared in accordance with reference (F).

4. When other procurement documents or specifications require "power tool clean to bare metal" surface preparation, the therein specified steel surfaces shall be prepared in accordance with reference (G).

5. When other procurement documents or specifications require "brush-off blast cleaning" surface preparation, the therein specified steel surfaces shall be prepared in accordance with reference (H).

EPA_00036865

6. The surfaces to be painted shall have the specified surface preparation at the time of application of the paint. If the surface is degraded or contaminated subsequent to surface preparation and prior to painting, the surface shall be restored before paint application.

7. In order to prevent degradation or contamination of the prepared surfaces, the first coat of paint shall be applied as soon as possible after the surfaces have been prepared. The first coat shall always be applied the same day as surface preparation is completed. Succeeding coats shall be applied before contamination of the under surface occurs.

8. After surface preparation, surfaces shall be brushed with clean brushes, blown off with compressed air, or cleaned by vacuum to remove all traces of blast products and dust.

9. Whenever sandblasting or spray painting is specified for surface preparation of exterior steel surfaces at a Government facility, or when applicable regulations and laws prohibit release of blast materials and paint into the atmosphere, the surfaces shall be enclosed in a cover adequate to contain the blast materials and paint.

10. Cleaning and painting shall be so scheduled that detrimental amounts of dust or other contaminants do not fall on wet, newly-painted surfaces.

Coating Systems.

Following acceptance of the surface preparation by the COR, apply the coating system specified in the procurement document or detail specification and defined below. It is understood that newer coating systems have been and are being developed that may supersede the defined coating systems. The contractor may recommend application of these newer coating systems through the use of a Condition Report which is subject to acceptance by the COR.

1. System STL-1:
   A. Apply one coat, 3.0 to 4.0 mils DFT, of self-curing inorganic zinc silicate, using one of the products listed in Appendix A.
   B. Allow the coating to dry for 24 hours and rinse with fresh water to remove the white crystallized drying salts.

2. System STL-2:
   A. Coat one: Apply 3.0 to 4.0 mils DFT, self-curing inorganic zinc silicate, using one of the products listed in Appendix A. Allow the coat to dry for 24 hours and rinse with fresh water to remove the white crystallized drying salts.
   B. Coat two: Apply a mist tie coat, 0.5 to 1.0 mils DFT, polyamide-epoxy primer, MIL-P-24441, formula 150 (green).
   C. Coat three: While the previous mist tie coat is still tacky, apply 3.0 to 4.0 mils DFT, of polyamide-epoxy, MILP-24441, formula 150(green).
   D. Coat four: While the previous coat is still tacky, apply 2.0 to 3.0 mils DFT, of 30-percent modified silicone alkyd high gloss marine paint, using one of the products listed in Appendix B.
   E. Coat five: Apply 2.0 to 3.0 mils DFT of 30 percent modified silicone alkyd high gloss marine paint same as previous coat.

Page **72** of **140**

3. System STL-3:
   A. Coat one:  Apply 2.0 to 4.0 mils DFT, polyamide-epoxy, MIL-P-24441, formula 150 (green).
   B. Coat two:  Apply 2.0 to 4.0 mils DFT, polyamide-epoxy, MIL-P-24441, formula 152 (white).
   C. Coat three:  Apply 2.0 to 4.0 mils DFT polyamide-epoxy, MIL-P-24441, formula 156 (red).
   D. The thickness of the total 3-coat system shall not be less than 8 mils DFT nor more than 12 mils DFT.
   E. When applying this system to the entire interior of tanks, voids, or bilges, apply an additional hand brush (stripe) coat after coat one and after coat two to weld seams, cutouts, corners, and butts.  Each hand coat shall be un-thinned and shall be a different color than the coat being covered but may be the same color as the coat to follow.

4. System STL-4:
   A. Coat one:  Apply 2.0 to 4.0 mils DFT, polyamide-epoxy, MIL-P-24441, formula 150 (green).
   B. Coat two:  Apply 2.0 to 4.0 mils DFT, polyamide-epoxy, MIL-P-24441, formula 156 (red).
   C. Coat three:  Apply 2.0 to 4.0 mils DFT, polyamide-epoxy, MIL-P-24441, formula 152 (white).
   D. The thickness of the total 3-coat system shall not be less than 8 mils DFT nor more than 12 mils DFT.
   E. When using this coating system in potable water tanks, comply with the following requirements:
      1) The total maximum DFT specified above shall not be exceeded except in isolated areas adjacent to shapes, frames, and stiffeners.  In no case shall the maximum be exceeded by more than two mils DFT.  The isolated areas shall not exceed two percent of the total area.
      2) Insure that no formula substitutions are made.
      3) The drying time between coats shall be a minimum of 48 hours at a minimum temperature of 70 degrees Fahrenheit.  Provide heated air if necessary to maintain the temperature.  Provide sufficient ventilation during the drying time for continuous flow of air through the tanks with at least one complete air change every four hours.
      4) A minimum of seven calendar days curing time is required after application of the last coat before filling tanks with water.  Complete application of the last coat at least seven days prior to the end of the contract performance period.

EPA_00036867

     5) When applying this system to the entire interior of tanks, apply an additional hand brush (stripe) coat after coat one and after coat two to weld seams, cutouts, corners, and butts. Each hand coat shall be un-thinned and shall be a different color than the coat being covered but may be the same color as the coat to follow.

5. System STL-5:
   - A. Coat one: Apply 2.0 to 4.0 mils DFT, polyamide-epoxy, MIL-P-24441, formula 150 (green).
   - B. Coat two: Apply 2.0 to 4.0 mils DFT, polyamide-epoxy, MIL-P-24441, formula 151 (haze grey).
   - C. Coat three: Apply 2.0 to 4.0 mils DFT polyamide-epoxy, MIL-P-24441, formula 156 (red).
   - D. Coat four: Apply 2.0 to 4.0 mils DFT polyamide-epoxy, MIL-P-24441, formula 152 (white).
   - E. The thickness of the total 4-coat system shall not be less than 10 mils DFT nor more than 16 mils DFT.
   - F. When applying this system to the entire interior of tanks, apply an additional hand brush (stripe) coat after coat one and after coat two to weld seams, cutouts, corners, and butts. Each hand coat shall be un-thinned and shall be a different color than the coat being covered but may be the same color as the coat to follow.

6. System STL-6:
   - A. Coat one: Apply 2.0 to 4.0 mils DFT polyamide-epoxy, MIL-P-24441, formula 150 (green).
   - B. Coat two: Apply 2.0 to 3.0 mils DFT latex fire-retardant paint, DOD-C-24596, Type I.
   - C. Coat three: Same as coat two.

7. System STL-7:
   - A. Coat one: Apply 2.0 to 4.0 mils DFT heat resistant aluminum paint, DOD-P-24555.
   - B. Coat two: Same as coat one.

8. System STL-8:
   - A. Coat one: Apply 3.0 to 4.0 mils DFT, self-curing inorganic zinc silicate, using one of the products listed in Appendix A. Allow the coat to dry for 24 hours and rinse with fresh water to remove the white crystallized drying salts.
   - B. Coat two: Apply a mist tie coat, 0.5 to 1.0 mils DFT, polyamide-epoxy primer, MIL-P-24441, formula 150 (green).
   - C. Coat three: While the previous mist tie coat is still tacky, apply 3.0 to 4.0 mils DFT, of polyamide-epoxy, MILP-24441, formula 150 (green).
   - D. Coat four: While the previous coat is still tacky, apply 5.0 mils minimum DFT, anti-sweat binder, DOD-P-15144, formula 34.

EPA_00036868

  E. Coat five:  While the binder is still tacky, blow a heavy coat of expanded vermiculite, ASTM C-516 onto the surfaces using compressed air.

  F. Coat six:  Apply 2.0 to 3.0 mils DFT of latex fire-retardant paint, DOD-C-24596, Type I.

9. System STL-9:

  A. Coat one:  Apply 2.0 to 4.0 mils DFT, polyamide-epoxy, MIL-P-24441, formula 150 (green).

   1) Coat one shall be allowed to cure a minimum of 24 hours, but not more than 48 hours, before application of coat two.

  B. Coat two:  Apply 30.0 to 40.0 mils DFT, non-skid coating, DOD-C-24667, Type I, Composition G, Grade A, Class 2. In the event this coating cannot be obtained, non-skid coating, MIL-D-24883, Type I may be substituted.

10. System STL-10:

  A. Coat one:  Apply 3.0 to 4.0 mils DFT, self-curing inorganic zinc silicate, using one of the products listed in Appendix A.  Allow the coat to dry for 24 hours and rinse with fresh water to remove the white crystallized drying salts.

  B. Coat two:  Apply a mist tie coat, 0.5 to 1.0 mils DFT, polyamide-epoxy primer, MIL-P-24441, formula 150 (green).

  C. Coat three:  While the previous mist tie coat is still tacky, apply 2.0 to 4.0 mils DFT of polyamide-epoxy, MIL-P24441, formula 150(green).

  D. Coat four:  While the previous coat is still tacky, apply 2.0 to 3.0 mils DFT of 30-percent modified silicone alkyd high gloss marine paint, using one of the products listed in Appendix B.

  E. Coat five: Immediately after applying coat four, spread a coat of #40-mesh garnet over the coating while it is still wet. Completely cover the coating and allow the coating to dry for eight hours.  Then, sweep off and vacuum up the excess garnet.

  F. Coat six: Same as coat four.

11. System STL-11:

  A. Coat one:  Apply 4.0 to 8.0 mils DFT of Devoe Bar-Rust 235.

  B. Coat two:  Same as coat one.  Total thickness of the two coats shall not be less than 12.0 mils DFT. 4.  QUALITY ASSURANCE.

## Certification and Records

1. Whenever the surfaces to be prepared and coated exceeds a total surface area of 10 square-feet, comply with the following prior to commencing the surface preparation:

  A. Prepare and submit to the COR a detail "Plan Plan" which clearly outlines the complete painting timetable and procedures, including methods for conducting and documenting inspections.  Also, to be included shall be copies of all applicable manufacturers' printed recommendations, instructions and product data sheets.

EPA_00036869

       B. The Contractor's paint foreman shall meet with the COTR to discuss and review the "Paint Plan".

2. Provide to the COR the following information:

       A. Number of gallons of each type paint used.

       B. Certification by the Contractor's paint foreman that the conditions specified in 3.1.5 were maintained during application and curing of the paint. If measured, wet-bulb temperature at the jobsite and dry-bulb temperature of the surface immediately before applying each coat of paint.

       C. Date and time of starting and completing each coat of paint.

       D. Complete set of all DFT measurements taken.

3. Inspections

       A. Prior to any sandblasting or painting, conduct an inspection with the COR of all protective coverings and masking to ensure that the protection is adequate.

       B. After completion of surface preparation, the COR or other person designated by the COR shall inspect the surfaces before the first coat of paint is applied.

       C. Prior to applying each coat of paint, verify to the COR or other person specified by the COR that the conditions exist as prescribed in paragraph 3.1.5.

       D. After each coat of paint is applied and prior to the next coat, take DFT readings in accordance with reference 2.a. The COR or other person specified by the COR shall be permitted to witness the measurements. Provide magnetic gages, calibrated immediately before taking the measurements in presence of the COR or another person specified by the COR.

       E. In the event the COR or other person specified by the COR is unable to witness the required inspections and measurements, the Contractor shall nonetheless conduct and document the inspections and measurements to verify compliance with the requirements of this specification.

EPA_00036870

## NOTES.

1. Any purpose.  However, the systems are normally the surfaces and extent of coating to be applied will be specified in other procurement documents or specifications.

2. A paint system may be specified for use in any location or for used in the following applications:

| System | Normal Use |
|---|---|
| STL-1 | Appearance is unimportant. |
| STL-2 | Exterior freeboard and superstructure |
| STL-3 | Bilges |
| STL-4 | Chain lockers and tanks, including potable water tanks |
| STL-5 | CHT/MSD tanks |
| STL-6 | Interior bulkheads, overheads, insulation |
| STL-7 | Hot surfaces exceeding 125 degrees Fahrenheit |
| STL-8 | Surfaces subject to condensation |
| STL-9 | Decks requiring non-skid |
| STL-10 | Decks requiring non-skid |
| STL-11 | Voids, bilges, and tanks (not approved for potable water tanks) |

EPA_00036871

# APPENDIX A

**ACCEPTABLE INORGANIC ZINC SILICATES**

| Product/Coatings | Manufacturer |
|---|---|
| Carbozinc 11 HFP | Carboline Company |
| Galvosil 1570 | Hemple's Marine |
| Metalhide 100 | Pittsburg Plate Glass |
| Mobilzinc 7 | Mobil Chemical |
| Mobilzinc 13-F-12 | Mobil Chemical |
| Uni-Pac 13-C-10 | Mobil Chemical |
| Rust-Ban 191 | Exxon Chemical |
| Rust-Ban 188 | Exxon Chemical |
| Zinc-ite | Plus-Chemical |
| Interzinc HF-2410/2411 | International Paint |
| Interzinc 2410/2411 | International Paint |
| Quram 3365 WZ | Philadelphia Quartz |
| Zinc Prime 200 | Grow Chemical |
| BPS Vitazine 2946 | Patterson Sargent |
| Stancoat 711R | Standard Paint & Varnish |
| Farbozinc 76 | Farboil |
| Farbozinc 114 | Farboil |
| Durazinc 500 | Southern Imperial Coatings |
| Pro-zinc 202 | Proline Paint |
| Briner Five-65 | Briner Paint Manufacturing |
| Phyllyzinc 1 | Philadelphia Resins |
| SA-13446/SA-13447 Rel-Zinc No. 63 | Andrew Brown |
| (gray-green) | Reliance Universal |
| Zincguard No. 3 | Sherwin-Williams/Seaguard |
| Zincguard No. 6 Zinc-Lock 351-NF and | Sherwin-Williams/Seaguard |
| Zinc-Lock 351-HF | Porter Paint |
| Ganicin 347-934;EID | Dupont de Nemours |
| Ganicin 347--947 | Dupont de Nemours |
| Napko 5-Z (high flash) Ameron 2066 and | Napko |
| Dimetcote 9HF Mo-Zinc No. 4 | Ameron |
| (Gray 28-DH-51) Mo-Zinc No. 5 | Valspar Ind. |
| (Green 28-DH-52) | Valspar Ind. |
| ByCo Zinc-Gard 102-SP | Bywater Coatings |
| IC 531 Inorganic Zinc | Inorganic Coatings |
| Cathacoat 304 | Devoe Marine Paint and |

Coatings

EPA_00036872

## APPENDIX B

### 30-PERCENT MODIFIED SILICONE ALKYD PAINTS

| Product | Manufacturer |
|---|---|
| Gloss Silicone Alkyd(series) | Devoe Marine Coatings |
| SA-22 Silicone Alkyd | Porter Coatings |
| CMB000 Silicone Alkyd | International Paint |
| Silalx 300 | International Paint |
| 21-W-9 Silicone Alkyd | Valspar |
| 434U-1000 Silicone Alkyd | Hempel's Marine Paints |
| Series 5539 | Glidden Coatings and Resins |
| 40-E Silicone Alkyd | Farboil |
| HM-70 | Carboline |
| MIL-E-24635 | Sherwin-Williams/Seaguard |

END OF SPECIFICATION

EPA_00036873

U.S. Environmental Protection Agency (USEPA)
Great Lakes Toxicology and Ecology Division

# STANDARD SPECIFICATION EPA-000-4; DRYDOCKING AND ROUTINE DRYDOCK WORK

## SCOPE.

This specification contains the general requirements for drydocking and routine drydock work on EPA ships.

## REFERENCES.

Docking Report, Form 2410 (Attachment to SOW, pdf file)

## REQUIREMENTS

### Submittals.

Prior to drydocking the ship, submit to the COR the following:

1. Provide a certification signed by a qualified independent firm attesting that the drydock or railway, and associated controls and machinery, are in good sound condition and have adequate capacity to safely drydock the ship. The certification shall be based on a visual inspection of the facility within the 12-month period immediately preceding the scheduled drydocking, operating and maintenance records of the facility, and recent demonstration of the facility's capacity (e.g., record of the largest ship drydocked during the preceding 6 months). Submittal of a NAVSEA certification that the drydock or railway meets the requirements of MIL-STD-1625 A/B(SH) may be substituted for the independent firm certification.
2. Provide a letter certifying that the dockmaster in charge of the docking and undocking evolutions is professionally qualified, through training and experience, to conduct the evolutions in a safe and reliable manner. Include a copy of the dockmaster's resume attached to the letter.
3. Prepare and submit a drydocking and undocking procedure which includes operating practices, special precautions that are required by the characteristics of the dock or ship, depth of water, and tide and current conditions which will exist.

### Preparations for Drydocking.

1. Arrange the blocks in the Contractor's drydock or railway in accordance with the ship's docking plan. Blocks shall be positioned to haul the ship in the position specified in the detail specification item. In the event the detail specification item does not specify a docking position, the COR shall specify the docking position.

EPA_00036874

2. The minimum height of keel blocks shall be as specified on the ship's docking plan or the detail specifications. In event a conflict exists between the docking plan and the detail specifications, the detail specifications take precedence. If not specified on docking plan or in the detail specifications, the minimum height shall be 48 inches. All keel blocks shall have 2 inches minimum soft wood caps.

3. Insure that all sea chests, discharges, transducers, domes, and other appurtenances are clear of all blocks. There shall be no obstructions between the floor surface of the drydock and the hull, hull openings, appendages, and fittings. Ample horizontal and vertical clearance shall be provided for removal and replacement of rudders, bow thrusters, fathometers, sea scanners, and sonar gear on the ship, whether or not such removals or replacement are known to be required.

4. Record the fore and aft draft mark readings of the ship prior to drydocking and after undocking.

### Drydocking.

1. After obtaining the consent of the COR, carefully haul out the ship without strain or injury, in a drydock or marine railway. If any tendency to strain or injure the ship is observed, immediately refloat the ship and rearrange the blocks or make other corrections required to relieve the condition. Wash down the dock basin to remove silt, mud, and debris immediately after the ship is drydocked.

2. Prior to the keel clearing the water, attach two grounding cables from the ship's hull to ground to protect against lightning or other static discharges. One of the cables shall be connected near the bow and the other cable shall be connected near the stern. Each cable shall be a minimum size of 500,000 circular mils.

3. The ship shall be drydocked within the first 25-percent of the time allowed for the contract performance period.

4. Hold the ship out of the water for the period required to perform all contract work which necessitates drydocking.

### Cleaning.

1. As soon as practical, but in all cases within 12 hours after drydocking the ship, clean the entire underwater hull and boot-topping of all marine growth, dirt and loose paint using stiff bristle brushes, scrapers, and high pressure fresh water. Included shall be sea strainer plates, sea chests, bow thrusters, rudders, propellers, shafts, struts, and other underwater hull appendages.

2. Exercise extreme care to avoid scratching, gouging or otherwise damaging any transducers, dome windows, shaft coverings or other appendages.

3. Clean fiberglass surfaces using non-metallic scrapers and bristle brushes. Clean transducers using non-metallic, non-abrasive brushes. Do not use scrapers on transducers.

### Miscellaneous Requirements.

1. All hull discharge openings and scupper drains shall be fitted with discharge fittings and be fitted with spigots and hoses to direct liquids away from the hull. Hull discharge

EPA_00036875

openings which will not be in service while the ship is in drydock may be plugged in lieu of being fitted with the fittings, spigots and hoses.

2. Within 24 hours after drydocking, remove all sea chest covers, strainer plates, rope guards, and fairwaters. After completion of all inspections and acceptance of inspection condition reports by the COR, reinstall the items removed.

3. Provide adequate staging, or other safe means acceptable to the COR, to accomplish all contract work and to permit a thorough inspection (see below) of the underwater body.

4. Clean all anodes with a wire brush to remove all corrosion products. Polish propellers to bright metal.

5. While the ship is in drydock, install temporary closures over all hull openings during all hours outside the normal work shifts. Blank flanges and closure plates shall have sufficient strength to prevent water entry into the hull in the event of drydock failure or flooding.

6. Provide to the COR a "marked-up" copy of the docking plan showing all alterations and modifications made to the underwater hull during the contract.

Docking Inspection.

Within 48 hours after drydocking, a joint inspection of the ship's underwater hull shall be conducted by the Contractor, the COR, and the Commanding Officer/Master's representative. Submit a Condition Report of the inspection findings, including a completed preliminary copy of reference 2.a. A blank copy of reference 2.a will be provided to the Contractor by the COR. The inspection shall include the following:

1. Condition of the hull, particularly inspecting for evidence of structural damage and deterioration of plating, welds, and fasteners.

2. Condition of anodes and paint system.

3. Condition of propellers, rudders, sea chests, shafts, overboard discharge piping, bilge keels, transducers, and all other underwater hull appendages. Inspect for evidence of leaks, damage, and deterioration.

Void Inspections.

Remove the void plugs in underwater hull rub rails, rudders, struts, fairing plates, bilge keels, and other inaccessible underwater voids. As the plugs are removed, inspect for drainage of water from the voids. If water is present, advise the COR prior to proceeding. After the source of the water has been determined and all additional work authorized by the Contracting Officer has been completed, fill the voids with a rust preventive compound complying with MIL-C-16173, Grade 5. Drain the rust preventive compound and reinstall the plugs using an anti-seize compound on the threads.

Packing Renewal.

Remove the packing glands and existing packing from the rudders and tail shafts. Thoroughly clean the glands. Cut and fit new rings of TFE-impregnated square flax

packing in the rudder and tail shaft glands. Packing shall not contain graphite. Stagger the butts.

1. The number of packing rings shall be as shown on applicable drawings if available.
2. Otherwise, the number of packing rings shall be same as removed.
3. Reinstall glands.
4. After the ship is undocked, readjust the tail shaft glands such that a fine trickle of water provides cooling.

Clearance Readings.

1. While the packing is removed, take a complete set of rudder stock and pintle bearing clearance readings. Also check and record the vertical movement of the rudders. Raise the rudders approximately 1/8-inch to relieve weight from the thrust plates. Disassemble the upper support bearing assembly for inspection. Clearance readings of the rudders are to be taken at both the lower hull penetration and the internal upper bearing surfaces. Measure wear down of all packing gland sleeves. After completion of inspections, reassemble all bearings.
2. Take clearance readings of each propulsion shaft cutlass bearing at 90-degree intervals around the shafts' circumferences. Clearances of strut bearings shall be taken at both the forward and aft sides of the struts. While packing is removed, measure and record the wear down of the shafts and sleeves at the packing gland.

Runout Readings.

Take runout readings of the propeller shafts in place while the packing is removed. If the propellers are removed under another contract item, set up a dial indicator to bear on the after end of the shafts. If the propellers are not removed, set the dial indicator to bear on another convenient machined surface as near the end of the shafts as practical. Read and record the dial indicator deflections as the shafts are rotated 360 degrees. Set up a dial indicator and measure the shaft deflections at each strut and stern tube bearing while the shafts are rotated 360 degrees.

Transducers.

Clean, protect, and paint all transducers as follows: Clean the exposed surfaces of each transducer while the surfaces are still damp. Clean transducers with non-metallic brushes. Do not use scrapers.

1. Degrease the faces of rubber-faced transducers with mineral spirits and rinse with fresh water. Do not use detergents on the rubber faces. Swab metallic-faced transducers with a solution of one-part nitric acid to five parts fresh water and follow with rich soapy water wash and fresh water rinse. Polish metallic-faced transducers with crocus cloth.
2. Coat all metallic-faced transducers with one coat of anti-foulant same as prescribed for the remainder of the underwater hull. This is to be accomplished by removing the plywood protective covers immediately prior to applying the last coat of paint to the underwater hull. If the underwater hull is not being painted, apply one coat of anti-foulant same as exists on underwater hull. All painting shall be in accordance with the paint manufacturer's printed recommendations and instructions.

3. Coat all rubber-faced transducers with two coats, 2.0 dry mils each, of MIL-P-22298 Formula 133 and two coats, 2.0 dry mils each, of MIL-P-22299 Formula 134 in accordance with the paint manufacturer's printed recommendations and instructions.

4. EPA reserves the right to inspect and adjust transducers.

5. Except when work is being performed on the transducer, cover the transducer faces with a plywood protective cover. Do not apply props or forced pressure on the face of the transducers.

<u>Undocking</u>

1. After all work requiring drydocking has been completed, carefully undock the ship. Flood the drydock until as many underwater openings as possible are covered with water, but without lifting the ship off the blocks. If using a Travel Lift, lower ship until as many underwater openings as possible are covered with water. Provide adequate personnel and check for leaks. If leaks are found, redock or raise the ship and repair the leaks. If no leaks are found or after repair of all leaks, continue with undocking the ship.

2. Unless authorized by the Contracting Officer, the ship shall not be undocked until all work which requires drydocking has been completed, including all work included in the initial contract award and all additional work authorized or being negotiated. In the event the Contractor desires to undock the ship and subsequently redock the ship for completion of work, submit to the Contracting Officer a letter request which clearly outlines the reasons for the request. If the Contracting Officer decides to grant the request, the extent of Government's liability for costs related to the undocking and redocking shall be limited to the additional layday costs for which the Government would be liable if the ship were not undocked and redocked.

## QUALITY ASSURANCE

After the blocks have been set and before lowering the drydock or railway for hauling the ship, a final inspection of the blocking shall be conducted by the COR and the dockmaster. Measurements shall be rechecked as necessary to satisfy the COR that the block locations are in accordance with the docking plan and other contract requirements have been met. Acceptance of the blocking arrangement by the COR in no way relieves the Contractor of the responsibility for safely drydocking the ship without strain or damage.

END OF SPECIFICATION

U.S. Environmental Protection Agency (USEPA)
Great Lakes Toxicology and Ecology Division

# STANDARD SPECIFICATION EPA-000-5
# UNDERWATER BODY ABLATIVE COATING SYSTEM

## SCOPE.

This specification contains the general requirements for application of an ablative coating system on the underwater body of EPA steel ships and boats, using sandblasting or ultrahigh pressure water blasting procedures for surface preparation. All paints requested to be used or equivalent types.

## REFERENCES.

   A. Steel Structures Painting Council Surface Preparation Specification No. 10 (SSPC-SP 10-85), "Near White Blast Cleaning"
   B. Steel Structures Painting Council Paint Application Specification No. 2 (SSPC-PA-2), "Measurement of Dry Paint Thickness with Magnetic Gages"

## REQUIREMENTS.

   General Requirements.
   1. The ablative anti-foulant coating system shall be a copper-based tributyltin-free system. Two systems currently authorized for use by this specification are the International FP Epoxy/BRA Antifoulant (International Paint Co.) and the Devran 234QC Epoxy/ABC-AF #3 Antifoulant (Devoe Marine Coatings).
   2. The underwater body is defined as the entire underwater hull plating and all appendages up to the upper boot-topping limit. Included are all rudders, struts, skegs, bilge keels, sea chest strainer plates, sea chests, domes, propulsion shafting, fairwaters, rope guards, and the bow thruster tunnel.
   3. Boot-topping lines shall be carefully cut in. The boot-topping shall be same as existing unless otherwise specified.
   4. All paint materials shall be applied using spray equipment, except sea chest strainer plates shall be coated by dipping. After the last coat of anti-fouling paint has been applied, the underwater body draft marks shall be repainted, with brushes, using a high grade white gloss marine paint.
   5. All coating thicknesses are stated in dry film thickness (DFT). All dry film thickness determinations shall be performed in accordance with reference B.
   6. Coatings shall be applied only when the following conditions are maintained:
       A. Apply paint only to dry surfaces and when there is no chance of precipitation until after the paint has cured. The temperature of the surface to be painted shall be at least 5 degrees Fahrenheit above the dew point at the jobsite. The dewpoint can be presumed to be satisfactory if a thin, clearly defined film of

Page 85 of 140

water applied to the cleaned surface with a damp cloth evaporates within 15 minutes. Otherwise, the dew point shall be measured prior to painting by taking the dry-bulb temperature of the surface and the wet-bulb temperature at the jobsite.

    B. The air temperature and surface temperature must both be a minimum of 45 degrees Fahrenheit at all times, unless a lower temperature is specifically authorized by the paint manufacturer's printed instructions. In no instance shall the air or surface temperature be less than 35 degrees Fahrenheit.

    C. Painting is permitted only when the humidity is less than 95 percent.

    D. In the event the Contractor desires or must proceed with painting when the existing weather conditions do not meet the above specified conditions, the Contractor shall erect a cover over the surfaces to be painted and shall heat the surfaces and the surrounding air to establish the required conditions. The conditions shall be maintained until the paint has fully cured

7. Bilge blocks shall be shifted to allow all their contact areas to be prepared and painted. The Dockmaster shall be consulted to determine the sequence of shifting blocks. Keel blocks need not be shifted unless otherwise specified.

8. Comply with the manufacturers' printed recommendations and instructions for all aspects of handling, mixing, and application of the paint materials.

9. All paint shall be delivered to the jobsite in original, unopened containers with labels intact. All containers shall remain unopened until required for use. Each container of paint shall be clearly marked or labelled to show paint identification, date of manufacture, batch number, analysis of contents, identification of all toxic substances, and special instructions.

10. Each coat of paint shall be in a proper state of cure or dryness before the application of the succeeding coat. Paint shall be considered dry for recoating when an additional coat can be applied without the development of any detrimental film irregularities, such as lifting, wrinkling, or loss of adhesion of the undercoat. The time interval between coating applications shall be in compliance with the manufacturer's printed instructions. The final coat of anti-fouling paint shall be allowed to cure a minimum of 24 hours prior to undocking the ship.

11. Comply with and enforce all safety and environmental protection regulations relative to removal, disposal, mixing, and application of paints and other materials.

## Surface Preparation.

1. Whenever the detail specifications require the underwater body be coated with a "complete system", the entire underwater body is to be prepared as follows:

    A. Prior to any sandblasting, all sea chests strainer plates shall be removed and all hull openings, transducers, anodes, waster pieces, bearings, stern tube openings, bow thrusters, fiberglass covers (over shafts and domes) and propellers shall be plugged, covered, and otherwise protected from damage or contamination during surface preparation and coating application.

    B. Sandblast all steel surfaces to near white blasted surfaces in accordance with reference A.

EPA_00036880

   C. After sandblasting, surfaces shall be brushed with clean brushes, blown off with compressed air, or cleaned by vacuum to remove all traces of blast products and dust.

2. Whenever the detail specifications require the existing coating system on the underwater body to be coated with a "maintenance system", the underwater body shall be prepared as follows:
   A. Prepare the entire underwater body (except fiberglass surfaces and transducers) with a high-pressure wash, using a controlled close high-pressure water wash spray at a pressure of not less than 3000 psi, to clean the surface to a condition acceptable to the paint manufacturer's on-site representative. If salt water is used for an initial high-pressure water wash, the water wash shall be followed with a final high pressure fresh water wash.
   B. After the water washed surfaces have been allowed to sit for 24 hours, the COR will designate areas to be sandblasted. The detail specifications will state the amount (in square feet) that will be required to be sandblasted. Prepare designated areas by sandblasting using the same procedure required above for the "complete system".

3. Regardless of whether a "complete system" or a "maintenance system" is required, all fiberglass surfaces shall be prepared as follows:
   A. Use wooden or plastic scrapers, mechanically prepare to a bare clean surface, exercising care not to gouge, scratch, or otherwise damage the fiberglass.
   B. Using a hand or finishing sander with fine grit paper, remove all remaining marine growth, loose paint, and dirt. Wipe the surfaces with a damp soft cloth to remove all dust and residue.

4. Ultra High-Pressure Water Blasting (UHPWB) may be used in lieu of sandblasting when indicated in the detailed specifications. UHPWB can only be used on steel surfaces that have been sandblasted previously (prior to installation or during previous drydocking's) with sufficient profile to ensure coating adhesion. The requirements for UHPWB include:
   A. Degree: HB 2 ½ Light
   B. Water Pressure: Between 36,000 and 40,000 psi

## Coating Systems.

After surface preparation, apply either a complete system or a maintenance system (as specified in the detail specifications) as follows.

1. Complete System. When a "complete system" is required by the detail specifications, apply one of the two following 5-coat coating systems after completing surface preparation. The first coat is to be applied as soon as practical after surface preparation and before any rusting occurs. In no case shall the surfaces be allowed to remain overnight without coating.
   A. International System.
     a. Two coats, 5.0-6.0 mils DFT each, International FP series epoxy. First coat shall be FPD052 (off white) and second color shall be FPK705 (gray).

EPA_00036881

        b. Three coats, 4.0-5.0 mils DFT each, International BRA500 series ablative antifoulant. The first and third coats shall be BRA570 red and the second coat shall be BRA572 black, except in the boot-topping all three coats shall be BRA572 black.
    B. Devoe System.
        a. Two coats, 5.0-6.0 mils DFT each, Devran 234 epoxy. The first coat may be any color, but second coat shall be gray.
        b. Three coats, 4.0-5.0 mils DFT each, Devoe ABC3 ablative antifoulant. The first and third coats shall be red, and the second coat shall be black, except in the boot-topping all three coats shall be black.

2. Maintenance System. Whenever a "maintenance system" is required by the detail specifications, apply the following coating system after completion of surface preparation. The coating materials shall be provided by the same manufacturer as the existing system.
    A. To all sandblasted areas, apply a complete 5-coat coating system same as specified above for the "complete system". The first coat is to be applied as soon as practical after surface preparation and before any rusting occurs. In no case shall the surfaces be allowed to remain overnight without coating.
    B. To all prepared surfaces that are not sandblasted, apply two new coats, 4.0-5.0 DFT each, of the same ablative antifoulant as existing (last three coats of one of the complete systems specified above).

## QUALITY ASSURANCE.

### Certification and Records.

1. Provide the on-site services of a manufacturer's representative for the coating system being applied. The representative shall be on-site during all mixing and application of paint and shall conduct or witness all inspections. All surface preparation and other aspects of the coating system application shall be acceptable to the paint manufacturer's representative.
2. Prior to commencing the surface preparation:
    A. Provide the COR with a detail "Paint Plan" which clearly outlines the complete painting timetable and procedures, including methods for conducting and documenting inspections. The "Paint Plan" shall be approved by the manufacturer's representative before submitting it to the COR. Attach copies of all applicable manufacturers' printed recommendations, instructions and product data sheets to the "Paint Plan.
    B. The Contractor's paint foreman and the paint manufacturer's representative shall meet with the COR to discuss and review the "Paint Plan".
3. Provide the COR with the following information:
    A. Number of gallons of each type paint used.
    B. Certification by the Contractor's paint foreman and the paint manufacturer's representative that the conditions specified in 3.1.6 were maintained during application and curing of the paint. If measured, the wet-bulb temperature at the jobsite and the dry-bulb temperature of the surface immediately before applying each coat of paint.

EPA_00036882

   C.  Date and time of starting and completing each coat of paint.
   D.  Complete set of all DFT measurements taken.  A copy of paint manufacturer's representative service report which outlines all inspections, observations, and recommendations provided by the representative.

<u>Inspections.</u>

1.  Prior to any sandblasting or UHPWB, conduct an inspection with the COR of all protective coverings to ensure that the protection is adequate.

2.  After completion of surface preparation, the paint manufacturer's representative shall inspect the surfaces before the first coat of paint is applied.  The COR shall be notified of the inspection and allowed an opportunity to witness the inspection.

3.  Prior to applying each coat of paint, verify to the COR and the paint manufacturer's representative that the conditions exist as prescribed in paragraph 3.1.6.

4.  After each coat of paint is applied and prior to the next coat, take DFT readings in accordance with reference 2.b.  The paint manufacturer's representative shall witness the measurements.  The COR shall be notified of the inspection and allowed an opportunity to witness the inspections.  Provide magnetic gages, calibrated immediately before taking the measurements in presence of the paint manufacturer's representative.

<div align="center">END OF SPECIFICATION</div>

EPA_00036883

EPA-000-6

October 2023

U.S. Environmental Protection Agency (USEPA)
Great Lakes Toxicology and Ecology Division

# STANDARD SPECIFICATION EPA-000-6
# VALVE OVERHAUL AND TEST

## SCOPE.

This specification contains the general requirements for overhaul and test of valves on and for EPA ships.

## REFERENCES.

None

## REQUIREMENTS.

### Standard Overhaul.

Overhaul all specified valves as follows:

1. Except for valves which have welded ends preventing removal without cutting the welds, or unless otherwise specified in the detail specification or other applicable procurement document, remove all specified valves from the ship or boat to a suitable machine shop for overhaul and tests. Specified valves which are not removed from the ship or boat shall be overhauled in place. See paragraph 3.2 for special requirements for sea valve removals.
2. Tag each valve prior to removing from the ship.
3. Completely disassemble each valve.
4. Matchmark valve parts. Thoroughly clean bonnets, stems, discs, gates, globes, seats, bodies, and other metal parts to bright metal.
5. Clean and chase all valve stem threads. Check stems for straightness. Straighten stems to within 0.002 inch total indicator runout (TIR). Polish stems to a 32 Root-Mean-Square (RMS) finish in way of packing surface and remove all raised edges.
6. Visually inspect all parts, including all fasteners, for deterioration and other defects. Clean, dress, and true gasket mating surfaces.
7. Check the disc-to-seat, globe-to-seat, and plug-to bore contact fits using the bluing transfer method. Machine, grind, lap, spot-in, and recheck contact fits as necessary to obtain the following contacts:
   A. Globe, globe angle, and globe stop-check valves shall have a 360-degree continuous globe-to-seat contact with a bluing transfer line not exceeding 1/16-inch width.

Page **90** of **140**

EPA_00036884

    B. Gate valves shall have a 360-degree continuous gate-to-seat contact with a bluing transfer line which does not exceed 3/16-inch width. The transfer line shall appear within the lower 50-percent of the gate seating surface at the top and bottom of the gate.

    C. Plug valves shall have a minimum 80-percent plug-to-bore surface contact, evenly distributed over 100-percent of the area.

    D. Swing-check valves shall have a 360-degree continuous disc-to-seat contact.

8. If unable to obtain the above specified contact fits by machining, grinding, and lapping, renew the globes, plugs, discs, gates, and renewable seats. Contractor may, at their option and at no additional cost to the Government, renew globes, plugs, discs, gates, and renewable seats after initial inspections and before machining, grinding, or lapping the existing parts to obtain the required contact fits.

9. Reassemble each valve. Insure that discs, gates, and plugs are in the half-open position during reassembly to avoid damaging seats or bending stems. Renew all gaskets, fasteners, rubber seals, and non-metallic seats. In butterfly valves, renew boots, o-rings, o-ring fasteners, and teflon bushings. Renew valve stem packing in feed water, condensate, and steam valves with packing conforming to MIL-P-24503 and DODP-24583. Renew valve stem packing in all other valves with packing conforming to MIL-P-24396, Type B.

10. Prior to disassembling and overhauling a valve, the Contractor may, at their option and at no additional cost to the Government, renew the valve with an identical valve. If this option is exercised, the new valve must be tested and meet the same acceptance criteria as prescribed herein for overhauled valves. If a valve is determined after disassembly to be nonrepairable, the Government will negotiate an equitable cost adjustment, limited to the difference between the cost of the new valve and the costs which would have been incurred had the valve been overhauled. For valves of 3-inch IPS size and below, the cost adjustment will be limited to the costs incurred associated with disassembling the valves.

### Additional Sea Valve Requirements.

1. Inspect all studs, bolts, and nuts in line and bonnet flanges of non-ferrous sea valves to determine the material. If the fasteners are not nickel-copper (Monel), submit a Condition Report giving the actual material, condition, and recommendations.

2. Coat the interior of each steel valve, excluding seating and polished surfaces, with the same epoxy primer used on the underwater body.

3. Remove all waster pieces and spool pieces installed between the sea valves and the ship's hull. Thoroughly clean the waster and spool pieces, and inspect for deterioration or other defective conditions. Inspect all fasteners and submit a Condition Report same as specified above for sea valves.

4. Whenever a transducer sea chest valve is required to be removed for overhaul, extreme care must be taken to prevent damaging the transducer assembly. Remove and reinstall

EPA_00036885

the transducer assembly in accordance with the transducer manufacturer's technical manual, a copy of which will be provided by the COR within 48 hours after requested.

Tests.

After reassembling or renewing, conduct hydrostatic tests of each valve as follows:

1. All tests shall be performed using clean water as the test medium. Unless otherwise specified, the test pressure shall be 150-percent of the maximum operating pressure of the system from which the valve was removed, but not less than 50 pounds per-square-inch-gage (psig).

2. With the valve in the open position, test each valve body for 10 minutes. No leakage is allowed.

3. Seat each plug and butterfly valve with hand force. Seat all other valves using the torque values listed in the following table as the maximum allowable seating force applied to the handwheel.

| Handwheel Diameter (pounds) on Rim of Handwheel | Total Tangential Force |
|---|---|
| 2 inches and below | 90 |
| 3 inches | 98 |
| 4 inches | 106 |
| 5 inches | 112 |
| 6 inches | 118 plus 3 pounds for each inch above 6, not to exceed 150 pounds. |

4. Test each globe, angle globe, and globe stop-check valve by applying test pressure in the direction tending to open the valve. Test each butterfly, gate, and plug valve by applying test pressure alternately on both sides of the disc, gate, or plug. Hold test pressure for a minimum of 3 minutes if there is no evidence of leakage. If there is evidence of leakage, hold the test pressure and measure the leakage rate.

5. Test each globe stop-check valve and swing-check valve by applying test pressure in direction tending to close the valve (back pressure) for a minimum of 5 minutes. If leakage occurs, hold the test pressure and measure the leakage rate. Globe stop-check valves shall be tested with stems in the open position. The test back pressure for valves having a pressure rating of 150 psig and below shall be 50 psig, and for valves having a pressure rating over 150 psig shall be 100 psig.

6. The seat leakage shall not exceed the following:

   A. Check valve back pressure tests -- For valves up to and including 2 inches, the leakage rate shall not exceed 25 cc/hour/inch diameter. For valves 2-1/2 to 10 inches, the leakage rate shall not exceed 50 cc/hour/inch diameter. For valves over 10 inches, the leakage rate shall not exceed 100 cc/hour/inch diameter.
   B. Soft-seated valves -- No leakage shall be permitted.

Page **92** of **140**

    C.  Metal-to-metal seated valves -- For valves less than 1 inch, the leakage rate shall not exceed 10 cc/hour. For larger valves, the leakage rate shall not exceed 10 cc/hour/inch of nominal pipe size.

7.  Any valve which fails a seat leakage test shall be renewed or overhauled and retested until an acceptable test is performed.

Reinstallation.

After tests have been accepted by the COR, reinstall each valve, using new flange gaskets.

## QUALITY ASSURANCE.

1. Prior to requesting the COR to witness the final bluing contact inspection or the final acceptance hydrostatic tests of a valve, the Contractor shall perform preliminary inspections and tests which meet the acceptance criteria stated above.

2. After acceptable preliminary inspections and tests have been conducted, the Contractor shall notify the COR and conduct final acceptance bluing contact inspection and final acceptance hydrostatic tests of each valve in the COR's presence.

END OF SPECIFICATION

EPA_00036887

U.S. Environmental Protection Agency (USEPA)
Great Lakes Toxicology and Ecology Division

# STANDARD SPECIFICATION EPA-000-7
# ASBESTOS-CONTAINING MATERIALS

## SCOPE.

This specification contains the general requirements for monitoring, handling, removing, disposing, and all other activities related to asbestos-containing materials (ACM) by a Contractor on or for USEPA ships and boats.

## REFERENCES.

    A. 29 CFR 1915.1001

    B. 40 CFR 61, Subpart M, sections 61.140 through 61.157

## REQUIREMENTS.

  General.

1. Except as otherwise specified, the contractor shall provide all labor, material, equipment, services, tools, facilities, supervision, and technical expertise needed to accomplish the work required by this specification.

2. The contractor shall be responsible for compliance with all applicable federal, state, and local regulations, ordinances, and standards. In the event a conflict should exist between this specification and any applicable regulation, ordinance, or standard, the requirement(s) of the regulation, ordinance, or standard shall take precedence. In those instances where this specification may be more stringent or explicit, comply with this specification.

3. Whenever federal, state, or local regulations, ordinances, or standards require compliance by the "owner" or "operator", the contractor shall be fully responsible and liable for the compliance.

4. Definition of terms used in these specifications shall be the same as those used in references (A) and (B).

EPA_00036888

5.  The contractor shall provide a full-time ACM Project Manager who has overall responsibility for compliance with this specification and all applicable federal, state and local regulations relating to ACM. The Project Manager shall be experienced in administration and supervision of asbestos abatement projects including ACM identification, work practices, protective measures, and disposal procedures. The Project Manager shall be a Qualified Person as defined in and meeting the requirements of reference (a). This person must have a minimum of two years on-the-job training in asbestos abatement procedures.

6.  For purposes of this specification, Appendices B and F of reference (a) shall be considered "mandatory" and all work shall comply with the recommendations contained therein.

7.  Deleted

8.  The Contacting Officer's Representative (COR) is the government official responsible for inspecting the work, monitoring progress, and accepting the work. Normally, the COR will be designated in the ordering procurement document. If not designated in the ordering procurement document, the COR shall be the person specified by procurement document authorizing official (Contracting Officer or other procurement agent).

Work Site Inspections.

Within 24 hours after commencement of the contract performance period, conduct an inspection of each work site that will involve a demolition or renovation operation as defined and required by reference (c). The inspection shall be conducted by the ACM Project Manager. Within 24 hours after the inspection(s), the Project Manager shall submit a report to the COR for each work site. The report shall be submitted using the form shown in Appendix A. A contractor-generated form may be substituted for Appendix A if it provides all the information shown of Appendix A.

Asbestos Handling Plan.

1.  At least three working days before the scheduled start of any work with ACM, the Contractor's ACM Project Manager shall prepare and submit to the COR two copies of an "Asbestos Abatement Plan." Earlier submittal should be made when practical to allow time for corrections and re-submittal, if necessary.

2.  As a minimum, the "Asbestos Abatement Plan" shall contain the following:

    A.  Detailed procedures for removal, handling, and disposing of the asbestos-containing materials. Include sufficient details to demonstrate compliance with references (a) and (c) and this specification.

EPA_00036889

B.  Physical description of the work area(s), including locations and construction details of containment and decontamination facilities.

C.  Description of the approximate amount of each type (Category I nonfriable, Category II nonfriable, and Friable) of ACM likely to be disturbed during the work.

D.  Statement regarding EPA-notification requirements applicability.  If notification is required, include a copy of the completed notification form submitted to EPA.

E.  Names and records of training provided to workers involved with the ACM work, including persons designated as the "Project Manager" and "Qualified Person."

F.  An air monitoring plan, including description of air sampling equipment, techniques, and frequency.

G.  List of equipment and clothing to be worn or used by workers.

H.  Schedule for turning off and sealing existing ventilation systems and a description of the local exhaust ventilation system to be used.

I.  Details of the employee exposure monitoring methods, policies, and procedures.

J.  If the work is to be accomplished in a State that requires that asbestos workers or contractor, or both, be licensed, include copies of the licenses in the plan.

K.  Description of work practices to be observed by workers, including methods to be used to remove ACM and description of wetting agents to be used.

L.  Description of the method to be used to seal and transport ACM waste materials.

M.  Location and name of the waste disposal site, including the EPA license number.

N.  Description of cleanup procedures to be used following asbestos removal before opening the work site to unrestricted access.

O.  Procedures and circumstances for reporting events of unusual and significant nature.

P.  Contingency plan for emergencies, including fire, accident, power failure, negative air system failure, supplied air system failure, and any other event that may require modification or abridgment of decontamination or work area isolation procedures.

3.  Within three working days after the plan's receipt, the COR will return a copy of the plan to the Contractor, marked with one of the following actions:

A.  "Accepted" indicates that the plan is returned for unrestricted use as submitted to the COR without changes.  Work covered by the plan may proceed without further direction.

EPA_00036890

B. "Accepted as Noted" indicates that the plan is returned for changes or corrections as noted on the submittal or provided separately. Acceptance is conditional upon the changes being made, but resubmittal of the plan is not required. Work covered by the plan may proceed after the changes have been made.

C. "Not Accepted" indicates that the plan is returned for changes noted on the submittal or provided separately. The plan must be revised and resubmitted. Within three workdays after receipt of the revised plan, the COR will return a copy to the Contractor, marked with one of the actions indicated herein.

4. No ACM-related work shall start until the "Asbestos Abatement Plan" has been accepted by the COR. Acceptance by the COR does not relieve the Contractor of the responsibility for full compliance with all local, state, and federal regulations, laws, and ordinances.

Government-Furnished Services.

If the work is being performed on a ship at a government facility and unless otherwise specified, USEPA will provide the following temporary services to assist the Contractor during ACM-related activities.

1. Electricity. Adequate electrical service will be provided either on the ship or on the dock for operating the Contractor's tools and equipment. The Contractor shall be responsible for making all electrical connections and for providing all cables, plugs, adapters, and other materials for making the connections.

2. Water. Water service will be provided for use in accomplishing the work. Service will be limited to that which can be provided by the government's installed equipment and does not include providing of any hoses or fittings.

Air Monitoring.

1. The Contractor shall collect air samples in sufficient numbers and locations as needed to satisfy all federal, state, and local regulations. Notwithstanding the regulatory requirements, the Contractor shall collect as a minimum the following air samples:

A. Before starting work, establish a base line of air quality by taking two air samples inside each work area and one sample from each area adjacent to a work area.

B. After start of work, take two samples daily from inside each work area and two samples daily from each area adjacent to each work area until cleanup of the work area has been completed and the work area has been cleared for unrestricted access by satisfying the release criteria specified below.

C. After work area(s) has been cleaned and before removal of isolation barriers, take five air samples of each work area and five air samples outside the work area in a compartment adjacent to a work area. Use

EPA_00036891

aggressive sampling methods specified below for collecting these samples. If additional cleaning is necessary to satisfy the release criteria specified below, the required air samples shall be repeated until the release criteria have been satisfied.

2. All samples shall be analyzed promptly by a testing laboratory accredited by the American Industrial Hygiene Association. A verbal analysis report of each sample shall be made available to the COR within 24 hours after the sample is collected. Document each verbal report with a written report within three working days after the sample is collected.

3. USEPA reserves the right, at its option, to take additional air samples as desired to monitor the air quality in and adjacent to each work area. All costs associated with collection and analysis of these additional air samples will be the responsibility of USEPA.

Work Area Cleaning and Clearance Procedures.

1. After all ACM has been removed from the work area, thoroughly clean all surfaces. Clean surfaces from which ACM was removed by wire brushing, HEPA vacuuming, and wiping them with amended water. All surfaces in the enclosed work area must be free of visible dust before final air samples are collected.

2. Air samples collected after cleaning to satisfy the release criteria shall be collected using the following aggressive sampling methods:
    A. Before starting the sampling pumps, direct the exhaust from forced air equipment (such as a one horsepower leaf blower) against all bulkheads, overheads, decks, ledges, and other surfaces in the work area.
    B. Place a 20-inch fan in the center of the work area. Operate the fan on slow speed and point it toward the overhead.
    C. Collect the air samples. Then turn off the fan.

3. The work area enclosure shall not be dismantled, and the work area shall not be opened to unrestricted access until the air samples analysis' show that the release criteria have been satisfied. The release criteria have been satisfied when both of the following occur:
    A. the average fiber concentration of samples collected in the work area is not statistically larger than the average of the samples collected outside the work area.
    B. the final air samples collected inside the work area show that asbestos fiber concentration is not greater than 0.01 f/cc.

Waste Shipment Records.

For all asbestos-containing waste material generated while working under the requirements of this specification, the Contractor's ACM Project Manager shall initiate a waste shipment

record in accordance with reference (c). Provide a copy of the waste shipment record to the COR within 24 hours after shipping the ACM waste. Within 45 days after the ACM waste was accepted by the transporter, provide to the COR a copy of the waste shipment record that has been signed by the owner or operator of the disposal site. If the signed waste shipment record is not received by the COR, USEPA will notify EPA of the deficiency. The COR's final acceptance of work will not provide until the signed waste shipment record has been received.

### Replacement Materials.

Unless otherwise specified, ACM which is removed shall not be reinstalled. Instead, replace the ACM with a suitable non-asbestos material as follows:

1. Overhead Panels. Replace ACM panels with vinyl-clad aluminum panels having a color and texture that closely match the existing ACM panels. The aluminum panels shall be a minimum of .050 inches thick and shall be mounted to the overhead gridwork with cadmium-plated self-tapping screws at 6-inch intervals along the panel edges. The aluminum panels shall be insulated from steel gridwork using 1/8-inch thick by 1-inch wide Chrome lock insulating tape. Cover seams and edges of the new panels with matching trim pieces. When completed, the new panels and trim pieces shall blend with existing panels and trim to the extent practical.
2. Bulkhead Panels. Replace ACM bulkhead panels with new panels that match the existing panels as closely as practical. The replacement panels shall be same thickness and size and shall be installed using the same techniques and configuration as the existing. The color and patterns shall match existing as closely as practical.
3. Insulation. Replace ACM insulation with new insulation in accordance with references (d) or (e), as applicable.
4. Other Materials. All other ACM materials shall be replaced with new materials that, to the extent practical, match the existing materials in composition, strength, design, type, size, function, service and appearance.
5. COR Acceptance. Before ordering or installing replacement materials, submit to the COR a sample of the proposed replacement materials. Meet with the COR and discuss the installation details to ensure that the materials and installation will be acceptable to the COR.

### Check Lists.

1. Before and during each ACM removal or handling operation, the ACM Project Manager shall complete the "Checklist for Asbestos Work" provided as Appendix B.
2. At the completion of each ACM removal or handling operation, the ACM Project Manager shall complete the "Report of Asbestos Work" provided as Appendix C.
3. Blank copies of the forms will be provided, upon request, by the COR.
4. Submit two copies of each check list to the COR within 24 hours after their completion.

EPA_00036893

# APPENDIX A

| DEMOLITION OR RENOVATION OPERATION WORK SITE PRE-WORK INSPECTION REPORT | | | | | |
|---|---|---|---|---|---|
| SHIP: | | | DATE: | | |
| COMPARTMENT/AREA: | | | | | |
| TYPE OF OPERATION SCHEDULED: | | | | | |
| RECORD OF ACM FOUND | | | | | |
| SUSPECT MATERIAL DESCRIPTION | QUANTITY | FRIABLE/ NONFRIABLE | CAT I or II | CONDITION | |
| | | | | | |
| REMARKS: | | | | | |
| INSPECTOR: | | | TITLE: | | |
| EMPLOYER: | | | | | |

EPA_00036894

## APPENDIX B

| CHECK LIST FOR ASBESTOS WORK ON USEPA SHIPS | |
|---|---|
| SHIP: | DATE(S): |
| COMPARTMENT/AREA: | |

RESPOND "YES", "NO", OR "N/A" TO EACH OF THE FOLLOWING:

_____ Has the "Asbestos Handling Plan" for this work been accepted by the COR?

_____ Have air samples been collected prior to beginning ACM removals to establish a base line?

_____ Has the ship's ventilation system to the work area been turned off and ventilation ducts sealed?

_____ Has an isolation enclosure been constructed in accordance with Appendix F of 29 CFR 1915.1001?

_____ Is the negative pressure and filter system installed and operating properly?

_____ Have the following hygiene facilities been provided in accordance with 29 CFR 1915.1001:        clean room?        shower?        equipment room?

_____ Have warning signs been posted?

_____ Are adequate ACM waste disposal containers on hand at the work area?

_____ Have all workers been provided with and are they using proper NIOSH-approved respirators and disposable protective clothing?

_____ Is ACM being adequately wetted before removal?

_____ Is ACM waste material being bagged/sealed promptly after removal?

_____ Are all ACM waste containers being properly labeled?

_____ Are daily air samples being collected as required by the contract?

_____ Has the work area been properly cleaned and air samples collected using aggressive sampling methods?  Has the release criteria been satisfied before dismantling the isolation barriers?

_____ Has all ACM waste been shipped to an approved ACM waste disposal facility and a copy of all waste shipment records provided to the COR?

COMMENTS: (Explain all "NO" and "N/A" responses)

| ACM PROJECT MANAGER SIGNATURE: | COMPANY NAME & ADDRESS: |
|---|---|

EPA_00036895

## APPENDIX C

| REPORT OF ASBESTOS WORK | |
|---|---|
| SHIP: | DATE(S): |
| LOCATION OF SHIP: | |
| COMPARTMENT/AREA: | |
| WORK DESCRIPTION: | |

**CERTIFICATION OF ASBESTOS CLEANUP**

I have inspected the site in which the above asbestos work was conducted and certify that the work site has been cleaned of all visible asbestos debris.

All raw asbestos ends have been sealed to prevent airborne contamination.

Air samples have been collected in accordance with Standard Specification EPA-000-7. Laboratory analysis of the samples have confirmed that the release criteria specified by EPA-000-7 has been attained and the compartment/area is safe for unrestricted access.

I have directed the removal of asbestos hazard signs and have requested that the ship's general ventilation be restored.

**CERTIFICATION OF ASBESTOS REMOVED**

The amount of asbestos removed from the ship was properly bagged, sealed, and labeled. The asbestos was taken to the following licensed disposal facility.

Facility: _____  Amount: _____
                                           ( lbs.  oz.)
License No. _____

| SIGNATURE OF ACM PROJECT MANAGER: | DATE: |
|---|---|

NAME AND ADDRESS OF CONTRACTOR:

END OF SPECIFICATION

EPA_00036896

U.S. Environmental Protection Agency (USEPA)
Great Lakes Toxicology and Ecology Division

# STANDARD SPECIFICATION EPA-000-8: GENERAL REQUIREMENTS FOR ELECTRICAL/ELECTRONIC ITEMS

## SCOPE.

This specification provides general requirements for work performed on electrical and electronic systems.

## REFERENCES.

    A.    IEEE STD 45-1988, Recommended Practice for Electric Installations on Shipboard (series)

    B.    [ HYPERLINK "https://www.ecfr.gov/current/title-46/chapter-I/subchapter-J" ], "Subchapter J Electrical Engineering"

## REQUIREMENTS.

1. The contractor shall accomplish all work in these specifications in accordance with the requirements of References 2.1 and 2.2 and using the best marine and shipbuilding practices.

2. The quality of all materials provided by the contractor shall be in accordance with References 2.1 and 2.2, suitable for marine service, and have the same shape, color, and finish as the existing or damaged materials when they were new.

3. All new cabling shall be low smoke and sized for the cable's intended use.

4. All machinery, piping, cabling, ducts, insulation, paint work, deck tile, or any other article removed, disturbed, or damaged in the process of accomplishing the work required by these specifications shall be replaced, renewed, or repaired. All paneling removed shall be replaced, including any required alterations. Paneling damaged by the contractor shall be renewed equal to the original when new. All flanges and joints broken or loosened shall be properly remade using new gaskets of the proper size and material.

5. All electronic racks installed shall be securely fastened to overhead and deck structural or steel members to prevent movement.

6. Any disturbed painted or varnished surfaces shall be cleaned, painted, and/or varnished with original type and color of paint or varnish.

EPA_00036897

7. Any extension of electrical cabling shall be through a junction box. Any removal of electrical cabling shall be to the nearest junction box.

8. All electrical junction boxes, receptacles, hangers, and miscellaneous electrical fittings shall be in accordance with References 2.1 and 2.2.

9. All electrical cabling installed by the contractor shall be run behind paneling in existing cableways and shall be securely banded to the hangers. If existing cableways are not available, new cableways shall be established.

10. All electrical cabling installed by the contractor shall be identified at each end with embossed metal tags. Where cables are marked within a junction or terminal box, nonconductive labels shall be used. The contractor shall number cabling with a marking system similar to that used on the ship.

11. All manufacturer's or supplier's standard warranties on equipment installed on the ship shall be assigned in writing by the contractor to the Government.

12. Three copies all manufacturer's technical manuals, prints, and drawings shall be delivered to the COR. Spare parts and surplus installation materials shall be delivered to the COR.

## QUALITY ASSURANCE.

All items disturbed, and all devices used, repaired, altered, furnished, or installed by the contractor shall be demonstrated to be fully operational upon completion of work.

END OF SPECIFICATION

EPA_00036898

U.S. Environmental Protection Agency (USEPA)
Great Lakes Toxicology and Ecology Division

# STANDARD SPECIFICATION EPA-009 INSPECTION AND PRESERVATION OF GROUND TACKLE

## SCOPE.

This specification contains the requirements for inspection, preservation, and marking of anchors and anchor chain.

## REFERENCES.

    A.  Steel Structures Painting Council Surface Preparation Specification No. 10 (SSPC-SP 10-85), "Near White Blast Cleaning"

## REQUIREMENTS.

### Removal.

Remove anchors and anchor chain, including shackles, shackle pins, and detachable links, from the ship and fake the chain onto the dock. Disassemble all detachable links and shackles.

### Preparation.

Sandblast the chains, anchors, detachable links, shackles, swivels, and other fittings to a near white metal in accordance with reference 2.a. and apply one coat, 2.03.0 mils dry film thickness, epoxy-polymide, MIL-P-24441A, Formula 150 (green) or equivalent.

### Tests and Inspections.

After sandblasting and applying one coat of paint, conduct the following:

1.  Visual Inspections. Conduct a visual inspection of all anchors, anchor chains, detachable links, shackles, shackle pins, swivels, locking pins, and other fittings for excessive wear, corrosion, distortion, cracks, and other defects.

2.  Wire Diameter Inspections. Conduct inspections of each anchor chain link to determine the mean diameter as follows:

Page **105** of **140**

A. Take two wire diameter measurements at each end of each link at the bearing area. The two measurements shall be at right angles to each other. A snap gage may be used to take the measurements. If the snap gage will not fit over the link in two places at right angles to each other, the link is acceptable. If the snap gage fits over the link during either measurement, the actual dimensions shall be taken using a micrometer.

B. When micrometer measurements are taken, calculate the mean diameter by averaging the two micrometer readings taken of the link. Compare the calculated mean wire diameter to the table in paragraph 3.3.4.

C. Record the mean wire diameter, and mark the links, which are less than or equal to the 90-percent nominal wire diameter listed. Prior to proceeding with any preservation of the chain, submit to the COR a report of all links which failed this acceptance criteria.

3. Six-Link Dimensional Inspection.

A. With a load applied to the chain equal to 10 percent of the proof load, perform a six-link dimensional inspection, measured from every third link, of the entire chain. The table in paragraph 3.3.4 provides the 10-percent proof load and the maximum six-link dimension for standard anchor chain sizes.

B. A bar gage shall be used to check the six-link dimension. When the bar gage will not fit over the ends of the links, the chain has been stretched and is not suitable for further use. Mark all chain sections which have been stretched beyond that specified. Prior to proceeding with any preservation of the chain, submit to the COR a report of the sections which failed the acceptance criteria.

EPA_00036900

## Anchor Chain Table.

| Chain Size Nom. Wire Dia. (Inches) | 90 Percent Nom. Wire Dia. (Inches) | Six-Link Dimension (Inches) | 10 Percent Proof Load (Pounds) |
|---|---|---|---|
| 3/4 | 0.675 | 20-1/16 | 4,800 |
| 7/8 | 0.788 | 23-13/32 | 6,400 |
| 1 | 0.900 | 26-3/4 | 8,400 |
| 1-1/16 | 0.956 | 28-7/16 | 9,400 |
| 1-1/8 | 1.013 | 30-3/32 | 10,600 |
| 1-3/16 | 1.069 | 31-49/64 | 11,700 |
| 1-1/4 | 1.125 | 33-7/16 | 13,000 |
| 1-3/8 | 1.238 | 36-25/32 | 15,700 |
| 1-7/16 | 1.294 | 38-15/32 | 17,000 |
| 1-1/2 | 1.350 | 40-1/8 | 18,500 |
| 1-9/16 | 1.406 | 41-13/16 | 20,000 |
| 1-5/8 | 1.463 | 43-15/32 | 21,600 |
| 1-11/16 | 1.519 | 45-1/16 | 23,200 |
| 1-3/4 | 1.575 | 46-13/16 | 24,900 |
| 1-13/16 | 1.631 | 48-31/64 | 26,700 |
| 1-7/8 | 1.688 | 50-5/32 | 28,500 |
| 2 | 1.800 | 53-1/2 | 32,200 |

In the event the chain is a size not listed in the above table, the COR shall provide the required information.

Reassembly.

After all tests and inspections, reassemble the chain shots, detachable links, swivels, and other fittings. Renew all locking wire with new stainless steel 304 wire. Pack detachable links during reassembly with molybdenum disulfide grease. During reassembly, the COR may direct shots of chain be arranged in different order and locations than when disassembled. The COR may also elect to provide new shots of chain to be used in lieu of existing shots.

Preservation.

After completion of inspections, continue with preservation of the chains, anchors, detachable links, shackles, swivels, and other fittings by applying the following coating system:

EPA_00036901

1. One coat, 2.0-3.0 mils dry film thickness, epoxypolymide, MIL-P-24441A, Formula 150 (green) or equivalent. This coat is in addition to the coat applied prior to inspections.

2. One coat, 2.0-3.0 mils dry film thickness, epoxypolymide, MIL-P-24441A, Formula 153 (black) or equivalent.

3. To the anchor only, apply one coat, 2.0-3.0 mils dryfilm thickness, black silicone alkyd marine grade paint or equivalent while the last coat of epoxy-polymide is still tacky.

Markings.

1. Mark each shot of chain with turns of wire on the studs of certain links as follows:
   A. Locate the detachable link between the first and the second 15-fathom shots from the anchor. Mark the first link on each side (total of 2 links) of this detachable link with one turn of wire on the studs of the links.
   B. Locate the detachable link between the second and third 15-fathom shots from the anchor. Mark the second link on each side (total of 2 links) of this detachable link with two turns of wire on the studs of the links.
   C. Continue to mark all the chain in the same manner, each time counting an additional link from the detachable link in each direction and marking each of the two links with one more turn of wire than the preceding two links.
   D. The anchor chains on each side of the ship shall be marked in the same manner.
   E. In the event no detachable links are installed, a similar marking system shall be used to mark the chain at 15 fathom locations.

2. Using 2.0-3.0 mils dry film thickness of silicone alkyd marine grade paint, mark the anchor chains as follows or equivalent:
   A. Paint red, all detachable links.
   B. Paint white one link on each side (total of two) of the detachable link between the first and second 15-fathom shots from the anchor.
   C. Paint white two links on each side (total of four) of the detachable link between the second and third 15 fathom shots from the anchor.
   D. Paint white three links on each side (total of six) of the detachable link between the third and fourth 15-fathom shots from the anchor
   E. Continue the sequence of painting white the links on each side of the detachable links, increasing by one link on each side of each

EPA_00036902

successive detachable link, until the entire length of chain (excluding the last two inboard shots on each side) has been marked.

    F.   In lieu of marking the last two inboard links as specified above, paint red all links in the last inboard 15-fathom shot and paint yellow all links in the next-to-last inboard 15-fathom shot.

3.   The chains shall be painted the same on each side of the ship.

4.   In the event the chains do not have detachable links, they shall be painted in a similar manner at 15-fathom locations.

<u>Reinstallation.</u>

After completion of all other work, reinstall the anchors and chains on the ship, connected and stowed in their normal place.

<div align="center">END OF SPECIFICATION</div>

EPA_00036903

U. S. Environmental Protection Agency (USEPA)
Great Lakes Toxicology and Ecology Division

# STANDARD SPECIFICATION EPA-240-2
# PROPULSION SHAFTS AND PROPELLERS

## SCOPE.

This specification contains the general requirements for inspection, repairs, and other work on propulsion shafts and propellers of EPA ships.

## REFERENCES

None

## REQUIREMENTS

### General

1. The contractor shall provide all labor, material, services, tools, supervision, and technical expertise needed to accomplish the required work.
2. All requirements of this specification may not apply to all purchase orders or contracts. The extent of applicability will be stated in the detail specifications or other procurement document. Section 3.1 and 4 apply to all work referencing this specification.

### Propeller Removal

1. Whenever removing a fixed-blade propeller from a tapered-end shaft, this procedure shall be followed.
2. Before removing a propeller or propeller nut, fit a shore from the bottom of the dock to one propeller blade near the root to take the shock of driving the propeller nut.
3. If necessary to remove the propeller and nut, heat may be applied to the propeller hub to a maximum of 500 degrees Fahrenheit, provided prior written approval of the COR is obtained. Before applying heat, shield the shaft bearings from damage. When used, heat shall be applied by two soft gas torches on opposite sides of the hub; the flame shall be worked around the hub to heat and expand the hub uniformly. The temperature shall be continuously monitored by means of tempil sticks or contact pyrometer to ensure the hub temperature never exceeds 500 degrees Fahrenheit.
4. Follow the following procedure:
    A. Remove the fairwater cap (if installed). Remove the O-ring seal (if installed) from the forward face of the propeller hub.
    B. Loosen the propeller nut a few turns but do not remove.
    C. Insert draw bolts in tapped holes in the hub face if provided. Otherwise, hook draw bolts over the blade edges or screw them into pieces of metal laid across the forward edges of the blade roots.
    D. Place a draw bolt clamp or strong back over the end of the shaft. Interpose a pair of steel wedges between the clamp (or strong back) and the shaft end. Tighten down on the clamp nuts as much as possible and

Page **110** of **140**

drive the wedges until the propeller starts to move. A wooden maul may be used judiciously to release the hub.
  E.  Rig the propeller for handling, remove the nut, and carefully remove the propeller from the shaft taper.

## Propeller Installation

1. After verifying that the key is installed on the shaft, carefully fit the propeller to the shaft as follows:
     A. Thoroughly clean the shaft and propeller hub tapers to remove all grit, grease, oil, dirt, rust, lint, and other foreign particles.
     B. Apply a thin even coat of prussian blue to the shaft taper with the palm of the hand. Do not use a rag to apply the prussian blue because it may leave lint.
     C.  Carefully install the propeller onto the shaft taper. The propeller is to be pushed firmly and snugly onto the shaft but is not to be driven on.
     D. Remove the propeller and inspect the hub taper for the bluing pattern transferred from the shaft taper. A pattern of 75 percent, evenly distributed around and over the entire hub, is required. If the contact pattern is slightly heavier over the large end of the taper, a 70-percent fit is acceptable. In any case, the contact must be evenly distributed around the circumference of the hub.
     E.  If an acceptable fit is not obtained, remove the propeller. Grind, machine, and polish the tapered surfaces as necessary to obtain an acceptable fit.
     F.  Repeat the above steps until an acceptable fit is obtained.
     G. The COR shall witness the final fit to verify an acceptable fit is obtained.
2. Clean the prussian blue from the tapers and return the propeller onto the shaft in the same position as when the acceptable fit was obtained. Do not apply any oil, grease, or other substance to the tapers. If an O-ring and retainer were previously installed, make sure they are inserted over the taper onto the shaft before installing the propeller.
3. Scribe a small reference mark on the shaft to mark the propeller's location. The reference mark must be located such that it will be accessible while driving on the propeller.
4. Install the propeller nut and drive the propeller until it is advanced forward on the taper a distance of 1/32-inch (0.031 inch) beyond the scribe mark. Do not apply heat to the hub while driving on the propeller. The COR shall witness driving of the propeller onto the shaft.
5. Lock the nut in position with locking tabs, monel lock wire, or other method acceptable to the COR. The COR shall verify adequacy of the locking method.

6. If applicable, install O-ring seal, seal retainer, and fairwater cap.

## Propulsion Shaft Removal and Reinstallation

1. During all handling of propulsion shafts, exercise extreme care to prevent mechanical damage and provide adequate support to prevent bending the shafts.

Page **111** of **140**

2. When rigging a shaft for removal, do not allow wire slings to contact the shaft surfaces. Instead, slings shall be isolated from the shaft using a material which will protect the shaft from mechanical damage.
3. After disconnecting the shaft flanges, rotate the shaft in the ship's bearings prior to removal and measure the shaft runout at each end.
4. During reinstallation of the shaft, verify proper alignment at the flange faces using "sag and gap" procedures.

### In-shop Inspection of Propulsion Shaft

This procedure covers inspections required after the shaft has been removed from the ship or boat. Unless otherwise specified elsewhere, actual removal and reinstallation of the shaft is not required.
1. Set the shaft up in a lathe, providing supports at each bearing surface.
2. If the shaft has removable couplings (flanged or muff), remove the couplings.
3. Conduct the following inspections in company of the COR:
   A. Complete visual inspection for mechanical defects.
   B. Measure bearing liners diameters. Three measurements, equidistant apart, shall be taken at each bearing surface of the shaft.
   C. Measure the runout of the shaft at the taper ends couplings, and each bearing surface.
   D. Measure all dimensions of the coupling to verify conformance with the manufacturer's drawing.
   E. Measure all keys and keyways.
   F. Conduct a magnetic particle or liquid penetrant inspection shaft of tapers and keyways.
4. Install the shaft couplings and measure the runout of the flange. Also verify perpendicularity of the flange face with the shaft axis.

## QUALITY ASSURANCE

1. Within 24 hours after completion of inspections and tests, prepare and submit to the COR a condition report which contains the following:
2. A complete record of all measurements taken, compared to the original dimension.
3. If shaft run out exceeds 0.005", shafts shall be straightened.
4. A record documenting the results of all visual and other NDT inspections.
5. Recommendations of additional work and materials deemed to be needed, if any, to return the shaft or propeller to good reliable condition.
6. The COR shall be advised at least 8 hours in advance of all inspections, tests, and other work required herein to be witness by the COR.
7. All NDT shall be in accordance with MIL-STD-271F, including compliance with the requirements for qualification of NDT personnel, procedures, and equipment. Workers performing NDT shall be certified as Level two craftsmen by the American Society of Non-Destructive Testing in accordance with Recommended Practice No. SNT TC-1A, 1980 edition.

<div align="center">END OF SPECIFICATION</div>

EPA_00036906

# U.S. Environmental Protection Agency (USEPA)
# Great Lakes Toxicology and Ecology Division

## Attachments and Diagrams Documents

Links within Document

Attachment 1. [ HYPERLINK \l "_Attachment_1:_Weight" ]
Attachment 2. [ HYPERLINK \l "_Attachment_2:_Docking" ]
Attachment 3. [ HYPERLINK \l "_Attachment_3:_Docking" ] Diagram (RU-S7-1-1, "Docking Plan")
Attachment 4. [ HYPERLINK \l "_Attachment_4:_Offsets" ]
Attachment 5. [ HYPERLINK \l "_Attachment_5:_Floors" ] (RU-S11-3-1)
Attachment 6.  [ HYPERLINK \l "_Attachment_6:_Midship" ] (RU-S11-11-1)
Attachment 7 [ HYPERLINK \l "_Attachment_7:_Modified" ]
Attachment 8 [ HYPERLINK \l "_Attachment_8:_Flat" ]
Attachment 9[ HYPERLINK \l "_Attachment_9:_Gen" ]
Attachment 10[ HYPERLINK \l "_Attachment_10:_Wartsila" ]
Attachment 11. [ HYPERLINK \l "_Attachment_11:_Wartsila" ]
Attachment 12. [ HYPERLINK \l "_Attachment_12:_Steering" ]
Attachment 13. [ HYPERLINK \l "_Attachment_13:_Shafting" ]
Attachment 14. [ HYPERLINK \l "Att_14" ]
Attachment 15 [ HYPERLINK \l "_Attachment_15:_Melcal" ]
Attachment 16 [ HYPERLINK \l "_Attachment_16:_EPA" ]
Attachment 17 [ HYPERLINK \l "_Attachment_17:_EPA" ]
Attachment 18 [ HYPERLINK \l "_Attachment_18_:" ]
Attachment 19 [ HYPERLINK \l "_Attachment_18_:" ]
Attachment 20 [ HYPERLINK \l "_Attachment_20:_Sewage" ]
Attachment 21 [ HYPERLINK \l "_Attachment_20:_Sewage" ]
Attachment 22 [ HYPERLINK \l "_Attachment_22:_Ship" ]
Attachment 23 [ HYPERLINK \l "_Attachment_23:_Mooring" ]

## TECHNICAL MANUALS and OTHER

"Survey for Location of Asbestos-Containing Materials with Cost Estimate", dated January 4, 1993 (not electronic)
Asbestos Bulk Sampling Report, dated January 11, 2013. (not electronic)

EPA_00036907



EPA_00036908

EPA_00036909

SOW for shipwork

## Attachment 1: Weight and Moment Summary Table

**WEIGHT AND MOMENT TABLE**

USEPA SHIP:                                    CONTRACT NUMBER:

| Item | Weight | Space | Horizontal | Vertical | Centerline |
|------|--------|-------|------------|----------|------------|
| Chart Table | 160 | Pilot House | fr 13 - 15 | 17' | 3' port |
| Console | (165) | Pilot House | fr  9 - 11 | 18' | on C/L |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

EPA_00036910

SOW for shipwork

## Attachment 2: Docking Report

| S0700/SWBS997 (06/01) | **USEPA DOCKING REPORT** | | Page 1 |
|---|---|---|---|

| Contract No: | Contractor: | Ship's Name: | Date: |
|---|---|---|---|

| Type of Dock: | Docking Plan No.: | Docking Position: | Docking Date:      Time: |
|---|---|---|---|

Remarks:

Hull: ☐ Steel   ☐ Wood

Condition as Found:

WL ⎯ PORT SIDE ⎯⎯ STARBOARD SIDE ⎯ WL

| Indicated Conditions: | D = Structural Damage | R = Loose/Leaking Rivits | Z = Deteriorated/Missing Zinc |
|---|---|---|---|
| | P = Areas of Pitting | F = Loose Fasteners | C = Damaged Coating System |
| | W = Deteriorated Welding | S = Leaking Seams | |

Brief Description:

Recommended Repairs:                    Cost Estimate:

Repairs/Alterations Made:

WL ⎯ PORT SIDE ⎯⎯ STARBOARD SIDE ⎯ WL

Brief Description:

**PAINTING**

| | | Boot Top | Under Water | Recommendation | Hand Scrape | Power Tool | Blast Clean | Primer | Repaint Ft² | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | AC | AF | REMARKS |
| Ft Field | Primer | | | Boot Top | | | | | | | |
| | Anti-corrosive | | | Underwater Body | | | | | | | |
| | Anti-fouling | | | Cost Estimate: | | | | | | | |
| **PROPOSED PAINTING** | | Manufacturer | | Formula | | No. of Coats @ DFT | | Specification | | COLOR | |
| BOOT TOP | Primer | | | | | | | | | | |
| | Anti-corrosive | | | | | | | | | | |
| | Anti-fouling | | | | | | | | | | |
| UNDER WATERBD | Primer | | | | | | | | | | |
| | Anti-corrosive | | | | | | | | | | |
| | Anti-fouling | | | | | | | | | | |

REMARKS:

SOW for shipwork

## Attachment 3: Docking Plan RU-S7-1-1, "Docking Plan"



Page **3** of **140**

EPA_00036912

**Attachment 4: Offsets**



EPA_00036913

# Attachment 5: Floors and Frames



EPA_00036914

## Attachment 6: Midship and Type Sections (RU-S11-11-1)



EPA_00036915

## Attachment 7: Modified Inboard Shaft Bearing



EPA_00036916

**Attachment 8: Flat and V.C.K. – Side Girders, Stem, Forepeak Framing, and Skeg**



EPA_00036917

## Attachment 9: Gen Arrgt – Tank Top "B" Deck, Messing Flat "C" Deck, and Plate "D" Deck



EPA_00036918



EPA_00036919

**Attachment 11: Wartsila Shaft Seal H30610-01, Page 2**

EPA_00036920



EPA_00036921

**Attachment 12: Steering Gear Arrgt Details and Foundations**



EPA_00036922

**Attachment 13: Shafting Coupling, Stern Tube and Bearing Arrangement and Details**



EPA_00036923

## Attachment 14: General Arrangement and Inboard Profile, (RU-S9-0-1)



EPA_00036924

## Attachment 15: Melcal FL15T2 Hydraulic Diagram



EPA_00036925

## Attachment 16: EPA Lake Explorer II Crane Base



EPA_00036926

## Attachment 17: EPA Lake Explorer II Mast



**Attachment 18**    **: Sewage Holding Tank Transfer Piping Installation, Page 1**

EPA_00036928



**Attachment 19: Sewage Holding Tank Transfer Piping Installation, Page 2**

EPA_00036929



EPA_00036930

## Attachment 20: Sewage Holding Tank Transfer Pump Electrical Installation, Page 1



**Attachment 21: Sewage Holding Tank Transfer Pump Electrical Installation, Page 2**

EPA_00036932

## Attachment 22: Ship Valve List For Engine Room

### Ship Valve List for the Engine Room

### ENGINEROOM VESTIBULE

**POTABLE WATER SYSTEM:**
4- 1 ½" GATE VALVES
1- 60 PSI PRESSURE RELIEF VALVE
1- 1" GLOBE VALVE
1- ½" GLOBE VALVE
½" BALL VALVE

### ENGINEROOM MAIN DECK

**POTABE WATER SYSTEM:**
1- 1" GLOBE VALVE
1- ½" GLOBE VALVE
1- ¾" SWING CHECK VALVE

**FUEL OIL SYSTEM:**
12- 1 ½" BALL VALVE
4- 2" GATE/CHECK VALVES
6- 2" REMOTE OPERATED GATE VALVES
1- 2" GLOBE VALVE
1- 1" GATE VALVE
1- 1" GLOBE VALVE

**LUBE OIL SYSTEM:**
1- 1" GLOBE VALVE

**RAW WATER SYSTEM**
3- 2" GLOBE VALVES
2- 3" GLOBE VALVES
2- 3" SWING CHECK VALVES
2- 2" SWING CHECK VALVES
1- 2 ½" GLOBE VALVE
1- 2 ½" SWING CHECK VALVE

**BOILER SYSTEM:**
4- 2" GLOBE VALVES
2- 1 ½" BALL VALVES
1- 1 ½" SWING CHECK VALVE
1- 1 ½" GATE VALVE
1- ¾" 15PSI PRESSURE RELIEF VALVE

BILGE SUCTION:
9- 2" GLOBE VALVES

### ENGINEROOM BELOW DECKPLATES

**RAW WATER SYSTEM:**
2- 5" GLOBE VALVES
3- 5" BUTTERFLY VALVES
3- 2" BALL VALVES
3- 3" GLOBE VALVES
2- 2 ½" GLOBE VALVES
2- 2" GLOBE VALVES
1- 2" GATE VALVE

**FIREMAIN:**
5- 3" GLOBE VALVES

**BILGE SUCTION:**
4- 3" GLOBE VALVES
4- 2" GLOBE VALVES

EPA_00036933

**Attachment 23: Mooring Cleat Starboard**



EPA_00036934