Message

---

**From:**    Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
        (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89]
**Sent:**    2/12/2025 7:35:56 PM
**To:**    Hanson, Paige (Catherine) [hanson.catherine@epa.gov]
**Subject:**    RE: Memorandum on Review of Financial Assistance Programs

Hi Paige, any chance you have the program IDs for these? (Or other info that would link to usaspending.gov ?)
So far we are googling each of these individually, and finding similar-sounding programs IDs, but it's not 1:1.

Thank you!
Kathryn

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Tuesday, February 11, 2025 3:29 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** FW: Memorandum on Review of Financial Assistance Programs

FYI

--

Travis Voyles
C: (202) 787-0595

**From:** Voyles, Travis
**Sent:** Friday, February 7, 2025 5:17 PM
**To:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

Good Afternoon Gregg and Kimberly—

Consistent with the Memorandum on Review of Financial Assistance Programs, EPA personnel have identified the below grants programs as having potential inconsistencies with necessary financial and oversight procedural requirements or grant conditions of awards or programs. Out of an abundance of caution given the concerns raised and to the ensure the ability for a thorough review and investigation to occur and ensure compliance, please suspend all activity unless otherwise authorized.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)
Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)

GHG Air Pollution Implementation Grants (OAR) (STAG)
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)
Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)

Please let me know if you have any questions.

Thanks,

Travis

--

Travis Voyles
Office of the Administrator
C: (202) 787-0595

---

**From:** Voyles, Travis
**Sent:** Friday, February 7, 2025 9:03 AM
**To:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** McIntosh, Chad <McIntosh.Chad@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

Good Morning Gregg and Kimberly—

As detailed in Chad's email last night, he directed any questions to OCFO and OMS. We can find some time early next week to walk through a more thorough process.

In the meantime, if we are notified by any EPA personnel of any inconsistencies with necessary financial and oversight procedural requirements or grant conditions of awards or programs, then we should suspend all activity unless otherwise authorized, pending the competition of a thorough review and investigation to ensure compliance.

Let me know if you have any questions, otherwise we can discuss further next week.

Thanks,

Travis

--

Travis Voyles
Office of the Administrator
C: (202) 787-0595

**From:** McIntosh, Chad <mcintosh.chad@epa.gov>
**Sent:** Thursday, February 6, 2025 6:39 PM
**To:** Career_Deputy_Assistant_Administrators <Career_Deputy_Assistant_Administrators@epa.gov>;
Career_Deputy_Regional_Administrators <Career_Deputy_Regional_Administrators@epa.gov>;
Career_Deputy_Associate_Administrators <Career_Deputy_Associate_Administrators@epa.gov>; Treml, Gregg
<Treml.Gregg@epa.gov>; Patrick, Kimberly <Patrick.Kimberly@epa.gov>
**Cc:** Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Memorandum on Review of Financial Assistance Programs

All—

Please find attached a Memorandum on Review of Financial Assistance Programs. Thank you for your continued service to ensure the effective implementation and use of taxpayer dollars.

Please reach out to OCFO and OMS for any further guidance.

Chad McIntosh
Acting Deputy Administrator

EPA_00036937

Message

| | |
|---|---|
| **From:** | Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89] |
| **Sent:** | 2/19/2025 4:33:19 PM |
| **To:** | Jehling, Erica [Jehling.Erica@epa.gov] |
| **Subject:** | This is the list that were politically approved to cancel |

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 10:18 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you!

And below is the test batch run that just got approved to cancel. We will go back into the spreadsheet and mark these as "Approved to Cancel".

| Date Cancellation Process Started | PIID | Terms and Conditions | Rationale | Notes from EAS Description | Recipient Name |
|---|---|---|---|---|---|
| 2/11/2025 | 68HERH24F0023 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | Technical assistance for planning, development, implementation, and reporting assistance related to the environmental climate justice program. | ENDYNA, INC. |
| 2/11/2025 | 68HERH23F0237 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. If we were doing this, we should insource. | The contractor will fulfill OEJECR's need for EJ and Civil Rights programming and learning material in support of implementing EJ and Civil rights considerations into EPA policies, programs, and activities. | ENDYNA, INC. |

| 2/11/2025 | 68HE0P24F0031 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | The Suppliers are encouraged to bid on training 40 employees for 3 days of training over a 5-week training period, spread out over 5 months that is in person training. The training will focus on critical leadership skills and should include some training on Environmental Justice, Working with Communities, and Diversity Equity Inclusion and Accessibility (DEIA). | HUMAN CAPTIAL RESOURCES & CONCEPTS INC |
|---|---|---|---|---|---|
| 2/11/2025 | 68HERC24F0330 | No notice required. Term for convenience. FAR 52.249 | Waste: Should be in-sourced. (Training material development.) And HIA probably has a DEI angle, though it is not explicit here. | The EPA Office of Research and Development (ORD) is collaborating with Region 5 to develop Health Impact Assessment (HIA) learning objectives and training materials for new and existing EPA staff, and potentially external partners, such as states, to understand and perform HIA in an EPA context. ORD has a long history of doing HIA research and practice. Based on our experience, we are well-positioned to be a resource for the Agency as it is building capacity to do cumulative impact assessment (CIA), of which one existing methodology is Health Impact Assessment. Cumulative impact assessment is a priority by which EPA has committed to addressing environmental justice issues. | PEGASUS TECHNICAL SERVICES, INC |
| 2/11/2025 | 68HERH23F0327 | No notice required. Term for convenience. FAR 52.249 | Waste: Retreats might be wasteful, and external contractor support for a retreat is definitely wasteful. | The contractor shall provide strategic planning, facilitation and leadership support for the Office of Land and Emergency Management (OLEM), Office of Emergency Management (OEM) conferences and meetings related to OEM senior management and staff office wide retreats. Support for this task order should also include an experienced, skillful facilitator to conduct interviews with each OEM staff and manager, provide developmental training exercises and training materials, pre-retreat development of an agenda and topical discussions to include strategic planning, and provide highlights after the meeting. | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. |

| 2/11/2025 | 68HERC23P0042 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Procure Gartner HR research and advisory services covering employee experience, diversity, equity, inclusion and accessibility, and work life integration. | GARTNER, INC. |
| 2/11/2025 | 68HERH24P0143 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE | LIGHTHOUSE STRATEGY CONSULTING LLC |
| 2/11/2025 | 68HERC23F0428 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | ICF INCORPORATED, L.L.C. |
| 2/11/2025 | 68HERH24F0409 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Provides administrative support and meeting planning support to the office of environmental justice and external civil rights. | INTSCI-ENDYNA LLC |

| Public Contract Description | Base and All Options Value | Base Exercised Options Value | Total Obligation | Outstanding Value |
|---|---|---|---|---|
| BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION | $117,931,407.48 | $70,122,340.16 | $64,668,605.16 | $53,262,802.32 |

| | | | | |
|---|---|---|---|---|
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | $6,895,921.10 | $3,206,754.60 | $750,000.00 | $6,145,921.10 |
| | $228,292.84 | $43,000.00 | $43,000.00 | $185,292.84 |
| | $248,464.00 | $109,528.00 | $109,528.00 | $138,936.00 |

| | | | |
|---|---|---|---|
| TASK ORDER FOR FACILITATION, LEADERSHIP DEVELOPMENT, AND OFFICE-WIDE RETREAT SUPPORT (FOLLOW-ON TO EP-17-W-003/0013) UNDER MULTIPLE-AWARD BRIDGE CONTRACTS FOR OFFICE OF LAND AND EMERGENCY MANAGEMENT, OFFICE OF EMERGENCY MANAGEMENT. | $108,255.27 | $108,255.27 | $64,533.82 | $43,721.45 |
| | $95,922.00 | $95,922.00 | $95,922.00 | $0.00 |
| CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE | $180,000.00 | $180,000.00 | $180,000.00 | $0.00 |
| SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | $985,889 | $985,889 | $985,889 | 0 |
| CONTRACTOR SUPPORT FOR OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS, OFFICE OF POLICY, PARTNERSHIPS AND PROGRAM DEVELOPMENT, PARTNERSHIPS AND COLLABORATION DIVISION. | $257,672.10 | $257,672.10 | $257,672.10 | $0.00 |

--

Travis Voyles
C: (202) 787-0595

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 13, 2025 6:11 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi everyone,

Keeping up the cadence today, we have added to the queue a list of 71 grants that were all signed before July 1, 2024, worth $119M (ceiling; savings will be lower once we subtract obligations). The new tab is called "Feb 13 grants to cancel".

It was great to put 5 of the "gold bars" on this list, that are signed before July 1! (The majority of those were signed after July 1.) We have marked those 5 rows in blue, because gold is too hard to read. Total award value for those 5 is $36.9M, of which $27.8M has not yet been obligated. We are calling them "gold bars" because they were awards to grant makers who plan to give subawards. 4 of the 5 are part of the Thriving communities grantmaking program that Lee cancelled part of earlier today.

Best,
Kathryn

---

**From:** Loving, Kathryn
**Sent:** Thursday, February 13, 2025 9:22 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

I have added a column "T&C" that indicates no notice and comment period required for the contracts and grants we already sent you. As you can imagine, the DOGE team has lawyers that are pretty experienced with grant and contract cancellation at this point, so that's what that is based on!

I will also add that the careers in EPA OMS are already supporting us on this – they are the ones who will be executing the cancellation on your greenlight, not us. They see no issues with cancelling the Feb 11 list of contracts, and we're sharing the Feb 12 list with them now. They seem very knowledgeable about this topic, so I think you should trust them on how to cancel properly!

Kathryn

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 6:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** Re: Loving, Kathryn shared "contract_details" with you

EPA_00036943

Thank you so much! This is really helpful. Paige and I had a good discussion with the Administrator last night reviewing the examples and process. One aspect he raised that we just want to ensure we are covering when taking the action to cancel that we are doing it reflective of any terms/conditions/notification requirements in the contract or grant. Is that something y'all feel you are able to capture in your review or we can engage OMS to quickly get us that details.

Otherwise he liked the process and agrees that we'll be able to quickly move through reviewing these once that element is addressed.

Sorry again to add one more aspect, but with that I believe we'll be able to cover all the elements requested by the Administrator.

Get Outlook for iOS

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Wednesday, February 12, 2025 6:47:34 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi all, thank you so much for taking a look at the Feb 11 contracts last night! I moved the rows that were more controversial over to the "contracts to review" tab. (e.g. if Paige flagged.) The careers are ready to hit cancel on the rest, pending a green light from you all!

In addition, we added a new tab "Feb 12 contracts to cancel" with a new tranche of contracts we found today. We'd love your review on those as well.

Similar story for the grants – the grants that Paige flagged are moved over to "grants for further review". They are all under 2 grant programs EPA has already halted, and were all signed prior to July 1, 2024, so we think they will be straightforward to cancel once you give a green light. We did not add any new grants today; maybe tomorrow 😊

And in all tabs there is now a "reason" column to justify cancellation.

Best,
Kathryn

---

**From:** Loving, Kathryn
**Sent:** Tuesday, February 11, 2025 7:51 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Loving, Kathryn shared "contract_details" with you



**Loving, Kathryn invited you to edit a file**

Hi Travis, as we discussed today, here's a list of contracts and grants that we want to push forward to cancellation, and keep the momentum going! We removed the ones we thought were yellow flags, so we think these are pretty uncontroversial, but we added a column "AO reviewed", for your team to add any greenlight or flags.

Thanks!
Kathryn

 contract_details

🔒 This invite will only work for you and people with existing access.

Open    Share

**EPA**

Privacy Statement

This email is generated through Environmental Protection Agency (EPA)'s use of Microsoft 365 and may contain content that is controlled by Environmental Protection Agency (EPA).

Message

---

**From:** Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89]
**Sent:** 2/19/2025 4:34:02 PM
**To:** Jehling, Erica [Jehling.Erica@epa.gov]
**Subject:** FW: Contract Terminations Daily Report 2025-02-17
**Attachments:** Contract_Terminations_2025-02-17.xlsx

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Tuesday, February 18, 2025 6:12 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** Fw: Contract Terminations Daily Report 2025-02-17

Still need to add some details to the report but this is yesterdays.

Dan
202-355-4943

---

**From:** OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov <OMS-ARM-OAS-
OfficeofAcquisitionSolutions@epa.gov>
**Sent:** Monday, February 17, 2025 10:01 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Hublar, Jennifer <Hublar.Jennifer@epa.gov>
**Cc:** Burnett-Bakr, Robbin <Burnett-Bakr.Robbin@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>;
Rogers, JoanB <Rogers.JoanB@epa.gov>
**Subject:** Contract Terminations Daily Report 2025-02-17

Attached is the daily Contract Terminations report for 2025-02-17.

Message

---

**From:** Loving, Kathryn [Loving.Kathryn@epa.gov]
**Sent:** 2/22/2025 9:20:38 PM
**To:** Josh Gruenbaum - Q [josh.gruenbaum@gsa.gov]
**Subject:** Fw: List of Grant Terminations - February 20

This was the planned list of grants that were to be announced on Sunday, that got announced on Saturday instead!

Get Outlook for iOS

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 11:53:31 AM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** FW: List of Grant Terminations - February 20

Here you go. (I am crossing off the one we are not including).

---

**From:** Coogan, Daniel
**Sent:** Thursday, February 20, 2025 12:25 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** List of Grant Terminations - February 20

Melissa, can we please begin working with the GMOs to terminate the following 22 grants. I received direction from political leadership that we are to cancel these.

| Financial Account Identifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name |
|---|---|---|---|---|
| 13746681 | $8,000,000 | $0.00 | $8,000,000.00 | DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC |
| 84061101 | $8,000,000 | $1,564,072.97 | $6,435,927.03 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
| 84061101 | $8,000,000 | $2,006,774.22 | $5,993,225.78 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
| 95314201 | $5,000,000 | $449,582.62 | $4,550,417.38 | NATIONAL WILDLIFE FEDERATION |
| 95334801 | $500,000 | | $500,000.00 | NUEVA ESPERANZA, INC. |
| 95338201 | $500,000 | | $500,000.00 | APPALACHIAN VOICES |
| 95341301 | $8,000,000 | $839,393.02 | $7,160,606.98 | GREEN & HEALTHY HOMES INITIATIVE INC |
| 96701501 | $5,000,000 | $1,069,922.66 | $3,930,077.34 | WICHITA STATE UNIVERSITY |
| 00E03450 | $5,000,000 | $1,278,176.09 | $3,721,823.91 | REGENTS OF THE UNIVERSITY OF MINNESOTA |
| 00A01436 | $500,000 | | $500,000.00 | NEW HAVEN ECOLOGY PROJECT INC |
| ~~00E03451~~ | ~~$4,000,000~~ | ~~$1,324,675.77~~ | ~~$2,675,324.23~~ | ~~BIG, NFP~~ |

EPA_00036960

| | | | | |
|---|---|---|---|---|
| 00E03682 | $8,000,000 | $354,411.16 | $7,645,588.84 | MINNEAPOLIS FOUNDATION |
| 00I10501 | $4,000,000 | $91,832.00 | $3,908,168.00 | MONTANA STATE UNIVERSITY |
| 02F50601 | $500,000 | | $500,000.00 | BLACK UNITED FUND OF TEXAS, INC. |
| 02F50801 | $500,000 | | $500,000.00 | EARTH CARE INTERNATIONAL |
| 02J56601 | $500,000 | | $500,000.00 | OREGON COAST VISITORS ASSOCIATION, INC. |
| 02J63801 | $8,000,000 | $991,565.58 | $7,008,434.42 | PHILANTHROPY NORTHWEST |
| 03D03124 | $500,000 | $67,487.25 | $432,512.75 | PARKS ALLIANCE OF LOUISVILLE, INC. |
| 98T65801 | $5,100,000 | $908,057.59 | $4,191,942.41 | SAN DIEGO STATE UNIVERSITY FOUNDATION |
| 98T88701 | $500,000 | $72,910.10 | $427,089.90 | BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC. |
| 98T91201 | $500,000 | | $500,000.00 | COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT |
| 98T91501 | $500,000 | $11,350.40 | $488,649.60 | THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS |

Dan

Message

---

| | |
|---|---|
| **From:** | Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89] |
| **Sent:** | 2/24/2025 3:06:43 PM |
| **To:** | Vaseliou, Molly [Vaseliou.Molly@epa.gov] |
| **CC:** | Jehling, Erica [Jehling.Erica@epa.gov] |
| **Subject:** | Another X post about contracts? |
| **Attachments:** | Contract_Terminations_withAmounts_2025-02-21.xlsx |

Good morning Molly – I wanted to run this list by you before I report to the DOGE team.

I think we actually already tweeted about $45M of the cancelled contracts included in this list, so to avoid re-reporting old news, I think the statement here would be
"EPA has terminated 24 more contracts, helping the American taxpayer avoid another $77M in costs". Do you/Lee want to post this or should DOGE do it?

Kathryn

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 2:11 PM
**To:** Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** FW: Contract Terminations Daily Report with amounts 2025-02-21

Take a look and let me know if you are good with this report. This is what I was thinking as final for the daily contracts report and will facilitate WH reporting.

W/r/t to reporting "savings"/ "cost avoidance", I recommend using unobligated balances.

A social media worthy bite based on today's report might be: "In less than two weeks, EPA DOGE has terminated 29 contracts, helping the American taxpayer avoid over $121M in costs." (Deferring to the media folks on editiorializing with "wasteful" et al adjectives.)

**From:** OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov <OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov>
**Sent:** Friday, February 21, 2025 2:02 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Hublar, Jennifer <Hublar.Jennifer@epa.gov>
**Cc:** Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Burnett-Bakr, Robbin <Burnett-Bakr.Robbin@epa.gov>
**Subject:** Contract Terminations Daily Report with amounts 2025-02-21

Attached is the Daily Contract Terminations Report with award ceiling 2025-02-21, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-02-21.xlsx**

This document is produced in native format.

Original file name:

EPA - Contract Termination Log Feb 24.xlsx

EPA_00036972 - EPA_00036988

Message

| | |
|---|---|
| **From:** | Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89] |
| **Sent:** | 2/24/2025 11:34:18 PM |
| **To:** | EPAExecSec [EPAExecSec@epa.gov] |
| **Subject:** | X/DOGE_EPA: Investigation request, into Chattanooga, TN |

We received a lead tonight that there is major money laundering/kickbacks happening in Chattanooga Tennessee using the EPA storm water fees and Federal monies as a pass through but not going to is intended destination like USAID. Here is information on Chattanooga and it's millions. The EPA Auditors/Feds need to come down to Chattanooga and do a audit deep dive. This is huge because Chattanooga is one of the two WEF SMART CITIES and the epicenter of a lot of this NGO activitie, child trafficking. We are working with others on those activities. Here is what DOGE knows about the EPA Money Total Direct EPA Funding for Chattanooga Direct Grants and Loans Identified: $186 million (WIFIA loan, 2022) $500,000 (Brownfields, 2021) $19.5–$20 million (Community Change Grant, 2024) $20 million (CWSRF loan, 2023, via Tennessee)Subtotal: Approximately $226–$226.5 million in direct EPA-linked funding specifically for Chattanooga projects with stormwater components. Additional Context: Chattanooga's broader stormwater and sewer efforts (e.g., $513 million planned from 2020–2030 under the consent decree's second phase) rely on a mix of EPA funding, state contributions, and local resources.

Not all of this is direct EPA money, but EPA programs like WIFIA and CWSRF significantly reduce costs through low-interest loans and grants.

The second part is the City of Chattanooga is still actively doing DEI training to city employees. We saw their latest training information and still there and they have a Chief Equity Officer in City Gov with a team of 10 under them, so this could be grounds to pull all Federal funding, not to mention Dept of Transportation funding and other funding to Chattanooga unitl these programs are removed. However the EPA embezzlemet is much greater story.

Here is everything we know since Biden was in office. Below is a bulleted list of federal monies received by the City of Chattanooga, Tennessee, across all federal government programs since 2020, based on available data as of February 20, 2025. This list includes specific grants, loans, and allocations identified from various federal sources such as the EPA, HUD, DOT, DOE, and others, with a focus on confirmed amounts tied to Chattanooga. Note that some funds are part of broader statewide allocations where Chattanooga's specific share is not always isolated, and some amounts reflect loans rather than outright grants. $186 million (EPA WIFIA Loan, 2022) Water Infrastructure Finance and Innovation Act (WIFIA) loan for wastewater and stormwater infrastructure upgrades, including the Moccasin Bend Wastewater Treatment Plant. $38.6 million (American Rescue Plan Act, 2021) ARPA funds for the "One Chattanooga Relief and Recovery" plan, with $30 million allocated to community-based initiatives and the remainder for housing and other projects. $3.5 million (EPA Brownfields Revolving Loan Fund, Bipartisan Infrastructure Law, post-2020) Supplemental grant for brownfield site cleanup, supporting projects like 2701 Chestnut St. and South Broad Street sites. $500,000 (EPA Brownfields Supplemental Funds, 2021) Additional funding for brownfield redevelopment, including the Standard Coosa Thatcher Project and Old Trotter School Site cleanup. $19.5–$20 million (EPA Community Change Grant, 2024) Grant to the City of Chattanooga and Trust for Public Land for the Alton Park Connector project, including stormwater management solutions. $20 million (Tennessee Clean Water State Revolving Fund Loan, 2023) Low-interest loan via EPA-supported CWSRF for sewer and stormwater storage projects, part of a $48.47 million initiative. $50 million (HUD Choice Neighborhoods Implementation Grant, 2024) Awarded to the Chattanooga Housing Authority for Westside neighborhood revitalization, including public housing replacement. $4.6 million (Federal Highway Administration ATTIMD Grant, 2023) Advanced Transportation Technologies and Innovative Mobility Deployment grant for 86 smart intersections and EV

charging station planning. $4 million (USDOT Grants, 2024) Two grants from the U.S. Department of Transportation: $2 million (Reconnecting Communities & Neighborhoods program) for Westside Evolves planning and $2 million for pedestrian safety improvements. $2.2 million (HUD CDBG, Annual Average since 2020) Community Development Block Grant (CDBG) entitlement funding, approximately $2.2 million annually, totaling roughly $11 million from 2020–2024 for housing and community development. $1.448 million (HUD CDBG-CV Round 3, 2023) CDBG Coronavirus Response funds to address COVID-19 impacts on low- and moderate-income residents. $850,000 (HUD HOME Funds, Annual Average since 2020) HOME Investment Partnerships Program funding, approximately $850,000 annually, totaling about $4.25 million from 2020–2024 for affordable housing. $860,000 (HUD HOME-ARP, post-2021) Portion of nearly $3 million in American Rescue Plan HOME funds used for homelessness prevention, such as rent assistance. $32.3 million (DOE Grid Resilience and Innovation Partnerships Grant, post-2020) Grant to EPB (Chattanooga's municipal utility) for power grid resilience, matched by local funds. $13.3 million (Federal Funding for Walnut Street Bridge, 2023) Part of an $18 million renovation project, with federal sources unspecified but confirmed in the city's 2024 budget. Portion of $344 million (Federal COVID-19 Relief for Hamilton County, 2020–2024) Chattanooga received a share of $344 million in federal relief funds for Hamilton County children and youth programs, including ESSER funds for education; exact city-specific amount unspecified. Portion of $5.8 billion (Federal-Aid Highway Programs, 2021) Tennessee allocation via the Bipartisan Infrastructure Law, with Chattanooga competing for funds for road projects (specific amount to city not detailed). Portion of $302 million (Bridge Replacements & Repairs, 2021) Tennessee allocation via the Bipartisan Infrastructure Law, with Chattanooga prioritizing bridges like Wilcox and Wilder Street (specific amount to city not detailed). Notes: Total Estimate: Direct, confirmed federal funds to Chattanooga since 2020 exceed $367 million, with additional unspecified portions from statewide allocations potentially increasing this figure. Sources: Include EPA, HUD, DOT, DOE, and Treasury (ARPA) programs, corroborated by city announcements, federal press releases, and local reporting.

-@PatriotsEngage

Message

| | |
|---|---|
| **From:** | Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89] |
| **Sent:** | 2/24/2025 11:56:59 PM |
| **To:** | EPAExecSec [EPAExecSec@epa.gov] |
| **CC:** | Jehling, Erica [Jehling.Erica@epa.gov] |
| **Subject:** | X/DOGE_EPA: IRA grant funding being unfrozen |

Cc Erica since this is DOGE relevant but not specific enough for the spreadsheet.

*****

The Trump Administration should continue pausing disbursements of funding associated with Section 60114(a) of the Inflation Reduction Act (IRA). These so-called climate change "planning grants" are funded through the EPA's Climate Pollution Reduction Grant (CPRG) Program. Continuing the pause would give Congress the time needed to repeal this section of the IRA, which initially allocated $250 million to the program. The CPRG planning grants are scheduled to continue through the end of 2027. The climate plans currently being developed by states will ultimately serve no meaningful purpose for several reasons: Existing Federal Plans and Tools: The EPA and other federal agencies have already developed hundreds of climate plans and tools using taxpayer money. In addition, participating states have already developed a "Priority Climate Action Plan" using the funding. State Capabilities: States that want to implement climate-related policies have already created their own climate action plans without CPRG funding. The CPRG-funded plans are either redundant (for states like Massachusetts or California) or unnecessary (for states like Oklahoma or Utah). Lack of Need: States less inclined to implement climate-related policies have no use for a federally funded plan that will not be acted upon. In addition, there is no purpose to the current "Comprehensive Climate Action Plans". At least the initial plans, the "Priority Climate Action Plans", were a prerequisite for applying for CPRG Implementation Grant funding. Spending millions of dollars on plans that will not be utilized is fiscally irresponsible. In my 20 years of working in state government, I have never encountered a program as pointless and wasteful as this one. I want to emphasize that my perspective is rooted in the belief that it is essential for federal and state governments to take aggressive action to combat climate change. However, the CPRG planning grant program is not an effective or efficient way to address climate change and should be ended immediately.

Feb 17, 2025, 7:12 AM
To clarify, I am recommending stopping payments of the appropriations for CPRG "planning grants" specified under Section 60114(a)(1) of the IRA to quickly end the grants for climate planning described under Section 60114(b). I see value in continuing the "implementation grants" described under later sections of the IRA.

Feb 17, 2025, 7:16 AM
It should be noted that most states opted into the CPRG planning grants so that they would not miss the opportunity to apply for additional CPRG implementation funding. However, now that the CPRG implementation grants have been awarded based on the Priority Climate Action Plans, there is no purpose for further climate planning funded with taxpayer dollars. The question to ask is about the purpose of keeping the planning grants going. I doubt you'll get a reasonable answer.

Feb 17, 2025, 7:31 AM
The longer state funding from EPA's Climate Pollution Reduction Grant is paused for these useless climate action plans, the more likely the state programs will end. For example, in my state, if funding is paused for 2-3 weeks, the state will need to stop spending money on the program and reassign staff to other positions. Under the collective bargaining agreement between the state and employee union, the state will place affected staff in open positions not funded by the grant. Then it will not be possible to restart the CPRG planning grant or climate action plans in the state because those staff will be committed to other programs.

Tue 7:13 AM
Ugh. CPRG funding for climate action plans is now unfrozen in my state. Just letting you know someone is releasing the grant funding.

**This document is produced in native format.**

**Original file name:**

**EPA - Contract Termination Log March 22.xlsx**

Message

---

| | |
|---|---|
| **From:** | Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89] |
| **Sent:** | 3/24/2025 12:48:10 PM |
| **To:** | Katrina Lloyd - QF2C [katrina.lloyd@gsa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC:** | Jon Dewolfe - QCCB [jonathan.dewolfe@gsa.gov]; Jennifer Rape - QCC [jennifer.rape@gsa.gov]; Josh Gruenbaum - Q [josh.gruenbaum@gsa.gov] |
| **Subject:** | RE: Contract Termination Shell |

Sorry about that guys – I think Erica did the previous submission, and I didn't see it in my email, so that's why I thought we were behind on submissions. But it sounds like we were not. And also that I need to go through our internal contract list to get rid of duplicates!

Thanks,
Kathryn

---

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Monday, March 24, 2025 7:29 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Subject:** Re: Contract Termination Shell

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning,

In addition to Josh email, the EPA spreadsheet provided includes several contract # duplicates (I counted 12) with different ceiling and savings values. We can't include duplicates in the GSA termination log. Within your updated spreadsheet submission, please ensure there are no duplicate entries.

Thank you!

---

**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

---

On Sat, Mar 22, 2025 at 4:48 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:
  Hey guys

Great!

See below for what we have from you all already. Please re-submit just new entires that haven't been logged yet so we can ensure no duplicates, and yes, send over whenever you get these real time going fwd, please and thank you!

| ID | Date of Termination / Contract Action (*If blank, the termination is in progress.*) | PIID (required) | Reference PIID (optional) | Agency | Vendor | Category (i.e. DEI, Climate & Sustainability, ConsultingServices, Non-Performing/Non-Essential Contracts, Recruitment Services, Media. Advertising) |
|---|---|---|---|---|---|---|
| 31 | 1/24/2025 | 68HERC24A0014 | GS00F120DA | Environmental Protection Agency | Jefferson Consulting | DEI |
| 32 | 1/24/2025 | 68HERC24A0013 | GS35F013CA | Environmental Protection Agency | FEDERAL MANAGEMENT PARTNERS, LLC | DEI |
| 33 | 1/24/2025 | 68HERC24A0012 | GS02F156AA | Environmental Protection Agency | Business Mgmt. Assoc. | DEI |
| 34 | 1/24/2025 | 68HERH24P0143 | | Environmental Protection Agency | Lighthouse Strategy Consulting | DEI |
| 377 | 1/24/2025 | 68HERC23P0042 | | Environmental Protection Agency | GARTNER, INC. | DEI |
| 430 | 2/7/2025 | 68HERD23P0034 | | Environmental Protection Agency | POLITICO, LLC | Media |
| 431 | 2/7/2025 | 68HERH24P0156 | | Environmental Protection Agency | POLITICO, LLC | Media |
| 1024 | 2/6/2025 | 89303025PMA000335 | | Environmental Protection Agency | Politico | Media |
| 1025 | 2/6/2025 | 89243623FCD000005 | 03310319D0071 | Environmental Protection Agency | Politico | Media |
| 1026 | 2/6/2025 | 89303024PGC000024 | | Environmental Protection Agency | Politico | Media |
| 1027 | 2/6/2025 | 89303022CIM000010 | | Environmental Protection Agency | Politico | Media |
| 1028 | 2/6/2025 | 89303021CLP000012 | | Environmental Protection Agency | Politico | Media |
| 1029 | 2/6/2025 | 89303023PFE000093 | | Environmental Protection Agency | Politico | Media |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1030 | 2/6/2025 | 89303022PMA000265 | | Environmental Protection Agency | Politico | Media |
| 1031 | 2/6/2025 | 89303025PGD000003 | | Environmental Protection Agency | Politico | Media |
| 1032 | 2/6/2025 | 89303024POP000005 | | Environmental Protection Agency | Politico | Media |
| 1033 | 2/6/2025 | 89303024PFE000116 | | Environmental Protection Agency | Politico | Media |
| 1034 | 2/6/2025 | 89303024PCI000010 | | Environmental Protection Agency | Politico | Media |
| 1035 | 2/6/2025 | 89303024PED000058 | | Environmental Protection Agency | Politico | Media |
| 1036 | 2/6/2025 | 89303025PIG000148 | | Environmental Protection Agency | Politico | Media |
| 1037 | 2/6/2025 | 89303024PEI000105 | | Environmental Protection Agency | Politico | Media |
| 1038 | 2/6/2025 | 89303025FEI400159 | 03310323D0056 | Environmental Protection Agency | Politico | Media |
| 1825 | 2/14/2025 | 68HERH23F0237 | 68HERH22A0025 | Environmental Protection Agency | ENDYNA, INC. | Consulting Services |
| 1826 | 1/31/2025 | 68HERC22F0141 | EPC17018 | Environmental Protection Agency | NORTON ROSE FULBRIGHT US LLP | Consulting Services |
| 1827 | 1/31/2025 | 68HERC20F0139 | EPC17018 | Environmental Protection Agency | NORTON ROSE FULBRIGHT US LLP | Consulting Services |
| 1828 | 2/11/2025 | 68HERC22F0142 | EPC17022 | Environmental Protection Agency | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Consulting Services |
| 1829 | 2/11/2025 | 68HERC22F0216 | EPC17022 | Environmental Protection Agency | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Consulting Services |
| 1830 | 2/14/2025 | 68HERH24F0409 | 68HERH24D0008 | Environmental Protection Agency | INTSCI-ENDYNA LLC | Consulting Services |
| 2047 | 2/14/2025 | 68HERH24F0023 | 68HERH22A0025 | Environmental Protection Agency | ENDYNA, INC. | Climate & Sustainability |
| 2116 | 3/1/2025 | 68HERC23F0173 | 68HERC22D0006 | Environmental Protection Agency | EASTERN RESEARCH GROUP INC | Consulting Services |
| 2117 | 2/20/2025 | 68HERC23F0215 | 68HERC22D0026 | Environmental Protection Agency | TETRA TECH, INC. | Climate & Sustainability |

| 2118 | 2/20/2025 | 68HE0324F0042 | GS00F117CA | Environmental Protection Agency | GMG MANAGEMENT CONSULTING INC. | Consulting Services |
|---|---|---|---|---|---|---|
| 2242 | 2/20/2025 | 68HERH23P0123 | | Environmental Protection Agency | GARTNER, INC. | Non-Performing / Non-Essential Contracts |
| 2243 | 2/4/2025 | GS02F0128W | | Environmental Protection Agency | MANAGED CARE ADVISORS, INC. | Non-Performing / Non-Essential Contracts |
| 2244 | 2/14/2025 | 68HERC20C0061 | | Environmental Protection Agency | INSIDE WASHINGTON PUBLISHERS LLC | Media |
| 2245 | 2/14/2025 | 68HERH24D0008 | | Environmental Protection Agency | INTSCI-ENDYNA LLC | Non-Performing / Non-Essential Contracts |
| 2246 | 2/14/2025 | 68HERC20D0029 | | Environmental Protection Agency | PEGASUS TECHNICAL SERVICES, INC | Non-Performing / Non-Essential Contracts |
| 2247 | 2/21/2025 | GS00F117CA | | Environmental Protection Agency | GMG MANAGEMENT CONSULTING INC. | Non-Performing / Non-Essential Contracts |
| 2248 | 2/13/2025 | GS10F0065V | | Environmental Protection Agency | THE ASSOCIATION OF STATE WETLAND MANAGERS INC. | Non-Performing / Non-Essential Contracts |
| 2249 | 2/19/2025 | 68HERC25C0035 | | Environmental Protection Agency | CENTRY CARPETING INC | Non-Performing / Non-Essential Contracts |
| 2250 | 2/11/2025 | 68HERH25P0029 | | Environmental Protection Agency | NATIONAL ENVIRONMENTAL JUSTICE CONFERENCE INC | Non-Performing / Non-Essential Contracts |
| 2251 | 2/10/2025 | 68HERC25P0001 | | Environmental Protection Agency | CONFERENCE BOARD, INC., THE | Non-Performing / Non-Essential Contracts |
| 2660 | | 140D0423F0629 | 140D0421A0004 | Environmental Protection Agency | S C & A INC | Consulting Services |
| 2661 | | 140D0422F0180 | 140D0421A0004 | Environmental Protection Agency | S C & A INC | Consulting Services |
| 2766 | 2/28/2025 | 68HEP24P0007 | | Environmental Protection Agency | Partnership for Public Service Inc. | Consulting Services |
| 5470 | 3/3/2025 | 68HERH22F0012 | 68HERD20A0004 | Environmental Protection Agency | RESEARCH TRIANGLE INSTITUTE | Consulting Services |
| 5706 | 3/4/2025 | 68HERC25F0003 | 68HERC24A0015 | Environmental Protection Agency | TTW SOLUTIONS, INC. | Consulting Services |
| 5707 | 3/4/2025 | 68HERC24F0053 | 68HERC23A0005 | Environmental Protection Agency | ROSS & ASSOCIATES ENVIRONMENTAL CONSULTING, LTD. | Climate & Sustainability |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5708 | 3/4/2025 | 68HERC23F0079 | 68HERC23A0005 | Environmental Protection Agency | ROSS & ASSOCIATES ENVIRONMENTAL CONSULTING, LTD. | Consulting Services |
| 5709 | 3/4/2025 | 68HERH24F0289 | FA701420D0007 | Environmental Protection Agency | DELOITTE CONSULTING LLP | Consulting Services |
| 5710 | 3/4/2025 | 68HERH24F0103 | 68HERH22A0020 | Environmental Protection Agency | EASTERN RESEARCH GROUP, INC. | Climate & Sustainability |
| 5711 | 3/4/2025 | 68HERH24F0414 | 68HERC24D0006 | Environmental Protection Agency | EASTERN RESEARCH GROUP INC | Consulting Services |
| 5712 | 3/4/2025 | 68HERH24F0444 | 68HERC24D0006 | Environmental Protection Agency | EASTERN RESEARCH GROUP INC | Consulting Services |
| 5713 | 3/4/2025 | 68HERH24F0386 | 68HERC24D0006 | Environmental Protection Agency | EASTERN RESEARCH GROUP INC | Consulting Services |
| 5714 | 3/4/2025 | 68HERH25F0085 | 68HERC24D0006 | Environmental Protection Agency | EASTERN RESEARCH GROUP INC | Consulting Services |
| 5715 | 3/4/2025 | 68HERH24P0157 | | Environmental Protection Agency | AMERICAN COUNCIL FOR AN ENERGY EFFICIENT ECONOMY | Consulting Services |
| 5716 | 3/4/2025 | 68HERH24P0100 | | Environmental Protection Agency | AMERICAN COUNCIL FOR AN ENERGY EFFICIENT ECONOMY | Consulting Services |
| 5717 | 3/4/2025 | 68HERH22P0204 | | Environmental Protection Agency | AMERICAN NATIONAL STANDARDS INSTITUTE, INCORPORATED | Consulting Services |
| 5718 | 3/4/2025 | 68HERH24P0056 | | Environmental Protection Agency | AMERICAN NATIONAL STANDARDS INSTITUTE INCORPORATED | Consulting Services |
| 5719 | 3/4/2025 | 68HERH24F0406 | 68HERH22A0029 | Environmental Protection Agency | S C & A, INC. | Climate & Sustainability |
| 5720 | 3/4/2025 | 68HERH24F0407 | 68HERH22A0023 | Environmental Protection Agency | RESEARCH TRIANGLE INSTITUTE | Climate & Sustainability |
| 5721 | 3/4/2025 | 68HERH24F0317 | 68HERH23D0008 | Environmental Protection Agency | S C & A INC | Climate & Sustainability |
| 5722 | 3/4/2025 | 68HERH24F0447 | 68HERH24D0008 | Environmental Protection Agency | INTSCI-ENDYNA LLC | Consulting Services |
| 6014 | 3/7/2025 | 68HERH24F0350 | 68HERC24D0006 | Environmental Protection Agency | EASTERN RESEARCH GROUP INC | Consulting Services |

| | | | | Agency | Contractor | Category |
|---|---|---|---|---|---|---|
| 6015 | 3/7/2025 | 68HERC24F0393 | 68HERC24D0006 | Environmental Protection Agency | EASTERN RESEARCH GROUP INC | Consulting Services |
| 6749 | 3/11/2025 | 68HERH24F0263 | 68HERC20D0017 | Environmental Protection Agency | SCIENTIFIC CONSULTING GROUP, INC, THE | Consulting Services |
| 6819 | 3/7/2025 | 68HE0P24P0007 | | Environmental Protection Agency | Partnership for Public Service Inc. | Non-Performing / Non-Essential Contracts |
| 7113 | 3/19/2025 | 68HERC23F0350 | 68HERC23A0007 | Environmental Protection Agency | BOOZ ALLEN HAMILTON INC. | Consulting Services |

| Contract Description | Status | Contract Ceiling Value | Dollars Obligated | Potential Contract Savings (Contract Ceiling Value - Dollars Obligated) |
|---|---|---|---|---|
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $180,000.00 | | $0.00 |
| TO PURCHASE A TWO YEAR SUBSCRIPTION WITH GARTNER HR LEADERS TO OBTAIN RESEARCH AND ADVISORY SERVICES COVERING EMPLOYEE EXPERIENCE, DIVERSITY, EQUITY, INCLUSION AND ACCESSIBILITY, AND WORK LIFE INTEGRATION. | Terminated for Convenience | $95,922.00 | | $0.00 |
| E&E NEWS 12 MONTH BASE PERIOD AND 12 MONTH OPTION PERIOD SUBSCRIPTION ACCESS FOR FIVE SCIENTIFIC AND POLICY PUBLICATIONS: ENERGYWIRE, CLIMATEWIRE, GREENWIRE, E&E DAILY, AND E&E NEWSPM. | Terminated for Convenience | $545,710.00 | | $0.00 |
| POLITICO PRO PLUS/PRO ANALYSIS SUBSCRIPTION TO CONSOLIDATE 4 PROGRAM OFFICES FOR 117 USERS-1-YEAR SUBSCRIPTION. | Terminated for Convenience | $179,409.00 | | $0.00 |
| Politico Pro Renewal FY2025 - 172 subscribers | CASE NAM update: customer states that contract was terminated | $399,091.23 | $399,091.23 | $0.00 |
| 20, One-Year E&E Publishing LLC (dba Politico LLC) Subscriptions for 5 Publications | CASE NAM update: customer states | $328,561.00 | $328,561.00 | $0.00 |

| | that contract was terminated | | | |
|---|---|---|---|---|
| E&E News Subscription Services | CASE NAM update: customer states that contract was terminated | $281,786.00 | $49,000.00 | $232,786.00 |
| This is a Firm Fixed Price Single Source Acquisition to receive E&E News publications. | CASE NAM update: customer states that contract was terminated | $184,915.00 | $129,305.00 | $55,610.00 |
| Subscription to E&E News (Politico) LLC for Energywire, Climatewire, E&E Daily, Greenwire, and E&E News PM for LPO's use program-wide. | CASE NAM update: customer states that contract was terminated | $165,768.94 | $129,303.75 | $36,465.19 |
| Politico Pro Plus One Year Subscription for 25 users. | CASE NAM update: customer states that contract was terminated | $115,180.00 | $115,180.00 | $0.00 |
| Award 30 user seat license contract to Politico LLC dba E&E News for 12 mos digital subscriptions within the Office of the Secretary in the amount of $29,808.00 for the period 05/04/2022-05/03-2022. | CASE NAM update: customer states that contract was terminated | $98,665.00 | $98,665.00 | $0.00 |
| 8 licenses/subscriptions of E&E NEWS for the Grid Deployment Office. | CASE NAM update: customer states that contract was terminated | $59,475.00 | $18,320.00 | $41,155.00 |
| To secure 70 users slots for E&E News subscriptions (E&E Daily, EnergyWire, ClimateWire, GreenWire, and E&ENewsPM). | CASE NAM update: customer states that contract was terminated | $43,560.00 | $43,560.00 | $0.00 |
| E&E News, purchase one-year subscription for 45 Fossil Energy (FE) HQ with access available to FE HQ Staff. Period of Performance 06/28/2024-06/27/2025. | CASE NAM update: customer states that contract was terminated | $40,499.98 | $40,499.98 | $0.00 |
| E&E News electronic subscription renewal 3/11/24-3/10/25 | CASE NAM update: customer states that contract was terminated | $29,239.00 | $29,239.00 | $0.00 |
| Subscription for daily comprehensive, timely, objective journalistic analysis, news and information on significant policy, legislation, science, legal, regulatory affairs, and industry developments across the environment and energy spectrum. | CASE NAM update: customer states that contract was terminated | $29,040.00 | $29,040.00 | $0.00 |
| To procure a 1-year online subscription to (E&E News) 15 seats | CASE NAM update: customer states | $25,800.00 | $25,800.00 | $0.00 |

| | that contract was terminated | | | |
|---|---|---|---|---|
| The purpose of this requirement is to procure an annual Politico Pro Plus subscription for RTM and OA users. | CASE NAM update: customer states that contract was terminated | $13,575.00 | $13,575.00 | $0.00 |
| The U.S. Energy Information Administration (EIA), ORTM and OA will enter into a firm-fixed price order with Politico, LLC. to procure Politico Pro Plus subscription for one year for 3 users. | CASE NAM update: customer states that contract was terminated | $12,300.00 | $12,300.00 | $0.00 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $6,895,921.10 | $6,895,921.10 | $6,145,921.10 |
| WIFIA LEGAL ADVISORY SUPPORT SERVICES | CLOSE OUT | $1,382,235.00 | $1,382,235.00 | $1,027,101.50 |
| LEGAL ADVISORY SUPPORT SERVICES FOR WIFIA TRANSACTIONS: FY2019 SECOND LIEN SYSTEM CREDITS MULTI-AWARD | CLOSE OUT | $1,040,200.00 | $1,040,200.00 | $601,300.00 |
| WIFIA LEGAL ADVISORY SUPPORT SERVICES | CLOSE OUT | $885,900.00 | $885,900.00 | $680,904.74 |
| WIFIA LEGAL ADVISORY SUPPORT SERVICES: FY22 EPCOR LAKE OSWEGO | CLOSE OUT | $578,160.00 | $578,160.00 | $243,363.92 |
| CONTRACTOR SUPPORT FOR OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS, OFFICE OF POLICY, PARTNERSHIPS AND PROGRAM DEVELOPMENT, PARTNERSHIPS AND COLLABORATION DIVISION. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $257,672.10 | $257,672.10 | $0.00 |
| BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $134,022,674.73 | $64,668,605.16 | $69,354,069.57 |
| SUPPORT FOR CONSTRUCTION AND GRANT MANAGEMENT (SAAP) | Terminated for Convenience | $147,941.00 | $72,438.00 | $75,503.00 |
| THIS TASK ORDER SUPPORTS EPA ORD RESEARCH AND ASSESSMENT ACTIVITIES BY ADDRESSING CLIMATE CHANGE AND LAND USE CHANGE RISK TO ALPINE LAKES. TWO REVIEWS OF THE LITERATURE WILL BE DONE TO ASSESS (1) ALPINE AND MONTANE LAKE | CLOSE OUT | $122,492.90 | $122,492.90 | $0.00 |

| STRESSORS AND (2) THE UPLAND M | | | | |
|---|---|---|---|---|
| THE CONTRACTOR WILL PROVIDE SUPPORT IN MANAGING PRE-AWARD ACTIVITIES FOR EJ GRANTS. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $75,021.00 | $75,021.00 | $0.00 |
| Gartner under FedLink Contract LCFDL19C0019/68HERH19P0017 for three years - to obtain the Seat licenses | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $1,993,036.00 | | $319,391.00 |
| Workers Compensation Program | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $1,423,855.00 | | $638,687.00 |
| U.S. EPA access to Inside Washington Publishers' InsideEPA.com | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $1,107,500.00 | | $0.00 |
| Support for the U.S. EPA Science Advisory Board Staff Office and other Agency Federal Advisory Committees Staff Offices | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $257,672.00 | | $0.00 |
| Office of Research and Development Risk Management and Ecological Exposure Research Support Services II (RMEERS II) IDIQ | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $248,464.00 | | $138,936.00 |
| Support to EJ Grants Management | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $75,021.00 | | $0.00 |
| Sediment Workshop 2025 - Engage and commit key stakeholders around the beneficial reuse of sediment and sand in California through the context of coastal and shoreline climate resiliency. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $64,153.00 | | $0.00 |
| Removal and Installation of Carpeting for OAP/PMD offices at William Jefferson Clinton Federal South building in accordance with the Statement of Work | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $37,463.00 | | $37,463.00 |
| 2025 National Environmental Justice Conference and Training Program | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $20,000.00 | | $0.00 |
| Talent Management Executive Council 12-month Membership (Period of Performance February 1, 2025 - January 31, 2026). | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $18,500.00 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| SUPPORT UNDER THIS BPA ORDER #10 IS FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY (EPA), OFFICE OF ATMOSPHERIC PROTECTION (OAP), STRATOSPHERIC PROTECTION DIVISION. THE EPA REQUIRES A CONTRACTOR TO SUPPORT THE NEED FOR RETREAT FACILITATION AND STRATEGI | Full Stop Work Issued - Terminations in Progress | $383,282.58 | $191,331.82 | $191,950.76 |
| BPA ORDER #8 - SUPPORT FOR THE CLEAN AIR ACT ADVISORY COMMITTEE (CAAAC) AND ANNUAL CLEAN AIR EXCELLENCE AWARDS (CAEA) PROGRAMS | Full Stop Work Issued - Terminations in Progress | $112,970.96 | $112,970.96 | $0.00 |
| | Terminate Contract | $16,500.00 | $16,500.00 | $0.00 |
| THIS IS A FOLLOW ON TO 68HERD20A0004/68HERH20F0355; THIS CALL ORDER WILL SUPPORT IMPACTS OF MATERIALS MANAGEMENT APPLICATIONS II. | CLOSE OUT | $1,391,044.20 | $1,391,044.20 | $0.00 |
| FFP CALL ORDER ACQUISITION PROGRAM MANAGEMENT SUPPORT UNDER BPA: 68HERC24A0015 | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $997,692.40 | $100,000.00 | $897,692.40 |
| SUPPORT FOR SUSTAINABLE WATER SECTOR UTILITIES | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $85,551.14 | $85,551.14 | $0.00 |
| EFFECTIVE AND SUSTAINABLE UTILITY MANAGEMENT PLANNING AND DEVELOPMENT IN ACCORDANCE WITH THE PWS | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $222,230.48 | $177,235.28 | $44,995.20 |
| OEJECR STRATEGIC ORGANIZATIONAL TRANSFORMATION MISSION SUPPORT (SOTMS). | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $10,485,552.60 | $6,524,618.40 | $3,960,934.20 |
| BPAS 68HERH22A0018 THROUGH 68HERH22A0029. TO PROCESS A NEW COMPETITIVE EARTH FFP, CALL ORDER FOR OAR/REGION 8 ENTITLED "R8 AIR PERMITTING SUPPORT." | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $657,839.20 | $181,000.00 | $476,839.20 |
| NEW TASK ORDER ON CONTRACT 68HERC24D0006, ENTITLED OEJECR EJ COMMUNITY ENGAGEMENT GENERAL SUPPORT. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $6,158,591.00 | $1,175,000.00 | $4,983,591.00 |
| COLLABORATIVE PROCESS FACILITATION FOR THE | TERMINATE FOR CONVENIENCE | $227,792.00 | $20,000.00 | $207,792.00 |

| | | | | |
|---|---|---|---|---|
| INFORMATION DISCOVERY DIVISION (IDD). | (COMPLETE OR PARTIAL) | | | |
| FACILITATION AND ADR SUPPORT SERVICES FOR THE OFFICE OF WATER JUST-IN-TIME SERVICES. NEW TASK ORDER ON CONTRACT 68HERC24D0006. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $2,113,965.00 | $143,500.00 | $1,970,465.00 |
| NEW TASK ORDER ON CONTRACT 68HERC24D0006, ENTITLED SUPPORT SERVICES TO IMPLEMENT COMMUNITY-BASED ENVIRONMENTAL JUSTICE TRAINING AND OUTREACH. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $474,695.00 | $12,500.00 | $462,195.00 |
| GOLD-LEVEL SERVICES FOR THE ACEEE 2024 ENERGY EFFICIENCY POLICY FORUMBASE: JULY 17 2024 - JULY 16 2025OPTION PERIOD 1: JULY 17 2025 - NOVEMBER 16 2026 | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $24,000.00 | $12,000.00 | $12,000.00 |
| GOLD-LEVEL SERVICES FOR THE ACEEE 2024 SUMMER STUDY ON ENERGY EFFICIENCY IN BUILDINGS. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $24,000.00 | $12,000.00 | $12,000.00 |
| THIS IS FOR A NEW FIVE-YEAR (BASE YEAR + 4 OPTION YEARS) ORDER SUPPORTING DEVELOPMENT OF HOUSEHOLD ENERGY STANDARDS FOR COOKING AND HEATING TECHNOLOGIES AND FUELS. ANSI WILL ALSO PROVIDE ADMINISTRATIVE SUPPORT AND STRATEGIC GUIDANCE FOR THE US HOUSEH | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $100,000.00 | $20,000.00 | $80,000.00 |
| THIS PURCHASE ORDER IS FOR A NEW FIVE-YEAR (BASE YEAR + 4 OPTION YEARS) ORDERSUPPORTING DEVELOPMENT OF HOUSEHOLD ENERGY STANDARDS FOR COOKING AND HEATINGTECHNOLOGIES AND FUELS. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $100,000.00 | $30,000.00 | $70,000.00 |
| EARTH FFP CALL ORDER FOR OAR/ORIA, "ADVISORY TEAM KNOWLEDGE CAPTURE SUPPORT" TOCOR: GARY CHENALT TOCOR: DANIELLE MONTECALVOCLCOR: ELEANOR MARUSIAKALT. CLCOR: LAURA ZOELLNERCALL ORDER DESCRIPTION: EPA OAR-ORIA CHAIRS AN INTER-A | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $127,316.00 | $33,486.00 | $93,830.00 |
| NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR REGION 3, MISSION SUPPORT DIVISION, | TERMINATE FOR CONVENIENCE | $3,309,925.00 | $1,128,885.00 | $2,181,040.00 |

| | | | | |
|---|---|---|---|---|
| ACQUISITION AND ASSISTANCE BRANCH, ENTITLED "REGIONAL ADMINISTRATIVE GRANTS MANAGEMENT SUPPORT"TOCOR: ERIN WORKMANALT TOCOR: ALICIA MARTINEZ | (COMPLETE OR PARTIAL) | | | |
| CLIMATE CHANGE CASE STUDIES FOR NEPA REVIEWERS | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $194,531.00 | $97,476.00 | $97,055.00 |
| SUPPORT OF THE HISTORICALLY BLACK COLLEGES AND UNIVERSITIES - MINORITY SERVING INSTITUTIONS FEDERAL ADVISORY COUNCIL (HBCU-MSI FAC) MEETINGS. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $97,216.96 | $97,216.96 | $0.00 |
| CONFLICT PREVENTION AND RESOLUTION CENTER TRAINING JUST-IN-TIME SERVICES | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $1,256,075.00 | $140,000.00 | $1,116,075.00 |
| ECCRS CONTRACT MANAGEMENT & SUPPORT JUST-IN-TIME SERVICES TASK ORDER 01 | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $419,262.60 | $85,515.22 | $333,747.38 |
| TECHNOLOGY TRANSFER, MEETING SUPPORT: FOR TECHNOLOGY TRANSFER SUPPORT, WRITING, EDITING, AND GRAPHIC DESIGN SUPPORT FOR THE FEDERAL ADVISORY COMMITTEE MANAGEMENT AND OVERSIGHT DIVISION CONTRACT # 68HERC20D0017 TASK ORDER # 0036. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $44,600.00 | $44,600.00 | $0.00 |
| Fee for membership for Public Service (Emerging HR Leaders Program) | Terminate Contract | $16,500.00 | $16,500.00 | $0.00 |
| RTP ONSITE ENGINEERING SUPPORT | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $1,122,631.62 | $529,982.45 | $592,649.00 |

On Sat, Mar 22, 2025 at 4:21 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Josh,

I realized I was behind on reporting contract terminations for EPA – here is the latest. The new rows all have 3/22 as the reporting date in column K "update date".

If these have a theme I'd say it's "administrative support" contracts.

EPA_00037053

Kathryn

---

**From:** Loving, Kathryn
**Sent:** Monday, March 10, 2025 6:29 PM
**To:** Jehling, Erica <Jehling.Erica@epa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Subject:** RE: Contract Termination Shell

Hi Josh,

Here is the grant termination log info, for 1 grant that the team is <u>working on</u> cancelling tonight – I will ping you when it's actually done.

Proposed tweet: Nice job EPA, saving taxpayer dollars that would have gone to "Advancing tree equity" and other environmental justice causes!
(Feel free to wordsmith.)

As Lee mentioned on X, there are hundreds of these (most of the titles are not this funny). I'll send you another report tomorrow.

Kathryn

---

**From:** Jehling, Erica <Jehling.Erica@epa.gov>
**Sent:** Tuesday, March 4, 2025 12:30 PM
**To:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Subject:** RE: Contract Termination Shell

Good morning,

We received approval to cancel $116M in pending grant awards today.  Attached is the updated spreadsheet.

Please wait to post on X as the EPA is working on a press release they would like to post first.  Below is what our X post can be once they release:

"EPA cancels 21 pending grants totaling $116M for reducing GHG emissions for construction materials that do not align with the EPA's priorities."

Thanks,
Erica

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Monday, February 24, 2025 10:38 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** Re: Contract Termination Shell



**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Great stuff here!

Katrina, will intake to ensure we have all of these for contracts and no double counting.

Katrina, pls confirm.

Kathryn, I will get with you on your grant query

On Mon, Feb 24, 2025 at 10:28 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:
Hi Josh,

Here is a belated update on new contract cancellations from last week.

Please hold off posting on X, because Lee's PR team had asked that we let them do it first. I'll ping you when it's ok to post. The post I suggested is "EPA has terminated 24 more contracts, helping the American taxpayer avoid another $77M in costs".

Also – let me know what you think about including the $50M row in this report, that I colored <span style="color:red">red</span>? Canceling grants before they are awarded is easier, and more impactful in terms of $savings, so we are planning to do several more this week that are pre-award. However, they will not show up in FPDS – the "receipts" are only in the internal EPA grants database…

Kathryn

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Wednesday, February 12, 2025 6:59 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Subject:** Contract Termination Shell



**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

See attached

Savings = Ceiling less Obligation

Thanks again!

--

|  | **U.S. General Services Administration** |
|---|---|
|  | **Josh Gruenbaum** |
|  | Commissioner of Federal Acquisition Service |
|  | 202-815-3780 |
|  | *josh.gruenbaum@gsa.gov* |

--

|  | **U.S. General Services Administration** |
|---|---|
|  | **Josh Gruenbaum** |
|  | Commissioner of Federal Acquisition Service |
|  | 202-815-3780 |
|  | *josh.gruenbaum@gsa.gov* |

--

|  | **U.S. General Services Administration** |
|---|---|
|  | **Josh Gruenbaum** |
|  | Commissioner of Federal Acquisition Service |
|  | 202-815-3780 |
|  | *josh.gruenbaum@gsa.gov* |

Message

| From: | Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89] |
|---|---|
| Sent: | 3/25/2025 5:33:53 PM |
| To: | Dolan, Sheila [dolan.sheila@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| CC: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Sanders, Amy [Sanders.Amy@epa.gov] |
| Subject: | RE: DOGE Review - Region 5 – March 24th |
| Attachments: | 07E00752-0 -KL.pdf |

Hi Sheila,
See attached.
-Kathryn

**From:** Dolan, Sheila <dolan.sheila@epa.gov>
**Sent:** Monday, March 24, 2025 6:10 PM
**To:** Jehling, Erica <Jehling.Erica@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>
**Subject:** DOGE Review - Region 5 – March 24th

Good afternoon,

Please see the attached R5 compliance form for 3/24.   Let me know if you have any questions.

Thanks!

Best Regards,

*Sheila Dolan*
Branch Manager
R5 Acquisition & Assistance
Office: 312-886-6675
Cell: 202-845-5981

**Executive Order Compliance Review**
The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

**Funding Action Review Confirmation**
This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: 07E00752-0

Recipient/ Vendor name: Forest County Potowatomi Community

Funding amount $: 502,500

Work Description:

Forest County Potowatomi Community will use these funds to (1) protect the quality of the Tribe's water, land, and air resources by building and enhancing the basic infrastructure of an environmental program, (2) ensure healthy ambient air quality for the Reservation and surrounding air-shed, and (3) maintain adequate measures for the prevention and control of surface and groundwater pollution from both point and non-point sources.

Government-wide Acquisition (if yes, check box): ☐

Tyler, Jennifer
(Blonn)

Digitally signed by Tyler,
Jennifer (Blonn)
Date: 2025.03.24
11:11:25 -05'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

KATHRYN
LOVING

Digitally signed by
KATHRYN LOVING
Date: 2025.03.25
13:32:54 -04'00'

DOGE Team

This document is produced in native format.

Original file name:

2025-2026 FCPC_PPG_Work Plan - Final.xlsx

Message
_____

| | |
|---|---|
| **From:** | Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89] |
| **Sent:** | 3/24/2025 5:07:53 PM |
| **To:** | Flynn, Rhonda [flynn.rhonda@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC:** | Coogan, Daniel [Coogan.Daniel@epa.gov]; Sanders, Amy [Sanders.Amy@epa.gov]; Dolan, Sheila [dolan.sheila@epa.gov] |
| **Subject:** | RE: DOGE Review - Region 5 – March 21st |
| **Attachments:** | 01E03910-0 -KL.pdf; 05E01503 -KL.pdf; 68HE0422D0004-TBD -KL.pdf; 68HE0422D0005-TBD -KL.pdf; 68HERC21D0024 -KL.pdf; 68HERD23D0003_68HE0523F0025 -KL.pdf; 98502324 -KL.pdf; BG17E01028 -KL.pdf; BG96585515 -KL.pdf; PM 98577411 -KL.pdf; PM96579609 -KL.pdf; PM98577211 -KL.pdf; PM98577312 -KL.pdf; PM98577511 -KL.pdf; PM98577611 -KL.pdf; PM98577811 -KL.pdf; PM98581111 -KL.pdf; PM99581211 -KL.pdf; TX-00E86708 -KL.pdf; TX00E98407 -KL.pdf; TX-00E98708 -KL.pdf; TX01E03349 -KL.pdf |

Sorry about that Rhonda!
See attached.

For LADCO – I didn't sign because that one appears to be administrative work to facilitate information exchange – could you please ask if we can in-source this work.

Can you tell me who from HQ you mean? I want to make sure I didn't mess up their submissions completely.

Thanks,
Kathryn

_____

**From:** Flynn, Rhonda <flynn.rhonda@epa.gov>
**Sent:** Monday, March 24, 2025 11:42 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>
**Subject:** RE: DOGE Review - Region 5 – March 21st

Good Morning Kathryn,

Can you confirm if there were any March 20th & March 21st approvals for Region 5?

I ask because the forms provided on Friday were for HQ. I passed them along to the HQ personnel.


*Rhonda Flynn*
Supervisor, Acquisition Section 2
U.S. EPA Region 5
77 W. Jackson Blvd, Chicago, IL 60604
312-353-3187 | flynn.rhonda@epa.gov

_____

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Friday, March 21, 2025 3:39 PM
**To:** Flynn, Rhonda <flynn.rhonda@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>
**Subject:** RE: DOGE Review - Region 5 – March 21st

Hi Rhonda,

See attached.

On O2411-068-069-042016.1, I need more details, as it looks like $230K to maintain a database (too much). But I can't find this contract number in EAS.

Could you tell me more about the various boats owned by EPA?
I know they are used for water sampling, but:
Is there 1 boat per Great Lake?
Are there other boats outside the Great Lakes region?
This Lake Guardian boat (or, I would love to know for all the boats if you know for all the boats):
- how many samples per week do they take? What is the volume of those samples?
- how many hours are they on the water?
- what is the annual cost of ownership for each boat (including maintenance, slip fees, etc)

(And where I'm going with all this is to wonder: could we do the same sampling but using occasional rented trips on boats that EPA does not own.)

Thanks,
Kathryn

---

**From:** Flynn, Rhonda <flynn.rhonda@epa.gov>
**Sent:** Friday, March 21, 2025 2:08 PM
**To:** Jehling, Erica <Jehling.Erica@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>
**Subject:** DOGE Review - Region 5 – March 21st

Good Afternoon Erica and Kathryn,

Please see the attached R5 Compliance Forms for 3/21.

*Rhonda Flynn*
Supervisor, Acquisition Section 2
U.S. EPA Region 5
77 W. Jackson Blvd, Chicago, IL 60604
312-353-3187 | flynn.rhonda@epa.gov

## A.  <u>Cover Page</u>

**Entity Name:** Little Traverse Bay Bands of Odawa Indians (LTBB)

**Project Title:** LTBB Air Quality Project

**Document Date:** January 31, 2025

**Project Manager:** Caroline Moellering, LTBB Environmental Services Manager, 7500 Odawa Circle, Harbor Springs, MI 49740-9692; (231) 242-1570; cmoellering@ltbbodawa-nsn.gov

**Total Project Cost:** $137,000

**Project Period:** May 1, 2025 - March 31, 2027

**B.   Narrative Work Plan**

The Little Traverse Bay Bands of Odawa Indians (LTBB), a federally recognized Tribe, has 4,575 Tribal Citizens (as of February 15, 2024). The Tribe is based in its historic homeland in Northwestern Lower Michigan, encompassing approximately 337 square miles primarily in what are now Emmet and Charlevoix counties. Almost 38% of all Tribal Citizens living in MI (n=1231) reside within the homeland and surrounding 25-mile airshed (Attachment 1). This 'LTBB Airshed' serves as the project location, within an emphasis on LTBB Trust lands.

**Project Description**

LTBB seeks to protect air quality and increase Tribal air knowledge through enhanced regulatory capacity on air quality issues, as well as through research and development of strategies for changing environmental trends in relation to air quality on tribal lands for LTBB government operations. LTBB aims to provide indoor air quality improvement information to Tribal Citizens and raise community awareness of air quality issues, and the awareness of air quality on tribal lands.

This project is consistent with Section 103 of the Clean Air Act (CAA) and aligns with Goal 4 of the 2022-2026 US EPA Strategic Plan: Ensure Clean and Healthy Air for All Communities. LTBB has a significant stake and interest in researching and developing strategies to increase air quality regulatory capacities, determining necessary reductions in pollution through promoting community education and outreach to reduce the negative effects of air pollution on human health. This project fits with objective 4.1 of the 2022-2026 EPA Strategic Plan: Improve Air Quality and Reduced Localized Pollution and Health Impacts

**1.   Problem Statement**

The protection of air quality is cited as a priority in LTBB's 2019-2022 EPA Tribal Environmental Plan (ETEP). LTBB continues to be concerned with the overall respiratory health of the community and the accumulation of pollutants in subsistence foods such as fish, wildlife and plants. Pollutant emissions within the community were compiled and reviewed in the LTBB Emissions Inventory (EI). The EI includes several sources of emissions within the community airshed that can affect air quality including industry, automobiles, snowmobiles, boats, gas stations and commercial freight ships. Although LTBB now has better data and understanding of the pollutant emission sources impacting the LTBB Community, the lack of regulatory capacity currently lessens the ability of the Tribe to influence regulatory decisions. The LTBB Air Quality Program is prepared to move forward with Treatment-as-a-State (TAS) and the workplan may need to adjust to accommodate TAS related tasks. TAS application related work has started, and will continue during this grant cycle.

Ambient and indoor air quality is critical to the health and well-being of Tribal Citizens. According to recent studies by the Asthma and Allergy Foundation of America, approximately 10% of American Indian and Alaskan Natives in the U.S. are diagnosed with asthma, compared to 8% of Caucasian individuals. This disparity is even greater between children of these demographic groups. According to recent data from the LTBB Health Department, approximately 20% of patients under their care have been diagnosed with asthma. An extended cold weather season on the LTBB homeland area leads to homes being tightly sealed for months, which leads to decreased indoor air quality. Highly humid summers combined with the area's cool Spring and Fall seasons can enable mold growth. Mold related questions are commonly received and answered by the LTBB Air Quality Program. The U.S. EPA has recognized the detrimental impacts and risks of air pollution on sensitive populations such as asthmatics, elders and children.

Page 1 of 7

EPA_00037110

It is important for LTBB to continue to identify the sources of ambient and indoor air pollution. We must determine the impact on air quality and human health and provide strategies that reduce potential negative impacts on the LTBB community. Properly trained staff are required to respond to air quality concerns. Additionally, it is essential for staff to educate and provide information to the LTBB community regarding indoor and outdoor air quality issues.

2. **Objectives**
   - **Objective 1:** Increase regulatory capacity on air quality issues to benefit the LTBB Community.
   - **Objective 2:** Research and develop air quality monitoring, and improvement strategies to benefit LTBB government operations.
   - **Objective 3:** Participate in workgroups, trainings, conferences and meetings pertaining to air quality to collaborate on, and to increase knowledge and abilities relating to air quality related topics such as but not limited to monitoring, best practices, etc.
   - **Objective 4:** Increase awareness of air quality issues within the LTBB Tribal Community, and the public.
   - **Objective 5:** Provide technical assistance on air quality issues within the LTBB Tribal Community.
   - **Objective 6:** Continue leaf litterfall mercury monitoring with the NADP to increase data and knowledge regarding mercury bioaccumulation.
   - **Objective 7:** Maintain and improve the LTBB Air Quality Program to continue and sustain progress made to date.

3. **Project Methods**
   - **Objective 1:** Coordinate with the EPA and provide outreach assistance for changes to existing or potential air pollutant sources to meet federal air permitting regulations; Review/submit comments on air quality policies, permits and other issues proposed by the U.S. EPA, Michigan Department of Environment, Great Lakes, EGLE and private/local organizations to increase LTBB involvement in these processes; Participate in meetings to develop well informed recommendations on air quality issues; Meet with Tribes, governments and academic institutions on partnerships to improve air quality monitoring on/near reservations
   - **Objective 2:** Update LTBB Emissions Inventory as needed; Monitor LTBB governmental energy usage to inform and implement cost savings recommendations and activities; research and development regarding air quality issues
   - **Objective 3:** Attend trainings, conferences and webinars on air quality issues to increase knowledge of and improve air quality related environmental challenges; Host and/or participate in meetings and workgroups that address air quality such as but not limited to MTEG, TEPM, EPA Region 5 air calls, NTAA, LTBB Natural Resource Commission meetings, etc.
   - **Objective 4:** Develop air quality and environmental educational tools and outreach materials such as website improvements, posters, brochures, newsletter articles and presentations on the subjects of air quality, air quality related cost reductions; Plan and facilitate outreach and education opportunities for the LTBB community

EPA_00037111

- **Objective 5:** Provide technical assistance for the LTBB Community on air quality issues such as mold, woodstove use, carbon monoxide, particulate matter, ozone, sulfur dioxide, lead, nitrogen dioxide, carbon, etc.; Continue offering and promoting indoor air quality assessments in LTBB buildings and homes; Indoor air quality work will be reported quarterly using the EPA Report Template with IAQ impact options
- **Objective 6:** Use NADP methods to collect and analyze leaf litterfall for mercury content
- **Objective 7:** Evaluate the air quality program and projects and summarize findings, providing updates/revisions when needed; Assist in the research and evaluation of information for the TAS process in coordination with the LTBB Legal Department; Update QAPPS as needed

4. **Specific Environmental Outputs**
   - **Objective 1:** Updated LTBB Airshed map, comments letters, meeting minutes, reviewed, and/or updated LTBB air quality related resolutions, policies, etc.
   - **Objective 2:** Energy data reports, updated emissions inventory
   - **Objective 3:** Meeting agendas, Training certificates, Relevant inter-agency communication, Reports, Meeting minutes and materials
   - **Objective 4:** Newsletter articles, brochures, emails, educational outreach materials, Updated LTBB air quality program webpages, attending minimum of 2 LTBB hosted outreach and education events with air quality program tables, Increased online presence of air quality issues
   - **Objective 5:** Technical assistance documentation, Newsletter articles, Brochures, Emails, IAQ assessment reports, IAQ mitigation recommendations
   - **Objective 6:** Data on local mercury concentrations that can be compared to other sites in the NADP
   - **Objective 7:** TAS application and supporting information, Staff meeting reports, Program meeting reports, Tribal reports, Grant reports, updated QAPPs

5. **Desired Environmental Outcomes**
   - **Objective 1:** LTBB's continued participation in air quality issues, permitting decisions, etc.; Increased Tribal capacity to influence potential air quality polluters to consider air quality concerns in their daily operations; Increased capacity and partnerships for air quality research and monitoring
   - **Objective 2:** Improved understanding of pollution reduction strategies; Documented energy use/production for LTBB Government facilities and recommendations for cost savings; Increased capacity of LTBB government to understand pollution impacts on tribal lands.
   - **Objective 3:** Informed, productive/effective staff to represent LTBB on air quality issues, Information sharing with other organizations regarding the organization's strategies towards air quality improvement
   - **Objective 4:** Increased awareness in Tribal Citizens, community members and the public regarding air quality issues.
   - **Objective 5:** Improved air quality within the LTBB community and/or reduced impact, energy cost savings
   - **Objective 6:**  LTBB Natural Resources staff will be more informed on fluctuations in the potential for mercury bioaccumulation

EPA_00037112

- **Objective 7:** Successful planning, evaluation, and completion of air quality projects; Continued air quality presence by LTBB; Completed TAS application

### 6. Target Dates and Milestones
- **Objective 1:** Weekly, Monthly and Quarterly throughout the project period
- **Objective 2:** Quarterly throughout the project period
- **Objective 3:** Monthly and Quarterly throughout the project period
- **Objective 4:** Monthly throughout the project period
- **Objective 5:** Quarterly throughout the project period
- **Objective 6:** Annually during the Fall season
- **Objective 7:** Weekly, Quarterly throughout the project period, Annual evaluations

### 7. Performance Measures
For each reporting period, staff will conduct a self-assessment using activity documentation compared to each objective, accomplishments measured by work plan commitments, effectiveness of work performed, existing and potential problem areas, suggestions for improvement and, where feasible, schedules for improvements.

- **Objective 1:** Number of comment letters or documentation on air quality issues and permit applications; registration of and/or permits for LTBB facilities; completion of policy briefs/issue primers (when applicable); discussions with Tribal staff and MDEQ air quality staff.
- **Objective 2:** Monitoring, analysis and reports on energy usage on an annual basis emissions inventory
- **Objective 3:** Participation in meetings, trainings, and conference calls including Region 5 Tribal Air conference calls; application of new information/training into comments and outreach efforts.
- **Objective 4:** Number of outreach events attended or coordinated; number of outreach materials updated and/or distributed Published articles; number of participants at meetings, events, or programs; presentation materials; presence of current information on website.
- **Objective 5:** Number of Tribal citizens assisted by the program; number of IAQ assessments completed.
- **Objective 6:** Updated data on local mercury concentrations.
- **Objective 7:** Number of reports provided; TAS application; updated QAPP

### 8. Program Manager/Contacts
The LTBB Environmental Services Manager, Caroline Moellering will serve as the Program Manger and oversee all project objectives and methods. The LTBB Environmental Specialist, Kira Dowell will have the primary daily responsibility of carrying out methods to successfully meet the objectives of this project.

EPA_00037113

**Quality Assurance**
The existing Indoor Air Quality QAPP, which was approved November 2023, will be used in accordance with the workplan. As the program evolves, additional QAPPs may be submitted for future data gathering projects. The existing QAPPs will be annually reviewed and updated to reflect the activities in the workplan. The signed QAPP will be attached with the application submission. (Attachment 2)

**Performance Reporting Requirements**
LTBB is committed to submitting semi-annual narrative reports and a final report to the U.S. EPA as required by the U.S. EPA and the grant award agreement. Additional reports will also be provided upon request. All data generated, collected or compiled will be shared with the U.S. EPA for assessment.
1) **Semi-Annual Reports:** After the completion of each reporting period, LTBB will complete technical performance reports using work plan objective measures including: accomplishments measured by work plan commitments, effectiveness of the work performed, existing and potential problem areas and suggestions for improvement, including schedules for making improvements and any other relevant information.
LTBB agrees to inform the U.S. EPA as soon as any problems or delays occur.
2) **Final Reports:** The final report will include a project summary, accomplishments measured by objectives and desired environmental outcomes, project deliverables
and costs of the project. The final report will also include a discussion of problems
and successes of the project including knowledge and research gained.

### C.  Work Plan Supplements

**Programmatic Capability**
The following are some of the federally funded assistance agreements received by LTBB from EPA and performed within the last three years:

- EPA Section 103 Clean Air:  Grant #TX-00E98406
- PPG FY 2023 – FY 2024: Grant # BG96552411
- BIA GLRI Manoomin Restoration Project: Grant #A21AV00757
- BIA GLRI Tribal Capacity Program: Grant #A23AV00580

### (i)     LTBB Grants Management
LTBB has developed a grant monitoring system that includes the Tribe's Grants Compliance Officer, Grant Facilitators, Executive Directors, LTBB Chief Financial Officer and any other relevant Tribal government Department Directors and staff. For U.S. EPA funded projects, the Natural Resource Department Director has primary responsibility for accomplishing project activities and submits all reports to the Grants Compliance Officer for grant monitoring. The LTBB Accounting Department is responsible for completing and submitting all required financial and DBE reports. The Grants Compliance Officer works with the program's Staff Accountant and the LTBB CFO to ensure all financial reports and related drawdowns are completed.

EPA_00037114

(ii)     **Reporting History**

All LTBB grants have been successfully reported on, including submittal of quality assurance protection plans for data generation, environmental modeling and compilation of data; annual Tribal assessment reports; data entry into EPA's WQX network; water quality assessment reports (including 10-year trends analysis); quarterly and semi-annual narrative reporting and online reporting through the Great Lakes Accountability System (GLAS).

**Utilization of Prior Year Funding**

For our current project period 04/01/2023-03/31/2025, LTBB received $268,000 in Section 103 CAA funding, award number TX00E98406. As of November 1, 2024, the grant is about 80% expended ($211,763 of the $268,000 awarded). We anticipate using 100% of the funds by the end of the project period. Currently Section 103 CAA funds only partially fund staff for the LTBB Air Quality Program, therefore additional funding sources are used to cover the costs of 1.0 FTE to maintain the program. Funding sources are prioritized by availability, ending date and the portion of FTE tracked by hours (rather than %). Drawdowns are completed by the LTBB Accounting Department on a quarterly basis.

**Organizational Experience**

The LTBB Natural Resources Department consists of a full time Environmental Program staff that includes the Environmental Services Manager, Environmental Specialist, Water Quality Biologist, Water Quality Technician, Environmental Response Specialist, Great Lakes Policy Specialist and an Environmental Technician. LTBB Environmental staff implement several projects within each of the five program areas: water quality (including wetlands), air quality, environmental policy, energy sustainability (renewable energy, energy efficiency and solid waste management) and environmental response (including brownfields). The LTBB Natural Resources Director will serve as the LTBB Air Quality Project Director. The Natural Resources Director has over 20 years of experience in the Natural Resources/Environmental field and oversees all program operations, projects and staff in the LTBB Environmental Program.

**Reporting on Environmental Results – Outputs and Outcomes**
- EPA Section 103 Clean Air: Grant #TX-00E98406
- PPG FY 2023 – FY 2024: Grant #BG96552411
- BIA GLRI Manoomin Restoration Project: Grant #A21AV00757
- BIA GLRI Tribal Capacity Program: Grant #A23AV00580

The LTBB Environmental Program has successfully made progress toward achieving expected results with each of the grant projects listed above. LTBB has submitted all required reports to the EPA as documentation of the program accomplishments. In addition to the progress reports, LTBB has completed and submitted all technical reports and data entry, as required for specific projects. Weekly Environmental Program staff meetings occur to provide status updates on projects and address any issues or concerns. Additionally, the Environmental Services Manager regularly meets with individual staff to gauge progress toward objectives and implement steps for improvement. The Environmental Services Manager also discusses and meets with the LTBB Accounting Department as needed on a regular basis. The Environmental Services Manager, Grants Compliance Officer and Grant Facilitators meet as needed to monitor fiscal and program progress toward project goals and identify and implement solutions to issues. LTBB maintains regular correspondence with the assigned grant Project Officers to address questions or concerns, discuss ideas or to provide updates outside of the normal reporting period.

EPA_00037115

Message

**From:**      Catherine Nolan [nolan.catherine@epa.gov]
**Sent:**      3/27/2025 5:19:08 PM
**To:**        Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica
              [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:**   NOTICE: Cancellation of Grant: FORT WAYNE CITY UTILITIES 00E03632



Region 5 completed cancellation of  Grant: FORT WAYNE CITY
UTILITIES 00E03632.
Description: DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING
UNDER THE INFLATION REDUCTION ACT (IRA). THE AGREEMENT
PROVIDES FUNDING TO FORT WAYNE CITY UTILITIES (CU).
SPECIFICALLY, THE RECIPIENT WILL AIM TO INCREASE THE
NUMBER OF HOUSEHOLDS PARTICIPATING IN THE CITY OF FORT
WAYNE'S EXISTING LEAD SERVICE LINE REPLACEMENT PROGRAM
(LSLRP) THROUGH EXPANDED EDUCATION AND OUTREACH
ACTIVITIES WITH THE GOAL TO REPLACE THE LEAD SERVICE
LINES IN A TOTAL OF 1,500 RESIDENCES LOCATED WITHIN
HISTORICALLY UNDERSERVED AND DISA

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UMj5

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 3/27/2025 5:22:12 PM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION 95337701



Region 3 completed cancellation of  Grant: PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION 95337701. Description: DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION (DEP). SPECIFICALLY, THE RECIPIENT AIMS TO ENGAGE EJ COMMUNITIES BY INCREASING STRATEGIC COMMUNITY EDUCATION, OUTREACH AND ENGAGEMENT AND CAPACITY BUILDING THROUGH INTENTIONAL ACTION. DEP AIMS TO CREATE AN EXPANDABLE, MANAGEABLE, AND SUSTAINABLE PROGRAM THAT WILL ENGAGE COMMUNITIES TO BETTER UNDERSTAND ISSUES BEFORE THERE IS AN EVENT OF CONCERN AND PROVIDE COMMUNITIES WITH THE NECESSARY TOOLS TO ADD

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UMfu

Message

**From:**         OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:**         3/27/2025 6:02:02 PM
**To:**           Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**           Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:**      Contract Terminations Daily Report with amounts 2025-03-27
**Attachments:**  Contract_Terminations_withAmounts_2025-03-27.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-03-27, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-27.xlsx**

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/27/2025 8:01:04 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

EPA_00037183

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

| Message | |
|---|---|
| **From:** | Brandon Bartel - B-C [brandon.bartel@gsa.gov] |
| **Sent:** | 3/27/2025 8:11:23 PM |
| **To:** | Loving, Kathryn [Loving.Kathryn@epa.gov] |
| **CC:** | Josh Gruenbaum - Q [josh.gruenbaum@gsa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **Subject:** | Re: EPA: grant terminations up to March 25, 2025 |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Thank you, updated!

On Thu, Mar 27, 2025 at 1:50 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Brandon,

Updated grants reporting attached.

Removed:

- Contracts. (I reported those a few days ago to Katrina Lloyd so those have been updated on her end.)
- 1 row pending cancellation for Climate Justice Alliance on 2/13 – I couldn't find this in our internal records so I think it's a duplicate of 84082101, so I deleted that row

Changes:

Several of the previous-reported cancellation "ceiling" and "savings" amounts have changed from our previous grant reports, so I want to explain why.

*"savings"* – partly related to delays in USAspending, and our previous reporting was based on usaspending. Partly due to minor outlays happening post-cancellation. (The grantees have 120 days after "termination" to close out.)

*"ceiling"* – the previous ceiling numbers were pulled from USAspending in early Feb, and the values have been updated since then. The new values match our internal records *and* they match the CURRENT values shown in USAspending.

The exception is this one grant where the ceiling does not match USAspending: 95314201. GRANT to NATIONAL WILDLIFE FEDERATION | USAspending

USAspending says the obligated amount is $8M, but our internal records show the total to be $12M. I put $12M as the ceiling for that one, because so far our internal records have always ended up matching USAspending, just with a delay.

Best,

Kathryn

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Thursday, March 27, 2025 11:24 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** Re: EPA: grant terminations up to March 25, 2025

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Thank you, I will update them all then.

On Thu, Mar 27, 2025 at 11:15 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Brandon – thanks. Now I know why we were so behind on contract reporting – because they were in the grants reporting sheet!
Also, I'm noticing that for some rows I reported back in Feb, our grants team now has slightly different ceiling and $savings amounts. So I'm going back through this line by line, hoping to get it back to you EoD.

Kathryn

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Thursday, March 27, 2025 10:25 AM
**To:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** Re: EPA: grant terminations up to March 25, 2025

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

I was just doing a quick review of the info I entered last night, but I am noticing some discrepancies. Are all of these grants? A few of them look like contracts. Also, there are duplicates on the PIIDs. Could you please validate these?

On Wed, Mar 26, 2025 at 6:33 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Great, taking Katrina off and adding Brandon for grants

For the ones where you say "Awarded" = "no", this should go into the Misc. tab and not the grant termination tab

Brandon pls confirm and scrub for dupes

On Wed, Mar 26, 2025 at 6:19 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Thanks for all your team's support on contract reporting.

Now we have a grants update!  We have made a big push on these over the last week – update attached, getting us up to $369M total savings on grants, and there should be more by next week.

Note that I did update a few of the prior rows previously submitted by Erica, in the following way: when "Awarded?" = No, that means that this was a draft award in our internal grants system, that we cancelled before it was awarded.

In the previous report, "potential savings" for some of these was listed as $0, but I changed them to be the ceiling amount of the award in this submission. This is debatable but I discussed with Erica, and we think treating this as savings is more accurate (and consistent with the 1st row of the spreadsheet where we did treat this cancelled pending grant as savings).

Best,

Kathryn

---

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Tuesday, March 25, 2025 3:40 PM
**To:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Please see attached and let me know if you have any questions!

On Tue, Mar 25, 2025 at 3:20 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Brandon, please sent Kathryn the EPA logs for contracts and grants (just like you did for HHS)

Kathryn, please log per the template so that it is all uniform

Thanks, both!

On Tue, Mar 25, 2025 at 3:06 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Would you all mind sending back the full xlsx file when you are done – the version I sent you didn't have those POLITICO contracts from early Feb that start with 89.

I'm also not sure if I'm using the columns you expect.

I want to  make sure that my numbers match perfectly with your numbers going forward, and that I'm reporting in a format that you don't have to mess with.


Thanks,

Kathryn


**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 2:10 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell


**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.


Got it. Thank you!

**Jennifer Rapé**

Strategic Program Advisor, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov


On Tue, Mar 25, 2025 at 1:03 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Jennifer,

Yes, PIID **GS00F117CA** is the Reference PIID for order 68HE0324F0042-P00002. (I put that order/mod# in the wrong column, sorry.) That is a GMG MANAGEMENT CONSULTING INC. contract for $75,021

The row you screenshotted below is for contract (order) **68HERH25P0029,** which does not have a reference ID.

Kathryn

**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 12:43 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning, Please verify the submission for Contract/Order # PIID **68HERH25P0029**/ Reference PIID (order number) 68HE0324F0042-P00002. Both PIIDs referenced are order #s.

Is this submission for Contract/Order # PIID **GS00F117CA** Reference PIID (order number) 68HE0324F0042-P00002?

| Contract/Order #/ PIID | Reference PIID (order number) | Contract Description | Status | Contract Ceiling Value |
|---|---|---|---|---|
| 68HERH25P0029 | 68HE0324F0042-P00002 | 2025 National Environmental Justice Conference and Training Program | Terminated for Convenience | $20,000 |

Thank you in advance,

**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov

On Tue, Mar 25, 2025 at 8:02 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Katrina, you have it right. I looked up a few of these in FPDS, and what I notice is that when there is no "reference" ID (i.e. it's "0" in the spreadsheet), then the contract # column is the PIID in FPDS. But when there is a reference ID, then that reference number is the PIID in FPDS, and then the "contract #" is the "referenced IDV ID" in FPDS, as you noted.

Thanks for forcing us to understand this better – I think in the report we are getting from the staff, they are mixing up the "contract#" and "reference" columns for the rows where contracts that have a reference. All the info is there though, sorry this is confusing.

For example search for PIID 68HERH23F0127 as a good example – the reference "68HERH19D0029" is the referenced IDV. But if you search for PIID: 68HE0P24P0007 – it has no reference ID in our spreadsheet, and no reference in FPDS.

The part I could not get to match with FPDS is the mod#. For example, when you search for PIID 68HERH23F0127, you can see mod P000014, but not P000013 – My guess on this is that the mod number increased when we cancelled the contract (and you can see the mod date is 3/10), and FPDS does not store every mod.

Kathryn

Get Outlook for iOS

---

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Tuesday, March 25, 2025 7:38:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Kathryn,

Thank you for the updated EPA submission. Please let me know if I have the correct understanding of how EPAs Contract # and Reference PIIDs are assigned. I'm interpreting this latest submission as EPA has awarded an IDIQ or BPA. For the IDIQ or BPA, a "Reference PIID" is assigned. Any "orders" issued off of the IDIQ or BPA are assigned a "Contract #." Both the Reference PIID and associated Contract # will be different numbers. However, there will be instances where Contract #s will be the same but associated with different Reference PIIDs.

Essentially, it looks like the Contract numbers are being reused but associated with different Reference PIIDs. If this is correct, please confirm if in these instances, the Contracts are separate and distinct with different contract requirements.

Thank you!

**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Mon, Mar 24, 2025 at 6:25 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Josh,

Improved list attached. I was only including the contract number before, but now I've started using the column "Reference PIID" to hold a combined "order number"_"mod number" for each contract - I am told that all 3 numbers (contract, order, mod) are required to make sure there are no duplicates.

But there was actually 1 duplicate! I have used "strikethrough" on it in line 55, and it has no numbers in the contract value columns for that one.

Except for the strikethrough, the attached list is the same as what I sent you on March 22, except with that bonus "order_mod" Reference column filled in.

I also added a column "Already in Josh's list?" = yes, if this was already reported in the table you pasted in this email thread, to make it easier for you to reconcile.

(I did not include the POLITICO "CASE_NAM" entries that are in your list, because I wasn't sure what those are, and they're not in our internal list – I'm guessing those were maybe GSA following up on the POLITICO subscription cancelations?)

Kathryn

---

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Monday, March 24, 2025 8:50 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

I think you guys were late on submissions and I believe a bunch of what was in there was new that we had not logged so, if ok, I advise for you to work with the team to figure out what are new entries and what are duplicates



**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Mon, Mar 24, 2025 at 8:48 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Sorry about that guys – I think Erica did the previous submission, and I didn't see it in my email, so that's why I thought we were behind on submissions. But it sounds like we were not. And also that I need to go through our internal contract list to get rid of duplicates!

Thanks,

Kathryn

---

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Monday, March 24, 2025 7:29 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning,

In addition to Josh email, the EPA spreadsheet provided includes several contract # duplicates (I counted 12) with different ceiling and savings values. We can't include duplicates in the GSA termination log. Within your updated spreadsheet submission, please ensure there are no duplicate entries.

Thank you!

**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Sat, Mar 22, 2025 at 4:48 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Hey guys

Great!

See below for what we have from you all already. Please re-submit just new entires that haven't been logged yet so we can ensure no duplicates, and yes, send over whenever you get these real time going fwd, please and thank you!

| ID |
|---|
| 31 |
| 32 |
| 33 |
| 34 |

| 377 |
| 430 |
| 431 |
| 1024 |
| 1025 |
| 1026 |
| 1027 |
| 1028 |
| 1029 |
| 1030 |
| 1031 |
| 1032 |
| 1033 |
| 1034 |
| 1035 |
| 1036 |
| 1037 |
| 1038 |
| 1825 |

| Date of Termination / Contract Action (*If blank, the termination is in progress.*) |
| --- |
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 2/7/2025 |
| 2/7/2025 |

| |
|---|
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/14/2025 |

| PIID (required) |
|---|
| 68HERC24A0014 |
| 68HERC24A0013 |
| 68HERC24A0012 |
| 68HERH24P0143 |
| 68HERC23P0042 |
| 68HERD23P0034 |
| 68HERH24P0156 |
| 89303025PMA000335 |
| 89243623FCD000005 |
| 89303024PGC000024 |
| 89303022CIM000010 |

| |
|---|
| 89303021CLP000012 |
| 89303023PFE000093 |
| 89303022PMA000265 |
| 89303025PGD000003 |
| 89303024POP000005 |
| 89303024PFE000116 |
| 89303024PCI000010 |
| 89303024PED000058 |
| 89303025PIG000148 |
| 89303024PEI000105 |
| 89303025FEI400159 |
| 68HERH23F0237 |

| Reference PIID (optional) |
|---|
| GS00F120DA |
| GS35F013CA |
| GS02F156AA |
| |
| |
| |
| |
| 03310319D0071 |
| |
| |
| |
| |
| |
| |
| |
| |

|  |
|---|
|  |
|  |
| 03310323D0056 |
| 68HERH22A0025 |

| Agency |
|---|
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

| Vendor |
| --- |
| Jefferson Consulting |
| FEDERAL MANAGEMENT PARTNERS, LLC |
| Business Mgmt. Assoc. |
| Lighthouse Strategy Consulting |
| GARTNER, INC. |
| POLITICO, LLC |
| POLITICO, LLC |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |

| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| ENDYNA, INC. |

| Category (i.e. DEI, Climate & Sustainability, ConsultingServices, Non-Performing/Non-Essential Contracts, Recruitment Services, Media. Advertising) |
| --- |
| DEI |
| DEI |
| DEI |
| DEI |
| DEI |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |

| Media |
| --- |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Consulting Services |

| Contract Description | Status | Contract Ceiling Value | Dollars Obligated | Potential Contract Savings (Contract Ceiling Value - Dollars Obligated) |
| --- | --- | --- | --- | --- |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $180,000.00 | | $0.00 |
| TO PURCHASE A TWO YEAR SUBSCRIPTION WITH GARTNER HR LEADERS TO OBTAIN RESEARCH AND ADVISORY SERVICES COVERING EMPLOYEE EXPERIENCE, DIVERSITY, EQUITY, INCLUSION AND ACCESSIBILITY, | Terminated for Convenience | $95,922.00 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| AND WORK LIFE INTEGRATION. | | | | |
| E&E NEWS 12 MONTH BASE PERIOD AND 12 MONTH OPTION PERIOD SUBSCRIPTION ACCESS FOR FIVE SCIENTIFIC AND POLICY PUBLICATIONS: ENERGYWIRE, CLIMATEWIRE, GREENWIRE, E&E DAILY, AND E&E NEWSPM. | Terminated for Convenience | $545,710.00 | | $0.00 |
| POLITICO PRO PLUS/PRO ANALYSIS SUBSCRIPTION TO CONSOLIDATE 4 PROGRAM OFFICES FOR 117 USERS-1-YEAR SUBSCRIPTION. | Terminated for Convenience | $179,409.00 | | $0.00 |
| Politico Pro Renewal FY2025 - 172 subscribers | CASE NAM update: customer states that contract was terminated | $399,091.23 | $399,091.23 | $0.00 |
| 20, One-Year E&E Publishing LLC (dba Politico LLC) Subscriptions for 5 Publications | CASE NAM update: customer states that contract was terminated | $328,561.00 | $328,561.00 | $0.00 |
| E&E News Subscription Services | CASE NAM update: customer states that contract was terminated | $281,786.00 | $49,000.00 | $232,786.00 |
| This is a Firm Fixed Price Single Source Acquisition to receive E&E News publications. | CASE NAM update: customer states that contract was terminated | $184,915.00 | $129,305.00 | $55,610.00 |
| Subscription to E&E News (Politico) LLC for Energywire, Climatewire, E&E Daily, Greenwire, and E&E News PM for | CASE NAM update: customer states that contract was terminated | $165,768.94 | $129,303.75 | $36,465.19 |

EPA_00037261

| | | | | |
|---|---|---|---|---|
| LPO's use program-wide. | | | | |
| Politico Pro Plus One Year Subscription for 25 users. | CASE NAM update: customer states that contract was terminated | $115,180.00 | $115,180.00 | $0.00 |
| Award 30 user seat license contract to Politico LLC dba E&E News for 12 mos digital subscriptions within the Office of the Secretary in the amount of $29,808.00 for the period 05/04/2022-05/03-2022. | CASE NAM update: customer states that contract was terminated | $98,665.00 | $98,665.00 | $0.00 |
| 8 licenses/subscriptions of E&E NEWS for the Grid Deployment Office. | CASE NAM update: customer states that contract was terminated | $59,475.00 | $18,320.00 | $41,155.00 |
| To secure 70 users slots for E&E News subscriptions (E&E Daily, EnergyWire, ClimateWire, GreenWire, and E&ENewsPM). | CASE NAM update: customer states that contract was terminated | $43,560.00 | $43,560.00 | $0.00 |
| E&E News, purchase one-year subscription for 45 Fossil Energy (FE) HQ with access available to FE HQ Staff. Period of Performance 06/28/2024-06/27/2025. | CASE NAM update: customer states that contract was terminated | $40,499.98 | $40,499.98 | $0.00 |
| E&E News electronic subscription renewal 3/11/24-3/10/25 | CASE NAM update: customer states that contract was terminated | $29,239.00 | $29,239.00 | $0.00 |
| Subscription for daily comprehensive, timely, objective journalistic analysis, news and information on significant policy, legislation, science, legal, regulatory affairs, and industry developments across | CASE NAM update: customer states that contract was terminated | $29,040.00 | $29,040.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| the environment and energy spectrum. | | | | |
| To procure a 1-year online subscription to (E&E News) 15 seats | CASE NAM update: customer states that contract was terminated | $25,800.00 | $25,800.00 | $0.00 |
| The purpose of this requirement is to procure an annual Politico Pro Plus subscription for RTM and OA users. | CASE NAM update: customer states that contract was terminated | $13,575.00 | $13,575.00 | $0.00 |
| The U.S. Energy Information Administration (EIA), ORTM and OA will enter into a firm-fixed price order with Politico, LLC. to procure Politico Pro Plus subscription for one year for 3 users. | CASE NAM update: customer states that contract was terminated | $12,300.00 | $12,300.00 | $0.00 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $6,895,921.10 | $6,895,921.10 | |

--

**U.S. General Services Administration**

**Josh Gruenbaum**

Commissioner of Federal Acquisition Service

202-815-3780

*josh.gruenbaum@gsa.gov*

EPA_00037263

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

Message

| | |
|---|---|
| **From:** | Catherine Nolan [nolan.catherine@epa.gov] |
| **Sent:** | 3/27/2025 9:54:55 PM |
| **To:** | Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov] |
| **Subject:** | NOTICE: Cancellation of Grant: UNIVERSITY OF MAINE SYSTEM 97T06901 |



Region 9 completed cancellation of  Grant: UNIVERSITY OF MAINE SYSTEM 97T06901.

Description: DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO UNIVERSITY OF MAINE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE REPUBLIC OF PALAU. THE GRANTEE WILL DO THIS THROUGH EFFORTS TO ENGAGE PALAUAN HIGH SCHOOL STUDENTS IN AN 8-WEEKINTENSIVE EDUCATION PROGRAM TO DEVELOP CRITICAL THINKING, PROBLEM-SOLVING,

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UMmP

EPA_00037265

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/28/2025 6:02:14 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-28 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-28.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-28, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-28.xlsx**

Message

**From**:        oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:        3/28/2025 8:00:38 PM
**To**:          Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:          Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:     Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx


Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

Message

**From:**     OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:**     3/29/2025 6:02:07 PM
**To:**     Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**     Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:**     Contract Terminations Daily Report with amounts 2025-03-29
**Attachments:**     Contract_Terminations_withAmounts_2025-03-29.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-03-29, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-29.xlsx**

Message

**From**:        oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:        3/29/2025 8:00:18 PM
**To**:          Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:          Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:     Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/30/2025 8:01:11 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

This document is produced in native format.

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From:** | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent:** | 3/18/2025 6:01:27 PM |
| **To:** | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC:** | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject:** | Contract Terminations Daily Report with amounts 2025-03-18 |
| **Attachments:** | Contract_Terminations_withAmounts_2025-03-18.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-18, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-18.xlsx**

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/31/2025 6:01:38 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-31 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-31.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-31, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-31.xlsx**

Message

**From**: oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**: 3/31/2025 8:00:48 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**: Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

EPA_00037545

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**