| Message | |
|---|---|
| **From**: | Brandon Bartel - B-C [brandon.bartel@gsa.gov] |
| **Sent**: | 4/1/2025 3:52:09 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov] |
| **CC**: | Jehling, Erica [Jehling.Erica@epa.gov] |
| **Subject**: | Re: EPA: grant terminations up to March 25, 2025 |
| **Attachments**: | EPA Grants Budget Validation.xlsx |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Kathryn -

We are using the Award ID to look up the grants on USASpending and pull a few budget related fields. We were able to pull this info for all except 1 EPA grant. Could you please provide columns J, K, and L in the attached?

Based on the other grants from EPA with this description, I believe they should be as follows:

- 068-0108
- 41.0: Grants, subsidies, and contributions
- 0057: ENVIRONMENTAL JUSTICE

Thank you,
Brandon

On Thu, Mar 27, 2025 at 1:50 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Brandon,

Updated grants reporting attached.

Removed:

- Contracts. (I reported those a few days ago to Katrina Lloyd so those have been updated on her end.)
- 1 row pending cancellation for Climate Justice Alliance on 2/13 – I couldn't find this in our internal records so I think it's a duplicate of 84082101, so I deleted that row

Changes:

Several of the previous-reported cancellation "ceiling" and "savings" amounts have changed from our previous grant reports, so I want to explain why.

*"savings"* – partly related to delays in USAspending, and our previous reporting was based on usaspending. Partly due to minor outlays happening post-cancellation. (The grantees have 120 days after "termination" to close out.)

*"ceiling"* – the previous ceiling numbers were pulled from USAspending in early Feb, and the values have

been updated since then. The new values match our internal records *and* they match the CURRENT values shown in USAspending.

The exception is this one grant where the ceiling does not match USAspending: 95314201. GRANT to NATIONAL WILDLIFE FEDERATION | USAspending

USAspending says the obligated amount is $8M, but our internal records show the total to be $12M. I put $12M as the ceiling for that one, because so far our internal records have always ended up matching USAspending, just with a delay.

Best,

Kathryn

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Thursday, March 27, 2025 11:24 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** Re: EPA: grant terminations up to March 25, 2025

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Thank you, I will update them all then.

On Thu, Mar 27, 2025 at 11:15 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Brandon – thanks. Now I know why we were so behind on contract reporting – because they were in the grants reporting sheet!
Also, I'm noticing that for some rows I reported back in Feb, our grants team now has slightly different ceiling and $savings amounts. So I'm going back through this line by line, hoping to get it back to you EoD.

Kathryn

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Thursday, March 27, 2025 10:25 AM
**To:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** Re: EPA: grant terminations up to March 25, 2025

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

I was just doing a quick review of the info I entered last night, but I am noticing some discrepancies. Are all of these grants? A few of them look like contracts. Also, there are duplicates on the PIIDs. Could you please validate these?

On Wed, Mar 26, 2025 at 6:33 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Great, taking Katrina off and adding Brandon for grants

For the ones where you say "Awarded" = "no", this should go into the Misc. tab and not the grant termination tab

Brandon pls confirm and scrub for dupes

On Wed, Mar 26, 2025 at 6:19 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Thanks for all your team's support on contract reporting.

Now we have a grants update!  We have made a big push on these over the last week – update attached, getting us up to $369M total savings on grants, and there should be more by next week.

Note that I did update a few of the prior rows previously submitted by Erica, in the following way: when "Awarded?" = No, that means that this was a draft award in our internal grants system, that we cancelled before it was awarded.

In the previous report, "potential savings" for some of these was listed as $0, but I changed them to be the ceiling amount of the award in this submission. This is debatable but I discussed with Erica, and we think treating this as savings is more accurate (and consistent with the 1st row of the spreadsheet where we did treat this cancelled pending grant as savings).

Best,

Kathryn

---

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Tuesday, March 25, 2025 3:40 PM
**To:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Please see attached and let me know if you have any questions!

On Tue, Mar 25, 2025 at 3:20 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Brandon, please sent Kathryn the EPA logs for contracts and grants (just like you did for HHS)

Kathryn, please log per the template so that it is all uniform

Thanks, both!

On Tue, Mar 25, 2025 at 3:06 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Would you all mind sending back the full xlsx file when you are done – the version I sent you didn't have those POLITICO contracts from early Feb that start with 89.

I'm also not sure if I'm using the columns you expect.

I want to make sure that my numbers match perfectly with your numbers going forward, and that I'm reporting in a format that you don't have to mess with.

Thanks,

Kathryn

**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 2:10 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Got it. Thank you!



**Jennifer Rapé**

Strategic Program Advisor, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov

On Tue, Mar 25, 2025 at 1:03 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Jennifer,

Yes, PIID **GS00F117CA** is the Reference PIID for order 68HE0324F0042-P00002. (I put that order/mod# in the wrong column, sorry.) That is a GMG MANAGEMENT CONSULTING INC. contract for $75,021

The row you screenshotted below is for contract (order) **68HERH25P0029,** which does not have a reference ID.

Kathryn

**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 12:43 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning, Please verify the submission for Contract/Order # PIID **68HERH25P0029**/ Reference PIID (order number) 68HE0324F0042-P00002. Both PIIDs referenced are order #s.

Is this submission for Contract/Order # PIID **GS00F117CA** Reference PIID (order number) 68HE0324F0042-P00002?

| Contract/Order #/ PIID | Reference PIID (order number) | Contract Description | Status | Contract Ceiling Val |
|---|---|---|---|---|
| 68HERH25P0029 | 68HE0324F0042-P00002 | 2025 National Environmental Justice Conference and Training Program | Terminated for Convenience | $20,000 |

Thank you in advance,



**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov

On Tue, Mar 25, 2025 at 8:02 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Katrina, you have it right. I looked up a few of these in FPDS, and what I notice is that when there is no "reference" ID (i.e. it's "0" in the spreadsheet), then the contract # column is the PIID in FPDS. But when there is a reference ID, then that reference number is the PIID in FPDS, and then the "contract #" is the "referenced IDV ID" in FPDS, as you noted.

Thanks for forcing us to understand this better – I think in the report we are getting from the staff, they are mixing up the "contract#" and "reference" columns for the rows where contracts that have a reference. All the info is there though, sorry this is confusing.

For example search for PIID 68HERH23F0127 as a good example – the reference "68HERH19D0029" is the referenced IDV. But if you search for PIID: 68HE0P24P0007 – it has no reference ID in our spreadsheet, and no reference in FPDS.

The part I could not get to match with FPDS is the mod#. For example, when you search for PIID 68HERH23F0127, you can see mod P000014, but not P000013 – My guess on this is that the mod number increased when we cancelled the contract (and you can see the mod date is 3/10), and FPDS does not store every mod.

Kathryn

Get Outlook for iOS

---

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Tuesday, March 25, 2025 7:38:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Kathryn,

Thank you for the updated EPA submission. Please let me know if I have the correct understanding of how EPAs Contract # and Reference PIIDs are assigned. I'm interpreting this latest submission as EPA has awarded an IDIQ or BPA. For the IDIQ or BPA, a "Reference PIID" is assigned. Any "orders" issued off of the IDIQ or BPA are assigned a "Contract #." Both the Reference PIID and associated Contract # will be different numbers. However, there will be instances where Contract #s will be the same but associated with different Reference PIIDs.

Essentially, it looks like the Contract numbers are being reused but associated with different Reference PIIDs. If this is correct, please confirm if in these instances, the Contracts are separate and distinct with different contract requirements.

Thank you!

**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Mon, Mar 24, 2025 at 6:25 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Josh,

Improved list attached. I was only including the contract number before, but now I've started using the column "Reference PIID" to hold a combined "order number"_"mod number" for each contract - I am told that all 3 numbers (contract, order, mod) are required to make sure there are no duplicates.

But there was actually 1 duplicate! I have used "strikethrough" on it in line 55, and it has no numbers in the contract value columns for that one.

Except for the strikethrough, the attached list is the same as what I sent you on March 22, except with that bonus "order_mod" Reference column filled in.

I also added a column "Already in Josh's list?" = yes, if this was already reported in the table you pasted in this email thread, to make it easier for you to reconcile.

(I did not include the POLITICO "CASE_NAM" entries that are in your list, because I wasn't sure what those are, and they're not in our internal list – I'm guessing those were maybe GSA following up on the POLITICO subscription cancelations?)

Kathryn

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Monday, March 24, 2025 8:50 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

I think you guys were late on submissions and I believe a bunch of what was in there was new that we had not logged so, if ok, I advise for you to work with the team to figure out what are new entries and what are duplicates

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Mon, Mar 24, 2025 at 8:48 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Sorry about that guys – I think Erica did the previous submission, and I didn't see it in my email, so that's why I thought we were behind on submissions. But it sounds like we were not. And also that I need to go through our internal contract list to get rid of duplicates!

Thanks,

Kathryn

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Monday, March 24, 2025 7:29 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning,

In addition to Josh email, the EPA spreadsheet provided includes several contract # duplicates (I counted 12) with different ceiling and savings values. We can't include duplicates in the GSA termination log. Within your updated spreadsheet submission, please ensure there are no duplicate entries.

Thank you!

**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Sat, Mar 22, 2025 at 4:48 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Hey guys

Great!

See below for what we have from you all already. Please re-submit just new entires that haven't been logged yet so we can ensure no duplicates, and yes, send over whenever you get these real time going fwd, please and thank you!

| ID |
|----|
| 31 |
| 32 |
| 33 |
| 34 |
| 377 |
| 430 |
| 431 |
| 1024 |
| 1025 |
| 1026 |
| 1027 |
| 1028 |
| 1029 |
| 1030 |
| 1031 |
| 1032 |
| 1033 |
| 1034 |
| 1035 |
| 1036 |
| 1037 |
| 1038 |
| 1825 |

**Date of Termination / Contract Action (*If blank, the termination is in progress*.)**

EPA_00037622

| |
|---|
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 2/7/2025 |
| 2/7/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/14/2025 |

| PIID (required) |
|---|
| 68HERC24A0014 |
| 68HERC24A0013 |
| 68HERC24A0012 |
| 68HERH24P0143 |

| |
|---|
| 68HERC23P0042 |
| 68HERD23P0034 |
| 68HERH24P0156 |
| 89303025PMA000335 |
| 89243623FCD000005 |
| 89303024PGC000024 |
| 89303022CIM000010 |
| 89303021CLP000012 |
| 89303023PFE000093 |
| 89303022PMA000265 |
| 89303025PGD000003 |
| 89303024POP000005 |
| 89303024PFE000116 |
| 89303024PCI000010 |
| 89303024PED000058 |
| 89303025PIG000148 |
| 89303024PEI000105 |
| 89303025FEI400159 |
| 68HERH23F0237 |

| Reference PIID (optional) |
|---|
| GS00F120DA |
| GS35F013CA |
| GS02F156AA |
| |
| |
| |
| |
| 03310319D0071 |

03310323D0056

68HERH22A0025

| Agency |
|--------|
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

| Vendor |
| --- |
| Jefferson Consulting |
| FEDERAL MANAGEMENT PARTNERS, LLC |
| Business Mgmt. Assoc. |
| Lighthouse Strategy Consulting |
| GARTNER, INC. |
| POLITICO, LLC |

EPA_00037626

| POLITICO, LLC |
| --- |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| ENDYNA, INC. |

| Category (i.e. DEI, Climate & Sustainability, ConsultingServices, Non-Performing/Non-Essential Contracts, Recruitment Services, Media. Advertising) |
| --- |
| DEI |
| DEI |
| DEI |
| DEI |
| DEI |
| Media |

Media

Media

Media

Media

Media

Media

Media

Media

Media

Media

Media

Media

Media

Media

Media

Media

Consulting Services

| Contract Description | Status | Contract Ceiling Value | Dollars Obligated | Potential Contract Savings (Contract Ceiling Value - Dollars Obligated) |
|---|---|---|---|---|
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $180,000.00 | | $0.00 |
| TO PURCHASE A TWO YEAR | Terminated for Convenience | $95,922.00 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| SUBSCRIPTION WITH GARTNER HR LEADERS TO OBTAIN RESEARCH AND ADVISORY SERVICES COVERING EMPLOYEE EXPERIENCE, DIVERSITY, EQUITY, INCLUSION AND ACCESSIBILITY, AND WORK LIFE INTEGRATION. | | | | |
| E&E NEWS 12 MONTH BASE PERIOD AND 12 MONTH OPTION PERIOD SUBSCRIPTION ACCESS FOR FIVE SCIENTIFIC AND POLICY PUBLICATIONS: ENERGYWIRE, CLIMATEWIRE, GREENWIRE, E&E DAILY, AND E&E NEWSPM. | Terminated for Convenience | $545,710.00 | | $0.00 |
| POLITICO PRO PLUS/PRO ANALYSIS SUBSCRIPTION TO CONSOLIDATE 4 PROGRAM OFFICES FOR 117 USERS-1-YEAR SUBSCRIPTION. | Terminated for Convenience | $179,409.00 | | $0.00 |
| Politico Pro Renewal FY2025 - 172 subscribers | CASE NAM update: customer states that contract was terminated | $399,091.23 | $399,091.23 | $0.00 |
| 20, One-Year E&E Publishing LLC (dba Politico LLC) Subscriptions for 5 Publications | CASE NAM update: customer states that contract was terminated | $328,561.00 | $328,561.00 | $0.00 |
| E&E News Subscription Services | CASE NAM update: customer states that contract was terminated | $281,786.00 | | $49,000.00 | $232,786.00 |

| | | | | |
|---|---|---|---|---|
| This is a Firm Fixed Price Single Source Acquisition to receive E&E News publications. | CASE NAM update: customer states that contract was terminated | $184,915.00 | $129,305.00 | $55,610.00 |
| Subscription to E&E News (Politico) LLC for Energywire, Climatewire, E&E Daily, Greenwire, and E&E News PM for LPO's use program-wide. | CASE NAM update: customer states that contract was terminated | $165,768.94 | $129,303.75 | $36,465.19 |
| Politico Pro Plus One Year Subscription for 25 users. | CASE NAM update: customer states that contract was terminated | $115,180.00 | $115,180.00 | $0.00 |
| Award 30 user seat license contract to Politico LLC dba E&E News for 12 mos digital subscriptions within the Office of the Secretary in the amount of $29,808.00 for the period 05/04/2022-05/03-2022. | CASE NAM update: customer states that contract was terminated | $98,665.00 | $98,665.00 | $0.00 |
| 8 licenses/subscriptions of E&E NEWS for the Grid Deployment Office. | CASE NAM update: customer states that contract was terminated | $59,475.00 | | $18,320.00 | $41,155.00 |
| To secure 70 users slots for E&E News subscriptions (E&E Daily, EnergyWire, ClimateWire, GreenWire, and E&ENewsPM). | CASE NAM update: customer states that contract was terminated | $43,560.00 | $43,560.00 | $0.00 |
| E&E News, purchase one-year subscription for 45 Fossil Energy (FE) HQ with access available to FE HQ Staff. Period of Performance 06/28/2024-06/27/2025. | CASE NAM update: customer states that contract was terminated | $40,499.98 | $40,499.98 | $0.00 |
| E&E News electronic subscription renewal 3/11/24-3/10/25 | CASE NAM update: customer states | $29,239.00 | $29,239.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | that contract was terminated | | | |
| Subscription for daily comprehensive, timely, objective journalistic analysis, news and information on significant policy, legislation, science, legal, regulatory affairs, and industry developments across the environment and energy spectrum. | CASE NAM update: customer states that contract was terminated | $29,040.00 | $29,040.00 | $0.00 |
| To procure a 1-year online subscription to (E&E News) 15 seats | CASE NAM update: customer states that contract was terminated | $25,800.00 | $25,800.00 | $0.00 |
| The purpose of this requirement is to procure an annual Politico Pro Plus subscription for RTM and OA users. | CASE NAM update: customer states that contract was terminated | $13,575.00 | $13,575.00 | $0.00 |
| The U.S. Energy Information Administration (EIA), ORTM and OA will enter into a firm-fixed price order with Politico, LLC. to procure Politico Pro Plus subscription for one year for 3 users. | CASE NAM update: customer states that contract was terminated | $12,300.00 | $12,300.00 | $0.00 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $6,895,921.10 | $6,895,921.10 | |

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

EPA_00037632

**This document is produced in native format.**

**Original file name:**

**EPA Grants Budget Validation.xlsx**

Message

---

**From:** OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:** 4/1/2025 6:02:29 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:** Contract Terminations Daily Report with amounts 2025-04-01
**Attachments:** Contract_Terminations_withAmounts_2025-04-01.xlsx

Attached is the Daily Contract Terminations Report with award ceiling 2025-04-01, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**


**Original file name:**

**Contract_Terminations_withAmounts_2025-04-01.xlsx**

| Message | |
|---|---|
| **From**: | Brandon Bartel - B-C [brandon.bartel@gsa.gov] |
| **Sent**: | 4/1/2025 6:17:29 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov] |
| **CC**: | Jehling, Erica [Jehling.Erica@epa.gov] |
| **Subject**: | Re: EPA: grant terminations up to March 25, 2025 |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Yes, we found it in USASpending, but it says its "not linked to any federal accounts", so we don't have the other information. I will find an entry in column L that aligns, and column K is pretty much the grants for all entries, so we should be all good.

Thank you very much!

On Tue, Apr 1, 2025 at 1:50 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Brandon,

It's this grant: GRANT to DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC | USAspending

(Which I found by looking up the grant number in usaspending.gov)

The federal account funding the award (J) is 66.309

I'm sorry but I don't know what those other 2 fields should be, but probably the last one is something related to surveys, not EJ.

Kathryn

---

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Tuesday, April 1, 2025 11:52 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** Re: EPA: grant terminations up to March 25, 2025

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Kathryn -

We are using the Award ID to look up the grants on USASpending and pull a few budget related fields. We were able to pull this info for all except 1 EPA grant. Could you please provide columns J, K, and L in the attached?

Based on the other grants from EPA with this description, I believe they should be as follows:

- 068-0108
- 41.0: Grants, subsidies, and contributions
- 0057: ENVIRONMENTAL JUSTICE

Thank you,

Brandon

On Thu, Mar 27, 2025 at 1:50 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Brandon,

Updated grants reporting attached.

Removed:

- Contracts. (I reported those a few days ago to Katrina Lloyd so those have been updated on her end.)
- 1 row pending cancellation for Climate Justice Alliance on 2/13 – I couldn't find this in our internal records so I think it's a duplicate of 84082101, so I deleted that row

Changes:

Several of the previous-reported cancellation "ceiling" and "savings" amounts have changed from our previous grant reports, so I want to explain why.

"savings" – partly related to delays in USAspending, and our previous reporting was based on usaspending. Partly due to minor outlays happening post-cancellation. (The grantees have 120 days after "termination" to close out.)

"ceiling" – the previous ceiling numbers were pulled from USAspending in early Feb, and the values have been updated since then. The new values match our internal records *and* they match the CURRENT values shown in USAspending.

The exception is this one grant where the ceiling does not match USAspending: 95314201. GRANT to NATIONAL WILDLIFE FEDERATION | USAspending

USAspending says the obligated amount is $8M, but our internal records show the total to be $12M. I put $12M as the ceiling for that one, because so far our internal records have always ended up matching USAspending, just with a delay.

Best,

Kathryn

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Thursday, March 27, 2025 11:24 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** Re: EPA: grant terminations up to March 25, 2025

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Thank you, I will update them all then.

On Thu, Mar 27, 2025 at 11:15 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Brandon – thanks. Now I know why we were so behind on contract reporting – because they were in the grants reporting sheet!
Also, I'm noticing that for some rows I reported back in Feb, our grants team now has slightly different ceiling and $savings amounts. So I'm going back through this line by line, hoping to get it back to you EoD.

Kathryn

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Thursday, March 27, 2025 10:25 AM
**To:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** Re: EPA: grant terminations up to March 25, 2025

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

I was just doing a quick review of the info I entered last night, but I am noticing some discrepancies. Are all of these grants? A few of them look like contracts. Also, there are duplicates on the PIIDs. Could you please validate these?

On Wed, Mar 26, 2025 at 6:33 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Great, taking Katrina off and adding Brandon for grants

For the ones where you say "Awarded" = "no", this should go into the Misc. tab and not the grant termination tab

Brandon pls confirm and scrub for dupes

On Wed, Mar 26, 2025 at 6:19 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Thanks for all your team's support on contract reporting.

Now we have a grants update! We have made a big push on these over the last week – update attached, getting us up to $369M total savings on grants, and there should be more by next week.

Note that I did update a few of the prior rows previously submitted by Erica, in the following way: when "Awarded?" = No, that means that this was a draft award in our internal grants system, that we cancelled before it was awarded.

In the previous report, "potential savings" for some of these was listed as $0, but I changed them to be the ceiling amount of the award in this submission. This is debatable but I discussed with Erica, and we think treating this as savings is more accurate (and consistent with the 1st row of the spreadsheet where we did treat this cancelled pending grant as savings).

Best,

Kathryn

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Tuesday, March 25, 2025 3:40 PM
**To:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Please see attached and let me know if you have any questions!

On Tue, Mar 25, 2025 at 3:20 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Brandon, please sent Kathryn the EPA logs for contracts and grants (just like you did for HHS)

Kathryn, please log per the template so that it is all uniform

Thanks, both!

On Tue, Mar 25, 2025 at 3:06 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Would you all mind sending back the full xlsx file when you are done – the version I sent you didn't have those POLITICO contracts from early Feb that start with 89.

I'm also not sure if I'm using the columns you expect.

I want to make sure that my numbers match perfectly with your numbers going forward, and that I'm reporting in a format that you don't have to mess with.


Thanks,

Kathryn


**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 2:10 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell


**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.


Got it. Thank you!


**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov


On Tue, Mar 25, 2025 at 1:03 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Jennifer,


Yes, PIID **GS00F117CA** is the Reference PIID for order 68HE0324F0042-P00002. (I put that order/mod# in the wrong column, sorry.) That is a GMG MANAGEMENT CONSULTING INC. contract for $75,021


The row you screenshotted below is for contract (order) **68HERH25P0029,** which does not have a reference ID.


Kathryn

**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 12:43 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning, Please verify the submission for Contract/Order # PIID **68HERH25P0029**/ Reference PIID (order number) 68HE0324F0042-P00002. Both PIIDs referenced are order #s.

Is this submission for Contract/Order # PIID **GS00F117CA** Reference PIID (order number) 68HE0324F0042-P00002?

| Contract/Order #/ PIID | Reference PIID (order number) | Contract Description | Status | Contract Ceiling Value |
|---|---|---|---|---|
| 68HERH25P0029 | 68HE0324F0042-P00002 | 2025 National Environmental Justice Conference and Training Program | Terminated for Convenience | $20,000 |

Thank you in advance,

**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov

On Tue, Mar 25, 2025 at 8:02 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Katrina, you have it right. I looked up a few of these in FPDS, and what I notice is that when there is no "reference" ID (i.e. it's "0" in the spreadsheet), then the contract # column is the PIID in FPDS.

But when there is a reference ID, then that reference number is the PIID in FPDS, and then the "contract #" is the "referenced IDV ID" in FPDS, as you noted.

Thanks for forcing us to understand this better – I think in the report we are getting from the staff, they are mixing up the "contract#" and "reference" columns for the rows where contracts that have a reference. All the info is there though, sorry this is confusing.

For example search for PIID 68HERH23F0127 as a good example – the reference "68HERH19D0029" is the referenced IDV. But if you search for PIID: 68HE0P24P0007 – it has no reference ID in our spreadsheet, and no reference in FPDS.

The part I could not get to match with FPDS is the mod#. For example, when you search for PIID 68HERH23F0127, you can see mod P000014, but not P000013 – My guess on this is that the mod number increased when we cancelled the contract (and you can see the mod date is 3/10), and FPDS does not store every mod.

Kathryn

Get Outlook for iOS

---

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Tuesday, March 25, 2025 7:38:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Kathryn,

Thank you for the updated EPA submission. Please let me know if I have the correct understanding of how EPAs Contract # and Reference PIIDs are assigned. I'm interpreting this latest submission as EPA has awarded an IDIQ or BPA. For the IDIQ or BPA, a "Reference PIID" is assigned. Any "orders" issued off of the IDIQ or BPA are assigned a "Contract #." Both the Reference PIID and associated Contract # will be different numbers. However, there will be instances where Contract #s will be the same but associated with different Reference PIIDs.

Essentially, it looks like the Contract numbers are being reused but associated with different Reference PIIDs. If this is correct, please confirm if in these instances, the Contracts are separate and distinct with different contract requirements.

EPA_00037664

Thank you!

**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Mon, Mar 24, 2025 at 6:25 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Josh,

Improved list attached. I was only including the contract number before, but now I've started using the column "Reference PIID" to hold a combined "order number"_"mod number" for each contract - I am told that all 3 numbers (contract, order, mod) are required to make sure there are no duplicates.

But there was actually 1 duplicate! I have used "strikethrough" on it in line 55, and it has no numbers in the contract value columns for that one.

Except for the strikethrough, the attached list is the same as what I sent you on March 22, except with that bonus "order_mod" Reference column filled in.

I also added a column "Already in Josh's list?" = yes, if this was already reported in the table you pasted in this email thread, to make it easier for you to reconcile.

(I did not include the POLITICO "CASE_NAM" entries that are in your list, because I wasn't sure what those are, and they're not in our internal list – I'm guessing those were maybe GSA following up on the POLITICO subscription cancelations?)

Kathryn

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Monday, March 24, 2025 8:50 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB

<[jonathan.dewolfe@gsa.gov](mailto:jonathan.dewolfe@gsa.gov)>; Jennifer Rape - QCC <[jennifer.rape@gsa.gov](mailto:jennifer.rape@gsa.gov)>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

I think you guys were late on submissions and I believe a bunch of what was in there was new that we had not logged so, if ok, I advise for you to work with the team to figure out what are new entries and what are duplicates



**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Mon, Mar 24, 2025 at 8:48 AM Loving, Kathryn <[Loving.Kathryn@epa.gov](mailto:Loving.Kathryn@epa.gov)> wrote:

Sorry about that guys – I think Erica did the previous submission, and I didn't see it in my email, so that's why I thought we were behind on submissions. But it sounds like we were not. And also that I need to go through our internal contract list to get rid of duplicates!

Thanks,

Kathryn

**From:** Katrina Lloyd - QF2C <[katrina.lloyd@gsa.gov](mailto:katrina.lloyd@gsa.gov)>
**Sent:** Monday, March 24, 2025 7:29 AM
**To:** Loving, Kathryn <[Loving.Kathryn@epa.gov](mailto:Loving.Kathryn@epa.gov)>; Jehling, Erica <[Jehling.Erica@epa.gov](mailto:Jehling.Erica@epa.gov)>
**Cc:** Jon Dewolfe - QCCB <[jonathan.dewolfe@gsa.gov](mailto:jonathan.dewolfe@gsa.gov)>; Jennifer Rape - QCC <[jennifer.rape@gsa.gov](mailto:jennifer.rape@gsa.gov)>; Josh Gruenbaum - Q <[josh.gruenbaum@gsa.gov](mailto:josh.gruenbaum@gsa.gov)>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning,

In addition to Josh email, the EPA spreadsheet provided includes several contract # duplicates (I counted 12) with different ceiling and savings values. We can't include duplicates in the GSA termination log. Within your updated spreadsheet submission, please ensure there are no duplicate entries.

Thank you!



**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Sat, Mar 22, 2025 at 4:48 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Hey guys

Great!

See below for what we have from you all already. Please re-submit just new entires that haven't been logged yet so we can ensure no duplicates, and yes, send over whenever you get these real time going fwd, please and thank you!

| ID |
|----|
| 31 |
| 32 |

| 33 |
| 34 |
| 377 |
| 430 |
| 431 |
| 1024 |
| 1025 |
| 1026 |
| 1027 |
| 1028 |
| 1029 |
| 1030 |
| 1031 |
| 1032 |
| 1033 |
| 1034 |
| 1035 |
| 1036 |
| 1037 |
| 1038 |
| 1825 |

| Date of Termination / Contract Action (*If blank, the termination is in progress*.) |
| --- |
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 2/7/2025 |

EPA_00037668

| |
|---|
| 2/7/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/14/2025 |

| PIID (required) |
|---|
| 68HERC24A0014 |
| 68HERC24A0013 |
| 68HERC24A0012 |
| 68HERH24P0143 |
| 68HERC23P0042 |
| 68HERD23P0034 |
| 68HERH24P0156 |
| 89303025PMA000335 |
| 89243623FCD000005 |
| 89303024PGC000024 |

89303022CIM000010

89303021CLP000012

89303023PFE000093

89303022PMA000265

89303025PGD000003

89303024POP000005

89303024PFE000116

89303024PCI000010

89303024PED000058

89303025PIG000148

89303024PEI000105

89303025FEI400159

68HERH23F0237

| Reference PIID (optional) |
| --- |
| GS00F120DA |
| GS35F013CA |
| GS02F156AA |
| |
| |
| |
| |
| 03310319D0071 |
| |
| |
| |
| |
| |
| |
| |

03310323D0056

68HERH22A0025

| Agency |
|--------|
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |

| |
|---|
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |

| Vendor |
|---|
| Jefferson Consulting |
| FEDERAL MANAGEMENT PARTNERS, LLC |
| Business Mgmt. Assoc. |
| Lighthouse Strategy Consulting |
| GARTNER, INC. |
| POLITICO, LLC |
| POLITICO, LLC |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |

| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| ENDYNA, INC. |

| Category (i.e. DEI, Climate & Sustainability, ConsultingServices, Non-Performing/Non-Essential Contracts, Recruitment Services, Media. Advertising) | Contract Description | Status | Contract Ceiling Value | Dollars Obligated | Potential Contract Savings (Contract Ceiling Value - Dollars Obligated) |
|---|---|---|---|---|---|
| DEI | DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEI | DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEI | DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEI | DEIA Training | Terminated for Convenience | $180,000.00 | | $0.00 |
| DEI | TO PURCHASE A TWO YEAR SUBSCRIPTION WITH GARTNER HR LEADERS TO OBTAIN RESEARCH AND ADVISORY SERVICES COVERING EMPLOYEE EXPERIENCE, DIVERSITY, EQUITY, INCLUSION AND | Terminated for Convenience | $95,922.00 | | $0.00 |

| Media | ACCESSIBILITY, AND WORK LIFE INTEGRATION. | | | | |
|---|---|---|---|---|---|
| Media | E&E NEWS 12 MONTH BASE PERIOD AND 12 MONTH OPTION PERIOD SUBSCRIPTION ACCESS FOR FIVE SCIENTIFIC AND POLICY PUBLICATIONS: ENERGYWIRE, CLIMATEWIRE, GREENWIRE, E&E DAILY, AND E&E NEWSPM. | Terminated for Convenience | $545,710.00 | | $0.00 |
| Media | POLITICO PRO PLUS/PRO ANALYSIS SUBSCRIPTION TO CONSOLIDATE 4 PROGRAM OFFICES FOR 117 USERS-1-YEAR SUBSCRIPTION. | Terminated for Convenience | $179,409.00 | | $0.00 |
| Media | Politico Pro Renewal FY2025 - 172 subscribers | CASE NAM update: customer states that contract was terminated | $399,091.23 | $399,091.23 | $0.00 |
| Media | 20, One-Year E&E Publishing LLC (dba Politico LLC) Subscriptions for 5 Publications | CASE NAM update: customer states that contract was terminated | $328,561.00 | $328,561.00 | $0.00 |
| Media | E&E News Subscription Services | CASE NAM update: customer states that contract was terminated | $281,786.00 | | $49,000.00 | $232,786.00 |
| Media | This is a Firm Fixed Price Single Source Acquisition to receive E&E News publications. | CASE NAM update: customer states that contract was terminated | $184,915.00 | $129,305.00 | $55,610.00 |
| Media | Subscription to E&E News (Politico) LLC for Energywire, Climatewire, E&E Daily, Greenwire, and E&E News PM for | CASE NAM update: customer states that contract was terminated | $165,768.94 | $129,303.75 | $36,465.19 |

| | | | | | |
|---|---|---|---|---|---|
| | LPO's use program-wide. | | | | |
| Media | Politico Pro Plus One Year Subscription for 25 users. | CASE NAM update: customer states that contract was terminated | $115,180.00 | $115,180.00 | $0.00 |
| Media | Award 30 user seat license contract to Politico LLC dba E&E News for 12 mos digital subscriptions within the Office of the Secretary in the amount of $29,808.00 for the period 05/04/2022-05/03-2022. | CASE NAM update: customer states that contract was terminated | $98,665.00 | $98,665.00 | $0.00 |
| Media | 8 licenses/subscriptions of E&E NEWS for the Grid Deployment Office. | CASE NAM update: customer states that contract was terminated | $59,475.00 | | $18,320.00 | $41,155.00 |
| Media | To secure 70 users slots for E&E News subscriptions (E&E Daily, EnergyWire, ClimateWire, GreenWire, and E&ENewsPM). | CASE NAM update: customer states that contract was terminated | $43,560.00 | $43,560.00 | $0.00 |
| Media | E&E News, purchase one-year subscription for 45 Fossil Energy (FE) HQ with access available to FE HQ Staff. Period of Performance 06/28/2024-06/27/2025. | CASE NAM update: customer states that contract was terminated | $40,499.98 | $40,499.98 | $0.00 |
| Media | E&E News electronic subscription renewal 3/11/24-3/10/25 | CASE NAM update: customer states that contract was terminated | $29,239.00 | $29,239.00 | $0.00 |
| Media | Subscription for daily comprehensive, timely, objective journalistic analysis, news and information on significant policy, legislation, science, legal, regulatory affairs, and industry developments across | CASE NAM update: customer states that contract was terminated | $29,040.00 | $29,040.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | the environment and energy spectrum. | | | | |
| Media | To procure a 1-year online subscription to (E&E News) 15 seats | CASE NAM update: customer states that contract was terminated | $25,800.00 | $25,800.00 | $0.00 |
| Media | The purpose of this requirement is to procure an annual Politico Pro Plus subscription for RTM and OA users. | CASE NAM update: customer states that contract was terminated | $13,575.00 | $13,575.00 | $0.00 |
| Media | The U.S. Energy Information Administration (EIA), ORTM and OA will enter into a firm-fixed price order with Politico, LLC. to procure Politico Pro Plus subscription for one year for 3 users. | CASE NAM update: customer states that contract was terminated | $12,300.00 | $12,300.00 | $0.00 |
| Consulting Services | THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $6,895,921.10 | $6,895,921.10 | |

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 4/1/2025 7:59:48 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

EPA_00037678

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 4/2/2025 6:01:52 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-04-02 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-04-02.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-04-02, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-04-02.xlsx**

Message

**From**: oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**: 4/2/2025 8:01:01 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**: Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From**: | Gulamali, Adil [Gulamali.Adil@epa.gov] |
| **Sent**: | 4/3/2025 3:17:01 AM |
| **To**: | Treml, Gregg [Treml.Gregg@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Lavergne, Dany [lavergne.dany@epa.gov] |
| **CC**: | Hanson, Paige (Catherine) [hanson.catherine@epa.gov] |
| **Subject**: | RE: Who can reverse/stop payments? |
| **Attachments**: | WeeklyPaymentReport 032425-033025.xlsx; Weekly Payment Report Document Type Definitions.xlsx |

Hi Kathryn-

Thanks for the call. Attached weekly payment report and definitions. Any questions let us know.

Adil

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Tuesday, April 1, 2025 1:56 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Who can reverse/stop payments?

Hi Kathryn,
The Controller's office has a draft report setup. Would you mind connecting with Adil and Dany to ensure we are meeting your expectations before we have the financial systems contract code the report?

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC 20460
(202)-564-1151
treml.gregg@epa.gov

**From:** Treml, Gregg
**Sent:** Monday, March 31, 2025 2:20 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Who can reverse/stop payments?

Hi Kathryn,
The team is working on it.

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Monday, March 31, 2025 1:34 PM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Who can reverse/stop payments?

Thank you Gregg!

Similar to the weekly travel report, could I please get a weekly report on payments?
i.e. all payments made in the previous week.

Thank you,
Kathryn

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, March 28, 2025 10:08 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>
**Subject:** RE: Who can reverse/stop payments?

Good morning,
Please see attached for the listing of employees that can stop payments.  Let me know if you have any
questions.

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

---

**From:** Treml, Gregg
**Sent:** Thursday, March 27, 2025 12:09 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Who can reverse/stop payments?

Hi Kathryn,
The team is pulling together the list of senior most individual based on payment type.

Best,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, March 27, 2025 10:55 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** Who can reverse/stop payments?

Hi there,

I'm getting purely theoretical questions about worst-case scenarios… (E.g. rogue HR staffer brings their friend back from admin leave, who can solve this)

And one of the questions is about payments – who can stop a payment? I realize there might be a different go-to person for P-card vs travel vs contracts… and I realize the most likely scenario is you'd delegate and ask someone else to do it. But who is the most senior person who *has access* to be able to fix a weird rogue payment issue? E.g. if you (Gregg) have access, even though you never use it and can barely remember the url, that's ok, I'll put you!

Thank you,
Kathryn

Message

**From:**      Dolan, Sheila [dolan.sheila@epa.gov]
**Sent:**      4/2/2025 8:04:30 PM
**To:**        Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:**   DOGE Reviews
**Attachments:** DOGE Review - Region 5 – April 1st; DOGE Review - Region 5 – March 31st


Hi Kathryn,

I'm so sorry I inadvertently left you off the emails for Region 5 compliance submissions for 3/31 and 4/01.  Please see attached.


Best Regards,

*Sheila Dolan*
Branch Manager
R5 Acquisition & Assistance
Office: 312-886-6675
Cell: 202-845-5981

**Executive Order Compliance Review**

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement represents a reasonable cost to the taxpayer and supports Administration policy at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

**Funding Action Review Confirmation**

This confirms that the workplan, budget or performance work statement represents a reasonable cost to the taxpayer and supports Administration policy. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: EPA-CF-0000007746

Recipient/ Vendor name: U.S. Department of Transportation Maritime Administration (MARAD)

Funding amount $: $4,270,000

Work Description:

See attached checklist.

Government-wide Acquisition (if yes, check box): ☐

EPA_00037825

TERESA SEIDEL
Digitally signed by
TERESA SEIDEL
Date: 2025.03.25
17:14:44 -05'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

Leadership Approval (for funding actions greater than $100,000)

EPA_00037826

Message

**From:**        OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:**        4/3/2025 6:02:22 PM
**To:**          Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**          Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:**     Contract Terminations Daily Report with amounts 2025-04-03
**Attachments:** Contract_Terminations_withAmounts_2025-04-03.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-04-03, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-04-03.xlsx**

**Message**

**From**: Josh Gruenbaum - Q
[josh.gruenbaum@gsa.gov]
**Sent**: 4/3/2025 6:51:44 PM
**To**: Loving, Kathryn
[Loving.Kathryn@epa.gov]
**CC**: SCHUTT, KYLE
[KYLE.SCHUTT@hq.dhs.gov];
Hickey, James P (Jim) JR SES
(USA)
[james.p.hickey26.civ@mail.mil];
HOFFMAN, ADAM
[ADAM.HOFFMAN@hq.dhs.gov]
**Subject**: Re: Funding yanked from San
Jose State + UPenn

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

The likelihood of press only for SJSU is low



**U.S. General Services Administration**

**Josh Gruenbaum, Esq.**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Thu, Apr 3, 2025 at 2:48 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

No, it is paused for review at this moment, not terminated.

"Is this still happening" - I was asking about the press announcement.

If this press idea is off the list, I need to know.
Or if it IS happening, roughly when.

Kathryn

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Thursday, April 3, 2025 2:16 PM
**To:** SCHUTT, KYLE <KYLE.SCHUTT@hq.dhs.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Hickey, James P (Jim) JR SES (USA) <james.p.hickey26.civ@mail.mil>;
HOFFMAN, ADAM <ADAM.HOFFMAN@hq.dhs.gov>
**Subject:** Re: Funding yanked from San Jose State + UPenn

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Great thanks

Kathryn if you all are ok terminating because not needed I'd go ahead

**U.S. General Services Administration**

**Josh Gruenbaum, Esq.**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Thu, Apr 3, 2025 at 2:14 PM SCHUTT, KYLE <KYLE.SCHUTT@hq.dhs.gov> wrote:

These contracts were terminated at DHS

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Thursday, April 3, 2025 12:59 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Hickey, James P (Jim) JR SES (USA) <james.p.hickey26.civ@mail.mil>; HOFFMAN, ADAM <ADAM.HOFFMAN@hq.dhs.gov>; SCHUTT, KYLE <KYLE.SCHUTT@hq.dhs.gov>
**Subject:** Re: Funding yanked from San Jose State + UPenn

> This email is from an external US Government agency.

As in are we moving forward beyond just a pause?

**U.S. General Services Administration**

**Josh Gruenbaum, Esq.**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Thu, Apr 3, 2025 at 12:45 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Is this still happening?

I would like to give timeline expectations around our review of this grant.

Kathryn

Get Outlook for iOS

---

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Friday, March 21, 2025 12:47:25 PM
**To:** Hickey, James P (Jim) JR SES (USA) <james.p.hickey26.civ@mail.mil>; Loving, Kathryn <Loving.Kathryn@epa.gov>; HOFFMAN, ADAM <adam.hoffman@hq.dhs.gov>; SCHUTT, KYLE <kyle.schutt@hq.dhs.gov>
**Subject:** Fwd: Funding yanked from San Jose State + UPenn

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

guys see below

likely a post from WH today on SJSU in case you all wanted to follow

---------- Forwarded message ---------
From: **Josh Gruenbaum - Q** <josh.gruenbaum@gsa.gov>
Date: Fri, Mar 21, 2025 at 12:46 PM
Subject: Re: Funding yanked from San Jose State + UPenn
To: Pfeiffer, Alexander EOP/WHO <Alexander.Pfeiffer@who.eop.gov>
Cc: Mailman, May EOP/WHO <may.mailman@who.eop.gov>, Cheung, Steven EOP/WHO <Steven.Cheung@who.eop.gov>, Dorr, Kaelan K. EOP/WHO <Kaelan.K.Dorr2@who.eop.gov>

Alex, re-upping this thread

Per May, we are good to go on SJSU announcement that we paused ALL federal grants (1 grant, 2 contracts): EPA (grant), DHS (contract), and DoD (contract)

On Wed, Mar 19, 2025 at 9:57 AM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Awesome stuff

On standby if you guys need more actions



**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Wed, Mar 19, 2025 at 9:21 AM Pfeiffer, Alexander EOP/WHO <Alexander.Pfeiffer@who.eop.gov>
wrote:

Here you go: https://x.com/MarioNawfal/status/1902349082586140760

https://x.com/RapidResponse47/status/1902346386357572046

Here is the full segment
https://grabien.com/file/getmedia?id=2850122&key=14a59d36efc3f16f30256e0f9703c488&userid=17087

---

**From:** Pfeiffer, Alexander EOP/WHO
**Sent:** Tuesday, March 18, 2025 8:52 PM
**To:** Mailman, May EOP/WHO <may.mailman@who.eop.gov>; Josh Gruenbaum - Q
<josh.gruenbaum@gsa.gov>
**Cc:** Cheung, Steven EOP/WHO <Steven.Cheung@who.eop.gov>; Dorr, Kaelan K. EOP/WHO
<Kaelan.K.Dorr2@who.eop.gov>
**Subject:** RE: Funding yanked from San Jose State + UPenn

If the premise is we want to show we are on top of it – I think the big 175 million number to a known
university will make that splash.

I can get San Jose State out separately post UPenn.

---

**From:** Mailman, May EOP/WHO <may.mailman@who.eop.gov>
**Sent:** Tuesday, March 18, 2025 8:51 PM
**To:** Pfeiffer, Alexander EOP/WHO <Alexander.Pfeiffer@who.eop.gov>; Josh Gruenbaum - Q
<josh.gruenbaum@gsa.gov>
**Cc:** Cheung, Steven EOP/WHO <Steven.Cheung@who.eop.gov>; Dorr, Kaelan K. EOP/WHO

<Kaelan.K.Dorr2@who.eop.gov>
**Subject:** RE: Funding yanked from San Jose State + UPenn

Looks good – no mention for San Jose State?

May

(202) 881-5184

**From:** Pfeiffer, Alexander EOP/WHO <Alexander.Pfeiffer@who.eop.gov>
**Sent:** Tuesday, March 18, 2025 8:43 PM
**To:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Cc:** Mailman, May EOP/WHO <may.mailman@who.eop.gov>; Cheung, Steven EOP/WHO
<Steven.Cheung@who.eop.gov>; Dorr, Kaelan K. EOP/WHO <Kaelan.K.Dorr@who.eop.gov>
**Subject:** RE: Funding yanked from San Jose State + UPenn

Thanks. What I sent May also won't be on record. Just on background. Let me know if it works. I think
tomorrow would be best. Nothing will break through JFK files and astronauts tonight.

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Tuesday, March 18, 2025 8:38 PM
**To:** Pfeiffer, Alexander EOP/WHO <Alexander.Pfeiffer@who.eop.gov>
**Cc:** Mailman, May EOP/WHO <may.mailman@who.eop.gov>; Cheung, Steven EOP/WHO
<Steven.Cheung@who.eop.gov>; Dorr, Kaelan K. EOP/WHO <Kaelan.K.Dorr@who.eop.gov>
**Subject:** Re: Funding yanked from San Jose State + UPenn

Change the word grants (**bolded**) to contracts or federal funding. U Penn is all contracts in this batch

Defer to May on the rest

The Trump administration has paused approximately $175 million in **grant** awards to the University of
Pennsylvania. UPenn infamously permitted a male to compete on its women's swimming team,
overturning multiple records hard-earned by women, and granting the fully intact male access to the locker
room

This is NOT the result of the Title IX investigation launched by the Department of Education.  UPenn is
still at risk of losing all of their federal education program funds because of those investigations.  This is
immediate proactive action to review discretionary funding streams to those universities.

The **grants** paused were from DOD and HHS.

On Tue, Mar 18, 2025 at 8:36 PM Pfeiffer, Alexander EOP/WHO <Alexander.Pfeiffer@who.eop.gov> wrote:

I will get this out shortly. Just let me know if the below is accurate.

Going to focus on UPENN since it is a nice big number that we seem confident on as the DHS one for San Jose seems unclear. I can get San Jose out once we are more confident on that.

The Trump administration has paused approximately $175 million in grant awards to the University of Pennsylvania. UPenn infamously permitted a male to compete on its women's swimming team, overturning multiple records hard-earned by women, and granting the fully intact male access to the locker room

This is NOT the result of the Title IX investigation launched by the Department of Education.  UPenn is still at risk of losing all of their federal education program funds because of those investigations.  This is immediate proactive action to review discretionary funding streams to those universities.

The grants paused were from DOD and HHS.

---

**From:** Mailman, May EOP/WHO <may.mailman@who.eop.gov>
**Sent:** Tuesday, March 18, 2025 7:30 PM
**To:** 'Josh Gruenbaum - Q' <josh.gruenbaum@gsa.gov>; Pfeiffer, Alexander EOP/WHO <Alexander.Pfeiffer@who.eop.gov>
**Cc:** Cheung, Steven EOP/WHO <Steven.Cheung@who.eop.gov>; Dorr, Kaelan K. EOP/WHO <Kaelan.K.Dorr2@who.eop.gov>
**Subject:** RE: Funding yanked from San Jose State + UPenn

Alex –

This is NOT the result of the Title IX investigation.  UPenn and San Jose State are still at risk of losing all of their federal education program funds because of those investigations.  This is immediate action to review discretionary funding streams to those universities.  Early action!!

May

(202) 881-5184

---

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Tuesday, March 18, 2025 7:24 PM
**To:** Pfeiffer, Alexander EOP/WHO <Alexander.Pfeiffer@who.eop.gov>
**Cc:** Mailman, May EOP/WHO <may.mailman@who.eop.gov>; Cheung, Steven EOP/WHO <Steven.Cheung@who.eop.gov>; Dorr, Kaelan K. EOP/WHO <Kaelan.K.Dorr2@who.eop.gov>
**Subject:** Re: Funding yanked from San Jose State + UPenn

Alexander this should help for background

http://www.ed.gov/about/news/press-release/us-department-of-education-investigate-title-ix-violations-athletics

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Tue, Mar 18, 2025 at 7:02 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:
University of Pennsylvania

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Tue, Mar 18, 2025 at 7:01 PM Pfeiffer, Alexander EOP/WHO <Alexander.Pfeiffer@who.eop.gov> wrote:
Penn State is because of Lia Thomas?

Sent from my iPhone

On Mar 18, 2025, at 6:51 PM, Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

See below for actioned items. Note, we specifically focused on San Jose State and U of Penn at the advice of some of the agencies involved in live investigations and the guidance that it was best to have ongoing investigations and incidents as rationale for the stop work, which is only at these two universities currently

San Jose State:

- ALL federal awards (1 grant, 2 contracts) are paused under SWOs: (1) EPA, $99.7K grant award for drinking water studies; (2) DHS, $977K contract for the terrorist and serious criminal database support (**note, if you all deem we should turn this back on, we can do that immediately given criticality - it's just a simple email given we didn't terminate**); and (3) DoD, $17.4K contract for business applications and IT services

- total including DHS: $1.093M
- total excluding DHS (if you ask to turn back on given criticality): ~$120K

U of Pennsylvania:

- 7 contracts were stop worked, 1 HHS and 6 DoD
- 6 DoD are non-mission critical (approved by SECDEF); $26.5M
- 1 HHS for $146.3M for pre-clinical infectious disease studies. This is an IDIQ (ie just a big contract that many task orders are drawn against), with the only drawn task order for animal infectious disease study)

**- Total UofP: ~$175M**

May, lmk if you want to chat live here

On Tue, Mar 18, 2025 at 5:49 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:
 Yep you got it

 I didn't want you guys tweeting San Jose first before I cleaned up DHS and DoD hence the piecemeal, but understood



**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Tue, Mar 18, 2025 at 5:48 PM Mailman, May EOP/WHO <may.mailman@who.eop.gov> wrote:

Josh – per Stephen, we need to get this on social media TODAY.  Please no more piecemeal emails.  Just one with clear bullet points on what's being frozen/paused and from which agency.  THANK YOU!!!!


May
(202) 881-5184

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Tuesday, March 18, 2025 5:01 PM
**To:** Pfeiffer, Alexander EOP/WHO <Alexander.Pfeiffer@who.eop.gov>
**Cc:** Mailman, May EOP/WHO <may.mailman@who.eop.gov>; Cheung, Steven EOP/WHO <Steven.Cheung@who.eop.gov>; Dorr, Kaelan K. EOP/WHO <Kaelan.K.Dorr2@who.eop.gov>
**Subject:** Re: Funding yanked from San Jose State + UPenn


Sorry am piecemealing you guys this but am doing this real time with a few agencies so coordination is fragmented


We will end up being at ALL San Jose St awards stopped with value of ~$1.1M - will confirm


We will have stopped work on greater than $170M of U Penn contracts - will confirm details


On Tue, Mar 18, 2025 at 4:46 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Found another $1MM for San Jose St, stand by

On Tue, Mar 18, 2025 at 4:15 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

That's just SJS...it was one grant from EPA (who are concerned having their name in media but defer to you all...if going to print that will just give them a heads up, so lmk)

SJS grant deets: ~$100K for San Jose State University to: incorporate groundwater and fish tissue data into an existing surface water assessment tool to provide data, summary statistics, and comparisons to drinking water and human health standards in a report card format that will be used by government agencies, stakeholders, and the general public to restore low scoring areas and protect high scoring areas from degradation. **JG Commentary: this is for healthy drinking water so up to you guys if you want to trumpet that**

On Tue, Mar 18, 2025 at 4:10 PM Pfeiffer, Alexander EOP/WHO <Alexander.Pfeiffer@who.eop.gov> wrote:

Are these from every single agency? What are the deets? Once confirmed – we can get a story in a major outlet.

**From:** Mailman, May EOP/WHO <may.mailman@who.eop.gov>
**Sent:** Tuesday, March 18, 2025 4:08 PM
**To:** Cheung, Steven EOP/WHO <Steven.Cheung@who.eop.gov>; Dorr, Kaelan K. EOP/WHO <Kaelan.K.Dorr2@who.eop.gov>; Pfeiffer, Alexander EOP/WHO <Alexander.Pfeiffer@who.eop.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Subject:** Funding yanked from San Jose State + UPenn

Comms –

Can we get something going on Twitter in a short bit? Stephen request. POTUS wants to see more action against universities.

• Today, we have paused ALL grant awards to San Jose State which continued to play a male athlete on the female volleyball team, including access to intimate, overnight spaces. [Side note, all awards means $100k of EPA funding. **Josh**; can you confirm whether this is paused or *revoked*?]

• Also today, we are pausing tens of millions from UPenn, which permitted a male to compete on its women's swimming team, overturning multiple records hard-earned by women, and granting the fully intact male access to the locker room. [**Josh**, can you confirm when we have a dollar amount and confirmation of the pause?]

Thank you!!

May

--

May Mailman
Senior Policy Strategist
Office of the Deputy Chief of Staff for Policy
Cell: (202) 881-5184
Office: (202) 456-0963
May.Mailman@who.eop.gov

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780

*josh.gruenbaum@gsa.gov*

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

Message

**From**: oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**: 4/3/2025 8:00:30 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**: Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

Message

**From**: OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent**: 4/4/2025 6:01:53 PM
**To**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject**: Contract Terminations Daily Report with amounts 2025-04-04
**Attachments**: Contract_Terminations_withAmounts_2025-04-04.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-04-04, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

EPA_00037976

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-04-04.xlsx**

Message

**From:**       OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:**       4/5/2025 6:02:13 PM
**To:**         Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn
                [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**         Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-
                Bakr.Robbin@epa.gov]
**Subject:**    Contract Terminations Daily Report with amounts 2025-04-05
**Attachments:** Contract_Terminations_withAmounts_2025-04-05.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-04-05, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-04-05.xlsx**

EPA_00037998 - EPA_00038017

Message

**From**: oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**: 4/5/2025 8:01:02 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**: Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From**:         oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:         3/18/2025 8:00:32 PM
**To**:           Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:           Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:      Pending Grant Actions
**Attachments**:  Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

EPA_00038079

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 4/4/2025 8:00:51 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 4/7/2025 6:02:18 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-04-07 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-04-07.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-04-07, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-04-07.xlsx**

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 4/7/2025 9:44:05 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Saffier-Ewing, Anthony [SaffierEwing.Anthony@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-04-07 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-04-07.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-04-07, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-04-07.xlsx**

Message

| | |
|---|---|
| **From:** | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent:** | 4/8/2025 6:02:38 PM |
| **To:** | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Saffier-Ewing, Anthony [SaffierEwing.Anthony@epa.gov] |
| **CC:** | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject:** | Contract Terminations Daily Report with amounts 2025-04-08 |
| **Attachments:** | Contract_Terminations_withAmounts_2025-04-08.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-04-08, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-04-08.xlsx**

Message

**From:** Saffier-Ewing, Anthony [SaffierEwing.Anthony@epa.gov]
**Sent:** 4/7/2025 9:58:35 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**CC:** Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:** Tony Saffier - triage of pending grants.
**Attachments:** Triaged Pending Grants Actions All Regions and HQ.xlsx

Dan,

I triaged the pending grants. The yellow items probably require review. The red probably need to be cancelled/not awarded.

Interested to get your thoughts.

Thanks,

Tony

**This document is produced in native format.**

**Original file name:**

**Triaged Pending Grants Actions All Regions and HQ.xlsx**

Message

---

**From:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:** 4/8/2025 1:43:04 AM
**To:** Saffier-Ewing, Anthony [SaffierEwing.Anthony@epa.gov]
**CC:** Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:** RE: Tony Saffier - triage of pending grants.
**Attachments:** Copy of Triaged Pending Grants Actions All Regions and HQ_dc.xlsx


Tony, I added a column that included my comments on each one. You will see that most align with grants we are already planning to terminate or are on the list under leadership review. After you get a chance to review, we can discuss more tomorrow if you have any follow-up questions.

Dan

**From:** Saffier-Ewing, Anthony <SaffierEwing.Anthony@epa.gov>
**Sent:** Monday, April 7, 2025 5:59 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** Tony Saffier - triage of pending grants.

Dan,

I triaged the pending grants. The yellow items probably require review. The red probably need to be cancelled/not awarded.

Interested to get your thoughts.

Thanks,

Tony

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 4/7/2025 8:00:52 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From**:        oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:        4/8/2025 7:56:07 PM
**To**:          Loving, Kathryn [Loving.Kathryn@epa.gov]; Saffier-Ewing, Anthony [SaffierEwing.Anthony@epa.gov]
**CC**:          Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:     Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From**:        oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:        3/4/2025 9:00:25 PM
**To**:          Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:          Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:     Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**