Message

___

**From:** Vaseliou, Molly [Vaseliou.Molly@epa.gov]
**Sent:** 3/4/2025 10:02:19 PM
**To:** Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Loving, Kathryn [Loving.Kathryn@epa.gov]; Mandy, Cora [Mandy.Cora@epa.gov]
**Subject:** Re: Pending Grant Cancellations - $116M


Our release just went out. Forwarding it your way in case you didn't get it. We'll also push out on social media.

Get Outlook for iOS

**From:** Jehling, Erica <Jehling.Erica@epa.gov>
**Sent:** Tuesday, March 4, 2025 12:13:41 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>
**Subject:** RE: Pending Grant Cancellations - $116M

Yes!

**From:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Sent:** Tuesday, March 4, 2025 12:13 PM
**To:** Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>
**Subject:** RE: Pending Grant Cancellations - $116M

We're working up a release right now. Can you hold on your tweet until the press release is out?

**Molly Vaseliou**
Associate Administrator for Public Affairs
Environmental Protection Agency

**From:** Jehling, Erica <Jehling.Erica@epa.gov>
**Sent:** Tuesday, March 4, 2025 12:12 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** Pending Grant Cancellations - $116M

Hi Molly,

Great news, we obtained alignment with political leadership to cancel 21 grants totaling $116M for the program "reducing embodied GHG Emissions for Construction Materials and Products" environmental product declaration assistance program.  Full descriptions below.

The start to an X Post

EPA cancels 21 pending grants totaling $116M for reducing GHG emissions for construction materials that do not align with the EPA's priorities.

Dan's team is working on processing these cancellations today, so I would not post today until it is complete.

Thanks,
Erica

| Applicant Name | Applicant Type | EPA Amount This Action: This Action | Project Title | Project Description |
|---|---|---|---|---|
| ROCHESTER INSTITUTE OF TECHNOLOGY | Private University | $1,298,635.00 | EPD Development for Construction Materials &amp; Products that Reduce Climate Change Impacts and Advance the Circular Economy | This agreement provides funding under the Inflation Reduction Act (IRA) to Rochester Institute of Technology. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will assist small construction material manufacturers who recapture &ldquo;waste&rdquo; to manufacture new materials and products. RIT will complete ISO-compliant LCAs using existing, modified or newly developed PCRs and facilitate EPD publication, then examine LCA results, assess improvement opportunities, and assist with implementation. RIT plans to review the process of conducting the LCAs and publishing the EPDs for any gaps or challenges. The project includes conducting a webinar for construction material manufacturers disseminating project results to industry practitioners, architects, builders, and other stakeholders, as well as submitting new upstream and downstream LCI data to the Federal LCA Commons. RIT aims to enhance the environmental impact data related to the production of construction materials and products, specifically those utilizing post-consumer waste. By providing technical assistance and conducting comprehensive life cycle assessments, the initiative seeks to promote a more circular economy, reduce landfill waste, conserve natural resources, and lower embodied carbon. RIT will partner with small manufacturers, such as KLAW Industries LLC and Pioneer Millworks Inc., to develop and publish EPDs for products like cement, concrete and reclaimed wood. The project will also address potential gaps in existing standards and processes, fostering greater adoption of sustainable materials across the construction industry. |
| t3622 - NATIONAL GLASS ASSOCIATION | Not for Profit | $2,146,625.00 | National Glass Association FR | This agreement provides funding under the Inflation Reduction Act (IRA) to the National Glass Association (NGA). This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will focus on collecting and updating LCI data for primary flat glass on a more regionalized basis with improved data quality. Also focus on development of an EPD generator tool for processed glass that will expand access and speed EPD development further into the product supply chain to glass fabricators. And, focus on providing technical, educational, and financial assistance to glass fabricator members for EPD development. Lastly, will improve the understanding about glass end-of-life and quality of LCA part D data, this subproject will work with glass recycling company members of NGA on several deconstruction projects to quantify glass recovery rates and track end-use outcomes for recycled glass. |
| t7534 - EIFS Industry Members Association | Not for Profit | $2,189,939.00 | EPD Assistance Grant - Exterior Insulation - EIFS | The EIFS Industry Members Association (EIMA) is a nonprofit trade association that represents the Exterior Insulation and Finish Systems (EIFS) industry, including suppliers, manufacturers, contractors, architects and other EIFS industry stakeholders. EIFS is an integrated, cost- |

| | | | | |
|---|---|---|---|---|
| | | | | effective, durable and highly energy-efficient exterior cladding system used broadly in construction projects in the U.S. EIMA will develop robust EPDs for EIFS products, producing a combination of industry-wide and facility-based EPDs. EIFS is a modern, multi-layer, durable, and highly energy-efficient exterior cladding solution used broadly in construction projects in the United States and internationally. It was introduced in the United States in 1969 and is used in a broad array of construction applications including housing, hospitals, casinos, hotels, shopping malls, schools, and many more private and commercial building uses. |
| t6083 - PORTLAND CEMENT ASSOCIATION | Not for Profit | $2,445,363.00 | Portland Cement Association (PCA)- Reducing Embodied Greenhouse Gas Emissions for Cementitious Materials | This agreement provides funding under the Inflation Reduction Act (IRA) to Portland Cement Association (PCA). This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will establish a rebate incentive program for manufacturers to develop and provided third party verified EPDs. Additionally, strives to develop industry-wide EPDs via one or more contracted consultants. Lastly, participate in the develop of the PCR for SCM and continue to provide educational aspects to stakeholders. |
| WEST VIRGINIA UNIVERSITY RESEARCH CORPORATION | Not for Profit | $2,486,224.00 | Technical Assistance Program to Reduce Embodied Greenhouse Gas Emissions for Construction Materials and Products | This agreement provides funding under the Inflation Reduction Act (IRA) to West Virginia University Research Corporation. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will provide technical assistance to West Virginia construction material manufacturers in developing EPDs under new and updated PCRs. This project will include onsite technical assistance, training, and workshops. Specifically, the project will support businesses in West Virginia and neighboring states to create robust EPDs through comprehensive life cycle assessments, with a focus on small businesses in rural and disadvantaged communities. The initiative will include industry-targeted outreach, database enhancement, on-site and off-site technical assistance, training workshops, webinars and community outreach. This multi-faceted approach is designed to lower emissions of hazardous and other locally impacting pollutants, thereby improving air quality and public health. The project will leverage existing networks and partnerships with organizations like the West Virginia Manufacturing Extension Partnership and the West Virginia Office of Economic Development. It will develop a baseline database of construction material manufacturers, distribute draft EPDs and guidance documents, and provide personalized on-site technical assistance through planned visits. Additionally, the project will engage businesses through conferences and create a public domain EPD sharing platform to make the knowledge and EPDs accessible to all. By helping businesses develop and verify EPDs, the project will enhance their competitiveness in supplying federal and institutional construction projects, thereby fostering economic growth and job creation. |

| | | | | |
|---|---|---|---|---|
| CORNELL UNIVERSITY | Private University | $2,499,999.00 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | This agreement provides funding under the Inflation Reduction Act (IRA) to Cornell University. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will address gaps and challenges in the deconstruction-to-reuse value chain by convening experts across academia, industry and nonprofit organizations. The group will develop a Salvaged Products Passport (SPP) that combines a robust EPD+ dataset with elements of a product catalog (or materials passport) to enable adoption of reuse by industry at scale.  With their project partners - the Cornell University Circular Construction Laboratory (CCL), Urban Machine (UM), Finger Lakes ReUse (FLR) and Build Reuse (BR) &ndash; the grantee will develop a process and template called Salvage EPD (SEPD) that will  function as a product catalog for salvaged materials when used with a materials passport. These two sources of documentation will form a Salvaged Products Passport (SPP). The goals of the SPP are to spur market demand, enable application and procurement of salvaged materials, increase the transparency of greenhouse gas data, and assist businesses in disclosing and verifying this data. |
| University of Texas at Austin | State Institution of Higher Learning | $3,268,757.00 | Uncertainty Assessment Framework for Robust PCRs of Salvaged and Remanufactured Construction Materials | This agreement provides funding under the Inflation Reduction Act (IRA) to The University of Texas at Austin. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will develop supply chain emission data sets for three salvage product categories: dimensional lumber, commercial doors and waste plastic. Using these data sets, The University of Texas at Austin intends to develop PCRs for salvaged materials and establish a framework for robust EPDs for salvaged materials. The project also includes an open-source toolkit for computing the environmental impacts of salvaged construction products and materials.<br><br>Partnering with Urban Machine, re:3D, Doors Unhinged, The Reuse People and Florida A&amp;M University, this project aims to develop robust product category rules (PCRs) for salvaged and remanufactured construction materials. The project seeks to quantify the greenhouse gas and air quality impacts associated with remanufacturing processes by conducting a comprehensive uncertainty assessment for materials such as dimensional lumber, commercial doors and 3D printed waste plastic. This data will help create transparent EPDs, enhancing confidence in the environmental benefits of using remanufactured materials over raw/virgin products. This project will contribute to reducing greenhouse gas emissions and to support a growing marketplace for sustainable construction materials. |
| t9814 - INTERNATIONAL CODE COUNCIL, INC. | Not for Profit | $3,500,000.00 | Northwest Building Sustainability Initiative: Enhancing EPD Development for Oregon and Washington Manufacturers | This agreement provides funding under the Inflation Reduction Act (IRA) to the International Code Council - Environmental Services. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient |

| | | | | |
|---|---|---|---|---|
| | | | | will develop robust EPDs in major material sectors such as: concrete, steel, wood, and emerging materials that currently do not have significant representation in the EPD market. |
| t9433 - EVANSTON REBUILDING WAREHOUSE | Not for Profit | $3,887,329.00 | Rebuilding Exchange - FR | This agreement provides funding under the Inflation Reduction Act (IRA) to Rebuilding Exchange. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will use data collected at its two reuse stores and through its deconstruction services to demonstrate the reduced embodied greenhouse gas in salvaged construction materials. Through this project, they will develop 25 EPDs, train 150 participants through a workforce training program, and share data online. The goal of the project is to enhance the quality of greenhouse gas data associated with salvaged materials, provide tools for other practitioners, create new/updated EPDs that demonstrate the significant embodied carbon reduction and other environmental impacts of salvaged materials, and spur market demand. |
| UNIVERSITY OF CALIFORNIA, DAVIS | State Institution of Higher Learning | $4,222,307.00 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | This agreement provides funding under the Inflation Reduction Act (IRA) to The University of California, Davis. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will develop guidance for new Product Category Rule (PCR) creation and Environmental Product Declaration (EPD) verification. The activities will expand EPD scope beyond cradle-to-gate and recommend

performance categories and functional categorization methods for fair, transparent material comparisons.


This project will target asphalt and concrete pavement materials. Technical guidance, online educational materials, and training for EPD developers and consumers will raise awareness about knowledge gaps, database inconsistencies, and decision-making approaches, including project life cycle assessment. Annual workshops will facilitate stakeholder communication, while educational materials and training for minority-serving colleges and community colleges in underserved census areas will increase workforce diversity in the construction materials sector. |
| t1259 - INTERNATIONAL LIVING FUTURE INSTITUTE | Not for Profit | $4,662,182.00 | Label Program for Advancing EPD Adoption | This agreement provides funding under the Inflation Reduction Act (IRA) to International Living Future Institute (ILFI). This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will develop &quot;Declare Environment,&quot; a new product label that will simplify the disclosure of complex EPD data. The project aims to increase EPD adoption, improve product environmental performance, and foster industry awareness. |

EPA_00038653

| | | | | |
|---|---|---|---|---|
| t8613 - AMERICAN WOOD COUNCIL | Not for Profit | $6,000,000.00 | AWC: Expanding data and enhancing transparency of U.S. Wood Products | This agreement provides funding under the Inflation Reduction Act (IRA) to the American Wood Council. This program is to support the development, enhanced standardization, and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will expand the amount of data and enhance transparency about U.S. wood product. |
| t6030 - COLLABORATIVE COMPOSITE SOLUTIONS CORP | Not for Profit | $6,000,000.00 | ACMA-IACMI CIRCLE FR | This agreement provides funding under the Inflation Reduction Act (IRA) to ACMA-IACMI CIRCLE Partnership. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient (ACMA and IACMI CIRCLE partnership) will deploy an industry-funded LCA-EPD generator and assist manufacturers in developing EPDs for composite construction materials and products. The project includes developing new Product Category Rules (PCRs) and modifying existing PCRs where needed, educating more than 200 manufacturers and their customers on the use of EPDs, and working with universities to develop gate-to-grave data that can be incorporated into EPDs. This project will address a current need as well as harmonize technological advancement with environmental responsibility and pave the way for a more sustainable future in construction and infrastructure. |
| t9952 - Hemp Building Institute | Not for Profit | $6,186,200.00 | Enabling Robust EPDs for Biogenic Building Materials | This agreement provides funding under the Inflation Reduction Act (IRA) to Hemp Building Institute. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will provide a baseline understanding of current EPDs and LCAs for biogenic materials, identification of improvement areas and standardized PCRs for biogenic materials, work with the existing PCR committee for Agricultural Crops to strengthen their work and create a robust cradle to gate PCR for agricultural crops used in building materials, design and develop an EPD generator, create a Measurement, Reporting and Verification (MRV) system, and develop training modules to conduct webinar training sessions to help industry create EPDs using their tool. |
| UNIVERSITY OF MASSACHUSETTS LOWELL | State Institution of Higher Learning | $6,371,426.00 | SteelEPD: Accelerating Steel Industry Sustainability through Robust Data and EPD Generation | This agreement provides funding under the Inflation Reduction Act (IRA) to University of Massachusetts. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will reduce the environmental impacts of domestic construction activity, steel production, and product manufacturing through increasing the quality, transparency, and geographic coverage of life cycle inventories and resultant EPDs representing steel products. |
| t9195 - NATIONAL READY-MIXED CONCRETE ASSOCIATION | Not for Profit | $9,632,293.00 | NRMCA Accelerating Concrete's Drive to Carbon Neutrality FR | This agreement provides funding under the Inflation Reduction Act (IRA) to National Ready-Mix Association (NRMCA). This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) |

EPA_00038654

| | | | | |
|---|---|---|---|---|
| | | | | which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will establish a reimbursement and or rebate program to provide incentives for manufacturers to develop EPDs. |
| t0497 - AMERICAN CENTER FOR LIFE CYCLE ASSESSMENT | Not for Profit | $9,696,503.00 | ACLCA Robust EPD three-pronged 'WED' Approach &ndash; Workforce development (W), EPD standardization (E), and Data integration and harmonization (D). | This agreement provides funding under the Inflation Reduction Act (IRA) to the American Center for Life Cycle Assessment. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will increase the number of practitioners in the field by establishing LCA competencies and other industry standards, enhancing EPD standardization across sectors by updating ACLCA&rsquo;s PCR Guidance and a PCR repository, and establishing a life cycle inventory data center to curate and support background data for use in PCRs. This project will yield an adoptable framework to reduce embodied greenhouse gas emissions in construction materials and products. |
| t9174 - PRESTRESSED CONCRETE INSTITUTE | Not for Profit | $9,975,000.00 | PCI FR | This agreement provides funding under the Inflation Reduction Act (IRA) to the Precast/ Prestressed Concrete Institute (PCI). This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which disclose the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal in conformance with international standards. This project focuses on updating the existing precast concrete Product Category Rule (PCR) and producing product-specific Environmental Product Declarations (EPDs) across three trade associations: PCI, the National Precast Concrete Association (NPCA) and the American Concrete Pipe Association (ACPA). It will entail updating the existing PCR, developing an EPD generator tool, and providing training and support to member companies for producing EPDs with the tool. The project also allows for the creation of EPDs under the current PCR while an update is conducted. The project will empower precast concrete manufacturers to develop and produce compliant EPDs, providing transparent and verifiable embodied carbon information to buyers and sellers of precast concrete. The project will partner with NPCA and ACPA to implement this project, reducing embodied greenhouse gas emissions in line with the Inflation Reduction Act and EPA guidelines. By enhancing the PCR and developing a new EPD generator tool, the project will support over 500 manufacturers in producing more than 1,500 new or updated EPDs and ultimately positioning the U.S. precast concrete industry as a leader in embodied carbon reporting and disclosures. |
| OKLAHOMA STATE UNIVERSITY | State Institution of Higher Learning | $9,990,311.00 | FY 25 Oklahoma State University EPD Assistance Grant | This agreement provides funding under the Inflation Reduction Act (IRA) to Oklahoma State University. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will lead the creation of the National Center for Sustainable Construction Materials to promote low carbon construction materials (LCCMs) and generate robust EPDs for materials such as asphalt, concrete, steel and their |

EPA_00038655

| | | | | |
|---|---|---|---|---|
| | | | | additives. In collaboration with 11 universities across the U.S., the project will provide extensive training, create educational programs, and design tools and incentives for adopting LCCMs in the market. It also focuses on developing benchmarking methods, identifying high-impact parameters beyond global warming potential, and integrating EPDs into construction specifications. The Center's efforts include K&ndash;12 outreach and workforce development to nurture future professionals in sustainable construction. |
| UNIVERSITY OF WASHINGTON | State Institution of Higher Learning | $9,990,668.00 | Validating and Expanding Research and Education for LCA Policy (VERE-LCA) | This agreement provides funding under the Inflation Reduction Act (IRA) to University of Washington. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will focus on advancing robust data for EPDs, and provide rigorous LCA training to students and professionals. |
| t7105 - NATIONAL ASPHALT PAVEMENT ASSOCIATION INC | Not for Profit | $10,000,000.00 | FY25 NAPA EPD Assistance | This agreement provides funding under the Inflation Reduction Act (IRA) to the National Asphalt Pavement Association. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will focus on: (1) making EPDs for asphalt mixtures more robust and broadly available by improving the existing EPD program and providing rebates for companies who publish EPDs; and (2) implementing workforce development and education programs on EPDs for asphalt mixtures. The NAPA project&rsquo;s key partners include Auburn University, the University of New Hampshire, Oklahoma State University, the University of Washington, the University of Nevada at Reno, Construction Partners Inc., and Lindy Paving. |

Message

**From:** Vaseliou, Molly [Vaseliou.Molly@epa.gov]
**Sent:** 3/4/2025 10:02:34 PM
**To:** Jehling, Erica [Jehling.Erica@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:** Fw: EPA Administrator Lee Zeldin Cancels 21 Additional Grants in 3rd Round of Cuts with DOGE, Saving Americans More than $116M

Get Outlook for iOS

---

**From:** EPA Press <EPAPress@govdelivery.epa.gov>
**Sent:** Tuesday, March 4, 2025 4:59:09 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** EPA Administrator Lee Zeldin Cancels 21 Additional Grants in 3rd Round of Cuts with DOGE, Saving Americans More than $116M

View as a webpage / Share

EPA.GOV/NEWSROOM

# EPA Administrator Lee Zeldin Cancels 21 Additional Grants in 3rd Round of Cuts with DOGE, Saving Americans More than $116M

**WASHINGTON** – Today, U.S. Environmental Protection Agency (EPA) Administrator Lee Zeldin, with the assistance of the Department of Government Efficiency (DOGE), identified and cancelled another 21 grants amounting to $116,449,761 total immediate taxpayer savings. The third round of EPA cuts in partnership with DOGE marks more than $287 million taxpayer dollars saved since the Administrator was sworn in 31 days ago.

"At EPA, we are working in partnership with DOGE to fulfill President Trump's promise to rein in wasteful federal spending. In just 31 days, our line-by-line review of agency spending has brought the total taxpayer dollars saved to more than $287 million. We will not stop until we ensure every taxpayer penny spent is to advance clean air, land and water and Power our Great American Comeback for all Americans," **Administrator Zeldin said**.

These grant cancellations represent more than $116 million saved as the EPA prioritizes policies aligned with President Trump's commitment to safeguard human health and the environment while reviving the economy and unleashing American energy dominance.

Last week, Administrator Zeldin announced the cancellation of 20 grants for wasteful DEI and environmental justice programs saving more than $60 million. Prior to that, the Administrator cancelled nine DEI and environmental justice contracts resulting in nearly $60 million of taxpayer savings, terminated a $50 million Biden-era environmental justice grant to the Climate Justice Alliance, ended more than a million dollars in media subscriptions, and uncovered extensive troubling developments with $20 billion in "gold bars" the Biden EPA parked at an outside financial institution to rush out the door and circumvent proper oversight. As has been reported, the Justice Department has an ongoing investigation regarding these funds.

EPA continues to work diligently to implement President Trump's executive orders and implementation memos.

## EPA.GOV

Stay Connected with EPA Office of the Administrator:

SUBSCRIBER SERVICES:

Manage Subscriptions  |  Unsubscribe All  |  Help

This email was sent to vaseliou.molly@epa.gov using govDelivery Communications Cloud on behalf of: EPA Office of the Administrator · 1200 Pennsylvania Ave NW, Washington, DC 20460





Message

| | |
|---|---|
| **From**: | Vaseliou, Molly [Vaseliou.Molly@epa.gov] |
| **Sent**: | 3/4/2025 10:02:34 PM |
| **To**: | Jehling, Erica [Jehling.Erica@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov] |
| **Subject**: | Fw: EPA Administrator Lee Zeldin Cancels 21 Additional Grants in 3rd Round of Cuts with DOGE, Saving Americans More than $116M |

Get Outlook for iOS

**From:** EPA Press <EPAPress@govdelivery.epa.gov>
**Sent:** Tuesday, March 4, 2025 4:59:09 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** EPA Administrator Lee Zeldin Cancels 21 Additional Grants in 3rd Round of Cuts with DOGE, Saving Americans More than $116M

View as a webpage / Share

EPA.GOV/NEWSROOM

# EPA Administrator Lee Zeldin Cancels 21 Additional Grants in 3rd Round of Cuts with DOGE, Saving Americans More than $116M

**WASHINGTON** – Today, U.S. Environmental Protection Agency (EPA) Administrator Lee Zeldin, with the assistance of the Department of Government Efficiency (DOGE), identified and cancelled another 21 grants amounting to $116,449,761 total immediate taxpayer savings. The third round of EPA cuts in partnership with DOGE marks more than $287 million taxpayer dollars saved since the Administrator was sworn in 31 days ago.

"At EPA, we are working in partnership with DOGE to fulfill President Trump's promise to rein in wasteful federal spending. In just 31 days, our line-by-line review of agency spending has brought the total taxpayer dollars saved to more than $287 million. We will not stop until we ensure every taxpayer penny spent is to advance clean air, land and water and Power our Great American Comeback for all Americans," **Administrator Zeldin said**.

These grant cancellations represent more than $116 million saved as the EPA prioritizes policies aligned with President Trump's commitment to safeguard human health and the environment while reviving the economy and unleashing American energy dominance.

Last week, Administrator Zeldin announced the cancellation of 20 grants for wasteful DEI and environmental justice programs saving more than $60 million. Prior to that, the Administrator cancelled nine DEI and environmental justice contracts resulting in nearly $60 million of taxpayer savings, terminated a $50 million Biden-era environmental justice grant to the Climate Justice Alliance, ended more than a million dollars in media subscriptions, and uncovered extensive troubling developments with $20 billion in "gold bars" the Biden EPA parked at an outside financial institution to rush out the door and circumvent proper oversight. As has been reported, the Justice Department has an ongoing investigation regarding these funds.

EPA continues to work diligently to implement President Trump's executive orders and implementation memos.

**EPA.GOV**

Stay Connected with EPA Office of the Administrator:



SUBSCRIBER SERVICES:

Manage Subscriptions  |  Unsubscribe All  |  Help

This email was sent to vaseliou.molly@epa.gov using govDelivery Communications Cloud on behalf of: EPA Office of the Administrator · 1200 Pennsylvania Ave NW, Washington, DC 20460 



Message

**From**:          Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**:          3/4/2025 10:06:29 PM
**To**:            Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:            Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject**:       Daily Summary Report of Grant Terminations as of 03/04/2025
**Attachments**:   Grant Terminatons List.xlsx; Grant Terminations Report 2025.03.04.pdf

Just shy of $200M.

Dan

**This document is produced in native format.**

**Original file name:**

**Grant Terminatons List.xlsx**

EPA_00038666 - EPA_00038677

**Grant Termination Summary Report**

Data compiled as of 03/04/2025

| Region/HQ | No. of Grants Awarded and Cancelled | Amount Awarded and Cancelled | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled | Amount Not Yet Awarded and Cancelled |
|---|---|---|---|---|---|
| R01 | 1 | $500,000 | $331,894 | 0 | $0 |
| R02 | 0 | $0 | $0 | 0 | $0 |
| R03 | 4 | $21,000,000 | $14,304,280 | 0 | $0 |
| R04 | 2 | $11,500,000 | $8,947,408 | 0 | $0 |
| R05 | 3 | $20,000,000 | $14,386,079 | 0 | $0 |
| R06 | 2 | $1,000,000 | $643,182 | 0 | $0 |
| R07 | 1 | $8,000,000 | $6,150,076 | 0 | $0 |
| R08 | 1 | $7,000,000 | $6,430,046 | 0 | $0 |
| R09 | 4 | $9,600,000 | $7,769,459 | 0 | $0 |
| R10 | 2 | $8,500,000 | $6,883,089 | 0 | $0 |
| HQ | 1 | $8,000,000 | $5,526,117 | 22 | $128,417,009 |
| **Total** | **21** | **$95,100,000** | **$71,371,630** | **22** | **$128,417,009** |



Total Amount Awarded and Cancelled by Region (%)

EPA_00038678

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/5/2025 7:02:02 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-05 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-05.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-05, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-05.xlsx**

Message

**From**: oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**: 3/5/2025 9:00:50 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**: Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From**: OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent**: 3/6/2025 7:01:03 PM
**To**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject**: Contract Terminations Daily Report with amounts 2025-03-06
**Attachments**: Contract_Terminations_withAmounts_2025-03-06.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-03-06, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

EPA_00038892

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-06.xlsx**

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/6/2025 9:00:29 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

___

**From**: Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**: 3/7/2025 4:55:59 PM
**To**: Jehling, Erica [Jehling.Erica@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject**: RE: Contracts to Cancel per 3.7.25 Meeting

Got it—I also have a note into OCFO so they are putting controls in ASAP on the 8 programs that Travis identified.

**From:** Jehling, Erica <Jehling.Erica@epa.gov>
**Sent:** Friday, March 7, 2025 11:55 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** Contracts to Cancel per 3.7.25 Meeting

Hi Dan,

Below is the list of contracts that Travis agreed we should cancel in the meeting. Can you please send to him for final written confirmation?

| PIID | Notes from EAS description | RECIPIENT NAME | DESCRIPTION | Ceiling Amount | Obligation Amount |
|---|---|---|---|---|---|
| 68HERH23F0165 | Communications / engagement / film making / graphic design for the following programs: Asthma Program, Emergency Preparedness, Response, and Recover Program, Healthy Indoor Environments in Schools Initiative, Household Energy and Clean Cooking Initiative, Indoor airPLUS, Radon Program, IAQ Science Program, Secondhand Smoke Program, Radiation Protectoin Division. | SCIENTIFIC CONSULTING GROUP INC | ORIA/IED COMMUNICATIONS, ENGAGEMENT AND GENERAL PROGRAM SUPPORT CALL ORDER WILL SUPPORT GENERAL COMMUNICATIONS AND OUTREACH FOR THE ASTHMA PROGRAM, INCLUDING SENDING EMAIL CAMPAIGNS AND MAINTAINING CONTACT LISTS, PROMOTING ASTHMA AWARENESS MONTH A | $10,414,457 | $2,266,712 |
| 68HERH24F0213 | The overall goal of this task order is to improve the technical and institutional capacity of developing countries in order for them to develop and report high-quality BTRs to meet Paris Agreement reporting requirements on a sustainable, timely basis. These high-quality BTRs will include the | ICF INCORPORATED, L.L.C. | CAPACITY-BUILDING TO SUPPORT DEVELOPING COUNTRY REPORTING UNDER THE PARIS AGREEMENT. PERIOD OF PERFORMANCE 4/10/2024 THROUGH 4/9/2025. COR KEYLE HORTON HORTON.KEYLE@EPA.GOV | $2,368,235 | $1,225,000 |

| | | | | | |
|---|---|---|---|---|---|
| | following key elements: 1) compiling GHG Inventories, specifically for the Agriculture, Forestry, and Other Land Use (AFOLU) sectors, 2) tracking progress towards meeting their NDCs, 3) developing GHG emissions and removals projections, and 4) tracking the implementation of policies and measures and their GHG emission reduction impacts. | | | | |
| 68HERH24F0350 | The purpose of this task order is to provide EPA's CPRC with assistance in offering ECCR-related training to EPA staff and managers to prevent difficult issues and controversies that may arise in their work, where possible, and to constructively discuss, address or resolve them when they do occur (per EPA's Policy on Alternative Dispute Resolution, Federal Register, volume 65, issue 249, 12/27/00). | EASTERN RESEARCH GROUP INC | CONFLICT PREVENTION AND RESOLUTION CENTER TRAINING JUST-IN-TIME SERVICES | $1,256,075 | $140,000 |
| 68HERH24F0193 | The EPA will work with other U.S. agencies and organizations to provide technical assistance to developing countries to: • Improve capacity to better estimate GHG emissions and sinks for the Energy, Industrial Product and Product Use (IPPU), and Waste sectors, including through development and use of estimation tools • This technical assistance will help developing countries build their capacity to meet Paris Agreement reporting requirements. Work under this task order will involve providing direct bilateral technical assistance for up to 20 authorized developing countries (or | EASTERN RESEARCH GROUP INC | ENERGY, IPPU AND WASTE SECTOR CAPACITY-BUILDING TO SUPPORT DEVELOPING COUNTRY GHG INVENTORY REPORTING UNDER THE PARIS AGREEMENT  COR: KEYLE HORTON ALT COR: JOHN STELLER | $1,586,296 | $696,691 |

| | | | | | |
|---|---|---|---|---|---|
| | more if regional approaches are proposed as the preferred implementation mechanism). | | | | |
| 68HERH23F0127 | The contractor will provide support including technical support, outreach support, project management support, and support for virtual and in-person meetings and events. (same as 68HERH23F0129) | ICF INCORPORATED, L.L.C. | | $1,530,202 | $648,475 |
| 68HERH22F0087 | Contractor will develop and implement a media campaign for SmartWay | THE CAUSEWAY AGENCY LLC | U.S. EPA SMARTWAY TRANSPORT PARTNERSHIP MARKETING, COMMUNICATION & OUTREACH SUPPORT FOR SMARTWAY PUBLIC SERVICE ANNOUNCEMENTS COR: JOANN JACKSON-STEPHENS ALT COR - PATRICE THORNTON | $920,726 | $556,004 |
| 68HERC24F0393 | This task order will provide a range of Environmental Collaboration and Conflict Resolution (ECCR) services including facilitation, coaching, strategic planning, database management and support, and evaluation services to the Conflict Prevention and Resolution Center (CPRC) in support of work performed under subject contract. The outcome of these services is specified in the tasks below or in technical direction issued for each project. Services for most tasks will occur in Headquarters unless otherwise specified. The task order is funded by the Office of Environmental Justice | EASTERN RESEARCH GROUP INC | ECCRS CONTRACT MANAGEMENT & SUPPORT JUST-IN-TIME SERVICES TASK ORDER 01 | $419,263 | $85,515 |

| | | | | | |
|---|---|---|---|---|---|
| | and External Civil Rights (OEJECR). | | | | |
| 68HERH22F0113 | Contractor will develop videos/films for communicating the value prop of SmartWay | THE CAUSEWAY AGENCY LLC | U.S. EPA SMARTWAY TRANSPORT PARTNERSHIP MARKETING, COMMUNICATION & OUTREACH SUPPORT - SMARTWAY FILM AND VIDEO PRODUCTION COR JOANN JACKSON-STEPHENS | $428,333 | $196,314 |
| 68HE0324F0042 | The purpose of this Task Order is to describe the tasks related to delivering Technical Assistance (TA) to Eligible Entities related to Eligible Activities under the Environmental and Climate Justice Grant (ECJ) Program.  TA includes but is not limited to project planning assistance to Eligible Entities for pre-award and general activities related to the ECJ Program as appropriate.  In addition, under this Task Order, services and support may be provided to EPA to carry out the ECJ Program.  Administrative support and services to be provided to EPA generally includes pre-award support to carrying out the ECJ Program | GMG MANAGEMENT CONSULTING INC. | THE CONTRACTOR WILL PROVIDE SUPPORT IN MANAGING PRE-AWARD ACTIVITIES FOR EJ GRANTS. | $75,021 | $75,021 |

| Ceiling - Obligation (Savings) | Funding Office Name | Award Date | Period of performance end date |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| $8,147,745 | OFC FOR AIR RAD (OAR) (FUNDING) | 7/15/2024 | 4/23/2025 |
| $1,143,235 | OFC FOR AIR RAD (OAR) (FUNDING) | 12/20/2024 | 10/9/2025 |
| $1,116,075 | OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJECR) | 1/18/2025 | 5/27/2029 |
| $889,605 | OFC FOR AIR RAD (OAR) (FUNDING) | #N/A | #N/A |
| $881,727 | | 12/6/2024 | 9/15/2025 |
| $364,723 | OFC FOR AIR RAD (OAR) (FUNDING) | 11/4/2024 | 1/2/2026 |

| | | | |
|---|---|---|---|
| $333,747 | OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJECR) | 6/7/2024 | 6/6/2025 |
| $232,019 | OFC FOR AIR  RAD (OAR) (FUNDING) | 11/15/2024 | 1/31/2026 |
| $0 | REGION 3 (FUNDING OFFICE) | 2/20/2025 | 6/5/2025 |

Thanks,
Erica

Message

**From:** Jehling, Erica [Jehling.Erica@epa.gov]
**Sent:** 3/7/2025 5:28:21 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:** Grant notes from 3.7.25
**Attachments:** CFDA_CGER_Process.xlsx

Hi Dan,

Attached is the updated CFDA_CGER spreadsheet.  In column G I added the updated notes from today for both sets that we reviewed.

Per Travis, can you please add a column that shows the total appropriated budget for each program to recalc the savings?

Thanks,
Erica

**This document is produced in native format.**

**Original file name:**

**CFDA_CGER_Process.xlsx**

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/7/2025 7:20:50 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-07 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-07.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-07, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-07.xlsx**

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/7/2025 9:01:14 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

EPA_00040823 - EPA_00040894

Message

**From:**    Jehling, Erica [Jehling.Erica@epa.gov]
**Sent:**    3/7/2025 9:44:42 PM
**To:**    Coogan, Daniel [Coogan.Daniel@epa.gov]
**CC:**    Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:**    RE: Contracts to Terminate for Convenience

Can they just modify as recommended rather than holding on doing anything? I do appreciate the guidance and reduction in scope on the 1ˢᵗ one while still saving significant tax payer $$.

There isn't a reason for holding on this one : <mark>68HERH23F0127    Reviewed previously by Abbie Tardif and set as "**pending policy direction**" not</mark>

It's not clear what the proposed modification is on <mark>68HERH24F0213    Reviewed previously by Abbie Tardif and set for "**modification**" not termination.</mark>

Thanks,
Erica

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 4:41 PM
**To:** Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** FW: Contracts to Terminate for Convenience

FYI, OAR is going to push back on a few of these. Do you want me to ask my team to hold on terminating?

**From:** Marusiak, Eleanor <Marusiak.Eleanor@epa.gov>
**Sent:** Friday, March 7, 2025 4:31 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Shaw, Betsy <Shaw.Betsy@epa.gov>
**Subject:** RE: Contracts to Terminate for Convenience

Hi Dan,

We will likely need your help on this list of terminations highlighted below. Betsy has this in front of our political folks right now, but not sure when we get a response.

Short List of OAR Contracts on termination list below

1.    <mark>68HERH23F0165    NEW    Our recommendation is to **modify** this contract because there are significant critical services including emergency response (covered by the Agency's overall statutory authorities) to natural disasters --including wildfires, flooding, loss of power, hurricanes etc ---and helping get word out on dangers to public health from these events such as threats to citizens with asthma or other chronic breathing conditions. Radon services are also critical since this is the second leading cause of lung cancer in the country. (Radon Abatement Act) We can continue these critical services with a reduced amount of $4.7M (down from $8.2M) and were already in the process of modifying this contract based on the priorities of the new Administrator.</mark>

2.    <mark>68HERH24F0213    Reviewed previously by Abbie Tardif and set for "**modification**" not termination.</mark>

3.    68HERH24F0193    Reviewed previously by Abbie Tardif and **slated for termination**.

4.    ==68HERH23F0127    Reviewed previously by Abbie Tardif and set as "**pending policy direction**" not termination.==

5.    68HERH22F0087 and 68HERH22F0113 NEW Our **recommendation is termination** for convenience.

Thanks for your assistance, we can send official word when it arrives, but meanwhile we appreciate your help.

Eleanor

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 1:25 PM
**To:** Shaw, Betsy <Shaw.Betsy@epa.gov>; Hyde, Courtney <Hyde.Courtney@epa.gov>; Segovia, Theresa <Segovia.Theresa@epa.gov>; Park, Susan <Park.Susan@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; White, Lisa <WHITE.LISA@EPA.GOV>
**Subject:** Contracts to Terminate for Convenience

All, a head's up that leadership provided direction to terminate the following contracts, some of which support your programs. We will be issuing the terminations today.

| PIID | Notes from EAS description | RECIPIENT NAME | DESCRIPTION | Ceiling Amount | Obligation Amount |
|---|---|---|---|---|---|
| 68HERH23F0165 | Communications / engagement / film making / graphic design for the following programs: Asthma Program, Emergency Preparedness, Response, and Recover Program, Healthy Indoor Environments in Schools Initiative, Household Energy and Clean Cooking Initiative, Indoor airPLUS, Radon Program, IAQ Science Program, Secondhand Smoke Program, Radiation Protectoin Division. | SCIENTIFIC CONSULTING GROUP INC | ORIA/IED COMMUNICATIONS, ENGAGEMENT AND GENERAL PROGRAM SUPPORT CALL ORDER WILL SUPPORT GENERAL COMMUNICATIONS AND OUTREACH FOR THE ASTHMA PROGRAM, INCLUDING SENDING EMAIL CAMPAIGNS AND MAINTAINING CONTACT LISTS, PROMOTING ASTHMA AWARENESS MONTH A | $10,414,457 | $2,266,712 |
| 68HERH24F0213 | The overall goal of this task order is to improve the technical and institutional capacity of developing countries in order for them to develop and report high-quality BTRs to meet Paris Agreement reporting requirements on a sustainable, timely basis. These high-quality BTRs will include the | ICF INCORPORATED, L.L.C. | CAPACITY-BUILDING TO SUPPORT DEVELOPING COUNTRY REPORTING UNDER THE PARIS AGREEMENT. PERIOD OF PERFORMANCE 4/10/2024 THROUGH 4/9/2025. COR KEYLE HORTON HORTON.KEYLE@EPA.GOV | $2,368,235 | $1,225,000 |

EPA_00040896

| | | | | |
|---|---|---|---|---|
| | following key elements: 1) compiling GHG Inventories, specifically for the Agriculture, Forestry, and Other Land Use (AFOLU) sectors, 2) tracking progress towards meeting their NDCs, 3) developing GHG emissions and removals projections, and 4) tracking the implementation of policies and measures and their GHG emission reduction impacts. | | | |
| 68HERH24F0350 | The purpose of this task order is to provide EPA's CPRC with assistance in offering ECCR-related training to EPA staff and managers to prevent difficult issues and controversies that may arise in their work, where possible, and to constructively discuss, address or resolve them when they do occur (per EPA's Policy on Alternative Dispute Resolution, Federal Register, volume 65, issue 249, 12/27/00). | EASTERN RESEARCH GROUP INC | CONFLICT PREVENTION AND RESOLUTION CENTER TRAINING JUST-IN-TIME SERVICES | $1,256,075 | $140,000 |
| 68HERH24F0193 | The EPA will work with other U.S. agencies and organizations to provide technical assistance to developing countries to: • Improve capacity to better estimate GHG emissions and sinks for the Energy, Industrial Product and Product Use (IPPU), and Waste sectors, including through development and use of estimation tools • This technical assistance will help developing countries build their capacity to meet Paris Agreement reporting requirements. Work under this task order will involve providing direct bilateral technical assistance for up to 20 authorized developing countries (or | EASTERN RESEARCH GROUP INC | ENERGY, IPPU AND WASTE SECTOR CAPACITY-BUILDING TO SUPPORT DEVELOPING COUNTRY GHG INVENTORY REPORTING UNDER THE PARIS AGREEMENT  COR: KEYLE HORTON ALT COR: JOHN STELLER | $1,586,296 | $696,691 |

| | more if regional approaches are proposed as the preferred implementation mechanism). | | | | |
|---|---|---|---|---|---|
| 68HERH23F0127 | The contractor will provide support including technical support, outreach support, project management support, and support for virtual and in-person meetings and events. (same as 68HERH23F0129) | ICF INCORPORATED, L.L.C. | | $1,530,202 | $648,475 |
| 68HERH22F0087 | Contractor will develop and implement a media campaign for SmartWay | THE CAUSEWAY AGENCY LLC | U.S. EPA SMARTWAY TRANSPORT PARTNERSHIP MARKETING, COMMUNICATION & OUTREACH SUPPORT FOR SMARTWAY PUBLIC SERVICE ANNOUNCEMENTS COR: JOANN JACKSON-STEPHENS ALT COR - PATRICE THORNTON | $920,726 | $556,004 |
| 68HERC24F0393 | This task order will provide a range of Environmental Collaboration and Conflict Resolution (ECCR) services including facilitation, coaching, strategic planning, database management and support, and evaluation services to the Conflict Prevention and Resolution Center (CPRC) in support of work performed under subject contract. The outcome of these services is specified in the tasks below or in technical direction issued for each project. Services for most tasks will occur in Headquarters unless otherwise specified. The task order is funded by the Office of Environmental Justice | EASTERN RESEARCH GROUP INC | ECCRS CONTRACT MANAGEMENT & SUPPORT JUST-IN-TIME SERVICES TASK ORDER 01 | $419,263 | $85,515 |

| | | | | | |
|---|---|---|---|---|---|
| | and External Civil Rights (OEJECR). | | | | |
| 68HERH22F0113 | Contractor will develop videos/films for communicating the value prop of SmartWay | THE CAUSEWAY AGENCY LLC | U.S. EPA SMARTWAY TRANSPORT PARTNERSHIP MARKETING, COMMUNICATION & OUTREACH SUPPORT - SMARTWAY FILM AND VIDEO PRODUCTION COR JOANN JACKSON-STEPHENS | $428,333 | $196,314 |
| 68HE0324F0042 | The purpose of this Task Order is to describe the tasks related to delivering Technical Assistance (TA) to Eligible Entities related to Eligible Activities under the Environmental and Climate Justice Grant (ECJ) Program.  TA includes but is not limited to project planning assistance to Eligible Entities for pre-award and general activities related to the ECJ Program as appropriate.  In addition, under this Task Order, services and support may be provided to EPA to carry out the ECJ Program.  Administrative support and services to be provided to EPA generally includes pre-award support to carrying out the ECJ Program | GMG MANAGEMENT CONSULTING INC. | THE CONTRACTOR WILL PROVIDE SUPPORT IN MANAGING PRE-AWARD ACTIVITIES FOR EJ GRANTS. | $75,021 | $75,021 |

| Ceiling - Obligation (Savings) | Funding Office Name | Award Date | Period of performance end date |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| $8,147,745 | OFC FOR AIR RAD (OAR) (FUNDING) | 7/15/2024 | 4/23/2025 |
| $1,143,235 | OFC FOR AIR RAD (OAR) (FUNDING) | 12/20/2024 | 10/9/2025 |
| $1,116,075 | OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJECR) | 1/18/2025 | 5/27/2029 |
| $889,605 | OFC FOR AIR RAD (OAR) (FUNDING) | #N/A | #N/A |
| $881,727 | | 12/6/2024 | 9/15/2025 |
| $364,723 | OFC FOR AIR RAD (OAR) (FUNDING) | 11/4/2024 | 1/2/2026 |

| | | | |
|---|---|---|---|
| $333,747 | OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJECR) | 6/7/2024 | 6/6/2025 |
| $232,019 | OFC FOR AIR RAD (OAR) (FUNDING) | 11/15/2024 | 1/31/2026 |
| $0 | REGION 3 (FUNDING OFFICE) | 2/20/2025 | 6/5/2025 |

Message

**From:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:** 3/7/2025 9:52:56 PM
**To:** Jehling, Erica [Jehling.Erica@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:** RE: Contracts to Terminate for Convenience

Got it—we'll move forward with this approach.

**From:** Jehling, Erica <Jehling.Erica@epa.gov>
**Sent:** Friday, March 7, 2025 4:52 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** RE: Contracts to Terminate for Convenience

Yes!

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 4:51 PM
**To:** Jehling, Erica <Jehling.Erica@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** FW: Contracts to Terminate for Convenience

I think this is a reasonable compromise. Fair?

**From:** Marusiak, Eleanor <Marusiak.Eleanor@epa.gov>
**Sent:** Friday, March 7, 2025 4:49 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Shaw, Betsy <Shaw.Betsy@epa.gov>; Tardif, Abigale (Abbie) <Tardif.Abigale@epa.gov>; Dominguez, Alexander <dominguez.alexander@epa.gov>
**Subject:** RE: Contracts to Terminate for Convenience

Dan,

Thanks for your patience. We have direction from the political team.  We would like to modify the contract 68HERH23F0165 (number 1) and you can see our justification below.  Those highlighted in blue can now be terminated for convenience.

Please let me know if there are any questions.

Eleanor

Eleanor Marusiak
Deputy Director
Office of Program Management Operations
Office of Air and Radiation, USEPA
Contact me on Teams!


**From:** Marusiak, Eleanor
**Sent:** Friday, March 7, 2025 4:31 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Shaw, Betsy <Shaw.Betsy@epa.gov>
**Subject:** RE: Contracts to Terminate for Convenience

Hi Dan,

We will likely need your help on this list of terminations highlighted below. Betsy has this in front of our political folks right now, but not sure when we get a response.

Short List of OAR Contracts on termination list below

1.     68HERH23F0165     NEW   Our recommendation is to **modify** this contract because there are significant critical services including emergency response (covered by the Agency's overall statutory authorities) to natural disasters --including wildfires, flooding, loss of power, hurricanes etc ---and helping get word out on dangers to public health from these events such as threats to citizens with asthma or other chronic breathing conditions.  Radon services are also critical since this is the second leading cause of lung cancer in the country. (Radon Abatement Act) We can continue these critical services with a reduced amount of $4.7M (down from $8.2M) and were already in the process of modifying this contract based on the priorities of the new Administrator.

2.     68HERH24F0213     Reviewed previously by Abbie Tardif and set for "**modification**" not termination.

3.     68HERH24F0193     Reviewed previously by Abbie Tardif and **slated for termination**.

4.     68HERH23F0127     Reviewed previously by Abbie Tardif and set as "**pending policy direction**" not termination.

5.     68HERH22F0087 and 68HERH22F0113 NEW Our **recommendation is termination** for convenience.

Thanks for your assistance, we can send official word when it arrives, but meanwhile we appreciate your help.

Eleanor

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 1:25 PM
**To:** Shaw, Betsy <Shaw.Betsy@epa.gov>; Hyde, Courtney <Hyde.Courtney@epa.gov>; Segovia, Theresa <Segovia.Theresa@epa.gov>; Park, Susan <Park.Susan@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; White, Lisa <WHITE.LISA@EPA.GOV>
**Subject:** Contracts to Terminate for Convenience

All, a head's up that leadership provided direction to terminate the following contracts, some of which support your programs. We will be issuing the terminations today.

| PIID | Notes from EAS description | RECIPIENT NAME | DESCRIPTION | Ceiling Amount | Obligation Amount |
|------|----------------------------|----------------|-------------|----------------|-------------------|
|      |                            |                |             |                |                   |

| | | | | | |
|---|---|---|---|---|---|
| 68HERH23F0165 | Communications / engagement / film making / graphic design for the following programs: Asthma Program, Emergency Preparedness, Response, and Recover Program, Healthy Indoor Environments in Schools Initiative, Household Energy and Clean Cooking Initiative, Indoor airPLUS, Radon Program, IAQ Science Program, Secondhand Smoke Program, Radiation Protectoin Division. | SCIENTIFIC CONSULTING GROUP INC | ORIA/IED COMMUNICATIONS, ENGAGEMENT AND GENERAL PROGRAM SUPPORT CALL ORDER WILL SUPPORT GENERAL COMMUNICATIONS AND OUTREACH FOR THE ASTHMA PROGRAM, INCLUDING SENDING EMAIL CAMPAIGNS AND MAINTAINING CONTACT LISTS, PROMOTING ASTHMA AWARENESS MONTH A | $10,414,457 | $2,266,712 |
| 68HERH24F0213 | The overall goal of this task order is to improve the technical and institutional capacity of developing countries in order for them to develop and report high-quality BTRs to meet Paris Agreement reporting requirements on a sustainable, timely basis. These high-quality BTRs will include the following key elements: 1) compiling GHG Inventories, specifically for the Agriculture, Forestry, and Other Land Use (AFOLU) sectors, 2) tracking progress towards meeting their NDCs, 3) developing GHG emissions and removals projections, and 4) tracking the implementation of policies and measures and their GHG emission reduction impacts. | ICF INCORPORATED, L.L.C. | CAPACITY-BUILDING TO SUPPORT DEVELOPING COUNTRY REPORTING UNDER THE PARIS AGREEMENT. PERIOD OF PERFORMANCE 4/10/2024 THROUGH 4/9/2025. COR KEYLE HORTON HORTON.KEYLE@EPA.GOV | $2,368,235 | $1,225,000 |
| 68HERH24F0350 | The purpose of this task order is to provide EPA's CPRC with assistance in offering ECCR-related training to EPA staff and managers to prevent difficult issues that may arise in their work, where possible, and to constructively discuss, address or resolve them when they do occur (per | EASTERN RESEARCH GROUP INC | CONFLICT PREVENTION AND RESOLUTION CENTER TRAINING JUST-IN-TIME SERVICES | $1,256,075 | $140,000 |

| | | | | |
|---|---|---|---|---|
| | EPA's Policy on Alternative Dispute Resolution, Federal Register, volume 65, issue 249, 12/27/00). | | | |
| 68HERH24F0193 | The EPA will work with other U.S. agencies and organizations to provide technical assistance to developing countries to: • Improve capacity to better estimate GHG emissions and sinks for the Energy, Industrial Product and Product Use (IPPU), and Waste sectors, including through development and use of estimation tools • This technical assistance will help developing countries build their capacity to meet Paris Agreement reporting requirements. Work under this task order will involve providing direct bilateral technical assistance for up to 20 authorized developing countries (or more if regional approaches are proposed as the preferred implementation mechanism). | EASTERN RESEARCH GROUP INC | ENERGY, IPPU AND WASTE SECTOR CAPACITY-BUILDING TO SUPPORT DEVELOPING COUNTRY GHG INVENTORY REPORTING UNDER THE PARIS AGREEMENT  COR: KEYLE HORTON ALT COR: JOHN STELLER | $1,586,296 | $696,691 |
| 68HERH23F0127 | The contractor will provide support including technical support, outreach support, project management support, and support for virtual and in-person meetings and events.  (same as 68HERH23F0129) | ICF INCORPORATED, L.L.C. | | $1,530,202 | $648,475 |
| 68HERH22F0087 | Contractor will develop and implement a media campaign for SmartWay | THE CAUSEWAY AGENCY LLC | U.S. EPA SMARTWAY TRANSPORT PARTNERSHIP MARKETING, COMMUNICATION & OUTREACH SUPPORT FOR SMARTWAY PUBLIC SERVICE ANNOUNCEMENTS COR: JOANN JACKSON-STEPHENS ALT COR - PATRICE THORNTON | $920,726 | $556,004 |

| | | | | | |
|---|---|---|---|---|---|
| 68HERC24F0393 | This task order will provide a range of Environmental Collaboration and Conflict Resolution (ECCR) services including facilitation, coaching, strategic planning, database management and support, and evaluation services to the Conflict Prevention and Resolution Center (CPRC) in support of work performed under subject contract. The outcome of these services is specified in the tasks below or in technical direction issued for each project. Services for most tasks will occur in Headquarters unless otherwise specified. The task order is funded by the Office of Environmental Justice and External Civil Rights (OEJECR). | EASTERN RESEARCH GROUP INC | ECCRS CONTRACT MANAGEMENT & SUPPORT JUST-IN-TIME SERVICES TASK ORDER 01 | $419,263 | $85,515 |
| 68HERH22F0113 | Contractor will develop videos/films for communicating the value prop of SmartWay | THE CAUSEWAY AGENCY LLC | U.S. EPA SMARTWAY TRANSPORT PARTNERSHIP MARKETING, COMMUNICATION & OUTREACH SUPPORT - SMARTWAY FILM AND VIDEO PRODUCTION COR JOANN JACKSON-STEPHENS | $428,333 | $196,314 |
| 68HE0324F0042 | The purpose of this Task Order is to describe the tasks related to delivering Technical Assistance (TA) to Eligible Entities related to Eligible Activities under the Environmental and Climate Justice Grant (ECJ) Program. TA includes but is not limited to project planning assistance to Eligible Entities for pre-award and general activities related to the ECJ Program as appropriate. In addition, under this Task Order, services and support may be provided to EPA to carry out the ECJ | GMG MANAGEMENT CONSULTING INC. | THE CONTRACTOR WILL PROVIDE SUPPORT IN MANAGING PRE-AWARD ACTIVITIES FOR EJ GRANTS. | $75,021 | $75,021 |

| | |
|---|---|
| | Program. Administrative support and services to be provided to EPA generally includes pre-award support to carrying out the ECJ Program |

| Ceiling - Obligation (Savings) | Funding Office Name | Award Date | Period of performance end date |
|---|---|---|---|
| $8,147,745 | OFC FOR AIR RAD (OAR) (FUNDING) | 7/15/2024 | 4/23/2025 |
| $1,143,235 | OFC FOR AIR RAD (OAR) (FUNDING) | 12/20/2024 | 10/9/2025 |
| $1,116,075 | OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJECR) | 1/18/2025 | 5/27/2029 |

| | | | |
|---|---|---|---|
| $889,605 | OFC FOR AIR RAD (OAR) (FUNDING) | #N/A | #N/A |
| $881,727 | | 12/6/2024 | 9/15/2025 |
| $364,723 | OFC FOR AIR RAD (OAR) (FUNDING) | 11/4/2024 | 1/2/2026 |
| $333,747 | OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJECR) | 6/7/2024 | 6/6/2025 |
| $232,019 | OFC FOR AIR RAD (OAR) (FUNDING) | 11/15/2024 | 1/31/2026 |
| $0 | REGION 3 (FUNDING OFFICE) | 2/20/2025 | 6/5/2025 |

Message

**From**: Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**: 3/7/2025 10:01:46 PM
**To**: Jehling, Erica [Jehling.Erica@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject**: Daily Summary Report of Grant Terminations as of 03/07/2025
**Attachments**: Grant Termination List.xlsx; Grant Terminations Report 2025.03.07.pdf

$202 million

**This document is produced in native format.**

**Original file name:**

**Grant Termination List.xlsx**

**Grant Termination Summary Report**

Data compiled as of 03/07/2025

| Region/HQ | No. of Grants Awarded and Cancelled | Amount Awarded and Cancelled | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled | Amount Not Yet Awarded and Cancelled |
|---|---|---|---|---|---|
| R01 | 1 | $500,000 | $331,894 | 0 | $0 |
| R02 | 0 | $0 | $0 | 0 | $0 |
| R03 | 4 | $21,000,000 | $14,304,280 | 0 | $0 |
| R04 | 2 | $11,500,000 | $8,947,408 | 0 | $0 |
| R05 | 3 | $20,000,000 | $14,386,079 | 0 | $0 |
| R06 | 2 | $1,000,000 | $643,182 | 0 | $0 |
| R07 | 1 | $8,000,000 | $6,150,076 | 0 | $0 |
| R08 | 1 | $7,000,000 | $6,430,046 | 0 | $0 |
| R09 | 4 | $9,600,000 | $7,769,459 | 0 | $0 |
| R10 | 2 | $8,500,000 | $6,883,089 | 0 | $0 |
| HQ | 4 | $9,499,413 | $6,743,841 | 25 | $129,617,409 |
| **Total** | **24** | **$96,599,413** | **$72,589,353** | **25** | **$129,617,409** |



Message

**From:** OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:** 3/8/2025 7:01:52 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:** Contract Terminations Daily Report with amounts 2025-03-08
**Attachments:** Contract_Terminations_withAmounts_2025-03-08.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-03-08, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-08.xlsx**

Message

**From**: oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**: 3/8/2025 9:00:57 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**: Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From:** OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:** 3/17/2025 6:01:52 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:** Contract Terminations Daily Report with amounts 2025-03-17
**Attachments:** Contract_Terminations_withAmounts_2025-03-17.xlsx

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-17, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-17.xlsx**

Message

**From:** Jehling, Erica [Jehling.Erica@epa.gov]
**Sent:** 3/9/2025 3:23:15 AM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:** RE: Contracts to Terminate for Convenience

Hi Dan,

I just realized that we missed 2 OEJECR contracts. They were not on the Qlik dashboard, but were on my original contract review sheet.

Can we add these to the list below?

| PIID | Notes from EAS description | RECIPIENT_NAME | DESCRIPTION | Ceiling Amount | Obligation Amount | Ceiling - Obligation (Savings) |
|------|---------------------------|----------------|-------------|----------------|-------------------|-------------------------------|
| 68HERH24F0289 | General mission support for OEJECR. Support includes: 1. Develop comprehensive external communication approaches 2. Provide recommendations to provide access and engagement for persons with disabilities 3. Develop a reporting system to collect data on Justice40, the EJ Scorecard, and other EJECR reporting asks across the agency. | DELOITTE CONSULTING LLP | OEJECR STRATEGIC ORGANIZATIONAL TRANSFORMATION MISSION SUPPORT (SOTMS). | $6,524,618 | $3,262,309 | $3,262,309 |
| 68HERH24F0414 | The purpose of this task order is to provide the OEJECR and our regional teams with assistance in implementing consultation, collaboration, public engagement, dispute prevention, dispute resolution activities so that difficult issues and controversies | EASTERN RESEARCH GROUP INC | NEW TASK ORDER ON CONTRACT 68HERC24D0006, ENTITLED OEJECR EJ COMMUNITY ENGAGEMENT GENERAL SUPPORT. | $1,195,955 | $1,175,000 | $20,955 |

| | | | | | |
|---|---|---|---|---|---|
| can be avoided, where possible, and constructively discussed, addressed, or resolved when they do occur. This assistance can take a variety of forms including, but not limited to, providing conflict resolution advice and just-in-time coaching, facilitating meetings and group processes, analyzing, and mediating disputes, and designing and implementing collaborative efforts such as consensus building and multiparty decision making. | | | | | |

| Funding Office Name |
|---|
| OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJECR) |
| OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJECR) |

Thanks,
Erica

**From:** Jehling, Erica
**Sent:** Friday, March 7, 2025 4:52 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** RE: Contracts to Terminate for Convenience

Yes!

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 4:51 PM
**To:** Jehling, Erica <Jehling.Erica@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** FW: Contracts to Terminate for Convenience

I think this is a reasonable compromise. Fair?

**From:** Marusiak, Eleanor <Marusiak.Eleanor@epa.gov>
**Sent:** Friday, March 7, 2025 4:49 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Shaw, Betsy <Shaw.Betsy@epa.gov>; Tardif, Abigale (Abbie) <Tardif.Abigale@epa.gov>; Dominguez, Alexander <dominguez.alexander@epa.gov>
**Subject:** RE: Contracts to Terminate for Convenience

Dan,

Thanks for your patience. We have direction from the political team.  We would like to modify the contract 68HERH23F0165 (number 1) and you can see our justification below.  Those highlighted in blue can now be terminated for convenience.

Please let me know if there are any questions.

Eleanor

Eleanor Marusiak
Deputy Director
Office of Program Management Operations
Office of Air and Radiation, USEPA
Contact me on Teams!

**From:** Marusiak, Eleanor
**Sent:** Friday, March 7, 2025 4:31 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Shaw, Betsy <Shaw.Betsy@epa.gov>
**Subject:** RE: Contracts to Terminate for Convenience

Hi Dan,

We will likely need your help on this list of terminations highlighted below. Betsy has this in front of our political folks right now, but not sure when we get a response.

Short List of OAR Contracts on termination list below

1.    68HERH23F0165     NEW    Our recommendation is to **modify** this contract because there are significant critical services including emergency response (covered by the Agency's overall statutory authorities) to natural disasters --including wildfires, flooding, loss of power, hurricanes etc ---and helping get word out on dangers to public health from these events such as threats to citizens with asthma or other chronic breathing conditions.  Radon services are also critical since this is the second leading cause of lung cancer in the country. (Radon Abatement Act) We can continue these critical services with a reduced amount of $4.7M (down from $8.2M) and were already in the process of modifying this contract based on the priorities of the new Administrator.

2.     68HERH24F0213     Reviewed previously by Abbie Tardif and set for "**modification**" not termination.

3.     68HERH24F0193     Reviewed previously by Abbie Tardif and **slated for termination**.

4.     68HERH23F0127     Reviewed previously by Abbie Tardif and set as "**pending policy direction**" not termination.

5.     68HERH22F0087 and 68HERH22F0113 NEW Our **recommendation is termination** for convenience.

Thanks for your assistance, we can send official word when it arrives, but meanwhile we appreciate your help.

Eleanor

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 7, 2025 1:25 PM
**To:** Shaw, Betsy <Shaw.Betsy@epa.gov>; Hyde, Courtney <Hyde.Courtney@epa.gov>; Segovia, Theresa <Segovia.Theresa@epa.gov>; Park, Susan <Park.Susan@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; White, Lisa <WHITE.LISA@EPA.GOV>
**Subject:** Contracts to Terminate for Convenience

All, a head's up that leadership provided direction to terminate the following contracts, some of which support your programs. We will be issuing the terminations today.

| PIID | Notes from EAS description | RECIPIENT NAME | DESCRIPTION | Ceiling Amount | Obligation Amount |
|------|----------------------------|----------------|-------------|----------------|-------------------|
| 68HERH23F0165 | Communications / engagement / film making / graphic design for the following programs: Asthma Program, Emergency Preparedness, Response, and Recover Program, Healthy Indoor Environments in Schools Initiative, Household Energy and Clean Cooking Initiative, Indoor airPLUS, Radon Program, IAQ Science Program, Secondhand Smoke Program, | SCIENTIFIC CONSULTING GROUP INC | ORIA/IED COMMUNICATIONS, ENGAGEMENT AND GENERAL PROGRAM SUPPORT CALL ORDER WILL SUPPORT GENERAL COMMUNICATIONS AND OUTREACH FOR THE ASTHMA PROGRAM, INCLUDING SENDING EMAIL CAMPAIGNS AND MAINTAINING CONTACT LISTS, PROMOTING ASTHMA AWARENESS MONTH A | $10,414,457 | $2,266,712 |

EPA_00041041

| | | | | | |
|---|---|---|---|---|---|
| | Radiation Protectoin Division. | | | | |
| 68HERH24F0213 | The overall goal of this task order is to improve the technical and institutional capacity of developing countries in order for them to develop and report high-quality BTRs to meet Paris Agreement reporting requirements on a sustainable, timely basis. These high-quality BTRs will include the following key elements: 1) compiling GHG Inventories, specifically for the Agriculture, Forestry, and Other Land Use (AFOLU) sectors, 2) tracking progress towards meeting their NDCs, 3) developing GHG emissions and removals projections, and 4) tracking the implementation of policies and measures and their GHG emission reduction impacts. | ICF INCORPORATED, L.L.C. | CAPACITY-BUILDING TO SUPPORT DEVELOPING COUNTRY REPORTING UNDER THE PARIS AGREEMENT. PERIOD OF PERFORMANCE 4/10/2024 THROUGH 4/9/2025. COR KEYLE HORTON HORTON.KEYLE@EPA.GOV | $2,368,235 | $1,225,000 |
| 68HERH24F0350 | The purpose of this task order is to provide EPA's CPRC with assistance in offering ECCR-related training to EPA staff and managers to prevent difficult issues and controversies that may arise in their work, where possible, and to constructively discuss, address or resolve them when they do occur (per EPA's Policy on Alternative Dispute Resolution, Federal Register, volume 65, issue 249, 12/27/00). | EASTERN RESEARCH GROUP INC | CONFLICT PREVENTION AND RESOLUTION CENTER TRAINING JUST-IN-TIME SERVICES | $1,256,075 | $140,000 |

| | | | | |
|---|---|---|---|---|
| 68HERH24F0193 | The EPA will work with other U.S. agencies and organizations to provide technical assistance to developing countries to: • Improve capacity to better estimate GHG emissions and sinks for the Energy, Industrial Product and Product Use (IPPU), and Waste sectors, including through development and use of estimation tools • This technical assistance will help developing countries build their capacity to meet Paris Agreement reporting requirements. Work under this task order will involve providing direct bilateral technical assistance for up to 20 authorized developing countries (or more if regional approaches are proposed as the preferred implementation mechanism). | EASTERN RESEARCH GROUP INC | ENERGY, IPPU AND WASTE SECTOR CAPACITY-BUILDING TO SUPPORT DEVELOPING COUNTRY GHG INVENTORY REPORTING UNDER THE PARIS AGREEMENT  COR: KEYLE HORTON ALT COR: JOHN STELLER | $1,586,296 | $696,691 |
| 68HERH23F0127 | The contractor will provide support including technical support, outreach support, project management support, and support for virtual and in-person meetings and events.  (same as 68HERH23F0129) | ICF INCORPORATED, L.L.C. | | $1,530,202 | $648,475 |
| 68HERH22F0087 | Contractor will develop and implement a media campaign for SmartWay | THE CAUSEWAY AGENCY LLC | U.S. EPA SMARTWAY TRANSPORT PARTNERSHIP MARKETING, COMMUNICATION & OUTREACH SUPPORT FOR SMARTWAY PUBLIC SERVICE ANNOUNCEMENTS COR: JOANN JACKSON-STEPHENS ALT COR - PATRICE THORNTON | $920,726 | $556,004 |

| | | | | | |
|---|---|---|---|---|---|
| 68HERC24F0393 | This task order will provide a range of Environmental Collaboration and Conflict Resolution (ECCR) services including facilitation, coaching, strategic planning, database management and support, and evaluation services to the Conflict Prevention and Resolution Center (CPRC) in support of work performed under subject contract. The outcome of these services is specified in the tasks below or in technical direction issued for each project. Services for most tasks will occur in Headquarters unless otherwise specified. The task order is funded by the Office of Environmental Justice and External Civil Rights (OEJECR). | EASTERN RESEARCH GROUP INC | ECCRS CONTRACT MANAGEMENT & SUPPORT JUST-IN-TIME SERVICES TASK ORDER 01 | $419,263 | $85,515 |
| 68HERH22F0113 | Contractor will develop videos/films for communicating the value prop of SmartWay | THE CAUSEWAY AGENCY LLC | U.S. EPA SMARTWAY TRANSPORT PARTNERSHIP MARKETING, COMMUNICATION & OUTREACH SUPPORT - SMARTWAY FILM AND VIDEO PRODUCTION COR JOANN JACKSON-STEPHENS | $428,333 | $196,314 |
| 68HE0324F0042 | The purpose of this Task Order is to describe the tasks related to delivering Technical Assistance (TA) to Eligible Entities related to Eligible Activities under the Environmental and Climate Justice Grant (ECJ) Program. TA includes but is not limited to project planning assistance to Eligible Entities for pre-award and general activities related to the ECJ Program as appropriate. In addition, under this Task Order, services and support may be provided to EPA to carry out the ECJ | GMG MANAGEMENT CONSULTING INC. | THE CONTRACTOR WILL PROVIDE SUPPORT IN MANAGING PRE-AWARD ACTIVITIES FOR EJ GRANTS. | $75,021 | $75,021 |

| | |
|---|---|
| | Program. Administrative support and services to be provided to EPA generally includes pre-award support to carrying out the ECJ Program |

| Ceiling - Obligation (Savings) | Funding Office Name | Award Date | Period of performance end date |
|---|---|---|---|
| $8,147,745 | OFC FOR AIR RAD (OAR) (FUNDING) | 7/15/2024 | 4/23/2025 |
| $1,143,235 | OFC FOR AIR RAD (OAR) (FUNDING) | 12/20/2024 | 10/9/2025 |
| $1,116,075 | OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJECR) | 1/18/2025 | 5/27/2029 |

| | | | |
|---|---|---|---|
| $889,605 | OFC FOR AIR RAD (OAR) (FUNDING) | #N/A | #N/A |
| $881,727 | | 12/6/2024 | 9/15/2025 |
| $364,723 | OFC FOR AIR RAD (OAR) (FUNDING) | 11/4/2024 | 1/2/2026 |
| $333,747 | OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS (OEJECR) | 6/7/2024 | 6/6/2025 |
| $232,019 | OFC FOR AIR RAD (OAR) (FUNDING) | 11/15/2024 | 1/31/2026 |
| $0 | REGION 3 (FUNDING OFFICE) | 2/20/2025 | 6/5/2025 |

Message

**From:**         OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:**         3/9/2025 9:26:48 PM
**To:**           Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**           Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:**      Contract Terminations Daily Report with amounts 2025-03-09
**Attachments:**  Contract_Terminations_withAmounts_2025-03-09.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-03-09, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-09.xlsx**

Message

**From**: oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**: 3/9/2025 9:31:22 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**: Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

---

**From:**       OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:**       3/19/2025 6:01:07 PM
**To:**         Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**         Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:**    Contract Terminations Daily Report with amounts 2025-03-19
**Attachments:** Contract_Terminations_withAmounts_2025-03-19.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-03-19, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-19.xlsx**

**Executive Order Compliance Review**

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

**Funding Action Review Confirmation**

This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: | I-97373119

Recipient/ Vendor name: | PA Depertment of Environmental Protection

Funding amount $: | 1,600,000

Work Description:

This grant agreement provides funding to Pennsylvania Department of Environmental Protection to fund CWA 106 Water Pollution Control activities to maintain, protect, and improve the water quality of its rivers, lakes, streams, groundwater, and other waterbodies through monitoring, permitting, data collection, and implementation. The environmental benefits of this program include preventing degradation of unimpaired waterbodies and reducing the number of impaired waterbodies in the state.

Government-wide Acquisition (if yes, check box): ☐

Price-Fay,
Michelle

Digitally signed by Price-
Fay, Michelle
Date: 2025.03.18
15:48:25 -04'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

DOGE Team

**Executive Order Compliance Review**
The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

**Funding Action Review Confirmation**
This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: | I-98316015

Recipient/ Vendor name: | Delaware Department of Natural Resources and Environmental Control (DNREC)

Funding amount $: | 538,577

Work Description:

This grant agreement provides funding to Delaware DNREC to fund CWA 106 Water Pollution Control activities to maintain, protect, and improve the water quality of its rivers, lakes, streams, groundwater, and other waterbodies through monitoring, permitting, data collection, and implementation. The environmental benefits of this program include preventing degradation of unimpaired waterbodies and reducing the number of impaired waterbodies in the state. This award provides $538,577 of federal funds; $4,011,702 is contingent upon availability.

Government-wide Acquisition (if yes, check box): ☐

GREGORY
VOIGT

Digitally signed by
GREGORY VOIGT
Date: 2025.03.13
14:59:56 -04'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

DOGE Team

**Executive Order Compliance Review**

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**

This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: | NEW

Recipient/ Vendor name: | Harpy Technologies

Funding amount $: | $219,299

Work Description:

The Superfund program is required by section 117 of Cercla and 40 CFR 300.430 to perform public activities such as seeking public comments, issuing public notices, and holding public meetings. Community involvement activities under this contract could include preparation of community involvement plan (CIP), preparation of comprehensive and chronological site history report, support of public meetings including stenography, document preparation, venue set-up, translator services, audio/visual support; preparation and dissemination of Public Notices and fact sheets; and establishing a Site Information repository.

System Link: | PR-R3-25-00215

Government-wide Acquisition (if yes, check box): ☐

Workplan/PWS Attachment (follow these instructions):
- Must use Adobe Pro
- Select "All Tools"
- Select "Edit a PDF"
- Under "Add Content," select "Show More," choose "Attach a file."

PAUL
LEONARD

Digitally signed by PAUL
LEONARD
Date: 2025.03.12
12:27:38 -04'00'

_____
Program Office Director (or designee)/ Regional Division Director (or designee)

_____
DOGE Team (if required)

**Executive Order Compliance Review**

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**

This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: | DCN: 2503CA0001

Recipient/ Vendor name: | GSA

Funding amount $: | 160,000

Work Description:

The Requested funding will be used for the continued support of the EPA Region 3 GSA fleet. The fleet consists of 56 total vehicles operating in Philadelphia, Fort Meade, Annapolis, Wheeling and Linwood. Fleet services are used by EPA personnel to support EPA's statutory authorities work and Administrator's Zeldin "Powering the Great American Comeback" initiative - Pillar 1: Clean Air, Land and Water for every American. Use of the GSA fleet saves travel funds and reduces the liability involved in usage or personal vehicles for official business.  In addition, it affords emergency responders immediate access to vehicles to perform their duties.

System Link:

EPA_00041163

Government-wide Acquisition (if yes, check box): ☐

Workplan/PWS Attachment (follow these instructions):
- Must use Adobe Pro
- Select "All Tools"
- Select "Edit a PDF"
- Under "Add Content," select "Show More," choose "Attach a file."

LISA WHITE
Digitally signed by LISA
WHITE
Date: 2025.03.18
15:13:37 -04'00'

_____

Program Office Director (or designee)/ Regional Division Director (or designee)

_____

DOGE Team (if required)

Message

**From:** OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:** 3/10/2025 6:01:35 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:** Contract Terminations Daily Report with amounts 2025-03-10
**Attachments:** Contract_Terminations_withAmounts_2025-03-10.xlsx

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-10, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

EPA_00041165

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-10.xlsx**

Message

**From:**         oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent:**         3/10/2025 7:59:40 PM
**To:**           Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**           Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject:**      Pending Grant Actions
**Attachments:**  Pending Grants Actions – All Regions and HQ.xlsx


Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

EPA_00041187 - EPA_00041252

Message

**From:**         oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent:**         3/19/2025 8:00:37 PM
**To:**           Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**           Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject:**      Pending Grant Actions
**Attachments:**  Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/11/2025 6:01:43 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-11 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-11.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-11, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-11.xlsx**

Message

**From:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:** 3/11/2025 7:25:18 PM
**To:** Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:** Daily Summary Report of Grant Terminations as of 03/11/25
**Attachments:** Grant Terminations Report 2025.03.11.pdf; Grant Termination List.xlsx

Daily report quick summary:

- 25 grants awarded and cancelled
- 25 grants not yet awarded and cancelled

Dan

**Grant Termination Summary Report**

Data compiled as of 03/11/2025

| Region/HQ | No. of Grants Awarded and Cancelled | Amount Awarded and Cancelled | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled | Amount Not Yet Awarded and Cancelled |
|---|---|---|---|---|---|
| R01 | 1 | $500,000 | $331,894 | 0 | $0 |
| R02 | 0 | $0 | $0 | 0 | $0 |
| R03 | 4 | $21,000,000 | $14,304,280 | 0 | $0 |
| R04 | 2 | $11,500,000 | $8,947,408 | 0 | $0 |
| R05 | 3 | $20,000,000 | $14,386,079 | 0 | $0 |
| R06 | 2 | $1,000,000 | $643,182 | 0 | $0 |
| R07 | 1 | $8,000,000 | $6,150,076 | 0 | $0 |
| R08 | 1 | $7,000,000 | $6,430,046 | 0 | $0 |
| R09 | 4 | $9,600,000 | $7,769,459 | 0 | $0 |
| R10 | 3 | $9,377,458 | $7,640,031 | 0 | $0 |
| HQ | 4 | $9,499,413 | $6,743,841 | 25 | $129,617,409 |
| **Total** | **25** | **$97,476,871** | **$73,346,295** | **25** | **$129,617,409** |



**This document is produced in native format.**

**Original file name:**

**Grant Termination List.xlsx**

Message

**From**: oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**: 3/11/2025 8:00:25 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**: Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/12/2025 6:02:27 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-12 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-12.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-12, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-12.xlsx**

Message

**From:** White, Lisa [WHITE.LISA@EPA.GOV]
**Sent:** 3/12/2025 6:05:37 PM
**To:** Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:** DOGE Review – Region 3 – March 12, 2025
**Attachments:** 68HE0323A0006.pdf; 68HERC22D0026.pdf; 68HERC23D0011.pdf; F-003311935-0.pdf

Kathryn and Erica,

Good afternoon.  Attached are 4 funding actions of $50,000 or more for your review and approval.  Below is a summary of the actions.

**Contracts:**
- 668HE0323A0006 to Environmental Resources Group for $200,000 (Attachment 1).
- 68HERC22D0026 to Tetra Tech for $196,042 (Attachment 2).
- 8HERC23D0011 to Cadmus for $63,704 (Attachment 3).

**Grants and Cooperative Agreements:**
- F-00311925-0 to Executive Office of the Governor of Delaware, Department of Health and Social Services for $450,000 (Attachment 4).

Please contact me with any questions. thanks.lw

Lisa White, Acting Director
Mission Support Division
US EPA
1600 JFK Boulevard
Phila, PA 19103
215-814-2391/white.lisa@epa.gov

Message

**From**:        oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:        3/12/2025 8:00:32 PM
**To**:          Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:          Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:     Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

EPA_00041485

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

---

**From:**     Jehling, Erica [Jehling.Erica@epa.gov]
**Sent:**     3/12/2025 10:25:34 PM
**To:**     White, Lisa [WHITE.LISA@EPA.GOV]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**CC:**     Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:**     RE: DOGE Review – Region 3 – March 12, 2025
**Attachments:**     F-003311935-0.pdf; 68HE0323A0006.pdf; 68HERC22D0026.pdf; 68HERC23D0011.pdf

See attached thanks

---

**From:** White, Lisa <WHITE.LISA@EPA.GOV>
**Sent:** Wednesday, March 12, 2025 2:06 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** DOGE Review – Region 3 – March 12, 2025

Kathryn and Erica,

Good afternoon.  Attached are 4 funding actions of $50,000 or more for your review and approval.  Below is a summary of the actions.

**Contracts:**
- 668HE0323A0006 to Environmental Resources Group for $200,000 (Attachment 1).
- 68HERC22D0026 to Tetra Tech for $196,042 (Attachment 2).
- 8HERC23D0011 to Cadmus for $63,704 (Attachment 3).

**Grants and Cooperative Agreements:**
- F-00311925-0 to Executive Office of the Governor of Delaware, Department of Health and Social Services for $450,000 (Attachment 4).

Please contact me with any questions. thanks.lw

Lisa White, Acting Director
Mission Support Division
US EPA
1600 JFK Boulevard
Phila, PA 19103
215-814-2391/white.lisa@epa.gov

Message

**From:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:** 3/12/2025 11:45:55 PM
**To:** Loving, Kathryn [Loving.Kathryn@epa.gov]
**CC:** Jehling, Erica [Jehling.Erica@epa.gov]
**Subject:** Daily Summary Report of Grant Terminations as of 03/12/2025
**Attachments:** Grant Termination List.xlsx; Grant Terminations Report 2025.03.12.pdf

FYI. We will need to discuss the Injunction that will temporarily impact progress moving forward (I have it on my agenda for tomorrow).

Quick summary:
- 33 grants awarded and cancelled
- 25 grants not yet awarded and cancelled

Notes:
1. Line 6 to Line 54, Column N, Project End Date updated to match the latest Termination amendment processed.
2. More grants have terminated and being validated against systems. More grant listing will be on 3/13/25 reporting.

**This document is produced in native format.**

**Original file name:**

**Grant Termination List.xlsx**

EPA_00041560 - EPA_00041571

### Grant Termination Summary Report
Data compiled as of 03/12/2025

| Region/HQ | No. of Grants Awarded and Cancelled | Amount Awarded and Cancelled | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled | Amount Not Yet Awarded and Cancelled |
|---|---|---|---|---|---|
| R01 | 2 | $1,000,000 | $808,012 | 0 | $0 |
| R02 | 0 | $0 | $0 | 0 | $0 |
| R03 | 11 | $25,491,371 | $18,695,861 | 0 | $0 |
| R04 | 2 | $11,500,000 | $8,947,408 | 0 | $0 |
| R05 | 3 | $20,000,000 | $14,386,079 | 0 | $0 |
| R06 | 2 | $1,000,000 | $643,182 | 0 | $0 |
| R07 | 1 | $8,000,000 | $6,150,076 | 0 | $0 |
| R08 | 1 | $7,000,000 | $6,430,046 | 0 | $0 |
| R09 | 4 | $9,600,000 | $7,769,459 | 0 | $0 |
| R10 | 3 | $9,377,458 | $7,640,031 | 0 | $0 |
| HQ | 4 | $9,499,413 | $6,743,841 | 25 | $129,617,409 |
| **Total** | **33** | **$102,468,242** | **$78,213,994** | **25** | **$129,617,409** |



Total Amount Awarded and Cancelled by Region (%)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION OF
DIVERSITY OFFICERS IN HIGHER
EDUCATION, *et al.*,

    *Plaintiffs,*

    v.

DONALD J. TRUMP, *et al.*,

    *Defendants*

Case No. 25-cv-0333-ABA

## MEMORANDUM OPINION

The Court entered a Preliminary Injunction on February 21, 2025. ECF No. 45. The Preliminary Injunction described the "Enjoined Parties" as "Defendants other than the President, and other persons who are in active concert or participation with Defendants." *Id.* ¶ 3. Defendants, as identified in Plaintiffs' complaint, are President Trump in his official capacity, the Office of Management and Budget, the Departments of Justice, Health and Human Services, Education, Labor, Interior, Commerce, Agriculture, Energy, and Transportation along with the heads of those agencies (in their official capacities), and the National Science Foundation.

Plaintiffs have filed a motion seeking "clarification" on whether the "Enjoined Parties" include federal executive agencies, departments, and commissions (and their subdivisions, agents, and officers) that are not named as defendants in this case. ECF No. 50-1 ("Clarification Motion") at 3. Defendants oppose the motion and argue that (1) the Court lacks jurisdiction to consider the Clarification Motion because Defendants have filed a notice of appeal; and (2) Plaintiffs' interpretation, or requested clarification, of the Preliminary Injunction is inconsistent with Federal Rule of Civil Procedure 65(d),

1

EPA_00041579

Article III of the U.S. Constitution, and traditional principles of equity and the principles underlying preliminary injunctive relief. *See* ECF No. 62.

For the reasons set forth below, the Court will grant the Clarification Motion. The Court clarifies, pursuant to Federal Rule of Civil Procedure 65(d)(2)(B), as follows and as set forth in the accompanying Clarified Preliminary Injunction (March 10, 2025) at paragraph 3:

> The Preliminary Injunction applies to and binds Defendants other than the President, as well as all other federal executive branch agencies, departments, and commissions, and their heads, officers, agents, and subdivisions directed pursuant to the J20 and J21 Orders (collectively, the "Enjoined Parties").

## I.    JURISDICTION

Generally, the timely filing of a notice of appeal transfers jurisdiction to the court of appeals and "divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982); *Doe v. Pub. Citizen*, 749 F.3d 246, 258 (4th Cir. 2014). An exception to this general rule is when the district court "take[s] action that aids the appellate process." *Pub. Citizen*, 749 F.3d at 258 (citing *Grand Jury Proceedings Under Seal v. United States*, 947 F.2d 1188, 1190 (4th Cir. 1991)). Under this exception, a district court may modify an injunction to clarify it in order to "reliev[e] [the appellate court] from considering the substance of an issue begotten merely from imprecise wording in the injunction." *Lytle v. Griffith*, 240 F.3d 404, 407 n.2 (4th Cir. 2001).

In *Lytle*, while an appeal was pending, the district court replaced a reference to "the Commonwealth" to specify who was covered by the injunction (there, the Governor of the Commonwealth of Virginia, and the Norfolk Commonwealth Attorney). *Id.*

EPA_00041580

Similarly, in *Dixon v. Edwards*, the Fourth Circuit held that, while an appeal was pending, the district court could modify an injunction barring an individual from "officiat[ing] at religious services on or near the grounds" of a church by revising the order to specify that the individual was "permitted to conduct religious services at least 300 feet distant from the perimeter" of the church. 290 F.3d 699, 709 & n.14 (4th Cir. 2001).

Here, Plaintiffs do not request a substantive amendment to the Preliminary Injunction, but rather a clarification regarding which agencies are encompassed among "Enjoined Parties." The requested clarification is comparable to the modified orders in *Lytle* and *Dixon*. Further, as explained below, the Court's Memorandum Opinion that accompanied the Preliminary Injunction cited actions by agencies that were not named as defendants to explain the rationale for the Preliminary Injunction, and thus clarification is further justified, and serves to "aid[] the appellate process," *Pub. Citizen*, 749 F.3d at 258, "in light of a potential inconsistency between the language of the Preliminary Injunction and that of the accompanying Memorandum Opinion." *See Am. Coll. of Obstetricians and Gynecologists ex rel. Council of Univ. Chairs of Obstetrics & Gynecology v. U.S. Food & Drug Admin.*, No. 20-cv-1320-TDC, 2020 WL 8167535, at *1 (D. Md. Aug. 19, 2020). Therefore, this Court may rule on the Clarification Motion and clarify the terms of the Preliminary Injunction.[1]

---

[1] Because the clarified preliminary injunction replaces the "in active concert or participation" language from the February 21, 2025 order with clearer wording consistent with the Court's February 21, 2025 memorandum opinion, the Court need not reach the issues raised by the parties as to what would render a non-named federal executive agency "in active concert or participation" with a named Defendant.

3

## II.    CLARIFICATION

Plaintiffs' complaint challenges as facially unconstitutional three executive order provisions, set forth in the Preliminary Injunction and referred to therein as the Termination Provision, Certification Provision, and Enforcement Threat Provision. ECF No. 45 ¶ 2. As the Court explained in its February 21 Memorandum Opinion, those provisions run afoul of the free speech protections of the First Amendment, and the due process protections of the Fifth Amendment, and do so on their face. ECF No. 44 at 38-55.

Defendants acknowledge that the President was a named defendant in this case; that the Challenged Provisions were directives to all executive agencies, departments, and commissions; and that the Court has held that those directives are unconstitutional on their face. ECF No. 62 at 3. Nonetheless, Defendants argue that the Court should only preliminarily enjoin the actions of the specific departments, agencies and commissions that Plaintiffs named as *additional* defendants. *Id.* at 14. They argue that including other departments, agencies and commissions that are under the President's direction, and were in fact directed by the Challenged Provisions, is inconsistent with Article III's standing requirement because it would bind "nonparties who would [otherwise] not be bound by the judgment." *Id.* at 13 (citing *Haaland v. Brackeen*, 599 U.S. 255, 293 (2023)). Defendants similarly argue that this kind of injunction is inconsistent with traditional principles of equity and preliminary injunctive relief. *Id.*

The Court has previously explained why this is the proper scope of an injunction given the claims, the nature of the challenged provisions, and the ways in which Plaintiffs have shown a likelihood that the provisions are facially unconstitutional. *See*

4

EPA_00041582

ECF No. 44 at 60-62; ECF No. 61 at 10. To reiterate and further explain, there are three principal reasons.

First, Plaintiffs have shown a likelihood of success on the merits that the Termination and Certification Provisions, and the Enforcement Threat Provision in part, on their face constitute unlawful content-based and viewpoint-discriminatory restrictions on speech in violation of the First Amendment, and on their face also run afoul of due process because of their vagueness. ECF No. 44 at 38-55; *see also* ECF No. 61 at 1-2 (order denying stay pending appeal). In particular, the Court held that Plaintiffs have shown a likelihood of success on the merits as follows:

- The Termination Provision, as to which Plaintiffs brought facial challenges under the Spending Clause (Count 1) and the Fifth Amendment (Count 2), "invites arbitrary and discriminatory enforcement" and "offers insufficient notice to current grantees about whether and how they can adapt their conduct to avoid termination of their grants or contracts," and in so doing facially violates the "'more stringent vagueness test'" that applies when a law "'interferes with the right of free speech or of association.'" ECF No. 44 at 38-39 (quoting *Hoffman Estates v. Flipside, Hoffman Estates, Inc.*, 455 U.S. 489, 499 (1982)).

- The Certification Provision, as to which Plaintiffs brought facial challenges under the First Amendment (Count 5) and separation of powers (Count 6), "operates as a facially viewpoint-discriminatory order," "constitutes a content-based restriction on the speech rights of federal contractors and grantees . . . because such restriction expands to all of those contractors' and grantees work, whether funded by the government or not," and also "unconstitutionally

EPA_00041583

restricts, and retaliates against, contractors' and grantees' free speech rights even within the scope of the pertinent programs." *Id.* at 45 & 47-48.

- The Enforcement Threat Provision, as to which Plaintiffs brought facial challenges under the First Amendment (Count 4) and Fifth Amendment (Count 3), violates the First Amendment because it "threatens . . . enforcement actions" using "a content-based restriction on protected speech that would not pass the high bar of strict scrutiny" and further constitutes an "unlawful viewpoint-based restriction on protected speech." *Id.* at 50, 52. And it violates the Fifth Amendment because, among other things, while "rescind[ing] swaths of existing executive branch guidance on what the executive branch considers the federal civil rights laws to require, prohibit, or allow," it gives no "guidance on what the new administration considers to constitute 'illegal DEI discrimination and preferences,' J21 Order § 4(b)(iv), or '[p]romoting diversity,' *id.* § 3(b)(ii), or 'illegal DEI and DEIA policies,' *id.* § 1, or what types of 'DEI programs or principles' the new administration considers 'illegal' and is seeking to 'deter,' *id.* § 4(b)(iii)." *Id.* at 53-54.

Each of those ways in which Plaintiffs have shown that the Challenged Provisions are unconstitutional are deficiencies with those provisions on their face. Any executive agency, department or commission acting pursuant to the Challenged Provisions would be acting pursuant to an order that Plaintiffs have shown a strong likelihood of success in establishing is unconstitutional on its face.

<u>Second</u>, the Termination and Certification Provisions are directives the President issued to *all* executive agencies, departments and commissions, J20 Order § 2(a)(i); J21 Order § 3(b)(iv), and the Enforcement Threat Provision was an express directive by the

6

President to the Department of Justice. J21 Order § 4(b)(iii). Defendants named in
Plaintiffs' complaint include the President in his official capacity. ECF No. 1 ¶ 22. The
Preliminary Injunction—both original and as clarified—is tailored to the executive
branch agencies, departments and commissions that were directed, and have acted or
may act, pursuant to the President's directives in the Challenged Provisions of the J20
and J21 Orders. *See, e.g.*, *Free Enter. Fund v. Pub. Co. Accounting Oversight Bd.*, 561
U.S. 477, 513-14 (2010) (holding that the President is responsible and accountable for
executive agencies that are executing the laws); *Seila Law LLC v. Consumer Fin. Prot.
Bureau*, 591 U.S. 197, 203-204 (2020) (same).

    Third, enjoining only the agencies that Plaintiffs specifically named, and ignoring
the fact that the President (who issued the Challenged Provisions) is a named defendant,
would fail to provide complete relief to Plaintiffs and their members themselves
because, among other things, they are at risk of their speech being chilled by many non-
named federal executive agencies, as Plaintiffs explain. ECF No. 65 at 13. Artificially
limiting the preliminary injunction in the way Defendants propose also would make the
termination status of a federal grant, or the requirement to certify compliance by a
federal contractor, turn on which federal executive agency the grantee or contractor
relies on for current or future federal funding—even though the agencies would be
acting pursuant to the exact same Challenged Provisions—thereby "causing 'inequitable
treatment' in an area in which uniformity is needed." *CASA, Inc. v. Maribel*, No. 25-
1153, 2025 WL 654902, at *1 (4th Cir. Feb. 28, 2025) (quoting *Roe v. Dep't. of Defense*,
947 F.3d 207, 231-32 (4th Cir. 2020) and *HIAS, Inc. v. Trump*, 985 F.3d 309, 326-27
(4th Cir. 2021)).

EPA_00041585

## III.    CONCLUSION

For these reasons and those previously articulated, the Court will issue a separate

order clarifying that the Preliminary Injunction, consistent with the Court's reasoning in

the February 21, 2025 Memorandum Opinion, applies as follows:

> The Preliminary Injunction applies to and binds Defendants other than the President, as well as all other federal executive branch agencies, departments, and commissions, and their heads, officers, agents, and subdivisions directed pursuant to the J20 and J21 Orders (collectively, the "Enjoined Parties").

Date:  March 10, 2025                          _____/s/_____

                                               Adam B. Abelson
                                               United States District Judge

EPA_00041586

Message

**From**:     OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent**:     3/13/2025 6:02:19 PM
**To**:     Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:     Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject**:     Contract Terminations Daily Report with amounts 2025-03-13
**Attachments**:     Contract_Terminations_withAmounts_2025-03-13.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-03-13, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

EPA_00041587

This document is produced in native format.

Original file name:

Contract_Terminations_withAmounts_2025-03-13.xlsx

Message

**From**:     Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**:     3/13/2025 7:46:44 PM
**To**:     Loving, Kathryn [Loving.Kathryn@epa.gov]
**CC**:     Jehling, Erica [Jehling.Erica@epa.gov]
**Subject**:     Daily Summary Report of Grant Terminations as of 03/13/2025
**Attachments**:     Grant Termination List.xlsx; Grant Terminations Report 2025.03.13.pdf

While we work through the Temporary Injunction, this list will remain largely static.

Dan

EPA_00041608

**This document is produced in native format.**

**Original file name:**

**Grant Termination List.xlsx**

**Grant Termination Summary Report**

Data compiled as of 03/13/2025

| Region/HQ | No. of Grants Awarded and Cancelled | Amount Awarded and Cancelled | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled | Amount Not Yet Awarded and Cancelled |
|---|---|---|---|---|---|
| R01 | 2 | $1,000,000 | $808,012 | 0 | $0 |
| R02 | 0 | $0 | $0 | 0 | $0 |
| R03 | 11 | $25,491,371 | $18,695,861 | 0 | $0 |
| R04 | 3 | $11,700,000 | $9,006,079 | 0 | $0 |
| R05 | 3 | $20,000,000 | $14,386,079 | 0 | $0 |
| R06 | 2 | $1,000,000 | $643,182 | 0 | $0 |
| R07 | 1 | $8,000,000 | $6,150,076 | 0 | $0 |
| R08 | 1 | $7,000,000 | $6,430,046 | 0 | $0 |
| R09 | 4 | $9,600,000 | $7,769,459 | 0 | $0 |
| R10 | 3 | $9,377,458 | $7,640,031 | 0 | $0 |
| HQ | 6 | $9,899,396 | $6,787,405 | 25 | $129,617,409 |
| **Total** | **36** | **$103,068,225** | **$78,316,229** | **25** | **$129,617,409** |



Message

**From**:          oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:          3/13/2025 8:00:59 PM
**To**:            Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:            Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:       Pending Grant Actions
**Attachments**:   Pending Grants Actions – All Regions and HQ.xlsx


Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/14/2025 6:01:24 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-14 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-14.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-14, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-14.xlsx**

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/14/2025 8:00:21 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**