Message

| | |
|---|---|
| **From**: | Watkins, Tim [Watkins.Tim@epa.gov] |
| **Sent**: | 3/13/2025 9:14:23 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Brinkmiller, Michael [Brinkmiller.Michael@epa.gov] |
| **Subject**: | ORD Compliance Review Forms |
| **Attachments**: | ORD-CCTE-BCTD_PR-ORD-25-00036_031325_AxionBioSys_MEA Plates_s.pdf; ORD-CESER_68HERC21D0003_03122025_0001.pdf; ORD-CCTE-CCED_68HE0B24P0410_031325_7500 QTRAP MSA_2_s.pdf; ORD-CCTE-GLTED-68HERC25D0004_031325_TERSTO4-LakeExplorer-PRORD-25-01259_s.pdf; ORD-CCTE-GLTED_PR-ORD-25-00589_031325_Gas and demurrage_s.pdf; ORD-CEMM 68HERC23C0047 janitorial 03122025.pdf; ORD-CCTE-GLTED-PR-ORD-25-00386_031325_LE2DryDock_s.pdf; ORD-CEMM 68HERC24D0003 APTIM_ESF 03122025.pdf; ORD-CEMM 68HERD20D0001 03122025.pdf |

Hi Kathryn and Erica,

The purpose of this message is to forward the nine attached Compliance Review Forms from the Office of Research and Development (ORD) for actions greater than $50,000. The actions described in the attached forms have been reviewed and are in compliance with recently issued EOs and the Administrator's priorities. Chris Robbins had previously provided Compliance Review Forms for ORD, but with his retirement I am now serving as ORD Senior Resource Official, so I will be sending the ORD Compliance Review Forms moving forward.

If you have questions or require additional information, please contact me, Mike Brinkmiller (Brinkmiller.michael@epa.gov) and Laconda Hart (Hart.Laconda@epa.gov).

Thank you,

Tim Watkins
Senior Resource Official
Office of Research and Development

**Executive Order Compliance Review**

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

**Funding Action Review Confirmation**

This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: PR-ORD-25-00036; PO # TBD

Recipient/ Vendor name: Axion BioSystems, Inc

Funding amount $: Not to exceed $57,000

Work Description:

Funding vehicle to purchase scientific supplies to operate microelectrode array (MEA) systems that are used in evaluating potential effects of chemicals on the brain. Specifically, this vehicle will allow purchase of 3 variations of MEA plates used to record neuronal cell electrical activity for evaluating neurotoxicity and developmental neurotoxicity to support statutorily-approved work related to our partners who use this data to meet the requirements of the Toxic Substances Control Act (TSCA); Federal Insecticide, Fungicide and Rodenticide Act (FIFRA) and Food Quality Protection Act (FQPA).

Government-wide Acquisition (if yes, check box):

REEDER
SAMS

Digitally signed by
REEDER SAMS
Date: 2025.03.13
11:23:12 -04'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

DOGE Team

**Executive Order Compliance Review**

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**

This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: 68HERC21D0003/68HERC22F0267

Recipient/ Vendor name: Eastern Research Group (ERG)

Funding amount $: $90,079.29

Work Description:

This funding action is to exercise option 3 of 68HERC21D0003. The work to be completed under this Option period includes: 1) To provide CESER/GCRD with technical support for reviewing, evaluating, and assessing groundwater remediation technologies, groundwater modeling reports and other options for the remediation of contaminated sites (i.e. Superfund, RCRA, and Brownfields), 2) To provide fast turnaround technical reviews and summaries of site assessment/investigation documents, groundwater modeling applications and other materials which have been provided to the Ground Water Tech Support Center (GWTSC) by the EPA Regional Offices. Due to the often quick turnaround required for site specific reviews, the contractor must have the ability to assign reviewers quickly, and be able to complete reviews and administrative paperwork within a 30-45 day working time frame, and 3) Provide support responding to questions and inquiries concerning the models distributed by EPA.

System Link: EAS does not support a direct system link. Please query PR-ORD-25-00826 directly in EAS.

Government-wide Acquisition (if yes, check box): ☐

Workplan/PWS Attachment (follow these instructions):
- Must use Adobe Pro
- Select "All Tools"
- Select "Edit a PDF"
- Under "Add Content," select "Show More," choose "Attach a file."

YVONNE
MURPHY

Digitally signed by
YVONNE MURPHY
Date: 2025.03.12
17:18:18 -04'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

DOGE Team (if required)

**Executive Order Compliance Review**
The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**
This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: 68HE0B24P0410

Recipient/ Vendor name: AB Sciex LLC

Funding amount $: 75,230

Work Description:

Needed to ensure laboratory instruments are properly calibrated and maintained in order to generate accurate scientific data for decision makers to better protect human health and the environment in accordance with pillar 1 of Administrator Zeldin's Powering the Great American Comeback to provide clean air, land and water for every American.

System Link: PR-ORD-25-00949. No direct system link possible in EAS. Please direct query EAS.

Government-wide Acquisition (if yes, check box): ☐

Workplan/PWS Attachment (follow these instructions):
- Must use Adobe Pro
- Select "All Tools"
- Select "Edit a PDF"
- Under "Add Content," select "Show More," choose "Attach a file."

REEDER SAMS

Digitally signed by
REEDER SAMS
Date: 2025.03.13
10:27:21 -04'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

DOGE Team (if required)

**Executive Order Compliance Review**
The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**
This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: 68HERC25D0004/TO 68HERC25F-tbd

Recipient/ Vendor name: SpecPro Sustainment and Environmental (SSE)

Funding amount $: 88,000

Work Description:
Initiation and incremental funding of a new task order on Toxicology and Ecology Research support contract (68HERC25D0004) with SSE for support for the operations and maintenance of the EPA/ORD/CCTE/Great Lakes Toxicology and Ecology Division research vessel, Lake Explorer II, for mission critical work of ensuring clean water (EPA pillar 1) of the Great Lakes, as part of the Clean Water Act Section §1254(f) (shall conduct research and technical development work, and make studies, with respect to the quality of the waters of the Great Lakes, including an analysis of the present and projected future water quality of the Great Lakes) (PR-ORD-25-01259).

System Link: No direct system link possible in EAS. Please direct query EAS.

Government-wide Acquisition (if yes, check box): ☐

Workplan/PWS Attachment (follow these instructions):
- Must use Adobe Pro
- Select "All Tools"
- Select "Edit a PDF"
- Under "Add Content," select "Show More," choose "Attach a file."

REEDER SAMS
Digitally signed by REEDER SAMS
Date: 2025.03.13 10:33:03 -04'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

DOGE Team (if required)

**Executive Order Compliance Review**

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**

This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: PR-ORD-25-00589

Recipient/ Vendor name: Linde Gas and Equipment Inc / TBD

Funding amount $: 50,000

Work Description:

The contract is for the purchasing of various gases and the tank rental (demurraging charges) within which they are stored. The various gases are used in protection of equipment (analytical instruments), protection of biological samples (liquid nitrogen), preservation of samples during shipment, and the analytical analysis of chemicals in water and other types of samples.

Statutory linkage: FIFRA, CWA, TSCA
Pillars: 1-Clean Air, Land and Water for Every American

System Link: PR-ORD-25-00589. No direct system link possible in EAS. Please direct query EAS.

Government-wide Acquisition (if yes, check box): ☐

Workplan/PWS Attachment (follow these instructions):
- Must use Adobe Pro
- Select "All Tools"
- Select "Edit a PDF"
- Under "Add Content," select "Show More," choose "Attach a file."

REEDER SAMS
Digitally signed by REEDER SAMS
Date: 2025.03.13 10:29:22 -04'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

DOGE Team (if required)

**Attachment A**

# STATEMENT OF WORK CYLINDERS AND OTHER CONTAINERS

The contractor shall deliver compressed and liquid gases as specified in individual call orders. Compressed and liquid gases shall be delivered directly to the laboratory as specified at the time of ordering. The laboratory and gas use site is located in the EPA Facility located at 6201 Congdon Blvd. The contractor shall pick up empty cylinders directly from the laboratory and gas use site. The requester (end user) shall have the authority to sign for the receipt of cylinders and the pickup of empties. The contractor shall have a multi-copy form that he completes to identify cylinder types, unique cylinder identifier, and date of delivery/pickup that an EPA employee shall sign after verifying its accuracy. In addition to cylinder markings required by DOT and State of Minnesota regulations, each cylinder shall be marked with a removable tag which shall include the call order number, tank serial number, and/or bar code which shows the cylinder was provided under this Blanket Purchase Agreement (BPA).

All cylinder valves shall comply with American National Standard B57.1-1965, "Compressed GAS Cylinder Valve Outlet and Inlet Connections." Valve protection caps for cylinders designed to receive such caps shall be securely attached to the cylinders in a manner to protect the valves from injury during transit and delivery into the Government's receiving area.

The following Compressed Gas Association (CGA) connections shall be supplied with the gases as indicated below:

| GAS | CONNECTION |
|---|---|
| Helium | 580 |
| Hydrogen | 350 |
| Air | 590 |
| Carbon Dioxide | 320 |
| Nitrogen | 580 |
| Oxygen Helium | 590 |
| Oxygen | 540 |
| Ethylene | 350 |
| Argon | 580 |

For other gases and gas mixtures, valve outlets standardized by the CSA and accepted by the American Standards Association shall be supplied.

Ordering

Orders placed on Monday will be delivered the following Tuesday, and orders placed on Wednesday will be delivered the following Thursday. However, an order placed on Wednesday may need to be delivered on the following Friday if due to a Federal holiday or if a research project needs to be conducted through the weekend. Additional next day delivery throughout the week may be required for emergency orders of gas mixtures.

Warranty

Notwithstanding the provision of the "Inspection" clause of this BPA, the vendor guarantees that at the time of delivery, the gases provided under this BPA will be free from any defects and will conform to the requirements of this BPA. Notice of any such defect or nonconformance shall be given by the Government, in writing, to the vendor within 2 months after delivery. After such notice is received, the vendor shall, within 48 hours, replace the defective cylinder of gas. When replacement requires transportation of the cylinder, shipping costs from the delivery point to the contractor's plant and return shall be borne by the contractor. This warranty shall then continue as to the replaced cylinder, until 2 months after date or re-delivery. The replaced cylinder shall be provided at no cost to the government.

Demurrage on Vendor Owned Cylinders

A.  Gas cylinders and other containers shall remain the property of the contractor but shall be provided without charge for deposit.

B.  The Project Officer will verify, approve, and sign each invoice for demurrage (rental). Upon approval the Project Officer will forward each invoice to Finance for payment.

C.  If demurrage is to be charged on the cylinders, the price for demurrage shall be incorporated into the cost of each individual cylinder ordered.

Inventory

Both monthly reviews and quarterly reviews of inventory will be conducted. Comparison of contractor's records will be made with the EPA records. If there is a discrepancy, a walkthrough of inventory shall be conducted with the EPA Project Officer. In the case of any lost cylinders, the contractor shall be responsible for the proof of the lost cylinder.

The contractor shall perform an annual inventory of gas cylinders located in the Duluth Laboratory. This inventory shall be performed with the EPA Project Officer. The contractor shall contact the Project Officer annually to arrange the inventory review.

Transition Plan

The contractor shall submit a transition plan to assume the work required in the Statement of Work. The transition plan should also address how the contractor will make the transition with minimal disruption of ongoing research projects.

Reports

A monthly report divided by division identifying all cylinders on site shall be submitted to the Contracting Officer by the last day of the month. This report shall include bar code and/or serial number of cylinders, call order number, ship date, delivery date, invoice number, type of gas, cylinders on hand, pick up/delivery schedule, and location of cylinder.

End of Contract Period

At the end of the BPA, the contractor shall remove all cylinders on or before the last day of the BPA. The contractor shall credit EPA for any full tanks returned.

**Executive Order Compliance Review**
The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**
This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: 68HERC23C0047

Recipient/ Vendor name: KRA-CRJ JV INC

Funding amount $: 90,000

Work Description:
Initial funding for Option Year 2 for the Gulf Breeze, FL Research Facility janitorial contract as per the requirements set forth in the performance work statement of the contract.

System Link: https://eas.epa.gov/prism.net/Documents/Common/Navigator/RequisitionNavigator.aspx

Government-wide Acquisition (if yes, check box): ☐

Workplan/PWS Attachment (follow these instructions):
- Must use Adobe Pro
- Select "All Tools"
- Select "Edit a PDF"
- Under "Add Content," select "Show More," choose "Attach a file."

LARA
PHELPS
Digitally signed by LARA
PHELPS
Date: 2025.03.12
13:37:25 -04'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

DOGE Team (if required)

**Executive Order Compliance Review**

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**

This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: PR-ORD-25-00386

Recipient/ Vendor name: TBD

Funding amount $: 783,500

Work Description:

EPA/ORD/CCTE/GLRED operates and maintains a research vessel, Lake Explorer 2, for mission critical work of ensuring clean water (EPA pillar 2) of the Great Lakes, with this contract being for the repair and drydock the research vessel to ensure continued operations in support of EPA Pillar 2 - cleaner water in the Great Lakes (PR-ORD-25-00386).

System Link: PR-ORD-25-00386-No direct system link possible in EAS.  Please direct query EAS.

Government-wide Acquisition (if yes, check box): [ ]

Workplan/PWS Attachment (follow these instructions):
- Must use Adobe Pro
- Select "All Tools"
- Select "Edit a PDF"
- Under "Add Content," select "Show More," choose "Attach a file."

REEDER SAMS
Digitally signed by REEDER SAMS
Date: 2025.03.13 10:31:29 -04'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

_____

DOGE Team (if required)

**Executive Order Compliance Review**
The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**
This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: | 68HERC24D0003 / 68HERC24F0335

Recipient/ Vendor name: | APTIM Federal Services, LLC.

Funding amount $: | $337,135.87

Work Description:

The purpose of this TO is to provide support to USEPA for operating and maintaining the Experimental Stream Facility (ESF), a Special Research Asset (SRA) for USEPA/ORD where a unique and complex stream mesocosm experimental set-up is used to conduct dose-response studies, including supervisory control and data acquisition and management procedures. There are also base measurements and analyses required for all studies that are supported by this TO. The technical support TO is an essential mechanism in fulfilling research conducted by the EPA to support its statutory obligations under Clean Water Act (CWA) Sections 104, 303 (c and d), 304 (a), 319 and 603(b) and Safe Drinking Water Act (SDWA) Sections 1442 and 1458 (Pillar 1).

System Link: | PR-ORD-25-01293

Government-wide Acquisition (if yes, check box): ☐

Workplan/PWS Attachment (follow these instructions):
- Must use Adobe Pro
- Select "All Tools"
- Select "Edit a PDF"
- Under "Add Content," select "Show More," choose "Attach a file."

LARA
PHELPS

Digitally signed by LARA
PHELPS
Date: 2025.03.12
13:52:11 -04'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

DOGE Team (if required)

**Executive Order Compliance Review**
The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**
This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: 68HERD20D0001, 68HERC25R0020

Recipient/ Vendor name: WSP USA Environment & Infrastructure Inc.

Funding amount $: 55,233.16

Work Description:
Renovation of the existing D265A lab module including the installation of new floor mounted fume hood, HVAC modifications, casework demolition, utility demolition and re-installation, and general repairs.

System Link: https://eas.epa.gov/prism.net/Documents/Common/Navigator/RequisitionNavigator.aspx

EPA_00041803

Government-wide Acquisition (if yes, check box): ☐

Workplan/PWS Attachment (follow these instructions):
- Must use Adobe Pro
- Select "All Tools"
- Select "Edit a PDF"
- Under "Add Content," select "Show More," choose "Attach a file."

LARA PHELPS

Digitally signed by LARA
PHELPS
Date: 2025.03.12
13:22:52 -04'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

DOGE Team (if required)

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/15/2025 6:01:47 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-15 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-15.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-15, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-15.xlsx**

Message

**From:** oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent:** 3/15/2025 8:00:58 PM
**To:** Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject:** Pending Grant Actions
**Attachments:** Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/16/2025 6:02:03 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-16 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-16.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-16, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

EPA_00041893

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-16.xlsx**

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/20/2025 6:01:52 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-20 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-20.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-20, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-20.xlsx**

Message

**From:**        oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent:**        3/16/2025 8:00:38 PM
**To:**          Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**          Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject:**     Pending Grant Actions
**Attachments:** Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

This document is produced in native format.

Original file name:

Pending Grants Actions – All Regions and HQ.xlsx

Message

| | |
|---|---|
| **From**: | White, Lisa [WHITE.LISA@EPA.GOV] |
| **Sent**: | 3/20/2025 5:43:03 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov] |
| **Subject**: | DOGE Review - Region 3 - March 20, 2025 |
| **Attachments**: | 47QTCA19D00H4.pdf; PWS - Office of Water IT Sup (1).pdf; EO Compliance Form_032025_WVNY_AgAssessment.pdf; RFQ # 5_WV_NY_Ag_Assessments.pdf; F-00336525.pdf; PADEP PWSS Grant Workplan for FY24 submitted to EPA-revised June 2024.pdf |

Kathryn and Erica,

Good afternoon. Attached are **3** funding actions of $50,000 or more for your review and approval. Below is a summary of the actions.

**Contracts:**

- Contract #47QTCA19D00H4 to IntePros Federal for $75,000 (Attachments 1 and 2)
- Contract #68HE0323A0006 to Environmental Resources Group for $85,618.70 (Attachments 3 and 4)

**Grants and Cooperative Agreements:**

- Grant #F-00336525 to Pennsylvania Department of Environmental Protection for $1,000,000 (Attachments 5 and 6)

Please contact me with any questions. thanks.lw

Lisa White, Acting Director
Mission Support Division
US EPA
1600 JFK Boulevard
Phila, PA 19103
215-814-2391/white.lisa@epa.gov

**Executive Order Compliance Review**
The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**
This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: 47QTCA19D00H4

Recipient/ Vendor name: IntePros Federal

Funding amount $: 75,000

Work Description:

To maintain and update the Water Resources Registry application framework and revise spatial analyses to support state and federal partners and their work related to the Clean Water Act sections 117, 401, and 404. The WRR was built in partnership with the states to support joint mission work.

System Link: See attached PR draft

Government-wide Acquisition (if yes, check box): ☐

Workplan/PWS Attachment (follow these instructions):
- Must use Adobe Pro
- Select "All Tools"
- Select "Edit a PDF"
- Under "Add Content," select "Show More," choose "Attach a file."


Price-Fay,
Michelle
Digitally signed by Price-Fay, Michelle
Date: 2025.03.20
12:57:43 -04'00'
_____
Program Office Director (or designee)/ Regional Division Director (or designee)



_____
DOGE Team (if required)