**Request for Quote #5**

**BPA #: 68HE0323A0006**
**Call Order #: 5**
**Date: February 18, 2025**

**Call Order Title: Animal Agriculture Program Assessment Updates SOW: EPA Region 3 Water Division (WD)**

This is a request for quote (RFQ) for a project plan and cost/price quote for activities outlined in the Statement of Work (SOW) for the above referenced blanket purchase agreement. The project plan and cost/price quote shall be submitted within fourteen days (14) of receipt of this RFQ. The contractor's response shall include, as appropriate the technical approach, personnel assigned, period of performance and deliverables based upon the activities outlined below in accordance with the call order procedures.

The following activities are requested in support of Task 1 as described in the SOW.

The Contractor shall provide a quote for the activities described below. Should the EPA accept the quote, a call order shall be issued, and the Contractor shall work with the Region 3 contacts to schedule and perform the activities. The selected Contractor shall take all direction under this call order from the EPA. EPA expects that activities shall be completed within 24 months of award with a start date of March 2025.

**Level of Effort:** This is a Firm Fixed Price Call Order.

Reference Materials the Contractor shall utilize include:

- Final West Virginia Animal Agricultural Program Assessment - available at: https://www.epa.gov/sites/default/files/2015-09/documents/westvirginiaanimalagricultureprogramassessment.pdf
- Final New York Animal Agricultural Program Assessment - available at: https://www.epa.gov/sites/default/files/2015-07/documents/new_york_animal_agriculture_program_assessment_final_2.pdf
- West Virginia's Final Phase III Watershed Implementation Plan - available at: https://www.wvca.us/bay/files/bay_documents/1298_WV_WIP3_final_082319.pdf
- New York's Final Phase III Watershed Implementation Plan - available at: https://www.dec.ny.gov/lands/112126.html
- West Virginia's 2020-2021 and 2022-2023 Two Year Programmatic Milestones - available at: http://www.wvchesapeakebay.us/progress/
- New York's 2020-2021 and 2022-2023 Two Year Programmatic Milestones – available at: https://www.dec.ny.gov/lands/33279.html

- West Virginia's animal agriculture program – available at: https://agriculture.wv.gov/
- New York's animal agriculture program – available at: https://agriculture.ny.gov/animals

**Task 1: Animal Agriculture Program Assessment Updates**

The contractor shall provide support to EPA to update the 2015 West Virginia and New York Animal Agriculture programs assessments in the Chesapeake Bay watershed. The assessments address whether the state programs are consistent with Clean Water Act requirements and are implemented effectively to achieve the state's animal agriculture Watershed Implementation Plan (WIP) commitments to reduce nitrogen, phosphorus, and sediment under the Chesapeake Bay Total Maximum Daily Load (TMDL). Programs assessed are regulatory and voluntary programs pertaining to concentrated animal feeding operations (CAFOs) and animal feeding operations (AFOs) and their associated cropland.

The goal of this effort is to: 1) document any changes to the State programs since the previous assessments were completed and evaluate and determine the status of the recommendations, 2) evaluate whether the state programs are consistent with federal regulations and with the states' animal agriculture WIP commitments under the Chesapeake Bay TMDL, 3) determine whether the programs are being effectively implemented, 4) make any program recommendations that would maximize nutrient and sediment reductions to meet Load Allocation and Waste Load allocations of the Chesapeake Bay TMDL and any local water quality efforts that shall have benefits to nutrient reductions. Activities shall include collecting information on the state animal agriculture programs and WIP commitments and determining the extent to which animal agriculture operations are subject to and complying with nutrient management planning requirements, National Pollutant Discharge Elimination System (NPDES) permitting requirements, or other state requirements. The contractor shall help EPA collect information sufficient to support analysis of the strengths and weaknesses of state CAFO programs and other animal agriculture programs in the Chesapeake Bay watershed.

**SPECIFIC TASK ACTIVITIES/DELIVERABLE DEADLINES:**

- **State Assessments:** Conduct a review and evaluation of the state animal agriculture regulatory and voluntary programs in the Chesapeake Bay watershed portion of the two (2) states identified above, including programs that address CAFOs and AFOs and their associated cropland, to identify whether such programs are consistent with Clean Water Act requirements and are implemented effectively to achieve the state's animal-agriculture WIP commitments.

o **State-Specific Questionnaire:** Contractor shall work with R3 to revise and update state-specific questionnaires relating to animal agriculture programs and WIP commitments.

o **Follow-up Interviews:** Contractor shall work with R3 to prepare for and conduct follow-up interviews with the States, as needed and directed by EPA.

o **File Reviews:** Contractor shall conduct file reviews as directed by R3, where appropriate and as necessary.

o **Web Searches:** Contractor shall conduct web searches on state program implementation and review annual or updated progress available and presented since 2015.

o **Public Access Review:** Contractor shall conduct reviews of public availability of permit and program information to evaluate regional consistency and access to information highlighting best practices.

o **Written Products:** Contractor shall provide draft and final versions of completed state assessments to R3 and R2, as appropriate. Draft reports for WV and NY shall be submitted to EPA within 180 days following the start of each review unless otherwise directed by EPA. It is expected that the reports shall roughly follow the template of the Pennsylvania, Virginia, and Maryland reports and any changes shall not be made to the report structure unless directed by EPA. EPA shall provide comments and edits on the documents to the contractor or may make changes directly depending on the type and extent of comments.

Contractors shall work with R3 project lead to begin drafting state-specific questionnaires for WV and NY. Region 3 shall coordinate with Region 2 for NY activities. Information on the state program assessments can be found at: https://www.epa.gov/chesapeake-bay-tmdl/epas-assessments-animal-agriculture-programs-chesapeake-bay-watershed

## Communication

Anticipate a minimum of five (5) and a maximum of twenty (20) project planning conference calls or virtual meetings with contractors and EPA to discuss this project. The contractor shall develop notes from those conference calls/meetings to document the discussion, actions items and decisions points. EPA POCs are also available on an as needed basis for clarification and informal discussions.

## Deliverables

1. Questionnaire
2. Summary notes from follow-up interviews, file reviews, reviews of public availability of permit and program information, and web searches

3. Draft and final versions of updated assessments

The Project Officer/Contracting Officer's Representative for this Call Order is Lydia Bailey (215-814-5437), bailey.lydia@epa.gov. The Region 3 contacts for this activity include Leah Martino (215-814-3262) martino.leah@epa.gov; Rebecca Crane (215-814-2389) crane.rebecca@epa.gov; Carissa Moncavage (215-814-5798) moncavage.carissa@epa.gov; Jessica Martinsen (215-814-5144) martinsen.jessica@epa.gov; and Jennifer Fulton (304-234-0248) fulton.jennifer@epa.gov.

**RFQ Submittal:**

**Project Plan**

The contractor's response shall include, as appropriate the technical approach, personnel assigned, and deliverables based upon the activities outlined in accordance with the call order procedures. The contractor shall describe their staffing plan for this requirement, including all proposed labor categories. Offerors are cautioned that, if awarded a call order, their staffing plan shall be used to set the minimum standard for acceptable staffing under this order. Any replacement personnel provided after award shall be at least as qualified as the individuals included within the offeror's staffing plan.

The contractor's response shall state compliance or exception to call order requirements, risks, assumptions, and conflict of interest issues. Plans shall not merely restate the statement of work requirements.

**Price/Cost Quote**

The price/cost quote shall include detailed cost/price amounts for all resources required to accomplish work under the call order (e.g., labor hours, other direct costs, or travel) for each call, and an overall total price. At a minimum, the following data shall be provided:

(a) Appropriate labor categories and associated number of hours, identification of clerical labor, other direct costs elements, and any GFP, GPE, or GFI required,

(b) Any other relevant information requested.

(c) Any assumptions.

Offerors are requested to submit the quote separately from their staffing plan.

**Executive Order Compliance Review**

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**

This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: | F-00336525

Recipient/ Vendor name: | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION (PADEP)

Funding amount $: | 1,000,000 (incremental)

Work Description:

The agreement assists the Commonwealth of Pennsylvania to develop and implement a Public Water System Supervision (PWSS) program to adequately enforce the National Primary Drinking Water Regulations and the requirements of the Safe Drinking Water Act. This amendment provides incremental federal funds of $1,000,000. Federal funds of $4,848,000 are contingent upon availability.

System Link: | https://igms.epa.gov/nggs-pa/change_request_details.do?id=114337

EPA_00042061

Government-wide Acquisition (if yes, check box): ☐

Workplan/PWS Attachment (follow these instructions):
- Must use Adobe Pro
- Select "All Tools"
- Select "Edit a PDF"
- Under "Add Content," select "Show More," choose "Attach a file."

Price-Fay, Michelle    Digitally signed by Price-Fay, Michelle
Date: 2025.03.18
09:16:07 -04'00'

_____

Program Office Director (or designee)/ Regional Division Director (or designee)

_____

DOGE Team (if required)

# Change Request

Document Title: PADEP PWSS FY24 and 25

Grant # F-00336525-1                                                                                          Page 1

## Change Information

| Title: | PADEP PWSS FY24 and 25 | | |
|---|---|---|---|
| EPA Region: | EPA R3 | Grant Number: | 00336525-1 |
| Change Type: | • Incremental Amendment | Requires: | Amendment |

**Details:**

The agreement assists the Commonwealth of Pennsylvania to develop and implement a Public Water System Supervision (PWSS) program to adequately enforce the National Primary Drinking Water Regulations and the requirements of the Safe Drinking Water Act. This amendment provides incremental federal funds of $1,000,000. Federal funds of $4,848,000 are contingent upon availability.

**Attachments**

No files have been attached.

| Requestor: | Dennis Oconnor | Request Date: | 02/28/2025 |
|---|---|---|---|
| Title: | | Phone: | 215-814-5431 |

## Proposed Budget

| Funds | Former Award | This Action | Amended Total |
|---|---|---|---|
| EPA Amount This Action: | $ 3,200,000.00 | $ 1,000,000.00 | $ 4,200,000.00 |
| EPA In-Kind Amount: | $ 60,000.00 | $ 0.00 | $ 60,000.00 |
| Unexpended Prior Yr. Bal: | $ 0.00 | $ 0.00 | $ 0.00 |
| Other Federal Funds: | $ 0.00 | $ 0.00 | $ 0.00 |
| Recipient Contribution: | $ 0.00 | $ 0.00 | $ 0.00 |
| State Contribution: | $ 3,036,000.00 | $ 0.00 | $ 3,036,000.00 |
| Local Contribution: | $ 0.00 | $ 0.00 | $ 0.00 |
| Other Contribution: | $ 0.00 | $ 0.00 | $ 0.00 |
| Allowable Project Cost: | $ 6,296,000.00 | $ 1,000,000.00 | $ 7,296,000.00 |

## Categorical Budget Table

| Table A - Object Class Category | Total Approved Allowable Budget Period Cost | Previous Award Budget | This Award Budget | Amended Budget |
|---|---|---|---|---|
| 1. Personnel | $ 5,040,369.00 | $ 5,040,369.00 | $ 0.00 | $ 5,040,369.00 |
| 2. Fringe Benefits | $ 3,549,375.00 | $ 3,549,375.00 | $ 0.00 | $ 3,549,375.00 |
| 3. Travel | $ 266,136.00 | $ 266,136.00 | $ 0.00 | $ 266,136.00 |
| 4. Equipment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5. Supplies | $ 41,185.00 | $ 41,185.00 | $ 0.00 | $ 41,185.00 |
| 6. Contractual | $ 130,000.00 | $ 130,000.00 | $ 0.00 | $ 130,000.00 |
| 7. Construction | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

EPA_00042063

## Categorical Budget Table

| Table A - Object Class Category | Total Approved Allowable Budget Period Cost | Previous Award Budget | This Award Budget | Amended Budget |
|---|---|---|---|---|
| 8. Other | $ 713,525.00 | $ 713,525.00 | $ 0.00 | $ 713,525.00 |
| 9. Total Direct Charges | $ 9,740,590.00 | $ 9,740,590.00 | $ 0.00 | $ 9,740,590.00 |
| 10. Indirect Costs ___ % Base ___ | $ 2,403,410.00 | $ 2,403,410.00 | $ 0.00 | $ 2,403,410.00 |
| 11. Total (Share: Recipient 25.00 % Federal 75.00 %.) | $ 12,144,000.00 | $ 12,144,000.00 | $ 0.00 | $ 12,144,000.00 |
| 12. Total Approved Assistance Amount | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 13. Program Income | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## Environmental Results

| Select the appropriate competitive status for this agreement. | Non-competitive funding package |
|---|---|

**Please list the Program Results Code(s) (PRCs) that will be used to fund this project. If more than one PRC is used, list the amount allocated to each in the space provided.**

| PRC | Amount | Program/Project | Allocation |
|---|---|---|---|
| 501B03 | $ 1,000,000.00 | 03 - CATEGORICAL GRANTS PWSS | 100 % |
| Total | $ 1,000,000.00 | | |

**This project supports the following Goals, Objectives, and Sub-Objectives.**

| Goal | Objective |
|---|---|
| 5 - Ensure Clean and Safe Water for All Communities | 5.1 - Ensure Safe Drinking Water and Reliable Water Infrastructure |

**Describe how the Program/Project fits within the Agency's Strategic Plan/GPRA architecture.**

This project supports Goal 5: Ensure Clean and Safe Water for All Communities and Objective 5.1: Ensure Safe Drinking Water and Reliable Water Infrastructure. Specifically, the recipient will work to improve and maintain the quality of drinking water supplies by maintaining an inventory of drinking water systems, managing information on public water systems, ensuring that public participation occurs regarding drinking water systems, providing technical assistance to public water systems and enforcing drinking water regulations. The PRC Code assigned to fund this project is consistent with the Agency's Strategic Plan/Government Performance and Results Act architecture.

### Attachments

No files have been attached.

| The PRCs assigned to the funding for this assistance agreement are consistent with these strategic goals/objectives/sub-objectives. The Water Division (3DW00), in R3 - Region 3 has reviewed the work plan for this agreement and determined that it contains well-defined outputs, and to the maximum extent practical, well-defined outcomes. | Yes |
|---|---|
| Is this project progressing satisfactorily? If no, explain the circumstances and the action taken to remedy the situation. | Yes |
| Have you received the progress reports required by this Assistance Agreement? | Yes |
| Have you checked the terms and conditions noted in this Assistance Agreement and ensured that the recipient is in compliance? (e.g. QA Plan) | Yes |

## Commitment Clerk

## Commitment Clerk

| Funding Region | Commitment Clerk |
|---|---|
| EPA R3 | • Dennis Oconnor |

Message

---

**From**:        oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:        3/20/2025 8:00:16 PM
**To**:          Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:          Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:     Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx


Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From**: Beck, Nancy [beck.nancy@epa.gov]
**Sent**: 3/20/2025 9:50:28 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject**: EPDs
**Attachments**: IRA-BIL Update for Leadership - Feb 10 version.pptx

See slide 12- we are giving out 160M in grants to develop EPDs..
If you want me to get a read on how hard the ask is, I can do that to help level-set GSA expectations.



Inflation Reduction Act &
Bipartisan Infrastructure Law Programs
*Office of Chemical Safety & Pollution Prevention*

February 11, 2025

**EPA** United States Environmental Protection Agency

EPA_00042180





EPA_00042182

# IRA C-MORE: Key Definitions

**"Embodied Carbon":** The greenhouse gas emissions associated with the production stage of a product's life (i.e., extraction, transport and manufacturing. Indicated as "Global Warming Potential" (GWP) on an EPD (see next slide).

**Life Cycle Assessment (LCA):** The compilation and evaluation of the inputs, outputs and the potential environmental impacts of a product system throughout its life cycle. (ISO 14044:2006)

**Environmental Product Declaration (EPD):** An EPD is a standardized summary report of a product's life cycle assessment, allowing you to evaluate the environmental impact of a product before you purchase it. (based on ISO 14025:2006)

**Product Category Rule (PCR):** A set of specific rules, requirements and guidelines for developing EPDs for one or more product categories. Typically developed by industry-funded, multistakeholder standards development committees. (based on ISO 14025:2006)



EPA   United States Environmental Protection Agency     www.epa.gov/P2 | 4



EPA_00042184

# IRA C-MORE: Required by IRA (2022)

*Two sections with key interdependencies:*

## IRA Section 60112

**Provides $250 million through FY31 to EPA to develop an EPD Assistance Program by improving transparency and disclosure of GHG for construction materials and products.**

- Catalyze development and verification for EPDs for construction materials and products
- Provide grants and technical assistance
- Support the development of robust and standardized EPDs
- Help facilitate the procurement of lower embodied carbon construction materials and products

## IRA Section 60116

**Provides $100 million through FY26 to EPA to create a label program for construction materials and products with lower embodied carbon:**

- Identify and label materials and products with lower embodied carbon
- Set standards that can be used by state, local, and private partners
- Help federal, state and local entities, manufacturers, architects, and engineers make more informed purchasing decisions

 United States Environmental Protection Agency

www.epa.gov/P2 | 6



# IRA C-MORE: Key Stakeholders & Program Participants


**Steel**


**Concrete**

**Asphalt**


**Flat Glass**

Alliance for American Manufacturing (AAM)
American Chemistry Council (ACC)
American Coal Ash Association (ACAA)
American Composites Manufacturers Assoc. (ACMA)
American Concrete Pavement Association (ACPA)
American Concrete Pipe Association (ACPA)
American Inst. for Steel Construction (AISC)
American Iron & Steel Institute (AISI)
American Wood Council (AWC)
Asphalt Recycling and Reclaiming Association (ARRA)
Asphalt Emulsion Manufacturers Association (AEMA)
Asphalt Institute (AI)
Associated General Contractors of America (AGC)
Association of Modified Asphalt Producers (AMAP)
Brick Industry Assoc. (BIA)
Cellulose Insulation Manufacturers Assoc. (CIMA)
Concrete Reinforcing Steel Institute (CRSA)
Extruded Polystyrene Foam Association (XPFA)

Fenestration & Glazing Industry Alliance (FGIA)
Gypsum Association (GA)
National Asphalt Pavement Association (NAPA)
National Glass Association (NGA)
National Ready-Mix Concrete Assoc. (NRMCA)
National Slag Association (NSA)
National Stone, Sand, & Gravel Assoc. (NSSGA)
North American Insulation Mfr. Assoc. (NAIMA)
Portland Cement Assoc. (PCA)
Polyurethane Insulation Mfr. Assoc. (PIMA)
Precast Concrete Institute
Spray Polyurethane Foam Alliance (SPFA)
Steel Manufacturers Association (SMA)
Steel Tube Institute (STA)
Specialty Steel Industry of North America (SSINA)
Tile Council of North America (TCNA)
Treated Wood Council (TWC)
US Tire Manufacturers Association (USTMA)

**EPA** United States Environmental Protection Agency

www.epa.gov/P2 | 8

EPA_00042187

# IRA C-MORE: Budget Status

| | Total Agency Authority | Assigned to other EPA Offices | Funding Assigned to OCSPP | Obligated as of 1-27-25 | Un-obligated OCSPP IRA Funding | Total Spent as of 1-27-25 |
|---|---|---|---|---|---|---|
| IRA 60112 | $250,000,000 | $13,364,892 | $236,635,108 | $24,457,949 | $212,177,159 ($153M in grants awards are pending) | $2,940,955 |
| IRA 60116 | $100,000,000 | $9,614,892 | $90,385,108 | $11,466,622 | $78,918,486 | $6,122,722 |
| **TOTAL 60112+60116** | **$350,000,000** | **$22,979,784** | **$327,020,216** | **$35,924,570** | **$291,095,646** | **$9,063,677** |



United States Environmental Protection Agency

EPA_00042188

# IRA C-MORE: Budget Status by Spending Category

| | Total Agency Authority | Assigned to other EPA Offices | Funding Assigned to OCSPP | Obligated as of 1-27-25 | Un-obligated OCSPP IRA Funding | Total Spent as of 1-27-25 |
|---|---|---|---|---|---|---|
| **IRA 60112** | $250,000,000 | $13,364,892 | $236,635,108 | $24,457,949 | $212,177,159 ($153M in grants awards are pending) | $2,940,955 |
| Salary/benefits | | | $22,230,000 | $2,181,674 | | $2,181,674 |
| Travel | | | $25,000 | $5,947 | | $5,947 |
| Contracts | | | $8,233,000 | $3,807,694 | | $693,975 |
| WCF | | | $1,235,000 | $59,360 | | $59,360 |
| Grants | | | $203,400,000 | $18,403,274 | | $0 |
| **IRA 60116** | $100,000,000 | $9,614,892 | $74,589,000* | $11,466,622 | $78,918,486 | $6,122,722 |
| Salary/benefits | | | $6,030,000 | $2,625,754 | | $2,625,754 |
| Travel | | | $125,000 | $95,146 | | $95,146 |
| Contracts | | | $20,697,000 | $8,548,005 | | $3,204,106 |
| WCF | | | $335,000 | $197,717 | | $197,717 |
| *Grants*** | | | *$47,400,000* | *$0* | | *$0* |

*Unclear where OCFO has assigned remaining $15.8M

**In process of being recategorized (no grantmaking authority under 60116)



United States Environmental Protection Agency

EPA_00042189

# IRA C-MORE Team & Contractor Roles

**Contract kickoff Jan 2024: Due to tight timeframes of IRA, contractors have been utilized to augment EPA staff time and expertise. As grantees ramp up efforts, contractor technical assistance needs for these sections of IRA will reduce.**

**EPA C-MORE Staff Roles**

- **Program/project planning & management**
  e.g., recommending to leadership what should qualify as sufficient EPD data quality & "lower" carbon materials

- **Stakeholder engagement & technical assistance**
  e.g., interagency coordination; participating in PCR/standards development, presentations at conferences, oversee mfr tool/resource development

- **Develop tools, resources, data analysis**
  e.g., develop EPD guidance tools, develop/analyze EPD data

- **Essential grant and contract functions**
  e.g., grant NOFO, competition, selection, PO training, grant oversight; contract management and funding actions

- **Budget, program evaluation, IT, & personnel**
  e.g., manage budget, oversee program evaluation, oversee development of data platform & stakeholder mgmt system

**Contractor Roles**

- **Technical assistance**
  - Support EPD technical assistance for manufacturers
  - Support Project Officers with reviewing grant packages
  - Help onboard mfr. label partners & verify products qualify

- **Data and analysis**
  - Develop/analyze lifecycle & other data to support EPDs

- **Content/tool/resource/website development**
  - Support development of tools/resources/materials for mfrs.
  - Assist with website development/maintenance

- **Logistics, stakeholder engagement**
  - Organize stakeholder engagement events/webinars
  - Collect and organize stakeholder feedback

- **IT & program evaluation**
  - Build IT systems to store/analyze/track EPDs
  - Assist with program metrics/eval & IT dashboards/reports


United States
Environmental Protection
Agency

www.epa.gov/P2 | 11

EPA_00042190

# IRA C-MORE: Progress to Date
## *$9M to date (Dec. 2022 – Jan. 2025)*

### Support Manufacturers in Disclosing Emissions via EPDs
- Announced and currently working with 38 organizations to receive ~$160M in grants for developing EPDs
  - **14** industry trade associations, **9** manufacturers and **15** other orgs (e.g. universities) that are partnering with and supporting construction material manufacturers
- Launched EPA-based technical assistance to support industry until grantee projects are fully mature
- Issued technical resources and established intergovernmental partnerships to improve EPD data quality

### Establish Consistent Definitions
- Issued interim determination on what qualifies as lower carbon construction materials to enable GSA and FHWA to implement their relevant IRA directives ($4.15B on steel, asphalt, concrete, glass)
- Published *Draft Approach for Developing Product-Level Embodied Greenhouse Gas Emissions Thresholds* and requested input from industry/other stakeholders

### Offer Manufacturer Recognition via Voluntary Product Labeling
- Incorporated industry/public comment and issued *Label Program Implementation Approach*
- Published *Draft Product Eligibility Criteria* and requested input from industry/other stakeholders

 United States Environmental Protection Agency

www.epa.gov/P2 | 12

EPA_00042191

# IRA C-MORE: Tasks Remaining
## *IRA 60116 Label – FY2026 & IRA 60112 EPD Asst – FY2031*

**Support Manufacturers in Disclosing Emissions through EPDs**
- Continue efforts to improve datasets, LCAs, EPDs, etc. through collaboration and technical assistance
- Manage grants and measure results to seek continuous improvement

**Establish Consistent Definitions**
- Establish a repository of high-quality EPDs to be used to determine what qualifies as 'lower carbon' by product type
- Engage stakeholders; issue draft thresholds for specific product types; address public comments; issue final thresholds for each material category

**Offer Manufacturer Recognition via Voluntary Product Labeling**
- Establish a system to identify and label products
- Build an online registry of labeled products based on their EPDs

**Other**
- Explore role of EPDs and thresholds methodology in supporting pollution fee-related trade goals

 United States
Environmental Protection
Agency

www.epa.gov/P2 | 13

EPA_00042192

# IRA C-MORE ICR
## Covers both 60112 and 60116 needs

- Per 60112, the program is directed to base its label program on manufacturer EPDs and procurement efforts of State agencies. Currently, there is insufficient publicly available sources of this information to implement the program.
- To evaluate and improve 60112 program offerings, EPA needs to collect standardized information from grantees and EPD technical asst recipients.
- The second FRN covering these data needs has published and is open for public comment until 2/18. If OMB chooses to, they could approve as soon as 2/18 to allow data collection to start immediately.

Data to be voluntarily reported includes:
- Types and amounts of asphalt, concrete, cement, glass, steel, and salvaged & reused construction materials purchased/used, including reference to Environmental Product Declarations (EPDs) associated with these products where available.
- Grantee reported project results (e.g. # of manufacturers assisted, # of EPDs developed/collected).
- A survey to assess how well program technical assistance is meeting the needs of its customers and to collect results of the technical assistance.

 United States
Environmental Protection
Agency

www.epa.gov/P2 | 14

EPA_00042193



EPA_00042194







# BIL Budget Status – Funding through FY 2025

| | Total Agency Authority | Assigned to other EPA offices/regions | Funding Assigned to OCSPP | Obligated as of 1-27-25 | Un-obligated* | Total Spent as of 1-27-25 |
|---|---|---|---|---|---|---|
| BIL Funding | $80,000,000 | Overhead: $2,288,000 Regions: $6,359,000 | $71,376,133 | $35,544,728 | $35,831,881 | $14,667,416 |
| Salary/Benefits | | | $6,079,626 | $2,667,825 | $3,411,801 | $2,667,825 |
| Travel | | | $143,856 | $46,508 | $97,348 | $35,536 |
| Contracts | | | $8,953,925 | $2,431,562 | $6,522,363 | $1,138,367 |
| WCF | | | $565,726 | $402,833 | $163,369 | $366,688 |
| Grants | | | $55,633,000 | $29,996,000 | $25,637,000 | $10,459,000 |

*available balance + open commitments



United States
Environmental Protection
Agency

www.epa.gov/P2 | 19

Number of FTE right now.

# P2 Team & Contractor Roles

**EPA P2 Staff Tasks**
1. **Essential grant functions** (NOFO, competition, selection, PO training)
2. **Project Officer duties -** grant oversight, data collection, etc.
3. **Personnel and contractor management**, QA/QC, program strategy & evaluation
4. **Operations** including communications, event planning, and IT systems development
5. **Provide leadership & guidance** to the Regions on P2/P2 Grants

**Contractor P2 Mission-Support Tasks**
1. **Communications support** - P2 website, outreach materials development
2. **Event support** for webinars and Annual P2 Conference (attended by 200+ in-person + hybrid)
3. **Systems development support** for program evaluation, data collection for grants
4. **P2 Hub** - Answering grantee technical questions sent to the P2 Hub

 United States Environmental Protection Agency

www.epa.gov/P2 | 20

EPA_00042199

# BIL Progress to Date

| Fiscal Year | Description | Number of Grants Awarded | Amount Awarded (over two years) | Cap |
|---|---|---|---|---|
| **22-23** | P2 BIL -- Based on traditional approach | 39 | $12M | $350K/grant |
| **23-24** | P2 BIL - Emphasized P2 Work in Underserved Communities | 11 | $8.48M | $800K/Grant ($1.2M cap for multi-state or multi-tribal projects) |
| **23-24** | P2 BIL- Emphasized Safer and Sustainable Products | 12 | $8.01M | $800K/Grant ($1.2M cap for multi-state or multi-tribal projects) |
| **24-25 (in-progress)** | P2 BIL-- Based on traditional approach | 6 out of 29 | $9.3M | $350K/grant |


United States
Environmental Protection
Agency

www.epa.gov/P2 | 21

EPA_00042200

# BIL Tasks Remaining

**FY24-25 Grants**
- In total, 29 grants were selected for P2 BIL funding.
- 6 grants have been awarded. (Regions 3, 5, 8; IL, MI, MN, MT, UT, VA)
- 23 Grants remain to be awarded.

**FY25-26 Grants**
- BIL-only competition for approximately $16M (13.9M + remainder of previous year funding)
- Emphasis on helping businesses

**FY26-27 Grants**
- Additional Round for approximately $13.9M (P2 BIL).
- Would supplement traditional funding (P2 Grants).

 United States Environmental Protection Agency

www.epa.gov/P2 | 22



EPA_00042202

# IRA C-MORE: Staff Expertise

**Staff expertise:**

- Environmental/economic/financial data development/analysis
- Business-government partnerships
- Structural engineering, architecture, building/construction materials, specifications
- Procurement and supply chain analysis/management
- International trade
- Regulatory compliance
- Voluntary consensus standards development
- Industrial efficiency, energy management, pollution prevention

- Product lifecycle analysis, emissions inventories, and environmental disclosures
- Industrial hygiene, toxic chemical management (TSCA, PFAS, flame retardants)
- IT systems development
- Contract/grant program development/ management
- Budget/financial planning/analysis
- Strategic/project planning, project management, fiscal oversight, Lean Government
- Communications, technical writing, stakeholder engagement



United States
Environmental Protection
Agency

www.epa.gov/P2 | 24

EPA_00042203

# IRA C-MORE: Timeline to date

| Date | Program Milestone |
|------|-------------------|
| December 2022 | Issued Interim Determination of what qualifies as lower carbon construction materials for GSA and FHWA |
| January 2023 | Published Request for Information (RFI) to get input from industry & the public on shaping the programs |
| September 2023 | Issued Notice of Funding Opportunity for IRA 60112 EPD Assistance Grants |
| January 2024 | Grant applications due |
| January 2024 | ERG contract became operational |
| February 2024 | Published Draft Label Program Approach for Public Comment |
| March 2024 | Published Draft Product Category Rule Criteria for Public Comment |
| July 2024 | Announced grantee selections |
| August 2024 | Issued Final Label Program Approach & key data quality improvement resources |
| November 2024 | Launched direct EPD Technical Assistance for manufacturers (to fill gap until grantee-based asst has matured) |
| December 2024 | Issued call for stakeholder input on draft technical documents for low embodied carbon construction materials program and shared 2025 action plans |

United States
Environmental Protection
Agency

www.epa.gov/P2 | 25

EPA_00042204

# IRA C-MORE IT Systems Overview
## *(under development)*

### Materials Data Platform (MDP)

*The Materials Data Platform combines an internal EPD Repository for collecting, storing, reviewing and analyzing construction material environmental data with a public Product Registry to help buyers identify and procure low embodied carbon products.*

**Key Manufacturer and Industry Benefits:**

- *Increasing manufacturers' visibility to buyers* who are interested in construction materials with lower embodied carbon by publicly listing construction products labeled by EPA

- *Minimizing industry burden* by transforming unstructured PDFs to a standardized, machine-readable format

- *Streamlining data exchange across the value chain* by encouraging the adoption of a standard digital schema for EPDs across the industry

### Stakeholder Relationship Manager (CRM)

*The CRM will manage stakeholder relationships and automate key processes for EPA's C-MORE program, including manufacturer partner onboarding, technical assistance coordination, and tracking program metrics to demonstrate impact and inform strategy.*

**Key Manufacturer and Industry Benefits:**

- *Accelerating technical assistance* through a streamlined digital process to capture and manage inquiries

- *Improving stakeholder engagement experience* by providing clear tracking & communication channels to monitor label product review status, receive updates & engage with EPA support resources

- *Reducing redundant and inconsistent communication* by providing an external-facing portal that will empower staff to manage industry interactions across C-MORE workstreams


United States
Environmental Protection
Agency

www.epa.gov/P2 | 26

EPA_00042205



BIL Appendix

EPA_00042206



## 29 BIL-funded Applications Selected for Award (Out of 43 Applications)
highlighted below have been awarded

| Region | Selectee | Funding | Region | Selectee | Funding |
|---|---|---|---|---|---|
| 1 | Univ. of Massachusetts – Boston | $350,000 | 5 | Univ. of Minnesota | $233,022 |
| | Univ. of Massachusetts – Lowell | $349,899 | 6 | Univ. of Texas – Arlington | $349,435 |
| | Univ. of Massachusetts – Amherst | $349,363 | | Louisiana State Univ. | $350,000 |
| | Univ. of Southern Maine | $350,000 | 7 | Kansas State Univ. | $350,000 |
| 2 | NY State Dept. of Env. Conservation | $253,995 | | Univ. of Northern Iowa | $175,159 |
| | Rowan University (New Jersey) | $349,979 | | Univ. of Missouri – Rolla | $349,712 |
| 3 | VA Dept. of Environmental Quality | $253,391 | | Missouri State Univ. | $336,774 |
| | Univ. of Maryland | $350,000 | 8 | Montana State Univ. | $349,727 |
| 4 | Univ. of South Florida | $350,000 | | Univ. of Utah | $350,000 |
| | Univ. of Alabama | $349,690 | 9 | California Air Resources Board | $350,000 |
| | Univ. of Louisville | $295,870 | | Univ. of Nevada – Reno | $350,000 |
| | Georgia Tech | $305,738 | 10 | Washington Department of Ecology | $239,961 |
| 5 | Central Michigan Univ. | $350,000 | | Portland State Univ. | $348,050 |
| | Univ. of Illinois | $287,645 | | Knik Tribe (Alaska) | $349,822 |
| | | $281,280 | | **Funding Total for 29 awards** | **$9,308,512** |

EPA — United States Environmental Protection Agency

28



# NEAs for the FY 24-25 P2 Grants

 NEA #1: Food and Beverage Manufacturing and Processing

 NEA #2: Chemical Manufacturing, Processing and Formulation

 NEA #3: Automotive Manufacturing and Maintenance

 NEA #4: Aerospace Product and Parts Manufacturing and Maintenance

 NEA #5: Metal Manufacturing and Fabrication

 NEA #6: P2 in Indian Country & Alaskan Native Villages (only for tribal applicants).

 Align with EPA Smart Sectors program in the EPA Office of Policy



EPA_00042209

Message

**From**: oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**: 3/17/2025 8:01:19 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**: Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From:**　　Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:**　　2/18/2025 9:22:09 PM
**To:**　　Jehling, Erica [Jehling.Erica@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:**　　FW: Pending Monetary Award Actions Report
**Attachments:**　　Pending Monetary Award Actions.xlsx

Daily pending grant award report. Please take a look and if this aligns with what you are looking for then I will have to added to the daily report.

**From:** oms-arm-ogd-grant_reports@epa.gov <oms-arm-ogd-grant_reports@epa.gov>
**Sent:** Tuesday, February 18, 2025 4:12 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Hublar, Jennifer <Hublar.Jennifer@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Wilson, Kevin <Wilson.Kevin@epa.gov>; Nguyen, Minh <nguyen.minh@epa.gov>
**Subject:** Pending Monetary Award Actions Report

Attached is a Report of Pending Monetary Award. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Monetary Award Actions.xlsx**

Message

---

**From:**  Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:**  2/19/2025 7:57:02 PM
**To:**  Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**Subject:**  FW: Daily Summary Report of Grant Terminations as of 02/19/25
**Attachments:**  Grant Terminatons List.xlsx

FYI, this is what our tracker will look like on the grants side (it is including pre-award cancellations).

---

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Wednesday, February 19, 2025 2:47 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Hublar, Jennifer <Hublar.Jennifer@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Wilson, Kevin <Wilson.Kevin@epa.gov>; Nguyen, Minh <nguyen.minh@epa.gov>; Wilson, Kevin <Wilson.Kevin@epa.gov>
**Subject:** Daily Summary Report of Grant Terminations as of 02/19/25

Hi all,

Attached is the summary report of Grant Terminations. This report shows one grant cancel that has not yet awarded.  No additional update since 02/14/25 report.

*Kathy Tsing-Choy*
Associate Award Official
OMS-OGD-GMBOD-BOB
202-565-0049 or MS Team
tsing-choy.kathy@epa.gov

"To serve as a leader and supporter, live a balanced life, and to build collaborative relationships among individuals or group members toward a common vision."



This document is produced in native format.

Original file name:

Grant Terminatons List.xlsx

EPA_00042414 - EPA_00042418

Message

**From**:           Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**:           2/20/2025 6:44:07 PM
**To**:             Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject**:        Termination Memo - draft
**Attachments**:    Termination Memo_dc.docx


Kathryn, for us to move forward on the 22 terminations that Travis approved, we need to finalize the termination memo. I have flagged two areas that could use your review/ help. We were going to go over this with you tomorrow PM but it is holding up the current terminations so I'm sharing over email. Please let me know if you want to connect briefly to discuss.

Message

**From:**      Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:**      2/21/2025 8:18:45 PM
**To:**        Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject:**   Termination Memo
**Attachments:**  Termination_Memo_Template_Feb21.docx

**Importance:**   High

For awareness, the final version going out to recipients.

Dan

**OFFICE OF MISSION SUPPORT**

WASHINGTON, D.C. 20460

[ DATE \@ "MMMM d, yyyy" ]

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement [Grant Number] under 2 CFR 200.340

**FROM:**    EPA Award Official

**TO:**    FirstName LastName, Title
Office (Recipient Authorized Organization Representative (AOR))

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. [insert Grant Number] awarded to [recipient organization]. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement [INSERT Grant Number] is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), [email address of the DDO], must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, [email address of EPA Award Official] within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.


ATTACHMENT
Amendment Document

cc:  FirstName LastName (EPA Grant Specialist)
     (EPA Project Officer)
     (Grantee Program Manager)

EPA_00042503

Message

**From**: oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**: 2/21/2025 9:00:00 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**: Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

EPA_00042504

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From:** Kerry Drake [drake.kerry@epa.gov]
**Sent:** 2/21/2025 10:30:06 PM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**Subject:** URGENT: Contract or Grant for Cancellation Review



Grant: NEVADA SYSTEM OF HIGHER EDUCATION 97T04901 has been submitted for your review.

Please click here to review the details and take action:
https://epabap.my.salesforce.com/a0SSJ000000UMmL

When you have completed your updates go to the Approval History and click "Approve".

We understand that this is a new workflow, so we are providing details of the standard routing and service level expectation details below:

- Submission

- SRO and Senior Leadership response (within 24 hours)

o         Review to determine whether mission critical or presents a significant legal risk

o         Note: other Program Offices and Regions have been notified and afforded the opportunity to provide feedback in Chatter

- Review and decision

o         Required when SRO and Senior Leadership indicate mission critical

o         Required if Administration Senior Leadership approval was not indicated at submission

- Cancellation action (within 48 hours from submission)

o         Act to cancel contract, provide cancellation/action ID and screenshot in Files

EPA_00042566

Message

**From**: oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**: 2/22/2025 9:00:04 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**: Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx


Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

EPA_00042567

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 2/23/2025 8:59:48 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From:**          OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:**          2/23/2025 9:21:38 PM
**To:**            Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn
                   [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**            Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-
                   Bakr.Robbin@epa.gov]
**Subject:**       Contract Terminations Daily Report with amounts 2025-02-23
**Attachments:**   Contract_Terminations_withAmounts_2025-02-23.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-02-23, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-02-23.xlsx**

Message

**From:** OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:** 2/24/2025 7:01:45 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:** Contract Terminations Daily Report with amounts 2025-02-24
**Attachments:** Contract_Terminations_withAmounts_2025-02-24.xlsx

Attached is the Daily Contract Terminations Report with award ceiling 2025-02-24, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-02-24.xlsx**

EPA_00042699 - EPA_00042706

Message

---

**From**:     oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:     2/24/2025 9:00:09 PM
**To**:     Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:     Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:     Pending Grant Actions
**Attachments**:     Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From:**  Catherine Nolan [nolan.catherine@epa.gov]
**Sent:**   2/24/2025 9:02:22 PM
**To:**     Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica
          [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: INSTITUTE FOR SUSTAINABLE COMMUNITIES 84061101



Office of Environmental Justice and External Civil Rights (OEJECR)
completed cancellation of Grant: INSTITUTE FOR SUSTAINABLE
COMMUNITIES 84061101.
Description: DESCRIPTION:THE AGREEMENT PROVIDES FUNDING
TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO
SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING
COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE
ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL
EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION
MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION,
AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS
OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING
ISC'S NATIONAL CLIMATE LEAD

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UMcd

EPA_00042768

Message

**From**: Catherine Nolan [nolan.catherine@epa.gov]
**Sent**: 2/24/2025 9:18:46 PM
**To**: Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject**: NOTICE: Cancellation of Grant: New Haven Ecology Project Inc 00A01436



Region 1 completed cancellation of  Grant: New Haven Ecology Project
Inc 00A01436.
Description: Northwest Network for Environmental Justice-Initial Award

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXJV

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 2/24/2025 9:23:54 PM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: Nueva Esperanza Inc 95334801



Region 3 completed cancellation of  Grant: Nueva Esperanza Inc 95334801.
Description: Hunting Park Community-Led Climate Resilience and Empowerment Project

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXOL

Message

| | |
|---|---|
| **From**: | Catherine Nolan [nolan.catherine@epa.gov] |
| **Sent**: | 2/24/2025 9:24:56 PM |
| **To**: | Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov] |
| **Subject**: | NOTICE: Cancellation of Grant: Appalachian Voices 95338201 |



Region 3 completed cancellation of  Grant: Appalachian Voices 95338201.
Description: Building Community Resilience in Virgina's Coalfields with Place-bsed Climate Change Adaption

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXPx

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/21/2025 6:01:56 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-21 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-21.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-21, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

EPA_00042772

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-21.xlsx**

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 2/24/2025 10:21:58 PM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: Wichita State University 96701501



Region 7 completed cancellation of  Grant: Wichita State University 96701501.
Description: Environmental Justice Thriving Communities Technical Assistance Centers Program

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXUu

EPA_00042793

Message

---

**From**:   Mandy, Cora [Mandy.Cora@epa.gov]
**Sent**:   2/24/2025 10:24:28 PM
**To**:     Loving, Kathryn [Loving.Kathryn@epa.gov]; Vaseliou, Molly [Vaseliou.Molly@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject**:  RE: List of Grant Terminations - February 20

This is super helpful. Thank you, Kathryn!

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Monday, February 24, 2025 5:21 PM
**To:** Mandy, Cora <Mandy.Cora@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: List of Grant Terminations - February 20

Usaspending.gov says that only the larger amount has been outlayed: **$2,006,774.22**
GRANT to INSTITUTE FOR SUSTAINABLE COMMUNITIES | USAspending

For a total savings of **$5,993,225.78** for that grant.

I'm not sure what is the source of that second outlay row, but it doesn't seem to match up with any transaction data that I can see in usaspending.gov. So it might just be a typo…

Kathryn

---

**From:** Mandy, Cora <Mandy.Cora@epa.gov>
**Sent:** Monday, February 24, 2025 4:41 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: List of Grant Terminations - February 20

Hi Kathryn,

I just want to make sure I'm getting this right. I've pasted the duplicate below, but outlayed and remaining amounts are different. If they disbursed both the outlayed amounts listed from that $8M, there would be 4,429,152.81 remaining of that grant. So total taxpayer savings would be $62,965,311.50.

Let me know if I'm misunderstanding—I just want to make sure we have the right #s reflected in the release. Thank you!

| Financial Account Identifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name |
|---|---|---|---|---|
| | | | | |

EPA_00042794

| 84061101 | $8,000,000 | $1,564,072.97 | $6,435,927.03 | **INSTITUTE FOR SUSTAINABLE COMMUNITIES** |
|---|---|---|---|---|
| 84061101 | $8,000,000 | $2,006,774.22 | $5,993,225.78 | **INSTITUTE FOR SUSTAINABLE COMMUNITIES** |

**From:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Sent:** Monday, February 24, 2025 4:33 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Mandy, Cora <Mandy.Cora@epa.gov>
**Subject:** RE: List of Grant Terminations - February 20

Adding Cora. She was looking into this.

**Molly Vaseliou**
Associate Administrator for Public Affairs
Environmental Protection Agency

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Monday, February 24, 2025 3:52 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: List of Grant Terminations - February 20

Just want to flag so you both are aware, there's a duplicate below, FAIN 84061101, so I think the sum total of potential savings here is only $61M, not $67M. I know press on this already went out, but I'm going to just report the shorter list to WH unless you are aware of a missing one that's not on this list!

**From:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Sent:** Saturday, February 22, 2025 2:17 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** Re: List of Grant Terminations - February 20

Great! It published this morning.

https://nypost.com/2025/02/22/us-news/doge-cuts-67-m-in-epa-grants-for-environmental-justice-groups/

Get Outlook for iOS

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Saturday, February 22, 2025 2:14:22 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>

**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** Re: List of Grant Terminations - February 20

Last of the 21 terminations just completed so we're good for press tomorrow.

Dan
202-355-4943

---

**From:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Sent:** Friday, February 21, 2025 12:00:40 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** RE: List of Grant Terminations - February 20

Thanks

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 11:54 AM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** FW: List of Grant Terminations - February 20

Here you go. (I am crossing off the one we are not including).

**From:** Coogan, Daniel
**Sent:** Thursday, February 20, 2025 12:25 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** List of Grant Terminations - February 20

Melissa, can we please begin working with the GMOs to terminate the following 22 grants. I received direction from political leadership that we are to cancel these.

| Financial Account Identifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name |
|---|---|---|---|---|
| 13746681 | $8,000,000 | $0.00 | $8,000,000.00 | DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC |
| 84061101 | $8,000,000 | $1,564,072.97 | $6,435,927.03 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
| 84061101 | $8,000,000 | $2,006,774.22 | $5,993,225.78 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
| 95314201 | $5,000,000 | $449,582.62 | $4,550,417.38 | NATIONAL WILDLIFE FEDERATION |
| 95334801 | $500,000 | | $500,000.00 | NUEVA ESPERANZA, INC. |
| 95338201 | $500,000 | | $500,000.00 | APPALACHIAN VOICES |
| 95341301 | $8,000,000 | $839,393.02 | $7,160,606.98 | GREEN & HEALTHY HOMES INITIATIVE INC |
| 96701501 | $5,000,000 | $1,069,922.66 | $3,930,077.34 | WICHITA STATE UNIVERSITY |
| 00E03450 | $5,000,000 | $1,278,176.09 | $3,721,823.91 | REGENTS OF THE UNIVERSITY OF MINNESOTA |

| | | | | |
|---|---|---|---|---|
| 00A01436 | $500,000 | | $500,000.00 | NEW HAVEN ECOLOGY PROJECT INC |
| ~~00E03451~~ | ~~$4,000,000~~ | ~~$1,324,675.77~~ | ~~$2,675,324.23~~ | ~~BIG, NFP~~ |
| 00E03682 | $8,000,000 | $354,411.16 | $7,645,588.84 | MINNEAPOLIS FOUNDATION |
| 00I10501 | $4,000,000 | $91,832.00 | $3,908,168.00 | MONTANA STATE UNIVERSITY |
| 02F50601 | $500,000 | | $500,000.00 | BLACK UNITED FUND OF TEXAS, INC. |
| 02F50801 | $500,000 | | $500,000.00 | EARTH CARE INTERNATIONAL |
| 02J56601 | $500,000 | | $500,000.00 | OREGON COAST VISITORS ASSOCIATION, INC. |
| 02J63801 | $8,000,000 | $991,565.58 | $7,008,434.42 | PHILANTHROPY NORTHWEST |
| 03D03124 | $500,000 | $67,487.25 | $432,512.75 | PARKS ALLIANCE OF LOUISVILLE, INC. |
| 98T65801 | $5,100,000 | $908,057.59 | $4,191,942.41 | SAN DIEGO STATE UNIVERSITY FOUNDATION |
| 98T88701 | $500,000 | $72,910.10 | $427,089.90 | BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC. |
| 98T91201 | $500,000 | | $500,000.00 | COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT |
| 98T91501 | $500,000 | $11,350.40 | $488,649.60 | THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS |

Dan

Message

---

| | |
|---|---|
| **From**: | Adams, Anthony [Adams.Anthony@epa.gov] |
| **Sent**: | 3/21/2025 7:03:48 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Quarles, Michael [Quarles.Michael@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Carpenter, Wesley [Carpenter.Wesley@epa.gov]; Jackson, Terrence [Jackson.Terrence@epa.gov]; Standifer, Juanita [Standifer.Juanita@epa.gov]; Carter-Jenkins, Shakeba [Carter-Jenkins.Shakeba@epa.gov]; Jakob, Avivah [Jakob.Avivah@epa.gov] |
| **Subject**: | EO Compliance Review for AO March 21 2025 |
| **Attachments**: | EO Compliance Reveiw_OA_OPEEE_68HERH20D000168HERH20F0116 v4_AJ Signed.pdf; SOW_OEE Program Support_68HERH20F0116 1.30.25._9.30.25.docx |

Hello Kathryn and Erica,

I hope your week has gone well. AO has one (1) action for your review.
The Statement of Work is attached, accompanying the EO Compliance form.

Don't hesitate to contact Michael Quarles or me with any questions. Thanks.

Thanks,

**Anthony Adams** | Extramural Management Specialist
Office of the Administrator
Office of Administrative & Executive Services
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, DC 20460
Tel. No. (202) 566-1442
adams.anthony@epa.gov

Message

| | |
|---|---|
| **From**: | Corlett, Thomas [Corlett.Thomas@epa.gov] |
| **Sent**: | 2/24/2025 11:57:30 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov] |
| **CC**: | Jehling, Erica [Jehling.Erica@epa.gov] |
| **Subject**: | Re: X/DOGE_EPA: Power Forward Communities grants |

Thanks for flagging, Kathryn.

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Monday, February 24, 2025 6:43 PM
**To:** EPAExecSec <EPAExecSec@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Subject:** X/DOGE_EPA: Power Forward Communities grants

Cc Thomas and Erica on this one because this seems generally related to the $20B "gold bars".

(This is one of the X DMs to the @DOGE_EPA handle, so there's no public link to share on this.)

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

David Widawsky, director, EPA's Greenhouse Gas Reduction Fund (GGRF), knows it's illegal to award grants to unqualified organizations (like Stacey Abrams' Power Forward Communities). Everyone at EPA who has taken contract management training knows this. The Fund is authorized by statute but staff still must follow contract/grant administration laws. Why is Widawsky and his staff still on the EPA org chart? Check out David at this past November's launch of "Michigan Climate Investment Accelerator" which aims to siphon 6 Billion from the GGRF to banks/lenders into the spiderweb of grifter organizations.
https://michigan.gov/egle/newsroom/press-releases/2024/11/01/mi-climate-investment-accelerator...
"Community lenders in Michigan, including credit unions, CDFIs, and minority depository institutions, will be able to apply to receive funding and technical assistance from five national nonprofit organizations that were awarded a total of $6 billion under the GGRF earlier this year. Community lenders that successfully draw down GGRF resources will make green loans available for Michigan households and businesses for energy efficiency improvements, renewable energy technologies, electric heat pumps, electric vehicle charging equipment, and more." Widawsky: "This collaboration between the State of Michigan, Inclusiv, and other GGRF awardees is precisely the kind of partnership we need to build out the clean financing ecosystem, address the climate crisis, and generate new economic opportunities," said David Widawsky, director, EPA's Office of the Greenhouse Gas Reduction Fund. "This partnership recognizes the critical role community lenders will play in climate friendly economic development, enabling low-income and disadvantaged communities to access the capital they need to equitably and actively participate in the energy transition. This is just one example of how GGRF awardees are innovating to bring together public, private, and philanthropic sources of capital to fund projects all around the country and deliver on the promises of the Inflation Reduction Act and the Greenhouse Gas Reduction Fund."

- @FishbowlNews

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 2/25/2025 1:02:04 AM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: Philanthropy Northwest 02J63801



Region 10 completed cancellation of  Grant: Philanthropy
Northwest 02J63801.
Description: Northwest Network for Environmental Justice-Initial Award

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXUn

Message

**From:**      Catherine Nolan [nolan.catherine@epa.gov]
**Sent:**      2/25/2025 1:06:12 AM
**To:**        Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica
               [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:**   NOTICE: Cancellation of Grant: Parks Alliance of Louisville, Inc. 03D03124



Region 4 completed cancellation of  Grant: Parks Alliance of Louisville,
Inc. 03D03124.
Description: Environmental Justice Collaborative Problem-Solving
Cooperative Agreement Program

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXUq

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 2/25/2025 1:06:24 AM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica
[Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: Black united Fund of Texas, Inc. 02F50601



Region 6 completed cancellation of  Grant: Black united Fund of Texas,
Inc. 02F50601.
Description: Vulnerable to Vibrant: Solar Workforce Development
Trainings, Illegal Dumpling Abatement, and Environmental Justice
Community

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXUs

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 2/25/2025 1:06:41 AM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: San Diego State University Foundation 98T65801



Region 9 completed cancellation of  Grant: San Diego State University Foundation 98T65801.
Description: Special Purpose Activities Related to Environmental Justice

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXUw

EPA_00042803

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 2/25/2025 1:06:33 AM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: Earth Care International 02F50801



Region 6 completed cancellation of  Grant: Earth Care International 02F50801.
Description: Justice in the Air: The Partnership for Community Health Equity

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXUt

Message

**From:**   Catherine Nolan [nolan.catherine@epa.gov]
**Sent:**   2/25/2025 1:06:49 AM
**To:**     Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica
            [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: Bayview Hunters Point Community Advocates Inc. 98T88701



Region 9 completed cancellation of  Grant: Bayview Hunters Point
Community Advocates Inc. 98T88701.
Description: Inflation Reduction Act - Environmental Justice Collaborative
Problem-Solving

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXWP

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 2/25/2025 1:06:58 AM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: Council for Native Hawaiian Advancement 98T91201



Region 9 completed cancellation of  Grant: Council for Native Hawaiian Advancement 98T91201.
Description: Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXWQ

EPA_00042806

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 2/25/2025 1:07:08 AM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: The Friendship House Association of American Indians 98T91501



Region 9 completed cancellation of  Grant: The Friendship House Association of American Indians 98T91501.
Description: Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXWR

EPA_00042807

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 2/25/2025 1:07:15 AM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: BIG, NFP 00E03451



Region 5 completed cancellation of  Grant: BIG, NFP 00E03451.
Description: EPA Region V Environmental Justice Thriving Communities Technical Assistance Center (EJ TCTAC) Program Community-Led Alliance by Blacks in Green & Partners

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXTB

Message

---

**From:** Nolan, Catherine [Nolan.Catherine@epa.gov]
**Sent:** 2/25/2025 1:12:26 AM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** RE: NOTICE: Cancellation of Grant: BIG, NFP 00E03451

Good evening Team:

This notice is an error related to my manually closing grants that were cancelled this weekend. This has not yet been cancelled because it was "on hold". Please disregard this email.
My apologies.

Sincerely,
Catherine


Catherine Nolan
Digital Workflow Project Manager
Office of Resources and Business Operations
Office of Mission Support
Nolan.Catherine@epa.gov

---

**From:** Catherine Nolan <nolan.catherine@epa.gov>
**Sent:** Monday, February 24, 2025 8:07 PM
**To:** Nolan, Catherine <Nolan.Catherine@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** NOTICE: Cancellation of Grant: BIG, NFP 00E03451

Region 5 completed cancellation of  Grant: BIG, NFP 00E03451.
Description: EPA Region V Environmental Justice Thriving Communities
Technical Assistance Center (EJ TCTAC) Program Community-Led
Alliance by Blacks in Green & Partners

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UXTB

Message

**From**:       oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:       3/21/2025 8:00:47 PM
**To**:         Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:         Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:    Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx


Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

EPA_00042838

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 2/25/2025 7:01:30 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-02-25 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-02-25.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-02-25, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

EPA_00042914

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-02-25.xlsx**

Message

**From**: oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**: 2/25/2025 8:59:59 PM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**: Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From:**         Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:**          2/26/2025 3:09:20 PM
**To:**            Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**Subject:**       Daily Summary Report of Grant Terminations as of 02/26/25
**Attachments:**  Grant Terminations Report 2025.02.26.pdf; Grant Terminatons List.xlsx

Here's the daily aggregated report that takes pre-award and post-award cancellations. Let me know if this looks good and I'll get you added to the daily distribution.

Dan

Message

**From:**     OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:**     2/26/2025 7:01:06 PM
**To:**     Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**     Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:**     Contract Terminations Daily Report with amounts 2025-02-26
**Attachments:**     Contract_Terminations_withAmounts_2025-02-26.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-02-26, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-02-26.xlsx**

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 2/26/2025 7:29:03 PM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: INSTITUTE FOR SUSTAINABLE COMMUNITIES ASST_NON_84061101_6800



Office of Environmental Justice and External Civil Rights (OEJECR) completed cancellation of Grant: INSTITUTE FOR SUSTAINABLE COMMUNITIES ASST_NON_84061101_6800.
Description: THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UN2P

Message

---

**From**:       oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:       3/22/2025 8:01:18 PM
**To**:         Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:         Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:    Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx


Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

---

**From**:        oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:        2/26/2025 9:00:35 PM
**To**:          Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:          Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:     Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx


Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message
_____

**From**:          oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:          2/26/2025 10:02:01 PM
**To**:            Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:            Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:       Pending Grant Actions
**Attachments**:   Pending Grants Actions – All Regions and HQ.xlsx


Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 2/27/2025 7:01:46 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-02-27 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-02-27.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-02-27, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

Message

**From**:         oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:         2/27/2025 9:00:43 PM
**To**:           Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:           Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:      Pending Grant Actions
**Attachments**:  Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

Message

**From**:        OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent**:        3/23/2025 6:02:22 PM
**To**:          Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:          Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject**:     Contract Terminations Daily Report with amounts 2025-03-23
**Attachments**: Contract_Terminations_withAmounts_2025-03-23.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-03-23, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-23.xlsx**

EPA_00043218 - EPA_00043237

Message

**From:** oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent:** 3/23/2025 8:00:49 PM
**To:** Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject:** Pending Grant Actions
**Attachments:** Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

---

**From:**      OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:**      2/28/2025 7:02:42 PM
**To:**        Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn
               [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**        Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-
               Bakr.Robbin@epa.gov]
**Subject:**   Contract Terminations Daily Report with amounts 2025-02-28
**Attachments:** Contract_Terminations_withAmounts_2025-02-28.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-02-28, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-02-28.xlsx**

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 2/28/2025 9:00:49 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From**:        oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent**:        3/2/2025 9:01:27 PM
**To**:          Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:          Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject**:     Pending Grant Actions
**Attachments**: Pending Grants Actions – All Regions and HQ.xlsx


Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/3/2025 7:01:46 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-03 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-03.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-03, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-03.xlsx**

EPA_00043480 - EPA_00043487

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/3/2025 9:00:38 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 3/3/2025 10:26:33 PM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: PHILANTHROPY NORTHWEST 02J63801



Region 10 completed cancellation of Grant: PHILANTHROPY
NORTHWEST 02J63801.
Description: DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING
UNDER THE INFLATION REDUCTION ACT (IRA) TO PHILANTHROPY
NORTHWEST (PNW) AS A REGIONAL GRANTMAKER. THE
RECIPIENT, ALONG WITH PARTNERS, WILL USE THE INITIAL AWARD
TO ESTABLISH AND SUPPORT THE ACCESSIBILITY AND EQUITABLE
DISTRIBUTION OF ENVIRONMENTAL JUSTICE THRIVING
COMMUNITIES RESOURCES TO HISTORICALLY UNDERSERVED
COMMUNITIES TO IMPROVE ENVIRONMENTAL AND COMMUNITY
HEALTH AND WELLBEING THROUGH A PASS-THROUGH SUBGRANT
PROGRAM. WOVEN THROUGHOUT THE STRUCTU

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UMeD

Message

| | |
|---|---|
| **From:** | Catherine Nolan [nolan.catherine@epa.gov] |
| **Sent:** | 3/4/2025 12:23:57 AM |
| **To:** | Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov] |
| **Subject:** | NOTICE: Cancellation of Grant: VAN CORTLANDT PARK ALLIANCE INC. 96235423 |



Region 2 completed cancellation of  Grant: VAN CORTLANDT PARK ALLIANCE INC. 96235423.
Description: DESCRIPTION:THIS PROJECT PROVIDES FUNDING TO VAN CORTLANDT PARK ALLIANCE TO IMPLEMENT ITS PROJECT, WHICH WILL DESIGN, DEMONSTRATE, AND DISSEMINATE ENVIRONMENTAL EDUCATION PRACTICES, METHODS, AND TECHNIQUES, THAT WILL SERVE TO INCREASE ENVIRONMENTAL LITERACY AND ENCOURAGE BEHAVIOR THAT WILL BENEFIT THE ENVIRONMENT IN THE BRONX, NEW YORK. THE GRANTEE WILL DO THIS BY EDUCATING UNDERSERVED STUDENTS' ON HOW AIR QUALITY, WATER QUALITY AND CLIMATE CHANGE IS AFFECTING THEIR COMMUNITY. VAN CORTLANDT PARK

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UMeL

Message

**From**:          Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**:          3/4/2025 1:26:12 AM
**To**:            Jehling, Erica [Jehling.Erica@epa.gov]
**CC**:            Loving, Kathryn [Loving.Kathryn@epa.gov]
**Subject**:       Daily Summary Report of Grant Terminations as of 03/03/2025
**Attachments**:   Grant Terminatons List.xlsx; Grant Terminations Report 2025.03.03.pdf


W/ FAIN and CFDA details. Up to $83M+.

Dan

Message

**From**: OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent**: 3/24/2025 6:01:58 PM
**To**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC**: Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject**: Contract Terminations Daily Report with amounts 2025-03-24
**Attachments**: Contract_Terminations_withAmounts_2025-03-24.xlsx

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-24, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-24.xlsx**

EPA_00044468 - EPA_00044487

Message

**From:** oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent:** 3/24/2025 8:00:28 PM
**To:** Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject:** Pending Grant Actions
**Attachments:** Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

EPA_00044488

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

**From**:        Dolan, Sheila [dolan.sheila@epa.gov]
**Sent**:        3/24/2025 10:09:32 PM
**To**:        Jehling, Erica [Jehling.Erica@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**CC**:        Coogan, Daniel [Coogan.Daniel@epa.gov]; Sanders, Amy [Sanders.Amy@epa.gov]
**Subject**:    DOGE Review - Region 5 – March 24th
**Attachments**:    07E00752-0.pdf

Good afternoon,

Please see the attached R5 compliance form for 3/24.   Let me know if you have any questions.

Thanks!

Best Regards,

*Sheila Dolan*
Branch Manager
R5 Acquisition & Assistance
Office: 312-886-6675
Cell: 202-845-5981

**Executive Order Compliance Review**

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

**Funding Action Review Confirmation**

This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: 07E00752-0

Recipient/ Vendor name: Forest County Potowatomi Community

Funding amount $: 502,500

Work Description:

Forest County Potowatomi Community will use these funds to (1) protect the quality of the Tribe's water, land, and air resources by building and enhancing the basic infrastructure of an environmental program, (2) ensure healthy ambient air quality for the Reservation and surrounding air-shed, and (3) maintain adequate measures for the prevention and control of surface and groundwater pollution from both point and non-point sources.

Government-wide Acquisition (if yes, check box): ☐

Tyler, Jennifer (Blonn)

Digitally signed by Tyler,
Jennifer (Blonn)
Date: 2025.03.24
11:11:25 -05'00'

---

Program Office Director (or designee)/ Regional Division Director (or designee)

---

DOGE Team

EPA_00044557

**This document is produced in native format.**

**Original file name:**

**2025-2026 FCPC_PPG_Work Plan - Final.xlsx**

Message

| | |
|---|---|
| **From:** | Watkins, Tim [Watkins.Tim@epa.gov] |
| **Sent:** | 3/25/2025 1:23:28 AM |
| **To:** | Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC:** | Coogan, Daniel [Coogan.Daniel@epa.gov]; Brinkmiller, Michael [Brinkmiller.Michael@epa.gov]; Hart, Laconda [Hart.Laconda@epa.gov] |
| **Subject:** | ORD Compliance Review Forms |
| **Attachments:** | 20250313_GeminiAnalyizer_PR-ORD-25-00107_RSCD-SHEM_Compliance Review Form_over50k.pdf; 20250314_RTPSHEM Support OY1 68HERC23F0492ComplianceReviewOver50K.pdf; 20250314_RTPSHEM Support OY2 68HERC23F0492ComplianceReviewOver50K.pdf; 20250320_Follow-On RTP On-Site Contract_TBD_ORD-ORM-EMD_Compliance Review Form_over 50k.pdf; EOCR CPHEA-PHITD-Schmitt-PR-ORD-25-00863-IRB.pdf; EOCR Form ORD_CPHEA_ICSD_Ridley_68HERC24D0001_PRORD2500188.pdf; EOCR Form ORD-CPHEA-PESD_Knight_Planning PR - landscapint.pdf; EOCR ORD_CPHEA_68HERC25R0099-PR-ORD-24-02956-Lee.pdf; EOCR_ORD-CPHEA-HEEAD-Jones-Mar 13 2025 Reprints (003).pdf; EOCR-ORD-CPHEA-CPAD-Shams-68HERD22F0091-DistillerSR Renewal_.pdf; ORD_CEMM_68HERH25C0004_03202025.pdf; ORD_CESER_68HERC20D0018_03202025_0042.pdf; ORD_OSAPE_68HERC24C0002_03202025.pdf; ORD_OSIM_68HERD24A0001_68HERD24F0087_03202025.pdf; ORD_OSIM_68HERD24A002_68HERD24F0099_03202025.pdf; ORD_OSIM_68HERD24A0003_68HERD24F0100_03212025.pdf; ORD-CCTE-CCED-68HERH24D0007 (Evotec) OY1 Exercise_ss.pdf; ORD-CCTE-IO-68HERC20D0018_Scientific Equipment Calibration MetLab_s.pdf |

Hi Kathryn and Erica,

The purpose of this message is to forward the attached Compliance Review Forms from the Office of Research and Development (ORD) for actions greater than $50,000. The actions described in the attached forms have been reviewed and are in compliance with recently issued EOs and the Administrator's priorities.

I realize that there are numerous forms (18) on this submission and that the process for reviewing these forms will be changing effective tomorrow, so if you prefer that we use the new process please let me know.

If you have questions or require additional information, please contact me, Mike Brinkmiller (Brinkmiller.michael@epa.gov) or Laconda Hart (Hart.Laconda@epa.gov).

Thank you,
Tim Watkins
Senior Resource Official
Office of Research and Development

**Executive Order Compliance Review**

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

**Funding Action Review Confirmation**

This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #: **68HERD24A0003 / 68HERD24F0100**

Recipient/ Vendor name: **Booz Allen Hamilton**

Funding amount $: **200,000**

Work Description:

Assist with the ongoing planning, development, operations, maintenance, and end user support for the Scientific and Technical Information Clearance System (STICS) and its components, including Nuxeo.

STICS, ORD's internal clearance system, automated the previously paper-based review and approval process for clearing ORD scientific and technical products including peer-reviewed journal articles, reports, posters, presentations, assessments, etc., The application promotes transparency by enabling researchers to see where their products are in the clearance process and access their submissions at any time as well as run detailed reports. Clearance for publication and release to the public and internal EPA partners is one of the final steps in the research process.

Government-wide Acquisition (if yes, check box): ☐

EPA_00044606

AARON
IBARRA

Digitally signed by
AARON IBARRA
Date: 2025.03.24
07:25:21 -04'00'

Program Office Director (or designee)/ Regional Division Director (or designee)

DOGE Team