| Message | |
|---|---|
| **From:** | Jennifer Rape - QCC [jennifer.rape@gsa.gov] |
| **Sent:** | 3/25/2025 4:43:17 PM |
| **To:** | Loving, Kathryn [Loving.Kathryn@epa.gov] |
| **CC:** | Katrina Lloyd - QF2C [katrina.lloyd@gsa.gov]; Josh Gruenbaum - Q [josh.gruenbaum@gsa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Jon Dewolfe - QCCB [jonathan.dewolfe@gsa.gov] |
| **Subject:** | Re: Contract Termination Shell |
| **Attachments:** | EPA - Contract Termination Log March 22 - added reference IDs.xlsx |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning, Please verify the submission for Contract/Order # PIID **68HERH25P0029**/ Reference PIID (order number) 68HE0324F0042-P00002. Both PIIDs referenced are order #s.

Is this submission for Contract/Order # PIID **GS00F117CA** Reference PIID (order number) 68HE0324F0042-P00002?

| Contract/Order #/ PIID | Reference PIID (order number) | Contract Description | Status | Contract Ceiling Val |
|---|---|---|---|---|
| 68HERH25P0029 | 68HE0324F0042-P00002 | 2025 National Environmental Justice Conference and Training Program | Terminated for Convenience | $20,000 |

Thank you in advance,



**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov

On Tue, Mar 25, 2025 at 8:02 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Katrina, you have it right. I looked up a few of these in FPDS, and what I notice is that when there is no "reference" ID (i.e. it's "0" in the spreadsheet), then the contract # column is the PIID in FPDS. But when there is a reference ID, then that reference number is the PIID in FPDS, and then the "contract #" is the "referenced IDV ID" in FPDS, as you noted.

Thanks for forcing us to understand this better – I think in the report we are getting from the staff, they are mixing up the "contract#" and "reference" columns for the rows where contracts that have a reference. All the info is there though, sorry this is confusing.

For example search for PIID 68HERH23F0127 as a good example – the reference "68HERH19D0029" is the referenced IDV. But if you search for PIID: 68HE0P24P0007 – it has no reference ID in our spreadsheet, and no reference in FPDS.

The part I could not get to match with FPDS is the mod#. For example, when you search for PIID 68HERH23F0127, you can see mod P000014, but not P000013 – My guess on this is that the mod number increased when we cancelled the contract (and you can see the mod date is 3/10), and FPDS does not store every mod.


Kathryn



Get Outlook for iOS

---

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Tuesday, March 25, 2025 7:38:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.


Hi Kathryn,


Thank you for the updated EPA submission. Please let me know if I have the correct understanding of how EPAs Contract # and Reference PIIDs are assigned. I'm interpreting this latest submission as EPA has awarded an IDIQ or BPA. For the IDIQ or BPA, a "Reference PIID" is assigned. Any "orders" issued off of the IDIQ or BPA are assigned a "Contract #." Both the Reference PIID and associated Contract # will be different numbers. However, there will be instances where Contract #s will be the same but associated with different Reference PIIDs.


Essentially, it looks like the Contract numbers are being reused but associated with different Reference PIIDs. If this is correct, please confirm if in these instances, the Contracts are separate and distinct with different contract requirements.


Thank you!



**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Mon, Mar 24, 2025 at 6:25 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Josh,

Improved list attached. I was only including the contract number before, but now I've started using the column "Reference PIID" to hold a combined "order number"_"mod number" for each contract - I am told that all 3 numbers (contract, order, mod) are required to make sure there are no duplicates.

But there was actually 1 duplicate! I have used "strikethrough" on it in line 55, and it has no numbers in the contract value columns for that one.

Except for the strikethrough, the attached list is the same as what I sent you on March 22, except with that bonus "order_mod" Reference column filled in.

I also added a column "Already in Josh's list?" = yes, if this was already reported in the table you pasted in this email thread, to make it easier for you to reconcile.

(I did not include the POLITICO "CASE_NAM" entries that are in your list, because I wasn't sure what those are, and they're not in our internal list – I'm guessing those were maybe GSA following up on the POLITICO subscription cancelations?)

Kathryn

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Monday, March 24, 2025 8:50 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

I think you guys were late on submissions and I believe a bunch of what was in there was new that we had not logged so, if ok, I advise for you to work with the team to figure out what are new entries and what are duplicates



**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Mon, Mar 24, 2025 at 8:48 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Sorry about that guys – I think Erica did the previous submission, and I didn't see it in my email, so that's why I thought we were behind on submissions. But it sounds like we were not. And also that I need to go through our internal contract list to get rid of duplicates!

Thanks,

Kathryn

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Monday, March 24, 2025 7:29 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning,

In addition to Josh email, the EPA spreadsheet provided includes several contract # duplicates (I counted 12) with different ceiling and savings values. We can't include duplicates in the GSA termination log. Within your updated spreadsheet submission, please ensure there are no duplicate entries.

Thank you!

---

| | U.S. General Services Administration |
|---|---|
| | **Katrina Lloyd** |
| | Senior Program Analyst |
| | Office of the Commissioner |
| | Federal Acquisition Service |
| | katrina.lloyd@gsa.gov |
| | Phone 267-588-9975 |

On Sat, Mar 22, 2025 at 4:48 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Hey guys

Great!

See below for what we have from you all already. Please re-submit just new entires that haven't been logged yet so we can ensure no duplicates, and yes, send over whenever you get these real time going fwd, please and thank you!

| ID | Date of Termination / Contract Action (*If blank, the termination is in progress.*) | PIID (required) | Reference PIID (optional) | Agency | Vendor | Category (i.e. DEI, Climate & Sustainability, ConsultingServices, Non-Performing/Non-Essential Contracts, Recruitment Services, Media. Advertising) |
|---|---|---|---|---|---|---|
| 31 | 1/24/2025 | 68HERC24A0014 | GS00F120DA | Environmental Protection Agency | Jefferson Consulting | DEI |
| 32 | 1/24/2025 | 68HERC24A0013 | GS35F013CA | Environmental Protection Agency | FEDERAL MANAGEMENT PARTNERS, LLC | DEI |
| 33 | 1/24/2025 | 68HERC24A0012 | GS02F156AA | Environmental Protection Agency | Business Mgmt. Assoc. | DEI |
| 34 | 1/24/2025 | 68HERH24P0143 | | Environmental Protection Agency | Lighthouse Strategy Consulting | DEI |

| 377 | 1/24/2025 | 68HERC23P0042 | | Environmental Protection Agency | GARTNER, INC. | DEI |
|---|---|---|---|---|---|---|
| 430 | 2/7/2025 | 68HERD23P0034 | | Environmental Protection Agency | POLITICO, LLC | Media |
| 431 | 2/7/2025 | 68HERH24P0156 | | Environmental Protection Agency | POLITICO, LLC | Media |
| 1024 | 2/6/2025 | 89303025PMA000335 | | Environmental Protection Agency | Politico | Media |
| 1025 | 2/6/2025 | 89243623FCD000005 | 03310319D0071 | Environmental Protection Agency | Politico | Media |
| 1026 | 2/6/2025 | 89303024PGC000024 | | Environmental Protection Agency | Politico | Media |
| 1027 | 2/6/2025 | 89303022CIM000010 | | Environmental Protection Agency | Politico | Media |
| 1028 | 2/6/2025 | 89303021CLP000012 | | Environmental Protection Agency | Politico | Media |
| 1029 | 2/6/2025 | 89303023PFE000093 | | Environmental Protection Agency | Politico | Media |
| 1030 | 2/6/2025 | 89303022PMA000265 | | Environmental Protection Agency | Politico | Media |
| 1031 | 2/6/2025 | 89303025PGD000003 | | Environmental Protection Agency | Politico | Media |
| 1032 | 2/6/2025 | 89303024POP000005 | | Environmental Protection Agency | Politico | Media |
| 1033 | 2/6/2025 | 89303024PFE000116 | | Environmental Protection Agency | Politico | Media |
| 1034 | 2/6/2025 | 89303024PCI000010 | | Environmental Protection Agency | Politico | Media |
| 1035 | 2/6/2025 | 89303024PED000058 | | Environmental Protection Agency | Politico | Media |

| 1036 | 2/6/2025 | 89303025PIG000148 | | Environmental Protection Agency | Politico | Media |
|---|---|---|---|---|---|---|
| 1037 | 2/6/2025 | 89303024PEI000105 | | Environmental Protection Agency | Politico | Media |
| 1038 | 2/6/2025 | 89303025FEI400159 | 03310323D0056 | Environmental Protection Agency | Politico | Media |
| 1825 | 2/14/2025 | 68HERH23F0237 | 68HERH22A0025 | Environmental Protection Agency | ENDYNA, INC. | Consulting Services |

| Contract Description | Status | Contract Ceiling Value | Dollars Obligated | Potential Contract Savings (Contract Ceiling Value - Dollars Obligated) |
|---|---|---|---|---|
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $180,000.00 | | $0.00 |
| TO PURCHASE A TWO YEAR SUBSCRIPTION WITH GARTNER HR LEADERS TO OBTAIN RESEARCH AND ADVISORY SERVICES COVERING EMPLOYEE EXPERIENCE, DIVERSITY, EQUITY, INCLUSION AND ACCESSIBILITY, AND WORK LIFE INTEGRATION. | Terminated for Convenience | $95,922.00 | | $0.00 |
| E&E NEWS 12 MONTH BASE PERIOD AND 12 MONTH OPTION | Terminated for Convenience | $545,710.00 | | $0.00 |

EPA_00044614

| | | | | |
|---|---|---|---|---|
| PERIOD SUBSCRIPTION ACCESS FOR FIVE SCIENTIFIC AND POLICY PUBLICATIONS: ENERGYWIRE, CLIMATEWIRE, GREENWIRE, E&E DAILY, AND E&E NEWSPM. | | | | |
| POLITICO PRO PLUS/PRO ANALYSIS SUBSCRIPTION TO CONSOLIDATE 4 PROGRAM OFFICES FOR 117 USERS-1-YEAR SUBSCRIPTION. | Terminated for Convenience | $179,409.00 | | $0.00 |
| Politico Pro Renewal FY2025 - 172 subscribers | CASE NAM update: customer states that contract was terminated | $399,091.23 | $399,091.23 | $0.00 |
| 20, One-Year E&E Publishing LLC (dba Politico LLC) Subscriptions for 5 Publications | CASE NAM update: customer states that contract was terminated | $328,561.00 | $328,561.00 | $0.00 |
| E&E News Subscription Services | CASE NAM update: customer states that contract was terminated | $281,786.00 | $49,000.00 | $232,786.00 |
| This is a Firm Fixed Price Single Source Acquisition to receive E&E News publications. | CASE NAM update: customer states that contract was terminated | $184,915.00 | $129,305.00 | $55,610.00 |
| Subscription to E&E News (Politico) LLC for Energywire, Climatewire, E&E Daily, Greenwire, and E&E News PM for LPO's use program-wide. | CASE NAM update: customer states that contract was terminated | $165,768.94 | $129,303.75 | $36,465.19 |
| Politico Pro Plus One Year Subscription for 25 users. | CASE NAM update: customer states that contract was terminated | $115,180.00 | $115,180.00 | $0.00 |

EPA_00044615

| | | | | |
|---|---|---|---|---|
| Award 30 user seat license contract to Politico LLC dba E&E News for 12 mos digital subscriptions within the Office of the Secretary in the amount of $29,808.00 for the period 05/04/2022-05/03-2022. | CASE NAM update: customer states that contract was terminated | $98,665.00 | $98,665.00 | $0.00 |
| 8 licenses/subscriptions of E&E NEWS for the Grid Deployment Office. | CASE NAM update: customer states that contract was terminated | $59,475.00 | $18,320.00 | $41,155.00 |
| To secure 70 users slots for E&E News subscriptions (E&E Daily, EnergyWire, ClimateWire, GreenWire, and E&ENewsPM). | CASE NAM update: customer states that contract was terminated | $43,560.00 | $43,560.00 | $0.00 |
| E&E News, purchase one-year subscription for 45 Fossil Energy (FE) HQ with access available to FE HQ Staff. Period of Performance 06/28/2024-06/27/2025. | CASE NAM update: customer states that contract was terminated | $40,499.98 | $40,499.98 | $0.00 |
| E&E News electronic subscription renewal 3/11/24-3/10/25 | CASE NAM update: customer states that contract was terminated | $29,239.00 | $29,239.00 | $0.00 |
| Subscription for daily comprehensive, timely, objective journalistic analysis, news and information on significant policy, legislation, science, legal, regulatory affairs, and industry developments across the environment and energy spectrum. | CASE NAM update: customer states that contract was terminated | $29,040.00 | $29,040.00 | $0.00 |
| To procure a 1-year online subscription to (E&E News) 15 seats | CASE NAM update: customer states that contract was terminated | $25,800.00 | $25,800.00 | $0.00 |

EPA_00044616

| | | | | |
|---|---|---|---|---|
| The purpose of this requirement is to procure an annual Politico Pro Plus subscription for RTM and OA users. | CASE NAM update: customer states that contract was terminated | $13,575.00 | $13,575.00 | $0.00 |
| The U.S. Energy Information Administration (EIA), ORTM and OA will enter into a firm-fixed price order with Politico, LLC. to procure Politico Pro Plus subscription for one year for 3 users. | CASE NAM update: customer states that contract was terminated | $12,300.00 | $12,300.00 | $0.00 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $6,895,921.10 | $6,895,921.10 | |

**This document is produced in native format.**

**Original file name:**

**EPA - Contract Termination Log March 22 - added reference IDs.xlsx**

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 3/25/2025 5:31:12 PM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: AL DEPARTMENT ENVIRONMENTAL MANAGEMENT 84032601



Office of Environmental Justice and External Civil Rights (OEJECR) completed cancellation of  Grant: AL DEPARTMENT ENVIRONMENTAL MANAGEMENT 84032601.
Description: THE PURPOSE OF THIS AMERICAN RESCUE PLAN FUNDED COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING TO THE ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (ADEM) TO DEVELOP AND UTILIZE A MOBILE EDUCATION TRAILER TO PROVIDE EDUCATION AND TRAINING RELATED TO THE CAUSES AND EFFECTS OF AIR POLLUTION (CLEAN AIR ACT, SECTION 103 (B)(3) WITHIN UNDERSERVED COMMUNITIES THAT HAVE EXPERIENCED PROLIFIC IMPACTS DUE TO THE COVID-19 PANDEMIC. THE TARGET AREA FOR THIS PROJECT IS MONTGOMERY COUNTY, AL WHERE ONE OF THE UN

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UMce

EPA_00044645

Message

**From:**       Catherine Nolan [nolan.catherine@epa.gov]
**Sent:**       3/25/2025 5:31:51 PM
**To:**         Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica
               [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:**    NOTICE: Cancellation of Grant: VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY 84032801



Office of Environmental Justice and External Civil Rights (OEJECR)
completed cancellation of  Grant: VIRGINIA DEPARTMENT OF
ENVIRONMENTAL QUALITY 84032801.
Description: THE PURPOSE OF THIS AMERICAN RESCUE PLAN
FUNDED COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING TO
THE VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY
(VADEQ) TO IMPLEMENT TWO KEY RECOMMENDATIONS
RESULTING FROM ITS 2019-2020 ENVIRONMENTAL JUSTICE (EJ)
STUDY: 1) DEVELOPMENT AND IMPLEMENTATION OF AN EJ
TRAINING ACADEMY AND 2) DEVELOPMENT OF A VIRGINIA-
SPECIFIC EJ MAP-BASED TOOL. WORK UNDER THIS PROJECT WILL
FOCUS ON EJ TRAINING AND CAPACITY BUILDING FOR MEMBERS
OF TWO UNDERSERVED COMMUNITIES IN SOUTHEAST

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UMcf

EPA_00044646

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 3/25/2025 5:32:30 PM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: DEPARTMENT OF ENERGY AND ENVIRONMENT 84034101



Office of Environmental Justice and External Civil Rights (OEJECR) completed cancellation of  Grant: DEPARTMENT OF ENERGY AND ENVIRONMENT 84034101.
Description: THE PURPOSE OF THIS AMERICAN RESCUE PLAN FUNDED COOPERATIVE AGREEMENT IS TO PROVIDE FUNDING TO THE DISTRICT OF COLUMBIA DEPARTMENT OF ENERGY AND ENVIRONMENT'S (DOEE) AIR QUALITY DIVISION TO EMPOWER PREDOMINANTLY MINORITY FAMILIES LIVING IN HIGH-POVERTY NEIGHBORHOODS EAST OF THE ANACOSTIA RIVER IN WARDS 7 AND 8 TO TAKE ACTION TO MANAGE ENVIRONMENTAL CONDITIONS AT HOME. THE PROJECT'S PRIMARY ACTIVITIES ARE TO PROVIDE TRAINING AND PUBLIC EDUCATION TO IMPROVE CHILDREN'S LONG-TERM ASTHMA CONTROL AND

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UMcg

Message

**From:** OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:** 3/25/2025 6:01:05 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:** Contract Terminations Daily Report with amounts 2025-03-25
**Attachments:** Contract_Terminations_withAmounts_2025-03-25.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-03-25, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-25.xlsx**

| Message |
| --- |
| **From**: Brandon Bartel - B-C [brandon.bartel@gsa.gov] |
| **Sent**: 3/25/2025 7:40:10 PM |
| **To**: Josh Gruenbaum - Q [josh.gruenbaum@gsa.gov] |
| **CC**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jennifer Rape - QCC [jennifer.rape@gsa.gov]; Katrina Lloyd - QF2C [katrina.lloyd@gsa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Jon Dewolfe - QCCB [jonathan.dewolfe@gsa.gov] |
| **Subject**: Re: Contract Termination Shell |
| **Attachments**: EPA Contracts and Grants.xlsx |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Please see attached and let me know if you have any questions!

On Tue, Mar 25, 2025 at 3:20 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:
  Brandon, please sent Kathryn the EPA logs for contracts and grants (just like you did for HHS)

  Kathryn, please log per the template so that it is all uniform

  Thanks, both!

On Tue, Mar 25, 2025 at 3:06 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:
  Would you all mind sending back the full xlsx file when you are done – the version I sent you didn't have those POLITICO contracts from early Feb that start with 89.

  I'm also not sure if I'm using the columns you expect.

  I want to  make sure that my numbers match perfectly with your numbers going forward, and that I'm reporting in a format that you don't have to mess with.


  Thanks,

  Kathryn

---

**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 2:10 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Got it. Thank you!



**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov

On Tue, Mar 25, 2025 at 1:03 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Jennifer,

Yes, PIID **GS00F117CA** is the Reference PIID for order 68HE0324F0042-P00002. (I put that order/mod# in the wrong column, sorry.) That is a GMG MANAGEMENT CONSULTING INC. contract for $75,021

The row you screenshotted below is for contract (order) **68HERH25P0029,** which does not have a reference ID.

Kathryn

**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 12:43 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning, Please verify the submission for Contract/Order # PIID **68HERH25P0029**/ Reference PIID (order number) 68HE0324F0042-P00002. Both PIIDs referenced are order #s.

EPA_00044670

Is this submission for Contract/Order # PIID **GS00F117CA** Reference PIID (order number) 68HE0324F0042-P00002?

| Contract/Order #/ PIID | Reference PIID (order number) | Contract Description | Status | Contract Ceiling Val |
|---|---|---|---|---|
| 68HERH25P0029 | 68HE0324F0042-P00002 | 2025 National Environmental Justice Conference and Training Program | Terminated for Convenience | $20,000 |

Thank you in advance,

**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov

On Tue, Mar 25, 2025 at 8:02 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Katrina, you have it right. I looked up a few of these in FPDS, and what I notice is that when there is no "reference" ID (i.e. it's "0" in the spreadsheet), then the contract # column is the PIID in FPDS. But when there is a reference ID, then that reference number is the PIID in FPDS, and then the "contract #" is the "referenced IDV ID" in FPDS, as you noted.

Thanks for forcing us to understand this better – I think in the report we are getting from the staff, they are mixing up the "contract#" and "reference" columns for the rows where contracts that have a reference. All the info is there though, sorry this is confusing.

For example search for PIID 68HERH23F0127 as a good example – the reference "68HERH19D0029" is the referenced IDV. But if you search for PIID: 68HE0P24P0007 – it has no reference ID in our spreadsheet, and no reference in FPDS.

The part I could not get to match with FPDS is the mod#. For example, when you search for PIID 68HERH23F0127, you can see mod P000014, but not P000013 – My guess on this is that the mod number increased when we cancelled the contract (and you can see the mod date is 3/10), and FPDS does not store every mod.

Kathryn

Get Outlook for iOS

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Tuesday, March 25, 2025 7:38:33 AM

EPA_00044671

**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Kathryn,

Thank you for the updated EPA submission. Please let me know if I have the correct understanding of how EPAs Contract # and Reference PIIDs are assigned. I'm interpreting this latest submission as EPA has awarded an IDIQ or BPA. For the IDIQ or BPA, a "Reference PIID" is assigned. Any "orders" issued off of the IDIQ or BPA are assigned a "Contract #." Both the Reference PIID and associated Contract # will be different numbers. However, there will be instances where Contract #s will be the same but associated with different Reference PIIDs.

Essentially, it looks like the Contract numbers are being reused but associated with different Reference PIIDs. If this is correct, please confirm if in these instances, the Contracts are separate and distinct with different contract requirements.

Thank you!

**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Mon, Mar 24, 2025 at 6:25 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Josh,

Improved list attached. I was only including the contract number before, but now I've started using the column "Reference PIID" to hold a combined "order number"_"mod number" for each contract - I am told that all 3 numbers (contract, order, mod) are required to make sure there are no duplicates.

But there was actually 1 duplicate! I have used "strikethrough" on it in line 55, and it has no numbers in the contract value columns for that one.

Except for the strikethrough, the attached list is the same as what I sent you on March 22, except with that bonus "order_mod" Reference column filled in.

I also added a column "Already in Josh's list?" = yes, if this was already reported in the table you pasted in this email thread, to make it easier for you to reconcile.

(I did not include the POLITICO "CASE_NAM" entries that are in your list, because I wasn't sure what those are, and they're not in our internal list – I'm guessing those were maybe GSA following up on the POLITICO subscription cancelations?)

Kathryn

---

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Monday, March 24, 2025 8:50 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

I think you guys were late on submissions and I believe a bunch of what was in there was new that we had not logged so, if ok, I advise for you to work with the team to figure out what are new entries and what are duplicates

 **U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
josh.gruenbaum@gsa.gov

On Mon, Mar 24, 2025 at 8:48 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Sorry about that guys – I think Erica did the previous submission, and I didn't see it in my email, so that's why I thought we were behind on submissions. But it sounds like we were not. And also that I need to go through our internal contract list to get rid of duplicates!

Thanks,

Kathryn

---

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Monday, March 24, 2025 7:29 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning,

In addition to Josh email, the EPA spreadsheet provided includes several contract # duplicates (I counted 12) with different ceiling and savings values. We can't include duplicates in the GSA termination log. Within your updated spreadsheet submission, please ensure there are no duplicate entries.

Thank you!

**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Sat, Mar 22, 2025 at 4:48 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Hey guys

Great!

See below for what we have from you all already. Please re-submit just new entires that haven't been logged yet so we can ensure no duplicates, and yes, send over whenever you get these real time going fwd, please and thank you!

| ID | Date of Termination / Contract Action (*If blank, the termination is in progress.*) | PIID (required) | Reference PIID (optional) | Agency | Vendor | Category (i.e. DEI, Climate & Sustainability, ConsultingServices, Non-Performing/Non-Essential Contracts, Recruitment Services, Media. Advertising) |
|---|---|---|---|---|---|---|
| 31 | 1/24/2025 | 68HERC24A0014 | GS00F120DA | Environmental Protection Agency | Jefferson Consulting | DEI |
| 32 | 1/24/2025 | 68HERC24A0013 | GS35F013CA | Environmental Protection Agency | FEDERAL MANAGEMENT PARTNERS, LLC | DEI |
| 33 | 1/24/2025 | 68HERC24A0012 | GS02F156AA | Environmental Protection Agency | Business Mgmt. Assoc. | DEI |
| 34 | 1/24/2025 | 68HERH24P0143 | | Environmental Protection Agency | Lighthouse Strategy Consulting | DEI |
| 377 | 1/24/2025 | 68HERC23P0042 | | Environmental Protection Agency | GARTNER, INC. | DEI |
| 430 | 2/7/2025 | 68HERD23P0034 | | Environmental Protection Agency | POLITICO, LLC | Media |
| 431 | 2/7/2025 | 68HERH24P0156 | | Environmental Protection Agency | POLITICO, LLC | Media |
| 1024 | 2/6/2025 | 89303025PMA000335 | | Environmental Protection Agency | Politico | Media |
| 1025 | 2/6/2025 | 89243623FCD000005 | 03310319D0071 | Environmental Protection Agency | Politico | Media |
| 1026 | 2/6/2025 | 89303024PGC000024 | | Environmental Protection Agency | Politico | Media |

| 1027 | 2/6/2025 | 89303022CIM000010 | | Environmental Protection Agency | Politico | Media |
|---|---|---|---|---|---|---|
| 1028 | 2/6/2025 | 89303021CLP000012 | | Environmental Protection Agency | Politico | Media |
| 1029 | 2/6/2025 | 89303023PFE000093 | | Environmental Protection Agency | Politico | Media |
| 1030 | 2/6/2025 | 89303022PMA000265 | | Environmental Protection Agency | Politico | Media |
| 1031 | 2/6/2025 | 89303025PGD000003 | | Environmental Protection Agency | Politico | Media |
| 1032 | 2/6/2025 | 89303024POP000005 | | Environmental Protection Agency | Politico | Media |
| 1033 | 2/6/2025 | 89303024PFE000116 | | Environmental Protection Agency | Politico | Media |
| 1034 | 2/6/2025 | 89303024PCI000010 | | Environmental Protection Agency | Politico | Media |
| 1035 | 2/6/2025 | 89303024PED000058 | | Environmental Protection Agency | Politico | Media |
| 1036 | 2/6/2025 | 89303025PIG000148 | | Environmental Protection Agency | Politico | Media |
| 1037 | 2/6/2025 | 89303024PEI000105 | | Environmental Protection Agency | Politico | Media |
| 1038 | 2/6/2025 | 89303025FEI400159 | 03310323D0056 | Environmental Protection Agency | Politico | Media |
| 1825 | 2/14/2025 | 68HERH23F0237 | 68HERH22A0025 | Environmental Protection Agency | ENDYNA, INC. | Consulting Services |

| Contract Description | Status | Contract Ceiling Value | Dollars Obligated | Potential Contract Savings (Contract Ceiling Value - |
|---|---|---|---|---|

| | | | | Dollars Obligated) |
|---|---|---|---|---|
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $180,000.00 | | $0.00 |
| TO PURCHASE A TWO YEAR SUBSCRIPTION WITH GARTNER HR LEADERS TO OBTAIN RESEARCH AND ADVISORY SERVICES COVERING EMPLOYEE EXPERIENCE, DIVERSITY, EQUITY, INCLUSION AND ACCESSIBILITY, AND WORK LIFE INTEGRATION. | Terminated for Convenience | $95,922.00 | | $0.00 |
| E&E NEWS 12 MONTH BASE PERIOD AND 12 MONTH OPTION PERIOD SUBSCRIPTION ACCESS FOR FIVE SCIENTIFIC AND POLICY PUBLICATIONS: ENERGYWIRE, CLIMATEWIRE, GREENWIRE, E&E DAILY, AND E&E NEWSPM. | Terminated for Convenience | $545,710.00 | | $0.00 |
| POLITICO PRO PLUS/PRO ANALYSIS SUBSCRIPTION TO CONSOLIDATE 4 PROGRAM OFFICES FOR 117 USERS-1-YEAR SUBSCRIPTION. | Terminated for Convenience | $179,409.00 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| Politico Pro Renewal FY2025 - 172 subscribers | CASE NAM update: customer states that contract was terminated | $399,091.23 | $399,091.23 | $0.00 |
| 20, One-Year E&E Publishing LLC (dba Politico LLC) Subscriptions for 5 Publications | CASE NAM update: customer states that contract was terminated | $328,561.00 | $328,561.00 | $0.00 |
| E&E News Subscription Services | CASE NAM update: customer states that contract was terminated | $281,786.00 | $49,000.00 | $232,786.00 |
| This is a Firm Fixed Price Single Source Acquisition to receive E&E News publications. | CASE NAM update: customer states that contract was terminated | $184,915.00 | $129,305.00 | $55,610.00 |
| Subscription to E&E News (Politico) LLC for Energywire, Climatewire, E&E Daily, Greenwire, and E&E News PM for LPO's use program-wide. | CASE NAM update: customer states that contract was terminated | $165,768.94 | $129,303.75 | $36,465.19 |
| Politico Pro Plus One Year Subscription for 25 users. | CASE NAM update: customer states that contract was terminated | $115,180.00 | $115,180.00 | $0.00 |
| Award 30 user seat license contract to Politico LLC dba E&E News for 12 mos digital subscriptions within the Office of the Secretary in the amount of $29,808.00 for the period 05/04/2022-05/03-2022. | CASE NAM update: customer states that contract was terminated | $98,665.00 | $98,665.00 | $0.00 |
| 8 licenses/subscriptions of E&E NEWS for the Grid Deployment Office. | CASE NAM update: customer states that contract was terminated | $59,475.00 | $18,320.00 | $41,155.00 |
| To secure 70 users slots for E&E News subscriptions (E&E | CASE NAM update: customer states | $43,560.00 | $43,560.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Daily, EnergyWire, ClimateWire, GreenWire, and E&ENewsPM). | that contract was terminated | | | |
| E&E News, purchase one-year subscription for 45 Fossil Energy (FE) HQ with access available to FE HQ Staff. Period of Performance 06/28/2024-06/27/2025. | CASE NAM update: customer states that contract was terminated | $40,499.98 | $40,499.98 | $0.00 |
| E&E News electronic subscription renewal 3/11/24-3/10/25 | CASE NAM update: customer states that contract was terminated | $29,239.00 | $29,239.00 | $0.00 |
| Subscription for daily comprehensive, timely, objective journalistic analysis, news and information on significant policy, legislation, science, legal, regulatory affairs, and industry developments across the environment and energy spectrum. | CASE NAM update: customer states that contract was terminated | $29,040.00 | $29,040.00 | $0.00 |
| To procure a 1-year online subscription to (E&E News) 15 seats | CASE NAM update: customer states that contract was terminated | $25,800.00 | $25,800.00 | $0.00 |
| The purpose of this requirement is to procure an annual Politico Pro Plus subscription for RTM and OA users. | CASE NAM update: customer states that contract was terminated | $13,575.00 | $13,575.00 | $0.00 |
| The U.S. Energy Information Administration (EIA), ORTM and OA will enter into a firm-fixed price order with Politico, LLC. to procure Politico Pro Plus subscription for one year for 3 users. | CASE NAM update: customer states that contract was terminated | $12,300.00 | $12,300.00 | $0.00 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR | TERMINATE FOR CONVENIENCE | $6,895,921.10 | $6,895,921.10 | |

| | | | | |
|---|---|---|---|---|
| ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | (COMPLETE OR PARTIAL) | | | |

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

EPA_00044680

**This document is produced in native format.**

**Original file name:**

**EPA Contracts and Grants.xlsx**

Message

**From:** oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent:** 3/25/2025 8:00:37 PM
**To:** Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject:** Pending Grant Actions
**Attachments:** Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

EPA_00044762

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 3/26/2025 6:01:06 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov] |
| **CC**: | Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov] |
| **Subject**: | Contract Terminations Daily Report with amounts 2025-03-26 |
| **Attachments**: | Contract_Terminations_withAmounts_2025-03-26.xlsx |

Attached is the Daily Contract Terminations Report with award ceiling 2025-03-26, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

EPA_00044829

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-03-26.xlsx**

Message

**From:**        oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent:**        3/26/2025 8:00:40 PM
**To:**          Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]
**CC:**          Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject:**     Pending Grant Actions
**Attachments:** Pending Grants Actions – All Regions and HQ.xlsx

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Melissa Wise for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

| Message |
| --- |
| **From:** Josh Gruenbaum - Q [josh.gruenbaum@gsa.gov] |
| **Sent:** 3/26/2025 10:33:13 PM |
| **To:** Loving, Kathryn [Loving.Kathryn@epa.gov] |
| **CC:** Jehling, Erica [Jehling.Erica@epa.gov]; Brandon Bartel - B-C [brandon.bartel@gsa.gov] |
| **Subject:** Re: EPA: grant terminations up to March 25, 2025 |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Great, taking Katrina off and adding Brandon for grants

For the ones where you say "Awarded" = "no", this should go into the Misc. tab and not the grant termination tab

Brandon pls confirm and scrub for dupes

On Wed, Mar 26, 2025 at 6:19 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

> Thanks for all your team's support on contract reporting.
>
> Now we have a grants update!  We have made a big push on these over the last week – update attached, getting us up to $369M total savings on grants, and there should be more by next week.
>
> Note that I did update a few of the prior rows previously submitted by Erica, in the following way: when "Awarded?" = No, that means that this was a draft award in our internal grants system, that we cancelled before it was awarded.
>
> In the previous report, "potential savings" for some of these was listed as $0, but I changed them to be the ceiling amount of the award in this submission. This is debatable but I discussed with Erica, and we think treating this as savings is more accurate (and consistent with the 1st row of the spreadsheet where we did treat this cancelled pending grant as savings).
>
> Best,
>
> Kathryn

---

**From:** Brandon Bartel - B-C <brandon.bartel@gsa.gov>
**Sent:** Tuesday, March 25, 2025 3:40 PM
**To:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Katrina Lloyd - QF2C

<katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Please see attached and let me know if you have any questions!

On Tue, Mar 25, 2025 at 3:20 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:
Brandon, please sent Kathryn the EPA logs for contracts and grants (just like you did for HHS)

Kathryn, please log per the template so that it is all uniform

Thanks, both!

On Tue, Mar 25, 2025 at 3:06 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:
Would you all mind sending back the full xlsx file when you are done – the version I sent you didn't have those POLITICO contracts from early Feb that start with 89.

I'm also not sure if I'm using the columns you expect.

I want to make sure that my numbers match perfectly with your numbers going forward, and that I'm reporting in a format that you don't have to mess with.

Thanks,
Kathryn

**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 2:10 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Got it. Thank you!



**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov

On Tue, Mar 25, 2025 at 1:03 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Jennifer,

Yes, PIID **GS00F117CA** is the Reference PIID for order 68HE0324F0042-P00002. (I put that order/mod# in the wrong column, sorry.) That is a GMG MANAGEMENT CONSULTING INC. contract for $75,021

The row you screenshotted below is for contract (order) **68HERH25P0029,** which does not have a reference ID.

Kathryn

**From:** Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Sent:** Tuesday, March 25, 2025 12:43 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning, Please verify the submission for Contract/Order # PIID **68HERH25P0029**/ Reference PIID (order number) 68HE0324F0042-P00002. Both PIIDs referenced are order #s.

Is this submission for Contract/Order # PIID **GS00F117CA** Reference PIID (order number) 68HE0324F0042-P00002?

| Contract/Order #/ PIID | Reference PIID (order number) | Contract Description | Status | Contract Ceiling Val |
|---|---|---|---|---|
| 68HERH25P0029 | 68HE0324F0042-P00002 | 2025 National Environmental Justice Conference and Training Program | Terminated for Convenience | $20,000 |

Thank you in advance,



**Jennifer Rapé**

**Strategic Program Advisor**, Office of Customer Care
Office of Customer and Stakeholder Engagement
Federal Acquisition Service
U.S. General Services Administration
404-272-3968 / Jennifer.Rape@gsa.gov

On Tue, Mar 25, 2025 at 8:02 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Katrina, you have it right. I looked up a few of these in FPDS, and what I notice is that when there is no "reference" ID (i.e. it's "0" in the spreadsheet), then the contract # column is the PIID in FPDS. But when there is a reference ID, then that reference number is the PIID in FPDS, and then the "contract #" is the "referenced IDV ID" in FPDS, as you noted.

Thanks for forcing us to understand this better – I think in the report we are getting from the staff, they are mixing up the "contract#" and "reference" columns for the rows where contracts that have a reference. All the info is there though, sorry this is confusing.

For example search for PIID 68HERH23F0127 as a good example – the reference "68HERH19D0029" is the referenced IDV. But if you search for PIID: 68HE0P24P0007 – it has no reference ID in our spreadsheet, and no reference in FPDS.

The part I could not get to match with FPDS is the mod#. For example, when you search for PIID 68HERH23F0127, you can see mod P000014, but not P000013 – My guess on this is that the mod number increased when we cancelled the contract (and you can see the mod date is 3/10), and FPDS does not store every mod.

Kathryn

Get Outlook for iOS

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Tuesday, March 25, 2025 7:38:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Kathryn,

Thank you for the updated EPA submission. Please let me know if I have the correct understanding of how EPAs Contract # and Reference PIIDs are assigned. I'm interpreting this latest submission as EPA has awarded an IDIQ or BPA. For the IDIQ or BPA, a "Reference PIID" is assigned. Any "orders" issued off of the IDIQ or BPA are assigned a "Contract #." Both the Reference PIID and associated Contract # will be different numbers. However, there will be instances where Contract #s will be the same but associated with different Reference PIIDs.

Essentially, it looks like the Contract numbers are being reused but associated with different Reference PIIDs. If this is correct, please confirm if in these instances, the Contracts are separate and distinct with different contract requirements.

Thank you!



**U.S. General Services Administration**

**Katrina Lloyd**
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Mon, Mar 24, 2025 at 6:25 PM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Hi Josh,

Improved list attached. I was only including the contract number before, but now I've started using the column "Reference PIID" to hold a combined "order number"_"mod number" for each contract - I am told that all 3 numbers (contract, order, mod) are required to make sure there are no duplicates.

But there was actually 1 duplicate! I have used "strikethrough" on it in line 55, and it has no numbers in the contract value columns for that one.

Except for the strikethrough, the attached list is the same as what I sent you on March 22, except with that bonus "order_mod" Reference column filled in.

I also added a column "Already in Josh's list?" = yes, if this was already reported in the table you pasted in this email thread, to make it easier for you to reconcile.

(I did not include the POLITICO "CASE_NAM" entries that are in your list, because I wasn't sure what those are, and they're not in our internal list – I'm guessing those were maybe GSA following up on the POLITICO subscription cancelations?)

Kathryn

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Monday, March 24, 2025 8:50 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>; Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

I think you guys were late on submissions and I believe a bunch of what was in there was new that we had not logged so, if ok, I advise for you to work with the team to figure out what are new entries and what are duplicates



**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

On Mon, Mar 24, 2025 at 8:48 AM Loving, Kathryn <Loving.Kathryn@epa.gov> wrote:

Sorry about that guys – I think Erica did the previous submission, and I didn't see it in my email, so that's why I thought we were behind on submissions. But it sounds like we were not. And also that I need to go through our internal contract list to get rid of duplicates!

Thanks,
Kathryn

**From:** Katrina Lloyd - QF2C <katrina.lloyd@gsa.gov>
**Sent:** Monday, March 24, 2025 7:29 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Jehling, Erica <Jehling.Erica@epa.gov>

**Cc:** Jon Dewolfe - QCCB <jonathan.dewolfe@gsa.gov>; Jennifer Rape - QCC <jennifer.rape@gsa.gov>; Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Subject:** Re: Contract Termination Shell

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good Morning,

In addition to Josh email, the EPA spreadsheet provided includes several contract # duplicates (I counted 12) with different ceiling and savings values. We can't include duplicates in the GSA termination log. Within your updated spreadsheet submission, please ensure there are no duplicate entries.

Thank you!

**U.S. General Services Administration**

Katrina Lloyd
Senior Program Analyst
Office of the Commissioner
Federal Acquisition Service
katrina.lloyd@gsa.gov
Phone 267-588-9975

On Sat, Mar 22, 2025 at 4:48 PM Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov> wrote:

Hey guys

Great!

See below for what we have from you all already. Please re-submit just new entires that haven't been logged yet so we can ensure no duplicates, and yes, send over whenever you get these real time going fwd, please and thank you!

| ID |
|---|
| 31 |
| 32 |

| |
|---|
| 33 |
| 34 |
| 377 |
| 430 |
| 431 |
| 1024 |
| 1025 |
| 1026 |
| 1027 |
| 1028 |
| 1029 |
| 1030 |
| 1031 |
| 1032 |
| 1033 |
| 1034 |
| 1035 |
| 1036 |
| 1037 |
| 1038 |
| 1825 |

| Date of Termination / Contract Action (*If blank, the termination is in progress*.) |
|---|
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 1/24/2025 |
| 2/7/2025 |

EPA_00044963

| |
|---|
| 2/7/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/6/2025 |
| 2/14/2025 |

| PIID (required) |
|---|
| 68HERC24A0014 |
| 68HERC24A0013 |
| 68HERC24A0012 |
| 68HERH24P0143 |
| 68HERC23P0042 |
| 68HERD23P0034 |
| 68HERH24P0156 |
| 89303025PMA000335 |
| 89243623FCD000005 |
| 89303024PGC000024 |

| |
|---|
| 89303022CIM000010 |
| 89303021CLP000012 |
| 89303023PFE000093 |
| 89303022PMA000265 |
| 89303025PGD000003 |
| 89303024POP000005 |
| 89303024PFE000116 |
| 89303024PCI000010 |
| 89303024PED000058 |
| 89303025PIG000148 |
| 89303024PEI000105 |
| 89303025FEI400159 |
| 68HERH23F0237 |

| Reference PIID (optional) |
|---|
| GS00F120DA |
| GS35F013CA |
| GS02F156AA |
| |
| |
| |
| |
| 03310319D0071 |
| |
| |
| |
| |
| |
| |
| |

03310323D0056

68HERH22A0025

| Agency |
|--------|
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |
| Environmental Protection Agency |

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

Environmental
Protection Agency

| Vendor |
| --- |
| Jefferson Consulting |
| FEDERAL MANAGEMENT PARTNERS, LLC |
| Business Mgmt. Assoc. |
| Lighthouse Strategy Consulting |
| GARTNER, INC. |
| POLITICO, LLC |
| POLITICO, LLC |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |

| |
|---|
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| Politico |
| ENDYNA, INC. |

| Category (i.e. DEI, Climate & Sustainability, ConsultingServices, Non-Performing/Non-Essential Contracts, Recruitment Services, Media. Advertising) |
|---|
| DEI |
| DEI |
| DEI |
| DEI |
| DEI |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |

| Media |
| --- |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Media |
| Consulting Services |

| Contract Description | Status | Contract Ceiling Value | Dollars Obligated | Potential Contract Savings (Contract Ceiling Value - Dollars Obligated) |
| --- | --- | --- | --- | --- |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $15,000,000.00 | | $15,000,000.00 |
| DEIA Training | Terminated for Convenience | $180,000.00 | | $0.00 |
| TO PURCHASE A TWO YEAR SUBSCRIPTION WITH GARTNER HR LEADERS TO OBTAIN RESEARCH AND ADVISORY SERVICES COVERING EMPLOYEE EXPERIENCE, DIVERSITY, EQUITY, INCLUSION AND ACCESSIBILITY, AND WORK LIFE INTEGRATION. | Terminated for Convenience | $95,922.00 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| E&E NEWS 12 MONTH BASE PERIOD AND 12 MONTH OPTION PERIOD SUBSCRIPTION ACCESS FOR FIVE SCIENTIFIC AND POLICY PUBLICATIONS: ENERGYWIRE, CLIMATEWIRE, GREENWIRE, E&E DAILY, AND E&E NEWSPM. | Terminated for Convenience | $545,710.00 | | $0.00 |
| POLITICO PRO PLUS/PRO ANALYSIS SUBSCRIPTION TO CONSOLIDATE 4 PROGRAM OFFICES FOR 117 USERS-1-YEAR SUBSCRIPTION. | Terminated for Convenience | $179,409.00 | | $0.00 |
| Politico Pro Renewal FY2025 - 172 subscribers | CASE NAM update: customer states that contract was terminated | $399,091.23 | $399,091.23 | $0.00 |
| 20, One-Year E&E Publishing LLC (dba Politico LLC) Subscriptions for 5 Publications | CASE NAM update: customer states that contract was terminated | $328,561.00 | $328,561.00 | $0.00 |
| E&E News Subscription Services | CASE NAM update: customer states that contract was terminated | $281,786.00 | $49,000.00 | $232,786.00 |
| This is a Firm Fixed Price Single Source Acquisition to receive E&E News publications. | CASE NAM update: customer states that contract was terminated | $184,915.00 | $129,305.00 | $55,610.00 |
| Subscription to E&E News (Politico) LLC for Energywire, Climatewire, E&E Daily, Greenwire, and E&E News PM for LPO's use program-wide. | CASE NAM update: customer states that contract was terminated | $165,768.94 | $129,303.75 | $36,465.19 |

EPA_00044970

| | | | | |
|---|---|---|---|---|
| Politico Pro Plus One Year Subscription for 25 users. | CASE NAM update: customer states that contract was terminated | $115,180.00 | $115,180.00 | $0.00 |
| Award 30 user seat license contract to Politico LLC dba E&E News for 12 mos digital subscriptions within the Office of the Secretary in the amount of $29,808.00 for the period 05/04/2022-05/03-2022. | CASE NAM update: customer states that contract was terminated | $98,665.00 | $98,665.00 | $0.00 |
| 8 licenses/subscriptions of E&E NEWS for the Grid Deployment Office. | CASE NAM update: customer states that contract was terminated | $59,475.00 | $18,320.00 | $41,155.00 |
| To secure 70 users slots for E&E News subscriptions (E&E Daily, EnergyWire, ClimateWire, GreenWire, and E&ENewsPM). | CASE NAM update: customer states that contract was terminated | $43,560.00 | $43,560.00 | $0.00 |
| E&E News, purchase one-year subscription for 45 Fossil Energy (FE) HQ with access available to FE HQ Staff. Period of Performance 06/28/2024-06/27/2025. | CASE NAM update: customer states that contract was terminated | $40,499.98 | $40,499.98 | $0.00 |
| E&E News electronic subscription renewal 3/11/24-3/10/25 | CASE NAM update: customer states that contract was terminated | $29,239.00 | $29,239.00 | $0.00 |
| Subscription for daily comprehensive, timely, objective journalistic analysis, news and information on significant policy, legislation, science, legal, regulatory affairs, and industry developments across the environment and energy spectrum. | CASE NAM update: customer states that contract was terminated | $29,040.00 | $29,040.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| To procure a 1-year online subscription to (E&E News) 15 seats | CASE NAM update: customer states that contract was terminated | $25,800.00 | $25,800.00 | $0.00 |
| The purpose of this requirement is to procure an annual Politico Pro Plus subscription for RTM and OA users. | CASE NAM update: customer states that contract was terminated | $13,575.00 | $13,575.00 | $0.00 |
| The U.S. Energy Information Administration (EIA), ORTM and OA will enter into a firm-fixed price order with Politico, LLC. to procure Politico Pro Plus subscription for one year for 3 users. | CASE NAM update: customer states that contract was terminated | $12,300.00 | $12,300.00 | $0.00 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | TERMINATE FOR CONVENIENCE (COMPLETE OR PARTIAL) | $6,895,921.10 | $6,895,921.10 | |

--

**U.S. General Services Administration**

**Josh Gruenbaum**

Commissioner of Federal Acquisition Service

202-815-3780

*josh.gruenbaum@gsa.gov*

--

**U.S. General Services Administration**

**Josh Gruenbaum**
Commissioner of Federal Acquisition Service
202-815-3780
*josh.gruenbaum@gsa.gov*

Message

**From:** Catherine Nolan [nolan.catherine@epa.gov]
**Sent:** 3/26/2025 10:47:04 PM
**To:** Nolan, Catherine [Nolan.Catherine@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]; Killian, Cole [Killian.Cole@epa.gov]
**Subject:** NOTICE: Cancellation of Grant: COUNTY OF ALLEGHENY 95337801



Region 3 completed cancellation of  Grant: COUNTY OF ALLEGHENY 95337801.
Description: DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE COUNTY OF ALLEGHENY, WHICH INCLUDES THE ALLEGHENY COUNTY HEALTH DEPARTMENT (ACHD). SPECIFICALLY, THE RECIPIENT WILL IMPLEMENT CLIMATE RESILIENCY PROGRAMS TO HIGH PRIORITY ENVIRONMENTAL JUSTICE (EJ) COMMUNITIES WITHIN ALLEGHENY COUNTY, PRIORITIZED ACCORDING TO ACHD'S EJ INDEX CRITERIA. ACHD WILL FACILITATE COLLABORATION AMONG COMMUNITY MEMBERS, NON-PROFIT PARTNERS, ALLEGHENY CLEANWAYS AND LANDFORCE, COUNTY GOVERNMENT, AND THE UNIVERSITY OF PITTSBU

For more details about this Grant action, please click the link below:
https://epabap.my.salesforce.com/a0SSJ000000UMfx

Message

**From**:     Loving, Kathryn [Loving.Kathryn@epa.gov]
**Sent**:     2/13/2025 3:01:46 PM
**To**:     Voyles, Travis [voyles.travis@epa.gov]

Hi Travis, regarding this article:

https://dailycaller.com/2025/02/12/radical-left-wing-activist-org-sunsetting-grant-program-biden-epa-wanted-to-fund-to-tune-of-50-million/

What we can tell so far is that this org was funded under EPA's Thriving Communities program, just based on their public comments about where they get funds.
https://www.epa.gov/environmentaljustice/environmental-justice-thriving-communities-grantmaking-program

I believe some of these are the OEJECR block grants that were halted. Since we haven't cancelled any grants, that must be why. However, this org doesn't show up as a recipient in our spending data. So now we are digging into sub-grantees and trying to figure out exactly which grants were funding them.

Message

**From:**       Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:**       2/19/2025 1:32:35 PM
**To:**         Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]

I just wanted to check in on yesterday's EO -- Radical Transparency About Wasteful Spending – The White House.  It states: "I therefore direct the heads of executive departments and agencies (agencies) to take **all appropriate actions to make public**, to the maximum extent permitted by law and as the heads of agencies deem appropriate to promote the policies of my Administration, **the complete details of every terminated program, cancelled contract, terminated grant, or any other discontinued obligation of Federal funds.**  Agencies shall ensure that such publication occurs in accordance with all applicable laws, regulations, and the terms and conditions of the underlying contract, grant, or other award." To avoid redundancies and ensure alignment with WH processes, I am thinking this will be something we coordinate through your team to ensure terminations are published in an appropriate, standard manner. Does this sound reasonable? I can find 10 minutes to connect if that helps.

Message

**From**: Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**: 2/25/2025 2:08:23 AM
**To**: Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]


**Jehling, Erica**

i had also flagged some things under 66.604 EJ small grant program

66.604 and 66.605 were copy and paste errors on my part. Moved to cancel.

EPA_00044980

Message

**From**: Jehling, Erica [Jehling.Erica@epa.gov]
**Sent**: 2/25/2025 4:15:35 PM
**To**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Loving, Kathryn [Loving.Kathryn@epa.gov]
**Attachments**: 0-gcctx-d1-a2ad52714baa4b9ce3929534c97d2c21

| \*\*\*DRAFT / PREDECISIONAL \*\*\* | | | | | | |
|---|---|---|---|---|---|---|
| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title | Program Code(s) Assigned to CFDA Listi | CGER Designation | Notes | $ Impact | |
| 66.039 | Diesel Emission Reduction Act (DERA) National Grants | DE | Awaiting Policy Decision | IRA | $79M awarded | |
| 66.040 | Diesel Emissions Reduction Act (DERA) State Grants | DS | Awaiting Policy Decision | | $5M pending, $65M awarded | |
| 66.437 | Geographic Programs – Long Island Sound Program | 4S, LI | Awaiting Policy Decision | IIJA | $6M pending, $179M awarded | |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | 5P | Awaiting Policy Decision | IRA | $116M pending | |
| 66.814 | Brownfields Training, Research, and Technical Assistance Grants and Cooperative Agreements | 41, TR | Awaiting Policy Decision | IIJA | $10M total pending for all Brownsfields, $756M awarde | |
| 66.951 | Environmental Education Grants Program | NE | Awaiting Policy Decision | OMS currently holding NOFO | $876k pending, $4M awarded | |
| 66.049 | Clean Heavy-Duty Vehicles Program | 5Z | Cancel Pending & Terminate Existing | IRA | $31M pending, 66.045 clean school bus program has $428M awarded | |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | 5B, EB, EC | Cancel Pending & Terminate Existing | | $22M awarded | |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | 5K, XJ, XK | Cancel Pending & Terminate Existing | | $22M pending, $87M awarded | |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) | 5C, AJ, AK | Cancel Pending & Terminate Existing | | $2M pending | |
| 66.518 | State Senior Environmental Employment Program | Q2 | Cancel Pending & Terminate Existing | Workforce program; statutory basis | $9M pending, $59M awarded | |
| 66.605 | Performance Partnership Grants | BG | Cancel Pending & Terminate Existing | | $21M pending, $952M awarded | |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ | 5N, EN, EP | Cancel Pending & Terminate Existing | IRA | $29M awarded | |

Message

**From**: Loving, Kathryn [Loving.Kathryn@epa.gov]
**Sent**: 3/25/2025 4:44:32 PM
**To**: Coogan, Daniel [Coogan.Daniel@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]

Another idea - I was looking back at our old submissions to the WH, and on Feb 13 we included one for $50M to Climate Justice Alliance with the note "Cancelled signature process on draft grant". The actual contract number is "internal (redacted)", but here's the start of the contract description, to make it easier to find. (Of course if this is the one being referenced, then I'm not sure exactly where the other $9M comes from!)

"Through a strategic learning stance of cooperation, mutual benefit, and power building in EJ communities, UNITE-EJ (United Network for Impact, Transformation, and Equity in Environmental Justice Communities) brings together collaborators across the nation — including Regional Thriving Communities Grantmakers, Regional and National Thriving Communities Technical Assistance Centers (TCTACs), and EPA"

Message

**From:**  Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:**  3/25/2025 5:25:43 PM
**To:**  Loving, Kathryn [Loving.Kathryn@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]

**Loving, Kathryn**

Another idea - I was looking back at our old submissions to the WH, and on Feb 13 we included one for $50M to Climate Justice Alliance with the note "Cancelled signature process on draft grant". The actual contract number is "internal (redacted)", but here's the start of the contract description, t…

Ahhhhh--okay, let me look into these and see if I can back into the number.

EPA_00044984

Message

**From:**     Loving, Kathryn [Loving.Kathryn@epa.gov]
**Sent:**     3/27/2025 5:14:54 PM
**To:**        Coogan, Daniel [Coogan.Daniel@epa.gov]; Jehling, Erica [Jehling.Erica@epa.gov]

**Loving, Kathryn**

Another idea - I was looking back at our old submissions to the WH, and on Feb 13 we included one for $50M to Climate Justice Alliance with the note "Cancelled signature process on draft grant". The actual contract number is "internal (redacted)", but here's the start of the contract description, t…

This $50M cancelled-pending grant... is this real, i.e. we should keep it in our WH reporting, or is it maybe the same as 84082101 (which was only for $11,967,248), so I should delete it from our reporting?

Message

**From**: Loving, Kathryn [Loving.Kathryn@epa.gov]
**Sent**: 2/22/2025 9:18:14 PM
**Subject**: Fw: List of Grant Terminations - February 20

Get Outlook for iOS

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 11:53:31 AM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** FW: List of Grant Terminations - February 20

Here you go. (I am crossing off the one we are not including).

**From:** Coogan, Daniel
**Sent:** Thursday, February 20, 2025 12:25 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** List of Grant Terminations - February 20

Melissa, can we please begin working with the GMOs to terminate the following 22 grants. I received direction from political leadership that we are to cancel these.

| Financial Account Identifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name |
|---|---|---|---|---|
| 13746681 | $8,000,000 | $0.00 | $8,000,000.00 | DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC |
| 84061101 | $8,000,000 | $1,564,072.97 | $6,435,927.03 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
| 84061101 | $8,000,000 | $2,006,774.22 | $5,993,225.78 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
| 95314201 | $5,000,000 | $449,582.62 | $4,550,417.38 | NATIONAL WILDLIFE FEDERATION |
| 95334801 | $500,000 | | $500,000.00 | NUEVA ESPERANZA, INC. |
| 95338201 | $500,000 | | $500,000.00 | APPALACHIAN VOICES |
| 95341301 | $8,000,000 | $839,393.02 | $7,160,606.98 | GREEN & HEALTHY HOMES INITIATIVE INC |
| 96701501 | $5,000,000 | $1,069,922.66 | $3,930,077.34 | WICHITA STATE UNIVERSITY |
| 00E03450 | $5,000,000 | $1,278,176.09 | $3,721,823.91 | REGENTS OF THE UNIVERSITY OF MINNESOTA |
| 00A01436 | $500,000 | | $500,000.00 | NEW HAVEN ECOLOGY PROJECT INC |
| ~~00E03451~~ | ~~$4,000,000~~ | ~~$1,324,675.77~~ | ~~$2,675,324.23~~ | ~~BIG, NFP~~ |
| 00E03682 | $8,000,000 | $354,411.16 | $7,645,588.84 | MINNEAPOLIS FOUNDATION |

EPA_00045064

| 00I10501 | $4,000,000 | $91,832.00 | $3,908,168.00 | MONTANA STATE UNIVERSITY |
|---|---|---|---|---|
| 02F50601 | $500,000 | | $500,000.00 | BLACK UNITED FUND OF TEXAS, INC. |
| 02F50801 | $500,000 | | $500,000.00 | EARTH CARE INTERNATIONAL |
| 02J56601 | $500,000 | | $500,000.00 | OREGON COAST VISITORS ASSOCIATION, INC. |
| 02J63801 | $8,000,000 | $991,565.58 | $7,008,434.42 | PHILANTHROPY NORTHWEST |
| 03D03124 | $500,000 | $67,487.25 | $432,512.75 | PARKS ALLIANCE OF LOUISVILLE, INC. |
| 98T65801 | $5,100,000 | $908,057.59 | $4,191,942.41 | SAN DIEGO STATE UNIVERSITY FOUNDATION |
| 98T88701 | $500,000 | $72,910.10 | $427,089.90 | BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC. |
| 98T91201 | $500,000 | | $500,000.00 | COUNCIL FOR NATIVE HAWAIIAN ADVANCEMENT |
| 98T91501 | $500,000 | $11,350.40 | $488,649.60 | THE FRIENDSHIP HOUSE ASSOCIATION OF AMERICAN INDIANS |

Dan

Message

**From**: Loving, Kathryn [Loving.Kathryn@epa.gov]
**Sent**: 2/14/2025 2:46:13 PM
**Subject**: Fw: Loving, Kathryn shared "contract_details" with you

Get Outlook for iOS

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 10:18:09 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you!

And below is the test batch run that just got approved to cancel. We will go back into the spreadsheet and mark these as "Approved to Cancel".

| Date Cancellation Process Started | PIID | Terms and Conditions | Rationale | Notes from EAS Description | Recipient Name |
|---|---|---|---|---|---|
| 2/11/2025 | 68HERH24F0023 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | Technical assistance for planning, development, implementation, and reporting assistance related to the environmental climate justice program. | ENDYNA, INC. |
| 2/11/2025 | 68HERH23F0237 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. If we were doing this, we should insource. | The contractor will fulfill OEJECR's need for EJ and Civil Rights programming and learning material in support of implementing EJ and Civil rights considerations into EPA policies, programs, and activities. | ENDYNA, INC. |
| 2/11/2025 | 68HE0P24F0031 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | The Suppliers are encouraged to bid on training 40 employees for 3 days of training over a 5-week training period, spread out over 5 months that is in person training. The training will focus on critical leadership skills and should include some training on Environmental Justice, Working with Communities, | HUMAN CAPTIAL RESOURCES & CONCEPTS INC |

| | | | | and Diversity Equity Inclusion and Accessibility (DEIA). | |
|---|---|---|---|---|---|
| 2/11/2025 | 68HERC24F0330 | No notice required. Term for convenience. FAR 52.249 | Waste: Should be in-sourced. (Training material development.) And HIA probably has a DEI angle, though it is not explicit here. | The EPA Office of Research and Development (ORD) is collaborating with Region 5 to develop Health Impact Assessment (HIA) learning objectives and training materials for new and existing EPA staff, and potentially external partners, such as states, to understand and perform HIA in an EPA context. ORD has a long history of doing HIA research and practice. Based on our experience, we are well-positioned to be a resource for the Agency as it is building capacity to do cumulative impact assessment (CIA), of which one existing methodology is Health Impact Assessment. Cumulative impact assessment is a priority by which EPA has committed to addressing environmental justice issues. | PEGASUS TECHNICAL SERVICES, INC |
| 2/11/2025 | 68HERH23F0327 | No notice required. Term for convenience. FAR 52.249 | Waste: Retreats might be wasteful, and external contractor support for a retreat is definitely wasteful. | The contractor shall provide strategic planning, facilitation and leadership support for the Office of Land and Emergency Management (OLEM), Office of Emergency Management (OEM) conferences and meetings related to OEM senior management and staff office wide retreats.  Support for this task order should also include an experienced, skillful facilitator to conduct interviews with each OEM staff and manager, provide developmental training exercises and training materials, pre-retreat development of an agenda and topical discussions to include strategic planning, | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. |

| | | | | and provide highlights after the meeting. | |
|---|---|---|---|---|---|
| 2/11/2025 | 68HERC23P0042 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Procure Gartner HR research and advisory services covering employee experience, diversity, equity, inclusion and accessibility, and work life integration. | GARTNER, INC. |
| 2/11/2025 | 68HERH24P0143 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE | LIGHTHOUSE STRATEGY CONSULTING LLC |
| 2/11/2025 | 68HERC23F0428 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | ICF INCORPORATED, L.L.C. |
| 2/11/2025 | 68HERH24F0409 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Provides administrative support and meeting planning support to the office of environmental justice and external civil rights. | INTSCI-ENDYNA LLC |

| Public Contract Description | Base and All Options Value | Base Exercised Options Value | Total Obligation | Outstanding Value |
|---|---|---|---|---|
| BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION | $117,931,407.48 | $70,122,340.16 | $64,668,605.16 | $53,262,802.32 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | $6,895,921.10 | $3,206,754.60 | $750,000.00 | $6,145,921.10 |
| | $228,292.84 | $43,000.00 | $43,000.00 | $185,292.84 |

EPA_00045069

| | | | |
|---|---|---|---|
| | $248,464.00 | $109,528.00 | $109,528.00 | $138,936.00 |
| TASK ORDER FOR FACILITATION, LEADERSHIP DEVELOPMENT, AND OFFICE-WIDE RETREAT SUPPORT (FOLLOW-ON TO EP-17-W-003/0013) UNDER MULTIPLE-AWARD BRIDGE CONTRACTS FOR OFFICE OF LAND AND EMERGENCY MANAGEMENT, OFFICE OF EMERGENCY MANAGEMENT. | $108,255.27 | $108,255.27 | $64,533.82 | $43,721.45 |
| | $95,922.00 | $95,922.00 | $95,922.00 | $0.00 |
| CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A | $180,000.00 | $180,000.00 | $180,000.00 | $0.00 |

EPA_00045070

| | | | |
|---|---|---|---|
| STEM AUDIENCE. TRAINING OFFERED SHOULD BE | | | |
| SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | $985,889 | $985,889 | $985,889 | 0 |
| CONTRACTOR SUPPORT FOR OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS, OFFICE OF POLICY, PARTNERSHIPS AND PROGRAM DEVELOPMENT, PARTNERSHIPS AND COLLABORATION DIVISION. | $257,672.10 | $257,672.10 | $257,672.10 | $0.00 |

--

Travis Voyles
C: (202) 787-0595

---

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 13, 2025 6:11 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi everyone,

Keeping up the cadence today, we have added to the queue a list of 71 grants that were all signed before July 1, 2024, worth $119M (ceiling; savings will be lower once we subtract obligations). The new tab is called "Feb 13 grants to cancel".

It was great to put 5 of the "gold bars" on this list, that are signed before July 1! (The majority of those were signed after July 1.) We have marked those 5 rows in blue, because gold is too hard to read. Total award value for those 5 is $36.9M, of which $27.8M has not yet been obligated. We are calling them "gold bars" because they were awards to grant makers who plan to give subawards. 4 of the 5 are part of the Thriving communities grantmaking program that Lee cancelled part of earlier today.

Best,
Kathryn

EPA_00045071

**From:** Loving, Kathryn
**Sent:** Thursday, February 13, 2025 9:22 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

I have added a column "T&C" that indicates no notice and comment period required for the contracts and grants we already sent you. As you can imagine, the DOGE team has lawyers that are pretty experienced with grant and contract cancellation at this point, so that's what that is based on!

I will also add that the careers in EPA OMS are already supporting us on this – they are the ones who will be executing the cancellation on your greenlight, not us. They see no issues with cancelling the Feb 11 list of contracts, and we're sharing the Feb 12 list with them now. They seem very knowledgeable about this topic, so I think you should trust them on how to cancel properly!


Kathryn


**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 6:33 AM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** Re: Loving, Kathryn shared "contract_details" with you

Thank you so much! This is really helpful. Paige and I had a good discussion with the Administrator last night reviewing the examples and process. One aspect he raised that we just want to ensure we are covering when taking the action to cancel that we are doing it reflective of any terms/conditions/notification requirements in the contract or grant. Is that something y'all feel you are able to capture in your review or we can engage OMS to quickly get us that details?

Otherwise he liked the process and agrees that we'll be able to quickly move through reviewing these once that element is addressed.

Sorry again to add one more aspect, but with that I believe we'll be able to cover all the elements requested by the Administrator.

Get Outlook for iOS

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Wednesday, February 12, 2025 6:47:34 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi all, thank you so much for taking a look at the Feb 11 contracts last night! I moved the rows that were more controversial over to the "contracts to review" tab. (e.g. if Paige flagged.) The careers are ready to hit cancel on the rest, pending a green light from you all!

In addition, we added a new tab "Feb 12 contracts to cancel" with a new tranche of contracts we found today. We'd love your review on those as well.

Similar story for the grants – the grants that Paige flagged are moved over to "grants for further review". They are all under 2 grant programs EPA has already halted, and were all signed prior to July 1, 2024, so we think they will be straightforward to cancel once you give a green light. We did not add any new grants today; maybe tomorrow 😊

And in all tabs there is now a "reason" column to justify cancellation.

Best,
Kathryn

**From:** Loving, Kathryn
**Sent:** Tuesday, February 11, 2025 7:51 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Loving, Kathryn shared "contract_details" with you



**Loving, Kathryn invited you to edit a file**

Hi Travis, as we discussed today, here's a list of contracts and grants that we want to push forward to cancellation, and keep the momentum going! We removed the ones we thought were yellow flags, so we think these are pretty uncontroversial, but we added a column "AO reviewed", for your team to add any greenlight or flags.

Thanks!
Kathryn

[XLS] contract_details

🔒 This invite will only work for you and people with existing access.

[ Open ]    [ Share ]



Privacy Statement

This email is generated through Environmental Protection Agency (EPA)'s use of Microsoft 365 and may contain content that is controlled by Environmental Protection Agency (EPA).

Message

**Sent**:        2/18/2025 5:37:55 PM
**To**:          Nitsch, Chad [Nitsch.Chad@epa.gov]
**Subject**:     FW: CPRG Grant Drawdown Inquiry

Chad McIntosh
Acting Deputy Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
3412 WJC-North  |  Mail Code 1102
Washington, DC  20004
Tel. No. (202) 787-0580
mcintosh.chad@epa.gov

---

**From:** Levine, Carolyn <Levine.Carolyn@epa.gov>
**Sent:** Tuesday, February 18, 2025 12:08 PM
**To:** Wintrob, Paul <Wintrob.Paul@epa.gov>; Zieba, Kyle <Zieba.Kyle@epa.gov>
**Cc:** Melanson, Kate <Melanson.Kate@epa.gov>; Norcross, Jeffrey <Norcross.Jeffrey@epa.gov>; McIntosh, Chad <mcintosh.chad@epa.gov>; Olson, Heather <Olson.Heather@epa.gov>; Ingram, Amir <Ingram.Amir@epa.gov>
**Subject:** RE: CPRG Grant Drawdown Inquiry

+/- OCIR folks
Thanks Paul. You can acknowledge the incoming and add Kyle, Heather, Amir in OCIR/OCA to respond (once we have an approved statement).

Thank you.

--------------------
*Carolyn Levine*
Legislative Director
Office of Congressional Affairs
U.S. EPA
(O): 202-564-1859

---

**From:** Wintrob, Paul <Wintrob.Paul@epa.gov>
**Sent:** Tuesday, February 18, 2025 11:13 AM
**To:** McIntosh, Chad <mcintosh.chad@epa.gov>; Christensen, Claude <Christensen.Claude@epa.gov>; Levine, Carolyn <Levine.Carolyn@epa.gov>; Bowles, Jack <Bowles.Jack@epa.gov>
**Cc:** Melanson, Kate <Melanson.Kate@epa.gov>; Norcross, Jeffrey <Norcross.Jeffrey@epa.gov>
**Subject:** FW: CPRG Grant Drawdown Inquiry
**Importance:** High

Hi Chad, Claude, Carolyn, and Jack,

Please see this funding question from Rep. Hime's Office.

Thanks!

-Paul

**From:** Tertullien, Vernita <Vernita.Tertullien@mail.house.gov>
**Sent:** Tuesday, February 18, 2025 11:05 AM
**To:** Wintrob, Paul <Wintrob.Paul@epa.gov>
**Cc:** Tickey, Jimmy <Jimmy.Tickey@mail.house.gov>; Calvao, Kaleigh <Kaleigh.Calvao@mail.house.gov>
**Subject:** CPRG Grant Drawdown Inquiry
**Importance:** High

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Paul,

I hope to find you doing well.

We just heard from CT Metropolitan Council of Governments that they are still not able to draw down their CPRG grant from the EPA ASAP system. They have outstanding invoices for work completed prior to the funding pause and don't have the funds to cover those expenses.

Could you help us ascertain what the latest is on EPA drawdowns, and what the EPA's guidance is in instances when expenditures predate the funding pause? We appreciate any insight you might have on this situation. Thanks, Paul.

**Vernita Tertullien**
Economic and Community Development Director
Congressman Jim Himes, CT-04
350 Fairfield Avenue, Suite 603
Bridgeport, CT 06604
P: (203) 333-6600
Vernita.Tertullien@mail.house.gov



US CONGRESSMAN
# JIM HIMES
REPRESENTING CONNECTICUT'S FOURTH DISTRICT

Message

**From**:        Hope, Brian [Hope.Brian@epa.gov]
**Sent**:        3/24/2025 8:09:32 PM
**To**:          ZeldinScheduling [ZeldinScheduling@epa.gov]; McIntosh, Chad [mcintosh.chad@epa.gov]; Voyles, Travis [voyles.travis@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov]; Brown, Ashley [Brown.Ashley@epa.gov]
**CC**:          Atkinson, Emily [Atkinson.Emily@epa.gov]
**Subject**:     Administrator's Daily Reading File - March 24, 2025
**Attachments**: Administrator's Reading File.3.24.25.pdf

# EPA
## 25-02799-AO-EX
# QUILL

## Grant Selection Pause of the Exterior Insulation and Finish Systems Industry in the "Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products" Program

| Contact/s: | Name | Organization |
|---|---|---|
| | Stephen T. Sears | EIFS Industry Members Association |

| | |
|---|---|
| Instructions: | PDAA-OCSPP-Prepare draft response for signature by the Assistant Administrator for OCSPP. |
| Signature: | AA-OCSPP-Assistant Administrator |
| Addressee: | AD-Administrator |
| Assigned to: | OCSPP Correspondence Team |
| File Code: | 301_1051_a Records of Senior Officials - Historically significant records of senior officials |

| | | | |
|---|---|---|---|
| Due: | 21-Mar-25 | CC: | AO-OCIR-RMOD, OAR Team, OMS, |
| Status: | Response Creation | | |
| Letter Date: | 07-Mar-25 | | |
| Received: | 07-Mar-25 1:32 PM | | |
| Created By: | Douglas Taksar | | |
| Date Signed: | | | |
| Closed: | | | |

History:

| Date & Time | Action Taken | Action Taken By |
|---|---|---|
| 07-Mar-25 1:32 PM | Case Created | Douglas Taksar |
| 24-Mar-25 9:47 AM | Priority change to Normal (14 days) | Cynthia Gaines |
| 24-Mar-25 10:06 AM | Approval set to Approved | Brigette Moritz |
| 24-Mar-25 10:07 AM | Task completed with Decision = Approved | Brigette Moritz |

EPA_00045078



**EIFS INDUSTRY MEMBERS ASSOCIATION**



March 7, 2025

The Honorable Lee M. Zeldin
Administrator
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

**RE: Grant Selection Pause of the Exterior Insulation and Finish Systems Industry in the "Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products" Program**

Dear Administrator Zeldin,

As the Executive Director of the forty-three-year-old trade group, the EIFS Industry Members Association (EIMA), I represent a coalition of American manufacturers, suppliers, and installers in the Exterior Insulation and Finish Systems (EIFS) industry—a cost-effective, efficient and high-performing exterior cladding that has supported jobs and economic growth in the construction sector throughout our country for several decades. Our industry makes EIFS and its component products in over 25 plant locations in the USA, and our board members with North American manufacturing facilities include: ADEX Systems, Inc., Dryvit Systems / Tremco, Inc., Master Wall, Inc., Sika Corp, Sto Corp, Dow, Inc., and Saint-Gobain/ADFORS.

While our members wholeheartedly support the Administration's efforts in rooting out fraud, waste and abuse, I am writing to respectfully request that the EPA lift the current pause on the $2.2M grant our industry was selected for in the "Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products" (EPA-R-OCSPP-OPPT-FY2023-001) program.

On a broad level, this grant program will help grantees develop robust, high-quality environmental product declarations (EPDs), which show environmental impacts of building products and provide builders, contractors, and government buyers clear, standardized data to choose cost-effective, durable and efficient materials like EIFS. For EIMA specifically, the grant will provide the association with resources to develop up to 77 Environmental Product Declarations (EPDs) covering up to 1,350 EIFS product variations, working with 100% of major U.S. EIFS manufacturers. The grant will also provide technical assistance resources for EIFS installers, contractor organizations, and the established labor organization to support training - including to residents in underserved communities – as part of the project's overall workforce development strategy.

Far from an abstract, speculative exercise, EIMA's grant provides practical benefits that address the Administration's agenda. For example, EIFS help unleash American energy dominance by reducing energy demand for building owners and occupants. EIFS' energy efficiency has been a hallmark of the cladding for over 50 years (insulation is the "I" in "EIFS"), and EIFS is more efficient than traditional,

EPA_00045079

heavyweight materials with R-values that are in many cases 1/20 of EIFS. As seen in this case study on the website of the U.S. Department of Energy, these efficiencies translate into tangible financial savings.

- RiseBoro Community Partnership: Knickerbocker Commons | Better Buildings Initiative

EIFS can also help address the housing and construction affordability crisis with a versatile and advantageous cost profile. On several types of newly constructed buildings in major cities, data furnished by RS Means from Gordian® shows that brick, stone, curtain wall, metal panel, and precast are all much more expensive than EIFS regardless of location or building type. Moreover, EIFS' modern, lightweight profile enables the cladding to be used for new construction and retrofit applications - which can be a boon in addressing the affordable housing crisis. In New York City, for example, EIFS recladding was not only used to preserve deteriorating brick buildings, but EIFS also helped enhance occupants' quality of life. The article below highlights an excellent example in New York City:

- A Rebirth in the Bronx: Is This How to Save Public Housing? - The New York Times The Crossing - NYHC .

Additionally, EIFS ensure the buildings will be both resilient and efficient for the future and a key component in preserving the past. The product does not merely define a building's appearance; it keeps the special characteristics of buildings working – even in classical, heritage-inspired architecture advocated by President Trump. Some examples of new and renovated EIFS-clad buildings include:

- Mary Our Queen - Harrison Design - GA
- The Orion Amphitheater in AL
- Christ the King Chapel | Christ the King Chapel VA
- Lido Beach Towers – NY
- Los Alamos Multi-use Office Building - Modular Building Institute in NM

Finally, this grant supports workforce training for installers by creating good-paying jobs and strengthening local economies. Our grant has the full support and pledged participation from the country's longstanding, major wall and ceiling contractor organizations as well as the 160-year-old trade organization representing plasterers and cement masons.

Because EIFS manufacturers, installers, and suppliers contribute to the built environment and tax base in communities all over the country, the loss of grant funding puts these efforts at risk. Consequently, I urge you to reconsider the decision to pause this grant and allow it to proceed.

Once again, we support the Administration's overarching goals and we thank you for your consideration. I am ready to meet with you or a member of your staff at your convenience.

Best regards,

Stephen T. Sears
Chief Executive Officer

Message

**From**:        DC-WJCN-3407-M@epa.gov [DC-WJCN-3407-M@epa.gov]
**Sent**:        3/11/2025 9:52:39 PM
**To**:          McIntosh, Chad [mcintosh.chad@epa.gov]
**Subject**:     NCIF_CUF
**Attachments**: image2025-03-11-175233.pdf



U.S. Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

March 11, 2025

By Email

Elizabeth Bafford
CEO
Climate United Fund
7550 Wisconsin Ave, 3rd floor
Bethesda, MD 20814
BBafford@climateunited.org

Re: Notice of Termination

Dear Elizabeth Bafford,

Pursuant to the U.S. Environmental Protection Agency's ("EPA" or "the Agency") authority under 2 C.F.R. §§ 200.339-40, the General Terms and Conditions of EPA assistance award agreements, the terms and conditions of the Grant Agreement, and the Agency's inherent authority to reconsider prior determinations in light of new information, the Agency is terminating Grant Agreement No. 84094001, awarded to Climate United Fund under the Greenhouse Gas Reduction Fund ("GGRF"), effective immediately. This termination is based on substantial concerns regarding program integrity, the award process, programmatic fraud, waste, and abuse, and misalignment with the Agency's priorities, which collectively undermine the fundamental goals and statutory objectives of the award.

Following a comprehensive review and consistent with multiple ongoing independent federal investigations into programmatic fraud, waste, abuse and conflicts of interest, EPA has identified material deficiencies, including, but not limited to: 1) the absence of adequate oversight and account controls to prevent financial mismanagement; 2) the improper or speculative allocation of funds inconsistent with EPA's oversight and fiscal responsibilities; and 3) the circumvention and defeat of key oversight mechanisms in the disbursement of federal funds. EPA has determined that these deficiencies pose an unacceptable risk to the efficient and lawful execution of this grant that cannot be remedied by imposing specific conditions, necessitating immediate termination to safeguard taxpayer funds and ensure compliance with federal financial assistance regulations.

Additionally, the Agency has considered concerns raised by EPA Administrator Lee Zeldin regarding the need for rigorous oversight and accountability in the administration of public funds. The Administrator has emphasized the importance of eliminating fraud, waste, and abuse within EPA, particularly in high-

value awards such as those under GGRF. The structural and operational weaknesses identified in the execution of this grant are inconsistent with these priorities and materially impair the EPA's ability to ensure compliance with statutory and regulatory mandates governing the lawful expenditure of public money.

The Agency has also determined that its existing process for awarding and overseeing execution of the Grant Agreement lacks sufficient protections to guard against potential violations of the Constitution, particularly the Appointments Clause and private nondelegation doctrine. U.S. Const. art. II, § 2, cl. 2; *e.g.*, *Alpine Sec. Corp. v. FINRA*, 121 F.4th 1314, 1341 (D.C. Cir. 2024). Consistent with its independent duty to avoid exceeding constitutional constraints, EPA has reconsidered the prior administration's conclusion that the oversight mechanisms for the Grant Agreement are sufficient to ensure that the Recipient will not exercise significant authority independently of EPA's oversight and ultimate approval.

This termination is executed in accordance with Sections III.S and III.T.4 of the Grant Agreement and with EPA's General Terms and Conditions as incorporated in, and applicable in addition to, the terms of the Grant Agreement, and is consistent with EPA's obligations to safeguard public funds and inherent authority to reconsider prior decisions.  This letter constitutes the notice of termination required by 2 C.F.R. § 200.341. Consistent with 2 C.F.R. §§ 200.344-45 and the Closeout Agreement, the recipient is required to cease all further program expenditures immediately, provide a comprehensive final financial and programmatic report, and comply with all applicable closeout procedures.

EPA is committed to ensuring that federal funding is administered in a manner that upholds transparency, accountability, and the highest standards of fiscal responsibility. This termination reflects the Agency's duty to protect public funds and maintain the integrity of its grant programs. In the coming months, EPA will work to re-obligate lawfully appropriated funds within the GGRF program with enhanced controls to ensure adequate governance, transparency, and accountability, consistent with applicable regulatory and statutory requirements.

Sincerely,

W.C. McIntosh
Acting Deputy Administrator
U.S. Environmental Protection Agency

cc:
- U.S. EPA, Office of the Greenhouse Gas Reduction Fund (OGGRF)
- U.S. EPA, Office of Mission Support (OMS)
- U.S. EPA, Office of General Counsel (OGC)
- U.S. Department of Justice
- U.S. Department of the Treasury
- U.S. House of Representatives
- U.S. Senate
- Citibank, N.A.