*For Internal EPA Use Only – Please Do Not Cite or Quote*

Recent Presidential memos, announcements, and executive orders

January 24, 2025

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/cabinet-and-cabinet-level-appointments/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/sub-cabinet-appointments/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/designation-of-acting-leaders/" \t "_self" ] | 1/20/2025 | James Payne     Administrator of the Environmental Protection Agency | AO |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/designation-of-chairmen-and-acting-chairmen/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/flying-the-flag-of-the-united-states-at-full-staff-on-inauguration-day/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/initial-rescissions-of-harmful-executive-orders-and-actions/" \t "_self" ] | 1/20/2025 | Revokes numerous EOs, including several related to climate, EJ, DEIA, and regulatory review | OEJCR, OP, OMS, OAR, and others |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/restoring-freedom-of- | 1/20/2025 | | |

EPA_00045174

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| speech-and-ending-federal-censorship/" \t "_self" ] | | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/ending-the-weaponization-of-the-federal-government/" \t "_self" ] | 1/20/2025 | Directs all agencies to review the exercise of civil or criminal enforcement over the last 4 years | OECA |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/return-to-in-person-work/" \t "_self" ] | 1/20/2025 | "Heads of all departments and agencies in the executive branch of Government shall, as soon as practicable, take all necessary steps to terminate remote work arrangements and require employees to return to work in-person at their respective duty stations on a full-time basis, provided that the department and agency heads shall make exemptions they deem necessary." | OMS |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/regulatory-freeze-pending-review/" \t "_self" ] | 1/20/2025 | Pull back rules from OFR publication, do not propose or issue a rule without policy level review, consider postponing effective dates | OP |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/hiring-freeze/" \t "_self" ] | 1/20/2025 | "… no Federal civilian position that is vacant at noon on January 20, 2025, may be filled, and no new position may be created except as otherwise provided for in this memorandum or other applicable law." OPM, OMB, and USDS "shall submit a plan to reduce the size of the Federal Government's workforce through efficiency improvements and attrition" within 90 days. | OPM |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/delivering-emergency-price-relief-for-american-families-and-defeating-the-cost-of-living-crisis/" \t "_self" ] | 1/20/2025 | "…eliminate harmful, coercive "climate" policies that increase the costs of food and fuel." | OAR |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/putting-america-first-in- | 1/20/2025 | Withdraw from Paris Agreement and from "any agreement, pact, accord, or similar commitment made under the United Nations Framework Convention on Climate Change." Also "cease or revoke any purported financial commitment made by the United | OITA and OAR |

EPA_00045175

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| international-environmental-agreements/" \t "_self" ] | | States under the United Nations Framework Convention on Climate Change" and report within 30 days on actions taken to do so. | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-capitol-on-january-6-2021/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/application-of-protecting-americans-from-foreign-adversary-controlled-applications-act-to-tiktok/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/withdrawing-the-united-states-from-the-worldhealth-organization/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/restoring-accountability-to-policy-influencing-positions-within-the-federal-workforce/" \t "_self" ] | 1/20/2025 | EO 13957 that created Schedule F is reinstated with some modifications and portions of an OPM rule that was finalized in April of 2024 are inoperative and without effect | OMS |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/holding-former-government-officials-accountablefor-election-interference-and-improper-disclosure-of-sensitive-governmental-information/" \t "_self" ] | 1/20/2025 | | |

EPA_00045176

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/declaring-a-national-emergency-at-the-southern-border-of-the-united-states/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/memorandum-to-resolve-the-backlog-of-security-clearances-for-executive-office-of-the-president-personnel/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/america-first-trade-policy/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/clarifying-the-militarys-role-in-protecting-the-territorial-integrity-of-the-united-states/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/" \t "_self" ] | 1/20/2025 | "The heads of all agencies shall review all existing regulations, orders, guidance documents, policies, settlements, consent orders, and any other agency actions (collectively, agency actions) to identify those agency actions that impose an undue burden on the identification, development, or use of domestic energy resources — with particular attention to oil, natural gas, coal, hydropower, biofuels, critical mineral, and nuclear energy resources — or that are otherwise inconsistent with the policy set forth in section 2 of this order, including restrictions on consumer choice of vehicles and appliances." "Within 30 days of the date of this order, the head of each agency shall, in consultation with the director of the Office of Management and Budget (OMB) and the National Economic | OAR, OP, OGC, OCFO, OECA, and other offices |

EPA_00045177

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| | | Council (NEC), develop and begin implementing action plans to suspend, revise, or rescind all agency actions identified as unduly burdensome under subsection (a) of this section, as expeditiously as possible and consistent with applicable law." Revokes 12 prior Executive Orders and terminates the American Climate Corps. CEQ to provide NEPA guidance in 30 days, and agencies to then revise implementing regulations. Agencies to eliminate permitting delays. Disbands the social costs of GHG IWG and documents based on the IWG's work or guidance. Within 60 days, EPA to issue guidance to address inadequacies in the social cost of carbon calculation. Within 30 days, EPA to recommend to OMB the legality and applicability of the 2009 GHG endangerment finding. Pause disbursement of IRA and IIJA funds, review those programs, and provide a report of that review within 90 days. Submit a report within 30 days on using enforcement discretion to further the goals of the EO. "…. identify all agency actions that impose undue burdens on the domestic mining and processing of non-fuel minerals and undertake steps to revise or rescind such actions." | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/realigning-the-united-states-refugee-admissions-program/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/protecting-the-meaning-and-value-of-american-citizenship/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/securing-our-borders/" \t "_self" ] | 1/20/2025 | | |

EPA_00045178

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/putting-people-over-fish-stopping-radical-environmentalism-to-provide-water-to-southern-california/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/restoring-the-death-penalty-and-protecting-public-safety/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/promoting-beautiful-federal-civic-architecture/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/restoring-accountability-for-career-senior-executives/" \t "_self" ] | 1/20/2025 | Within 30 days, OPM and OMB to issue SES performance plans that agencies must adopt. Each agency to reinvigorate the SES system and prize accountability, reassign SES if necessary, terminate the current ERB and PRB and re-staff both boards. | OMS |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/declaring-a-national-energy-emergency/" \t "_self" ] | 1/20/2025 | Agencies are directed to "identify and exercise any lawful emergency authorities available to them, as well as all other lawful authorities they may possess, to facilitate the identification, leasing, siting, production, transportation, refining, and generation of domestic energy resources, including, but not limited to, on Federal lands." EPA with concurrence by DOE "shall consider issuing emergency fuel waivers to allow the year-round sale of E15 gasoline to meet any projected temporary shortfalls in the supply of gasoline across the Nation." Agencies "shall identify and use all relevant lawful emergency and other authorities available to them to expedite the completion of all authorized and appropriated infrastructure, energy, environmental, and natural resources projects that are within the identified authority of each of the Secretaries to perform or to | |

EPA_00045179

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| | | advance." Agencies "shall identify and use all lawful emergency or other authorities available to them to facilitate the supply, refining, and transportation of energy in and through the West Coast of the United States, Northeast of the United States, and Alaska." Within 30 days, all agencies shall "identify planned or potential actions to facilitate the Nation's energy supply that may be subject to emergency treatment pursuant to the regulations and nationwide permits promulgated by the Corps, or jointly by the Corps and EPA, pursuant to section 404 of the Clean Water Act" and shall provide a report listing such actions. Each agency is to provide a status update 30 days after the initial report. Agencies are also directed to provide a report listing actions that may be addressed by ESA regulation on consultations in emergencies. | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/temporary-withdrawal-of-all-areas-on-the-outer-continental-shelf-from-offshore-wind-leasing-and-review-of-the-federal-governments-leasing-and-permitting-practices-for-wind-projects/" \t "_self" ] | 1/20/2025 | Withdraws all OCS areas from new or renewed wind energy leasing. DOI, USDA, DOE, EPA and "all other relevant agencies, shall not issue new or renewed approvals, rights of way, permits, leases, or loans for onshore or offshore wind projects pending the completion of a comprehensive assessment and review of Federal wind leasing and permitting practices." DOI to lead that assessment. "The Secretary of the Interior, the Secretary of Energy, and the Administrator of the Environmental Protection Agency shall assess the environmental impact and cost to surrounding communities of defunct and idle windmills and deliver a report to the President, through the Assistant to the President for Economic Policy, with their findings and recommended authorities to require the removal of such windmills." | OP |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/reevaluating-and-realigning-united-states-foreign-aid/" \t "_self" ] | 1/20/2025 | | |

EPA_00045180

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/organization-of-the-national-security-council-and-subcommittees/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/the-organization-for-economic-co-operation-and-development-oecd-global-tax-deal-global-tax-deal/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/protecting-the-american-people-against-invasion/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-alaskas-extraordinary-resource-potential/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/protecting-the-united-states-from-foreign-terrorists-and-othernational-security-and-public-safety-threats/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/america-first-policy-directive-to-the-secretary-of-state/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential- | 1/20/2025 | In consultation with USDS, each Agency Head shall establish within their respective Agencies a DOGE Team of at least four | OMS |

8

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| actions/2025/01/establishing-and-implementing-the-presidents-department-of-government-efficiency/" \t "_self" ] | | employees.  Agency Heads shall ensure that DOGE Team Leads coordinate their work with USDS and advise their respective Agency Heads on implementing the President 's DOGE Agenda.  The USDS Administrator shall commence a Software Modernization Initiative to improve the quality and efficiency of government-wide software, network infrastructure, and information technology (IT) systems.  Agency Heads shall take all necessary steps, in coordination with the USDS Administrator and to the maximum extent consistent with law, to ensure USDS has full and prompt access to all unclassified agency records, software systems, and IT systems. | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/defending-women-from-gender-ideology-extremism-and-restoring-biological-truth-to-the-federal-government/" \t "_self" ] | 1/20/2025 | "It is the policy of the United States to recognize two sexes, male and female.  These sexes are not changeable and are grounded in fundamental and incontrovertible reality.  Under my direction, the Executive Branch will enforce all sex-protective laws to promote this reality, and the following definitions shall govern all Executive interpretation of and application of Federal law and administration policy…"  "When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term "sex" and not "gender" in all applicable Federal policies and documents."  "Agencies shall remove all statements, policies, regulations, forms, communications, or other internal and external messages that promote or otherwise inculcate gender ideology, and shall cease issuing such statements, policies, regulations, forms, communications or other messages.  Agency forms that require an individual's sex shall list male or female, and shall not request gender identity.  Agencies shall take all necessary steps, as permitted by law, to end the Federal funding of gender ideology."  "Within 120 days of the date of this order, each agency head shall submit an update on implementation of this order…" | OMS |

EPA_00045182

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/ending-radical-and-wasteful-government-dei-programs-and-preferencing/" \t "_self" ] | 1/20/2025 | OMB and OPM "shall coordinate the termination of all discriminatory programs, including illegal DEI and "diversity, equity, inclusion, and accessibility" (DEIA) mandates, policies, programs, preferences, and activities in the Federal Government, under whatever name they appear." "Federal employment practices, including Federal employee performance reviews, shall reward individual initiative, skills, performance, and hard work and shall not under any circumstances consider DEI or DEIA factors, goals, policies, mandates, or requirements." Within 60 days agencies are to terminate DEI, DEIA, and EJ offices and positions; all equity action plans, actions, initiatives, or programs; equity related grants or contracts, and all DEI and DEIA performance requirements. Provide to OMB a list of DEI, DEIA, or "environmental justice" positions, committees, programs, services, activities, budgets, and expenditures in existence on November 4, 2024; federal contractors who provided DEI or DEIA training; and federal grantees who received funding to advance DEI, DEIA, or EJ programs, services, or activities. | OMS, OCFO, OEJECR |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/reforming-the-federal-hiring-process-and-restoring-merit-to-government-service/" \t "_self" ] | 1/20/2025 | Within 120 days, a Federal Hiring Plan will be developed by the EOP. The plan will, among other things, decrease time to hire to under 80 days and improve the allocation of SES positions. OPM to establish performance metrics to evaluate success of the reforms. | OMS |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/designating-cartels-and-other-organizations-as-foreign-terrorist-organizations-and-specially-designated-global-terrorists/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/restoring-names-that-honor-american-greatness/" \t "_self" ] | 1/20/2025 | | |

EPA_00045183

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/guaranteeing-the-states-protection-against-invasion/" \t "_self" ] | 1/20/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/ending-illegal-discrimination-and-restoring-merit-based-opportunity/" ] | 1/21/2025 | Sec. 3.  Terminating Illegal Discrimination in the Federal Government.  (a)  The following executive actions are hereby revoked:<br>(i)   Executive Order 12898 of February 11, 1994 (Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations);<br>(ii)  Executive Order 13583 of August 18, 2011 (Establishing a Coordinated Government-wide Initiative to Promote Diversity and Inclusion in the Federal Workforce);<br>(iii)  Executive Order 13672 of July 21, 2014 (Further Amendments to Executive Order 11478, Equal Employment Opportunity in the Federal Government, and Executive Order 11246, Equal Employment Opportunity); and<br>(iv)  The Presidential Memorandum of October 5, 2016 (Promoting Diversity and Inclusion in the National Security Workforce).<br>(b)  The Federal contracting process shall be streamlined to enhance speed and efficiency, reduce costs, and require Federal contractors and subcontractors to comply with our civil-rights laws.  Accordingly:<br>(i)   Executive Order 11246 of September 24, 1965 (Equal Employment Opportunity), is hereby revoked.  For 90 days from the date of this order, Federal contractors may continue to comply with the regulatory scheme in effect on January 20, 2025.<br>(ii)  The Office of Federal Contract Compliance Programs within the Department of Labor shall immediately cease:<br>(A)  Promoting "diversity";<br>(B)  Holding Federal contractors and subcontractors responsible for taking "affirmative action"; and | OMS, OEJECR |

EPA_00045184

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| | | (C)  Allowing or encouraging Federal contractors and subcontractors to engage in workforce balancing based on race, color, sex, sexual preference, religion, or national origin. <br> (iii)  In accordance with Executive Order 13279 of December 12, 2002 (Equal Protection of the Laws for Faith-Based and Community Organizations), the employment, procurement, and contracting practices of Federal contractors and subcontractors shall not consider race, color, sex, sexual preference, religion, or national origin in ways that violate the Nation's civil rights laws. <br> (iv)  The head of each agency shall include in every contract or grant award: <br> (A)  A term requiring the contractual counterparty or grant recipient to agree that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code; and <br> (B)  A term requiring such counterparty or recipient to certify that it does not operate any programs promoting DEI that violate any applicable Federal anti-discrimination laws. <br> (c)  The Director of the Office of Management and Budget (OMB), with the assistance of the Attorney General as requested, shall: <br> (i)   Review and revise, as appropriate, all Government-wide processes, directives, and guidance; <br> (ii)  Excise references to DEI and DEIA principles, under whatever name they may appear, from Federal acquisition, contracting, grants, and financial assistance procedures to streamline those procedures, improve speed and efficiency, lower costs, and comply with civil-rights laws; and <br> (iii)  Terminate all "diversity," "equity," "equitable decision-making," "equitable deployment of financial and technical assistance," "advancing equity," and like mandates, requirements, programs, or activities, as appropriate. | |

EPA_00045185

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/keeping-americans-safe-in-aviation/" ] | 1/21/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/executive-grant-of-clemency-for-terence-sutton/" ] | 1/22/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/designation-of-ansar-allah-as-a-foreign-terrorist-organization/" ] | 1/22/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/executive-grant-of-clemency-for-andrew-zabavsky/" ] | 1/22/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/fact-sheet-president-donald-j-trump-protects-the-states-and-the-american-people-by-closing-the-border-to-illegals-via-proclamation/" ] | 1/22/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/fact-sheet-president-donald-j-trump-delivers-emergency-price-relief-for-american-families-to-defeat-the-cost-of-living-crisis-2/" ] | 1/22/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/fact-sheet-president-donald-j-trump-delivers-emergency-price- | 1/22/2025 | Eliminate harmful, coercive "climate" policies driving up the costs of food and fuel. | OAR |

EPA_00045186

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| relief-for-american-families-to-defeat-the-cost-of-living-crisis/" ] | | The unlawful regulatory mandate on companies to eliminate gas-powered vehicles has resulted in artificial price increases in order to subsidize electric vehicles, largely disfavored by consumers. | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/nominations-transmitted-to-the-senate/" ] | 1/22/2025 | David Fotouhi, of Virginia, to be Deputy Administrator of the Environmental Protection Agency, vice Janet Garvin McCabe. | AO |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/fact-sheet-president-donald-j-trump-protects-the-states-and-the-american-people-by-closing-the-border-to-illegals-via-proclamation-2/" ] | 1/22/2025 | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/removing-barriers-to-american-leadership-in-artificial-intelligence/" ] | 1/23/2025 | The United States has long been at the forefront of artificial intelligence (AI) innovation, driven by the strength of our free markets, world-class research institutions, and entrepreneurial spirit. To maintain this leadership, we must develop AI systems that are free from ideological bias or engineered social agendas. With the right Government policies, we can solidify our position as the global leader in AI and secure a brighter future for all Americans.<br>This order revokes certain existing AI policies and directives that act as barriers to American AI innovation, clearing a path for the United States to act decisively to retain global leadership in artificial intelligence. | OMS |
| [HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/federal-recognition-of-the-lumbee-tribe-of-north-carolina/"] | 1/23/2025 | In 2024, the United States House of Representatives passed, by a vote of 311-96, the Lumbee Fairness Act (H.R. 1101), which would grant the Lumbee Tribe full Federal recognition, but this legislation was not considered by the United States Senate before the end of the 118th Congress. Similar legislation has passed the House of Representatives several times. | OITA |

EPA_00045187

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| | | Considering the Lumbee Tribe's historical and modern significance, it is the policy of the United States to support the full Federal recognition, including the authority to receive full Federal benefits, of the Lumbee Tribe of North Carolina. | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/presidents-council-of-advisors-on-science-and-technology/" ] | 1/23/2025 | This order establishes the President's Council of Advisors on Science and Technology to unite the brightest minds from academia, industry, and government to guide our Nation through this critical moment by charting a path forward for American leadership in science and technology…. The heads of executive departments and agencies shall, to the extent permitted by law, provide the PCAST with information concerning scientific and technological matters when requested by the PCAST Co-Chairs and as required for the purpose of carrying out the PCAST's functions.  (a)  There is hereby established the President's Council of Advisors on Science and Technology (PCAST)… (b)  The PCAST shall be composed of not more than 24 members.  The Assistant to the President for Science and Technology (APST) and the Special Advisor for AI & Crypto shall be members of the PCAST.  If also serving as the Director of the Office of Science and Technology Policy, the APST may designate the U.S. Chief Technology Officer as a member.  The remaining members shall be distinguished individuals and representatives from sectors outside of the Federal Government appointed by the President.  These non-Federal members shall have diverse perspectives and expertise in science, technology, education, and innovation. | ORD, OMS |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/declassification-of- | 1/23/2025 | | |

EPA_00045188

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Title | Date | EPA interest | Likely EPA offices implicated |
|---|---|---|---|
| records-concerning-the-assassinations-of-president-john-f-kenned/" ] | | | |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/strengthening-american-leadership-in-digital-financial-technology/" ] | 1/23/2025 | | |

16

Message

---

**From:** Christensen, Claude [Christensen.Claude@epa.gov]
**Sent:** 2/5/2025 7:47:50 PM
**To:** Lupo, Jennine [jennine.lupo@mail.house.gov]
**CC:** Melanson, Kate [Melanson.Kate@epa.gov]; Wintrob, Paul [Wintrob.Paul@epa.gov]; Levine, Carolyn [Levine.Carolyn@epa.gov]
**Subject:** RE: Thriving Communities Grant Program at EPA

Thank you, Paul.

Jennine, are you referring to the Environmental Justice Thriving Communities Grantmaking Program (EJ Grantmakers)?

Consistent with a recent court order, EPA's financial system will now enable the obligation of financial assistance, including for programs within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act. This includes all previously paused funding for EJ Grantmakers grantees. This process takes time and may not be complete by today.

Please let us know if you have any questions.

Sincerely,

**Claude Christensen**
Office of Congressional and Intergovernmental Relations
U.S. EPA
(202) 960-0615

---

**From:** Wintrob, Paul <Wintrob.Paul@epa.gov>
**Sent:** Wednesday, February 5, 2025 1:57 PM
**To:** McIntosh, Chad <mcintosh.chad@epa.gov>; Christensen, Claude <Christensen.Claude@epa.gov>; Levine, Carolyn <Levine.Carolyn@epa.gov>; Bowles, Jack <Bowles.Jack@epa.gov>
**Cc:** Lupo, Jennine <jennine.lupo@mail.house.gov>; Melanson, Kate <Melanson.Kate@epa.gov>
**Subject:** FW: Thriving Communities Grant Program at EPA

Hi Chad, Claude, Carolyn and Jack,

Please see this inquiry from Representative Hayes's District Director, Jennine Lupo.

Jennine, during the transition we've been asked to re-route congressional inquiries to HQ.

Thanks all.

Paul

---

**From:** Lupo, Jennine <Jennine.Lupo@mail.house.gov>
**Sent:** Wednesday, February 5, 2025 1:33 PM
**To:** Wintrob, Paul <Wintrob.Paul@epa.gov>
**Subject:** Thriving Communities Grant Program at EPA

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Paul,

Can you confirm that the Thriving Communities Grant Program at the EPA is still open and good to apply to? I'm wondering if the eligibility definition of 'historically underserved' fell under the anti DEI executive orders.

Thank you,
Jennine



www.hayes.house.gov

**JENNINE LUPO | DISTRICT DIRECTOR**
Office of Congresswoman Jahana Hayes (CT-05)
108 Bank Street, 2nd Floor, Waterbury CT 06702
Jennine.Lupo@mail.house.gov
C. 203-707-0633 | O. 860-223-8412

   

Message

| | |
|---|---|
| **From**: | Treml, Gregg [Treml.Gregg@epa.gov] |
| **Sent**: | 2/6/2025 5:17:54 PM |
| **To**: | McIntosh, Chad [mcintosh.chad@epa.gov] |
| **CC**: | Hanson, Paige (Catherine) [hanson.catherine@epa.gov] |
| **Subject**: | TRO |
| **Attachments**: | RI TRO Notice.pdf |

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC 20460
(202)-564-1151
treml.gregg@epa.gov

Scheduling requests:
Sheila Benson, Executive Support Specialist
Benson.Sheila@epa.gov

Message

---

**From:**      Hardy, Michael [Hardy.Michael@epa.gov]
**Sent:**      2/10/2025 12:45:19 PM
**To:**        Voyles, Travis [voyles.travis@epa.gov]
**CC:**        Career_Deputy_Regional_Administrators [Career_Deputy_Regional_Administrators@epa.gov];
               Career_Deputy_Assistant_Administrators [Career_Deputy_Assistant_Administrators@epa.gov];
               Career_Deputy_Associate_Administrators [Career_Deputy_Associate_Administrators@epa.gov]; McIntosh, Chad
               [mcintosh.chad@epa.gov]; Donahue, Sean [donahue.sean@epa.gov]; Corlett, Thomas [Corlett.Thomas@epa.gov]
**Subject:**   Daily EO Report
**Attachments:**  overview of recent Presidential memos.docx

Good morning Travis,

Good morning Travis,

I've attached the latest update to the EO report.  This update was generated at 3:00pm on 2/9/2025.  This
information is being pulled as updates are made to https://www.whitehouse.gov/presidential-actions/.  Let me
know if you have any questions.

***Updates since the last report***

| Number | Title | Date | EPA interest | Likely EPA offices implicated | Due Date |
|---|---|---|---|---|---|
| 20 | Restoring Accountability To Policy-Influencing Positions Within the Federal Workforce<br><br>Memo (1/27/2025): Guidance on Implementing President Trump's Executive Order titled, "Restoring Accountability To Policy-Influencing Positions Within the Federal Workforce"<br><br>Memo (2/7/2025): | 1/20/2025 | EO 13957 that created Schedule F is reinstated with some modifications and portions of an OPM rule that was finalized in April of 2024 are inoperative and without effect | OMS | Within 30 days of the date of this order or by February 19, 2025<br><br>Please submit petitions to reschedule positions to Schedule Policy/Career April 20, 2025.<br><br>Memo (Guidance on Revocation of Executive Order 14003) as soon as practicable. Agencies should report to OPM no later than |

| Number | Title | Date | EPA interest | Likely EPA offices implicated | Due Date |
|---|---|---|---|---|---|
| | Guidance on Revocation of Executive Order 14003 | | | | March 7, 2025. |
| | Memo (2/7/2025): Advancing United States Interests When Funding Non Governmental Organizations | 2/7/2025 | The United States Government has provided significant taxpayer dollars to Nongovernmental Organizations (NGOs), many of which are engaged in actions that actively undermine the security, prosperity, and safety of the American people.  It is the policy of my Administration to stop funding NGOs that undermine the national interest.<br><br>I therefore direct the heads of executive departments and agencies (agencies) to review all funding that agencies provide to NGOs.  The heads of agencies shall align future funding decisions with the interests of the United States and with the goals and priorities of my Administration, as expressed in executive actions; as otherwise determined in the judgment of the heads of agencies; and on the basis of applicable authorizing statutes, regulations, and terms. | OMS/OCFO/OITA | Immediately |
| | Addressing Egregious Actions of The Republic of South Africa | 2/7/2025 | Sec. 3.  Assistance.  (a)  All executive departments and agencies (agencies), including the United States Agency for International Development, shall, to the maximum extent allowed by law, halt foreign aid or assistance delivered or provided to South Africa, and shall promptly exercise all available authorities and discretion to halt such aid or | OITA | Immediately |

| Number | Title | Date | EPA interest | Likely EPA offices implicated | Due Date |
|--------|-------|------|--------------|-------------------------------|----------|
| | | | assistance.<br>    (b)  The head of each agency may permit the provision of any such foreign aid or assistance that, in the discretion of the relevant agency head, is necessary or appropriate. | | |

Michael Hardy
Deputy Associate Administrator and Federal Preservation Officer
Office of Policy
3511-North Building
U.S. Environmental Protection Agency
202-564-7899 – Desk; 571-344-5096 – Mobile

***Please note that I sent this email at a time that was convenient for me without expectation for a response outside of business hours.  If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.***

EPA_00045230

*For Internal EPA Use Only − Please Do Not Cite or Quote*

Presidential memos, announcements, and executive orders
[ DATE \@ "MMMM d, yyyy" ]
Updated as of February 9, 2025, at 3:00 pm.

Please note this list includes those presidential actions that have EPA equities. For a list of all presidential actions please visit: [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/" ].

Corresponding memos from OPM for actions with EPA equities have been provided below. For a list of all the memos released please visit: [ HYPERLINK "https://www.chcoc.gov/transmittals" ].

| Number | Title |
|---|---|
| 1 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/cabinet-and-cabinet-level-appointments/" \t "_self" ] |
| 2 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/designation-of-acting-leaders/" \t "_self" ] |
| 3 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/initial-rescissions-of-harmful-executive-orders-and-actions/" \t "_self" ] |
| 4 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/ending-the-weaponization-of-the-federal-government/" \t "_self" ] |
| 5 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/return-to-in-person-work/" \t "_self" ]<br><br>Memo (1/22/2025): [ HYPERLINK "https://www.chcoc.gov/content/guidance-presidential-memorandum-return-person-work" ] |

1

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|---|---|
|  | Memo (1/27/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/Joint%20OMB%20OPM%20Memorandum%20re%20Return%20to%20Office%20Implementation%20Plans%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%20FINAL.pdf" ]<br><br>Memo (2/3/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/Guidance%20on%20Collective%20Bargaining%20Obligations%20in%20Connection%20with%20Return%20to%20Office%20 3-2025%20final.pdf" ] |
| 6 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/regulatory-freeze-pending-review/" \t "_self" ] |
| 7 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/hiring-freeze/" \t "_self" ]<br><br>Memo (1/20/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/OMB-OPM%20Federal%20Civilian%20Hiring%20Freeze%20Guidance%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%20FINAL.pdf" ] |

2

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|---|---|
| | |
| 8 | Memo: [ HYPERLINK "https://chcoc.gov/sites/default/files/Guidance%20on%20Probationary%20Periods%2C%20Administrative%20Leave%20and%20Details%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%20FINAL.pdf" ] |
| 9 | Memo: [ HYPERLINK "https://chcoc.gov/sites/default/files/Memo%20Lifting%20Caps%20on%20TTCs-bll%20FINAL.pdf" ] |
| 10 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/delivering-emergency-price-relief-for-american-families-and-defeating-the-cost-of-living-crisis/" \t "_self" ] |
| 11 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/putting-america-first-in-international-environmental-agreements/" \t "_self" ] |

3

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
| | |
| 12 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/restoring-accountability-to-policy-influencing-positions-within-the-federal-workforce/" \t "_self" ] <br><br> Memo (1/27/2025): [ HYPERLINK "https://www.chcoc.gov/content/guidance-implementing-president-trump%E2%80%99s-executive-order-titled-restoring-accountability" ] <br><br> Memo (2/7/2025): [ HYPERLINK "https://www.chcoc.gov/content/guidance-revocation-executive-order-14003" ] |
| 13 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/" \t "_self" ] |

4

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

5

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

EPA_00045236

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 14 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/restoring-accountability-for-career-senior-executives/" \t "_self" ]<br><br>Memo (2/5/2025): [ HYPERLINK "https://www.chcoc.gov/content/maintaining-integrity-career-senior-executive-service" ] |
| 15 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/declaring-a-national-energy-emergency/" \t "_self" ] |

7

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

EPA_00045238

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 16     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/temporary-withdrawal-of-all-areas-on-the-outer-continental-shelf-from-offshore-wind-leasing-and-review-of-the-federal-governments-leasing-and-permitting-practices-for-wind-projects/" \t "_self" ] |

9

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 17 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/establishing-and-implementing-the-presidents-department-of-government-efficiency/" \t "_self" ] |

10

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|---|---|
|  |  |
| 18 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/defending-women-from-gender-ideology-extremism-and-restoring-biological-truth-to-th federal-government/" \t "_self" ]<br><br>Memo (1/29/2025): [ HYPERLINK "https://www.chcoc.gov/content/initial-guidance-regarding-president-trump%E2%80%99s-executive-order-defending-women" |

11

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

12

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
| 19 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/ending-radical-and-wasteful-government-dei-programs-and-preferencing/" \t "_self" ] <br><br> Memo (1/21/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/OPM%20Memo%20re%20Initial%20Guidance%20Regarding%20DEIA%20Executive%20Orders%201%2021-2025%20FINAL.pdf" ] <br><br> Memo (1/24/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/Guidance%20Regarding%20RIFs%20of%20DEIA%20Offices%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%20FINAL.pdf" ] <br><br> Memo (2/5/2025): [ HYPERLINK "https://www.chcoc.gov/content/further-guidance-regarding-ending-deia-offices-programs-and-initiatives" ] |

EPA_00045243

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
| | |
| 20 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/reforming-the-federal-hiring-process-and-restoring-merit-to-government-service/" \t "_self" ] <br><br> Memo (2/5/2025): [ HYPERLINK "https://www.chcoc.gov/content/request-agency-performance-management-data" ] |
| 21 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/organization-of-the-national-security-council-and-subcommittees/" \t "_self" ] |

14

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 22     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/restoring-names-that-honor-american-greatness/" ] |

15

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

EPA_00045246

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 23     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/ending-illegal-discrimination-and-restoring-merit-based-opportunity/" ] |

17

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

EPA_00045248

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

EPA_00045249

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

20

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 24 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/withdrawing-the-united-states-from-the-worldhealth-organization/" \t "_self" ] |

EPA_00045251

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 25     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/nominations-transmitted-to-the-senate/" ] |
| 26     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/removing-barriers-to-american-leadership-in-artificial-intelligence/" ] |

22

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 27 | [HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/federal-recognition-of-the-lumbee-tribe-of-north-carolina/"] |
| 28 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/presidents-council-of-advisors-on-science-and-technology/" ] |

23

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

24

EPA_00045254

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
| 29 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/the-first-100-hours-historic-action-to-kick-off-americas-golden-age/" ] |

EPA_00045255

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 30 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/council-to-assess-the-federal-emergency-management-agency/" ] |
| 31 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/emergency-measures-to-provide-water-resources-in-california-and-improve-disaster-response-in-certain-areas/" ] |

26

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 32     | [ HYPERLINK "https://www.chcoc.gov/content/guidance-regarding-deferred-resignation-program" ] |

27

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 33     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/celebrating-americas-250th-birthday/" ] |

28

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
| 34 | [ HYPERLINK "https://www.whitehouse.gov/uncategorized/2025/01/limiting-lame-duck-collective-bargaining-agreements-that-improperly-attempt-to-constrain-the-new-president/" ] |

EPA_00045259

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 35 | [ HYPERLINK "https://www.whitehouse.gov/fact-sheets/2025/01/fact-sheet-president-donald-j-trump-launches-massive-10-to-1-deregulation-initiative/" ] |

EPA_00045260

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 36     | Memo: [ HYPERLINK "https://chcoc.gov/sites/default/files/OPM%20Memo%20Legality%20of%20Deferred%20Resignation%20Program%202-4-2025%20FINAL.pdf" ] |
| 37     | Memo: [ HYPERLINK "https://www.chcoc.gov/content/guidance-regarding-redesignating-ses-cio-positions" ] |

31

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

32

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
| 38 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/02/withdrawing-the-united-states-from-and-ending-funding-to-certain-united-nations-organizations-and-reviewing-united-states-support-to-all-international-organizations/" ] |

EPA_00045263

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|  |  |
| 39 | Memo (2/7/2025):<br>[ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/02/memorandum-for-the-heads-of-executive-departments-and-agencies/" ] |

34

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 40     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/02/addressing-egregious-actions-of-the-republic-of-south-africa/" ] |

35

Message

___

**From:**       Hackel, Angela [Hackel.Angela@epa.gov]
**Sent:**       2/11/2025 12:45:30 PM
**To:**         Hardy, Michael [Hardy.Michael@epa.gov]; Voyles, Travis [voyles.travis@epa.gov]
**CC:**         Career_Deputy_Regional_Administrators [Career_Deputy_Regional_Administrators@epa.gov];
                Career_Deputy_Assistant_Administrators [Career_Deputy_Assistant_Administrators@epa.gov];
                Career_Deputy_Associate_Administrators [Career_Deputy_Associate_Administrators@epa.gov]; McIntosh, Chad
                [mcintosh.chad@epa.gov]; Donahue, Sean [donahue.sean@epa.gov]; Corlett, Thomas [Corlett.Thomas@epa.gov]
**Subject:**    RE: Daily EO Report
**Attachments:** overview of recent Presidential memos.docx


Good morning, Travis,

I am sending this update on behalf of Michael. Attached is the latest version of the EO report. ***There were no updates since the last report.*** This update was generated at 5:00pm on 2/10/2025. This information is being pulled as updates are made to: https://www.whitehouse.gov/presidential-actions/.

Please let us know if you have any questions.

Best,

Angela


Angela Hackel
Senior Advisor to the Deputy Associate Administrator and Federal Preservation Officer
Office of Policy
U.S. Environmental Protection Agency
202.566.2977 (office)
202.763.3945 (cell)

*For Internal EPA Use Only – Please Do Not Cite or Quote*

Presidential memos, announcements, and executive orders
[ DATE \@ "MMMM d, yyyy" ]
Updated as of February 10, 2025, at 5:00 pm.

Please note this list includes those presidential actions that have EPA equities. For a list of all presidential actions please visit: [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/" ].

Corresponding memos from OPM for actions with EPA equities have been provided below. For a list of all the memos released please visit: [ HYPERLINK "https://www.chcoc.gov/transmittals" ].

| Number | Title |
|---|---|
| 1 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/cabinet-and-cabinet-level-appointments/" \t "_self" ] |
| 2 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/designation-of-acting-leaders/" \t "_self" ] |
| 3 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/initial-rescissions-of-harmful-executive-orders-and-actions/" \t "_self" ] |
| 4 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/ending-the-weaponization-of-the-federal-government/" \t "_self" ] |
| 5 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/return-to-in-person-work/" \t "_self" ]<br><br>Memo (1/22/2025): [ HYPERLINK "https://www.chcoc.gov/content/guidance-presidential-memorandum-return-person-work" ] |

EPA_00045275

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|---|---|
|  | Memo (1/27/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/Joint%20OMB%20OPM%20Memorandum%20re%20Return%20to%20Office%20Implementation%20Plans%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%20FINAL.pdf" ]<br><br>Memo (2/3/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/Guidance%20on%20Collective%20Bargaining%20Obligations%20in%20Connection%20with%20Return%20to%20Office%20%20 3-2025%20final.pdf" ] |
| 6 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/regulatory-freeze-pending-review/" \t "_self" ] |
| 7 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/hiring-freeze/" \t "_self" ]<br><br>Memo (1/20/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/OMB-OPM%20Federal%20Civilian%20Hiring%20Freeze%20Guidance%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%20FINAL.pdf" ] |

EPA_00045276

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 8 | Memo: [ HYPERLINK "https://chcoc.gov/sites/default/files/Guidance%20on%20Probationary%20Periods%2C%20Administrative%20Leave%20and%20Details%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%20FINAL.pdf" ] |
| 9 | Memo: [ HYPERLINK "https://chcoc.gov/sites/default/files/Memo%20Lifting%20Caps%20on%20TTCs-bll%20FINAL.pdf" ] |
| 10 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/delivering-emergency-price-relief-for-american-families-and-defeating-the-cost-of-living-crisis/" \t "_self" ] |
| 11 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/putting-america-first-in-international-environmental-agreements/" \t "_self" ] |

3

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
| | |
| 12 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/restoring-accountability-to-policy-influencing-positions-within-the-federal-workforce/" \ "_self" ]<br><br>Memo (1/27/2025): [ HYPERLINK "https://www.chcoc.gov/content/guidance-implementing-president-trump%E2%80%99s-executive-order-titled-restoring-accountability" ]<br><br>Memo (2/7/2025): [ HYPERLINK "https://www.chcoc.gov/content/guidance-revocation-executive-order-14003" ] |
| 13 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/" \t "_self" ] |

4

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

EPA_00045279

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

6

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 14 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/restoring-accountability-for-career-senior-executives/" \t "_self" ]<br><br>Memo (2/5/2025): [ HYPERLINK "https://www.chcoc.gov/content/maintaining-integrity-career-senior-executive-service" ] |
| 15 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/declaring-a-national-energy-emergency/" \t "_self" ] |

EPA_00045281

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

EPA_00045282

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|---|---|
| 16 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/temporary-withdrawal-of-all-areas-on-the-outer-continental-shelf-from-offshore-wind-leasing-and-review-of-the-federal-governments-leasing-and-permitting-practices-for-wind-projects/" \t "_self" ] |

9

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 17     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/establishing-and-implementing-the-presidents-department-of-government-efficiency/" \t "_self" ] |

10

EPA_00045284

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 18     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/defending-women-from-gender-ideology-extremism-and-restoring-biological-truth-to-th federal-government/" \t "_self" ] <br><br> Memo (1/29/2025): [ HYPERLINK "https://www.chcoc.gov/content/initial-guidance-regarding-president-trump%E2%80%99s-executive-order-defending-women" |

11

EPA_00045285

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

12

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 19 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/ending-radical-and-wasteful-government-dei-programs-and-preferencing/" \t "_self" ] <br><br> Memo (1/21/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/OPM%20Memo%20re%20Initial%20Guidance%20Regarding%20DEIA%20Executive%20Orders%201%2021-2025%20FINAL.pdf" ] <br><br> Memo (1/24/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/Guidance%20Regarding%20RIFs%20of%20DEIA%20Offices%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%20FINAL.pdf" ] <br><br> Memo (2/5/2025): [ HYPERLINK "https://www.chcoc.gov/content/further-guidance-regarding-ending-deia-offices-programs-and-initiatives" ] |

13

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 20     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/reforming-the-federal-hiring-process-and-restoring-merit-to-government-service/" \t "_self" ]<br><br>Memo (2/5/2025): [ HYPERLINK "https://www.chcoc.gov/content/request-agency-performance-management-data" ] |

EPA_00045288

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 21     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/organization-of-the-national-security-council-and-subcommittees/" \t "_self" ] |
| 40     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/restoring-names-that-honor-american-greatness/" ] |

15

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

16

EPA_00045290

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
| | |
| 22 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/ending-illegal-discrimination-and-restoring-merit-based-opportunity/" ] |

17

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

EPA_00045292

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

19

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

20

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

21

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 23 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/withdrawing-the-united-states-from-the-worldhealth-organization/" \t "_self" ] |
| 24 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/nominations-transmitted-to-the-senate/" ] |
| 25 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/removing-barriers-to-american-leadership-in-artificial-intelligence/" ] |

22

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 26 | [HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/federal-recognition-of-the-lumbee-tribe-of-north-carolina/"] |

23

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 27     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/presidents-council-of-advisors-on-science-and-technology/" ] |

EPA_00045298

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

25

EPA_00045299

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
| | |
| 28 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/the-first-100-hours-historic-action-to-kick-off-americas-golden-age/" ] |

EPA_00045300

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
| 29 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/council-to-assess-the-federal-emergency-management-agency/" ] |
| 30 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/emergency-measures-to-provide-water-resources-in-california-and-improve-disaster-response-in-certain-areas/" ] |

EPA_00045301

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 31     | [ HYPERLINK "https://www.chcoc.gov/content/guidance-regarding-deferred-resignation-program" ] |
| 32     | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/celebrating-americas-250th-birthday/" ] |

EPA_00045302

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 33 | [ HYPERLINK "https://www.whitehouse.gov/uncategorized/2025/01/limiting-lame-duck-collective-bargaining-agreements-that-improperly-attempt-to-constrain-the-new-president/" ] |

EPA_00045303

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

EPA_00045304

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 34 | [ HYPERLINK "https://www.whitehouse.gov/fact-sheets/2025/01/fact-sheet-president-donald-j-trump-launches-massive-10-to-1-deregulation-initiative/" ] |
| 35 | Memo: [ HYPERLINK "https://chcoc.gov/sites/default/files/OPM%20Memo%20Legality%20of%20Deferred%20Resignation%20Program%202-4-2025%20FINAL.pdf" ] |

EPA_00045305

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |
| 36     | Memo: [ HYPERLINK "https://www.chcoc.gov/content/guidance-regarding-redesignating-ses-cio-positions" ] |

32

EPA_00045306

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
| --- | --- |
|  |  |
| 37 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/02/withdrawing-the-united-states-from-and-ending-funding-to-certain-united-nations-organizations-and-reviewing-united-states-support-to-all-international-organizations/" ] |

33

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
| 38 | Memo (2/7/2025):<br>[ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/02/memorandum-for-the-heads-of-executive-departments-and-agencies/" ] |

34

*For Internal EPA Use Only − Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
| | |
| 39 | [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/02/addressing-egregious-actions-of-the-republic-of-south-africa/" ] |

35

*For Internal EPA Use Only – Please Do Not Cite or Quote*

| Number | Title |
|--------|-------|
|        |       |

36

Message

---

**From:** McIntosh, Chad [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D79482648BA743BFA6F2E3A3912ACE99-881FE18A-58]
**Sent:** 1/31/2025 11:00:24 PM
**To:** Atkinson, Emily [Atkinson.Emily@epa.gov]
**Subject:** FW: Fresh guidance from OMB
**Attachments:** M-25-14 Final.pdf; OMB Q&A M-25-13 final.pdf; M-25-13 Temporary Pause to Review Agency Grant Loan and Other Financial Assistance Programs.pdf

Another notebook, please.

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, January 31, 2025 5:09 PM
**To:** McIntosh, Chad <mcintosh.chad@epa.gov>
**Cc:** Voyles, Travis <voyles.travis@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Fresh guidance from OMB

Sir,
I am sorry for not getting back to you sooner.  Attached are all the OMB memos we have received.  Please let me know if you need anything else.

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

Scheduling requests:
Sheila Benson, Executive Support Specialist
Benson.Sheila@epa.gov

---

**From:** Treml, Gregg
**Sent:** Wednesday, January 29, 2025 3:59 PM
**To:** McIntosh, Chad <McIntosh.Chad@epa.gov>
**Cc:** Voyles, Travis <voyles.travis@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Fresh guidance from OMB

Absolutely.  I am pulling together now.

Thank you,
-Gregg

Gregg Treml

Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

Scheduling requests:
Sheila Benson, Executive Support Specialist
Benson.Sheila@epa.gov

---

**From:** McIntosh, Chad <mcintosh.chad@epa.gov>
**Sent:** Wednesday, January 29, 2025 11:45 AM
**To:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: Fresh guidance from OMB

Thanks – May I pls have all of the OMB guidance you have received?

---

**From:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Sent:** Tuesday, January 28, 2025 2:21 PM
**To:** McIntosh, Chad <mcintosh.chad@epa.gov>
**Subject:** Fresh guidance from OMB

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Tuesday, January 28, 2025 1:44 PM
**To:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** FW: Pause Fed Financial Assistance

This just came in

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

Scheduling requests:
Sheila Benson, Executive Support Specialist
Benson.Sheila@epa.gov

---

**From:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Sent:** Tuesday, January 28, 2025 1:41 PM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>
**Cc:** Lane, Gary <Lane.Gary@epa.gov>; McMichael, Nate <McMichael.Nate@epa.gov>; Gaber, Noha

<gaber.noha@epa.gov>
**Subject:** FW: Pause Fed Financial Assistance

Just got this. It opens the door far wider.

---

**From:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>
**Sent:** Tuesday, January 28, 2025 1:32 PM
**To:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Ward, Michelle G. EOP/OMB <Michelle.G.Ward@omb.eop.gov>
**Subject:** RE: Pause Fed Financial Assistance

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Wyatt – are you free at 2pm? I have some information to share re. the Federal Assistance Memo. I am attaching the Q&A in case they didn't get to you yet.

---

**From:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Sent:** Tuesday, January 28, 2025 10:51 AM
**To:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Milbourn, Frank W. .V EOP/OMB <Frank.W.Milbourn@omb.eop.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Pause Fed Financial Assistance

Nevermind the question, I see the template now which OMS received

---

**From:** Boyd, Wyatt
**Sent:** Tuesday, January 28, 2025 10:47 AM
**To:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Milbourn, Frank W. .V EOP/OMB <Frank.W.Milbourn@omb.eop.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Pause Fed Financial Assistance

OK.

Does OMB have a definition of federal financial assistance? We are reading to potentially be all grants BOCs and WIFIA

---

**From:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>
**Sent:** Tuesday, January 28, 2025 10:22 AM
**To:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Milbourn, Frank W. .V EOP/OMB <Frank.W.Milbourn@omb.eop.gov>
**Subject:** RE: Pause Fed Financial Assistance

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Wyatt – If EPA has questions about the Pause on Federal Financial Assistance, please send to me by 11:30am today.

**From:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Sent:** Tuesday, January 28, 2025 8:52 AM
**To:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Milbourn, Frank W. .V EOP/OMB <Frank.W.Milbourn@omb.eop.gov>
**Subject:** FW: Pause Fed Financial Assistance

Hi Mike,

How was this memo shared? Can we please get a copy. Thank you

https://www.washingtonpost.com/documents/deb7af80-48b6-4b8a-8bfa-3d84fd7c3ec8.pdf



**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

**THE DIRECTOR**

January 29, 2025

M-25-14

MEMORANDUM FOR HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

FROM: Matthew J. Vaeth, Acting Director, Office of Management and Budget

SUBJECT: Rescission of M-25-13

　　　OMB Memorandum M-25-13 is rescinded.  If you have questions about implementing the President's Executive Orders, please contact your agency General Counsel.



## EXECUTIVE OFFICE OF THE PRESIDENT
### OFFICE OF MANAGEMENT AND BUDGET
#### WASHINGTON, D.C. 20503

In implementing President Trump's Executive Orders, OMB issued guidance requesting that agencies temporarily pause, to the extent permitted by law, grant, loan or federal financial assistance programs that are implicated by the President's Executive Orders.

**Any program not implicated by the President's Executive Orders is not subject to the pause.**

The Executive Orders listed in the guidance are:

*Protecting the American People Against Invasion*

*Reevaluating and Realigning United States Foreign Aid*

*Putting America First in International Environmental Agreements*

*Unleashing American Energy*

*Ending Radical and Wasteful Government DEI Programs and Preferencing*

*Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*

*Enforcing the Hyde Amendment*

Any program that provides direct benefits to individuals is not subject to the pause.

The guidance establishes a process for agencies to work with OMB to determine quickly whether any program is inconsistent with the President's Executive Orders. A pause could be as short as day. In fact, OMB has worked with agencies and has already approved many programs to continue even before the pause has gone into effect.

Any payment required by law to be paid will be paid without interruption or delay.

**Q: Is this a freeze on all Federal financial assistance?**

A:  No, the pause does not apply across-the-board. It is expressly limited to programs, projects, and activities implicated by the President's Executive Orders, such as ending DEI, the green new deal, and funding nongovernmental organizations that undermine the national interest.

**Q: Is this a freeze on benefits to Americans like SNAP or student loans?**

A: No, any program that provides direct benefits to Americans is explicitly excluded from the pause and exempted from this review process. In addition to Social Security and Medicare, already explicitly excluded in the guidance, mandatory programs like Medicaid and SNAP will continue without pause.

Funds for small businesses, farmers, Pell grants, Head Start, rental assistance, and other similar programs will not be paused. If agencies are concerned that these programs may implicate the President's Executive Orders, they should consult OMB to begin to unwind these objectionable policies without a pause in the payments.

**Q:  Is the pause of federal financial assistance an impoundment?**

**A:**  No, it is not an impoundment under the Impoundment Control Act.  It is a temporary pause to give agencies time to ensure that financial assistance conforms to the policies set out in the President's Executive Orders, to the extent permitted by law.

Temporary pauses are a necessary part of program implementation that have been ordered by past presidents to ensure that programs are being executed and funds spent in accordance with a new President's policies and do not constitute impoundments.

**Q: Why was this pause necessary?**

**A:**  To act as faithful stewards of taxpayer money, new administrations must review federal programs to ensure that they are being executed in accordance with the law and the new President's policies.



**THE DIRECTOR**

**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

January 27, 2025

M-25-13

MEMORANDUM FOR HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

FROM:       Matthew J. Vaeth, Acting Director, Office of Management and Budget

SUBJECT:   Temporary Pause of Agency Grant, Loan, and Other Financial Assistance
           Programs

The American people elected Donald J. Trump to be President of the United States and gave him a mandate to increase the impact of every federal taxpayer dollar. In Fiscal Year 2024, of the nearly $10 trillion that the Federal Government spent, more than $3 trillion was Federal financial assistance, such as grants and loans. Career and political appointees in the Executive Branch have a duty to align Federal spending and action with the will of the American people as expressed through Presidential priorities. Financial assistance should be dedicated to advancing Administration priorities, focusing taxpayer dollars to advance a stronger and safer America, eliminating the financial burden of inflation for citizens, unleashing American energy and manufacturing, ending "wokeness" and the weaponization of government, promoting efficiency in government, and Making America Healthy Again. The use of Federal resources to advance Marxist equity, transgenderism, and green new deal social engineering policies is a waste of taxpayer dollars that does not improve the day-to-day lives of those we serve.

This memorandum requires Federal agencies to identify and review all Federal financial assistance[1] programs and supporting activities consistent with the President's policies and requirements.[2]  For example, during the initial days of his Administration, President Donald J. Trump issued a series of executive orders to protect the American people and safeguard valuable taxpayer resources, including *Protecting the American People Against Invasion* (Jan. 20, 2025), *Reevaluating and Realigning United States Foreign Aid* (Jan. 20, 2025), *Putting America First in International Environmental Agreements* (Jan. 20, 2025), *Unleashing American Energy* (Jan. 20, 2025), *Ending Radical and Wasteful Government DEI Programs and Preferencing* (Jan. 20,

---

[1] 2 CFR 200.1 defines Federal financial assistance to mean "[a]ssistance that recipients or subrecipients receive or administer" in various forms, but this term does not include assistance provided directly to individuals. For the purposes of this memorandum, Federal financial assistance includes: (i) all forms of assistance listed in paragraphs (1) and (2) of the definition of this term at 2 CFR 200.1; and (ii) assistance received or administered by recipients or subrecipients of any type except for assistance received directly by individuals.
[2] Nothing in this memo should be construed to impact Medicare or Social Security benefits.

2025), *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (Jan. 20, 2025), and *Enforcing the Hyde Amendment* (Jan. 24, 2025). These executive orders ensure that Federal funds are used to support hardworking American families.

To implement these orders, each agency must complete a comprehensive analysis of all of their Federal financial assistance programs to identify programs, projects, and activities that may be implicated by any of the President's executive orders. In the interim, to the extent permissible under applicable law, Federal agencies **must temporarily pause** all activities related to obligation or disbursement of all Federal financial assistance, and other relevant agency activities that may be implicated by the executive orders, including, but not limited to, financial assistance for foreign aid, nongovernmental organizations, DEI, woke gender ideology, and the green new deal.

This temporary pause will provide the Administration time to review agency programs and determine the best uses of the funding for those programs consistent with the law and the President's priorities. The temporary pause will become effective on January 28, 2025, at 5:00 PM. Even before completing their comprehensive analysis, Federal agencies must immediately identify any legally mandated actions or deadlines for assistance programs arising while the pause remains in effect. Federal agencies must report this information to OMB along with an analysis of the requirement. OMB also directs Federal agencies to pause all activities associated with open NOFOs, such as conducting merit review panels.

No later than February 10, 2025, agencies shall submit to OMB detailed information on any programs, projects or activities subject to this pause. Each agency must pause: (i) issuance of new awards; (ii) disbursement of Federal funds under all open awards; and (iii) other relevant agency actions that may be implicated by the executive orders, to the extent permissible by law, until OMB has reviewed and provided guidance to your agency with respect to the information submitted.

OMB may grant exceptions allowing Federal agencies to issue new awards or take other actions on a case-by-case basis. To the extent required by law, Federal agencies may continue taking certain administrative actions, such as closeout of Federal awards (2 CFR 200.344), or recording obligations expressly required by law.

Additionally, agencies must, for each Federal financial assistance program: (i) assign responsibility and oversight to a senior political appointee to ensure Federal financial assistance conforms to Administration priorities; (ii) review currently pending Federal financial assistance announcements to ensure Administration priorities are addressed, and, subject to program statutory authority, modify unpublished Federal financial assistance announcements, withdraw any announcements already published, and, to the extent permissible by law, cancel awards already awarded that are in conflict with Administration priorities, and; (iii) ensure adequate oversight of Federal financial assistance programs and initiate investigations when warranted to identify underperforming recipients, and address identified issues up to and including cancellation of awards.

EPA_00045319

Message

| | |
|---|---|
| **From:** | Zieba, Kyle [Zieba.Kyle@epa.gov] |
| **Sent:** | 2/18/2025 4:46:20 PM |
| **To:** | Christensen, Claude [Christensen.Claude@epa.gov]; Olson, Heather [Olson.Heather@epa.gov] |
| **CC:** | Melanson, Kate [Melanson.Kate@epa.gov]; Norcross, Jeffrey [Norcross.Jeffrey@epa.gov]; Wintrob, Paul [Wintrob.Paul@epa.gov]; McIntosh, Chad [mcintosh.chad@epa.gov]; Levine, Carolyn [Levine.Carolyn@epa.gov]; Bowles, Jack [Bowles.Jack@epa.gov]; Moody, Christina [Moody.Christina@epa.gov] |
| **Subject:** | RE: CPRG Grant Drawdown Inquiry |

Hi,

Yes, CPRG is an OAR program and in my portfolio.

I think we're still on hold for responding to inquiries such as this.

I will add it the Engagement Tracker and respond when directed.

Thanks,
Kyle


**Ms. Kyle J. Zieba, PhD**
*Congressional Liaison Specialist*
Air, Land & Cross-Cutting Division
Office of Congressional Affairs
US Environmental Protection Agency
M: 202-893-0018

---

**From:** Christensen, Claude <Christensen.Claude@epa.gov>
**Sent:** Tuesday, February 18, 2025 11:40 AM
**To:** Zieba, Kyle <Zieba.Kyle@epa.gov>; Olson, Heather <Olson.Heather@epa.gov>
**Cc:** Melanson, Kate <Melanson.Kate@epa.gov>; Norcross, Jeffrey <Norcross.Jeffrey@epa.gov>; Wintrob, Paul <Wintrob.Paul@epa.gov>; McIntosh, Chad <mcintosh.chad@epa.gov>; Levine, Carolyn <Levine.Carolyn@epa.gov>; Bowles, Jack <Bowles.Jack@epa.gov>; Moody, Christina <Moody.Christina@epa.gov>
**Subject:** RE: CPRG Grant Drawdown Inquiry

Thanks, Paul,

Adding my colleagues Kyle and Heather since this may be an OAR program. Kyle & Heather, can you confirm?

Best,

**Claude Christensen**
Office of Congressional and Intergovernmental Relations
U.S. EPA
(202) 960-0615

---

**From:** Wintrob, Paul <Wintrob.Paul@epa.gov>
**Sent:** Tuesday, February 18, 2025 11:13 AM
**To:** McIntosh, Chad <mcintosh.chad@epa.gov>; Christensen, Claude <Christensen.Claude@epa.gov>; Levine, Carolyn <Levine.Carolyn@epa.gov>; Bowles, Jack <Bowles.Jack@epa.gov>

**Cc:** Melanson, Kate <Melanson.Kate@epa.gov>; Norcross, Jeffrey <Norcross.Jeffrey@epa.gov>
**Subject:** FW: CPRG Grant Drawdown Inquiry
**Importance:** High

Hi Chad, Claude, Carolyn, and Jack,

Please see this funding question from Rep. Hime's Office.

Thanks!

-Paul

---

**From:** Tertullien, Vernita <Vernita.Tertullien@mail.house.gov>
**Sent:** Tuesday, February 18, 2025 11:05 AM
**To:** Wintrob, Paul <Wintrob.Paul@epa.gov>
**Cc:** Tickey, Jimmy <Jimmy.Tickey@mail.house.gov>; Calvao, Kaleigh <Kaleigh.Calvao@mail.house.gov>
**Subject:** CPRG Grant Drawdown Inquiry
**Importance:** High

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Paul,

I hope to find you doing well.

We just heard from CT Metropolitan Council of Governments that they are still not able to draw down their CPRG grant from the EPA ASAP system. They have outstanding invoices for work completed prior to the funding pause and don't have the funds to cover those expenses.

Could you help us ascertain what the latest is on EPA drawdowns, and what the EPA's guidance is in instances when expenditures predate the funding pause? We appreciate any insight you might have on this situation. Thanks, Paul.

**Vernita Tertullien**
Economic and Community Development Director
Congressman Jim Himes, CT-04
350 Fairfield Avenue, Suite 603
Bridgeport, CT 06604
P: (203) 333-6600
Vernita.Tertullien@mail.house.gov



US CONGRESSMAN
# JIM HIMES
REPRESENTING CONNECTICUT'S FOURTH DISTRICT

Message

**From:**  Treml, Gregg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6ED4CB59F9044E589BE621CBCBF9B0D4-C80321F4-31]
**Sent:**  1/30/2025 9:19:33 PM
**Subject:**  IIJA IRA EO_v5_RMO EPA.xlsx
**Attachments:**  IIJA IRA EO_v5_RMO EPA.xlsx

Message

| | |
|---|---|
| **From:** | Treml, Gregg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6ED4CB59F9044E589BE621CBCBF9B0D4-C80321F4-31] |
| **Sent:** | 1/31/2025 6:58:36 PM |
| **To:** | Leadership_Deputy_Assistant_Administrators [Leadership_Deputy_Assistant_Administrators@epa.gov]; Leadership_Deputy_Associate_Administrators [Leadership_Deputy_Associate_Administrators@epa.gov]; Leadership_Deputy_Regional_Administrators [Leadership_Deputy_Regional_Administrators@epa.gov]; Career Senior Advisors for Management [Career_Senior_Advisors_for_Management@epa.gov] |
| **CC:** | Kadeli, Lek [Kadeli.Lek@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Hanson, Paige (Catherine) [hanson.catherine@epa.gov]; OCFO-SROs [OCFO_SROs@epa.gov]; OCFO-SBO [OCFOSBO@epa.gov]; OCFO-Regional-Comptroller [OCFORegionalComptroller@epa.gov]; OCFO-FCOs [OCFO-FCOs@epa.gov] |
| **BCC:** | OCFO-SR-MGRS_SG [OCFOSRMGRS_SG@epa.gov] |
| **Subject:** | RE: Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause |

Colleagues –

I am writing to provide an important update on our work to implement the President's "Unleashing American Energy" Executive Order in coordination with the Office of Management and Budget. OMB has approved a 4-week window to continue to process employment related funds while the evaluation of programs continues. This means that employees can continue to use IIJA and IRA related work codes in PeoplePlus through the pay period ending February 22, 2025, and that essential workforce support (e.g., WCF) may continue for that period.

OMB has also confirmed that OIG may continue to use IIJA funds for oversight.

My team and I will share additional updates as they become available.

Thank you,
-Gregg

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Monday, January 27, 2025 5:18 PM
**To:** Leadership_Deputy_Assistant_Administrators <Leadership_Deputy_Assistant_Administrators@epa.gov>; Leadership_Deputy_Associate_Administrators <Leadership_Deputy_Associate_Administrators@epa.gov>; Leadership_Deputy_Assistant_Administrators <Leadership_Deputy_Assistant_Administrators@epa.gov>
**Cc:** Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>
**Subject:** Inflation Reduction Act and Infrastructure Investment and Jobs Act Funding Action Pause

Colleagues –
As EPA works diligently to implement President Trump's "Unleashing American Energy" Executive Order in coordination with the Office of Management and Budget, I am providing the attached memorandum as guidance. The agency has paused all funding actions related to the Inflation Reduction Act and the Infrastructure Investment and Jobs Act at this time.

As noted in the memorandum, the agency will continue to work with OMB to review processes, policies, and programs, as required by the Executive Order.

Thank you,

-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

**Message**

**From:** Brad Johnson
[brad@hillheat.com]
**Sent:** 2/10/2025 6:25:17 PM
**To:** Treml, Gregg
[Treml.Gregg@epa.gov]
**Subject:** new freeze

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Mr. Treml - Has there been a formal determination that the new spending freeze on financial assistance programs ordered by your office on February 7th is not in violation of the February 3rd restraining order on implementing the EO freezing programs related to climate, environmental justice, and civil rights?

If you can share that determination, or related language in the review of financial assistance programs announced on February 6 by the Deputy Administrator, that would be appreciated.

Thank you,

Brad Johnson
Hill Heat
brad@hillheat.com
617.429.9106

Appointment

| | |
|---|---|
| **From**: | Treml, Gregg [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6ed4cb59f9044e589be621cbcbf9b0d4-c80321f4-31] |
| **Sent**: | 3/13/2025 6:58:31 PM |
| **To**: | Treml, Gregg [Treml.Gregg@epa.gov]; Jennette, Vonda [Jennette.Vonda@epa.gov]; Susan.Robinson@fiscal.treasury.gov |

| | |
|---|---|
| **Subject**: | Request |
| **Attachments**: | FW: Call Regarding ASAP Drawdowns for Attached Memo |
| **Location**: | Microsoft Teams Meeting |

| | |
|---|---|
| **Start**: | 3/13/2025 8:00:00 PM |
| **End**: | 3/13/2025 8:25:00 PM |
| **Show Time As**: | Busy |

| | |
|---|---|
| **Required Attendees**: | Jennette, Vonda; Susan.Robinson@fiscal.treasury.gov |

Purpose:  attached

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 226 033 472 706

Passcode: ER2o2NZ3

_____

**Dial in by phone**

+1 206-800-4483,,989453934# United States, Richmond Beach

Find a local number

Phone conference ID: 989 453 934#

**Join on a video conferencing device**

Tenant key: sip:teams@video.epa.gov

Video ID: 118 488 788 9

More info

For organizers: Meeting options | Reset dial-in PIN

This meeting may be recorded. If the meeting is recorded, it will be announced via a banner showing "this meeting is being recorded." Participation in a recorded meeting will be deemed as consent to be recorded. Meeting recordings may be official agency records subject to appropriate policy, rules and regulations.

_____

EPA_00045334

Appointment

| | |
|---|---|
| **From:** | Benson, Sheila [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f63474af603044ee93979395fa118db3-Benson, Sheila] |
| on behalf of | Treml, Gregg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6ED4CB59F9044E589BE621CBCBF9B0D4-C80321F4-31] |
| **Sent:** | 3/27/2025 1:32:40 PM |
| **To:** | Treml, Gregg [Treml.Gregg@epa.gov]; Hanson, Paige (Catherine) [hanson.catherine@epa.gov]; Kadeli, Lek [Kadeli.Lek@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Dawes, Katherine [Dawes.Katherine@epa.gov]; Martiyan, Stefan [MARTIYAN.STEFAN@EPA.GOV]; Hall, JohnM [hall.johnm@epa.gov]; Iyer, Aarti [Iyer.Aarti@epa.gov] |
| **CC:** | McMichael, Nate [McMichael.Nate@epa.gov] |
| **BCC:** | DCRoomWJCN4402A/OCFOAA [DCRoomWJCN4402AOCFOAA@epa.gov] |
| | |
| **Subject:** | Compliance with EOs in Grant Program Information Collections |
| **Attachments:** | EO Compliance in Grant Program Information Collections_2025.04.04_CFO Briefing Slides.pptx |
| **Location:** | Microsoft Teams Meeting; DCRoomWJCN4402A/OCFOAA |
| | |
| **Start:** | 4/4/2025 7:00:00 PM |
| **End:** | 4/4/2025 7:25:00 PM |
| **Show Time As:** | Busy |

| | |
|---|---|
| **Required Attendees:** | Hanson, Paige (Catherine); Kadeli, Lek; Jones-Peeler, Meshell; Dawes, Katherine; Martiyan, Stefan; Hall, JohnM; Iyer, Aarti |
| **Optional Attendees:** | McMichael, Nate |

Materials sent and attached on 4/2/2025 - rdg

_____

# Microsoft Teams [Need help?](#)

## Join the meeting now

Meeting ID: 274 883 313 178

Passcode: i2sP6h9J

_____

### Dial in by phone

[+1 206-800-4483,,170629052#](#) United States, Richmond Beach

[Find a local number](#)

Phone conference ID: 170 629 052#

### Join on a video conferencing device

Tenant key: [sip:teams@video.epa.gov](#)

Video ID: 118 752 863 9

[More info](#)

EPA_00045335

For organizers: <u>Meeting options</u> | <u>Reset dial-in PIN</u>

This meeting may be recorded. If the meeting is recorded, it will be announced via a banner showing "this meeting is being recorded." Participation in a recorded meeting will be deemed as consent to be recorded. Meeting recordings may be official agency records subject to appropriate policy, rules and regulations.

_____

### *Meeting Request Form for*
### *CFO, Deputy CFO and Associate CFO*
#### *(As of June 6, 2024)*

<u>**For**</u>:   CFO

<u>**Title of Meeting**</u>:   Compliance with EOs in Grant Program Information Collections

CFO ☐

<u>**Meeting Type**</u>:                    **Prep** ☐        **Decision** ☒                    **Informational** ☒     **Requested by**: DCFO ☐

ACFO ☐

<u>**Purpose**</u>:   1. Review problem and proposed solution
2. Discuss OCFO role and next steps

<u>**Briefing Materials**</u>:          **Yes** ☒                    **No** ☐

*<u>Note</u>: Materials due to <u>OCFO IO Meetings</u> two business days by 4 pm in advance of the meeting; otherwise, meeting may be cancelled.*

<u>**Individual Submitting Briefing Materials**</u>:   Michelle Gaston

*<u>Note</u>: Unless otherwise requested, all materials will be attached to meeting invitation. If multiple documents, submit with numerical order in file name. Example:  1 – File Name, 2 – File Name, 3 – File Name*
_____

**Proposed Meeting Date**:   Friday April 4, 2025 @ 3 pm

**What is the deadline for this meeting?**   4/4/2025

**What dates, if any, should be avoided if possible?**   Click or tap here to enter text.

**Proposed Length:   25 minutes** ☒                    **50 minutes** ☐                    **Other** ☐
Click or tap here to enter text.

**Required Participants:**
Gregg Treml, Paige Hanson, Meshell Jones-Peeler, Lek Kadeli, Katherine Dawes, Aarti Iyer, Stefan Martiyan, John Hall

**Optional Participants:**   *OC/OEE/ORIM/OTS – Marcia Kargbo; OB/OCI/OPAA/E&E Team – Nate McMichael*
Nate McMichael

***Hybrid/MS Teams*** ☒        ***In Person Only*** ☐                    ***Other*** ☐
***If checked for Other, provide relevant link, phone number, and PIN/ID:*** Click or tap here to enter text.

**Today's Date:** 3/27/2025
**Requesting Office:** OP2
**Administrative POC (name, phone):** Michelle Gaston, 202-564-1628
**Subject Matter Expert POC (name, phone):** Katherine Dawes, 202-566-2189
Aarti Iyer, 202-564-0214

Message

| | |
|---|---|
| **From:** | Treml, Gregg [Treml.Gregg@epa.gov] |
| **Sent:** | 2/13/2025 8:17:42 PM |
| **To:** | Voyles, Travis [voyles.travis@epa.gov]; Patrick, Kimberly [Patrick.Kimberly@epa.gov] |
| **CC:** | Hanson, Paige (Catherine) [hanson.catherine@epa.gov]; Treml, Gregg [Treml.Gregg@epa.gov] |
| **Subject:** | RE: Memorandum on Review of Financial Assistance Programs |

Good afternoon.
Message is received and the team will begin enacting this direction.  Please note it will take about two business days for OCFO to open all accounts for disbursement.

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

Scheduling requests:
Sheila Benson, Executive Support Specialist
Benson.Sheila@epa.gov

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 3:02 PM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Patrick, Kimberly <Patrick.Kimberly@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

Good Afternoon Gregg—

As further review has been conducted, please direct obligations from EPA already made as of the time of this email to be released for payment. The agency will continue robust oversight of these funds even once disbursed and not hesitate to take appropriate administrative and legal action against involved parties if any of them are found to be used outside of the terms and conditions of their agreements.

While it is my understanding the funds held at the financial agent for the two specific funding programs under the Greenhouse Gas Reduction Fund are not being outlaid at EPA's direction, I would like to clarify this above directive only applies to funds held in EPA accounts and not as part of the financial agent scheme.

Please let me know if you have any questions of need further clarification.

Thanks,

Travis

--

Travis Voyles
C: (202) 787-0595

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, February 7, 2025 5:31 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Patrick, Kimberly <Patrick.Kimberly@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** Re: Memorandum on Review of Financial Assistance Programs

Received.

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

Scheduling requests:
Sheila Benson, Executive Support Specialist
Benson.Sheila@epa.gov

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Friday, February 7, 2025 5:17:19 PM
**To:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

Good Afternoon Gregg and Kimberly—

Consistent with the Memorandum on Review of Financial Assistance Programs, EPA personnel have identified the below grants programs as having potential inconsistencies with necessary financial and oversight procedural requirements or grant conditions of awards or programs. Out of an abundance of caution given the concerns raised and to the ensure the ability for a thorough review and investigation to occur and ensure compliance, please suspend all activity unless otherwise authorized.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)
Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
GHG Air Pollution Implementation Grants (OAR) (STAG)

GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emission Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)
Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)

Please let me know if you have any questions.

Thanks,

Travis

--

Travis Voyles
Office of the Administrator
C: (202) 787-0595

---

**From:** Voyles, Travis
**Sent:** Friday, February 7, 2025 9:03 AM
**To:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** McIntosh, Chad <McIntosh.Chad@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

Good Morning Gregg and Kimberly—

As detailed in Chad's email last night, he directed any questions to OCFO and OMS. We can find some time early next week to walk through a more thorough process.

In the meantime, if we are notified by any EPA personnel of any inconsistencies with necessary financial and oversight procedural requirements or grant conditions of awards or programs, then we should suspend all activity unless otherwise authorized, pending the competition of a thorough review and investigation to ensure compliance.

Let me know if you have any questions, otherwise we can discuss further next week.

Thanks,

Travis

--

Travis Voyles
Office of the Administrator
C: (202) 787-0595

**From:** McIntosh, Chad <mcintosh.chad@epa.gov>
**Sent:** Thursday, February 6, 2025 6:39 PM
**To:** Career_Deputy_Assistant_Administrators <Career_Deputy_Assistant_Administrators@epa.gov>;
Career_Deputy_Regional_Administrators <Career_Deputy_Regional_Administrators@epa.gov>;
Career_Deputy_Associate_Administrators <Career_Deputy_Associate_Administrators@epa.gov>; Treml, Gregg
<Treml.Gregg@epa.gov>; Patrick, Kimberly <Patrick.Kimberly@epa.gov>
**Cc:** Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Memorandum on Review of Financial Assistance Programs

All—

Please find attached a Memorandum on Review of Financial Assistance Programs. Thank you for your continued service to ensure the effective implementation and use of taxpayer dollars.

Please reach out to OCFO and OMS for any further guidance.

Chad McIntosh
Acting Deputy Administrator

Message

---

**From:** Patrick, Kimberly [Patrick.Kimberly@epa.gov]
**Sent:** 2/13/2025 8:08:25 PM
**To:** Voyles, Travis [voyles.travis@epa.gov]
**CC:** Hanson, Paige (Catherine) [hanson.catherine@epa.gov]; Treml, Gregg [Treml.Gregg@epa.gov]
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

Thank you. We will implement as instructed.

Kimberly Y. Patrick
Deputy Assistant Administrator for Mission Support Programs
EPA Office of Mission Support
202-816-1928 (Cell)
202-566-2605 (Work)
Patrick.kimberly@epa.gov



*They can because we do!*

*Please note that I sent this at a time that was convenient for me without expectation for a response outside of business hours. If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 3:02 PM
**To:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

Good Afternoon Kimberly—

As further review has been conducted, OCFO has been directed to begin releasing previously obligated funding from EPA-based accounts. To be clear: this does not include funding held at the financial agent for the two specific funding programs under the Greenhouse Gas Reduction Fund. As you know, the Administrator has pledged the highest level of financial integrity of EPA funds. As a result, even though accounts previously held and undergoing review have been released, the agency should refrain from any new obligations in the previously outlined accounts until each new obligation goes through a robust approval process. I will be working with your team in the coming days to outline a process that guarantees appropriate internal controls.

Please communicate to your team and all recipients of EPA grants and contracts that the agency will continue robust oversight of these funds even once disbursed and will not hesitate to take appropriate legal action against involved parties if any of them are found to be used outside of the terms and conditions of their agreements.

Please let me know if you have any questions of need further clarification.

Thanks,

Travis

--

Travis Voyles
Assistant Deputy Admnistrator
Office of the Administrator
U.S. Environmental Protection Agency
C: (202) 787-0595

**From:** Voyles, Travis
**Sent:** Thursday, February 13, 2025 3:02 PM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Patrick, Kimberly <Patrick.Kimberly@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

Good Afternoon Gregg—

As further review has been conducted, please direct obligations from EPA already made as of the time of this email to be released for payment. The agency will continue robust oversight of these funds even once disbursed and not hesitate to take appropriate administrative and legal action against involved parties if any of them are found to be used outside of the terms and conditions of their agreements.

While it is my understanding the funds held at the financial agent for the two specific funding programs under the Greenhouse Gas Reduction Fund are not being outlaid at EPA's direction, I would like to clarify this above directive only applies to funds held in EPA accounts and not as part of the financial agent scheme.

Please let me know if you have any questions of need further clarification.

Thanks,

Travis

--

Travis Voyles
C: (202) 787-0595

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, February 7, 2025 5:31 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Patrick, Kimberly <Patrick.Kimberly@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** Re: Memorandum on Review of Financial Assistance Programs

Received.

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460

(202)-564-1151
treml.gregg@epa.gov

Scheduling requests:
Sheila Benson, Executive Support Specialist
Benson.Sheila@epa.gov

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Friday, February 7, 2025 5:17:19 PM
**To:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

Good Afternoon Gregg and Kimberly—

Consistent with the Memorandum on Review of Financial Assistance Programs, EPA personnel have identified the below grants programs as having potential inconsistencies with necessary financial and oversight procedural requirements or grant conditions of awards or programs. Out of an abundance of caution given the concerns raised and to the ensure the ability for a thorough review and investigation to occur and ensure compliance, please suspend all activity unless otherwise authorized.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)
Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
GHG Air Pollution Implementation Grants (OAR) (STAG)
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)
Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)

Please let me know if you have any questions.

Thanks,

Travis

--

Travis Voyles
Office of the Administrator
C: (202) 787-0595

---

**From:** Voyles, Travis
**Sent:** Friday, February 7, 2025 9:03 AM
**To:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>
**Cc:** McIntosh, Chad <McIntosh.Chad@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Memorandum on Review of Financial Assistance Programs

Good Morning Gregg and Kimberly—

As detailed in Chad's email last night, he directed any questions to OCFO and OMS. We can find some time early next week to walk through a more thorough process.

In the meantime, if we are notified by any EPA personnel of any inconsistencies with necessary financial and oversight procedural requirements or grant conditions of awards or programs, then we should suspend all activity unless otherwise authorized, pending the competition of a thorough review and investigation to ensure compliance.

Let me know if you have any questions, otherwise we can discuss further next week.

Thanks,

Travis

--

Travis Voyles
Office of the Administrator
C: (202) 787-0595

---

**From:** McIntosh, Chad <mcintosh.chad@epa.gov>
**Sent:** Thursday, February 6, 2025 6:39 PM
**To:** Career_Deputy_Assistant_Administrators <Career_Deputy_Assistant_Administrators@epa.gov>;
Career_Deputy_Regional_Administrators <Career_Deputy_Regional_Administrators@epa.gov>;
Career_Deputy_Associate_Administrators <Career_Deputy_Associate_Administrators@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>; Patrick, Kimberly <Patrick.Kimberly@epa.gov>
**Cc:** Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Memorandum on Review of Financial Assistance Programs

All—

Please find attached a Memorandum on Review of Financial Assistance Programs. Thank you for your continued service to ensure the effective implementation and use of taxpayer dollars.

Please reach out to OCFO and OMS for any further guidance.

Chad McIntosh
Acting Deputy Administrator