XJ - 95314201 - 2    Page 1

| U.S. ENVIRONMENTAL PROTECTION AGENCY **Assistance Amendment** | **GRANT NUMBER (FAIN):** 95314201 | | |
|---|---|---|---|
| | **MODIFICATION NUMBER:** 2 | | **DATE OF AWARD** 12/30/2024 |
| | **PROGRAM CODE:** XJ | | |
| | **TYPE OF ACTION** Augmentation: Increase | | **MAILING DATE** 01/03/2025 |
| | **PAYMENT METHOD:** ASAP | | **ACH#** 50260 |

| **RECIPIENT TYPE:** | **Send Payment Request to:** |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| **RECIPIENT:** | **PAYEE:** |
|---|---|
| NATIONAL WILDLIFE FEDERATION 11100 Wildlife Center Drive Reston, VA 20190-5361 **EIN:** 53-0204616 | National Wildlife Federation 11100 Wildlife Center Drive Reston, VA 20190-5361 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Adrienne Hollis 11100 Wildlife Center Drive Reston, VA 20190-5361 **Email:** hollisa@nwf.org **Phone:** 202-797-6626 | Kelly Sherwood Four Penn Center, 1600 John F. Kennedy Boulevard, 3WD33 Philadelphia, PA 19103-2852 **Email:** Sherwood.Kelly@epa.gov **Phone:** 215-814-5163 | Vanessa Davies Grants Management Section, 3MD22 Four Penn Center, 1600 John F. Kennedy Boulevard Philadelphia, PA 19103-2852 **Email:** Davies.Vanessa@epa.gov **Phone:** 215-814-2801 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Mid-Atlantic Thriving Communities Hub (MATCH)

This amendment provides incremental federal funds of $3,000,000 and updates the Terms and Conditions of the award. Federal funds of $4,000,000 are contingent upon availability.

| **BUDGET PERIOD** 07/01/2023 - 06/30/2028 | **PROJECT PERIOD** 07/01/2023 - 06/30/2028 | **TOTAL BUDGET PERIOD COST** $ 12,000,000.00 | **TOTAL PROJECT PERIOD COST** $ 12,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 10/28/2022 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 3,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 3, US EPA Region 3, 3MD22 Four Penn Center, 1600 John F. Kennedy Boulevard Philadelphia, PA 19103-2852 | U.S. EPA, Region 3, EJ, Comm.Hlth and Env.Rev.Div (3EJ00) R3 - Region 3 Four Penn Center, 1600 John F. Kennedy Boulevard Philadelphia, PA 19103-2852 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| **Digital signature applied by EPA Award Official** Kenneth Rose - Grants Management Section, Chief | **DATE** 12/30/2024 |

XJ - 95314201 - 2     Page 2

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| **EPA Amount This Action** | $ 5,000,000 | $ 3,000,000 | $ 8,000,000 |
| **EPA In-Kind Amount** | $ 0 | $ 0 | $ 0 |
| **Unexpended Prior Year Balance** | $ 0 | $ 0 | $ 0 |
| **Other Federal Funds** | $ 0 | $ 0 | $ 0 |
| **Recipient Contribution** | $ 0 | $ 0 | $ 0 |
| **State Contribution** | $ 0 | $ 0 | $ 0 |
| **Local Contribution** | $ 0 | $ 0 | $ 0 |
| **Other Contribution** | $ 0 | $ 0 | $ 0 |
| **Allowable Project Cost** | $ 5,000,000 | $ 3,000,000 | $ 8,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.309 - Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | Clean Air Act: Sec. 103(b)(3)<br>Clean Water Act: Sec. 104(b)(3)<br>Solid Waste Disposal Act: Sec. 8001(a)<br>2022 Consolidated Appropriations Act (PL 117-103)<br>2023 Consolidated Appropriations Act (PL 117-328)<br>Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500, 40 CFR 33 and 40 CFR 45 |

### Fiscal

| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
|---|---|---|---|---|---|---|---|---|---|
| - | 25125WB142 | 2226 | BSF5 | WF | 000W57XKS | 4140 | 04IRATA | - | $ 3,000,000 |
| | | | | | | | | | $ 3,000,000 |

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 1,665,608 |
| 2. Fringe Benefits | $ 529,164 |
| 3. Travel | $ 137,213 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 215,000 |
| 7. Construction | $ 0 |
| 8. Other | $ 9,019,367 |
| 9. Total Direct Charges | $ 11,566,352 |
| 10. Indirect Costs: 0.00 % Base SEE Condition 18 of the Administrative General Terms and Conditions | $ 433,648 |
| 11. Total (Share: Recipient ___ 0.00 % Federal __100.00 %) | $ 12,000,000 |
| 12. Total Approved Assistance Amount | $ 12,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 3,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

## Administrative Conditions

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2024-or-later.

These terms and conditions are binding for disbursements and are in addition to or modify the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

This award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 and 2 CFR Part 1500. 2 CFR 1500.2, Adoption of 2 CFR Part 200, states the Environmental Protection Agency adopts the Office of Management and Budget (OMB) guidance Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards to Non-Federal Entities (subparts A through F of 2 CFR Part 200), as supplemented by 2 CFR Part 1500, as the Environmental Protection Agency (EPA) policies and procedures for financial assistance administration. 2 CFR Part 1500 satisfies the requirements of 2 CFR 200.110(a) and gives regulatory effect to the OMB guidance as supplemented by 2 CFR Part 1500. This award is also subject to applicable requirements contained in EPA programmatic regulations located in 40 CFR Chapter 1 Subchapter B.

**2.1 Effective Date and Incremental or Supplemental Funding.** Consistent with the OMB Frequently Asked Questions at https://cfo.gov/cofar on Effective Date and Incremental Funding, any new funding through an amendment (supplemental or incremental) on or after December 26, 2014, and any unobligated balances (defined at 2 CFR 200.1) remaining on the award at the time of the amendment, will be subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements (2 CFR Parts 200 and 1500).

The General Terms and Conditions of this agreement are updated in accordance with the link below. However, these updated conditions apply solely to the funds added with this amendment and any previously awarded funds not yet disbursed by the recipient as of the award date of this amendment. The General Terms and Conditions cited in the original award or prior funded amendments remain in effect for funds disbursed by the recipient prior to the award date of this amendment.

**All other Administrative Terms and Conditions remain the same.**

## Programmatic Conditions

### T. Inflation Reduction Act (IRA) Technical Assistance (TA) Funding

### I. Tracking and Drawdown of Funding by Appropriation and Project Code

**For this award, activities will be funded by EPA Environmental Programs and Management Funds (EPM), DOE's Infrastructure Investment and Jobs Act (IIJA), and Inflation Reduction Act (IRA) Technical Assistance funds and there will be separate project codes for each source of funding. Accordingly, for purposes of tracking and the drawdown of funding to perform the activities under this agreement the following provisions apply:**

- The Recipient agrees to have financial and programmatic management systems in place to track costs according to project codes, source of funding, and any other relevant categories as directed by the EPA Project Officer. The Recipient agrees to allocate direct costs according to the project codes in accordance with relative benefits received (2 CFR §200.405 –Allocable costs). EPA will provide the project codes to the Recipient. Indirect costs shall be allocated consistent with the uniform grant guidelines (2 CFR §200).
- EPA will provide the project codes to the Recipient upon award and provide training to the Recipient on how to draw down funds in accordance with the project codes, source of funding, and other applicable accounting requirements.

The Recipient must track expenditures of EPA EPM, DOE IIJA, and IRA TA funds separately based on the associated appropriation and project code, and comply with EPA, DOE, IRA, and OMB requirements. This applies to subaward recipients as well. This includes the Recipient:

- Tracking IIJA, IRA, and "regular" EPM funds separately using Agency-provided project codes and accounting fields as appropriate.
- Tracking all IIJA, IRA, and non-IIJA expenditures and draw down the funding separately by appropriation and project code and using the assigned IIJA, IRA, or non-IIJA "site" in ASAP (the Automated Standard Application Payment system), track expenditures, and include this information in quarterly progress reports to EPA or as requested.
- Tracking and reporting on outputs and outcomes achieved by project code.
  - The Grant Management Officer may amend these provisions as necessary.
  - The EJ TCTAC Project Codes for <u>National Wildlife Federation</u> are as follows:
    - EPA Project Code: 04EPMEJ
    - DOE Project Code: 04IIJAEJ
    - IRA TA Project Code: 04IRATA
    - All Other Lines of Accounting: No Site

### II. Allowable uses of IRA Technical Assistance Funds

- The authority for assistance awards under this program is Section 60201 of the Inflation Reduction Act (IRA) which amends the Clean Air Act by adding Section 138(a)(2) and states

"$200,000,000 to remain available until September 30, 2026, to provide technical assistance to eligible entities related to grants awarded under this section." The IRA technical assistance (TA) funds issued to the EJ TCTACs are specifically for the EJ TCTACs to coordinate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The Grantmakers and their subawardeees and subgrantees have received and/or will receive funding from the $2.8 billion for Environmental and Climate Justice Block grants detailed in the statute. The funds issued to the EJ TCTACs will encourage and facilitate collaboration between the EJ TCTACs and Grantmakers and to achieve the goals for both programs. Example TCTAC-Grantmaker collaboration activities include but are not limited to:

- TCTACs actively identify requestors that meet eligibility criteria and are interested in applying for the TCGM subgrant opportunities.
- TCTACs provide pre and post award support to Grantmaker applicants and grantees as requested by grantee.
- TCTACs and Grantmakers actively communicate to align communication channels.
- TCTACs publicize Regional Grantmaker funding opportunities on preferred communication channels.
- TCTACs actively invite (where appropriate) Regional Grantmakers to present on the funding opportunities at outreach and engagement events with communities.
- TCTACs communicate with Grantmakers to understand the funding opportunity program timelines, regional outreach strategies, core competencies, etc.
- TCTACs identify severely capacity-constrained entities that are more appropriate for the Grantmaker non-competitive fixed-amount awards and refer them directly to the Grantmakers for consideration.
- TCTACs collaborate with the Grantmakers to showcase community success stories for communities and organizations that receive support from both the TCTACs and Grantmakers.
- TCTACs ensure there is consistent messaging on their respective media and published written documents when communicating with communities about the Grantmaker program.

Eligible activities for drawdowns include but are not limited to those outlined under the TCTAC-Grantmaker Collaboration Guidance document. That document is subject to expansion. TCTACS are required to regularly check with the assigned EPA Project Officer for updated guidance related to IRA TA funds and allowable uses.

## III.    IRA Technical Assistance Funds Reporting

Details on drawdown amounts and activities performed with IRA Technical Assistance (TA) funding should be incorporated and reported by each EJ TCTAC as part of the required quarterly progress reports. TCTACs must provide a level of detail in the report on use of the IRA TA funds, expenses, and drawdown amounts over each quarter sufficient to demonstrate proper accounting and financial management practices to ensure proper use of IRA TA funds. Each assigned EPA Project Officer will review these quarterly reports for compliance with this term and condition.

## U. Termination

Notwithstanding the General Term and Condition "Termination", EPA maintains the right to terminate the Assistance Agreement only as specified in 2 CFR 200.339 and the version of 2 CFR 200.340 applicable to EPA grants as of July 1, 2024 pursuant to 89 FR 55262 (July 3, 2024) , when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is materially impaired or there is adequate evidence of waste, fraud, or abuse, prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination. In accordance with 2 CFR 200.341, EPA will provide the Recipient notice of termination.

If EPA partially or fully terminates the Assistance Agreement, EPA must (1) de-obligate uncommitted funds and re- obligate them to another Eligible Recipient to effectuate the objectives of the Environmental Justice Thriving Communities Technical Assistance Centers (TCTAC) Program within 90 days of the de-obligation and (2) amend the Recipient's Assistance Agreement to reflect the reduced amount, based on the de-obligation.

**All other Programmatic Terms and Conditions remain the same.**

EPA_00048334

XJ - 13746681 - 2    Page 1

| | | **GRANT NUMBER (FAIN):** | 13746681 | | |
|---|---|---|---|---|---|
| | | **MODIFICATION NUMBER:** | 2 | | **DATE OF AWARD** |
| | **U.S. ENVIRONMENTAL PROTECTION AGENCY** | **PROGRAM CODE:** | XJ | | 12/27/2024 |
| | | **TYPE OF ACTION** | | | **MAILING DATE** |
| | **Assistance Amendment** | Augmentation: Increase | | | 01/02/2025 |
| | | **PAYMENT METHOD:** | | | **ACH#** |
| | | ASAP | | | 6291 |

| **RECIPIENT TYPE:** | **Send Payment Request to:** |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| **RECIPIENT:** | **PAYEE:** |
|---|---|
| DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC | Deep South Center for Environmental Justice, Incorporated |
| 9801 Lake Forest Blvd | 9801 Lake Forest Boulevard |
| New Orleans, LA 70127-2606 | New Orleans, LA 70127-2606 |
| EIN:  56-2466977 | |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Dr. Beverly Wright | J. Kyle Bryant | Zakiya Davis |
| 9801 Lake Forest Boulevard | 61 Forsyth Street, SW | Mission Support |
| New Orleans, LA 70127-2606 | Atlanta, GA 30303-8960 | 61 Forsyth Street, SW |
| **Email:**  beverlyw@dscej.org | **Email:**  bryant.kyle@epa.gov | Atlanta, GA 30303-8960 |
| **Phone:** 504-782-8989 | **Phone:** 404-562-9073 | **Email:**  davis.zakiya@epa.gov |
| | | **Phone:** 404-562-8064 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Community Investment Recovery Center (CIRC): A U.S. EPA Environmental Justice Thriving Communities Technical Assistance Center (TCTAC)

This action approves an award in the amount of $3,000,000 to the Deep South Center for Environmental Justice (DSCEJ). The recipient will continue consulting with other Community Based Organizations (CBOs) to learn about the history of their communities and the capabilities of their organizations; building organizational capacities of least 250 CBOs in underserved communities within the Environmental Protection Agency's (EPA) Regions 4 and 6; assisting the CBOs in building their capacities for research and community engagement while also assisting them in applying for several different grants from the EPA, the Department of Energy (DOE), and other agencies. This action also includes an update to the Administrative and Programmatic Terms and Conditions of this assistance agreement.

| **BUDGET PERIOD** | **PROJECT PERIOD** | **TOTAL BUDGET PERIOD COST** | **TOTAL PROJECT PERIOD COST** |
|---|---|---|---|
| 09/01/2023 - 04/30/2028 | 09/01/2023 - 04/30/2028 | $ 13,000,000.00 | $ 13,000,000.00 |

## NOTICE OF AWARD

Based on your Application dated 11/01/2022 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 3,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 11,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 4 | U.S. EPA, Region 4, Environmental Justice, Community Health   and Environmental Review Division |
| 61 Forsyth Street | R4 - Region 4 |
| Atlanta, GA 30303-8960 | 61 Forsyth Street, SW |
| | Atlanta, GA 30303-8960 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| Digital signature applied by EPA Award Official Shantel Shelmon - Grants Management Officer | **DATE** |
| | 12/27/2024 |

XJ - 13746681 - 2    Page 2

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 8,000,000 | $ 3,000,000 | $ 11,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 8,000,000 | $ 3,000,000 | $ 11,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.309 - Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | Clean Air Act: Sec. 138<br>2023 Consolidated Appropriations Act (PL 117-328)<br>2022 Consolidated Appropriations Act (PL 117-103)<br>Solid Waste Disposal Act: Sec. 8001(a)<br>Clean Air Act: Sec. 103(b)(3)<br>Clean Water Act: Sec. 104(b)(3) | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

## Fiscal

| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
|---|---|---|---|---|---|---|---|---|---|
| - | 25125WB104 | 2226 | BSF5 | WF | 000W57XKS | 4140 | 05IRATA | - | $ 3,000,000 |
| | | | | | | | | | $ 3,000,000 |

XJ - 13746681 - 2    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 5,832,450 |
| 2. Fringe Benefits | $ 1,749,735 |
| 3. Travel | $ 285,380 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 206,402 |
| 6. Contractual | $ 2,029,186 |
| 7. Construction | $ 0 |
| 8. Other | $ 2,089,450 |
| 9. Total Direct Charges | $ 12,192,603 |
| 10. Indirect Costs: 10.00 % Base MTDC | $ 807,397 |
| 11. Total (Share: Recipient ___ 0.00 % Federal ___ 100.00 %) | $ 13,000,000 |
| 12. Total Approved Assistance Amount | $ 13,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 3,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 11,000,000 |

EPA_00048337

## Administrative Conditions

### The Following Administrative Terms and Conditions Have Been Updated:

### General Terms and Conditions

The General Terms and Conditions of this agreement are updated in accordance with the link below. However, these updated conditions apply solely to the funds added with this amendment and any previously awarded funds not yet disbursed by the recipient as of the award date of this amendment. The General Terms and Conditions cited in the original award or prior funded amendments remain in effect for funds disbursed by the recipient prior to the award date of this amendment.

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/system/files/documents/2024-10/fy_2025_epa_general_terms_and_conditions_effective_october_1_2024_or_later.pdf

These terms and conditions are binding for disbursements and are in addition to or modify the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

### The Following Administrative Terms and Conditions Have Been Added:

### C. Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

This award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 and 2 CFR Part 1500. 2 CFR 1500.2, Adoption of 2 CFR Part 200, states the Environmental Protection Agency adopts the Office of Management and Budget (OMB) guidance Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards to Non-Federal Entities (subparts A through F of 2 CFR Part 200), as supplemented by 2 CFR Part 1500, as the Environmental Protection Agency (EPA) policies and procedures for financial assistance administration. 2 CFR Part 1500 satisfies the requirements of 2 CFR 200.110(a) and gives regulatory effect to the OMB guidance as supplemented by 2 CFR Part 1500. This award is also subject to applicable requirements contained in EPA programmatic regulations located in 40 CFR Chapter 1 Subchapter B.

### D. 2.1 Effective Date and Incremental or Supplemental Funding

Consistent with the OMB Frequently Asked Questions at https://cfo.gov/cofar on Effective Date and Incremental Funding, any new funding through an amendment (supplemental or incremental) on or after December 26, 2014, and any unobligated balances (defined at 2 CFR 200.1) remaining on the award at the time of the amendment, will be subject to the requirements of the Uniform Administrative Requirements,

Cost Principles and Audit Requirements (2 CFR Parts 200 and 1500).

**All Other Administrative Terms and Conditions Remain The Same.**

EPA_00048339

## Programmatic Conditions

### The Following Programmatic Terms and Conditions Have Been Added:

### T. Inflation Reduction Act (IRA) Technical Assistance (TA) Funding

#### I. Tracking and Drawdown of Funding by Appropriation and Project Code

**For this award, activities will be funded by EPA Environmental Programs and Management Funds (EPM), DOE's Infrastructure Investment and Jobs Act (IIJA), and Inflation Reduction Act (IRA) Technical Assistance funds and there will be separate project codes for each source of funding. Accordingly, for purposes of tracking and the drawdown of funding to perform the activities under this agreement the following provisions apply:**

- The Recipient agrees to have financial and programmatic management systems in place to track costs according to project codes, source of funding, and any other relevant categories as directed by the EPA Project Officer. The Recipient agrees to allocate direct costs according to the project codes in accordance with relative benefits received (2 CFR §200. 405 –Allocable costs). EPA will provide the project codes to the Recipient. Indirect costs shall be allocated consistent with the uniform grant guidelines (2 CFR §200).
- EPA will provide the project codes to the Recipient upon award and provide training to the Recipient on how to draw down funds in accordance with the project codes, source of funding, and other applicable accounting requirements.

The Recipient must track expenditures of EPA EPM, DOE IIJA, and IRA TA funds separately based on the associated appropriation and project code, and comply with EPA, DOE, IRA, and OMB requirements. This applies to subaward recipients as well. This includes the Recipient:

- Tracking IIJA, IRA, and "regular" EPM funds separately using Agency-provided project codes and accounting fields as appropriate.
- Tracking all IIJA, IRA, and non-IIJA expenditures and draw down the funding separately by appropriation and project code and using the assigned IIJA, IRA, or non-IIJA "site" in ASAP (the Automated Standard Application Payment system), track expenditures, and include this information in quarterly progress reports to EPA or as requested.
- Tracking and reporting on outputs and outcomes achieved by project code.
  - The Grant Management Officer may amend these provisions as necessary.
  - The EJ TCTAC Project Codes for <u>DSCEJ TCTAC</u> are as follows:
    - EPA Project Code: 05EPMEJ
    - DOE Project Code: 05IIJAEJ
    - IRA TA Project Code: 05IRATA
    - All Other Lines of Accounting: No Site

XJ - 13746681 - 2    Page 7

II. **Allowable uses of IRA Technical Assistance Funds**

The authority for assistance awards under this program is Section 60201 of the Inflation Reduction Act (IRA) which amends the Clean Air Act by adding Section 138(a)(2) and states "$200,000,000 to remain available until September 30, 2026, to provide technical assistance to eligible entities related to grants awarded under this section." The IRA technical assistance (TA) funds issued to the EJ TCTACs are specifically for the EJ TCTACs to coordinate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The Grantmakers and their subawardees and subgrantees have received and/or will receive funding from the $2.8 billion for Environmental and Climate Justice Block grants detailed in the statute. The funds issued to the EJ TCTACs will encourage and facilitate collaboration between the EJ TCTACs and Grantmakers and to achieve the goals for both programs. Example TCTAC-Grantmaker collaboration activities include but are not limited to:

- TCTACs actively identify requestors that meet eligibility criteria and are interested in applying for the TCGM subgrant opportunities.
- TCTACs provide pre and post award support to Grantmaker applicants and grantees as requested by grantee.
- TCTACs and Grantmakers actively communicate to align communication channels.
- TCTACs publicize Regional Grantmaker funding opportunities on preferred communication channels.
- TCTACs actively invite (where appropriate) Regional Grantmakers to present on the funding opportunities at outreach and engagement events with communities.
- TCTACs communicate with Grantmakers to understand the funding opportunity program timelines, regional outreach strategies, core competencies, etc.
- TCTACs identify severely capacity-constrained entities that are more appropriate for the Grantmaker non-competitive fixed-amount awards and refer them directly to the Grantmakers for consideration.
- TCTACs collaborate with the Grantmakers to showcase community success stories for communities and organizations that receive support from both the TCTACs and Grantmakers.
- TCTACs ensure there is consistent messaging on their respective media and published written documents when communicating with communities about the Grantmaker program.

Eligible activities for drawdowns include but are not limited to those outlined under the TCTAC-Grantmaker Collaboration Guidance document. That document is subject to expansion. TCTACS are required to regularly check with the assigned EPA Project Officer for updated guidance related to IRA TA funds and allowable uses.

III. **IRA Technical Assistance Funds Reporting.**

Details on drawdown amounts and activities performed with IRA Technical Assistance (TA) funding

EPA_00048341

should be incorporated and reported by each EJ TCTAC as part of the required quarterly progress reports. TCTACs must provide a level of detail in the report on use of the IRA TA funds, expenses, and drawdown amounts over each quarter sufficient to demonstrate proper accounting and financial management practices to ensure proper use of IRA TA funds. Each assigned EPA Project Officer will review these quarterly reports for compliance with this term and

## U. Termination

Notwithstanding the General Term and Condition "Termination", EPA maintains the right to terminate the Assistance Agreement only as specified in 2 CFR 200.339 and the version of 2 CFR 200.340 applicable to EPA grants as of July 1, 2024 pursuant to 89 FR 55262 (July 3, 2024) , when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is materially impaired or there is adequate evidence of waste, fraud, or abuse, prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination. In accordance with 2 CFR 200.341, EPA will provide the Recipient notice of termination.

If EPA partially or fully terminates the Assistance Agreement, EPA must (1) de-obligate uncommitted funds and re-obligate them to another Eligible Recipient to effectuate the objectives of the TCTAC program within 90 days of the de-obligation and (2) amend the Recipient's Assistance Agreement to reflect the reduced amount, based on the de-obligation.

**All Other Programmatic Terms and Conditions Remain the Same.**

XJ - 00E03450 - 2     Page 1

| | | GRANT NUMBER (FAIN): | 00E03450 | | |
|---|---|---|---|---|---|
| | **U.S. ENVIRONMENTAL PROTECTION AGENCY** | MODIFICATION NUMBER: | 2 | **DATE OF AWARD** | |
| | | PROGRAM CODE: | XJ | 12/20/2024 | |
| | **Assistance Amendment** | TYPE OF ACTION | | **MAILING DATE** | |
| | | Augmentation: Increase | | 12/26/2024 | |
| | | PAYMENT METHOD: | | ACH# | |
| | | ASAP | | 50931 | |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| State Institution of Higher Learning | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA<br>200 Oak Street SE<br>Minneapolis, MN 55455-2070<br>EIN:  41-6007513 | Regents of University of Minnesota<br>200 Oak Street SE<br>SUITE 450<br>Minneapolis, MN 55455-2070 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Bonnie Keeler<br>130 Humphrey School<br>301 19th Avenue South<br>Minneapolis, MN 55455<br>**Email:** keel0041@umn.edu<br>**Phone:** 612-625-8905 | Sidler Davis<br>77 West Jackson Blvd., RM-19J<br>Chicago, IL 60604-1049<br>**Email:** davis.sidler@epa.gov<br>**Phone:** 312-886-4314 | Robert Fields<br>Assistance Section, MA-10J<br>77 West Jackson Blvd.<br>Chicago, IL 60604-1049<br>**Email:** fields.robert@epa.gov<br>**Phone:** 312-886-9017 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

COMMUNITY DEVELOPMENT AND TECHNICAL ASSISTANCE TO ADVANCE ENVIRONMENT AND ENERGY JUSTICE IN THE GREAT LAKES REGION

See Attachment 1 for project description.

| BUDGET PERIOD | PROJECT PERIOD | TOTAL BUDGET PERIOD COST | TOTAL PROJECT PERIOD COST |
|---|---|---|---|
| 06/01/2023 - 05/31/2028 | 06/01/2023 - 05/31/2028 | $ 10,000,000.00 | $ 10,000,000.00 |

## NOTICE OF AWARD

Based on your Application dated 06/23/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 3,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 5, U.S. EPA Region 5<br>Mail Code MCG10J 77 West Jackson Blvd.<br>Chicago, IL 60604-3507 | U.S. EPA, Region 5, Office of Regional Administrator<br>R5 - Region 5<br>77 West Jackson Blvd. R-19J<br>Chicago, IL 60604-1049 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | | |
|---|---|---|
| Digital signature applied by EPA Award Official for Sheila Dolan - Manager, Acquisition & Assistance Branch | | **DATE** |
| **by** Michael Tukes - Award Official Delegate | | 12/20/2024 |

EPA_00048343

XJ - 00E03450 - 2    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 5,000,000 | $ 3,000,000 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 5,000,000 | $ 3,000,000 | $ 8,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.309 - Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | Clean Air Act: Sec. 103(b)(3)<br>Clean Water Act: Sec. 104(b)(3)<br>Solid Waste Disposal Act: Sec. 8001(a)<br>2022 Consolidated Appropriations Act (PL 117-103)<br>2023 Consolidated Appropriations Act (PL 117-328)<br>Clean Air Act: Sec. 138<br>CERCLA: Sec. 311(c) | 2 CFR 200, 2 CFR 1500, 40 CFR 33 and 40 CFR 45 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 25125WB106 | 2226 | BSF5 | WF | 000W57XKS | 4140 | 08IRATA | - | $ 3,000,000 |
| | | | | | | | | | $ 3,000,000 |

XJ - 00E03450 - 2    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 2,401,497 |
| 2. Fringe Benefits | $ 807,824 |
| 3. Travel | $ 63,900 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 6,140 |
| 6. Contractual | $ 53,676 |
| 7. Construction | $ 0 |
| 8. Other | $ 5,418,115 |
| 9. Total Direct Charges | $ 8,751,152 |
| 10. Indirect Costs: 0.00 % Base | $ 1,248,848 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 10,000,000 |
| 12. Total Approved Assistance Amount | $ 10,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 3,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

XJ - 00E03450 - 2     Page 4

Table B Budget Worksheet #1

| Table B - Program Element Classification (Non-construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. 07/01/2021 - until amended. pred. 35% - MTDC each $25,000 subaward limit, and exclude PSC | $ 0 |
| 2. 07/01/2024 06/30/2028 - 37.00% - MTDC each $25,000 subaward limit, and exclude PSC | $ 0 |
| 3. | $ 0 |
| 4. | $ 0 |
| 5. | $ 0 |
| 6. | $ 0 |
| 7. | $ 0 |
| 8. | $ 0 |
| 9. | $ 0 |
| 10. | $ 0 |
| 11. Total (Share: Recip     % Fed     %) | $ 0 |
| 12. Total Approved Assistance Amount | $ 0 |

EPA_00048346

# Attachment 1 - Project Description

The Thriving Communities Technical Assistance Center will leverage existing university extension networks and technical service providers to reach remote, rural, and underserved communities across EPA Region 5, including the states of Minnesota, Michigan, Wisconsin, Illinois, Indiana, and Ohio and 37 Tribal Nations.

The Inflation Reduction Act (IRA) technical assistance (TA) funds issued to the enter name of TCTAC are specifically for the EJ TCTAC to coordinate and collaborate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The Grantmakers are considered Technical Assistance providers, who provide funding as well as technical assistance to applicants and subgrantee recipients addressing environmental concerns of disadvantaged communities. Per the EJ TCTAC Request for Applications (RFA), Funding Opportunity Number EPA-I-OP-OEJ-22-02, the EJ TCTACs are expected to coordinate with other Technical Assistance providers over the project period.

This Incremental amendment obligates federal funding in the amount of $3,000,000. This funding action coincides with the Regents of the University of Minnesota revised workplan and budget in accordance with Clean Water Act: Sec. 104(b)(3), Solid Waste Disposal Act: Sec. 8001(a), 2022 Consolidated Appropriations Act (PL 117-103), 2023 Consolidated Appropriations Act (PL 117-328), Clean Air Act: Sec. 138, CERCLA: Sec. 311(c) guidelines. The remaining funding is contingent upon availability of funds.

In addition, this amendment also updates the Terms and Conditions to reflect the October 1, 2024, updates to 2 CFR 200.

XJ - 00E03450 - 2    Page 6

# Administrative Conditions

**ADMINISTRATIVE TERM AND CONDITION HAS BEEN UPDATED AS FOLLOWS:**

**NATIONAL ADMINISTRATIVE TERMS AND CONDITIONS**

## General Terms and Conditions

The General Terms and Conditions of this agreement are updated in accordance with the link below. However, these updated conditions apply solely to the funds added with this amendment and any previously awarded funds not yet disbursed by the recipient as of the award date of this amendment. The General Terms and Conditions cited in the original award or prior funded amendments remain in effect for funds disbursed by the recipient prior to the award date of this amendment.

The recipient agrees to comply with the current EPA general terms and conditions available at: https://www.epa.gov/system/files/documents/2024-10/fy_2025_epa_general_terms_and_conditions_effective_october_1_2024_or_later.pdf

These terms and conditions are binding for disbursements and are in addition to or modify the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## Administrative term and condition has been added as follows:

**Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards**

This award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 and 2 CFR Part 1500. 2 CFR 1500.2, Adoption of 2 CFR Part 200, states the Environmental Protection Agency adopts the Office of Management and Budget (OMB) guidance Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards to Non-Federal Entities (subparts A through F of 2 CFR Part 200), as supplemented by 2 CFR Part 1500, as the Environmental Protection Agency(EPA) policies and procedures for financial assistance administration. 2 CFR Part 1500 satisfies the requirements of 2 CFR 200.110(a) and gives regulatory effect to the OMB guidance as supplemented by 2 CFR Part 1500. This award is also subject to applicable requirements contained in EPA programmatic regulations located in 40 CFR Chapter 1 Subchapter B.

2.1 Effective Date and Incremental or Supplemental Funding. Consistent with the OMB Frequently Asked Questions at https://cfo.gov/cofar on Effective Date and Incremental Funding, any new funding through an amendment (supplemental or incremental) on or after December 26, 2014, and any unobligated balances (defined at 2 CFR 200.1) remaining on the award at the time of the amendment, will be subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements (2 CFR Parts 200 and 1500).

## ALL OTHER ADMINISTRATIVE TERMS AND CONDITIONS REMAIN THE SAME.

XJ - 00E03450 - 2     Page 7

# Programmatic Conditions

## THE FOLLOWING PROGRAMMATIC TERM AND CONDITION IS UPDATED:

### Funding

Total Funding (This Action): $3,000,000

| Funding Summary | Total Amount Awarded to Date | Total Approved Amount |
|---|---|---|
| | $8,000,000 | $10,000,000 |

### THE FOLLOWING PROGRAMMATIC TERMS AND CONDITIONS ARE ADDED.

## V. Termination

Notwithstanding the General Term and Condition "Termination", EPA maintains the right to terminate the Assistance Agreement only as specified in 2 CFR 200.339 and the version of 2 CFR 200.340 applicable to EPA grants as of July 1, 2024 pursuant to 89 FR 55262 (July 3, 2024) , when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is materially impaired or there is adequate evidence of waste, fraud, or abuse, prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination. In accordance with 2 CFR 200.341, EPA will provide the Recipient notice of termination.

If EPA partially or fully terminates the Assistance Agreement, EPA must (1) de-obligate uncommitted funds and re-obligate them to another Eligible Recipient to effectuate the objectives of the Environmental Justice Thriving Communities Technical Assistance Centers (TCTAC) Program within 90 days of the de-obligation and (2) amend the Recipient's Assistance Agreement to reflect the reduced amount, based on the de-obligation.

## W. Inflation Reduction Act (IRA) Technical Assistance (TA) Funding

I.    **Tracking and Drawdown of Funding by Appropriation and Project Code**

**For this award, activities will be funded by EPA Environmental Programs and Management Funds (EPM), DOE's Infrastructure Investment and Jobs Act (IIJA), and Inflation Reduction Act (IRA) Technical Assistance funds and there will be separate project codes for each source of funding. Accordingly, for purposes of tracking and the drawdown of funding to perform the activities under this agreement the following provisions apply:**

- The Recipient agrees to have financial and programmatic management systems in place to track costs according to project codes, source of funding, and any other relevant categories as directed by the EPA Project Officer. The Recipient agrees to allocate direct costs according to the project codes in accordance with relative benefits received (2 CFR §200.405 –Allocable costs). EPA will provide the project codes to the Recipient. Indirect costs shall be allocated consistent with the uniform grant guidelines (2 CFR §200).
- EPA will provide the project codes to the Recipient upon award and provide training to the Recipient on how to draw down funds in accordance with the project codes, source of funding, and other applicable accounting requirements.
- The Recipient must track expenditures of EPA EPM, DOE IIJA, and IRA TA funds separately based on the associated appropriation and project code, and comply with EPA, DOE, IRA, and OMB requirements. This applies to subaward recipients as well. This includes the Recipient:

- Tracking IIJA, IRA, and "regular" EPM funds separately using Agency-provided project codes and accounting fields as appropriate.
- Tracking all IIJA, IRA, and non-IIJA expenditures and draw down the funding separately by appropriation and project code and using the assigned IIJA, IRA, or non-IIJA "site" in ASAP (the Automated Standard Application Payment system), track expenditures, and include this information in quarterly progress reports to EPA or as requested.
- Tracking and reporting on outputs and outcomes achieved by project code.
  - ◦ The Grant Management Officer may amend these provisions as necessary.
  - ◦ The EJ TCTAC Project Codes for <u>Great Lakes TCTAC</u> are as follows:
    - ▪ EPA Project Code: 08EPMEJ
    - ▪ DOE Project Code: 08IIJAEJ
    - ▪ IRA TA Project Code: 08IRATA

II. **Allowable uses of IRA Technical Assistance Funds**

The authority for assistance awards under this program is Section 60201 of the Inflation Reduction Act (IRA) which amends the Clean Air Act by adding Section 138(a)(2) and states "$200,000,000 to remain available until September 30, 2026, to provide technical assistance to eligible entities related to grants awarded under this section." The IRA technical assistance (TA) funds issued to the EJ TCTACs are specifically for the EJ TCTACs to coordinate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The Grantmakers and their subawardeees and subgrantees have received and/or will receive funding from the $2.8 billion for Environmental and Climate Justice Block grants detailed in the statute. The funds issued to the EJ TCTACs will encourage and facilitate collaboration between the EJ TCTACs and Grantmakers and to achieve the goals for both programs. Example TCTAC-Grantmaker collaboration activities include but are not limited to:

- TCTACs actively identify requestors that meet eligibility criteria and are interested in applying for the TCGM subgrant opportunities.
- TCTACs provide pre and post award support to Grantmaker applicants and grantees as requested by grantee.
- TCTACs and Grantmakers actively communicate to align communication channels.
- TCTACs publicize Regional Grantmaker funding opportunities on preferred communication channels.
- TCTACs actively invite (where appropriate) Regional Grantmakers to present on the funding opportunities at outreach and engagement events with communities.
- TCTACs communicate with Grantmakers to understand the funding opportunity program timelines, regional outreach strategies, core competencies, etc.
- TCTACs identify severely capacity-constrained entities that are more appropriate for the Grantmaker non-competitive fixed-amount awards and refer them directly to the Grantmakers for consideration.
- TCTACs collaborate with the Grantmakers to showcase community success stories for communities and organizations that receive support from both the TCTACs and Grantmakers.
- TCTACs ensure there is consistent messaging on their respective media and published

written documents when communicating with communities about the Grantmaker program.

Eligible activities for drawdowns include but are not limited to those outlined under the TCTAC-Grantmaker Collaboration Guidance document. That document is subject to expansion. TCTACS are required to regularly check with the assigned EPA Project Officer for updated guidance related to IRA TA funds and allowable uses.

**ALL OTHER PROGRAMMATIC TERMS AND CONDITIONS REMAIN UNCHANGED**

XJ - 98T65801 - 2    Page 1

| | | | |
|---|---|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | **GRANT NUMBER (FAIN):** 98T65801 **MODIFICATION NUMBER:** 2 **PROGRAM CODE:** XJ | | **DATE OF AWARD** 12/19/2024 |
| | **TYPE OF ACTION** Augmentation: Increase | | **MAILING DATE** 12/24/2024 |
| | **PAYMENT METHOD:** ASAP | | **ACH#** 90125 |

| **RECIPIENT TYPE:** | **Send Payment Request to:** |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| **RECIPIENT:** | **PAYEE:** |
|---|---|
| SAN DIEGO STATE UNIVERSITY FOUNDATION 5250 CAMPANILE DR MC 1947 SAN DIEGO, CA 92182-1947 **EIN:** 95-6042721 | SAN DIEGO STATE UNIVERSITY FOUNDATION 5250 CAMPANILE DR MC 1947 SAN DIEGO, CA 92182-1947 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Rebecca Lewison 5500 Campanile Drive San Diego, CA 92182-4614 **Email:** rlewison@sdsu.edu **Phone:** 619-594-8287 | Dani Allen-Williams 75 Hawthorne Street, CED-4-1 San Francisco, CA 94105 **Email:** AllenWilliams.Dani@epa.gov **Phone:** 415-972-3800 | Katya Obrez Grants Branch, MSD-6 75 Hawthorne Street San Francisco, CA 94105 **Email:** obrez.katya@epa.gov **Phone:** 415-972-3744 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Special Purpose Activities Related to Environmental Justice

See Attachment 1 for project description.

| **BUDGET PERIOD** 06/01/2023 - 05/30/2028 | **PROJECT PERIOD** 06/01/2023 - 05/30/2028 | **TOTAL BUDGET PERIOD COST** $ 9,999,999.00 | **TOTAL PROJECT PERIOD COST** $ 9,999,999.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 11/01/2022 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 3,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,100,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 9, U.S. EPA, Region 9 Grants Branch, MSD-6 75 Hawthorne Street San Francisco, CA 94105 | U.S. EPA, Region 9, Environmental Justice, Community Engagement and Environmental Review, CED-1 R9 - Region 9 75 Hawthorne Street San Francisco, CA 94105 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| **Digital signature applied by EPA Award Official** Carolyn Truong - Grants Management Officer | **DATE** 12/19/2024 |

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 5,100,000 | $ 3,000,000 | $ 8,100,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 5,100,000 | $ 3,000,000 | $ 8,100,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.309 - Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | 2023 Consolidated Appropriations Act (PL 117-328)<br>Clean Air Act: Sec. 103(b)(3)<br>Clean Water Act: Sec. 104(b)(3)<br>Solid Waste Disposal Act: Sec. 8001(a)<br>2022 Consolidated Appropriations Act (PL 117-103)<br>Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

## Fiscal

| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
|---|---|---|---|---|---|---|---|---|---|
| - | 25125WB110 | 2226 | BSF5 | WF | 000W57XKS | 4140 | 12IRATA | - | $ 3,000,000 |
| | | | | | | | | | $ 3,000,000 |

XJ - 98T65801 - 2    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 1,086,330 |
| 2. Fringe Benefits | $ 345,160 |
| 3. Travel | $ 285,000 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 44,275 |
| 6. Contractual | $ 150,000 |
| 7. Construction | $ 0 |
| 8. Other | $ 6,907,147 |
| 9. Total Direct Charges | $ 8,817,912 |
| 10. Indirect Costs: 0.00 % Base See General T/C | $ 1,182,087 |
| 11. Total (Share: Recipient ___ 0.00 % Federal __100.00 %) | $ 9,999,999 |
| 12. Total Approved Assistance Amount | $ 9,999,999 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 3,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 8,100,000 |

XJ - 98T65801 - 2    Page 4

# Attachment 1 - Project Description

The purpose of this project is to empower communities by providing critical services to community organizations. These services will expand participants' capacity to meet community-defined priorities and participate meaningfully in decision-making processes, focusing specifically on underserved, rural, remote, tribal, indigenous, and Pacific Island communities across EPA Region 9. The goal/mission is to leverage and strengthen community assets by creating an accessible in-person and virtual community that builds capacity and provides technical assistance in energy and environmental justice centered around four unifying objectives: 1) Outreach and partnership building, 2) Development of resources, 3) Transfer of knowledge and building community capacity, 4) Evaluation, adaptation, and innovation. The hub of the Thriving Communities Technical Assistance Centers (TCTAC) will be based in a physical and virtual center at San Diego State University (SDSU) called the Center for Community Energy and Environmental Justice. Hub partners will work to coordinate activities in their area(s) of expertise across all of EPA Region 9 and will facilitate co-production, co-development, sharing , transfer, and delivery of both process and content among Spoke partners and community partners for environmental programs (air, water, waste, energy, toxics) and grantsmanship. Spoke partners will lead on delivering services (in person and virtually) to eligible community organizations, building and expanding on their existing eligible community organizations in their network and identifying and connecting with new community organizations, supporting community engagement and capacity building.

Hub Partners include: SDSU Community Climate Action Network, Environmental Protection Network, USD Energy Policy Initiative Center, ASU Energy and Society, Institute for Tribal Environmental Professionals, and Center for Creative Land Recycling.

Spoke Partners include: Climate Science Alliance (CA), Public Health Alliance (CA), Arizona State Univ School of Sustainability (AZ), Desert Research Institute (NV), Pacific RISA (HI, AS), and Univ of Guam Center for Island Sustainability (Guam).

This amendment provides additional partial federal funding in the amount of $3,000,000. See terms and conditions.

# Administrative Conditions

Previous Administrative Terms and Conditions are reiterated and updated.

## General Terms and Conditions

The recipient agrees to comply with the current Environmental Protection Agency (EPA) general terms and conditions available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2024-or-later

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## A. Federal Financial Reporting (FFR)

For awards with cumulative project and budget periods greater than 12 months, the recipient will submit an annual FFR (SF 425) covering the period from "project/budget period start date" to **June 30** of each calendar year to the EPA Finance Center in Research Triangle Park, NC. The annual FFR will be submitted electronically to rtpfc-grants@epa.gov no later than **September 30** of the same calendar year. Find additional information at https://www.epa.gov/financial/grants. (Per 2 CFR § 200.344(b), the recipient must submit the Final FFR to rtpfc-grants@epa.gov within 120 days after the end of the project period.)

## B. Procurement

The recipient will ensure all procurement transactions will be conducted in a manner providing full and open competition consistent with 2 CFR § 200.319. In accordance with 2 CFR § 200.324, the recipient and subawardee(s) must perform a cost or price analysis in connection with applicable procurement actions, including contract modifications. *State and Tribal government entities must follow procurement standards as outlined in 2 CFR § 200.317.*

## C. MBE/WBE Reporting, 40 CFR, Part 33, Subpart E (EPA Form 5700-52A)

The recipient agrees to submit a "MBE/WBE Utilization Under Federal Grants and Cooperative Agreements" report (EPA Form 5700-52A) annually for the duration of the project period. The current EPA Form 5700-52A with instructions is located at https://www.epa.gov/grants/epa-grantee-forms

This provision represents an approved exception from the MBE/WBE reporting requirements as described in 40 CFR Section 33.502.

Reporting is required for assistance agreements where funds are budgeted for procuring construction, equipment, services and supplies (including funds budgeted for direct procurement by the recipient or procurement under subawards or loans in the "Other" category) with a cumulative total that exceed the **Simplified Acquisition Threshold (SAT) currently set at $250,000** (the dollar threshold will be automatically revised whenever the SAT is adjusted; See 2 CFR Section 200.1), including amendments and/or modifications. All procurement actions are reportable when reporting is required, not just the

portion which exceeds the SAT.

Recipients with expended and/or budgeted funds for procurement are required to report annually whether the planned procurements take place during the reporting period or not. If no budgeted procurements take place during the reporting period, the recipient should check the box in section 4A when completing the form.

When completing the annual report, recipients are instructed to check the box titled "annual" in section 1B of the form. For the final report, recipients are instructed to check the box indicated for the "Final Report (project completed)" in section 1B of the form.

The annual reports are due by October 30th of each calendar year and the final report is due within 120 days after the end of the project period, whichever comes first.  The recipient will submit the MBE/WBE report(s) and/or questions to GrantsRegion9@epa.gov and the EPA Grants Specialist identified on page 1 of the award document.

## D.  Subaward(s)

The recipient's approved budget includes subaward(s). As applicable, the recipient will comply with the General Term and Condition on reporting of first tier subawards to www.fsrs.gov per "Reporting Subawards and Executive Compensation" requirement.

## Programmatic Conditions

All previous Programmatic Terms and Conditions remain the same except Condition v. and w. now applies and Condition h. is deleted.

### h.] **Conditional Award** - Deleted

### v.] **Inflation Reduction Act (IRA) Technical Assistance (TA) Funding**

1.  Tracking and Drawdown of Funding by Appropriation and Project Code

For this award, activities will be funded by EPA Environmental Programs and Management Funds (EPM), DOE's Infrastructure Investment and Jobs Act (IIJA), and Inflation Reduction Act (IRA) Technical Assistance funds and there will be separate project codes for each source of funding. Accordingly, for purposes of tracking and the drawdown of funding to perform the activities under this agreement the following provisions apply:

- The Recipient agrees to have financial and programmatic management systems in place to track costs according to project codes, source of funding, and any other relevant categories as directed by the EPA Project Officer. The Recipient agrees to allocate direct costs according to the project codes in accordance with relative benefits received (2 CFR §200.405 –Allocable costs). EPA will provide the project codes to the Recipient. Indirect costs shall be allocated consistent with the uniform grant guidelines (2 CFR §200).

- EPA will provide the project codes to the Recipient upon award and provide training to the Recipient on how to draw down funds in accordance with the project codes, source of funding, and other applicable accounting requirements.

- The Recipient must track expenditures of EPA EPM, DOE IIJA, and IRA TA funds separately based on the associated appropriation and project code, and comply with EPA, DOE, IRA, and OMB requirements. This applies to subaward recipients as well. This includes the Recipient:

- Tracking IIJA, IRA, and "regular" EPM funds separately using Agency-provided project codes and accounting fields as appropriate.

- Tracking all IIJA, IRA, and non-IIJA expenditures and draw down the funding separately by appropriation and project code and using the assigned IIJA, IRA, or non-IIJA "site" in ASAP (the Automated Standard Application Payment system), track expenditures, and include this information in quarterly progress reports to EPA or as requested.

- Tracking and reporting on outputs and outcomes achieved by project code.

- The Grant Management Officer may amend these provisions as necessary.

XJ - 98T65801 - 2    Page 8

- The EJ TCTAC Project Codes for the SDSU TCTAC are as follows:

- EPA Project Code: __12EPMEJ_____

- DOE Project Code: ___12IIJAEJ_____

- IRA TA Project Code: ____12IRATA_____

- All Other Lines of Accounting: No Site

2. Allowable uses of IRA Technical Assistance Funds

The authority for assistance awards under this program is Section 60201 of the Inflation Reduction Act (IRA) which amends the Clean Air Act by adding Section 138(a)(2) and states "$200,000,000 to remain available until September 30, 2026, to provide technical assistance to eligible entities related to grants awarded under this section." The IRA technical assistance (TA) funds issued to the EJ TCTACs are specifically for the EJ TCTACs to coordinate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The Grantmakers and their subawardeees and subgrantees have received and/or will receive funding from the $2.8 billion for Environmental and Climate Justice Block grants detailed in the statute. The funds issued to the EJ TCTACs will encourage and facilitate collaboration between the EJ TCTACs and Grantmakers and to achieve the goals for both programs. Example TCTAC-Grantmaker collaboration activities include but are not limited to:

- TCTACs actively identify requestors that meet eligibility criteria and are interested in applying for the TCGM subgrant opportunities.

- TCTACs provide pre and post award support to Grantmaker applicants and grantees as requested by grantee.

- TCTACs and Grantmakers actively communicate to align communication channels.

- TCTACs publicize Regional Grantmaker funding opportunities on preferred communication channels.

- TCTACs actively invite (where appropriate) Regional Grantmakers to present on the funding opportunities at outreach and engagement events with communities.

- TCTACs communicate with Grantmakers to understand the funding opportunity program timelines, regional outreach strategies, core competencies, etc.

- TCTACs identify severely capacity-constrained entities that are more appropriate for the Grantmaker non-competitive fixed-amount awards and refer them directly to the Grantmakers for consideration.

- TCTACs collaborate with the Grantmakers to showcase community success stories for communities and organizations that receive support from both the TCTACs and Grantmakers.

- TCTACs ensure there is consistent messaging on their respective media and published written documents when communicating with communities about the Grantmaker program.

Eligible activities for drawdowns include but are not limited to those outlined under the TCTAC-Grantmaker Collaboration Guidance document. That document is subject to expansion. TCTACS are required to regularly check with the assigned EPA Project Officer for updated guidance related to IRA TA funds and allowable uses.

3.  IRA Technical Assistance Funds Reporting.

Details on drawdown amounts and activities performed with IRA TA funding should be incorporated and reported by each EJ TCTAC as part of the required quarterly progress reports. TCTACs must provide a level of detail in the report on use of the IRA TA funds, expenses, and drawdown amounts over each quarter sufficient to demonstrate proper accounting and financial management practices to ensure proper use of IRA TA funds. Each assigned EPA Project Officer will review these quarterly reports for compliance with this term and condition.

## w.] Termination

Notwithstanding the General Term and Condition "Termination", EPA maintains the right to terminate the Assistance Agreement only as specified in 2 CFR 200.339 and the version of 2 CFR 200.340 applicable to EPA grants as of July 1, 2024 pursuant to 89 FR 55262 (July 3, 2024) , when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is materially impaired or there is adequate evidence of waste, fraud, or abuse, prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination. In accordance with 2 CFR 200.341, EPA will provide the Recipient notice of termination.

If EPA partially or fully terminates the Assistance Agreement, EPA must (1) de-obligate uncommitted funds and re-obligate them to another Eligible Recipient to effectuate the objectives of the Environmental Justice Thriving Communities Technical Assistance Centers (TCTAC) Program within 90 days of the de-obligation and (2) amend the Recipient's Assistance Agreement to reflect the reduced amount, based on the de-obligation.

**\*\*\* END OF ASSISTANCE AGREEMENT \*\*\***

XJ - 96701501 - 2    Page 1

| **U.S. ENVIRONMENTAL PROTECTION AGENCY**<br>**Assistance Amendment** | **GRANT NUMBER (FAIN):** 96701501<br>**MODIFICATION NUMBER:** 2<br>**PROGRAM CODE:** XJ | **DATE OF AWARD**<br>12/30/2024 |
|---|---|---|
| | **TYPE OF ACTION**<br>Augmentation: Increase | **MAILING DATE**<br>01/03/2025 |
| | **PAYMENT METHOD:**<br>ASAP | **ACH#**<br>77850 |

| **RECIPIENT TYPE:** | **Send Payment Request to:** |
|---|---|
| State Institution of Higher Learning | rtpfc-grants@epa.gov |

| **RECIPIENT:** | **PAYEE:** |
|---|---|
| WICHITA STATE UNIVERSITY<br>OFFICE OF RESEARCH<br>1845 FAIRMOUNT<br>WICHITA, KS 67260-0007<br>**EIN:** 48-1124839 | Same as Recipient<br>OFFICE OF RESEARCH<br>1845 FAIRMOUNT<br>WICHITA, KS 67260-0007 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Tonya Bronleewe<br>WICHITA STATE UNIVERSITY<br>1845 FAIRMOUNT<br>WICHITA, KS 67260-0007<br>**Email:** tonya.bronleewe@wichita.edu<br>**Phone:** 316-978-6638 | Monica Espinosa<br>11201 Renner Blvd., ORA/OIA/CS<br>Lenexa, KS 66219<br>**Email:** Espinosa.Monica@epa.gov<br>**Phone:** 913-551-7541 | Joseph McGuire<br>Grants Management Office, MSD/RFMB/GRMS<br>11201 Renner Boulevard<br>Lenexa, KS 66219<br>**Email:** McGuire.Joseph@epa.gov<br>**Phone:** 913-551-7308 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Environmental Justice Thriving Communities Technical Assistance Centers Program

This incremental amendment increases EPA funding by $3,000,000 and partially funds the award. This amendment also updates the terms and conditions.

| **BUDGET PERIOD**<br>04/01/2023 - 03/31/2028 | **PROJECT PERIOD**<br>04/01/2023 - 03/31/2028 | **TOTAL BUDGET PERIOD COST**<br>$ 10,000,000.00 | **TOTAL PROJECT PERIOD COST**<br>$ 10,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 11/01/2022 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 3,000,000.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 7, Grants Management Office<br>11201 Renner Boulevard<br>Lenexa, KS 66219 | U.S. EPA, Region 7, Office of Intergovernmental Affairs<br>R7 - Region 7<br>11201 Renner Blvd<br>Lenexa , KS 66219 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** ||
|---|---|
| **Digital signature applied by EPA Award Official** Whitney Rawls - Grants Management Official | **DATE**<br>12/30/2024 |

XJ - 96701501 - 2    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| **EPA Amount This Action** | $ 5,000,000 | $ 3,000,000 | $ 8,000,000 |
| **EPA In-Kind Amount** | $ 0 | $ 0 | $ 0 |
| **Unexpended Prior Year Balance** | $ 0 | $ 0 | $ 0 |
| **Other Federal Funds** | $ 0 | $ 0 | $ 0 |
| **Recipient Contribution** | $ 0 | $ 0 | $ 0 |
| **State Contribution** | $ 0 | $ 0 | $ 0 |
| **Local Contribution** | $ 0 | $ 0 | $ 0 |
| **Other Contribution** | $ 0 | $ 0 | $ 0 |
| **Allowable Project Cost** | $ 5,000,000 | $ 3,000,000 | $ 8,000,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.309 - Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | 2022 Consolidated Appropriations Act (PL 117-103) <br> 2023 Consolidated Appropriations Act (PL 117-328) <br> Clean Air Act: Sec. 103(b)(3) <br> Solid Waste Disposal Act: Sec. 8001(a) <br> Clean Water Act: Sec. 104(b)(3) <br> Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | Req No | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| - | 25125WB141 | 2226 | BSF5 | WF | 000W57XKS | 4140 | 10IRATA | - | $ 3,000,000 |
| | | | | | | | | | $ 3,000,000 |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 3,024,880 |
| 2. Fringe Benefits | $ 1,049,581 |
| 3. Travel | $ 224,382 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 71,904 |
| 6. Contractual | $ 80,500 |
| 7. Construction | $ 0 |
| 8. Other | $ 4,646,229 |
| 9. Total Direct Charges | $ 9,097,476 |
| 10. Indirect Costs: 0.00 % Base See NICA | $ 902,524 |
| 11. Total (Share: Recipient ___ 0.00 % Federal ___ 100.00 %) | $ 10,000,000 |
| 12. Total Approved Assistance Amount | $ 10,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 3,000,000 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

XJ - 96701501 - 2    Page 4

# Administrative Conditions

## General Terms and Conditions

The recipient agrees to comply with the current Environmental Protection Agency (EPA) general terms and conditions available at: https://www.epa.gov/system/files/documents/2024-10/fy_2025_epa_general_terms_and_conditions_effective_october_1_2024_or_later.pdf

These terms and conditions are in addition to the assurances and certifications made as a part of the award and the terms, conditions, or restrictions cited throughout the award.

The EPA repository for the general terms and conditions by year can be found at: https://www.epa.gov/grants/grant-terms-and-conditions#general.

## D. Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

This award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title 2 CFR Part 200 and 2 CFR Part 1500. 2 CFR 1500.2, Adoption of 2 CFR Part 200, states the Environmental Protection Agency adopts the Office of Management and Budget (OMB) guidance Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards to Non-Federal Entities (subparts A through F of 2 CFR Part 200), as supplemented by 2 CFR Part 1500, as the Environmental Protection Agency (EPA) policies and procedures for financial assistance administration. 2 CFR Part 1500 satisfies the requirements of 2 CFR 200.110(a) and gives regulatory effect to the OMB guidance as supplemented by 2 CFR Part 1500. This award is also subject to applicable requirements contained in EPA programmatic regulations located in 40 CFR Chapter 1 Subchapter B.

**2.1 Effective Date and Incremental or Supplemental Funding.** Consistent with the OMB Frequently Asked Questions at https://cfo.gov/cofar on Effective Date and Incremental Funding, any new funding through an amendment (supplemental or incremental) on or after December 26, 2014, and any unobligated balances (defined at 2 CFR 200.1) remaining on the award at the time of the amendment, will be subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements (2 CFR Parts 200 and 1500).

All other administrative terms and conditions remain the same.

## Programmatic Conditions

### V. Inflation Reduction Act (IRA) Technical Assistance (TA) Funding

I. **Tracking and Drawdown of Funding by Appropriation and Project Code**

**For this award, activities will be funded by EPA Environmental Programs and Management Funds (EPM), DOE's Infrastructure Investment and Jobs Act (IIJA), and Inflation Reduction Act (IRA) Technical Assistance funds and there will be separate project codes for each source of funding. Accordingly, for purposes of tracking and the drawdown of funding to perform the activities under this agreement the following provisions apply:**

- The Recipient agrees to have financial and programmatic management systems in place to track costs according to project codes, source of funding, and any other relevant categories as directed by the EPA Project Officer. The Recipient agrees to allocate direct costs according to the project codes in accordance with relative benefits received (2 CFR §200.405 –Allocable costs). EPA will provide the project codes to the Recipient. Indirect costs shall be allocated consistent with the uniform grant guidelines (2 CFR §200).
- EPA will provide the project codes to the Recipient upon award and provide training to the Recipient on how to draw down funds in accordance with the project codes, source of funding, and other applicable accounting requirements.
- The Recipient must track expenditures of EPA EPM, DOE IIJA, and IRA TA funds separately based on the associated appropriation and project code, and comply with EPA, DOE, IRA, and OMB requirements. This applies to subaward recipients as well. This includes the Recipient:

- Tracking IIJA, IRA, and "regular" EPM funds separately using Agency-provided project codes and accounting fields as appropriate.
- Tracking all IIJA, IRA, and non-IIJA expenditures and draw down the funding separately by appropriation and project code and using the assigned IIJA, IRA, or non-IIJA "site" in ASAP (the Automated Standard Application Payment system), track expenditures, and include this information in quarterly progress reports to EPA or as requested.
- Tracking and reporting on outputs and outcomes achieved by project code.
    - The Grant Management Officer may amend these provisions as necessary.
    - The EJ TCTAC Project Codes for Wichita State University are as follows:
        - EPA Project Code: 10EPMEJ
        - DOE Project Code: 10IIJAEJ
        - IRA TA Project Code: 10IRATA
        - All Other Lines of Accounting: No Site

II. **Allowable uses of IRA Technical Assistance Funds**

The authority for assistance awards under this program is Section 60201 of the Inflation

XJ - 96701501 - 2    Page 6

Reduction Act (IRA) which amends the Clean Air Act by adding Section 138(a)(2) and states "$200,000,000 to remain available until September 30, 2026, to provide technical assistance to eligible entities related to grants awarded under this section." The IRA technical assistance (TA) funds issued to the EJ TCTACs are specifically for the EJ TCTACs to coordinate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The Grantmakers and their subawardeees and subgrantees have received and/or will receive funding from the $2.8 billion for Environmental and Climate Justice Block grants detailed in the statute. The funds issued to the EJ TCTACs will encourage and facilitate collaboration between the EJ TCTACs and Grantmakers and to achieve the goals for both programs. Example TCTAC-Grantmaker collaboration activities include but are not limited to:

- TCTACs actively identify requestors that meet eligibility criteria and are interested in applying for the TCGM subgrant opportunities.
- TCTACs provide pre and post award support to Grantmaker applicants and grantees as requested by grantee.
- TCTACs and Grantmakers actively communicate to align communication channels.
- TCTACs publicize Regional Grantmaker funding opportunities on preferred communication channels.
- TCTACs actively invite (where appropriate) Regional Grantmakers to present on the funding opportunities at outreach and engagement events with communities.
- TCTACs communicate with Grantmakers to understand the funding opportunity program timelines, regional outreach strategies, core competencies, etc.
- TCTACs identify severely capacity-constrained entities that are more appropriate for the Grantmaker non-competitive fixed-amount awards and refer them directly to the Grantmakers for consideration.
- TCTACs collaborate with the Grantmakers to showcase community success stories for communities and organizations that receive support from both the TCTACs and Grantmakers.
- TCTACs ensure there is consistent messaging on their respective media and published written documents when communicating with communities about the Grantmaker program.

Eligible activities for drawdowns include but are not limited to those outlined under the TCTAC-Grantmaker Collaboration Guidance document. That document is subject to expansion. TCTACS are required to regularly check with the assigned EPA Project Officer for updated guidance related to IRA TA funds and allowable uses.

III. **IRA Technical Assistance Funds Reporting.**

Details on drawdown amounts and activities performed with IRA TA funding should be incorporated and reported by each EJ TCTAC as part of the required quarterly progress reports. TCTACs must provide a level of detail in the report on use of the IRA TA funds, expenses, and drawdown amounts over each

quarter sufficient to demonstrate proper accounting and financial management practices to ensure proper use of IRA TA funds. Each assigned EPA Project Officer will review these quarterly reports for compliance with this term and condition.

## Termination

Notwithstanding the General Term and Condition "Termination", EPA maintains the right to terminate the Assistance Agreement only as specified in 2 CFR 200.339 and the version of 2 CFR 200.340 applicable to EPA grants as of July 1, 2024 pursuant to 89 FR 55262 (July 3, 2024) , when the noncompliance with the terms and conditions is substantial such that effective performance of the Assistance Agreement is materially impaired or there is adequate evidence of waste, fraud, or abuse, prompting adverse action by EPA per 2 CFR 200.339, through either a partial or full termination. In accordance with 2 CFR 200.341, EPA will provide the Recipient notice of termination.

If EPA partially or fully terminates the Assistance Agreement, EPA must (1) de-obligate uncommitted funds and re-obligate them to another Eligible Recipient to effectuate the objectives of the Environmental Justice Thriving Communities Technical Assistance Centers (TCTAC) Program within 90 days of the de-obligation and (2) amend the Recipient's Assistance Agreement to reflect the reduced amount, based on the de-obligation.

**All Other Programmatic Terms and Conditions remain the same.**



## OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

[ DATE \@ "MMMM d, yyyy" ]

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement XJ00E03450-0 under 2 CFR 200.340

**FROM:**    EPA Award Official

**TO:**    Victoria Troxler, Senior Grants and Contract Officer
Regents of University of Minnesota

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement
No. XJ00E03450-4 awarded to Regents of University of Minnesota. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement XJ00E03450-4 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report

- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), [ HYPERLINK "mailto:coyle.ann@epa.gov" ], must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, [ HYPERLINK "mailto:dolan.sheila@epa.gov" ] within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:  Robert Fields, EPA Grants Specialist
     Sidler Davis, EPA Project Officer
     Office Regional Administrative

2

EPA_00048369

Message

| | |
|---|---|
| **From**: | Donahue, Sean [donahue.sean@epa.gov] |
| **Sent**: | 4/1/2025 2:30:57 PM |
| **To**: | Adm17Lee [Adm17.Zeldin@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov]; Vaseliou, Molly [Vaseliou.Molly@epa.gov]; Voyles, Travis [voyles.travis@epa.gov] |
| **CC**: | Tisa, Nathaniel [Tisa.Nathaniel@epa.gov] |
| **Subject**: | Re: WaPost Article on Grants |

Yes, I will swing by then.

Get Outlook for iOS

---

**From:** Adm17Lee <Adm17.Zeldin@epa.gov>
**Sent:** Tuesday, April 1, 2025 10:30:16 AM
**To:** Donahue, Sean <donahue.sean@epa.gov>; Amidon, Eric <Amidon.Eric@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Tisa, Nathaniel <Tisa.Nathaniel@epa.gov>
**Subject:** RE: WaPost Article on Grants

Are you available to come to my office to speak about this at 11am?

---

**From:** Donahue, Sean <donahue.sean@epa.gov>
**Sent:** Tuesday, April 1, 2025 1:25 AM
**To:** Adm17Lee <Adm17.Zeldin@epa.gov>; Amidon, Eric <Amidon.Eric@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Tisa, Nathaniel <Tisa.Nathaniel@epa.gov>
**Subject:** RE: WaPost Article on Grants

Sorry for my delayed response. As previously indicated, most of the statements in the article are mischaracterizations of the statements made in the emails released by the EPW Minority or ignore important context. There are two emails---an initial email on February 25 and a follow-up email on March 3.

As discussed in the emails, some grant termination notices sent by some regional offices contained language stating that the reasons for termination was a change in agency priorities. You may recall that the "inconsistent with agency priorities" language was removed from some other prominent grant agreements (as well as the agency's regulations) in a naked attempt to shield them from future shifts in priorities. Similarly, the grant agreements at issue in the email exchange were amended in December of 2024.

Discussing the removal of this language from these particular grant agreements, the March 3 email states: "the Agency management decision to direct termination of the EJ grants was made with the knowledge that some of the grants do not contain the T&C about termination for Agency priorities." However, that email highlights (and appears to suggest placing an emphasis on the) the more free-standing bases for termination that was provided to the regions, including "funding for programs that are not free from fraud, abuse, waste, or duplication."

In addition, the email discusses the potential arguments that could be raised by grantees of terminated grants in the dispute process or in court. As stated in that email, the potential arguments cited are simply "certain common arguments that the award should not have been terminated." These potential "common arguments" were presented by counsel to the client without any comment on their merit or their application to any particular termination.

With regard to the Preliminary Injunction compliance, the Minority and the article imply that the agency is somehow knowingly violating the PI; which is not the case. Rather, the February 25 email's discussion of the PI was forward looking and was clearly intended as an informational statement to ensure compliance with the court order.

It may be better to avoid launching a full-fledged response on this to avoid showing our hand in light of the ongoing litigation risk. But I would defer to OGC on whether and to what extent there is any legal risk with sharing too much here.

Sean Donahue
Senior Advisor to the Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460
T: (202) 564-7153
E: Donahue.Sean@epa.gov

---

**From:** Adm17Lee <Adm17.Zeldin@epa.gov>
**Sent:** Monday, March 31, 2025 9:06 AM
**To:** Donahue, Sean <donahue.sean@epa.gov>; Amidon, Eric <Amidon.Eric@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Tisa, Nathaniel <Tisa.Nathaniel@epa.gov>
**Subject:** Re: WaPost Article on Grants

Good morning Sean,

Just wanted to follow up on this one. Thanks!

Get Outlook for iOS

---

**From:** Adm17Lee <Adm17.Zeldin@epa.gov>
**Sent:** Friday, March 28, 2025 9:19 AM
**To:** Donahue, Sean <donahue.sean@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Amidon, Eric <Amidon.Eric@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>; Talmage, Sarah <Talmage.Sarah@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Abboud, Michael <abboud.michael@epa.gov>
**Cc:** Tisa, Nathaniel <Tisa.Nathaniel@epa.gov>
**Subject:** RE: WaPost Article on Grants

Are there any emails where this attorney shared his personal take on this up the chain of command or were they only pushed down the chain of command, to Congress and then the media?

---

**From:** Donahue, Sean <donahue.sean@epa.gov>
**Sent:** Thursday, March 27, 2025 3:43 PM
**To:** Adm17Lee <Adm17.Zeldin@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Amidon, Eric <Amidon.Eric@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>; Talmage, Sarah <Talmage.Sarah@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Abboud, Michael <abboud.michael@epa.gov>
**Cc:** Tisa, Nathaniel <Tisa.Nathaniel@epa.gov>
**Subject:** FW: WaPost Article on Grants

All,

The attached are what OGC shared as the emails referenced in the Washington Post article. Will review and let you know of any mischaracterizations in the article.

Sean Donahue
Senior Advisor to the Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC  20460
T: (202) 564-7153
E: Donahue.Sean@epa.gov

---

**From:** Packard, Elise <Packard.Elise@epa.gov>
**Sent:** Tuesday, March 25, 2025 2:00 PM
**To:** Donahue, Sean <donahue.sean@epa.gov>; Tisa, Nathaniel <Tisa.Nathaniel@epa.gov>; Payne, James (Jim) <payne.james@epa.gov>
**Subject:** FW: WaPost Article on Grants


Elise B. Packard
Deputy General Counsel for Operations
Office of General Counsel
U.S. Environmental Protection Agency
(202) 564-7729

---

**From:** Epp, Timothy <Epp.Timothy@epa.gov>
**Sent:** Tuesday, March 25, 2025 1:58 PM
**To:** Packard, Elise <Packard.Elise@epa.gov>
**Subject:** FW: WaPost Article on Grants

FYI

**Timothy R. Epp**
Associate General Counsel
National FOIA Office, Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

*Please note that I sent this at a time that was convenient for me without expectation for a response outside of business hours.  If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours*

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Tuesday, March 25, 2025 1:32 PM
**To:** Wadlington, Christina <Wadlington.Christina@epa.gov>; Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Cc:** Epp, Timothy <Epp.Timothy@epa.gov>
**Subject:** RE: WaPost Article on Grants

Both are attached.

**From:** Wadlington, Christina <Wadlington.Christina@epa.gov>
**Sent:** Tuesday, March 25, 2025 1:25 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Cc:** Epp, Timothy <Epp.Timothy@epa.gov>
**Subject:** WaPost Article on Grants

Dan/Andrea,

Would either of you happen to have the referenced emails in the below? Tim is trying to track down whether this was a FIOA release or a direct email to the EPW.

**From:** Wadlington, Christina
**Sent:** Tuesday, March 25, 2025 1:23 PM
**To:** Epp, Timothy <Epp.Timothy@epa.gov>
**Cc:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** FW: Can I have this article?

Thanks for chatting Tim. Here's the full article, I'll check in with Andrea and others on the parts highlighted below.

**From:** Daguillard, Robert <Daguillard.Robert@epa.gov>
**Sent:** Tuesday, March 25, 2025 1:22 PM
**To:** Wadlington, Christina <Wadlington.Christina@epa.gov>
**Cc:** Landis, Jeffrey <Landis.Jeffrey@epa.gov>; Powell, Shayla <Powell.Shayla@epa.gov>; Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** FW: Can I have this article?

## EPA knew it wrongfully canceled dozens of environmental grants, documents show

*According to an internal email, EPA officials knew they had no contractual right to cancel dozens of grants. They did it anyway.*
*Updated*
March 25, 2025 at 8:29 a.m.

By Amudalat Ajasa

Trump officials knew their legal justification for terminating dozens of Environmental Protection Agency grants was flawed, according to documents and internal emails reviewed by The Washington Post.

An agency lawyer warned officials they had cited contractual language that did not apply to many of the grants the EPA had ended in recent weeks, advising that terminations could be reversed if recipients challenged them administratively or in court.

Since President Donald Trump took office, the EPA has targeted billions of dollars in grants authorized by the Biden administration. This month, the agency announced the cancellation of an additional 400 grants, totaling $1.7 billion, many of which were meant to improve air and water quality and strengthen resilience to natural disasters.

Grant recipients received emails in late February stating that their grants had been terminated on the grounds that they no longer fit the agency's priorities, referring to a clause in their grants' general terms and conditions allowing for awards to be voided.

However, the clause in question applied only to grants issued between Aug, 13, 2020, and Sept. 30, 2024, and almost half of the terminated grants were finalized or updated after Sept. 30. In a Feb. 25 email obtained by the Senate

==Environment and Public Works Committee and shared with The Post, an assistant general counsel alerted officials that terminations issued by several regional offices had contained this "significant error."==

==The email also acknowledged that the terminations "may also be encompassed" by a Feb. 21 preliminary injunction issued by a federal judge blocking the Trump administration from enforcing executive orders targeting equity and environmental justice programs. That preliminary injunction was lifted by an appeals court on March 14.==

==In a follow-up email on March 3, the EPA attorney said that the office had learned the decision to cancel "the EJ grants" was "made with the knowledge" that the terms and conditions rationale did not apply to all of them, but that no retractions would be forthcoming. Appeals of these wrongful cancellations will "play out via the disputes process, or litigation, for those recipients that choose to pursue those avenues," the lawyer added.==

In a letter to EPA Administrator Lee Zeldin on Monday, nine Democratic senators on the Environment Committee challenged the grant terminations, pointing out that the 2022 Inflation Reduction Act "directed EPA to distribute $3 billion to improve environmental protection in communities facing economic hardship."

The senators added that "Congress specifically articulated in the statute the activities for which the funds can be awarded," including climate risk, air pollution and toxin reduction, and addressing health risks from heat and wildfires.

"Any attempt to withhold these funds violates the Impoundment Control Act and Congress's constitutional Article I spending authority," the senators said.

In response to a request for comment, an EPA spokesperson said, "As the Trump Administration reins in wasteful spending of taxpayer dollars, EPA will continue terminating assistance agreements in line with those terms and conditions."

Julia Haggerty, an associate professor of geography at Montana State University, worked with local partners for almost a year to assemble a competitive application to create a program designed to provide technical assistance and resources to underserved communities.

The $10 million program, which launched in May, worked to address a range of issues in the region, including flooding and water contamination, lead pipes, and pollution from mining.

The EPA finalized an update to the program's agreement, which included new terms and conditions, on Dec. 27, according to documents reviewed by The Post.

Beginning in January, the program's funding oscillated between being frozen and unfrozen. The EPA terminated the grant on Feb. 21, saying the "award no longer effectuates the program goals or agency priorities," according to an email reviewed by The Post. The university has appealed the termination, citing breach of contract.

"It was just done so haphazardly and carelessly," Haggerty said. "As a public land grant university, we don't have the kind of resources to withstand this interruption in access to funding."

A former EPA official who worked on related issues during the first Trump administration said the contractual language was updated by the White House Office of Management and Budget to provide predictability to grantees.

"The updated terms and conditions require the government to be specific about its reasons for terminating grant agreements," said the official, who spoke on the condition of anonymity because of ongoing legal challenges with the agency. In this case, the official added, the EPA's reason was not listed in the grant agreement, "so the agency can't just terminate."

**From:** Wadlington, Christina <Wadlington.Christina@epa.gov>
**Sent:** Tuesday, March 25, 2025 1:18 PM

EPA_00048378

**To:** Landis, Jeffrey <Landis.Jeffrey@epa.gov>; Powell, Shayla <Powell.Shayla@epa.gov>; Daguillard, Robert <Daguillard.Robert@epa.gov>
**Cc:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** Can I have this article?

https://www.washingtonpost.com/climate-environment/2025/03/25/epa-environment-grants-wrongful-termination/

Message

**From**: Amidon, Eric [Amidon.Eric@epa.gov]
**Sent**: 2/14/2025 2:27:55 AM
**To**: Adm17Lee [Adm17.Zeldin@epa.gov]
**Subject**: FW: Test Run - Contracts for Review

These are the test run cases that we are moving forward to canceling.

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 7:32 PM
**To:** Amidon, Eric <Amidon.Eric@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** Test Run - Contracts for Review

| Review Status | OGC Comments-Review Status | AO Comments-Review Status | Need for OMS/Program Details | PIID | Terms and Conditions | DOGE Rationale | Notes from EAS Description (if need more go to OMS) |
|---|---|---|---|---|---|---|---|
| For Final Review | Reviewed | AO Approved - While under CAA purview, this is directly tied to "environmental climate justice" focused programs, which is outside of statutory responsibilities. | N/A | 68HERH24F0023 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | Technical assistance for planning, development, implementation, and reporting assistance related to the environmental climate justice program. |
| For Final Review | Reviewed | AO Approved - If need for the External Civil Rights side of incorporating into EPA programs, then we can revisit in future contracts. | N/A | 68HERH23F0237 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. If we were doing this, we should insource. | The contractor will fulfill OEJECR's need for EJ and Civil Rights programming and learning material in support of implementing EJ and Civil rights considerations into EPA policies, programs, and activities. |
| For Final Review | Reviewed | AO Approved - Should have been caught in initial DEI-related contracts review and cancelled | N/A | 68HE0P24F0031 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | The Suppliers are encouraged to bid on training 40 employees for 3 days of training over a 5-week training period, spread out over 5 months that is in person training. The training will focus on critical leadership skills and should include some training on Environmental |

| | | | | | | | Justice, Working with Communities, and Diversity Equity Inclusion and Accessibility (DEIA). |
|---|---|---|---|---|---|---|---|
| For Final Review | Reviewed | AO Approved - Furthering "cumulative impacts" assessment does not align with Adminstration priorities. | N/A | 68HERC24F0330 | No notice required. Term for convenience. FAR 52.249 | Waste: Should be in-sourced. (Training material development.) And HIA probably has a DEI angle, though it is not explicit here. | The EPA Office of Research and Development (ORD) is collaborating with Region 5 to develop Health Impact Assessment (HIA) learning objectives and training materials for new and existing EPA staff, and potentially external partners, such as states, to understand and perform HIA in an EPA context. ORD has a long history of doing HIA research and practice. Based on our experience, we are well-positioned to be a resource for the Agency as it is building capacity to do cumulative impact assessment (CIA), of which one existing methodology is Health Impact Assessment. Cumulative impact assessment is a priority by which EPA has committed to addressing environmental justice issues. |

| For Final Review | Reviewed | AO Approved - Not something that should be outsourced. | N/A | 68HERH23F0327 | No notice required. Term for convenience. FAR 52.249 | Waste: Retreats might be wasteful, and external contractor support for a retreat is definitely wasteful. | The contractor shall provide strategic planning, facilitation and leadership support for the Office of Land and Emergency Management (OLEM), Office of Emergency Management (OEM) conferences and meetings related to OEM senior management and staff office wide retreats. Support for this task order should also include an experienced, skillful facilitator to conduct interviews with each OEM staff and manager, provide developmental training exercises and training materials, pre-retreat development of an agenda and topical discussions to include strategic planning, and provide highlights after the meeting. |
| For Final Review | Reviewed | AO Approved - Should have been caught in initial DEI-related contracts review and cancelled | N/A | 68HERC23P0042 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Procure Gartner HR research and advisory services covering employee experience, diversity, equity, inclusion and accessibility, and work life integration. |
| For Final Review | Reviewed | AO Approved - Should have been caught in initial DEI-related contracts review and cancelled | N/A | 68HERH24P0143 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM |

| | | | | | | | AUDIENCE. TRAINING OFFERED SHOULD BE |
|---|---|---|---|---|---|---|---|
| For Final Review | Reviewed | AO Approved - Should have been caught in initial DEI-related contracts review and cancelled | N/A | 68HERC23F0428 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) |
| For Final Review | Reviewed | AO Approved - Should have been caught in initial DEI-related contracts review and cancelled | N/A | 68HERH24F0409 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Provides administrative support and meeting planning support to the office of environmental justice and external civil rights. |

| Date Cancellation Process Started | Base and All Options Value | Base Exercised Options Value | Total Obligation | Outstanding Value | Recipient Name |
|---|---|---|---|---|---|
| 2/11/2025 | $117,931,407.48 | $70,122,340.16 | $64,668,605.16 | $53,262,802.32 | ENDYNA, INC. |
| 2/11/2025 | $6,895,921.10 | $3,206,754.60 | $750,000.00 | $6,145,921.10 | ENDYNA, INC. |

| | | | | |
|---|---|---|---|---|
| 2/11/2025 | $228,292.84 | $43,000.00 | $43,000.00 | $185,292.84 | HUMAN CAPTIAL RESOURCES & CONCEPTS INC |
| 2/11/2025 | $248,464.00 | $109,528.00 | $109,528.00 | $138,936.00 | PEGASUS TECHNICAL SERVICES, INC |
| 2/11/2025 | $108,255.27 | $108,255.27 | $64,533.82 | $43,721.45 | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. |
| 2/11/2025 | $95,922.00 | $95,922.00 | $95,922.00 | $0.00 | GARTNER, INC. |

| 2/11/2025 | $180,000.00 | $180,000.00 | $180,000.00 | $0.00 | LIGHTHOUSE STRATEGY CONSULTING LLC |
|---|---|---|---|---|---|
| 2/11/2025 | $985,889 | $985,889 | $985,889 | 0 | ICF INCORPORATED, L.L.C. |
| 2/11/2025 | $257,672.10 | $257,672.10 | $257,672.10 | $0.00 | INTSCI-ENDYNA LLC |

**Public Contract Description**

BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION

THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING.

TASK ORDER FOR
FACILITATION,
LEADERSHIP
DEVELOPMENT, AND
OFFICE-WIDE RETREAT
SUPPORT (FOLLOW-ON
TO EP-17-W-003/0013)
UNDER MULTIPLE-
AWARD BRIDGE
CONTRACTS FOR OFFICE
OF LAND AND
EMERGENCY
MANAGEMENT, OFFICE
OF EMERGENCY
MANAGEMENT.

EPA_00048386

CONSULTING SERVICES
TO DEVELOP A
COMPREHENSIVE PLAN
AND STRATEGY WHICH
ADDRESSES DIVERSITY,
EQUITY, INCLUSION,
ACCESSIBILITY, AND
STAFF ENGAGEMENT IN
A WAY THAT IS
MEANINGFUL,
RELEVANT, AND
APPROPRIATE FOR A
STEM AUDIENCE.
TRAINING OFFERED
SHOULD BE

SUPPORT FOR
EXPANDING THE
ENVIRONMENTAL
JUSTICE CONTENT
WITHIN ACE (AMERICA'S
CHILDREN AND THE
ENVIRONMENT)

CONTRACTOR SUPPORT
FOR OFFICE OF
ENVIRONMENTAL
JUSTICE AND EXTERNAL
CIVIL RIGHTS, OFFICE OF
POLICY, PARTNERSHIPS
AND PROGRAM
DEVELOPMENT,
PARTNERSHIPS AND
COLLABORATION
DIVISION.


--

Travis Voyles
Assistant Deputy Admnistrator
Office of the Administrator
U.S. Environmental Protection Agency
C: (202) 787-0595

Message

---

**From**: Talmage, Sarah [Talmage.Sarah@epa.gov]
**Sent**: 2/14/2025 9:39:26 PM
**To**: Amidon, Eric [Amidon.Eric@epa.gov]; Adm17Lee [Adm17.Zeldin@epa.gov]
**Subject**: Draft response
**Attachments**: EPW Dems Letter to AZ re Grant Pause.pdf

See below draft letter in response to the attached EPW Dems letter.

📄 2025-02-XX EPA-Whitehouse (Grant Funds)_DRAFT.docx UPDATED 254PM 021025.docx

**Sarah Talmage**
*Associate Administrator*
Office of Congressional and Intergovernental Relations
U.S. Environmental Protection Agency

SHELLEY MOORE CAPITO, WEST VIRGINIA, CHAIRMAN
SHELDON WHITEHOUSE, RHODE ISLAND, RANKING MEMBER

KEVIN CRAMER, NORTH DAKOTA          BERNARD SANDERS, VERMONT
CYNTHIA M. LUMMIS, WYOMING          JEFF MERKLEY, OREGON
JOHN R. CURTIS, UTAH                EDWARD J. MARKEY, MASSACHUSETTS
LINDSEY O. GRAHAM, SOUTH CAROLINA   MARK KELLY, ARIZONA
DAN SULLIVAN, ALASKA                ALEX PADILLA, CALIFORNIA
PETE RICKETTS, NEBRASKA             ADAM B. SCHIFF, CALIFORNIA
ROGER F. WICKER, MISSISSIPPI        LISA BLUNT ROCHESTER, DELAWARE
JOHN BOOZMAN, ARKANSAS              ANGELA D. ALSOBROOKS, MARYLAND
JON HUSTED, OHIO

            ADAM TOMLINSON, REPUBLICAN STAFF DIRECTOR
            DAN DUDIS, DEMOCRATIC STAFF DIRECTOR

**United States Senate**

COMMITTEE ON ENVIRONMENT AND PUBLIC WORKS

WASHINGTON, DC 20510-6175

January 31, 2025

The Honorable Lee M. Zeldin
Administrator
Environmental Protection Agency
1200 Pennsylvania Avenue NW
Washington, DC 20460

Dear Administrator Zeldin:

We write concerning troubling reports that the Environmental Protection Agency (EPA) is attempting to claw back funds that have already been obligated to grant recipients. We believe that this is contrary to federal law.

On January 30, 2025, *Politico*'s *E&E News* reported that the EPA had sent letters two days prior to recipients of funding through the Solar for All program informing them that their grants had been paused until further notice.[1] EPA's letter went on to explain that it was pausing "all funding actions related to" climate and infrastructure laws enacted during the Biden Administration, citing President Donald J. Trump's "Unleashing American Energy" Executive Order. Many of us have also been contacted by grantees in our states reporting that they no longer have access to the grant money that has been obligated to them.

During your confirmation before the Senate Environment and Public Works Committee, you were asked:

> "Several statutes give effect to Congress's constitutional power of the purse, reflecting its responsibility to provide appropriations to federal agencies, and its prerogative to place limitations on the availability of those appropriations, specifically, their availability as to purpose, amount, and time. Among these, the Antideficiency Act prohibits agencies from spending in advance, or in excess, of an appropriation. There is also a statutory framework for the execution – that is, the obligation and expenditure – of appropriations, as well as procedures for use when the President or executive branch disagrees with the policy embodied in an appropriation and therefore does not wish to obligate available funds. Do you believe that the president or executive branch can ignore congressional appropriation decisions and instructions?"

You responded: "If confirmed, I pledge to respect all of Congress's duly enacted statutes."

You were further asked:

---

[1] Jean Chemnick, "EPA cuts off IRA solar money that's under contract," *PoliticoPro EnergyWire* (Jan. 30, 2025), https://subscriber.politicopro.com/article/eenews/2025/01/30/epa-cuts-off-ira-solar-money-thats-under-contract-ew-00201321.

Do you pledge to respect congressional appropriation decisions and instructions and resist any efforts within the executive branch to circumvent them?

You responded: "Particularly as a former Member of Congress, I appreciate and respect the Congressional funding process. I commit to fully following the law."

Federal law and regulations require that obligated funds be provided to grantees absent proof of misuse of funds.[2]  We further note that the Solar for All program furthers several goals, all of which are part of EPA's core mission, which you support.  It is designed to help reduce carbon pollution, air pollutants, and household energy costs by financing community and rooftop solar in low-income communities.  It will further help drive American manufacturing, boosting the economy and creating jobs.  Even President Trump's Department of Energy continues to acknowledge that "[i]nvesting in energy innovations creates well-paying jobs, drives economic growth, and makes our industries more competitive," and that the "growing global market for renewable energy technologies and innovations is projected to be worth at least $23 trillion by 2030."[3]

Accordingly, in order to assist in our understanding of EPA's actions, please respond to the following questions:

1. On what legal grounds did EPA pause already-obligated grants to grantees under the Solar for All program?  Please cite to specific statutory or regulatory authority.  We note that any executive orders do not qualify as such statutory or regulatory authority, as they are neither statutes nor regulations, and all potentially relevant executive orders clearly state in any case that they "shall be implemented consistent with applicable law," thereby clearly acknowledging that they cannot supersede or contravene statutory authority.

2. When do you intend to lift the pause on the already-obligated funding under this program?

3.  As many of our offices have also received reports of other EPA grant programs that seem to have been "paused" or where obligated funds may have been cut off, please provide us a list of all EPA grant and other programs that are currently paused. Please further note whether this pause applies only to future grant-making, to post-award but pre-obligation grants, and/or to already obligated grants.

4. For each of these programs, when do you intend to lift the pause(s)?

We are cognizant that EPA's initial decision to pause funding appears to have been taken before you had been confirmed as EPA Administrator.  Perhaps you intend to reverse this pause immediately in accordance with applicable law.  If not, however, please provide your detailed responses as soon as possible.

---

[2] *See*, 31 U.S.C. § 1501; 2 C.F.R. 200.305(b)(6) ("Payments for allowable costs must not be withheld at any time during the period of performance.").
[3] U.S. Department of Energy, *Job Creation and Economic Growth* (accessed Jan. 30, 2025), https://www.energy.gov/eere/job-creation-and-economic-growth.

Sincerely,

United States Senator
Ranking Member
Committee on Environment
and Public Works

Edward J. Markey
United States Senator

Lisa Blunt Rochester
United States Senator

Mark Kelly
United States Senator

Bernard Sanders
United States Senator

Adam B. Schiff
United States Senator

Alex Padilla
United States Senator

Jeffrey A. Merkley
United States Senator

Angela D. Alsobrooks
United States Senator

cc:    Sen. Shelley Moore Capito
       Chairman, Senate Committee on Environment and Public Works

EPA_00048391

Message

| | |
|---|---|
| **From**: | Talmage, Sarah [Talmage.Sarah@epa.gov] |
| **Sent**: | 2/20/2025 9:08:08 PM |
| **To**: | Adm17Lee [Adm17.Zeldin@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov] |
| **CC**: | Voyles, Travis [voyles.travis@epa.gov]; Hanson, Paige (Catherine) [hanson.catherine@epa.gov]; Donahue, Sean [donahue.sean@epa.gov] |
| **Subject**: | Draft Response to House E&C Ranking Member Pallone |
| **Attachments**: | HEC Ranking Member Pallone letter to AZ.pdf |

Below draft response similar to the EPW response. Changes are highlighted in yellow.

Attached is the original incoming letter from RM Pallone.

📄Internal Draft Response for EC RM Pallone.docx