Message

| | |
|---|---|
| **From:** | Budget and Planning [Budget_and_Planning@epa.gov] |
| **Sent:** | 2/13/2025 8:31:29 PM |
| **To:** | Budget and Planning [Budget_and_Planning@epa.gov]; OCFO-SBO [OCFOSBO@epa.gov]; OCFO-SBO-STAFF [OCFOSBOSTAFF@epa.gov]; OCFO-Regional-Comptroller [OCFORegionalComptroller@epa.gov]; OCFO-Regional Budget Officers [OCFORegional_Budget_Officers@epa.gov]; OCFO-SROs [OCFO_SROs@epa.gov]; Regional Mission Support Division - Directors [Regional_Mission_Support_Division_Directors@epa.gov]; Regional Mission Support Division - Directors [Regional_Mission_Support_Division_Directors@epa.gov]; OCFO-FCOs [OCFO-FCOs@epa.gov]; Leadership_Deputy_Regional_Administrators [Leadership_Deputy_Regional_Administrators@epa.gov]; Leadership_Deputy_Assistant_Administrators [Leadership_Deputy_Assistant_Administrators@epa.gov] |
| **CC:** | Wise, Melissa [wise.melissa@epa.gov]; Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]; Kalikhman, Yulia [kalikhman.yulia@epa.gov]; Gulamali, Adil [Gulamali.Adil@epa.gov]; Lavergne, Dany [lavergne.dany@epa.gov]; Miller, Renee [Miller.Renee@epa.gov]; Jennette, Vonda [Jennette.Vonda@epa.gov]; Luebbering, Gregory [luebbering.gregory@epa.gov]; Henry, Latonya [Henry.Latonya@epa.gov]; Talbert-Duarte, Angelia [talbert-duarte.angelia@epa.gov]; Goerke, Ariadne [Goerke.Ariadne@epa.gov]; Askew, Wendel [Askew.Wendel@epa.gov]; Holden, Allison [Holden.Allison@epa.gov]; Kadeli, Lek [Kadeli.Lek@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Lane, Gary [Lane.Gary@epa.gov]; Robinson, Angel [robinson.angel@epa.gov]; Katz, Brian [Katz.Brian@epa.gov]; Cardenas, Andrew [Cardenas.Andrew@epa.gov]; Li, Sylvana [li.sylvana@epa.gov]; Beg, Gul [Beg.Gul@epa.gov]; Cottrill, Edward [Cottrill.Edward@epa.gov]; Hurley, Kevin [Hurley.Kevin@epa.gov]; Humes, Hamilton [Humes.Hamilton@epa.gov]; Wang, Lili [Wang.Lili@epa.gov] |
| **Subject:** | RE: Additional Information on IIJA and IRA - program review pause |

**Importance:**    High

Sharing another update as the program review proceeds.

Obligations from EPA already made as of 3 PM EST today can be released for payment. The agency will continue robust oversight of these funds and take appropriate action if any of them are found to be used outside of the terms and conditions of their agreements.

Note this excludes the Greenhouse Gas Reduction Fund.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 6:04 PM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Li, Sylvana <li.sylvana@epa.gov>; Beg, Gul <Beg.Gul@epa.gov>; Cottrill, Edward <Cottrill.Edward@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Pursuant to the review of financial assistance programs announced by the Acting Deputy Administrator on February 6, the following accounts are temporarily paused for new obligations or disbursements for assistance agreements, loans, rebates, interagency agreements, procurements, and no-cost actions pending a review for compliance with applicable administrative rules and policies.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)
Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
GHG Air Pollution Implementation Grants (OAR) (STAG)
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)
Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 11:29 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

We are working expeditiously to carry out the attached and request your assistance where appropriate.

*(excerpt)*

Notwithstanding this directive, any disbursements on open grant awards that were paused due to Office of Management and Budget Memorandum M-25-13 or any Executive Order underlying that Memorandum shall continue to be immediately released, as the Agency initiated on February 3, 2025.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Wednesday, February 5, 2025 11:00 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

Clarifying the compound sentence in the original message.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for:

- federal financial assistance;
- Superfund;
- and the accounts (originally) attached.

Note that thousands of accounts are involved and this is a manual process.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Tuesday, February 4, 2025 1:46 PM
**To:** OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** Additional Information on IIJA and IRA
**Importance:** High

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*

EPA_00050164



## THE CHIEF FINANCIAL OFFICER
WASHINGTON, D.C. 20460

February 4, 2025

**MEMORANDUM**

**SUBJECT:**    Update on Inflation Reduction Act and Infrastructure Investment and Jobs Act Pause

**FROM:**    Gregg Treml, Chief Financial Officer (Acting)

GREGG TREML
Digitally signed by GREGG TREML
Date: 2025.02.04 12:53:31 -05'00'

**TO:**    Deputy Assistant Administrators
Deputy Associate Administrators
Deputy Regional Administrators

Distribute as appropriate to those needed to carry out this direction.

This message provides an update pursuant to the recent Court directive addressing financial assistance. The Court directs that federal financial assistance shall not be paused based on the Office of Management and Budget's direction in the rescinded OMB memorandum or the President's Executive Orders, while ongoing litigation proceeds or until otherwise directed by a Court.

Consistent with the Order, the agency's financial system will now enable the obligation of financial assistance. This includes programs within the Infrastructure Investment and Jobs Act and the Inflation Reduction Act, including federal financial assistance in the State and Tribal Assistance Grants, Brownfields, and Superfund. The Office of Budget will follow-up with a detailed list. Additionally, the disbursement of funds connected to this notice will continue.

OCFO, working closely with the Office of General Counsel and Office of Mission Support, will continue to keep the community updated on this matter.

cc: Lek Kadeli
    Meshell Jones-Peeler
    Paige Hanson
    OCFO Senior Managers
    Vonda Jennette
    Greg Luebbering
    Senior Resource Officials
    Senior Budget Officers

Regional Comptrollers
Funds Control Officers

EPA_00050166

[ DATE \@ "MMMM d, yyyy" ]

**MEMORANDUM**

**SUBJECT:**     Termination of EPA Assistance Agreement No. [NUMBER] under 2 CFR 200.340

**FROM:**          EPA Region 2 Action Official

**TO:**              [NAME]
                      [RECIPIENT NAME]

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. [NUMBER] awarded to [RECIPIENT NAME]. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement [NUMBER] is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and/or conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing its statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication and whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing its statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying which reports are required and which reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344):
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions.

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A.

You may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if the federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 CFR 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 CFR 200.344 – 200.345 and your award agreement. Those responsibilities include, but are not limited to, your obligation to promptly refund any unobligated funds that have been paid and that are not authorized to be retained by your organization. *See* 2 CFR 200.344(d).

Also, per 2 CFR 200.472, you may use grant funds to properly closeout the grant, including reasonable and necessary costs that might occur after the date of this memo. If you drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout the grant, you must contact the Research Triangle Park Finance Center (RTPFC) at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination (attached as Amendment Document). If you wish to dispute this termination decision, the Disputes Decision Official (DDO), at [ HYPERLINK "mailto:Pace.Donald@epa.gov" \h ] must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the Region 2 Agency Official, at  [ HYPERLINK "mailto:Region2_GrantApplicationBox@epa.gov" \h ] within the 30-day period stated above within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15.

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements at 2 CFR 200.345, remain in effect.


ATTACHMENT
Amendment Document

cc: EPA Region 2 Grants Specialist
     EPA Region 2 Project Officer
      Office of the Regional Administrator

2

EPA_00050189

[ DATE \@ "MMMM d, yyyy" ]


**<u>MEMORANDUM</u>**

**SUBJECT:**     Termination of EPA Assistance Agreement No. [NUMBER] under 2 CFR 200.340

**FROM:**          EPA Region 2 Action Official

**TO:**              [NAME]
                        [RECIPIENT NAME]

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. [NUMBER] awarded to [RECIPIENT NAME]. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement [NUMBER] is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and/or conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing its statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication and whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing its statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying which reports are required and which reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344):
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions.

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A.

You may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if the federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 CFR 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 CFR 200.344 – 200.345 and your award agreement. Those responsibilities include, but are not limited to, your obligation to promptly refund any unobligated funds that have been paid and that are not authorized to be retained by your organization. *See* 2 CFR 200.344(d).

Also, per 2 CFR 200.472, you may use grant funds to properly closeout the grant, including reasonable and necessary costs that might occur after the date of this memo. If you drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout the grant, you must contact the Research Triangle Park Finance Center (RTPFC) at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination (attached as Amendment Document). If you wish to dispute this termination decision, the Disputes Decision Official (DDO), at [ HYPERLINK "mailto:Pace.Donald@epa.gov" \h ] must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the Region 2 Agency Official, at  [ HYPERLINK "mailto:Region2_GrantApplicationBox@epa.gov" \h ] within the 30-day period stated above within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15.

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements at 2 CFR 200.345, remain in effect.


ATTACHMENT
Amendment Document

cc:  EPA Region 2 Grants Specialist
       EPA Region 2 Project Officer
        Office of the Regional Administrator

EPA_00050194

Message
---

| | |
|---|---|
| **From**: | Holden, Allison [Holden.Allison@epa.gov] |
| **Sent**: | 3/12/2025 5:03:45 PM |
| **To**: | Romano, Justin [romano.justin@epa.gov] |
| **CC**: | Talbert-Duarte, Angelia [talbert-duarte.angelia@epa.gov]; Goerke, Ariadne [Goerke.Ariadne@epa.gov]; Christopher, Katherine [Christopher.Katherine@epa.gov] |
| **Subject**: | FW: FOIA Req: 2025-EPA-03254 - EO and NCIF/SFA/EJ Grants - OGC CRFLO Equity |
| **Attachments**: | Pages from RR_ 2025-EPA-03254_Transparent_OGCCRFLO.pdf |

Hey Justin,

Thanks for the opportunity to do equity review on the attached documents. I don't have any significant concerns with their release such that leadership would need to be notified of anything in advance.

Thank you!

-----------------------------------------------

Allison Holden
Attorney-Advisor
Civil Rights and Finance Law Office
Office of General Counsel
U.S. Environmental Protection Agency
202-564-3841
Holden.Allison@epa.gov

---

**From:** Romano, Justin <romano.justin@epa.gov>
**Sent:** Tuesday, March 11, 2025 9:37 AM
**To:** Holden, Allison <Holden.Allison@epa.gov>
**Cc:** Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>
**Subject:** FOIA Req: 2025-EPA-03254 - EO and NCIF/SFA/EJ Grants - OGC CRFLO Equity

Hi Allison,

I see Ariadne's out of office message so sending this equity review to your attention. Attached are 18 pages of records I'm submitting for OGC equity review that are responsive to the below copied FOIA request assigned to AO. Please let me know if you have any questions at all. If you could have your consult back by the end of next week that would be great. Thank you so much for your time.

Justin

2025-EPA-03254 – Ann Brown, Center for Biological Diversity

As background, as of January 20, 2025, the U.S. Environmental Protection Agency ("EPA" was administering several Greenhouse Gas Reduction Fund programs, including the "National Clean Investment Fund," "Solar for All," the "Clean Communities Investment Accelerator," the "Environmental and Climate Justice Community Change Grants program," the "Environmental Justice Thriving Communities Grantmaking Program," and "Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program."

On January 20, 2025, President Trump issued an Executive Order ("EO") requiring agencies, "to the maximum extent allowed by law," to terminate all equity-related programs. On January, 27, 2025, the Office of Management and Budget issued a Memorandum ("Memorandum") prohibiting agencies from continuing to fund certain activities, including those related to "the green new deal." A subsequently issued spreadsheet suggests the Greenhouse Gas Reduction Fund is such a covered activity, but the Memorandum was subsequently rescinded.

Specifically, the Center requests from EPA from January 20, 2025 to the date EPA conducts this search, the records, including communications with non-federal employees*, created or obtained by EPA that discuss either:

1.     The extent to which the aforementioned programs listed above are implicated by the January 20, 2025 EO or January 27, 2025 Memorandum; and/or

2.     How these programs will proceed in light of the EO and Memorandum.

*Please note: The Center requests that EPA start its search with the Office of the Administrator, Office of the Greenhouse Gas Reduction Fund (OGGRF), General Counsel, and Inspector General.

Justin Romano
Attorney-Adviser for the Office of Information Access
Office of the Executive Secretariat
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW (2336K)
Washington, D.C. 20460
(202) 564-1439

EPA_00050227




Re: Non-compliance with injunction in *NADOHE v. Trump*, 1:25-cv-333-ABA (D.Md.)

Counsel:

We are writing further to our conversations in February, our email from March 11, as well as your response today (March 13). In your latest response, you indicated that DOJ has purportedly "taken appropriate steps to inform non-defendant entities of [the Order's] scope," and that sharing any notices or details with us "is neither necessary nor appropriate."[1]

But recent reports reveal that federal agencies are in escalating and widespread disregard of the Court's Order.[2] We intend to request an emergency status conference with the Court in short order.  Please inform us of your position no later than 4pm ET on March 13, 2025.

Several concerning actions are listed below, relating largely to events post-dating the Court's  clarification order.  We bring these instances to your attention as notice of violations of the Preliminary Injunction, which suggest that the Government's counsel have not taken appropriate steps to ensure compliance with the Preliminary Injunction.

It appears that agencies have not not fully reinstated grants and contracts that were wrongly terminated or frozen from January 20 onwards, have not communicated the removal of any certification requirements to counterparties, and have not communicated the end of any threat of enforcement stemming from the Enjoined Provisions to targets of enforcement.  If any agency has cancelled, frozen, or altered grants or contracts, required certifications, or threatened investigation on the basis that grantees or contractors (or subcontractors or subgrantees) supported, promoted, advanced were involved in, had grants/contracts related to "DEI," "DEIA," or environmental justice ideas—whether termed "illegal" or in violation of federal antidiscrimination laws or not—please immediately ensure all such agency actions are reversed forthwith.

Sincerely,

Counsel for Plaintiffs
Democracy Forward Foundation
Asian Americans Advancing Justice | AAJC

---

[1] This is the second time you have refused to provide us any details about your compliance with the Court's Orders, *see* ECF Nos. 50-4 and 50-5 (emails dated February 25, 2025), and, despite being on notice of severe and ongoing violations of the Order, have failed to provide us with any further information about what you have done to ensure federal agencies comply with the Court's orders.

[2] Asawin Suebsaeng & Andrew Perez, Trump Officials Are 'Pretending' A Judge Didn't Bar His Anti-Diversity Orders, Rolling Stone, https://perma.cc/4FQ9-FPCA.

Democracy Forward  |  democracyforward.org  |  202-448-9090
P.O. Box 34553, Washington, D.C. 20043

EPA_00050279





- On March 10, two hours after the Court's clarification order, Administrator Zeldin of the Environmental Protection Agency announced the cancellation of 400 DEI and environmental justice grants. https://perma.cc/CF9B-UU8H. We understand that those cuts have taken place or are imminently to take place, and that they are part of a series of cuts EPA has characterized as made "to implement President Trump's executive orders, including the 'Ending Radical and Wasteful Government DEIA Programs and Preferencing,' as well as subsequent associated implementation memos."  There is no notice regarding the Court's Order on the EPA website.
- On March 11, a major state university system received a grant termination letter from the Environmental Protection Agency on the basis that the "Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ('DEI') initiatives, 'environmental justice' initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions…"
- On March 11, the Secretary of the Department of Housing and Urban Development stated that a municipality's disaster relief plan would be rejected for DEI-related provisions, even though the money was originally allocated by the prior Presidential administration to meet unmet needs after Hurricane Helene.  He stated: "let me be clear DEI is dead at HUD. We will not provide funding to any program or grantee that does not comply with President Trump's executive orders." There is no reference to the preliminary injunction on the HUD website. https://perma.cc/W63U-ZGXJ, https://perma.cc/YNR6-RGXT
- According to an article on March 11, the Department of Housing and Urban Development was still engaging in cuts to federal contracts based on review of nonprofit websites for reference to DEI as late as February 26. This appears to be an escalation of prior cancellation to which we brought to your attention. https://perma.cc/W5Q9-2X37, https://perma.cc/8H7G-NHLJ
- Also on March 11, grant managers at the United States Department of Agriculture informed partners that, for existing agreements, grants, and contracts "regardless of the funding source, all activity on agreements, contract, and grants that are titled, or mention DEI, DEIA, Equity, or Environmental Justice will cease."
- AmeriCorps has continued to require certifications around the country, despite having been specifically mentioned in the Court's Order. We understand that AmeriCorps has not in practice rescinded its demand that AmeriCorps grantees certify compliance with the Executive Orders and their abandonment of diversity, equity, and inclusion, despite noting the preliminary injunction on its website.
- The National Institutes of Health, a part of the Department of Health and Human Services, issued a "Staff Guidance" for March 2025 on issuing awards or approving carryover of funds.  That guidance prohibits any "support" of DEI activities.  However, even in the event the "[p]roject does not support DEI activities, but may contain language

EPA_00050280

 

related to DEI (e.g., statement regarding institutional commitment to diversity in the 'Facilities & Other Resources' attachment and terminology related to structural racism—this is not all-inclusive)," NIH "must request an updated application/RPPR with the DEI language removed." This Guidance appears to have been approved for use on February 28, 2025, one week after Judge Abelson's order. There is no notice about the Court's Order on the NIH website. https://perma.cc/NC7H-JFY4.

- On March 5, 2025, the State Department contacted grant recipients to verify that they "confirm that this is no DEI project or DEI elements of the project," citing to the January 20 Executive Order, which includes the Termination Provision. https://perma.cc/B3SB-X54X.

- On February 24, 2025, after the Court's order finding enforcement of the challenge provisions was likely unconstitutional, the Small Business Administration Administrator announced "a Memo on Day One Priorities" which stated that the SBA will "pause[] all grants across the agency that do not comply with President Trump's executive orders," including the anti-DEI EO orders. That memorandum, which outlines the agency's priorities, is still available on the SBA's website. The same website does not appear to include any mention of Judge Abelson's orders. https://perma.cc/9PJL-WSR2.

- Grants awarded by the United States Department of Agriculture for urban tree planting were cancelled due to their apparent conflict with the Enjoined Provisions. Those grants do not appear to have been reinstated in the wake of the Court's order even though we brought similar cancellations to your attention two weeks ago. https://perma.cc/H5LE-YV75.

- Three days after the Court's February 21 Order, the Department of Education sent a blanket notice to universities informing them that "any work under your federal award related to the following activities must be suspended: Diversity, Equity, and Inclusion (DEI)." The Department of Energy sent similar messages to universities.

Democracy Forward  |  democracyforward.org  |  202-448-9090

P.O. Box 34553, Washington, D.C. 20043

EPA_00050281

Message

| | |
|---|---|
| **From:** | Simon, Paul [Simon.Paul@epa.gov] |
| **Sent:** | 3/14/2025 4:06:54 PM |
| **To:** | Talbert-Duarte, Angelia [talbert-duarte.angelia@epa.gov]; Goerke, Ariadne [Goerke.Ariadne@epa.gov]; Askew, Wendel [Askew.Wendel@epa.gov] |
| **Subject:** | FW: Revised Compliance Reviews for Contracts, Grants and IAs: Update 3: clarification and revised list of exemptions |

**From:** Pace, Donald <Pace.Donald@epa.gov>
**Sent:** Friday, March 14, 2025 12:02 PM
**To:** R2 Division Directors <R2_Division_Directors@epa.gov>; R2 Deputy Division Directors <R2_Deputy_Division_Directors@epa.gov>
**Cc:** Arcaya, Alyssa <arcaya.alyssa@epa.gov>; O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>; Jewhurst, Sheri <Jewhurst.Sheri@epa.gov>; Whittaker, Sandy <whittaker.sandy@epa.gov>; Freeman, Hope <freeman.hope@epa.gov>; Fitzpatrick, Carol <fitzpatrick.carol@epa.gov>; Kercado, Carlos <Kercado.Carlos@epa.gov>; Chernowski, Jennifer <Chernowski.Jennifer@epa.gov>; Sarnecky, Stephen <Sarnecky.Stephen@epa.gov>; Montrallo, Stephanie L <Montrallo.Stephanie@epa.gov>
**Subject:** Revised Compliance Reviews for Contracts, Grants and IAs: Update 3: clarification and revised list of exemptions

Division Directors and Deputies,

We're sharing this revised technical guidance with you all for awareness. It will be shared with your teams through our grants, contracts and IA PO mail groups.

OMS has provided additional clarification on existing exemptions and has expanded the number of programs that are exempt from DOGE approval within the Compliance Review process.

**An important item to note is that it has been made clear that the list of exemptions are only related to the requirement for DOGE approval. The compliance form is still required to be signed by the Division Director and included in the funding package for grants and contracts to ensure alignment with priorities and executive orders.**

Changes to previous guidance is highlighted below.

• The following programs are exempted from submitting the form for DOGE review (you still must complete the DD/ OD Compliance Review on the form):

o Congressionally Directed Spending ('earmarks') grants.
o All emergency purchases (did not have time for pre-DOGE review due to emergency, not due to lack of planning) for Emergency Response (this includes Superfund and non-Superfund emergencies, e.g. Flint for WD) are exempt from DOGE pre-approval, programs should still provide documentation of the approved funding decisions to DOGE after the purchase, for informational purposes.
o Brownfields grants under the following programs:
▪ Brownfields Job Training Cooperative Agreements (66.815)
▪ Brownfields Multipurpose, Assessment, Revolving Loan Fund, and Cleanup Cooperative Agreements (66.818)
▪ Brownfields Training, Research, and Technical Assistance Grants and Cooperative Agreements (66.814)
o Building maintenance where a competitive process exists

- ▪ <mark>Any service that went through a competitive bidding process for the building services (this will cover virtually every maintenance contract except for bridge contracts)</mark>
  - o <mark>IT Help Desk service contracts</mark>
  - o Critical service contracts from other agencies e.g. security
  - o State revolving fund related request
  - o <mark>Superfund related requests for site-specific work where there is a Site-Specific ID associated with the work.</mark>
  - o Work with Dept of Interior / US Geological Survey

---

**From:** Pace, Donald <Pace.Donald@epa.gov>
**Sent:** Thursday, March 13, 2025 6:07 AM
**To:** R2 Division Directors <R2_Division_Directors@epa.gov>; R2 Deputy Division Directors <R2_Deputy_Division_Directors@epa.gov>
**Cc:** Arcaya, Alyssa <arcaya.alyssa@epa.gov>; O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>; Jewhurst, Sheri <Jewhurst.Sheri@epa.gov>; Whittaker, Sandy <whittaker.sandy@epa.gov>; Freeman, Hope <freeman.hope@epa.gov>; Fitzpatrick, Carol <fitzpatrick.carol@epa.gov>; Kercado, Carlos <Kercado.Carlos@epa.gov>; Chernowski, Jennifer <Chernowski.Jennifer@epa.gov>; Sarnecky, Stephen <Sarnecky.Stephen@epa.gov>; Montrallo, Stephanie L <Montrallo.Stephanie@epa.gov>
**Subject:** Revised Compliance Reviews for Contracts, Grants and IAs: Update 2: (new form v4); revised list of exemptions

Division Directors and Deputies,

We're sharing this revised technical guidance with you all for awareness. It will be shared with your teams through our grants, contracts and IA PO mail groups.

The compliance form has been revised to remove reference to a URL or attachments within the PDF (please continue to attach work plans or work statements in your email submission if you think that the project description detailed in the Compliance Review document is insufficient).

There is also an expanded list of programs that are exempt from the Compliance Review process. Please let me know if you have any questions.

- • The following programs are exempted from submitting the form:
  - o Congressionally Directed Spending ('earmarks') grants.
  - o Emergency response work – while emergency response funding is exempted from DOGE pre-approval, programs should still retroactively submit the form to document the funding,
  - o Building maintenance where a competitive process exists
  - o IT service contracts
  - o Critical service contracts from other agencies e.g. security
  - o State revolving fund related request
  - o Superfund site-specific related requests
  - o Work with Dept of Interior / US Geological Survey

---

**From:** Pace, Donald <Pace.Donald@epa.gov>
**Sent:** Friday, March 7, 2025 11:54 AM
**To:** R2 Division Directors <R2_Division_Directors@epa.gov>; R2 Deputy Division Directors <R2_Deputy_Division_Directors@epa.gov>
**Cc:** Arcaya, Alyssa <arcaya.alyssa@epa.gov>; O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>; Jewhurst, Sheri

<Jewhurst.Sheri@epa.gov>; Whittaker, Sandy <whittaker.sandy@epa.gov>; Freeman, Hope <freeman.hope@epa.gov>; Fitzpatrick, Carol <fitzpatrick.carol@epa.gov>; Kercado, Carlos <Kercado.Carlos@epa.gov>; Chernowski, Jennifer <Chernowski.Jennifer@epa.gov>; Sarnecky, Stephen <Sarnecky.Stephen@epa.gov>; Montrallo, Stephanie L <Montrallo.Stephanie@epa.gov>
**Subject:** Technical Guidance: Compliance Reviews for Contracts, Grants and IAs: Update 1 (new form v3)

Division Directors and Deputies,

We're sharing this revised technical guidance with you all for awareness.  It will be shared with your teams through our grants, contracts and IA PO mail groups.

OMS and the DOGE team continue an iterative process working  to expedite needed reviews. Effective today, please use the new attached form for submitting your compliance reviews for DOGE and make the following changes to submissions:

- Please name the form after the grant or contract number in NGGS/ EAS if available.
- If a contract is not available please use the procurement request number from EAS.
- The description field in the PDF is modified so a full description of the work can be cut/paste from the contract/grant. No need to provide any language/ context as to how the action aligns with Administration priorities.
- additional fields are added:
o   A checkbox if the procurement is through a government wide acquisition contract where another agency negotiated the rates.
o   A field to upload an attachment of a workplan/ PWS (if you don't have Adobe Pro or are unable to attach it within the PDF, just attach it to your email).
- The following programs are exempted from submitting the form:
o   Congressionally Directed Spending ('earmarks') grants.
o   Emergency response work – while emergency response funding is exempted from DOGE pre-approval, programs should still retroactively submit the form to document the funding,

---

**From:** Pace, Donald
**Sent:** Thursday, March 6, 2025 12:40 PM
**To:** R2 Division Directors <R2_Division_Directors@epa.gov>; R2 Deputy Division Directors <R2_Deputy_Division_Directors@epa.gov>
**Cc:** O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>; Jewhurst, Sheri <Jewhurst.Sheri@epa.gov>; Whittaker, Sandy <whittaker.sandy@epa.gov>; Freeman, Hope <freeman.hope@epa.gov>; Fitzpatrick, Carol <fitzpatrick.carol@epa.gov>; Kercado, Carlos <Kercado.Carlos@epa.gov>; Chernowski, Jennifer <Chernowski.Jennifer@epa.gov>; Sarnecky, Stephen <Sarnecky.Stephen@epa.gov>; Montrallo, Stephanie L <Montrallo.Stephanie@epa.gov>
**Subject:** Technical Guidance: Compliance Reviews for Contracts, Grants and IAs

Division Directors and Deputies,

We're sharing this technical guidance with you all for awareness.  It will be shared with your teams through our grants, contracts and IA PO mail groups.

The agency is implementing revised guidance regarding review and approval of funding actions (e.g., – contracts, purchase card actions, assistance agreements, and IAs). These requirements are in place until OMS rescinds them and supersede any previous guidance.

**Most importantly, all actions greater than $50,000 now require approval from an EPA DOGE Team member.** This requirement is in addition to the guidance sent late last week that OMS requires programs to certify that funding actions comply with Executive Order requirements (detailed here: Presidential Actions – The White House) and the Administrator's "Powering the Great American Comeback" Initiative (EPA Administrator Lee Zeldin Announces EPA's "Powering the Great American Comeback" Initiative | US EPA).

To implement these requirements, the program office must complete and sign the attached **EO Compliance Review Form** for all funding actions. For assistance agreements, this includes any new, supplemental, incremental funding actions, as well as amendments to workplans and budgets. For contracts, the form is required for any funding actions or amendments to a statement of work. Similarly for interagency agreements it includes any new, supplemental, or other funding action. The document demonstrates the signer understands and confirms the action and associated workplan or performance work statement complies with  all Executive Orders and the Administrator's five pillars at the time of signature.

If the funding action is $50,000 or more, the Form should be completed *prior to* beginning any Commitment Notice (CN), Funding Recommendation (FR), Purchase Request (PR) or PCORS  to allow for review and either approval or denial by DOGE before any funds are committed. The revised Form requires the dollar amount and a 1 sentence explanation of the funding action. The explanation should focus on how the funding action meets statutory requirements and complies with the Executive Orders and the Administrator's five pillars outlined in Powering the Great American Comeback.

Completed forms for DOGE approval should be sent by the Division Director or Deputy should be sent to Don Pace, Linda Timander and Kevin Hurley.  MSD will batch actions and send for approval once daily.  If the action is approved by DOGE, the signed form will be sent back to the Division Director.

If the funding action is less than $50,000, then the Director or their designee need only provide the contract/grant/IA number, the recipient/vendor name, the funding amount, and sign the form. The PO or COR will attach the signed form to the funding document and include in the contract/grant/IA file.

Only the **Division Director** or their designee **may sign the Form**.


**Grants and IAs**

1.      **Funding Actions**– New Awards, Supplemental Amendments, Incremental Amendments (any action that obligates money to a grant)

i. Actions $50,000 and above require DOGE Team approval: The PO shall have the Division Director sign the attached EO Compliance Review Form, including a one-sentence description of the work to be funded. The Division Director or their designee (e.g., Deputy Director or Divisional Budget Coordinator) shall email the completed and signed Compliance Review Form to Donald Pace, Linda Timander and Kevin Hurley for submittal to the DOGE Team.

ii. Project Officers (POs) shall upload the complete, signed Compliance Review Form to the associated Grant File and attach it to the Draft Commitment Notice (Section 4, Attachments) for any funding action.

NOTE: If the action is $50,000 and above, the Compliance Review Form (including a one-sentence description of work) is not considered complete and ready for attachment until the DOGE Team signs it. If the funding action is under $50,000, it is considered complete with Division Director signature.
Divisional Commitment Notice approvers (such as the Divisional Budget Coordinator, Section Supervisor, or Branch Manager) will verify that the signed form is attached to the Draft CN prior to their approval of the CN.

iii. As another checkpoint, the Grants Management Officer (GMO) or Associate Grants Management Officer will attach the signed form to section 13 of the draft award at GMO approval. The Award Official (Don Pace) will verify the attachment is present prior to signature of the funding action.

2.    **Non-Funding Actions** – No Cost Time Extensions (NCTEs) and Rebudget amendments (any action that modifies a grant without adding more money)

i. **NCTEs**: NCTEs do not require an FR or a Commitment Notice. POs shall upload the signed form to the associated Grant File at the time they complete the PO NCTE Justification. The PO shall notify the Grant Specialist (GS) via email that the NCTE Justification *and* the Compliance Review Form are in the Grant File. The GS will link to the Compliance Review Form in the Award Document in Section 7, alongside the typical NCTE attachments. The GMO/AGMO will again attach the signed form to the draft award at GMO approval.

ii. **Rebudget Actions**: Rebudget actions require an FR but no Commitment Notice. Project Officers shall upload the signed form to the Grant File and notify the GS that they have done so. The GS then initiates the Rebudget Change Request and PO and GS proceed with rebudget preparation as normal. The GS will link to the Compliance Review Form to the Award Document in Section 7. The GMO will attach the signed form to the draft award at GMO approval.

3.    **Grants Already with the Grants Office (Funding and Non-Funding)**

i. This group of grants includes those where the FR/CN/Change Request/Draft Award are already prepared, and going back to attach to a Final Commitment Notice is not practical.

ii. POs shall coordinate with their management to initiate the Compliance Review process for these unawarded grants. A list of Priority Grants for Compliance Review is provided as a guide. The $50,000 and above threshold for DOGE Team signature applies to these as well.

iii. POs shall upload the signed Compliance Review Form to the Grant File upon completion and notify **all GMOs and the GS** via email: Rudnell O'Neal, Sandy Whittaker, Sheri Jewhurst and your GS should all receive this message.

iv. The GMO will attach the Compliance Review Form to their Approver Response in Section 13 of the Draft Award.

4.    **Interagency Agreements (IAs):**

i. Actions $50,000 and above require DOGE Team approval: The PO shall have the Division Director sign the EO Compliance Review Form, including a one-sentence description of the work to be funded (POs should include any appropriate documentation, such as SOWs for the Division Director's consideration). The Division Director or their designee (e.g., Deputy Director or Divisional Budget Coordinator) shall email the completed and signed Compliance Review Form to Donald Pace, Linda Timander and Kevin Hurley for submittal to the DOGE Team. NOTE: When the Compliance Review Form is returned by the DOGE Team, MSD will forward it to the Division Director and/or their designee for the PO to attach to the CN.

ii. POs shall attach the completed, signed Compliance Review Form to the Draft Commitment Notice (Section 4, Attachments) for any funding action.
NOTE: If the action is $50,000 and above, the Compliance Review Form (including a one-sentence description of work) is not considered complete and ready for attachment until the DOGE Team signs it. If the funding action is under $50,000, it is considered complete with Division Director signature.
Divisional Commitment Notice approvers (such as the Divisional Budget Coordinator, Section Supervisor, or Branch Manager) will verify that the signed form is attached to the Draft CN prior to their approval of the CN.

iii.Non-Funding Actions –Any action that modifies the IA without adding more money does not require DOGE Team approval.  POs shall have the Division Director sign the EO Compliance Review Form and attach it to the IA amendment package before circulating.

**Contracts and Purachase Cards**

1.    Contracts

i.The Contracting Officer Representative (COR) must attach the signed Form to the purchase requisition (PR) in EAS. The PR will then be routed to the FCO to commit the funds in Compass before it is received by the Contracting Officer to be awarded. In addition to this guidance, the following items should also be attached to the PR in EAS prior to being routed to the FCO (documents will be required as part of the PR package when routing through EAS):

a)    Compliance Review Document (signed)
b)    Specification/List of Items to be purchased/Statement of Work/Performance ork Statement
c)    Independent Government Estimate (IGE)  - actions over $10K
d)    Market Research Report – actions over $10K
e)    Approved Multiple Appropriations Memo if the funding is from more than one appropriation and over $10K.
f)    Federal Information Technology Acquisition Reform Act (FITARA) Approval for information technology or information technology services only.
g)    Justification that the requirement is mission critical and why it supports the Agency mission.  This can be included as part of the line-item description or an attachment to the requisition.
h)    Suggested Sources/Vendors that are known to provide this service/items
i)    Previous contract number/order number (if previously procured)
j)    Period of Performance and required date that the Contractual action is needing to be in place by
k)    Purchase Request (PR) (fully routed/approved) – Preference is for funding to be provided with the initial PR routing but in some instances may be for zero dollar.   This may require two DOGE approvals, one at initiation and one at award if over $50K.

2. Purchase Cards: Only a select few individuals maintain a credit card with capacity to purchase items. Most actions will need to go through the Contracts Section for action.  The purchase card holder must receive the EO Compliance Review Form prior to executing a purchase card transaction. The requester will upload the signed Form to the Purchase Request System.  It will then be routed to Approving Official, including any other approvals (e.g., 508 Compliance by IRMB), before routing to the FCO to commit the funds in Compass.  The purchase card holder will then upload the EO Compliance Review Form to PCORS along with any other supporting documentation (NDAA 889, SF-182, etc.).

Donald Pace
Director
Mission Support Division | U.S. EPA | Region 2
290 Broadway | New York, NY | (212) 637-4135

**From:** Wise, Melissa
**To:** OMS-OGD-GMOs Only
**Cc:** Regional Mission Support Division - Directors; Regional Mission Support Division - Deputy Directors; Coogan, Daniel
**Subject:** PLEASE PAUSE: Grant Cancellations/Terminations
**Date:** Wednesday, March 12, 2025 4:10:00 PM
**Attachments:** image001.png
**Importance:** High

Good afternoon, GMOs,

Effective immediately, please pause all grant cancellations/terminations.  I will notify you when this may be resumed.

Thank you,

*Melissa Wise*

Director, Office of Grants and Debarment

Office of Mission Support

U.S. Environmental Protection Agency

1300 Pennsylvania Ave., NW

Washington, D.C. 20460

(202) 924-9911



| | |
|---|---|
| **From:** | Wise, Melissa |
| **To:** | OMS-OGD-GMOs Only |
| **Cc:** | Regional Mission Support Division - Directors; Regional Mission Support Division - Deputy Directors; Coogan, Daniel |
| **Subject:** | PLEASE PAUSE: Grant Cancellations/Terminations |
| **Date:** | Wednesday, March 12, 2025 4:10:00 PM |
| **Attachments:** | image001.png |
| **Importance:** | High |

Good afternoon, GMOs,

Effective immediately, please pause all grant cancellations/terminations.  I will notify you when this may be resumed.

Thank you,

*Melissa Wise*

Director, Office of Grants and Debarment

Office of Mission Support

U.S. Environmental Protection Agency

1300 Pennsylvania Ave., NW

Washington, D.C. 20460

(202) 924-9911





**OFFICE OF MISSION SUPPORT**

WASHINGTON, D.C. 20460

[ DATE \@ "MMMM d, yyyy" ]

<u>MEMORANDUM</u>

**SUBJECT:**  Termination of EPA Assistance Agreement [Grant Number] under 2 CFR 200.340

**FROM:**  EPA Award Official

**TO:**  FirstName LastName, Title
Office (Recipient Authorized Organization Representative (AOR))

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. [insert Grant Number] awarded to [recipient organization]. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement [INSERT Grant Number] is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), [email address of the DDO], must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, [email address of EPA Award Official] within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

**Commented [MW1]:** Suggesting again to remove this paragraph highlighting the dispute process.

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENTs
1. Amendment Document
2. Name of file

cc: FirstName LastName (EPA Grant Specialist)
    (EPA Project Officer)
    (Grantee Program Manager)

2

EPA_00050343