Message

| | |
|---|---|
| **From:** | Barbery, Andrea [Barbery.Andrea@epa.gov] |
| **Sent:** | 3/5/2025 5:07:14 PM |
| **To:** | Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Jones, Laurice [Jones.Laurice@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov] |
| **Subject:** | FW: EPA Administrator Lee Zeldin Cancels 21 Additional Grants in 3rd Round of Cuts with DOGE, Saving Americans More than $116M |

Does anyone have this list of 21 grants that have been cut? Odd that we'd state the number but not say anything about what they are. Hopefully not grants to states?

**From:** EPA Press <EPAPress@govdelivery.epa.gov>
**Sent:** Tuesday, March 4, 2025 4:59 PM
**To:** Barbery, Andrea <Barbery.Andrea@epa.gov>
**Subject:** EPA Administrator Lee Zeldin Cancels 21 Additional Grants in 3rd Round of Cuts with DOGE, Saving Americans More than $116M

View as a webpage / Share

EPA.GOV/NEWSROOM

# EPA Administrator Lee Zeldin Cancels 21 Additional Grants in 3rd Round of Cuts with DOGE, Saving Americans More than $116M

**WASHINGTON** – Today, U.S. Environmental Protection Agency (EPA) Administrator Lee Zeldin, with the assistance of the Department of Government Efficiency (DOGE), identified and cancelled another 21 grants amounting to $116,449,761 total immediate taxpayer savings. The third round of EPA cuts in partnership with DOGE marks more than $287 million taxpayer dollars saved since the Administrator was sworn in 31 days ago.

"At EPA, we are working in partnership with DOGE to fulfill President Trump's promise to rein in wasteful federal spending. In just 31 days, our line-by-line review of agency spending has brought the total taxpayer dollars saved to more than $287 million. We will not stop until

EPA_00120621

we ensure every taxpayer penny spent is to advance clean air, land and water and Power our Great American Comeback for all Americans," **Administrator Zeldin said**.

These grant cancellations represent more than $116 million saved as the EPA prioritizes policies aligned with President Trump's commitment to safeguard human health and the environment while reviving the economy and unleashing American energy dominance.

Last week, Administrator Zeldin announced the cancellation of 20 grants for wasteful DEI and environmental justice programs saving more than $60 million. Prior to that, the Administrator cancelled nine DEI and environmental justice contracts resulting in nearly $60 million of taxpayer savings, terminated a $50 million Biden-era environmental justice grant to the Climate Justice Alliance, ended more than a million dollars in media subscriptions, and uncovered extensive troubling developments with $20 billion in "gold bars" the Biden EPA parked at an outside financial institution to rush out the door and circumvent proper oversight. As has been reported, the Justice Department has an ongoing investigation regarding these funds.

EPA continues to work diligently to implement President Trump's executive orders and implementation memos.

## EPA.GOV

Stay Connected with EPA Office of the Administrator:

SUBSCRIBER SERVICES:
Manage Subscriptions | Unsubscribe All | Help

This email was sent to barbery.andrea@epa.gov using govDelivery Communications Cloud on behalf of: EPA Office of the Administrator · 1200 Pennsylvania Ave NW, Washington, DC 20460

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/5/2025 6:32:33 PM |
| **To**: | Mims, Kathy [Mims.Kathy@epa.gov]; Eades, Cassaundra [Eades.Cassaundra@epa.gov]; Tillery, Loreto [Tillery.Loreto@epa.gov]; Scales, Wuanisha [Scales.Wuanisha@epa.gov]; Bailey, KevinJ [Bailey.KevinJ@epa.gov] |
| **CC**: | Nitsch, Chad [Nitsch.Chad@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | OCIR_Mail_Merge_Source_Data |
| **Attachments**: | OCIR_Mail_Merge_Source_Data.xlsx |

Attached is prepared Mail Merge Source Data This report is daily generated (2025-03-05-13-31-47). Automated delivery of this report will cease on 10/1/2025. Please contact Minh Nguyen for questions about the data or if the report needs to change. Thanks!

EPA_00120623

**This document is produced in native format.**

**Original file name:**

**OCIR_Mail_Merge_Source_Data.xlsx**

EPA_00120624 - EPA_00120780

Appointment

| | |
|---|---|
| **From:** | Wise, Melissa [wise.melissa@epa.gov] |
| **Sent:** | 3/6/2025 1:05:08 AM |
| **To:** | OMS-OGD-GMOs Only [OMS-OGD-GMOs-Only@epa.gov]; Regional Mission Support Division - Directors [Regional_Mission_Support_Division_Directors@epa.gov]; Regional Mission Support Division - Deputy Directors [Regional_Mission_Support_Division_Deputy_Directors@epa.gov]; Scherb, Kristen [Scherb.Kristen@epa.gov]; Floyd, Tanya [Floyd.Tanya@epa.gov]; Coyle, Ann [coyle.ann@epa.gov]; Rucki, Thomas [Rucki.Thomas@epa.gov]; Borromeo, Karina [Borromeo.Karina@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]; Liem, Lucille [Liem.Lucille@epa.gov]; Askew, Wendel [Askew.Wendel@epa.gov]; Talbert-Duarte, Angelia [talbert-duarte.angelia@epa.gov]; Clements, Mindy [clements.mindy@epa.gov] |
| **CC:** | Hulstein, Sarah [hulstein.sarah@epa.gov]; Fox, Marshelle [fox.marshelle@epa.gov]; Eubanks, Kristy [Eubanks.Kristy@epa.gov]; Chung, Angela [Chung.Angela@epa.gov]; Drake, Kerry [Drake.Kerry@epa.gov]; Krehbiel, Ben [Krehbiel.Ben@epa.gov]; Rawls, Whitney [rawls.whitney@epa.gov]; Sykes, Karen [Sykes.Karen@epa.gov]; Daniels-Lewis, Alicia [Daniels-Lewis.Alicia@epa.gov]; Johnson, Peggy D. [johnson.peggyd@epa.gov]; Scholten, Karly [Scholten.Karly@epa.gov]; Weeks, Frederick [Weeks.Fred@epa.gov]; Tocci, Brian F. [Tocci.Brian@epa.gov] |

| | |
|---|---|
| **Subject:** | Grant Terminations |
| **Attachments:** | FW: Grant terminations |
| **Location:** | Microsoft Teams Meeting |

| | |
|---|---|
| **Start:** | 3/7/2025 7:00:00 PM |
| **End:** | 3/7/2025 7:30:00 PM |
| **Show Time As:** | Tentative |

| | |
|---|---|
| **Required Attendees:** | OMS-OGD-GMOs Only; Regional Mission Support Division - Directors; Regional Mission Support Division - Deputy Directors; Scherb, Kristen; Floyd, Tanya; Coyle, Ann; Rucki, Thomas; Borromeo, Karina; Coogan, Daniel; Liem, Lucille; Askew, Wendel; Talbert-Duarte, Angelia; Clements, Mindy |
| **Optional Attendees:** | Hulstein, Sarah; Fox, Marshelle; Eubanks, Kristy; Chung, Angela; Drake, Kerry; Krehbiel, Ben; Rawls, Whitney; Sykes, Karen; Daniels-Lewis, Alicia; Johnson, Peggy D.; Scholten, Karly; Weeks, Frederick; Tocci, Brian F. |

Hello –

The purpose of this meeting is to discuss recently executed grant terminations and recipient responses. I'm also re-attaching recent OGC communication as well as a link to the dispute regs. (https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500/subpart-E).

Thank you,
Melissa

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 239 575 982 446

Passcode: mv2Bd7Gp

_____

## Dial in by phone

+1 206-800-4483,,214240949# United States, Richmond Beach

Find a local number

Phone conference ID: 214 240 949#

**Join on a video conferencing device**

Tenant key: sip:teams@video.epa.gov

Video ID: 114 384 105 1

More info

For organizers: Meeting options | Reset dial-in PIN

This meeting may be recorded. If the meeting is recorded, it will be announced via a banner showing "this meeting is being recorded." Participation in a recorded meeting will be deemed as consent to be recorded. Meeting recordings may be official agency records subject to appropriate policy, rules and regulations.

_____

EPA_00120807

Message

_____

| | |
|---|---|
| **From:** | Nguyen, Minh [nguyen.minh@epa.gov] |
| **Sent:** | 3/6/2025 2:43:14 PM |
| **To:** | Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Wilson, Kevin [Wilson.Kevin@epa.gov] |
| **Subject:** | Re: Update on Closeout Status |
| **Attachments:** | Terminations Daily Summary (1).xlsx |

Hi All,

I edited the BI Daily Termination Report to use the new element. Results match Kathy list. The compass remaining amount are exacts now rather than estimates, although the estimates were very close.

The BI report still does not have the canceled and not yet awarded. Attached is an export.

Should I restart the scheduled 4pm job?

Cheers,

Minh Nguyen
EPA Office of Grants and Debarment, Business Operations Branch
(202) 566-2668

_____

**From:** Mackliet, Bruce <Mackliet.Bruce@epa.gov>
**Sent:** Thursday, March 6, 2025 8:28 AM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Wilson, Kevin <Wilson.Kevin@epa.gov>; Nguyen, Minh <nguyen.minh@epa.gov>
**Subject:** RE: Update on Closeout Status

Good morning all, the new 'Closeout Type' has been added to the 'Grant Core Data' and 'Summary Grant Data' folders in Business Objects production.

**Bruce Mackliet**
GDIT Supporting ITS-EPA IV (MAINES) Contract
Mobile: (703) 801-8914
mackliet.bruce@epa.gov | bruce.mackliet@gdit.com

_____

**From:** Mackliet, Bruce
**Sent:** Tuesday, March 4, 2025 9:20 AM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Wilson, Kevin <Wilson.Kevin@epa.gov>; Nguyen, Minh <nguyen.minh@epa.gov>
**Subject:** RE: Update on Closeout Status

Thank you Kathy.

All,

I have requested a deployment in Business Objects (from DEV to TEST). We will then request a production deployment.

I assume that we will want to put this new value on the appropriate consumer views? Is that correct?

-Bruce

**Bruce Mackliet**
GDIT Supporting ITS-EPA IV (MAINES) Contract
Mobile: (703) 801-8914
mackliet.bruce@epa.gov | bruce.mackliet@gdit.com

---

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Monday, March 3, 2025 2:47 PM
**To:** Mackliet, Bruce <Mackliet.Bruce@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Wilson, Kevin <Wilson.Kevin@epa.gov>; Nguyen, Minh <nguyen.minh@epa.gov>
**Subject:** RE: Update on Closeout Status

Closeout Code or Closeout Type is good to name it in Business Objects.

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

---

**From:** Mackliet, Bruce <Mackliet.Bruce@epa.gov>
**Sent:** Monday, March 3, 2025 11:26 AM
**To:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Wilson, Kevin <Wilson.Kevin@epa.gov>; Nguyen, Minh <nguyen.minh@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** RE: Update on Closeout Status

Hopefully the ETL changes do the trick. In terms of Business Objects, what do we want to call this new object? We have been calling it Closeout Status, but I'm not sure this is correct. I think of it as being more of a Closeout Type. But I will obviously defer to your choice.

Thanks.

**Bruce Mackliet**
GDIT Supporting ITS-EPA IV (MAINES) Contract
Mobile: (703) 801-8914
mackliet.bruce@epa.gov | bruce.mackliet@gdit.com

---

**From:** Mackliet, Bruce
**Sent:** Monday, March 3, 2025 8:06 AM
**To:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Wilson, Kevin <Wilson.Kevin@epa.gov>; Nguyen, Minh <nguyen.minh@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** RE: Update on Closeout Status

Good morning all,

I have checked the data mart this morning and, unfortunately, there was an issue with the deployment somewhere along the line. I am working with the Informatica admin to try to resolve this.

-Bruce

**Bruce Mackliet**

GDIT Supporting ITS-EPA IV (MAINES) Contract
Mobile: (703) 801-8914
mackliet.bruce@epa.gov | bruce.mackliet@gdit.com

---

**From:** Mackliet, Bruce
**Sent:** Friday, February 28, 2025 11:43 AM
**To:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Wilson, Kevin <Wilson.Kevin@epa.gov>; Nguyen, Minh <nguyen.minh@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** RE: Update on Closeout Status

Couple things…

I have submitted an Informatica deployment request to production to get the closeout status. If the deployment happens today, then we should have it in the target data mart on Monday. From there we can see about getting it in the right reporting environments.

I know we talked a bit about actions yesterday. I want to mention that in Business Objects, the various Workflow Analytics folders do have the last completed workflow task. For example, for Funding Recommendations you can see the following:

EPA_00134723

- Funding Recommendation Workflow Analytics
  - Draft FR First Start Date
  - Draft FR First End Date
  - Draft FR Last Start Date
  - Draft FR Last End Date
  - Draft FR Task Entry Count
  - Draft FR Cumulative Duration
  - AO Signature First Start Date
  - AO Signature First End Date
  - AO Signature Last Start Date
  - AO Signature Last End Date
  - AO Signature Task Entry Count
  - AO Signature Cumulative Duration
  - SRO Signature First Start Date
  - SRO Signature First End Date
  - SRO Signature Last Start Date
  - SRO Signature Last End Date
  - SRO Signature Task Entry Count
  - SRO Signature Cumulative Duration
  - Final FR First Start Date
  - Final FR First End Date
  - Final FR Last Start Date
  - Final FR Last End Date
  - Final FR Task Entry Count
  - Final FR Cumulative Duration
  - Last Completed FR WF Task
  - Total Cumulative Duration
  - FR Complete Flag

I will keep you posted.

**Bruce Mackliet**
GDIT Supporting ITS-EPA IV (MAINES) Contract
Mobile:  (703) 801-8914
mackliet.bruce@epa.gov | bruce.mackliet@gdit.com

---

**From:** Mackliet, Bruce
**Sent:** Thursday, February 27, 2025 3:06 PM
**To:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Wilson, Kevin <Wilson.Kevin@epa.gov>; Nguyen, Minh <nguyen.minh@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** Update on Closeout Status

We might be in luck.

It appears that the ETL was picking the closeout date from the grant family and the closeout status from the grant container. In NGGS, the date and status are all null in the grant container. So I switched it to use the status from the family. I think this might do the trick. I am running a test now.

-Bruce

**Bruce Mackliet**
GDIT Supporting ITS-EPA IV (MAINES) Contract
Mobile:  (703) 801-8914
mackliet.bruce@epa.gov | bruce.mackliet@gdit.com

EPA_00134725

**This document is produced in native format.**

**Original file name:**

**Terminations Daily Summary (1).xlsx**

EPA_00134726 - EPA_00134731

**Executive Order Compliance Review**

The following review verification document must be included with any assistance agreement, contract or interagency (IA) funding action or amendment to a workplan or statement of work. The document demonstrates that the signatory understands that the action and associated workplan or performance work statement complies with Executive Order requirements (detailed here: Presidential Actions – The White House) at the time of signature.

For actions requiring this document, signature must be by the Office Director (OD) in Headquarters or the Division Director (DD) in the regions. An OD/DD may assign a designee. Contracting Officers/ Specialists, IA Specialists, and Grants Specialists must retain the signed document in the contract, IA or grant file.

Funding actions for $50,000 and above, review and signature by a DOGE team member is required.

**Funding Action Review Confirmation**

This confirms that the workplan, budget or performance work statement does not conflict with the Executive Orders and aligns with the Administrator's "Powering the Great American Comeback" initiative. Funding organizations may batch actions and attach a list of covered actions, which must include the following details, at a minimum.

Contract/ Grant/ IA #:

Recipient/ Vendor name:

Funding amount $:

Description of Work (one sentence and only for $50,000 and above actions):

_____

Program Office Director (or designee)/ Regional Division Director (or designee)

_____

DOGE Team (if required)

Message

| | |
|---|---|
| **From:** | Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **Sent:** | 3/6/2025 4:11:18 PM |
| **To:** | Wise, Melissa [wise.melissa@epa.gov] |
| **CC:** | Schindel, Phillip [Schindel.Phillip@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov] |
| **Subject:** | RE: Request for Data -Pending Action Report DONE |
| **Attachments:** | Pending Grant Actions List 20250305.xlsx; Pending Grant Actions Summary Report 20250305.pdf |

Hi Melissa,

Attached is the Pending Actions Report using Minh's auto-generated pending action 3/5/25.

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

---

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Thursday, March 6, 2025 2:21 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** RE: Request for Data - Funded Action FY23-FY25 Done

Hi Melissa,

Attached is the Funded Action FY23-FY25 list and report.

Tomorrow, I will work on the pending actions that was generated yesterday.

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Wednesday, March 5, 2025 5:20 PM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** FW: Request for Data
**Importance:** High

Hi Kat,

I see you are still online. Can you please work on this? There is urgency here.

Thank you!

Melissa

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Wednesday, March 5, 2025 7:15 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** RE: Request for Data

I need to get something to the politicals tomorrow. Can we please just pull the following from NGGS (I removed any requirements that would require Compass data):

1.      Aggregate dollar amounts for:
a.      Pending award
b.      Awarded/ obligated
2.      List of all pending and awarded grants (this should be easy to pull from the daily report)

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title |
|---|---|
| 66.040 | Diesel Emissions Reduction Act (DERA) State Grants |
| 66.049 | Clean Heavy-Duty Vehicles Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |
| 66.616 | Environmental and Climate Justice Block Grant Program |

EPA_00134763

| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| 66.951 | Environmental Education Grants Program |

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 4, 2025 5:27 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** FW: Request for Data

Hi Dan,

I'm heading out to catch my bus. I haven't received the report yet from Kevin but will monitor my email from home.

Have a good evening.

Melissa

**From:** Hurley, Kevin <Hurley.Kevin@epa.gov>
**Sent:** Tuesday, March 4, 2025 2:27 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Humes, Hamilton <Humes.Hamilton@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Request for Data

I will start working on this data run now (just getting back to my desk from having to take leave this afternoon). I'll connect with Phil and Hamilton to complete / QA ASAP.

-
**Kevin Hurley**
Senior Program Analyst
Mission Support Division, Region 2, U.S. EPA
290 Broadway 26th Floor
New York, NY 10007
(212) 637-3420 | hurley.kevin@epa.gov

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 4, 2025 12:20 PM
**To:** Hurley, Kevin <Hurley.Kevin@epa.gov>
**Cc:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Humes, Hamilton <Humes.Hamilton@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Request for Data

Hi Kevin,

Just following up to determine if you can re-run the reports today. If not, please let me know so that I can ask Phil to work on this task today.

Thank you!
Melissa

---

**From:** Wise, Melissa
**Sent:** Tuesday, March 4, 2025 10:18 AM
**To:** Hurley, Kevin <Hurley.Kevin@epa.gov>
**Cc:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Humes, Hamilton <Humes.Hamilton@epa.gov>
**Subject:** FW: Request for Data
**Importance:** High

Hi Kevin,

Please see initial request below from Dan. Phil has shared your PowerBI data, but it is as of February 10th. Can you please re-run the reports to reflect the most accurate data? This is time-sensitive.

Thanks,
Melissa

---

**From:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Sent:** Tuesday, March 4, 2025 9:26 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** RE: Request for Data

Hi Melissa,

I am requesting to redirect the request to OCFO. We really need Compass data. Teasing out the colors of money particular to any award is very difficult to use via OGD Datamart. We can do it, but not if there is any sort of time sensitivity.

I've attached 2 things and a table below, all from their Power-BI tool.
a - The "Pending" attachment was exported from their tool this morning. They would just have to add breakouts for the funding source. Datamart cannot do this without generating a unique line on a report for each line of accounting. If we build it, we take that export and then manipulate in Excel to generate something legible.

b & c - The "Active Grants Agreements – PRCs" is an example of the requested report with accounts and expenditure/availability data. This was run on February 10, and is what I would request an update of.

With the Assistance Listings, here's where those stand (direct pull from Power BI as of this morning). If there's a desire to tease this out by color of money, OCFO would just insert Compass data.

| Assistance Listing Code | Assistance Listing Description | Obligated (NGGS) | Expended (NGGS) | ULO (NGGS) | % ULO (NGGS) | Awarded Grants |
|---|---|---|---|---|---|---|
| 66.049 | Clean Heavy-Duty Vehicles Program | $634,141,110 | $702 | $634,140,408 | 100.0% | 63 |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA | $6,703,990 | $26,670 | $6,677,320 | 99.6% | 1 |
| 66.616 | Environmental and Climate Justice Block Grant Program | $1,510,553,982 | $21,548,546 | $1,489,005,436 | 98.6% | 103 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) | $636,000,000 | $10,559,623 | $625,440,377 | 98.3% | 17 |
| 66.312 | State Environmental Justice Cooperative Agreement Program | $91,097,567 | $7,188,361 | $83,909,206 | 92.1% | 110 |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | $51,145,352 | $11,352,350 | $39,793,002 | 77.8% | 132 |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | $87,717,270 | $19,882,921 | $67,834,349 | 77.3% | 19 |
| 66.040 | Diesel Emissions Reduction Act (DERA) State Grants | $103,892,409 | $43,997,820 | $59,894,589 | 57.7% | 128 |
| 66.951 | Environmental Education Grants | $9,182,443 | $4,485,774 | $4,696,669 | 51.1% | 98 |
| 66.614 | Direct Financial Assistance to Community Service Providers to support Environmental Justice Activities | $316,766 | $174,577 | $142,189 | 44.9% | 5 |
| 66.604 | Environmental Justice Small Grant Program | $2,082,484 | $1,757,991 | $324,492 | 15.6% | 31 |

Phillip Schindel
Acting Director
US EPA Grants Management and Business Operations Division
202-564-5293
Schindel.Phillip@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 4, 2025 7:42 AM
**To:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** FW: Request for Data
**Importance:** High

Hi Phil,

Can you or someone on the data team please pull the requested reports together?

Thank you,
Melissa

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, March 3, 2025 8:40 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Request for Data

Melissa, I received a request from leadership can someone in OGD please pull the following details for the grant programs listed below:

1.    Aggregate dollar amounts broken out by IIJA, IRA and base appropriated for:
a.    Pending award

b.      Awarded/ obligated
c.      Available funding (awarded – expended)
2.      List of all pending and awarded grants (this should be easy to pull from the daily report)

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title |
|---|---|
| 66.040 | Diesel Emissions Reduction Act (DERA) State Grants |
| 66.049 | Clean Heavy-Duty Vehicles Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| 66.951 | Environmental Education Grants Program |

EPA_00134767

**This document is produced in native format.**

**Original file name:**

**Pending Grant Actions List 20250305.xlsx**

EPA_00134768 - EPA_00134870

Message
_____

**From:**       Wise, Melissa [wise.melissa@epa.gov]
**Sent:**       3/6/2025 6:58:12 PM
**To:**         Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Wilson, Kevin [Wilson.Kevin@epa.gov]
**CC:**         Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]
**Subject:**    FW: Request for Data - Pending Awards
**Attachments:** Pending Grant Actions List 20250305.xlsx


Hi All,

Sharing for awareness.

Melissa

_____

**From:** Wise, Melissa
**Sent:** Thursday, March 6, 2025 1:30 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Request for Data - Pending Awards

Hi Dan,

Attached is the Pending Awards List for the following CFDAs.  I added two columns "New Awards and Monetary Amendments" and "Decrease Amendments" to reflect what is showing in the Pending Awards List.  Anything marked 'N/A' means there is no pending action for that CFDA.

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title | New Awards and Monetary Amendments | Decrease Amendments |
|---|---|---|---|
| 66.040 | Diesel Emissions Reduction Act (DERA) State Grants | | N/A |
| 66.049 | Clean Heavy-Duty Vehicles Program | | N/A |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | | N/A |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | N/A | N/A |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program | | N/A |
| 66.604 | Environmental Justice Small Grant Program | N/A | N/A |

EPA_00134887

| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues | N/A | N/A |
|---|---|---|---|
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | N/A | N/A |
| 66.616 | Environmental and Climate Justice Block Grant Program | | N/A |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | N/A | N/A |
| 66.951 | Environmental Education Grants Program | | |

Melissa

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Wednesday, March 5, 2025 7:15 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** RE: Request for Data

I need to get something to the politicals tomorrow. Can we please just pull the following from NGGS (I removed any requirements that would require Compass data):

1. Aggregate dollar amounts for:
a. Pending award
b. Awarded/ obligated
2. List of all pending and awarded grants (this should be easy to pull from the daily report)

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title |
|---|---|
| 66.040 | Diesel Emissions Reduction Act (DERA) State Grants |
| 66.049 | Clean Heavy-Duty Vehicles Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

EPA_00134888

| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program |
| --- | --- |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |
| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| 66.951 | Environmental Education Grants Program |

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 4, 2025 5:27 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** FW: Request for Data

Hi Dan,

I'm heading out to catch my bus. I haven't received the report yet from Kevin but will monitor my email from home.

Have a good evening.

Melissa

**From:** Hurley, Kevin <Hurley.Kevin@epa.gov>
**Sent:** Tuesday, March 4, 2025 2:27 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Humes, Hamilton <Humes.Hamilton@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Request for Data

I will start working on this data run now (just getting back to my desk from having to take leave this afternoon). I'll connect with Phil and Hamilton to complete / QA ASAP.

EPA_00134889

-

**Kevin Hurley**
Senior Program Analyst
Mission Support Division, Region 2, U.S. EPA
290 Broadway 26th Floor
New York, NY 10007
(212) 637-3420 | hurley.kevin@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 4, 2025 12:20 PM
**To:** Hurley, Kevin <Hurley.Kevin@epa.gov>
**Cc:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Humes, Hamilton <Humes.Hamilton@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Request for Data

Hi Kevin,

Just following up to determine if you can re-run the reports today.  If not, please let me know so that I can ask Phil to work on this task today.

Thank you!
Melissa

---

**From:** Wise, Melissa
**Sent:** Tuesday, March 4, 2025 10:18 AM
**To:** Hurley, Kevin <Hurley.Kevin@epa.gov>
**Cc:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Humes, Hamilton <Humes.Hamilton@epa.gov>
**Subject:** FW: Request for Data
**Importance:** High

Hi Kevin,

Please see initial request below from Dan.  Phil has shared your PowerBI data, but it is as of February 10th.  Can you please re-run the reports to reflect the most accurate data?  This is time-sensitive.

Thanks,
Melissa

---

**From:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Sent:** Tuesday, March 4, 2025 9:26 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** RE: Request for Data

Hi Melissa,

I am requesting to redirect the request to OCFO. We really need Compass data. Teasing out the colors of money particular to any award is very difficult to use via OGD Datamart. We can do it, but not if there is any sort of time sensitivity.

I've attached 2 things and a table below, all from their Power-BI tool.
a - The "Pending" attachment was exported from their tool this morning. They would just have to add breakouts for the funding source. Datamart cannot do this without generating a unique line on a report for each line of accounting. If we build it, we take that export and then manipulate in Excel to generate something legible.

EPA_00134890

b & c - The "Active Grants Agreements – PRCs" is an example of the requested report with accounts and expenditure/availability data. This was run on February 10, and is what I would request an update of.

With the Assistance Listings, here's where those stand (direct pull from Power BI as of this morning). If there's a desire to tease this out by color of money, OCFO would just insert Compass data.

| Assistance Listing Code | Assistance Listing Description | Obligated (NGGS) | Expended (NGGS) | ULO (NGGS) | % ULO (NGGS) | Awarded Grants |
|---|---|---|---|---|---|---|
| 66.049 | Clean Heavy-Duty Vehicles Program | $634,141,110 | $702 | $634,140,408 | 100.0% | 63 |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction materials and Produicts - IRA | $6,703,990 | $26,670 | $6,677,320 | 99.6% | 1 |
| 66.616 | Environmental and Climate Justice Block Grant Program | $1,510,553,982 | $21,548,546 | $1,489,005,436 | 98.6% | 103 |
| 66.615 | Environmental Justice Communities Pass-through Funder Program (EJCPF) | $636,000,000 | $10,559,623 | $625,440,377 | 98.3% | 17 |
| 66.312 | State Environmental Justice Cooperative Agreement Program | $91,097,567 | $7,188,361 | $83,909,206 | 92.1% | 110 |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | $51,145,352 | $11,352,350 | $39,793,002 | 77.8% | 132 |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | $87,717,270 | $19,882,921 | $67,834,349 | 77.3% | 19 |
| 66.040 | Diesel Emissions Reduction Act (DERA) State Grants | $103,892,409 | $43,997,820 | $59,894,589 | 57.7% | 128 |
| 66.951 | Environmental Education Grants | $9,182,443 | $4,485,774 | $4,696,669 | 51.1% | 98 |
| 66.614 | Direct Financial Assistance to Community Service Providers to support Environmental Justice Activities | $316,766 | $174,577 | $142,189 | 44.9% | 5 |
| 66.604 | Environmental Justice Small Grant Program | $2,082,484 | $1,757,991 | $324,492 | 15.6% | 31 |

Phillip Schindel
Acting Director
US EPA Grants Management and Business Operations Division
202-564-5293
Schindel.Phillip@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 4, 2025 7:42 AM
**To:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** FW: Request for Data
**Importance:** High

Hi Phil,

Can you or someone on the data team please pull the requested reports together?

Thank you,
Melissa

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, March 3, 2025 8:40 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Request for Data

Melissa, I received a request from leadership can someone in OGD please pull the following details for the grant programs listed below:

1.      Aggregate dollar amounts broken out by IIJA, IRA and base appropriated for:
a.      Pending award
b.      Awarded/ obligated
c.      Available funding (awarded – expended)
2.      List of all pending and awarded grants (this should be easy to pull from the daily report)

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title |
|---|---|
| 66.040 | Diesel Emissions Reduction Act (DERA) State Grants |
| 66.049 | Clean Heavy-Duty Vehicles Program |
| 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| 66.312 | Environmental Justice Government-to-Government (EJG2G) Program |
| 66.604 | Environmental Justice Small Grant Program |
| 66.614 | Financial Assistance For Community Support Activities To Address Environmental Justice Issues |
| 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |

EPA_00134892

| 66.616 | Environmental and Climate Justice Block Grant Program |
| 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| 66.951 | Environmental Education Grants Program |

EPA_00134893

**This document is produced in native format.**

**Original file name:**

**Pending Grant Actions List 20250305.xlsx**

EPA_00134894 - EPA_00134995

Message

**From:** Oboyle, Ellen [oboyle.ellen@epa.gov]
**Sent:** 3/6/2025 8:25:27 PM
**To:** Schindel, Phillip [Schindel.Phillip@epa.gov]
**Subject:** FOIA Request 2025-EPA-03348
**Attachments:** SC EIP Request to EPA re Funding w Attach 2-4-25.pdf; Copy of Grant Terminatons List (002)3-6-25 Grants Funded and Terminated.xlsx

To discuss:

Hello, we have received a FOIA request from the Sierra Club for information on the termination of grants, the request is attached. Also attached is an excel sheet listing the individual grant information on those awards that were terminated. The request is for all records in the file regarding the termination of these grants. We are responsible for providing the documents requested in question numbers 3 and 4 below.

3. All records reflecting a notification to a grant or loan recipient that the agency is withholding or terminating the grant or loan, and all records reflecting the agency's rationale for doing so, as stated to the recipient.

4. All records identifying grants or loans referenced in section (3) above that were issued prior to January 20, 2025, and that were terminated between January 20, 2025, and the date of your search. Data Completed Search 3/3/2025.

Here are the grants listed below and in the excel sheet above. Please send me a copy of the records for each of your grants related to the termination. Please submit them to be by March 14th, let me know if you have any questions. Thank you.

Devon Brown

| Yes | 2/21/2025 | 2/21/2025 | XJ | 84061101 | 84061101-1 | $10,000,000 | $8,000,000 | $5,526,117 | EPA HQ | OEJECR |

| Institute for Sustainable Communities | VT | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |

Region 1- Brian Tocci

| Yes | 2/21/2025 | 2/21/2025 | XJ | 84061101 | 84061101-1 | $10,000,000 | $8,000,000 | $5,526,117 | EPA HQ | OEJECR |

Region 10 Andrea Manion

| 2/25/2025 | 5N | 02J63801 | 02J63801-2 | $8,000,000 | $8,000,000 | $6,457,916 | EPA R10 | R10 | 3/1/2024 | 2/28/2027 |
| 2/24/2025 | 5B | 02J56601 | 02J56601-1 | $500,000 | $500,000 | $425,174 | EPA R10 | R10 | 4/1/2024 | 3/31/2027 |

Region 3 Ken Rose and Kelly Sherwood

| Yes | 2/21/2025 | 2/24/2025 | 5N | 95341301 | 95341301-1 | $8,000,000 | $8,000,000 | $6,821,157 | EPA R3 | R03 |
| Yes | 2/21/2025 | 2/24/2025 | XJ | 95314201 | 95314201-3 | $12,000,000 | $12,000,000 | $6,541,566 | EPA R3 | R03 |
| Yes | 2/21/2025 | 2/24/2025 | 5B | 95334801 | 95334801-1 | $500,000 | $500,000 | $478,160 | EPA R3 | R03 |

| Yes | 2/21/2025 | 2/24/2025 | 5B | 95338201 | 95338201-1 | $500,000 | $500,000 | $463,397 | EPA R3 | R03 |
|---|---|---|---|---|---|---|---|---|---|---|

**Region 4 Shantel Shelmon**

| Yes | 2/21/2025 | 2/24/2025 | XJ | 13746681 | 13746681-3 | $13,000,000 | $11,000,000 | $8,602,800 | EPA R4 | R04 |
|---|---|---|---|---|---|---|---|---|---|---|
| Yes | 2/21/2025 | 2/24/2025 | 5B | 03D03124 | 03D03124-1 | $500,000 | $500,000 | $344,607 | EPA R4 | R04 |

**Region 5 Sheila Dolan**

| Yes | 2/21/2025 | 2/21/2025 | 5N | 00E03682 | 00E03682-1 | $8,000,000 | $8,000,000 | $6,821,965 | EPA R5 | R05 |
|---|---|---|---|---|---|---|---|---|---|---|
| Yes | 2/21/2025 | 2/21/2025 | XJ | 00E03450 | 00E03450-4 | $10,000,000 | $8,000,000 | $6,032,005 | EPA R5 | R05 |
| Yes | 2/25/2025 | 2/26/2025 | XJ | 00E03451 | 00E03451-2 | $10,000,000 | $4,000,000 | $1,532,108 | EPA R5 | R05 |

**Region 6 Christopher Watkins**

| Yes | 2/22/2025 | 2/25/2025 | 5B | 02F50601 | 02F50601-1 | $500,000 | $500,000 | $232,243 | EPA R6 | R06 |
|---|---|---|---|---|---|---|---|---|---|---|
| Yes | 2/22/2025 | 2/24/2025 | 5B | 02F50801 | 02F50801-1 | $500,000 | $500,000 | $410,939 | EPA R6 | R06 |
| Yes | 2/21/2025 | 2/21/2025 | XJ | 96701501 | 96701501-3 | $10,000,000 | $8,000,000 | $6,150,076 | EPA R7 | R07 |

**Region 7 Whitney Rawls**

| Yes | 2/21/2025 | 2/21/2025 | XJ | 96701501 | 96701501-3 | $10,000,000 | $8,000,000 | $6,150,076 | EPA R7 | R07 |
|---|---|---|---|---|---|---|---|---|---|---|

**Region 8 Sarah Hulstein**

| Yes | 2/21/2025 | 2/25/2025 | XJ | 00I10501 | 00I10501-2 | $10,000,000 | $7,000,000 | $6,430,046 | EPA R8 | R08 |
|---|---|---|---|---|---|---|---|---|---|---|

**Region 9 Carolyn Truong**

| Yes | 2/21/2025 | 2/24/2025 | XJ | 98T65801 | 98T65801-3 | $9,999,999 | $8,100,000 | $6,492,862 | EPA R9 | R09 |
|---|---|---|---|---|---|---|---|---|---|---|
| Yes | 2/21/2025 | 2/24/2025 | 5B | 98T88701 | 98T88701-1 | $500,000 | $500,000 | $381,032 | EPA R9 | R09 |
| Yes | 2/21/2025 | 2/24/2025 | 51 | 98T91201 | 98T91201-1 | $500,000 | $500,000 | $465,754 | EPA R9 | R09 |
| Yes | 2/21/2025 | 2/24/2025 | 51 | 98T91501 | 98T91501-1 | $500,000 | $500,000 | $429,810 | EPA R9 | R09 |

Ellen O'Boyle
Special Assistant to the Division Director
Grants Management and Business Operations Division
Office of Grants and Debarment
U.S. EPA
202-564-5326
Oboyle.ellen@epa.gov

EPA_00139205

**This document is produced in native format.**

**Original file name:**

**Copy of Grant Terminatons List (002)3-6-25 Grants Funded and Terminated.xlsx**

EPA_00139206 - EPA_00139212

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/6/2025 9:00:39 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC**: | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

EPA_00139214 - EPA_00139285

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/31/2025 8:00:41 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC**: | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

EPA_00139286

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message
_____

**From:**         oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov]
**Sent:**         3/7/2025 9:00:27 PM
**To:**           Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa
                  [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip
                  [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**CC:**           Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov]
**Subject:**      Pending Grant Actions
**Attachments:**  Pending Grants Actions – All Regions and HQ.xlsx


Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

EPA_00139383

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

| From: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| --- | --- |
| Sent: | 3/8/2025 9:00:13 PM |
| To: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| CC: | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| Subject: | Pending Grant Actions |
| Attachments: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

EPA_00139456

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

EPA_00139457 - EPA_00139528

Message

---

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/9/2025 9:30:22 PM |
| **To**: | Mims, Kathy [Mims.Kathy@epa.gov]; Eades, Cassaundra [Eades.Cassaundra@epa.gov]; Tillery, Loreto [Tillery.Loreto@epa.gov]; Scales, Wuanisha [Scales.Wuanisha@epa.gov]; Bailey, KevinJ [Bailey.KevinJ@epa.gov] |
| **CC**: | Nitsch, Chad [Nitsch.Chad@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | OCIR_Mail_Merge_Source_Data |
| **Attachments**: | OCIR_Mail_Merge_Source_Data.xlsx |

Attached is prepared Mail Merge Source Data This report is daily generated (2025-03-09-17-29-31). Automated delivery of this report will cease on 10/1/2025. Please contact Minh Nguyen for questions about the data or if the report needs to change. Thanks!

EPA_00139529

Message
___

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/9/2025 9:31:10 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC**: | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message
_____

From:        Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
Sent:        3/10/2025 2:41:29 PM
To:          Oboyle, Ellen [oboyle.ellen@epa.gov]
CC:          Schindel, Phillip [Schindel.Phillip@epa.gov]
Subject:     Daily Summary Report of Grant Terminations as of 03/07/2025
Attachments: Grant Termination List.xlsx; Grant Terminations Report 2025.03.07.pdf

Hi Ellen,

I cannot remember if I forward latest grant termination list to you. If not, here it is.

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

_____

**From:** Tsing-Choy, Kathy
**Sent:** Friday, March 7, 2025 1:54 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Hublar, Jennifer <Hublar.Jennifer@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Wilson, Kevin <Wilson.Kevin@epa.gov>; Nguyen, Minh <nguyen.minh@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** Daily Summary Report of Grant Terminations as of 03/07/2025

Hi all,

Attached is the summary report of Grant Terminations.

Quick summary:
- 24 grants awarded and cancelled
- 25 grants not yet awarded and cancelled

*Kathy Tsing-Choy*
Associate Award Official
OMS-OGD-GMBOD-BOB
202-565-0049 or MS Team
tsing-choy.kathy@epa.gov

"To serve as a leader and supporter, live a balanced life, and to build collaborative relationships among individuals or group members toward a common vision."



EPA_00139669

This document is produced in native format.

Original file name:

Grant Termination List.xlsx

EPA_00139670 - EPA_00139681

## Grant Termination Summary Report

Data compiled as of 03/07/2025

| Region/HQ | No. of Grants Awarded and Cancelled | Amount Awarded and Cancelled | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled | Amount Not Yet Awarded and Cancelled |
|---|---|---|---|---|---|
| R01 | 1 | $500,000 | $331,894 | 0 | $0 |
| R02 | 0 | $0 | $0 | 0 | $0 |
| R03 | 4 | $21,000,000 | $14,304,280 | 0 | $0 |
| R04 | 2 | $11,500,000 | $8,947,408 | 0 | $0 |
| R05 | 3 | $20,000,000 | $14,386,079 | 0 | $0 |
| R06 | 2 | $1,000,000 | $643,182 | 0 | $0 |
| R07 | 1 | $8,000,000 | $6,150,076 | 0 | $0 |
| R08 | 1 | $7,000,000 | $6,430,046 | 0 | $0 |
| R09 | 4 | $9,600,000 | $7,769,459 | 0 | $0 |
| R10 | 2 | $8,500,000 | $6,883,089 | 0 | $0 |
| HQ | 4 | $9,499,413 | $6,743,841 | 25 | $129,617,409 |
| Total | 24 | $96,599,413 | $72,589,353 | 25 | $129,617,409 |



Total Amount Awarded and Cancelled by Region (%)

Message
_____

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/10/2025 7:59:36 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC**: | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

EPA_00139756 - EPA_00139821

Message
_____

**From:** Humes, Hamilton [Humes.Hamilton@epa.gov]
**Sent:** 3/10/2025 9:08:07 PM
**To:** Webb, Brian [Webb.Brian@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Hurley, Kevin [Hurley.Kevin@epa.gov]
**Subject:** FW: assistance listings list
**Attachments:** epa_grant_program_guide_crosswalk.xlsx; OCFO OB RPOD_CFDA_Financial Codes Crosswalk.xlsx

Thanks Phil.

Wanted to tell you all that OB got the assignment from Yulia in OMS to build the full cross walk from the CFDA codes to the financial codes and budgets.

Attached is the format that OB was given.
Also attached is the

Know that there is going to be an issue since there is not a 1 to 1 crosswalk between the Assistance Listing codes.

Hamilton

_____

**From:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Sent:** Monday, March 10, 2025 4:19 PM
**To:** Humes, Hamilton <Humes.Hamilton@epa.gov>
**Cc:** Hurley, Kevin <Hurley.Kevin@epa.gov>
**Subject:** assistance listings list

EPA_00139822

Message
_____

**From:**          Wise, Melissa [wise.melissa@epa.gov]
**Sent:**          3/10/2025 11:39:00 PM
**To:**            Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**CC:**            Schindel, Phillip [Schindel.Phillip@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]
**Subject:**       FW: ACTION NEEDED (by COB Today): Cancel Grant
**Attachments:**   Termination of EPA Assistance Award 52-02J57401

Hi Kat,

For tracking.

Thanks,
Melissa

**From:** Manion, Andrea <Manion.Andrea.L@epa.gov>
**Sent:** Monday, March 10, 2025 7:37 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>
**Cc:** Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: ACTION NEEDED (by COB Today): Cancel Grant

Hi,
The termination message sent to grantee is attached.
Take care,
Ann

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Monday, March 10, 2025 3:05 PM
**To:** Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** ACTION NEEDED (by COB Today): Cancel Grant
**Importance:** High

Hi Peggy and Ann,

I received an urgent request from leadership to cancel the following grant **by COB today**:

**02J57401-0 -** "Advancing tree equity and environmental justice in Spokane
County through urban forestry career development and
educational programs"

Please confirm receipt of this email. Apologies for the very short turnaround time.

Thank you,

*Melissa Wise*

Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911



EPA_00140491

Message
_____

| | |
|---|---|
| **From:** | Manion, Andrea [Manion.Andrea.L@epa.gov] |
| **Sent:** | 3/10/2025 11:25:47 PM |
| **To:** | Cori-Turntine@SpokaneCD.org |
| **CC:** | garth-davis@spokanecd.org; Herrick, David [Herrick.David@epa.gov]; Lindsay, Jesse [Lindsay.Jesse@epa.gov]; Johnson, Peggy D. [johnson.peggyd@epa.gov] |
| **Subject:** | Termination of EPA Assistance Award 52-02J57401 |
| **Attachments:** | Termination_Memo_52-02J57401 .pdf; OMB Form 02J57401-1.pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.
**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Peggy Johnson, EPA R10 Mission Support Division at johnson.peggy.d@epa.gov.

Sincerely,
Andrea (Ann) Manion
Grants Management Officer
U.S. Environmental Protection Agency, R10
1200 Sixth Avenue, Suite 155
Seattle, WA 98101
206-553-1087

Attachments:
Official EPA Award Document
Termination Memo



# OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

March 10, 2025

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement 52-02J57401 under 2 CFR 200.340

**FROM:**    Ann Manion, EPA Award Official

**TO:**    Cori Turntine, Operations Manager

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 52-02J57401 awarded to Spokane Conservation District. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement 52-02J57401 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

EPA_00140493

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Peggy Johnson (johnson.peggyd@epa.gov) must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, manion.andrea.l@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.


ATTACHMENT
Amendment Document

cc:  David Herrick (EPA Grant Specialist)
     Jesse Lindsay (EPA Project Officer)
     Garth Davis (Grantee Program Manager)

2

EPA_00140494

52 - 02J57401 - 1    Page 1

| | |
|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | **GRANT NUMBER (FAIN):** 02J57401 **MODIFICATION NUMBER:** 1 **PROGRAM CODE:** 52 **DATE OF AWARD** 03/10/2025 |

| **GRANT NUMBER (FAIN):** 02J57401 | | **DATE OF AWARD** |
|---|---|---|
| **MODIFICATION NUMBER:** 1 | | 03/10/2025 |
| **PROGRAM CODE:** 52 | | |
| **TYPE OF ACTION** No Cost Amendment | | **MAILING DATE** 03/10/2025 |
| **PAYMENT METHOD:** ASAP | | **ACH#** PEND |

| **RECIPIENT TYPE:** Special District | **Send Payment Request to:** Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** | **PAYEE:** |
| Spokane Conservation District 4422 E 8th Ave Spokane Valley, WA 99212-0292 **EIN:** 91-0911235 | Spokane Conservation District 4422 E 8th Ave Spokane Valley, WA 99212-0292 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Garth Davis 4422 E 8th Ave Spokane Valley, WA 99212-0292 **Email:** garth-davis@spokaneCD.org **Phone:** 509-535-7274 | Jesse Lindsay 1200 6th Ave., Suite 155 Seattle, WA 98101 **Email:** Lindsay.Jesse@epa.gov **Phone:** 206-553-0708 | David Herrick 1200 6th Ave., Suite 155 Seattle, WA 98101 **Email:** herrick.david@epa.gov **Phone:** 206-553-2579 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Advancing tree equity and environmental justice in Spokane County through urban forestry career development and educational programs

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| **BUDGET PERIOD** 02/01/2024 - 03/10/2025 | **PROJECT PERIOD** 02/01/2024 - 03/10/2025 | **TOTAL BUDGET PERIOD COST** $ 877,458.00 | **TOTAL PROJECT PERIOD COST** $ 877,458.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/13/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share <u>100.00%</u> of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 877,458.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 10, EPA Region 10 Mail Code: 17-C04, 1200 Sixth Avenue, Suite 155 Seattle, WA 98101 | U.S. EPA, Region 10, RAD R10 - Region 10 1200 6th Ave Ste 155 Seattle, WA 98101 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| Digital signature applied by EPA Award Official Andrea Manion - Grants Management Officer | **DATE** 03/10/2025 |

EPA_00140495

52 - 02J57401 - 1     Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 877,458 | $ 0 | $ 877,458 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 877,458 | $ 0 | $ 877,458 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.312 - Environmental Justice Government-to-Government (EJG2G) Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

EPA_00140496

52 - 02J57401 - 1     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 313,683 |
| 2. Fringe Benefits | $ 19,906 |
| 3. Travel | $ 5,109 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 153,469 |
| 6. Contractual | $ 0 |
| 7. Construction | $ 0 |
| 8. Other | $ 329,286 |
| 9. Total Direct Charges | $ 821,453 |
| 10. Indirect Costs: 0.00 % Base | $ 56,005 |
| 11. Total (Share: Recipient ___0.00 % Federal _100.00 %) | $ 877,458 |
| 12. Total Approved Assistance Amount | $ 877,458 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 877,458 |

EPA_00140497

52 - 02J57401 - 1    Page 4

## Administrative Conditions

### UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

   a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

   b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

   c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

   a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

   b. Explanations on why established outputs/outcomes were not met; and

   c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

   a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

   b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

EPA_00140498

52 - 02J57401 - 1    Page 5

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

52 - 02J57401 - 1    Page 6

## Programmatic Conditions

All Programmatic Conditions Remain the Same


END OF DOCUMENT

Message
_____

**From:**       Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**Sent:**       3/11/2025 2:31:50 AM
**To:**         Wise, Melissa [wise.melissa@epa.gov]
**CC:**         Schindel, Phillip [Schindel.Phillip@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]
**Subject:**    RE: ACTION NEEDED (by COB Today): Cancel Grant

Thank you, Melissa.

Tracked. Will monitor to ensure FT code is entered in NGGS and add to tomorrow's termination report.

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Monday, March 10, 2025 4:39 PM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** FW: ACTION NEEDED (by COB Today): Cancel Grant

Hi Kat,

For tracking.

Thanks,
Melissa

**From:** Manion, Andrea <Manion.Andrea.L@epa.gov>
**Sent:** Monday, March 10, 2025 7:37 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>
**Cc:** Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: ACTION NEEDED (by COB Today): Cancel Grant

Hi,
The termination message sent to grantee is attached.
Take care,
Ann

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Monday, March 10, 2025 3:05 PM
**To:** Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** ACTION NEEDED (by COB Today): Cancel Grant
**Importance:** High

Hi Peggy and Ann,

EPA_00140501

I received an urgent request from leadership to cancel the following grant **by COB today**:

**02J57401-0** - "Advancing tree equity and environmental justice in Spokane County through urban forestry career development and educational programs"

Please confirm receipt of this email.  Apologies for the very short turnaround time.

Thank you,

*Melissa Wise*

Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911



Message
_____

**From:** Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**Sent:** 3/11/2025 2:16:32 PM
**To:** Wise, Melissa [wise.melissa@epa.gov]
**CC:** Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO

Sorry, that I did not add a column for the T&C. For the next final batch will add the column and check for the latest OMB form T&C added.

Thank you, Ken and Phil for going thru the first batch re: T&C.

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 11, 2025 4:12 AM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO
**Importance:** High

Hi Kat,

Thank you for all your help with this!

**Ken** – Can you please add a column to determine which grants have the new Termination T&C included in the award? I still need this important piece of information to then share the list with the GMOs.

Thanks,
Melissa

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Tuesday, March 11, 2025 6:38 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO

Hi Melissa,

Here is the partial batch for GMOs to start working on. I highlighted R1 00A01311-1 grant that needs to terminate immediately.

The two pdfs termination list combined have total 482. I have reconciled and download the latest OMB form for record = 182 (including the R10 cancelled on 03/10/25 and need to officially code "FT" on 03/11/25).

I have remaining 300 to reconcile, add to tracker, and identify the program code, GS, to the FAIN provided.

**Note:** The EJ PDF list provided when reconciling and checking GS and status against NGGS, some grants have been closed through normal process, and I find a few were terminated in February. I coded those "CLOSED."

I am tired and need to take a few hours' sleep before I catch the bus to be in office. I did not expect the pdf list to be 24 pages and over 400 grants listed mixed of closed and not closed.


*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Monday, March 10, 2025 2:25 PM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** FW: Grant Terminations
**Importance:** High

Hi Kat,

Can you please tell me where these grants reside (i.e., in what regions) and add them to your tracker? Can you also please tell me which grants have the new termination T&C because we will hold on those.

Before anything else, can you please tell me which region is responsible for the highlighted grant as there is a desire to terminate it today.

Thanks,
Melissa

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, March 10, 2025 5:10 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Grant Terminations

Melissa, I received direction from leadership to cancel the following grants. Can we please work with the GMOs to terminate these grants. Please ask them that any with the new termination T&C to hold on terminating those until we provide further direction.

Also, the DOGE team asked that we expedite terminating - "Collaborating for Tree Equity in Providence" 00A01311-1. Is this one we could terminate today?


Dan

Message

_____

**From:** Wise, Melissa [wise.melissa@epa.gov]
**Sent:** 3/11/2025 12:43:15 PM
**To:** Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**CC:** Schindel, Phillip [Schindel.Phillip@epa.gov]
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO

Thank you, Ken. I believe Phil is going to assist with this.

Thank you both.

Melissa

**From:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Sent:** Tuesday, March 11, 2025 8:35 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO

It takes time to determine whether a grant has the updated termination t&c included. Based on the number of grants I will need assistance because I'm out of office after 330pm today for the remainder of the week and I won't be able to access my computer as I'm in sessions.

I've put Kathy's partial list into a shared link so others can assist on this - 📊 Termination Awarded and Unawarded List_March 10 Batch 1 shared.xlsx

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 11, 2025 7:12 AM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO
**Importance:** High

Hi Kat,

Thank you for all your help with this!

**Ken** – Can you please add a column to determine which grants have the new Termination T&C included in the award? I still need this important piece of information to then share the list with the GMOs.

Thanks,
Melissa

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Tuesday, March 11, 2025 6:38 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO

Hi Melissa,

EPA_00140614

Here is the partial batch for GMOs to start working on. I highlighted R1 00A01311-1 grant that needs to terminate immediately.

The two pdfs termination list combined have total 482. I have reconciled and download the latest OMB form for record = 182 (including the R10 cancelled on 03/10/25 and need to officially code "FT" on 03/11/25).

I have remaining 300 to reconcile, add to tracker, and identify the program code, GS, to the FAIN provided.

**Note:** The EJ PDF list provided when reconciling and checking GS and status against NGGS, some grants have been closed through normal process, and I find a few were terminated in February. I coded those "CLOSED."

I am tired and need to take a few hours' sleep before I catch the bus to be in office. I did not expect the pdf list to be 24 pages and over 400 grants listed mixed of closed and not closed.


*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov


**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Monday, March 10, 2025 2:25 PM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** FW: Grant Terminations
**Importance:** High

Hi Kat,

Can you please tell me where these grants reside (i.e., in what regions) and add them to your tracker? Can you also please tell me which grants have the new termination T&C because we will hold on those.

Before anything else, can you please tell me which region is responsible for the highlighted grant as there is a desire to terminate it today.

Thanks,
Melissa

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, March 10, 2025 5:10 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Grant Terminations

Melissa, I received direction from leadership to cancel the following grants. Can we please work with the GMOs to terminate these grants. Please ask them that any with the new termination T&C to hold on terminating those until we provide further direction.

Also, the DOGE team asked that we expedite terminating - "Collaborating for Tree Equity in Providence" 00A01311-1. Is this one we could terminate today?


Dan

EPA_00140616

Message

| | |
|---|---|
| **From:** | Acosta, Savannah [Acosta.Savannah@epa.gov] |
| **Sent:** | 3/11/2025 4:29:19 PM |
| **To:** | Oneil, Walker [Oneil.Walker@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Romero, Clarisa [Romero.Clarisa@epa.gov] |
| **Subject:** | OGD/OGGRF Check-In Notes 3/11/2025 |

Hey there, please see the notes below from today's meeting.

Attendees

- Clarisa Romero

- Phil Schindler

- Kathy Tsing-Choy

- Walker Oneil

- Van Acosta

Agenda

- Van sent new Executive Order Review Guidance on 3/7

o        The new guidance specifies that any financial award changes of 50k or over require DOGE review and approval

o        It's not anticipated that this will affect the GGRF grants, seeing as they are already awarded, but I wanted the GGRD contacts to have access to the document just in case

- There is a section in the SOP providing guidance on budget changes for meals and events. The question being asked is whether or not the threshold for OGD review is still 10% or if we can lower it for these grants since 10% is such a high dollar amount.

o        No, we cannot lower the 10% threshold as it is a formal policy in the EPA General Terms and Conditions (24.1(1)).

o        Specifically, the policy states: "The recipient must obtain prior approval from EPA's Grant Management Officer if the cumulative amount of funding transfers among direct budget categories or programs, functions and activities exceeds 10% of the total budget, as last approved by EPA, including cost share."

o        In other words: Small budget changes (<10% of the total budget including cost share, NOT 10% of a budget category) do not require a change request, and PO notification is sufficient. If multiple small budget changes are being made, then GMO approval and formal amendment is required once the latest budget differs from the last approved budget on file by 10%.

o        The 10% threshold referenced in the "Meals and Events" category of the SOP should stay as is so it aligns with this policy.

o        Please let us know if you have any questions on the applicability of this.

Action Items

- None!

See y'all next week!

**Van Acosta**
Senior Grant Management Specialist
Office of Grants and Debarment, U.S. EPA
1200 Pennsylvania Ave NW
Washington, D. C. 20460
(202) 564-8524 | acosta.savannah@epa.gov

Message

---

**From:** Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]
**Sent:** 3/11/2025 6:02:08 PM
**To:** Nguyen, Minh [nguyen.minh@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]
**Subject:** FW: Grant Terminations - Batch 2 March 10 for GMO
**Attachments:** Termination list for data mart 3.11.2025.docx

---

**From:** Sylvester, Kenneth
**Sent:** Tuesday, March 11, 2025 1:06 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO

Please use this link for the grant terminations from March 10 - ▨ Termination Awarded and Unawarded List_March 10.xlsx

---

**From:** Sylvester, Kenneth
**Sent:** Tuesday, March 11, 2025 8:35 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO

It takes time to determine whether a grant has the updated termination t&c included. Based on the number of grants I will need assistance because I'm out of office after 330pm today for the remainder of the week and I won't be able to access my computer as I'm in sessions.

I've put Kathy's partial list into a shared link so others can assist on this - ▨ Termination Awarded and Unawarded List_March 10 Batch 1 shared.xlsx

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 11, 2025 7:12 AM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO
**Importance:** High

Hi Kat,

Thank you for all your help with this!

***Ken*** – Can you please add a column to determine which grants have the new Termination T&C included in the award? I still need this important piece of information to then share the list with the GMOs.

Thanks,
Melissa

---

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Tuesday, March 11, 2025 6:38 AM

EPA_00140644

**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO

Hi Melissa,

Here is the partial batch for GMOs to start working on. I highlighted R1 00A01311-1 grant that needs to terminate immediately.

The two pdfs termination list combined have total 482. I have reconciled and download the latest OMB form for record = 182 (including the R10 cancelled on 03/10/25 and need to officially code "FT" on 03/11/25).

I have remaining 300 to reconcile, add to tracker, and identify the program code, GS, to the FAIN provided.

**Note:** The EJ PDF list provided when reconciling and checking GS and status against NGGS, some grants have been closed through normal process, and I find a few were terminated in February. I coded those "CLOSED."

I am tired and need to take a few hours' sleep before I catch the bus to be in office. I did not expect the pdf list to be 24 pages and over 400 grants listed mixed of closed and not closed.


*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov


**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Monday, March 10, 2025 2:25 PM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** FW: Grant Terminations
**Importance:** High

Hi Kat,

Can you please tell me where these grants reside (i.e., in what regions) and add them to your tracker? Can you also please tell me which grants have the new termination T&C because we will hold on those.

Before anything else, can you please tell me which region is responsible for the highlighted grant as there is a desire to terminate it today.

Thanks,
Melissa

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, March 10, 2025 5:10 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Grant Terminations

Melissa, I received direction from leadership to cancel the following grants. Can we please work with the GMOs to terminate these grants. Please ask them that any with the new termination T&C to hold on terminating those until we provide further direction.

Also, the DOGE team asked that we expedite terminating - "Collaborating for Tree Equity in Providence" 00A01311-1. Is this one we could terminate today?


Dan

EPA_00140646

Message
_____

| | |
|---|---|
| **From:** | Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **Sent:** | 3/11/2025 7:16:42 PM |
| **To:** | Wise, Melissa [wise.melissa@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov] |
| **CC:** | Schindel, Phillip [Schindel.Phillip@epa.gov]; Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Oboyle, Ellen [oboyle.ellen@epa.gov] |
| **Subject:** | Daily Summary Report of Grant Terminations as of 03/11/25 |
| **Attachments:** | Grant Terminations Report 2025.03.11.pdf; Grant Termination List.xlsx |

Hi all,

Attached is the summary report of Grant Terminations.

Quick summary:
- 25 grants awarded and cancelled
- 25 grants not yet awarded and cancelled

*Kathy Tsing-Choy*
Associate Award Official
OMS-OGD-GMBOD-BOB
202-565-0049 or MS Team
tsing-choy.kathy@epa.gov

"To serve as a leader and supporter, live a balanced life, and to build collaborative relationships among individuals or group members toward a common vision."



EPA_00140647

## Grant Termination Summary Report

Data compiled as of 03/11/2025

| Region/HQ | No. of Grants Awarded and Cancelled | Amount Awarded and Cancelled | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled | Amount Not Yet Awarded and Cancelled |
|---|---|---|---|---|---|
| R01 | 1 | $500,000 | $331,894 | 0 | $0 |
| R02 | 0 | $0 | $0 | 0 | $0 |
| R03 | 4 | $21,000,000 | $14,304,280 | 0 | $0 |
| R04 | 2 | $11,500,000 | $8,947,408 | 0 | $0 |
| R05 | 3 | $20,000,000 | $14,386,079 | 0 | $0 |
| R06 | 2 | $1,000,000 | $643,182 | 0 | $0 |
| R07 | 1 | $8,000,000 | $6,150,076 | 0 | $0 |
| R08 | 1 | $7,000,000 | $6,430,046 | 0 | $0 |
| R09 | 4 | $9,600,000 | $7,769,459 | 0 | $0 |
| R10 | 3 | $9,377,458 | $7,640,031 | 0 | $0 |
| HQ | 4 | $9,499,413 | $6,743,841 | 25 | $129,617,409 |
| **Total** | **25** | **$97,476,871** | **$73,346,295** | **25** | **$129,617,409** |



**This document is produced in native format.**

**Original file name:**

**Grant Termination List.xlsx**

Message
_____

| | |
|---|---|
| **From:** | Wise, Melissa [wise.melissa@epa.gov] |
| **Sent:** | 3/11/2025 7:20:15 PM |
| **To:** | Sylvester, Kenneth [Sylvester.Kenneth@epa.gov] |
| **CC:** | Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **Subject:** | RE: Grant Terminations - Batch 2 March 10 for GMO |

Hi Ken,

Awesome, and thank you!  Appreciate you all, including Minh!

Melissa

**From:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Sent:** Tuesday, March 11, 2025 2:28 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** FW: Grant Terminations - Batch 2 March 10 for GMO

Melissa – Use the link in the email directly below when sending to the GMOs as it is setup to allow anyone with the link to access.

Also, the list is pretty much ready from our perspective and Kathy will continue filling in as she receives information. Minh was helpful in being able to run a data mart report that filled in the Program Code, Awarding Region and AAship.

**From:** Sylvester, Kenneth
**Sent:** Tuesday, March 11, 2025 1:06 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO

Please use this link for the grant terminations from March 10 - 🗴 Termination Awarded and Unawarded List_March 10.xlsx

**From:** Sylvester, Kenneth
**Sent:** Tuesday, March 11, 2025 8:35 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO

It takes time to determine whether a grant has the updated termination t&c included. Based on the number of grants I will need assistance because I'm out of office after 330pm today for the remainder of the week and I won't be able to access my computer as I'm in sessions.

I've put Kathy's partial list into a shared link so others can assist on this - 🗴 Termination Awarded and Unawarded List_March 10 Batch 1 shared.xlsx

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 11, 2025 7:12 AM

EPA_00140661

**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO
**Importance:** High

Hi Kat,

Thank you for all your help with this!

*Ken* – Can you please add a column to determine which grants have the new Termination T&C included in the award?  I still need this important piece of information to then share the list with the GMOs.

Thanks,
Melissa

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Tuesday, March 11, 2025 6:38 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** RE: Grant Terminations - Batch 2 March 10 for GMO

Hi Melissa,

Here is the partial batch for GMOs to start working on. I highlighted R1 00A01311-1 grant that needs to terminate immediately.

The two pdfs termination list combined have total 482.  I have reconciled and download the latest OMB form for record = 182 (including the R10 cancelled on 03/10/25 and need to officially code "FT" on 03/11/25).

I have remaining 300 to reconcile, add to tracker, and identify the program code, GS, to the FAIN provided.

**Note:**  The EJ PDF list provided when reconciling and checking GS and status against NGGS, some grants have been closed through normal process, and I find a few were terminated in February.  I coded those "CLOSED."

I am tired and need to take a few hours' sleep before I catch the bus to be in office.  I did not expect the pdf list to be 24 pages and over 400 grants listed mixed of closed and not closed.

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Monday, March 10, 2025 2:25 PM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Subject:** FW: Grant Terminations
**Importance:** High

Hi Kat,

Can you please tell me where these grants reside (i.e., in what regions) and add them to your tracker? <mark>Can you also please tell me which grants have the new termination T&C because we will hold on those.</mark>

Before anything else, can you please tell me which region is responsible for the highlighted grant as there is a desire to terminate it today.

Thanks,
Melissa

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, March 10, 2025 5:10 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Grant Terminations

Melissa, I received direction from leadership to cancel the following grants. Can we please work with the GMOs to terminate these grants. Please ask them that any with the new termination T&C to hold on terminating those until we provide further direction.

Also, the DOGE team asked that we expedite terminating - <mark>"Collaborating for Tree Equity in Providence" 00A01311-1</mark>. Is this one we could terminate today?

Dan

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/11/2025 8:00:27 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC**: | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

―――――――――――――――――――――――――――――――――――――――――――――――――――

**From:** Mendiola, Angela [Mendiola.Angela@epa.gov]
**Sent:** 3/11/2025 8:37:21 PM
**To:** Wise, Melissa [wise.melissa@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]; O'Neal Jr., Rudnell R. [ONeal.Rudnell@epa.gov]; Rose, Kenneth [Rose.Kenneth@epa.gov]; OMS-OGD-GMOs Only [OMS-OGD-GMOs-Only@epa.gov]
**CC:** Drake, Kerry [Drake.Kerry@epa.gov]; Clements, Mindy [clements.mindy@epa.gov]
**Subject:** RE: ACTION REQUIRED: Grant Cancellations/Terminations

Thank you, Melissa!

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 11, 2025 1:36 PM
**To:** Mendiola, Angela <Mendiola.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** Drake, Kerry <Drake.Kerry@epa.gov>; Clements, Mindy <clements.mindy@epa.gov>
**Subject:** RE: ACTION REQUIRED: Grant Cancellations/Terminations

Hi Angela,

Yes, this is correct.

Thank you,
Melissa

**From:** Mendiola, Angela <Mendiola.Angela@epa.gov>
**Sent:** Tuesday, March 11, 2025 4:26 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** Drake, Kerry <Drake.Kerry@epa.gov>; Clements, Mindy <clements.mindy@epa.gov>
**Subject:** RE: ACTION REQUIRED: Grant Cancellations/Terminations

Hi Melissa –

To make sense of this request, we compiled the following groupings for R9. Can you confirm we are on the right track for action items.

Thank you,
Angela

------

**GROUP 1:** Grants that were awarded prior to 10/1/2024 and include the 2023 General T&Cs.
**ACTION: Terminate grant action per OGD provided SOPs with accompanying Memo and Termination amendment.**

**GROUP 2:** Grants that were awarded 10/1/2024 or after and include the 2024 General T&Cs.
**ACTION:  Per OGD's directive on 3/11/25: Please DO NOT CANCEL/TERMINATE any grant identified in the lists if the grant contains the updated Termination T&C.**

**GROUP 3:** Grants that are on the list but are financially closed.

Q: "We have a grant in the closeout phase on the list. Final FFR submitted to RTP. Waiting on RTP to process."
A: Per OGD: "Yes, you should follow the normal closeout procedures in this case."
ACTION: Follow the normal closeout procedures

GROUP 4: Grants that already been terminated on 2/21/25.
ACTION: No action needed. These grants have already been terminated.

---

From: Wise, Melissa <wise.melissa@epa.gov>
Sent: Tuesday, March 11, 2025 10:14 AM
To: Mendiola, Angela <Mendiola.Angela@epa.gov>; O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
Cc: OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
Subject: RE: ACTION REQUIRED: Grant Cancellations/Terminations

Hi Angela,

If the grant contains the updated T&Cs effective October 1, 2024, please do not cancel/terminate.

Thank you,
Melissa

---

From: Mendiola, Angela <Mendiola.Angela@epa.gov>
Sent: Tuesday, March 11, 2025 12:19 PM
To: Wise, Melissa <wise.melissa@epa.gov>; O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
Cc: OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
Subject: RE: ACTION REQUIRED: Grant Cancellations/Terminations

Hi Melissa –

Just to make sure we are on the same page; can you clarify which updated T&C you are referencing, is it the "Unilateral Termination"?

** IMPORTANT** - Please DO NOT CANCEL/TERMINATE any grant identified in the lists if the grant contains the updated Termination T&C.

"UNILATERAL TERMINATION
1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341."

---

From: Wise, Melissa <wise.melissa@epa.gov>
Sent: Tuesday, March 11, 2025 9:04 AM
To: O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; OMS-OGD-GMOs Only

<OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: ACTION REQUIRED: Grant Cancellations/Terminations

Hi Rudy,

Yes, please.

Thank you,
Melissa

**From:** O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>
**Sent:** Tuesday, March 11, 2025 11:35 AM
**To:** Rose, Kenneth <Rose.Kenneth@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>; OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: ACTION REQUIRED: Grant Cancellations/Terminations

Also, there are several grants on the list that have been financially closed by RTP based on final FFRs submitted by the recipients. Should these be closed via the normal closeout procedures if not already closed?

---

Rudnell (Rudy) O'Neal
Manager
Grants and Compliance Management Branch
USEPA Region 2
Phone: 212-637-3427
fax: 212-637-3518
oneal.rudnell@epa.gov
email for applications and reports:
Region2_GrantApplicationBox@epa.gov
email for audit coordination:
Region2_AuditLiaison@epa.gov

---

**From:** Rose, Kenneth <Rose.Kenneth@epa.gov>
**Sent:** Tuesday, March 11, 2025 10:53 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>; OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: ACTION REQUIRED: Grant Cancellations/Terminations

Melissa,
Thank you.  So that I am clear, we have until Friday to cancel the listed grants, yes?  I'm basing this on the statement "…to cancel/terminate the grants (attached) this week."  Second question: do we

use the same SOP and memorandum as the prior terminations? My presumption is yes, but want to be sure.

Best,
Ken

Kenneth I. Rose III
Manager, Acquisition and Assistance Branch
US EPA Mid-Atlantic Region (3MD20)
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2852
Phone: 215-814-3147
Cell: 215-983-8660
Email: rose.kenneth@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 11, 2025 10:42 AM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** ACTION REQUIRED: Grant Cancellations/Terminations
**Importance:** High

Good morning, GMOs,

We have received direction from leadership to cancel/terminate the grants (attached) this week. Separately, OGD is developing a spreadsheet so that you will be able to sort by region and to flag grants with the updated Termination T&C effective October 1, 2024. I will share the spreadsheet with you as soon as it is available.

**\*\* IMPORTANT\*\* - Please <u>DO NOT CANCEL/TERMINATE</u> any grant identified in the lists if the grant contains the updated Termination T&C.** Please respond back to me so that I can work with Dan to alert leadership.

Thank you for your attention to this important matter.

*Melissa Wise*
Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911



Message
_____

From:       Brown, Dannell [Brown.Dannell@epa.gov]
Sent:       3/12/2025 2:40:21 PM
To:         Schindel, Phillip [Schindel.Phillip@epa.gov]; Durand, Jessica [Durand.Jessica@epa.gov]
Subject:    FW: Grant Termination/Suspension Question


Hello Jessica and Phil,

The Competition Office receive a question regarding terminating an active award.   Is there someone on your staffs that I can refer Michael to?

Very Respectfully,

Dannell Brown
Senior Grants Management Specialist
National Policy, Training, and Compliance Division, Grants Competition Staff
Office of Grants and Debarment
U.S. Environmental Protection Agency
(202) 250-8872

_____

**From:** Band, Michael <Band.Michael@epa.gov>
**Sent:** Wednesday, March 12, 2025 8:42 AM
**To:** GrantsCompetition <GrantsCompetition@epa.gov>
**Subject:** Grant Termination/Suspension Question

Good morning,

Outside of what is stated in EPA General Terms and Conditions effective October 1, 2024 or later - "Preface 3. Termination" are there any other ways that EPA can terminate an active grant?

"Termination
Consistent with 2 CFR 200.340, EPA may terminate this award in part or its entirety:
(a) If a recipient or subrecipient fails to comply with the terms and conditions of the award, including statutory or regulatory requirements;
(b) With the consent of the recipient when both the recipient and the EPA agree upon the termination conditions, which include the effective date and, in the case of partial termination, the portion to be terminated;
(C) If a recipient sends the EPA a written notification of the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated; however, if the EPA determines that the remaining portion of the Federal award will not accomplish the purposes for which the Federal award was made, the EPA may terminate the award in its entirety; or
(d) Pursuant to the programmatic terms and conditions specified in the Federal award."

If a grant is suspended or terminated by someone outside of the Grant Program Office, is the office that made the suspension or termination required to provide reasoning for the suspension/termination? If none is given, what should the program office do to confirm why a grant was suspended or terminated?

Thank you in advance for any information you are able to share,

Mike

*Michael Band*

U.S. Environmental Protection Agency
Office of Public Engagement and Environmental Education

Education Grants Specialist
WJC North 1426D
Phone: 202-564-3155

EPA_00140771

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/12/2025 7:59:54 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC**: | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

EPA_00140773 - EPA_00140844

Message
_____

| | |
|---|---|
| **From:** | Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **Sent:** | 3/12/2025 8:34:31 PM |
| **To:** | Wise, Melissa [wise.melissa@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov] |
| **CC:** | Schindel, Phillip [Schindel.Phillip@epa.gov]; Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Oboyle, Ellen [oboyle.ellen@epa.gov] |
| **Subject:** | Daily Summary Report of Grant Terminations as of 03/12/2025 |
| **Attachments:** | Grant Termination List.xlsx; Grant Terminations Report 2025.03.12.pdf |

Hi all,

Attached is the summary report of Grant Terminations.

Quick summary:
- 33 grants awarded and cancelled
- 25 grants not yet awarded and cancelled

Notes:
1. Line 6 to Line 54, Column N, Project End Date updated to match the latest Termination amendment processed.
2. More grants have terminated and being validated against systems. More grant listing will be on 3/13/25 reporting.

*Kathy Tsing-Choy*
Associate Award Official
OMS-OGD-GMBOD-BOB
202-565-0049 or MS Team
tsing-choy.kathy@epa.gov

"To serve as a leader and supporter, live a balanced life, and to build collaborative relationships among individuals or group members toward a common vision."



**This document is produced in native format.**

**Original file name:**

**Grant Termination List.xlsx**

## Grant Termination Summary Report

Data compiled as of 03/12/2025

| Region/HQ | No. of Grants Awarded and Cancelled | Amount Awarded and Cancelled | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled | Amount Not Yet Awarded and Cancelled |
|---|---|---|---|---|---|
| R01 | 2 | $1,000,000 | $808,012 | 0 | $0 |
| R02 | 0 | $0 | $0 | 0 | $0 |
| R03 | 11 | $25,491,371 | $18,695,861 | 0 | $0 |
| R04 | 2 | $11,500,000 | $8,947,408 | 0 | $0 |
| R05 | 3 | $20,000,000 | $14,386,079 | 0 | $0 |
| R06 | 2 | $1,000,000 | $643,182 | 0 | $0 |
| R07 | 1 | $8,000,000 | $6,150,076 | 0 | $0 |
| R08 | 1 | $7,000,000 | $6,430,046 | 0 | $0 |
| R09 | 4 | $9,600,000 | $7,769,459 | 0 | $0 |
| R10 | 3 | $9,377,458 | $7,640,031 | 0 | $0 |
| HQ | 4 | $9,499,413 | $6,743,841 | 25 | $129,617,409 |
| Total | 33 | $102,468,242 | $78,213,994 | 25 | $129,617,409 |



Total Amount Awarded and Cancelled by Region (%)

Message

| | |
|---|---|
| **From**: | Wise, Melissa [wise.melissa@epa.gov] |
| **Sent**: | 3/13/2025 12:46:17 PM |
| **To**: | Oluwo, Olayori [Oluwo.Olayori@epa.gov] |
| **CC**: | Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Durand, Jessica [Durand.Jessica@epa.gov]; Lentz, Rachel [Lentz.Rachel@epa.gov] |
| **Subject**: | FW: Updated Termination SOP |
| **Attachments**: | Grant Termination SOP_Updated 2025.3.12.pdf |

Hi Ayo,

Good morning. Can you please delete and replace the Grant Termination SOP. The attached is the most up-to-date and should be posted.

Thanks,
Melissa

---

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Wednesday, March 12, 2025 2:37 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** RE: Updated Termination SOP

Oops, I forgot to attach. Here it is.

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

---

**From:** Tsing-Choy, Kathy
**Sent:** Wednesday, March 12, 2025 11:37 AM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** Updated Termination SOP

Hi GMOs,

Attached is the updated Termination SOP.

Added Section 6 – Competition required field. Thank you to Ken, R3, for pointing it out.

EPA_00140859

F.  Section 6: Competition (for Competitive grants)

GS selects "OTHER" if NGGS requires Section 6 to be completed.



Kathy Tsing-Choy
Associate Award Official
OMS-OGD-GMBOD-BOB
202-565-0049 or MS Team
tsing-choy.kathy@epa.gov

"To serve as a leader and supporter, live a balanced life, and to build collaborative relationships among individuals or group members toward a common vision."

