# GRANT TERMINATION SOP

200.340 Unilateral Termination Procedures
Updated 03/12/2025

This procedure is applicable to any assistance agreements subject to EPA General Terms and Conditions effective August 13, 2020 and all subsequent updates.

This action is both an Amendment and a Termination Notification under 2 CFR 200.341, meaning that it must be signed by an EPA Decision Official (generally an EPA Award Official/Grants Management Officer), and cannot be delegated.

SOP-2024-G01 Awarding Official delegation list:

**Awarding Officials**

'✓' indicates delegated awards official(s) by region.

| Region | GMO/Branch Manager (BM) | MSDD/SRO |
|---|---|---|
| Region 1 | | ✓ |
| Region 2 | ✓ (GMO *de-obligations/decreases only* < $1M) | ✓ |
| Region 3 | ✓ (BM < $5M) | ✓ (> $5M) |
| Region 4 | ✓ (GMO) | |
| Region 5 | ✓ (GMO) (BM) | |
| Region 6 | ✓ (GMO < $5M) | ✓ (> $5M) |
| Region 7 | ✓ (GMO) | |
| Region 8 | ✓ (GMO) | |
| Region 9 | ✓ (GMO) | |
| Region 10 | ✓ (GMO, BM, Tribal Grant Section Manager) | |
| OGD HQ | ✓ (GMO, BM, Division Director) | |

## The Change Request (CR) and Amendment Process – Grant Specialist (GS)

To prepare the amendment for signature, the GS performs the following actions:

A.  Initiate a Change Request for "General Amendment Requiring Signature"



B.  Document and type on the "Details" of the CR as follows:

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

C. Generate Amendment award document

Click "Workflow Task" and "Create Amendment" to create draft award document.



D. Section 2: Record Type and Funding Pkg. Date
  - Select "F – No Cost Amendment."

\*ᶜ Record Type:

F - No Cost Amendment

  - Enter "Funding Pkg. Date."

Funding Pkg. Date:

02/13/2025

E. Section 5: Budget and Project End Date

GS changes the END DATE of the Budget Period and Project Period to conform with the date of the termination action.

ᶜ\* Project Period End:

(mm/dd/yyyy)

ᶜ\* Budget Period End:

(mm/dd/yyyy)

F. Section 6: Competition (for Competitive grants)

GS selects "OTHER" if NGGS requires Section 6 to be completed.

Section 6 - Competition



Competition, EPA Order 5700.5A1

\*Was the amendment competed in accordance with the Competition Policy (EPA Order 5700.5A1)?

No

\*Select the reason why this amendment was not competed based on the Competition Policy (EPA Order 5700.5A1).

Other.

Attach explanation. *(Optional)*

| File Name | Size | File Type | Date Uploaded |
|---|---|---|---|
| No files have been attached. | | | |

G.  Funding Sections DO NOT Change (leave as is).
- Section 5 – Budget and Project Cost
- Section 10 – Award Amount
- Section 11 – Approved Budget – Please re-enter #12. Total Approved Assistance Amount.



H.  Section 12: Administrative and Programmatic Conditions

Please add and pick the following National Administrative terms and conditions.



**UNILATERAL TERMINATION**

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

   a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and
   b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.
   c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. The Federal Financial Reporting (FFR) General Terms and Condition is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final performance report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

   a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;
   b. Explanations on why established outputs/outcomes were not met; and
   c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

   a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.
   b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

**The Email Communication to the Recipient**

Please use this text language to send to the EPA Grant Recipient for Termination.

**SUBJECT:** Termination of EPA Assistance Award: [INSERT the Grant Number and Applicant Name]

**BODY of the TEXT:** [Copy this text to send email to the EPA Grant Recipient]

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact **{Name of SRO} Region {#} Senior Resource Official at {SRO email}**.

Sincerely,

[NAME]
Grants Management Officer
[phone]
[email]

Attachments:
Official EPA Award Document

EPA_00140865

Termination Memo

**Closing the Award in NGGS Post Award Tracking – Section 5**

This is a non-standard closeout. The GS will not be waiting for receipt of reports before proceeding to code the agreement as "FT - Assistance Terminated by EPA Before Completion."

Instead, in Section 5 – Closeout Information, answer **"N/A"** and type in the Comment field, **"This agreement is terminated."** for the following questions:

- GS confirms Final FFR received and processed; grant financially closed.
- The Final Technical Report has been received by the PO.
- The Project Officer Closeout Certification has been completed by the PO and submitted to the grants office.
- Have all required DBE forms been received?
- All Indirect Costs have been received.

   Screenshot example:



**Closeout Final NGGS Step – Workflow Task**

Click "Workflow Task" and "Close Grant."



Select close grant code "FT – Assistance Terminated by EPA Before Completion."

EPA_00140866



**Report and Manual Tracking Requirement**

There is a report available that will summarize "FT" grants.

Outside of NGGS, Grants Management Officers (GMOs) will need to separately track receipt of final closeout documents like the final technical report and reconciliation of the Federal Financial Report, SF-425. Closeout documents are to be uploaded to the E-Grant File:

- Official EPA Award Document
- Termination Memo
- Final Technical Report
- Final Federal Financial Report, SF-425

**Final Step**

When the grant is terminated in NGGS, **please send an email to Kathy Tsing-Choy (Tsing-Choy.Kathy@epa.gov) and cc: Melissa Wise (Wise.Melissa@epa.gov)** for tracking purposes.

EPA_00140867

REFERENCE

EPA General Terms and Conditions Effective August 13, 2020 and all subsequent updates.

3. Termination

Consistent with 2 CFR 200.340, EPA may unilaterally terminate this award in whole or in part:

a. if a recipient fails to comply with the terms and conditions of the award including statutory or regulatory requirements; or

b. if the award no longer effectuates the program goals or agency priorities. Situations in which EPA may terminate an award under this provision include when:

(i) EPA obtains evidence that was not considered in making the award that reveals that specific award objective(s) are ineffective at achieving program goals and EPA determines that it is in the government's interest to terminate the award;

(ii) EPA obtains evidence that was not considered in making the award that causes EPA to significantly question the feasibility of the intended objective(s) of the award and EPA determines that it is in the government's interest to terminate the award;

(iii) EPA determines that the objectives of the award are no longer consistent with funding priorities for achieving program goals.


2 CFR 200 Subpart D https://www.ecfr.gov/current/title-2/part-200/subpart-D. This reference applies to grant awarded effective 10/01/2024 and/or grants General Terms and Conditions updated effective 10/01/2024.

EPA_00140868

Message

| | |
|---|---|
| **From:** | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent:** | 3/13/2025 5:32:33 PM |
| **To:** | Mims, Kathy [Mims.Kathy@epa.gov]; Eades, Cassaundra [Eades.Cassaundra@epa.gov]; Tillery, Loreto [Tillery.Loreto@epa.gov]; Scales, Wuanisha [Scales.Wuanisha@epa.gov]; Bailey, KevinJ [Bailey.KevinJ@epa.gov] |
| **CC:** | Nitsch, Chad [Nitsch.Chad@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject:** | OCIR_Mail_Merge_Source_Data |
| **Attachments:** | OCIR_Mail_Merge_Source_Data.xlsx |

Attached is prepared Mail Merge Source Data This report is daily generated (2025-03-13-13-31-41). Automated delivery of this report will cease on 10/1/2025. Please contact Minh Nguyen for questions about the data or if the report needs to change. Thanks!

EPA_00140869

**This document is produced in native format.**

**Original file name:**

**OCIR_Mail_Merge_Source_Data.xlsx**

EPA_00140870 - EPA_00141415

Message

---

**From:**      Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**Sent:**      3/13/2025 7:20:22 PM
**To:**        Wise, Melissa [wise.melissa@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]
**CC:**        Schindel, Phillip [Schindel.Phillip@epa.gov]; Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Oboyle, Ellen [oboyle.ellen@epa.gov]
**Subject:**   Daily Summary Report of Grant Terminations as of 03/13/2025
**Attachments:** Grant Termination List.xlsx; Grant Terminations Report 2025.03.13.pdf

Hi all,

Attached is the summary report of Grant Terminations.

Quick summary:
- 36  grants awarded and cancelled
- 25  grants not yet awarded and cancelled




*Kathy Tsing-Choy*
Associate Award Official
OMS-OGD-GMBOD-BOB
202-565-0049 or MS Team
tsing-choy.kathy@epa.gov

"To serve as a leader and supporter, live a balanced life, and to build collaborative relationships among individuals or group members toward a common vision."



**This document is produced in native format.**

**Original file name:**

**Grant Termination List.xlsx**

EPA_00141417 - EPA_00141433

**Grant Termination Summary Report**

Data compiled as of 03/13/2025

| Region/HQ | No. of Grants Awarded and Cancelled | Amount Awarded and Cancelled | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled | Amount Not Yet Awarded and Cancelled |
|---|---|---|---|---|---|
| R01 | 2 | $1,000,000 | $808,012 | 0 | $0 |
| R02 | 0 | $0 | $0 | 0 | $0 |
| R03 | 11 | $25,491,371 | $18,695,861 | 0 | $0 |
| R04 | 3 | $11,700,000 | $9,006,079 | 0 | $0 |
| R05 | 3 | $20,000,000 | $14,386,079 | 0 | $0 |
| R06 | 2 | $1,000,000 | $643,182 | 0 | $0 |
| R07 | 1 | $8,000,000 | $6,150,076 | 0 | $0 |
| R08 | 1 | $7,000,000 | $6,430,046 | 0 | $0 |
| R09 | 4 | $9,600,000 | $7,769,459 | 0 | $0 |
| R10 | 3 | $9,377,458 | $7,640,031 | 0 | $0 |
| HQ | 6 | $9,899,396 | $6,787,405 | 25 | $129,617,409 |
| **Total** | **36** | **$103,068,225** | **$78,316,229** | **25** | **$129,617,409** |



EPA_00141434

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/13/2025 8:00:59 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC**: | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

EPA_00141436 - EPA_00141501

Message

---

**From:**        Oboyle, Ellen [oboyle.ellen@epa.gov]
**Sent:**         3/13/2025 9:05:59 PM
**To:**           Schindel, Phillip [Schindel.Phillip@epa.gov]; Brown, Devon [Brown.Devon@epa.gov]
**Subject:**      Final List of Grant Terminated or Cancelled FOIA 03348
**Attachments:**  2025-03-04 Grants Funded and Terminated for FOIA requester no GMO name_KTC-final-3-7-25.xlsx


Hello, attached is the final list for the grants terminated or cancelled as of 3-7-25, we are using this list for the FOIA Sierra Club. The ones that were no's are from HQ, I have Devon down for the person to get records but I can change that . We can discuss on Monday, thanks.

Ellen O'Boyle
Special Assistant to the Division Director
Grants Management and Business Operations Division
Office of Grants and Debarment
U.S. EPA
202-564-5326
Oboyle.ellen@epa.gov

EPA_00141502

This document is produced in native format.

Original file name:

2025-03-04 Grants Funded and Terminated for FOIA requester no GMO name_KTC-final-3-7-25.xlsx

EPA_00141503 - EPA_00141514

Daily Summary Report of Assistance Agreement Terminations
Beginning January 20, 2025
Data compiled as of 03/07/2025

| Cancel Date | FY Code Date | Program Code | Grant Family (FAIN) | Grant No | Project Cost (EPA + Cost Share) | Cumulative Award Amount | Compass Remaining Amount (Estimate) | Awarding Region Code | AASb Ip | Project Start Date | Project End Date | Project Title | Application Name | Applicant State | Assistance Listing Code | Assistance Listing Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/21/2025 | 2/21/2025 | XI | 84061101 | 84061101-1 | $10,000,000 | $8,000,000 | $5,526,117 | EPA HQ | OEJECR | 6/1/2023 | 3/31/2028 | Environmental Justice Thriving Communities technical Assistance Center (EJ TCTAC) | Institute for Sustainable Communities | VT | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| | 3/7/2025 | 3/7/2025 | AI | 84081901 | 84081901-1 | $500,000 | $500,000 | $456,449 | EPA HQ | OCFO | 4/1/2024 | 3/7/2025 | Building evidence-based tools to integrate community experiences | University of Massachusetts Dartmouth | MA | 66.203 | Environmental Finance Center Grants |
| | 3/7/2025 | 3/7/2025 | AI | 84085801 | 84085801-2 | $489,976 | $489,976 | $348,546 | EPA HQ | OCFO | 5/1/2024 | 3/7/2025 | Promoting Readiness and Enhancing Proficiency to Advance Reporting and Data for the Gullah Geechee Nation | Palmetto Futures | NC | 66.203 | Environmental Finance Center Grants |
| | 3/7/2025 | 3/7/2025 | AI | 84085801 | 84085801-1 | $489,437 | $489,437 | $412,729 | EPA HQ | OCFO | 6/1/2024 | 3/7/2025 | Data Equity for Community Impact | New Growth Innovation Network, Inc | FL | 66.203 | Environmental Finance Center Grants |
| | 2/21/2025 | 2/24/2025 | 51 | 00A01436 | 00A01436-1 | $500,000 | $500,000 | $331,894 | EPA R1 | R01 | 5/1/2024 | 4/30/2026 | Green Jobs Corps: Growing a New Generation of New Haven Environmental Justice Problem-Solvers | New Haven Ecology Project Inc | CT | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| | 2/24/2025 | 2/25/2025 | 5H | 02X03601 | 02X03601-3 | $6,000,000 | $6,000,000 | $6,457,916 | EPA R10 | R10 | 3/1/2024 | 2/28/2027 | Northwest Network for Environmental Justice-Initial Award | Philanthropy Northwest | WA | 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |
| | 2/22/2025 | 2/24/2025 | 5H | 02X96001 | 02X96001-1 | $500,000 | $500,000 | $425,174 | EPA R10 | R10 | 4/1/2024 | 3/31/2027 | Creating Equitable and Low-Impact Transportation To and Along the Oregon Coast | Oregon Coast Visitors Association, Inc | OR | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| | 2/21/2025 | 2/24/2025 | 5H | 95341301 | 95341301-1 | $6,000,000 | $6,000,000 | $6,821,157 | EPA R3 | R03 | 5/1/2024 | 4/30/2027 | TCGM Initial Award – Green & Healthy Homes Initiative will act as pass-through entity for EPA's EJ thriving Communities Grantmaking Program, R3-GH | Green & Healthy Homes Initiative Inc | MD | 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |
| | 2/21/2025 | 2/24/2025 | XI | 95314201 | 95314201-3 | $12,000,000 | $12,000,000 | $6,541,566 | EPA R3 | R03 | 7/1/2023 | 6/30/2028 | Mid-Atlantic-Thriving Communities Hub (Match) | National Wildlife Federation | VA | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| | 2/21/2025 | 2/24/2025 | 5B | 95334801 | 95334801-1 | $500,000 | $500,000 | $478,160 | EPA R3 | R03 | 5/1/2024 | 4/30/2027 | Hunting Park Community-Led Climate Resilience and Empowerment Project | Nueva Esperanza Inc | PA | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| | 2/21/2025 | 2/24/2025 | 5B | 95338201 | 95338201-1 | $500,000 | $500,000 | $463,397 | EPA R3 | R03 | 2/1/2024 | 1/31/2027 | Building Community Resilience in Virginia's Coalfields with Place-based Climate Change Adaptation | Appalachian Voices | NC | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| | 2/21/2025 | 2/24/2025 | 5B | 13746801 | 13746801-3 | $13,000,000 | $11,000,000 | $6,602,800 | EPA R4 | R04 | 9/1/2023 | 4/30/2028 | Community Investment Recovery Center (CIRC) A U.S. EPA Environmental Justice Thriving Communities Technical Assistance Center (TCTAC) | Deep South Center for Environmental Justice Inc | LA | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| | 2/21/2025 | 2/24/2025 | 5B | 03X03124 | 03X03124-1 | $500,000 | $500,000 | $344,607 | EPA R4 | R04 | 2/1/2024 | 1/31/2027 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | Parts Alliance of Louisville, Inc. | KY | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| | 2/21/2025 | 2/21/2025 | 5H | 00E03682 | 00E03682-1 | $6,000,000 | $6,000,000 | $6,821,965 | EPA R5 | R05 | 4/1/2024 | 3/31/2027 | The Minneapolis Foundation TCGM Grant 1 | Minneapolis Foundation | MN | 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) |
| | 2/21/2025 | 2/21/2025 | XI | 00E03450 | 00E03450-4 | $10,000,000 | $8,000,000 | $6,032,005 | EPA R5 | R05 | 6/1/2023 | 5/31/2028 | Community Development and Technical Assistance to Advance Environment and Energy Justice in the Great Lakes Region | Regents of the University of Minnesota | MN | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| | 2/25/2025 | 2/28/2025 | XI | 00E03451 | 00E03451-2 | $10,000,000 | $4,000,000 | $1,532,108 | EPA R5 | R05 | 6/1/2023 | 5/31/2028 | EPA Region V Environmental Justice Thriving Communities Technical Assistance Center (EJ TCTAC) Program Community-Led Alliance by Blacks in Green & Partners | BIG, NFP | IL | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| | 2/22/2025 | 2/25/2025 | 5B | 02F50801 | 02F50801-1 | $500,000 | $500,000 | $232,145 | EPA R6 | R06 | 5/1/2024 | 4/30/2027 | Vulnerable to Vibrant: Solar Workforce Development Trainings, Illegal Dumping Abatement, and Environmental Justice Community | Black united Fund of Texas, Inc. | TX | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| | 2/22/2025 | 2/24/2025 | 5B | 02F50801 | 02F50801-1 | $500,000 | $500,000 | $410,939 | EPA R6 | R06 | 4/1/2024 | 3/31/2027 | Justice in the Air: The Partnership for Community Health Equity | Earth Care International | NM | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| | 2/21/2025 | 2/21/2025 | XI | 96701501 | 96701501-3 | $10,000,000 | $8,000,000 | $6,150,076 | EPA R7 | R07 | 4/1/2024 | 3/31/2028 | Environmental Justice Thriving Communities Technical Assistance Centers Program | Wichita State University | KS | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| | 2/21/2025 | 2/25/2025 | XI | 00X10501 | 00X10501-2 | $10,000,000 | $7,000,000 | $6,430,046 | EPA R8 | R08 | 5/1/2024 | 4/30/2029 | Mountains and Plains Thriving Communities Collaborative (MaPTCC) | Montana State University | MT | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| | 2/21/2025 | 2/24/2025 | XI | 98765801 | 98765801-3 | $9,999,999 | $8,100,000 | $6,492,862 | EPA R9 | R09 | 6/1/2023 | 5/30/2028 | Special Purpose Activities Related to Environmental Justice | San Diego State University Foundation | CA | 66.309 | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| | 2/21/2025 | 2/24/2025 | 5B | 98758701 | 98758701-1 | $500,000 | $500,000 | $581,032 | EPA R9 | R09 | 2/28/2024 | 2/28/2026 | Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving | Bayview Hunters Point Community Advocates Inc. | CA | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| | 2/21/2025 | 2/24/2025 | 5B | 98391201 | 98391201-1 | $500,000 | $500,000 | $465,754 | EPA R9 | R09 | 4/1/2024 | 3/31/2027 | Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving | Council for Native Hawaiian Advancement | HI | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| | 2/21/2025 | 2/24/2025 | 51 | 98391501 | 98391501-1 | $500,000 | $500,000 | $439,810 | EPA R9 | R09 | 5/1/2024 | 4/30/2027 | Inflation Reduction Act - Environmental Justice Collaborative Problem-Solving | The Friendship House Association of American Indians | CA | 66.306 | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| Grant Not Awarded and Cancelled | N/A | 5H | 84082101 | 84082101-0 | $11,967,248 | $11,967,248 | $0.00 | EPA HQ | OEJECR | | 3/1/2024 | 4/30/2027 | Initial Award (JH ITE-EJ: united network for Impact, Transformation, and Equity in Environmental Justice Communities | Climate Justice Alliance | CA | 66.615 | Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | |
| Grant Not Awarded and Cancelled | N/A | 5P | 84108101 | 84108101-0 | $1,298,635 | $1,298,635 | $0 | EPA HQ | OCSPP | 3/31/2023 | 2/28/2030 | EPD Development for Construction Materials & Products that Reduce Climate Change Impacts and Advance the Circular Economy | Rochester Institute of Technology | NY | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84109001 | 84109001-0 | $1,146,625 | $1,146,625 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 | National Glass Association FR | National Glass Association Inc | VA | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84109001 | 84109001-0 | $1,189,939 | $1,189,939 | $0 | EPA HQ | OCSPP | 12/1/2024 | 6/30/2027 | EPD Assistance Grant - Exterior Insulation - EIFS | EIFS Industry Members Association | VA | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84108501 | 84108501-0 | $2,445,363 | $2,445,363 | $0 | EPA HQ | OCSPP | 12/1/2024 | 11/30/2029 | Portland Cement Association (PCA) - Reducing Embodied Greenhouse Gas Emissions for Cementitious Materials | Portland Cement Association | DC | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84109001 | 84109001-0 | $2,486,224 | $2,486,224 | $0 | EPA HQ | OCSPP | 1/15/2025 | 1/14/2030 | Technical Assistance Program to Reduce Embodied Greenhouse Gas Emissions for Construction Materials and Products | West Virginia University Research Corporation | WV | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84107101 | 84107101-0 | $2,499,999 | $2,499,999 | $0 | EPA HQ | OCSPP | 2/1/2025 | 1/31/2029 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Cornell University | NY | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84106801 | 84106801-0 | $3,268,757 | $3,268,757 | $0 | EPA HQ | OCSPP | 3/1/2025 | 2/29/2028 | Uncertainty Assessment Framework for Robust PCRs of Salvaged and Remanufactured Construction Materials | University of Texas at Austin | HC | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84106901 | 84106901-0 | $3,500,000 | $3,500,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 1/1/2027 | Northwest Building Sustainability Initiative: Enhancing EPD Development for Oregon and Washington Manufacturers | International Code Council, Inc. | IL | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84108701 | 84108700-0 | $3,887,329 | $3,887,329 | $0 | EPA HQ | OCSPP | 2/1/2025 | 1/31/2030 | Rebuilding Exchange - FR | Evanston Rebuilding Warehouse | IL | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84109001 | 84109001-0 | $4,222,307 | $4,222,307 | $0 | EPA HQ | OCSPP | 3/1/2025 | 2/28/2030 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | University of California, Davis | CA | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84110601 | 84110601-0 | $4,662,182 | $4,662,182 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 | Label Program for Advancing EPD Adoption | International Living Future Institute | OR | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84110001 | 84110001-0 | $6,000,000 | $6,000,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 | AWC: Expanding data and enhancing transparency of U.S. Wood Products | American Wood Council | VA | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84111301 | 84111301-0 | $6,000,000 | $6,000,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 | ACHA-IACHI Circle FR | Collaborative Composite Solutions Corp | TN | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84107801 | 84107900-0 | $6,186,200 | $6,186,200 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 | Enabling Robust EPDs for Biogenic Building Materials | Hemp Building Institute | TN | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84108301 | 84108301-0 | $6,371,426 | $6,371,426 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 | SteelEPD: Accelerating Steel Industry Sustainability through Robust EPD Generation | University of Massachusetts Lowell | MA | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84107501 | 84107500-0 | $9,632,295 | $9,632,295 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 | NRMCA Accelerating Concretes' Drive to Carbon Neutrality FR | National Ready-Mixed Concrete Association | VA | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84111101 | 84111101-0 | $9,696,503 | $9,696,503 | $0 | EPA HQ | OCSPP | 3/1/2025 | 2/28/2030 | ACLCA Robust EPD three-pronged 'WES' Approach – Workforce development (W), EPD standardization E, and Data integration and harmonization (D) | American Center for Life Cycle Assessment | MD | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84110301 | 84110301-0 | $9,975,000 | $9,975,000 | $0 | EPA HQ | OCSPP | 4/1/2025 | 3/31/2030 | PCI FR | Prestressed Concrete Institute | IL | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84108801 | 84108801-0 | $9,990,311 | $9,990,311 | $0 | EPA HQ | OCSPP | 9/1/2024 | 8/31/2029 | FY25 Oklahoma State University EPD Assistance Grant | Oklahoma State University | OK | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84107001 | 84107900-0 | $9,990,668 | $9,990,668 | $0 | EPA HQ | OCSPP | 9/1/2024 | 8/31/2029 | Validation and Expanding Research and Education for LCA Policy (VERE-LCA) | University of Washington | WA | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | 5P | 84107901 | 84107900-0 | $10,000,000 | $10,000,000 | $0 | EPA HQ | OCSPP | 1/1/2025 | 12/31/2029 | FY25 NAPA EPD Assistance | National Asphalt Pavement Association Inc | MD | 66.721 | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products | Reducing Embodied Greenhouse Gas Emissions for Construction Materials and Products |
| Grant Not Awarded and Cancelled | N/A | AI | 84107501 | 84107501-0 | $200,000 | $200,400 | $0 | EPA HQ | OCFO | 1/1/2025 | 12/31/2025 | DataGen Proposal | Salt DAI Cares | VA | 66.203 | Environmental Finance Center Grants | Environmental Finance Center Grants |
| Grant Not Awarded and Cancelled | N/A | AI | 84106001 | 84106001-0 | $500,000 | $500,000 | $0 | EPA HQ | OCFO | 1/1/2025 | 12/31/2027 | Strengthening Reporting Capacity in Rural Alaska Municipal and Tribal Governments | Alaska Municipal League | AK | 66.203 | Environmental Finance Center Grants | Environmental Finance Center Grants |
| Grant Not Awarded and Cancelled | N/A | AI | 84106101 | 84106101-0 | $500,000 | $500,000 | $0 | EPA HQ | OCFO | 1/1/2025 | 12/31/2027 | Prepared: Building capacity for community leaders nationwide to apply, manage, and meet grant reporting requirements | University of Massachusetts Dartmouth | MA | 66.203 | Environmental Finance Center Grants | Environmental Finance Center Grants |

Message

---

**From:** Phillips, Lashaun [Phillips.Lashaun@epa.gov]
**Sent:** 3/14/2025 7:43:41 PM
**To:** Schindel, Phillip [Schindel.Phillip@epa.gov]
**CC:** Brown, Devon [Brown.Devon@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject:** FW: Dispute of Improper Termination of EPA Assistance Agreement 84161101
**Attachments:** March 10 MD District Court Clarified Preliminary Injunction.pdf

**Importance:** High

Hello Everyone,

FYI- I just received the email listed below regarding a dispute for termination 84061101. Mr. Arnholt mentioned the incorrect grant number but, we have the correct grant number listed on our termination documents.

I wanted to keep everyone in the loop.

Thanks

La Shaun Phillips, Award Official
Grants Management and Business Operations Division (GMBOD)
Office of Mission Support
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, D.C. 20460
202-564-0956
Phillips.lashaun@epa.gov

---

**From:** Arnholt, Richard W. <RArnholt@bassberry.com>
**Sent:** Friday, March 14, 2025 3:14 PM
**To:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Cc:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>; Burney, Jacob <Burney.Jacob@epa.gov>; Byrd, Darlene <Byrd.Darlene@epa.gov>
**Subject:** FW: Dispute of Improper Termination of EPA Assistance Agreement 84161101

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Mr. Schindel – I am writing with regard to the Institute for Sustainable Communities' ("ISC") timely submitted appeal of the improper termination of EPA Assistance Agreement 84161101. Per 2 CFR 1500.16, in your role as the Disputes Decision Official you were required to provide written acknowledgement of receipt of the Dispute within 15 calendar days. As required by law, we request prompt acknowledgment of the EPA's receipt of the Dispute.

Further, as explained in our February 24 appeal, that termination was improper for a number of reasons, including that the termination of grants in response to the direction in Executive Order 14151 has been enjoined by the Maryland District Court. That court has now further clarified in the attached March 10 order that the injunction prohibits all federal agencies, including the EPA, from pausing, freezing, impeding, blocking, cancelling, or terminating any award on the basis of the termination provision in Executive Order 14151. See attached Order.

For this, and other, reasons, the February 21 termination action was unlawful. ISC reiterates its request for the prompt reinstatement of EPA Assistance Agreement 84161101.

Sincerely,

Richard

**Richard W. Arnholt**
Member

202-827-2971 phone • 202-213-6051 cell • 615-742-6293 fax
RArnholt@bassberry.com • www.bassberry.com
**bio • vCard • GovCon Blog**

---

**From:** Arnholt, Richard W.
**Sent:** Monday, February 24, 2025 7:46 PM
**To:** Schindel.Phillip@epa.gov
**Cc:** Phillips.Lashaun@epa.gov; Burney.Jacob@epa.gov; Byrd.Darlene@epa.gov
**Subject:** Dispute of Improper Termination of EPA Assistance Agreement 84161101

Mr. Schindel – In accordance with 2 CFR 1500.15, on behalf of my client, the Institute for Sustainable Communities (the "Affected Entity"), please find attached a timely dispute of the EPA's improper and unauthorized February 21 decision to terminate EPA Assistance Agreement 84061101 (the "Agency Decision").

This submission, which includes six supporting attachments, contains all of the information required by 2 CFR 1500.15(c).  But please let me know if you need any other information or have any questions.

Because the improper termination could have irreparable consequences for the Affected Entity, I respectfully request an expedited resolution of this matter.

Sincerely,

Richard

**Richard W. Arnholt**
Member

**Bass, Berry & Sims PLC**
1201 Pennsylvania Avenue NW, Suite 300 • Washington, DC 20004
202-827-2971 phone • 202-213-6051 cell • 617-742-6293 fax
RArnholt@bassberry.com • www.bassberry.com

**bio • vCard • GovCon Blog**

**This email may contain privileged and confidential information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, please delete it and immediately notify the sender by separate email.**

Unless specifically indicated otherwise, this email, including any attachments, was not intended and cannot be used for the purpose of (A) avoiding U.S. tax-related penalties or (B) promoting, marketing or recommending to another party any tax-related matter addressed herein.

EPA_00141519

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/14/2025 8:00:07 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC**: | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

EPA_00141520

This document is produced in native format.

Original file name:

Pending Grants Actions – All Regions and HQ.xlsx

EPA_00141521 - EPA_00141586

Message

| | |
|---|---|
| **From:** | Oboyle, Ellen [oboyle.ellen@epa.gov] |
| **Sent:** | 3/14/2025 8:52:32 PM |
| **To:** | Schindel, Phillip [Schindel.Phillip@epa.gov] |
| **Subject:** | RE: Final List of Grant Terminated or Cancelled FOIA 03348 |
| **Attachments:** | Copy of 2025-03-04 Grants Funded and Terminated for FOIA requester no GMOnoname3-14-25.xlsx |

Yes, I removed them and sent this list to Matthew.

**From:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Sent:** Friday, March 14, 2025 8:49 AM
**To:** Oboyle, Ellen <oboyle.ellen@epa.gov>; Brown, Devon <Brown.Devon@epa.gov>
**Subject:** Re: Final List of Grant Terminated or Cancelled FOIA 03348

Please remove GMO names. Those were for internal to highlight attention to the most likely responding party.

Phil

Get Outlook for iOS

**From:** Oboyle, Ellen <oboyle.ellen@epa.gov>
**Sent:** Thursday, March 13, 2025 5:05:59 PM
**To:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Brown, Devon <Brown.Devon@epa.gov>
**Subject:** Final List of Grant Terminated or Cancelled FOIA 03348

Hello, attached is the final list for the grants terminated or cancelled as of 3-7-25, we are using this list for the FOIA Sierra Club. The ones that were no's are from HQ, I have Devon down for the person to get records but I can change that . We can discuss on Monday, thanks.

Ellen O'Boyle
Special Assistant to the Division Director
Grants Management and Business Operations Division
Office of Grants and Debarment
U.S. EPA
202-564-5326
Oboyle.ellen@epa.gov

**This document is produced in native format.**

**Original file name:**

**Copy of 2025-03-04 Grants Funded and Terminated for FOIA requester no GMOnoname3-14-25.xlsx**

Message

| | |
|---|---|
| **From:** | Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **Sent:** | 3/14/2025 8:38:14 PM |
| **To:** | Wise, Melissa [wise.melissa@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov] |
| **CC:** | Schindel, Phillip [Schindel.Phillip@epa.gov]; Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Oboyle, Ellen [oboyle.ellen@epa.gov] |
| **Subject:** | Daily Summary Report of Grant Terminations as of 03/14/2025 |
| **Attachments:** | Grant Termination List.xlsx; Grant Terminations Report 2025.03.14.pdf |

Hi all,

Attached is the summary report of Grant Terminations. No new update from yesterday's report.

Quick summary:
- 36 grants awarded and cancelled
- 25 grants not yet awarded and cancelled

*Kathy Tsing-Choy*
Associate Award Official
OMS-OGD-GMBOD-BOB
202-565-0049 or MS Team
tsing-choy.kathy@epa.gov

"To serve as a leader and supporter, live a balanced life, and to build collaborative relationships among individuals or group members toward a common vision."



**This document is produced in native format.**

**Original file name:**

**Grant Termination List.xlsx**

EPA_00141601 - EPA_00141617

**Grant Termination Summary Report**

Data compiled as of 03/14/2025

| Region/HQ | No. of Grants Awarded and Cancelled | Amount Awarded and Cancelled | Compass Remaining Amount (Estimate) | No. of Grants Not Yet Awarded and Cancelled | Amount Not Yet Awarded and Cancelled |
|---|---|---|---|---|---|
| R01 | 2 | $1,000,000 | $808,012 | 0 | $0 |
| R02 | 0 | $0 | $0 | 0 | $0 |
| R03 | 11 | $25,491,371 | $18,695,861 | 0 | $0 |
| R04 | 3 | $11,700,000 | $9,006,079 | 0 | $0 |
| R05 | 3 | $20,000,000 | $14,386,079 | 0 | $0 |
| R06 | 2 | $1,000,000 | $643,182 | 0 | $0 |
| R07 | 1 | $8,000,000 | $6,150,076 | 0 | $0 |
| R08 | 1 | $7,000,000 | $6,430,046 | 0 | $0 |
| R09 | 4 | $9,600,000 | $7,769,459 | 0 | $0 |
| R10 | 3 | $9,377,458 | $7,640,031 | 0 | $0 |
| HQ | 6 | $9,899,396 | $6,787,405 | 25 | $129,617,409 |
| **Total** | **36** | **$103,068,225** | **$78,316,229** | **25** | **$129,617,409** |



Total Amount Awarded and Cancelled by Region (%)

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/15/2025 8:00:58 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC**: | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

EPA_00141625 - EPA_00141690

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 3/16/2025 5:32:47 PM |
| **To**: | Mims, Kathy [Mims.Kathy@epa.gov]; Eades, Cassaundra [Eades.Cassaundra@epa.gov]; Tillery, Loreto [Tillery.Loreto@epa.gov]; Scales, Wuanisha [Scales.Wuanisha@epa.gov]; Bailey, KevinJ [Bailey.KevinJ@epa.gov] |
| **CC**: | Nitsch, Chad [Nitsch.Chad@epa.gov]; Wise, Melissa [wise.melissa@epa.gov] |
| **Subject**: | OCIR_Mail_Merge_Source_Data |
| **Attachments**: | OCIR_Mail_Merge_Source_Data.xlsx |

Attached is prepared Mail Merge Source Data This report is daily generated (2025-03-16-13-31-58). Automated delivery of this report will cease on 10/1/2025. Please contact Minh Nguyen for questions about the data or if the report needs to change. Thanks!

EPA_00141691

**This document is produced in native format.**

**Original file name:**

**OCIR_Mail_Merge_Source_Data.xlsx**

EPA_00141692 - EPA_00142171

Message
_____

| | |
|---|---|
| **From:** | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent:** | 3/16/2025 8:00:47 PM |
| **To:** | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC:** | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject:** | Pending Grant Actions |
| **Attachments:** | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

EPA_00142172

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

EPA_00142173 - EPA_00142238

Message
_____

**From:**        Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**Sent:**        2/19/2025 3:03:31 AM
**To:**          Wise, Melissa [wise.melissa@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]
**Subject:**     RE: Draft: Grant Termination SOP - clean version with 6 remaining comment to need address
**Attachments:** Grant Termination SOP_compiled GMOs comment_remaing issues.docx


Hi Melissa and Phil,

Attached is the clean compiled and addressed version with remaining 6 issues need to address.


*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov


_____

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, February 18, 2025 9:44 AM
**To:** Tocci, Brian F. <Tocci.Brian@epa.gov>; O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>; Whittaker, Sandy <whittaker.sandy@epa.gov>; Jewhurst, Sheri <Jewhurst.Sheri@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>; Brown, Devon <Brown.Devon@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Durand, Jessica <Durand.Jessica@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Draft: Grant Termination SOP

Good afternoon, GMOs,

Since Monday, 2/17 was a holiday, if you would care to provide comments by **COB today**, I will take them.

Thank you to those who have already commented.

-Melissa

_____

**From:** Wise, Melissa
**Sent:** Thursday, February 13, 2025 6:23 PM
**To:** Tocci, Brian F. <Tocci.Brian@epa.gov>; O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>; Whittaker, Sandy <whittaker.sandy@epa.gov>; Jewhurst, Sheri <Jewhurst.Sheri@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea

<Manion.Andrea.L@epa.gov>; Brown, Devon <Brown.Devon@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>;
Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Durand, Jessica <Durand.Jessica@epa.gov>; Sylvester, Kenneth
<Sylvester.Kenneth@epa.gov>
**Subject:** Draft: Grant Termination SOP
**Importance:** High

Good evening, GMOs,

OGD has developed this draft SOP to ensure consistency and efficiency in the processing of grants identified for termination.

As a gentle reminder, you may be tasked to cancel a grant within 24-48 hours. There may be upwards of 10-30 grants identified each day. Therefore, speed is of the utmost concern and this draft SOP reflects this necessity.

Please review the draft SOP below and provide suggested edits/comments by **COB Monday, 2/17**. I realize this is a quick turnaround time and appreciate your attention to this important matter.

📄 Grant Termination SOP_for GMOs to Comment.docx

If you have any questions about the SOP, please direct them to Kathy Tsing-Choy.

Thank you,

*Melissa Wise*

Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911

*My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.*



Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 2/19/2025 4:19:04 PM |
| **To**: | Wise, Melissa [wise.melissa@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov] |
| **Subject**: | (Sample) Pending Grant Actions |
| **Attachments**: | Pending Grants Report – New, Supplemental and Incremental – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Report – New, Supplemental and Incremental – All Regions and HQ.xlsx**

EPA_00142260 - EPA_00142324

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 2/19/2025 5:25:24 PM |
| **To**: | Wise, Melissa [wise.melissa@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov] |
| **Subject**: | (Sample 2) Pending Grant Actions |
| **Attachments**: | Pending Grants Report – New, Supplemental and Incremental – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Report – New, Supplemental and Incremental – All Regions and HQ.xlsx**

EPA_00142326 - EPA_00142380

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 2/19/2025 7:44:09 PM |
| **To**: | Wise, Melissa [wise.melissa@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov] |
| **Subject**: | (Sample 3) Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

Message
_____

**From**:         Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**Sent**:         2/19/2025 7:47:16 PM
**To**:           Wise, Melissa [wise.melissa@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer
                  [Hublar.Jennifer@epa.gov]
**CC**:           Schindel, Phillip [Schindel.Phillip@epa.gov]; Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh
                  [nguyen.minh@epa.gov]; Wilson, Kevin [Wilson.Kevin@epa.gov]
**Subject**:      Daily Summary Report of Grant Terminations as of 02/19/25
**Attachments**:  Grant Terminatons List.xlsx


Hi all,

Attached is the summary report of Grant Terminations. This report shows one grant cancel that has not yet awarded.  No additional update since 02/14/25 report.



*Kathy Tsing-Choy*
Associate Award Official
OMS-OGD-GMBOD-BOB
202-565-0049 or MS Team
tsing-choy.kathy@epa.gov

"To serve as a leader and supporter, live a balanced life, and to build collaborative relationships among individuals or group members toward a common vision."



**This document is produced in native format.**

**Original file name:**

**Grant Terminatons List.xlsx**

EPA_00142741 - EPA_00142745

Message

| | |
|---|---|
| **From**: | Brown, Devon [Brown.Devon@epa.gov] |
| **Sent**: | 2/20/2025 5:08:23 PM |
| **To**: | Wise, Melissa [wise.melissa@epa.gov] |
| **CC**: | Schindel, Phillip [Schindel.Phillip@epa.gov] |
| **Subject**: | FW: Environmental Education Grant Data Call Request |

**Importance**:    High

Hello Melissa,

I am looping you in on this email for your awareness.

-Devon B.

**From:** Band, Michael <Band.Michael@epa.gov>
**Sent:** Thursday, February 20, 2025 11:56 AM
**To:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Brown, Devon <Brown.Devon@epa.gov>; Tocci, Brian F. <Tocci.Brian@epa.gov>; Shewack, Robert <Shewack.Robert@epa.gov>; O'Neal Jr., Rudnell R. <ONeal.Rudnell@epa.gov>; Jewhurst, Sheri <Jewhurst.Sheri@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Jakob, Avivah <Jakob.Avivah@epa.gov>; Quarles, Michael <Quarles.Michael@epa.gov>
**Subject:** Environmental Education Grant Data Call Request
**Importance:** High

Good morning GMOs,

My name is Michael Band and I manage EPA's Environmental Education (EE) grant program at HQ. The EE grant program differs from other EPA grant programs as the program itself is managed at HQ, within the AO, while each individual EE grant is managed at the regional level. I returned from parental leave on Tuesday and yesterday was made aware that several regions received data calls ("*DOGE REVIEW*") requesting confirmation of whether numerous active EE grants are mission critical, whether there is a statue the EE grants are implementing, and what the impact of not doing them would be.

Given that the EE grant program is managed at HQ, I am requesting that all GMOs and SROs include Avivah Jakob (Director, OPEEE) and myself in all EE grant related data call emails. Additionally, can you please provide us with the national definition of mission critical? The regional EE Project Officers and Managers that flagged the data call requests for me mentioned they did not receive a definition of mission critical. Including HQ in all EE grant related data call emails and providing us with the definition of mission critical will allow the EE grant program to respond to these data calls with national consistency.

Thank you,

Mike

*Michael Band*

U.S. Environmental Protection Agency
Office of Environmental Education

EPA_00142774

Education Grants Specialist
WJC North 1426D
Phone: 202-564-3155

EPA_00142775

Message

---

**From:**    Wise, Melissa [wise.melissa@epa.gov]
**Sent:**    2/20/2025 5:53:44 PM
**To:**    Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**CC:**    Schindel, Phillip [Schindel.Phillip@epa.gov]; Lentz, Rachel [Lentz.Rachel@epa.gov]; Durand, Jessica [Durand.Jessica@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]
**Subject:**    RE: Review Grant Termination SOP - Final and Done

Hi Kat,

Thank you!

-Melissa

---

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Thursday, February 20, 2025 12:09 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Lentz, Rachel <Lentz.Rachel@epa.gov>; Durand, Jessica <Durand.Jessica@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** RE: Review Grant Termination SOP - Final and Done

Hi Melissa and all,

Attached is the final SOP in word and pdf versions. NGGS National Administrative T&C is updated and available for GS to upload.

**Select Administrative Conditions**

Please choose the applicable Administrative Conditions for this document from the list.
**National**

| | |
|---|---|
| ☐ | Administrative Terms and Conditions - National (Update Effective 10/01/2023) |
| ☐ | FY25 Administrative Terms and Conditions - National (Effective 10/01/2024) |
| ☐ | Louisiana Title VI Term and Condition - New Awards or Funding Amendments |
| ☐ | Unilateral Termination (Effective 01/20/2025) |

The SOP track version with all comments and responses: 📄 Grant Termination SOP_for GMOs to Comment.docx

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

---

**From:** Tsing-Choy, Kathy
**Sent:** Thursday, February 20, 2025 7:28 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Lentz, Rachel <Lentz.Rachel@epa.gov>; Durand, Jessica

<Durand.Jessica@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** RE: Review Grant Termination SOP

Will do.

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Thursday, February 20, 2025 7:15 AM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Lentz, Rachel <Lentz.Rachel@epa.gov>; Durand, Jessica <Durand.Jessica@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** RE: Review Grant Termination SOP

Hi Kat,

I have confirmed with Peter, Vonda, Adil, and Meshell that RTPFC and OCFO have no edits/comments to the SOP. They have concurred with my responses re: ASAP, drawdowns, etc. to several questions posed by the GMOs in the document. Please proceed to finalize the document but save the marked-up version. I will use the mark-ups/comment responses to address the questions that GMOs will inevitably ask.

To everyone – thank you for your collaboration.

Melissa

---

**From:** Durand, Jessica <Durand.Jessica@epa.gov>
**Sent:** Thursday, February 20, 2025 9:52 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Lentz, Rachel <Lentz.Rachel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** RE: Review Grant Termination SOP

Good Morning Melissa,

I reviewed the SOP and can confirm that Kat's edits addressed my and Wendel's comments. Please let me know if you need anything else from me re this task.

Jessica Durand
Branch Supervisor, Policy and Training Branch
National Policy, Training, and Compliance Division
Office of Grants and Debarment
Durand.jessica@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Wednesday, February 19, 2025 8:10 PM
**To:** Durand, Jessica <Durand.Jessica@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Lentz, Rachel <Lentz.Rachel@epa.gov>; Tsing-Choy, Kathy <Tsing-

Choy.Kathy@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** Review Grant Termination SOP

Hi Jessica,

Can you please re-review the SOP a final time?  I want to make sure Wendel's comments are captured accurately, as well as edits Kat incorporated in response to yours.

 Grant Termination SOP_for GMOs to Comment.docx

Below are comments provided by Wendel on the original version (attachment):

From Wendel --

On the SOP as it is a pdf I didn't try to make changes in the document but instead I've provided a few comments below:
- First full paragraph on page 1 – the effective dates of the general T&Cs should be amended. The effective date of the termination T&C is August 13, 2020. That is also the date the termination for program goals and agency priorities went into effect.
  o Remove October 1, 2018 and replace with August 13, 2020.
- Under the heading Unilateral Termination –
  o Item #2 should be amended: "Consistent with 2 CFR 200.334 Effect of suspension and termination" should be changed to "Consistent with 2 CFR 200.343 Effects of suspension and termination".
  o Item #2 should be amended to add a subsection c. to be consistent with the memo and capture the allowance for termination costs under 2 CFR 200.472. Proposed addition: c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.
  o Item #3, Item #5 and Item #6 – I suggest referring to the requirements more generally rather than using specific T&C numbers. The general T&Cs have changed over time and the numbers listed in the SOP are not the same as the numbers in the general T&Cs for all of the year at issue.
- On Page 6 the effective date range should be updated. Remove October 1, 2018 and replace with August 13, 2020.

Thanks,
Melissa

Message
_____

**From:** Wise, Melissa [wise.melissa@epa.gov]
**Sent:** 2/20/2025 9:37:07 PM
**To:** Tocci, Brian F. [Tocci.Brian@epa.gov]; O'Neal Jr., Rudnell R. [ONeal.Rudnell@epa.gov]; Whittaker, Sandy [whittaker.sandy@epa.gov]; Jewhurst, Sheri [Jewhurst.Sheri@epa.gov]; Rose, Kenneth [Rose.Kenneth@epa.gov]; Sherwood, Kelly [Sherwood.Kelly@epa.gov]; Shelmon, Shantel [Shelmon.Shantel@epa.gov]; Sykes, Karen [Sykes.Karen@epa.gov]; Fields, Robert [Fields.Robert@epa.gov]; Dolan, Sheila [dolan.sheila@epa.gov]; Watkins, Christopher [Watkins.Christopher@epa.gov]; Rawls, Whitney [rawls.whitney@epa.gov]; Hulstein, Sarah [hulstein.sarah@epa.gov]; Seeger, Lindsay [seeger.lindsay@epa.gov]; Truong, Carolyn [Truong.Carolyn@epa.gov]; Mendiola, Angela [Mendiola.Angela@epa.gov]; Johnson, Peggy D. [johnson.peggyd@epa.gov]; Manion, Andrea [Manion.Andrea.L@epa.gov]; Brown, Devon [Brown.Devon@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**CC:** Lentz, Rachel [Lentz.Rachel@epa.gov]; Durand, Jessica [Durand.Jessica@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Jennette, Vonda [Jennette.Vonda@epa.gov]; Puglisi, Peter [puglisi.peter@epa.gov]; Regional Mission Support Division - Directors [Regional_Mission_Support_Division_Directors@epa.gov]; Regional Mission Support Division - Deputy Directors [Regional_Mission_Support_Division_Deputy_Directors@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Gulamali, Adil [Gulamali.Adil@epa.gov]; Askew, Wendel [Askew.Wendel@epa.gov]
**Subject:** Final Grant Termination SOP
**Attachments:** Grant Termination SOP_Final 2025.2.20.docx

Good afternoon, GMOs,

Thank you for your quick review and thoughtful comments. All questions and comments have been addressed in the draft linked below. Further, OGC, OCFO, and RTPFC have also reviewed and provided their concurrence.

Attached is the final Grant Termination SOP. It will also be posted to OGD's intranet site.

Key Highlights within the SOP:

- GMOs are expected to send the email notification to grantees. Please follow the canned/scripted language (copy/paste).
- GMOs requested that questions stemming from the email notification not go to them and instead go to SROs. This change has been made in the email notification to grantees. Please inform your SROs.
- Please ensure GSs follow the steps in NGGS exactly as prescribed in the SOP (see screenshots from NGGS which are included). This is critically important to enable OGD to track completion of terminations.
- The SF-425 and Final Technical Report are required. All other reports are waived.
- These are non-standard closeouts. GSs will not wait for receipt of the SF-425 and Final Technical Report before proceeding to close the grant and code it "FT – Assistance Terminated by EPA Before Completion" in NGGS. OGD will track terminations via the "FT" code.
- ASAP accounts will be restricted upon termination. Coordination with RTPFC would be required to un-restrict ASAP accounts for allowable closeout drawdowns, if needed. This should be handled on a grant-specific basis. In addition to coordination with RTPFC, please copy OGD for tracking purposes.
- When the grant is terminated in NGGS (coded "FT"), please send an email to Kathy Tsing-Choy (tsing-choy.kathy@epa.gov) and cc: Melissa Wise (wise.melissa@epa.gov).

**\*\*\* Please note that an accompanying "Termination Memo" is required that is a cover attachment to the email notification. The "Termination Memo" is currently under review by political leadership. Once approved, I will share it with all of you.\*\*\***

Thank you for your attention to this important matter.

-Melissa

EPA_00142779

**From:** Wise, Melissa
**Sent:** Thursday, February 13, 2025 6:23 PM
**To:** Tocci, Brian F. Tocci.Brian@epa.gov; O'Neal Jr., Rudnell R. ONeal.Rudnell@epa.gov; Whittaker, Sandy <whittaker.sandy@epa.gov>; Jewhurst, Sheri <Jewhurst.Sheri@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>; Brown, Devon <Brown.Devon@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Durand, Jessica <Durand.Jessica@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** Draft: Grant Termination SOP
**Importance:** High

Good evening, GMOs,

OGD has developed this draft SOP to ensure consistency and efficiency in the processing of grants identified for termination.

As a gentle reminder, you may be tasked to cancel a grant within 24-48 hours. There may be upwards of 10-30 grants identified each day. Therefore, speed is of the utmost concern and this draft SOP reflects this necessity.

Please review the draft SOP below and provide suggested edits/comments by **COB Monday, 2/17**. I realize this is a quick turnaround time and appreciate your attention to this important matter.

📄 Grant Termination SOP_for GMOs to Comment.docx

If you have any questions about the SOP, please direct them to Kathy Tsing-Choy.

Thank you,

*Melissa Wise*
Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911

*My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.*



Message

---

**From:** Lloyd, Keva [Lloyd.Keva@epa.gov]
**Sent:** 2/21/2025 6:13:50 PM
**To:** Wise, Melissa [wise.melissa@epa.gov]; Phillips, Lashaun [Phillips.Lashaun@epa.gov]
**CC:** Brown, Devon [Brown.Devon@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]
**Subject:** RE: ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20

Hi Melissa

Thank you for sharing the termination list with us. This is my first time seeing the list; however, GMB was made aware of a draft termination SOP earlier this week. We were also made aware of a termination memo that was submitted to OGC for review prior to your signature. If you have a copy of the signed termination letter to be transmitted to the recipient, please share it.

Also, LaShaun is the AAO for the EJ grant to be terminated.

Thank you

*Ms. Keva Lloyd*
*Associate Award Official (OECA, OW, OLEM, OMS-EN, OITA & OCSPP)*
Grants Management Branch
Grants Management and Business Operations Division (GMBOD)
Office of Grants and Debarment
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460

*Office: 202-564-0645 and Email: Lloyd.Keva@epa.gov*

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Friday, February 21, 2025 1:08 PM
**To:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>; Lloyd, Keva <Lloyd.Keva@epa.gov>
**Cc:** Brown, Devon <Brown.Devon@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** FW: ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20
**Importance:** High

Hi LaShaun and Keva,

I hope that you have been made aware of this termination list. With Devon and Phil both out, I wanted to send this to you both because there is a deadline of COB today. HQ has 1 grant identified for termination.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | XJ | 84061101 | $10,000,000 | $8,000 | EPA HQ | OEJECR | 6/1/2023 | 3/31/2028 | Environmental Justice Thriving Communities tehcnical Assistance Center (EJ TCTAC) Surveys, Studies, | Institute for Sustainable Communities | VT | 66.309 |

EPA_00142789

Investigations,
Training and
Special
Purpose
Activities
Relating to
Environmental
Justice

I'm not sure who is the AAO assigned, but either one of you can perform this action on behalf of the agency.

If you have any questions, please let me know or reach out to Kathy Tsing-Choy, copied here.

Thanks,
Melissa

---

**From:** Wise, Melissa
**Sent:** Friday, February 21, 2025 12:56 PM
**To:** Brown, Devon <Brown.Devon@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Tocci, Brian F. <Tocci.Brian@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; Eubanks, Kristy <Eubanks.Kristy@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Stanton, MaryA <Stanton.Marya@epa.gov>; Krehbiel, Ben <Krehbiel.Ben@epa.gov>; McCluney, Lance <McCluney.Lance@epa.gov>; Drake, Kerry <Drake.Kerry@epa.gov>; Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20
**Importance:** High

Good afternoon, GMOs,

I am writing to alert you that the deadline for completing all grant terminations on the attached list is **COB today**.

I anticipate receipt of the Termination Memo within the next couple of hours.  Please hold on sending the email notification until I send you the Termination Memo which should be attached to the email notification as a cover.  You can and should work on everything else up to the point of sending the email.

Please follow all steps in the Grant Termination SOP provided yesterday.

Thank you,
Melissa

---

**From:** Wise, Melissa
**Sent:** Thursday, February 20, 2025 6:27 PM
**To:** Brown, Devon Brown.Devon@epa.gov; Schindel, Phillip Schindel.Phillip@epa.gov; Tocci, Brian F. <Tocci.Brian@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher

<Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; Eubanks, Kristy <Eubanks.Kristy@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Stanton, MaryA <Stanton.Marya@epa.gov>; Krehbiel, Ben <Krehbiel.Ben@epa.gov>; McCluney, Lance <McCluney.Lance@epa.gov>; Drake, Kerry <Drake.Kerry@epa.gov>; Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** List of Grant Terminations - 2/20
**Importance:** High

Good evening, GMOs,

I am writing to inform you that the grants attached have been identified and cleared for termination.

**The Termination Memo has not yet been cleared.  Therefore, do <u>not</u> take any final action until I send the Termination Memo.**

However, I wanted to provide as much advance notice as possible so you can begin the termination/closeout process, following the Grant Termination SOP finalized today: https://work.epa.gov/sites/default/files/2025-02/grant_termination_sop.pdf (must be on VPN).

If you have any questions, please let me know.

*Melissa Wise*
Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911

*My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.*



Message

_____

**From:** Wise, Melissa [wise.melissa@epa.gov]
**Sent:** 2/21/2025 6:30:06 PM
**To:** Phillips, Lashaun [Phillips.Lashaun@epa.gov]; Lloyd, Keva [Lloyd.Keva@epa.gov]
**CC:** Brown, Devon [Brown.Devon@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]
**Subject:** RE: ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20

Hi LaShaun,

I am in meetings today until 4pm.  If you want to connect with Kathy Tsing-Choy first, I can discuss with you at 4pm.

Thanks,
Melissa

_____

**From:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>
**Sent:** Friday, February 21, 2025 1:13 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Lloyd, Keva <Lloyd.Keva@epa.gov>
**Cc:** Brown, Devon <Brown.Devon@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** RE: ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20

Hello Melissa,

Can you let me know when you have a moment. I have a few questions regarding the termination.

Thank you

La Shaun Phillips, Award Official
Grants Management and Business Operations Division (GMBOD)
Office of Mission Support
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, D.C. 20460
202-564-0956
Phillips.lashaun@epa.gov

_____

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Friday, February 21, 2025 1:08 PM
**To:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>; Lloyd, Keva <Lloyd.Keva@epa.gov>
**Cc:** Brown, Devon <Brown.Devon@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** FW: ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20
**Importance:** High

Hi LaShaun and Keva,

I hope that you have been made aware of this termination list.  With Devon and Phil both out, I wanted to send this to you both because there is a deadline of COB today.  HQ has 1 grant identified for termination.

| Yes | XJ | 84061101 | $10,000,000 | $8,000 | EPA HQ | OEJECR | 6/1/2023 | 3/31/2028 | Environmental Justice Thriving Communities tehcnical | Institute for Sustainable Communities | VT | 66.309 |
|-----|----|----------|-------------|--------|--------|--------|----------|-----------|------------------------------------------------------|---------------------------------------|----|--------|

EPA_00142792

Assistance
Center (EJ
TCTAC)

Surveys,
Studies,
Investigations,
Training and
Special
Purpose
Activities
Relating to
Environmental
Justice

I'm not sure who is the AAO assigned, but either one of you can perform this action on behalf of the agency.

If you have any questions, please let me know or reach out to Kathy Tsing-Choy, copied here.

Thanks,
Melissa

---

**From:** Wise, Melissa
**Sent:** Friday, February 21, 2025 12:56 PM
**To:** Brown, Devon <Brown.Devon@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Tocci, Brian F. <Tocci.Brian@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; Eubanks, Kristy <Eubanks.Kristy@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Stanton, MaryA <Stanton.Marya@epa.gov>; Krehbiel, Ben <Krehbiel.Ben@epa.gov>; McCluney, Lance <McCluney.Lance@epa.gov>; Drake, Kerry <Drake.Kerry@epa.gov>; Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20
**Importance:** High

Good afternoon, GMOs,

I am writing to alert you that the deadline for completing all grant terminations on the attached list is **COB today**.

I anticipate receipt of the Termination Memo within the next couple of hours.  <u>Please hold on sending the email notification until I send you the Termination Memo which should be attached to the email notification as a cover.</u>  You can and should work on everything else up to the point of sending the email.

Please follow all steps in the Grant Termination SOP provided yesterday.

Thank you,
Melissa

EPA_00142793

**From:** Wise, Melissa
**Sent:** Thursday, February 20, 2025 6:27 PM
**To:** Brown, Devon Brown.Devon@epa.gov; Schindel, Phillip Schindel.Phillip@epa.gov; Tocci, Brian F. <Tocci.Brian@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; Eubanks, Kristy <Eubanks.Kristy@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Stanton, MaryA <Stanton.Marya@epa.gov>; Krehbiel, Ben <Krehbiel.Ben@epa.gov>; McCluney, Lance <McCluney.Lance@epa.gov>; Drake, Kerry <Drake.Kerry@epa.gov>; Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** List of Grant Terminations - 2/20
**Importance:** High

Good evening, GMOs,

I am writing to inform you that the grants attached have been identified and cleared for termination.

**The Termination Memo has not yet been cleared.  Therefore, do <u>not</u> take any final action until I send the Termination Memo.**

However, I wanted to provide as much advance notice as possible so you can begin the termination/closeout process, following the Grant Termination SOP finalized today: https://work.epa.gov/sites/default/files/2025-02/grant_termination_sop.pdf (must be on VPN).

If you have any questions, please let me know.

*Melissa Wise*
Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911

*My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.*



Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 2/21/2025 8:59:48 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC**: | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

EPA_00142796 - EPA_00142855

Message

| | |
|---|---|
| **From**: | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent**: | 2/22/2025 9:00:03 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC**: | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject**: | Pending Grant Actions |
| **Attachments**: | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

---

| | |
|---|---|
| **From:** | oms-arm-ogd-grant_reports@epa.gov [oms-arm-ogd-grant_reports@epa.gov] |
| **Sent:** | 2/23/2025 8:59:47 PM |
| **To:** | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC:** | Wilson, Kevin [Wilson.Kevin@epa.gov]; Nguyen, Minh [nguyen.minh@epa.gov]; Patrick, Dai [patrick.dai@epa.gov] |
| **Subject:** | Pending Grant Actions |
| **Attachments:** | Pending Grants Actions – All Regions and HQ.xlsx |

Attached is a Report of Pending Grants Actions. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

EPA_00142917

**This document is produced in native format.**

**Original file name:**

**Pending Grants Actions – All Regions and HQ.xlsx**

Message

---

**From:** Brown, Devon [Brown.Devon@epa.gov]
**Sent:** 2/24/2025 1:34:44 PM
**To:** Wise, Melissa [wise.melissa@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]
**Subject:** RE: ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20
**Attachments:** RE: ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20

Hello Melissa and Phil,

I just wanted to give you a heads up that Keva (acting), with the assistance from La Shaun, Brandon, and Matt terminated XJ-84061101 on last Friday (only 1 HQ grant was on the latest list).

I've attached an after-action report from Keva for your reference.

Please let me know if you have any questions or concerns.

Devon Brown
Branch Chief, Grants Management Branch (GMB)
Office of Mission Support
The Office of Grants and Debarment
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
Office: (202) 564-5097
Mobile: (202) 696-2219
Email: brown.devon@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Friday, February 21, 2025 12:56 PM
**To:** Brown, Devon <Brown.Devon@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Tocci, Brian F. <Tocci.Brian@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; Eubanks, Kristy <Eubanks.Kristy@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Stanton, MaryA <Stanton.Marya@epa.gov>; Krehbiel, Ben <Krehbiel.Ben@epa.gov>; McCluney, Lance <McCluney.Lance@epa.gov>; Drake, Kerry <Drake.Kerry@epa.gov>; Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20
**Importance:** High

Good afternoon, GMOs,

I am writing to alert you that the deadline for completing all grant terminations on the attached list is **COB today**.

I anticipate receipt of the Termination Memo within the next couple of hours. <u>Please hold on sending the email notification until I send you the Termination Memo which should be attached to the email notification as a cover.</u> You can and should work on everything else up to the point of sending the email.

Please follow all steps in the Grant Termination SOP provided yesterday.

Thank you,
Melissa

---

**From:** Wise, Melissa
**Sent:** Thursday, February 20, 2025 6:27 PM
**To:** Brown, Devon Brown.Devon@epa.gov; Schindel, Phillip Schindel.Phillip@epa.gov; Tocci, Brian F. <Tocci.Brian@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; Eubanks, Kristy <Eubanks.Kristy@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Stanton, MaryA <Stanton.Marya@epa.gov>; Krehbiel, Ben <Krehbiel.Ben@epa.gov>; McCluney, Lance <McCluney.Lance@epa.gov>; Drake, Kerry <Drake.Kerry@epa.gov>; Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** List of Grant Terminations - 2/20
**Importance:** High

Good evening, GMOs,

I am writing to inform you that the grants attached have been identified and cleared for termination.

**The Termination Memo has not yet been cleared. Therefore, do <u>not</u> take any final action until I send the Termination Memo.**

However, I wanted to provide as much advance notice as possible so you can begin the termination/closeout process, following the Grant Termination SOP finalized today: https://work.epa.gov/sites/default/files/2025-02/grant_termination_sop.pdf (must be on VPN).

If you have any questions, please let me know.

*Melissa Wise*
Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911

*My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.*



EPA_00142980

Message

---

**From:** Lloyd, Keva [Lloyd.Keva@epa.gov]
**Sent:** 2/21/2025 9:14:05 PM
**To:** Brown, Devon [Brown.Devon@epa.gov]
**CC:** Phillips, Lashaun [Phillips.Lashaun@epa.gov]; Pierce, Brandon [pierce.brandon@epa.gov]; Forte, Matthew [Forte.Matthew@epa.gov]
**Subject:** RE: ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20

Good afternoon Devon

As a follow to Melissa's email pertaining to the termination of XJ-84061101, the following actions have occurred:

- A final copy of the Termination SOP dated 2/20/25 was shared with GMB.
- Delegate GS reviewed and revised award document as appropriate.
- Termination amendment signed by the AAO 2/21/25.
- Transmittal email and Termination memo submitted to the Authorized Representative and Program Manager by the AAO.
- Delegate GS attempted to close the award in NGGS using the code FT per final Termination SOP dated 2/20/25, but was unable to do so since the amendment was signed 2/21/25 and is in the congressional phase. The award will need to be closed after the agreement moves out of the congressional phase.

Regards

*Ms. Keva Lloyd*
*Associate Award Official (OECA, OW, OLEM, OMS-EN, OITA & OCSPP)*
Grants Management Branch
Grants Management and Business Operations Division (GMBOD)
Office of Grants and Debarment
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460

*Office: 202-564-0645 and Email:* *Lloyd.Keva@epa.gov*

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Friday, February 21, 2025 1:08 PM
**To:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>; Lloyd, Keva <Lloyd.Keva@epa.gov>
**Cc:** Brown, Devon <Brown.Devon@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** FW: ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20
**Importance:** High

Hi LaShaun and Keva,

I hope that you have been made aware of this termination list. With Devon and Phil both out, I wanted to send this to you both because there is a deadline of COB today. HQ has 1 grant identified for termination.

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | XJ | 84061101 | $10,000,000 | $8,000 | EPA HQ | OEJECR | 6/1/2023 | 3/31/2028 | Environmental Justice Thriving Communities tehcnical Assistance | Institute for Sustainable Communities | VT | 66.309 |

Center (EJ
TCTAC)

Surveys,
Studies,
Investigations,
Training and
Special
Purpose
Activities
Relating to
Environmental
Justice

I'm not sure who is the AAO assigned, but either one of you can perform this action on behalf of the agency.

If you have any questions, please let me know or reach out to Kathy Tsing-Choy, copied here.

Thanks,
Melissa

---

**From:** Wise, Melissa
**Sent:** Friday, February 21, 2025 12:56 PM
**To:** Brown, Devon <Brown.Devon@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Tocci, Brian F. <Tocci.Brian@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; Eubanks, Kristy <Eubanks.Kristy@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Stanton, MaryA <Stanton.Marya@epa.gov>; Krehbiel, Ben <Krehbiel.Ben@epa.gov>; McCluney, Lance <McCluney.Lance@epa.gov>; Drake, Kerry <Drake.Kerry@epa.gov>; Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** ACTION REQUIRED by COB TodayY: RE: List of Grant Terminations - 2/20
**Importance:** High

Good afternoon, GMOs,

I am writing to alert you that the deadline for completing all grant terminations on the attached list is **COB today**.

I anticipate receipt of the Termination Memo within the next couple of hours.  Please hold on sending the email notification until I send you the Termination Memo which should be attached to the email notification as a cover.  You can and should work on everything else up to the point of sending the email.

Please follow all steps in the Grant Termination SOP provided yesterday.

Thank you,
Melissa

---

**From:** Wise, Melissa
**Sent:** Thursday, February 20, 2025 6:27 PM

**To:** Brown, Devon Brown.Devon@epa.gov; Schindel, Phillip Schindel.Phillip@epa.gov; Tocci, Brian F. <Tocci.Brian@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Fields, Robert <Fields.Robert@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; Truong, Carolyn <Truong.Carolyn@epa.gov>; Mendiola, Angela <Mendiola.Angela@epa.gov>; Johnson, Peggy D. <johnson.peggyd@epa.gov>; Manion, Andrea <Manion.Andrea.L@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>; McManus, Catharine <mcmanus.catharine@epa.gov>; Eubanks, Kristy <Eubanks.Kristy@epa.gov>; Sanders, Amy <Sanders.Amy@epa.gov>; Stanton, MaryA <Stanton.Marya@epa.gov>; Krehbiel, Ben <Krehbiel.Ben@epa.gov>; McCluney, Lance <McCluney.Lance@epa.gov>; Drake, Kerry <Drake.Kerry@epa.gov>; Chung, Angela <Chung.Angela@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** List of Grant Terminations - 2/20
**Importance:** High

Good evening, GMOs,

I am writing to inform you that the grants attached have been identified and cleared for termination.

**The Termination Memo has not yet been cleared.  Therefore, do <u>not</u> take any final action until I send the Termination Memo.**

However, I wanted to provide as much advance notice as possible so you can begin the termination/closeout process, following the Grant Termination SOP finalized today: https://work.epa.gov/sites/default/files/2025-02/grant_termination_sop.pdf (must be on VPN).

If you have any questions, please let me know.

*Melissa Wise*
Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911

*My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.*



Message
_____

**From:**  Bailey, Ariel [Bailey.Ariel@epa.gov]
**Sent:**  2/24/2025 1:37:02 PM
**To:**  Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]
**CC:**  Wise, Melissa [wise.melissa@epa.gov]; Sherwood, Kelly [Sherwood.Kelly@epa.gov]; Rose, Kenneth [Rose.Kenneth@epa.gov]
**Subject:**  Closeout and Termination of EJCPS Grant: Nueva Esperanza, Inc. 5B-95334801
**Attachments:**  NGGS: Post-Award for 95334801 titled Hunting Park Community-Led Climate Resilience and Empowerment Project Closed; Termination of EPA Assistance Award: 5B-95334801


Good morning,

This email is to inform you that the agreement for Nueva Esperanza, Inc. has been closed. The program code is 5B and grant number is 95334801. The purpose for closing out this grant is in accordance with 2 CFR 200.340(a).

**Attached is the closeout email from NGGS and termination email from the Acting Grants Management Officer (copied).**


Thank you,
Ariel



**Ariel Bailey**
Grants Management Specialist
US EPA Mid-Atlantic Region (3MD22)
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103-2852
**Phone** 215-814-5288
**Email** bailey.ariel@epa.gov

Message

---

**From:**      igms.notify@epa.gov [igms.notify@epa.gov]
**Sent:**      2/24/2025 1:10:18 PM
**To:**        Varela, Samantha [Varela.Samantha@epa.gov]; James, Marie [JAMES.MARIE@EPA.GOV]; Bailey, Ariel [Bailey.Ariel@epa.gov]
**Subject:**   NGGS: Post-Award for 95334801 titled Hunting Park Community-Led Climate Resilience and Empowerment Project Closed

This is a notice from EPA's Next Generation Grant System (NGGS). The Post-Award 95334801, titled Hunting Park Community-Led Climate Resilience and Empowerment Project has been Closed.

You can login into https://igms.epa.gov/nggs-pa/main.do?emailLink=3V7N0AIU08FTLD13JL0FB7VR6NLVBHV4 to view the Post-Award.

If you believe you received this message in error, or have questions, please contact the NGGS Hotline by submitting an online Hotline Request or calling 703-676-4499, Monday through Friday, 9:00 AM to 5:00 PM EST.

EPA NGGS

EPA_00142985

Message
_____

**From:**         Sherwood, Kelly [Sherwood.Kelly@epa.gov]
**Sent:**         2/22/2025 12:21:23 PM
**To:**           development@esperanza.us
**CC:**           Bailey, Ariel [Bailey.Ariel@epa.gov]; RTPFC-Grants [RTPFC-Grants@epa.gov]; jtellezlieberman@esperanza.us; Varela, Samantha [Varela.Samantha@epa.gov]
**Subject:**      Termination of EPA Assistance Award: 5B-95334801
**Attachments:**  OMB Form 95334801-1 (2).pdf; Termination_Memo_5B95334801_.pdf


RE: Termination of EPA Assistance Award
Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Lisa White, Region 3, at white.lisa@epa.gov


Sincerely,

Kelly Sherwood
Acting Grants Management Officer
215-814-5163
Sherwood.kelly@epa.gov


Attachments:
Official EPA Award Document
Termination Memo

EPA_00142986

5B - 95334801 - 1    Page 1

| | **U.S. ENVIRONMENTAL PROTECTION AGENCY**<br>Assistance Amendment | **GRANT NUMBER (FAIN):** 95334801<br>**MODIFICATION NUMBER:** 1<br>**PROGRAM CODE:** 5B | **DATE OF AWARD**<br>02/21/2025 |
|---|---|---|---|
| | | **TYPE OF ACTION**<br>No Cost Amendment | **MAILING DATE**<br>02/21/2025 |
| | | **PAYMENT METHOD:**<br>ASAP | **ACH#**<br>36100 |

| **RECIPIENT TYPE:**<br>Not for Profit | **Send Payment Request to:**<br>Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:**<br><br>Nueva Esperanza Inc.<br>4261 North 5th Street<br>Philadelphia, PA 19140-2615<br>**EIN:** 23-2552707 | **PAYEE:**<br><br>Nueva Esperanza Inc.<br>4261 North 5th Street<br>Philadelphia, PA 19140-2615 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Jamile Tellez Lieberman<br>4261 North 5th Street<br>Philadelphia, PA 19140-2615<br>**Email:** jtellezlieberman@esperanza.us<br>**Phone:** 215-324-0746 | Samantha Varela<br>**Email:** Varela.Samantha@epa.gov<br>**Phone:** 215-814-3003 | Ariel Bailey<br>3MD22<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852<br>**Email:** Bailey.Ariel@epa.gov<br>**Phone:** 215-814-5288 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Hunting Park Community-Led Climate Resilience and Empowerment Project

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| **BUDGET PERIOD**<br>05/01/2024 - 02/21/2025 | **PROJECT PERIOD**<br>05/01/2024 - 02/21/2025 | **TOTAL BUDGET PERIOD COST**<br>$ 500,000.00 | **TOTAL PROJECT PERIOD COST**<br>$ 500,000.00 |
|---|---|---|---|

# NOTICE OF AWARD

Based on your Application dated 04/14/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share <u>100.00%</u> of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 500,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 3, US EPA Region 3, 3MD22<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852 | U.S. EPA, Region 3, EJ, Comm.Hlth and Env.Rev.Div (3EJ00)<br>R3 - Region 3<br>Four Penn Center, 1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2852 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| **Digital signature applied by EPA Award Official** Catharine McManus - Deputy Regional Administrator | **DATE**<br>02/21/2025 |

EPA_00142987

5B - 95334801 - 1      Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 500,000 | $ 0 | $ 500,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 500,000 | $ 0 | $ 500,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.306 - Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

EPA_00142988

5B - 95334801 - 1    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 74,181 |
| 2. Fringe Benefits | $ 20,622 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 31,541 |
| 6. Contractual | $ 0 |
| 7. Construction | $ 0 |
| 8. Other | $ 348,522 |
| 9. Total Direct Charges | $ 474,866 |
| 10. Indirect Costs: 0.00 % Base See General Condition #18 | $ 25,134 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 500,000 |
| 12. Total Approved Assistance Amount | $ 500,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 500,000 |

EPA_00142989

5B - 95334801 - 1    Page 4

## Administrative Conditions

### UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

> a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

> b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

> c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

> a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

> b. Explanations on why established outputs/outcomes were not met; and

> c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

> a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

> b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

EPA_00142990

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

EPA_00142991

5B - 95334801 - 1     Page 6

# Programmatic Conditions

All Programmatic Conditions Remain the Same



## OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

February 21, 2025

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement 5B-95334801 under 2 CFR 200.340

**FROM:**    Catharine McManus    McManus,    Digitally signed by
McManus, Catharine
EPA Award Official    Catharine    Date: 2025.02.21 20:24:12
-05'00'

**TO:**    Danny Cortes, Executive Vice President & Chief of Staff
Nueva Esperanza, Inc

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5B-95334801 awarded to Nueva Esperanza, Inc. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement 5B-95334801 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report

- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), rose.kenneth@epa.gov must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, mcmanus.catharine@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.


ATTACHMENT
Amendment Document

cc:  Ariel Bailey
     Jamile Tellez Lieberman

2

Message

---

**From:**     Bailey, Ariel [Bailey.Ariel@epa.gov]
**Sent:**     2/24/2025 2:17:08 PM
**To:**       Wise, Melissa [wise.melissa@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]
**CC:**       Sherwood, Kelly [Sherwood.Kelly@epa.gov]; Rose, Kenneth [Rose.Kenneth@epa.gov]
**Subject:**  RE: Closeout and Termination of EJCPS Grant: Nueva Esperanza, Inc. 5B-95334801

Not a problem, Melissa.



**Ariel Bailey**
Grants Management Specialist
US EPA Mid-Atlantic Region (3MD22)
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103-2852
**Phone** 215-814-5288
**Email** bailey.ariel@epa.gov

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Monday, February 24, 2025 9:11 AM
**To:** Bailey, Ariel <Bailey.Ariel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Cc:** Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>
**Subject:** RE: Closeout and Termination of EJCPS Grant: Nueva Esperanza, Inc. 5B-95334801

Thank you, Ariel.

-Melissa

**From:** Bailey, Ariel <Bailey.Ariel@epa.gov>
**Sent:** Monday, February 24, 2025 8:37 AM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Sherwood, Kelly <Sherwood.Kelly@epa.gov>; Rose, Kenneth <Rose.Kenneth@epa.gov>
**Subject:** Closeout and Termination of EJCPS Grant: Nueva Esperanza, Inc. 5B-95334801

Good morning,

This email is to inform you that the agreement for Nueva Esperanza, Inc. has been closed. The program code is 5B and grant number is 95334801. The purpose for closing out this grant is in accordance with 2 CFR 200.340(a).

**Attached is the closeout email from NGGS and termination email from the Acting Grants Management Officer (copied).**

Thank you,
Ariel



**Ariel Bailey**
Grants Management Specialist
US EPA Mid-Atlantic Region (3MD22)
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103-2852
**Phone** 215-814-5288
**Email** bailey.ariel@epa.gov

Message

---

**From:**       Wise, Melissa [wise.melissa@epa.gov]
**Sent:**        2/24/2025 3:28:17 PM
**To:**           Segovia, Theresa [Segovia.Theresa@epa.gov]
**CC:**           Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Schindel, Phillip
               [Schindel.Phillip@epa.gov]; Brown, Devon [Brown.Devon@epa.gov]
**Subject:**     FW: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities
**Attachments:** Termination 84061101 Memo_Feb21.pdf; OMB Form 84061101-1 (5).pdf; CGER: We are LIVE!

Hi Theresa,

For your situational awareness.

Also, now that the termination notification has been completed, can you please go into the new system we've stood up to move the action through the cancellation process?  I am attaching the user guide from Catherine Nolan who did a demo of the new system last week.  For you, please follow the "SRO and As a gentle reminder, the new system replaces the Excel spreadsheet (DOGE list).

Please let me know when your actions are completed in the workflow so that OGD can complete our actions in the new system to record the termination.

Thank you,
Melissa

---

**From:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>
**Sent:** Friday, February 21, 2025 4:32 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** FW: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

Thanks

La Shaun Phillips, Award Official
Grants Management and Business Operations Division (GMBOD)
Office of Mission Support
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, D.C. 20460
202-564-0956
Phillips.lashaun@epa.gov

---

**From:** Phillips, Lashaun
**Sent:** Friday, February 21, 2025 4:00 PM
**To:** rpaez@sustain.org; phaldipur@sustain.org
**Subject:** Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov

If you have any questions, please contact Theresa Segovia Senior Resource Official at Segovia.Theresa@epa.gov

Sincerely,

La Shaun Phillips
Associate Award Official
202-564-0956
Phillips.lashaun@epa.gov

Attachments:
Official EPA Award Document
Termination Memo

## OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

February 21, 2025

**MEMORANDUM**

**SUBJECT:**     Termination of EPA Assistance Agreement XJ 84061101-1 under 2 CFR 200.340

**FROM:**        EPA Award Official

**TO:**          Pradnya Haldipur, VP, Development /Acting Co-President
                 Institute For Sustainable Communities

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. XJ 84061101-1 awarded to Institute For Sustainable Communities In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement XJ 84061101-1 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

EPA_00142999

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Schindel.Phillip@epa.gov must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, Phillips.Lashaun@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.


ATTACHMENT
Amendment Document

cc:  Matthew Forte, EPA Grant Specialist
     Darlene Byrd, EPA Project Officer
     Russell Paez, Grantee Program Manager

EPA_00143000

XJ - 84061101 - 1    Page 1

| | | GRANT NUMBER (FAIN): **84061101** | |
|---|---|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | | MODIFICATION NUMBER: **1** PROGRAM CODE: **XJ** | **DATE OF AWARD** 02/21/2025 |
| | | **TYPE OF ACTION** No Cost Amendment | **MAILING DATE** 02/21/2025 |
| | | **PAYMENT METHOD:** ASAP | **ACH#** PEND |

| **RECIPIENT TYPE:** | **Send Payment Request to:** |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |
| **RECIPIENT:** | **PAYEE:** |
| INSTITUTE FOR SUSTAINABLE COMMUNITIES 535 Stone Cutters Way Montpelier, VT 05602-3795 **EIN:** 22-3098727 | INSTITUTE FOR SUSTAINABLE COMMUNITIES 535 Stone Cutters Way Montpelier, VT 05602-3795 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Russell Paez 535 Stone Cutters Way Montepelier, VT 05602-3795 **Email:** rpaez@sustain.org **Phone:** 142-590-8039 | Darlene Byrd 1200 Pennsylvania Ave. NW, 28221T Washington, DC 20460 **Email:** byrd.darlene@epa.gov **Phone:** 202-566-2168 | Matthew Forte 1200 Pennsylvania Ave. NW, 3903R Washington, DC 20460 **Email:** Forte.Matthew@epa.gov **Phone:** 202-564-2245 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Environmental Justice Thriving Communities Technical Assistance Center (EJ TCTAC)

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements.  Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| **BUDGET PERIOD** | **PROJECT PERIOD** | **TOTAL BUDGET PERIOD COST** | **TOTAL PROJECT PERIOD COST** |
|---|---|---|---|
| 06/01/2023 - 02/21/2025 | 06/01/2023 - 02/21/2025 | $ 10,000,000.00 | $ 10,000,000.00 |

## NOTICE OF AWARD

Based on your Application dated 11/01/2022 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| Environmental Protection Agency, Grants Management & Business Operations Division 1200 Pennsylvania Ave, NW Mail code 3903R Washington, DC 20460 | Environmental Protection Agency, OEJECR OEJECR - Office of Environmental Justice and External Civil Rights 1200 Pennsylvania Ave NW Washington, DC 20460 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| **Digital signature applied by EPA Award Official** LaShaun Phillips - Associate Award Official | **DATE** 02/21/2025 |

EPA_00143001

XJ - 84061101 - 1     Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 8,000,000 | $ 0 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 8,000,000 | $ 0 | $ 8,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.309 - Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | CERCLA: Sec. 311(c) | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

EPA_00143002

XJ - 84061101 - 1     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 2,858,112 |
| 2. Fringe Benefits | $ 857,434 |
| 3. Travel | $ 181,108 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 48,220 |
| 6. Contractual | $ 607,250 |
| 7. Construction | $ 0 |
| 8. Other | $ 3,851,700 |
| 9. Total Direct Charges | $ 8,403,824 |
| 10. Indirect Costs: 29.60 % Base MTDC | $ 1,596,176 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 10,000,000 |
| 12. Total Approved Assistance Amount | $ 10,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

EPA_00143003

XJ - 84061101 - 1     Page 4

## Administrative Conditions

## A. UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

> a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

> b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

> c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

> a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

> b. Explanations on why established outputs/outcomes were not met; and

> c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

> a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

> b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

XJ - 84061101 - 1    Page 5

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

All terms remaing the same.

EPA_00143006

Message

| | |
|---|---|
| **From**: | Nolan, Catherine [Nolan.Catherine@epa.gov] |
| **Sent**: | 2/21/2025 9:07:58 PM |
| **To**: | Nolan, Catherine [Nolan.Catherine@epa.gov] |
| **CC**: | Coogan, Daniel [Coogan.Daniel@epa.gov] |
| **Subject**: | CGER: We are LIVE! |
| **Attachments**: | Contracts and Grants User guide.docx; SRO and Senior Leadership User guide.docx |

Good afternoon:

Some of you may be overwhelmed by emails "URGENT: Contract or Grant for Review" in your inbox. This will be a unique day because emails were sent for each record in progress. I completed the data load of existing actions at 3:30 PM.

NOTE: All records were loaded at the beginning of the process so all are in the SRO Review stage and you will need to log in and "Approve" each record to send it to the next step. I recommend double checking your selections for "Mission Critical" to ensure that routing is as expected.

This report contains all actions organized by Program Office and AAShip, and will be a good reference for you as you work through these actions.
https://epabap.lightning.force.com/lightning/r/Report/00OSJ000003zU7V2AU/view?queryScope=userFolders
To view and act on the record, click the "Cover Form: ID".

Please find attached the User Guides for (1) SRO and Senior Leadership and (2) Contracts and Grants users.

The Excel has been locked down and is no longer your reference for this contracts and grants review work.

I am standing by for any questions or support needs.

Sincerely,
Catherine

Catherine Nolan
Digital Workflow Project Manager
Office of Resources and Business Operations
Office of Mission Support
Nolan.Catherine@epa.gov

EPA_00143007