Message

| | |
|---|---|
| **From**: | Fields, Robert [Fields.Robert@epa.gov] |
| **Sent**: | 2/21/2025 8:51:15 PM |
| **To**: | Jo-Anne Stately [jstately@mplsfoundation.org]; Greg Wenz [gwenz@mplsfoundation.org]; tkassa@mplsfoundation.org |
| **CC**: | Presmanes, Cristina [Presmanes.Cristina@epa.gov]; Lobato, Mauricio [lobato.mauricio@epa.gov] |
| **Subject**: | Termination of EPA Assistance Award: 5N_00E03682-1 MINNEAPOLIS FOUNDATION |
| **Attachments**: | EPA_5N_00E03682-1.pdf; Termination_Memo_Template_Feb21.docx_v.1.docx_5N00E03682-1.docx |

| | |
|---|---|
| **Importance**: | High |
| **Sensitivity**: | Company Confidential |

RE: Termination of EPA Assistance Award
Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Amy Sanders, Region 5 Senior Resource Official, sanders.amy@epa.gov.


Sincerely,

Robert Fields
Section Supervisor Assistance Section 1/GMO/
Region 5 Competition Advocate
US EPA
Mission Support Division
Region 5
Acquisition and Assistance Branch
77 West Jackson Blvd., MA-10J
Chicago, IL 60604
fields.robert@epa.gov
312-886-9017

Attachments:
Official EPA Award Document
Termination Memo

5N - 00E03682 - 1    Page 1

| | U.S. ENVIRONMENTAL PROTECTION AGENCY  Assistance Amendment | GRANT NUMBER (FAIN): 00E03682  MODIFICATION NUMBER: 1  PROGRAM CODE: 5N | |
|---|---|---|---|
| | | **TYPE OF ACTION**  No Cost Amendment | **DATE OF AWARD**  02/21/2025 |
| | | | **MAILING DATE**  02/21/2025 |
| | | **PAYMENT METHOD:**  ASAP | **ACH#**  PEND |

| **RECIPIENT TYPE:** | **Send Payment Request to:** |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| **RECIPIENT:** | **PAYEE:** |
|---|---|
| MINNEAPOLIS FOUNDATION  80 S 8TH ST 800 IDS CENTER  MINNEAPOLIS, MN 55402  **EIN:**  41-6029402 | MINNEAPOLIS FOUNDATION  80 S 8TH STREET 800 IDS Center  Minneapolis, MN 55402 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Jo-Anne Stately  80 S EIGHTH ST 800 IDS CENTER  MINNEAPOLIS, MN 55402  **Email:** jstately@mplsfoundation.org  **Phone:** 612-672-3878 | Cristina Presmanes  77 West Jackson Blvd., RM-19J  Chicago, IL 60604-3507  **Email:** Presmanes.Cristina@epa.gov  **Phone:** 312-353-8205 | Mauricio Lobato  Assistance Section 1, MA-10J  77 West Jackson Blvd.  Chicago, IL 60604  **Email:** lobato.mauricio@epa.gov  **Phone:** 312-353-2515 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

The Minneapolis Foundation TCGM Grant 1

See Attachment 1 for project description.

| **BUDGET PERIOD**  04/01/2024 - 02/21/2025 | **PROJECT PERIOD**  04/01/2024 - 02/21/2025 | **TOTAL BUDGET PERIOD COST**  $ 8,000,000.00 | **TOTAL PROJECT PERIOD COST**  $ 8,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 02/21/2025 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 5, U.S. EPA Region 5  Mail Code MCG10J 77 West Jackson Blvd.  Chicago, IL 60604-3507 | U.S. EPA, Region 5, Office of Environmental Justice, Community Health, and Environmental Review Division  OEJECR - Office of Environmental Justice and External Civil Rights  77 West Jackson Blvd., R-19J  Chicago, IL 60604-3507 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| Digital signature applied by EPA Award Official for Sheila Dolan - Manager, Acquisition and Assistance Branch  **by** Robert Fields - Award Official Delegate | **DATE**  02/21/2025 |

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 8,000,000 | $ 0 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 8,000,000 | $ 0 | $ 8,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5N - 00E03682 - 1    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 2,959,368 |
| 2. Fringe Benefits | $ 887,810 |
| 3. Travel | $ 172,701 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 40,360 |
| 6. Contractual | $ 1,578,842 |
| 7. Construction | $ 0 |
| 8. Other | $ 1,800,000 |
| 9. Total Direct Charges | $ 7,439,081 |
| 10. Indirect Costs: 0.00 % Base See Table B | $ 560,919 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 8,000,000 |
| 12. Total Approved Assistance Amount | $ 8,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

Table B Budget Worksheet #1

| Table B - Program Element Classification (Non-construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. 4/1/2024 - 3/31/2027 - 10% De Minimis Rate - Modified Total Direct Costs. | $ 0 |
| 2. | $ 0 |
| 3. | $ 0 |
| 4. | $ 0 |
| 5. | $ 0 |
| 6. | $ 0 |
| 7. | $ 0 |
| 8. | $ 0 |
| 9. | $ 0 |
| 10. | $ 0 |
| 11. Total (Share: Recip     % Fed     %) | $ 0 |
| 12. Total Approved Assistance Amount | $ 0 |

## Attachment 1 - Project Description

This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation. This is a Regional Grantmaker. The Minneapolis Foundation, partnered along with the NDN Collective, will institute a grantmaking program within the Region 5 states. This award will be used to develop the administrative and programmatic strength needed to award over 200 grants within Region 5, targeting areas such as rural communities, urban centers and tribal communities. The Minneapolis Foundation will develop a Quality Management Plan, create an application to support the grantmaking program, train their statutory partner on EPA requirements, identify and recruit 10 Regional Community Advisory Committee (RAC) members, and perform outreach in their targeted communities using these funds. The Minneapolis Foundation will use the money associated with this award to build up their grant making capacity and to cover administrative costs associated with grantmaking for the next three years.

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements.  Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

## Administrative Conditions

**FOLLOWING TERMS AND CONDITION HAVE BEEN ADDED AS FOLLOWS:**

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

   a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

   b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

   c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

   a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

   b. Explanations on why established outputs/outcomes were not met; and

   c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

   a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions.

   b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

5N - 00E03682 - 1    Page 7

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

N/A



**OFFICE OF MISSION SUPPORT**

WASHINGTON, D.C. 20460

[ DATE \@ "MMMM d, yyyy" ]

**MEMORANDUM**

**SUBJECT:**     Termination of EPA Assistance Agreement 5N00E03682-1 under 2 CFR 200.340

**FROM:**     EPA Award Official

**TO:**     Greg Wenz, Chief Financial Officer
The Minneapolis Foundation

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 5N00E03682-1 awarded to The Minneapolis Foundation. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement 5N00E03682-1 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), [ HYPERLINK "mailto:coyle.ann@epa.gov" ], must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, [ HYPERLINK "mailto:dolan.sheila@epa.gov" ] within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:  Mauricio Lobato, EPA Grant Specialist
     Cristina Presmanes, EPA Project Officer
     Office of Environmental Justice, Community Health, and Environmental Review Division

EPA_00237949

Message

| | |
|---|---|
| **From**: | Fields, Robert [Fields.Robert@epa.gov] |
| **Sent**: | 2/21/2025 8:51:29 PM |
| **To**: | Bonnie L Keeler [keel0041@umn.edu]; vtroxler@umn.edu |
| **CC**: | Davis, Sidler [Davis.Sidler@epa.gov] |
| **Subject**: | Termination of EPA Assistance Award: XJ_00E03450-4 Regents of University of Minnesota |
| **Attachments**: | EPA_XJ_00E03450-4.pdf; Termination_Memo_Template_Feb21.docx_XJ00E03450-4.docx |

**Importance**: High
**Sensitivity**: Company Confidential

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Amy Sanders Region 5 Senior Resource Official,  sanders.amy@epa.gov.


Sincerely,


Robert Fields
Section Supervisor Assistance Section 1/GMO/
Region 5 Competition Advocate
US EPA
Mission Support Division
Region 5
Acquisition and Assistance Branch
77 West Jackson Blvd., MA-10J
Chicago, IL 60604
fields.robert@epa.gov
312-886-9017

Attachments:
Official EPA Award Document
Termination Memo

XJ - 00E03450 - 4    Page 1

| | U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Assistance Amendment | GRANT NUMBER (FAIN): 00E03450<br>MODIFICATION NUMBER: 4<br>PROGRAM CODE: XJ | | DATE OF AWARD<br>02/21/2025 |
|---|---|---|---|---|
| | | TYPE OF ACTION<br>No Cost Amendment | | MAILING DATE<br>02/21/2025 |
| | | PAYMENT METHOD:<br>ASAP | | ACH#<br>50931 |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| State Institution of Higher Learning | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA<br>200 Oak Street SE<br>Minneapolis, MN 55455-2070<br>EIN: 41-6007513 | Regents of University of Minnesota<br>200 Oak Street SE<br>SUITE 450<br>Minneapolis, MN 55455-2070 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Bonnie Keeler<br>130 Humphrey School<br>301 19th Avenue South<br>Minneapolis, MN 55455<br>**Email:** keel0041@umn.edu<br>**Phone:** 612-625-8905 | Sidler Davis<br>77 West Jackson Blvd., RM-19J<br>Chicago, IL 60604-1049<br>**Email:** davis.sidler@epa.gov<br>**Phone:** 312-886-4314 | Robert Fields<br>Assistance Section 1, MA-10J<br>77 West Jackson Blvd.<br>Chicago, IL 60604-1049<br>**Email:** fields.robert@epa.gov<br>**Phone:** 312-886-9017 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

COMMUNITY DEVELOPMENT AND TECHNICAL ASSISTANCE TO ADVANCE ENVIRONMENT AND ENERGY JUSTICE IN THE GREAT LAKES REGION

See Attachment 1 for project description.

| BUDGET PERIOD<br>06/01/2023 - 02/21/2025 | PROJECT PERIOD<br>06/01/2023 - 02/21/2025 | TOTAL BUDGET PERIOD COST<br>$ 10,000,000.00 | TOTAL PROJECT PERIOD COST<br>$ 10,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 02/21/2025 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 5, U.S. EPA Region 5<br>Mail Code MCG10J 77 West Jackson Blvd.<br>Chicago, IL 60604-3507 | U.S. EPA, Region 5, Office of Regional Administrator<br>R5 - Region 5<br>77 West Jackson Blvd. R-19J<br>Chicago, IL 60604-1049 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| **Digital signature applied by EPA Award Official for** Sheila Dolan - Manager, Acquisition & Assistance Branch<br>**by** Robert Fields - Award Official Delegate | **DATE**<br>02/21/2025 |

XJ - 00E03450 - 4    Page 2

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 8,000,000 | $ 0 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 8,000,000 | $ 0 | $ 8,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.309 - Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | Clean Air Act: Sec. 103(b)(3)<br>Clean Water Act: Sec. 104(b)(3)<br>Solid Waste Disposal Act: Sec. 8001(a)<br>2022 Consolidated Appropriations Act (PL 117-103)<br>2023 Consolidated Appropriations Act (PL 117-328)<br>Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500, 40 CFR 33 and 40 CFR 45 |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 2,401,497 |
| 2. Fringe Benefits | $ 807,824 |
| 3. Travel | $ 63,900 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 6,140 |
| 6. Contractual | $ 53,676 |
| 7. Construction | $ 0 |
| 8. Other | $ 5,418,115 |
| 9. Total Direct Charges | $ 8,751,152 |
| 10. Indirect Costs: 0.00 % Base See Table B | $ 1,248,848 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 10,000,000 |
| 12. Total Approved Assistance Amount | $ 10,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

Table B Budget Worksheet #1

| Table B - Program Element Classification (Non-construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. 07/01/2021 - until amended. pred. 35% - MTDC each $25,000 subaward limit, and exclude PSC | $ 0 |
| 2. 07/01/2024 06/30/2028 - 37.00% - MTDC each $25,000 subaward limit, and exclude PSC | $ 0 |
| 3. | $ 0 |
| 4. | $ 0 |
| 5. | $ 0 |
| 6. | $ 0 |
| 7. | $ 0 |
| 8. | $ 0 |
| 9. | $ 0 |
| 10. | $ 0 |
| 11. Total (Share: Recip    % Fed    %) | $ 0 |
| 12. Total Approved Assistance Amount | $ 0 |

# Attachment 1 - Project Description

The Thriving Communities Technical Assistance Center will leverage existing university extension networks and technical service providers to reach remote, rural, and underserved communities across EPA Region 5, including the states of Minnesota, Michigan, Wisconsin, Illinois, Indiana, and Ohio and 37 Tribal Nations. The Inflation Reduction Act (IRA) technical assistance (TA) funds issued to the enter name of TCTAC are specifically for the EJ TCTAC to coordinate and collaborate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The Grantmakers are considered Technical Assistance providers, who provide funding as well as technical assistance to applicants and subgrantee recipients addressing environmental concerns of disadvantaged communities. Per the EJ TCTAC Request for Applications (RFA), Funding Opportunity Number EPA-I-OP-OEJ-22-02, the EJ TCTACs are expected to coordinate with other Technical Assistance providers over the project period.

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements.  Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

## Administrative Conditions

**FOLLOWING TERMS AND CONDITIONS HAVE BEEN ADDED AS FOLLOWS:**

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

N/A



# OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

[ DATE \@ "MMMM d, yyyy" ]

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement XJ00E03450-0 under 2 CFR 200.340

**FROM:**    EPA Award Official

**TO:**    Victoria Troxler, Senior Grants and Contract Officer
Regents of University of Minnesota

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement
No. XJ00E03450-4 awarded to Regents of University of Minnesota. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement XJ00E03450-4 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report

- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), [ HYPERLINK "mailto:coyle.ann@epa.gov" ], must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, [ HYPERLINK "mailto:dolan.sheila@epa.gov" ] within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.


ATTACHMENT
Amendment Document

cc:  Robert Fields, EPA Grants Specialist
     Sidler Davis, EPA Project Officer
     Office Regional Administrative

EPA_00237960

XJ - 00E03450 - 4     Page 1

| U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Assistance Amendment | | |
|---|---|---|
| **GRANT NUMBER (FAIN):** 00E03450<br>**MODIFICATION NUMBER:** 4<br>**PROGRAM CODE:** XJ | **DATE OF AWARD**<br>02/21/2025 |
| **TYPE OF ACTION**<br>No Cost Amendment | **MAILING DATE**<br>02/21/2025 |
| **PAYMENT METHOD:**<br>ASAP | **ACH#**<br>50931 |

| **RECIPIENT TYPE:** | **Send Payment Request to:** |
|---|---|
| State Institution of Higher Learning | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| **RECIPIENT:** | **PAYEE:** |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA<br>200 Oak Street SE<br>Minneapolis, MN 55455-2070<br>EIN: 41-6007513 | Regents of University of Minnesota<br>200 Oak Street SE<br>SUITE 450<br>Minneapolis, MN 55455-2070 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Bonnie Keeler<br>130 Humphrey School<br>301 19th Avenue South<br>Minneapolis, MN 55455<br>**Email:** keel0041@umn.edu<br>**Phone:** 612-625-8905 | Sidler Davis<br>77 West Jackson Blvd., RM-19J<br>Chicago, IL 60604-1049<br>**Email:** davis.sidler@epa.gov<br>**Phone:** 312-886-4314 | Robert Fields<br>Assistance Section 1, MA-10J<br>77 West Jackson Blvd.<br>Chicago, IL 60604-1049<br>**Email:** fields.robert@epa.gov<br>**Phone:** 312-886-9017 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

COMMUNITY DEVELOPMENT AND TECHNICAL ASSISTANCE TO ADVANCE ENVIRONMENT AND ENERGY JUSTICE IN THE GREAT LAKES REGION

See Attachment 1 for project description.

| **BUDGET PERIOD**<br>06/01/2023 - 02/21/2025 | **PROJECT PERIOD**<br>06/01/2023 - 02/21/2025 | **TOTAL BUDGET PERIOD COST**<br>$ 10,000,000.00 | **TOTAL PROJECT PERIOD COST**<br>$ 10,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 02/21/2025 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 5, U.S. EPA Region 5<br>Mail Code MCG10J 77 West Jackson Blvd.<br>Chicago, IL 60604-3507 | U.S. EPA, Region 5, Office of Regional Administrator<br>R5 - Region 5<br>77 West Jackson Blvd. R-19J<br>Chicago, IL 60604-1049 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| **Digital signature applied by EPA Award Official for** Sheila Dolan - Manager, Acquisition & Assistance Branch<br>**by** Robert Fields - Award Official Delegate | **DATE**<br>02/21/2025 |

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 8,000,000 | $ 0 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 8,000,000 | $ 0 | $ 8,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.309 - Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | Clean Air Act: Sec. 103(b)(3) <br> Clean Water Act: Sec. 104(b)(3) <br> Solid Waste Disposal Act: Sec. 8001(a) <br> 2022 Consolidated Appropriations Act (PL 117-103) <br> 2023 Consolidated Appropriations Act (PL 117-328) <br> Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500, 40 CFR 33 and 40 CFR 45 |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 2,401,497 |
| 2. Fringe Benefits | $ 807,824 |
| 3. Travel | $ 63,900 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 6,140 |
| 6. Contractual | $ 53,676 |
| 7. Construction | $ 0 |
| 8. Other | $ 5,418,115 |
| 9. Total Direct Charges | $ 8,751,152 |
| 10. Indirect Costs: 0.00 % Base See Table B | $ 1,248,848 |
| 11. Total (Share: Recipient ___ 0.00 % Federal ___ 100.00 %) | $ 10,000,000 |
| 12. Total Approved Assistance Amount | $ 10,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

XJ - 00E03450 - 4    Page 4

Table B Budget Worksheet #1

| Table B - Program Element Classification (Non-construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. 07/01/2021 - until amended. pred. 35% - MTDC each $25,000 subaward limit, and exclude PSC | $ 0 |
| 2. 07/01/2024 06/30/2028 - 37.00% - MTDC each $25,000 subaward limit, and exclude PSC | $ 0 |
| 3. | $ 0 |
| 4. | $ 0 |
| 5. | $ 0 |
| 6. | $ 0 |
| 7. | $ 0 |
| 8. | $ 0 |
| 9. | $ 0 |
| 10. | $ 0 |
| 11. Total (Share: Recip     % Fed     %) | $ 0 |
| 12. Total Approved Assistance Amount | $ 0 |

EPA_00237964

# Attachment 1 - Project Description

The Thriving Communities Technical Assistance Center will leverage existing university extension networks and technical service providers to reach remote, rural, and underserved communities across EPA Region 5, including the states of Minnesota, Michigan, Wisconsin, Illinois, Indiana, and Ohio and 37 Tribal Nations. The Inflation Reduction Act (IRA) technical assistance (TA) funds issued to the enter name of TCTAC are specifically for the EJ TCTAC to coordinate and collaborate with the EJ Thriving Communities Grantmaking program recipients (Grantmakers) and/or provide additional technical assistance and support to applicants and subgrantee recipients funded through the Grantmaker program. The Grantmakers are considered Technical Assistance providers, who provide funding as well as technical assistance to applicants and subgrantee recipients addressing environmental concerns of disadvantaged communities. Per the EJ TCTAC Request for Applications (RFA), Funding Opportunity Number EPA-I-OP-OEJ-22-02, the EJ TCTACs are expected to coordinate with other Technical Assistance providers over the project period.

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements.  Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

XJ - 00E03450 - 4    Page 6

# Administrative Conditions

**FOLLOWING TERMS AND CONDITIONS HAVE BEEN ADDED AS FOLLOWS:**

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

N/A

5N - 00E03682 - 1   Page 1

| | | GRANT NUMBER (FAIN): | 00E03682 | | |
|---|---|---|---|---|---|
| | **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | MODIFICATION NUMBER: | 1 | **DATE OF AWARD** 02/21/2025 | |
| | | PROGRAM CODE: | 5N | | |
| | | TYPE OF ACTION No Cost Amendment | | **MAILING DATE** 02/21/2025 | |
| | | PAYMENT METHOD: ASAP | | **ACH#** PEND | |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| MINNEAPOLIS FOUNDATION 80 S 8TH ST 800 IDS CENTER MINNEAPOLIS, MN 55402 EIN: 41-6029402 | MINNEAPOLIS FOUNDATION 80 S 8TH STREET 800 IDS Center Minneapolis, MN 55402 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Jo-Anne Stately 80 S EIGHTH ST 800 IDS CENTER MINNEAPOLIS, MN 55402 **Email:** jstately@mplsfoundation.org **Phone:** 612-672-3878 | Cristina Presmanes 77 West Jackson Blvd., RM-19J Chicago, IL 60604-3507 **Email:** Presmanes.Cristina@epa.gov **Phone:** 312-353-8205 | Mauricio Lobato Assistance Section 1, MA-10J 77 West Jackson Blvd. Chicago, IL 60604 **Email:** lobato.mauricio@epa.gov **Phone:** 312-353-2515 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

The Minneapolis Foundation TCGM Grant 1

See Attachment 1 for project description.

| BUDGET PERIOD | PROJECT PERIOD | TOTAL BUDGET PERIOD COST | TOTAL PROJECT PERIOD COST |
|---|---|---|---|
| 04/01/2024 - 02/21/2025 | 04/01/2024 - 02/21/2025 | $ 8,000,000.00 | $ 8,000,000.00 |

## NOTICE OF AWARD

Based on your Application dated 02/21/2025 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 5, U.S. EPA Region 5 Mail Code MCG10J 77 West Jackson Blvd. Chicago, IL 60604-3507 | U.S. EPA, Region 5, Office of Environmental Justice, Community Health, and Environmental Review Division OEJECR - Office of Environmental Justice and External Civil Rights 77 West Jackson Blvd., R-19J Chicago, IL 60604-3507 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| Digital signature applied by EPA Award Official for Sheila Dolan - Manager, Acquisition and Assistance Branch | **DATE** |
|---|---|
| **by** Robert Fields - Award Official Delegate | 02/21/2025 |

5N - 00E03682 - 1     Page 2

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 8,000,000 | $ 0 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 8,000,000 | $ 0 | $ 8,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.615 - Environmental Justice Thriving Communities Grantmaking Program (EJ TCGM) | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5N - 00E03682 - 1    Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 2,959,368 |
| 2. Fringe Benefits | $ 887,810 |
| 3. Travel | $ 172,701 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 40,360 |
| 6. Contractual | $ 1,578,842 |
| 7. Construction | $ 0 |
| 8. Other | $ 1,800,000 |
| 9. Total Direct Charges | $ 7,439,081 |
| 10. Indirect Costs: 0.00 % Base See Table B | $ 560,919 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 8,000,000 |
| 12. Total Approved Assistance Amount | $ 8,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

5N - 00E03682 - 1    Page 4

Table B Budget Worksheet #1

| Table B - Program Element Classification (Non-construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. 4/1/2024 - 3/31/2027 - 10% De Minimis Rate - Modified Total Direct Costs. | $ 0 |
| 2. | $ 0 |
| 3. | $ 0 |
| 4. | $ 0 |
| 5. | $ 0 |
| 6. | $ 0 |
| 7. | $ 0 |
| 8. | $ 0 |
| 9. | $ 0 |
| 10. | $ 0 |
| 11. Total (Share: Recip    % Fed    %) | $ 0 |
| 12. Total Approved Assistance Amount | $ 0 |

EPA_00237972

# Attachment 1 - Project Description

This agreement provides funding under the Inflation Reduction Act (IRA) to The Minneapolis Foundation. This is a Regional Grantmaker. The Minneapolis Foundation, partnered along with the NDN Collective, will institute a grantmaking program within the Region 5 states. This award will be used to develop the administrative and programmatic strength needed to award over 200 grants within Region 5, targeting areas such as rural communities, urban centers and tribal communities. The Minneapolis Foundation will develop a Quality Management Plan, create an application to support the grantmaking program, train their statutory partner on EPA requirements, identify and recruit 10 Regional Community Advisory Committee (RAC) members, and perform outreach in their targeted communities using these funds. The Minneapolis Foundation will use the money associated with this award to build up their grant making capacity and to cover administrative costs associated with grantmaking for the next three years.

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

EPA_00237973

## Administrative Conditions

**FOLLOWING TERMS AND CONDITION HAVE BEEN ADDED AS FOLLOWS:**

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

N/A

Message

**From:**     Phillips, Lashaun [Phillips.Lashaun@epa.gov]
**Sent:**     2/21/2025 9:38:08 PM
**To:**      Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject:**   RE: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

You are welcome, I have to Thank Keva for her assistance.

La Shaun Phillips, Award Official
Grants Management and Business Operations Division (GMBOD)
Office of Mission Support
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, D.C. 20460
202-564-0956
Phillips.lashaun@epa.gov

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Friday, February 21, 2025 4:37 PM
**To:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** RE: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

Thank you, Lashaun for the quick action.

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

**From:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>
**Sent:** Friday, February 21, 2025 1:32 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** FW: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

Thanks

La Shaun Phillips, Award Official
Grants Management and Business Operations Division (GMBOD)
Office of Mission Support
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, D.C. 20460
202-564-0956
Phillips.lashaun@epa.gov

**From:** Phillips, Lashaun
**Sent:** Friday, February 21, 2025 4:00 PM
**To:** rpaez@sustain.org; phaldipur@sustain.org
**Subject:** Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

EPA_00237977

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov

If you have any questions, please contact Theresa Segovia Senior Resource Official at Segovia.Theresa@epa.gov

Sincerely,

La Shaun Phillips
Associate Award Official
202-564-0956
Phillips.lashaun@epa.gov

Attachments:
Official EPA Award Document
Termination Memo

EPA_00237978

Message

---

**From**: Phillips, Lashaun [Phillips.Lashaun@epa.gov]
**Sent**: 2/21/2025 9:40:14 PM
**To**: Wise, Melissa [wise.melissa@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**Subject**: RE: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

You are welcome, you too 😊

La Shaun Phillips, Award Official
Grants Management and Business Operations Division (GMBOD)
Office of Mission Support
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, D.C. 20460
202-564-0956
Phillips.lashaun@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Friday, February 21, 2025 4:39 PM
**To:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** RE: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

Thank you, LaShaun!  Enjoy your weekend.

Melissa

---

**From:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>
**Sent:** Friday, February 21, 2025 4:32 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** FW: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

Thanks

La Shaun Phillips, Award Official
Grants Management and Business Operations Division (GMBOD)
Office of Mission Support
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, D.C. 20460
202-564-0956
Phillips.lashaun@epa.gov

---

**From:** Phillips, Lashaun
**Sent:** Friday, February 21, 2025 4:00 PM
**To:** rpaez@sustain.org; phaldipur@sustain.org
**Subject:** Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov

If you have any questions, please contact Theresa Segovia Senior Resource Official at Segovia.Theresa@epa.gov

Sincerely,

La Shaun Phillips
Associate Award Official
202-564-0956
Phillips.lashaun@epa.gov

Attachments:
Official EPA Award Document
Termination Memo

Message

---

| | |
|---|---|
| **From**: | Wise, Melissa [wise.melissa@epa.gov] |
| **Sent**: | 2/21/2025 9:47:15 PM |
| **To**: | Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **Subject**: | FW: Termination of EPA Assistance Award: 00A01436, New Haven Ecology Project Inc. |
| **Attachments**: | OMB Form 00A01436-1.pdf; Termination_Memo_00A01436_Feb21.pdf |

---

**From:** Johnson, Arthur <Johnson.Arthur@epa.gov>
**Sent:** Friday, February 21, 2025 4:26 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Tocci, Brian F. <Tocci.Brian@epa.gov>; Weeks, Frederick <Weeks.Fred@epa.gov>
**Subject:** FW: Termination of EPA Assistance Award: 00A01436, New Haven Ecology Project Inc.

R1 termination action completed.

Art

**From:** Johnson, Arthur
**Sent:** Friday, February 21, 2025 4:25 PM
**To:** JTolman@commongroundct.org
**Cc:** Tocci, Brian F. <Tocci.Brian@epa.gov>; Blanchette, Adam <blanchette.adam@epa.gov>; White, Keyana <White.Keyana@epa.gov>; Weeks, Frederick <Weeks.Fred@epa.gov>; Rea, Kristi <Rea.Kristi@epa.gov>; Lloyd, Monique <Lloyd.Monique@epa.gov>; Scherb, Kristen <Scherb.Kristen@epa.gov>
**Subject:** Termination of EPA Assistance Award: 00A01436, New Haven Ecology Project Inc.

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.
**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact me at johnson.arthur@epa.gov.

Sincerely,

Art Johnson
Mission Support Division Director, SRO/SIO
USEPA Region I
5 Post Office Square (Mail Code: 05-1)
Boston, MA 02109-3912
W:  617-918-8301
C:   617-413-5052

EPA_00237982

51 - 00A01436 - 1     Page 1

| | U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Assistance Amendment | GRANT NUMBER (FAIN): 00A01436<br>MODIFICATION NUMBER: 1<br>PROGRAM CODE: 51 | |
|---|---|---|---|
| | | TYPE OF ACTION<br>No Cost Amendment | DATE OF AWARD<br>02/21/2025 |
| | | | MAILING DATE<br>02/21/2025 |
| | | PAYMENT METHOD:<br>ASAP | ACH#<br>10222 |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| NEW HAVEN ECOLOGY PROJECT INC<br>358 Springside Avenue<br>New Haven, CT 06515-1024<br>**EIN:** 22-3171185 | New Haven Ecological Project Inc.<br>P.O. Box 2965<br>New Haven, CT 06515-0065 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Joel Tolman<br>358 Springside Avenue<br>New Haven, CT 06515-1024<br>**Email:** JTolman@commongroundct.org<br>**Phone:** 203-809-4164 | Keyana White<br>5 Post Office Square, Suite 100<br>Boston, MA 02109-3912<br>**Email:** White.Keyana@epa.gov<br>**Phone:** 617-918-1436 | Adam Blanchette<br>Grants Management Branch<br>5 Post Office Square, Suite 100<br>Boston, MA 02109-3945<br>**Email:** Blanchette.Adam@epa.gov<br>**Phone:** 617-918-1237 |

### PROJECT TITLE AND EXPLANATION OF CHANGES

Green Jobs Corps: Growing a New Generation of New Haven Environmental Justice Problem-Solvers

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD<br>05/01/2024 - 02/21/2025 | PROJECT PERIOD<br>05/01/2024 - 02/21/2025 | TOTAL BUDGET PERIOD COST<br>$ 500,000.00 | TOTAL PROJECT PERIOD COST<br>$ 500,000.00 |
|---|---|---|---|

### NOTICE OF AWARD

Based on your Application dated 04/14/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 500,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 1, EPA New England<br>5 Post Office Square, Suite 100<br>Boston, MA 02109-3912 | U.S. EPA, Region 1, Office of the Regional Administrator<br>R1 - Region 1<br>5 Post Office Square, Suite 100<br>Boston, MA 02109-3946 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| **Digital signature applied by EPA Award Official** Arthur Johnson - Director, Mission Support Division | DATE<br>02/21/2025 |

51 - 00A01436 - 1     Page 2

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 500,000 | $ 0 | $ 500,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 500,000 | $ 0 | $ 500,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.306 - Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

EPA_00237984

51 - 00A01436 - 1    Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 282,155 |
| 2. Fringe Benefits | $ 21,585 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 8,420 |
| 6. Contractual | $ 720 |
| 7. Construction | $ 0 |
| 8. Other | $ 187,120 |
| 9. Total Direct Charges | $ 500,000 |
| 10. Indirect Costs: 0.00 % Base - | $ 0 |
| 11. Total (Share: Recipient ___ 0.00 % Federal __ 100.00 %) | $ 500,000 |
| 12. Total Approved Assistance Amount | $ 500,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 500,000 |

## Administrative Conditions

### UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

# Programmatic Conditions

## Programmatic Terms and Conditions

Performance reporting is still in full force and effect. The recipient must submit the final performance report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

b. Explanations on why established outputs/outcomes were not met; and

c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

## 1. Waiver of Reports

The following reports are waived:

a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

## 2. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.



## OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

February 21, 2025

**MEMORANDUM**

**SUBJECT:**   Termination of EPA Assistance Agreement [Grant Number] under 2 CFR 200.340

**FROM:**   Arthur Johnson, EPA Award Official   ARTHUR JOHNSON   Digitally signed by ARTHUR JOHNSON Date: 2025.02.21 16:19:17 -05'00'

**TO:**   John Tolman, Director of Community Engagement & Outreach
New Haven Ecology Project Inc.

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 00A01436 awarded to New Haven Ecology Project Inc. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement 00A01436 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:

- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), scherb.kristen@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, johnson.arthur@epa.gov,  within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:  Adam Blanchette
     Keyana White
     Brian Tocci

EPA_00237989

Message

---

**From**: Wise, Melissa [wise.melissa@epa.gov]
**Sent**: 2/21/2025 10:03:46 PM
**To**: Wilson, Kevin [Wilson.Kevin@epa.gov]
**CC**: Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**Subject**: FW: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities
**Attachments**: Termination 84061101 Memo_Feb21.pdf; OMB Form 84061101-1 (5).pdf

Hi Kevin,

Brandon Pierce was unable to select the FT code. Kat believes it is because the programmatic baseline was not completed. Is there a way to "hard code" FT or otherwise trick the system? Because the "FT" code was not selected, this award will not appear on the daily report.

Thank you for your help.

-Melissa

---

**From:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>
**Sent:** Friday, February 21, 2025 4:32 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** FW: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

Thanks

La Shaun Phillips, Award Official
Grants Management and Business Operations Division (GMBOD)
Office of Mission Support
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, D.C. 20460
202-564-0956
Phillips.lashaun@epa.gov

---

**From:** Phillips, Lashaun
**Sent:** Friday, February 21, 2025 4:00 PM
**To:** rpaez@sustain.org; phaldipur@sustain.org
**Subject:** Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at
https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov

If you have any questions, please contact Theresa Segovia Senior Resource Official at Segovia.Theresa@epa.gov

Sincerely,

La Shaun Phillips
Associate Award Official
202-564-0956
Phillips.lashaun@epa.gov

Attachments:
Official EPA Award Document
Termination Memo



## OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

February 21, 2025

**MEMORANDUM**

**SUBJECT:**  Termination of EPA Assistance Agreement XJ 84061101-1 under 2 CFR 200.340

**FROM:**  EPA Award Official

**TO:**  Pradnya Haldipur, VP, Development /Acting Co-President
Institute For Sustainable Communities

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. XJ 84061101-1 awarded to Institute For Sustainable Communities In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement XJ 84061101-1 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Schindel.Phillip@epa.gov must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, Phillips.Lashaun@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.


ATTACHMENT
Amendment Document

cc:  Matthew Forte, EPA Grant Specialist
     Darlene Byrd, EPA Project Officer
     Russell Paez, Grantee Program Manager

2

XJ - 84061101 - 1     Page 1

| | U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Assistance Amendment | GRANT NUMBER (FAIN): 84061101<br>MODIFICATION NUMBER: 1<br>PROGRAM CODE: XJ | | DATE OF AWARD<br>02/21/2025 |
|---|---|---|---|---|
| | | TYPE OF ACTION<br>No Cost Amendment | | MAILING DATE<br>02/21/2025 |
| | | PAYMENT METHOD:<br>ASAP | | ACH#<br>PEND |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| INSTITUTE FOR SUSTAINABLE COMMUNITIES<br>535 Stone Cutters Way<br>Montpelier, VT 05602-3795<br>EIN: 22-3098727 | INSTITUTE FOR SUSTAINABLE COMMUNITIES<br>535 Stone Cutters Way<br>Montpelier, VT 05602-3795 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Russell Paez<br>535 Stone Cutters Way<br>Montepelier, VT 05602-3795<br>**Email:** rpaez@sustain.org<br>**Phone:** 142-590-8039 | Darlene Byrd<br>1200 Pennsylvania Ave. NW, 28221T<br>Washington, DC 20460<br>**Email:** byrd.darlene@epa.gov<br>**Phone:** 202-566-2168 | Matthew Forte<br>1200 Pennsylvania Ave. NW, 3903R<br>Washington, DC 20460<br>**Email:** Forte.Matthew@epa.gov<br>**Phone:** 202-564-2245 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Environmental Justice Thriving Communities Technical Assistance Center (EJ TCTAC)

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD<br>06/01/2023 - 02/21/2025 | PROJECT PERIOD<br>06/01/2023 - 02/21/2025 | TOTAL BUDGET PERIOD COST<br>$ 10,000,000.00 | TOTAL PROJECT PERIOD COST<br>$ 10,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 11/01/2022 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| Environmental Protection Agency, Grants Management & Business Operations Division<br>1200 Pennsylvania Ave, NW Mail code 3903R<br>Washington, DC 20460 | Environmental Protection Agency, OEJECR<br>OEJECR - Office of Environmental Justice and External Civil Rights<br>1200 Pennsylvania Ave NW<br>Washington, DC 20460 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| **Digital signature applied by EPA Award Official** LaShaun Phillips - Associate Award Official | DATE<br>02/21/2025 |
|---|---|

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 8,000,000 | $ 0 | $ 8,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 8,000,000 | $ 0 | $ 8,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.309 - Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | CERCLA: Sec. 311(c) | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 2,858,112 |
| 2. Fringe Benefits | $ 857,434 |
| 3. Travel | $ 181,108 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 48,220 |
| 6. Contractual | $ 607,250 |
| 7. Construction | $ 0 |
| 8. Other | $ 3,851,700 |
| 9. Total Direct Charges | $ 8,403,824 |
| 10. Indirect Costs: 29.60 % Base MTDC | $ 1,596,176 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 10,000,000 |
| 12. Total Approved Assistance Amount | $ 10,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

## Administrative Conditions

### A. UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

> a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

> b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

> c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

> a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

> b. Explanations on why established outputs/outcomes were not met; and

> c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

> a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

> b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

All terms remaining the same.

EPA_00237999

Message

| | |
|---|---|
| **From**: | Phillips, Lashaun [Phillips.Lashaun@epa.gov] |
| **Sent**: | 2/22/2025 2:41:18 AM |
| **To**: | Wise, Melissa [wise.melissa@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **Subject**: | RE: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities |

Hello Melissa,

I did not get a call from you. I did see Kat's message that the award was closed and I also checked myself.

Thank you

La Shaun Phillips, Award Official
Grants Management and Business Operations Division (GMBOD)
Office of Mission Support
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, D.C. 20460
202-564-0956
Phillips.lashaun@epa.gov

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Friday, February 21, 2025 4:39 PM
**To:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** RE: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

Thank you, LaShaun! Enjoy your weekend.

Melissa

**From:** Phillips, Lashaun <Phillips.Lashaun@epa.gov>
**Sent:** Friday, February 21, 2025 4:32 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** FW: Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

Thanks

La Shaun Phillips, Award Official
Grants Management and Business Operations Division (GMBOD)
Office of Mission Support
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, D.C. 20460
202-564-0956
Phillips.lashaun@epa.gov

**From:** Phillips, Lashaun
**Sent:** Friday, February 21, 2025 4:00 PM
**To:** rpaez@sustain.org; phaldipur@sustain.org
**Subject:** Termination of EPA Assistance Award: XJ 840611-01-1 Institute For Sustainable Communities

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov

If you have any questions, please contact Theresa Segovia Senior Resource Official at Segovia.Theresa@epa.gov

Sincerely,

La Shaun Phillips
Associate Award Official
202-564-0956
Phillips.lashaun@epa.gov

Attachments:
Official EPA Award Document
Termination Memo

Message

| | |
|---|---|
| **From**: | Wise, Melissa [wise.melissa@epa.gov] |
| **Sent**: | 2/22/2025 4:07:57 PM |
| **To**: | Watkins, Christopher [Watkins.Christopher@epa.gov]; Velika [velika@buftx.org]; cleo@buftx.org |
| **CC**: | Alexander, Jill [Alexander.Jill@epa.gov]; Ford, Jamell [Ford.Jamell@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Stanton, MaryA [Stanton.Marya@epa.gov] |
| **Subject**: | RE: Termination of EPA Assistance Award: 02F50601 Black United Fund of Texas Inc. |

Thank you, Chris!

-Melissa

**From:** Watkins, Christopher <Watkins.Christopher@epa.gov>
**Sent:** Saturday, February 22, 2025 10:45 AM
**To:** Velika <velika@buftx.org>; cleo@buftx.org
**Cc:** Alexander, Jill <Alexander.Jill@epa.gov>; Ford, Jamell <Ford.Jamell@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Stanton, MaryA <Stanton.Marya@epa.gov>
**Subject:** Termination of EPA Assistance Award: 02F50601 Black United Fund of Texas Inc.

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number 02F50601-1 is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Mary Stanton, Region 6, Senior Resource Official at Stanton.Marya@epa.gov.


Attachments:
Official EPA Award Document
Termination Memo

EPA_00238002

Sincerely,

Christopher Watkins
Supervisor, Grants Management Section/GMO
Grants & Acquisition Branch
Mission Support Division
U.S. Environmental Protection Agency
1201 Elm Street, Suite 8854
Dallas, Texas  75270-2002
Email:watkins.christopher@epa.gov
Office Phone: 214-665-6568
Grants Information – https://www.epa.gov/grants



**Stay away from people who act like a victim in a problem they created.  Spend more time with people with whom you have a common future instead of a common past.**

Message

**From**: Watkins, Christopher [Watkins.Christopher@epa.gov]
**Sent**: 2/22/2025 3:45:22 PM
**To**: Velika [velika@buftx.org]; cleo@buftx.org
**CC**: Alexander, Jill [Alexander.Jill@epa.gov]; Ford, Jamell [Ford.Jamell@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Stanton, MaryA [Stanton.Marya@epa.gov]
**Subject**: Termination of EPA Assistance Award: 02F50601 Black United Fund of Texas Inc.
**Attachments**: Black United Fund of Texas Inc Termination_Memo_Feb21.docx; OMB Form 02F50601-1.pdf

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number 02F50601-1 is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Mary Stanton, Region 6, Senior Resource Official at Stanton.Marya@epa.gov.


Attachments:
Official EPA Award Document
Termination Memo


Sincerely,

Christopher Watkins
Supervisor, Grants Management Section/GMO
Grants & Acquisition Branch
Mission Support Division
U.S. Environmental Protection Agency
1201 Elm Street, Suite 8854
Dallas, Texas  75270-2002
Email:watkins.christopher@epa.gov

Office Phone: 214-665-6568
Grants Information – https://www.epa.gov/grants



**Stay away from people who act like a victim in a problem they created.  Spend more time with people with whom you have a common future instead of a common past.**



## OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

[ DATE \@ "MMMM d, yyyy" ]

**MEMORANDUM**

**SUBJECT:**   Termination of EPA Assistance Agreement 02F50601 under 2 CFR 200.340

**FROM:**   EPA Award Official

**TO:**   Velika Thomas, CFO
Black United Fund of Texas, Inc.

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 02F50601 awarded to Black United Fund of Texas Inc. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement 02F50601 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), [ HYPERLINK "mailto:Rucki.Thomas@epa.gov" ], must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, watkins.christopher@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document 02F50601-1

cc:  Jamell Ford (EPA Grant Specialist)
     Jill Alexander (EPA Project Officer)
     Cleo Johnson (Black United Fund of Texas Inc., Program Manager)

EPA_00238007

5B - 02F50601 - 1    Page 1

| | | | |
|---|---|---|---|
| | **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | **GRANT NUMBER (FAIN):** 02F50601 **MODIFICATION NUMBER:** 1 **PROGRAM CODE:** 5B | **DATE OF AWARD** 02/22/2025 |
| | | **TYPE OF ACTION** No Cost Amendment | **MAILING DATE** 02/22/2025 |
| | | **PAYMENT METHOD:** ASAP | **ACH#** 67157 |

| **RECIPIENT TYPE:** | **Send Payment Request to:** |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| **RECIPIENT:** | **PAYEE:** |
|---|---|
| BLACK UNITED FUND OF TEXAS, INC. 2606 Gregg Street Suite A Houston, TX 77026-6302 EIN: 74-2109039 | Black United Fund of Texas, Inc. 2606 Gregg Street Suite A Houston, TX 77026-6302 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Cleo Johnson 2606 Gregg Street Suite A Houston, TX 77026 **Email:** cleo@buftx.org **Phone:** 713-524-5767 | Jill Alexander 1201 Elm Street, EJDJB Dallas, TX 75270-2102 **Email:** Alexander.Jill@epa.gov **Phone:** 214-665-3132 | Jamell Ford Mission Support Division, MSDGG 1201 Elm Street Suite 500 Dallas, TX 75270-2102 **Email:** ford.jamell@epa.gov **Phone:** 214-665-3182 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Vulnerable to Vibrant: Solar Workforce Development Trainings, Illegal Dumping Abatement, and Education in an Environmental Justice Community

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| **BUDGET PERIOD** | **PROJECT PERIOD** | **TOTAL BUDGET PERIOD COST** | **TOTAL PROJECT PERIOD COST** |
|---|---|---|---|
| 05/01/2024 - 02/21/2025 | 05/01/2024 - 02/21/2025 | $ 500,000.00 | $ 500,000.00 |

## NOTICE OF AWARD

Based on your Application dated 04/14/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 500,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 6, Grants Management Section 1201 Elm Street, Suite 500 Dallas, TX 75270-2102 | U.S. EPA, Region 6, Environmental Justice, Community Engagement and Environmental Review Division R6 - Region 6 1201 Elm Street Dallas, TX 75201-2102 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| **Digital signature applied by EPA Award Official** Christopher Watkins - Grant Management Officer | **DATE** 02/22/2025 |

EPA_00238008

5B - 02F50601 - 1    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 500,000 | $ 0 | $ 500,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 500,000 | $ 0 | $ 500,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.306 - Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

EPA_00238009

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 116,670 |
| 2. Fringe Benefits | $ 23,334 |
| 3. Travel | $ 10,161 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 15,584 |
| 6. Contractual | $ 280,425 |
| 7. Construction | $ 0 |
| 8. Other | $ 34,251 |
| 9. Total Direct Charges | $ 480,425 |
| 10. Indirect Costs: 0.00 % Base | $ 19,575 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 500,000 |
| 12. Total Approved Assistance Amount | $ 500,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 500,000 |

EPA_00238010

## Administrative Conditions

### UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

> a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

> b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

> c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

> a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

> b. Explanations on why established outputs/outcomes were not met; and

> c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

> a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions.

> b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

5B - 02F50601 - 1     Page 5

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

5B - 02F50601 - 1    Page 6

## Programmatic Conditions

EXCEPT AS PROVIDED HEREIN, ALL TERMS AND CONDITIONS OF THE BASIC ASSISTANCE AGREEMENT, INCLUDING PRIOR AMENDMENTS, REMAIN UNCHANGED AND IN FULL FORCE AND EFFECT.

EPA_00238013

Message

| | |
|---|---|
| **From**: | Watkins, Christopher [Watkins.Christopher@epa.gov] |
| **Sent**: | 2/22/2025 4:43:05 PM |
| **To**: | bianca@earthcarenm.org; macosta.csf@gmail.com; info@earthcarenm.org |
| **CC**: | Wise, Melissa [wise.melissa@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Stanton, MaryA [Stanton.Marya@epa.gov]; Dorsey, Debbie [Dorsey.Debbie@epa.gov]; Vogle, Katie [Vogle.Katie@epa.gov] |
| **Subject**: | Termination of EPA Assistance Award: 02F50801 Earth care International |
| **Attachments**: | Earth Care International Termination_Memo.pdf; OMB Form 02F50801-1.pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number 02F50801-1 is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Mary Stanton, Region 6, Senior Resource Official at Stanton.Marya@epa.gov.


Attachments:
Official EPA Award Document
Termination Memo


Sincerely,

Christopher Watkins
Supervisor, Grants Management Section/GMO
Grants & Acquisition Branch
Mission Support Division
U.S. Environmental Protection Agency
1201 Elm Street, Suite 8854
Dallas, Texas 75270-2002
Email:watkins.christopher@epa.gov

Office Phone: 214-665-6568
Grants Information – https://www.epa.gov/grants



**Stay away from people who act like a victim in a problem they created. Spend more time with people with whom you have a common future instead of a common past.**

EPA_00238015



## OFFICE OF MISSION SUPPORT

WASHINGTON, D.C. 20460

February 22, 2025

**MEMORANDUM**

**SUBJECT:**   Termination of EPA Assistance Agreement 02F50801 under 2 CFR 200.340

**FROM:**   EPA Award Official

**TO:**   Bianca Sopoci-Belknap, Co-Director
Earth Care International

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 02F50801 awarded to Earth Care International. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement 02F50801 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Rucki.Thomas@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, watkins.christopher@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.


ATTACHMENT
Amendment Document 02F50801-1

cc:  Debbie Dorsey (EPA Grant Specialist)
     Katie Vogle(EPA Project Officer)
     Bianca Sopoci-Belknap (Earth Care International Program Manager)

EPA_00238017

5B - 02F50801 - 1    Page 1

| | | GRANT NUMBER (FAIN): | 02F50801 | |
|---|---|---|---|---|
| | | MODIFICATION NUMBER: | 1 | DATE OF AWARD |
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** | | PROGRAM CODE: | 5B | 02/22/2025 |
| | | TYPE OF ACTION | | MAILING DATE |
| Assistance Amendment | | No Cost Amendment | | 02/22/2025 |
| | | PAYMENT METHOD: | | ACH# |
| | | ASAP | | PEND |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| EARTH CARE INTERNATIONAL<br>P.O. Box 28969<br>SANTA FE, NM 87592-8969<br>**EIN:** 33-1017279 | EARTH CARE INTERNATIONAL<br>6600 Valentine Way, Suite A<br>Santa Fe, NM 87507-7341 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Bianca Sopoci-Belknap<br>6600 VALENTINE WAY BLDG A<br>SANTA FE, NM 87507-7314<br>**Email:** bianca@earthcarenm.org<br>**Phone:** 505-983-6896 | Katie Vogle<br>1201 Elm Street, Suite 500, ORACT<br>Dallas, TX 75270-2102<br>**Email:** vogle.kathryn@epa.gov<br>**Phone:** 214-665-7162 | Debbie Dorsey<br>Mission Support Division, MSDGG<br>1201 Elm Street, Suite 500<br>Dallas, TX 75270-2102<br>**Email:** Dorsey.Debbie@epa.gov<br>**Phone:** 214-665-6554 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Justice in the Air: The Partnership for Community Health Equity

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD | PROJECT PERIOD | TOTAL BUDGET PERIOD COST | TOTAL PROJECT PERIOD COST |
|---|---|---|---|
| 04/01/2024 - 02/22/2025 | 04/01/2024 - 02/22/2025 | $ 500,000.00 | $ 500,000.00 |

## NOTICE OF AWARD

Based on your Application dated 04/14/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 500,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 6, Grants Management Section<br>1201 Elm Street, Suite 500<br>Dallas, TX 75270-2102 | U.S. EPA, Region 6, Environmental Justice, Community Engagement and Environmental Review Division<br>R6 - Region 6<br>1201 Elm Street, Suite 500<br>Dallas, TX 75270-2102 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| **Digital signature applied by EPA Award Official** Christopher Watkins - Grant Management Officer | DATE<br>02/22/2025 |

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 500,000 | $ 0 | $ 500,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 500,000 | $ 0 | $ 500,000 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.306 - Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 265,500 |
| 2. Fringe Benefits | $ 51,570 |
| 3. Travel | $ 7,770 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 11,620 |
| 6. Contractual | $ 53,540 |
| 7. Construction | $ 0 |
| 8. Other | $ 110,000 |
| 9. Total Direct Charges | $ 500,000 |
| 10. Indirect Costs: 0.00 % Base | $ 0 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 500,000 |
| 12. Total Approved Assistance Amount | $ 500,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 500,000 |

## Administrative Conditions

### UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

All Programmatic Conditions Remain the Same

Message

| | |
|---|---|
| **From**: | Duncan, Heather [Duncan.Heather@epa.gov] |
| **Sent**: | 2/24/2025 1:09:52 PM |
| **To**: | Wise, Melissa [wise.melissa@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Rawls, Whitney [rawls.whitney@epa.gov] |
| **CC**: | Richards, Elizabeth [Richards.Elizabeth@epa.gov] |
| **Subject**: | RE: R7 Termination Status - XJ 96701501 |
| **Attachments**: | Termination of EPA Assistance Award: XJ-96701501 Wichita State University |

Recipient notification attached. Should we add this requirement to the SOP (including the recipient notification in the HQ notification)?

Heather

Heather Duncan
EPA Region 7 | Grants Management Section | 913.551.7640 | duncan.heather@epa.gov
**This e-mail may contain confidential or deliberative information and should not be forwarded.**

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Friday, February 21, 2025 7:33 PM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>
**Cc:** Duncan, Heather <Duncan.Heather@epa.gov>; Richards, Elizabeth <Richards.Elizabeth@epa.gov>
**Subject:** RE: R7 Termination Status - XJ 96701501

Whitney,

Can you please confirm that you completed the termination, except for entering the FT code?  Can you please forward the email sent to the recipient?

Thank you,
Melissa

---

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Friday, February 21, 2025 6:02 PM
**To:** Rawls, Whitney <rawls.whitney@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Richards, Elizabeth <Richards.Elizabeth@epa.gov>
**Subject:** RE: R7 Termination Status - XJ 96701501

Yes.  Have a great day.


*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

---

**From:** Rawls, Whitney <rawls.whitney@epa.gov>
**Sent:** Friday, February 21, 2025 3:01 PM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Richards, Elizabeth

<Richards.Elizabeth@epa.gov>
**Subject:** RE: R7 Termination Status - XJ 96701501

Thank you for your quick response Kathy!  So will it be okay to enter this code first thing Monday morning?

Thanks so much,



*Whitney Rawls*

Grants Management Officer (GMO) | Resources & Financial Management Branch
Mission Support Division | Environmental Protection Agency, Region 7
**Phone** [913] 551-7678   **Email** **rawls.whitney@epa.gov**

---

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Friday, February 21, 2025 5:00 PM
**To:** Rawls, Whitney <rawls.whitney@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Richards, Elizabeth <Richards.Elizabeth@epa.gov>
**Subject:** RE: R7 Termination Status - XJ 96701501

We are working to have the contractor to push the system to move the congressional notification hourly vs nightly to allow GMO to enter closeout code within a day vs next day.

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

---

**From:** Rawls, Whitney <rawls.whitney@epa.gov>
**Sent:** Friday, February 21, 2025 2:59 PM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Richards, Elizabeth <Richards.Elizabeth@epa.gov>
**Subject:** R7 Termination Status - XJ 96701501
**Importance:** High

We have completed all steps within the Termination SOP provided by OGD for agreement XJ 96701501 with the exception of *Select close grant code "FT – Assistance Terminated by EPA Before Completion."*



When I try to complete this step, I do not have the option to make a selection as instructed per OGD's SOP, see screenshot below:



Please advise as I am trying to meet the estastablished deadline of COB today.

Thanks so much,



*Whitney Rawls*

Grants Management Officer (GMO) | Resources & Financial Management Branch
Mission Support Division | Environmental Protection Agency, Region 7
**Phone** [913] 551-7678  **Email** rawls.whitney@epa.gov