Message

| | |
|---|---|
| **From:** | R7 Grants [R7Grants@epa.gov] |
| **Sent:** | 2/21/2025 10:24:19 PM |
| **To:** | Fran Cook [fran.cook@wichita.edu]; Pre-award Services [proposals@wichita.edu]; Bronleewe, Tonya [tonya.bronleewe@wichita.edu]; WSU research [researchcontracts@wichita.edu] |
| **CC:** | Espinosa, Monica [Espinosa.Monica@epa.gov]; Richards, Elizabeth [Richards.Elizabeth@epa.gov]; Freeman, Tamara [Freeman.Tamara@epa.gov] |
| **Subject:** | Termination of EPA Assistance Award: XJ-96701501 Wichita State University |
| **Attachments:** | Termination_Memo_XJ 96701501_02 21 2025 (002).pdf; OMB Form 96701501-3.pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact **Ben Krehbiel, Acting Region 7 Senior Resource Official, at Krehbiel.ben@epa.gov** .

Sincerely,



*Whitney Rawls*

Grants Management Officer (GMO) | Resources & Financial Management Branch
Mission Support Division | Environmental Protection Agency, Region 7

**Phone** [913] 551-7678   **Email** rawls.whitney@epa.gov

Attachments:
Official EPA Award Document
Termination Memo



## OFFICE OF MISSION SUPPORT
WASHINGTON, D.C. 20460

February 21, 2025

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement XJ 96701501 under 2 CFR 200.340

**FROM:**    Ben Krehbiel, Acting Senior Resource Official

**TO:**    Shirley Lefever, Executive Vice President and Provost
Wichita State University dba Office of Research and Sponsored Programs

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. XJ 96701501 awarded to Wichita State University dba Office of Research and Sponsored Programs. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement XJ 96701501 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report

EPA_00238028

- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Karina Borromeo (borromeo.karina@epa.gov), must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, Ben Krehbiel (krehbiel.ben@epa.gov) within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:  Whitney Rawls, EPA Region 7, Grants Management Officer
     Elizabeth Richards, EPA Region 7, Grants Management Specialist
     Monica Espinosa, EPA Region 7, Project Officer
     Tonya Bronleewe, Project Manager

EPA_00238029

XJ - 96701501 - 3   Page 1

| | **U.S. ENVIRONMENTAL PROTECTION AGENCY** <br> Assistance Amendment | **GRANT NUMBER (FAIN):** 96701501 <br> **MODIFICATION NUMBER:** 3 <br> **PROGRAM CODE:** XJ | |
|---|---|---|---|
| | | **DATE OF AWARD** <br> 02/21/2025 | |
| | | **TYPE OF ACTION** <br> No Cost Amendment | **MAILING DATE** <br> 02/21/2025 |
| | | **PAYMENT METHOD:** <br> ASAP | **ACH#** <br> 77850 |

| **RECIPIENT TYPE:** <br> State Institution of Higher Learning | **Send Payment Request to:** <br> rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** <br> WICHITA STATE UNIVERSITY <br> OFFICE OF RESEARCH <br> 1845 FAIRMOUNT <br> WICHITA, KS 67260-0007 <br> EIN: 48-1124839 | **PAYEE:** <br> Same as Recipient <br> OFFICE OF RESEARCH <br> 1845 FAIRMOUNT <br> WICHITA, KS 67260-0007 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Tonya Bronleewe <br> WICHITA STATE UNIVERSITY <br> 1845 FAIRMOUNT <br> WICHITA, KS 67260-0007 <br> **Email:** tonya.bronleewe@wichita.edu <br> **Phone:** 316-978-6638 | Monica Espinosa <br> 11201 Renner Blvd., ORA/OIA/CS <br> Lenexa, KS 66219 <br> **Email:** Espinosa.Monica@epa.gov <br> **Phone:** 913-551-7541 | Elizabeth Richards <br> Grants Management Office, MSD/RFMB/GRMS <br> 11201 Renner Boulevard <br> Lenexa, KS 66219 <br> **Email:** richards.elizabeth@epa.gov <br> **Phone:** 913-551-7781 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Environmental Justice Thriving Communities Technical Assistance Centers Program

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| **BUDGET PERIOD** <br> 04/01/2023 - 02/21/2025 | **PROJECT PERIOD** <br> 04/01/2023 - 02/21/2025 | **TOTAL BUDGET PERIOD COST** <br> $ 10,000,000.00 | **TOTAL PROJECT PERIOD COST** <br> $ 10,000,000.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 11/01/2022 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 7, Grants Management Office <br> 11201 Renner Boulevard <br> Lenexa, KS 66219 | U.S. EPA, Region 7, Office of Intergovernmental Affairs <br> R7 - Region 7 <br> 11201 Renner Blvd <br> Lenexa , KS 66219 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| **Digital signature applied by EPA Award Official** Ben Krehbiel - Acting Director, Mission Support Division | **DATE** <br> 02/21/2025 |

EPA_00238030

XJ - 96701501 - 3     Page 2

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| **EPA Amount This Action** | $ 8,000,000 | $ 0 | $ 8,000,000 |
| **EPA In-Kind Amount** | $ 0 | $ 0 | $ 0 |
| **Unexpended Prior Year Balance** | $ 0 | $ 0 | $ 0 |
| **Other Federal Funds** | $ 0 | $ 0 | $ 0 |
| **Recipient Contribution** | $ 0 | $ 0 | $ 0 |
| **State Contribution** | $ 0 | $ 0 | $ 0 |
| **Local Contribution** | $ 0 | $ 0 | $ 0 |
| **Other Contribution** | $ 0 | $ 0 | $ 0 |
| **Allowable Project Cost** | $ 8,000,000 | $ 0 | $ 8,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.309 - Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | 2022 Consolidated Appropriations Act (PL 117-103)<br>2023 Consolidated Appropriations Act (PL 117-328)<br>Clean Air Act: Sec. 103(b)(3)<br>Solid Waste Disposal Act: Sec. 8001(a)<br>Clean Water Act: Sec. 104(b)(3)<br>Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

XJ - 96701501 - 3    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 3,024,880 |
| 2. Fringe Benefits | $ 1,049,581 |
| 3. Travel | $ 224,382 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 71,904 |
| 6. Contractual | $ 80,500 |
| 7. Construction | $ 0 |
| 8. Other | $ 4,646,229 |
| 9. Total Direct Charges | $ 9,097,476 |
| 10. Indirect Costs: 0.00 % Base See NICA | $ 902,524 |
| 11. Total (Share: Recipient ____0.00_ % Federal __100.00_ %) | $ 10,000,000 |
| 12. Total Approved Assistance Amount | $ 10,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

XJ - 96701501 - 3    Page 4

# Administrative Conditions

All Administrative Conditions are replaced as follows:

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

XJ - 96701501 - 3     Page 6

## Programmatic Conditions

All Programmatic Conditions are removed. Please see the Administrative Conditions.

Message

---

| | |
|---|---|
| **From:** | Rawls, Whitney [rawls.whitney@epa.gov] |
| **Sent:** | 2/24/2025 3:16:26 PM |
| **To:** | Wise, Melissa [wise.melissa@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **CC:** | Duncan, Heather [Duncan.Heather@epa.gov]; Richards, Elizabeth [Richards.Elizabeth@epa.gov]; Krehbiel, Ben [Krehbiel.Ben@epa.gov]; Singletary, Antoinette [Singletary.Antoinette@epa.gov] |
| **Subject:** | RE: R7 Termination Status - XJ 96701501 |
| **Attachments:** | Termination of EPA Assistance Award: XJ-96701501 Wichita State University |

Yes, I can confirm the termination was completed for XJ 96701501 with the exception of entering the FT code in NGGS due to system issues. I plan to enter the FT code in NGGS for XJ 96701501 this morning if the system allows.

Please let me know if you need any additional information from me regarding this termination.

Thanks so much,



*Whitney Rawls*

Grants Management Officer (GMO) | Resources & Financial Management Branch
Mission Support Division | Environmental Protection Agency, Region 7

**Phone** [913] 551-7678   **Email** rawls.whitney@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Friday, February 21, 2025 7:33 PM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>
**Cc:** Duncan, Heather <Duncan.Heather@epa.gov>; Richards, Elizabeth <Richards.Elizabeth@epa.gov>
**Subject:** RE: R7 Termination Status - XJ 96701501

Whitney,

Can you please confirm that you completed the termination, except for entering the FT code? Can you please forward the email sent to the recipient?

Thank you,
Melissa

---

**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Friday, February 21, 2025 6:02 PM
**To:** Rawls, Whitney <rawls.whitney@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Richards, Elizabeth <Richards.Elizabeth@epa.gov>
**Subject:** RE: R7 Termination Status - XJ 96701501

Yes.  Have a great day.

*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov

**From:** Rawls, Whitney <rawls.whitney@epa.gov>
**Sent:** Friday, February 21, 2025 3:01 PM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Richards, Elizabeth <Richards.Elizabeth@epa.gov>
**Subject:** RE: R7 Termination Status - XJ 96701501

Thank you for your quick response Kathy!  So will it be okay to enter this code first thing Monday morning?


Thanks so much,



*Whitney Rawls*
Grants Management Officer (GMO) | Resources & Financial Management Branch
Mission Support Division | Environmental Protection Agency, Region 7
Phone [913] 551-7678   Email rawls.whitney@epa.gov


**From:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Sent:** Friday, February 21, 2025 5:00 PM
**To:** Rawls, Whitney <rawls.whitney@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Richards, Elizabeth <Richards.Elizabeth@epa.gov>
**Subject:** RE: R7 Termination Status - XJ 96701501

We are working to have the contractor to push the system to move the congressional notification hourly vs nightly to allow GMO to enter closeout code within a day vs next day.


*Kathy Tsing-Choy*
Associate Award Official
tsing-choy.kathy@epa.gov


**From:** Rawls, Whitney <rawls.whitney@epa.gov>
**Sent:** Friday, February 21, 2025 2:59 PM
**To:** Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Richards, Elizabeth <Richards.Elizabeth@epa.gov>
**Subject:** R7 Termination Status - XJ 96701501
**Importance:** High

We have completed all steps within the Termination SOP provided by OGD for agreement XJ 96701501 with the exception of *Select close grant code "FT – Assistance Terminated by EPA Before Completion."*

EPA_00238037



When I try to complete this step, I do not have the option to make a selection as instructed per OGD's SOP, see screenshot below:



Please advise as I am trying to meet the estastablished deadline of COB today.

Thanks so much,

  *Whitney Rawls*

Grants Management Officer (GMO) | Resources & Financial Management Branch
Mission Support Division | Environmental Protection Agency, Region 7

**Phone** [913] 551-7678  **Email** rawls.whitney@epa.gov

Message

| | |
|---|---|
| **From:** | R7 Grants [R7Grants@epa.gov] |
| **Sent:** | 2/21/2025 10:24:19 PM |
| **To:** | Fran Cook [fran.cook@wichita.edu]; Pre-award Services [proposals@wichita.edu]; Bronleewe, Tonya [tonya.bronleewe@wichita.edu]; WSU research [researchcontracts@wichita.edu] |
| **CC:** | Espinosa, Monica [Espinosa.Monica@epa.gov]; Richards, Elizabeth [Richards.Elizabeth@epa.gov]; Freeman, Tamara [Freeman.Tamara@epa.gov] |
| **Subject:** | Termination of EPA Assistance Award: XJ-96701501 Wichita State University |
| **Attachments:** | Termination_Memo_XJ 96701501_02 21 2025 (002).pdf; OMB Form 96701501-3.pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact **Ben Krehbiel, Acting Region 7 Senior Resource Official, at Krehbiel.ben@epa.gov** .

Sincerely,



*Whitney Rawls*

Grants Management Officer (GMO) | Resources & Financial Management Branch
Mission Support Division | Environmental Protection Agency, Region 7

**Phone** [913] 551-7678   **Email** rawls.whitney@epa.gov

Attachments:
Official EPA Award Document
Termination Memo



**OFFICE OF MISSION SUPPORT**

WASHINGTON, D.C. 20460

February 21, 2025

**MEMORANDUM**

**SUBJECT:**   Termination of EPA Assistance Agreement XJ 96701501 under 2 CFR 200.340

**FROM:**   Ben Krehbiel, Acting Senior Resource Official

**TO:**   Shirley Lefever, Executive Vice President and Provost
Wichita State University dba Office of Research and Sponsored Programs

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. XJ 96701501 awarded to Wichita State University dba Office of Research and Sponsored Programs. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement XJ 96701501 is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report

EPA_00238040

- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), Karina Borromeo (borromeo.karina@epa.gov), must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, Ben Krehbiel (krehbiel.ben@epa.gov) within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:  Whitney Rawls, EPA Region 7, Grants Management Officer
     Elizabeth Richards, EPA Region 7, Grants Management Specialist
     Monica Espinosa, EPA Region 7, Project Officer
     Tonya Bronleewe, Project Manager

EPA_00238041

XJ - 96701501 - 3    Page 1

| | | |
|---|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | **GRANT NUMBER (FAIN):** 96701501 **MODIFICATION NUMBER:** 3 **PROGRAM CODE:** XJ | **DATE OF AWARD** 02/21/2025 |
| | **TYPE OF ACTION** No Cost Amendment | **MAILING DATE** 02/21/2025 |
| | **PAYMENT METHOD:** ASAP | **ACH#** 77850 |

| RECIPIENT TYPE: | Send Payment Request to: |
|---|---|
| State Institution of Higher Learning | rtpfc-grants@epa.gov |

| RECIPIENT: | PAYEE: |
|---|---|
| WICHITA STATE UNIVERSITY OFFICE OF RESEARCH 1845 FAIRMOUNT WICHITA, KS 67260-0007 EIN: 48-1124839 | Same as Recipient OFFICE OF RESEARCH 1845 FAIRMOUNT WICHITA, KS 67260-0007 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Tonya Bronleewe WICHITA STATE UNIVERSITY 1845 FAIRMOUNT WICHITA, KS 67260-0007 **Email:** tonya.bronleewe@wichita.edu **Phone:** 316-978-6638 | Monica Espinosa 11201 Renner Blvd., ORA/OIA/CS Lenexa, KS 66219 **Email:** Espinosa.Monica@epa.gov **Phone:** 913-551-7541 | Elizabeth Richards Grants Management Office, MSD/RFMB/GRMS 11201 Renner Boulevard Lenexa, KS 66219 **Email:** richards.elizabeth@epa.gov **Phone:** 913-551-7781 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Environmental Justice Thriving Communities Technical Assistance Centers Program

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD | PROJECT PERIOD | TOTAL BUDGET PERIOD COST | TOTAL PROJECT PERIOD COST |
|---|---|---|---|
| 04/01/2023 - 02/21/2025 | 04/01/2023 - 02/21/2025 | $ 10,000,000.00 | $ 10,000,000.00 |

## NOTICE OF AWARD

Based on your Application dated 11/01/2022 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 8,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 7, Grants Management Office 11201 Renner Boulevard Lenexa, KS 66219 | U.S. EPA, Region 7, Office of Intergovernmental Affairs R7 - Region 7 11201 Renner Blvd Lenexa , KS 66219 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| **Digital signature applied by EPA Award Official** Ben Krehbiel - Acting Director, Mission Support Division | **DATE** 02/21/2025 |

EPA_00238042

XJ - 96701501 - 3     Page 2

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| **EPA Amount This Action** | $ 8,000,000 | $ 0 | $ 8,000,000 |
| **EPA In-Kind Amount** | $ 0 | $ 0 | $ 0 |
| **Unexpended Prior Year Balance** | $ 0 | $ 0 | $ 0 |
| **Other Federal Funds** | $ 0 | $ 0 | $ 0 |
| **Recipient Contribution** | $ 0 | $ 0 | $ 0 |
| **State Contribution** | $ 0 | $ 0 | $ 0 |
| **Local Contribution** | $ 0 | $ 0 | $ 0 |
| **Other Contribution** | $ 0 | $ 0 | $ 0 |
| **Allowable Project Cost** | $ 8,000,000 | $ 0 | $ 8,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.309 - Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice | 2022 Consolidated Appropriations Act (PL 117-103) 2023 Consolidated Appropriations Act (PL 117-328) Clean Air Act: Sec. 103(b)(3) Solid Waste Disposal Act: Sec. 8001(a) Clean Water Act: Sec. 104(b)(3) Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

XJ - 96701501 - 3     Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 3,024,880 |
| 2. Fringe Benefits | $ 1,049,581 |
| 3. Travel | $ 224,382 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 71,904 |
| 6. Contractual | $ 80,500 |
| 7. Construction | $ 0 |
| 8. Other | $ 4,646,229 |
| 9. Total Direct Charges | $ 9,097,476 |
| 10. Indirect Costs: 0.00 % Base See NICA | $ 902,524 |
| 11. Total (Share: Recipient ____0.00 % Federal __100.00 %) | $ 10,000,000 |
| 12. Total Approved Assistance Amount | $ 10,000,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 8,000,000 |

## Administrative Conditions

All Administrative Conditions are replaced as follows:

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

   a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

   b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

   c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

   a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

   b. Explanations on why established outputs/outcomes were not met; and

   c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

   a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions.

   b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

XJ - 96701501 - 3     Page 5

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

XJ - 96701501 - 3    Page 6

## Programmatic Conditions

All Programmatic Conditions are removed. Please see the Administrative Conditions.

EPA_00238047

| Message | |
|---|---|
| **From**: | ngma@memberclicks-mail.net [ngma@memberclicks-mail.net] |
| on behalf of | NGMA [ngma@memberclicks-mail.net] |
| **Sent**: | 2/24/2025 5:43:23 PM |
| **To**: | Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov] |
| **Subject**: | February 2025 Newsletter |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

**February 2025**

## News & Resource Links:
## Federal Activity Affecting the Grants Community

During these times of uncertainty for the grants community, NGMA is working to ensure members receive timely news alerts and have access to resources as they become available. You are encouraged to bookmark NGMA's News page, as it is updated as new information becomes available. Additionally, below are helpful resource links:

**Resources**

[Chaos in Grants: Navigating the New Administration's Funding Freezes & Executive Orders](#) NGMA Feb. 5 webinar recording *(member login required)*

[What Does a Potential Federal Funding Freeze Mean for Grantees?](#)
Article from NGMA CAPP Partner [Thompson Grants](#)

[DOT Order Requires Cost Reviews of Grants, Rules](#)
Article from NGMA CAPP Partner [Thompson Grants](#)

[Subrecipient Monitoring Managing Compliance Amid Regulatory Uncertainty](#)
Article from NGMA CAPP Partner [BFS Strategic Partners](#)

**Community Forum**

Members: Now is the time to reach out to your grants management peers. Log in to the NGMA [Community Forum](#) and view or submit posts. Recent posts relevant to the latest issues affecting grants managers include:

- [General Appeals Regulations for Terminated Awards](#)
- [USDOT Issues Order Regarding Grants, Loans, Contracts](#)
- [Running List of Withdrawn Opportunities](#)

---

# Vote for Your NGMA Board of Directors
## Elections are Open Through March 4

Members: Vote now for you new NGMA Board of Directors representative! Three candidates are vying for one open seat on the board.

Review the candidate bios and take a moment to select the candidate you believe best represents you and the grants management profession. Voting is open to all active NGMA members. [About Board Elections](#)

Please note:

- Votes submitted after midnight ET Tuesday, March 4 will not be counted.
- Only one vote per ballot is permitted.
- Voting by proxy and cumulative voting are prohibited.

**Meet Your Candidates**



**Joseph Simon, CGMS**
Advisory Manager
*Deloitte*

**Steven A. Spillan, Esq., CGMS**
Partner
*The Bruman Group, PLLC*

**Lisa Stinson, CPA**
Managing Director
*Crowe LLP*

**VOTE**

---

## It's Almost Time!

EPA_00238051

Have you registered for the biggest grants management training of the year? Join more than 1,800 industry professionals and ensure you have the latest information, remain complaint and connect with your grants community!

**Register soon: online registration closes March 5**.

**Agenda Highlights**

- **Keynote speaker Frank Abagnale, Jr.**
World-renown authority on forgery, embezzlement and secure documents, fraud-prevention expert, and subject of the movie *Catch Me If You Can*.

- **Plenary Panels**

  o        Compliance Conversations:
Understanding and Navigating the Current Grants Environment

  o        Office of Inspector General (OIG) Panel:
Current State of Oversight and Emerging Trends

  o        Legal Panel
Lawyers from the American Bar Association Public Contract Law's Grant Law Committee

cover FAQs related to Uniform Guidance and federal funding compliance and other key grants concerns.

- **50+ breakout sessions**
Targeting every facet of grants management, including timely discussions on the state of grants management and related impacts.

LEARN MORE & REGISTER

**Already registered?** Stay tuned: You will receive an email one week before Annual Grants Training with information to know before you arrive onsite. Seen you soon!

## In-Person GMBoK© Training
March 15-16 | Washington, D.C.

Grants Management Body of Knowledge (GMBoK®) Training immediately follows Annual Grants Training. Consider attending both events! GMBoK Training guides attendees through every step of the grant lifecycle, from pre-award activities to closeout and audits. Earn **14** CPE credits.

LEARN MORE & REGISTER

## Upcoming Events

**February 26**
**Webinar: Risk Management: Identifying, Assessing & Mitigating Risks**
Gain practical tools and frameworks to safeguard your grant-funded projects, streamline compliance, and optimize performance. This session will also address risk management strategies. Earn **1** CPE. LEARN MORE & REGISTER

**April 8**
**New Member Orientation**
*NGMA members only meeting.*
REGISTER

## Member Spotlight

**Lourdes Domenech**
Grants Management Consultant
On Point Strategy LLC
*NGMA Puerto Rico Chapter Vice Chair*

Lourdes Domenech is a dedicated grants manager with a strong background in grants administration, compliance, and strategic funding who aims to maximize funding opportunities to drive lasting community impact. Passionate about innovation and efficiency, she actively promotes best practices in grants management while helping organizations achieve their funding goals. She currently serves as vice chair of the NGMA Puerto Rico Chapter.

**How did you end up in grants management?**

My journey began with a deep passion for creating positive changes in my community. Over time, I saw how effective grants management could stretch resources further and bring impactful projects to life. This inspired me to specialize in the field, ensuring that funding is used efficiently and transparently to benefit those who need it most.

**What is the most impactful grant program you have been a part of and why?**

Disaster recovery and community resilience. Seeing firsthand how funding helped rebuild communities, support local businesses, and provide essential resources after hurricanes and earthquakes in Puerto Rico was incredibly rewarding. This experience reinforced the vital role grants management plays in making sure aid reaches those who need it most quickly and effectively.

**What is your biggest work challenge and how do you manage it?**

Keeping up with constantly evolving regulations and compliance requirements. To stay ahead, I prioritize continuous learning by attending professional development opportunities and leveraging NGMA's resources. Staying proactive and well-informed allows me to navigate the complexities of grants management with confidence.

**What NGMA member benefit has been most useful to you?**

The educational resources and networking opportunities have been the most valuable. NGMA provides access to up-to-date best practices, training sessions, and a community of professionals who share knowledge and experiences. This has been instrumental in helping me stay ahead in the field.

**How do you recharge after a long week at work?**

Spending quality time with loved ones, enjoying nature, and engaging in activities that bring me joy. Whether it's taking a peaceful walk outdoors, reading a good book, or exploring new places, I make sure to take time for myself to maintain a healthy work-life balance.

# Chapter News



The Southern California Chapter hosted a New Year's mixer at a local restaurant in January. Chapter members got to unwind and get to know each other and discuss current projects and challenges.

## NGMA Community Forum: Latest Activity

EPA_00238055

**Members:** Your Community Forum is the place to connect with other members! Pose questions, share news or challenges or simply browse recent postings. Don't miss out on this valuable resource included in your membership Login in *(member login required)*

**Latest postings:**

- Question on EO: Ending Illegal Discrimination and Restoring Merit-Based Opportunity
- Processes and Procedures for Effective Grants Management
- 1099-G Issued to ARPA Fund Awardees - Non-Profits
- County Grants Management - Grants Strategic Plan

Visit the Templates page to browse and download grants management templates.

## CAPP Partner Updates

NGMA's Corporate Alliance Partnership Program (CAPP) engages private companies working within grants management in our mission to provide continuing education and training, resources and networking opportunities. View CAPP Partners

**Welcome New CAPP Partner KarmaSuite**

KarmaSuite helps nonprofit finance teams manage complexity that comes with restricted grants. Esoteric grant agreements, complex restrictions, manual allocations, and custom reporting requirements among others result in endless spreadsheets and manual work. With KarmaSuite, nonprofits can confidently shift their attention to their core mission, assured that their financial foundation is robust and perfectly aligned for their impact journey. Learn more

EPA_00238056

about KarmaSuite in their own words below.

**What do you love about grants management?**

With KarmaSuite, nonprofits get to make the most out of grants management. What's not to love about that!

READ MORE

---

## Congratulations New Certified Grants Management Specialists

Congratulations to the Certified Grants Management Specialists (CGMS) who recently earned their credential:

**Debra Littlejohn, CGMS**
*Grants Coordinator*
Gaston County

**Sarah Ryman, CGMS**
*Senior Manager*
Ernst & Young

**Jenny Giang, CGMS**
*Senior Consultant*
Ernst & Young

**Cheery Fe Yeban, CGMS**
*Post-Award Manager*
University of Washington

**Kurt Reynolds, CGMS**
*Sr. Financial & Grants Mgmt Consultant*
Center for Disease Control

About the CGMS program

---

## Job Board

Visit the NGMA Job Board to post or browse open positions in grants management.

**Recent job posts:**

Capital Finance Manager
Birmingham Airport Authority (Birmingham, AL)

Philanthropy Officer Senior Grants
CommonSpirit Health Mountain Region (Centennial, CO)



Planner III - Housing Grants Planner
Volusia County (DeLand, FL)

Senior Compliance Consultant
Akela, LLC (DMV Region / Remote)

Grants Instructor
Graduate School USA (Washington, DC / Remote)

VIEW ALL JOBS

**EMPLOYERS:** Members may post job openings and view resumes at no charge.
**JOB SEEKERS:** Members may upload resumes (viewable to employers) at no charge.

www.ngma.org   |   (202) 308-9443   |   ©2025 National Grants Management Association

Facebook        Twitter        LinkedIn

This email was sent to tsing-choy.kathy@epa.gov by info@ngma.org

National Grants Management Association · 21000 Southbank Street, Suite 106 #2055, Sterling, Virginia 20165, United States · 202-308-9443

Remove My Email or Manage Preferences · Privacy Policy



Message

---

**From:**     Wise, Melissa [wise.melissa@epa.gov]
**Sent:**     2/25/2025 12:52:58 PM
**To:**       Seeger, Lindsay [seeger.lindsay@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**CC:**       Hulstein, Sarah [hulstein.sarah@epa.gov]
**Subject:**  RE: Termination of EPA Assistance Award XJ 00I10501

Hi Lindsay,

Thank you.  Have a nice day.

Melissa

---

**From:** Seeger, Lindsay <seeger.lindsay@epa.gov>
**Sent:** Monday, February 24, 2025 2:56 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Cc:** Hulstein, Sarah <hulstein.sarah@epa.gov>
**Subject:** RE: Termination of EPA Assistance Award XJ 00I10501

Hi Melissa and Kathy,
Following up to let you know this grant has been closed in NGGS Post Award Tracking.

Thanks,
Lindsay



**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Saturday, February 22, 2025 7:02 AM
**To:** Hulstein, Sarah <hulstein.sarah@epa.gov>
**Cc:** Seeger, Lindsay <seeger.lindsay@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** RE: Termination of EPA Assistance Award XJ 00I10501

Thank you, Sarah.  Have a nice weekend.

-Melissa

---

**From:** Hulstein, Sarah <hulstein.sarah@epa.gov>
**Sent:** Friday, February 21, 2025 11:37 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Seeger, Lindsay <seeger.lindsay@epa.gov>
**Subject:** FW: Termination of EPA Assistance Award XJ 00I10501

Good evening Melissa-
Forwarding the email as request.

Thank you,
Sarah


Sarah Hulstein
Branch Manager
Grants, Acquisitions, and Inter-Agency Agreements Branch
EPA Region 8, Mission Support Division
1595 Wynkoop Street, Denver CO
Phone: 303-312-6014| Hulstein.Sarah@epa.gov

---

**From:** Seeger, Lindsay <seeger.lindsay@epa.gov>
**Sent:** Friday, February 21, 2025 3:22 PM
**To:** Clementich, Nathan <nathan.clementich@montana.edu>; ben.williamson2@montana.edu
**Cc:** Pelton, Kelsey <Pelton.Kelsey@epa.gov>; Hale, Jennifer <Hale.Jennifer@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>
**Subject:** Termination of EPA Assistance Award XJ 00I10501

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

Please carefully review the assistance agreement and the terms and conditions.

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfcgrants@epa.gov. If you have any questions, please contact Lance McCluney, Region 8 Senior Resource Official at McCluney.Lance@epa.gov

Sincerely,

Lindsay Seeger
Grants Management Officer
303-312-6564
Seeger.Lindsay@epa.gov

Attachments:
Official EPA Award Document
Termination Memo

**Lindsay Seeger**
Grants Management Officer, U.S. EPA, Region 8
1595 Wynkoop Street
Denver, Colorado
Phone : 303-312-6564 | Seeger.Lindsay@epa.gov

Message

| | |
|---|---|
| **From**: | Watkins, Christopher [Watkins.Christopher@epa.gov] |
| **Sent**: | 3/25/2025 5:45:03 PM |
| **To**: | susan@labucketbrigade.org; anne@labucketbrigade.org; Lou Hobson [lou@labucketbrigade.org] |
| **CC**: | Wise, Melissa [wise.melissa@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Stanton, MaryA [Stanton.Marya@epa.gov]; Feaster, Anedia [feaster.anedia@epa.gov]; Rucki, Thomas [Rucki.Thomas@epa.gov]; Dixon, Lorraine [Dixon.Lorraine@epa.gov]; Hodges-Gott, Angela [Hodges-Gott.Angela@epa.gov]; Tripathi, Arati [Tripathi.Arati@epa.gov]; Hayden, Keith [Hayden.Keith@epa.gov]; Olson, Alexandra [olson.alexandra@epa.gov] |
| **Subject**: | Termination of EPA Assistance Award: 02F06301-3 LOUISIANA BUCKET BRIGADE |
| **Attachments**: | LA Bucket Brigade Termination_Memo.pdf; OMB Form 02F06301-3 (1).pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number 02F06301-3 is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Mary Stanton, Region 6, Senior Resource Official at Stanton.Marya@epa.gov.


Attachments:
Official EPA Award Document
Termination Memo

Sincerely,

Christopher Watkins
Supervisor, Grants Management Section/GMO
Grants & Acquisition Branch
Mission Support Division
U.S. Environmental Protection Agency
1201 Elm Street, Suite 8854

Dallas, Texas  75270-2002
Email:watkins.christopher@epa.gov
Office Phone: 214-665-6568
Grants Information – https://www.epa.gov/grants



**Stay away from people who act like a victim in a problem they created.  Spend more time
with people with whom you have a common future instead of a common past.**



# OFFICE OF MISSION SUPPORT
## WASHINGTON, D.C. 20460

March 25, 2025

**MEMORANDUM**

**SUBJECT:**     Termination of EPA Assistance Agreement 02F06301 under 2 CFR 200.340

**FROM:**        EPA Award Official

**TO:**          Susan Sakash, Grants Manager
                 Louisiana Bucket Brigade

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 02F06301 awarded to Louisiana Bucket Brigade. This EPA Assistance Agreement is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), rucki.thomas@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, watkins.christopher@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.


ATTACHMENT
Amendment Document 02F06301-3

cc:  Anedia Feaster, EPA Grant Specialist
     Alexandra Olson, EPA Project Officer
     Thomas Rucki, EPA-R6 Office of Regional Counsel, Disputes Decision Official
     Anne Rolfes, Louisiana Bucket Brigade, Grantee Program Manager

EPA_00238066

EQ - 02F06301 - 3    Page 1

| U.S. ENVIRONMENTAL PROTECTION AGENCY **Assistance Amendment** | GRANT NUMBER (FAIN): 02F06301 MODIFICATION NUMBER: 3 PROGRAM CODE: EQ | DATE OF AWARD 03/25/2025 |
|---|---|---|
| | TYPE OF ACTION No Cost Amendment | MAILING DATE 03/25/2025 |
| | PAYMENT METHOD: ASAP | ACH# 66726 |

| RECIPIENT TYPE: Not for Profit | Send Payment Request to: Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** LOUISIANA BUCKET BRIGADE 3416B Canal Street NEW ORLEANS, LA 70119-4132 EIN: 72-1488935 | **PAYEE:** LOUISIANA BUCKET BRIGADE 3416B Canal Street New Orleans, LA 70119 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| ANNE ROLFES 3416B Canal Street NEW ORLEANS, LA 70119-5943 **Email:** anne@labucketbrigade.org **Phone:** | Alexandra Olson 1201 Elm Street, Ste 500, OERETBA Dallas, TX 75270-2102 **Email:** olson.alexandra@epa.gov **Phone:** 214-665-8506 | Anedia Feaster Mission Support Division, MSDGG 1201 Elm Street, Ste 500 Dallas, TX 75270-2102 **Email:** Feaster.Anedia@epa.gov **Phone:** 214-665-2267 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Community Awareness - COVID and Climate Change (CAC)

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements. Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD 08/15/2022 - 03/25/2025 | PROJECT PERIOD 08/15/2022 - 03/25/2025 | TOTAL BUDGET PERIOD COST $ 107,090.00 | TOTAL PROJECT PERIOD COST $ 107,090.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 06/01/2021 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 70.03% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 75,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| ORGANIZATION / ADDRESS | ORGANIZATION / ADDRESS |
| U.S. EPA, Region 6, Grants Management Section 1201 Elm Street, Suite 500 Dallas, TX 75270-2102 | U.S. EPA, Region 6, Office of Communities, Tribes and Environmental Assessment R6 - Region 6 1201 Elm Street, Ste 500 Dallas, TX 75270-2102 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| **Digital signature applied by EPA Award Official** Christopher Watkins - Grant Management Officer | DATE 03/25/2025 |

EPA_00238067

EQ - 02F06301 - 3     Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| **EPA Amount This Action** | $ 75,000 | $ 0 | $ 75,000 |
| **EPA In-Kind Amount** | $ 0 | $ 0 | $ 0 |
| **Unexpended Prior Year Balance** | $ 0 | $ 0 | $ 0 |
| **Other Federal Funds** | $ 0 | $ 0 | $ 0 |
| **Recipient Contribution** | $ 32,090 | $ 0 | $ 32,090 |
| **State Contribution** | $ 0 | $ 0 | $ 0 |
| **Local Contribution** | $ 0 | $ 0 | $ 0 |
| **Other Contribution** | $ 0 | $ 0 | $ 0 |
| **Allowable Project Cost** | $ 107,090 | $ 0 | $ 107,090 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.604 - Environmental Justice Small Grant Program | CleanAirAct:Sec.103(b)(3)<br><br>ToxicSubstancesControlAct:Sec.10(a)&PL106-74 | 2 CFR 200, 2 CFR 1500, 40 CFR 33 and 40 CFR 45 |

EQ - 02F06301 - 3     Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 53,800 |
| 2. Fringe Benefits | $ 10,760 |
| 3. Travel | $ 6,280 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 18,350 |
| 6. Contractual | $ 7,920 |
| 7. Construction | $ 0 |
| 8. Other | $ 9,980 |
| 9. Total Direct Charges | $ 107,090 |
| 10. Indirect Costs: 0.00 % Base | $ 0 |
| 11. Total (Share: Recipient ___29.97 % Federal ___70.03 %) | $ 107,090 |
| 12. Total Approved Assistance Amount | $ 75,000 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 75,000 |

## Administrative Conditions

### UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

EQ - 02F06301 - 3    Page 5

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

All Programmatic Conditions Remain the Same

EPA_00238072

Message
_____

| | |
|---|---|
| **From**: | Watkins, Christopher [Watkins.Christopher@epa.gov] |
| **Sent**: | 3/25/2025 6:26:00 PM |
| **To**: | melissa.edgar@chickasaw.net; kristopher.patton@chickasaw.net |
| **CC**: | Wise, Melissa [wise.melissa@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Stanton, MaryA [Stanton.Marya@epa.gov]; Rucki, Thomas [Rucki.Thomas@epa.gov]; Dixon, Lorraine [Dixon.Lorraine@epa.gov]; Hodges-Gott, Angela [Hodges-Gott.Angela@epa.gov]; Tripathi, Arati [Tripathi.Arati@epa.gov]; Hayden, Keith [Hayden.Keith@epa.gov]; Houston, Robert [Houston.Robert@epa.gov]; Christian, Mark [Christian.Mark@epa.gov]; McIntosh, Kenneth [Mcintosh.Kenneth@epa.gov] |
| **Subject**: | Termination of EPA Assistance Award: 02F51801-1 CHICKASAW NATION |
| **Attachments**: | Chickasaw Nation Termination_Memo.docx; OMB Form 02F51801-1 (1).pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number 02F51801--1 is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Mary Stanton, Region 6, Senior Resource Official at Stanton.Marya@epa.gov.


Attachments:
Official EPA Award Document
Termination Memo


Sincerely,

Christopher Watkins
Supervisor, Grants Management Section/GMO
Grants & Acquisition Branch
Mission Support Division
U.S. Environmental Protection Agency

1201 Elm Street, Suite 8854
Dallas, Texas  75270-2002
Email:watkins.christopher@epa.gov
Office Phone: 214-665-6568
Grants Information – https://www.epa.gov/grants



**Stay away from people who act like a victim in a problem they created.  Spend more time with people with whom you have a common future instead of a common past.**



# OFFICE OF MISSION SUPPORT
### WASHINGTON, D.C. 20460

[ DATE \@ "MMMM d, yyyy" ]

**MEMORANDUM**

**SUBJECT:**     Termination of EPA Assistance Agreement 02F51801 under 2 CFR 200.340

**FROM:**     EPA Award Official

**TO:**     Melissa Edgar, Undersecretary of Housing and Grant Services
Chickasaw Nation

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 02F51801 awarded to Chickasaw Nation. This EPA Assistance Agreement is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), [ HYPERLINK "mailto:rucki.thomas@epa.gov" ], must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, [ HYPERLINK "mailto:watkins.christopher@epa.gov" ] within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document 02F51801-1

cc: Kenneth McIntosh, EPA Grant Specialist
     Mark Christian, EPA Project Officer
     Thomas Rucki, EPA-R6 Office of Regional Counsel, Disputes Decision Official
     Kristopher Patton, Director of Natural Resources, Chickasaw Nation

EPA_00238076

5C - 02F51801 - 1   Page 1

| U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>**Assistance Amendment** | **GRANT NUMBER (FAIN):** 02F51801<br>**MODIFICATION NUMBER:** 1<br>**PROGRAM CODE:** 5C | **DATE OF AWARD**<br>03/25/2025 |
|---|---|---|
| | **TYPE OF ACTION**<br>No Cost Amendment | **MAILING DATE**<br>03/25/2025 |
| | **PAYMENT METHOD:**<br>ASAP | **ACH#**<br>60662 |

| **RECIPIENT TYPE:**<br>Indian Tribe | **Send Payment Request to:**<br>Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:**<br>CHICKASAW NATION<br>231 Seabrook Road<br>Ada, OK 74820<br>EIN:  73-1374986 | **PAYEE:**<br>CHICKASAW NATION<br>P.O. Box  788<br>Ada, OK 74821-0788 |

| **PROJECT MANAGER**<br>Dakota Cole<br>520  E. ARLINGTON, BOX 1548<br>ADA, OK 74820-1548<br>**Email:** Dakota.cole@chickasaw.net<br>**Phone:** 580-279-3919 | **EPA PROJECT OFFICER**<br>Mark Christian<br>1201 Elm Street, Suite 500<br>Dallas, TX 75270-2102<br>**Email:** Christian.Mark@epa.gov<br>**Phone:** 214-665-6454 | **EPA GRANT SPECIALIST**<br>Kenneth McIntosh<br>Mission Support, MSDGG<br>1201 Elm Street, Ste 500<br>Dallas, TX 75270-2102<br>**Email:** Mcintosh.Kenneth@epa.gov<br>**Phone:** 214-665-7277 |
|---|---|---|

**PROJECT TITLE AND EXPLANATION OF CHANGES**

The Chickasaw Nation's Environmental Justice Government to Government Grant Application

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements.  Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| **BUDGET PERIOD**<br>06/01/2024 - 03/25/2025 | **PROJECT PERIOD**<br>06/01/2024 - 03/25/2025 | **TOTAL BUDGET PERIOD COST**<br>$ 999,367.00 | **TOTAL PROJECT PERIOD COST**<br>$ 999,367.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/11/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 999,367.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 6,  Grants Management Section<br>1201 Elm Street, Suite 500<br>Dallas, TX 75270-2102 | U.S. EPA, Region 6,  Grants Management Section<br>R6 - Region 6<br>1201 Elm Street, Suite 500<br>Dallas, TX 75270-2102 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| **Digital signature applied by EPA Award Official** Christopher Watkins - Grant Management Officer | **DATE**<br>03/25/2025 |

EPA_00238077

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 999,367 | $ 0 | $ 999,367 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 999,367 | $ 0 | $ 999,367 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.312 - Environmental Justice Government-to-Government (EJG2G) Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500, 40 CFR 33 and 40 CFR 35 Subpart B |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 0 |
| 2. Fringe Benefits | $ 0 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 14,333 |
| 6. Contractual | $ 310,000 |
| 7. Construction | $ 0 |
| 8. Other | $ 671,487 |
| 9. Total Direct Charges | $ 995,820 |
| 10. Indirect Costs: 0.00 % Base | $ 3,547 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 999,367 |
| 12. Total Approved Assistance Amount | $ 999,367 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 999,367 |

5C - 02F51801 - 1     Page 4

# Administrative Conditions

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

EPA_00238080

5C - 02F51801 - 1    Page 5

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

All Programmatic Conditions Remain the Same

EPA_00238082

Message

| | |
|---|---|
| **From**: | Watkins, Christopher [Watkins.Christopher@epa.gov] |
| **Sent**: | 3/25/2025 6:44:51 PM |
| **To**: | Evans, Carlos [carlos.evans@dallas.gov]; paul.white@dallas.gov; natalie.requenez@dallas.gov |
| **CC**: | Wise, Melissa [wise.melissa@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Stanton, MaryA [Stanton.Marya@epa.gov]; Rucki, Thomas [Rucki.Thomas@epa.gov]; Dixon, Lorraine [Dixon.Lorraine@epa.gov]; Hodges-Gott, Angela [Hodges-Gott.Angela@epa.gov]; Tripathi, Arati [Tripathi.Arati@epa.gov]; Hayden, Keith [Hayden.Keith@epa.gov]; Houston, Robert [Houston.Robert@epa.gov]; Larsen, Chad [Larsen.Chad@epa.gov]; Kapsh, Lisa [Kapsh.Lisa@epa.gov] |
| **Subject**: | Termination of EPA Assistance Award: 02F52401-1 CITY OF DALLAS |
| **Attachments**: | City of Dallas_Memo.pdf; OMB Form 02F52401-1.pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number 02F52401--1 is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Mary Stanton, Region 6, Senior Resource Official at Stanton.Marya@epa.gov.


Attachments:
Official EPA Award Document
Termination Memo


Sincerely,

Christopher Watkins
Supervisor, Grants Management Section/GMO
Grants & Acquisition Branch
Mission Support Division
U.S. Environmental Protection Agency

1201 Elm Street, Suite 8854
Dallas, Texas  75270-2002
Email:watkins.christopher@epa.gov
Office Phone: 214-665-6568
Grants Information – https://www.epa.gov/grants



**Stay away from people who act like a victim in a problem they created.  Spend more time with people with whom you have a common future instead of a common past.**



# OFFICE OF MISSION SUPPORT
## WASHINGTON, D.C. 20460

March 25, 2025

**MEMORANDUM**

**SUBJECT:**     Termination of EPA Assistance Agreement 02F52401 under 2 CFR 200.340

**FROM:**        EPA Award Official

**TO:**          Carlos Evans, Director, Office of Environmental Quality & Sustainability
                 City of Dallas

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 02F52401 awarded to City of Dallas. This EPA Assistance Agreement is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), rucki.thomas@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, watkins.christopher@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.


ATTACHMENT
Amendment Document 02F52401-1

cc:  Lisa Kapsh, EPA Grant Specialist
     Jill Alexander, EPA Project Officer
     Thomas Rucki, EPA-R6 Office of Regional Counsel, Disputes Decision Official
     Natalie Requenez, Environmental Justice Coordinator, City of Dallas

EPA_00238086

5C - 02F52401 - 1    Page 1

| | | GRANT NUMBER (FAIN): 02F52401 | | |
|---|---|---|---|---|
| | **U.S. ENVIRONMENTAL PROTECTION AGENCY** *Assistance Amendment* | MODIFICATION NUMBER: 1 | **DATE OF AWARD** 03/25/2025 | |
| | | PROGRAM CODE: 5C | | |
| | | TYPE OF ACTION No Cost Amendment | **MAILING DATE** 03/25/2025 | |
| | | PAYMENT METHOD: ASAP | **ACH#** 66665 | |

| RECIPIENT TYPE: Municipal | Send Payment Request to: Contact EPA RTPFC at: rtpfc-grants@epa.gov |
|---|---|
| **RECIPIENT:** City of Dallas 1500 MARILLA ST STE 4EN DALLAS, TX 75201-6318 EIN:  75-6000508 | **PAYEE:** City of Dallas 1500 MARILLA ST STE 4EN DALLAS, TX 75201-6318 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Natalie Requenez 1500 MARILLA ST 7AN DALLAS, TX 75201-6318 **Email:** natalie.requenez@dallas.gov **Phone:** 469-822-4532 | Chad Larsen 1201 Elm Street, Suite 500, EJDJ Dallas, TX 75270-2102 **Email:**  larsen.chad@epa.gov **Phone:** 214-665-8058 | Lisa Kapsh Mission Support Division, MSDGG 1201 Elm Street, Suite 500 Dallas, TX 75270-2102 **Email:**  Kapsh.Lisa@epa.gov **Phone:** 214-665-7335 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

BREATHE EASY 3 PILOT FOR THE FOREST DISTRICT

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements.  Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| BUDGET PERIOD 12/15/2024 - 03/25/2025 | PROJECT PERIOD 12/15/2024 - 03/25/2025 | TOTAL BUDGET PERIOD COST $ 652,664.00 | TOTAL PROJECT PERIOD COST $ 652,664.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/14/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 652,664.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 6,  Grants Management Section 1201 Elm Street, Suite 500 Dallas, TX 75270-2102 | U.S. EPA, Region 6, Environmental Justice, Community Engagement and Environmental Review Division R6 - Region 6 1201 Elm Street, Suite 500 Dallas, TX 75270-2102 |

| THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY | |
|---|---|
| **Digital signature applied by EPA Award Official** Christopher Watkins - Grant Management Officer | **DATE** 03/25/2025 |

EPA_00238087

5C - 02F52401 - 1     Page 2

## EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 652,664 | $ 0 | $ 652,664 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 652,664 | $ 0 | $ 652,664 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.312 - Environmental Justice Government-to-Government (EJG2G) Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 0 |
| 2. Fringe Benefits | $ 0 |
| 3. Travel | $ 0 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 0 |
| 6. Contractual | $ 0 |
| 7. Construction | $ 0 |
| 8. Other | $ 652,664 |
| 9. Total Direct Charges | $ 652,664 |
| 10. Indirect Costs: 0.00 % Base | $ 0 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 652,664 |
| 12. Total Approved Assistance Amount | $ 652,664 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 652,664 |

EPA_00238089

# Administrative Conditions

## UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

    a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

    b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

    c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect.  The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

    a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

    b. Explanations on why established outputs/outcomes were not met; and

    c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

    a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

    b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

# Programmatic Conditions

All Programmatic Conditions Remain the Same

Message

| | |
|---|---|
| **From:** | Watkins, Christopher [Watkins.Christopher@epa.gov] |
| **Sent:** | 3/25/2025 6:34:36 PM |
| **To:** | tara@celfeducation.org; lisa.gianukos@celfeducation.org |
| **CC:** | Wise, Melissa [wise.melissa@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Stanton, MaryA [Stanton.Marya@epa.gov]; Rucki, Thomas [Rucki.Thomas@epa.gov]; Dixon, Lorraine [Dixon.Lorraine@epa.gov]; Hodges-Gott, Angela [Hodges-Gott.Angela@epa.gov]; Tripathi, Arati [Tripathi.Arati@epa.gov]; Hayden, Keith [Hayden.Keith@epa.gov]; Houston, Robert [Houston.Robert@epa.gov]; Morton, Kaitlin [Morton.Kaitlin@epa.gov]; Ford, Jamell [Ford.Jamell@epa.gov] |
| **Subject:** | Termination of EPA Assistance Award: 02f5051-2 Children's Environmental Literacy Foundation |
| **Attachments:** | Children's Environmental Literacy Foundation Termination_Memo.pdf; OMB Form 02F50501-2 (1).pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number 02F50501--2 is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Mary Stanton, Region 6, Senior Resource Official at Stanton.Marya@epa.gov.


Attachments:
Official EPA Award Document
Termination Memo


Sincerely,

Christopher Watkins
Supervisor, Grants Management Section/GMO
Grants & Acquisition Branch
Mission Support Division
U.S. Environmental Protection Agency

1201 Elm Street, Suite 8854
Dallas, Texas  75270-2002
Email:watkins.christopher@epa.gov
Office Phone: 214-665-6568
Grants Information – https://www.epa.gov/grants



**Stay away from people who act like a victim in a problem they created.  Spend more time with people with whom you have a common future instead of a common past.**



# OFFICE OF MISSION SUPPORT
### WASHINGTON, D.C. 20460

March 25, 2025

**MEMORANDUM**

**SUBJECT:**    Termination of EPA Assistance Agreement 02F50501 under 2 CFR 200.340

**FROM:**    EPA Award Official

**TO:**    Tara Stafford Ocansey, Executive Director
Children's Environmental Literacy Foundation

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 02F50501 awarded to Children's Environmental Literacy Foundation. This EPA Assistance Agreement is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), rucki.thomas@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, watkins.christopher@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document 02F50501-2

cc:  Jamell Ford, EPA Grant Specialist
     Kaitlin Morton, EPA Project Officer
     Thomas Rucki, EPA-R6 Office of Regional Counsel, Disputes Decision Official
     Lisa Gianukos, Project Manager, Children's Environmental Literacy Foundation

EPA_00238096

5B - 02F50501 - 2    Page 1

| | | GRANT NUMBER (FAIN): 02F50501 | |
|---|---|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** Assistance Amendment | | MODIFICATION NUMBER: 2 PROGRAM CODE: 5B | **DATE OF AWARD** 03/25/2025 |
| | | **TYPE OF ACTION** No Cost Amendment | **MAILING DATE** 03/25/2025 |
| | | **PAYMENT METHOD:** ASAP | **ACH#** PEND |

| **RECIPIENT TYPE:** | **Send Payment Request to:** |
|---|---|
| Not for Profit | Contact EPA RTPFC at: rtpfc-grants@epa.gov |

| **RECIPIENT:** | **PAYEE:** |
|---|---|
| CHILDREN'S ENVIRONMENTAL LITERACY FOUNDATION INC 100 SUMMIT LAKE DRIVE STE 160 VALHALLA, NY 10595-1362 EIN: 36-4540146 | Children's Environmental Literacy Foundation 100 Summit Lake Drive, Suite 160 Valhalla, NY 10595-1362 |

| **PROJECT MANAGER** | **EPA PROJECT OFFICER** | **EPA GRANT SPECIALIST** |
|---|---|---|
| Lisa Gianukos 100 Summit Lake Drive 2418 Bron Holly Drive Houston, TX 77018 **Email:** lisa.gianukos@celfeducation.org **Phone:** 914-449-6868 | Kaitlin Morton 1201 Elm Street, Suite 500, EJDJB Dallas, TX 75270-2102 **Email:** Morton.Kaitlin@epa.gov **Phone:** 214-665-2262 | Jamell Ford Mission Support Division, MSDGG 1201 Elm Street, Suite 500 Dallas, TX 75270-2102 **Email:** ford.jamell@epa.gov **Phone:** 214-665-3182 |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

Engaging K-12 communities in Civic Science to Monitor Air Quality and Watershed Health in Greater Houston

This amendment is to stop work; terminate the agreement; reduce performance period duration; curtail scope of work; and waive certain reporting requirements.  Administrative terms and conditions are added.

Per 2 CFR 200.340 and the Termination General Terms and Conditions of this agreement, EPA is terminating this award. Your organization shall immediately stop work and take all reasonable steps to minimize the incurrence of costs otherwise allocable to the assistance agreement. See terms and conditions.

| **BUDGET PERIOD** 04/01/2024 - 03/25/2025 | **PROJECT PERIOD** 04/01/2024 - 03/25/2025 | **TOTAL BUDGET PERIOD COST** $ 425,616.00 | **TOTAL PROJECT PERIOD COST** $ 425,616.00 |
|---|---|---|---|

## NOTICE OF AWARD

Based on your Application dated 04/14/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 425,616.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| **ISSUING OFFICE (GRANTS MANAGEMENT OFFICE)** | **AWARD APPROVAL OFFICE** |
|---|---|
| **ORGANIZATION / ADDRESS** | **ORGANIZATION / ADDRESS** |
| U.S. EPA, Region 6,  Grants Management Section 1201 Elm Street, Suite 500 Dallas, TX 75270-2102 | U.S. EPA, Region 6, Environmental Justice, Community Engagement and Environmental Review Division R6 - Region 6 1201 Elm Street, Suite 500 Dallas, TX 75270-2102 |

| **THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY** | |
|---|---|
| **Digital signature applied by EPA Award Official** Christopher Watkins - Grant Management Officer | **DATE** 03/25/2025 |

EPA_00238097

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 425,616 | $ 0 | $ 425,616 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 425,616 | $ 0 | $ 425,616 |

| Assistance Program | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.306 - Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program | Clean Air Act: Sec. 138 | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

EPA_00238098

5B - 02F50501 - 2    Page 3

Budget Summary Page

| Table A - Object Class Category<br>(Non-Construction) | Total Approved Allowable<br>Budget Period Cost |
|---|---|
| 1. Personnel | $ 96,857 |
| 2. Fringe Benefits | $ 11,913 |
| 3. Travel | $ 1,257 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 26,694 |
| 6. Contractual | $ 0 |
| 7. Construction | $ 0 |
| 8. Other | $ 288,895 |
| 9. Total Direct Charges | $ 425,616 |
| 10. Indirect Costs: 0.00 % Base | $ 0 |
| 11. Total (Share: Recipient ___0.00 % Federal _100.00 %) | $ 425,616 |
| 12. Total Approved Assistance Amount | $ 425,616 |
| 13. Program Income | $ 0 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 425,616 |

5B - 02F50501 - 2    Page 4

## Administrative Conditions

### UNILATERAL TERMINATION

1. The Agency is asserting its right under 2 CFR 200.340 and the Termination General Term and Condition of this agreement to unilaterally terminate this award. This amendment serves as required notice under 2 CFR 200.341.

2. Consistent with 2 CFR 200.343 Effect of suspension and termination, costs to the recipient or subrecipient resulting from financial obligations incurred by the recipient or subrecipient after the termination of a Federal award are not allowable. Costs after termination are allowable if:

 a. The costs result from financial obligations which were properly incurred by the recipient or subrecipient before the effective date of suspension or termination, and not in anticipation of it; and

 b. The costs would be allowable if the Federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect.

 c. The costs are reasonable and necessary termination costs consistent with 2 CFR 200.472.

3. Federal Financial Reporting (FFR) General Terms and Conditions is still in full force and effect. EPA recipients must submit the SF-425 no later than 120 calendar days after the end date of the period of performance of the award.

4. Programmatic Terms and Conditions. Performance reporting is still in full force and effect. The recipient must submit the final report no later than 120 calendar days after the period of performance.

In accordance with 2 CFR 200.329, the recipient agrees to submit performance reports that include information on each of the following areas:

 a. A comparison of accomplishments to the outputs/outcomes established in the assistance agreement work plan for the reporting period;

 b. Explanations on why established outputs/outcomes were not met; and

 c. Additional information, analysis, and explanation of cost overruns or high-than-expected-unit costs.

5. Waiver of Reports

The following reports are waived:

 a. Utilization of Disadvantaged Business Enterprises General Terms and Conditions, EPA Form 5700-52A.

 b. Tangible Personal Property Report, SF-428, General Terms and Conditions.

6. Record Retention

EPA_00238100

Access to Records, 2 CFR 200.337, is still in full force and effect. The termination of this award does not affect the right of EPA to disallow costs and recover funds on the basis of a later audit or other reviews. Information regarding record retention, property disposition in accordance with EPA regulations, and other frequently asked questions can be accessed at https://www.epa.gov/grants/frequent-questions-about-closeouts.

5B - 02F50501 - 2     Page 6

# Programmatic Conditions

All Programmatic Conditions Remain the Same

Message

| | |
|---|---|
| **From**: | Watkins, Christopher [Watkins.Christopher@epa.gov] |
| **Sent**: | 3/25/2025 6:48:31 PM |
| **To**: | stephen.williams@houstontx.gov; kaavya.domakonda@houstontx.gov; loren.hopkins@houstontx.gov |
| **CC**: | Wise, Melissa [wise.melissa@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Stanton, MaryA [Stanton.Marya@epa.gov]; Rucki, Thomas [Rucki.Thomas@epa.gov]; Dixon, Lorraine [Dixon.Lorraine@epa.gov]; Hodges-Gott, Angela [Hodges-Gott.Angela@epa.gov]; Tripathi, Arati [Tripathi.Arati@epa.gov]; Hayden, Keith [Hayden.Keith@epa.gov]; Houston, Robert [Houston.Robert@epa.gov]; Alexander, Jill [Alexander.Jill@epa.gov]; Kapsh, Lisa [Kapsh.Lisa@epa.gov] |
| **Subject**: | Termination of EPA Assistance Award: 02F52201-1 CITY OF HOUSTON |
| **Attachments**: | City of Houston_Memo.pdf; OMB Form 02F52201-1 (1).pdf |

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number 02F52201--1 is on your agreement on the top of page one and in the subject line of this message. Please use this number in communicating with EPA about this grant.

**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact Mary Stanton, Region 6, Senior Resource Official at Stanton.Marya@epa.gov.


Attachments:
Official EPA Award Document
Termination Memo

Sincerely,

Christopher Watkins
Supervisor, Grants Management Section/GMO
Grants & Acquisition Branch
Mission Support Division
U.S. Environmental Protection Agency

1201 Elm Street, Suite 8854
Dallas, Texas  75270-2002
Email:watkins.christopher@epa.gov
Office Phone: 214-665-6568
Grants Information – https://www.epa.gov/grants



**Stay away from people who act like a victim in a problem they created.  Spend more time with people with whom you have a common future instead of a common past.**



## OFFICE OF MISSION SUPPORT
### WASHINGTON, D.C. 20460

March 25, 2025

**MEMORANDUM**

**SUBJECT:**     Termination of EPA Assistance Agreement 02F52201 under 2 CFR 200.340

**FROM:**        EPA Award Official

**TO:**          Stephen Williams, Director
                 City of Houston

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. 02F52201 awarded to City of Houston. This EPA Assistance Agreement is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the law, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at rtpfc-grants@epa.gov for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), rucki.thomas@epa.gov, must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, watkins.christopher@epa.gov within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document 02F52201-1

cc:  Lisa Kapsh, EPA Grant Specialist
     Jill Alexander, EPA Project Officer
     Thomas Rucki, EPA-R6 Office of Regional Counsel, Disputes Decision Official
     Dr Lauren Hopkins, Chief Environmental Officer, City of Houston

EPA_00238106