Message

---

**From:**      Hyde, Courtney [Hyde.Courtney@epa.gov]
**Sent:**      3/31/2025 2:12:42 PM
**To:**        Holliday, Kysha [Holliday.Kysha@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**CC:**        Lentz, Rachel [Lentz.Rachel@epa.gov]; Roberts, Timothy-P [Roberts.Timothy-P@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:**   RE: Regional Highland CSB Coordination by R5

Kysha,

Just checking in on the status of the Highland Letter given the level of interest from my leadership.

Thanks
Courtney

**From:** Hyde, Courtney
**Sent:** Friday, March 28, 2025 4:28 PM
**To:** Holliday, Kysha <Holliday.Kysha@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

Checking in to see if the letter has been sent?  I would like a copy of the letter for my records as well.  If the letter has not been sent, can you let me know when it will be?  My OAR political appointee keeps asking me for an update.

Thanks
Courtney

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Thursday, March 27, 2025 11:25 AM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Courtney,

You are correct.  Here is an update of where we are:

- The GMOs worked with RTP last week and all (5) of the Highland awards are now on "Agency Review".
- GMOs are currently working to amend their respective grants to include the reimbursement T&C
- OGD's Compliance and Oversight Branch is meeting with our contractor today (11am) to begin the Administrative Advanced Monitoring Review process for Highland. The review includes a comprehensive assessment of Highland's written policies, procedures, and internal controls, as well as transaction testing of 3 drawdowns per grant (15 drawdowns in total).
- We are on target to issue the reimbursement letter by COB tomorrow (3/28/25).



*Kysha*

**Kysha Carter Holliday**

C... ...versight Branch
N... ...ining and Compliance Division
O... ...d Debarment
U... ...l Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell**   202-763-5179
**Email**  **Holliday.kysha@epa.gov**



---

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Wednesday, March 26, 2025 5:23 PM
**To:** Holliday, Kysha <Holliday.Kysha@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

I missed the meeting today at 3:00pm with the Regional GMOs and POs working on Highland Reimbursement issue.  Confirming that the new date is Friday to send out the letter and I understand the account is locked?  My political leadership is asking me about the status daily.  I want to provide him with the latest and most up to date information.

Thanks
Courtney

---

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Wednesday, March 26, 2025 8:54 AM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Courtney,

The GMOs plan to finalize the letter by COB today.

*Kysha*

**Kysha Carter Holliday**

C... ...versight Branch
N... ...ining and Compliance Division
O... ...d Debarment
U... ...l Protection Agency

1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell**   202-763-5179
**Email**  <u>Holliday.kysha@epa.gov</u>

**f** **y**

---

**From:** Hyde, Courtney <<u>Hyde.Courtney@epa.gov</u>>
**Sent:** Wednesday, March 26, 2025 7:23 AM
**To:** Holliday, Kysha <<u>Holliday.Kysha@epa.gov</u>>; Wise, Melissa <<u>wise.melissa@epa.gov</u>>
**Cc:** Lentz, Rachel <<u>Lentz.Rachel@epa.gov</u>>; Roberts, Timothy-P <<u>Roberts.Timothy-P@epa.gov</u>>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

Any update on the letter?

Thanks
Courtney

---

**From:** Holliday, Kysha <<u>Holliday.Kysha@epa.gov</u>>
**Sent:** Friday, March 21, 2025 10:14 AM
**To:** Hyde, Courtney <<u>Hyde.Courtney@epa.gov</u>>; Wise, Melissa <<u>wise.melissa@epa.gov</u>>
**Cc:** Lentz, Rachel <<u>Lentz.Rachel@epa.gov</u>>; Roberts, Timothy-P <<u>Roberts.Timothy-P@epa.gov</u>>
**Subject:** RE: Regional Highland CSB Coordination by R5

Thanks Courtney.

I'll let you know when we send the letter.

*Kysha*



**Kysha Carter Holliday**

C................ ........versight Branch
N...... .......ining and Compliance Division
O.... .... .....d Debarment
U... ..... ..............l Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell**   202-763-5179
**Email**  <u>Holliday.kysha@epa.gov</u>

**f** **y**

---

**From:** Hyde, Courtney <<u>Hyde.Courtney@epa.gov</u>>
**Sent:** Thursday, March 20, 2025 8:08 PM
**To:** Holliday, Kysha <<u>Holliday.Kysha@epa.gov</u>>; Wise, Melissa <<u>wise.melissa@epa.gov</u>>

**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

I found out tonight that the Highland meeting that was scheduled for Tuesday is being rescheduled…not sure when but it is fine that letter goes out Monday or Tuesday of next week.  Let me know if you have any questions.

Thanks
Courtney

---

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Thursday, March 20, 2025 4:48 PM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Courtney,

The meeting with the GMOs went well.  We decided it would be better to send the letter after your Tuesday meeting with the recipient.  In the meantime, here are next steps:

**Compliance Review & Next Steps**
✓       The team supported a single, consolidated letter to streamline the process of placing the recipient on reimbursement while allowing regions to follow up with their specific requests.
✓       Each GMO will reach out to RTP to initiate a hold on the grant, so the recipient will not have immediate access to grant funds
✓       OGD's Compliance and Oversight Branch will have the contractor perform an advanced administrative monitoring review of the recipient to include a comprehensive assessment of their written policies and procedures (especially procurement) and transaction testing of drawdowns already made
✓       OGD will allow 30 days for the contractor to collect documentation from Highland after the review is ordered. The review process will begin mid-April; based on the contractor and recipient's schedules

**Point of Clarification Needed from OMS/OGD Leadership**

Since an amendment to each agreement is required to add the reimbursement T&C to each award. Amended award documents must accompany the 208 Notification. The following issues/questions were raised: Is the EO Compliance Review Form required?

o       If the EO Compliance Review Form will not be required for this grant action (award amendment), the GMOs will need written documentation of this determination from OMS/OGD so it can be placed in the grant files

o       If the EO Compliance Review Form is required to be signed by Award Officials (Division Directors) then guidance from OAR will need to be provided on how workplans are to be revised to comply with current EOs and the Administrator's priorities before the 208 Notification being sent.
Please advise.

Thanks

kch



*Kysha*

**Kysha Carter Holliday**

 

Co‌‌‌ ‌‌‌versight Branch
N‌‌‌‌‌‌‌ining and Compliance Division
O‌‌‌‌‌‌‌‌d Debarment
U‌‌‌‌‌‌‌ l Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell**    202-763-5179
**Email**   **Holliday.kysha@epa.gov**

f  🐦

---

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Tuesday, March 18, 2025 5:36 PM
**To:** Holliday, Kysha <Holliday.Kysha@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

I just chatted with my OAR political and if we cannot get the letter out by Friday, can it go out on Wednesday after the Tuesday meeting with Highland?  Let me know.

Thanks
Courtney

---

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Tuesday, March 18, 2025 5:04 PM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Courtney,

I'm hopeful we can issue the reimbursement letter by Friday, Monday at the latest.

*Kysha*

**Kysha Carter Holliday**

Co‌‌‌ ‌‌‌versight Branch
N‌‌‌‌‌‌‌ining and Compliance Division
O‌‌‌‌‌‌‌‌d Debarment
U‌‌‌‌‌‌‌ l Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell**    202-763-5179
**Email**   **Holliday.kysha@epa.gov**

EPA_00293927

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Tuesday, March 18, 2025 4:28 PM
**To:** Holliday, Kysha <Holliday.Kysha@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

How quickly can that happen?  By Friday for example?

Thanks
Courtney

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Tuesday, March 18, 2025 4:19 PM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Courtney,

We are meeting on Thursday to go over the details of the letter and to ensure all GMOs involved are on the same page with respect to roles and responsibilities for review and approval of recipient invoices.  Once the letter is drafted and signed by all GMOs, it will be issued along with a copy of the amended grant awards; effectively placing the recipient on reimbursement immediately (as of the date of the letter).

The letter will provide the recipient instructions on how submit a reimbursement package and what documents are necessary to substantiate costs.

Hope this helps.

*Kysha*

Kysha Carter Holliday



Co....... ......ersight Branch
N......... ......ining and Compliance Division
O........ ......d Debarment
U... ........l Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell**    202-763-5179
**Email**   Holliday.kysha@epa.gov

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Tuesday, March 18, 2025 1:36 PM

**To:** Holliday, Kysha <Holliday.Kysha@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

What is the process after the meeting to get the grants moved to reimbursement? I just found out the my political team is now scheduled to take a meeting with Highland next Tuesday.  My OAR team is are aware of the issues with the grantee and they would also like them to moved to reimbursement quickly.  I need to update my team on next steps by the end of the day.

Thanks
Courtney

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Tuesday, March 18, 2025 1:29 PM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Courtney,

Our meeting is scheduled for Thursday, March 20th at 11am EST.

*Kysha*

Kysha Carter Holliday

C........ .versight Branch
N.......... ...ining and Compliance Division
O.......... ...d Debarment
U..... .... . Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell**   202-763-5179
**Email**  **Holliday.kysha@epa.gov**

f  🐦

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Tuesday, March 18, 2025 1:17 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Holliday, Kysha <Holliday.Kysha@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

Just checking in to see if you have had a meeting with the Regional GMOs?  Dan Coogan is joining our Air Division Director meeting at 2:00pm to chat about the Highland grants and getting them term and conditioned to reimbursement.

Thanks
Courtney

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Thursday, March 13, 2025 5:03 PM
**To:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Cc:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Lentz, Rachel <Lentz.Rachel@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Hi Kysha,

Sounds like a plan.  Please set up the meeting with Chris and the other impacted GMOs (in R4, R5, R7, and R8).  Thank you!

Melissa

---

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Thursday, March 13, 2025 5:01 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Lentz, Rachel <Lentz.Rachel@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Melissa,

Since there are multiple regions (5) that have open grants with Highland, I recommend the GMO with the highest grant award amount (R6 – Chris Watkins) issue the reimbursement notification letter, listing all the grants with a cc to the other GMOs.  I also propose having a meeting (training session) with all the POs and GSs who will be performing the reimbursement reviews, to ensure reviews will be conducted consistently across each region.

Chris concurs, but we may also need to have a meeting with all the GMOs or at least give them an opportunity to review the notification letter before it is sent.

Please let me know your thoughts.

*Kysha*

**Kysha Carter Holliday**

C........ ........ versight Branch
N........ ......ining and Compliance Division
O........ ........ d Debarment
U.... ................l Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell**    202-763-5179
**Email**   Holliday.kysha@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Thursday, March 13, 2025 2:00 PM

**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Parsons, Christy <Parsons.Christy@epa.gov>; Hosna, Alexis <Hosna.Alexis@epa.gov>; Abrams, Melanie <Abrams.Melanie@epa.gov>; Powell, Alan <Powell.Alan@epa.gov>; Stampley, Angela <Stampley.Angela@epa.gov>; Cisneros, Valicia <Cisneros.Valicia@epa.gov>; Sampson, Kaitlyn <Sampson.Kaitlyn@epa.gov>; Johnson, Courtney <Johnson.Courtney@epa.gov>
**Cc:** McDonald, Richard <McDonald.Richard@epa.gov>; Reimer, Michelle <Reimer.Michelle@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Boyd, Chelsea <Boyd.Chelsea@epa.gov>; Roberts, Rachel <Roberts.Rachel@epa.gov>; Becker, Michelle <Becker.Michelle@epa.gov>; Lucas, Daketia <Lucas.Daketia@epa.gov>; Loiacono, Sara <loiacono.sara@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; McPhilliamy, Marisa <McPhilliamy.Marisa@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Sturdivant, Donnette <Sturdivant.Donnette@epa.gov>; Johnson, Kristine <Johnson.Kristine@epa.gov>; Liljegren, Jennifer <Liljegren.Jennifer@epa.gov>; Hawkins, Andy <hawkins.andy@epa.gov>; Tukes, Michael <Tukes.Michael@epa.gov>; Clement, Anne <Clement.Anne@epa.gov>; Boledovich, Julie <Boledovich.Julie@epa.gov>; Cleveland, Meredith <Cleveland.Meredith@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Robinson, Marlicia <Robinson.Marlicia@epa.gov>; Salisbury, Demetra <Salisbury.Demetra@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Berry, Mark <Berry.Mark@epa.gov>; Kelley, Kayla <Kelley.Kayla@epa.gov>; Koester, Christine <koester.christine@epa.gov>; Irving, Sheila <irving.sheila@epa.gov>; Moltzen, Michael <Moltzen.Michael@epa.gov>; Simon, Karl <Simon.Karl@epa.gov>; Holliday, Kysha <Holliday.Kysha@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Hi All,

Clarifying that Project Officers need to work with the regional GMOs who administer the grants highlighted in the table below. Kysha Holliday should be removed from any procedural next steps. The GMOs/Award Officials should be consulted and are the authoritative source to make changes to these awards.

Thank you,
Melissa

---

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Thursday, March 13, 2025 12:09 PM
**To:** Parsons, Christy <Parsons.Christy@epa.gov>; Hosna, Alexis <Hosna.Alexis@epa.gov>; Abrams, Melanie <Abrams.Melanie@epa.gov>; Powell, Alan <Powell.Alan@epa.gov>; Stampley, Angela <Stampley.Angela@epa.gov>; Cisneros, Valicia <Cisneros.Valicia@epa.gov>; Sampson, Kaitlyn <Sampson.Kaitlyn@epa.gov>; Johnson, Courtney <Johnson.Courtney@epa.gov>
**Cc:** McDonald, Richard <McDonald.Richard@epa.gov>; Reimer, Michelle <Reimer.Michelle@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Boyd, Chelsea <Boyd.Chelsea@epa.gov>; Roberts, Rachel <Roberts.Rachel@epa.gov>; Becker, Michelle <Becker.Michelle@epa.gov>; Lucas, Daketia <Lucas.Daketia@epa.gov>; Loiacono, Sara <loiacono.sara@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; McPhilliamy, Marisa <McPhilliamy.Marisa@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Sturdivant, Donnette <Sturdivant.Donnette@epa.gov>; Johnson, Kristine <Johnson.Kristine@epa.gov>; Liljegren, Jennifer <Liljegren.Jennifer@epa.gov>; Hawkins, Andy <hawkins.andy@epa.gov>; Tukes, Michael <Tukes.Michael@epa.gov>; Clement, Anne <Clement.Anne@epa.gov>; Boledovich, Julie <Boledovich.Julie@epa.gov>; Cleveland, Meredith <Cleveland.Meredith@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Robinson, Marlicia <Robinson.Marlicia@epa.gov>; Salisbury, Demetra <Salisbury.Demetra@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Berry, Mark <Berry.Mark@epa.gov>; Kelley, Kayla <Kelley.Kayla@epa.gov>; Koester, Christine <koester.christine@epa.gov>; Irving, Sheila <irving.sheila@epa.gov>; Moltzen, Michael <Moltzen.Michael@epa.gov>; Simon, Karl <Simon.Karl@epa.gov>; Holliday, Kysha <Holliday.Kysha@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Folks,

I reached out to OMS this morning to try and accelerate the process of having the 5 CSB grants to Highland moved to reimbursement. The Project Officers for each grant should send an email to Kysha Holliday, the Compliance and Oversight Branch Chief in the Office of Grants and Debarment, to communicate concerns with the grant and submit the request for Highland to be moved to reimbursement. I understand that based on the information provided in the email, Kysha and her team will handle all the necessary procedural next steps.

Thanks
Courtney

| Grant Number | Region | Applicant Name |
|---|---|---|
| 00E03676-0 | R5 | Highland CSB 1, LLC |
| 00I01600-0 | R8 | Highland CSB 1, LLC |
| 02F56701-0 | R6 | Highland CSB 1, LLC |
| 03D07124-1 | R4 | Highland CSB 1, LLC |
| 96713101-0 | R7 | Highland CSB 1, LLC |

**From:** Hyde, Courtney
**Sent:** Friday, March 7, 2025 5:38 PM
**To:** Parsons, Christy <Parsons.Christy@epa.gov>; Hosna, Alexis <Hosna.Alexis@epa.gov>; Abrams, Melanie <Abrams.Melanie@epa.gov>; Powell, Alan <Powell.Alan@epa.gov>; Stampley, Angela <Stampley.Angela@epa.gov>; Cisneros, Valicia <Cisneros.Valicia@epa.gov>; Sampson, Kaitlyn <Sampson.Kaitlyn@epa.gov>; Johnson, Courtney <Johnson.Courtney@epa.gov>
**Cc:** McDonald, Richard <McDonald.Richard@epa.gov>; Reimer, Michelle <Reimer.Michelle@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Boyd, Chelsea <Boyd.Chelsea@epa.gov>; Roberts, Rachel <Roberts.Rachel@epa.gov>; Becker, Michelle <Becker.Michelle@epa.gov>; Lucas, Daketia <Lucas.Daketia@epa.gov>; Loiacono, Sara <loiacono.sara@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; McPhilliamy, Marisa <McPhilliamy.Marisa@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Sturdivant, Donnette <Sturdivant.Donnette@epa.gov>; Johnson, Kristine <Johnson.Kristine@epa.gov>; Liljegren, Jennifer <Liljegren.Jennifer@epa.gov>; Hawkins, Andy <hawkins.andy@epa.gov>; Tukes, Michael <Tukes.Michael@epa.gov>; Clement, Anne <Clement.Anne@epa.gov>; Boledovich, Julie <Boledovich.Julie@epa.gov>; Cleveland, Meredith <Cleveland.Meredith@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Robinson, Marlicia <Robinson.Marlicia@epa.gov>; Salisbury, Demetra <Salisbury.Demetra@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Berry, Mark <Berry.Mark@epa.gov>; Kelley, Kayla <Kelley.Kayla@epa.gov>; Koester, Christine <koester.christine@epa.gov>; Irving, Sheila <irving.sheila@epa.gov>; Moltzen, Michael <Moltzen.Michael@epa.gov>; Simon, Karl <Simon.Karl@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Folks,

After conversations with our OAR leadership team, we would like Highland to put be on high risk for all of their CSB grants. Please let us know if you have any questions or need additional information.

Thanks
Courtney

EPA_00293932

**From:** Parsons, Christy <Parsons.Christy@epa.gov>
**Sent:** Thursday, March 6, 2025 12:29 PM
**To:** Hosna, Alexis <Hosna.Alexis@epa.gov>; Abrams, Melanie <Abrams.Melanie@epa.gov>; Powell, Alan <Powell.Alan@epa.gov>; Stampley, Angela <Stampley.Angela@epa.gov>; Cisneros, Valicia <Cisneros.Valicia@epa.gov>; Sampson, Kaitlyn <Sampson.Kaitlyn@epa.gov>; Johnson, Courtney <Johnson.Courtney@epa.gov>
**Cc:** McDonald, Richard <McDonald.Richard@epa.gov>; Reimer, Michelle <Reimer.Michelle@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Boyd, Chelsea <Boyd.Chelsea@epa.gov>; Roberts, Rachel <Roberts.Rachel@epa.gov>; Becker, Michelle <Becker.Michelle@epa.gov>; Lucas, Daketia <Lucas.Daketia@epa.gov>; Loiacono, Sara <loiacono.sara@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; McPhilliamy, Marisa <McPhilliamy.Marisa@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Sturdivant, Donnette <Sturdivant.Donnette@epa.gov>; Johnson, Kristine <Johnson.Kristine@epa.gov>; Liljegren, Jennifer <Liljegren.Jennifer@epa.gov>; Hawkins, Andy <hawkins.andy@epa.gov>; Tukes, Michael <Tukes.Michael@epa.gov>; Clement, Anne <Clement.Anne@epa.gov>; Boledovich, Julie <Boledovich.Julie@epa.gov>; Cleveland, Meredith <Cleveland.Meredith@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Robinson, Marlicia <Robinson.Marlicia@epa.gov>; Salisbury, Demetra <Salisbury.Demetra@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Berry, Mark <Berry.Mark@epa.gov>; Kelley, Kayla <Kelley.Kayla@epa.gov>; Hyde, Courtney <Hyde.Courtney@epa.gov>; Koester, Christine <koester.christine@epa.gov>; Irving, Sheila <irving.sheila@epa.gov>; Moltzen, Michael <Moltzen.Michael@epa.gov>; Simon, Karl <Simon.Karl@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Thank you very much Alexis for the helpful meeting notes, and for everyone's input in the informative conversation yesterday.

As a follow-up on question #2 in the notes (Can regions put Highland on reimbursement?), we had an initial conversation this morning but **need to continue those conversations with several others here in HQ**.

For the time being, we have **two requests for each region**:

1.      Please **ensure that your management chain is aware that the NPM is discussing designating Highland as high-risk, and therefore putting them on reimbursement**. I anticipate that most, if not all of you have already discussed with your management chains, but we want to avoid any surprises for anyone if we move forward with that designation.

2.      **Initiate work to review the Highland workplan in your region to ensure the language is consistent with all of the recent EOs,** and prepare to make revisions where necessary to ensure consistency with EO direction.
o       _Context_: Under the current process, each amendment will require an Office Director to sign-off that the workplan is consistent w/ all recent EOs. Thus we want to be prepared for that review process if we proceed with the amendment to add the T&C requiring payments as reimbursement (per 2 CFR 200.208).
o       _Note:_ At this time, we are only asking for this workplan review and preparation for revision on these Highland grants, not any other CSB Grant.

Separately, on the question discussed yesterday re. program income, I'm attaching the guidance we shared in email on 8/1/2024, which was also covered with grantees in the 9/17/2024 webinar.

We'll work to circle back with additional guidance from OAR soon on the topic of designating Highland as high-risk and placing them on reimbursement, but please let me know if any of the above raises questions/concerns.

Thank you for your continued partnership to support the CSB Program—
Christy

**Christy Parsons, PhD**
**Clean School Bus Planning & Implementation Section Lead**

Transportation and Climate Division
U.S. EPA **|** Office of Transportation and Air Quality
Tel:  734.214.4243
E-mail:  parsons.christy@epa.gov

---

**From:** Hosna, Alexis <Hosna.Alexis@epa.gov>
**Sent:** Thursday, March 6, 2025 11:53 AM
**To:** Abrams, Melanie <Abrams.Melanie@epa.gov>; Powell, Alan <Powell.Alan@epa.gov>; Stampley, Angela <Stampley.Angela@epa.gov>; Cisneros, Valicia <Cisneros.Valicia@epa.gov>; Sampson, Kaitlyn <Sampson.Kaitlyn@epa.gov>; Johnson, Courtney <Johnson.Courtney@epa.gov>
**Cc:** McDonald, Richard <McDonald.Richard@epa.gov>; Reimer, Michelle <Reimer.Michelle@epa.gov>; Parsons, Christy <Parsons.Christy@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Boyd, Chelsea <Boyd.Chelsea@epa.gov>; Roberts, Rachel <Roberts.Rachel@epa.gov>; Becker, Michelle <Becker.Michelle@epa.gov>; Lucas, Daketia <Lucas.Daketia@epa.gov>; Loiacono, Sara <loiacono.sara@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; McPhilliamy, Marisa <McPhilliamy.Marisa@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Sturdivant, Donnette <Sturdivant.Donnette@epa.gov>; Johnson, Kristine <Johnson.Kristine@epa.gov>; Liljegren, Jennifer <Liljegren.Jennifer@epa.gov>; Hawkins, Andy <hawkins.andy@epa.gov>; Tukes, Michael <Tukes.Michael@epa.gov>; Clement, Anne <Clement.Anne@epa.gov>; Boledovich, Julie <Boledovich.Julie@epa.gov>; Cleveland, Meredith <Cleveland.Meredith@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Robinson, Marlicia <Robinson.Marlicia@epa.gov>; Salisbury, Demetra <Salisbury.Demetra@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Berry, Mark <Berry.Mark@epa.gov>; Kelley, Kayla <Kelley.Kayla@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Good morning,

Please see the attached notes from yesterday's call.

Thank you,

*Alexis Hosna*
State and Tribal Planning Section
Air and Radiation Division
U.S. EPA, Region 5
(312) 353-3209

-----Original Appointment-----
**From:** Hosna, Alexis
**Sent:** Wednesday, March 5, 2025 1:36 PM
**To:** Abrams, Melanie; Powell, Alan; Stampley, Angela; Cisneros, Valicia; Sampson, Kaitlyn; Johnson, Courtney
**Cc:** McDonald, Richard (he/him/his); Reimer, Michelle; Parsons, Christy; Roberts, Timothy-P; Boyd, Chelsea; Roberts, Rachel; Becker, Michelle; Lucas, Daketia; Loiacono, Sara; Seeger, Lindsay; McPhilliamy, Marisa; Hulstein, Sarah; Sturdivant, Donnette; Johnson, Kristine; Liljegren, Jennifer; Hawkins, Andy; Tukes, Michael; Clement, Anne; Boledovich, Julie; Cleveland, Meredith; Rawls, Whitney; Robinson, Marlicia; Salisbury, Demetra; Duncan, Heather; Watkins, Christopher; Shelmon, Shantel; Sykes, Karen; Berry, Mark; Freeman, Tamara; Clinton, John (he/him/his)
**Subject:** Regional Highland CSB Coordination by R5
**When:** Wednesday, March 5, 2025 2:00 PM-3:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Microsoft Teams Meeting

**Purpose:** For regional coordination and oversight of the CSB Highland Electric grants for the life of the projects. Please continue to use the group chat to raise questions/concerns.

Agenda 3/3/25:
1.     Introductions
2.     Regional Updates:
a.     R4
b.     R5
c.     R6
d.     R7
e.     R8
3.     Discussions on next steps forward with OAR/OTAQ for further guidance:
a.     Guidance for PO/GS review on invoices
b.     Can we put Highland on reimbursement?
c.     Is there a cut off date for replacing schools?
d.     Are deposits allowable expenses?

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 213 593 677 757
Passcode: 5y4hRG
Download Teams | Join on the web

**Join with a video conferencing device**
sip:teams@video.epa.gov
Video Conference ID: 115 232 045 3
Alternate VTC instructions

**Or call in (audio only)**
+1 312-667-5632,,251728594#   United States, Chicago
Phone Conference ID: 251 728 594#
Find a local number | Reset PIN

This meeting may be recorded. If the meeting is recorded, it will be announced via a banner showing "this meeting is being recorded." Participation in a recorded meeting will be deemed as consent to be recorded. Meeting recordings may be official agency records subject to appropriate policy, rules and regulations.

Learn More | Meeting options

---

Message

---

**From:** Mendiola, Angela [Mendiola.Angela@epa.gov]
**Sent:** 3/19/2025 3:37:40 PM
**To:** Wise, Melissa [wise.melissa@epa.gov]
**CC:** Drake, Kerry [Drake.Kerry@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:** RE: Update on Guidance on IIJA/ IRA Funded Programs

Thank you Melissa.

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 18, 2025 10:56 AM
**To:** Mendiola, Angela <Mendiola.Angela@epa.gov>
**Cc:** Drake, Kerry <Drake.Kerry@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Update on Guidance on IIJA/ IRA Funded Programs

Hi Angela,

Thank you for checking in.

The guidance on 2/7 has been overtaken by more recent guidances. Now that there is a compliance review/DOGE review process, activities can continue but require completion of the EO Compliance Review Form prior to award. Work in these grant programs may continue.

If you have any other questions, please let me know.

Melissa

---

**From:** Mendiola, Angela <Mendiola.Angela@epa.gov>
**Sent:** Tuesday, March 18, 2025 12:59 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Drake, Kerry <Drake.Kerry@epa.gov>
**Subject:** Q: Update on Guidance on IIJA/ IRA Funded Programs

Hi Melissa –

We are receiving questions from our program offices about moving forward with IIJA/IRA awards.

Per your guidance on 2/7: "For grant programs listed in OCFO's February 7 guidance, there should not be any engagement with recipients related to new awards or new assistance agreement activity beyond that which was obligated prior to 3pm EST on February 13, 2025, as OMS and OCFO work to implement compliance and oversight reviews for those programs." Here is the list of grant programs referenced in this 2/7 guidance:

| | | | | |
|---|---|---|---|---|
| • NE | • 5J | • 5C | • 5H | • 5Z |
| • 51 | • 5K | • 5D | • 5T | • XJ |
| • 52 | • 5L | • 5E | • 5U | • DE |
| • 5B | • 5N | • 5F | • 5W | • DS |
| | • 5Q | • 5G | • 5X | • 4A |
| | | • 5I | • 5Y | |

Should we continue to pause engagement and grant activies for these grants?

Per our Water program offices, they were given direction by their OW to proceed with IIJA grants (new, amendments, no costs) if workplans/budgets aligned with the President's EOs. Below is a list of WTR IIJA grant programs they think they have clearance to move forward with awards.

Are we ok to proceed to award with this list of grant programs (see below)?

| Program | Program CODE | Program PRC | |
|---|---|---|---|
| Clean Water SRF | 4C | 000B80X70 | |
| Drinking Water SRF | 4D | 000B81X70 | |
| Clean Water SRF Emerg Contaminants | 4X | 000B80X72 | |
| Drinking Water SRF Emerg Contaminants | 4E | 000B81X72 | |
| Drinking Water Lead Line Replacement | 4L | 000B81X71 | |
| Small and Disadvantaged Communities | 48 | 000BL8X87 | |
| Categorical Grants UIC | 4G | 000B08X88 | |
| SF Bay Geo Program | 49 | 000BK4XI3 | |
| National Estuary Program (NEP) | 4T | 000B89X76 | |

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Thursday, February 27, 2025 11:30 AM
**To:** Mendiola, Angela <Mendiola.Angela@epa.gov>
**Cc:** Truong, Carolyn <Truong.Carolyn@epa.gov>
**Subject:** RE: Guidance on IIJA/ IRA Funded Programs

Hi Angela,

Please see my responses in blue text below.  If you have additional questions, please let me know.

Thank you,
Melissa

---

**From:** Mendiola, Angela Mendiola.Angela@epa.gov
**Sent:** Tuesday, February 25, 2025 6:08 PM
**To:** Wise, Melissa wise.melissa@epa.gov
**Cc:** Truong, Carolyn Truong.Carolyn@epa.gov
**Subject:** RE: Guidance on IIJA/ IRA Funded Programs

Hi Melissa –

Per the email below, can you clarify the following:

"With the exception of the Greenhouse Gas Reduction Fund, IIJA- and IRA-funded assistance agreements awarded prior to 3pm EST on February 13, 2025, can continue to fully operate."

1.      Does this mean Greenhouse Gas Reduction Fund and IIJA and IRA funded assistance agreeements. YES

"For grant programs listed in OCFO's February 7 guidance, there should not be any engagement with recipients related to new awards or new assistance agreement activity beyond that which was obligated prior to 3pm EST on February 13, 2025, as OMS and OCFO work to implement compliance and oversight reviews for those programs."

2.       Does this mean that we should not engage with recipients related to new awards or new assistance agreement activity awarded before Feb 13, 2025, for the following list: Please see attached email w/ suspended list. Engagements with these recipients are suspended.  If not on this list, you can continue engagements for work performed prior to 3pm EST on Feb. 13, 2025.

-       Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
-       Clean Heavy-Duty Vehicles (OAR) (STAG)
-       Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
-       Clean School Bus Program (STAG)
-       Competitive Grants (OAR) (STAG)
-       Diesel Emissions Reductions (OAR) (STAG)
-       Emissions from Wood Heaters (OAR/ORD) (STAG)
-       Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
-       Environmental and Climate Justice Block Grants (OEJECR)
-       Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
-       Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
-       Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
-       Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
-       GHG Air Pollution Implementation Grants (OAR) (STAG)
-       GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
-       GHG Pollution Planning Grants (OAR) (STAG)
-       Grants to Reduce Air Pollution at Ports (OAR) (STAG)
-       Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
-       Greenhouse Gas Corporate Reporting (OAR) (STAG)
-       Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
-       Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
-       Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
-       Implementation / Accountability (OAR)
-       Implementation and Compliance (OECA)
-       Industry Outreach (OAR)
-       Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
-       Multipollutant Monitoring Stations (OAR) (STAG)
-       State/Tribal/Local Government Outreach (OAR)
-       Technical Assistance for Low Income Communities (OAR)

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Monday, February 24, 2025 8:55 AM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** FW: Guidance on IIJA/ IRA Funded Programs

Good morning, GMOs,

Please see additional guidance regarding IIJA/IRA funded programs below.  Sharing for your situational awareness.

Thank you,
Melissa

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 3:42 PM
**To:** OCFO-SROs <OCFO_SROs@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Subject:** Guidance on IIJA/ IRA Funded Programs

*Apologies for multiple emails. The earlier version inadvertently included 'draft' in the subject field. This subject line is corrected.*

SROs, we met with leadership to get clearance on the following, which will help streamline the grants process and allow us to continue critical oversight activity to ensure compliance with terms and conditions for EPA assistance agreements. With the exception of the Greenhouse Gas Reduction Fund, IIJA- and IRA-funded assistance agreements awarded prior to 3pm EST on February 13, 2025, can continue to fully operate. This includes:

- Drawing down resources in ASAP
- Engagement with recipients
- Oversight activities (transaction testing, post-award oversight, management review, etc)
- Training to ensure compliance with terms and conditions and to avoid potential for waste, fraud, and abuse.

Further, IIJA and IRA contract funding is allowed for new awards to support oversight activities and to fund IT systems and applications necessary to conduct oversight activities and to closeout grants.

For grant programs listed in OCFO's February 7 guidance, there should not be any engagement with recipients related to new awards or new assistance agreement activity beyond that which was obligated prior to 3pm EST on February 13, 2025, as OMS and OCFO work to implement compliance and oversight reviews for those programs. Please let me know if you have any questions.

Dan

Message

---

**From:** Motilall, Christina [Motilall.Christina@epa.gov]
**Sent:** 3/19/2025 4:44:05 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Drinkard, Andrea [Drinkard.Andrea@epa.gov]
**Subject:** RE: Updated Grants Statement

Understood. I was out ill for most of last week and still playing catch up. Can I please have the exact language to ensure accuracy?

Thank you,
Christina

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Wednesday, March 19, 2025 12:40 PM
**To:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>; Motilall, Christina <Motilall.Christina@epa.gov>
**Subject:** RE: Updated Grants Statement

Agreed—any questions related to the court orders should default to the standard litigation response that Andrea referenced.

---

**From:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Sent:** Wednesday, March 19, 2025 12:20 PM
**To:** Motilall, Christina <Motilall.Christina@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Updated Grants Statement

I'm adding Dan here, but based on the current legal status, I think we need to use our standard litigation line along with the las sentence:

"In keeping with a longstanding practice, EPA does not comment on pending litigation. We will share updates as soon as we are able."

I'm adding Dan for his thoughts as well.

---

**From:** Motilall, Christina <Motilall.Christina@epa.gov>
**Sent:** Wednesday, March 19, 2025 10:26 AM
**To:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** RE: Updated Grants Statement

Hi Andrea,

How is OPA responding to inquiries on the grants pause? We are looking for ANY language we can provide as regional leadership would like an updated statement that they can share with grantees about their ASAP access that includes an acknowledgement of the press release announcing 400 terminated EJ grants. Also grantees would like to know if their access has been restricted due to the press release and Administrator statement.

We have a something drafted: "We learned that some of our grantees are unable to make draws from their Automated Standard Application for Payments (ASAP) accounts as of Friday, March 7, 2025. We continue to seek additional clarity about these issues and anticipate additional guidance and information about the ASAP statuses soon. We will share updates as soon as we are able."

Can we provide that statement?

Thanks!

---

**From:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Sent:** Monday, March 17, 2025 11:54 AM
**To:** Motilall, Christina <Motilall.Christina@epa.gov>
**Subject:** RE: Updated Grants Statement

It does not. We are on hold, given the injunction.

---

**From:** Motilall, Christina <Motilall.Christina@epa.gov>
**Sent:** Monday, March 17, 2025 11:30 AM
**To:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** RE: Updated Grants Statement

Hi Andrea,

I was out a bit last week. I wanted to touch base on this language, given that OGC sent something Thursday I was just made aware of. It is attached.

Does the language from Wednesday still stand given the injunction?

Thanks!

---

**From:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Sent:** Wednesday, March 12, 2025 3:36 PM
**To:** Regional Public Affairs Directors <Regional_Public_Affairs_Directors@epa.gov>; HQ Communications Directors <HQCommunicationsDirectors@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; McMichael, Nate <McMichael.Nate@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>; Gall, Daniel <Gall.Daniel@epa.gov>; Weiner, Ben <Weiner.Ben@epa.gov>; Bowles, Jack <Bowles.Jack@epa.gov>; Levine, Carolyn <Levine.Carolyn@epa.gov>
**Subject:** RE: Updated Grants Statement

Hi all –

After this week's grants cancelation release, I am providing updated information for you to use with grantees as well as external stakeholders/press. Please let me know if you have any questions.

**Public Statement**
EPA has identified and cancelled more than 400 grants across multiple programs as part of an effort to save $1.7 billion for the American people under the following programs:
- Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
- Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
- Environmental Justice Government-to-Government (EJG2G) Program
- Environmental Justice Small Grant Program
- Financial Assistance For Community Support Activities To Address Environmental Justice Issues
- Environmental and Climate Justice Block Grant Program
- Reducing Embodied Greenhouse Gas Emissions for Construction materials and Products

For grants that have not been awarded, as with any change in Administration, the agency is reviewing unawarded grants to ensure there is appropriate use of taxpayer dollars and to understand how those programs align with Administration priorities.

**For Grantees Only – Not for Press**
For grants that were awarded and terminated early, recipients are entitled to costs associated with final invoices, as well as costs associated to complete required closeout procedures, which the agency will pay. In line with grant closeout

regulations, recipients are required to complete an SF-425, Federal Financial Report and Final Technical Report within 120 days of notification of termination.

EPA_00294002

Message

---

**From:**     Motilall, Christina [Motilall.Christina@epa.gov]
**Sent:**     3/20/2025 2:14:03 PM
**To:**       Drinkard, Andrea [Drinkard.Andrea@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:**  RE: Updated Grants Statement

Thank you, will do right now.

**From:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Sent:** Thursday, March 20, 2025 10:14 AM
**To:** Motilall, Christina <Motilall.Christina@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** Re: Updated Grants Statement

Yes, please do.

**From:** Motilall, Christina <Motilall.Christina@epa.gov>
**Sent:** Thursday, March 20, 2025 10:12:27 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** RE: Updated Grants Statement

Good morning,

I wanted to make you aware that the unapproved language from my first email (highlighted below) was shared with the regions yesterday afternoon regarding the grants. I was just made aware of it and we are reaching out to everyone who may have received it. The new language that you shared with me yesterday has also been circulated.

Andrea, given that we don't have a cross-Agency comms call today, I wanted to reach out and touch base about getting the approved language to the PADs just in case. Are you good if I send that email?

Thank you,
Christina

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Wednesday, March 19, 2025 12:40 PM
**To:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>; Motilall, Christina <Motilall.Christina@epa.gov>
**Subject:** RE: Updated Grants Statement

Agreed—any questions related to the court orders should default to the standard litigation response that Andrea referenced.

**From:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Sent:** Wednesday, March 19, 2025 12:20 PM
**To:** Motilall, Christina <Motilall.Christina@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Updated Grants Statement

I'm adding Dan here, but based on the current legal status, I think we need to use our standard litigation line along with the las sentence:

"In keeping with a longstanding practice, EPA does not comment on pending litigation. We will share updates as soon as we are able."

I'm adding Dan for his thoughts as well.

---

**From:** Motilall, Christina <Motilall.Christina@epa.gov>
**Sent:** Wednesday, March 19, 2025 10:26 AM
**To:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** RE: Updated Grants Statement

Hi Andrea,

How is OPA responding to inquiries on the grants pause? We are looking for ANY language we can provide as regional leadership would like an updated statement that they can share with grantees about their ASAP access that includes an acknowledgement of the press release announcing 400 terminated EJ grants. Also grantees would like to know if their access has been restricted due to the press release and Administrator statement.

We have a something drafted: "We learned that some of our grantees are unable to make draws from their Automated Standard Application for Payments (ASAP) accounts as of Friday, March 7, 2025. We continue to seek additional clarity about these issues and anticipate additional guidance and information about the ASAP statuses soon. We will share updates as soon as we are able."

Can we provide that statement?

Thanks!

---

**From:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Sent:** Monday, March 17, 2025 11:54 AM
**To:** Motilall, Christina <Motilall.Christina@epa.gov>
**Subject:** RE: Updated Grants Statement

It does not. We are on hold, given the injunction.

---

**From:** Motilall, Christina <Motilall.Christina@epa.gov>
**Sent:** Monday, March 17, 2025 11:30 AM
**To:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** RE: Updated Grants Statement

Hi Andrea,

I was out a bit last week. I wanted to touch base on this language, given that OGC sent something Thursday I was just made aware of. It is attached.

Does the language from Wednesday still stand given the injunction?

Thanks!

---

**From:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Sent:** Wednesday, March 12, 2025 3:36 PM
**To:** Regional Public Affairs Directors <Regional_Public_Affairs_Directors@epa.gov>; HQ Communications Directors <HQCommunicationsDirectors@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; McMichael, Nate <McMichael.Nate@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>; Gall, Daniel <Gall.Daniel@epa.gov>; Weiner, Ben <Weiner.Ben@epa.gov>; Bowles, Jack <Bowles.Jack@epa.gov>; Levine, Carolyn <Levine.Carolyn@epa.gov>
**Subject:** RE: Updated Grants Statement

Hi all –

After this week's grants cancelation release, I am providing updated information for you to use with grantees as well as external stakeholders/press. Please let me know if you have any questions.

**Public Statement**

EPA has identified and cancelled more than 400 grants across multiple programs as part of an effort to save $1.7 billion for the American people under the following programs:

- Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
- Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
- Environmental Justice Government-to-Government (EJG2G) Program
- Environmental Justice Small Grant Program
- Financial Assistance For Community Support Activities To Address Environmental Justice Issues
- Environmental and Climate Justice Block Grant Program
- Reducing Embodied Greenhouse Gas Emissions for Construction materials and Products

For grants that have not been awarded, as with any change in Administration, the agency is reviewing unawarded grants to ensure there is appropriate use of taxpayer dollars and to understand how those programs align with Administration priorities.

**For Grantees Only – Not for Press**

For grants that were awarded and terminated early, recipients are entitled to costs associated with final invoices, as well as costs associated to complete required closeout procedures, which the agency will pay. In line with grant closeout regulations, recipients are required to complete an SF-425, Federal Financial Report and Final Technical Report within 120 days of notification of termination.

Message

---

**From:**      Motilall, Christina [Motilall.Christina@epa.gov]
**Sent:**      3/20/2025 2:55:59 PM
**To:**      Mears, Mary [Mears.Mary@epa.gov]; Regional Public Affairs Directors [Regional_Public_Affairs_Directors@epa.gov]
**CC:**      Drinkard, Andrea [Drinkard.Andrea@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:**      RE: Approved Language on Grants
**Attachments:**      RE: Updated Grants Statement

Not a dumb question at all! For reference in my email, it pertains to the injunction regarding the more than 400 grants Andrea referenced in her 3/12/25 email, which is attached. Of course the language in the attached email is superseded but what I shared, highlighted below.

Andrea, please correct me if I am wrong.

Sincerely,
Christina

---

**From:** Mears, Mary <Mears.Mary@epa.gov>
**Sent:** Thursday, March 20, 2025 10:46 AM
**To:** Motilall, Christina <Motilall.Christina@epa.gov>; Regional Public Affairs Directors <Regional_Public_Affairs_Directors@epa.gov>
**Cc:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Approved Language on Grants

Thanks, Christina,
Does this only apply to IRA and EJ grants? I admit to being confused about which grants are being held and which are not, so I am sorry if that is a dumb question.

 **Mary Mears**
Public Affairs Director
EPA Region 2
**Office:** 212-637-3673
**Mobile:** 646-369-0077
**Email:** mears.mary@epa.gov

---

**From:** Motilall, Christina <Motilall.Christina@epa.gov>
**Sent:** Thursday, March 20, 2025 10:20 AM
**To:** Regional Public Affairs Directors <Regional_Public_Affairs_Directors@epa.gov>
**Cc:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** Approved Language on Grants

Good morning all,

Yesterday, some unapproved draft language was circulated through lead region regarding the status of the ASAP system and EPA grants. I spoke with Andrea and if needed, the approved language as this time is: *"In keeping with a longstanding practice, EPA does not comment on pending litigation. We will share updates as soon as we are able."*

If you have any questions about other language you may receive, I am happy to assist.

Sincerely,
Christina

Christina Rishika Motilall
Communications Director
Office of Environmental Justice and External Civil Rights
U.S. Environmental Protection Agency
Desk: (202) 564-1287 | Cell: (202) 860-5122

EPA_00294017

Message

---

**From:** Drinkard, Andrea [Drinkard.Andrea@epa.gov]
**Sent:** 3/12/2025 7:35:54 PM
**To:** Regional Public Affairs Directors [Regional_Public_Affairs_Directors@epa.gov]; HQ Communications Directors [HQCommunicationsDirectors@epa.gov]
**CC:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Vaseliou, Molly [Vaseliou.Molly@epa.gov]; McMichael, Nate [McMichael.Nate@epa.gov]; Mandy, Cora [Mandy.Cora@epa.gov]; Gall, Daniel [Gall.Daniel@epa.gov]; Weiner, Ben [Weiner.Ben@epa.gov]; Bowles, Jack [Bowles.Jack@epa.gov]; Levine, Carolyn [Levine.Carolyn@epa.gov]
**Subject:** RE: Updated Grants Statement

Hi all –

After this week's grants cancelation release, I am providing updated information for you to use with grantees as well as external stakeholders/press. Please let me know if you have any questions.

**Public Statement**
EPA has identified and cancelled more than 400 grants across multiple programs as part of an effort to save $1.7 billion for the American people under the following programs:

- Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program
- Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice
- Environmental Justice Government-to-Government (EJG2G) Program
- Environmental Justice Small Grant Program
- Financial Assistance For Community Support Activities To Address Environmental Justice Issues
- Environmental and Climate Justice Block Grant Program
- Reducing Embodied Greenhouse Gas Emissions for Construction materials and Products

For grants that have not been awarded, as with any change in Administration, the agency is reviewing unawarded grants to ensure there is appropriate use of taxpayer dollars and to understand how those programs align with Administration priorities.

**For Grantees Only – Not for Press**
For grants that were awarded and terminated early, recipients are entitled to costs associated with final invoices, as well as costs associated to complete required closeout procedures, which the agency will pay. In line with grant closeout regulations, recipients are required to complete an SF-425, Federal Financial Report and Final Technical Report within 120 days of notification of termination.

Message

**From:** Drinkard, Andrea [Drinkard.Andrea@epa.gov]
**Sent:** 3/20/2025 6:46:18 PM
**To:** Gentile, Laura [Gentile.Laura@epa.gov]
**CC:** Coogan, Daniel [Coogan.Daniel@epa.gov]; McMichael, Nate [McMichael.Nate@epa.gov]
**Subject:** RE: Another grants question -- SWIFR/REO congressional inquiries

A few edits below. Dan/Nate, confirming that this is in fact the case.

**From:** Gentile, Laura <Gentile.Laura@epa.gov>
**Sent:** Thursday, March 20, 2025 2:01 PM
**To:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** Another grants question -- SWIFR/REO congressional inquiries

Hi Andrea,

I have been told (by OLEM) that the grants listed below -- Solid Waste Infrastructure for Recycling Grant Program (SWIFR) and Recycling Education and Outreach Grant Program (REO) – were not included in the group that was paused.

If that is the case -- okay for the program to get back to the staffers asking about these grants?

Proposed responses below – thank you!

• Rep. Stansbury (NM-01) staffer inquiry on Ciudad Soil and Water Conservation District's REO grant status
**RESPONSE:** Thank you for your inquiry about the Ciudad Soil and Water Conservation District's REO grant. At this time, these grants are up and running for the grantees in the Automated Standard Application for Payment (ASAP). We believe that the concerns about grant access have been resolved, but please reach back out if there are additional questions.

• Sen. Ernst (IA) staffer inquiry requesting update on Iowa City's SWIFR grant
**RESPONSE:** Thank you for your inquiry about Iowa City's SWIFR grant. At this time, these grants are up and running for the grantees in the Automated Standard Application for Payment (ASAP). We believe that the concerns about grant access have been resolved, but please reach back out if there are additional questions.

Message

---

**From:** Drinkard, Andrea [Drinkard.Andrea@epa.gov]
**Sent:** 3/20/2025 6:46:44 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Gentile, Laura [Gentile.Laura@epa.gov]
**Subject:** RE: Another grants question -- SWIFR/REO congressional inquiries

Lol, we just did the same thing…but slightly different. ☺

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Thursday, March 20, 2025 2:45 PM
**To:** Gentile, Laura <Gentile.Laura@epa.gov>; Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** RE: Another grants question -- SWIFR/REO congressional inquiries

Can I propose a slight change. I recommend that we don't acknowledge the concept of a pause publicly. So I recommend the following:

**RESPONSE:** Thank you for your inquiry about the Ciudad Soil and Water Conservation District's REO grant. Funding to these grants is available in the Automated Standard Application for Payment (ASAP) system and there are no issues with recipients' access to their funds. Please reach back out if there are additional questions.

**RESPONSE:** Thank you for your inquiry about Iowa City's SWIFR grant. Funding to these grants is available in the Automated Standard Application for Payment (ASAP) system and there are no issues with recipients' access to their funds. Please reach back out if there are additional questions.

---

**From:** Gentile, Laura <Gentile.Laura@epa.gov>
**Sent:** Thursday, March 20, 2025 2:01 PM
**To:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** Another grants question -- SWIFR/REO congressional inquiries

Hi Andrea,

I have been told (by OLEM) that the grants listed below -- Solid Waste Infrastructure for Recycling Grant Program (SWIFR) and Recycling Education and Outreach Grant Program (REO) – were not included in the group that was paused.

If that is the case -- okay for the program to get back to the staffers asking about these grants?

Proposed responses below – thank you!

- Rep. Stansbury (NM-01) staffer inquiry on Ciudad Soil and Water Conservation District's REO grant status

**RESPONSE:** Thank you for your inquiry about the Ciudad Soil and Water Conservation District's REO grant. At this time, these grants are no longer paused and the Automated Standard Application for Payment (ASAP) system should be up and running for the grantees. We believe that the concerns about grant access have been resolved, but please reach back out if there are additional questions.

- Sen. Ernst (IA) staffer inquiry requesting update on Iowa City's SWIFR grant

**RESPONSE:** Thank you for your inquiry about Iowa City's SWIFR grant. At this time, these grants are no longer paused and the Automated Standard Application for Payment (ASAP) system should be up and running for the grantees. We believe that the concerns about grant access have been resolved, but please reach back out if there are additional questions.

EPA_00294020

EPA_00294021

Message

**From:**      Mendiola, Angela [Mendiola.Angela@epa.gov]
**Sent:**      3/21/2025 1:46:28 AM
**To:**        Wise, Melissa [wise.melissa@epa.gov]
**CC:**        Drake, Kerry [Drake.Kerry@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:**   RE: DEADLINE (3/28): PLEASE RESUME: Grant Cancellations/Terminations

Thank you Melissa.

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Thursday, March 20, 2025 1:12 PM
**To:** Mendiola, Angela <Mendiola.Angela@epa.gov>
**Cc:** Drake, Kerry <Drake.Kerry@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: DEADLINE (3/28): PLEASE RESUME: Grant Cancellations/Terminations

Hi Angela,

Yes, and thank you!

Melissa

**From:** Mendiola, Angela <Mendiola.Angela@epa.gov>
**Sent:** Thursday, March 20, 2025 3:54 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Drake, Kerry <Drake.Kerry@epa.gov>
**Subject:** Q: DEADLINE (3/28): PLEASE RESUME: Grant Cancellations/Terminations
**Importance:** High

Hi Melissa,

Per the list you shared to terminate 📊 Termination Awarded and Unawarded List_March 10.xlsx, R9 has three grants that have already expired.

We intend to FC these grants in NGGS today and follow regular closeout procedures, please confirm before we proceed.

Thank you,
Angela

| AJ | 98T29401-1 | American Samoa EPA  Expired 10/31/2024 | AS | State | $200,000.00 | $14,569.68 | 7/31/2023 | R09 | State Environmental Justice Cooperative Agreement - COVID 19 Projects |
| EQ | 98T36301-2 | West Oakland Environmental Indicators Project  Expired 10/31/2024 | CA | Not for Profit | $75,000.00 | $0.00 | 7/19/2024 | R09 | ENVIRONMENTAL JUSTICE PROGRAM - West Oakland Sustainable Port Collaborative: Accelerating the Port of Oaklands Transition to Zero-Emissions |

| EC | 98T16301-4 | NAVAJO NATION TRIBAL GOVERNMENT<br><br>Expired 10/31/2024 | AZ | Indian Tribe | $119,999.41 | Financially Closed | 10/28/2024 | R09 | ENVIRONMENTAL JUSTICE PROGRAM - Navajo Nation EJ Collaborative Problem-Solving |
|----|-----|-----|----|----|----|----|----|----|----|

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Thursday, March 20, 2025 11:33 AM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>; Lloyd, Keva <Lloyd.Keva@epa.gov>; Phillips, Lashaun <Phillips.Lashaun@epa.gov>
**Cc:** Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>
**Subject:** DEADLINE (3/28): PLEASE RESUME: Grant Cancellations/Terminations

Hello again -

I've received several inquiries regarding a deadline to complete these cancellations/terminations.

Leadership requests that you work on these as quickly as possible with a desire to show good progress by **Friday, 3/28**.

Thank you,
Melissa

---

**From:** Wise, Melissa
**Sent:** Thursday, March 20, 2025 1:58 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>; Lloyd, Keva <Lloyd.Keva@epa.gov>; Phillips, Lashaun <Phillips.Lashaun@epa.gov>
**Cc:** Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>
**Subject:** REVISED TERMINATION MEMO: PLEASE RESUME: Grant Cancellations/Terminations
**Importance:** High

Good afternoon, GMOs,

One more thing!  **Please use the updated Termination Memo (attached) when communicating the grant cancellations to recipients.**

Thank you for your attention to this important matter.

Melissa

---

**From:** Wise, Melissa
**Sent:** Thursday, March 20, 2025 1:53 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>; Lloyd, Keva <Lloyd.Keva@epa.gov>; Phillips, Lashaun <Phillips.Lashaun@epa.gov>
**Cc:** Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>

**Subject:** PLEASE RESUME: Grant Cancellations/Terminations
**Importance:** High

Good afternoon, GMOs,

Please resume grant cancellations/terminations as shared in the spreadsheet below, noting the instructions to GMOs in Column I.

 Termination Awarded and Unawarded List_March 10.xlsx

**\*\* IMPORTANT\*\* - Please <u>do not terminate</u> any grant identified in the spreadsheet under Column I labelled "DO NOT TERMINATE."**

**Instructions to cancel a grant not yet awarded are as follows:**

- GS deletes the award document
- PO deletes the FR. If there is no PO, GS should submit a ticket to hotline to have it deleted.
- PO/GS works with FCO to decommit the CN and delete the CN.

Thank you,
Melissa

---

**From:** Wise, Melissa
**Sent:** Wednesday, March 12, 2025 4:10 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** PLEASE PAUSE: Grant Cancellations/Terminations
**Importance:** High

Good afternoon, GMOs,

Effective immediately, please pause all grant cancellations/terminations. I will notify you when this may be resumed.

Thank you,

*Melissa Wise*
Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911



Message

---

**From:** Wise, Melissa [wise.melissa@epa.gov]
**Sent:** 3/21/2025 3:50:52 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:** RE: Regional Highland CSB Coordination by R5

Thank you, Dan.

Melissa

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, March 21, 2025 11:38 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

That's correct—thank you. Yes, they need to process these and the oversight requirement aligns with admin priorities.

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Friday, March 21, 2025 11:13 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** FW: Regional Highland CSB Coordination by R5

Hi Dan,

Please see below (yellow highlight).  Is this accurate?  The GMOs are looking for cover (and an email from me – see green highlight) and so I just want to make sure I'm responding in lock step with you.  My thought was if there is a T&C revision to place them on Reimbursement is this also not an opportunity to update their Statements of Work, in which case the Compliance Review Form would be required.

Thanks,
Melissa

---

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Friday, March 21, 2025 10:59 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

My apologies.  She sent me a Teams message:

Courtney: Thank you so much

Kysha: There is one question I need to follow-up on.  The GMOs are concerned about the EO Compliance Review Form.

Courtney: ==Dan Coogan said it does not need to go through EO Compliance review at our Air Division Director meeting on Tuesday as I have asserted since we need to get this grant recipient into compliance.==  This is the issue you and chatted about last week and I thought you were in agreement as well.  These are no cost cost administrative actions.



EPA_00294028



C   versight Branch
N   ining and Compliance Division
O   d Debarment
U   l Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell** 202-763-5179
**Email** **Holliday.kysha@epa.gov**



---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Friday, March 21, 2025 10:42 AM
**To:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Hi Kysha,

Courtney's message below doesn't address the form. Can you please share her thread on this? I can then respond to it.

Thanks,
Melissa

---

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Friday, March 21, 2025 10:39 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>
**Subject:** FW: Regional Highland CSB Coordination by R5

Melissa,

Per Courtney message below, the EO Compliance Review Form is not needed for the Highland reimbursement case. Can you or Dan provide a written determination so the GMOs can include it in the official grant file?


*Kysha*

Kysha Carter Holliday
C   versight Branch
N   ining and Compliance Division
O   d Debarment
U   l Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell** 202-763-5179
**Email** **Holliday.kysha@epa.gov**



**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Thursday, March 20, 2025 8:08 PM
**To:** Holliday, Kysha <Holliday.Kysha@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

I found out tonight that the Highland meeting that was scheduled for Tuesday is being rescheduled…not sure when but it is fine that letter goes out Monday or Tuesday of next week.  Let me know if you have any questions.

Thanks
Courtney

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Thursday, March 20, 2025 4:48 PM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Courtney,

The meeting with the GMOs went well.  We decided it would be better to send the letter after your Tuesday meeting with the recipient.  In the meantime, here are next steps:

**Compliance Review & Next Steps**
✓     The team supported a single, consolidated letter to streamline the process of placing the recipient on reimbursement while allowing regions to follow up with their specific requests.
✓     Each GMO will reach out to RTP to initiate a hold on the grant, so the recipient will not have immediate access to grant funds
✓     OGD's Compliance and Oversight Branch will have the contractor perform an advanced administrative monitoring review of the recipient to include a comprehensive assessment of their written policies and procedures (especially procurement) and transaction testing of drawdowns already made
✓     OGD will allow 30 days for the contractor to collect documentation from Highland after the review is ordered. The review process will begin mid-April; based on the contractor and recipient's schedules

**Point of Clarification Needed from OMS/OGD Leadership**

Since an amendment to each agreement is required to add the reimbursement T&C to each award. Amended award documents must accompany the 208 Notification. ==The following issues/questions were raised: Is the EO Compliance Review Form required?==

o     ==If the EO Compliance Review Form will not be required for this grant action (award amendment), the GMOs will need written documentation of this determination from OMS/OGD so it can be placed in the grant files==

○     If the EO Compliance Review Form is required to be signed by Award Officials (Division Directors) then guidance from OAR will need to be provided on how workplans are to be revised to comply with current EOs and the Administrator's priorities before the 208 Notification being sent.

Please advise.

Thanks

kch

*Kysha*

Kysha Carter Holliday



C_____ _versight Branch
N____ _____ining and Compliance Division
O____ _____d Debarment
U__ _____l Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell**    202-763-5179
**Email**   **Holliday.kysha@epa.gov**

---

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Tuesday, March 18, 2025 5:36 PM
**To:** Holliday, Kysha <Holliday.Kysha@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

I just chatted with my OAR political and if we cannot get the letter out by Friday, can it go out on Wednesday after the Tuesday meeting with Highland? Let me know.

Thanks
Courtney

---

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Tuesday, March 18, 2025 5:04 PM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Courtney,

I'm hopeful we can issue the reimbursement letter by Friday, Monday at the latest.



*Kysha*

Kysha Carter Holliday

EPA_00294031

Compliance and Oversight Branch
National Policy Training and Compliance Division
Office of Grants and Debarment
U.S. Environmental Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell**    202-763-5179
**Email**   **Holliday.kysha@epa.gov**

 

---

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Tuesday, March 18, 2025 4:28 PM
**To:** Holliday, Kysha <Holliday.Kysha@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

How quickly can that happen?  By Friday for example?

Thanks
Courtney

---

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Tuesday, March 18, 2025 4:19 PM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Courtney,

We are meeting on Thursday to go over the details of the letter and to ensure all GMOs involved are on the same page with respect to roles and responsibilities for review and approval of recipient invoices.  Once the letter is drafted and signed by all GMOs, it will be issued along with a copy of the amended grant awards; effectively placing the recipient on reimbursement immediately (as of the date of the letter).

The letter will provide the recipient instructions on how submit a reimbursement package and what documents are necessary to substantiate costs.

Hope this helps.

*Kysha*

Kysha Carter Holliday

Compliance and Oversight Branch
National Policy Training and Compliance Division
Office of Grants and Debarment
U.S. Environmental Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell**   202-763-5179
**Email**  Holliday.kysha@epa.gov

f   𝕏

---

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Tuesday, March 18, 2025 1:36 PM
**To:** Holliday, Kysha <Holliday.Kysha@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

What is the process after the meeting to get the grants moved to reimbursement? I just found out the my political team is now scheduled to take a meeting with Highland next Tuesday.  My OAR team are aware of the issues with the grantee and they would also like them to moved to reimbursement quickly.  I need to update my team on next steps by the end of the day.

Thanks
Courtney

---

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Tuesday, March 18, 2025 1:29 PM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Courtney,

Our meeting is scheduled for Thursday, March 20th at 11am EST.

*Kysha*

**Kysha Carter Holliday**



C........ ...........versight Branch
N.......... ....ining and Compliance Division
O........ ....d Debarment
U.... ...............l Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell**   202-763-5179
**Email**  Holliday.kysha@epa.gov

f   𝕏

---

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Tuesday, March 18, 2025 1:17 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Holliday, Kysha <Holliday.Kysha@epa.gov>

**Cc:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Kysha,

Just checking in to see if you have had a meeting with the Regional GMOs?  Dan Coogan is joining our Air Division Director meeting at 2:00pm to chat about the Highland grants and getting them term and conditioned to reimbursement.

Thanks
Courtney

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Thursday, March 13, 2025 5:03 PM
**To:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Cc:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Lentz, Rachel <Lentz.Rachel@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Hi Kysha,

Sounds like a plan.  Please set up the meeting with Chris and the other impacted GMOs (in R4, R5, R7, and R8).  Thank you!

Melissa

**From:** Holliday, Kysha <Holliday.Kysha@epa.gov>
**Sent:** Thursday, March 13, 2025 5:01 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Lentz, Rachel <Lentz.Rachel@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Melissa,

Since there are multiple regions (5) that have open grants with Highland, I recommend the GMO with the highest grant award amount (R6 – Chris Watkins) issue the reimbursement notification letter, listing all the grants with a cc to the other GMOs.  I also propose having a meeting (training session) with all the POs and GSs who will be performing the reimbursement reviews, to ensure reviews will be conducted consistently across each region.

Chris concurs, but we may also need to have a meeting with all the GMOs or at least give them an opportunity to review the notification letter before it is sent.

Please let me know your thoughts.

*Kysha*

Kysha Carter Holliday

C............... .versight Branch
N............... aining and Compliance Division
O............... d Debarment
U... ............. l Protection Agency
1200 Pennsylvania Ave, NW – MC 3903R
Washington, DC 20460

**Phone** 202-564-1639
**Cell** 202-763-5179
**Email** Holliday.kysha@epa.gov

 

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Thursday, March 13, 2025 2:00 PM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Parsons, Christy <Parsons.Christy@epa.gov>; Hosna, Alexis <Hosna.Alexis@epa.gov>; Abrams, Melanie <Abrams.Melanie@epa.gov>; Powell, Alan <Powell.Alan@epa.gov>; Stampley, Angela <Stampley.Angela@epa.gov>; Cisneros, Valicia <Cisneros.Valicia@epa.gov>; Sampson, Kaitlyn <Sampson.Kaitlyn@epa.gov>; Johnson, Courtney <Johnson.Courtney@epa.gov>
**Cc:** McDonald, Richard <McDonald.Richard@epa.gov>; Reimer, Michelle <Reimer.Michelle@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Boyd, Chelsea <Boyd.Chelsea@epa.gov>; Roberts, Rachel <Roberts.Rachel@epa.gov>; Becker, Michelle <Becker.Michelle@epa.gov>; Lucas, Daketia <Lucas.Daketia@epa.gov>; Loiacono, Sara <loiacono.sara@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; McPhilliamy, Marisa <McPhilliamy.Marisa@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Sturdivant, Donnette <Sturdivant.Donnette@epa.gov>; Johnson, Kristine <Johnson.Kristine@epa.gov>; Liljegren, Jennifer <Liljegren.Jennifer@epa.gov>; Hawkins, Andy <hawkins.andy@epa.gov>; Tukes, Michael <Tukes.Michael@epa.gov>; Clement, Anne <Clement.Anne@epa.gov>; Boledovich, Julie <Boledovich.Julie@epa.gov>; Cleveland, Meredith <Cleveland.Meredith@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Robinson, Marlicia <Robinson.Marlicia@epa.gov>; Salisbury, Demetra <Salisbury.Demetra@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Berry, Mark <Berry.Mark@epa.gov>; Kelley, Kayla <Kelley.Kayla@epa.gov>; Koester, Christine <koester.christine@epa.gov>; Irving, Sheila <irving.sheila@epa.gov>; Moltzen, Michael <Moltzen.Michael@epa.gov>; Simon, Karl <Simon.Karl@epa.gov>; Holliday, Kysha <Holliday.Kysha@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Hi All,

Clarifying that Project Officers need to work with the regional GMOs who administer the grants highlighted in the table below. Kysha Holliday should be removed from any procedural next steps. The GMOs/Award Officials should be consulted and are the authoritative source to make changes to these awards.

Thank you,
Melissa

---

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Thursday, March 13, 2025 12:09 PM
**To:** Parsons, Christy <Parsons.Christy@epa.gov>; Hosna, Alexis <Hosna.Alexis@epa.gov>; Abrams, Melanie <Abrams.Melanie@epa.gov>; Powell, Alan <Powell.Alan@epa.gov>; Stampley, Angela <Stampley.Angela@epa.gov>; Cisneros, Valicia <Cisneros.Valicia@epa.gov>; Sampson, Kaitlyn <Sampson.Kaitlyn@epa.gov>; Johnson, Courtney <Johnson.Courtney@epa.gov>
**Cc:** McDonald, Richard <McDonald.Richard@epa.gov>; Reimer, Michelle <Reimer.Michelle@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Boyd, Chelsea <Boyd.Chelsea@epa.gov>; Roberts, Rachel <Roberts.Rachel@epa.gov>; Becker, Michelle <Becker.Michelle@epa.gov>; Lucas, Daketia <Lucas.Daketia@epa.gov>; Loiacono, Sara <loiacono.sara@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; McPhilliamy, Marisa <McPhilliamy.Marisa@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Sturdivant, Donnette <Sturdivant.Donnette@epa.gov>; Johnson, Kristine <Johnson.Kristine@epa.gov>; Liljegren, Jennifer <Liljegren.Jennifer@epa.gov>; Hawkins, Andy <hawkins.andy@epa.gov>; Tukes, Michael <Tukes.Michael@epa.gov>; Clement, Anne <Clement.Anne@epa.gov>; Boledovich, Julie <Boledovich.Julie@epa.gov>; Cleveland, Meredith

EPA_00294035

<Cleveland.Meredith@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Robinson, Marlicia <Robinson.Marlicia@epa.gov>; Salisbury, Demetra <Salisbury.Demetra@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Berry, Mark <Berry.Mark@epa.gov>; Kelley, Kayla <Kelley.Kayla@epa.gov>; Koester, Christine <koester.christine@epa.gov>; Irving, Sheila <irving.sheila@epa.gov>; Moltzen, Michael <Moltzen.Michael@epa.gov>; Simon, Karl <Simon.Karl@epa.gov>; Holliday, Kysha <Holliday.Kysha@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Folks,

I reached out to OMS this morning to try and accelerate the process of having the 5 CSB grants to Highland moved to reimbursement. The Project Officers for each grant should send an email to Kysha Holliday, the Compliance and Oversight Branch Chief in the Office of Grants and Debarment, to communicate concerns with the grant and submit the request for Highland to be moved to reimbursement. I understand that based on the information provided in the email, Kysha and her team will handle all the necessary procedural next steps.

Thanks
Courtney

| Grant Number | Region | Applicant Name |
|---|---|---|
| 00E03676-0 | R5 | Highland CSB 1, LLC |
| 00I01600-0 | R8 | Highland CSB 1, LLC |
| 02F56701-0 | R6 | Highland CSB 1, LLC |
| 03D07124-1 | R4 | Highland CSB 1, LLC |
| 96713101-0 | R7 | Highland CSB 1, LLC |

**From:** Hyde, Courtney
**Sent:** Friday, March 7, 2025 5:38 PM
**To:** Parsons, Christy <Parsons.Christy@epa.gov>; Hosna, Alexis <Hosna.Alexis@epa.gov>; Abrams, Melanie <Abrams.Melanie@epa.gov>; Powell, Alan <Powell.Alan@epa.gov>; Stampley, Angela <Stampley.Angela@epa.gov>; Cisneros, Valicia <Cisneros.Valicia@epa.gov>; Sampson, Kaitlyn <Sampson.Kaitlyn@epa.gov>; Johnson, Courtney <Johnson.Courtney@epa.gov>
**Cc:** McDonald, Richard <McDonald.Richard@epa.gov>; Reimer, Michelle <Reimer.Michelle@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Boyd, Chelsea <Boyd.Chelsea@epa.gov>; Roberts, Rachel <Roberts.Rachel@epa.gov>; Becker, Michelle <Becker.Michelle@epa.gov>; Lucas, Daketia <Lucas.Daketia@epa.gov>; Loiacono, Sara <loiacono.sara@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; McPhilliamy, Marisa <McPhilliamy.Marisa@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Sturdivant, Donnette <Sturdivant.Donnette@epa.gov>; Johnson, Kristine <Johnson.Kristine@epa.gov>; Liljegren, Jennifer <Liljegren.Jennifer@epa.gov>; Hawkins, Andy <hawkins.andy@epa.gov>; Tukes, Michael <Tukes.Michael@epa.gov>; Clement, Anne <Clement.Anne@epa.gov>; Boledovich, Julie <Boledovich.Julie@epa.gov>; Cleveland, Meredith <Cleveland.Meredith@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Robinson, Marlicia <Robinson.Marlicia@epa.gov>; Salisbury, Demetra <Salisbury.Demetra@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Berry, Mark <Berry.Mark@epa.gov>; Kelley, Kayla <Kelley.Kayla@epa.gov>; Koester, Christine <koester.christine@epa.gov>; Irving, Sheila <irving.sheila@epa.gov>; Moltzen, Michael <Moltzen.Michael@epa.gov>; Simon, Karl <Simon.Karl@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Folks,

After conversations with our OAR leadership team, we would like Highland to put be on high risk for all of their CSB grants.  Please let us know if you have any questions or need additional information.

Thanks
Courtney

---

**From:** Parsons, Christy <Parsons.Christy@epa.gov>
**Sent:** Thursday, March 6, 2025 12:29 PM
**To:** Hosna, Alexis <Hosna.Alexis@epa.gov>; Abrams, Melanie <Abrams.Melanie@epa.gov>; Powell, Alan <Powell.Alan@epa.gov>; Stampley, Angela <Stampley.Angela@epa.gov>; Cisneros, Valicia <Cisneros.Valicia@epa.gov>; Sampson, Kaitlyn <Sampson.Kaitlyn@epa.gov>; Johnson, Courtney <Johnson.Courtney@epa.gov>
**Cc:** McDonald, Richard <McDonald.Richard@epa.gov>; Reimer, Michelle <Reimer.Michelle@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Boyd, Chelsea <Boyd.Chelsea@epa.gov>; Roberts, Rachel <Roberts.Rachel@epa.gov>; Becker, Michelle <Becker.Michelle@epa.gov>; Lucas, Daketia <Lucas.Daketia@epa.gov>; Loiacono, Sara <loiacono.sara@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; McPhilliamy, Marisa <McPhilliamy.Marisa@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Sturdivant, Donnette <Sturdivant.Donnette@epa.gov>; Johnson, Kristine <Johnson.Kristine@epa.gov>; Liljegren, Jennifer <Liljegren.Jennifer@epa.gov>; Hawkins, Andy <hawkins.andy@epa.gov>; Tukes, Michael <Tukes.Michael@epa.gov>; Clement, Anne <Clement.Anne@epa.gov>; Boledovich, Julie <Boledovich.Julie@epa.gov>; Cleveland, Meredith <Cleveland.Meredith@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Robinson, Marlicia <Robinson.Marlicia@epa.gov>; Salisbury, Demetra <Salisbury.Demetra@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Berry, Mark <Berry.Mark@epa.gov>; Kelley, Kayla <Kelley.Kayla@epa.gov>; Hyde, Courtney <Hyde.Courtney@epa.gov>; Koester, Christine <koester.christine@epa.gov>; Irving, Sheila <irving.sheila@epa.gov>; Moltzen, Michael <Moltzen.Michael@epa.gov>; Simon, Karl <Simon.Karl@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Thank you very much Alexis for the helpful meeting notes, and for everyone's input in the informative conversation yesterday.

As a follow-up on question #2 in the notes (Can regions put Highland on reimbursement?), we had an initial conversation this morning but **need to continue those conversations with several others here in HQ**.

For the time being, we have **two requests for each region**:

1.      Please **ensure that your management chain is aware that the NPM is discussing designating Highland as high-risk, and therefore putting them on reimbursement**. I anticipate that most, if not all of you have already discussed with your management chains, but we want to avoid any surprises for anyone if we move forward with that designation.

2.      **Initiate work to review the Highland workplan in your region to ensure the language is consistent with all of the recent EOs**, and prepare to make revisions where necessary to ensure consistency with EO direction.
o      _Context_: Under the current process, each amendment will require an Office Director to sign-off that the workplan is consistent w/ all recent EOs. Thus we want to be prepared for that review process if we proceed with the amendment to add the T&C requiring payments as reimbursement (per 2 CFR 200.208).
o      _Note:_ At this time, we are only asking for this workplan review and preparation for revision on these Highland grants, not any other CSB Grant.

Separately, on the question discussed yesterday re. program income, I'm attaching the guidance we shared in email on 8/1/2024, which was also covered with grantees in the 9/17/2024 webinar.

We'll work to circle back with additional guidance from OAR soon on the topic of designating Highland as high-risk and placing them on reimbursement, but please let me know if any of the above raises questions/concerns.

Thank you for your continued partnership to support the CSB Program—
Christy

Christy Parsons, PhD
Clean School Bus Planning & Implementation Section Lead
Transportation and Climate Division
U.S. EPA | Office of Transportation and Air Quality
Tel:  734.214.4243
E-mail:  parsons.christy@epa.gov

**From:** Hosna, Alexis <Hosna.Alexis@epa.gov>
**Sent:** Thursday, March 6, 2025 11:53 AM
**To:** Abrams, Melanie <Abrams.Melanie@epa.gov>; Powell, Alan <Powell.Alan@epa.gov>; Stampley, Angela <Stampley.Angela@epa.gov>; Cisneros, Valicia <Cisneros.Valicia@epa.gov>; Sampson, Kaitlyn <Sampson.Kaitlyn@epa.gov>; Johnson, Courtney <Johnson.Courtney@epa.gov>
**Cc:** McDonald, Richard <McDonald.Richard@epa.gov>; Reimer, Michelle <Reimer.Michelle@epa.gov>; Parsons, Christy <Parsons.Christy@epa.gov>; Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Boyd, Chelsea <Boyd.Chelsea@epa.gov>; Roberts, Rachel <Roberts.Rachel@epa.gov>; Becker, Michelle <Becker.Michelle@epa.gov>; Lucas, Daketia <Lucas.Daketia@epa.gov>; Loiacono, Sara <loiacono.sara@epa.gov>; Seeger, Lindsay <seeger.lindsay@epa.gov>; McPhilliamy, Marisa <McPhilliamy.Marisa@epa.gov>; Hulstein, Sarah <hulstein.sarah@epa.gov>; Sturdivant, Donnette <Sturdivant.Donnette@epa.gov>; Johnson, Kristine <Johnson.Kristine@epa.gov>; Liljegren, Jennifer <Liljegren.Jennifer@epa.gov>; Hawkins, Andy <hawkins.andy@epa.gov>; Tukes, Michael <Tukes.Michael@epa.gov>; Clement, Anne <Clement.Anne@epa.gov>; Boledovich, Julie <Boledovich.Julie@epa.gov>; Cleveland, Meredith <Cleveland.Meredith@epa.gov>; Rawls, Whitney <rawls.whitney@epa.gov>; Robinson, Marlicia <Robinson.Marlicia@epa.gov>; Salisbury, Demetra <Salisbury.Demetra@epa.gov>; Duncan, Heather <Duncan.Heather@epa.gov>; Watkins, Christopher <Watkins.Christopher@epa.gov>; Shelmon, Shantel <Shelmon.Shantel@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Berry, Mark <Berry.Mark@epa.gov>; Kelley, Kayla <Kelley.Kayla@epa.gov>
**Subject:** RE: Regional Highland CSB Coordination by R5

Good morning,

Please see the attached notes from yesterday's call.

Thank you,

*Alexis Hosna*
State and Tribal Planning Section
Air and Radiation Division
U.S. EPA, Region 5
(312) 353-3209

-----Original Appointment-----
**From:** Hosna, Alexis
**Sent:** Wednesday, March 5, 2025 1:36 PM
**To:** Abrams, Melanie; Powell, Alan; Stampley, Angela; Cisneros, Valicia; Sampson, Kaitlyn; Johnson, Courtney
**Cc:** McDonald, Richard (he/him/his); Reimer, Michelle; Parsons, Christy; Roberts, Timothy-P; Boyd, Chelsea; Roberts,

Rachel; Becker, Michelle; Lucas, Daketia; Loiacono, Sara; Seeger, Lindsay; McPhilliamy, Marisa; Hulstein, Sarah; Sturdivant, Donnette; Johnson, Kristine; Liljegren, Jennifer; Hawkins, Andy; Tukes, Michael; Clement, Anne; Boledovich, Julie; Cleveland, Meredith; Rawls, Whitney; Robinson, Marlicia; Salisbury, Demetra; Duncan, Heather; Watkins, Christopher; Shelmon, Shantel; Sykes, Karen; Berry, Mark; Freeman, Tamara; Clinton, John (he/him/his)
**Subject:** Regional Highland CSB Coordination by R5
**When:** Wednesday, March 5, 2025 2:00 PM-3:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Microsoft Teams Meeting

**Purpose:** For regional coordination and oversight of the CSB Highland Electric grants for the life of the projects. Please continue to use the group chat to raise questions/concerns.

Agenda 3/3/25:
1.      Introductions
2.      Regional Updates:
a.      R4
b.      R5
c.      R6
d.      R7
e.      R8
3.      Discussions on next steps forward with OAR/OTAQ for further guidance:
a.      Guidance for PO/GS review on invoices
b.      Can we put Highland on reimbursement?
c.      Is there a cut off date for replacing schools?
d.      Are deposits allowable expenses?

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 213 593 677 757
Passcode: 5y4hRG
Download Teams | Join on the web

**Join with a video conferencing device**
sip:teams@video.epa.gov
Video Conference ID: 115 232 045 3
Alternate VTC instructions

**Or call in (audio only)**
+1 312-667-5632,,251728594#   United States, Chicago
Phone Conference ID: 251 728 594#
Find a local number | Reset PIN

This meeting may be recorded. If the meeting is recorded, it will be announced via a banner showing "this meeting is being recorded." Participation in a recorded meeting will be deemed as consent to be recorded. Meeting recordings may be official agency records subject to appropriate policy, rules and regulations.

Learn More | Meeting options

EPA_00294040

Message

---

**From:**      Wooden-Aguilar, Helena [Wooden-Aguilar.Helena@epa.gov]
**Sent:**      3/24/2025 12:53:14 PM
**To:**        Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:**   RE: EJ Grant Closeouts

I just reached out to you and KP. I think we should start with her and then work to MM.

Helena Wooden-Aguilar
Deputy Assistant Administrator of Workforce Solutions
Office of Mission Support
US Environmental Protection Agency
202-564-0792 (Work)
202-302-6846 (Cell)
wooden-aguilar.helena@epa.gov



*They can because we do!*

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, March 24, 2025 8:52 AM
**To:** Wooden-Aguilar, Helena <Wooden-Aguilar.Helena@epa.gov>
**Subject:** RE: EJ Grant Closeouts

Great—will do.

**From:** Wooden-Aguilar, Helena <Wooden-Aguilar.Helena@epa.gov>
**Sent:** Monday, March 24, 2025 8:44 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: EJ Grant Closeouts

Thanks Dan. Can you pls raise with Kimberly and Michael? I am happy to participate in this conversation. Helena

Helena Wooden-Aguilar
Deputy Assistant Administrator of Workforce Solutions
Office of Mission Support
US Environmental Protection Agency
202-564-0792 (Work)
202-302-6846 (Cell)
wooden-aguilar.helena@epa.gov

*They can because we do!*

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, March 24, 2025 8:35 AM
**To:** Wooden-Aguilar, Helena <Wooden-Aguilar.Helena@epa.gov>
**Subject:** EJ Grant Closeouts

Helena, Melissa and I connected and here's the responses to the two pieces of information that you requested (response in red).

**1.      What are the specific number of POs that we would need reassigned from OEJECR and EJ divisions in the regions to closeout all the EJ grants?**
We would not need any additional staff in OGD to closeout all the EJ grants. This is something we can manage with existing staff levels.

**2.      For the list of the ~140 EJ project officers that we pulled a while back, do any of the POs work on tribal grants (that were not included in the list that leadership directed us to terminate last week)? If so, who are the POs and what are the grants?**
Attached.

Message

---

**From:** Vaseliou, Molly [Vaseliou.Molly@epa.gov]
**Sent:** 3/24/2025 7:36:52 PM
**To:** Drinkard, Andrea [Drinkard.Andrea@epa.gov]; Landis, Jeffrey [Landis.Jeffrey@epa.gov]; Mandy, Cora [Mandy.Cora@epa.gov]
**CC:** Gall, Daniel [Gall.Daniel@epa.gov]; Weiner, Ben [Weiner.Ben@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:** RE: Questions for The Washington Post about grant terminations

I said this to the press box: I don't see a need to respond. If she wants to publish info she's not sure is accurate, that's on her and WAPO. Would be pretty par for the course.

---

**From:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Sent:** Monday, March 24, 2025 3:28 PM
**To:** Landis, Jeffrey <Landis.Jeffrey@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>
**Cc:** Gall, Daniel <Gall.Daniel@epa.gov>; Weiner, Ben <Weiner.Ben@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** Re: Questions for The Washington Post about grant terminations

I'm good with that, provided Molly agrees. + Dan C for awareness.

---

**From:** Landis, Jeffrey <Landis.Jeffrey@epa.gov>
**Sent:** Monday, March 24, 2025 3:22:55 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>
**Cc:** Gall, Daniel <Gall.Daniel@epa.gov>; Weiner, Ben <Weiner.Ben@epa.gov>; Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** FW: Questions for The Washington Post about grant terminations

I'm assuming we cannot comment further, correct?

r/Jeff

---

**From:** Ajasa, Amudalat <Amudalat.Ajasa@washpost.com>
**Sent:** Monday, March 24, 2025 3:04 PM
**To:** EPA Press Office <Press@epa.gov>
**Cc:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>; EPA Press Office <Press@epa.gov>
**Subject:** Re: Questions for The Washington Post about grant terminations

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hello,

Thank you for this response. We want to give the EPA as much space to comment on this story, including specific details and information. We have seen documents and just want to make sure that everything is accurate before publishing. We know that this is something important to us and Molly.

Here are the questions we are asking you to provide specific information on.

Are you able to provide the number of grants that were cancelled using the old terms and conditions as justification? And of that bunch, how many contained an error due to new terms?

We would also like you to confirm that the 400 grants that were terminated were the ones announced in the March 10 press release?

Again, the deadline is EOD.

I look forward to hearing from you,

Amudalat Ajasa

On Mar 24, 2025, at 2:46 PM, EPA Press Office <Press@epa.gov> wrote:

**CAUTION: EXTERNAL SENDER**

Amudalat,

Please see a response for your use:

We have received the letter and will respond through appropriate channels. As the Trump Administration reins in wasteful spending of taxpayer dollars, EPA will continue terminating assistance agreements in line with those terms and conditions. – EPA spokesperson

Thank you,
EPA Press Office

**From:** Ajasa, Amudalat <Amudalat.Ajasa@washpost.com>
**Sent:** Monday, March 24, 2025 1:16 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Landis, Jeffrey <Landis.Jeffrey@epa.gov>; EPA Press Office <Press@epa.gov>
**Subject:** Questions for The Washington Post about grant terminations

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Dear Molly,

Do you have any comment on the letter you received today from Sen. Sheldon Whitehouse and other members of the Senate Environment and Public Works Committee?

In a related story on some 400 environmental grants that were canceled in late February, we are reporting that these terminations citing as justification that the award "no longer effectuates the program goals or agency priorities."

Can you confirm that these grants were the ones announced in the March 10 press release?

We are reporting that the terminations cited terms and conditions that were in effect Aug. 13, 2020 - Sept 30, 2024, even though many of the grant contracts did not contain that contract language.

Can you confirm how many grants were canceled using that justification?

We are also reporting that an agency attorney notified regional officials on Feb 25 that many of the grant terminations had contained this error. The official subsequently sent an email saying that "agency management" made the decision to terminate the grants knowing that the contractual language did not apply to many of them.

Can you confirm how many grant terminations contained that error? By our count, as many as 181 grants could have been wrongfully terminated.

The attorney also advised the officials that the terminations may have violated a preliminary injunction issued in National Association of Diversity Officers in Higher Education et. al. v. Trump.

Please let me know if you have any comments or clarifications.

**My deadline is EOD today. The story will publish tomorrow morning.**

**Amudalat Ajasa**
Environmental Health Reporter
Twitter: @AmudalatAjasa

# The Washington Post

Message

___

**From**:    Molina, Michael [molina.michael@epa.gov]
**Sent**:    3/24/2025 10:00:15 PM
**To**:    Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject**:    FW: Senate Request (Grants)
**Attachments**:    Grant Termination List_Mar22.xlsx

As discussed

M

___

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Monday, March 24, 2025 5:02 PM
**To:** Molina, Michael <molina.michael@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Senate Request (Grants)

Senate Appropriations is looking for a comprehensive list of all the "4 rounds " of grant catenations the EPA has announced. I think I have #4 (attached) but I am not tracking a good list for #1, #2, #3. Hoping having everyone on one chain can help.

1st Round - ? - https://www.epa.gov/newsreleases/administrator-zeldin-announces-billions-dollars-worth-gold-bars-have-been-located
-OR-
https://www.epa.gov/newsreleases/epa-administrator-lee-zeldin-cancels-nine-more-contracts-saving-nearly-60-million

2nd Round - https://www.epa.gov/newsreleases/epa-administrator-lee-zeldin-cancels-20-grants-2nd-round-cuts-doge-saving-americans

3rd Round - https://www.epa.gov/newsreleases/epa-administrator-lee-zeldin-cancels-21-additional-grants-3rd-round-cuts-doge-saving

4th Round - https://www.epa.gov/newsreleases/epa-administrator-lee-zeldin-cancels-400-grants-4th-round-cuts-doge-saving-americans

Sarah Talmage
Associate Administrator
Office of Congressional and Intergovernmental Relations
U.S. Environmental Protection Agency

**This document is produced in native format.**

**Original file name:**

**Grant Termination List_Mar22.xlsx**

Message

**From**:     Wadlington, Christina [Wadlington.Christina@epa.gov]
**Sent**:     3/25/2025 5:35:24 PM
**To**:       Coogan, Daniel [Coogan.Daniel@epa.gov]; Drinkard, Andrea [Drinkard.Andrea@epa.gov]
**CC**:       Epp, Timothy [Epp.Timothy@epa.gov]
**Subject**:  RE: WaPost Article on Grants


Thanks Dan!

Tim, let us know if this gives you what you need to track down records or if you need anything else.

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Tuesday, March 25, 2025 1:32 PM
**To:** Wadlington, Christina <Wadlington.Christina@epa.gov>; Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Cc:** Epp, Timothy <Epp.Timothy@epa.gov>
**Subject:** RE: WaPost Article on Grants

Both are attached.

**From:** Wadlington, Christina <Wadlington.Christina@epa.gov>
**Sent:** Tuesday, March 25, 2025 1:25 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Cc:** Epp, Timothy <Epp.Timothy@epa.gov>
**Subject:** WaPost Article on Grants

Dan/Andrea,

Would either of you happen to have the referenced emails in the below? Tim is trying to track down whether this was a FIOA release or a direct email to the EPW.

**From:** Wadlington, Christina
**Sent:** Tuesday, March 25, 2025 1:23 PM
**To:** Epp, Timothy <Epp.Timothy@epa.gov>
**Cc:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** FW: Can I have this article?

Thanks for chatting Tim. Here's the full article, I'll check in with Andrea and others on the parts highlighted below.

**From:** Daguillard, Robert <Daguillard.Robert@epa.gov>
**Sent:** Tuesday, March 25, 2025 1:22 PM
**To:** Wadlington, Christina <Wadlington.Christina@epa.gov>
**Cc:** Landis, Jeffrey <Landis.Jeffrey@epa.gov>; Powell, Shayla <Powell.Shayla@epa.gov>; Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** FW: Can I have this article?


# EPA knew it wrongfully canceled dozens of environmental grants, documents show
*According to an internal email, EPA officials knew they had no contractual right to cancel dozens of grants. They did it anyway.*
*Updated*
March 25, 2025 at 8:29 a.m.

By Amudalat Ajasa

Trump officials knew their legal justification for terminating dozens of Environmental Protection Agency grants was flawed, according to documents and internal emails reviewed by The Washington Post.

An agency lawyer warned officials they had cited contractual language that did not apply to many of the grants the EPA had ended in recent weeks, advising that terminations could be reversed if recipients challenged them administratively or in court.

Since President Donald Trump took office, the EPA has targeted billions of dollars in grants authorized by the Biden administration. This month, the agency announced the cancellation of an additional 400 grants, totaling $1.7 billion, many of which were meant to improve air and water quality and strengthen resilience to natural disasters.

Grant recipients received emails in late February stating that their grants had been terminated on the grounds that they no longer fit the agency's priorities, referring to a clause in their grants' general terms and conditions allowing for awards to be voided.

However, the clause in question applied only to grants issued between Aug, 13, 2020, and Sept. 30, 2024, and almost half of the terminated grants were finalized or updated after Sept. 30. In a Feb. 25 email obtained by the Senate Environment and Public Works Committee and shared with The Post, an assistant general counsel alerted officials that terminations issued by several regional offices had contained this "significant error."

The email also acknowledged that the terminations "may also be encompassed" by a Feb. 21 preliminary injunction issued by a federal judge blocking the Trump administration from enforcing executive orders targeting equity and environmental justice programs. That preliminary injunction was lifted by an appeals court on March 14.

In a follow-up email on March 3, the EPA attorney said that the office had learned the decision to cancel "the EJ grants" was "made with the knowledge" that the terms and conditions rationale did not apply to all of them, but that no retractions would be forthcoming. Appeals of these wrongful cancellations will "play out via the disputes process, or litigation, for those recipients that choose to pursue those avenues," the lawyer added.

In a letter to EPA Administrator Lee Zeldin on Monday, nine Democratic senators on the Environment Committee challenged the grant terminations, pointing out that the 2022 Inflation Reduction Act "directed EPA to distribute $3 billion to improve environmental protection in communities facing economic hardship."

The senators added that "Congress specifically articulated in the statute the activities for which the funds can be awarded," including climate risk, air pollution and toxin reduction, and addressing health risks from heat and wildfires.

"Any attempt to withhold these funds violates the Impoundment Control Act and Congress's constitutional Article I spending authority," the senators said.

In response to a request for comment, an EPA spokesperson said, "As the Trump Administration reins in wasteful spending of taxpayer dollars, EPA will continue terminating assistance agreements in line with those terms and conditions."

Julia Haggerty, an associate professor of geography at Montana State University, worked with local partners for almost a year to assemble a competitive application to create a program designed to provide technical assistance and resources to underserved communities.

The $10 million program, which launched in May, worked to address a range of issues in the region, including flooding and water contamination, lead pipes, and pollution from mining.

EPA_00294120

The EPA finalized an update to the program's agreement, which included new terms and conditions, on Dec. 27, according to documents reviewed by The Post.

Beginning in January, the program's funding oscillated between being frozen and unfrozen. The EPA terminated the grant on Feb. 21, saying the "award no longer effectuates the program goals or agency priorities," according to an email reviewed by The Post. The university has appealed the termination, citing breach of contract.

"It was just done so haphazardly and carelessly," Haggerty said. "As a public land grant university, we don't have the kind of resources to withstand this interruption in access to funding."

A former EPA official who worked on related issues during the first Trump administration said the contractual language was updated by the White House Office of Management and Budget to provide predictability to grantees.

"The updated terms and conditions require the government to be specific about its reasons for terminating grant agreements," said the official, who spoke on the condition of anonymity because of ongoing legal challenges with the agency. In this case, the official added, the EPA's reason was not listed in the grant agreement, "so the agency can't just terminate."

---

**From:** Wadlington, Christina <Wadlington.Christina@epa.gov>
**Sent:** Tuesday, March 25, 2025 1:18 PM
**To:** Landis, Jeffrey <Landis.Jeffrey@epa.gov>; Powell, Shayla <Powell.Shayla@epa.gov>; Daguillard, Robert <Daguillard.Robert@epa.gov>
**Cc:** Drinkard, Andrea <Drinkard.Andrea@epa.gov>
**Subject:** Can I have this article?

https://www.washingtonpost.com/climate-environment/2025/03/25/epa-environment-grants-wrongful-termination/