

## OFFICE OF MISSION SUPPORT

### WASHINGTON, D.C. 20460

[ DATE \@ "MMMM d, yyyy" ]

**MEMORANDUM**

**SUBJECT:**   Termination of EPA Assistance Agreement [Grant Number] under 2 CFR 200.340

**FROM:**   EPA Award Official

**TO:**   FirstName LastName, Title
Office (Recipient Authorized Organization Representative (AOR))

The purpose of this communication is to notify you that the U.S. Environmental Protection Agency (EPA) is hereby terminating Assistance Agreement No. [insert Grant Number] awarded to [recipient organization]. In accordance with 2 CFR 200.340(a)(2) (effective August 13, 2020 – September 30, 2024) and the Termination term and condition contained in the EPA General Terms and Conditions effective August 13, 2020 – September 30, 2024, EPA Assistance Agreement [INSERT Grant Number] is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities.

It is a priority of the EPA to eliminate discrimination in all programs throughout the United States. The EPA Administrator has determined that, per the Agency's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Agency's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives, "environmental justice" initiatives, and conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions. In addition to complying with the civil rights laws, it is vital that the Agency assess whether all grant payments are free from fraud, abuse, waste, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or environmental justice initiatives or other initiatives that conflict with the Agency's policy of prioritizing merit, fairness, and excellence in performing our statutory functions; that are not free from fraud, abuse, waste, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Agency priorities.

The process for closeout is generally outlined in 2 CFR 200.344. EPA is clarifying what reports are required and what reports are waived below. Other requirements are still in effect if applicable to your grant.

EPA is requiring the following closeout reports due within 120 days of closeout (2 CFR 200.344a:)
- Final Federal Financial Report, SF-425
- Final Technical Report
- Other programmatic reports identified in your terms and conditions

As part of this termination, EPA is waiving the following closeout reports:
- Property Report, SF-428
- Final Minority Business Enterprise/Woman Business Enterprise Utilization Under Federal Grants and Cooperative Agreements, EPA Form 5700-52A

The recipient may request payment from the Automated Standard Application Payments (ASAP) system for allowable costs incurred up to the date of this memo provided that such costs were contained in the approved workplan. Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g).

Also, per 2 CFR 200.472, a recipient may use grant funds to properly closeout their grant including reasonable and necessary costs that might occur after the date of this memo. If the recipient drew down funds from ASAP for costs beyond the termination date or for costs that exceed the amount necessary to properly closeout their grant, the recipient must contact RTPFC at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] for instructions on how to return the excess funds.

The EPA Grants Management Office has issued an amendment to the agreement to document the termination.

If you wish to dispute this termination decision, the Disputes Decision Official (DDO), [email address of the DDO], must receive the Dispute no later than 30 calendar days from the date this termination notice is electronically sent to you. Disputes must be sent electronically by email to the DDO, with a copy to the EPA Award Official, [email address of EPA Award Official] within the 30-day period stated above. The Dispute submitted to the DDO must include: (1) A copy of the disputed Agency Decision; (2) A detailed statement of the specific legal and factual grounds for the Dispute, including copies of any supporting documents; (3) The specific remedy or relief you seek under the Dispute; and (4) The name and contact information, including email address, of your designated point of contact for the Dispute. *See* 2 CFR 1500.15

The requirements on post-closeout adjustments and continuing responsibilities, including audit and record retention requirements, at 2 CFR 200.345 remain in effect.

ATTACHMENT
Amendment Document

cc:   FirstName LastName (EPA Grant Specialist)
      (EPA Project Officer)
      (Grantee Program Manager)

2

EPA_00294500

Message

---

| | |
|---|---|
| **From**: | OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov] |
| **Sent**: | 2/22/2025 3:01:08 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov] |
| **CC**: | Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]; Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov] |
| **Subject**: | Contract Terminations Daily Report 2025-02-22 |
| **Attachments**: | Contract_Terminations_2025-02-22.xlsx |

Attached is the daily Contract Terminations report for 2025-02-22.

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_2025-02-22.xlsx**

EPA_00294502 - EPA_00294509

Message

---

**From:**        OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent:**        2/22/2025 7:01:47 PM
**To:**          Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]
**CC:**          Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]; Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]
**Subject:**     Contract Terminations Daily Report with amounts 2025-02-22
**Attachments:** Contract_Terminations_withAmounts_2025-02-22.xlsx


Attached is the Daily Contract Terminations Report with award ceiling 2025-02-22, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

EPA_00294510

**This document is produced in native format.**

**Original file name:**

**Contract_Terminations_withAmounts_2025-02-22.xlsx**

EPA_00294511 - EPA_00294518

Message

---

**From:** Harvey, Luby [Harvey.Luby@epa.gov]
**Sent:** 2/24/2025 1:47:01 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:** RE: Guidance on IIJA/ IRA Funded Programs (draft)

---

Thank you for confirming, Dan.

Have a great day.

Best,
Luby

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, February 24, 2025 8:10 AM
**To:** Harvey, Luby <Harvey.Luby@epa.gov>
**Subject:** RE: Guidance on IIJA/ IRA Funded Programs (draft)

Correct—leadership is still reviewing that program.

---

**From:** Harvey, Luby <Harvey.Luby@epa.gov>
**Sent:** Monday, February 24, 2025 8:04 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** FW: Guidance on IIJA/ IRA Funded Programs (draft)

Good morning, Dan.

I hope all is well.

Can you please confirm the Greenhouse Gas Reduction Fund (GGRF) IIJA and IRA funded assistance agreements are still on hold? I am certain the answer is yes.

Best regards,

**Luby Harvey, MBA, MPA, CGFM**
Assistant Director and Senior Budget Officer (Acting)
Resource Management Staff (RMS)
Office of Administrative and Executive Services (OAES)
Office of the Administrator (AO)
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue NW | Room 4509-B WJCN | Washington, DC 20460
Office: (202) 566-0923 | Work Cell: (202) 909-8637
Email: Harvey.Luby@epa.gov

*Please note that I sent this email at a time that was convenient for me without expectation for a response outside of business hours. If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 11:32 AM

**To:** OCFO-SROs <OCFO_SROs@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Subject:** Guidance on IIJA/ IRA Funded Programs (draft)

SROs, we met with leadership to get clearance on the following, which will help streamline the grants process and allow us to continue critical oversight activity to ensure compliance with terms and conditions for EPA assistance agreements. With the exception of the Greenhouse Gas Reduction Fund, IIJA- and IRA-funded assistance agreements awarded prior to 3pm EST on February 13, 2025, can continue to fully operate. This includes:

- Drawing down resources in ASAP
- Engagement with recipients
- Oversight activities (transaction testing, post-award oversight, management review, etc)
- Training to ensure compliance with terms and conditions and to avoid potential for waste, fraud, and abuse.

Further, IIJA and IRA contract funding is allowed for new awards to support oversight activities and to fund IT systems and applications necessary to conduct oversight activities and to closeout grants.

For grant programs listed in OCFO's February 7 guidance, there should not be any engagement with recipients related to new awards or new assistance agreement activity beyond that which was obligated prior to 3pm EST on February 13, 2025, as OMS and OCFO work to implement compliance and oversight reviews for those programs. Please let me know if you have any questions.

Dan

EPA_00294520

Message

---

**From:** Zavala, Julie [Zavala.Julie@epa.gov]
**Sent:** 2/24/2025 2:43:19 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Shah, Monisha [Shah.Monisha@epa.gov]; Nowlan, Aileen [Nowlan.Aileen@epa.gov]
**CC:** Carpenter, Wesley [Carpenter.Wesley@epa.gov]; Jackson, Terrence [Jackson.Terrence@epa.gov]
**Subject:** RE: Guidance on IIJA/ IRA Funded Programs

Thank you, Dan. Much appreciated.

Julie Zavala
Acting Director, Office of the Greenhouse Gas Reduction Fund
U.S. Environmental Protection Agency
Mobile: 202-817-0114

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, February 24, 2025 9:01 AM
**To:** Zavala, Julie <Zavala.Julie@epa.gov>; Shah, Monisha <Shah.Monisha@epa.gov>; Nowlan, Aileen <Nowlan.Aileen@epa.gov>
**Cc:** Carpenter, Wesley <Carpenter.Wesley@epa.gov>; Jackson, Terrence <Jackson.Terrence@epa.gov>
**Subject:** RE: Guidance on IIJA/ IRA Funded Programs

All, we were able to sit down with Travis this AM to go over some immediate OGGRF needs. The following are approved:

1.      OGGRF can submit no-cost amendments to change project officer designations for grants where POs have departed the agency.
2.      OGGRF can use funding on systems necessary for reporting and to conduct oversight activities.

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 3:42 PM
**To:** OCFO-SROs <OCFO_SROs@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Subject:** Guidance on IIJA/ IRA Funded Programs

*Apologies for multiple emails. The earlier version inadvertently included 'draft' in the subject field. This subject line is corrected.*

SROs, we met with leadership to get clearance on the following, which will help streamline the grants process and allow us to continue critical oversight activity to ensure compliance with terms and conditions for EPA assistance agreements. With the exception of the Greenhouse Gas Reduction Fund, IIJA- and IRA-funded assistance agreements awarded prior to 3pm EST on February 13, 2025, can continue to fully operate. This includes:

- Drawing down resources in ASAP
- Engagement with recipients
- Oversight activities (transaction testing, post-award oversight, management review, etc)
- Training to ensure compliance with terms and conditions and to avoid potential for waste, fraud, and abuse.

Further, IIJA and IRA contract funding is allowed for new awards to support oversight activities and to fund IT systems and applications necessary to conduct oversight activities and to closeout grants.

For grant programs listed in OCFO's February 7 guidance, there should not be any engagement with recipients related to new awards or new assistance agreement activity beyond that which was obligated prior to 3pm EST on February 13,

EPA_00294521

2025, as OMS and OCFO work to implement compliance and oversight reviews for those programs. Please let me know if you have any questions.

Dan

EPA_00294522

Message

**From:**       Wise, Melissa [wise.melissa@epa.gov]
**Sent:**       2/24/2025 4:47:48 PM
**To:**         Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:**    RE: Guidance on IIJA/ IRA Funded Programs

Thank you, Dan.

Melissa

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, February 24, 2025 9:01 AM
**To:** Legare, Pamela <Legare.Pamela@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** FW: Guidance on IIJA/ IRA Funded Programs

FYI

**From:** Coogan, Daniel
**Sent:** Monday, February 24, 2025 9:01 AM
**To:** Zavala, Julie <Zavala.Julie@epa.gov>; Shah, Monisha <Shah.Monisha@epa.gov>; Nowlan, Aileen <Nowlan.Aileen@epa.gov>
**Cc:** Carpenter, Wesley <Carpenter.Wesley@epa.gov>; Jackson, Terrence <Jackson.Terrence@epa.gov>
**Subject:** RE: Guidance on IIJA/ IRA Funded Programs

All, we were able to sit down with Travis this AM to go over some immediate OGGRF needs. The following are approved:

1.      OGGRF can submit no-cost amendments to change project officer designations for grants where POs have departed the agency.
2.      OGGRF can use funding on systems necessary for reporting and to conduct oversight activities.

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 3:42 PM
**To:** OCFO-SROs <OCFO_SROs@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>
**Subject:** Guidance on IIJA/ IRA Funded Programs

***Apologies for multiple emails. The earlier version inadvertently included 'draft' in the subject field. This subject line is corrected.***

SROs, we met with leadership to get clearance on the following, which will help streamline the grants process and allow us to continue critical oversight activity to ensure compliance with terms and conditions for EPA assistance agreements. With the exception of the Greenhouse Gas Reduction Fund, IIJA- and IRA-funded assistance agreements awarded prior to 3pm EST on February 13, 2025, can continue to fully operate. This includes:

• Drawing down resources in ASAP
• Engagement with recipients
• Oversight activities (transaction testing, post-award oversight, management review, etc)
• Training to ensure compliance with terms and conditions and to avoid potential for waste, fraud, and abuse.

Further, IIJA and IRA contract funding is allowed for new awards to support oversight activities and to fund IT systems and applications necessary to conduct oversight activities and to closeout grants.

EPA_00294523

For grant programs listed in OCFO's February 7 guidance, there should not be any engagement with recipients related to new awards or new assistance agreement activity beyond that which was obligated prior to 3pm EST on February 13, 2025, as OMS and OCFO work to implement compliance and oversight reviews for those programs. Please let me know if you have any questions.

Dan

EPA_00294524

Message

---

**From:**      Bilal, Kari [Bilal.Kari@epa.gov]
**Sent:**      2/12/2025 8:08:06 PM
**To:**        Coogan, Daniel [Coogan.Daniel@epa.gov]
**CC:**        Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Legare, Pamela [Legare.Pamela@epa.gov]; Simon, Nigel [Simon.Nigel@epa.gov]
**Subject:**   RE: Additional Information on IIJA and IRA - program review pause

Thank you for the guidance and reply, Dan!

This is very helpful!

Kari
202-768-4483

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Wednesday, February 12, 2025 3:01 PM
**To:** Bilal, Kari <Bilal.Kari@epa.gov>
**Cc:** Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Simon, Nigel <Simon.Nigel@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Adding other for awareness.

- With this new info is it true that OLEM Programs, including BIL and regular appropriations SWIFR and BIL-funded  REO grants here in ORCR, the BIL-funded battery work and the RCRA Hazardous Waste Formula Grants to States under our regular appropriation are **not** a part of the Chad McIntosh issued memo re: financial assistance  review for waste/fraud/abuse?
<span style="color:red">These programs are not identified in the Budget and Planning email on "Additional Information on IIJA and IRA - program review pause" from February 7. As part of the transition process, programs and regions should always brief their senior political leadership to ensure they are comfortable with the funding action.</span>

- Please clarify if the pause only applies to grants that have already been awarded and not to current NOFOs? In other words, can we resume work on threshold and merit reviews on proposals received under recently closed NOFOs.
<span style="color:red">Programs should brief their senior political leadership to ensure they are supportive of any pre-award grant program activities (NOFO, application review, etc).</span>

- With the list of paused grants distributed today (2/12), this still doesn't answer our Q re: IRA contract funds. Can we utilize the Permitting IRA funds to award our contracts?
<span style="color:red">Please await direction from OGC on how to proceed on IRA programs.</span>

---

**From:** Bilal, Kari <Bilal.Kari@epa.gov>
**Sent:** Wednesday, February 12, 2025 2:28 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>

EPA_00294529

**Subject:** FW: Additional Information on IIJA and IRA - program review pause
**Importance:** High

Hi Dan,

Based on the guidance from our last two "SRO Grant, Contracts & IA" calls, for clarity and consistency, would you please help me respond to the following persistent queries from OLEM program offices?

• With this new info is it true that OLEM Programs, including BIL and regular appropriations SWIFR and BIL-funded REO grants here in ORCR, the BIL-funded battery work and the RCRA Hazardous Waste Formula Grants to States under our regular appropriation are **not** a part of the Chad McIntosh issued memo re: financial assistance review for waste/fraud/abuse?
<span style="color:red">Proposed reply: YES</span>

• Please clarify if the pause only applies to grants that have already been awarded and not to current NOFOs? In other words, can we resume work on threshold and merit reviews on proposals received under recently closed NOFOs.
<span style="color:red">Proposed reply: YES</span>

• With the list of paused grants distributed today (2/12), this still doesn't answer our Q re: IRA contract funds. Can we utilize the Permitting IRA funds to award our contracts?
<span style="color:red">Proposed reply: As of this writing, we have been instructed to award nothing on IRA until we have further notice.</span>

Thanks for any additional clarity/guidance you can share, Dan.

Kari
202-768-4483

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Wednesday, February 12, 2025 1:22 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause
**Importance:** High

Good afternoon, GMOs,

Please utilize the attached report which identifies all grants impacted by the temporary pause.

Thank you,
Melissa

**From:** Wise, Melissa
**Sent:** Monday, February 10, 2025 3:00 PM
**To:** OMS-OGD-GMOs Only OMS-OGD-GMOs-Only@epa.gov
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

GMOs,

As a follow-up to the message below, OGD will provide a report that will identify all grants impacted by the temporary pause required for compliance review. Further, OGD will expand the listing below to include associated program codes and source of funds. The report will display active grants by region and HQ to ensure full awareness and accountability.

Thank you,
Melissa

---

**From:** Wise, Melissa
**Sent:** Friday, February 7, 2025 7:49 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** FW: Additional Information on IIJA and IRA - program review pause
**Importance:** High

Good evening, GMOs,

Please see important message below.

Thank you,
Melissa

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 6:04 PM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Li, Sylvana <li.sylvana@epa.gov>; Beg, Gul <Beg.Gul@epa.gov>; Cottrill, Edward <Cottrill.Edward@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Pursuant to the review of financial assistance programs announced by the Acting Deputy Administrator on February 6, the following accounts are temporarily paused for new obligations or disbursements for assistance agreements, loans, rebates, interagency agreements, procurements, and no-cost actions pending a review for compliance with applicable administrative rules and policies.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)
Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
GHG Air Pollution Implementation Grants (OAR) (STAG)
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)
Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 11:29 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

We are working expeditiously to carry out the attached and request your assistance where appropriate.

*(excerpt)*

Notwithstanding this directive, any disbursements on open grant awards that were paused due to Office of Management and Budget Memorandum M-25-13 or any Executive Order underlying that Memorandum shall continue to be immediately released, as the Agency initiated on February 3, 2025.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Wednesday, February 5, 2025 11:00 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

Clarifying the compound sentence in the original message.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for:

- federal financial assistance;
- Superfund;
- and the accounts (originally) attached.

Note that thousands of accounts are involved and this is a manual process.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Tuesday, February 4, 2025 1:46 PM
**To:** OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** Additional Information on IIJA and IRA
**Importance:** High

EPA_00294533

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*

EPA_00294534

Message
_____

**From:**          OMS-OGD-Grant_Reports [OMS-OGD-Grant_Reports@epa.gov]
**Sent:**          2/12/2025 9:07:23 PM
**To:**            Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Wise, Melissa
                   [wise.melissa@epa.gov]; Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Tsing-Choy, Kathy [Tsing-
                   Choy.Kathy@epa.gov]
**Subject:**       Daily Summary Report of Assistance Agreement Terminations
**Attachments:**   Terminations Daily Summary v2-12-25.xlsx


Attached is the Summary Report of Assistance Agreement Terminations. This report is daily generated. Please contact Phil Schindel or Minh Nguyen for questions about the data or if the report needs to change. Thanks!

EPA_00294536

**This document is produced in native format.**

**Original file name:**

**Terminations Daily Summary v2-12-25.xlsx**

EPA_00294537 - EPA_00294539

Message

| | |
|---|---|
| **From:** | Wise, Melissa [wise.melissa@epa.gov] |
| **Sent:** | 2/12/2025 11:53:51 PM |
| **To:** | Hyde, Courtney [Hyde.Courtney@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov] |
| **CC:** | Roberts, Timothy-P [Roberts.Timothy-P@epa.gov]; Shaw, Betsy [Shaw.Betsy@epa.gov] |
| **Subject:** | RE: Additional Information on IIJA and IRA - program review pause |

Hi Courtney,

These were not flagged by OCFO when this report was compiled. Let me follow up in the morning. Thank you for your patience.

Melissa

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Wednesday, February 12, 2025 5:38 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Shaw, Betsy <Shaw.Betsy@epa.gov>
**Subject:** FW: Additional Information on IIJA and IRA - program review pause

Dan and Melissa,

There are some grant programs that are not included in the spreadsheet that Melissa sent out today and the issues spreadsheet tracker that is being used during the SRO meeting on Monday.

1.      DERA (DS and DE) is not on Melissa's spreadsheet but is on the issue spreadsheet tracker that was discussed on the Monday SRO meeting. We did do not understand how DERA even got on the list so that would be helpful to know.
2.      The IRA CAA (5A) and IRA Schools (5V) are missing from Melissa's list. Is this an oversight or can we tell our programs to work on those two IRA provisions?

I want to make sure we are sharing the correct information with our regional Air Division Directors and our program leads. Let me know if you have any questions or need additional information.

Thanks
Courtney

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Wednesday, February 12, 2025 1:22 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause
**Importance:** High

Good afternoon, GMOs,

Please utilize the attached report which identifies all grants impacted by the temporary pause.

Thank you,
Melissa

**From:** Wise, Melissa
**Sent:** Monday, February 10, 2025 3:00 PM
**To:** OMS-OGD-GMOs Only OMS-OGD-GMOs-Only@epa.gov
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

GMOs,

As a follow-up to the message below, OGD will provide a report that will identify all grants impacted by the temporary pause required for compliance review. Further, OGD will expand the listing below to include associated program codes and source of funds. The report will display active grants by region and HQ to ensure full awareness and accountability.

Thank you,
Melissa

---

**From:** Wise, Melissa
**Sent:** Friday, February 7, 2025 7:49 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** FW: Additional Information on IIJA and IRA - program review pause
**Importance:** High

Good evening, GMOs,

Please see important message below.

Thank you,
Melissa

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 6:04 PM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Li,

EPA_00294549

Sylvana <li.sylvana@epa.gov>; Beg, Gul <Beg.Gul@epa.gov>; Cottrill, Edward <Cottrill.Edward@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Pursuant to the review of financial assistance programs announced by the Acting Deputy Administrator on February 6, the following accounts are temporarily paused for new obligations or disbursements for assistance agreements, loans, rebates, interagency agreements, procurements, and no-cost actions pending a review for compliance with applicable administrative rules and policies.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)
Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
GHG Air Pollution Implementation Grants (OAR) (STAG)
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)
Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 11:29 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

We are working expeditiously to carry out the attached and request your assistance where appropriate.

*(excerpt)*

Notwithstanding this directive, any disbursements on open grant awards that were paused due to Office of Management and Budget Memorandum M-25-13 or any Executive Order underlying that Memorandum shall continue to be immediately released, as the Agency initiated on February 3, 2025.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Wednesday, February 5, 2025 11:00 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

Clarifying the compound sentence in the original message.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for:
- federal financial assistance;
- Superfund;
- and the accounts (originally) attached.

Note that thousands of accounts are involved and this is a manual process.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Tuesday, February 4, 2025 1:46 PM
**To:** OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** Additional Information on IIJA and IRA
**Importance:** High

EPA_00294551

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*

EPA_00294552

Message

| | |
|---|---|
| **From**: | Saunders-Gadri, Linda [Saunders-Gadri.Linda@epa.gov] |
| **Sent**: | 2/14/2025 3:05:30 PM |
| **To**: | Patrick, Kimberly [Patrick.Kimberly@epa.gov]; Wooden-Aguilar, Helena [Wooden-Aguilar.Helena@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]; Noga, Vaughn [Noga.Vaughn@EPA.GOV] |
| **CC**: | Galloway, Barbara [galloway.barbara@epa.gov]; Alvarado, David [alvarado.david@epa.gov]; Mendes, Jeanette [Mendes.Jeanette@epa.gov]; Henderson, Austin [Henderson.Austin@epa.gov]; Collard, Erin [Collard.Erin@epa.gov]; Leavy, Jacqueline [Leavy.Jacqueline@epa.gov]; McFarland, Tisha [McFarland.Tisha@epa.gov]; Martin, JohnT [martin.johnt@epa.gov]; Rivera, Sandra [Rivera.Sandra@epa.gov]; Lawal, Zainob [Lawal.Zainob@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]; Morina, Lenee [Morina.Lenee@epa.gov]; Tanner, Barbara [Tanner.Barbara@epa.gov]; Saunders-Gadri, Linda [Saunders-Gadri.Linda@epa.gov] |
| **Subject**: | OMS DAA Weekly Report for February 14, 2025 |
| **Attachments**: | OMS DAA Weekly Report 02.14.25.docx |
| | |
| **Flag**: | Follow up |

Good morning,

Attached is the **OMS DAA Weekly Report** for 2/14/2025.

[OMS DAA Weekly Report 02.14.25.docx](#)

Thanks Linda

*Linda Saunders-Gadri*
US Environmental Protection Agency
1200 Pennsylvania Ave. NW
Washington DC  20460
Telephone (202) 566-1644
Cell (202) 929-8340

Message

**From:** Segovia, Theresa [Segovia.Theresa@epa.gov]
**Sent:** 2/14/2025 6:42:43 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**Subject:** RE: Urgent Request for Guidance

You are a rock star, Dan. Thank you!

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 14, 2025 1:34 PM
**To:** Segovia, Theresa <Segovia.Theresa@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Subject:** RE: Urgent Request for Guidance

Theresa, adding responses in red beneath each.

**From:** Segovia, Theresa <Segovia.Theresa@epa.gov>
**Sent:** Friday, February 14, 2025 12:19 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** Urgent Request for Guidance

Hi Dan and Melissa,

Appreciating the enormity of your workload, could one of you please provide an answer to the following questions so OEJECR may remain immediately responsive and compliant with requests:


1)      Based on the 2/13 message from Budget and Planning, will the ASAP accounts for all EJ grants (obligated before 2/13) be re-opened in short order?  If not, is there guidance on which EJ grants will remain closed? **OCFO is working to that effect. It is a manual process so they may not get them all done in 24 hours.**

2)      OEJECR has heard that each Region has been asked to develop special approval processes for the EJ grants, is there any standard instruction that OGD has provided to the GMOs related to the EJ grants? **That is not the case for EJ grants. We are holding on awarding any new grants that support EJ activity until we receive additional policy direction.**

3)      Is OMS/OPA/OGC developing a standard response related to this week's pause to share with grantees?  Will OMS send that message directly to all impacted Grantees as before? **Yes, working with OPA on this. Will share with DAAs and DRAs as soon as it is finalized.**

Thanks very much,
Theresa




**Theresa Segovia**
Acting Assistant Administrator
Office of Environmental Justice and
  External Civil Rights (OEJECR)

**Phone**: 202-564-0137
**Email**: segovia.theresa@epa.gov

1200 Pennsylvania Ave, NW
Washington, DC 20460

**www.epa.gov**

EPA_00294579

EPA_00294580

Message
_____

**From:** Gulamali, Adil [Gulamali.Adil@epa.gov]
**Sent:** 2/14/2025 8:51:52 PM
**To:** Wise, Melissa [wise.melissa@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]
**CC:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:** RE: Important - Unanticipated drawdown for CPRG Planning award to Southeastern Regional Planning and Economic Development District (5D - 00A01116)
**Attachments:** procedures initiate ach debit return.pdf


Hi-

The recipient requested the payment on 01/27/25 at 11:12am. We received the payment in GPAS on 01/28/25 and was processed in GPAS. The suspension in ASAP for all IIJA/IRA grants started on 01/27/25 at 11:27. Recipients can request future-day payments for settlement up to 32 calendar days from the date of the request. If the date for future-day payment is after the account has been suspended, the payment will still go through. So, it would go by action date not future-day payment date.

Since we are unpausing all but the selected contracts/grants/GGRF, the program can reach out to collect and have the recipient return the funds via ASAP. If recipient cannot return via ASAP then it would be Pay.gov.  Any questions let us know. Thanks


Adil

_____

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Friday, February 14, 2025 9:44 AM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Important - Unanticipated drawdown for CPRG Planning award to Southeastern Regional Planning and Economic Development District (5D - 00A01116)

Thank you, Adil.

-Melissa

**From:** Gulamali, Adil <Gulamali.Adil@epa.gov>
**Sent:** Friday, February 14, 2025 9:43 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Important - Unanticipated drawdown for CPRG Planning award to Southeastern Regional Planning and Economic Development District (5D - 00A01116)

Hi Melissa- looking into it. Thanks

Adil

_____

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Friday, February 14, 2025 9:42 AM
**To:** Gulamali, Adil <Gulamali.Adil@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>
**Cc:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** FW: Important - Unanticipated drawdown for CPRG Planning award to Southeastern Regional Planning and Economic Development District (5D - 00A01116)

Hi Adil and Meshell,

Good morning.  Apparently a very large drawn down occurred with a CPRG recipient.  The Region 1 GMO reached out to me for guidance.  Are you aware of this issue?

Thanks,
Melissa

---

**From:** Tocci, Brian F. <Tocci.Brian@epa.gov>
**Sent:** Friday, February 14, 2025 8:46 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Shewack, Robert <Shewack.Robert@epa.gov>
**Subject:** FW: Important - Unanticipated drawdown for CPRG Planning award to Southeastern Regional Planning and Economic Development District (5D - 00A01116)

Good morning, Melissa,

Not sure if you heard about this situation from Courtney Hyde yet, but see below for info on a questionable draw from a CPRG recipient, The Program is looking for guidance on if the PO can check in on this with the recipient and is still awaiting direction from the NPM. If there is any guidance that you can provide to us that I can share with the Program, that would be appreciated. And if you are already coordinating with OAR, that is greatly appreciated, as well. Thanks.

-Brian

---

**From:** Johnson, Arthur <Johnson.Arthur@epa.gov>
**Sent:** Friday, February 14, 2025 7:47 AM
**To:** McGuire, Karen <Mcguire.Karen@epa.gov>; Tocci, Brian F. <Tocci.Brian@epa.gov>
**Subject:** FW: Important - Unanticipated drawdown for CPRG Planning award to Southeastern Regional Planning and Economic Development District (5D - 00A01116)

Sharing FYI.  Brian, please reach out to John and Lynne to follow-up to ensure appropriate actions are taken as we get direction from OAR and OGD.

Thanks,
Art Johnson
Mission Support Division Director, SRO/SIO
USEPA Region I
5 Post Office Square (Mail Code: 05-1)
Boston, MA 02109-3912
W:  617-918-8301
C:   617-413-5052

---

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Thursday, February 13, 2025 11:17 AM
**To:** Hamjian, Lynne <Hamjian.Lynne@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>
**Cc:** Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Bird, Patrick <Bird.Patrick@epa.gov>; Rogan, John <Rogan.John@epa.gov>
**Subject:** RE: Important - Unanticipated drawdown for CPRG Planning award to Southeastern Regional Planning and Economic Development District (5D - 00A01116)

The grantee might have already received an email from RTP finance.  Stay tuned.

---

**From:** Hamjian, Lynne <Hamjian.Lynne@epa.gov>
**Sent:** Thursday, February 13, 2025 11:16 AM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>
**Cc:** Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Bird, Patrick <Bird.Patrick@epa.gov>; Rogan, John <Rogan.John@epa.gov>
**Subject:** RE: Important - Unanticipated drawdown for CPRG Planning award to Southeastern Regional Planning and Economic Development District (5D - 00A01116)

Thank you so much!

---

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Thursday, February 13, 2025 11:15 AM
**To:** Hamjian, Lynne <Hamjian.Lynne@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>
**Cc:** Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Bird, Patrick <Bird.Patrick@epa.gov>; Rogan, John <Rogan.John@epa.gov>
**Subject:** RE: Important - Unanticipated drawdown for CPRG Planning award to Southeastern Regional Planning and Economic Development District (5D - 00A01116)

Let me reach out to the Controller.

---

**From:** Hamjian, Lynne <Hamjian.Lynne@epa.gov>
**Sent:** Thursday, February 13, 2025 11:14 AM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Johnson, Arthur <Johnson.Arthur@epa.gov>
**Cc:** Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Bird, Patrick <Bird.Patrick@epa.gov>; Rogan, John <Rogan.John@epa.gov>
**Subject:** Important - Unanticipated drawdown for CPRG Planning award to Southeastern Regional Planning and Economic Development District (5D - 00A01116)

Courtney and Art,

Do you think it is possible to get permission to allow the PO to follow up with the grantee on this large drawdown on the CPRG planning grant? We would normally do this type of communication with the grantee right away. Please let me know if you have advice. Thanks.

Lynne

---

**From:** Rogan, John <Rogan.John@epa.gov>
**Sent:** Thursday, February 13, 2025 11:07 AM
**To:** Hamjian, Lynne <Hamjian.Lynne@epa.gov>
**Subject:** Unanticipated drawdown for CPRG Planning award to Southeastern Regional Planning and Economic Development District (5D - 00A01116)

Lynne:

The project officer for the CPRG Planning award to Southeastern Regional Planning and Economic Development District (5D - 00A01116) alerted me this morning that the entire balance of their grant account, ($745,530.98, was drawn down on January 28, 2025.  A drawdown of this size was not anticipated based on the approved workplan for the award.  Good grants management would dictate that the project officer contact the grantee in response to this drawdown to gain additional understanding and ensure that the transaction was performed in accordance with all terms and conditions of the award.  However, due to the current freeze on communications for IRA CPRG Planning grantees, Region 1 has not contacted the grantee.

EPA_00294583

We would like guidance on how to proceed to either confirm that this drawdown was appropriate or to start the process of correcting the error.

John

John Rogan, Energy and Resilience Branch Manager, EPA Region 1 | rogan.john@epa.gov | 617-918-1645

Home > Payments > Initiate an ACH Debit Return > Procedures

Show

**ASAP Help**

---

| PROCEDURES |
| :---: |
| Initiate ACH Debit |

By initiating a return payment through ASAP, you are requesting a debit to your organization's bank account through the Automated Clearing House (ACH) system. Before initiating a return payment, verify that your organization allows debits to the bank account and that a sufficient balance is available in the bank account to cover the debit.



To initiate the return of a full or partial amount of an ACH payment previously received from ASAP, select "Return ACH Payment" from the Payment Requests menu.

## STEP 1 - RETRIEVE PAYMENT INFORMATION

HELP FOR THIS STEP

Enter the Payment Settlement Date range, Payment Amount range, and optional information to narrow your search and click **Continue**.

- The date range can be no more than 5 business days and must be within the last 32 days.

---

## STEP 1 (continued) – SELECT PAYMENT

HELP FOR THIS STEP

Select one payment from the list retrieved and click **Continue**.

---

## STEP 2 – ENTER RETURN PAYMENT AMOUNT

HELP FOR THIS STEP

If you are requesting a return payment for a Summary payment , enter the Total Return Amount, select the Return Reason, and enter a Return Reference Number in the top section of the screen. Then, enter Return Amounts for the individual accounts that add up to the Total Return Amount entered above.

If you are requesting a return payment for an Individual payment , enter the Return Amount, select the Return Reason, and enter a Return Reference Number for the individual payment.

Click **Continue**.

---

## STEP 3 – REVIEW RETURN PAYMENT AMOUNT

HELP FOR THIS STEP

Review the return amount(s) for accuracy, make modifications, if necessary, and click **Submit** .

### STEP 3 (continued) – ACH DEBIT AGREEMENT

Read the agreement carefully. If you agree to the terms , click **I Agree**; otherwise, click **Cancel**. If you click **Cancel**, you will be returned to Step 3 of 4.

---

### STEP 4 – RETURN PAYMENT INITIATION CONFIRMATION

HELP FOR THIS STEP

Once you authorize the origination of the return payment, i.e. ACH debit, the system displays the Confirmation page. The status will display "Pending," which means that the return payment is awaiting settlement on the following business day . On settlement day, the funds will

EPA_00294585

be debited from the bank account and an email notification will be sent to the Recipient Organization, Payment Requestors and Financial Officials as well as to the Federal Agency Authorization Entry Clerks.

**Important:** Please note that while funds returned to an ASAP account using this process will appear in your account balance on settlement date, the funds will not be available for payment request until two business days after settlement date.

TIPS & TRICKS

BACK TO TOP

EPA_00294586

Message

| | |
|---|---|
| **From**: | Sanders, Amy [Sanders.Amy@epa.gov] |
| **Sent**: | 2/15/2025 12:52:07 PM |
| **To**: | Coogan, Daniel [Coogan.Daniel@epa.gov]; Dolan, Sheila [dolan.sheila@epa.gov] |
| **CC**: | Newton, Cheryl [Newton.Cheryl@epa.gov] |
| **Subject**: | RE: DOGE Spreadsheet |
| **Attachments**: | DOGE list.2.15.25.xlsx |

Meant Tuesday… Keep forgetting Monday is a holiday.  Corrected below.

**From:** Sanders, Amy
**Sent:** Saturday, February 15, 2025 6:15 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>
**Cc:** Newton, Cheryl <Newton.Cheryl@epa.gov>
**Subject:** DOGE Spreadsheet

**Dan**—I checked the DOGE spreadsheet at 1030 and again around lunch yesterday and nothing was listed for R5. I have a reminder set up on my computer to check at 1030 EST. Now there appears to be a bunch listed.  A couple questions.

1.      As this appears to have been added yesterday afternoon or this morning, I'm assuming this is due Tuesday evening.  Can you confirm?
2.      How do we find out what happened with our previous ones?  I posted that one regarding Flint and never heard/saw back what we were supposed to do with it (Terminate or not).  How do we find out about the second step?  I just want to make sure we're not missing anything.

**Sheila**—call me early Tuesday and we'll re-run the list.  I'll need to know which division is associated with these, so we can get their help determining if it's mission critical (and any one sentence justification they want to provide).  We'll also want to re-run at 1030 EST to make sure there aren't additional (as my memory was that we pull at 1000 to capture each day).

EPA_00294587

This document is produced in native format.

Original file name:

DOGE list.2.15.25.xlsx

Message

---

**From:** Wise, Melissa [wise.melissa@epa.gov]
**Sent:** 2/18/2025 1:17:45 PM
**To:** Hyde, Courtney [Hyde.Courtney@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]
**CC:** Roberts, Timothy-P [Roberts.Timothy-P@epa.gov]; Shaw, Betsy [Shaw.Betsy@epa.gov]; Gulamali, Adil [Gulamali.Adil@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]
**Subject:** RE: Additional Information on IIJA and IRA - program review pause
**Attachments:** RE: Additional Information on IIJA and IRA - program review pause

Hi Courtney,

Please see attached correspondence.  Highlighting the following from Dan's attached email:

*We can continue making disbursements and engaging with recipients on work related to those disbursements for programs identified below. There will not be new obligations/ awards for these programs as the oversight continues in that space.*

No, not all ASAP accounts have been unrestricted.  It is a manual process that is taking time.  I will share updated lists when received from OCFO.

Thanks,
Melissa

---

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Tuesday, February 18, 2025 8:02 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Shaw, Betsy <Shaw.Betsy@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Melissa,

I thought the pause has been lifted on all the OAR grant programs?  Also, do you know if the all the ASAP accounts have been unfrozen?

Thanks
Courtney

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, February 18, 2025 8:00 AM
**To:** Hyde, Courtney <Hyde.Courtney@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Shaw, Betsy <Shaw.Betsy@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Hi Courtney,

Thank you for alerting us to the missing grants on the spreadsheet.  These grants should have been included.  Kevin Hurley is re-running his PowerBI report, working with OCFO to correct a logic error.  As soon as it is received, I will forward the updated spreadsheet.

Thanks,
Melissa

**From:** Hyde, Courtney <Hyde.Courtney@epa.gov>
**Sent:** Wednesday, February 12, 2025 5:38 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>; Shaw, Betsy <Shaw.Betsy@epa.gov>
**Subject:** FW: Additional Information on IIJA and IRA - program review pause

Dan and Melissa,

There are some grant programs that are not included in the spreadsheet that Melissa sent out today and the issues spreadsheet tracker that is being used during the SRO meeting on Monday.

1.      DERA (DS and DE) is not on Melissa's spreadsheet but is on the issue spreadsheet tracker that was discussed on the Monday SRO meeting.  We did do not understand how DERA even got on the list so that would be helpful to know.
2.      The IRA CAA (5A) and IRA Schools (5V) are missing from Melissa's list.  Is this an oversight or can we tell our programs to work on those two IRA provisions?

I want to make sure we are sharing the correct information with our regional Air Division Directors and our program leads.  Let me know if you have any questions or need additional information.

Thanks
Courtney


**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Wednesday, February 12, 2025 1:22 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause
**Importance:** High

Good afternoon, GMOs,

Please utilize the attached report which identifies all grants impacted by the temporary pause.

Thank you,
Melissa


**From:** Wise, Melissa
**Sent:** Monday, February 10, 2025 3:00 PM
**To:** OMS-OGD-GMOs Only OMS-OGD-GMOs-Only@epa.gov
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

GMOs,

As a follow-up to the message below, OGD will provide a report that will identify all grants impacted by the temporary pause required for compliance review.  Further, OGD will expand the listing below to include associated program codes and source of funds.  The report will display active grants by region and HQ to ensure full awareness and accountability.

Thank you,
Melissa

---

**From:** Wise, Melissa
**Sent:** Friday, February 7, 2025 7:49 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** FW: Additional Information on IIJA and IRA - program review pause
**Importance:** High

Good evening, GMOs,

Please see important message below.

Thank you,
Melissa

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 6:04 PM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Li, Sylvana <li.sylvana@epa.gov>; Beg, Gul <Beg.Gul@epa.gov>; Cottrill, Edward <Cottrill.Edward@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Pursuant to the review of financial assistance programs announced by the Acting Deputy Administrator on February 6, the following accounts are temporarily paused for new obligations or disbursements for assistance agreements, loans, rebates, interagency agreements, procurements, and no-cost actions pending a review for compliance with applicable administrative rules and policies.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)

Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
GHG Air Pollution Implementation Grants (OAR) (STAG)
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)
Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 11:29 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

We are working expeditiously to carry out the attached and request your assistance where appropriate.

*(excerpt)*

Notwithstanding this directive, any disbursements on open grant awards that were paused due to Office of Management and Budget Memorandum M-25-13 or any Executive Order underlying that Memorandum shall continue to be immediately released, as the Agency initiated on February 3, 2025.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Wednesday, February 5, 2025 11:00 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support

Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

Clarifying the compound sentence in the original message.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for:

- federal financial assistance;
- Superfund;
- and the accounts (originally) attached.

Note that thousands of accounts are involved and this is a manual process.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Tuesday, February 4, 2025 1:46 PM
**To:** OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** Additional Information on IIJA and IRA
**Importance:** High

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*

EPA_00294662

Message

---

**From:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:** 2/14/2025 2:12:20 AM
**To:** Roberts, Timothy-P [Roberts.Timothy-P@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]
**CC:** Shaw, Betsy [Shaw.Betsy@epa.gov]; Hyde, Courtney [Hyde.Courtney@epa.gov]; Legare, Pamela [Legare.Pamela@epa.gov]; Jones-Peeler, Meshell [Jones-Peeler.Meshell@epa.gov]; Gulamali, Adil [Gulamali.Adil@epa.gov]; Boyd, Wyatt [Boyd.Wyatt@epa.gov]
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Adding a few others to make sure we're all aligned on how we interpret the guidance.

We can continue making disbursements and engaging with recipients on work related to those disbursements for programs identified below. There will not be new obligations/ awards for these programs as the oversight continues in that space. With respect to contract spending with IRA funds for these programs, that is a policy decision that we are planning to bring to political leadership. Until we have that decision, please hold off on funding any contract actions with IRA.

---

**From:** Roberts, Timothy-P <Roberts.Timothy-P@epa.gov>
**Sent:** Thursday, February 13, 2025 5:22 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Shaw, Betsy <Shaw.Betsy@epa.gov>; Hyde, Courtney <Hyde.Courtney@epa.gov>
**Subject:** Re: Additional Information on IIJA and IRA - program review pause

Dan and Melissa - Does this mean all grants are open except GGRF? Also, does this change the status of contracts? We want to confirm before notifying our programs. Thanks.

Tim Roberts
Team Leader/JRO
Acquisition Policy Team
OAR, Office of Program Management Operations
U.S. Environmental Protection Agency
202-564-6004
roberts.timothy-p@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Thursday, February 13, 2025 3:46:27 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** FW: Additional Information on IIJA and IRA - program review pause

Good afternoon, GMOs,

For your situational awareness.

Thank you,
Melissa

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Thursday, February 13, 2025 3:31 PM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF

<OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>; Leadership_Deputy_Regional_Administrators <Leadership_Deputy_Regional_Administrators@epa.gov>; Leadership_Deputy_Assistant_Administrators <Leadership_Deputy_Assistant_Administrators@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Li, Sylvana <li.sylvana@epa.gov>; Beg, Gul <Beg.Gul@epa.gov>; Cottrill, Edward <Cottrill.Edward@epa.gov>; Hurley, Kevin <Hurley.Kevin@epa.gov>; Humes, Hamilton <Humes.Hamilton@epa.gov>; Wang, Lili <Wang.Lili@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause
**Importance:** High

Sharing another update as the program review proceeds.

Obligations from EPA already made as of 3 PM EST today can be released for payment. The agency will continue robust oversight of these funds and take appropriate action if any of them are found to be used outside of the terms and conditions of their agreements.

Note this excludes the Greenhouse Gas Reduction Fund.

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 6:04 PM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Li, Sylvana <li.sylvana@epa.gov>; Beg, Gul <Beg.Gul@epa.gov>; Cottrill, Edward <Cottrill.Edward@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Pursuant to the review of financial assistance programs announced by the Acting Deputy Administrator on February 6, the following accounts are temporarily paused for new obligations or disbursements for assistance agreements, loans, rebates, interagency agreements, procurements, and no-cost actions pending a review for compliance with applicable administrative rules and policies.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)
Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
GHG Air Pollution Implementation Grants (OAR) (STAG)
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)
Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 11:29 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

We are working expeditiously to carry out the attached and request your assistance where appropriate.

*(excerpt)*

Notwithstanding this directive, any disbursements on open grant awards that were paused due to Office of Management and Budget Memorandum M-25-13 or any Executive Order underlying that Memorandum shall continue to be immediately released, as the Agency initiated on February 3, 2025.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Wednesday, February 5, 2025 11:00 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

Clarifying the compound sentence in the original message.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for:
- federal financial assistance;
- Superfund;
- and the accounts (originally) attached.

Note that thousands of accounts are involved and this is a manual process.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Tuesday, February 4, 2025 1:46 PM
**To:** OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** Additional Information on IIJA and IRA
**Importance:** High

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

EPA_00294666

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*

EPA_00294667

Message

---

**From**:     OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov [OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov]
**Sent**:     2/18/2025 3:02:05 PM
**To**:       Coogan, Daniel [Coogan.Daniel@epa.gov]; Hublar, Jennifer [Hublar.Jennifer@epa.gov]
**CC**:       Burnett-Bakr, Robbin [Burnett-Bakr.Robbin@epa.gov]; Legare, Pamela [Legare.Pamela@epa.gov]; Rogers, JoanB [Rogers.JoanB@epa.gov]
**Subject**:  Contract Terminations Daily Report 2025-02-18
**Attachments**: Contract_Terminations_2025-02-18.xlsx


Attached is the daily Contract Terminations report for 2025-02-18.

EPA_00294668

Message

---

| | |
|---|---|
| **From:** | Wise, Melissa [wise.melissa@epa.gov] |
| **Sent:** | 2/18/2025 6:53:36 PM |
| **To:** | Coogan, Daniel [Coogan.Daniel@epa.gov] |
| **Subject:** | FW: Additional Information on IIJA and IRA - program review pause |

Hi Dan,

For awareness.

-Melissa

---

**From:** Wise, Melissa
**Sent:** Tuesday, February 18, 2025 1:53 PM
**To:** Rose, Kenneth <Rose.Kenneth@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Hi Ken,

OCFO is working to un-restrict ASAP accounts consistent with the message below.  However, it is a manual process and is taking time.  I have requested an updated list from OCFO on unsuspended accounts, and they have assured me one is forthcoming.  I will share it with you and the GMOs as soon as it is received.

Thanks,
Melissa

---

**From:** Rose, Kenneth <Rose.Kenneth@epa.gov>
**Sent:** Tuesday, February 18, 2025 11:21 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Melissa,
I know of 2 grants that are in the programs cited in OCFO's email and that were in the Excel file of actual grants affected by the compliance review, that still have their ASAP suspended.  My guess is there are probably more.  However, the email below from OCFO would appear to indicate that those ASAP accounts should be open since the funds were obligated prior to 3pm on 2/13.  Can we get some clarification from OCFO?

Thanks,
Ken

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Thursday, February 13, 2025 3:46 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** OCFO-SROs <OCFO_SROs@epa.gov>; OMS-OGD-Grants JROs <OMS-OGD-Grants-JROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** FW: Additional Information on IIJA and IRA - program review pause
**Importance:** High

Good afternoon, GMOs,

For your situational awareness.

Thank you,
Melissa

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Thursday, February 13, 2025 3:31 PM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>; Leadership_Deputy_Regional_Administrators <Leadership_Deputy_Regional_Administrators@epa.gov>; Leadership_Deputy_Assistant_Administrators <Leadership_Deputy_Assistant_Administrators@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Li, Sylvana <li.sylvana@epa.gov>; Beg, Gul <Beg.Gul@epa.gov>; Cottrill, Edward <Cottrill.Edward@epa.gov>; Hurley, Kevin <Hurley.Kevin@epa.gov>; Humes, Hamilton <Humes.Hamilton@epa.gov>; Wang, Lili <Wang.Lili@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause
**Importance:** High

Sharing another update as the program review proceeds.

Obligations from EPA already made as of 3 PM EST today can be released for payment. The agency will continue robust oversight of these funds and take appropriate action if any of them are found to be used outside of the terms and conditions of their agreements.

Note this excludes the Greenhouse Gas Reduction Fund.

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 6:04 PM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; Henry, Latonya <Henry.Latonya@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; Lane, Gary <Lane.Gary@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Boyd, Wyatt

<Boyd.Wyatt@epa.gov>; Katz, Brian <Katz.Brian@epa.gov>; Cardenas, Andrew <Cardenas.Andrew@epa.gov>; Li, Sylvana <li.sylvana@epa.gov>; Beg, Gul <Beg.Gul@epa.gov>; Cottrill, Edward <Cottrill.Edward@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA - program review pause

Pursuant to the review of financial assistance programs announced by the Acting Deputy Administrator on February 6, the following accounts are temporarily paused for new obligations or disbursements for assistance agreements, loans, rebates, interagency agreements, procurements, and no-cost actions pending a review for compliance with applicable administrative rules and policies.

Air Quality Sensors in Low Income and Disadvantaged Communities (OAR) (STAG)
Clean Heavy-Duty Vehicles (OAR) (STAG)
Clean Heavy-Duty Vehicles in Nonattainment Areas (OAR) (STAG)
Clean School Bus Program (STAG)
Competitive Grants (OAR) (STAG)
Diesel Emissions Reductions (OAR) (STAG)
Emissions from Wood Heaters (OAR/ORD) (STAG)
Environmental and Climate Justice Block Grants – Technical Assistance (OEJECR)
Environmental and Climate Justice Block Grants (OEJECR)
Environmental Product Declaration Assistance (OCSPP/ORD/OAR)
Fenceline Air Monitoring and Screening Air Monitoring (OAR/ORD) (STAG)
Funding for the Implementation of the American Innovation and Manufacturing Act (OAR)
Funding for Section 211 of the Clean Air Act – Advanced Biofuels (OAR)
GHG Air Pollution Implementation Grants (OAR) (STAG)
GHG and Zero Emission Standards for Mobile Sources (OAR) (STAG)
GHG Pollution Planning Grants (OAR) (STAG)
Grants to Reduce Air Pollution at Ports (OAR) (STAG)
Grants to Reduce Air Pollution at Ports in Nonattainment Areas (OAR) (STAG)
Greenhouse Gas Corporate Reporting (OAR) (STAG)
Greenhouse Gas Reduction Fund – General Assistance (OA) (STAG)
Greenhouse Gas Reduction Fund – Low Income and Disadvantaged Communities (OA) (STAG)
Greenhouse Gas Reduction Fund – Zero Emision Technologies (OA) (STAG)
Implementation / Accountability (OAR)
Implementation and Compliance (OECA)
Industry Outreach (OAR)
Low Embodied Carbon Labeling for Construction Materials for Transportation Methane Monitoring (OCSPP/OAR/ORD)
Multipollutant Monitoring Stations (OAR) (STAG)
State/Tribal/Local Government Outreach (OAR)
Technical Assistance for Low Income Communities (OAR)

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Friday, February 7, 2025 11:29 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-

duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

We are working expeditiously to carry out the attached and request your assistance where appropriate.

*(excerpt)*

Notwithstanding this directive, any disbursements on open grant awards that were paused due to Office of Management and Budget Memorandum M-25-13 or any Executive Order underlying that Memorandum shall continue to be immediately released, as the Agency initiated on February 3, 2025.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Wednesday, February 5, 2025 11:00 AM
**To:** Budget and Planning <Budget_and_Planning@epa.gov>; OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory <luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** RE: Additional Information on IIJA and IRA

Clarifying the compound sentence in the original message.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for:
- federal financial assistance;
- Superfund;
- and the accounts (originally) attached.

Note that thousands of accounts are involved and this is a manual process.

---

**From:** Budget and Planning <Budget_and_Planning@epa.gov>
**Sent:** Tuesday, February 4, 2025 1:46 PM
**To:** OCFO-SBO <OCFOSBO@epa.gov>; OCFO-SBO-STAFF <OCFOSBOSTAFF@epa.gov>; OCFO-Regional-Comptroller <OCFORegionalComptroller@epa.gov>; OCFO-Regional Budget Officers <OCFORegional_Budget_Officers@epa.gov>; OCFO-SROs <OCFO_SROs@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; OCFO-FCOs <OCFO-FCOs@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>; Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Gulamali, Adil <Gulamali.Adil@epa.gov>; Lavergne, Dany <lavergne.dany@epa.gov>; Miller, Renee <Miller.Renee@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>; Luebbering, Gregory

<luebbering.gregory@epa.gov>; OCFO-OB-ALL. <OCFO-OB-ALL_x@epa.gov>; Talbert-Duarte, Angelia <talbert-duarte.angelia@epa.gov>; Goerke, Ariadne <Goerke.Ariadne@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Holden, Allison <Holden.Allison@epa.gov>
**Subject:** Additional Information on IIJA and IRA
**Importance:** High

This message provides additional detail to the attached message from the Acting Chief Financial Officer.

Consistent with Court Order, obligations and disbursements to carry out all necessary work can proceed for all federal financial assistance, including cooperative assistance agreements, all Superfund, and the accounts attached.

We will continue to keep the community updated as we implement Orders. Please note that effectuation in agency systems is occurring and requires sequencing.

*Please share this information within EPA as necessary to execute.*

EPA_00294683