Message

---

**From:** Wooden-Aguilar, Helena [Wooden-Aguilar.Helena@epa.gov]
**Sent:** 3/24/2025 12:56:23 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:** FW: EJ Grant Closeouts

See below. Do you have any thoughts?  I assumed the names on the list (under tribal) are doing tribal grants.  Are they doing this function more than 50%?

Helena Wooden-Aguilar
Deputy Assistant Administrator of Workforce Solutions
Office of Mission Support
US Environmental Protection Agency
202-564-0792 (Work)
202-302-6846 (Cell)
wooden-aguilar.helena@epa.gov



*They can because we do!*

---

**From:** Smith, Kathryn <Smith.Kathryn@epa.gov>
**Sent:** Monday, March 24, 2025 8:53 AM
**To:** Wooden-Aguilar, Helena <Wooden-Aguilar.Helena@epa.gov>; Wells, Krysti <Wells.Krysti@epa.gov>
**Cc:** Jones, Laura <Jones.Laura@epa.gov>; Mak, Tina <Mak.Tina@epa.gov>
**Subject:** RE: EJ Grant Closeouts

Good morning,

Since we know these people didn't do solely tribal grants, I think we have to ask a few questions:
1) Do we need any of the EJ people to keep the tribal grants going or could others absorb that work?
2) If no, how many FTE would be needed from EJ to support the continuing tribal work?

Sincerely,
Kathryn

---

**Kathryn Smith**
Acting Deputy Director
Office of Human Capital Operations (OHCO)
Office of Mission Support (OMS)
U.S. Environmental Protection Agency
Office: 919-541-4216 Cell: 919-698-0014



*If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*

---

**From:** Wooden-Aguilar, Helena <Wooden-Aguilar.Helena@epa.gov>
**Sent:** Monday, March 24, 2025 8:44 AM
**To:** Wells, Krysti <Wells.Krysti@epa.gov>; Smith, Kathryn <Smith.Kathryn@epa.gov>
**Cc:** Jones, Laura <Jones.Laura@epa.gov>; Mak, Tina <Mak.Tina@epa.gov>
**Subject:** FW: EJ Grant Closeouts

See below and attached. I need to work this up the chain but wanted to share. Also, see the point re tribal grants. I am assuming we can use this to ensure that the tribal grants and po's continue to work.

Helena Wooden-Aguilar
Deputy Assistant Administrator of Workforce Solutions
Office of Mission Support
US Environmental Protection Agency
202-564-0792 (Work)
202-302-6846 (Cell)
wooden-aguilar.helena@epa.gov



*They can because we do!*

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, March 24, 2025 8:35 AM
**To:** Wooden-Aguilar, Helena <Wooden-Aguilar.Helena@epa.gov>
**Subject:** EJ Grant Closeouts

Helena, Melissa and I connected and here's the responses to the two pieces of information that you requested (response in red).

1.      **What are the specific number of POs that we would need reassigned from OEJECR and EJ divisions in the regions to closeout all the EJ grants?**
We would not need any additional staff in OGD to closeout all the EJ grants. This is something we can manage with existing staff levels.

2.      **For the list of the ~140 EJ project officers that we pulled a while back, do any of the POs work on tribal grants (that were not included in the list that leadership directed us to terminate last week)? If so, who are the POs and what are the grants?**
Attached.

Message
_____

**From:** Sanders, Amy [Sanders.Amy@epa.gov]
**Sent:** 4/4/2025 3:51:27 PM
**To:** Coogan, Daniel [Coogan.Daniel@epa.gov]
**CC:** Dolan, Sheila [dolan.sheila@epa.gov]; Wise, Melissa [wise.melissa@epa.gov]; Alford, Cecilia [alford.cecilia@epa.gov]
**Subject:** FW: Grant Termination Notice
**Attachments:** Re: Rescinding the Termination of EPA Assistance Award: SOUTHWESTERN MICHIGAN COMMISSION - 5F00E04058; RE: Review Notes of 3 Terminated Community Change Grants - R5

Dan,

The award in question is SOUTHWESTERN MICHIGAN COMMISSION – 5F00E04058.  This was terminated (mistakenly on our part, as there was some confusion, regarding T&Cs and multiple links). The award was terminated on March 25th.  After communications with Melissa (see attached), **the award termination was rescinded on April 1st**. No updated award will be sent to the recipient per OMS guidance, but there was an email stating we were rescinding the termination (email attached).

Please let us know if there is different/further action you would like us to take.

Amy

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, April 4, 2025 9:06 AM
**To:** Sanders, Amy <Sanders.Amy@epa.gov>; Alford, Cecilia <alford.cecilia@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** FW: Grant Termination Notice

Amy/ Cecilia, can you help me unwind this one? Since the award was on January 7, my thought is that we would not have reached out to the recipient in the first place to tell them they were terminated because you all are awaiting direction from us on how to handle the post-October 1 terminations. But clearly someone contacted them and this has caused some confusion. I explained to OCIR that there is no mistake—this grant will get terminated as it is on our list.

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Friday, April 4, 2025 9:58 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** RE: Grant Termination Notice

Ok

Do we know if anyone has since told the with the recipient that this was not sent in error?

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, April 4, 2025 9:19 AM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** Re: Grant Termination Notice

No change. We are terminating the grant. Unless Travis tells us to do otherwise, this was on our list to terminate.

It is also directly tied to an environmental justice grant program and the President's Executive Order was very clear on the direction we were to take on such funding.

Dan
202-355-4943

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Friday, April 4, 2025 9:13 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** RE: Grant Termination Notice

Is there any update on this grant?

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Wednesday, April 2, 2025 1:42 PM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** RE: Grant Termination Notice

Here's our statement on ones we have on the list to terminate but have not yet because we are working with OGC on a strategy to mitigate risk:

*As with any change in Administration, the agency is reviewing its awarded grants to ensure each is an appropriate use of taxpayer dollars and to understand how those programs align with Administration priorities. The agency's review is ongoing.*

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Wednesday, April 2, 2025 1:39 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** RE: Grant Termination Notice

Yikes. Thanks for helping to make sure we are conveying accurate information.

It is accurate for me to tell the Congressman that his project is under review?

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Wednesday, April 2, 2025 1:29 PM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** RE: Grant Termination Notice

We did not make a mistake in our terminations.

Someone from the program communicated incorrect information and I have reached out to that program and let the know that they are not to communicate anything on terminations without going through me and my team.

While we have not terminated this grant yet, it is on our list and we will. (It has the newer termination T&C so we need to determine our plan with OGC.)

---

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Wednesday, April 2, 2025 1:20 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** FW: Grant Termination Notice

Was this an error? I don't see this on the list but will defer to you all?

FYSA - the ADM is meeting with Rep. Huizenga next week.

---

**From:** Fortin, Remy <Remy.Fortin@mail.house.gov>
**Sent:** Wednesday, April 2, 2025 10:59 AM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Subject:** RE: Grant Termination Notice

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Sarah – I'm hearing the termination notice was sent out in error? Can you confirm?

See this tweet: https://x.com/marcus4polytics/status/1907416121323450413



**REMY FORTIN**
*Legislative Director*
Representative Bill Huizenga (MI-04)
2232 Rayburn HOB | Washington, DC 20515
202-225-4401 | huizenga.house.gov

  

---

**From:** Fortin, Remy
**Sent:** Friday, March 28, 2025 11:17 AM
**To:** talmage.sarah@epa.gov
**Subject:** RE: Grant Termination Notice



**REMY FORTIN**
*Legislative Director*
Representative Bill Huizenga (MI-04)
2232 Rayburn HOB | Washington, DC 20515
202-225-4401 | huizenga.house.gov

   

---

**From:** Fortin, Remy
**Sent:** Friday, March 28, 2025 10:04 AM

**To:** talmage.sarah@epa.gov
**Subject:** RE: Grant Termination Notice

Hi Sarah – Would you be able to chat briefly today? There's an item tomorrow for the Congressman that relates to this. (202) 604-2422

Best,
Remy



**REMY FORTIN**
*Legislative Director*
Representative Bill Huizenga (MI-04)
2232 Rayburn HOB | Washington, DC 20515
202-225-4401 | huizenga.house.gov

   

---

**From:** Fortin, Remy
**Sent:** Wednesday, March 26, 2025 7:01 PM
**To:** talmage.sarah@epa.gov
**Subject:** Grant Termination Notice

Hi Sarah – We just got a big grant termination notice in our district. Hoping to hop on the phone for a couple minutes whenever you get a chance. My work cell is (202) 604-2422. Thanks.

Best,
Remy



**REMY FORTIN**
*Legislative Director*
Representative Bill Huizenga (MI-04)
2232 Rayburn HOB | Washington, DC 20515
202-225-4401 | huizenga.house.gov

  

**Message**

**From:** Marcy Hamilton
[hamiltonm@swmpc.org]
**Sent:** 4/2/2025 12:59:25 PM
**To:** Sykes, Karen
[Sykes.Karen@epa.gov]
**CC:** Kozak, Kendra
[Kozak.Kendra@epa.gov];
Sample, Amber
[Sample.Amber@epa.gov];
Sykes, Karen
[Sykes.Karen@epa.gov];
Tsing-Choy, Kathy [Tsing-
Choy.Kathy@epa.gov]
**Subject:** Re: Rescinding the
Termination of EPA
Assistance Award:
SOUTHWESTERN
MICHIGAN COMMISSION -
5F00E04058

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Thank you for this update.  Will the funds be in ASAP for us to access them to reimburse grant expenses? Is there anything we need to do on our end?
Thank you,
Marcy

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Sykes, Karen <Sykes.Karen@epa.gov>
**Sent:** Tuesday, April 1, 2025 5:57:15 PM
**To:** Marcy Hamilton <hamiltonm@swmpc.org>
**Cc:** Kozak, Kendra <Kozak.Kendra@epa.gov>; Sample, Amber <Sample.Amber@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** RE: Rescinding the Termination of EPA Assistance Award: SOUTHWESTERN MICHIGAN COMMISSION - 5F00E04058

## Rescinding the Termination of EPA Assistance Award

Dear EPA Grant Recipient:

It has been brought to my attention the Termination Letter you received concerning the U.S. Environmental Protection Agency award 00E04058 was accidently sent. We are taking corrective action to immediately rescind the termination.

If you have any questions, feel free to contact me.

Thank You

Karen Sykes
Assistance Section II Supervisor/R5 Grants Management Officer
IL/IN/MI WI Tribes (Bad River/Forest County/GL Fish & Wildlife/Ho Chunk/LacCourte/Lac Du Flambeau)
Acquisition & Assistance Branch
77 West Jackson Blvd., MA-10J
Chicago, Illinois 60604
Office # 312-886-7571
Mobile # 312-978-3107
Sykes.karen@epa.gov
USEPA, Region 5

*Please note that I sent this at a time that was convenient for me without expectation for a response outside of business hours.  If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*

---

**From:** Marcy Hamilton <hamiltonm@swmpc.org>
**Sent:** Sunday, March 30, 2025 9:33 AM
**To:** Sykes, Karen <Sykes.Karen@epa.gov>
**Cc:** Kozak, Kendra <Kozak.Kendra@epa.gov>; Sample, Amber <Sample.Amber@epa.gov>
**Subject:** FW: Termination of EPA Assistance Award: SOUTHWESTERN MICHIGAN COMMISSION - 5F00E04058

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good morning, Will SWMPC and its partners be able to be reimbursed for the costs incurred to date and for upcoming reporting on our grant?  We completed the required training and received approval of our pre-award certification.  Will the funds be available in ASAP for us to draw down those costs that were incurred?
Thank you,
Marcy

Marcy Hamilton, Senior Planner/Deputy Executive Director
Southwest Michigan Planning Commission
376 W Main Street, Suite 130, Benton Harbor, MI  49022
269-925-1137 x1525
hamiltonm@swmpc.org
www.swmpc.org



---

**From:** Sykes, Karen <Sykes.Karen@epa.gov>
**Sent:** Tuesday, March 25, 2025 6:30:09 PM
**To:** John Egelhaaf <egelhaafj@swmpc.org>
**Cc:** Kozak, Kendra <Kozak.Kendra@epa.gov>; Sample, Amber <Sample.Amber@epa.gov>; Sykes, Karen

<Sykes.Karen@epa.gov>
**Subject:** Termination of EPA Assistance Award: SOUTHWESTERN MICHIGAN COMMISSION - 5F00E04058

You don't often get email from sykes.karen@epa.gov. Learn why this is important

RE: Termination of EPA Assistance Award

Dear EPA Grant Recipient:

Attached is your Termination of Award from the U.S. Environmental Protection Agency. The Federal Award Identification Number (FAIN) is on your agreement on the top of page one and in the subject line of this message.  Please use this number in communicating with EPA about this grant.
**Please carefully review the assistance agreement and the terms and conditions.**

We recommend you forward the award document to any other personnel in your organization requiring information about the award. The recipient's signature is not required on this agreement.

For information regarding payments and financial reports, please refer to the following website at https://www.epa.gov/financial/grants. Additionally, the RTP Finance Center's email address is rtpfc-grants@epa.gov.

If you have any questions, please contact **Karen Sykes, Region 5 Grants Management Officer at** sykes.karen@epa.gov.

Sincerely,


Karen Sykes
Assistance Section II Supervisor/R5 Grants Management Officer
IL/IN/MI WI Tribes (Bad River/Forest County/GL Fish & Wildlife/Ho Chunk/LacCourte/Lac Du Flambeau)
Acquisition & Assistance Branch
77 West Jackson Blvd., MA-10J
Chicago, Illinois 60604
Office # 312-886-7571
Mobile # 312-978-3107
Sykes.karen@epa.gov
USEPA, Region 5


Attachments:
Official EPA Award Document
Termination Memo

*Please note that I sent this at a time that was convenient for me without expectation for a response outside of business hours.  If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*

Message

---

**From:**     Wise, Melissa [wise.melissa@epa.gov]
**Sent:**     4/1/2025 5:37:36 PM
**To:**       Sykes, Karen [Sykes.Karen@epa.gov]
**CC:**       Sanders, Amy [Sanders.Amy@epa.gov]; Dolan, Sheila [dolan.sheila@epa.gov]; Coogan, Daniel
              [Coogan.Daniel@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]
**Subject:**  RE: Review Notes of 3 Terminated Community Change Grants - R5

Thank you, Karen.

Melissa

---

**From:** Sykes, Karen <Sykes.Karen@epa.gov>
**Sent:** Tuesday, April 1, 2025 12:54 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Sanders, Amy <Sanders.Amy@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Coogan, Daniel
<Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>; Sykes, Karen <Sykes.Karen@epa.gov>
**Subject:** RE: Review Notes of 3 Terminated Community Change Grants - R5

Thank you, Melissa,

I spoke with Chris, R6 GMO, on yesterday and he provided information and instructions for NGGS.

Kathy, I will get these awards updated and provide confirmation once completed.


Karen Sykes
Assistance Section II Supervisor/R5 Grants Management Officer
IL/IN/MI WI Tribes (Bad River/Forest County/GL Fish & Wildlife/Ho Chunk/LacCourte/Lac Du Flambeau)
Acquisition & Assistance Branch
77 West Jackson Blvd., MA-10J
Chicago, Illinois 60604
Office # 312-886-7571
Mobile # 312-978-3107
Sykes.karen@epa.gov
USEPA, Region 5

*Please note that I sent this at a time that was convenient for me without expectation for a response outside of
business hours.  If you receive this email outside of your normal working hours, please know that I do not expect a
response until you are back at work during your normal hours.*

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, April 1, 2025 11:51 AM
**To:** Sykes, Karen <Sykes.Karen@epa.gov>
**Cc:** Sanders, Amy <Sanders.Amy@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Coogan, Daniel
<Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** RE: Review Notes of 3 Terminated Community Change Grants - R5

Hi Karen,

Okay, thank you for verifying. You should proceed to rescind these terminations. Also, I'm looping in Kathy Tsing-Choy for her awareness to update Column H in the termination spreadsheet (or you can do that since the spreadsheet is a shared document).

Here is an example of what the Region 6 GMO sent to the recipient (attached) to rescind.

Thank you,
Melissa

---

**From:** Sykes, Karen Sykes.Karen@epa.gov
**Sent:** Tuesday, April 1, 2025 12:44 PM
**To:** Wise, Melissa wise.melissa@epa.gov
**Cc:** Sykes, Karen <Sykes.Karen@epa.gov>
**Subject:** RE: Review Notes of 3 Terminated Community Change Grants - R5

Hi Melissa

In checking the award regarding the administrative general t&c dated 10/1/24, overlooked the programmatic t&cs which contains an additional link that referenced the FY 24 general terms & conditions.

I have went back and checked the programmatic t&cs, yes, the termination of these 3 awards should be rescinded as they link to the administrative general t&c dated 10/1/24..

Karen Sykes
Assistance Section II Supervisor/R5 Grants Management Officer
IL/IN/MI WI Tribes (Bad River/Forest County/GL Fish & Wildlife/Ho Chunk/LacCourte/Lac Du Flambeau)
Acquisition & Assistance Branch
77 West Jackson Blvd., MA-10J
Chicago, Illinois 60604
Office # 312-886-7571
Mobile # 312-978-3107
Sykes.karen@epa.gov
USEPA, Region 5

*Please note that I sent this at a time that was convenient for me without expectation for a response outside of business hours. If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, April 1, 2025 11:23 AM
**To:** Sykes, Karen <Sykes.Karen@epa.gov>
**Subject:** RE: Review Notes of 3 Terminated Community Change Grants - R5

Hi Karen,

Consistent with my message to the GMOs on 3/25 (attached), I requested that GMOs double-check Column H to determine if the October 1, 2024, were, in fact, incorporated.

Please review your grants to determine if these should be rescinded. Please let me know what your analysis reveals.

Thank you,
Melissa

---

**From:** Sykes, Karen <Sykes.Karen@epa.gov>
**Sent:** Monday, March 31, 2025 3:32 PM

**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Sykes, Karen <Sykes.Karen@epa.gov>
**Subject:** FW: Review Notes of 3 Terminated Community Change Grants - R5

Hi Melissa

R5, reaching out for assistance regarding 3 awards that we terminated on last week.

Jacob Burney reached out to my RA, so I have been instructed by my DD/SRO regarding these.

Question – can these be rescinded based on the programmatic t&cs he references with his chart?

Thank you.

Karen Sykes
Assistance Section II Supervisor/R5 Grants Management Officer
IL/IN/MI WI Tribes (Bad River/Forest County/GL Fish & Wildlife/Ho Chunk/LacCourte/Lac Du Flambeau)
Acquisition & Assistance Branch
77 West Jackson Blvd., MA-10J
Chicago, Illinois 60604
Office # 312-886-7571
Mobile # 312-978-3107
Sykes.karen@epa.gov
USEPA, Region 5

*Please note that I sent this at a time that was convenient for me without expectation for a response outside of business hours.  If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*

**From:** Sanders, Amy <Sanders.Amy@epa.gov>
**Sent:** Monday, March 31, 2025 2:07 PM
**To:** Sykes, Karen <Sykes.Karen@epa.gov>
**Cc:** Dolan, Sheila <dolan.sheila@epa.gov>
**Subject:** FW: Review Notes of 3 Terminated Community Change Grants - R5

Give me a call when you get a min.

**From:** Burney, Jacob <Burney.Jacob@epa.gov>
**Sent:** Monday, March 31, 2025 12:29 PM
**To:** Newton, Cheryl <Newton.Cheryl@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>
**Subject:** Review Notes of 3 Terminated Community Change Grants - R5

Greetings Cheryl:

FYI – Region 5 staff told me today that 3 of the Region 5 CCGs were sent termination notices last week.

These termination notices appear to have been sent in error.   Last week, Region 6 had similarly sent out several CCG terminations with similar issues as the three you have in Region 5.  Region 6 rescinded those terminations. For the 3 Region 5 terminations, while the award documents do link to the 10/1/2023 General Administrative Terms & Conditions, all 3 award documents also link to the 10/1/2024 updated General Administrative Conditions and the CCG Programmatic T&Cs which has an explicit termination provision precluding unilateral termination for change in agency priorities. Region 6 rescinded a termination for this exact scenario.

I plan to discuss with Karen Sykes (R5 GMO) tomorrow. She's busy today. Let me know if you have any concerns / want to be added to the meeting / or just want me to let you know what next steps are after I discuss with Karen.

I've included my review notes for all 3 terminated grants below and attached the original award documents:

| Program Code | Grant Family (FAIN) | Was the Updated Termination T&C after 10/1/2024 included? | Applicant Name | Details |
|---|---|---|---|---|
| 5F | 00E04045 | ~~No~~ Yes | CITY OF EVANSVILLE | In the original award document dated 12/04/2024, a link to the 10/1/2023 General Admin T&Cs is included in the Administrative T&C section of the award document. **However**, a link to the 10/1/2024 General Admin T&Cs is included on page 37 of the document along with a link to all the CCG programmatic T&Cs. The CCG Programmatic T&Cs includes an explicit **Termination provision** precluding unilateral termination except for substantial noncompliance with the T&Cs or adequate evidence of waste, fraud, and abuse. |
| 5F | 00E04044 | ~~No~~ Yes | ECOWORKS | In the original award document dated 12/04/2024, a link to the 10/1/2023 General Admin T&Cs is included in the Administrative T&C section of the award document. **However**, under the Programmatic T&C section a link to the 10/1/2024 General Admin T&Cs is included on page 8 of the award document along with a link to all the CCG programmatic T&Cs. The CCG Programmatic T&Cs includes an explicit **Termination provision** precluding unilateral termination except for substantial noncompliance with the T&Cs or adequate evidence of waste, fraud, and abuse. |
| 5F | 00E04058 | ~~No~~ Yes | smc6045 - SOUTHWESTERN MICHIGAN COMMISSION | In the original award document dated 1/07/2025, a link to the 10/1/2023 General Admin T&Cs is included in the Administrative T&C section of the award document. **However**, under the Programmatic T&C section a link to the 10/1/2024 General Admin T&Cs is included on page 9 along with a link to all the CCG programmatic T&Cs. The CCG Programmatic T&Cs includes an explicit **Termination provision** precluding unilateral termination except for substantial noncompliance with the |

| | | | | T&Cs or adequate evidence of waste, fraud, and abuse. |
|---|---|---|---|---|

Regards,
Jacob

Jacob J. Burney  |  Office Director (Acting) |  Office of Community Support  | Tel:202.564.2907 | US EPA 1200 Pennsylvania Ave. NW (2201A) Washington, DC 20460 | Burney.Jacob@epa.gov

Message

---

**From:**       Wise, Melissa [wise.melissa@epa.gov]
**Sent:**       4/4/2025 5:24:43 PM
**To:**         Coogan, Daniel [Coogan.Daniel@epa.gov]
**Subject:**    RE: Grant Termination Notice
**Attachments:** RE: Review Notes of 3 Terminated Community Change Grants - R5; RE: Review Notes of 3 Terminated Community Change Grants - R5

Hi Dan,

This was one of the three grants R5 terminated in error.  See first attachment.

1)       R5 failed to follow my instructions to verify the status of T&C (pre/post Oct. 1).
2)       Jacob was involved.
3)       The grant termination was rescinded (second attachment).

Melissa

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, April 4, 2025 10:06 AM
**To:** Sanders, Amy <Sanders.Amy@epa.gov>; Alford, Cecilia <alford.cecilia@epa.gov>
**Cc:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** FW: Grant Termination Notice

Amy/ Cecilia, can you help me unwind this one? Since the award was on January 7, my thought is that we would not have reached out to the recipient in the first place to tell them they were terminated because you all are awaiting direction from us on how to handle the post-October 1 terminations. But clearly someone contacted them and this has caused some confusion. I explained to OCIR that there is no mistake—this grant will get terminated as it is on our list.

---

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Friday, April 4, 2025 9:58 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** RE: Grant Termination Notice

Ok

Do we know if anyone has since told the with the recipient that this was not sent in error?

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, April 4, 2025 9:19 AM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** Re: Grant Termination Notice

No change. We are terminating the grant. Unless Travis tells us to do otherwise, this was on our list to terminate.

It is also directly tied to an environmental justice grant program and the President's Executive Order was very clear on the direction we were to take on such funding.

Dan

202-355-4943

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Friday, April 4, 2025 9:13 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** RE: Grant Termination Notice

Is there any update on this grant?

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Wednesday, April 2, 2025 1:42 PM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** RE: Grant Termination Notice

Here's our statement on ones we have on the list to terminate but have not yet because we are working with OGC on a strategy to mitigate risk:

*As with any change in Administration, the agency is reviewing its awarded grants to ensure each is an appropriate use of taxpayer dollars and to understand how those programs align with Administration priorities. The agency's review is ongoing.*

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Wednesday, April 2, 2025 1:39 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** RE: Grant Termination Notice

Yikes. Thanks for helping to make sure we are conveying accurate information.

It is accurate for me to tell the Congressman that his project is under review?

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Wednesday, April 2, 2025 1:29 PM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** RE: Grant Termination Notice

We did not make a mistake in our terminations.

Someone from the program communicated incorrect information and I have reached out to that program and let the know that they are not to communicate anything on terminations without going through me and my team.

While we have not terminated this grant yet, it is on our list and we will. (It has the newer termination T&C so we need to determine our plan with OGC.)

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Wednesday, April 2, 2025 1:20 PM

**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Molina, Michael <molina.michael@epa.gov>
**Cc:** Barja, Jaide <Barja.Jaide@epa.gov>
**Subject:** FW: Grant Termination Notice

Was this an error? I don't see this on the list but will defer to you all?

FYSA - the ADM is meeting with Rep. Huizenga next week.

---

**From:** Fortin, Remy <Remy.Fortin@mail.house.gov>
**Sent:** Wednesday, April 2, 2025 10:59 AM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Subject:** RE: Grant Termination Notice

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Sarah – I'm hearing the termination notice was sent out in error? Can you confirm?

See this tweet: https://x.com/marcus4polytics/status/1907416121323450413



**REMY FORTIN**
*Legislative Director*
Representative Bill Huizenga (MI-04)
2232 Rayburn HOB | Washington, DC 20515
202-225-4401 | huizenga.house.gov

   

---

**From:** Fortin, Remy
**Sent:** Friday, March 28, 2025 11:17 AM
**To:** talmage.sarah@epa.gov
**Subject:** RE: Grant Termination Notice



**REMY FORTIN**
*Legislative Director*
Representative Bill Huizenga (MI-04)
2232 Rayburn HOB | Washington, DC 20515
202-225-4401 | huizenga.house.gov

   

---

**From:** Fortin, Remy
**Sent:** Friday, March 28, 2025 10:04 AM
**To:** talmage.sarah@epa.gov
**Subject:** RE: Grant Termination Notice

Hi Sarah – Would you be able to chat briefly today? There's an item tomorrow for the Congressman that relates to this. (202) 604-2422

Best,

Remy



**REMY FORTIN**
*Legislative Director*
Representative Bill Huizenga (MI-04)
2232 Rayburn HOB | Washington, DC 20515
202-225-4401 | huizenga.house.gov

   

---

**From:** Fortin, Remy
**Sent:** Wednesday, March 26, 2025 7:01 PM
**To:** talmage.sarah@epa.gov
**Subject:** Grant Termination Notice

Hi Sarah – We just got a big grant termination notice in our district. Hoping to hop on the phone for a couple minutes whenever you get a chance. My work cell is (202) 604-2422. Thanks.

Best,
Remy



**REMY FORTIN**
*Legislative Director*
Representative Bill Huizenga (MI-04)
2232 Rayburn HOB | Washington, DC 20515
202-225-4401 | huizenga.house.gov

  

Message

---

**From:**  Wise, Melissa [wise.melissa@epa.gov]
**Sent:**  4/1/2025 4:23:06 PM
**To:**  Sykes, Karen [Sykes.Karen@epa.gov]
**Subject:**  RE: Review Notes of 3 Terminated Community Change Grants - R5
**Attachments:**  FW: PLEASE RESUME: Grant Cancellations/Terminations

Hi Karen,

Consistent with my message to the GMOs on 3/25 (attached), I requested that GMOs double-check Column H to determine if the October 1, 2024, were, in fact, incorporated.

Please review your grants to determine if these should be rescinded. Please let me know what your analysis reveals.

Thank you,
Melissa

---

**From:** Sykes, Karen <Sykes.Karen@epa.gov>
**Sent:** Monday, March 31, 2025 3:32 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Sykes, Karen <Sykes.Karen@epa.gov>
**Subject:** FW: Review Notes of 3 Terminated Community Change Grants - R5

Hi Melissa

R5, reaching out for assistance regarding 3 awards that we terminated on last week.

Jacob Burney reached out to my RA, so I have been instructed by my DD/SRO regarding these.

Question – can these be rescinded based on the programmatic t&cs he references with his chart?

Thank you.

Karen Sykes
Assistance Section II Supervisor/R5 Grants Management Officer
IL/IN/MI WI Tribes (Bad River/Forest County/GL Fish & Wildlife/Ho Chunk/LacCourte/Lac Du Flambeau)
Acquisition & Assistance Branch
77 West Jackson Blvd., MA-10J
Chicago, Illinois 60604
Office # 312-886-7571
Mobile # 312-978-3107
Sykes.karen@epa.gov
USEPA, Region 5

*Please note that I sent this at a time that was convenient for me without expectation for a response outside of business hours. If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*

---

**From:** Sanders, Amy <Sanders.Amy@epa.gov>
**Sent:** Monday, March 31, 2025 2:07 PM
**To:** Sykes, Karen <Sykes.Karen@epa.gov>
**Cc:** Dolan, Sheila <dolan.sheila@epa.gov>
**Subject:** FW: Review Notes of 3 Terminated Community Change Grants - R5

Give me a call when you get a min.

---

**From:** Burney, Jacob <Burney.Jacob@epa.gov>
**Sent:** Monday, March 31, 2025 12:29 PM
**To:** Newton, Cheryl <Newton.Cheryl@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>
**Subject:** Review Notes of 3 Terminated Community Change Grants - R5

Greetings Cheryl:

FYI – Region 5 staff told me today that 3 of the Region 5 CCGs were sent termination notices last week.

These termination notices appear to have been sent in error.   Last week, Region 6 had similarly sent out several CCG terminations with similar issues as the three you have in Region 5.  Region 6 rescinded those terminations. For the 3 Region 5 terminations, while the award documents do link to the 10/1/2023 General Administrative Terms & Conditions, all 3 award documents also link to the 10/1/2024 updated General Administrative Conditions and the CCG Programmatic T&Cs which has an explicit termination provision precluding unilateral termination for change in agency priorities. Region 6 rescinded a termination for this exact scenario.

I plan to discuss with Karen Sykes (R5 GMO) tomorrow.  She's busy today.  Let me know if you have any concerns / want to be added to the meeting /  or just want me to let you know what next steps are after I discuss with Karen.

I've included my review notes for all 3 terminated grants below and attached the original award documents:

| Program Code | Grant Family (FAIN) | Was the Updated Termination T&C after 10/1/2024 included? | Applicant Name | Details |
|---|---|---|---|---|
| 5F | 00E04045 | ~~No~~ Yes | CITY OF EVANSVILLE | In the original award document dated 12/04/2024, a link to the 10/1/2023 General Admin T&Cs is included in the Administrative T&C section of the award document. **However**, a link to the 10/1/2024 General Admin T&Cs is included on page 37 of the document along to a  link to all the CCG programmatic T&Cs. The CCG Programmatic T&Cs includes an explicit **Termination provision** precluding unilateral termination except for substantial noncompliance with the T&Cs or adequate evidence of waste, fraud, and abuse. |
| 5F | 00E04044 | ~~No~~ Yes | ECOWORKS | In the original award document dated 12/04/2024, a link to the 10/1/2023 General Admin T&Cs is included in the Administrative T&C section of the award document. **However**, under the Programmatic T&C section a link to the 10/1/2024 General Admin T&Cs is included on page 8 of the award |

| | | | | |
|---|---|---|---|---|
| | | | | document along with a  link to all the CCG programmatic T&Cs. The CCG Programmatic T&Cs includes an explicit **Termination provision** precluding unilateral termination except for substantial noncompliance with the T&Cs or adequate evidence of waste, fraud, and abuse. |
| 5F | 00E04058 | ~~No~~ Yes | **smc6045 - SOUTHWESTERN MICHIGAN COMMISSION** | In the original award document dated 1/07/2025, a link to the 10/1/2023 General Admin T&Cs is included in the Administrative T&C section of the award document. **However**, under the Programmatic T&C section a link to the 10/1/2024 General Admin T&Cs is included on page 9 along with a  link to all the CCG programmatic T&Cs. The CCG Programmatic T&Cs includes an explicit **Termination provision** precluding unilateral termination except for substantial noncompliance with the T&Cs or adequate evidence of waste, fraud, and abuse. |

Regards,
Jacob

Jacob J. Burney  |  Office Director (Acting) |  Office of Community Support  | Tel:202.564.2907 | US EPA 1200 Pennsylvania Ave. NW (2201A) Washington, DC 20460 | Burney.Jacob@epa.gov

Message

---

**From:**    Wise, Melissa [wise.melissa@epa.gov]
**Sent:**    3/25/2025 8:53:31 PM
**To:**    Tocci, Brian F. [Tocci.Brian@epa.gov]; O'Neal Jr., Rudnell R. [ONeal.Rudnell@epa.gov]; Rose, Kenneth [Rose.Kenneth@epa.gov]; Shelmon, Shantel [Shelmon.Shantel@epa.gov]; Sykes, Karen [Sykes.Karen@epa.gov]; Watkins, Christopher [Watkins.Christopher@epa.gov]; Rawls, Whitney [rawls.whitney@epa.gov]; Hulstein, Sarah [hulstein.sarah@epa.gov]; Seeger, Lindsay [seeger.lindsay@epa.gov]; Mendiola, Angela [Mendiola.Angela@epa.gov]; Johnson, Peggy D. [johnson.peggyd@epa.gov]; Manion, Andrea [Manion.Andrea.L@epa.gov]; Schindel, Phillip [Schindel.Phillip@epa.gov]; Brown, Devon [Brown.Devon@epa.gov]
**Subject:**    FW: PLEASE RESUME: Grant Cancellations/Terminations

**Importance:**    High

Good afternoon, GMOs,

I am asking for your assistance.  Please verify entries in Column H of the spreadsheet (linked below).

This afternoon, Shantel noted that a grant in R4 showing "No," was actually "Yes," and should have been flagged with "DO NOT TERMINATE."  Fortunately, she caught this, alerted me, we fixed the spreadsheet, and the termination was stopped.

While OGD has made every attempt to confirm the validity of the entries in Column H, I'm asking you to please verify those entries.

Thank you for your attention and cooperation.

Melissa

---

**From:** Wise, Melissa
**Sent:** Thursday, March 20, 2025 1:53 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>; Lloyd, Keva <Lloyd.Keva@epa.gov>; Phillips, Lashaun <Phillips.Lashaun@epa.gov>
**Cc:** Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Jennette, Vonda <Jennette.Vonda@epa.gov>
**Subject:** PLEASE RESUME: Grant Cancellations/Terminations
**Importance:** High

Good afternoon, GMOs,

Please resume grant cancellations/terminations as shared in the spreadsheet below, noting the instructions to GMOs in Column I.

📊 Termination Awarded and Unawarded List_March 10.xlsx

**\*\* IMPORTANT\*\* - Please do not terminate any grant identified in the spreadsheet under Column I labelled "DO NOT TERMINATE."**

**Instructions to cancel a grant not yet awarded are as follows:**

- GS deletes the award document
- PO deletes the FR.  If there is no PO, GS should submit a ticket to hotline to have it deleted.
- PO/GS works with FCO to decommit the CN and delete the CN.

Thank you,

Melissa

**From:** Wise, Melissa
**Sent:** Wednesday, March 12, 2025 4:10 PM
**To:** OMS-OGD-GMOs Only <OMS-OGD-GMOs-Only@epa.gov>
**Cc:** Regional Mission Support Division - Directors <Regional_Mission_Support_Division_Directors@epa.gov>; Regional Mission Support Division - Deputy Directors <Regional_Mission_Support_Division_Deputy_Directors@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** PLEASE PAUSE: Grant Cancellations/Terminations
**Importance:** High

Good afternoon, GMOs,

Effective immediately, please pause all grant cancellations/terminations.  I will notify you when this may be resumed.

Thank you,

*Melissa Wise*
Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911



Message

| | |
|---|---|
| **From**: | Sykes, Karen [Sykes.Karen@epa.gov] |
| **Sent**: | 4/1/2025 4:54:16 PM |
| **To**: | Wise, Melissa [wise.melissa@epa.gov] |
| **CC**: | Sanders, Amy [Sanders.Amy@epa.gov]; Dolan, Sheila [dolan.sheila@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov]; Tsing-Choy, Kathy [Tsing-Choy.Kathy@epa.gov]; Sykes, Karen [Sykes.Karen@epa.gov] |
| **Subject**: | RE: Review Notes of 3 Terminated Community Change Grants - R5 |

Thank you, Melissa,

I spoke with Chris, R6 GMO, on yesterday and he provided information and instructions for NGGS.

Kathy, I will get these awards updated and provide confirmation once completed.


Karen Sykes
Assistance Section II Supervisor/R5 Grants Management Officer
IL/IN/MI WI Tribes (Bad River/Forest County/GL Fish & Wildlife/Ho Chunk/LacCourte/Lac Du Flambeau)
Acquisition & Assistance Branch
77 West Jackson Blvd., MA-10J
Chicago, Illinois 60604
Office # 312-886-7571
Mobile # 312-978-3107
Sykes.karen@epa.gov
USEPA, Region 5

*Please note that I sent this at a time that was convenient for me without expectation for a response outside of business hours.  If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, April 1, 2025 11:51 AM
**To:** Sykes, Karen <Sykes.Karen@epa.gov>
**Cc:** Sanders, Amy <Sanders.Amy@epa.gov>; Dolan, Sheila <dolan.sheila@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Tsing-Choy, Kathy <Tsing-Choy.Kathy@epa.gov>
**Subject:** RE: Review Notes of 3 Terminated Community Change Grants - R5

Hi Karen,

Okay, thank you for verifying.  You should proceed to rescind these terminations.  Also, I'm looping in Kathy Tsing-Choy for her awareness to update Column H in the termination spreadsheet (or you can do that since the spreadsheet is a shared document).

Here is an example of what the Region 6 GMO sent to the recipient (attached) to rescind.

Thank you,
Melissa

**From:** Sykes, Karen Sykes.Karen@epa.gov
**Sent:** Tuesday, April 1, 2025 12:44 PM
**To:** Wise, Melissa wise.melissa@epa.gov

**Cc:** Sykes, Karen <Sykes.Karen@epa.gov>
**Subject:** RE: Review Notes of 3 Terminated Community Change Grants - R5

Hi Melissa

In checking the award regarding the administrative general t&c dated 10/1/24, overlooked the programmatic t&cs which contains an additional link that referenced the FY 24 general terms & conditions.

I have went back and checked the programmatic t&cs, yes, the termination of these 3 awards should be rescinded as they link to the administrative general t&c dated 10/1/24..

Karen Sykes
Assistance Section II Supervisor/R5 Grants Management Officer
IL/IN/MI WI Tribes (Bad River/Forest County/GL Fish & Wildlife/Ho Chunk/LacCourte/Lac Du Flambeau)
Acquisition & Assistance Branch
77 West Jackson Blvd., MA-10J
Chicago, Illinois 60604
Office # 312-886-7571
Mobile # 312-978-3107
Sykes.karen@epa.gov
USEPA, Region 5

*Please note that I sent this at a time that was convenient for me without expectation for a response outside of business hours.  If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, April 1, 2025 11:23 AM
**To:** Sykes, Karen <Sykes.Karen@epa.gov>
**Subject:** RE: Review Notes of 3 Terminated Community Change Grants - R5

Hi Karen,

Consistent with my message to the GMOs on 3/25 (attached), I requested that GMOs double-check Column H to determine if the October 1, 2024, were, in fact, incorporated.

Please review your grants to determine if these should be rescinded.  Please let me know what your analysis reveals.

Thank you,
Melissa

**From:** Sykes, Karen <Sykes.Karen@epa.gov>
**Sent:** Monday, March 31, 2025 3:32 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Sykes, Karen <Sykes.Karen@epa.gov>
**Subject:** FW: Review Notes of 3 Terminated Community Change Grants - R5

Hi Melissa

R5, reaching out for assistance regarding 3 awards that we terminated on last week.

Jacob Burney reached out to my RA, so I have been instructed by my DD/SRO regarding these.

Question – can these be rescinded based on the programmatic t&cs he references with his chart?

Thank you.

Karen Sykes
Assistance Section II Supervisor/R5 Grants Management Officer
IL/IN/MI WI Tribes (Bad River/Forest County/GL Fish & Wildlife/Ho Chunk/LacCourte/Lac Du Flambeau)
Acquisition & Assistance Branch
77 West Jackson Blvd., MA-10J
Chicago, Illinois 60604
Office # 312-886-7571
Mobile # 312-978-3107
Sykes.karen@epa.gov
USEPA, Region 5

*Please note that I sent this at a time that was convenient for me without expectation for a response outside of business hours.  If you receive this email outside of your normal working hours, please know that I do not expect a response until you are back at work during your normal hours.*

**From:** Sanders, Amy <Sanders.Amy@epa.gov>
**Sent:** Monday, March 31, 2025 2:07 PM
**To:** Sykes, Karen <Sykes.Karen@epa.gov>
**Cc:** Dolan, Sheila <dolan.sheila@epa.gov>
**Subject:** FW: Review Notes of 3 Terminated Community Change Grants - R5

Give me a call when you get a min.

**From:** Burney, Jacob <Burney.Jacob@epa.gov>
**Sent:** Monday, March 31, 2025 12:29 PM
**To:** Newton, Cheryl <Newton.Cheryl@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>
**Subject:** Review Notes of 3 Terminated Community Change Grants - R5

Greetings Cheryl:

FYI – Region 5 staff told me today that 3 of the Region 5 CCGs were sent termination notices last week.

These termination notices appear to have been sent in error.   Last week, Region 6 had similarly sent out several CCG terminations with similar issues as the three you have in Region 5.  Region 6 rescinded those terminations. For the 3 Region 5 terminations, while the award documents do link to the 10/1/2023 General Administrative Terms & Conditions, all 3 award documents also link to the 10/1/2024 updated General Administrative Conditions and the CCG Programmatic T&Cs which has an explicit termination provision precluding unilateral termination for change in agency priorities. Region 6 rescinded a termination for this exact scenario.

I plan to discuss with Karen Sykes (R5 GMO) tomorrow.  She's busy today.  Let me know if you have any concerns / want to be added to the meeting /  or just want me to let you know what next steps are after I discuss with Karen.

I've included my review notes for all 3 terminated grants below and attached the original award documents:

| Program Code | Grant Family (FAIN) | **Was the Updated Termination T&C after 10/1/2024 included?** | Applicant Name | Details |
|---|---|---|---|---|
| | | | | |

| 5F | 00E04045 | ~~No~~ Yes | **CITY OF EVANSVILLE** | In the original award document dated 12/04/2024, a link to the 10/1/2023 General Admin T&Cs is included in the Administrative T&C section of the award document. **However**, a link to the 10/1/2024 General Admin T&Cs is included on page 37 of the document along with a link to all the CCG programmatic T&Cs. The CCG Programmatic T&Cs includes an explicit **Termination provision** precluding unilateral termination except for substantial noncompliance with the T&Cs or adequate evidence of waste, fraud, and abuse. |
| 5F | 00E04044 | ~~No~~ Yes | **ECOWORKS** | In the original award document dated 12/04/2024, a link to the 10/1/2023 General Admin T&Cs is included in the Administrative T&C section of the award document. **However**, under the Programmatic T&C section a link to the 10/1/2024 General Admin T&Cs is included on page 8 of the award document along with a link to all the CCG programmatic T&Cs. The CCG Programmatic T&Cs includes an explicit **Termination provision** precluding unilateral termination except for substantial noncompliance with the T&Cs or adequate evidence of waste, fraud, and abuse. |
| 5F | 00E04058 | ~~No~~ Yes | **smc6045 - SOUTHWESTERN MICHIGAN COMMISSION** | In the original award document dated 1/07/2025, a link to the 10/1/2023 General Admin T&Cs is included in the Administrative T&C section of the award document. **However**, under the Programmatic T&C section a link to the 10/1/2024 General Admin T&Cs is included on page 9 along with a link to all the CCG programmatic T&Cs. The CCG Programmatic T&Cs includes an explicit **Termination provision** precluding unilateral termination except for substantial noncompliance with the T&Cs or adequate evidence of waste, fraud, and abuse. |

Regards,
Jacob

Jacob J. Burney | Office Director (Acting) | Office of Community Support | Tel:202.564.2907 | US EPA 1200 Pennsylvania Ave. NW (2201A) Washington, DC 20460 | Burney.Jacob@epa.gov

EPA_00297030

---

Message

---

| | |
|---|---|
| **From:** | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AA3C293E3F94FE6A0132382B42F0B23-DCOOGAN [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AA3C293E3F94FE6A0132382B42F0B23-DCOOGAN] |
| **Sent:** | 3/18/2025 1:29:32 PM |
| **To:** | Loving, Kathryn [Loving.Kathryn@epa.gov] |
| **Subject:** | Grant Program Status - Current Decisions + Priorities |
| **Attachments:** | CFDA_CGER_Process_dc.xlsx |

Kathryn, as a follow up to our discussion yesterday (and thanks for your comments/ edits on the guidance—I will work through those today), I want to make sure we maintain progress on the Grant Program review list. To the master tracker, I have added two columns (Excel columns E and F):

1.    **Agency Decision**: This reflect that we have a decision on the grant program from leadership and what we have detailed in columns G-J (i.e., how to handle awarded grants based on their stage in the life cycle) is correct. Please note that I have tagged 51 of the 128 grant programs as having a decision. While we did not cover 51 programs at our last decisions' meeting, I made assignments based on other discussions and the daily reviews. Please check this list and let me know if you see any mis-assignments (or any we need to move to 'still needing a decision').

2.    **Next Meeting Priority**: This is a list of what I think are the next programs we should review as a group. They primarily fall into one of six grant categories (I have added others, like PPGs, that don't neatly fit but we need a decision on asap):

a.    Research

b.    Tribal

c.    SEEs/ training/ education

d.    Major IRA programs (remaining)

e.    International

f.    Surveys, studies, etc

Can you please look through this list and let me know if you think this is a good set to prioritize for our next meeting.

EPA_00297128

| Message | |
|---|---|
| **From:** | POLITICO Pro's Morning Energy [newsletter@email.politicopro.com] |
| **Sent:** | 2/6/2025 10:46:01 AM |
| **To:** | Coogan, Daniel [Coogan.Daniel@epa.gov] |
| **Subject:** | EPA'S frozen funds spark confusion |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Feb 06, 2025                                                    View in browser

BY **CATHERINE MOREHOUSE**

*With help from Ben Lefebvre, Josh Siegel, James Bikales and Ry Rivard*

QUICK FIX

**— EPA funding is still inaccessible to many recipients across the country,** causing turmoil for awardees and heartburn for lawmakers whose states are expecting the money.

**GOOD MORNING! IT'S THURSDAY.** I'm your host, Catherine Morehouse.

David Brown of Constellation Energy is our trivia winner for knowing that the word Wednesday comes from the Norse god "Odin," aka "Odin's day."

For today: For what movie did Meryl Streep secure her first Oscar nomination?

Send your tips and trivia answers to me at cmorehouse@politico.com and follow me on X at cmorehouse10 and BlueSky at cmorehouse.

Check out the POLITICO Energy podcast — all the energy and environmental politics and policy news you need to start your day. Listen and subscribe for free at politico.com/energy-podcast. On today's episode: *EPA unfreezes some environmental funding*

   **Listen to today's POLITICO Energy podcast!**

## DRIVING THE DAY

**"IT'S CHAOS, AND THAT'S THE POINT":** The status of funding for several EPA programs that both Red and Blue districts across the country are banking on remains up in the air, despite the agency's own directive to keep money flowing.

The internal EPA memo that POLITICO scooped on Tuesday cites a court directive barring the agency from upholding the Trump administration's now-withdrawn attempt at a widespread federal freeze. But the money remains inaccessible to recipients across the country and EPA has still not clarified what programs it has unfrozen.

The confusing result has left lawmakers on Capitol Hill scrambling to ensure that dollars already promised to districts across the country continue to flow — and sparked fury from Democrats who accuse the administration of creating an

atmosphere of "chaos" and "incompetence," our Josh Siegel and James Bikales report.

Some programs have sputtered back to life, including EPA's brownfield remediation program. But the portal for EPA's $5 billion Clean School Bus program, for instance, remained inaccessible Wednesday, according to two recipients.

And in a letter sent to the president's desk Wednesday, Democratic lawmakers on the House Sustainable Energy and Environment Coalition compiled a list of numerous other programs where funding remains inaccessible — including several under EPA — aimed at lowering state energy bills, maintaining clean air and water, and rebuilding after natural disasters.

"It's chaos, and that's the point," Sen. Martin Heinrich of New Mexico, the top Democrat on the Energy Committee, said Wednesday.

**NEXT ON THE CHOPPING BLOCK?** As uncertainty swirls around EPA funding, Trump's White House will soon determine the fate of the agency's environmental justice office, staff was told Wednesday.

Theresa Segovia, the acting head of the agency's office focused on alleviating pollution for low-income communities and communities of color, told employees that Trump political appointees are currently compiling a list of employees who work on those issues, two of the office's staffers told our Annie Snider.

Career leaders have no input on the list and its scope is unclear, according to staff. But the office's future is being assessed in light of the president's orders halting diversity equity and inclusion programs and could impact the 220 people who work on EJ-related issues. More here from Annie.

## ON THE HILL

**ME FIRST — DEMS SEEK ANSWERS FROM WRIGHT ON DOE ENERGY JUSTICE OFFICE:** Sen. Martin Heinrich (D-N.M.), ranking member of the Energy Committee, is sending a letter today to DOE Secretary Chris Wright seeking assurance he won't abolish the agency's Office of Energy Justice and Equity in light of Trump's executive order targeting DEI and environmental justice positions within the government.

Heinrich and the other Democrats — Sens. Ron Wyden of Oregon, Alex Padilla of California, and Mazie Hirono of Hawaii — are also pressing Wright to reinstate employees from that office who were put on administrative leave.

They note the office was created under the 2021 Department of Energy Organization Act in order to ensure that minorities are afforded an opportunity to participate fully in DOE programs.

Heinrich and the other Democrats also point out that Wright promised repeatedly to "follow the law" in his confirmation hearing.

"The law in this case is clear," they wrote to Wright in a letter shared first with ME. "The law does not allow the Secretary of Energy to terminate the Office of Energy Justice and Equity. Only Congress has that power."

**ENHANCING THE EOR TAX CREDIT:** Republican senators are re-upping a bill that would crank up tax credits for using carbon dioxide to squeeze more oil out of wells.

The Enhancing Energy Recovery Act (S. 425) that Sens. John Barrasso (Wyo.), James Lankford (Okla.), John Hoeven (N.D.), Jim Justice (W.Va.) and Tim Sheehy (Mont.) introduced echoes language from a bill floated last Congress — boosting the credit for $CO_2$ used in enhanced oil recovery to up to $85 a ton and bringing it closer to the level the Inflation Reduction Act set for $CO_2$ that companies sequestered.

One big difference? The bill the senators unveiled yesterday would amend the Internal Revenue Code to make the adjustment and not the IRA as the previous version did.

**TRANSFORMING 45X:** Sens. Jerry Moran (R-Kan.) and Catherine Cortez Masto (D-Nev.) are introducing a bill today aimed at expanding the Advanced Manufacturing Production Tax Credit under the Inflation Reduction Act to spur U.S. production of critical electric grid distribution transformers.

The tax credit, known as "45X" currently awards production tax credits for clean energy components including some inverters, battery components and critical minerals. Electrical manufacturers and utilities have been sounding the alarm for years around growing supply chain issues for distribution transformers, which play a critical role in distributing power safely to homes and businesses.

**EPW CLEARS BIPARTISAN BILLS:** The Senate Environment and Public Works Committee on Wednesday unanimously advanced two bipartisan bills that had cleared the committee last Congress, but never made it into law. One bill, S. 347, would reauthorize EPA's brownfields remediation program for five years, while the STEWARD Act, S. 351, aims to improve recycling and composting systems.

The hearing featured little debate on the bills but Democrats raised concerns about the Trump administration's funding pause. It was the first EPW hearing for newly appointed Sen. Jon Husted (R-Ohio), who replaced Sen. Jerry Moran (R-Kan.) on the panel.

## AROUND THE AGENCIES

**EPA ASKS COURT NOT TO RULE ON POWER PLANT STANDARDS:** EPA on Wednesday night asked the D.C. Circuit Court of Appeals to hold off on issuing a ruling over the Biden administration's power plant climate regulation, saying it needs time to consider what to do — a path all but guaranteed to lead to repeal. The court heard arguments in the case in December, during which the judges spent hours considering whether carbon capture technology is adequately demonstrated to form the basis of the rule, Reg. 2060-AV09.

"Due to the recent change in administration on January 20, 2025, there is new EPA leadership. Those new Agency officials are currently in the process of onboarding and familiarizing themselves with the issues presented in this case and related litigation," the agency wrote in a motion. It asked for a 60 day abeyance "to provide new leadership with sufficient time to familiarize themselves with these issues and determine how they wish to proceed."

## IN THE COURTS

**NJ CLIMATE SUIT TOSSED —** Mercer County Superior Court Judge Doug Hurd tossed New Jersey's lawsuit against oil companies alleging they deceived the public about climate change and should pay up.

The Wednesday decision, citing both state and federal reasons the lawsuit's claims don't hold up, is the latest setback for blue states and cities that have sued oil companies over climate change. The case was filed in fall 2022 by the Attorney

General's Office, the Department of Environmental Protection and the Division of Consumer Affairs.

Judges have dismissed similar lawsuits in the past month from New York City, Annapolis and Anne Arundel County, Md. A few lawsuits are proceeding in Delaware and Hawaii. New Jersey is planning an appeal.

In its suit, New Jersey rehashed evidence that fossil fuel companies obfuscated the role of their products in causing climate change. The lawsuit also alleged that the state suffers unique damages and relies upon research showing how "climate crisis-caused environmental changes" contributed to the destruction brought by recent hurricanes and tropical storms and continues to imperil New Jersey's people and their property.

## MOVERS AND SHAKERS

**— ME FIRST — Illinois Gov. JB Pritzker** and **Cleveland Mayor Justin M. Bibb** are now co-chairs of "America Is All In," a coalition of climate leaders across the country that includes local governments, universities, businesses, tribes, states and more. "It's clear that states like Illinois and cities, businesses, and institutions will be where climate action presses forward," Pritzker said in a statement.

## THE GRID

"NOAA Employees Told to Pause Work With 'Foreign Nationals'," via WIRED

"Colombian President Cancels Oil Joint Venture With U.S. Company," via OilPrice.Com

"Trump Mulls Canceling Loans From $400 Billion Green Bank," via Bloomberg

"The scramble to save critical climate data from Trump's war on DEI," via Grist

## ON THE CALENDAR

**9 a.m. –** Nuclear Regulatory Commission holds a meeting for a briefing on the "Accelerating Deployment of Versatile, Advanced Nuclear for Clean Energy (ADVANCE) Act" activities.

**10 a.m. –** The House Judiciary Administrative State, Regulatory Reform, and Antitrust Subcommittee holds a hearing on "California Fires and the Consequences of Overregulation."

**10 a.m. –** The Atlantic Council holds a virtual discussion on "A New Era for Nuclear Energy."

**10 a.m. –** The House Natural Resources Energy and Mineral Resources Subcommittee holds a hearing on "Now Ore Never: The Importance of Domestic Mining for U.S. National Security."

**1 p.m. –** The Cato Institute holds a virtual forum on "Exploring Energy Policy under the Trump Administration."

**THAT'S ALL FOR ME!**

---

**Follow us on Twitter**

Matt Daily **@dailym1**
Gloria Gonzalez **@ggonzalez2176**
Zack Colman **@zcolman**
Alex Guillen **@alexcguillen**
Ben Lefebvre **@bjlefebvre**
Annie Snider **@annelizabeth18**
Kelsey Tamborrino **@kelseytam**
Catherine Morehouse **@cmorehouse10**
Josh Siegel **@SiegelScribe**
James Bikales **@jamepdx**

---

**FOLLOW US**

   

---

To change your alert settings, please go to https://subscriber.politicopro.com/manage-pro-newsletters

EPA_00297145

This email was sent to coogan.daniel@epa.gov by: POLITICO 1000 Wilson Blvd Arlington, VA, 22209, USA

Message

**From:**         Scott, Gregory [Scott.Gregory@epa.gov]
**Sent:**          3/25/2025 7:51:03 PM
**To:**            Coogan, Daniel [Coogan.Daniel@epa.gov]
**Attachments:**   0-gcctx-d1-07eb86f4c1e4fa4345c91f7a80cd0e6c

you will have this in your binder but quite a few topics for you for the Lead Region call:

## Topic

**RTO**
- GSA Space Match issues
- GSA Cars
- Transit subsidy increases
- What's the obligation for the Building vs the Region/NPM?
- IT equipment provisioning – centralized?

**Compliance Review Form - NGGS**

**Grant Terminations and Dispute Decision Officials (DDOs)**

**Awards Allocation – timing/dollar value?**

**PARS tied to strategic plan including climate change, etc.?**

**Around the Room**

EPA_00297148

Message

**From:**       Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:**       3/20/2025 8:40:42 PM
**To:**         Wise, Melissa [wise.melissa@epa.gov]

**Wise, Melissa**

Hi Dan. In light of Caitlin's email, I updated 00A01313 to the DO NOT TERMINATE status, even though their T&Cs were not updated after Oct. 1. Erring on the side of caution. Let me know if you want me to switch back. The other grant was already identified as DO NOT TERMINATE.

Good call--thank you

Message

**From**:         Jehling, Erica [Jehling.Erica@epa.gov]
**Sent**:         3/7/2025 2:36:27 PM
**To**:           Coogan, Daniel [Coogan.Daniel@epa.gov]
**Attachments**:  0-gcctx-d2-2ac9529a2703ac0c8ce0d5d4ff367683

View 2: filtered by recommendation to cancel, sorted by unliquidated obligation

| CFDA/Assistance Number Listing | CFDA/Assistance Listing Title | Program Code(s) Assigned to CFDA Listing | Unawarded Grants | Grants Awarded Prior to October 1, 2024 | Grants Awarded After October 1, 2024 | CGER Designation (**this column will be removed in the actual guidance**) | Notes (**this column will be removed in the actual guidance**) | Action Post Team Review | Cumulative Award | Total Obligated | Unliquidated obligation | Pending Grant Awards (3.3.25) | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66.959 | Greenhouse Gas Reduction Fund: Section 134(a)(1) - Zero Emission Technologies Grant Program | 5H | Cancel any unawarded/ unobligated actions and decommit funding. | Terminate grants and pay final invoices. | No new award actions but hold on any terminations until further discussion with OGC. | Cancel Pending & Terminate Existing | IRA, EJ, Justice40/IRA | | $7,000,000,000 | $6,726,600,000 | $6,700,810,914 | | |
| 66.046 | Climate Pollution Reduction Grants | 5D, 5E | Cancel any unawarded/ unobligated actions and decommit funding. | Terminate grants and pay final invoices. | No new award actions but hold on any terminations until further discussion with OGC. | Cancel Pending & Terminate Existing | IRA | | $4,857,014,864 | $4,856,645,640 | $4,781,050,407 | $2,849,377 | |
| 66.051 | Clean Ports Program | 5Y | Cancel any unawarded/ unobligated actions and decommit funding. | Terminate grants and pay final invoices. | No new award actions but hold on any terminations until further discussion with OGC. | Cancel Pending & Terminate Existing | IRA | | $2,938,197,940 | $2,938,197,940 | $2,937,893,435 | $1,800,000 | |
| 66.605 | Performance Partnership Grants | BG | Cancel any unawarded/ unobligated actions and decommit funding. | Terminate grants and pay final invoices. | No new award actions but hold on any terminations until further discussion with OGC. | Cancel Pending & Terminate Existing | | | $1,057,883,457 | $1,054,612,513 | $218,590,623 | $33,886,099 | |
| 66.034 | Surveys, Studies, Research, Investigations, Demonstrations, and Special Purpose Activities Relating to the Clean Air Act | OP, OX, 5A, 5X, PM, X, XA, 5W | Cancel any unawarded/ unobligated actions and decommit funding. | Terminate grants and pay final invoices. | No new award actions but hold on any terminations until further discussion with OGC. | Cancel Pending & Terminate Existing | | | $326,130,958 | $314,064,341 | $184,999,014 | $1,098,295 | |
| 66.424 | Surveys, Studies, Investigations, Demonstrations, and Training Grants - Section 1442 of the Safe Drinking Water Act | X6 | Cancel any unawarded/ unobligated actions and decommit funding. | Terminate grants and pay final invoices. | No new award actions but hold on any terminations until further discussion with OGC. | Cancel Pending & Terminate Existing | | | $45,468,859 | $45,468,859 | $28,190,875 | | |
| 66.921 | Recycling Education and Outreach | 4Y | Proceed but ensure workplans and budgets align with Administration priorities. | No action. | No action. | Cancel Pending & Terminate Existing | EJ - cancel but Travis has approved. (IIJA) | | $31,280,956 | $31,280,956 | $27,279,011 | | |

Message

**From**:     Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**:     3/11/2025 12:25:15 PM
**To**:     Drinkard, Andrea [Drinkard.Andrea@epa.gov]


For your info, the terminations/ cancellations haven't all occurred yet. Some have but most are in the works. Some will take a few months based on the terms and conditions in the grant but I know they want to get out the comms

Message

**From:**    Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:**    1/24/2025 7:21:23 PM
**To:**    Drinkard, Andrea [Drinkard.Andrea@epa.gov]

We're getting a lot of feedback from the regions on grants that the acting RAs received direction from Chad that they are not to talk with recipients even on awarded grants. This was the first I have heard. Do you know what is being communicated? We have a pause on all IIJA/ IRA and EJ grants but for all of our other grants that are awarded, project officers need to talk with recipients on workplans, etc. So we need to provide the clear direction on what communication can happen (if there is in fact a restriction). Any idea on what's going on?

Message

**From**:    Wise, Melissa [wise.melissa@epa.gov]
**Sent**:    1/27/2025 5:44:13 PM
**To**:    Coogan, Daniel [Coogan.Daniel@epa.gov]

I want to make sure I understand.  The new direction will be pausing all drawdowns in ASAP for IIJA, IRA, and EJ grants, regardless of when they were awarded.  Is that correct?  Notify all of these grant recipients?

Message

**From**: Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent**: 1/23/2025 7:43:53 PM
**To**: Wise, Melissa [wise.melissa@epa.gov]

Could we do an impromptu GMO call tomorrow? I just talked with Kimberly. Everything we are saying is correct. But because the politicals are still catching up on everything, there might be something else they want to pause that they have not gotten too yet. I just want to talk through what we know we can't move on (IIJA, IRA and EJ) and what we should likely pause (anything climate related).

Message

**From:**     Coogan, Daniel [Coogan.Daniel@epa.gov]
**Sent:**     1/23/2025 7:45:45 PM
**To:**     Rogers, JoanB [Rogers.JoanB@epa.gov]; Legare, Pamela [Legare.Pamela@epa.gov]

I was just talking with Kimberly because this came up in the grants space. While we have been clear with folks about not awarding anything new on IIJA, IRA or EJ work. There's other work that the politicals might want to pause but just haven't gotten too yet (like climate). Is there a way where we could see all contract funding actions in advance to determine if we want to pause until we get more guidance from the politicals?

Message

**From**: Payne, James (Jim) [payne.james@epa.gov]
**Sent**: 3/11/2025 11:07:03 PM
**To**: Tisa, Nathaniel [Tisa.Nathaniel@epa.gov]; Hall, Jeffrey [Hall.Jeffrey.A@epa.gov]
**CC**: Corlett, Thomas [Corlett.Thomas@epa.gov]
**Subject**: 8 Notices of Termination
**Attachments**: Notice of Termination; Notice of Termination; Notice of Termination; Notice of Termination; Notice of Termination; Notice of Termination; Notice of Termination; Notice of Termination

Message

**From:** McIntosh, Chad [mcintosh.chad@epa.gov]
**Sent:** 3/11/2025 10:28:26 PM
**To:** pete@nativecdfi.net
**CC:** GGRFoversight [GGRFoversight@epa.gov]; Payne, James (Jim) [payne.james@epa.gov]; Molina, Michael [molina.michael@epa.gov]; Zavala, Julie [Zavala.Julie@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov]
**Subject:** Notice of Termination
**Attachments:** 2025.03.11 EPA Notice of Termination Native CDFI Network.pdf

Please see attached. Thank you.

Chad McIntosh, P.E.
Acting Deputy Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
3412 WJC-North  |  Mail Code 1102
Washington, DC  20004
Tel. No. (202) 787-0580
mcintosh.chad@epa.gov



U.S. Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

March 11, 2025

By Email

Pete Upton
CEO and Board Chair
Native CDFI Network
PO Box 5683
Grand Island, NE 68802
pete@nativecdfi.net

Re: Notice of Termination

Dear Pete Upton,

Pursuant to the U.S. Environmental Protection Agency's ("EPA" or "the Agency") authority under 2 C.F.R. §§ 200.339-40, the General Terms and Conditions of EPA assistance award agreements, the terms and conditions of the Grant Agreement, and the Agency's inherent authority to reconsider prior determinations in light of new information, the Agency is terminating Grant Agreement No. 84096101, awarded to Native CDFI Network under the Greenhouse Gas Reduction Fund ("GGRF"), effective immediately. This termination is based on substantial concerns regarding program integrity, the award process, programmatic fraud, waste, and abuse, and misalignment with the Agency's priorities, which collectively undermine the fundamental goals and statutory objectives of the award.

Following a comprehensive review and consistent with multiple ongoing independent federal investigations into programmatic fraud, waste, abuse and conflicts of interest, EPA has identified material deficiencies, including, but not limited to: 1) the absence of adequate oversight and account controls to prevent financial mismanagement; 2) the improper or speculative allocation of funds inconsistent with EPA's oversight and fiscal responsibilities; and 3) the circumvention and defeat of key oversight mechanisms in the disbursement of federal funds. EPA has determined that these deficiencies pose an unacceptable risk to the efficient and lawful execution of this grant that cannot be remedied by imposing specific conditions, necessitating immediate termination to safeguard taxpayer funds and ensure compliance with federal financial assistance regulations.

Additionally, the Agency has considered concerns raised by EPA Administrator Lee Zeldin regarding the need for rigorous oversight and accountability in the administration of public funds. The Administrator has emphasized the importance of eliminating fraud, waste, and abuse within EPA, particularly in high-

value awards such as those under GGRF. The structural and operational weaknesses identified in the execution of this grant are inconsistent with these priorities and materially impair the EPA's ability to ensure compliance with statutory and regulatory mandates governing the lawful expenditure of public money.

The Agency has also determined that its existing process for awarding and overseeing execution of the Grant Agreement lacks sufficient protections to guard against potential violations of the Constitution, particularly the Appointments Clause and private nondelegation doctrine. U.S. Const. art. II, § 2, cl. 2; *e.g.*, *Alpine Sec. Corp. v. FINRA*, 121 F.4th 1314, 1341 (D.C. Cir. 2024). Consistent with its independent duty to avoid exceeding constitutional constraints, EPA has reconsidered the prior administration's conclusion that the oversight mechanisms for the Grant Agreement are sufficient to ensure that the Recipient will not exercise significant authority independently of EPA's oversight and ultimate approval.

This termination is executed in accordance with Sections III.R and III.S.3 of the Grant Agreement and with EPA's General Terms and Conditions as incorporated in, and applicable in addition to, the terms of the Grant Agreement, and is consistent with EPA's obligations to safeguard public funds and inherent authority to reconsider prior decisions. This letter constitutes the notice of termination required by 2 C.F.R. § 200.341. Consistent with 2 C.F.R. §§ 200.344-45 and the Closeout Agreement, the recipient is required to cease all further program expenditures immediately, provide a comprehensive final financial and programmatic report, and comply with all applicable closeout procedures.

EPA is committed to ensuring that federal funding is administered in a manner that upholds transparency, accountability, and the highest standards of fiscal responsibility. This termination reflects the Agency's duty to protect public funds and maintain the integrity of its grant programs. In the coming months, EPA will work to re-obligate lawfully appropriated funds within the GGRF program with enhanced controls to ensure adequate governance, transparency, and accountability, consistent with applicable regulatory and statutory requirements.

Sincerely,

W.C. McIntosh
Acting Deputy Administrator
U.S. Environmental Protection Agency

cc:
- U.S. EPA, Office of the Greenhouse Gas Reduction Fund (OGGRF)
- U.S. EPA, Office of Mission Support (OMS)
- U.S. EPA, Office of General Counsel (OGC)
- U.S. Department of Justice
- U.S. Department of the Treasury
- U.S. House of Representatives
- U.S. Senate
- Citibank, N.A.

Message

| | |
|---|---|
| **From:** | McIntosh, Chad [mcintosh.chad@epa.gov] |
| **Sent:** | 3/11/2025 10:27:08 PM |
| **To:** | dgambrell@acc1.org |
| **CC:** | GGRFoversight [GGRFoversight@epa.gov]; Payne, James (Jim) [payne.james@epa.gov]; Molina, Michael [molina.michael@epa.gov]; Zavala, Julie [Zavala.Julie@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov] |
| **Subject:** | Notice of Termination |
| **Attachments:** | 2025.03.11 EPA Notice of Termination Appalachian Community Capital - ACC.pdf |

Please see attached. Thank you.


Chad McIntosh, P.E.
Acting Deputy Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
3412 WJC-North  |  Mail Code 1102
Washington, DC  20004
Tel. No. (202) 787-0580
mcintosh.chad@epa.gov



U.S. Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

March 11, 2025

By Email

Donna Gambrell
President and CEO
Appalachian Community Capital
110 Peppers Ferry Rd NW
Christiansburg, VA 24073
dgambrell@acc1.org

Re: Notice of Termination

Dear Donna Gambrell,

Pursuant to the U.S. Environmental Protection Agency's ("EPA" or "the Agency") authority under 2 C.F.R. §§ 200.339-40, the General Terms and Conditions of EPA assistance award agreements, the terms and conditions of the Grant Agreement, and the Agency's inherent authority to reconsider prior determinations in light of new information, the Agency is terminating Grant Agreement No. 84094401, awarded to Appalachian Community Capital under the Greenhouse Gas Reduction Fund ("GGRF"), effective immediately. This termination is based on substantial concerns regarding program integrity, the award process, programmatic fraud, waste, and abuse, and misalignment with the Agency's priorities, which collectively undermine the fundamental goals and statutory objectives of the award.

Following a comprehensive review and consistent with multiple ongoing independent federal investigations into programmatic fraud, waste, abuse and conflicts of interest, EPA has identified material deficiencies, including, but not limited to: 1) the absence of adequate oversight and account controls to prevent financial mismanagement; 2) the improper or speculative allocation of funds inconsistent with EPA's oversight and fiscal responsibilities; and 3) the circumvention and defeat of key oversight mechanisms in the disbursement of federal funds. EPA has determined that these deficiencies pose an unacceptable risk to the efficient and lawful execution of this grant that cannot be remedied by imposing specific conditions, necessitating immediate termination to safeguard taxpayer funds and ensure compliance with federal financial assistance regulations.

Additionally, the Agency has considered concerns raised by EPA Administrator Lee Zeldin regarding the need for rigorous oversight and accountability in the administration of public funds. The Administrator has emphasized the importance of eliminating fraud, waste, and abuse within EPA, particularly in high-

value awards such as those under GGRF. The structural and operational weaknesses identified in the execution of this grant are inconsistent with these priorities and materially impair the EPA's ability to ensure compliance with statutory and regulatory mandates governing the lawful expenditure of public money.

The Agency has also determined that its existing process for awarding and overseeing execution of the Grant Agreement lacks sufficient protections to guard against potential violations of the Constitution, particularly the Appointments Clause and private nondelegation doctrine. U.S. Const. art. II, § 2, cl. 2; *e.g.*, *Alpine Sec. Corp. v. FINRA*, 121 F.4th 1314, 1341 (D.C. Cir. 2024). Consistent with its independent duty to avoid exceeding constitutional constraints, EPA has reconsidered the prior administration's conclusion that the oversight mechanisms for the Grant Agreement are sufficient to ensure that the Recipient will not exercise significant authority independently of EPA's oversight and ultimate approval.

This termination is executed in accordance with Sections III.R and III.S.3 of the Grant Agreement and with EPA's General Terms and Conditions as incorporated in, and applicable in addition to, the terms of the Grant Agreement, and is consistent with EPA's obligations to safeguard public funds and inherent authority to reconsider prior decisions. This letter constitutes the notice of termination required by 2 C.F.R. § 200.341. Consistent with 2 C.F.R. §§ 200.344-45 and the Closeout Agreement, the recipient is required to cease all further program expenditures immediately, provide a comprehensive final financial and programmatic report, and comply with all applicable closeout procedures.

EPA is committed to ensuring that federal funding is administered in a manner that upholds transparency, accountability, and the highest standards of fiscal responsibility. This termination reflects the Agency's duty to protect public funds and maintain the integrity of its grant programs. In the coming months, EPA will work to re-obligate lawfully appropriated funds within the GGRF program with enhanced controls to ensure adequate governance, transparency, and accountability, consistent with applicable regulatory and statutory requirements.

Sincerely,

W.C. McIntosh
Acting Deputy Administrator
U.S. Environmental Protection Agency

cc:
- U.S. EPA, Office of the Greenhouse Gas Reduction Fund (OGGRF)
- U.S. EPA, Office of Mission Support (OMS)
- U.S. EPA, Office of General Counsel (OGC)
- U.S. Department of Justice
- U.S. Department of the Treasury
- U.S. House of Representatives
- U.S. Senate
- Citibank, N.A.

Message

**From:**       McIntosh, Chad [mcintosh.chad@epa.gov]
**Sent:**       3/11/2025 10:26:36 PM
**To:**         akirkwood@justiceclimatefund.org
**CC:**         GGRFoversight [GGRFoversight@epa.gov]; Payne, James (Jim) [payne.james@epa.gov]; Molina, Michael
               [molina.michael@epa.gov]; Zavala, Julie [Zavala.Julie@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov]
**Subject:**    Notice of Termination
**Attachments:**  2025.03.11 EPA Notice of Termination Justice Climate Fund - JCF.pdf

Please see attached. Thank you.

Chad McIntosh, P.E.
Acting Deputy Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
3412 WJC-North  |  Mail Code 1102
Washington, DC  20004
Tel. No. (202) 787-0580
mcintosh.chad@epa.gov



U.S. Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

March 11, 2025

By Email

Amir Kirkwood
CEO
Justice Climate Fund, Inc.
910 17th St NW Suite 820
Washington, D.C. 20006
akirkwood@justiceclimatefund.org

Re: Notice of Termination

Dear Amir Kirkwood,

Pursuant to the U.S. Environmental Protection Agency's ("EPA" or "the Agency") authority under 2 C.F.R.
§§ 200.339-40, the General Terms and Conditions of EPA assistance award agreements, the terms and
conditions of the Grant Agreement, and the Agency's inherent authority to reconsider prior
determinations in light of new information, the Agency is terminating Grant Agreement No. 84094101,
awarded to Justice Climate Fund, Inc. under the Greenhouse Gas Reduction Fund ("GGRF"), effective
immediately. This termination is based on substantial concerns regarding program integrity, the award
process, programmatic fraud, waste, and abuse, and misalignment with the Agency's priorities, which
collectively undermine the fundamental goals and statutory objectives of the award.

Following a comprehensive review and consistent with multiple ongoing independent federal
investigations into programmatic fraud, waste, abuse and conflicts of interest, EPA has identified
material deficiencies, including, but not limited to: 1) the absence of adequate oversight and account
controls to prevent financial mismanagement; 2) the improper or speculative allocation of funds
inconsistent with EPA's oversight and fiscal responsibilities; and 3) the circumvention and defeat of key
oversight mechanisms in the disbursement of federal funds. EPA has determined that these deficiencies
pose an unacceptable risk to the efficient and lawful execution of this grant that cannot be remedied by
imposing specific conditions, necessitating immediate termination to safeguard taxpayer funds and
ensure compliance with federal financial assistance regulations.

Additionally, the Agency has considered concerns raised by EPA Administrator Lee Zeldin regarding the
need for rigorous oversight and accountability in the administration of public funds. The Administrator
has emphasized the importance of eliminating fraud, waste, and abuse within EPA, particularly in high-

value awards such as those under GGRF. The structural and operational weaknesses identified in the execution of this grant are inconsistent with these priorities and materially impair the EPA's ability to ensure compliance with statutory and regulatory mandates governing the lawful expenditure of public money.

The Agency has also determined that its existing process for awarding and overseeing execution of the Grant Agreement lacks sufficient protections to guard against potential violations of the Constitution, particularly the Appointments Clause and private nondelegation doctrine. U.S. Const. art. II, § 2, cl. 2; *e.g.*, *Alpine Sec. Corp. v. FINRA*, 121 F.4th 1314, 1341 (D.C. Cir. 2024). Consistent with its independent duty to avoid exceeding constitutional constraints, EPA has reconsidered the prior administration's conclusion that the oversight mechanisms for the Grant Agreement are sufficient to ensure that the Recipient will not exercise significant authority independently of EPA's oversight and ultimate approval.

This termination is executed in accordance with Sections III.R and III.S.3 of the Grant Agreement and with EPA's General Terms and Conditions as incorporated in, and applicable in addition to, the terms of the Grant Agreement, and is consistent with EPA's obligations to safeguard public funds and inherent authority to reconsider prior decisions. This letter constitutes the notice of termination required by 2 C.F.R. § 200.341. Consistent with 2 C.F.R. §§ 200.344-45 and the Closeout Agreement, the recipient is required to cease all further program expenditures immediately, provide a comprehensive final financial and programmatic report, and comply with all applicable closeout procedures.

EPA is committed to ensuring that federal funding is administered in a manner that upholds transparency, accountability, and the highest standards of fiscal responsibility. This termination reflects the Agency's duty to protect public funds and maintain the integrity of its grant programs. In the coming months, EPA will work to re-obligate lawfully appropriated funds within the GGRF program with enhanced controls to ensure adequate governance, transparency, and accountability, consistent with applicable regulatory and statutory requirements.

Sincerely,

W.C. McIntosh
Acting Deputy Administrator
U.S. Environmental Protection Agency

cc:
- U.S. EPA, Office of the Greenhouse Gas Reduction Fund (OGGRF)
- U.S. EPA, Office of Mission Support (OMS)
- U.S. EPA, Office of General Counsel (OGC)
- U.S. Department of Justice
- U.S. Department of the Treasury
- U.S. House of Representatives
- U.S. Senate
- Citibank, N.A.

Message

**From:**        McIntosh, Chad [mcintosh.chad@epa.gov]
**Sent:**        3/11/2025 10:25:55 PM
**To:**          cmahon@inclusiv.org
**CC:**          GGRFoversight [GGRFoversight@epa.gov]; Payne, James (Jim) [payne.james@epa.gov]; Molina, Michael
                 [molina.michael@epa.gov]; Zavala, Julie [Zavala.Julie@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov]
**Subject:**     Notice of Termination
**Attachments:** 2025.03.11 EPA Notice of Termination Inclusiv.pdf


Please see attached. Thank you.


Chad McIntosh, P.E.
Acting Deputy Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
3412 WJC-North  |  Mail Code 1102
Washington, DC  20004
Tel. No. (202) 787-0580
mcintosh.chad@epa.gov



U.S. Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

March 11, 2025

By Email

Cathie Mahon
CEO
Inclusiv, Inc.
39 Broadway, Suite 2140
New York, NY 10006
cmahon@inclusiv.org

Re: Notice of Termination

Dear Cathie Mahon,

Pursuant to the U.S. Environmental Protection Agency's ("EPA" or "the Agency") authority under 2 C.F.R. §§ 200.339-40, the General Terms and Conditions of EPA assistance award agreements, the terms and conditions of the Grant Agreement, and the Agency's inherent authority to reconsider prior determinations in light of new information, the Agency is terminating Grant Agreement No. 84094301, awarded to Inclusiv, Inc. under the Greenhouse Gas Reduction Fund ("GGRF"), effective immediately. This termination is based on substantial concerns regarding program integrity, the award process, programmatic fraud, waste, and abuse, and misalignment with the Agency's priorities, which collectively undermine the fundamental goals and statutory objectives of the award.

Following a comprehensive review and consistent with multiple ongoing independent federal investigations into programmatic fraud, waste, abuse and conflicts of interest, EPA has identified material deficiencies, including, but not limited to: 1) the absence of adequate oversight and account controls to prevent financial mismanagement; 2) the improper or speculative allocation of funds inconsistent with EPA's oversight and fiscal responsibilities; and 3) the circumvention and defeat of key oversight mechanisms in the disbursement of federal funds. EPA has determined that these deficiencies pose an unacceptable risk to the efficient and lawful execution of this grant that cannot be remedied by imposing specific conditions, necessitating immediate termination to safeguard taxpayer funds and ensure compliance with federal financial assistance regulations.

Additionally, the Agency has considered concerns raised by EPA Administrator Lee Zeldin regarding the need for rigorous oversight and accountability in the administration of public funds. The Administrator has emphasized the importance of eliminating fraud, waste, and abuse within EPA, particularly in high-

value awards such as those under GGRF. The structural and operational weaknesses identified in the execution of this grant are inconsistent with these priorities and materially impair the EPA's ability to ensure compliance with statutory and regulatory mandates governing the lawful expenditure of public money.

The Agency has also determined that its existing process for awarding and overseeing execution of the Grant Agreement lacks sufficient protections to guard against potential violations of the Constitution, particularly the Appointments Clause and private nondelegation doctrine. U.S. Const. art. II, § 2, cl. 2; *e.g.*, *Alpine Sec. Corp. v. FINRA*, 121 F.4th 1314, 1341 (D.C. Cir. 2024). Consistent with its independent duty to avoid exceeding constitutional constraints, EPA has reconsidered the prior administration's conclusion that the oversight mechanisms for the Grant Agreement are sufficient to ensure that the Recipient will not exercise significant authority independently of EPA's oversight and ultimate approval.

This termination is executed in accordance with Sections III.R and III.S.3 of the Grant Agreement and with EPA's General Terms and Conditions as incorporated in, and applicable in addition to, the terms of the Grant Agreement, and is consistent with EPA's obligations to safeguard public funds and inherent authority to reconsider prior decisions. This letter constitutes the notice of termination required by 2 C.F.R. § 200.341. Consistent with 2 C.F.R. §§ 200.344-45 and the Closeout Agreement, the recipient is required to cease all further program expenditures immediately, provide a comprehensive final financial and programmatic report, and comply with all applicable closeout procedures.

EPA is committed to ensuring that federal funding is administered in a manner that upholds transparency, accountability, and the highest standards of fiscal responsibility. This termination reflects the Agency's duty to protect public funds and maintain the integrity of its grant programs. In the coming months, EPA will work to re-obligate lawfully appropriated funds within the GGRF program with enhanced controls to ensure adequate governance, transparency, and accountability, consistent with applicable regulatory and statutory requirements.

Sincerely,

W.C, McIntosh

W.C. McIntosh
Acting Deputy Administrator
U.S. Environmental Protection Agency

cc:
- U.S. EPA, Office of the Greenhouse Gas Reduction Fund (OGGRF)
- U.S. EPA, Office of Mission Support (OMS)
- U.S. EPA, Office of General Counsel (OGC)
- U.S. Department of Justice
- U.S. Department of the Treasury
- U.S. House of Representatives
- U.S. Senate
- Citibank, N.A.

Message

| | |
|---|---|
| **From:** | McIntosh, Chad [mcintosh.chad@epa.gov] |
| **Sent:** | 3/11/2025 10:25:12 PM |
| **To:** | abell@OFN.org |
| **CC:** | GGRFoversight [GGRFoversight@epa.gov]; Payne, James (Jim) [payne.james@epa.gov]; Molina, Michael [molina.michael@epa.gov]; Zavala, Julie [Zavala.Julie@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov] |
| **Subject:** | Notice of Termination |
| **Attachments:** | 2025.03.11 EPA Notice of Termination Opportunity Finance Network - OFN.pdf |

Please see attached. Thank you.

Chad McIntosh, P.E.
Acting Deputy Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
3412 WJC-North | Mail Code 1102
Washington, DC 20004
Tel. No. (202) 787-0580
mcintosh.chad@epa.gov



U.S. Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

March 11, 2025

By Email

Amber Bell
Executive Vice President
Chief Strategy Officer
Opportunity Finance Network
901 D Street SW, Suite 1050
Washington, D.C. 20024
abell@ofn.org

Re: Notice of Termination

Dear Amber Bell,

Pursuant to the U.S. Environmental Protection Agency's ("EPA" or "the Agency") authority under 2 C.F.R.
§§ 200.339-40, the General Terms and Conditions of EPA assistance award agreements, the terms and
conditions of the Grant Agreement, and the Agency's inherent authority to reconsider prior
determinations in light of new information, the Agency is terminating Grant Agreement No. 84093901,
awarded to Opportunity Finance Network under the Greenhouse Gas Reduction Fund ("GGRF"),
effective immediately. This termination is based on substantial concerns regarding program integrity,
the award process, programmatic fraud, waste, and abuse, and misalignment with the Agency's
priorities, which collectively undermine the fundamental goals and statutory objectives of the award.

Following a comprehensive review and consistent with multiple ongoing independent federal
investigations into programmatic fraud, waste, abuse and conflicts of interest, EPA has identified
material deficiencies, including, but not limited to: 1) the absence of adequate oversight and account
controls to prevent financial mismanagement; 2) the improper or speculative allocation of funds
inconsistent with EPA's oversight and fiscal responsibilities; and 3) the circumvention and defeat of key
oversight mechanisms in the disbursement of federal funds. EPA has determined that these deficiencies
pose an unacceptable risk to the efficient and lawful execution of this grant that cannot be remedied by
imposing specific conditions, necessitating immediate termination to safeguard taxpayer funds and
ensure compliance with federal financial assistance regulations.

Additionally, the Agency has considered concerns raised by EPA Administrator Lee Zeldin regarding the
need for rigorous oversight and accountability in the administration of public funds. The Administrator

value awards such as those under GGRF. The structural and operational weaknesses identified in the execution of this grant are inconsistent with these priorities and materially impair the EPA's ability to ensure compliance with statutory and regulatory mandates governing the lawful expenditure of public money.

The Agency has also determined that its existing process for awarding and overseeing execution of the Grant Agreement lacks sufficient protections to guard against potential violations of the Constitution, particularly the Appointments Clause and private nondelegation doctrine. U.S. Const. art. II, § 2, cl. 2; *e.g.*, *Alpine Sec. Corp. v. FINRA*, 121 F.4th 1314, 1341 (D.C. Cir. 2024). Consistent with its independent duty to avoid exceeding constitutional constraints, EPA has reconsidered the prior administration's conclusion that the oversight mechanisms for the Grant Agreement are sufficient to ensure that the Recipient will not exercise significant authority independently of EPA's oversight and ultimate approval.

This termination is executed in accordance with Sections III.R and III.S.3 of the Grant Agreement and with EPA's General Terms and Conditions as incorporated in, and applicable in addition to, the terms of the Grant Agreement, and is consistent with EPA's obligations to safeguard public funds and inherent authority to reconsider prior decisions. This letter constitutes the notice of termination required by 2 C.F.R. § 200.341. Consistent with 2 C.F.R. §§ 200.344-45 and the Closeout Agreement, the recipient is required to cease all further program expenditures immediately, provide a comprehensive final financial and programmatic report, and comply with all applicable closeout procedures.

EPA is committed to ensuring that federal funding is administered in a manner that upholds transparency, accountability, and the highest standards of fiscal responsibility. This termination reflects the Agency's duty to protect public funds and maintain the integrity of its grant programs. In the coming months, EPA will work to re-obligate lawfully appropriated funds within the GGRF program with enhanced controls to ensure adequate governance, transparency, and accountability, consistent with applicable regulatory and statutory requirements.

Sincerely,

W.C. McIntosh
Acting Deputy Administrator
U.S. Environmental Protection Agency

cc:

- U.S. EPA, Office of the Greenhouse Gas Reduction Fund (OGGRF)
- U.S. EPA, Office of Mission Support (OMS)
- U.S. EPA, Office of General Counsel (OGC)
- U.S. Department of Justice
- U.S. Department of the Treasury
- U.S. House of Representatives
- U.S. Senate
- Citibank, N.A.

Message

**From:**  McIntosh, Chad [mcintosh.chad@epa.gov]
**Sent:**  3/11/2025 10:24:15 PM
**To:**  tim [tim@powerforwardcommunities.org]
**CC:**  GGRFoversight [GGRFoversight@epa.gov]; Payne, James (Jim) [payne.james@epa.gov]; Molina, Michael [molina.michael@epa.gov]; Zavala, Julie [Zavala.Julie@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov]
**Subject:**  Notice of Termination
**Attachments:**  2025.03.11 EPA Notice of Termination Power Forward Communities - PFC.pdf

Please see attached. Thank you.

Chad McIntosh, P.E.
Acting Deputy Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
3412 WJC-North | Mail Code 1102
Washington, DC 20004
Tel. No. (202) 787-0580
mcintosh.chad@epa.gov



U.S. Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

March 11, 2025

By Email

Tim Mayopoulos
CEO
Power Forward Communities, Inc.
11000 Broken Land Parkway, Ste 700
Columbia, MD 21044
tim@powerforwardcommunities.org

Re: Notice of Termination

Dear Tim Mayopoulos,

Pursuant to the U.S. Environmental Protection Agency's ("EPA" or "the Agency") authority under 2 C.F.R.
§§ 200.339-40, the General Terms and Conditions of EPA assistance award agreements, the terms and
conditions of the Grant Agreement, and the Agency's inherent authority to reconsider prior
determinations in light of new information, the Agency is terminating Grant Agreement No. 84096001,
awarded to Power Forward Communities, Inc. under the Greenhouse Gas Reduction Fund ("GGRF"),
effective immediately. This termination is based on substantial concerns regarding program integrity,
the award process, programmatic fraud, waste, and abuse, and misalignment with the Agency's
priorities, which collectively undermine the fundamental goals and statutory objectives of the award.

Following a comprehensive review and consistent with multiple ongoing independent federal
investigations into programmatic fraud, waste, abuse and conflicts of interest, EPA has identified
material deficiencies, including, but not limited to: 1) the absence of adequate oversight and account
controls to prevent financial mismanagement; 2) the improper or speculative allocation of funds
inconsistent with EPA's oversight and fiscal responsibilities; and 3) the circumvention and defeat of key
oversight mechanisms in the disbursement of federal funds. EPA has determined that these deficiencies
pose an unacceptable risk to the efficient and lawful execution of this grant that cannot be remedied by
imposing specific conditions, necessitating immediate termination to safeguard taxpayer funds and
ensure compliance with federal financial assistance regulations.

Additionally, the Agency has considered concerns raised by EPA Administrator Lee Zeldin regarding the
need for rigorous oversight and accountability in the administration of public funds. The Administrator
has emphasized the importance of eliminating fraud, waste, and abuse within EPA, particularly in high-

value awards such as those under GGRF. The structural and operational weaknesses identified in the execution of this grant are inconsistent with these priorities and materially impair the EPA's ability to ensure compliance with statutory and regulatory mandates governing the lawful expenditure of public money.

The Agency has also determined that its existing process for awarding and overseeing execution of the Grant Agreement lacks sufficient protections to guard against potential violations of the Constitution, particularly the Appointments Clause and private nondelegation doctrine. U.S. Const. art. II, § 2, cl. 2; *e.g.*, *Alpine Sec. Corp. v. FINRA*, 121 F.4th 1314, 1341 (D.C. Cir. 2024). Consistent with its independent duty to avoid exceeding constitutional constraints, EPA has reconsidered the prior administration's conclusion that the oversight mechanisms for the Grant Agreement are sufficient to ensure that the Recipient will not exercise significant authority independently of EPA's oversight and ultimate approval.

This termination is executed in accordance with Sections III.S and III.T.4 of the Grant Agreement and with EPA's General Terms and Conditions as incorporated in, and applicable in addition to, the terms of the Grant Agreement, and is consistent with EPA's obligations to safeguard public funds and inherent authority to reconsider prior decisions. This letter constitutes the notice of termination required by 2 C.F.R. § 200.341. Consistent with 2 C.F.R. §§ 200.344-45 and the Closeout Agreement, the recipient is required to cease all further program expenditures immediately, provide a comprehensive final financial and programmatic report, and comply with all applicable closeout procedures.

EPA is committed to ensuring that federal funding is administered in a manner that upholds transparency, accountability, and the highest standards of fiscal responsibility. This termination reflects the Agency's duty to protect public funds and maintain the integrity of its grant programs. In the coming months, EPA will work to re-obligate lawfully appropriated funds within the GGRF program with enhanced controls to ensure adequate governance, transparency, and accountability, consistent with applicable regulatory and statutory requirements.

Sincerely,

W.C. McIntosh
Acting Deputy Administrator
U.S. Environmental Protection Agency

cc:
- U.S. EPA, Office of the Greenhouse Gas Reduction Fund (OGGRF)
- U.S. EPA, Office of Mission Support (OMS)
- U.S. EPA, Office of General Counsel (OGC)
- U.S. Department of Justice
- U.S. Department of the Treasury
- U.S. House of Representatives
- U.S. Senate
- Citibank, N.A.

Message

---

**From**:   McIntosh, Chad [mcintosh.chad@epa.gov]
**Sent**:   3/11/2025 10:23:15 PM
**To**:   eli@coalitionforgreencapital.com
**CC**:   GGRFoversight [GGRFoversight@epa.gov]; Payne, James (Jim) [payne.james@epa.gov]; Molina, Michael
      [molina.michael@epa.gov]; Zavala, Julie [Zavala.Julie@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov]
**Subject**:   Notice of Termination
**Attachments**: 2025.03.11 EPA Notice of Termination Coalition for Green Capital - CGC.pdf


Please see attached. Thank you.


Chad McIntosh, P.E.
Acting Deputy Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
3412 WJC-North | Mail Code 1102
Washington, DC 20004
Tel. No. (202) 787-0580
mcintosh.chad@epa.gov



U.S. Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

March 11, 2025

By Email

Eli Hopson
Chief Administrative and Development Officer
Coalition for Green Capital
1255 Union St. NE, 7th floor
Washington, DC 20002
eli@coalitionforgreencapital.com

Re: Notice of Termination

Dear Eli Hopson,

Pursuant to the U.S. Environmental Protection Agency's ("EPA" or "the Agency") authority under 2 C.F.R. §§ 200.339-40, the General Terms and Conditions of EPA assistance award agreements, the terms and conditions of the Grant Agreement, and the Agency's inherent authority to reconsider prior determinations in light of new information, the Agency is terminating Grant Agreement No. 84094201, awarded to Coalition for Green Capital under the Greenhouse Gas Reduction Fund ("GGRF"), effective immediately. This termination is based on substantial concerns regarding program integrity, the award process, programmatic fraud, waste, and abuse, and misalignment with the Agency's priorities, which collectively undermine the fundamental goals and statutory objectives of the award.

Following a comprehensive review and consistent with multiple ongoing independent federal investigations into programmatic fraud, waste, abuse and conflicts of interest, EPA has identified material deficiencies, including, but not limited to: 1) the absence of adequate oversight and account controls to prevent financial mismanagement; 2) the improper or speculative allocation of funds inconsistent with EPA's oversight and fiscal responsibilities; and 3) the circumvention and defeat of key oversight mechanisms in the disbursement of federal funds. EPA has determined that these deficiencies pose an unacceptable risk to the efficient and lawful execution of this grant that cannot be remedied by imposing specific conditions, necessitating immediate termination to safeguard taxpayer funds and ensure compliance with federal financial assistance regulations.

Additionally, the Agency has considered concerns raised by EPA Administrator Lee Zeldin regarding the need for rigorous oversight and accountability in the administration of public funds. The Administrator has emphasized the importance of eliminating fraud, waste, and abuse within EPA, particularly in high-

value awards such as those under GGRF. The structural and operational weaknesses identified in the execution of this grant are inconsistent with these priorities and materially impair the EPA's ability to ensure compliance with statutory and regulatory mandates governing the lawful expenditure of public money.

The Agency has also determined that its existing process for awarding and overseeing execution of the Grant Agreement lacks sufficient protections to guard against potential violations of the Constitution, particularly the Appointments Clause and private nondelegation doctrine. U.S. Const. art. II, § 2, cl. 2; *e.g.*, *Alpine Sec. Corp. v. FINRA*, 121 F.4th 1314, 1341 (D.C. Cir. 2024). Consistent with its independent duty to avoid exceeding constitutional constraints, EPA has reconsidered the prior administration's conclusion that the oversight mechanisms for the Grant Agreement are sufficient to ensure that the Recipient will not exercise significant authority independently of EPA's oversight and ultimate approval.

This termination is executed in accordance with Sections III.S and III.T.4 of the Grant Agreement and with EPA's General Terms and Conditions as incorporated in, and applicable in addition to, the terms of the Grant Agreement, and is consistent with EPA's obligations to safeguard public funds and inherent authority to reconsider prior decisions. This letter constitutes the notice of termination required by 2 C.F.R. § 200.341. Consistent with 2 C.F.R. §§ 200.344-45 and the Closeout Agreement, the recipient is required to cease all further program expenditures immediately, provide a comprehensive final financial and programmatic report, and comply with all applicable closeout procedures.

EPA is committed to ensuring that federal funding is administered in a manner that upholds transparency, accountability, and the highest standards of fiscal responsibility. This termination reflects the Agency's duty to protect public funds and maintain the integrity of its grant programs. In the coming months, EPA will work to re-obligate lawfully appropriated funds within the GGRF program with enhanced controls to ensure adequate governance, transparency, and accountability, consistent with applicable regulatory and statutory requirements.

Sincerely,

W.C. McIntosh
Acting Deputy Administrator
U.S. Environmental Protection Agency

cc:
- U.S. EPA, Office of the Greenhouse Gas Reduction Fund (OGGRF)
- U.S. EPA, Office of Mission Support (OMS)
- U.S. EPA, Office of General Counsel (OGC)
- U.S. Department of Justice
- U.S. Department of the Treasury
- U.S. House of Representatives
- U.S. Senate
- Citibank, N.A.

Message

**From:**          McIntosh, Chad [mcintosh.chad@epa.gov]
**Sent:**          3/11/2025 10:21:45 PM
**To:**            Bafford, Beth [BBafford@climateunited.org]
**CC:**            GGRFoversight [GGRFoversight@epa.gov]; Payne, James (Jim) [payne.james@epa.gov]; Molina, Michael [molina.michael@epa.gov]; Zavala, Julie [Zavala.Julie@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov]
**Subject:**       Notice of Termination
**Attachments:**   2025.03.11 EPA Notice of Termination Climate United Fund - CUF.pdf

Please see attached. Thank you.

Chad McIntosh, P.E.
Acting Deputy Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
3412 WJC-North  |  Mail Code 1102
Washington, DC  20004
Tel. No. (202) 787-0580
mcintosh.chad@epa.gov



U.S. Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

March 11, 2025

By Email

Elizabeth Bafford
CEO
Climate United Fund
7550 Wisconsin Ave, 3rd floor
Bethesda, MD 20814
BBafford@climateunited.org

Re: Notice of Termination

Dear Elizabeth Bafford,

Pursuant to the U.S. Environmental Protection Agency's ("EPA" or "the Agency") authority under 2 C.F.R. §§ 200.339-40, the General Terms and Conditions of EPA assistance award agreements, the terms and conditions of the Grant Agreement, and the Agency's inherent authority to reconsider prior determinations in light of new information, the Agency is terminating Grant Agreement No. 84094001, awarded to Climate United Fund under the Greenhouse Gas Reduction Fund ("GGRF"), effective immediately. This termination is based on substantial concerns regarding program integrity, the award process, programmatic fraud, waste, and abuse, and misalignment with the Agency's priorities, which collectively undermine the fundamental goals and statutory objectives of the award.

Following a comprehensive review and consistent with multiple ongoing independent federal investigations into programmatic fraud, waste, abuse and conflicts of interest, EPA has identified material deficiencies, including, but not limited to: 1) the absence of adequate oversight and account controls to prevent financial mismanagement; 2) the improper or speculative allocation of funds inconsistent with EPA's oversight and fiscal responsibilities; and 3) the circumvention and defeat of key oversight mechanisms in the disbursement of federal funds. EPA has determined that these deficiencies pose an unacceptable risk to the efficient and lawful execution of this grant that cannot be remedied by imposing specific conditions, necessitating immediate termination to safeguard taxpayer funds and ensure compliance with federal financial assistance regulations.

Additionally, the Agency has considered concerns raised by EPA Administrator Lee Zeldin regarding the need for rigorous oversight and accountability in the administration of public funds. The Administrator has emphasized the importance of eliminating fraud, waste, and abuse within EPA, particularly in high-

value awards such as those under GGRF. The structural and operational weaknesses identified in the execution of this grant are inconsistent with these priorities and materially impair the EPA's ability to ensure compliance with statutory and regulatory mandates governing the lawful expenditure of public money.

The Agency has also determined that its existing process for awarding and overseeing execution of the Grant Agreement lacks sufficient protections to guard against potential violations of the Constitution, particularly the Appointments Clause and private nondelegation doctrine. U.S. Const. art. II, § 2, cl. 2; *e.g.*, *Alpine Sec. Corp. v. FINRA*, 121 F.4th 1314, 1341 (D.C. Cir. 2024). Consistent with its independent duty to avoid exceeding constitutional constraints, EPA has reconsidered the prior administration's conclusion that the oversight mechanisms for the Grant Agreement are sufficient to ensure that the Recipient will not exercise significant authority independently of EPA's oversight and ultimate approval.

This termination is executed in accordance with Sections III.S and III.T.4 of the Grant Agreement and with EPA's General Terms and Conditions as incorporated in, and applicable in addition to, the terms of the Grant Agreement, and is consistent with EPA's obligations to safeguard public funds and inherent authority to reconsider prior decisions.  This letter constitutes the notice of termination required by 2 C.F.R. § 200.341. Consistent with 2 C.F.R. §§ 200.344-45 and the Closeout Agreement, the recipient is required to cease all further program expenditures immediately, provide a comprehensive final financial and programmatic report, and comply with all applicable closeout procedures.

EPA is committed to ensuring that federal funding is administered in a manner that upholds transparency, accountability, and the highest standards of fiscal responsibility. This termination reflects the Agency's duty to protect public funds and maintain the integrity of its grant programs. In the coming months, EPA will work to re-obligate lawfully appropriated funds within the GGRF program with enhanced controls to ensure adequate governance, transparency, and accountability, consistent with applicable regulatory and statutory requirements.

Sincerely,

W.C. McIntosh
Acting Deputy Administrator
U.S. Environmental Protection Agency

cc:
- U.S. EPA, Office of the Greenhouse Gas Reduction Fund (OGGRF)
- U.S. EPA, Office of Mission Support (OMS)
- U.S. EPA, Office of General Counsel (OGC)
- U.S. Department of Justice
- U.S. Department of the Treasury
- U.S. House of Representatives
- U.S. Senate
- Citibank, N.A.

Message

---

**From:**      OGC_CTS_Communication [OGC_CTS_Communication@epa.gov]
**Sent:**      3/12/2025 2:52:07 PM
**To:**      Wilson, Adam [wilson.adam@epa.gov]
**CC:**      OGC CTS Front Office [OGC_CTS_Front_Office@epa.gov]; Talbert-Duarte, Angelia [talbert-duarte.angelia@epa.gov]
**Subject:**      OGC Task: National Urban League et al v. Trump et al, Case No. 25-cv-471 , reviewed by Payne, James (Jim) - Approved without Comment
**Attachments:**      Complaint -- Nat'l Urban League, et al. v. Donald Trump, et al., 125-cv-00471.pdf; NUL v. Trump - Response Draft -- EPA Comments 3.12.25.docx; Ps Motion for PI -- NUL v. Trump.pdf

**Importance:**      Low

All tasks have been completed for the request linked below.

The entry has been: Approved without Comment

First Approver Comments (if any):


Second Approver Comments (if any):


CLICK HERE