Message

**From**:      EPA Press Office [Press@epa.gov]
**Sent**:      3/11/2025 2:00:28 PM
**To**:        EPA Press Office [Press@epa.gov]
**Subject**:   EPA Media Coverage - March 11, 2025



# March 11, 2025

## EPA ANNOUNCEMENTS

**EPA Administrator Lee Zeldin Cancels 400+ Grants in 4th Round of Cuts with DOGE, Saving Americans More than $1.7B**

**EPA Announces Path Forward on Chemical Reviews to Protect Public Health, Increase Efficiency and Follow the Law**

## NEWS

**Breitbart: EPA Chief Lee Zeldin Cancels '400 DEI and Environmental Justice Grants,' Saves Nearly $2 Billion**
"Working hand-in-hand with DOGE to rein in wasteful federal spending, EPA has saved more than $2 billion in taxpayer money," said EPA Administrator Zeldin. "It is our commitment at EPA to be exceptional stewards of tax dollars."

**Reuters: US EPA administrator says he canceled DEI grants totaling $1.7 billion**
"I am cancelling over 400 DEI and Environmental Justice grants across 9 grant programs totaling $1.7 billion, bringing EPA's total savings to over $2 billion," Zeldin said on X, opens new tab.

"This fourth round of EPA/ @DOGE cuts was our biggest yet," he said.

**AP: EPA Froze 'Green Bank' Funds Worth Billions, Climate Group Suit Says**
In a video posted on X, Zeldin said the EPA would revoke contracts for the still-emerging program. Zeldin cited a conservative journalist's undercover video made late last year that showed a former EPA employee saying the agency was throwing "gold bars off the Titanic" – presumably a reference to spending before the start of Trump's second term.

**The Hill: Trump considers easing safety screenings for chemicals**
"Today's announcement will allow EPA to develop a path forward to ensure a timely review of chemicals while bolstering our commitment to safeguard public health and the environment," Zeldin said in a statement.

**\*Washington Examiner: Chicago Teachers Union got last-second funding from the Biden EPA**
Just days before then-President-elect Donald Trump was set to take office, President Joe Biden's Environmental Protection Agency wired $100,000 to an arm of the Chicago Teachers Union to train public school children in environmental advocacy.

**\*subscription required; full story not included below**

# SOCIAL ENGAGEMENT

**EPA** (298K Facebook followers)





# FULL ARTICLES

**Breitbart: EPA Chief Lee Zeldin Cancels '400 DEI and Environmental Justice Grants,' Saves Nearly $2 Billion**

U.S. Environmental Protection Agency (EPA) Administrator Lee Zeldin announced that his department canceled over "400 DEI and environmental justice grants," saving nearly $2 billion.

In a press release on Monday, the EPA said the grants were canceled with "the assistance of the Department of Government Efficiency (DOGE)." The grants were reportedly identified "across nine unnecessary programs" with a savings totaling $1.7 billion.

"This marks the fourth round of EPA-DOGE partnered cancellations as the Administrator oversees a line-by-line review of spending, bringing the total taxpayer dollars saved to more than $2 billion since being sworn in," the release said.

"Working hand-in-hand with DOGE to rein in wasteful federal spending, EPA has saved more than $2 billion in taxpayer money," said EPA Administrator Zeldin. "It is our commitment at EPA to be exceptional stewards of tax dollars."

The announcement comes weeks after Zeldin pledged to recover the $20 billion in taxpayer funds lost by the Biden administration to climate projects. Zeldin made the announcement in February when he charged the Biden administration of "throwing gold bars off the Titanic" in relation to the money lost on climate projects that he said was a "rush job with reduced oversight."

"The days of irresponsibly shoveling boatloads of cash to far-left activist groups in the name of environmental justice and climate equity are over," Zeldin said. "The American public deserves a more transparent and accountable government than what transpired these past four years."

Zeldin said the EPA would also terminate its contract with the bank overseeing the Greenhouse Gas Reduction Fund, a program that emerged from Biden's 2022 climate policy.

"The fund seeks to leverage public and private dollars to invest in clean-energy technologies such as solar panels, heat pumps and more," per the *Washington Post*. "Though he did not mention the bank by name, Citi had an agreement with the Biden administration to oversee the release of $20 billion under the program to nonprofit groups and states, according to publicly available documents."

Zeldin referenced a video from December by Project Veritas that featured an EPA official saying that the Biden administration was "trying to get the money out as fast as possible before they come in and stop it all."

"It truly feels like we're on the Titanic and we're throwing like gold bars off the edge," the official added.

### Reuters: US EPA administrator says he canceled DEI grants totaling $1.7 billion
WASHINGTON, March 10 (Reuters) - U.S. Environmental Protection Agency Administrator Lee Zeldin said on Monday he canceled 400 environmental justice and diversity, equity and inclusion grants totaling $1.7 billion in the Trump administration's latest crackdown on DEI initiatives.

The EPA did not immediately respond to a request for comment on details about the cancellation.

WHY IT'S IMPORTANT

Since taking office on January 20, Republican President Donald Trump has passed executive orders aimed at dismantling DEI in the government and private sector.

'Protein is in the middle of a transition. So the big protein provider - that can be normally meatpackers or it can be cereals makers -

The so-called Department of Government Efficiency, under the directive of Trump ally and billionaire Elon Musk, has taken steps to cut spending and staffing related to DEI initiatives.

KEY QUOTES

"I am cancelling over 400 DEI and Environmental Justice grants across 9 grant programs totaling $1.7 billion, bringing EPA's total savings to over $2 billion," Zeldin said on X, opens new tab.

"This fourth round of EPA/ @DOGE cuts was our biggest yet," he said.

CONTEXT

DEI programs have been part of workplace diversity efforts to ensure fairer representation for groups seen as historically marginalized, such as African Americans, LGBTQ+ community members, women, disabled people and other ethnic minorities in the United States.

Civil rights advocates say DEI efforts help uplift marginalized groups and address the continued effects of historical and generational inequity. Trump and his allies say DEI unfairly discriminates against other Americans, including white people and men.

## AP: EPA Froze 'Green Bank' Funds Worth Billions, Climate Group Suit Says

WASHINGTON (AP) — A nonprofit that was awarded nearly $7 billion by the Biden administration to finance clean energy and climate-friendly projects has sued President Donald Trump's Environmental Protection Agency, accusing it of improperly freezing a legally awarded grant.

Climate United Fund, a coalition of three nonprofit groups, demanded access to a Citibank account it received through the Greenhouse Gas Reduction Fund, a program created in 2022 by the bipartisan Inflation Reduction Act and more commonly known as the green bank. The freeze threatens its ability to issue loans and even pay employees, the group said.

"The combined actions of Citibank and EPA effectively nullify a congressionally mandated and funded program," Maryland-based Climate United wrote in a Monday court filing.

In a related action, the Coalition for Green Capital, a separate group that received $5 billion from the Biden-era program, sued Citibank Monday, alleging breach of contract over the refusal to disburse the grant funds awarded by the EPA.

"Citi's actions have blocked CGC from deploying funds appropriated by Congress for energy projects to lower electricity costs and provide clean air and water for all Americans,'' the Washington-based group said in a statement.

The two nonprofits are among eight groups tapped by then-EPA Administrator Michael Regan to receive $20 billion to finance tens of thousands of projects to fight climate change and promote environmental justice. The money was formally awarded in August.

While favored by congressional Democrats, the green bank drew immediate criticism from Republicans, who routinely denounced it as an unaccountable "slush fund.'' Regan sharply disputed that claim.

The bank was quickly targeted by EPA Administrator Lee Zeldin, who was confirmed to the role in late January. In a video posted on X, Zeldin said the EPA would revoke contracts for the still-emerging program. Zeldin cited a conservative journalist's undercover video made late last year that showed a former EPA employee saying the agency was throwing "gold bars off the Titanic" — presumably a reference to spending before the start of Trump's second term.

Zeldin has repeatedly used the term "gold bars" to accuse the Greenhouse Gas Reduction Fund's recipients of misconduct, waste and possible fraud.

According to the lawsuit filed in federal court, Citibank cut off access to Climate United's bank account on February 18 — an action the bank did not explain for weeks.

The cutoff took place as Zeldin made multiple public appearances accusing Climate United and other groups of misconduct, eventually announcing that the funds were frozen, according to the lawsuit. Climate United said the EPA has refused to meet with the group.

Several Democratic lawmakers slammed Zeldin's attacks on the green bank as a "sham investigation and unsubstantiated funding freeze."

The Trump administration's "baseless attacks on these investments will only cost jobs, increase prices and harm our communities,'' Maryland Sen. Chris Van Hollen, Massachusetts Sen. Ed Markey and Michigan Rep. Debbie Dingell said in a statement Monday. The three Democrats pushed for creation of the green bank.

Citibank said it was reviewing the Climate United lawsuit.

"As we've said previously, Citi has been working with the federal government in its efforts to address government officials' concerns regarding this federal grant program," the bank said in a statement Monday. "Our role as financial agent does not involve any discretion over which organizations receive grant funds. Citi will of course comply with any judicial decision."

The EPA declined to comment, citing pending litigation. A hearing on the case is scheduled for Wednesday in U.S. District Court for the District of Columbia.

In its court filing, Climate United pointed to the resignation of Denise Cheung, a high-ranking prosecutor in the U.S. Attorney's Washington office, who said she was forced to step dow n after refusing demands from top Trump administration officials to freeze the climate groups' assets.

Zeldin raised questions in a letter to the agency's watchdog about the EPA's use of Citibank to hold the money, a structure that allowed the eight entities to be used as "pass throughs" for eventual grant recipients. The process undermined transparency, Zeldin alleged.

He also questioned the qualifications of some of the entities overseeing the grants and said some were affiliated with the Biden administration or Democratic politics, including Stacey Abrams, a former Democratic nominee for Georgia governor. Trump singled out Abrams over her ties to the green bank in his address to Congress last week.

In a letter to EPA officials on March 4, Climate United disputed Zeldin's allegations. The group's lengthy application material is publicly available and the EPA used a rigorous selection process, Climate United said, adding that its spending is transparent.

In addition to Climate United, the new fund has awarded money to other nonprofits, including the Coalition for Green Capital, Power Forward Communities, Opportunity Finance Network, Inclusiv and the Justice Climate Fund. Those organizations have partnered with a range of groups, including Rewiring America, Habitat for Humanity and the Community Preservation Corporation.

The green bank represents ideas Congress enacted that the Trump administration doesn't like: fighting climate change and helping communities that are often low-income or majority-Black and Hispanic, said Ilmi Granoff, a climate finance expert at the Sabin Center for Climate Change Law at Columbia University.

"The resources have already been spent, which means they're trying to come up with pretexts to do something the government is not supposed to do, which is claw back resources" that Congress provided, Granoff said, comparing the Trump administration's investigations to a "fishing expedition."

The Trump administration said Friday that it's pulling $400 million from Columbia University, canceling grants and contracts because of what the government describes as the Ivy League school's failure to squelch antisemitism on campus.

**The Hill: Trump considers easing safety screenings for chemicals**
The Trump administration will consider easing regulations under which it considers the safety of existing chemicals — drawing concerns from public health advocates.

The administration announced Monday that it was weighing a rewrite of the rules that govern safety screenings for these substances, which decide whether they should be restricted.

If implemented, such changes are ultimately expected to prevent further regulations on chemicals.

Environmental Protection Agency (EPA) Administrator Lee Zeldin described the potential changes as allowing the agency to balance safety with speed.

"Today's announcement will allow EPA to develop a path forward to ensure a timely review of chemicals while bolstering our commitment to safeguard public health and the environment," Zeldin said in a statement.

However, opponents of the potential moves said they could allow for fewer restrictions on toxic chemicals.

"The public is not going to be protected," said Betsy Southerland, a former career official at the EPA.

Among the changes the EPA said it was considering is baking in an assumption that all employees who handle potentially toxic chemicals would be wearing personal protective equipment — likely raising the bar needed to deem a chemical dangerous.

The agency is also thinking about narrowing the scope of the review as it evaluates a chemical's safety — saying it will weigh whether the agency needs to look at every single use of a chemical during its review period.

Southerland said the potential impacts of such changes would be "huge."

"It will undermine all regulation of toxic chemicals," she said. "They're going to eliminate whole routes of exposure or … really weaken the assumptions so that the few routes of exposure you're left with in the risk evaluation will be unrealistically low estimates of exposure."

The possible move comes as President Trump pledges to take on chemical safety issues, having said in his recent address to Congress that he wants to "get toxins out of our environment."

At the same time, his administration last week signaled that it could also loosen safety standards at chemical plants and has put chemical industry alumni in top roles at the EPA.

## VIDEO CLIPS

**EPA: Administrator Lee Zeldin's First Month in Office** (Video)
Administrator Lee Zeldin hit the ground running in his first month in office. Check out this video to learn more about all his accomplishments.

**EPA: The Golden Age of American Success is Upon Us** (Video)
EPA Administrator Zeldin highlights the Trump administration's accomplishments following the President's Joint Address to Congress and reaffirms EPA's commitment to Powering the Great American Comeback.

Message

| | |
|---|---|
| **From:** | Atkinson, Emily [Atkinson.Emily@epa.gov] |
| **Sent:** | 3/13/2025 8:35:31 PM |
| **To:** | Voyles, Travis [voyles.travis@epa.gov] |
| **Subject:** | 3/14/25 Calendar (Travis Voyles) |
| **Attachments:** | Administrator's Reading File.3.13.25.pdf; EPA Media Coverage - March 13, 2025; AWR Final 3-13-2025.docx; AWR Final 3-13-2025.pdf; FOR TOMORROW: Travis' CropLife Prep Meeting; 1.24.2025 draft WBM agenda.pdf; 2025 EPA Event Information Form .pdf; VoylesCLARemarks031925.docx; PRIA Coalition US EPA Transition Team Correspondence.pdf; 2025 03 11 CCR Briefing. final.docx; Administrator Briefing CCR 3.11.25 final.pptx; CCR Requests 3.11.25 final.docx; Pebble Briefing for incoming leadership_14MAR2025.pdf; ATT70695; ATT47072; ATT87855; ATT61732; ATT50229; ATT92726; ATT53803; ATT66082; ATT94120; ATT68227; ATT38553; ATT24669; ATT54190; ATT87379; ATT25637; ATT73010; ATT37012; ATT05066; ATT36132; ATT36921 |

## Administrator's Daily Reading File - March 13, 2025


Administrator's
Reading File.3.1...

## Administrator's Weekly Report for March 13, 2025


AWR Final
3-13-2025.pdf

AWR Final
3-13-2025.docx

## EPA Media Coverage - March 13, 2025


EPA Media
Coverage - Marc...

▲ **Fri, Mar 14**

| | | |
|---|---|---|
| ■ | 7:30 AM – 8:00 AM | Contract/Grant Review |
| ☐ | **8:00 AM – 8:15 AM** | **Free** |
| ■ | 8:15 AM – 9:00 AM | Energy issue // USDA |
| ■ | 9:00 AM – 10:00 AM | HOLD |
| ■ | 10:00 AM – 11:00 AM | EXTERNAL: In Person Meeting with Ryan Jackson, Vice President, Federal Affairs, American Chemistry Council (Confirmed) |
| ☐ | **11:00 AM – 11:30 AM** | **Free** |
| ■ | 11:30 AM – 12:30 PM | EXTERNAL: In Person Meeting with Jeffrey Clarke and Stuart Levenbach, OIRA and EPA Senior Leadership (Confirmed) |
| ■ | 12:30 PM – 1:00 PM | Water Meeting |
| ☐ | **1:00 PM – 1:15 PM** | **Free** |
| ■ | 1:15 PM – 1:45 PM | Planning for Crop Life Speech |

FOR
TOMORROW: Tr...

PRIA Coalition US
EPA Transition T...

VoylesCLARema...

2025 EPA Event
Information Form...



1.24.2025 draft
WBM agenda.pdf

| | **1:45 PM – 2:15 PM** | **Free** |
|---|---|---|
| ■ | 2:15 PM – 2:45 PM | Brief on CCR |

CCR Requests
3.11.25 final.docx

Administrator
Briefing CCR 3.1...

2025 03 11 CCR
Briefing. final.docx

| | **2:45 PM – 3:00 PM** | **Free** |
|---|---|---|
| ■ | 3:00 PM – 4:00 PM | Meeting on Clean Water Act and Bristol Bay Pebble Mine |

Pebble Briefing for
incoming leaders...

| ■ | 4:00 PM – 4:30 PM | PCC – NEDC: Coal EO |
|---|---|---|
| ■ | 4:00 PM – 7:00 PM | TAV Hill |
| ▨ | 4:15 PM – 5:15 PM | Options Selection + Early Guidance: Carbon Pollution Standard Repeal Proposal NPRM (SAN: 12674) OAR |
| ▢ | 6:45 PM – 7:00 PM | Weekly Energy Wins |

Message

---

**From:** Atkinson, Emily [Atkinson.Emily@epa.gov]
**Sent:** 2/28/2025 9:06:53 PM
**To:** Voyles, Travis [voyles.travis@epa.gov]
**Subject:** 3/3/25 Calendar (Travis Voyles)
**Attachments:** ECOS Statement on Reported 65% Cut for U.S. EPA.pdf; ECOS Statement on Reported 65% Cut for U.S. EPA; 2025-03-03 Briefing Document - Priority Water Litigation Topics - Short List.docx; 2025-03-03 Background - Water Litigation Briefing for the AO .docx; RE: Request for Relativity Training; EPA Media Coverage - 28 February 2025; FW: NEPA Implementation Slides; NEPA Implementation Briefing_2.26.2025.pdf; ATT38120; ATT88344; ATT45452; ATT31378; ATT71687; ATT48805; ATT65010; ATT19064; ATT41595; ATT90754; ATT86750; ATT53583; ATT84127; ATT68005; ATT39102; ATT18307; ATT09457; ATT39059; ATT39635; ATT26924; ATT08150; ATT60950; ATT29491; ATT43474

ECOS Statement on Reported 65% Cut for U.S. EPA



ECOS Statement
on Reported 65...

ECOS Statement
on Reported 65...

EPA Media Coverage - 28 February 2025

EPA Media
Coverage - 28 F...

🔺 **Mon, Mar 3**

|   |   |   |
|---|---|---|
| ◼ | 7:30 AM – 8:00 AM | Contract/Grant Review |
| ☐ | **8:00 AM – 8:30 AM** | **Free** |
| ◼ | 8:30 AM – 9:15 AM | Weekly Check In with OP + NHPA Discussion |

FW: NEPA
Implementation ...

NEPA
Implementation ...

|   |   |   |
|---|---|---|
| ☐ | **9:15 AM – 9:30 AM** | **Free** |
| ◼ | 9:30 AM – 9:45 AM | Connect re: speech prep for 3/19 Crop Life Event |
| ☐ | **9:45 AM – 10:00 AM** | **Free** |
| ◼ | 10:00 AM – 10:30 AM | Fill out Relativity Account Form |

RE: Request for
Relativity Training

|   |   |   |
|---|---|---|
| ◼ | 10:30 AM – 11:00 AM | Meeting with OMS re: OSC (Office of Special Counsel) and probationary employees |
| ◼ | 11:00 AM – 12:00 PM | Meeting w/ OAR |
| ◼ | At 12:00 PM | Security Form submitted on 2/25 |
| ◼ | 12:00 PM – 12:30 PM | EXTERNAL: In Person Meeting with Chris Vincze, TRC CEO (Confirmed) |
| ☐ | 12:00 PM – 12:45 PM | Meat and Poultry Discussion |
| ☐ | **12:45 PM – 1:00 PM** | **Free** |
| ◼ | 1:00 PM – 1:30 PM | Weekly Scheduling Call |

☐      **1:30 PM – 2:00 PM**     **Free**

■      2:00 PM – 3:00 PM     Senior Staff Meeting

■      3:00 PM – 3:45 PM     Lead Briefing

■      3:45 PM – 4:15 PM     Meeting w/ OMS

☐      4:00 PM – 5:00 PM     FYI: Briefing: OW Litigation Part 2
                                          You do not plan to attend

                                        2025-03-03          2025-03-03
                                    Background - W...    Briefing Docume...

■      4:30 PM – 5:30 PM     OCSPP Pesticides Follow Up

■      5:00 PM – 5:30 PM     Energy Coordination Call

☐      **5:30 PM – 6:00 PM**     **Free**

## Environmental Council of the States

1250 H Street NW, Suite 850 | Washington, DC 20005
(202) 266-4920 | www.ecos.org

# ECOS Statement Regarding the Reported 65% Cut
# to the U.S. Environmental Protection Agency

On February 28, 2025, the Environmental Council of the States (ECOS) issued the following public statement:

*"States carry out more than 90% of the nation's federal environmental laws in communities around the U.S., and states and their legislatures depend on Congress to support our efforts through grants and partnerships with EPA. Dramatic cuts to EPA should not be made at the expense of the states who need increased federal support to provide clean and safe air, land, and water for all of our communities and to grow the economy for all of the nation."*

For more information, contact ECOS Executive Director Ben Grumbles at bgrumbles@ecos.org.

**James Kenney**
New Mexico Environment
Department
ECOS President

**Chris Wells**
Mississippi Department of
Environmental Quality
ECOS Vice President

**Leah Feldon**
Oregon Department of
Environmental Quality
ECOS Secretary-Treasurer

**Myra Reece**
South Carolina Department of
Environmental Services
ECOS Past President

**Ben Grumbles**
ECOS Executive Director

EPA_00298990

| Message |
| --- |

**From:** bgrumbles@ecos.org
[bgrumbles@ecos.org]
**Sent:** 2/28/2025 8:57:17 PM
**To:** Voyles, Travis
[voyles.travis@epa.gov];
McIntosh, Chad
[mcintosh.chad@epa.gov]
**CC:** Atkinson, Emily
[Atkinson.Emily@epa.gov]
**Subject:** ECOS Statement on
Reported 65% Cut for U.S.
EPA
**Attachments:** ECOS Statement on
Reported 65% Cut for U.S.
EPA.pdf

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Gentlemen:

Please see the attached and share as appropriate. Thanks for your continuing interest in supporting your partners and co-regulators in the states.

Ben Grumbles,
ECOS Executive Director

## Environmental Council of the States

1250 H Street NW, Suite 850 | Washington, DC 20005
(202) 266-4920 | www.ecos.org

# ECOS Statement Regarding the Reported 65% Cut
# to the U.S. Environmental Protection Agency

On February 28, 2025, the Environmental Council of the States (ECOS) issued the following public statement:

*"States carry out more than 90% of the nation's federal environmental laws in communities around the U.S., and states and their legislatures depend on Congress to support our efforts through grants and partnerships with EPA. Dramatic cuts to EPA should not be made at the expense of the states who need increased federal support to provide clean and safe air, land, and water for all of our communities and to grow the economy for all of the nation."*

For more information, contact ECOS Executive Director Ben Grumbles at bgrumbles@ecos.org.

| | | | | |
|---|---|---|---|---|
| **James Kenney** New Mexico Environment Department ECOS President | **Chris Wells** Mississippi Department of Environmental Quality ECOS Vice President | **Leah Feldon** Oregon Department of Environmental Quality ECOS Secretary-Treasurer | **Myra Reece** South Carolina Department of Environmental Services ECOS Past President | **Ben Grumbles** ECOS Executive Director |

Message

| | |
|---|---|
| **From**: | EPA Press Office [Press@epa.gov] |
| **Sent**: | 2/28/2025 3:00:12 PM |
| **To**: | EPA Press Office [Press@epa.gov] |
| **Subject**: | EPA Media Coverage - 28 February 2025 |



# February 28, 2025

## NEWS

**AP: EPA backtracks on Trump comment about cutting staff by 65% but says major spending cuts are coming**
"I am saying to Congress and to the American public, please don't send us tens of billions of dollars to spend this year," Zeldin said in the Fox interview.

White House spokeswoman Taylor Rogers said Thursday that "President Trump, DOGE, and Administrator Zeldin are committed to cutting waste, fraud, and abuse."

Zeldin "is committed to eliminating 65% of the EPA's wasteful spending," she added.

**Newsmax: Lee Zeldin to Newsmax: EPA Budget Can Spare Tens of Billions**
In fact, Zeldin said the agency can run on 65% less.

"I don't want it. We don't need it. The American taxpayer needs it. That's our message to Congress," Zeldin said on "Rob Schmitt Tonight." [...]

"I have zero tolerance for any waste and abuse, and I want EPA to be operating as efficiently as possible," Zeldin said. "That means looking at grants and contracts, travel expenditures, real estate footprint and staff, too. We're looking at everything."

**The Washington Post: FBI investigating Trump EPA claims of fraud in $20B Biden grant fund**
An EPA spokesperson repeated department administrator Lee Zeldin's allegations.

"When we learned about the Biden administration's scheme to quickly park $20 billion outside the agency, we suspected that some organizations were created out of thin air just to take advantage of this," the spokesperson said. "As we continue to learn more about where some of this money went, it is even more apparent how far-reaching and widely accepted this waste and abuse has been."

**Minneapolis Star Tribune: EPA restores Minnesota's access to $200 million carbon cutting plan**
An EPA spokesperson confirmed in an email to the Minnesota Star Tribune that the agency's grant funding from the Inflation Reduction Act and the Bipartisan Infrastructure Law "is now accessible to all recipients."

**WNWO (NPR, New Orleans): EPA says it has unfrozen billions in funds for climate-related projects**
"EPA worked expeditiously to enable payment accounts for IIJA and IRA grant recipients, so funding is now accessible to all recipients," the spokesperson wrote in an email.

**The New York Times: As the E.P.A. Withers, Will Its Museum Follow?**

In a city where world-class masterpieces sit in marble temples that line the National Mall, the small museum devoted to the work of the Environmental Protection Agency, tucked away in a federal building near the White House, has not exactly inspired much fanfare. But as President Trump and Elon Musk slash and burn their way through Washington's federal bureaucracy, this humble tribute to the E.P.A.'s mission of curbing pollution and fighting climate change somehow remains open — perhaps as a symbol of resilience, possibly because nobody knows that the museum exists.

# FULL ARTICLES

**AP: EPA backtracks on Trump comment about cutting staff by 65% but says major spending cuts are coming**

Despite a comment by President Donald Trump, the Environmental Protection Agency does not plan to reduce its staff by 65%, the White House and the agency said Thursday, though major budget cuts are likely.

A White House spokeswoman said the 65% figure referred to expected spending cuts at the agency, rather than staffing levels, a comment that was amplified by EPA Administrator Lee Zeldin.

"We don't need to be spending all that money that went through the EPA last year," Zeldin told Fox News on Thursday. "We don't want it. We don't need it. The American public needs it and we need to balance the budget."

President Joe Biden requested about $10.9 billion for the EPA in the current budget year, an increase of 8.5% over the previous one, but Zeldin said the agency needs far less money to do its work. He also criticized EPA grants authorized under the 2022 climate law, including $20 billion for a so-called green bank to pay for climate and clean-energy programs.

Zeldin has vowed to revoke contracts for the still-emerging bank program that is set to fund tens of thousands of projects to fight climate change and promote environmental justice.

**Trump's EPA nominee stays vague on plans as senators press him on climate views**

"I am saying to Congress and to the American public, please don't send us tens of billions of dollars to spend this year," Zeldin said in the Fox interview.

White House spokeswoman Taylor Rogers said Thursday that "President Trump, DOGE, and Administrator Zeldin are committed to cutting waste, fraud, and abuse."

Zeldin "is committed to eliminating 65% of the EPA's wasteful spending," she added.

The head of the EPA's largest union called the comments by Trump and Zeldin "disheartening'' and said there is "a lack of leadership within the EPA."

Marie Owens Powell, president of the American Federation of Government Employees Council 238, said she was saddened by the "carelessness" of Trump's remarks Wednesday at a White House Cabinet meeting. A 65% reduction in staffing would be devastating to the agency and its mission, Powell said, adding that Trump's widely publicized comments put EPA employees "in a tailspin."

The EPA had 15,123 full-time employees as of last December, according to the latest budget. A reduction of 65% would mean the loss of nearly 10,000 jobs.

Efforts by Zeldin and the White House to clarify that Trump was referring to budget cuts — rather than staffing cuts — offer little comfort, Powell said. Such a large spending cut would require major staffing reductions for jobs such as monitoring air and water quality, responding to natural disasters and lead abatement, among many other agency functions, she said.

"Frankly, I don't know if we believe it,'' she said of administration efforts to explain away Trump's comments. Powell cited a White House memo circulated this week that directs federal agencies to develop plans for eliminating thousands

of employee positions and consolidating programs. Such an effort would be devastating to the EPA and other federal agencies, Powell said.

Democrats and environmental groups rushed to defend the EPA's mission, saying huge budget cuts would be disastrous.

"Gutting the agency by 65% will leave polluters unchecked, contaminating clean air, water and public health, and all but guaranteeing greater risk for vulnerable populations like children and the elderly," said Lauren Pagel, policy director of the environmental group Earthworks.

She called on Congress and the courts to "stop this reckless, ideological sabotage of the EPA."
Rhode Island Sen. Sheldon Whitehouse, the top Democrat on the Senate Environment and Public Works Committee, said recent layoffs at EPA, coupled with Zeldin's comments about sharp spending cuts, show he had no intent to follow through on a pledge during his confirmation hearing to work collaboratively with EPA's staff.

"It is now clear that the fix was in from the very beginning, to help the looters and polluters who bankrolled President Trump's campaign," Whitehouse said.

### Newsmax: Lee Zeldin to Newsmax: EPA Budget Can Spare Tens of Billions
Environmental Protection Agency Administrator Lee Zeldin told Newsmax on Thursday that he has a message for Congress: Do not fund the EPA in 2025 the way you did in 2024.

In fact, Zeldin said the agency can run on 65% less.

"I don't want it. We don't need it. The American taxpayer needs it. That's our message to Congress," Zeldin said on "Rob Schmitt Tonight."

Zeldin announced earlier this week the cancellation of nearly $61 million in grants, bringing total taxpayer savings to $171 million in a month. Two weeks before that, Zeldin announced the agency found $20 billion "parked at a financial institution by the Biden-Harris administration."

"I have zero tolerance for any waste and abuse, and I want EPA to be operating as efficiently as possible," Zeldin said. "That means looking at grants and contracts, travel expenditures, real estate footprint and staff, too. We're looking at everything."

Zeldin highlighted $2 billion that the Biden administration gave to a climate group connected to former Georgia Democrat gubernatorial candidate Stacey Abrams.

"I read the grant agreement. On page 7, it gives the NGO 90 days to complete a training called 'How to develop a budget.' If they need to complete a training called 'How to develop a budget,' how do you give them $2 billion?"

Bottom line, Zeldin called the operation criminal.

"Self-dealing, conflicts of interest, a lack of qualifications. And on top of it, it was done in a way where EPA was deliberately tying one hand behind its back to limit oversight. I think this is something the entire scheme should be investigated as criminal," he told Schmitt.

### The Washington Post: FBI investigating Trump EPA claims of fraud in $20B Biden grant fund
FBI agents this week questioned Environmental Protection Agency employees regarding a Biden administration grant program for climate and clean-energy projects, escalating a criminal probe that already caused one veteran prosecutor to resign, according to two people familiar with the matter.

The move came after the Justice Department in recent weeks took unusual steps to advance the investigation, having a Trump-appointed U.S. attorney submit a warrant request when career prosecutors were unwilling and seeking

prosecutors in other offices who would agree to participate in the case, people familiar with the matter said, speaking on the condition of anonymity to disclose internal deliberations about an ongoing criminal investigation.

At issue are grants totaling $20 billion under the Greenhouse Gas Reduction Fund, a program established in President Joe Biden's signature 2022 climate law. The fund seeks to leverage public and private dollars to invest in clean-energy technologies such as solar panels, heat pumps and more, including through community lenders in low-income areas. The Trump-appointed EPA administrator has alleged publicly that the money was awarded with little oversight and said the agency would try to claw back the money from Citibank, which was tasked with disbursing the funds.

The administration ran into its first roadblock in that effort last week, when a senior career prosecutor in the U.S. attorney's office in D.C. resigned rather than carry out the administration's demand to freeze the funds over possible wire fraud. But the investigation did not end there, according to people familiar with the matter.

Interim U.S. attorney Ed Martin then personally submitted a seizure warrant application without any other prosecutors in his office that was rejected by a U.S. magistrate judge in D.C., who found that the request and accompanying FBI agent affidavit failed to establish a reasonable belief that a crime occurred, three of the people said.

Meanwhile, acting deputy attorney general Emil Bove's office approached at least one other U.S. attorney's office in the southeastern United States to launch a grand jury investigation and seek a court-ordered bank freeze, but prosecutors in the office again refused the warrant request, two of the people said. It is not clear whether more evidence has since been obtained or if a warrant was granted elsewhere. But at least three groups that had been awarded money said their accounts have been frozen, and the bank won't tell them why.

Stefan D. Cassella, a former federal prosecutor whose writings on asset forfeiture and money laundering are used widely by judges, prosecutors and defense attorneys, said the moves were atypical.

"It's certainly unusual for any case to involve two different U.S. attorney offices declining a case for lack of probable cause and to have the Department of Justice continue to shop it. That's very unusual. And certainly it would be unusual to continue to shop it after a judge turned it down," he said. "You can't seize a truck, you can't seize a backpack, you can't seize a pair of socks without probable cause."

The DOJ-initiated FBI investigative activity was confirmed by one person briefed on the matter and a second with direct knowledge. One said agents sought information regarding spending under the two components of the Biden "green bank" grant initiative, the National Clean Investment Fund and the Clean Communities Investment Accelerator programs, which seek to finance clean-technology and clean-energy projects.

Citibank — which holds the accounts for the programs — declined to comment for this article, as did the FBI's Washington field office. A Justice Department spokesman said, "Per our usual policy, the department declines to confirm or deny the existence of an ongoing investigation." An EPA spokesperson repeated department administrator Lee Zeldin's allegations.

"When we learned about the Biden administration's scheme to quickly park $20 billion outside the agency, we suspected that some organizations were created out of thin air just to take advantage of this," the spokesperson said. "As we continue to learn more about where some of this money went, it is even more apparent how far-reaching and widely accepted this waste and abuse has been."

The events began to unfold Feb. 12, when Zeldin said the agency would try to claw back the $20 billion and terminate its contract with Citibank for disbursing the funds. Zeldin claimed the Biden administration had awarded the money in "a rush job with reduced oversight," although he did not provide any specific evidence of abuses.

The EPA chief cited a secretly recorded video from Project Veritas, a right-wing group known for its undercover sting operations, in which an EPA official said the Biden administration was "trying to get the money out as fast as possible

before they come in and stop it all. … It truly feels like we're on the Titanic and we're throwing, like, gold bars off the edge."

About a week later, on Feb. 18, the head of the criminal division in the U.S. attorney's office in D.C. resigned after declining to order Citibank to freeze the accounts. Denise Cheung wrote in her resignation letter that the criminal investigation sought by Bove and Martin was unfounded.

She added that Martin overruled her judgment that there was insufficient evidence of a crime to order a bank freeze. Cheung wrote that Bove's office and Martin pressed her to act on Presidents' Day, Feb. 17, a federal and banking holiday.

A government effort to essentially seize billions of dollars in grants awarded by the government by preventing their release is "extraordinary and probably unprecedented," whether done voluntarily by the bank at government request or ordered through a court-approved seizure warrant, said Cassella, the asset forfeiture and money laundering expert. A freeze on all the green grant funds would eclipse by far the U.S. government's largest confirmed financial seizure, when it froze stolen bitcoin worth more than $4 billion in 2022.

While it is not unusual for the FBI or EPA's internal watchdog agency to investigate the spending of taxpayer dollars, ordering a bank to freeze accounts without adequate evidence or legal basis would be a misuse of the Justice Department's powers of criminal investigation, he said.

"To seize bank accounts without probable cause would be illegal" and "a misuse of asset forfeiture laws," Cassella said. "That's why prosecutors in D.C. responsibly refused to do it." He added, "That doesn't mean they didn't turn up new evidence … and a warrant would be appropriate, but we don't know that."

Three grant recipient organizations told The Washington Post they have been unable to draw funds from their Citibank accounts in the past two weeks with no explanation from the bank or the EPA, affecting their ability to pay workers and expenses.

A spokeswoman for the Climate United Fund — a coalition of nonprofit groups that received the largest grant award, nearly $7 billion — said its account has been frozen since Feb. 18, the day Cheung's resignation became public. She said the organization hasn't received a response to several letters and is considering all of its options.

Spokespeople for the Coalition for Green Capital and Justice Climate Fund — which received $5 billion and $940 million, respectively — said they had received no explanation about why their accounts were frozen. Justice Climate Fund claimed its account was frozen Feb. 14, the Friday before Cheung resigned. The three groups are among eight grant recipients to whom the EPA has awarded $20 billion to invest in tens of thousands of projects to fight climate change and promote environmental justice.

Federal asset seizure and forfeiture actions with banks typically unfold in several stages. U.S. prosecutors can covertly investigate a matter, requesting information from a bank — usually with a subpoena from a grand jury. To freeze or seize a bank account, however, they need a warrant issued by a judge. Under limited, emergency circumstances, they can ask a bank to freeze an account temporarily while a seizure warrant is sought under seal, but they still need probable cause.

Finally, the government can go forward with publicly filed charges or a criminal or civil forfeiture action. Any warrant or court-ordered freeze requires probable cause and notice to the account owner in 60 days, Cassella said.

For liability reasons, a bank usually is eager to explain if its action against a customer is at government order. Absent such notice, it is up to the account holder to challenge the action in court if it wants answers or its money.

In her letter, Cheung said she and the FBI Washington field office agreed that it could write to the bank recommending a 30-day administrative freeze on the assets, but not compel it as part of a criminal investigation. Cheung said she wrote

to the FBI that her office believed there may be "potential violations" of federal wire fraud and conspiracy statutes meriting additional investigation, but that the probable cause standard for ordering a freeze had not been met.

Meanwhile, the former EPA official in the Project Veritas video, Brent Efron, was contacted last week by the EPA's inspector general's office and on Monday by an FBI agent from Washington at the request of Miami federal prosecutor Joshua Paster, deputy chief of an asset forfeiture unit with the southern district of Florida, according to a person familiar with the matter. The Miami office is at least the third U.S. attorney's office asked to take part in the investigation. It was not clear if Paster would remain on the case, the person said.

Spokespeople for the U.S. attorney's offices in D.C. and Miami declined to comment.

Efron's lawyer, Mark Zaid, said in an interview that his client "doesn't know what this is about, and that he was never involved in the obligation or disbursement of funds from any EPA assistance program, including NCIF and CCIA [held at Citibank]. And he was not involved in any conversations about EPA and Citibank."

Testifying Wednesday before a House Energy and Commerce oversight subcommittee, EPA acting inspector general Nicole N. Murley said her office also was reviewing spending under the law that created the grant program, adding that EPA's push to meet statutory deadlines raised concerns over the proper vetting of grant recipients, proposed projects and the monitoring of funds.

Murley's office has jurisdiction to investigate fraud, waste and abuse at the EPA — including potential violations of federal fraud, theft and money laundering laws — and is typically the entity to investigate the agency's own spending.

Conservative groups with ties to the fossil-fuel and mining industries praised the EPA's action.

"The Biden administration intended to use a large part of that $20 billion to fund leftist activist groups," said Myron Ebell, a former Trump EPA transition adviser who chairs the American Lands Council, which seeks the transfer of federal land to states, and who has called for repealing the central scientific finding for U.S. action against climate change.

Martin, the U.S. attorney in D.C., also posted about the Climate United Fund before taking office, saying in October, "Insanity: $6.7 billion given to Green activists by Biden to disburse to others. Total graft. Needs to be stopped. @elonmusk better look at this one as DOGE king."

After Zeldin's announcement this month, the U.S. DOGE Service, a group billionaire Elon Musk oversees that aims to slash the size of the federal government, praised him on X for an "awesome job" on saving taxpayer money.

**Minneapolis Star Tribune: EPA restores Minnesota's access to $200 million carbon cutting plan**
The state of Minnesota can move ahead with a $200 million plan to cut its carbon emissions after the Trump administration restored access to the federal grant.

Last week, the Minnesota Pollution Control Agency (MPCA) said the federal spending freeze had blocked its access to grants through the U.S. Environmental Protection Agency.

"As of right now they appear to be available to us," MPCA Commissioner Katrina Kessler said of the grants on Tuesday.

An EPA spokesperson confirmed in an email to the Minnesota Star Tribune that the agency's grant funding from the Inflation Reduction Act and the Bipartisan Infrastructure Law "is now accessible to all recipients."

Those laws — passed under President Joe Biden — made hundreds of billions of dollars in federal grants, loans and tax incentives available for projects that seek to address climate change, including at least $25 billion distributed by the EPA.

Minnesota's $200 million will fund a slew of initiatives, including protecting and restoring more than 10,000 acres of peatlands, reducing food waste and improving the health of farm soil, allowing it to absorb more airborne carbon dioxide.

The EPA's move to reinstate federal funding is the latest reversal by the Trump administration, adding to an already chaotic month marked by mass layoffs and resignations in the federal government. Following executive orders by President Donald Trump aimed at undoing much of his predecessor's environmental legacy, the EPA fired nearly 400 of its employees earlier this month, only to rescind the decision for some of those staffers a week later.

The EPA grants are just part of the larger pool of money from the Inflation Reduction Act, and many other federal environmental grants going to Minnesota remain frozen or otherwise obstructed. That has sown confusion among state agencies, tribal governments and nonprofits that worry the money they've already been awarded won't be made available.

Trump's "executive orders make it clear that these types of funds are supposed to be scrutinized and clawed back by the federal government," Kessler said. "So, we feel very concerned over the fate of these in the long term."

Federal grants are typically administered on a reimbursement basis, meaning some recipients haven't received payment for work already done.

"I just want to be reimbursed for the work that we did," said Ellen Reed, executive director of Mississippi Park Connection, a Twin Cities nonprofit that helps maintain the tree canopy of the Mississippi National River and Recreational Area, part of the National Park Service.
Reed said her organization was awarded more than $2.6 million in grants from the U.S Interior Department and the U.S. Department of Agriculture but has only received about $450,000 so far. The reimbursement account holding the funds, which are meant to last Mississippi Park Connection five years, is no longer accessible, she said.

Tree Trust, another Twin Cities nonprofit that specializes in tree planting, lost its $500,000, three-year grant last week, when the U.S. Forest Service — part of the USDA — rescinded a grant awarded to the Arbor Day Foundation, which acted as an intermediary for the Forest Service.

"The funding was not frozen, the contract was officially terminated between the USDA Forest Service and the Arbor Day Foundation, which therefore terminated our contract with them," Karen Zumach, director of community forestry for Tree Trust, told the Star Tribune.

The city of Minneapolis was also awarded a USDA grant to remove dead trees from low-income residential properties. City officials are waiting on reimbursement for more than $140,000 for the program, which they said has been popular among residents.

"A lot of these removals can be hundreds to tens of thousands of dollars," said Sydney Schaaf, who manages the program for the Minneapolis Health Department. "We just heard from so many participants … folks in really stressful financial situations, who are at risk of losing their homes."

In total, the Forest Service had awarded $1.5 billion in Inflation Reduction Act funding to municipalities, state governments and nonprofits across the country to help replace dead and hazardous trees in urban areas. The Minnesota Department of Natural Resources was awarded $5.25 million from that program. And the Forest Service awarded another $33.44 million in competitive grants to go directly to Minnesota nonprofits, local governments and private companies.

The Minnesota DNR has so far requested reimbursement of $200,000 under that grant but has yet to receive payment from the USDA, the agency said this week. In a statement to the Star Tribune, the USDA said it couldn't provide details on its grants awarded to Minnesota but expressed support for Trump's directives to "eliminate inefficiencies" in the federal government.

"The Trump administration rightfully asked for a comprehensive review of all contracts, work and personnel across all federal agencies," the USDA statement said.

Inflation Reduction Act funding, especially money tied to climate and environmental justice efforts, has become a key target of Trump's spending cuts.

But recipients of the Forest Service grants say their work is not a partisan issue and has broad community support.

Minnesota stands to lose 1 billion ash trees to emerald ash borers, an invasive species of beetle native to eastern Asia that typically kill an infected tree within three years, according to the DNR. State officials have found infestations in more than half of Minnesota's counties.

"Trees are not political," said Kateri Routh, executive director of Great River Greening, a St. Paul-based nonprofit that was awarded a $10 million grant from the Forest Service in 2023. "This is something that when we came out with this grant, people were thrilled. They want to have trees in their neighborhood."

Great River Greening had planned to use the money to plant 10,000 trees over five years, spanning five cities and three public school districts. Faribault, Owatonna, St. Cloud, Brooklyn Center and St. Paul had all worked with the nonprofit to replace dead trees. Routh said that work has now been put on hold. The nonprofit is down more than $225,000 waiting for repayment from the Forest Service, she said.

Routh said the funding pause has created major complications in their plans, which often involve tight deadlines with local tree nurseries. The city of St. Paul had recently removed dead and infected ash trees on public school property.

"They had to remove hundreds of dead ash trees and then had no money to replace them," Routh said. "So, these are school campuses where students are out there just playing in the beating sun."

Schools in Brooklyn Center and Osseo have also had to halt their dead tree removal and replacement, Routh said.

"Right now, they still have dead standing ash trees on their campuses ... which are a huge, huge risk," she said. "Without these dollars coming back into play, those trees are going to stay out there, and they're going to come down in storms."

In 2019, the Legislature approved $1 million in state funding to help combat emerald ash borers, but state officials say it's a fraction of what's needed. Replacing dead or infected trees also helps Minnesota address climate change, according to the state's Environmental Quality Board.

"Not only could Minnesota lose one billion ash trees in our forests, but over one million acres of forests could convert to non-forest ecosystems and sequester far less carbon over the long term," the agency wrote on its website.

**WNWO (NPR, New Orleans): EPA says it has unfrozen billions in funds for climate-related projects**
The U.S. Environmental Protection Agency has unfrozen all grant funding from the Inflation Reduction Act and the Infrastructure and Investment and Jobs Act, a spokesperson for the organization confirmed in an email to Floodlight late Wednesday afternoon. "EPA worked expeditiously to enable payment accounts for IIJA and IRA grant recipients, so funding is now accessible to all recipients," the spokesperson wrote in an email.

The announcement appears to release almost $100 billion allocated by Congress under the Biden administration to fight climate change by reducing greenhouse emissions through a large-scale transformation of the U.S. energy system.

A spokesperson for a Nevada nonprofit confirmed it has been able to begin accessing the $156 million it was set to receive under the EPA's Solar for All program.

The $7 billion program provides funding to states and nonprofit groups to offer solar power to households in low-income and disadvantaged communities through grants and loans. The aim is to help ease annual utility costs and meet climate goals.

"As of Thursday we've been able to draw down our funds," said Kirsten Stasio, chief executive officer for Nevada Clean Energy Fund. "It's unclear if a freeze will be reinstated in the future, but this is a positive sign."

The funds were frozen almost immediately after Jan. 20, the day Donald Trump took office for his second term as president and issued a series of executive orders seeking to halt climate-related funding and declaring an "energy emergency" aimed at boosting fossil fuel production.

The executive orders were quickly followed by a Jan. 29 memo from the Office of Management and Budget (OMB) freezing trillions of dollars in federal financial assistance as part of a government-wide "review" of spending. At least two federal judges, one in Rhode Island and another in Washington, D.C., issued temporary restraining orders barring the Trump administration from freezing the funds. The OMB memo was rescinded on Feb. 3.

In the wake of the rulings and the memo's withdrawal, some funds started to flow again, but billions of dollars tied to the two signature pieces of legislation of the Biden era remained on ice. On Feb 10, U.S. District Judge John J. McConnell Jr. of Rhode Island found that the administration had continued to freeze funds despite his temporary restraining order.

That seems to have changed — at least at the EPA. The change in policy comes a day after U.S. District Judge Loren AliKhan in Washington, D.C., issued a preliminary injunction against the Trump administration, barring it from continuing its funding freeze in any form.

"To be sure, the government is normally entitled to a presumption of good faith on voluntary cessation," AliKhan wrote in her order. "But the court will not confer that presumption when the government says one thing while expressly doing another. And it will not reward parties who change appearances without changing conduct."

Sidney Hill, spokesperson for the New Mexico Energy, Minerals and Natural Resources Department, confirmed the state now has access to the $156 million grant it received under the Solar for All program.

Hill explained the state hasn't done enough work to begin applying for reimbursement payments through the program. But like other recipients, it had been locked out from doing so when the freeze began, he said.

"We can actually access the payment system now, but we haven't applied for any reimbursements yet," Hill said. "But the system is back open to us to do so."

## The New York Times: As the E.P.A. Withers, Will Its Museum Follow?

In a city where world-class masterpieces sit in marble temples that line the National Mall, the small museum devoted to the work of the Environmental Protection Agency, tucked away in a federal building near the White House, has not exactly inspired much fanfare. But as President Trump and Elon Musk slash and burn their way through Washington's federal bureaucracy, this humble tribute to the E.P.A.'s mission of curbing pollution and fighting climate change somehow remains open — perhaps as a symbol of resilience, possibly because nobody knows that the museum exists.

The National Environmental Museum and Education Center, as the E.P.A. museum is known, opened in 2024 on the ground floor of the imposing William Jefferson Clinton Building North on Pennsylvania Avenue. The space is small but bright, in contrast with the drab exhibit in a nearby federal building that served as a beta version of the museum while the permanent one was being designed.

With the Trump administration threatening potentially huge staff and budget cuts, the museum could soon come to serve as a testament to a hobbled, diminished agency.

Displays include the pen that President Lyndon B. Johnson used to sign amendments to the Clean Air Act in 1967; a bottle of "100 Percent Authentic Undiluted Polluted" water (a gag, presumably) from Boston's notorious harbor, which was finally cleaned up in the 1990s; a scratched gray seat from a New York City subway car, to illustrate testing that E.P.A. scientists conducted in 2020 to learn whether the coronavirus spread on surfaces; the second issue of The E.P.A. Journal, with a moody cover image of sunlight bursting through a thicket of trees; and the first edition of "Silent Spring," Rachel Carson's landmark account of the widespread harm caused by the pesticide DDT.

"It was really a labor of love," said Stan Meiburg, who served as acting deputy E.P.A. administrator from 2014 until 2017. Dr. Meiburg recalled that the inspiration for a tribute to the E.P.A.'s work came after Gina McCarthy, the E.P.A. administrator at the time, toured an environmental museum during a 2015 visit to Japan. "That was really all it took," Dr. Meiburg recalled in an interview. "People were tremendously enthusiastic about it."

Some still are. State Senator Nate Blouin, Democrat of Utah, was in Washington last summer, with a little time before his flight back home, when he "stumbled across" the museum — and found himself delightfully surprised. "I thoroughly enjoyed wandering through the space and even came across an exhibit that gave a shout-out to Salt Lake City's public bike program," Mr. Blouin wrote in an email. "It would be a shame to see the work that was already done honoring the country's environmental achievements be scrapped over political posturing."

What may be posturing to Mr. Blouin has been a show of force to Mr. Trump and his supporters. A short walk from the Clinton North building is what used to be the headquarters of the U.S. Agency for International Development, which in January became the first target of Mr. Musk and his so-called Department of Government Efficiency. The agency's headquarters have been shuttered, with signage either covered up or removed, its work force thrown into chaos. Agencies across the executive branch are facing similar cuts, as well as mandates to comply with the president's executive order to cancel all diversity initiatives — and an administration-wide initiative to remove references to climate change in agency communications, including websites.

Lee Zeldin, the new E.P.A. administrator, is a close ally of President Trump who ran unsuccessfully for the New York governorship in 2022 and has no evident experience in environmental conservation. Mr. Zeldin has canceled some $60 million in contracts tied to what a news release described as "wasteful D.E.I. and environmental justice initiatives," using an abbreviation for diversity, equity and inclusion. The agency's new "Powering the Great American Comeback" initiative aims to promote automotive manufacturing, artificial intelligence capacity and energy production — goals not generally considered to be within E.P.A.'s purview. Mr. Zeldin also celebrated the president's renaming of the Gulf of Mexico as "the Gulf of America" by promptly changing the name of the E.P.A.'s division focused on that region.

Mr. Zeldin has expressed eagerness to work with Mr. Musk, praising recent federal dismissals, and has hired industry figures, including a formaldehyde lobbyist, to the top ranks of the E.P.A.

Still, an official who works at the E.P.A.'s headquarters was cautiously sanguine. "I think I'm still feeling out new leadership," the official said, requesting anonymity because he was not authorized to speak to the press. He said that the new E.P.A. officials had not been "quite as openly cruel and dismissive" as new political appointees in other agencies — or the E.P.A. appointees who served during Mr. Trump's first term.

E.P.A. press officials did not respond to a request to comment.

Even as pillars of the federal government topple around it, the small E.P.A. museum stands. Access is free, but not without barriers. First, there is the entrance door, so heavy and unyielding that it is all too easy to assume that the building is closed. Eventually, a gesticulating guard indicates otherwise. Inside, an airport-style security check awaits, with separate bins for laptops and bags — this is, after all, a federal building.

For better or worse, there is no gift store.

On a recent afternoon, the E.P.A. played host to half a dozen or so students from the George Washington University. Their professor, a public health expert, stood near the museum's entrance handing out worksheets. Inside, the students were greeted with a story that had unfurled largely before they were born: the creation of the E.P.A. by President Richard M. Nixon in 1970; the Love Canal toxic waste crisis of 1978, in western New York, which gave rise to the Superfund remediation program; the 1982 protest in Warren County, N.C., against the dumping of contaminated soil in a Black community; the federal response to the Deepwater Horizon oil well blowout off the coast of Louisiana in 2010.

Perhaps understandably, the displays don't have much to say about the chronic underfunding of the Superfund program. Nor about the numerous controversies that saw Scott Pruitt, Mr. Trump's first E.P.A. administrator, forced out of his position in 2018.

Dr. Meiburg, the former E.P.A. official, said he hoped that the Trump administration would realize Republicans and Democrats alike needed clean air and water — and that the president's relentless cost cutters would keep the E.P.A. museum open because it was a testament to that work. "You keep this museum because it tells the actual story," he said. "It's not a partisan story."

## TV CLIPS

**Fox Business: The Evening Edit**
EPA Administrator Lee Zeldin joins 'The Evening Edit' to discuss EPA spending initiatives and potential reforms.

**Newsmax: Rob Schmitt Tonight**
EPA Administrator Lee Zeldin discusses spending cuts at the EPA and efforts to slash wasteful spending.

Message

| | |
|---|---|
| **From:** | Atkinson, Emily [Atkinson.Emily@epa.gov] |
| **Sent:** | 2/18/2025 10:11:32 PM |
| **To:** | Voyles, Travis [voyles.travis@epa.gov] |
| **Subject:** | 2/19/25 Calendar (Travis Voyles) |
| **Attachments:** | Cargill CEO Bio.docx; Cargill+At+a+Glance+one-pager+-+Feb+2025+v6.pdf; OMS Executive Briefing Memo EJ Reconsiderations - FINAL.docx; 2-10-2025 - EJ Position Reconsideration Request with OHCO Response.HEWA.xlsx; Lapse Guidance Briefing 2025_shared post OCFO briefing_v4 1.pptx; Updated 2-18-25 OMS Executive Briefing Memo - Restoring Accountablity for Career Senior Execuitves - ERB_PRB Membership Options 2-14-25 OMS version3.docx; 2-13-2025 - SES Briefing.pptx; SES_SL_ST_One Page.pdf; SES General and CR Positions FINAL.docx; NEPA_EIS_Permitting Transmission Lines_Feb 17 2025.docx; Section 404 of CWA_Permitting Transmission Lines_Feb 18 2025.docx; Administrator's Daily Reading File - February 18, 2025; Administrator's Reading File.2.18.25.pdf; ATT45154; ATT53197; ATT04353; ATT67846; ATT42840; ATT49009; ATT86216; ATT54948; ATT14070; ATT36875; ATT53035; ATT05274; ATT66355; ATT78992; ATT53892; ATT40747; ATT58459; ATT87778; ATT92925; ATT32652; ATT65866 |

## Administrator's Daily Reading File - February 18, 2025



Administrator's
Daily Reading Fil...

Administrator's
Reading File.2.1...

### ▲ Wed, Feb 19

| | | |
|---|---|---|
| ☐ | 7:30 AM – 8:00 AM | Contract/Grant Review |
| ☐ | **8:00 AM – 9:15 AM** | **Free** |
| ☐ | 9:15 AM – 9:45 AM | Meeting w/ Robert McBride |

Section 404 of
CWA_Permitting ...

NEPA_EIS_Per...
Transmission Lin...

| | | |
|---|---|---|
| ☐ | **9:45 AM – 10:00 AM** | **Free** |
| ☐ | 10:00 AM – 11:00 AM | Leadership Check-In |
| ☐ | 11:00 AM – 11:15 AM | Check In with Jeffrey Hall, OECA |
| ☐ | **11:15 AM – 11:30 AM** | **Free** |
| ☐ | 11:30 AM – 12:00 PM | Briefing on SES, OMS |

SES General and
CR Positions FIN...

SES_SL_ST_One
Page.pdf

2-13-2025 - SES
Briefing.pptx

Updated 2-18-25
OMS Executive ...

| | | |
|---|---|---|
| ☐ | 12:00 PM – 12:45 PM | Bi-Weekly with the Office of the Chief Financial Officer (OCFO) || Topic: Lapse in Appropriations |

Lapse Guidance
Briefing 2025_sh...

| | | |
|---|---|---|
| ☐ | **12:45 PM – 1:00 PM** | **Free** |
| ☐ | 1:00 PM – 1:30 PM | Discuss EJ Reconsiderations, OMS |

2-10-2025 - EJ
Position Reconsi...

OMS Executive
Briefing Memo E...

| | | |
|---|---|---|
| ☐ | **1:30 PM – 2:20 PM** | **Free** |

| | | |
|---|---|---|
| ■ | 2:20 PM – 2:25 PM | Meeting w/ Cargill |

Cargill+At+a+Gla...

Cargill CEO Bio.docx

| | | |
|---|---|---|
| ☐ | **2:25 PM – 2:30 PM** | **Free** |
| ■ | 2:30 PM – 3:30 PM | EXTERNAL: In Person: Meeting with National Pork Producers Council, National Milk Producers Federation, US Poultry and Egg Association and the United Egg Producers (Confirmed) |
| ■ | 3:30 PM – 4:30 PM | Cost of Living Huddle |
| ■ | 3:30 PM – 4:30 PM | Meeting on OW Priority Issues |
| ☐ | **4:30 PM – 5:30 PM** | **Free** |
| ■ | 5:30 PM – 5:45 PM | EPA Day 1 EO Implementation Huddle |

**25-01968-AO-EX**

## CERTA Funding in Tillamook County

| Contact/s: | Name | Organization |
|---|---|---|
| | Cyrus Javadi | Oregon Legislative Assembly |

**Instructions:** RA-R10-Prepare draft response for signature by the Regional Administrator for Region 10.

**Signature:** RA-R10-Regional Administrator

**Addressee:** AD-Administrator

**Assigned to:** R10-Correspondence Team

**File Code:** 301_1051_a Records of Senior Officials - Historically significant records of senior officials

**Due:** 28-Feb-25    **CC:** AO-OCIR-RMOD, OLEM-OMIS

**Status:** Response Creation

**Letter Date:** 13-Feb-25

**Received:** 14-Feb-25 5:33 PM

**Created By:** Service SVC_Quill

**Date Signed:**

**Closed:**

**History:**

| Date & Time | Action Taken | Action Taken By |
|---|---|---|
| 14-Feb-25 5:33 PM | Created from email from | |
| 18-Feb-25 4:21 PM | Priority change to Normal (14 days) | Cynthia Gaines |
| 18-Feb-25 6:59 PM | Approval set to Approved | Kristy Miller |
| 18-Feb-25 6:59 PM | Task completed with Decision = Approved | Kristy Miller |

EPA_00299006

**From:** EPAExecSec <EPAExecSec@epa.gov>
**Sent on:** Friday, February 14, 2025 2:26:47 PM
**To:** Quill <Quill@epa.gov>
**Subject:** FW: CERTA Funding in Tillamook County
**Attachments:** CERTA Funding Letter to President Trump.pdf (594.67 KB)


Reading file

---

**From:** Rep Javadi <Rep.CyrusJavadi@oregonlegislature.gov>
**Sent:** Thursday, February 13, 2025 2:34 PM
**To:** Zeldin, Lee <Zeldin.Lee@epa.gov>
**Subject:** CERTA Funding in Tillamook County

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Dear Mr. Lee,

I hope this message finds you well. I am reaching out as a Republican state legislator representing Oregon's coastal communities to express serious concern about the recent freeze on CERTA funding, which was designated for critical energy-efficient housing projects in Tillamook County.

I have attached a formal letter outlining the issue, but to summarize:

- Tillamook County was set to receive $3.78 million in CERTA funds to support 180 new housing units in Manzanita, Rockaway Beach, and Tillamook.
- These projects were designed to provide much-needed workforce and affordable housing while improving energy efficiency in our coastal communities.
- The funding freeze has put these developments at risk, despite their alignment with conservative principles of economic growth, local investment, and long-term sustainability.

I urge your office to review this decision and explore ways to restore these funds so that our communities are not left behind. Housing shortages remain a top concern for Oregonians, and this investment was a step toward a practical, forward-thinking solution.

I would appreciate the opportunity to discuss this matter further and explore possible solutions. Please let me know a convenient time to connect.

Thank you for your time and consideration.

**Best regards,**



**Cyrus Javadi DDS**
Oregon State Rep. HD-32 | Tillamook County, Clatsop County, City of Clatskanie
Capitol Office: (503) 986-1432
Cell Phone: (503) 801-5363

*Please note that all email sent to and from this account is subject to disclosure under public records laws, and may be viewed by HD-32 legislative staff.*

**CYRUS JAVADI, DDS**
**STATE REPRESENTATIVE**
DISTRICT 32



**HOUSE OF REPRESENTATIVES**

February 13, 2025

The Honorable Donald John Trump
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

**Dear Mr. President,**

I am writing to express deep concern regarding the recent freeze on CERTA funding, which was set to support energy-efficient housing projects in Tillamook County, Oregon. This funding is critical to addressing both our housing shortage and the need for more resilient, energy-efficient housing in coastal communities.

Tillamook County was allocated $3.78 million to help develop 180 much-needed housing units across Manzanita, Rockaway Beach, and Tillamook. These projects were carefully planned to provide affordable, energy-efficient housing for working families, seniors, and others struggling with the region's housing crisis. The sudden halt in funding has put these developments in jeopardy, leaving our communities uncertain about their future.

As a Republican, I believe in responsible fiscal policy, but I also recognize that strategic investments in housing infrastructure strengthen local economies, reduce government dependence, and provide stability for working families. Oregon's coastal towns already face significant challenges from rising housing costs and a lack of workforce housing. CERTA funding was a step toward addressing these issues in a way that aligns with conservative principles—supporting economic growth while ensuring housing remains accessible and efficient.

**I urge you to reconsider this funding freeze and allow these projects to move forward as planned**. Ensuring our communities have the necessary resources to thrive is a priority I know we both share.

I appreciate your attention to this matter and would welcome the opportunity to discuss how we can work together to find a solution that supports both fiscal responsibility and the needs of our communities.

**Sincerely,**

Representative Cyrus Javadi
State of Oregon House of Representatives

Capitol Address: 900 Court St. NE, H-373, Salem, OR 97301 – Phone: (503) 986-1432 – Rep.CyrusJavadi@oregonlegislature.gov
District Office: 1010 Main Ave, Tillamook, OR 97141 – District Phone (503) 842-7788

EPA_00299008



**25-01968-AO-EX**

## CERTA Funding in Tillamook County

| Contact/s: | Name | Organization |
|---|---|---|
| | Cyrus Javadi | Oregon Legislative Assembly |

| | |
|---|---|
| Instructions: | RA-R10-Prepare draft response for signature by the Regional Administrator for Region 10. |
| Signature: | RA-R10-Regional Administrator |
| Addressee: | AD-Administrator |
| Assigned to: | R10-Correspondence Team |
| File Code: | 301_1051_a Records of Senior Officials - Historically significant records of senior officials |

| Due: | 28-Feb-25 | CC: | AO-OCIR-RMOD, OLEM-OMIS |
|---|---|---|---|

| | |
|---|---|
| Status: | Response Creation |
| Letter Date: | 13-Feb-25 |
| Received: | 14-Feb-25 5:33 PM |
| Created By: | Service SVC_Quill |
| Date Signed: | |
| Closed: | |

History:

| Date & Time | Action Taken | Action Taken By |
|---|---|---|
| 14-Feb-25 5:33 PM | Created from email from | |
| 18-Feb-25 4:21 PM | Priority change to Normal (14 days) | Cynthia Gaines |
| 18-Feb-25 6:59 PM | Approval set to Approved | Kristy Miller |
| 18-Feb-25 6:59 PM | Task completed with Decision = Approved | Kristy Miller |

EPA_00299009

**From:** EPAExecSec <EPAExecSec@epa.gov>
**Sent on:** Friday, February 14, 2025 2:26:47 PM
**To:** Quill <Quill@epa.gov>
**Subject:** FW: CERTA Funding in Tillamook County
**Attachments:** CERTA Funding Letter to President Trump.pdf (594.67 KB)

Reading file

---

**From:** Rep Javadi <Rep.CyrusJavadi@oregonlegislature.gov>
**Sent:** Thursday, February 13, 2025 2:34 PM
**To:** Zeldin, Lee <Zeldin.Lee@epa.gov>
**Subject:** CERTA Funding in Tillamook County

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Dear Mr. Lee,

I hope this message finds you well. I am reaching out as a Republican state legislator representing Oregon's coastal communities to express serious concern about the recent freeze on CERTA funding, which was designated for critical energy-efficient housing projects in Tillamook County.

I have attached a formal letter outlining the issue, but to summarize:

- Tillamook County was set to receive $3.78 million in CERTA funds to support 180 new housing units in Manzanita, Rockaway Beach, and Tillamook.
- These projects were designed to provide much-needed workforce and affordable housing while improving energy efficiency in our coastal communities.
- The funding freeze has put these developments at risk, despite their alignment with conservative principles of economic growth, local investment, and long-term sustainability.

I urge your office to review this decision and explore ways to restore these funds so that our communities are not left behind. Housing shortages remain a top concern for Oregonians, and this investment was a step toward a practical, forward-thinking solution.

I would appreciate the opportunity to discuss this matter further and explore possible solutions. Please let me know a convenient time to connect.

Thank you for your time and consideration.

**Best regards,**



**Cyrus Javadi DDS**
Oregon State Rep. HD-32 | Tillamook County, Clatsop County, City of Clatskanie
Capitol Office: (503) 986-1432
Cell Phone: (503) 801-5363

*Please note that all email sent to and from this account is subject to disclosure under public records laws, and may be viewed by HD-32 legislative staff.*

**CYRUS JAVADI, DDS**
**STATE REPRESENTATIVE**
DISTRICT 32



### HOUSE OF REPRESENTATIVES

February 13, 2025

The Honorable Donald John Trump
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

**Dear Mr. President,**

I am writing to express deep concern regarding the recent freeze on CERTA funding, which was set to support energy-efficient housing projects in Tillamook County, Oregon. This funding is critical to addressing both our housing shortage and the need for more resilient, energy-efficient housing in coastal communities.

Tillamook County was allocated $3.78 million to help develop 180 much-needed housing units across Manzanita, Rockaway Beach, and Tillamook. These projects were carefully planned to provide affordable, energy-efficient housing for working families, seniors, and others struggling with the region's housing crisis. The sudden halt in funding has put these developments in jeopardy, leaving our communities uncertain about their future.

As a Republican, I believe in responsible fiscal policy, but I also recognize that strategic investments in housing infrastructure strengthen local economies, reduce government dependence, and provide stability for working families. Oregon's coastal towns already face significant challenges from rising housing costs and a lack of workforce housing. CERTA funding was a step toward addressing these issues in a way that aligns with conservative principles—supporting economic growth while ensuring housing remains accessible and efficient.

**I urge you to reconsider this funding freeze and allow these projects to move forward as planned**. Ensuring our communities have the necessary resources to thrive is a priority I know we both share.

I appreciate your attention to this matter and would welcome the opportunity to discuss how we can work together to find a solution that supports both fiscal responsibility and the needs of our communities.

Sincerely,

Representative Cyrus Javadi
State of Oregon House of Representatives

EPA_00299011

Message

**From:** Voyles, Travis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1B106CBC235C47EFA550A831B623BF28-F26BBFA8-54]
**Sent:** 3/4/2025 12:31:37 AM
**To:** Amidon, Eric [Amidon.Eric@epa.gov]
**CC:** Corlett, Thomas [Corlett.Thomas@epa.gov]; Hanson, Paige (Catherine) [hanson.catherine@epa.gov]; Vaseliou, Molly [Vaseliou.Molly@epa.gov]
**Subject:** RE: Test Run - Contracts for Review

These were approved tonight—$116M. I am letting DOGE know on a separate email chain.

| Review Status | OGC Comments- Review Status | AO Comments- Review Status | Need for OMS/Program Details | Date Cancellation Process Started | DOGE Rationale | Terms and Conditions (T&C) | URL |
|---|---|---|---|---|---|---|---|
| Approved to Cancel | | AO Approved - This work is not consistent with Adminstration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

EPA_00299248

| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Approved to Cancel | | AO Approved - This work is not consistent with Adminstration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | |
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

EPA_00299252

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Approved to Cancel | | AO Approved - This work is not consistent with Administration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | |
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

EPA_00299253

| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) | |

EPA_00299254

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Approved to Cancel | | AO Approved - This work is not consistent with Administration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | |
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| Approved to Cancel | | AO Approved - This work is not consistent with Adminstration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Approved to Cancel | | AO Approved - This work is not consistent with Administration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | |
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| Approved to Cancel | | AO Approved - This work is not consistent with Administration priorities of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | |
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Approved to Cancel | | AO Approved - This work is not consistent with Adminstration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | |
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

| Approved to Cancel | | AO Approved - This work is not consistent with Admnistration prioirties of achieving measurable results on the ground to environmental issues. This funding program should be supported by the private sector, not government. Could be one that we get pushback on since it is a grant to a associations or academic institutions. | | 2/16/2025 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Program not in line with administration priorities: Environmental Product Declaration Assistance (5P) | Not awarded yet. No T&C. | Environmental Product Declaration Assistance (5P) (OCSPP) |

EPA_00299268

| Financial Account Indentifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name | Description |
|---|---|---|---|---|---|
| 84108101 | $1,298,635.00 | | $1,298,635.00 | ROCHESTER INSTITUTE OF TECHNOLOGY | Description:<br><br>This agreement provides funding under the Inflation Reduction Act (IRA) to Rochester Institute of Technology. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will assist small construction material manufacturers who recapture &ldquo;waste&rdquo; to manufacture new materials and products. RIT will complete ISO-compliant LCAs using existing, modified or newly developed PCRs and facilitate EPD publication, then examine LCA results, assess improvement opportunities, and assist with implementation. RIT plans to review the process of conducting the LCAs and publishing the EPDs for any gaps or challenges. The project includes conducting a webinar for construction material manufacturers disseminating project results to industry practitioners, architects, builders, and other stakeholders, as well as submitting new upstream and downstream LCI data to the Federal LCA Commons. RIT aims to enhance the environmental impact data related to the production of construction materials and products, specifically those utilizing post-consumer waste. By providing technical assistance and conducting comprehensive life cycle assessments, the initiative seeks to promote a more circular economy, reduce landfill waste, conserve natural resources, and lower embodied |

EPA_00299269

carbon. RIT will partner with small manufacturers, such as KLAW Industries LLC and Pioneer Millworks Inc., to develop and publish EPDs for products like cement, concrete and reclaimed wood. The project will also address potential gaps in existing standards and processes, fostering greater adoption of sustainable materials across the construction industry.

Activities:

The activities include partnering with two small manufacturers to complete ISO compliant life cycle assessment (LCAs) and facilitate EPD publication for four products, identifying relevant Product Category Rules (PCRs) for the products, and If an appropriate PCR is identified, it will be used for the LCAs. If there is no suitable existing PCR, the team will work with the PCR Program Operator (PO) to modify or develop a PCR. RIT will work closely with the project partners to develop the LCAs and subsequently EPD publication. To increase the generation capacity of entities producing EPDs, project partner staff will shadow RIT personnel to learn the LCA process and gain experience with the software to become more self-sufficient for future EPD publications. This experience will be shared in a educational webinar.  Then, RIT will analyze the LCA/EDP results and identify improvement opportunities specific to the products evaluated. RIT will assist the small manufacturers with product/production improvements identified and update their LCA and EPDs accordingly. RIT will also review any gaps or challenges faced in conducting the LCAs and publishing the EPDs. This will include assessment of existing/available PCRs, LCI databases and the EPD publication process, with regard to construction materials and products that use waste as

| | | | | | feedstock. The partner manufacturers will provide input regarding the experience, including data collection requirements, use of the LCA software, engagement with the Program Operator, etc. Based on this review, RIT will analyze results and if the findings are significant, will develop an educational output, such as a guidance document, incorporating lessons learned and apply that approach to develop an EPD for a third company partner. The Final Phase of the project will be to maximize reach and increase the availability of EPDs for construction products that use post-consumer feedstock, by providing education to facilitate the use of EPD development know-how and the lessons learned through this pr |
| --- | --- | --- | --- | --- | --- |

**Description:**

This agreement provides funding under the Inflation Reduction Act (IRA) to the National Glass Association (NGA). This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will focus on collecting and updating LCI data for primary flat glass on a more regionalized basis with improved data quality. Also focus on development of an EPD generator tool for processed glass that will expand access and speed EPD development further into the product supply chain to glass fabricators. And, focus on providing technical, educational, and financial assistance to glass fabricator members for EPD development. Lastly, will improve the understanding about glass end-of-life and quality of LCA part D data, this subproject will work with glass recycling company members of NGA on several deconstruction projects to quantify glass recovery rates and track end-use outcomes for recycled glass.

**Activities:**

The activities include the development of updates to PCRs (flat glass and processed glass), the creation of a processed glass EPD generator tool, collection and aggregation of flat glass data and EPD educational program for processed glass fabricators.

**Outcomes:**

The anticipated deliverables include data collection and

| | | | | | |
|---|---|---|---|---|---|
| 84108601 | $2,146,625.00 | | $2,146,625.00 | t3622 - NATIONAL GLASS ASSOCIATION | |

| | | | | | aggregation from four NGA flat glass member manufacturers, processed glass fabricators. |
|---|---|---|---|---|---|
| | | | | | The expected outcomes include educational materials for processed glass fabricators, processed glass EPD generator tool and updates to the Flat Glass and Processed Glass PCRs. |
| | | | | | The intended beneficiaries include the flat glass manufacturers, processed glass fabricators and procurement officials and specification specialists who must specify/procure materials with more robust EPDs. |
| | | | | | Subrecipient:<br><br>No subawards are included in this assistance agreement. |

Description:

The EIFS Industry Members Association (EIMA) is a nonprofit trade association that represents the Exterior Insulation and Finish Systems (EIFS) industry, including suppliers, manufacturers, contractors, architects and other EIFS industry stakeholders. EIFS is an integrated, cost-effective, durable and highly energy-efficient exterior cladding system used broadly in construction projects in the U.S. EIMA will develop robust EPDs for EIFS products, producing a combination of industry-wide and facility-based EPDs.

EIFS is a modern, multi-layer, durable, and highly energy-efficient exterior cladding solution used broadly in construction projects in the United States and internationally.

It was introduced in the United States in 1969 and is used in a broad array of construction applications including housing, hospitals, casinos, hotels, shopping malls,

schools, and many more private and commercial building uses.

Activities:

The provider will work directly with manufacturers to collect facility specific primary and supply chain data to use in developing EPDs in conformance with international, voluntary consensus standards, and all other standards that are suitable for the U.S. market for EIF. This project will develop three industry-wide &ldquo;parent&rdquo; EPDs for EIFs that will include collecting data from 25 manufacturing facilities across the United States. Once the parent EPDs have been developed, the LCA Provider will work with

| 84109001 | $2,189,939.00 | | $2,189,939.00 | t7534 - EIFS Industry Members Association | |

individual manufacturers to develop EPDs for a total of 7 distinct EIF systems  and the various options that each of the  manufacturers have in their product lines.  These EPDs will develop baseline data for  the various options, allowing the manufacturers to  more easily develop new EPDs as their product lines evolve. EIMA will also work with EIFS installers, contractor organizations, and the established labor union to support training, including to residents in underserved communities, as part of its workforce development strategy.  EIMA staff and LCA provider will offer a series of Technical Assistance workshops that introduce them to the LCA provider, orient the manufacturers to the EPD process, assist them in data collection, and, ultimately, utilize and promote the completed EPDs for their products

Outcomes:

This project will develop three industry-wide &ldquo;parent&rdquo; EPDs for EIFs that will include collecting data from 25 manufacturing facilities across the United States.

EIMA will develop EPDs for a total of 74 distinct EIFS systems These EPDs will develop baseline data for EIFS manufacturers to more easily develop new EPDs as their product lines evolve. EPDs generated with support from this grant will be published to an accessible, open, public, free-to-use EPD data platform that is reliable, secure, 508 compliant in terms of accessibility with data discoverability via APIs, and with robust search and filtering capabilities. In addition, EIMA will make the EPDs available on other platforms such as GaBi

and ecoinvent and promote findings through industry

educational resources. EIMA will offer a series of Technical Assistance workshops to orient the manufacturers to the EPD process, assist them in data collection, and, ultimately, utilize and promote the completed EPDs for their products.

Subrecipient:

No subawards are included in this assistance agreement.

Description:

This agreement provides funding under the Inflation Reduction Act (IRA) to Portland Cement Association (PCA). This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will establish a rebate incentive program for manufacturers to develop and provided third party verified EPDs. Additionally, strives to develop industry-wide EPDs via one or more contracted consultants. Lastly, participate in the develop of the PCR for SCM and continue to provide educational aspects to stakeholders.

Activities:

The activities will include PCA to administer a reimbursement program for the development of EPDs, solicit and review applications for reimbursement funds that will Incentivize EPD development by manufacturers through a reimbursement program that seeks Industry-average EPD development. PCA will perform data collection for life cycle inventories and verify/publish industry-average EPDs. They will perform PCR Development and facilitate the merger of cement and SCM PCRs that will assist to facilitate development of a unified cementitious materials PCR. Another activity that PCA will conduct is to hire a consultant to provide training and on-call technical assistance to stakeholders that uses PCR specific training materials for EDP development. Additionally, they will develop and deliver

| 84108501 | $2,445,363.00 | | $2,445,363.00 | t6083 - PORTLAND CEMENT ASSOCIATION | |

| | | | | | training programs on EPD development and develop a LCA Calculator and Benchmarking Tool. |
| | | | | | Outcomes: |
| | | | | | The anticipated deliverables will include PCA receiving fully developed and verified EPDs, a LCA Calculator and Benchmarking tool, and produce training materials, webinars, handbooks, websites via a consultant. |
| | | | | | The expected outcomes include PCA receiving fully developed and verified EPDs as well as a revised/update PCR to be used for EPD development. |
| | | | | | The intended beneficiaries include manufacturing organizations of concrete products and the entire construction industry. |
| | | | | | Subrecipient: |
| | | | | | No subawards are included in this assistance agreement. |

EPA_00299278

| | | | | | Description: |
|---|---|---|---|---|---|
| | | | | | This agreement provides funding under the Inflation Reduction Act (IRA) to West Virginia University Research Corporation. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will provide technical assistance to West Virginia construction material manufacturers in developing EPDs under new and updated PCRs. This project will include onsite technical assistance, training, and workshops. Specifically, the project will support businesses in West Virginia and neighboring states to create robust EPDs through comprehensive life cycle assessments, with a focus on small businesses in rural and disadvantaged communities. The initiative will include industry-targeted outreach, database enhancement, on-site and off-site technical assistance, training workshops, webinars and community outreach. This multi-faceted approach is designed to lower emissions of hazardous and other locally impacting pollutants, thereby improving air quality and public health. The project will leverage existing networks and partnerships with organizations like the West Virginia Manufacturing Extension Partnership and the West Virginia Office of Economic Development. It will develop a baseline database of construction material manufacturers, distribute draft EPDs and guidance documents, and provide personalized on-site technical assistance through planned visits. Additionally, the project will engage businesses through conferences and create a public domain EPD sharing |
| 84108001 | $2,486,224.00 | | $2,486,224.00 | WEST VIRGINIA UNIVERSITY RESEARCH CORPORATION | |

platform to make the knowledge and EPDs accessible to all. By helping businesses develop and verify EPDs, the project will enhance their competitiveness in supplying federal and institutional construction projects, thereby fostering economic growth and job creation.

Activities:

The activities include development of a database of businesses in West Virginia and neighboring states that manufacture construction materials and products, performing an outreach campaign to assess the state of EPDs under various PCRs and to improve awareness, developing and disseminating draft EPDs and guidance documents, gathering quantitative and qualitative data on manufacturer operations prior to site visits, site visits which will include onsite data collection, data verification, EPD submission, post-site visits, virtual assistance, resource development, knowledge sharing, hosting webinars and workshops on topics like LCAs, GHG measurement, data standardization, and industrial decarbonization, advertising for and hosting two conferences that will be focused on educating and promoting discussion of data collection and EPD development and gathering feedback post-conference, and public EPD platform development.

Outcomes:

The anticipated deliverables include a database of regional construction businesses (including basic facility-specific information), data and education on regional construction EPDs, customized EPD guidance for prioritized businesses, detailed facility-specific manufacturing and process emissions data,

|  |  |  |  |  | verified facility-specific data and EPD process development, facility-specific EPDs and reports, virtual technical support, technical assistance materials, promotion materials, education and training materials, conferences and conference feedback data, and a public EPD platform. |
|  |  |  |  |  | The expected outcomes include encouraging businesses to develop and/or verify EPDs and, along the way, take steps to lower their emissions of hazardous and other locally impacting pollutants. It is expected that the participating businesses, by having EPDs, can better compete in supplying federal and other institutional construction projects, creating jobs and other economic opportunities. |
|  |  |  |  |  | The intended benef |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Description: |
| | | | | | This agreement provides funding under the Inflation Reduction Act (IRA) to Cornell University. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will address gaps and challenges in the deconstruction-to-reuse value chain by convening experts across academia, industry and nonprofit organizations. The group will develop a Salvaged Products Passport (SPP) that combines a robust EPD+ dataset with elements of a product catalog (or materials passport) to enable adoption of reuse by industry at scale.  With their project partners - the Cornell University Circular Construction Laboratory (CCL), Urban Machine (UM), Finger Lakes ReUse (FLR) and Build Reuse (BR) &ndash; the grantee will develop a process and template called Salvage EPD (SEPD) that will  function as a product catalog for salvaged materials when used with a materials passport. These two sources of documentation will form a Salvaged Products Passport (SPP). The goals of the SPP are to spur market demand, enable application and procurement of salvaged materials, increase the transparency of greenhouse gas data, and assist businesses in disclosing and verifying this data. |
| | | | | | Activities: |
| 84107101 | $2,499,999.00 | | $2,499,999.00 | CORNELL UNIVERSITY | The activities include carrying out deconstruction case-studies to generate data on the intensity of 'production' for salvaged materials. The resultant |

materials will then be reprocessed to develop batch-level Salvaged Environmental Product Declarations (SEPDs), to form a basis for extrapolation. Using LiDAR and AI-enabled technology, WP2 will conduct full-building scans of at least six structures to create itemized Salvaged Product Passports (SPPs) for all wood products within the surveyed buildings. . Extrapolating from scans collected in WP2, WP3 will create two large-scale stock and flow analyses using Ithaca, New York and Bay Area, California. Each case study will comprise at least 5,000 structures, generating an early understanding of the quantity and quality of materials available for salvage in the future. The datasets, tools technology, and software packages will be made publicly available. Packaging the learnings from wood reuse into a replicable methodology, the project will focus on scaling and distributing information through the connections of the project partners.

Outcomes:

The anticipated deliverables include at least three confirmed deconstruction case-studies, processing 200-300 tons of material, approximately 200-300 batch-level SEPDs generated, 10,000 individual product Material Passport datasets generated, full-building scans of at least six structures, two large-scale stock and flow analyses (Ithaca and location in Bay Area), urban material resource maps, methodology for standardizing SEPDs and their associated PCRs, and developing an interrogation methodology to identify key characteristics of materials (e.g., origin, original use).

The expected outcomes include itemized SPPs for all wood products within the surveyed structures, automatic SEPD generation and tracking technologies during salvage processing using novel computer vision, acoustic and quantification technology developed by Urban Machine. Augmented with process and context related data, this will generate SEPD data on salvage logistics and processing, including energy needed to harvest and transport the materials, re-process wood for reuse and transport materials to their end user. Datasets, tools and software will be made publicly available. Packaging the learnings from wood reuse into a replicable methodology the project would scale and distribute information through the connections of the project partners.

The intended beneficiaries include architecture, engineerin

| | | | | | Description: |
|---|---|---|---|---|---|
| | | | | | This agreement provides funding under the Inflation Reduction Act (IRA) to The University of Texas at Austin. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will develop supply chain emission data sets for three salvage product categories: dimensional lumber, commercial doors and waste plastic. Using these data sets, The University of Texas at Austin intends to develop PCRs for salvaged materials and establish a framework for robust EPDs for salvaged materials. The project also includes an open-source toolkit for computing the environmental impacts of salvaged construction products and materials.

Partnering with Urban Machine, re:3D, Doors Unhinged, The Reuse People and Florida A&amp;M University, this project aims to develop robust product category rules (PCRs) for salvaged and remanufactured construction materials. The project seeks to quantify the greenhouse gas and air quality impacts associated with remanufacturing processes by conducting a comprehensive uncertainty assessment for materials such as dimensional lumber, commercial doors and 3D printed waste plastic. This data will help create transparent EPDs, enhancing confidence in the environmental benefits of using remanufactured materials over raw/virgin products. This project will contribute to reducing greenhouse gas emissions and to support a growing marketplace for sustainable construction materials. |
| 84106801 | $3,268,757.00 | | $3,268,757.00 | University of Texas at Austin | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Activities:<br><br>The activities include Initialization of Data Collection Process, Supply-Chain Specific Data Collection, Uncertainty Assessment, PCR Development, and Reporting Outputs.<br><br>Outcomes:<br><br>The anticipated deliverables include Upstream supply chain mappings, Transforming activities definitions, Identifying transforming activities, Collecting LCI data sets, Industry data collection, Air quality measurements, Distribution functions for emissions sources, Sensitivity analysis, Collecting PCRs and EPDs for virgin materials, Virgin and remanufactured material emission comparison, Identification of remanufacturing materials unique characteristics, PCR development, Third-party verification of PCRs, Open-source upstream emissions toolkit for salvaged materials, and Publishing PCRs and EPDs.<br><br>The expected outcomes include Promoting low GHG materials through quantitative comparison of virgin and remanufactured products; Program precedence for generating PCRs &amp; EPDs for salvaged materials; and Improving air quality for communities by quantifying air pollutant benefits of remanufacturing over newly manufactured materials and associated industries.<br><br>The intended beneficiaries include non-profits and construction material remanufacturers in Texas, California, Florida, and Pennsylvania. |

Subrecipient:

Doors Unhinged will be providing access to historical data, ongoing projects to track and quantify carbon emissions associated with remanufacturing commercial doors; coordinate participation in measuring indoor/outdoor air quality.

In order to capture greenhouse gas emissions related to material recovery, one graduate student (GRA 4) and one undergraduate student from FAMU will visit two demolition sites in Leon County, Florida. In addition, one graduate student from UT Austin (GRA 1) will travel to the following locations to collect greenhouse gas emissions data: City of San Antonio, Texas, City of San Francisco, California, and Pittsburgh, Pennsylvania.

RE:3D (Dr. Sassaman) will be collecting data on greenhouse gas (GHG) and air quality emissions associated with a series of remanufacturing demonstrations. Demonstrations will focus on 3D printing using waste plastic products from buildings.

The Reuse People (project coordinator or analyst)

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **Description:** |
| | | | | | This agreement provides funding under the Inflation Reduction Act (IRA) to the International Code Council - Environmental Services. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will develop robust EPDs in major material sectors such as: concrete, steel, wood, and emerging materials that currently do not have significant representation in the EPD market. |
| | | | | | **Activities:** |
| | | | | | The activities include developing robust EPDs in major material sectors such as: concrete, asphalt, steel, wood, and emerging materials that currently do not have significant representation in the EPD market. The grant will include project to develop an EPD generator tool for wood construction products. Additionally, there will be education, outreach and technical assistance offerings to industry in the steel, concrete, wood and emerging material sectors to support the development of robust EPDs. |
| | | | | | **Outcomes:** |
| 84108901 | $3,500,000.00 | | $3,500,000.00 | t9814 - INTERNATIONAL CODE COUNCIL, INC. | The anticipated deliverables include robust EPDs from 100 concrete producers, 40 asphalt producers, 25 steel fabricators, 25 engineered wood manufacturers, 25 dimensional lumber manufacturers, 10 plywood manufacturers and up to 30 emerging material |

manufacturers. These EPD projects will focus on the Pacific Northwest Region of the United States.

The expected outcomes include up to 1,400 EPDs generated from this grant project, a new facility specific EPD generator tool for wood construction materials. These will help advance the number of robust EPDs in exiting and emerging construction materials spaces.

The intended beneficiaries include regionally important construction material sectors in asphalt, concrete, steel and emerging materials. States such as Oregon and Washington will be able to increase states' capacity for procuring lower embodied carbon construction materials. These efforts will balance the availability of EPDs across materials throughout the region.

Subrecipient:

No subawards are included in this assistance agreement.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Description: |
| | | | | | This agreement provides funding under the Inflation Reduction Act (IRA) to Rebuilding Exchange. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will use data collected at its two reuse stores and through its deconstruction services to demonstrate the reduced embodied greenhouse gas in salvaged construction materials. Through this project, they will develop 25 EPDs, train 150 participants through a workforce training program, and share data online. The goal of the project is to enhance the quality of greenhouse gas data associated with salvaged materials, provide tools for other practitioners, create new/updated EPDs that demonstrate the significant embodied carbon reduction and other environmental impacts of salvaged materials, and spur market demand. |
| | | | | | Activities: |
| | | | | | The activities include developing a workforce training program curriculum to provide embodied carbon data and reporting experience for the training of 150 trainees. The activities also include developing a design plan for data collection methods from two salvaged building materials stores and in-house deconstruction services to incorporate into EPDs for lumber, brick, stone, flooring, and doors. Developing and executing a plan to collect and assess data to create 25 new LCAs and/or update LCAs, and developing and publishing 25 |
| 84108701 | $3,887,329.00 | | $3,887,329.00 | t9433 - EVANSTON REBUILDING WAREHOUSE | |

EPA_00299290

EPDs. Developing a toolkit for other reuse retail and deconstruction service providers to strengthen data collection, analysis, and reporting. Developing a case study report that provides project activities, outcomes, and recommendations of how the data can be used to spur market demand for salvaged construction materials. Incorporating the EPDs into an expanded digital marketplace that will allow comparisons to newly produced products. Additional activities include materials flow mapping, a deconstruction project calculator to measure environmental impact of deconstruction vs demolition, and development of a robust education and outreach program (fact sheets, visual aids, and infographics).

Outcomes:

The anticipated deliverables include a workforce training program curriculum, training of 150 trainees in embodied carbon and data collection and analysis, development of LCA and EPD data resulting in creation of 25 new EPDs for salvaged materials, development of a toolkit for other reuse retail and deconstruction service providers, a project case study report, digital marketplace that will include salvage vs new comparability, materials flow mapping, deconstruction project calculator and EPD integration. Deliverables also include education materials such as fact sheets, visual aids, and infographics.

The expected outcomes include expanding the number of salvaged material EPDs, expanded education of the salvage/reuse community - nationally, regionally, and locally - about the lower embodied carbon footprint of salvaged building materials. Engaging key

EPA_00299291

stakeholders - local government, universities, corporations, and construction companies - on the new EPDs and encourage greater procurement of salvaged materials for construction projects. Sharing the LCA-EPD information more broadly in national reuse, architectural, and design spaces through outreach and engagement activities such as webinars and conference presentations.

The intended beneficiaries include architecture, engineering, and construction professionals, LCA practitioners, academia, and material manufacturers and suppliers.

Subrecipient:

No subawards are included in this assistance agreement.

Description:

This agreement provides funding under the Inflation Reduction Act (IRA) to The University of California, Davis. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will develop guidance for new Product Category Rule (PCR) creation and Environmental Product Declaration (EPD) verification. The activities will expand EPD scope beyond cradle-to-gate and recommend

performance categories and functional categorization methods for fair, transparent material comparisons.

This project will target asphalt and concrete pavement materials. Technical guidance, online educational materials, and training for EPD developers and consumers will raise awareness about knowledge gaps, database inconsistencies, and decision-making approaches, including project life cycle assessment. Annual workshops will facilitate stakeholder communication, while educational materials and training for minority-serving colleges and community colleges in underserved census areas will increase workforce diversity in the construction materials sector.

Activities:

The activities include prepare and publish RFP to select contractor to plan and convene five annual workshops, to select LCA data expert and LCA tool developer, establish and maintain

| | | | | | |
|---|---|---|---|---|---|
| 84109301 | $4,222,307.00 | | $4,222,307.00 | UNIVERSITY OF CALIFORNIA, DAVIS | |

a dedicated website for a finalized dissemination plan, develop criteria for achieving consensus on EPD verification, EPD benchmarking guide, develop a framework for expanding EPD&rsquo;s scope beyond production stage, consideration of impact categories other than global warming, facilitate PCR development, EPD upstream data gap analysis and recommendations, expanded scope EPD for materials to develop a methodology that incorporates all factors influencing life-cycle environmental impacts within the contractor&rsquo;s control in a Design-Bid-Build (DBB) contract, develop a comprehensive methodology for creating a whole-project environmental impact budget specific to transportation infrastructure, integration of project Environmental and Cost life cycle assessments, Online self-paced training modules on product characterization, setting EPD benchmarks, and interpreting EPDs to facilitate decision-making for desired materials will be developed for state and local agency staff, semi- annual, annual an final reports.

Outcomes:

The anticipated deliverables include develop a technical guide document for achieving consensus on EPD verification, develop a technical guide document, a tech brief, online self-paced training, develop a technical guide document for expanding EPDs beyond production stage, develop a technical guidance document with recommendations for consideration of social impact indicators and equity, including locations of impacts in the environmental analysis, develop a technical guide per material

| | | | | | PCR to facilitate and summarize findings, including available data, missing data, actions to start collecting data, costs, and anticipated timeline for EPD, develop a technical guide for EPD upstream data gap analysis and recommendations, develop a technical guide for informing LCA and LCCA integration for projects and training modules and outreach campaigns for students. |
| | | | | | The expected outcomes include connections with industry and agency stakeholders expand across the United States, conduct annual workshops will serve as a platform for exchanging information, sharing perspectives, identifying areas requiring attention, fostering cross-agency dialogue, reaching consensus, and organizing initiatives, a dedicated website serving as a hub for news, newsletters, tech briefs, and a repository of developed technical guides. The guides will be assigned a DOI for scholarly recognition, draft EPD criteria for th |

EPA_00299295

| | | | | | Description: |
|---|---|---|---|---|---|
| | | | | | This agreement provides funding under the Inflation Reduction Act (IRA) to International Living Future Institute (ILFI). This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will develop &quot;Declare Environment,&quot; a new product label that will simplify the disclosure of complex EPD data. The project aims to increase EPD adoption, improve product environmental performance, and foster industry awareness. |
| | | | | | Activities: |
| | | | | | The activities include, developing a science-based, industry-aligned, user friendly tool that elevates the accessibility and actionability of complex EPD data; developing and hosting summits and trainings to foster awareness, share insights, and advocate for change to accelerate industry transformation; building on established industry best practices to create clear definitions and methodologies for EPDs that are facility and supply-chain-specific and adhere to recognized international standards; developing and provide free, publicly available tools and an easy-to-access and navigate database for making decisions and selecting best-in-class products; using an outcome evaluation to track metrics related to the project, and developing reports to meet EPA's reporting requirements. |
| 84110601 | $4,662,182.00 | | $4,662,182.00 | t1259 - INTERNATIONAL LIVING FUTURE INSTITUTE | |

| | | | | | Outcomes: |
| | | | | | The anticipated deliverables include industry-aligned technical requirements, a user-friendly tech platform, a compelling product label, educational activities (summits, trainings, webinars, etc.), and an impact evaluation, as well as annual reporting to EPA. |
| | | | | | The expected outcomes from the above-listed deliverables, include: increased number of robust EPDs in the marketplace, enhanced EPD data accessibility and actionability, empowered manufacturers through environmental performance recognition, and informed decision-making for architecture, engineering, and construction professionals. |
| | | | | | The intended beneficiaries of these outcomes include construction material manufacturers (e.g., manufacturers of flooring, insulation, among other materials); and architects, engineers, construction professionals. |
| | | | | | Subrecipient: |
| | | | | | No subawards are included in this assistance agreement. |

Description:

This agreement provides funding under the Inflation Reduction Act (IRA) to the American Wood Council. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will expand the amount of data and enhance transparency about U.S. wood product.

Activities:

The activities include advancing EPDs for wood products by improving primary life cycle data collection and reporting, updating PCRs, conducting a gap analysis, creating an EPD generator tool, improving disclosures for wood in Whole Building Life Cycle Assessments, and administering pass-through grants to U.S. wood product manufacturers to create EPDs.

Outcomes:

The anticipated deliverables include datasets on upstream forestry data and untreated and treated wood products, public life cycle impact data, EPD generator tool for wood products, an updated PCR for wood products, and EPDs from wood product manufacturers.

The expected outcomes include improved transparency and access to the environmental impacts of wood products and increased availability and quality of EPDs for wood construction

| 84110001 | $6,000,000.00 | | $6,000,000.00 | t8613 - AMERICAN WOOD COUNCIL | |

products.

The intended beneficiaries include U.S. wood products mills, and architecture, engineering, and construction (AEC) professionals.

Subrecipient:

There will be 4 subawards as part of this grant with activities as follow:

The Composite Panel Association will conduct a literature review to gather information about the disposition of finished wood products (structural lumber and panels; kitchen cabinets, and laminate flooring containing wood).  A data collection effort will be developed to solicit information about the average finished product service life and the fate of the products at end of life.  Further, the research will include an evaluation of the role preservatives play in limiting landfill degradation. This cradle-to-grave information will come from volunteer companies and affiliated trade associations.

Woodworks will work with multiple software developers to incorporate data from the Federal LCA Commons and EPDs for products associated with the construction of wood buildings (light frame and mass timber), to have a better understanding of the wholistic carbon benefits of using wood products.

Treated Wood Council will update the &ldquo;PCR for North American Pressure-Treated Wood Products&rdquo;,

| | | | | | set to expire October 30, 2027. Funding from EPA will assist in convening a working group with stakeholders beginning in 2026 and funding consultants to assist with the PCR Update Process, as well as the independent third-party review. TWC will also conduct a gap assessment of other PCRs that cover treated wood to determine where updates might be requisite to support harmonization internationally. This task will identify differences and improve comparability.<br><br> The U.S. Endowment for Forestry and Communities, will Develop a Digital Platform to Provide High Quality, Transparent Forest and Wood Carbon Data to Users of Wood Products. Funds will cover key aspects of website development and interface with external audiences. Funds will also ensure alignment of the platform with the suite of available LCA &amp; EPD tools to allow their systems to integrate EPD data contained on this platform for use by architects, engineers, and others. |
|---|---|---|---|---|---|

| 84111301 | $6,000,000.00 | | $6,000,000.00 | t6030 - COLLABORATIVE COMPOSITE SOLUTIONS CORP | Description:<br><br>This agreement provides funding under the Inflation Reduction Act (IRA) to ACMA-IACMI CIRCLE Partnership. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient (ACMA and IACMI CIRCLE partnership) will deploy an industry-funded LCA-EPD generator and assist manufacturers in developing EPDs for composite construction materials and products. The project includes developing new Product Category Rules (PCRs) and modifying existing PCRs where needed, educating more than 200 manufacturers and their customers on the use of EPDs, and working with universities to develop gate-to-grave data that can be incorporated into EPDs. This project will address a current need as well as harmonize technological advancement with environmental responsibility and pave the way for a more sustainable future in construction and infrastructure.<br><br>Activities:<br><br>The activities include providing support costs (reimbursement) to composite construction material manufacturers for developing and completing environmental product declarations (EPDs). Additionally, EPDs developed under the project will be evaluated against EPA's Low Embodied Carbon Label Program Approach. The project will prepare LCA for low carbon raw materials, the effect of which will be an increased ability of composite manufacturers to use |

EPA_00299301

these materials to drive reductions in their cradle-to-gate climate impacts. Develop Product Category Rules (PCRs) that can be used to prepare robust EPDs for composite products. PCRs will include provisions for the statement and justification of Reference Service Life, allowing infrastructure designers and builders to determine how many times the component or structure will need to be replaced during the design-lifetime of the structure. Other activities to be performed are; provide industry and end-users education on assessment and use of life cycle impacts, work with universities to increase data availability, and conduct educational seminars and webinars related to composite EPD development.

Outcomes:

This project plans to produce 50 EPDs for Fiber Reinforced Polymer (FRP) composites construction and infrastructure products made by smaller manufacturers. CIRCLE Partnership will cover participant support costs for companies developing EPDs. Additionally, the project will launch new Life Cycle Inventory (LCI) for low-carbon raw materials for use by the composites industry, as well as develop 3-4 new/modified PCRs for composite materials that will allow preparation of robust EPDs addressing post-gate impacts.

The intended beneficiaries include architecture, engineering, and construction professionals, LCA practitioners, academia, and composite material manufacturers and suppliers.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Subrecipient:<br><br>CIRCLE partnership will identify and engage universities and community colleges that have the facilities, equipment, and technical expertise necessary to conduct state-of-the-art characterization of the construction, use, and disposal stages of composites in infrastructure and construction applications. This work will include accelerated testing in a laboratory environment and sampling and testing of composite elements from the field.<br><br>Outcomes include; estimated Service Life of composites in various applications and quantified environmental impact data for composites in the Construction, Use &amp; End-of-Life stages that can be included in EPDs and that quantify the Gate-to-Grave greenhouse gas emissions in a variety of Infrastructure &amp; Construction applications<br><br>IACMI is accountable for effectively monitoring the performance of subrecipients and successful completion of the pro�ject including all milestones, deliverables, and report |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Description:<br><br>This agreement provides funding under the Inflation Reduction Act (IRA) to Hemp Building Institute. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will provide a baseline understanding of current EPDs and LCAs for biogenic materials, identification of improvement areas and standardized PCRs for biogenic materials, work with the existing PCR committee for Agricultural Crops to strengthen their work and create a robust cradle to gate PCR for agricultural crops used in building materials, design and develop an EPD generator, create a Measurement, Reporting and Verification (MRV) system, and develop training modules to conduct webinar training sessions to help industry create EPDs using their tool.<br><br>Activities:<br><br>The activities include working with subrecipients (Alabama State University, California Strawbale Association, National Hemp Association) to research and gather data to establish a baseline understanding of current EPDs and LCAs for biogenic materials, identification of improvement areas and standardized PCRs for biogenic materials, work with the existing PCR committee for Agricultural Crops to strengthen their work and create a robust cradle to gate PCR for agricultural crops used in building materials, design and develop an EPD generator tool, create a Measurement, Reporting and Verification (MRV) system, develop training modules to |
| 84107801 | $6,186,200.00 | | $6,186,200.00 | t9952 - Hemp Building Institute | |

conduct webinar training sessions to help industry create EPDs using their tool, and marketing efforts (leveraging California Strawbale Association and National Hemp Association) to encourage adoption and use of the tools, systems and PCRs being created. Work with Alabama State University will also include a training program where students will gain hands-on experience with life cycle analysis and increase their sustainability acumen.

Outcomes:

The anticipated deliverables include a comparative analysis report, cradle to gate PCR for agricultural products used in construction materials, cradle to grave PCRs focused on Hempcrete and other biogenic products as building materials, a comprehensive EPD generator and MRV tool, Compiled list of health-related impact categories and data, robust environmental product declarations for 25-40 different products, training modules and technical assistance.

The expected outcomes include more robust data and environmental product declarations for biogenic materials, enhanced efficiency and accuracy in environmental impact assessments and life cycle analysis (LCA), more individuals trained in LCA practice leading to a diverse workforce and published PCRs in this space.

The intended beneficiaries include universities, non-profit organizations and manufacturers of biogenic materials.

Subrecipient:

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Alabama State University - Will be conducting an in-depth comparative study of existing EPDs and LCAs for biogenic building materials, focusing on the agricultural contribution. They will also establish a program for the development of LCA specialist workforce. Working with an LCA practitioner and Program Operator, students will gain

hands-on experience and increase their sustainability acumen.


Healthy Materials Lab - Will focus on the health impacts of biogenic building materials to create criteria to evaluate these materials including toxicity

and circularity. This increases the understanding of the overall impact of these materials beyond the traditional EPD requirements.


California Strawbale Association and National Hemp Association - Increase outreach to relevant industry experts, understanding of

EPDs and our developed tools.


Manufacturers - Develop robust EPDs for various construction materials made from biogenic m |

EPA_00299306

Description:

This agreement provides funding under the Inflation Reduction Act (IRA) to University of Massachusetts. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will reduce the environmental impacts of domestic construction activity, steel production, and product manufacturing through increasing the quality, transparency, and geographic coverage of life cycle inventories and resultant EPDs representing steel products.

Activities:

The activities include the development of life cycle inventory and EPD generator tools that can automate production of steel product EPDs, create an EPD repository, and update the steel PCR. The University of Massachusetts Amherst will also provide educational resources to students and design, construction and steel industry professionals.

Outcomes:

The anticipated deliverables include LCI datasets to be publicly available and added to the LCE commons database, an updated PCR, an EPD generator tool and resulting EPDs for steel construction products.

| 84108301 | $6,371,426.00 | | | $6,371,426.00 | UNIVERSITY OF MASSACHUSETTS LOWELL | The expected outcomes include improved access to high-quality EPD generation for a broader |

EPA_00299307

range of steel product manufacturers, and a more skilled and mature workforce familiar with sustainable practices and setting a new standard for steel product EPDs.

The intended beneficiaries include manufacturers and fabricators of steel products (particularly small businesses), designers, engineers and specifiers using EPD data, and state policy makers and code enforcement needing better data.

Subrecipient:

2 Subawards to AISC &amp; AISI trade associations

AISC&rsquo;s role in this project will entail managing and assisting in data research and/or collection activities, developing periodic reports for project activities, providing extensive guidance and oversight to the consultant(s) throughout all aspects of this project, and coordinating and participating in frequent collaborative meetings with the project team, federal agencies, and project participants and supporters. AISC further anticipate contributing to the development of training modules to accompany the developed tools and products from this project, and to present project updates and results at conferences and webinars throughout the U.S.

AISI&rsquo;s role in this project will entail managing and assisting in data research and/or collection activities, developing periodic reports for project activities, providing extensive

| | | | | | guidance and oversight to the consultant(s) throughout all aspects of this project and coordinating and participating in frequent collaborative meetings with the project team, federal agencies, and project participants and supporters. AISI further anticipates contributing to the development of training modules to accompany the developed tools and products from this project, and to present project updates and results at conferences and webinars throughout the U.S. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **Description:** |
| | | | | | This agreement provides funding under the Inflation Reduction Act (IRA) to National Ready-Mix Association (NRMCA). This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will establish a reimbursement and or rebate program to provide incentives for manufacturers to develop EPDs. |
| | | | | | **Activities:** |
| | | | | | The activities include NRMCA to establish an online grant application for pass&#8208;through grants for new concrete EPDs, administer and award pass&#8208;through grant incentive A (new plants that did not have EPDs before) and for incentive B (plants with revised EPDs to 2025 PCR with GWP lower than NRMCA benchmark). NRMCA will hire a quality management expert to develop written guidelines for EPD tools, EPD Verifier processes, EPD Program Operators and those who enter data into EPD tools. Additionally, a searchable website that is ADA compliant will be created. NRMCA will also develop an EPD Specialist Education and Certification Program using a certification system for individuals to achieve EPD Specialist Certification. |
| 84107301 | $9,632,293.00 | | $9,632,293.00 | t9195 - NATIONAL READY-MIXED CONCRETE ASSOCIATION | **Outcomes:** |

The anticipated deliverables include 5 low&#8208;carbon workshops per year over the next 5 years in 25 different cities, publish benchmarks in roughly 30 regions in 2025 (up from 9 regions) for 12 classes of concrete and will use data generated by the 4,500 plants with EPD capabilities from Task 1 to produce benchmarks for at least 50 regions (approximately 30 states and 20 metropolitan areas) for 12 different strength classes or more.  NRMCA will also develop PCR for Admixtures and publish them in 2026, publishing IW EPD and Benchmark Report for Admixtures in 2025.  Lastly, provide pass-through grants up to $5K for product specific EPDs through their incentive rebate program for manufacturers.

The expected outcomes include NRMCA increasing the number of EPD tools for concrete from 2 to 4 and the number of EPD Verifiers from 4 to 8.  They will certify 500 Concrete EPD Specialists to ensure high quality, robust and accurate EPDs. An update to the existing PCR will be done in 2026 and publish an Industry Wise Wide EPD and Benchmark Report in 2025.  Provide pass-through grants for product specific EPDs and administer pass-through grant applications.  NRMCA proposes to triple the number of plants (from 1,500 to 4,500) with EPD capabilities by offering monetary incentives.

The intended beneficiaries include manufacturers and the overall construction industry.

Subrecipient:

| | | | | | No subawards are included in this assistance agreement. |
|---|---|---|---|---|---|
| | | | | | |

Description:

This agreement provides funding under the Inflation Reduction Act (IRA) to the American Center for Life Cycle Assessment. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will increase the number of practitioners in the field by establishing LCA competencies and other industry standards, enhancing EPD standardization across sectors by updating ACLCA&rsquo;s PCR Guidance and a PCR repository, and establishing a life cycle inventory data center to curate and support background data for use in PCRs. This project will yield an adoptable framework to reduce embodied greenhouse gas emissions in construction materials and products.

Activities:

The activities include efforts in three distinct workstreams: workforce development, EPD standardization, and data improvement and harmonization. Under workforce development, the American Center for Life Cycle Assessment (ACLCA) will conduct efforts to identify required LCA competencies including establishing a training program, taking efforts to seek its broader adoption, developing sector specific specializations in the program, improving and expanding upon ACLCA's existing LCA certifications, and establishing a knowledge hub for LCA practitioners to leverage to further their professional

| | | | | | |
|---|---|---|---|---|---|
| 84111101 | $9,696,503.00 | | $9,696,503.00 | t0497 - AMERICAN CENTER FOR LIFE CYCLE ASSESSMENT | |

development. For EPD standardization, ACLCA will focus on updating their product category rule guidance (open standard), establishing a stakeholder group focused on PCR improvement, and establishing and improving a product category rule repository. Lastly, ACLCA will take efforts on data improvement and harmonization by developing a data portal which will identify data quality requirements of secondary life cycle inventory datasets, as well as identifying data gaps for future data development.

Outcomes:

The anticipated deliverables include a published skills framework document, case studies on process learning and outcomes, certification exams, online training courses, updated and secured digital certificate system for LCA certifications, a PCR guidance addendum manual, an updated PCR guidance document, minimum data requirements for secondary data, and release of the data portal.

The expected outcomes include increased LCA certified professionals within the construction industry, various roundtables and convenes guiding the development of aforementioned deliverables, and increased assessment of data quality of secondary life cycle inventory datasets.

The intended beneficiaries include the larger construction industry that uses secondary data, product category rule committees, and users of environmental product declarations.

Subrecipient:

No subawards are included in this assistance agreement.

| | | | | | Description: |
|---|---|---|---|---|---|
| | | | | | This agreement provides funding under the Inflation Reduction Act (IRA) to the Precast/ Prestressed Concrete Institute (PCI). This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which disclose the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal in conformance with international standards. This project focuses on updating the existing precast concrete Product Category Rule (PCR) and producing product-specific Environmental Product Declarations (EPDs) across three trade associations: PCI, the National Precast Concrete Association (NPCA) and the American Concrete Pipe Association (ACPA). It will entail updating the existing PCR, developing an EPD generator tool, and providing training and support to member companies for producing EPDs with the tool. The project also allows for the creation of EPDs under the current PCR while an update is conducted. The project will empower precast concrete manufacturers to develop and produce compliant EPDs, providing transparent and verifiable embodied carbon information to buyers and sellers of precast concrete. The project will partner with NPCA and ACPA to implement this project, reducing embodied greenhouse gas emissions in line with the Inflation Reduction Act and EPA guidelines. By enhancing the PCR and developing a new EPD generator tool, the project will support over 500 manufacturers in producing more than 1,500 new or updated EPDs and ultimately positioning the U.S. precast concrete industry as a leader in embodied carbon reporting and disclosures. |
| 84110301 | $9,975,000.00 | | $9,975,000.00 | t9174 - PRESTRESSED CONCRETE INSTITUTE | |

Activities:

The key activities of this project include updating the existing precast concrete Product Category Rule (PCR), overseeing the development and ensuring required verification of a new Environmental Product Declaration (EPD) generator tool that conforms to the new PCR for precast concrete, and thirdly, working to develop, deploy, and provide training and technical assistance to precast companies using the new EPD generator tool to produce Type III product and/or facility-specific EPDs.

Outcomes:

The anticipated deliverables include precast industry adoption of a new, updated, and enhanced PCR that captures a majority of precast industry products, generation of greater than 1,500 new EPDs flowing from the new PCR and the EPD-generator tool, offering ongoing joint technical training to manufacturers, and completing an analysis and documentation of any correlations between EPD generation and embodied carbon impact mitigation from this project.

The expected outcomes include a greater transparency and sharing of embodied carbon reporting by key precast concrete industry and community stakeholders to complement ongoing GHG reduction efforts within the United States. The production of more than 1,500 new or updated EPDs will also help position the U.S. precast concrete industry as a leader in embodied carbon reporting and disclosures.

The intended beneficiaries include, through PCI's partnership with the National

| | | | | | Precast Concrete Association (NPCA) and the American Concrete Pipe Association (ACPA), over 500 precast and prestressed concrete manufacturers across all 50 states who will receive assistance to produce an estimated 1,500 new or updated EPDs for the precast concrete industry.<br><br><br><br>Subrecipient:<br><br>The recipient has partnered with the National Precast Concrete Association (NPCA) and the American Concrete Pipe Association (ACPA) as partners to assist with implementing the tasks outlined in the project workplan. These partners will assist with nearly all aspects of the project: they will function as advisors for the update of the existing precast concrete PCR and development and rollout of the EPD generator tool, while directly assisting PCI with overseeing EPD generation and quality assurance activities. The project workplan provides fu |

Description:

This agreement provides funding under the Inflation Reduction Act (IRA) to Oklahoma State University. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will lead the creation of the National Center for Sustainable Construction Materials to promote low carbon construction materials (LCCMs) and generate robust EPDs for materials such as asphalt, concrete, steel and their additives. In collaboration with 11 universities across the U.S., the project will provide extensive training, create educational programs, and design tools and incentives for adopting LCCMs in the market. It also focuses on developing benchmarking methods, identifying high-impact parameters beyond global warming potential, and integrating EPDs into construction specifications. The Center's efforts include K&ndash;12 outreach and workforce development to nurture future professionals in sustainable construction.

Activities:

Oklahoma State University&rsquo;s project will focus on establishing a national center and EPD centers of excellence at other universities, facilitating training for stakeholders such as engineers, owners, material suppliers and contractors, facilitating the generation of EPDs, establishing a benchmarking approach, identifying high-impact parameters beyond GWP,

| 84108801 | $9,990,311.00 | | $9,990,311.00 | OKLAHOMA STATE UNIVERSITY | |

working with Departments of Transportation and Tribes to incorporate EPDs into specifications, and performing K&ndash;12 outreach and workforce development programs.

Outcomes:

The anticipated deliverables include a National Center for Sustainable Construction Materials at Oklahoma State University, Centers of Excellence at partnering universities, EPD assistance and trainings to manufacturers, an EPD repository portal with query capabilities, training materials to all stakeholders of the construction materials industry, train-the-trainer events, training material and instructional modules for STEM K-12 camps, EPD data collection templates and instructional videos, one-on-one trainings, a series of checklists, decision trees, and an online tool including Material Design Tools, monitoring EPD development, published benchmarking procedures, and published specifications including EPDs.

The expected outcomes include increased education through written, face-to-face, and online training modules to help construction, engineering, and ownership team members to design, specify, and procure LCCMs. The project will publish design tools that are practical and easy to implement that will help producers to predict the performance, engineering properties, sustainability, and durability of LCCMs. The project will facilitate conversations with all stakeholders in regional and national meetings to ensure that everyone is heard and able to share their opinions, experiences, and best practices. The project will create incentives to lower

costs and risks for the industry and facilitate the necessary changes to adopt LCCMs. Direct beneficiaries of this assistance agreement include architecture, engineering, and construction professionals, LCA practitioners, academia, and material manufacturers and suppliers.

Subrecipient:

This proposal includes subawards for a consortium of ten universities that will constitute the National Center for Sustainable Construction Materials, with each university (except Langston) working as Centers for Excellence (CoEs). Each CoE will be handling states adjacent to their respective states and will be working with construction material producers in those states to provide training, technical assistance, and EPD assistance money to producers that will help increase the number of EPDs in those states. Each partnering university has submitted their respec

Description:

This agreement provides funding under the Inflation Reduction Act (IRA) to University of Washington. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will focus on advancing robust data for EPDs, and provide rigorous LCA training to students and professionals.

Activities:

The first workstream is focused on expanding and validating LCA research and resources. This workstream will focus on addressing gaps in foundational LCAs to support lower cost, more comparable and reliable data using streamlined processes and tools. Tasks include creating digital resources to scale robust EPDs; extending and validating impacts considered by building sector EPD policies, and connect EPDs to building-scale LCAs for robust comparisons.

The second workstream is focused on validating and expanding robust LCA education. Building from the leadership of ACLCA's Education Committee's skills framework and lifelong learning structure for LCA education, this workstream will apply the ACLCA framework within three universities and at least one continuing education setting mapping out opportunities and challenges and developing aligned curricular structures. Learning outcomes will be defined and evaluated through

| 84107001 | $9,990,668.00 | | $9,990,668.00 | UNIVERSITY OF WASHINGTON | |

surveys of curriculum pilots run. External feedback on draft recommendations will be obtained and findings will be disseminated. Tasks include running LCA curriculum pilots, refining the curriculum, and publishing the curriculum. This workstream will also implement an internship program designed to address inequities in workforce development.

Outcomes:

The anticipated deliverables include methodology documents, case studies, templates, reports, and an open source curriculum.

The expected outcomes include more robust PCRs, more comparable and standardized LCA models, an expansion of impacts addressed in construction materials policies (beyond GWP), adoption of open source curriculum leading to increased industry capacity on low embodied carbon construction.

The intended beneficiaries include students who participate in the internship program (at Howard University and University of Washington), the building materials sector, the LCA community, historically underrepresented communities in the LCA practitioner space.

Subrecipient:

Howard University will lead the task &quot;Internship: LCA and Environmental Justice&quot;. To advance the development of an equitable workforce, this workstream will recruit students

from disadvantaged communities at UW and from Howard University (a Minority Serving Institution and HBCU) to participate in an internship program. Students will learn about LCA fundamentals and engage in research integrating environmental, health and social impacts integrated with environmental justice into LCA methods and metrics. Includes: 1) a multi day in person bootcamp, 2) a 20-week long mentorship program during the following academic year led by UW and Howard, and 3) an online virtual symposium in the winter.

University of California - Berkeley will lead the task &quot;Apply, validate, and Extend ACLCA's education framework&quot;. Building from the leadership of ACLCA's Education Committee's skills framework and lifelong learning structure for LCA education, this task will apply the ACLCA framework within three universities and at least one continuing education setting mapping out opportunities and challenges and develop aligned curricular structures. Learning outcomes will be defined and evaluated through surveys of curriculum pilots. External feedback on draft recommendations will be gathered and the findings will be disseminated.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Description:<br>This agreement provides funding under the Inflation Reduction Act (IRA) to the National Asphalt Pavement Association. This program is to support the development, enhanced standardization and transparency, and reporting criteria for environmental product declarations (EPDs) which include the measurement of embodied greenhouse gas emissions associated with all relevant stages of production, use, and disposal, in conformance with international standards. The recipient will focus on: (1) making EPDs for asphalt mixtures more robust and broadly available by improving the existing EPD program and providing rebates for companies who publish EPDs; and (2) implementing workforce development and education programs on EPDs for asphalt mixtures. The NAPA project&rsquo;s key partners include Auburn University, the University of New Hampshire, Oklahoma State University, the University of Washington, the University of Nevada at Reno, Construction Partners Inc., and Lindy Paving.<br><br>Activities:<br>The activities include enhancing the existing EPD program by updating the PCR for Asphalt Mixtures and developing a new PCR for dry mix additives. A rebate program will be established to encourage EPD development among asphalt mix producers, particularly targeting small businesses and disadvantaged communities. Furthermore, the project will offer educational modules and credentialing programs to train stakeholders on best practices in EPD development and usage, promoting widespread adoption and informed decision-making in the industry.<br><br>Outcomes:<br>The anticipated deliverables include: a revised PCR for Asphalt Mixtures and a PCR for |
| 84107901 | $10,000,000.00 | | $10,000,000.00 | t7105 - NATIONAL ASPHALT PAVEMENT ASSOCIATION INC | |

Dry Mixture Additives, both in conformance with PCR Criteria; revised software to aid asphalt mixture producers in developing EPDs; LCAs for RAP and RAS processing and an enhanced LCI model for asphalt plant; and rebates for approximately 2,100 asphalt plants for developing EPDs.

The expected outcomes include: an increase in disclosure of GWP impacts of asphalt mixtures by asphalt mixture manufacturers; a simplified process for asphalt producers to generate EPDs with higher quality data, resulting in a more transparent marketplace for lower embodied carbon asphalt; and the development of more than 2,100 asphalt mixture EPDs.

The intended beneficiaries include asphalt mix producers nationwide and those that procure materials from them.

Subrecipient:
Subawardees include: Auburn University, University of New Hampshire, Oklahoma State University, University of Washington, University of Nevada at Reno, Construction Partners
Inc., and Lindy Paving.

Subawardees will fill the following roles:
Auburn University will support a number of activities, including: the creation of a free certification or credentialing program for Emerald Eco&#8208;label users; conducting a feasibility assessment for including the use phase in the pavement PCR; the creation of an EPD/Embodied Carbon Module for the AU NCAT&rsquo;s Professor Training Course; creating an EPD/Embodied Carbon module for AU NCAT's Asphalt Engineer Workshop; developing a video education series on asphalt and Embodied Carbon; and enhancing the accuracy and assess the variability of energy data used in EPDs.

The University of New Hampshire will support the project by acquiring, collecting and/or processing construction data for asphalt paving for use in EPDs.

The University of Oklahoma will be responsible for two primary tasks - translating Agency Mix Design Templates to EPD Data Inputs; and developing and maintaining National Registry of Agency Mix Types and integrate it into Emerald Eco-Label Software by creating a training materials in a learning management system and writing a manual for the credentialing program.

The University of Washington, in partnership with Auburn University, will support the development and execution of a credentialing program for Emerald Eco-Label Users

The University of Nevada at Reno will lead constructi

**Date
Signed**

1/14/2025

EPA_00299328

12/4/2024

EPA_00299329

12/4/2024

EPA_00299330

12/3/2024

EPA_00299331

12/5/2024

11/27/2024

12/3/2024

EPA_00299334

12/16/2024

EPA_00299335

11/27/2024

EPA_00299336

1/8/2025

12/2/2024

12/2/2024

EPA_00299339

12/16/2024

12/3/2024

EPA_00299341

12/4/2024

EPA_00299342

12/18/2024

EPA_00299343

12/19/2024

EPA_00299344

12/11/2024

EPA_00299345

1/3/2025

EPA_00299346

12/3/2024

EPA_00299347

1/6/2025

--

Travis Voyles

C: (202) 787-0595

---

**From:** Voyles, Travis
**Sent:** Monday, February 17, 2025 6:00 PM
**To:** Amidon, Eric <Amidon.Eric@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Test Run - Contracts for Review

Attached is the first set of GRANTS for review—around $42M possible left in these to cancel.

The first few large ones are the EJ Thriving Communities Technical Assistance Centers (TCTACs)—
https://www.epa.gov/environmentaljustice/environmental-justice-thriving-communities-technical-assistance-centers
There were 18 in total established, so we are missed a number of them. Not sure why they didn't all get captured, but will be something if we want to move forward with the couple included here, we probably want to apply a broad approach and cancel them all in the vein of "reassessing the program". I personally do not see the need for these and at the state-level, EPA and the TCTAC grantees refused to engage with the state in any kind of coordination.


--

Travis Voyles
C: (202) 787-0595

**From:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Sent:** Friday, February 14, 2025 9:15 AM
**To:** Amidon, Eric <Amidon.Eric@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Test Run - Contracts for Review

Super helpful. Thank you!!

**From:** Amidon, Eric <Amidon.Eric@epa.gov>
**Sent:** Friday, February 14, 2025 9:14 AM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** Re: Test Run - Contracts for Review

The "base and all options value" would represent the magnitude of the waste, and the "outstanding" value would represent how much we were able to immediately save. It is my understanding that even though some of these contracts are at zero, they could be easily replenished and remain active until canceled.

**From:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Sent:** Friday, February 14, 2025 8:55:02 AM
**To:** Amidon, Eric <Amidon.Eric@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Test Run - Contracts for Review

Confirming that would be the total obligation vs the outstanding value.

**From:** Amidon, Eric <Amidon.Eric@epa.gov>
**Sent:** Friday, February 14, 2025 8:53 AM

**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** Re: Test Run - Contracts for Review

Some of these have no money left, so I think lumped together this time and highlighting the over $50 million saved in one alone….also we could use the the amount already spent on these to highlight waste and how they are now officially canceled and will not happen agasin.

---

**From:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Sent:** Friday, February 14, 2025 8:18:14 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Amidon, Eric <Amidon.Eric@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Test Run - Contracts for Review

Does LZ want all of these announced either individually or lumped into a press release or just a cumulative number via tweet?

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 10:07 PM
**To:** Amidon, Eric <Amidon.Eric@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Test Run - Contracts for Review

We'll have to go contract by contract to determine that. We can discuss with OMS and OGC tomorrow on how the process works and options.

Letting the DOGE team know now these are cleared.

--

Travis Voyles
C: (202) 787-0595

---

**From:** Amidon, Eric <Amidon.Eric@epa.gov>
**Sent:** Thursday, February 13, 2025 9:46 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Test Run - Contracts for Review

These are good to go.

Quick question – Are we legally able to pull back any of the "obligated"?

Added Molly for her awareness.

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 7:32 PM
**To:** Amidon, Eric <Amidon.Eric@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** Test Run - Contracts for Review

EPA_00299350

| Review Status | OGC Comments-Review Status | AO Comments-Review Status | Need for OMS/Program Details | PIID | Terms and Conditions | DOGE Rationale | Notes from EAS Description (if need more go to OMS) |
|---|---|---|---|---|---|---|---|
| For Final Review | Reviewed | AO Approved - While under CAA purview, this is directly tied to "environmental climate justice" focused programs, which is outside of statutory responsibilities. | N/A | 68HERH24F0023 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | Technical assistance for planning, development, implementation, and reporting assistance related to the environmental climate justice program. |
| For Final Review | Reviewed | AO Approved - If need for the External Civil Rights side of incorporating into EPA programs, then we can revisit in future contracts. | N/A | 68HERH23F0237 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. If we were doing this, we should insource. | The contractor will fulfill OEJECR's need for EJ and Civil Rights programming and learning material in support of implementing EJ and Civil rights considerations into EPA policies, programs, and activities. |
| For Final Review | Reviewed | AO Approved - Should have been caught in initial DEI-related contracts review and cancelled | N/A | 68HE0P24F0031 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | The Suppliers are encouraged to bid on training 40 employees for 3 days of training over a 5-week training period, spread out over 5 months that is in person training. The training will focus on critical leadership skills and should include some training on Environmental Justice, Working with Communities, and Diversity Equity Inclusion and Accessibility (DEIA). |

| For Final Review | Reviewed | AO Approved - Furthering "cumulative impacts" assessment does not align with Adminstration priorities. | N/A | 68HERC24F0330 | No notice required. Term for convenience. FAR 52.249 | Waste: Should be in-sourced. (Training material development.) And HIA probably has a DEI angle, though it is not explicit here. | The EPA Office of Research and Development (ORD) is collaborating with Region 5 to develop Health Impact Assessment (HIA) learning objectives and training materials for new and existing EPA staff, and potentially external partners, such as states, to understand and perform HIA in an EPA context. ORD has a long history of doing HIA research and practice. Based on our experience, we are well-positioned to be a resource for the Agency as it is building capacity to do cumulative impact assessment (CIA), of which one existing methodology is Health Impact Assessment. Cumulative impact assessment is a priority by which EPA has committed to addressing environmental justice issues. |
| For Final Review | Reviewed | AO Approved - Not something that should be outsourced. | N/A | 68HERH23F0327 | No notice required. Term for convenience. FAR 52.249 | Waste: Retreats might be wasteful, and external contractor support for a retreat is definitely wasteful. | The contractor shall provide strategic planning, facilitation and leadership support for the Office of Land and Emergency Management (OLEM), Office of Emergency Management (OEM) conferences and meetings related to OEM senior management and staff office wide retreats.  Support for this task order should also include an experienced, skillful facilitator to conduct interviews with each OEM staff and |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | manager, provide developmental training exercises and training materials, pre-retreat development of an agenda and topical discussions to include strategic planning, and provide highlights after the meeting. |
| For Final Review | Reviewed | AO Approved - Should have been caught in initial DEI-related contracts review and cancelled | N/A | 68HERC23P0042 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Procure Gartner HR research and advisory services covering employee experience, diversity, equity, inclusion and accessibility, and work life integration. |
| For Final Review | Reviewed | AO Approved - Should have been caught in initial DEI-related contracts review and cancelled | N/A | 68HERH24P0143 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE |
| For Final Review | Reviewed | AO Approved - Should have been caught in initial DEI-related contracts review and cancelled | N/A | 68HERC23F0428 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) |

EPA_00299353

| For Final Review | Reviewed | AO Approved - Should have been caught in initial DEI-related contracts review and cancelled | N/A | 68HERH24F0409 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Provides administrative support and meeting planning support to the office of environmental justice and external civil rights. |

| Date Cancellation Process Started | Base and All Options Value | Base Exercised Options Value | Total Obligation | Outstanding Value | Recipient Name |
|---|---|---|---|---|---|
| 2/11/2025 | $117,931,407.48 | $70,122,340.16 | $64,668,605.16 | $53,262,802.32 | ENDYNA, INC. |
| 2/11/2025 | $6,895,921.10 | $3,206,754.60 | $750,000.00 | $6,145,921.10 | ENDYNA, INC. |
| 2/11/2025 | $228,292.84 | $43,000.00 | $43,000.00 | $185,292.84 | HUMAN CAPTIAL RESOURCES & CONCEPTS INC |

| 2/11/2025 | $248,464.00 | $109,528.00 | $109,528.00 | $138,936.00 | PEGASUS TECHNICAL SERVICES, INC |
| 2/11/2025 | $108,255.27 | $108,255.27 | $64,533.82 | $43,721.45 | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. |
| 2/11/2025 | $95,922.00 | $95,922.00 | $95,922.00 | $0.00 | GARTNER, INC. |
| 2/11/2025 | $180,000.00 | $180,000.00 | $180,000.00 | $0.00 | LIGHTHOUSE STRATEGY CONSULTING LLC |

| 2/11/2025 | $985,889 | $985,889 | $985,889 | 0 | ICF INCORPORATED, L.L.C. |
| 2/11/2025 | $257,672.10 | $257,672.10 | $257,672.10 | $0.00 | INTSCI-ENDYNA LLC |

**Public Contract Description**

BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION

THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING.

TASK ORDER FOR
FACILITATION,
LEADERSHIP
DEVELOPMENT, AND
OFFICE-WIDE RETREAT
SUPPORT (FOLLOW-ON
TO EP-17-W-003/0013)
UNDER MULTIPLE-
AWARD BRIDGE
CONTRACTS FOR OFFICE
OF LAND AND
EMERGENCY
MANAGEMENT, OFFICE
OF EMERGENCY
MANAGEMENT.

CONSULTING SERVICES
TO DEVELOP A
COMPREHENSIVE PLAN
AND STRATEGY WHICH
ADDRESSES DIVERSITY,
EQUITY, INCLUSION,
ACCESSIBILITY, AND
STAFF ENGAGEMENT IN
A WAY THAT IS
MEANINGFUL,
RELEVANT, AND
APPROPRIATE FOR A

STEM AUDIENCE.
TRAINING OFFERED
SHOULD BE

SUPPORT FOR
EXPANDING THE
ENVIRONMENTAL
JUSTICE CONTENT
WITHIN ACE (AMERICA'S
CHILDREN AND THE
ENVIRONMENT)

CONTRACTOR SUPPORT
FOR OFFICE OF
ENVIRONMENTAL
JUSTICE AND EXTERNAL
CIVIL RIGHTS, OFFICE OF
POLICY, PARTNERSHIPS
AND PROGRAM
DEVELOPMENT,
PARTNERSHIPS AND
COLLABORATION
DIVISION.

--

Travis Voyles
Assistant Deputy Admnistrator
Office of the Administrator
U.S. Environmental Protection Agency
C: (202) 787-0595