Message

| | |
|---|---|
| **From**: | Segovia, Theresa [Segovia.Theresa@epa.gov] |
| **Sent**: | 3/18/2025 2:06:18 AM |
| **To**: | HR@opm.gov [hr10@opm.gov] |
| **CC**: | Voyles, Travis [voyles.travis@epa.gov] |
| **Subject**: | RE: What Did You Do Last Week? |

1.      Facilitated weekly OEJECR managers meeting
2.      Reviewed contracts and grants recommended for termination by DOGE
3.      Collaborated with Office Director for OEJECR ORMC on EO compliance/implementation of HR and Budget areas

4.      Meetings- met with: Assistant Deputy Administrator and Deputy Chief of Staff re: RIF/Reorg next steps; Office of Mission Support Deputy Assistant Administrator to discuss 2/11/2025 RIF/Reorg memo messaging re: EJ/DEI; participated (in person) at the Agency Senior Staff Meeting representing the office; and met with regional Director(s).

5.      Court injunction-Assessed impacts (as a result of the national injunction) to IRA funded EJ grants recently identified for termination. Categorized Grants which do not contain updated termination clause in grant terms and Conditions. Closely working with OMS and OGC on next steps.



**Theresa Segovia**
Acting Assistant Administrator
Office of Environmental Justice and
   External Civil Rights (OEJECR)
**Phone**: 202-564-0137
**Email**: segovia.theresa@epa.gov
1200 Pennsylvania Ave, NW
Washington, DC 20460
**www.epa.gov**

Message

| | |
|---|---|
| **From**: | Park, Susan [Park.Susan@epa.gov] |
| **Sent**: | 2/24/2025 1:33:51 AM |
| **To**: | HR@opm.gov [hr8@opm.gov] |
| **CC**: | Voyles, Travis [voyles.travis@epa.gov]; Segovia, Theresa [Segovia.Theresa@epa.gov] |
| **Subject**: | RE: What did you do last week? |

1-    <u>Compliance with EO, Presidential Memos, OPM Guidance, and DOGE</u>- Conducted an internal compliance review of OEJECR led financial assistance agreements (i.e. grants, interagency agreements, etc.). Compliance review included review and assessment of progress reports, drawdowns, adherence to terms and conditions, and substantive involvement of Project Officers (oversight). Briefed EPA Assistant Deputy Administrator (Travis Voyles) on compliance results (100% compliance for all grants reviewed). Reviewed DOGE flagged contracts and grants and recommended termination for those that did not align with administration priorities, and retention for those actions that had direct alignment with statutory and/or regulatory responsibilities. Provided EPA Assistant Administrator requested information on the Thriving Communities Grantmakers program, including status of budget (cumulative award, drawdown, unliquidated obligated funds), grant application, and project description.

2-    <u>Operations</u>- Updated the roster for OEJECR to reflect recent probationary terminations, staff placed on paid administrative leave, and staff that elected to participate in the Deferred Resignation Program and/or Voluntary Early Retirement Authority (VERA) opportunity. Updated roster will be used to determine chain of command/management structure, staff workload distribution, identify critical gaps for reassignment of roles/responsibilities and areas where external support is needed. Worked with Program Management Official and Human Resources Official on Return to Office planning, ensuring seat assignments for all staff returning to the office on 2/24/2025 (and beyond) had workstation/office assignments. Working with Records Officer to ensure offboarded staff are in compliance with record retention policies. Ensured all timecards were properly coded for terminated and administrative leave staff.

3-    <u>External Civil Rights Compliance</u> (Title VI of the Civil Rights Act of 1964)- Reviewed prepared External Civil Rights Compliance presentation of our statutory responsibility, processes, and the status of all active audits, negotiations, investigations and monitoring, in preparation for briefing the Assistant Administrator schedule for 2/27/2025.

Number of cases on the OECRC active docket as of 2/20/2025: **54**

Complaints/potential complaints awaiting Jurisdictional Review decision: **16**

**i.** This number includes **0** new complaints/potential complaints.

Cases in Investigation: **8**

Compliance Reviews:        **0**

Cases in Informal Resolution negotiations (ADR/Informal Resolution):   **10**

Cases/Compliance Review(s) in Monitoring:        **20**

Pre-award reviews:

Pre-award reviews and/or technical assistance:  12

Six-month agreements entered into during this period:  1

Six-month agreements completed during this period: 1

Post-award audits:

Post-award audits initiated during this period:  0

Post-award audits completed during this period: 0

Post-award six-month agreements satisfied during this period: 2

4-      <u>Conflict Prevention and Resolution Center (CPRC)</u>- DOGE Team identified 4 Task Orders for termination (2 EJ; 1 Office of Childrens Health; 1 Office of Air and Radiation) that did not align with administration priorities.  Initiated cancellation of these Task Orders working with our Contracting Officer.

5-      As <u>Deputy Assistant Administrator</u>, I work with and support the Principal Deputy Assistant Administrator in leading a National Program Office consisting of four active sub-offices/programs with four junior managers and ~50 active staff. Sub-offices/programs include Office of Resource Management and Communications, Grants; CPRC and ECRC. Executive duties include leading people and management of the office staffing, personnel, quality and timely deliverables; leading change- embracing and adopting the priorities of the Trump administration, and socializing this change with subordinate managers and staff; delivering results in priority areas as directed by administration leadership, and via proactive initiation of anticipated needs; exercising sound business acumen (HR, budget, IT); and through fostering and developing meaningful relationships (internal and external) to leverage resoures and achieve greater success.

Cordially,

~*Susan*



**Susan Park**
Deputy Assistant Administrator
Office of Environmental Justice and External Civil Rights (OEJECR)
U.S. Environmental Protection Agency (EPA)
1200 Pennsylvania Ave, NW
Washington, DC 20460

---

**From:** HR-OPM-GOV <hr@opm.gov>
**Sent:** Saturday, February 22, 2025 4:46 PM
**Subject:** What did you do last week?
**Importance:** High

Please reply to this email with approx. 5 bullets of what you accomplished last week and cc your manager.

Please **do not send** any classified information, links, or attachments.

Deadline is this Monday at 11:59pmEST.

Message

---

**From:** Segovia, Theresa [Segovia.Theresa@epa.gov]
**Sent:** 2/24/2025 10:25:44 PM
**To:** HR@opm.gov [hr8@opm.gov]
**CC:** Voyles, Travis [voyles.travis@epa.gov]
**Subject:** RE: What did you do last week?

1- <u>Compliance with EO, Presidential Memos, OPM Guidance, and DOGE</u>- Oversaw an internal compliance review of OEJECR led financial assistance agreements (i.e. grants, interagency agreements, etc.). Compliance review included review and assessment of progress reports, drawdowns, adherence to terms and conditions, and substantive involvement of Project Officers (oversight).  Reviewed DOGE flagged contracts and grants with the DAA for Program Operations and grants management division director and recommended termination for those that did not align with administration priorities, and retention for those actions that had direct alignment with statutory and/or regulatory responsibilities.

2- <u>Operations</u>- Collaborated with ORMC on various directives regarding return to the office efforts and processing of employees on probation that also are participating in DRP.

3- <u>External Civil Rights Compliance</u> (Title VI of the Civil Rights Act of 1964)- Worked with ECRC Acting Director on review of affirmative compliance reviews and IRA+ informal agreements

4- <u>Supervision</u> – Led daily meetings with office directors to ensure smooth performance of operational duties. Created communication protocols for more efficient messaging across offices as a result of 56 FTEs placed on paid admin leave.

5- <u>Acting Component Head</u> – Attended daily DAA/DRA meetings hosted by EPA OMS, as well as all AO meetings and SRO/budget meetings.


Respectfully submitted,
Theresa Segovia
Acting Assistant Administrator
OEJECR

---

**From:** HR-OPM-GOV <hr@opm.gov>
**Sent:** Saturday, February 22, 2025 4:46 PM
**Subject:** What did you do last week?
**Importance:** High

Please reply to this email with approx. 5 bullets of what you accomplished last week and cc your manager.

Please **do not send** any classified information, links, or attachments.

Deadline is this Monday at 11:59pmEST.

Message

**From:**          Beck, Nancy [beck.nancy@epa.gov]
**Sent:**          2/11/2025 8:31:59 PM
**To:**            Voyles, Travis [voyles.travis@epa.gov]
**CC:**            Dekleva, Lynn [dekleva.lynn@epa.gov]; Beck, Nancy [beck.nancy@epa.gov]
**Subject:**       OCSPP BIL and IRA
**Attachments:**   IRA-BIL Update for Leadership - Feb 10 version.pptx


Travis,
Attached is the slide deck describing our BIL and IRA equities, and funding available.
In total we have about 30 people working on these programs.
We will circle back by tomorrow with additional information



# Inflation Reduction Act & Bipartisan Infrastructure Law Programs
*Office of Chemical Safety & Pollution Prevention*

February 11, 2025



EPA_00299382



# IRA C-MORE: Key Definitions

**"Embodied Carbon":** The greenhouse gas emissions associated with the production stage of a product's life (i.e., extraction, transport and manufacturing). Indicated as "Global Warming Potential" (GWP) on an EPD (see next slide).

**Life Cycle Assessment (LCA):** The compilation and evaluation of the inputs, outputs and the potential environmental impacts of a product system throughout its life cycle. (ISO 14044:2006)

**Environmental Product Declaration (EPD):** An EPD is a standardized summary report of a product's life cycle assessment, allowing you to evaluate the environmental impact of a product before you purchase it. (based on ISO 14025:2006)

**Product Category Rule (PCR):** A set of specific rules, requirements and guidelines for developing EPDs for one or more product categories. Typically developed by industry-funded, multistakeholder standards development committees. (based on ISO 14025:2006)



🌿 **EPA** United States Environmental Protection Agency

www.epa.gov/P2 | 4

EPA_00299384



# IRA C-MORE: Required by IRA (2022)

*Two sections with key interdependencies:*

## IRA Section 60112

Provides $250 million through FY31 to EPA to develop an EPD Assistance Program by improving transparency and disclosure of GHG for construction materials and products.

- Catalyze development and verification for EPDs for construction materials and products
- Provide grants and technical assistance
- Support the development of robust and standardized EPDs
- Help facilitate the procurement of lower embodied carbon construction materials and products

## IRA Section 60116

Provides $100 million through FY26 to EPA to create a label program for construction materials and products with lower embodied carbon:

- Identify and label materials and products with lower embodied carbon
- Set standards that can be used by state, local, and private partners
- Help federal, state and local entities, manufacturers, architects, and engineers make more informed purchasing decisions

 United States Environmental Protection Agency

www.epa.gov/P2 | 6

EPA_00299386



EPA_00299387

# IRA C-MORE: Key Stakeholders & Program Participants


**Steel**


**Concrete**


**Asphalt**

**Flat Glass**

Alliance for American Manufacturing (AAM)
American Chemistry Council (ACC)
American Coal Ash Association (ACAA)
American Composites Manufacturers Assoc. (ACMA)
American Concrete Pavement Association (ACPA)
American Concrete Pipe Association (ACPA)
American Inst. for Steel Construction (AISC)
American Iron & Steel Institute (AISI)
American Wood Council (AWC)
Asphalt Recycling and Reclaiming Association (ARRA)
Asphalt Emulsion Manufacturers Association (AEMA)
Asphalt Institute (AI)
Associated General Contractors of America (AGC)
Association of Modified Asphalt Producers (AMAP)
Brick Industry Assoc. (BIA)
Cellulose Insulation Manufacturers Assoc. (CIMA)
Concrete Reinforcing Steel Institute (CRSA)
Extruded Polystyrene Foam Association (XPFA)

Fenestration & Glazing Industry Alliance (FGIA)
Gypsum Association (GA)
National Asphalt Pavement Association (NAPA)
National Glass Association (NGA)
National Ready-Mix Concrete Assoc. (NRMCA)
National Slag Association (NSA)
National Stone, Sand, & Gravel Assoc. (NSSGA)
North American Insulation Mfr. Assoc. (NAIMA)
Portland Cement Assoc. (PCA)
Polyurethane Insulation Mfr. Assoc. (PIMA)
Precast Concrete Institute
Spray Polyurethane Foam Alliance (SPFA)
Steel Manufacturers Association (SMA)
Steel Tube Institute (STA)
Specialty Steel Industry of North America (SSINA)
Tile Council of North America (TCNA)
Treated Wood Council (TWC)
US Tire Manufacturers Association (USTMA)

EPA_00299388

# IRA C-MORE: Budget Status

| | Total Agency Authority | Assigned to other EPA Offices | Funding Assigned to OCSPP | Obligated as of 1-27-25 | Un-obligated OCSPP IRA Funding | Total Spent as of 1-27-25 |
|---|---|---|---|---|---|---|
| IRA 60112 | $250,000,000 | $13,364,892 | $236,635,108 | $24,457,949 | $212,177,159 ($153M in grants awards are pending) | $2,940,955 |
| IRA 60116 | $100,000,000 | $9,614,892 | $90,385,108 | $11,466,622 | $78,918,486 | $6,122,722 |
| **TOTAL 60112+60116** | **$350,000,000** | **$22,979,784** | **$327,020,216** | **$35,924,570** | **$291,095,646** | **$9,063,677** |



United States Environmental Protection Agency

www.epa.gov/P2 | 9

EPA_00299389

# IRA C-MORE: Budget Status by Spending Category

| | Total Agency Authority | Assigned to other EPA Offices | Funding Assigned to OCSPP | Obligated as of 1-27-25 | Un-obligated OCSPP IRA Funding | Total Spent as of 1-27-25 |
|---|---|---|---|---|---|---|
| **IRA 60112** | **$250,000,000** | **$13,364,892** | **$236,635,108** | **$24,457,949** | **$212,177,159** | **$2,940,955** |
| Salary/benefits | | | $22,230,000 | $2,181,674 | ($153M in grants | $2,181,674 |
| Travel | | | $25,000 | $5,947 | awards are | $5,947 |
| Contracts | | | $8,233,000 | $3,807,694 | pending) | $693,975 |
| WCF | | | $1,235,000 | $59,360 | | $59,360 |
| Grants | | | $203,400,000 | $18,403,274 | | $0 |
| **IRA 60116** | **$100,000,000** | **$9,614,892** | **$74,589,000\*** | **$11,466,622** | **$78,918,486** | **$6,122,722** |
| Salary/benefits | | | $6,030,000 | $2,625,754 | | $2,625,754 |
| Travel | | | $125,000 | $95,146 | | $95,146 |
| Contracts | | | $20,697,000 | $8,548,005 | | $3,204,106 |
| WCF | | | $335,000 | $197,717 | | $197,717 |
| *Grants\*\** | | | *$47,400,000* | *$0* | | *$0* |

*\*Unclear where OCFO has assigned remaining $15.8M*
*\*\*In process of being recategorized (no grantmaking authority under 60116)*

 United States Environmental Protection Agency

EPA_00299390

# IRA C-MORE Team & Contractor Roles

Contract kickoff Jan 2024: Due to tight timeframes of IRA, contractors have been utilized to augment EPA staff time and expertise. As grantees ramp up efforts, contractor technical assistance needs for these sections of IRA will reduce.

## EPA C-MORE Staff Roles

- **Program/project planning & management**
  e.g., recommending to leadership what should qualify as sufficient EPD data quality & "lower" carbon materials

- **Stakeholder engagement & technical assistance**
  e.g., interagency coordination; participating in PCR/standards development, presentations at conferences, oversee mfr tool/resource development

- **Develop tools, resources, data analysis**
  e.g., develop EPD guidance tools, develop/analyze EPD data

- **Essential grant and contract functions**
  e.g., grant NOFO, competition, selection, PO training, grant oversight; contract management and funding actions

- **Budget, program evaluation, IT, & personnel**
  e.g., manage budget, oversee program evaluation, oversee development of data platform & stakeholder mgmt system

## Contractor Roles

**Technical assistance**
- Support EPD technical assistance for manufacturers
- Support Project Officers with reviewing grant packages
- Help onboard mfr. label partners & verify products qualify

**Data and analysis**
- Develop/analyze lifecycle & other data to support EPDs

**Content/tool/resource/website development**
- Support development of tools/resources/materials for mfrs.
- Assist with website development/maintenance

**Logistics, stakeholder engagement**
- Organize stakeholder engagement events/webinars
- Collect and organize stakeholder feedback

**IT & program evaluation**
- Build IT systems to store/analyze/track EPDs
- Assist with program metrics/eval & IT dashboards/reports


United States
Environmental Protection
Agency

www.epa.gov/P2 | 11

EPA_00299391

# IRA C-MORE: Progress to Date
## *$9M to date (Dec. 2022 – Jan. 2025)*

### Support Manufacturers in Disclosing Emissions via EPDs
- Announced and currently working with 38 organizations to receive ~$160M in grants for developing EPDs
  - **14** industry trade associations, **9** manufacturers and **15** other orgs (e.g. universities) that are partnering with and supporting construction material manufacturers
- Launched EPA-based technical assistance to support industry until grantee projects are fully mature
- Issued technical resources and established intergovernmental partnerships to improve EPD data quality

### Establish Consistent Definitions
- Issued interim determination on what qualifies as lower carbon construction materials to enable GSA and FHWA to implement their relevant IRA directives ($4.15B on steel, asphalt, concrete, glass)
- Published *Draft Approach for Developing Product-Level Embodied Greenhouse Gas Emissions Thresholds* and requested input from industry/other stakeholders

### Offer Manufacturer Recognition via Voluntary Product Labeling
- Incorporated industry/public comment and issued *Label Program Implementation Approach*
- Published *Draft Product Eligibility Criteria* and requested input from industry/other stakeholders

 United States Environmental Protection Agency

www.epa.gov/P2 | 12

EPA_00299392

# IRA C-MORE: Tasks Remaining
### *IRA 60116 Label – FY2026 & IRA 60112 EPD Asst – FY2031*

**Support Manufacturers in Disclosing Emissions through EPDs**
- Continue efforts to improve datasets, LCAs, EPDs, etc. through collaboration and technical assistance
- Manage grants and measure results to seek continuous improvement

**Establish Consistent Definitions**
- Establish a repository of high-quality EPDs to be used to determine what qualifies as 'lower carbon' by product type
- Engage stakeholders; issue draft thresholds for specific product types; address public comments; issue final thresholds for each material category

**Offer Manufacturer Recognition via Voluntary Product Labeling**
- Establish a system to identify and label products
- Build an online registry of labeled products based on their EPDs

**Other**
- Explore role of EPDs and thresholds methodology in supporting pollution fee-related trade goals

 United States Environmental Protection Agency

www.epa.gov/P2 | 13

EPA_00299393

# IRA C-MORE ICR
## Covers both 60112 and 60116 needs

- Per 60112, the program is directed to base its label program on manufacturer EPDs and procurement efforts of State agencies. Currently, there is insufficient publicly available sources of this information to implement the program.
- To evaluate and improve 60112 program offerings, EPA needs to collect standardized information from grantees and EPD technical asst recipients.
- The second FRN covering these data needs has published and is open for public comment until 2/18. If OMB chooses to, they could approve as soon as 2/18 to allow data collection to start immediately.

Data to be voluntarily reported includes:
- Types and amounts of asphalt, concrete, cement, glass, steel, and salvaged & reused construction materials purchased/used, including reference to Environmental Product Declarations (EPDs) associated with these products where available.
- Grantee reported project results (e.g. # of manufacturers assisted, # of EPDs developed/collected).
- A survey to assess how well program technical assistance is meeting the needs of its customers and to collect results of the technical assistance.

 United States
Environmental Protection
Agency

www.epa.gov/P2 | 14

EPA_00299394





EPA_00299396



EPA_00299397



# BIL Budget Status – Funding through FY 2025

| | Total Agency Authority | Assigned to other EPA offices/regions | Funding Assigned to OCSPP | Obligated as of 1-27-25 | Un-obligated* | Total Spent as of 1-27-25 |
|---|---|---|---|---|---|---|
| **BIL Funding** | **$80,000,000** | Overhead: $2,288,000<br>Regions: $6,359,000 | **$71,376,133** | **$35,544,728** | **$35,831,881** | **$14,667,416** |
| **Salary/Benefits** | | | $6,079,626 | $2,667,825 | $3,411,801 | $2,667,825 |
| **Travel** | | | $143,856 | $46,508 | $97,348 | $35,536 |
| **Contracts** | | | $8,953,925 | $2,431,562 | $6,522,363 | $1,138,367 |
| **WCF** | | | $565,726 | $402,833 | $163,369 | $366,688 |
| **Grants** | | | $55,633,000 | $29,996,000 | $25,637,000 | $10,459,000 |

*available balance + open commitments

**EPA** United States Environmental Protection Agency

www.epa.gov/P2 | 19



Number of FTE right now.

# P2 Team & Contractor Roles

## EPA P2 Staff Tasks

1. **Essential grant functions** (NOFO, competition, selection, PO training)
2. **Project Officer duties** - grant oversight, data collection, etc.
3. **Personnel and contractor management**, QA/QC, program strategy & evaluation
4. **Operations** including communications, event planning, and IT systems development
5. **Provide leadership & guidance** to the Regions on P2/P2 Grants

## Contractor P2 Mission-Support Tasks

1. **Communications support** - P2 website, outreach materials development
2. **Event support** for webinars and Annual P2 Conference (attended by 200+ in-person + hybrid)
3. **Systems development support** for program evaluation, data collection for grants
4. **P2 Hub** - Answering grantee technical questions sent to the P2 Hub


United States
Environmental Protection
Agency

www.epa.gov/P2 | 20

EPA_00299400

# BIL Progress to Date

| Fiscal Year | Description | Number of Grants Awarded | Amount Awarded (over two years) | Cap |
|---|---|---|---|---|
| **22-23** | P2 BIL -- Based on traditional approach | 39 | $12M | $350K/grant |
| **23-24** | P2 BIL - Emphasized P2 Work in Underserved Communities | 11 | $8.48M | $800K/Grant ($1.2M cap for multi-state or multi-tribal projects) |
| **23-24** | P2 BIL- Emphasized Safer and Sustainable Products | 12 | $8.01M | $800K/Grant ($1.2M cap for multi-state or multi-tribal projects) |
| **24-25 (in-progress)** | P2 BIL-- Based on traditional approach | 6 out of 29 | $9.3M | $350K/grant |


United States
Environmental Protection
Agency

EPA_00299401

# BIL Tasks Remaining

**FY24-25 Grants**
- In total, 29 grants were selected for P2 BIL funding.
- 6 grants have been awarded. (Regions 3, 5, 8; IL, MI, MN, MT, UT, VA)
- 23 Grants remain to be awarded.

**FY25-26 Grants**
- BIL-only competition for approximately $16M (13.9M + remainder of previous year funding)
- Emphasis on helping businesses

**FY26-27 Grants**
- Additional Round for approximately $13.9M (P2 BIL).
- Would supplement traditional funding (P2 Grants).

 United States Environmental Protection Agency

www.epa.gov/P2 | 22

EPA_00299402



EPA_00299403

# IRA C-MORE: Staff Expertise

**Staff expertise:**

- Environmental/economic/financial data development/analysis
- Business-government partnerships
- Structural engineering, architecture, building/construction materials, specifications
- Procurement and supply chain analysis/management
- International trade
- Regulatory compliance
- Voluntary consensus standards development
- Industrial efficiency, energy management, pollution prevention

- Product lifecycle analysis, emissions inventories, and environmental disclosures
- Industrial hygiene, toxic chemical management (TSCA, PFAS, flame retardants)
- IT systems development
- Contract/grant program development/ management
- Budget/financial planning/analysis
- Strategic/project planning, project management, fiscal oversight, Lean Government
- Communications, technical writing, stakeholder engagement



United States
Environmental Protection
Agency

www.epa.gov/P2 | 24

EPA_00299404

# IRA C-MORE: Timeline to date

| Date | Program Milestone |
|---|---|
| December 2022 | Issued Interim Determination of what qualifies as lower carbon construction materials for GSA and FHWA |
| January 2023 | Published Request for Information (RFI) to get input from industry & the public on shaping the programs |
| September 2023 | Issued Notice of Funding Opportunity for IRA 60112 EPD Assistance Grants |
| January 2024 | Grant applications due |
| January 2024 | ERG contract became operational |
| February 2024 | Published Draft Label Program Approach for Public Comment |
| March 2024 | Published Draft Product Category Rule Criteria for Public Comment |
| July 2024 | Announced grantee selections |
| August 2024 | Issued Final Label Program Approach & key data quality improvement resources |
| November 2024 | Launched direct EPD Technical Assistance for manufacturers (to fill gap until grantee-based asst has matured) |
| December 2024 | Issued call for stakeholder input on draft technical documents for low embodied carbon construction materials program and shared 2025 action plans |

EPA_00299405

# IRA C-MORE IT Systems Overview
## *(under development)*

### Materials Data Platform (MDP)

*The Materials Data Platform combines an internal EPD Repository for collecting, storing, reviewing and analyzing construction material environmental data with a public Product Registry to help buyers identify and procure low embodied carbon products.*

**Key Manufacturer and Industry Benefits:**

- ***Increasing manufacturers' visibility to buyers*** who are interested in construction materials with lower embodied carbon by publicly listing construction products labeled by EPA

- ***Minimizing industry burden*** by transforming unstructured PDFs to a standardized, machine-readable format

- ***Streamlining data exchange across the value chain*** by encouraging the adoption of a standard digital schema for EPDs across the industry

### Stakeholder Relationship Manager (CRM)

*The CRM will manage stakeholder relationships and automate key processes for EPA's C-MORE program, including manufacturer partner onboarding, technical assistance coordination, and tracking program metrics to demonstrate impact and inform strategy.*

**Key Manufacturer and Industry Benefits:**

- ***Accelerating technical assistance*** through a streamlined digital process to capture and manage inquiries

- ***Improving stakeholder engagement experience*** by providing clear tracking & communication channels to monitor label product review status, receive updates & engage with EPA support resources

- ***Reducing redundant and inconsistent communication*** by providing an external-facing portal that will empower staff to manage industry interactions across C-MORE workstreams



United States
Environmental Protection
Agency

www.epa.gov/P2 | 26

EPA_00299406



BIL Appendix

EPA_00299407



## 29 BIL-funded Applications Selected for Award (Out of 43 Applications)
### highlighted below have been awarded

| Region | Selectee | Funding | Region | Selectee | Funding |
|---|---|---|---|---|---|
| 1 | Univ. of Massachusetts – Boston | $350,000 | 5 | Univ. of Minnesota | $233,022 |
| | Univ. of Massachusetts – Lowell | $349,899 | 6 | Univ. of Texas – Arlington | $349,435 |
| | Univ. of Massachusetts – Amherst | $349,363 | | Louisiana State Univ. | $350,000 |
| | Univ. of Southern Maine | $350,000 | | Kansas State Univ. | $350,000 |
| 2 | NY State Dept. of Env. Conservation | $253,995 | 7 | Univ. of Northern Iowa | $175,159 |
| | Rowan University (New Jersey) | $349,979 | | Univ. of Missouri – Rolla | $349,712 |
| 3 | VA Dept. of Environmental Quality | $253,391 | | Missouri State Univ. | $336,774 |
| | Univ. of Maryland | $350,000 | 8 | Montana State Univ. | $349,727 |
| 4 | Univ. of North Carolina | $350,000 | | Univ. of Utah | $350,000 |
| | Univ. of South Florida | $349,690 | 9 | California Air Resources Board | $350,000 |
| | Univ. of Alabama | $295,870 | | Univ. of Nevada – Reno | $350,000 |
| | Univ. of Louisville | $305,738 | 10 | Washington Department of Ecology | $239,961 |
| | Georgia Tech | $350,000 | | Portland State Univ. | $348,050 |
| 5 | Central Michigan Univ. | $287,645 | | Knik Tribe (Alaska) | $349,822 |
| | Univ. of Illinois | $281,280 | | Funding Total for 29 awards | $9,308,512 |

EPA United States Environmental Protection Agency

28

EPA_00299408



# NEAs for the FY 24-25 P2 Grants



NEA #1: Food and Beverage Manufacturing and Processing



NEA #2: Chemical Manufacturing, Processing and Formulation



NEA #3: Automotive Manufacturing and Maintenance



NEA #4: Aerospace Product and Parts Manufacturing and Maintenance



NEA #5: Metal Manufacturing and Fabrication



NEA #6: P2 in Indian Country & Alaskan Native Villages (only for tribal applicants).



Align with EPA Smart Sectors program in the EPA Office of Policy



United States Environmental Protection Agency

EPA_00299410

Message

**From:**     Hackel, Angela [Hackel.Angela@epa.gov]
**Sent:**     4/7/2025 8:45:41 PM
**To:**     Voyles, Travis [voyles.travis@epa.gov]; Richardson, Mallory [Richardson.Mallory@epa.gov]
**CC:**     Hardy, Michael [Hardy.Michael@epa.gov]
**Subject:**     Follow up: EO Tracker with Deadlines
**Attachments:**     EOs.Memos.Upcoming.deadlines.working.version.docx

Hi Travis and Mallory,

As follow up to today's discussion, I wanted to send you both the attached EO tracker with the various deadlines that I prepare each Monday that Michael provides during your weekly OP check ins. There are several items that are from March, and I am not sure if they are still outstanding or not, so I left them on the tracker.

I am happy to format/update this in any manner that would be most helpful.

Please let me know what works best.

Best,
Angela


Angela Hackel
Senior Advisor to the Deputy Associate Administrator and Federal Preservation Officer
Office of Policy, U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
WJC North, Mail Code 1809T
Washington, DC 20460
Phone: (202) 566-2977 (o); (202) 763-3945 (c)| hackel.angela@epa.gov

*For Internal EPA Use Only−Please Do Not Cite or Quote*

Presidential memos, announcements, and executive orders
March and April and summer Deadlines
[ DATE \@ "MMMM d, yyyy" ]
Last updated April 7, 2025

(This table includes Presidential EOs and OPM memos that EPA has a direct responsibility for implementing).

**Updates since the Last Report**

| Item | Deadline |
|------|----------|
| [ HYPERLINK "https://www.federalregister.gov/documents/2025/01/29/2025-01956/unleashing-american-energy" ]: Unleashing American Energy (Section 3) | **Immediately.**<br><br>Within 30 days of the date of this order, the head of each agency shall, in consultation with the director of the Office of Management and Budget (OMB) and the National Economic Council (NEC), develop and begin implementing action plans to suspend, revise, or rescind all agency actions identified as unduly burdensome under subsection (a) of this section, as expeditiously as possible and consistent with applicable law. |
| [ HYPERLINK "https://chcoc.gov/sites/default/files/2025%20OPM%20Data%20Call%20Memo%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%20FINAL.pdf" ] | Student Loan Repayment Incentives: **March 31, 2025**<br>Telework: **April 16, 2025**<br>Senior Executive Service, Scientific, and Senior Level Performance Ratings Pay & Performance: **May 2, 2025**<br>Federal Equal Opportunity Recruitment Program: **June 30, 2025**<br>2025 Annual Review of Special Rates: **October 20, 2025** |

1

*For Internal EPA Use Only−Please Do Not Cite or Quote*

| | |
|---|---|
| | Mission Critical Occupation Resource Staffing & Hiring Charts: **October 31, 2025** Time-to-Hire: **October 31, 2025** Disabled Veterans Affirmative Action Program: **December 31, 2025** |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/delivering-emergency-price-relief-for-american-families-and-defeating-the-cost-of-living-crisis/" \t "_self" ] | **April 3, 2025, at 2:00 pm:** List of EPA's actions as part of the agency's weekly success sheets are due to the NEC. **April 20, 2025.** Within 30 days of the date of this memorandum, the Assistant to the President for Economic Policy shall report to me and every 30 days thereafter, on the status of the implementation of this memorandum. |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/exclusions-from-federal-labor-management-relations-programs/" ] | By **April 26, 2025** |
| [ HYPERLINK "https://chcoc.gov/content/guidance-revocation-executive-order-14119" ] | By **April 30, 2025** |
| Memo (3/27/2025): [ HYPERLINK "https://chcoc.gov/content/guidance-revocation-executive-order-14119" ] | By **April 30, 2025** |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/protecting-americas-bank-account-against-fraud-waste-and-abuse/" ] | Immediately and with 90 days or by **June 23, 2025** 180 days of the date of this order or **September 21, 2025** |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/establishing-the-white-house-task-force-on-the-fifa-world-cup-2026/" ] | **June 1, 2025.** Agencies within the Task Force shall each provide a report to the Task Force regarding their respective planning and activities with respect to the 2026 FIFA World Cup. These reports shall be submitted to the |

2

*For Internal EPA Use Only−Please Do Not Cite or Quote*

| | Executive Director of the Task Force. |
|---|---|
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/modernizing-payments-to-and-from-americas-bank-account/" ] | Effective **September 30, 2025** |
| [ HYPERLINK "https://chcoc.gov/content/new-senior-professional-performance-appraisal-system-and-plan" ] | **October 1, 2025** |

**Complete List**

| Item |
|---|
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/regulatory-freeze-pending-review/" \t "_self" ] |
| [ HYPERLINK "https://www.federalregister.gov/documents/2025/01/28/2025-01901/initial-rescissions-of-harmful-executi Of Harmful Executive Orders And Actions |
| [ HYPERLINK "https://www.federalregister.gov/documents/2025/01/30/2025-02094/reforming-the-federal-hiring-process \l ":~:text=By%20making%20our%20recruitment%20and,to%20serve%20our%20citizens%20effectively." ]: Reforming t Merit to Government Service |
| Memo (2/7/2025): [ HYPERLINK "https://www.chcoc.gov/content/guidance-revocation-executive-order-14003" ] |
| Memo (2/25/2025): [ HYPERLINK "https://www.chcoc.gov/content/new-senior-executive-service-performance-appraisal guidance" ] |
| Memo (2/26/2025): [ HYPERLINK "https://www.chcoc.gov/content/guidance-agency-rif-and-reorganization-plans-reques %E2%80%9Cdepartment" ] |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/reevaluating-and-realigning-united-states-forei |
| [ HYPERLINK "https://www.federalregister.gov/documents/2025/01/29/2025-02003/declaring-a-national-energy-emerge |

3

*For Internal EPA Use Only−Please Do Not Cite or Quote*

| Item |
| --- |
| |
| [ HYPERLINK "https://www.federalregister.gov/documents/2025/01/29/2025-01956/unleashing-american-energy" ]: Unle |
| |

4

*For Internal EPA Use Only−Please Do Not Cite or Quote*

| Item |
| --- |
| |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/ending-radical-and-wasteful-government-dei-p |
| Memo (2/24/2025): [ HYPERLINK "https://www.chcoc.gov/content/guidance-career-reserved-ses-positions-and-agency- |
| Memo: [ HYPERLINK "https://www.chcoc.gov/content/guidance-regarding-redesignating-chco-positions" ] |
| Memo (2/5/2025): [ HYPERLINK "https://www.chcoc.gov/content/maintaining-integrity-career-senior-executive-service" ] |
| [ HYPERLINK "https://www.federalregister.gov/executive-order/14208" ]: Ending Procurement and Forced Use of Paper |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/immediate-measures-to-increase-american-mi |
| [ HYPERLINK "https://chcoc.gov/sites/default/files/2025%20OPM%20Data%20Call%20Memo%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%20FINAL |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/delivering-emergency-price-relief-for-american crisis/" \t "_self" ] |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/immediate-measures-to-increase-american-mi |

EPA_00299416

*For Internal EPA Use Only−Please Do Not Cite or Quote*

| Item |
| --- |
| Memo (2/26/2025): [ HYPERLINK "https://www.chcoc.gov/content/guidance-agency-rif-and-reorganization-plans-reques %E2%80%9Cdepartment" ] |
| [ HYPERLINK "https://chcoc.gov/sites/default/files/2025%20OPM%20Data%20Call%20Memo%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%20FINAL |
| [ HYPERLINK "https://chcoc.gov/content/further-agency-reporting-opm-taxpayer-funded-collective-bargaining-expenses |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/stopping-waste-fraud-and-abuse-by-eliminating |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/immediate-measures-to-increase-american-mi |
| [ HYPERLINK "https://www.federalregister.gov/documents/2025/01/29/2025-01956/unleashing-american-energy" ]: Unle |
| [ HYPERLINK "https://www.federalregister.gov/documents/2025/02/25/2025-03138/ensuring-lawful-governance-and-imp government-efficiency" ]: Ensuring Lawful Governance and Implementing the President's "Department of Government E |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/delivering-emergency-price-relief-for-american crisis/" \t "_self" ] |

6

*For Internal EPA Use Only−Please Do Not Cite or Quote*

| Item |
| --- |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/exclusions-from-federal-labor-management-re |
| [ HYPERLINK "https://chcoc.gov/content/guidance-revocation-executive-order-14119" ] |
| Memo (3/27/2025): [ HYPERLINK "https://chcoc.gov/content/guidance-revocation-executive-order-14119" ] |
| [ HYPERLINK "https://chcoc.gov/sites/default/files/2025%20OPM%20Data%20Call%20Memo%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%20FINAL |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/stopping-waste-fraud-and-abuse-by-eliminatin |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/eliminating-waste-and-saving-taxpayer-dollars |
| [HYPERLINK "https://www.federalregister.gov/documents/2025/01/30/2025-02094/reforming-the-federal-hiring-process-\l ":~:text=By%20making%20our%20recruitment%20and,to%20serve%20our%20citizens%20effectively."]: Reforming th Merit to Government Service |
| [HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/02/establishing-the-national-energy-dominance-co |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/establishing-the-white-house-task-force-on-the |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/test/" ] |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/02/america-first-investment-policy/" ] |

7

*For Internal EPA Use Only−Please Do Not Cite or Quote*

| Item |
| --- |
|  |
| [ HYPERLINK "https://www.federalregister.gov/documents/2025/01/29/2025-02003/declaring-a-national-energy-emerge |
| [ HYPERLINK "https://www.federalregister.gov/documents/2025/01/29/2025-01956/unleashing-american-energy" ]: Unle |
| [ HYPERLINK "https://www.whitehouse.gov/fact-sheets/2025/01/fact-sheet-president-donald-j-trump-launches-massive- |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/additional-recissions-of-harmful-executive-orde |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/return-to-in-person-work/" \t "_self" ]<br>Accompanying OPM memos:<br>Memo (1/22/2025): [ HYPERLINK "https://www.chcoc.gov/content/guidance-presidential-memorandum-return-person-w |

8

*For Internal EPA Use Only−Please Do Not Cite or Quote*

| Item |
| --- |
| Memo (1/27/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/Joint%20OMB%20OPM%20Memorandum%20re%20Return%20to%20Office%20In 2025%20FINAL.pdf" ] |
| Memo (2/3/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/Guidance%20on%20Collective%20Bargaining%20Obligations%20in%20Connection 3-2025%20final.pdf" ] |
| Memo (2/12/2025): [ HYPERLINK "https://chcoc.gov/sites/default/files/OPM%20Memo%20Military%20Spouse%20Guid |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/protecting-americas-bank-account-against-frau |
| [ HYPERLINK "https://chcoc.gov/sites/default/files/2025%20OPM%20Data%20Call%20Memo%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%20FINAL |
| [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/modernizing-payments-to-and-from-americas- |
| [ HYPERLINK "https://chcoc.gov/content/new-senior-professional-performance-appraisal-system-and-plan" ] |

9

Message

**From:**        Talmage, Sarah [Talmage.Sarah@epa.gov]
**Sent:**        3/24/2025 10:10:11 PM
**To:**          Voyles, Travis [voyles.travis@epa.gov]
**Subject:**     FW: Daily Summary Report of Grant Terminations as of 03/24/25
**Attachments:** Grant Termination List.xlsx

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Monday, March 24, 2025 5:46 PM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Subject:** Daily Summary Report of Grant Terminations as of 03/24/25

As of today.

Dan

**This document is produced in native format.**

**Original file name:**

**Grant Termination List.xlsx**

Message

---

**From:**     Vaseliou, Molly [Vaseliou.Molly@epa.gov]
**Sent:**     3/25/2025 1:17:24 PM
**To:**       Talmage, Sarah [Talmage.Sarah@epa.gov]; Molina, Michael [molina.michael@epa.gov]
**CC:**       Voyles, Travis [voyles.travis@epa.gov]
**Subject:**  Re: Senate Request (Grants)

Happy to. Most of the timing has been dictated by LZ.

Get Outlook for iOS

---

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Tuesday, March 25, 2025 9:12:34 AM
**To:** Molina, Michael <molina.michael@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Re: Senate Request (Grants)



Get Outlook for iOS

---

**From:** Molina, Michael <molina.michael@epa.gov>
**Sent:** Tuesday, March 25, 2025 9:11 AM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: Senate Request (Grants)

Dan is finalizing the entire universe today.

Moving forward, maybe the 3 of us (and maybe Travis too) get together and identify grants in advance to give Congressional heads up for (prior to press release).

M

---

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Monday, March 24, 2025 9:04 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Molina, Michael <molina.michael@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Senate Request (Grants)

I can share the OMS grant termination list with Approps but agree that we will need a more comprehensive list – particularly which grants line up with which press releases.

---

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Monday, March 24, 2025 7:17 PM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Cc:** Molina, Michael <molina.michael@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** RE: Senate Request (Grants)

Ok hopefully this will get us closer, but still need to work with OMS to get a better master spreadsheet for moving forward.

For internal use—Attached are three PDFs which I believe capture 95% of the grants we have announced that we are cancelling. They are divided into three groups—(1) grants cancelled as part of announcements prior to week of March 10; (2) EJ grants cancelled week of March 10; and (3) non-EJ grants cancelled week of March 10.

For Apropos sharing—OMS developed/updated tracker of the grants that have been terminated (next step beyond announcement of cancellation).

--

Travis Voyles
C: (202) 787-0595

---

**From:** Molina, Michael <molina.michael@epa.gov>
**Sent:** Monday, March 24, 2025 6:01 PM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: Senate Request (Grants)

## OMS staff are working on our end

---

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Monday, March 24, 2025 5:02 PM
**To:** Molina, Michael <molina.michael@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** Senate Request (Grants)

Senate Appropriations is looking for a comprehensive list of all the "4 rounds " of grant catenations the EPA has announced. I think I have #4 (attached) but I am not tracking a good list for #1, #2, #3. Hoping having everyone on one chain can help.

1st Round - https://www.epa.gov/newsreleases/epa-administrator-lee-zeldin-cancels-nine-more-contracts-saving-nearly-60-million

2nd Round - https://www.epa.gov/newsreleases/epa-administrator-lee-zeldin-cancels-20-grants-2nd-round-cuts-doge-saving-americans

3rd Round - https://www.epa.gov/newsreleases/epa-administrator-lee-zeldin-cancels-21-additional-grants-3rd-round-cuts-doge-saving

4th Round - https://www.epa.gov/newsreleases/epa-administrator-lee-zeldin-cancels-400-grants-4th-round-cuts-doge-saving-americans

Sarah Talmage
Associate Administrator
Office of Congressional and Intergovernmental Relations
U.S. Environmental Protection Agency

EPA_00299441

Message

| | |
|---|---|
| **From:** | Vaseliou, Molly [Vaseliou.Molly@epa.gov] |
| **Sent:** | 3/27/2025 1:08:20 PM |
| **To:** | Voyles, Travis [voyles.travis@epa.gov]; Molina, Michael [molina.michael@epa.gov]; Talmage, Sarah [Talmage.Sarah@epa.gov] |
| **Subject:** | FW: Awareness Notification 2025-EPA-04324 - Terminated Grants/Pending Assistance Agreements since Jan. 20, 2025 |
| **Attachments:** | 1-20 -- 3-7 Report of Assistance Agreement Terminations.xlsx |

FYI – going out in a FOIA

**From:** Waits, Matthew <Waits.Matthew@epa.gov>
**Sent:** Thursday, March 27, 2025 8:54 AM
**To:** OGC Awareness Notification Process <OGC_Awareness_Notification_Process@usepa.onmicrosoft.com>; FOIA Awareness Notification Email Recipients <FOIA_Awareness_Notification_Email_Recipients@epa.gov>
**Cc:** Molina, Michael <molina.michael@epa.gov>; Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Kalikhman, Yulia <kalikhman.yulia@epa.gov>; Scott, Gregory <Scott.Gregory@epa.gov>; Jablonski, Janice <jablonski.janice@epa.gov>; Wise, Melissa <wise.melissa@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Oboyle, Ellen <oboyle.ellen@epa.gov>; Bossard, Justin <bossard.justin@epa.gov>; OMS_FOIA_Team <OMS_FOIA_Team@epa.gov>
**Subject:** Awareness Notification 2025-EPA-04324 - Terminated Grants/Pending Assistance Agreements since Jan. 20, 2025

To whom it may concern,

The Office of Mission Support, Office of Grants and Debarment is responding to the above-referenced FOIA request. We are providing this awareness notification email pursuant to the Chief of Staff's November 16, 2018 memorandum "Awareness Notification Process for Select Freedom of Information Act Releases." Recipients of this email have up to three business days following transmission of this email to review the documents to be released.

There is no requirement for you to respond to this email or otherwise take action. The Action Office has completed review and obtained management approval consistent with the agency's FOIA policy and procedures.

After 4 p.m. on the third business day after transmission of this email, the Action Office will issue the Agency's FOIA determination to the requester. The determination will be issued promptly, but in no event later than one business day following completion of the three-day awareness notification period.

The information provided below is consistent with Paragraph 4 of the above-referenced November 16, 2018 memorandum.

---

**Office of Mission Support – Office of Grants and Debarment**

---

| FOIA Tracking Number | Requester | Requester Organization | Date FOIA Request Perfected | Date sent for Awareness Notification | Brief description of request as clarified | Interim or Final Response | Number of Records and/or pages |
|---|---|---|---|---|---|---|---|
| **2025-EPA-04324** | Donald Williams | N/A | 3/5/2025 | 3/26/2025 | Grants terminated between 1/20/2025 and date of search (3/7/2025). | Final Response | 1 Sheet |

The following offices have equities in these records and have reviewed the relevant records:
*N/A*

The manager who approved this release is: **Phillip Schindel**

The record is attached.

**Matthew Waits** | FOIA Coordinator
U.S. EPA – Office of Mission Support

**This document is produced in native format.**

**Original file name:**

**1-20 -- 3-7 Report of Assistance Agreement Terminations.xlsx**

Message

| | |
|---|---|
| **From**: | Vaseliou, Molly [Vaseliou.Molly@epa.gov] |
| **Sent**: | 3/6/2025 3:12:23 PM |
| **To**: | Amidon, Eric [Amidon.Eric@epa.gov]; Szabo, Aaron [Szabo.Aaron@epa.gov]; Voyles, Travis [voyles.travis@epa.gov] |
| **CC**: | Bardon, Lea V. EOP/WHO [Lea.V.Bardon@who.eop.gov] |
| **Subject**: | RE: Upcoming announcement |

Defer to Aaron and Travis on timelines, but here's a list. The highlighted I'm tracking down the right messaging for and the fourth round of DOGE cuts we will have later this week to plug in below.

One other thing that could be added, but is purely a presidential action is the signing of the Waste Emissions Charge CRA that passed the Senate last week (and House before that). The President could sign that into law during this event (Taylor Rogers from WH Comms is tracking this). Happy to provide more info on that as well.

We've been in touch with the Deputy Chief of Staff's office on possible remarks for POTUS.

Molly

**Death of the Green New Scam**
*Remembering those left behind & prioritizing the protection of human health and the environment*

In the greatest and most momentous day in EPA history, U.S. Environmental Protection Agency (EPA) Administrator Lee Zeldin, alongside President Trump in the Oval Office, announced the agency will undertake ## historic actions and reconsiderations to advance President Trump's day one executive orders and Power the Great American Comeback. First and foremost, these actions underscore EPA's commitment to protecting human health and the environment and prioritizing those negatively impacted by the unnecessary and burdensome regulations of the Biden-Harris Administration. These actions and reconsiderations also work to fulfill President Trump's promise to unleash American energy, lower costs for Americans, revitalize the American auto industry, restore the rule of law, and give power back to states to make their own decisions.

**UNLEASHING AMERICAN ENERGY**
- Reconsideration of the Biden-Harris Administration's regulations on power plants commonly referred to as the Clean Power Plan 2.0
- Reconsideration of Biden-Harris regulations throttling the oil and gas industry
- Reconsideration of Biden-Harris Administration Mercury and Air Toxics Standards that intentionally shut down coal-fired power plants
- Restructuring the Regional Haze Program that is used to shut down coal power plants
- Reconsideration of the mandatory Greenhouse Gas Reporting Program that imposed significant costs on the American energy supply
- ELG Steam Electric
- ELG Oil and Gas
- CCR
- Reconsideration of the Risk Management Program

**LOWERING THE COST OF LIVING FOR AMERICAN FAMILIES**
- Reconsideration of light-duty, medium-duty, and heavy-duty vehicles that provided the foundation for the Biden-Harris electric vehicle mandate
- Reconsideration of the 2009 Endangerment Finding and prior regulations and actions that rely on the Endangerment Finding
- Reconsideration of the technology transition rule that forces companies to use "energy-efficient" and favored technologies for refrigerant systems, which has increased costs on food at grocery stores and semiconductor manufacturing
- Reconsideration of Particulate Matter National Ambient Air Quality Standards that shut down opportunities for American manufacturing and small businesses

- Reconsideration of multiple National Emission Standards for Hazardous Air Pollutants for American energy and manufacturing sectors
- Reconsideration of the Greenhouse Gas Reporting Program that requires thousands of companies to spend millions of dollars to report annually without any regulatory reason
- Restructuring the Regional Haze Program that threatened the supply of affordable energy for American families
- Addressing the Biden-Harris Administration's "Social Cost of Carbon" that grossly overestimated regulatory benefits and grossly underestimated regulatory costs
- Redirecting enforcement resources to EPA's core mission relieving the economy of unnecessary bureaucratic burdens that drive up costs for American consumers
- Terminating Biden's Environmental Justice and DEI arm of the agency
- Canceling X grants in fourth round of spending cuts with the Department of Government Efficiency saving Americans more than $X million
- Reevaluating grant programs at the agency to ensure taxpayer dollars are spent to advance the core mission of protecting human health and the environment
- Requesting information regarding $20 billion "Gold Bar" scheme currently under federal investigation for waste, fraud and abuse

**ADVANCING COOPERATIVE FEDERALISM**
- Developing Tiger Team to break through barriers and bottlenecks in the processing of permit applications and Class VI primacy requests for carbon capture projects
- Working with states who were universally rejected by the Biden-Harris Administration on "Good Neighbor Plan"
- Working with states and tribes to resolve the massive State Implementation Plans and Tribal Implementation Plans backlog that the Biden-Harris Administration refused to resolve
- Working with states to prioritize the allowance of prescribed fires within State and Tribal Implementation Plans
- Reconstituting the Science Advisory Board and Clean Air Scientific Advisory Committee to aid the rulemaking process to be a better partner for states
- NC No Action Alternative in response to Hurricanes

---

**From:** Amidon, Eric <Amidon.Eric@epa.gov>
**Sent:** Wednesday, March 5, 2025 6:21 PM
**To:** Szabo, Aaron <Szabo.Aaron@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Bardon, Lea V. EOP/WHO <Lea.V.Bardon@who.eop.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Subject:** Upcoming announcement

Team - Lea wants to put together a time to discuss or more of a breakdown of what we would be looking to announce and potential timelines.

Get Outlook for iOS

Message

---

| | |
|---|---|
| **From:** | Vaseliou, Molly [Vaseliou.Molly@epa.gov] |
| **Sent:** | 3/6/2025 4:29:41 PM |
| **To:** | Corlett, Thomas [Corlett.Thomas@epa.gov]; Voyles, Travis [voyles.travis@epa.gov]; Mandy, Cora [Mandy.Cora@epa.gov]; Weiner, Ben [Weiner.Ben@epa.gov]; Gall, Daniel [Gall.Daniel@epa.gov]; Hanson, Paige (Catherine) [hanson.catherine@epa.gov] |
| **Subject:** | Exclusive: The EPA Demands an Accounting of the $20 Billion Climate Fund |

**Exclusive: The EPA Demands an Accounting of the $20 Billion Climate Fund**
*'If you ask me where all this money is going,' says EPA head Lee Zeldin, 'I actually don't know.'*
By Madeleine Rowley

On Tuesday, the Environmental Protection Agency sent letters of inquiry to the eight nonprofit recipients chosen by the Biden administration to receive grants from the $20 billion Greenhouse Gas Reduction Fund in April 2024. The letter asks, among other things, what exactly the nonprofits plan to do with the money.

The letters were sent on the same day that a *Free Press* investigation revealed that the $20 billion was shoveled into around 129 Citibank accounts in the interregnum between President Trump's election and his inauguration. Currently, $16.9 billion remains in those accounts, which have been frozen by Citibank. *The Free Press* investigation also uncovered connections between the nonprofit CEOs and executives and the Biden and Obama administrations.

In the letter sent by the EPA's acting deputy administrator, W.C. McIntosh, to the nonprofits, the EPA asks them to:
•  Provide an itemized breakdown of funds spent to date, including personnel, contractual, subawards, and program-related expenses.
•  List all projects funded to date, including project descriptions, status, and locations, amounts awarded, success rate, and anticipated environmental impact.
•  Provide a list of all current employees or contractors who previously worked at the EPA or other federal agencies in the last three years.

Lee Zeldin, Trump's new EPA administrator, who is working to regain control of the program, told Fox News this week that the program was set up in such a way as to limit government oversight. "If you ask me where all this money is going, I actually don't know," said Zeldin.

Though he hopes to claw back the $20 billion, *The Free Press* investigation revealed that could prove difficult thanks to a trigger clause built into the contracts that would release the money to the eight grant recipients if the Trump administration tries to recover it. Zeldin has asked the EPA's inspector general to investigate the Greenhouse Gas Reduction Fund, citing conflicts of interest and "lack of financial competency" on the part of the nonprofits, the largest of which, Climate United, was granted $6.9 billion and had gained nonprofit status only in June 2023, one month before the EPA opened applications for the $20 billion fund.

According to the letter, the nonprofits have until March 28 at noon to respond, or else risk violating the grant agreement. "There will be zero tolerance of any waste, fraud, or abuse," wrote McIntosh. "I hope you share in EPA's concerns and have some of the same questions yourself."

On Tuesday, the same day the EPA sent its letter to the eight nonprofits, a lawyer for Climate United wrote to the EPA demanding they reinstate their access to funding, describing the Greenhouse Gas Reduction Fund as "Congressionally appropriated" with "strong EPA oversight and direct impact on American families and small businesses."

Message

| | |
|---|---|
| **From:** | Stanton, MaryA [Stanton.Marya@epa.gov] |
| **Sent:** | 2/24/2025 5:05:57 PM |
| **To:** | Hanson, Paige (Catherine) [hanson.catherine@epa.gov]; Voyles, Travis [voyles.travis@epa.gov] |
| **CC:** | Mason, Scott [Mason.Scott@epa.gov]; Dwyer, Stacey [Dwyer.Stacey@epa.gov] |
| **Subject:** | FW: ACTION NEEDED - FW: Active EPA Documents/Websites |
| **Attachments:** | EPA Region 6 formal documents.docx |

**Importance:** High

# CUI//PRIVILEGE

Travis,

As requested, we have compiled formal documents/memos/guidance associated with "equity" or "environmental justice" or the implementation of specific grant/funding programs that include "Justice 40" or similar affiliations that have been identified that are not consistent with the President's Executive Orders and Administration priorities. A summary of the documents is attached. A link to the folder containing them is below. Please let us know if you need anything else or if you have issues opening the folder.

Thanks,
Mary A. Stanton
Director
Mission Support Division
EPA Region 6
1201 Elm Street, Suite 500
Dallas, TX 75270
Office: (214) 665-8377
Cell: (972) 358-9536

📁 EPA Region 6 Documents

Get Outlook for iOS

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Sunday, February 9, 2025 11:05:09 AM
**To:** Kramer, Jessica L. <kramer.jessical@epa.gov>; Szabo, Aaron <Szabo.Aaron@epa.gov>; Tardif, Abigale (Abbie) <Tardif.Abigale@epa.gov>; Dominguez, Alexander <dominguez.alexander@epa.gov>; Beck, Nancy <beck.nancy@epa.gov>; Dekleva, Lynn <dekleva.lynn@epa.gov>; Cook, Steven <cook.steven@epa.gov>; Abboud, Michael <abboud.michael@epa.gov>; Talmage, Sarah <Talmage.Sarah@epa.gov>; Barja, Jaide <Barja.Jaide@epa.gov>; Mason, Scott <Mason.Scott@epa.gov>; Macy, Jim <Macy.Jim@epa.gov>; Martucci, Michael <Martucci.Michael@epa.gov>; Tran, Victoria <tran.victoria@epa.gov>
**Cc:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>; McIntosh, Chad <mcintosh.chad@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Donahue, Sean <donahue.sean@epa.gov>
**Subject:** Active EPA Documents/Websites

Good Morning Team—

There have been a number of formal documents/memos/guidance associated with "equity" or "environmental justice" or the implementation of your specific grant/funding programs that include "Justice 40" or similar affiliations that have been identified over the last week that are not consistent with the President's Executive Orders and Administration priorities.

Additionally, while OPA has done an efficient and effective job removing elements of EPA's website that are not consistent with the President's Executive Orders and Administration priorities, there are still some lingering webpages out there and some contain the document/memo/guidance materials I referenced above. Here is an example that fits both buckets – https://www.epa.gov/nps/equity-resources

Please take prioritize some time over the next week to comb through your portions of the EPA website and request your staff to immediately provide any documents/memos/guidance for programs or for grants/funding programs that fits that description. OPA will quickly handle the website side of the equation, and Chad and I will work with each of you on steps that need to be immediately taken to rescind/replace and of the identified documents/memos/guidance.

If you identify anything associated with grant/funding that fits that description, please notify Paige Hanson and myself immediately.

If you have any questions please feel free to give me a call to discuss.

Hope everyone is having a great weekend.

Thanks,

Travis

--

Travis Voyles
Assistant Deputy Admnistrator
Office of the Administrator
C: (202) 787-0595

02/20/2025

**EPA Region 6 formal documents/memos/guidance associated with ""equity" or "environmental justice" or the implementation of your specific grant/funding programs that include "Justice 40" or similar affiliations**

**WD**

1. LA DENR Class VI final MOA (**unique document** to R6; incorporating EJ) – attached
2. Lake Pontchartrain Equity Strategy (**unique document** to R6) - attached
3. Class VI Permit Application Pre-Construction Letter on EJ – UIC has not used the template since August 2023 (attached).
4. OW Memo, Guidance & Quick Reference Guide to Regions on EJ Guidance for UIC Class VI Permitting and Primacy (attached).
5. SOP Embedding EJ in NPDES Program (attached)
6. NPDES EJ Program Guidance – Principles and Practices (attached)

**ECAD**

1. Internal ECAD EJ SOP, requested by the former RA, which we have rescinded (attached).
2. Regional ECAD Strategic Plan (attached) followed a HQ template that had a lot of EJ and climate language and goals

**SEMD** – none

**ARD** - none

**LCRD**

1. **Grants**
   a. <u>HELP</u> – 1 active grant. RFA Region developed does include EJ/Climate language. Its attached. We have no plans to do another competition.
   b. <u>SWIFR</u> state, community and tribal programs – All contain EJ/Climate language. HQ developed NOFO's for each. All grants have been previously awarded.
   c. <u>P2</u> – All grants contain EJ/Climate language – HQ developed NOFO's for each competition. The most recent selected grantees awards are paused by the NPM. No P2 grants are currently moving to complete award. We have 4 grants paused.
   d. <u>AHERA</u> – No language included in grants.
   e. <u>Lead Based Paint state grants</u> – some EJ language included in grants. The FY24 Lead Based Paint grant guidance does mention EJ. That guidance was developed by HQ.
   f. <u>DITCAs</u> – still need confirmation for all about included language. Waiting for response from PO. No Regional guidance developed for DITCAs.
   g. <u>Pesticides -</u>  As part of all grant application package, our grantees submit a 4700-4 Preaward Compliance Review Report for All Applicants and Recipients Requesting EPA Financial Assistance. This form is a requirement and asks questions about the grant recipients' human resources, civil right protections, and anti-harassment policies. Depending on how a grantee answers these questions and what they call the department that handles these policies, the word equity or EJ could be included. ODAF's FY25 grant (only) has an administrative term and conditions about the Civil Rights Act of 1964 and disparate impact but does not use any of the terms mentioned.

1

02/20/2025

    h. <u>Brownfields</u> –
        i. <u>Multipurpose, Assessment, Revolving Loan Fund & Cleanup (MARC):</u>  59 active grants. NOFOs developed and issued by OBLR, all contain EJ/Climate language. Terms and Conditions developed by OBLR all contain EJ/Climate language.
        ii. <u>Job Training (JT):</u>  6 active grants. NOFOs developed and issued by OBLR, all contain EJ/Climate language. Terms and Conditions developed by OBLR all contain EJ/Climate language.
        iii. <u>State and Tribal Response Grants (STAG):</u>  27 active grants including 2 within PPGs. NOFOs developed and issued by OBLR, all contain EJ/Climate language. Terms and Conditions developed by OBLR all contain EJ/Climate language.

2. **Brownfields Newsletter –** Resource for Brownfields communities with updates on upcoming funding opportunities.  Provides links to both EPA and non-EPA websites about topics that may be of interest to Brownfields communities. Includes an additional resource attachment. Newsletter may on occasion include information on EJ/Climate. PDF copy of [ HYPERLINK "https://usepa-my.sharepoint.com/personal/foster_althea_epa_gov/Documents/Formerly%20Shared%20with%20EPA%20Employees%20Only/scrub/Newsletter%201_13_25.pdf?xsdata=MDV8MDJ8U21pdGguTWVsaXNzYUBlcGEuZ292fDZmNDJiNjJjOGRhYTQwMmRhZTQ0MDhkZDUxZTQxZDhifDg4YjM3OGIzNjc0ODQ4NjdhY2Y5NzZhYWNiZWNhNmE3fDB8MHw2Mzg3NTY3NjI0OTUyODMyMzR8R8VW5rbm93bnxUV0ZwYkdac2IzZDhleUpGYlhCMGVVMWhjR2tpT25SeWRXVXNJbFFpT2lJd0xqQXVNREF3TUNj0lsQWlPaUpYYVc0ek1pSXNJa0ZPSWpvaVRXRnBiQ0lzSWxkVUlqb3lmlMT09fDB8fHw%3d&sdata=UEgyeEM4d1JTdFFIVHRqOWZWT3hyN3g2NmxVT1RuNDZyZmVrQWVkUVZOND0%3d" ] and [ HYPERLINK "https://usepa-my.sharepoint.com/personal/foster_althea_epa_gov/Documents/Formerly%20Shared%20with%20EPA%20Employees%20Only/scrub/Additional%20Resources%2020250113.pdf?xsdata=MDV8MDJ8U21pdGguTWVsaXNzYUBlcGEuZ292fDZmNDJiNjJjOGRhYTQwMmRhZTQ0MDhkZDUxZTQxZDhifDg4YjM3OGIzNjc0ODQ4NjdhY2Y5NzZhYWNiZWNhNmE3fDB8MHw2Mzg3NTY3NjI0OTUzMDUxNjZ8VW5rbm93bnxUV0ZwYkdac2IzZDhleUpGYlhCMGVVMWhjR2tpT25SeWRXVXNJbFFpT2lJd0xqQXVNREF3TUNj 0lsQWlPaUpYYVc0ek1pSXNJa0ZPSWpvaVRXRnBiQ0lzSWxkVUlqb3lfbUI09fDB8fHw%3d&sdata=QkJ3dlNyaXJaYXFyMjk2RHBiTy9CZlFVUFB1UTZDa0NteVA4YnIyeWlPRT0%3d" ] are attached. Newsletter has been on hiatus since January 20. Newsletter is reviewed and approved by 6XA prior to distribution.

3. **Property Eligibility Determination (PED)** – PEDs were in the process of being updated prior to January 20, 2025. Additional edits were made to comply with the EOs.

4. **Permitting**

    Attached is an example of the permit oversight review letter that went out to the states with the EJ language (copied below). Around 15+ letters went out to the states during last 4-5 years. Note that there is HQ guidance language on EJ engagement.

    "The EPA is committed to integrating environmental justice into the permitting process, including full and meaningful public participation opportunities. Some of the ways to ensure meaningful participation include early engagement, direct communication with vulnerable communities and other target audiences, and public notice and outreach at

2

EPA_00299478

public places in neighborhoods. The EPA used the EJ Screen tool to evaluate the environmental justice indices for the 1-, 3-, and 5-mile radial distances around the perimeter of the subject property. The results showed that at the 1-mile radius, 2 supplemental indices exceeded the 80th percentile; at 3-mile radius, 4 supplemental indices exceeded the 80th percentile; and at 5-mile radius, 6 supplemental indices exceeded the 80th percentile, as compared to the rest of the United States (Attachment - C)"

5. **PCBs -** [ HYPERLINK "https://www.epa.gov/pcbs/epa-region-6-polychlorinated-biphenyls" ]

    a. General Conditions, Number 6, it mentions environmental justice concerns.  It's more of a reservation of rights than a site-specific determination.

6. **Healthy Schools Newsletter** – highlights divison programs to educators. Newsletters are sent to HQ by Cindy Fanning and are included on a webpage. Attached in the document are the issues that mention EJ/Climate.

7. **Lead Based Paint Program – We are in the process of editing these internal documents to remove references to EJ/Climate**

    a. The <u>Design, Printing and Ordering SOP</u> has EJ language in it because one of the examples given for submitting a PROTRAC request includes the word-for-word description we submitted to PROTRAC in 2022 for the direct mailers. Part of our communications plan then included EJ.

    b. Our <u>ELSWPEO Community Lead Awareness Project Summary</u> included language about environmentally overburdened communities, and I changed it to be "communities with a high percentage of pre-1978 housing."

    c. The latest <u>Lead Based Paint Program Factsheet</u> is our most up-to-date internal fact sheet of the program and makes mention of using EJ Screen in our mailers.

8. **Pesticide Applicator Certification and Training Plans**

    a. We were required to align with the previous Executive Order aimed to include "Environmental Justice" and "Climate Change" into the document. Attached is a copy of one of the approval letters (Arkansas Department of Agriculture). The body of the text was substantially similar in that all 5 states received the language ("ej", "environmental justice", "equity") in accordance with the previous E.O.

    b. Press Releases also contained language as required by the RA on approval of the plans.

    c. There is no mention of "environmental justice" or "ej" in any of the Plans. The only mention of "equity" is in the Oklahoma Plan (attached), as it refers to the Safe, Accountable, Flexible, Efficient Transportation **Equity** Act of 2005: A Legacy for Users, Pub. Law 109-59, 119 Stat. 1144, 1937 (August 10, 2005) ("SAFETEA"):

        "A certification issued under the EPA-approved Oklahoma certification plan is valid within the state of Oklahoma, except in areas of Indian country (as defined at 18 U.S. Code § 1151 and 40 CFR 171.3) not included in EPA's October 1, 2020 decision under Section 10211(a) of the Safe, Accountable, Flexible, Efficient Transportation Equity Act of 2005: A Legacy for Users, Pub. Law 109-59, 119 Stat. 1144, 1937 (August 10, 2005) ("SAFETEA")."

3

02/20/2025

4

EPA_00299480

Message

**From:** Vaseliou, Molly [Vaseliou.Molly@epa.gov]
**Sent:** 2/26/2025 1:20:56 AM
**To:** Corlett, Thomas [Corlett.Thomas@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov]; Voyles, Travis [voyles.travis@epa.gov]
**Subject:** Fw: thanks for taking my call!


FYI

Get Outlook for iOS

---

**From:** Madeleine Rowley <mrowley@thefp.com>
**Sent:** Tuesday, February 25, 2025 8:18:42 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Weiner, Ben <Weiner.Ben@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>; Gall, Daniel <Gall.Daniel@epa.gov>
**Subject:** Re: thanks for taking my call!

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Hi Molly,

I wanted to give you an update and ask for more help. We're finding that some of the nonprofits that are supposed to be getting money from the National Clean Investment Fund and the Clean Communities Investment Accelerator have directors and CEOs who used to be part of the Biden administration in one way or another. There is one group, the Justice Climate Fund, that appears to have been started for the sole purpose of landing some of this money – and then got $940 million. And so much of the money went out the door so quickly that it looks to me as though the administration was potentially trying to shovel it to their friends before the Trump administration took over. And these are nonprofits that never had more than $10 million, and now suddenly have been awarded upwards of $2 billion.

It's a bigger story than I had anticipated, and I want to do it justice. One question I had was how much of these funds have already been disbursed to the NCIF and CCIA nonprofits (or are these funds still stuck at the bank you mentioned?). Another is whether EPA has had time to do any digging into what the groups are actually supposed to be doing with the money. The descriptions are all very vague. And third, do you have investigators digging into how groups were chosen to get these funds? To me, it just seems like friends rewarding friends, but I would love to know more if there were people inside the EPA who could help me.

My editors are pushing for a Friday publication, which brings me to one final ask: could you tell me if you are hearing footsteps from other publications on this? Any help you could give on that front—and anything else—I would be grateful for.

Thanks again for all your help so far.

Sincerely,
Maddie Rowley

**Maddie Rowley**

Cell: 703-609-0570



On Tue, Feb 25, 2025 at 2:34 PM Madeleine Rowley <mrowley@thefp.com> wrote:
Ok thank you! I missed that


**Maddie Rowley**
Cell: 703-609-0570



On Tue, Feb 25, 2025 at 2:33 PM Vaseliou, Molly <Vaseliou.Molly@epa.gov> wrote:
The Administrator has been very open about this. Both he and AG Bondi have spoken openly about this on television and radio interviews.

President Trump also mentioned it in the Oval Office while swearing in Commerce Secretary Lutnick.

---

**From:** Madeleine Rowley <mrowley@thefp.com>
**Sent:** Tuesday, February 25, 2025 2:32 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Weiner, Ben <Weiner.Ben@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>; Gall, Daniel <Gall.Daniel@epa.gov>
**Subject:** Re: thanks for taking my call!

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Molly,

Do you know if it's been publicized anywhere else that the EPA has referred certain matters under the two GGRF programs to the DOJ/IG? If not, I'd like to add that The Free Press has the exclusive on that in the piece. Thank you!

On Tue, Feb 25, 2025 at 9:53 AM Madeleine Rowley <mrowley@thefp.com> wrote:
This is great, thank you!

On Tue, Feb 25, 2025 at 9:51 AM Vaseliou, Molly <Vaseliou.Molly@epa.gov> wrote:
Let me know if this works for your reporting!

First round of cancelations: EPA Administrator Lee Zeldin Cancels Nine More Contracts, Saving Nearly $60 Million | US EPA
Second round of cancelations: Exclusive | EPA cuts $67M in grants for 'environmental justice' groups
Singular cancelation: https://x.com/epaleezeldin/status/1890080377940926637

Specifics:

*Note some of these contracts had no remaining monies but they were still active which could have incurred costs and/or continued their efforts (my understanding).

| PIID | Description | Date Cancellation Process Started | Base and All Options Value | Outstanding Value | Recipient Name |
|------|-------------|-----------------------------------|----------------------------|-------------------|----------------|
| 68HERH24F0023 | Technical assistance for planning, development, implementation, and reporting assistance related to the environmental climate justice program. | 2/11/2025 | $117,931,407.48 | $53,262,802.32 | ENDYNA, INC. |
| 68HERH23F0237 | The contractor will fulfill OEJECR's need for EJ and Civil Rights programming and learning material in support of implementing EJ and Civil rights considerations into EPA policies, programs, and activities. | 2/11/2025 | $6,895,921.10 | $6,145,921.10 | ENDYNA, INC. |
| 68HE0P24F0031 | The Suppliers are encouraged to bid on training 40 employees for 3 days of training over a 5-week training period, spread out over 5 months that is in person training. The training will focus on critical leadership skills and should include some training on Environmental Justice, Working with Communities, and Diversity Equity Inclusion and Accessibility (DEIA). | 2/11/2025 | $228,292.84 | $185,292.84 | HUMAN CAPTIAL RESOURCES & CONCEPTS INC |

| 68HERC24F0330 | The EPA Office of Research and Development (ORD) is collaborating with Region 5 to develop Health Impact Assessment (HIA) learning objectives and training materials for new and existing EPA staff, and potentially external partners, such as states, to understand and perform HIA in an EPA context. ORD has a long history of doing HIA research and practice. Based on our experience, we are well-positioned to be a resource for the Agency as it is building capacity to do cumulative impact assessment (CIA), of which one existing methodology is Health Impact Assessment. Cumulative impact assessment is a priority by which EPA has committed to addressing environmental justice issues. | 2/11/2025 | $248,464.00 | $138,936.00 | PEGASUS TECHNICAL SERVICES, INC |
| 68HERH23F0327 | The contractor shall provide strategic planning, facilitation and leadership support for the Office of Land and Emergency Management (OLEM), Office of Emergency Management (OEM) conferences and meetings related to OEM senior management and staff office wide retreats. Support for this task order should also include an experienced, skillful facilitator to conduct interviews with each OEM staff and manager, provide developmental training exercises and training materials, pre-retreat development of an agenda and topical discussions to include | 2/11/2025 | $108,255.27 | $43,721.45 | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. |

| | | | | | |
|---|---|---|---|---|---|
| | strategic planning, and provide highlights after the meeting. | | | | |
| 68HERC23P0042 | Procure Gartner HR research and advisory services covering employee experience, diversity, equity, inclusion and accessibility, and work life integration. | 2/11/2025 | $95,922.00 | $0.00 | GARTNER, INC. |
| 68HERH24P0143 | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE | 2/11/2025 | $180,000.00 | $0.00 | LIGHTHOUSE STRATEGY CONSULTING LLC |
| 68HERC23F0428 | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | 2/11/2025 | $985,889 | 0 | ICF INCORPORATED, L.L.C. |
| 68HERH24F0409 | Provides administrative support and meeting planning support to the office of environmental justice and external civil rights. | 2/11/2025 | $257,672.10 | $0.00 | INTSCI-ENDYNA LLC |

| **Public Contract Description** |
|---|
| BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. |
|  |

TASK ORDER FOR
FACILITATION,
LEADERSHIP
DEVELOPMENT, AND
OFFICE-WIDE RETREAT
SUPPORT (FOLLOW-ON
TO EP-17-W-003/0013)
UNDER MULTIPLE-
AWARD BRIDGE
CONTRACTS FOR
OFFICE OF LAND AND
EMERGENCY
MANAGEMENT, OFFICE
OF EMERGENCY
MANAGEMENT.

CONSULTING SERVICES
TO DEVELOP A
COMPREHENSIVE PLAN
AND STRATEGY WHICH
ADDRESSES DIVERSITY,
EQUITY, INCLUSION,
ACCESSIBILITY, AND
STAFF ENGAGEMENT IN
A WAY THAT IS
MEANINGFUL,
RELEVANT, AND
APPROPRIATE FOR A
STEM AUDIENCE.

TRAINING OFFERED
SHOULD BE

SUPPORT FOR
EXPANDING THE
ENVIRONMENTAL
JUSTICE CONTENT
WITHIN ACE (AMERICA'S
CHILDREN AND THE
ENVIRONMENT)

CONTRACTOR SUPPORT
FOR OFFICE OF
ENVIRONMENTAL
JUSTICE AND EXTERNAL
CIVIL RIGHTS, OFFICE OF
POLICY, PARTNERSHIPS
AND PROGRAM
DEVELOPMENT,
PARTNERSHIPS AND
COLLABORATION
DIVISION.

| Date Cancellation Process Started | Terms and Conditions (T&C) | URL |
|---|---|---|
| | | |

| 2/11/2025 | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_84061101_6800 |
| 2/11/2025 | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_13746681_6800 |

| 2/11/2025 | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T65801_6800 |
| 2/11/2025 | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95314201_6800 |

| 2/11/2025 | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_96701501_6800 |
|---|---|---|
| 2/11/2025 | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03450_6800 |
| 2/11/2025 | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00E03451_6800 |

| 2/11/2025 | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_00I10501_6800 |
|---|---|---|
| 2/11/2025 | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_95338201_6800 |

| 2/11/2025 | Signed before July 1, 2024. No notice and comment required: 2 CFR 200.340(a)(2) (2003) | https://www.usaspending.gov/award/ASST_NON_98T88701_6800 |
|---|---|---|

| Financial Account Indentifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name |
|---|---|---|---|---|

| 84061101 | $8,000,000 | $1,564,072.97 | $6,435,927.03 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
|---|---|---|---|---|
| 13746681 | $8,000,000 | $0.00 | $8,000,000.00 | DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE INC |

| | | | | |
|---|---|---|---|---|
| 98T65801 | $5,100,000 | $908,057.59 | $4,191,942.41 | SAN DIEGO STATE UNIVERSITY FOUNDATION |
| 95314201 | $5,000,000 | $449,582.62 | $4,550,417.38 | NATIONAL WILDLIFE FEDERATION |

EPA_00299500

| 96701501 | $5,000,000 | $1,069,922.66 | $3,930,077.34 | WICHITA STATE UNIVERSITY |
|----------|-----------|---------------|---------------|--------------------------|
| 0.00E+00 | $5,000,000 | $1,278,176.09 | $3,721,823.91 | REGENTS OF THE UNIVERSITY OF MINNESOTA |
| 0.00E+00 | $4,000,000 | $1,324,675.77 | $2,675,324.23 | BIG, NFP |

| | | | | |
|---|---|---|---|---|
| 00I10501 | $4,000,000 | $91,832.00 | $3,908,168.00 | MONTANA STATE UNIVERSITY |
| 95338201 | $500,000 | | $500,000.00 | APPALACHIAN VOICES |

2327bcf976a8cf3c

| | | | | |
|---|---|---|---|---|
| 98T88701 | $500,000 | $72,910.10 | $427,089.90 | BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES, INC. |

| Description | Date Signed |
|---|---|
| | |

EPA_00299503

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO THE INSTITUTE FOR SUSTAINABLE COMMUNITIES (ISC) TO SERVE AS A NATIONAL ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC). THE ISC TEAM'S EXPERIENCE AND EXPERTISE OFFER THE NATIONAL EJ TCTAC NETWORK A ROBUST NATIONAL COORDINATION MECHANISM THAT WILL BUILD CAPACITY, REDUCE DUPLICATION, AND USE COMPLEMENTARY SERVICES TO SUPPORT ALL LEVELS OF THE EJ TCTAC PROGRAM. USING ISC'S NETWORKS, INCLUDING ISC'S NATIONAL CLIMATE LEADERS OF COLOR NETWORK AND ASAP'S MEMBERS, THEY WILL ESTABLISH A NATIONAL EJ TCTAC THAT WILL BUILD THE CAPACITY OF REGIONAL TCTACS, LOCAL LEADERS, COMMUNITIES, AND TECHNICAL ASSISTANCE (TA) PROVIDERS THROUGH NEEDS-BASED, VIRTUAL, AND IN-PERSON SUPPORT AND COORDINATED ACTIVITIES, TOOLS, AND RESOURCES. A KEY COMPONENT OF THE NATIONAL TCTAC WILL BE ENSURING THE MEASURABLE SUCCESS OF THE REGIONAL CENTERS. WHEN REGIONAL NEEDS EMERGE, THE TEAM WILL PROVIDE DIRECT SERVICES TO PROGRAM PARTICIPANTS AND COMMUNITIES. IN COORDINATION WITH THE EPA, DEPARTMENT OF ENERGY (DOE), AND REGIONAL CENTER TEAMS, ISC WILL QUICKLY MOBILIZE A NATIONAL CENTER WITH FLEXIBLE, THREE-PRONGED SERVICES THAT CAN ADAPT TO DIVERSE NEEDS THROUGH 1) TAILORED SUPPORT TO REGIONAL TCTACS VIA PEER LEARNING, TOOLS, AND INFORMATION SHARING; 2) SUPPORT TO UNDERSERVED COMMUNITIES USING ISC'S COMMUNITY ENGAGEMENT EXPERTISE; AND 3) THE DEVELOPMENT OF AN ONLINE NATIONAL EJ TCTAC PLATFORM FOR INTERACTIVE COMMUNICATION, NETWORKING, COLLABORATION, AND GREATER FUNDING ACCESS. USING THE NATIONAL PLATFORM WEBSITE, SOCIAL MEDIA, DIRECT CONTACT, AND OTHER OUTREACH, ISC WILL CONNECT PROGRAM PARTICIPANTS, TA PROVIDERS, POTENTIAL PARTNERS, THE REGIONAL TCTACS, AND OTHER STAKEHOLDERS TO EACH OTHER AND FUNDING OPPORTUNITIES. THE ONLINE PLATFORM'S MULTIPLE FUNCTIONS WILL INCLUDE INTEGRATED FEEDBACK MECHANISMS, INTERACTIVE TWO-WAY COMMUNICATION, AND A MEANS TO COMMUNICATE WITH OUR PROJECT TEAM. THE PLATFORM WILL BE FULLY CUSTOMIZABLE TO SERVE THE NEEDS OF EPA, REGIONAL TCTACS, AND PROGRAM PARTICIPANTS AND WILL COMPLY WITH THE AMERICANS WITH DISABILITIES ACT. AT A MINIMUM, THE PLATFORM WILL INCLUDE MULTIPLE INTERFACES, INCLUDING 1) PASSWORD-PROTECTED LOGINS FOR PROGRAM PARTICIPANT PROFILES; 2) A SPACE FOR | 8/3/2023 |

| | |
|---|---|
| REGIONAL TCTAC STAFF, PARTNERS, AND TA PROVIDERS; AND 3) SPACE FOR INTERACTIVE, TWO-WAY CONVERSATION AND CHAT OPTIONS BETWEEN PARTICIPANTS, REGIONAL CENTERS, AND/OR OTHER STAKEHOLDERS. THE PROFILES WILL BE USED TO PROMOTE VOLUNTEER AND CONTRACTED TA SERVICES AS WELL AS TO STRENGTHEN NETWORKS OF LEADERS AND ROLE MODEL CHAMPIONS. WE WILL COMPLEMENT THESE WITH WEBINARS AND MATERIALS ON PARTNERSHIP AND COALITION BUILDING. THE PLATFORM WILL ALSO HOUSE AN ATTRACTIVE, EASY-TO-USE, AND SEARCHABLE ENVIRONMENTAL AND ENERGY JUSTICE LIBRARY TO SHARE WITH REGIONAL. BY THE END OF YEAR 1, THE ISC TEAM PLANS TO LAUNCH THE ONLINE PLATFORM. ACTIVITIES:THE ACTIVITIES INCLUDE ESTABLISHING AND MAINTAINING THE NATIONAL EJ TCTAC ONLINE PLATFORM, COORDINATION AND PLANNING MEETINGS, OUTREACH ACTIVITIES, NATIONAL AND LOCAL RESOURCE ANALYSES, DEVELOPMENT OF A TECHNICAL ASSISTANCE PROGRAMS DATABASE, SUSTAINABILITY PLANNING, COMPILING AND DEVELOPMENT OF RESOURCE DEVELOPMENT TOOLS, MATERIALS, AND PRODUCTS. ADDITIONAL ACTIVITIES INCLUDE CONDUCTING REGIONAL TCTACS NEEDS ASSESSMENTS, PARTNERSHIP FACILITATION, REGIONAL TCTACS TRAINING, DEVELOPMENT OF TRAINING AND TECHNICAL ASSISTANCE PROGRAMS SUPPORTING PROGRAM PARTICIPANTS' INCREASED ABILITY TO APPLY FOR AND MANAGE GRANTS ADDRESSING ENVIRONMENTAL AND ENERGY JUSTICE ISSUES, INCLUDING (BUT NOT LIMITED TO) AIR POLLUTION AND GREENHOUSE GAS EMISSIONS, THE CLEAN ENERGY TRANSITION, WATER RESOURCE MANAGEMENT, STORMWATER AND FLOODING, AND SOLID WASTE DISPOSAL.  ISC WILL ALSO HOLD BIANNUAL TOPIC BASED WEBINARS/WORKSHOPS, ANNUAL KNOWLEDGE SHARING CONVENINGS, ROLE MODELS AND LEADER WORKSHOPS, AS WELL AS PRIVATE SECTOR ENGAGEMENT AND FIN | |
| DESCRIPTION:THIS ACTION APPROVES AN AWARD IN THE AMOUNT OF $8,000,000 TO THE DEEP SOUTH CENTER FOR ENVIRONMENTAL JUSTICE (DSCEJ), IN LOUISIANA.ACTIVITIES:THE ACTIVITIES TO BE PERFORMED INCLUDE, CONSULTING WITH OTHER COMMUNITY BASED ORGANIZATIONS (CBOS) TO LEARN ABOUT THE HISTORY OF THEIR COMMUNITIES AND THE CAPABILITIES OF THEIR ORGANIZATIONS. THE RECIPIENT WILL ALSO BUILD ORGANIZATIONAL CAPACITIES OF LEAST 250 CBOS IN UNDERSERVED COMMUNITIES WITHIN THE ENVIRONMENTAL PROTECTION AGENCY'S (EPA) REGIONS 4 AND 6. THROUGH THE PROVISION OF DIRECT SERVICES, DSCEJ WILL ASSIST THE | 9/25/2023 |

CBOS IN BUILDING THEIR CAPACITIES FOR RESEARCH AND COMMUNITY ENGAGEMENT WHILE ALSO ASSISTING THEM IN APPLYING FOR SEVERAL DIFFERENT GRANTS FROM THE EPA, THE DEPARTMENT OF ENERGY (DOE), AND OTHER AGENCIES. THE REACH AND IMPACT OF THE COMMUNITY INVESTMENT AND RECOVERY CENTER (CIRC) WILL BE INCREASED IN AN EFFORT TO SUSTAIN CAPACITY-BUILDING SERVICES BEYOND THE 5-YEAR PERFORMANCE PERIOD OF THIS GRANT.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE ORGANIZATIONAL DEVELOPMENT, IDENTIFYING AND PRIORITIZING NEEDS, PROVIDING EDUCATION ON PRIORITY ENVIRONMENTAL ISSUES (AIR QUALITY, SOIL CONTAMINATION, CLEAN ENERGY, ETC.), CREATING COMMUNITY PROFILES USING DATA AND MAPPING, RELATIONSHIP BUILDING, AND TRAINING AND ASSISTANCE TO BUILD KNOWLEDGE OF FEDERAL FUNDED PROGRAMS. THE EXPECTED OUTCOMES INCLUDE INCREASED AWARENESS, KNOWLEDGE AND UNDERSTANDING OF GRANTS AMONG UNDERSERVED COMMUNITIES, INCREASED ACCESS TO GRANT WRITING AND MANAGEMENT RESOURCES, AND AN INCREASE TO THE NUMBER AND QUALITY OF APPLICATIONS FOR FUNDING RELATED TO ENVIRONMENTAL AND ENERGY JUSTICE FROM UNDERSERVED COMMUNITIES IN THE SOUTHEAST REGION. THE INTENDED BENEFICIARIES OF THIS GRANT INCLUDE UNDERSERVED COMMUNITIES THROUGHOUT EACH OF THE STATES IN EPA'S REGION 4: (ALABAMA, FLORIDA, GEORGIA, KENTUCKY, MISSISSIPPI, NORTH CAROLINA, SOUTH CAROLINA, TENNESSEE) AND EPA'S REGION 6: (ARKANSAS, LOUISIANA, NEW MEXICO, OKLAHOMA, TEXAS).

EPA_00299506

| | |
|---|---|
| DESCRIPTION:THE PURPOSE OF THIS PROJECT IS TO EMPOWER COMMUNITIES BY PROVIDING CRITICAL SERVICES TO COMMUNITY ORGANIZATIONS. THESE SERVICES WILL EXPAND PARTICIPANTS' CAPACITY TO MEET COMMUNITY-DEFINED PRIORITIES AND PARTICIPATE MEANINGFULLY IN DECISION-MAKING PROCESSES, FOCUSING SPECIFICALLY ON UNDERSERVED, RURAL, REMOTE, TRIBAL, INDIGENOUS, AND PACIFIC ISLAND COMMUNITIES ACROSS EPA REGION 9. THE GOAL/MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION. THE HUB OF THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTERS (TCTAC) WILL BE BASED IN A PHYSICAL AND VIRTUAL CENTER AT SAN DIEGO STATE UNIVERSITY (SDSU) CALLED THE CENTER FOR COMMUNITY ENERGY AND ENVIRONMENTAL JUSTICE. HUB PARTNERS WILL WORK TO COORDINATE ACTIVITIES IN THEIR AREA(S) OF EXPERTISE ACROSS ALL OF EPA REGION 9 AND WILL FACILITATE CO-PRODUCTION, CO-DEVELOPMENT, SHARING , TRANSFER, AND DELIVERY OF BOTH PROCESS AND CONTENT AMONG SPOKE PARTNERS AND COMMUNITY PARTNERS FOR ENVIRONMENTAL PROGRAMS (AIR, WATER, WASTE, ENERGY, TOXICS) AND GRANTSMANSHIP. SPOKE PARTNERS WILL LEAD ON DELIVERING SERVICES (IN PERSON AND VIRTUALLY) TO ELIGIBLE COMMUNITY ORGANIZATIONS, BUILDING AND EXPANDING ON THEIR EXISTING ELIGIBLE COMMUNITY ORGANIZATIONS IN THEIR NETWORK AND IDENTIFYING AND CONNECTING WITH NEW COMMUNITY ORGANIZATIONS, SUPPORTING COMMUNITY ENGAGEMENT AND CAPACITY BUILDING.<br><br>HUB PARTNERS INCLUDE: SDSU COMMUNITY CLIMATE ACTION NETWORK, ENVIRONMENTAL PROTECTION NETWORK, USD ENERGY POLICY INITIATIVE CENTER, ASU ENERGY AND SOCIETY, INSTITUTE FOR TRIBAL ENVIRONMENTAL PROFESSIONALS, AND CENTER FOR CREATIVE LAND RECYCLING.<br><br>SPOKE PARTNERS INCLUDE: CLIMATE SCIENCE ALLIANCE (CA), PUBLIC HEALTH ALLIANCE (CA), ARIZONA STATE UNIV SCHOOL OF SUSTAINABILITY (AZ), DESERT RESEARCH INSTITUTE (NV), PACIFIC RISA (HI, AS), AND UNIV | 6/5/2023 |

OF GUAM CENTER FOR ISLAND SUSTAINABILITY (GUAM).

THIS AGREEMENT PROVIDES PARTIAL FEDERAL FUNDING IN THE AMOUNT OF $4,000,000. PRE-AWARD COSTS ARE APPROVED BACK TO 6/1/2023. REFER TO TERMS AND CONDITIONS.ACTIVITIES:SDSU TCTAC'S MISSION IS TO LEVERAGE AND STRENGTHEN COMMUNITY ASSETS BY CREATING AN ACCESSIBLE IN-PERSON AND VIRTUAL COMMUNITY THAT BUILDS CAPACITY AND PROVIDES TECHNICAL ASSISTANCE IN ENERGY AND ENVIRONMENTAL JUSTICE CENTERED AROUND FOUR UNIFYING OBJECTIVES: 1) OUTREACH AND PARTNERSHIP BUILDING, 2) DEVELOPMENT OF RESOURCES, 3) TRANSFER OF KNOWLEDGE AND BUILDING COMMUNITY CAPACITY, 4) EVALUATION, ADAPTATION, AND INNOVATION.

ACTIVITIES INCLUDE CONVENING TCTAC HUBS AND SPOKES MEETINGS. CONDUCTING NEEDS ASSESSMENTS STARTING WITH COMMUNITIES WHERE TCTAC PARTNERS. DEVELOP OUTREACH COLLATERAL (I.E. LOGO, WEBSITE, COMMUNICATION CHANNELS, ETC). RELEASE OF COMMUNICATION MATERIALS TO SPOKES TO CUSTOMIZE AND ENHANCE OUTREACH. INCREASING COMMUNITY FOOTPRINT RECEIVING TECHNICAL ASSISTANCE 5-10%. DEVELOP COMMUNITY KNOWLEDGE PORTAL. HUBS WILL COMPILE EXISTING INFORMATION ON GRANTSMANSHIP, ENERGY JUSTICE (ENJ), AND ENVIRONMENTAL JUSTICE (EJ) TO SHARE. HUB TEAMS WILL WORK WITH SPOKE PARTNERS AND COMMUNITY STAKEHOLDERS TO CO-PRODUCE NEW MATERIALS TO MEET PARTNER NEEDS WITH CONTINUOUS ROLL-OUT AS NEW RESOURCES ARE COMPLETED. CONDUCT ANNUAL INTRA-TCTAC TRAINING ON WORKPLACE CONDUCT, MICROAGGRESSIONS, AND THE TENETS OF DEIA. CONVENE COMMUNITY TRAINING EVENTS AND WORKSHOPS, ONE-ON-ONE SERVICES, COMMUNITY KNOWLEDGE PORTAL PROVIDING TECHNICAL ASSISTANCE ON ENVIRONMENTAL PROGRAMS (AIR, WATER, ENERGY, WASTE, TOXICS). SERVICE DELIVERY TRACKING AND FEEDBACK EFFORTS. CONDUCT MONTHLY INTRA-TCTAC COORDINATION CALLS. SUBMIT REQUIRED REPORTS TO EPA. PARTICIPATE IN EPA REGIONAL AND NATIONAL MEETINGS AND SYMPOSIUMS.

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO NATIONAL WILDLIFE FEDERATION (NWF). SPECIFICALLY, NWF WILL WORK WITH CORE PARTNERS (UMD CEEJH AND UMD EFC) TO DESIGN, OPERATE, AND LEAD A MID-ATLANTIC THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV, AS WELL AS THE DISTRICT OF COLUMBIA. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY JUSTICE WORK.<br><br>THIS ACTION PARTIALLY FUNDS THE GRANT IN THE AMOUNT OF $4,000,000. FEDERAL FUNDS IN THE AMOUNT OF $8,000,000 ARE CONTINGENT UPON AVAILABILITY OF ADDITIONAL FUNDING. ACTIVITIES:USING CORE PARTNERS AND COMMUNITY-BASED HUBS, THIS PROJECT WILL PROVIDE OUTREACH TO COMMUNITIES IN NEED OF TECHNICAL ASSISTANCE AND INCREASE CAPACITY AND KNOWLEDGE RELATED TO ENVIRONMENTAL AND ENERGY JUSTICE CONCERNS. SUBRECIPIENT:CORE PARTNERS NATIONAL WILDLIFE FEDERATION, UNIVERSITY OF MARYLAND CENTER FOR COMMUNITY ENGAGEMENT, ENVIRONMENTAL JUSTICE, AND HEALTH (CEEJH) AND UNIVERSITY OF MARYLAND ENVIRONMENTAL FINANCE CENTER (EFC), WILL DESIGN, OPERATE AND LEAD A MID- ATLANTIC THRIVING COMMUNITIES HUB (MATCH) TO BE AN ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER FOR EPA REGION 3, SERVING THE STATES OF DE, MD, PA, VA, AND WV AND DC. NWF WILL WORK CLOSELY WITH MULTIPLE COMMUNITY-BASED PARTNERS AS CORE PARTNERS SELECTED DUE TO THEIR EXPERIENCE AND EXPERTISE IN ENVIRONMENTAL AND ENERGY JUSTICE WORK. USING A 'HUB' APPROACH, THE CORE PARTNERS (1 SUBAWARD FOR UMD) WILL ACT AS 'CORE HUBS', AND THE COMMUNITY-BASED 'HUBS' (10 SUBAWARDS) WILL ALLOW FOR SERVICE DELIVERY TO BE MORE ACCESSIBLE TO POTENTIAL PROGRAM PARTICIPANTS, BOTH GEOGRAPHICALLY AS WELL AS CULTURALLY, DUE TO THEIR ON-THE-GROUND COMMUNITY PRESENCE. OUTCOMES:THE EXPECTED OUTCOMES OF THIS PROJECT INCLUDE: GAINED KNOWLEDGE AND SKILLS NEEDED TO UNDERSTAND AND ASSESS ENVIRONMENTAL AND ENERGY JUSTICE ISSUES AND TO ENGAGE POLICYMAKERS, GOVERNMENT AGENCIES, AND INDUSTRY; AND AN INCREASE IN FINANCIAL, TECHNICAL, AND INSTITUTIONAL KNOWLEDGE, RESOURCES, AND SKILLS TO ASSESS, DESIGN, IMPLEMENT, MAINTAIN, AND PAY FOR ENVIRONMENTAL AND ENERGY JUSTICE | 6/7/2023 |

| | |
|---|---|
| RELATED PROJECTS. THE INTENDED BENEFICIARIES INCLUDE COMMUNITIES THAT ARE UNDERSERVED, OVERBURDENED, RESOURCE-CONSTRAINED, AND RURAL IN ALL REGION 3 AREAS: DE, MD, PA, VA, WV, AND DC. | |
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING TO WICHITA STATE UNIVERSITY. SPECIFICALLY, THE RECIPIENT WILL REMOVE BARRIERS AND IMPROVE ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS. WITH THIS CRITICAL INVESTMENT, WICHITA STATE UNIVERSITY CENTER WILL PROVIDE TRAINING AND OTHER ASSISTANCE TO BUILD CAPACITY FOR NAVIGATING FEDERAL GRANT APPLICATION SYSTEMS, WRITING STRONG GRANT PROPOSALS, AND EFFECTIVELY MANAGING GRANT FUNDING. IN ADDITION, THIS CENTER WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS AND WILL ALSO CREATE AND MANAGE COMMUNICATION CHANNELS TO ENSURE ALL COMMUNITIES HAVE DIRECT ACCESS TO RESOURCES AND INFORMATION.ACTIVITIES:THE ACTIVITIES INCLUDE: SERVING AS A HUB FOR INFORMATION, TRAINING, RESOURCES, TECHNICAL ASSISTANCE (TA), AND CONNECTION FOR ADDRESSING ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE CONCERNS IN UNDERSERVED COMMUNITIES IN MISSOURI, NEBRASKA, KANSAS, IOWA AND FEDERALLY RECOGNIZED TRIBES; DEVELOP OPERATIONS CENTER AND FOCUS ON CREATING COMMUNITY ASSESSMENT PROCESS AND TOOLS; HOST GRANT WRITING/MANAGEMENT TRAININGS, HOST CIVIC ENGAGEMENT TRAININGS, RESPOND TO REQUESTS FROM GENERAL PUBLIC REGARDING ENVIRONMENTAL AND ENERGY JUSTICE GRANT MAKING AND PROGRAM NEEDS, PROVIDE TRAINING AND TECHNICAL ASSISTANCE TO IDENTIFY COMMUNITIES OF GREATEST NEED (CGNS) AND ACT AS A COMMUNITY ENGAGEMENT AND OUTREACH HUB FOR THE | 6/1/2023 |

| | |
|---|---|
| REGION.SUBRECIPIENT:WICHITA STATE UNIVERSITY EJ TCTAC CENTERS WILL PROVIDE GUIDANCE ON COMMUNITY ENGAGEMENT, MEETING FACILITATION, AND TRANSLATION AND INTERPRETATION SERVICES FOR LIMITED ENGLISH-SPEAKING PARTICIPANTS, THUS REMOVING BARRIERS AND IMPROVING ACCESSIBILITY FOR COMMUNITIES WITH ENVIRONMENTAL JUSTICE CONCERNS.  OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE TARGETED COMMUNITY ENGAGEMENTS SUCH AS OUTREACH, GRANT WRITING AND EVALUATION WORKSHOPS, TRAININGS, COMMUNITY ENGAGEMENT EVENTS, ETC. THE EXPECTED OUTCOMES INCLUDES GRANT TRAINING, COMMUNITY NEEDS ASSESSMENT, SURVEYS, INTERVIEWS, MAPPING, RESEARCH AND OTHER TOOLS TO ASSESS ENVIRONMENTAL JUSTICE OR ENERGY JUSTICE NEEDS; AND CIVIC ENGAGEMENT AND LEADERSHIP DEVELOPMENT. THE INTENDED BENEFICIARIES INCLUDES LARGE, SMALL, RURAL, REMOTE, AND TRIBAL COMMUNITIES; NONPROFITS; BUSINESSES; LOCAL GOVERNMENTS; AND STATE AND FEDERAL AGENCIES ACROSS THE HEARTLAND OF KANSAS, NEBRASKA, IOWA, MISSOURI, AND FEDERALLY RECOGNIZED TRIBES. THE CENTER WILL BUILD A COMMUNITY'S ABILITY TO PARTICIPATE IN ENVIRONMENTAL JUSTICE AND ENERGY JUSTICE DECISION-MAKING AT ALL LEVELS OF GOVERNMENT, FIND AND APPLY FOR GRANTS, AND ENGAGE WITH THE PRIVATE SECTOR TO BE PART OF ENERGY AND INFRASTRUCTURE PROJECT DESIGN AND DEVELOPMENT. | |
| DESCRIPTION:THE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER WILL LEVERAGE EXISTING UNIVERSITY EXTENSION NETWORKS AND TECHNICAL SERVICE PROVIDERS TO REACH REMOTE, RURAL, AND UNDERSERVED COMMUNITIES ACROSS EPA REGION 5, INCLUDING THE STATES OF MINNESOTA, MICHIGAN, WISCONSIN, ILLINOIS, INDIANA, AND OHIO AND 35 TRIBAL NATIONS.ACTIVITIES:THE PROPOSED GREAT LAKES ENVIRONMENTAL JUSTICE TECHNICAL ASSISTANCE CENTER (TAC) IS ORIENTED AROUND THREE INTERRELATED ACTIVITIES: 1. IDENTIFY UNDERSERVED AND OVERBURDENED COMMUNITIES WHO COULD BENEFIT FROM ENVIRONMENTAL AND ENERGY-RELATED PROGRAMS, 2. BUILD CAPACITY FOR COMMUNITIES TO ENGAGE IN ENVIRONMENTAL DECISION MAKING AND ACCESS TECHNICAL ASSISTANCE, AND 3. PROVIDE TAILORED, ACCESSIBLE, CULTURALLY APPROPRIATE ASSISTANCE THAT ALLOWS COMMUNITIES TO SECURE FUNDING AND RESOURCES THAT MATERIALLY IMPROVE THEIR SOCIAL, ECONOMIC, AND ENVIRONMENTAL | 7/3/2023 |

EPA_00299511

| | |
|---|---|
| OUTCOMES.SUBRECIPIENT:ACTIVITIES INCLUDE PROVIDING TECHNICAL ASSISTANCE TO REGION 5 COMMUNITIES AND INDIVIDUALS, RUNNING WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED ACTIVITIES. OUTCOMES:THE ANTICIPATED DELIVERABLES FOR THE TCTAC INCLUDE: A WEB PORTAL, MINUTES AND TRAININGS RELATED TO COMMUNITY WORKSHOPS, RECORDS OF APPLICANTS ASSISTED, AND OTHER RELATED MATERIALS. EXPECTED OUTCOMES INCLUDE: 1. HIGHER CAPACITY FOR COMMUNITIES, NON-PROFIT ORGANIZATIONS, AND INDIVIDUALS TO APPLY FOR GRANT OPPORTUNITIES, 2. IMPROVED CONNECTIONS BETWEEN COMMUNITIES AND TECHNICAL ASSISTANCE RESOURCES, AND 3. INCREASED PARTICIPATION IN FEDERAL AND STATE ENVIRONMENTAL AND ENERGY DECISION-MAKING AS EVIDENCED BY GREATER PARTICIPATION IN PUBLIC ENGAGEMENT, OUTREACH, EPA AND DOE PROGRAMS, PUBLIC COMMENTS, AND EJ COMMUNITIES OCCUPYING POSITIONS OF POWER IN LOCAL AND FEDERAL DECISION-MAKING BODIES.<br><br>THE INTENDED BENEFICIARIES ARE THE PEOPLE OF REGION 5, INCLUDING THE RESIDENTS OF MINNESOTA, WISCONSIN, MICHIGAN, ILLINOIS, INDIANA, AND OHIO, AS WELL AS THE MEMBERS OF THE 35 FEDERALLY-RECOGNIZED TRIBES PRESENT IN THE REGION. | |
| DESCRIPTION:WITH A SKILLED NETWORK OF SPECIALIZED PARTNERS SPREAD ACROSS THE ENTIRE SIX-STATE-AND-TRIBAL GEOGRAPHY OF EPA REGION V, THIS ENVIRONMENTAL JUSTICE THRIVING COMMUNITIES TECHNICAL ASSISTANCE CENTER (EJ TCTAC) IS UNIQUELY SITUATED TO SHAPE EQUITY BY PROVIDING ASSISTANCE, TRAINING, AND RESOURCES TO PROGRAM PARTICIPANTS. EACH OPERATIONAL PARTNER HAS EVOLVED THROUGH GRASSROOTS EFFORTS, COMPREHENSIVELY INTEGRATING SCIENCE, TRADITION, AND CULTURE. THE CONSORTIUM DERIVES ITS POWER FROM THE PEOPLE. LOCATED NEAR THE EPA REGION 5 HEADQUARTERS IN CHICAGO, ILLINOIS, BIG SERVES AS THE EPICENTER OF THE EJ TCTAC. POWERFUL PARTNERS ENSURE THAT THIS TARGETED, SPECIALIZED PROGRAM EXTENDS THROUGHOUT THE 35 TRIBAL LANDS, ILLINOIS, INDIANA, MICHIGAN, MINNESOTA, OHIO, AND WISCONSIN. THIS DEDICATED TEAM ENSURES THAT EACH EJ TCTAC FOCUS AREA OUTLINED BY EPA IS CARRIED OUT PROFESSIONALLY, THOROUGHLY, AND CONTINUOUSLY, INCORPORATING REAL-TIME ADVANCES, ARISING CHALLENGES, AND MEANINGFUL INVOLVEMENT OF THE COMMUNITIES. TO HELP ACHIEVE EQUITY, IN ALIGNMENT WITH EXECUTIVE ORDER 13985, | 8/18/2023 |

EACH INVOLVED ORGANIZATION ENVISIONS A TECHNICAL ASSISTANCE CENTER THAT EMPOWERS COMMUNITIES TO REMEDIATE SOCIAL, ECONOMIC, AND HEALTH BURDENS BY SEEKING ENVIRONMENTAL AND ENERGY JUSTICE. FOR MAXIMUM IMPACT, SERVICES PROVIDED ENGAGE PARTICIPANTS AT EVERY LEVEL OF READINESS TO DESIGN SOLUTIONS, OBTAIN NEEDED FUNDING AND RESOURCES, AND DIRECT ACTIVITIES AND RESOURCES TOWARD THEIR IDENTIFIED NEEDS WITH EMPHASIS ON THOSE DISPROPORTIONATELY HARMED. TO BEST ENSURE THAT ALL ELIGIBLE SERVICES OF EJ TCTAC OBJECTIVES ARE PROVIDED THROUGHOUT THE ENTIRE GEOGRAPHIC AREA, INCLUDING REMOTE AND RURAL AREAS, 23 DOCUMENTED, SUPPORTING PARTNERS PROVIDE VALUABLE ASSISTANCE. TO CREATE A NEW CHAPTER OF HOPE, HEALING, AND REGENERATION, THE WHOLE-SYSTEM SOLUTION PROPOSED BY BIG AND CONVEYED THROUGH THIS EJ TCTAC EMPOWERS INDIVIDUALS AND COMMUNITIES TO LESSEN BARRIERS TO HEALTHY LIVING AND ECONOMIC FREEDOM. THE EJ TCTAC WILL OFFER HYBRID VIRTUAL AND ON-SITE SERVICES. THE WIDESPREAD NETWORK OF PARTNERS WILL OPERATE SATELLITE OFFICES TO ENSURE PHYSICAL AND VIRTUAL SERVICES ARE ACCESSIBLE TO REMOTE AND UNDERSERVED COMMUNITIES. SEDAC WILL DEPLOY A DEDICATED 1-800 CALL-CENTER. BEL AND MTERA WILL DEVELOP MULTILINGUAL RESOURCES AND CONTINUE TO LEVERAGE EXISTING TRIBAL NETWORKS ACROSS THE REGION. SERVICES INCLUDE PRODUCTION OF AND INSTRUCTION ON HOW-TO-PRODUCE PHYSICAL, DIGITAL, AND VIRTUAL RESOURCES THAT INCLUDE STORYTELLING, FACT SHEETS, CASE STUDIES, INFOGRAPHICS, AND BEST-PRACTICE TIP SHEETS. TO TEACH CAPACITY BUILDING AT BOTH REGIONAL AND LOCAL LEVELS, THE EJ TCTAC WILL FACILITATE STAKEHOLDER ENGAGEMENT DISCUSSIONS, LISTENING SESSIONS, AND OUTREACH WITH GOVERNMENT AND PRIVATE SECTORS. BIG WILL ALSO CLOSELY COLLABORATE WITH THE UNIVERSITY OF MINNESOTA WHICH IS ALSO RECEIVING AN EJ TCTAC AWARD TO SUPPORT EPA REGION V COMMUNITIES.ACTIVITIES:.SUBRECIPIENT:THERE ARE NINE SUB-AWARDS UNDER THIS GRANT AGREEMENT. ACTIVITIES FOR EACH DIFFER BASED ON EXPERTISE BUT INCLUDE FOR EXAMPLE, TRIBAL RELATIONS EXPERTISE, ENERGY SOVEREIGNTY EXPERTISE, TRANSLATION AND INTERPRETATION SERVICES, RURAL COMMUNITIES OUTREACH, OUTREACH AND EDUCATION, GRANTS TRAINING AND WRITING, PUBLIC HEALTH, ENERGY DESIGN, ETC.  OUTCOMES:.

| | |
|---|---|
| DESCRIPTION:THE AGREEMENT PROVIDES FUNDING TO MONTANA STATE UNIVERSITY (MSU). SPECIFICALLY, MSU WILL DELIVER EFFECTIVE, NO-COST TECHNICAL ASSISTANCE (TA) TO INDIVIDUALS AND ORGANIZATIONS COMMITTED TO ENERGY AND ENVIRONMENTAL JUSTICE IN REGION 8, ESPECIALLY REPRESENTATIVES OF UNDERSERVED AND OVERBURDENED GEOGRAPHIES AMONG THE REGION'S 28 FEDERALLY-RECOGNIZED TRIBES AND IN URBAN, REMOTE AND RURAL LOCATIONS. MSU MOUNTAINS AND PLAINS THRIVING COMMUNITIES COLLABORATIVE (MAPTCC) TA OFFERINGS AIM TO BUILD CAPACITY AMONG PROGRAM PARTICIPANTS IN THE AREAS OF THE ABILITY TO SUCCEED IN GRANT APPLICATION AND MANAGEMENT PROCESSES, UNDERSTANDING OF FUNDING SOURCES AND GRANT REQUIREMENTS, AND THE ABILITY TO PARTICIPATE AND ENGAGE EFFECTIVELY IN ENVIRONMENTAL AND ENERGY JUSTICE DECISION-MAKING. ACTIVITIES:THE ACTIVITIES INCLUDE: (1) CONDUCTING OUTREACH, MARKETING AND RECRUITMENT THROUGH THE MANAGEMENT OF WEBSITE, SOCIAL MEDIA AND OTHER MARKETING TOOLS AND IN-PERSON ENGAGEMENTS; (2) PROVIDING NETWORKING AND COORDINATION WITHIN THE BROADER TCTAC AND REGIONAL TA PROFESSIONAL COMMUNITIES; (3) DIRECT COMMUNITY RESOURCE AND ENGAGEMENT SERVICES SUCH AS PROVIDING GENERAL INFORMATION, COORDINATION AND PLANNING CAPACITY, DEVELOPING AND SUPPORTING THE USE OF CUSTOMIZED PRODUCTS SUCH AS READINESS ASSESSMENTS AND FUNDING STRATEGIES, REFERRALS TO TRAINING PROGRAMS AND TA SERVICES, MENTORSHIP AND ENCOURAGEMENT, AND SUPPORT FOR FACILITATING MEETINGS AND PEER NETWORKING INCLUDING TRANSLATION, INTERPRETATION AND ACCESSIBILITY SERVICES; (4) MAINTENANCE OF A DIGITAL RESOURCE CENTER WHICH SERVES AS A PARTICIPANT DATABASE SYSTEM AND COMMUNICATIONS BACKBONE; (5) DEVELOPMENT AND DELIVERY OF CAPACITY-BUILDING TRAINING PROGRAMS; (6) THE DELIVERY OF SPECIALIZED SUPPORT TO PROGRAM PARTICIPANTS THROUGH CUSTOM WORKSHOPS AND CONSULTATIONS BY SUBJECT MATTER AND TECHNICAL EXPERTS IN THE AREAS OF COMMUNITY DEVELOPMENT, ENVIRONMENTAL AND ENERGY JUSTICE, AND CLEAN ENERGY DEVELOPMENT, AND (7) PROJECT MANAGEMENT, EVALUATION AND REPORTING. SUBRECIPIENT:ACTIVITIES INCLUDE PROVIDING TECHNICAL ASSISTANCE TO REGION 8 COMMUNITIES AND INDIVIDUALS, RUNNING | 6/14/2024 |

WORKSHOPS, COMMUNICATING ABOUT FUNDING OPPORTUNITIES, AND OTHER RELATED ACTIVITIES.

TOTAL SUMS FOR YEARS 1 - 5:
COLORADO STATE UNIVERSITY: $1,942,682.00
CENTER FOR SOCIAL CREATIVITY: $1,003,691.00
ALLIANCE FOR TRIBAL CLEAN ENERGY:
$1,400,022.00
UNIVERSITY OF WYOMING: $1,027,541.00
UTAH STATE UNIVERSITY:
$1,009,011.00OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE A PUBLIC-FACING WEBSITE, AS WELL AS THE ABILITY TO MAKE REQUESTS AND INQUIRIES VIA TEXT, PHONE AND EMAIL; A DIGITAL RESOURCE CENTER SERVING GRANT ANNOUNCEMENTS, MODULAR TRAININGS, AND CUSTOMIZED PORTFOLIOS FOR PROGRAM PARTICIPANTSMDASH;AND ASSOCIATED DATASETS OF PARTICIPANT AND PROVIDER CONTACTS; ORGANIZATIONAL FUNDING AND SUSTAINABILITY PLANS FOR PROGRAM PARTICIPANTS.

THE EXPECTED OUTCOMES INCLUDE INCREASING PROGRAM PARTICIPANTS', PARTICULARLY UNDERSERVED AND RURAL/REMOTE COMMUNITIES, ACCESS TO AND AWARENESS OF GRANT OPPORTUNITIES, KNOWLEDGE OF THE GRANT APPLICATION AND MANAGEMENT PROCESS, UNDERSTANDING OF FINANCING SOURCES AND GRANT REQUIREMENTS, AND THE ABILITY TO PARTICIPATE AND ENGAGE IN ENVIRONMENTAL AND ENERGY JUSTICE DECISION-MAKING. EXPECTED OUTCOMES OF THIS PROGRAM ARE THE INCREASED CAPACITY IN TO ADVANCE AND ADDRESS ENVIRONMENTAL AND ENERGY JUSTICE ISSUES ACROSS REGION 8. THIS WILL LEAD TO PROGRESS TOWARDS ACHIEVING THE OBJECTIVES OF EXECUTIVE ORDERS 13985, 14008, 14091 AND 14096.

THE INTENDED BENEFICIARIES IN REGION 8 INCLUDE BUT ARE NOT LIMITED TO: NONPROFIT ORGANIZATIONS; COMMUNITY-BASED AND GRASSROOTS ORGANIZATIONS; PHILANTHROPIC AND CIVIC ORGANIZATIONS; UNDERSERVED COMMUNITIES AND ORGANIZATIONS; RURAL AND REMOTE COMMUNITIES AND ORGANIZATIONS; FAITH-BASED ORGANIZATIONS AND CHURCHES; EDUCATIONAL INSTITUTIONS (E.G., SCHOOLS, COLLEGES, AND UNIVERSITIES), INCLUDING MINORITY SERVING INSTITUTIONS; INDIVIDUALS OF UNDERSERVED COMMUNITIE

| | |
|---|---|
| DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO APPALACHIAN VOICES.  THE RECIPIENT WILL CREATE A COMPREHENSIVE FRAMEWORK KNOWN AS THE COAL COMMUNITY RESILIENCE PLANNING MODEL AND TOOLKIT. THIS MODEL AND TOOLKIT WILL SERVE AS AN ADAPTABLE GUIDE FOR FIVE COAL COMMUNITIES IN VIRGINIA TO NAVIGATE AND RESPOND TO THE MULTIFACETED CHALLENGES POSED BY ECONOMIC SHIFTS, ENVIRONMENTAL CONCERNS, AND THE NEED TO PLAN FOR CLIMATE CHANGE. ACTIVITIES:THE FOLLOWING ACTIVITIES WILL BE PERFORMED: ORGANIZE GOVERNMENT LEADS AND CORE COMMUNITY STAKEHOLDERS, NURTURE COMMUNITY ENGAGEMENT AND DEVELOP RESILIENCE MAPS, ENCOURAGE COMMUNITY PROJECT IDEATION AND PLAN DEVELOPMENT, DEVELOP COMMUNITY PROJECT SUSTAINABILITY PLANS, MEASURE AND SUSTAIN IMPACT, AND DEVELOP ENVIRONMENTAL JUSTICE ADVOCATES.SUBRECIPIENT:NO SUBAWARDS ARE INCLUDED IN THIS ASSISTANCE AGREEMENT.OUTCOMES:THE ANTICIPATED DELIVERABLES INCLUDE THE FOLLOWING: A COLLABORATIVE DECISION-MAKING PROCESS; 200+ COMMUNITY MEMBERS ENGAGED; 5 COMMUNITY RESILIENCE MAPS; 5 COMMUNITY-BASED PROJECT DESIGNS; PROJECT PREDEVELOPMENT CONSULTING; 12 EDUCATION WEBINARS ON CLIMATE/RESILIENCE TOPICS; 20 NEW EJ LEADERS DEVELOPED; SKILLS AND METRICS DEVELOPED TO MEASURE IMPACT; THE DEVELOPMENT OF COAL COMMUNITIES RESILIENCE TOOLKIT; ENGAGEMENT IN THE EJ PROCESSES AND RULEMAKING EFFORTS; COALFIELD RESILIENCE; AND THE DEVELOPMENT OF A COMMUNITY FEEDBACK FORM.<br><br>THE EXPECTED OUTCOMES INCLUDE THE FOLLOWING: THE CREATION OF CORE PARTNERSHIP ACCOUNTABILITY AND ORGANIZATIONAL STRUCTURE; HOSTING 2 LISTENING SESSIONS IN EACH LOCALITY; ACTIVATING 50 STAKEHOLDERS; BOLSTERING THE COMMUNITY BUY-IN PROCESS; STRATEGIC PROJECT IMPLEMENTATION; COMPLETING 5 RESILIENCE PROJECTS; INCREASING LOCAL COLLABORATIVE STRATEGIES; AND ENCOURAGING PARTICIPATION IN REGULATORY/POLICY OPPORTUNITIES.<br><br>THE INTENDED BENEFICIARIES ARE CITIZENS, LOCAL GOVERNMENT LEADERS, FUNDERS, POLICY MAKERS, REGIONAL ECONOMIC DEVELOPMENT GROUPS, AND EJ ORGANIZATIONS. | 3/19/2024 |

EPA_00299516

DESCRIPTION:THIS AGREEMENT PROVIDES FUNDING UNDER THE INFLATION REDUCTION ACT (IRA) TO BAYVIEW HUNTERS POINT COMMUNITY ADVOCATES. THE RECIPIENT PROJECT IS FOCUSED ON THE BAYVIEW-HUNTERS POINT COMMUNITY OF SAN FRANCISCO CA. THE IMMEDIATE OUTCOME OF THIS TWO-YEAR INITIATIVE WILL BE THE DEVELOPMENT OF AN ENVIRONMENTAL JUSTICE POLICY PLATFORM, GROUNDED IN THE NEIGHBORHOOD'S OWN LIVED EXPERIENCES AND COMMUNITY SCIENCE - DOCUMENTATION AND MAPPING OF ENVIRONMENTAL TOXIC EXPOSURES AND ADVERSE HEALTH EFFECTS TO PAST AND PRESENT RESIDENTS AND WORKERS, BUILDING AN ACCESSIBLE LIBRARY OF LOCAL ENVIRONMENTAL ISSUES, POTENTIAL MITIGATION MEASURES, AND SUBSTANTIVE POLICY CHANGES. THE PROJECT CONNECTS MULTIPLE COMMUNITY-LED EFFORTS INTO A LARGER, COHESIVE PROGRAM OF POLLUTION REDUCTION, PUBLIC HEALTH ADVOCACY, AND NEIGHBORHOOD EMPOWERMENT. A MAJOR RESULT OF THE PROGRAM WILL BE THE DEVELOPMENT OF NEW CADRES OF TRAINED AND EXPERIENCED COMMUNITY ENVIRONMENTAL HEALTH ACTIVISTS, INCLUDING YOUTH ADVOCATES.

THIS ASSISTANCE AGREEMENT PROVIDES FULL FEDERAL FUNDING IN THE AMOUNT OF $500,000. PRE-AWARD COSTS HAVE BEEN APPROVED BACK TO 3/1/2024.

ACTIVITIES:THE ACTIVITIES INCLUDE HIRING A PROGRAM COORDINATOR, COMPLETE MOU'S WITH COLLABORATIVE PARTNERS, DEVELOP TRAINING MATERIALS FOR STAFF, PREPARE FOR P

--
**Maddie Rowley**
Cell: 703-609-0570

Message

**From:**        Hanson, Paige (Catherine) [hanson.catherine@epa.gov]
**Sent:**        2/27/2025 1:20:16 PM
**To:**          Talmage, Sarah [Talmage.Sarah@epa.gov]; Voyles, Travis [voyles.travis@epa.gov]
**Subject:**     4 corners req: cancelled grant list - send or hold?
**Attachments:** Grant Terminatons List_Feb26.xlsx


Four corners led by Daniel requested list of cancelled grants. I don't object to these being sent but recognize there are lots of moving parts re the Hill right now. Okay to send or hold for now?

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Thursday, February 27, 2025 7:26 AM
**To:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** Fw: Cancelled Grants

For discussion

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

---

**From:** Walsh, Ed <Walsh.Ed@epa.gov>
**Sent:** Thursday, February 27, 2025 7:19:07 AM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>
**Cc:** Pollak, Taylor <Pollak.Taylor@epa.gov>
**Subject:** Fw: Cancelled Grants

Good morning Please let me know if this full list of cancelled grants is cleared to send to the 4 corners.

Thanks

Ed

Get Outlook for iOS

---

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Wednesday, February 26, 2025 4:54:03 PM
**To:** Walsh, Ed <Walsh.Ed@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Pollak, Taylor <Pollak.Taylor@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; McMichael, Nate

<McMichael.Nate@epa.gov>
**Subject:** RE: Cancelled Grants

Here's the list. Please don't send anything to the Hill unless Travis has blessed it.

---

**From:** Walsh, Ed <Walsh.Ed@epa.gov>
**Sent:** Wednesday, February 26, 2025 4:49 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Boyd, Wyatt <Boyd.Wyatt@epa.gov>; Robinson, Angel <robinson.angel@epa.gov>; Pollak, Taylor <Pollak.Taylor@epa.gov>
**Cc:** Patrick, Kimberly <Patrick.Kimberly@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>; McMichael, Nate <McMichael.Nate@epa.gov>
**Subject:** Fw: Cancelled Grants

Hi Dan

We have a request from all "4 corners" on the appropriations staff for more specifics on the recently cancelled grants.  The specific information requested is highlighted below---

 I understand that grant termination letters were sent out on Friday evening (2/21/25) to some of the Environmental Justice Thriving Communities Technical Assistance Center (EJ TCTAC) grant recipients. We specifically heard that University of Minnesota, University of Montana, and San Diego State University received notices.


Best

Ed

---

**From:** Mencher, Daniel (Appropriations) <Daniel_Mencher@appro.senate.gov>
**Sent:** Wednesday, February 26, 2025 3:17 PM
**To:** Walsh, Ed <Walsh.Ed@epa.gov>; Pollak, Taylor <Pollak.Taylor@epa.gov>
**Cc:** Sahgal, Rishi (Appropriations) <Rishi_Sahgal@appro.senate.gov>; Sarah Peery <sarah.peery@mail.house.gov>; Rita Culp <Rita.Culp@mail.house.gov>; Schmeltz, Michael <Michael.Schmeltz@mail.house.gov>
**Subject:** RE: Cancelled Grants

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Some of them are on Page 6 (Exclusive | DOGE cuts $67M in EPA grants for 'environmental justice' groups), fyi.

---

**From:** Mencher, Daniel (Appropriations)
**Sent:** Wednesday, February 26, 2025 3:14 PM
**To:** 'Walsh, Ed' <Walsh.Ed@epa.gov>; Pollak, Taylor <Pollak.Taylor@epa.gov>
**Cc:** Sahgal, Rishi (Appropriations) <Rishi_Sahgal@appro.senate.gov>; 'Peery, Sarah' <Sarah.Peery@mail.house.gov>; Rita Culp <Rita.Culp@mail.house.gov>; Schmeltz, Michael <Michael.Schmeltz@mail.house.gov>
**Subject:** Cancelled Grants

Ed/Taylor – Can we please get a list of which grants were cancelled, recipient, amount per grant, program, and how these grants were funded (base, IIJA, IRA)?  I would hope that since this is on the EPA website, we'll get a quick response.  Thanks. Daniel

EPA Administrator Lee Zeldin Cancels 20 Grants in 2nd Round of Cuts with DOGE, Saving Americans More than $60M | US EPA

**Daniel A. Mencher**

Majority Clerk - Subcommittee on Interior, Environment, & Related Agencies

Senate Committee on Appropriations

**This document is produced in native format.**

**Original file name:**

**Grant Terminatons List_Feb26.xlsx**

Message

---

| | |
|---|---|
| From: | Voyles, Travis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1B106CBC235C47EFA550A831B623BF28-F26BBFA8-54] |
| Sent: | 2/6/2025 1:40:29 PM |
| To: | Atkinson, Emily [Atkinson.Emily@epa.gov] |
| Subject: | FW: Fresh guidance from OMB |
| Attachments: | M-25-14 Final.pdf; OMB Q&A M-25-13 final.pdf; M-25-13 Temporary Pause to Review Agency Grant Loan and Other Financial Assistance Programs.pdf |

I am not sure if I have all these printed—could you print an extra copy just in case?

Travis Voyles
C: (202) 787-0595

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Friday, January 31, 2025 5:09 PM
**To:** McIntosh, Chad <mcintosh.chad@epa.gov>
**Cc:** Voyles, Travis <voyles.travis@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Fresh guidance from OMB

Sir,
I am sorry for not getting back to you sooner. Attached are all the OMB memos we have received. Please let me know if you need anything else.

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC 20460
(202)-564-1151
treml.gregg@epa.gov

Scheduling requests:
Sheila Benson, Executive Support Specialist
Benson.Sheila@epa.gov

**From:** Treml, Gregg
**Sent:** Wednesday, January 29, 2025 3:59 PM
**To:** McIntosh, Chad <McIntosh.Chad@epa.gov>
**Cc:** Voyles, Travis <voyles.travis@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Fresh guidance from OMB

Absolutely. I am pulling together now.

Thank you,
-Gregg

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

Scheduling requests:
Sheila Benson, Executive Support Specialist
Benson.Sheila@epa.gov

---

**From:** McIntosh, Chad <mcintosh.chad@epa.gov>
**Sent:** Wednesday, January 29, 2025 11:45 AM
**To:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Treml, Gregg <Treml.Gregg@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>
**Subject:** RE: Fresh guidance from OMB

Thanks – May I pls have all of the OMB guidance you have received?

**From:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Sent:** Tuesday, January 28, 2025 2:21 PM
**To:** McIntosh, Chad <mcintosh.chad@epa.gov>
**Subject:** Fresh guidance from OMB

---

**From:** Treml, Gregg <Treml.Gregg@epa.gov>
**Sent:** Tuesday, January 28, 2025 1:44 PM
**To:** Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** FW: Pause Fed Financial Assistance

This just came in

Gregg Treml
Acting Chief Financial Officer
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Room 4402A WJCN
Washington, DC  20460
(202)-564-1151
treml.gregg@epa.gov

Scheduling requests:
Sheila Benson, Executive Support Specialist
Benson.Sheila@epa.gov

---

**From:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Sent:** Tuesday, January 28, 2025 1:41 PM
**To:** Treml, Gregg <Treml.Gregg@epa.gov>; Kadeli, Lek <Kadeli.Lek@epa.gov>; Jones-Peeler, Meshell <Jones-Peeler.Meshell@epa.gov>

**Cc:** Lane, Gary <Lane.Gary@epa.gov>; McMichael, Nate <McMichael.Nate@epa.gov>; Gaber, Noha <gaber.noha@epa.gov>
**Subject:** FW: Pause Fed Financial Assistance

Just got this. It opens the door far wider.

---

**From:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>
**Sent:** Tuesday, January 28, 2025 1:32 PM
**To:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Ward, Michelle G. EOP/OMB <Michelle.G.Ward@omb.eop.gov>
**Subject:** RE: Pause Fed Financial Assistance

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Wyatt – are you free at 2pm? I have some information to share re. the Federal Assistance Memo. I am attaching the Q&A in case they didn't get to you yet.

---

**From:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Sent:** Tuesday, January 28, 2025 10:51 AM
**To:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Milbourn, Frank W. .V EOP/OMB <Frank.W.Milbourn@omb.eop.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Pause Fed Financial Assistance

Nevermind the question, I see the template now which OMS received

---

**From:** Boyd, Wyatt
**Sent:** Tuesday, January 28, 2025 10:47 AM
**To:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Milbourn, Frank W. .V EOP/OMB <Frank.W.Milbourn@omb.eop.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Pause Fed Financial Assistance

OK.

Does OMB have a definition of federal financial assistance? We are reading to potentially be all grants BOCs and WIFIA

---

**From:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>
**Sent:** Tuesday, January 28, 2025 10:22 AM
**To:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Milbourn, Frank W. .V EOP/OMB <Frank.W.Milbourn@omb.eop.gov>
**Subject:** RE: Pause Fed Financial Assistance

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Wyatt – If EPA has questions about the Pause on Federal Financial Assistance, please send to me by 11:30am today.

**From:** Boyd, Wyatt <Boyd.Wyatt@epa.gov>
**Sent:** Tuesday, January 28, 2025 8:52 AM
**To:** Hickey, Mike EOP/OMB <Michael_Hickey@omb.eop.gov>
**Cc:** Robinson, Angel <robinson.angel@epa.gov>; Milbourn, Frank W. .V EOP/OMB <Frank.W.Milbourn@omb.eop.gov>
**Subject:** FW: Pause Fed Financial Assistance

Hi Mike,

How was this memo shared? Can we please get a copy. Thank you

https://www.washingtonpost.com/documents/deb7af80-48b6-4b8a-8bfa-3d84fd7c3ec8.pdf