| EPA Office(s) | Priority Level (1-3) | Action | Messaging | Relevant EO/Action and Section/Category | Biden Rule/Policy Addressing (include rule number or explanation of policy overturned) | Steps Needed to Fully Execute (completed ones bolded) | Date of Completion (Estimated) | Difficulties (noting any that need WH assistance) | Agency Component Tasked with Follow-Ups |
|---|---|---|---|---|---|---|---|---|---|
| AO | 1 | Social Cost of GHG | Remove the inappropriate use of Social Cost of Greenhouse Gases in government-wide actions | EO 14154 - Unleashing American Energy<br><br>Delivering Emergency Price Relief/Cost of Living -- *Eliminate harmful, coercive "climate" policies* | | 1. Determine applicability of Social Cost of GHGs<br><br>2. Reevaluate all previous agency actions/decisions made with Biden SC-GHGs and determine path forward<br><br>3. If needed, develop updated Guidance on the Social Cost of Carbon, Methane, and Nitrous Oxide | 1. Day-->Ongoing<br><br>2. Ongoing<br><br>3. Draft Guidance to OMB/OIRA/NEDC by Week of April 7 | | Administrator's Office, General Counsel |
| AO | 1 | Support Cooperative Federalism | Increasing opportunities for cooperative federalism to remove federal government decision-making, delays | EO 14154 - Unleashing American Energy<br><br>Delivering Emergency Price Relief/Cost of Living -- *Lower the cost of housing and expand housing supply*; *Eliminate harmful, coercive "climate" policies* | | 1. Issue formal memo rescinding Biden EPA interpretation of EPA's role in state delegated programs<br><br>2. Program specific revamped guidance to ensure deference to states administering programs<br><br>3. Create teams to update target primacy/delegation of federal programs to states (i.e. UIC, CWA 404) | 1. Early April<br><br>2. Ongoing<br><br>3. March 10 - Ongoing | | Administrator's Office, all relevant program offices (Air, Chemicals, Water, Land), Enforcement Office, General Counsel |
| OAR | 1 | Remove the carbon pollution standard (part of Clean Power Plan 2.0) | Revise regulations impacting and restricting energy production, generation, transportation, etc. | EO 14154 - *Unleashing American Energy*<br><br>Delivering Emergency Price Relief/Cost of Living -- *Eliminate harmful, coercive "climate" policies* | Reconsideration of "New Source Performance Standards for Greenhouse Gas Emissions from New, Modified, and Reconstructed Fossil Fuel-Fired Electric Generating Units; Emission Guidelines for Greenhouse Gas Emissions from Existing Fossil Fuel-Fired Electric Generating Units; and Repeal of the Affordable Clean Energy Rule" (89 FR 39798; May 9, 2024). | Announce reconsideration carbon pollution standard (part of Clean Power Plan 2.0) | **Announced - March 12**<br>Proposed Rule to OMB - End of April with limited or no RIA changed (original timeline with RIA changes: August)<br>Proposed Rule Issues - May 2025<br>Final Rule - Early 2026 | | Administrator's Office, Air Office, General Counsel |
| OAR | 1 | Reconsider Oil and gas standards (OOOOb/c) | Improvements to this rule are critical as we work to reduce burden on oil and natural gas producers and restore American energy dominance<br>Some requirements are unnecessarily burdensome, particularly affecting smaller producers. | EO 14154 - Unleashing American Energy<br><br>Delivering Emergency Price Relief/Cost of Living -- *Eliminate harmful, coercive "climate" policies* | Reconsideration of "Standards of Performance for New, Reconstructed, and Modified Sources and Emissions Guidelines for Existing Sources: Oil and Natural Gas Sector Climate Review. (89 FR 16820; March 5, 2024.) | Announce reconsideration oil and gas standards (OOOOb/c) | **Announced reconsideration for six high priority issues - March 12**<br>Interim Final Rule to OMB - May 2025<br>Final reconsideration rule on two high priority rules to OMB - June 2025<br>Proposed reconsideration on six high priority issues to OMB - Dec 2025/Jan 2026<br>Final reconsideration on six high priority issues - Dec 2026/Jan 2027 | | Administrator's Office, Air Office, General Counsel |
| OAR | 1 | Revise National Ambient Air Quality Standard for Particulate Matter (PM NAAQS) | Hinders American manufacturing with burdensome Clean Air Act permitting requirements that deter economic growth<br>Burdens states with planning requirements | EO 14154 - Unleashing American Energy<br><br>Delivering Emergency Price Relief/Cost of Living -- *Eliminate harmful, coercive "climate" policies* | Revisiting the "Reconsideration of the National Ambient Air Quality Standards for Particulate Matter" (89 FR 16202; March 6, 2024.) | Announce reconsideration NAAQS PM 2.5 | **Announced - March 12**<br>Proposed Rule to OMB - End of May<br>Proposed Rule - June (original timeline: December)<br>Final - January 2026 (original timeline: August 2026)<br>(Dependant on review of to-be reconstituted CASAC Advisory Board | | Administrator's Office, Air Office, General Counsel |
| OAR | 1 | Ending the EV Mandate | *Ending the EV Mandate* = Lower Car Prices – We're fighting to stop costly electric vehicle mandates that drive up car prices. By pushing back on California's overreach, we're keeping affordable gas-powered options on the market.<br><br>Overhauling Costly Tailpipe Regulations - Reviewing the Endangerment Finding and tailpipe emissions rules could stop burdensome regulations that increase the cost of cars, trucks, and transportation across the economy. EPA | EO 14154 - Unleashing American Energy<br><br>Delivering Emergency Price Relief/Cost of Living -- *Eliminate harmful, coercive "climate" policies* | | **1. EPA sends 3 targeted California Clean Air Act waivers to Congress for consideration under CRA**<br><br>**2. EPA recommends reconsidering and reviewing the Endangerment Finding, which would have direct impact on tailpipe emission rules**<br><br>3. Review of Endangerment Finding<br><br>4. Overhaul of tailpipe emissions rules | 1. 2/19/2025<br><br>2. 2/19/2025<br><br>3. w/in next 2 months (by end mid-May)<br><br>4. Late 2025 (depending on End. Finding) | 3. WH OMB/OSTP help with review and science basis<br><br>4. Coordination w/ DOT/NHTSA to expedite timeline | WH OMB/OSTP, DOT/NHTSA, Administrator's Office, Air Office, General Counsel |
| OAR | 1 | End the EV Mandate - Light-Duty and Medium-Duty Vehicles | This rule set emission standards for cars and trucks at such aggressive levels that automakers cannot realistically satisfy the standards without shifting production away from internal-combustion engine (ICE) vehicles to electric technologies; hence, it functions as an electric vehicle (EV) mandate. | Executive Order 14154: Unleashing American Energy | Reconsideration of "Multi-Pollutant Emissions Standards for Model Years 2027 and Later Light-Duty and Medium-Duty Vehicles" (89 FR 27842; April 18, 2024.) | | Proposed Rule to OMB - May 2025<br>Final Rule - September 2025 | | |

EPA_00299721

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| OAR | 1 | End the EV Mandate Heavy-Duty Vehicles | This rule set emission standards for large trucks at such aggressive levels that truck manufacturers cannot realistically satisfy the standards without shifting production away from diesel engine vehicles to electric technologies; hence, it functions as an electric vehicle (EV) mandate. | Executive Order 14154: Unleashing American Energy | Reconsideration of "Greenhouse Gas Emissions Standards for Heavy-Duty Vehicles—Phase 3" (89 FR 29440; April 22, 2024); and Reevaluation of "Control of Air Pollution from New Motor Vehicles: Heavy-Duty Engine and Vehicle Standards" (88 FR 4296; January 24, 2023). | | Proposed Rule to OMB - May 2025 Final Rule - September 2025 Heavy-Duty Greenhouse Gas will be the priority. Heavy Duty NOx will have longer timeline | | |
| OAR | 1 | Ensure E15 Year-Round | *Decrease the cost of fuel* Cheaper Gas with E15 Expansion - Our decision to expand year-round access to E15 fuel means more competition at the pump, lowering gas prices for millions of drivers in the Midwest. | Delivering Emergency Price Relief/Cost of Living -- *Eliminate harmful, coercive "climate" policies* | **1. Uphold the current April 28, 2025, implementation date to provide parity for E15 and E10 in Midwestern states** 2. Assess the utilization of emergency waivers as we enter into the summer driving/fuel season 3. Determine path forward on outstand Small Refinery Waivers (150+) | | **1. 2/21/2025** **2. Ongoing** **3. Ongoing** | 3. View on approach | Administrator's Office, Air Office, General Counsel |
| OAR | 1 | Revise the EPA's AIM Act Technology Transfer rule | Will allow time for companies to successfully transition to new solutions from U.S. chemical and manufacturing companies for the affected commercial and industrial refrigeration uses. | EO 14154 - Unleashing American Energy Delivering Emergency Price Relief/Cost of Living -- *Eliminate counterproductive requirements that raise the costs of home appliances* | Reconsideration of "Phasedown of Hydrofluorocarbons: Restrictions on the Use of Certain Hydrofluorocarbons Under the American Innovation and Manufacturing Act of 2020" (88 FR 73098; October 24, 2023). | Revise the EPA's AIM Act Technology Transfer rule | **Announced - March 12** Proposed Rule - June 2025 Final Rule - December 2025 | | Administrator's Office, Air Office, General Counsel |
| OAR | 2 | Reconsider the Mercury Air Toxics Standards (MATS) | The estimated costs to power plant owners and operators to comply with the revised amendments to MATS are large given the success the industry has already achieved in reducing emissions of mercury and other hazardous air pollutants EPA underestimated the compliance costs of the rule and that there are no meaningful public health benefits to be gained from the rule's mandated reduction in HAP emissions | EO 14154 - Unleashing American Energy Delivering Emergency Price Relief/Cost of Living -- *Eliminate harmful, coercive "climate" policies* | Reconsideration of the "National Emission Standards for Hazardous Air Pollutants: Coal- and Oil-Fired Electric Utility Steam Generating Units Review of the Residual Risk and Technology Review" (89 FR 38508; May 7, 2024). | Reconsider Mercury and Air Toxics Standards (MATS) | **Announced – March 12** Proposed Rule - July 2025 Final Rule – Dec 2025/Jan 2026 | | Administrator's Office, Air Office, General Counsel |
| OAR | 1 | Reconsider National Emission Standards for Hazardous Air Pollutants (NESHAP) (8 rulemakings) | Concerns that NESHAPs may create unnecessary burdens for domestic industry and manufacturers and negatively impact our workforce, who are a vital part of our economy. In addition, these NESHAPs raise costs to the consumer across the country and may imperil domestic supply of critical materials. | EO 14154 - Unleashing American Energy Delivering Emergency Price Relief/Cost of Living -- *Eliminate harmful, coercive "climate" policies* | Initially reconsidering NESHAPs for integrated iron and steel manufacturing, rubber tire manufacturing, synthetic organic chemical manufacturing industry, commercial sterilizers for medical devices and spices, lime manufacturing, coke ovens, copper smelting, and taconite ore processing | Reconsider multiple Nat'l Emission Stnds. for Hazardous Air Pollutants (NESHAPs) impacting broad range of industrial sectors | Each NESHAP will take 1-2 years to finalize absent litigation Potential use of emergency authority resulting in 2 year delay of effectiveness Proposed Rules - August 2025 Final Rule - March 2026 | Possible Presidential emergency authority to use (never used before) | Administrator's Office, Air Office, General Counsel |
| OAR | 1 | Reconsider Good Neighbor Plan | GNP is burdensome and constrains electric energy production, oil and gas companies, and industrial manufacturing. We are concerned it unduly burdens some states with questionable impacts on the air quality in other states. Pulls critical US manufacturing sectors—like cement, iron and steel, paper, and glass—into a complex program that has been tied up in stop and start litigation for years. | Executive Order 14154: Unleashing American Energy Executive Order 14179: Removing Barriers to American Leadership in Artificial Intelligence Executive Order 14192: Unleashing Prosperity Through Deregulation | Reconsideration of "Federal 'Good Neighbor Plan' for the 2015 Ozone National Ambient Air Quality Standards" 88 FR 36654 (June 5, 2023) and Federal "Good Neighbor Plan" for the "2015 Ozone National Ambient Air Quality Standards; Notice on Remand of the Record for the Good Neighbor Plan to Respond to Certain Comments" (89 FR 99105; December 10, 2024). | | Timeline to be determined based on State Implementation Plan Analysis and discussions with states | | |
| OAR | 2 | Revise the Exceptional Events Rule | States often cannot prevent air pollution from "exceptional events" such as wildfires, and including data from these events when assessing state's air quality-standard attainment status can be unfair; Congress provided EPA authority to account for this. | | Revising Obama "Treatment of Data Influenced by Exceptional Events" (81 FR 68216; October 3, 2016). | | Proposed Rule: Fall 2025 Final Rule: Fall 2026 | | |
| OAR | 2 | Restructure Regional Haze Program | Ensure states have the tools they need to effectively protect visibility. Better take into account non-United States and non-anthropogenic impacts on visibility in Class I areas. Significant improvements in visibility have occurred over the past 20 years as a result of Clean Air Act and state actions. The federal program must evolve to allow for demonstrated improvements that avoid unnecessary burdens for states and industry. | Executive Order 14154: Unleashing American Energy | Revising a number of regulations going back dozens of years | | Proposed Rule: Fall 2025 Final Rule: Fall 2026 | | |

| Office | No. | Rule | Description | Authority | Reconsideration | Status | Timeline | | Responsible Office |
|---|---|---|---|---|---|---|---|---|---|
| OAR | 2 | RFS Set 2 | Removing eRIN program from RFS. Setting new volumes to support liquid fuels and create new value add for domestic farmers while keeping gas prices low | Executive Order: Unleashing American Energy | None | | Proposed Rule: May 2025 Final Rule: October 31, 2025 | | |
| OAR | 1 | Reconsider Greenhouse Gas Reporting Rule (General) | Revisions to GHGRP as a whole can be made to streamline the reporting requirements across other sectors in the program to find efficiencies and lower burden on reporters Applies to approximately 5,700 regulated entities | Executive Order: Unleashing American Energy | Reconsideration of "Revisions and Confidentiality Determinations for Data Elements Under the Greenhouse Gas Reporting Rule" (89 FR 31802; April 25, 2024); and Reconsideration of "Revisions and Confidentiality Determinations for Data Elements Under the Greenhouse Gas Reporting Rule" (89 FR 31802; April 25, 2024); | | Proposed Rule - May 2025 Final Rule - September 2025 | | |
| OAR | 1 | Reconsider Greenhouse Gas Reporting Rule (Subpart W) | Improvements to this rule are critical as we work to reduce burden on oil and natural gas producers and restore American energy dominance Some monitoring requirements are unnecessarily burdensome, including those affecting smaller oil and gas producers | Executive Order 14154: Unleashing American Energy | Reconsideration of "Greenhouse Gas Reporting Rule: Revisions and Confidentiality Determinations for Petroleum and Natural Gas Systems" (89 FR 42062; May 14, 2024). | | **Issue four administrative petitions grant letter - March 2025** Proposal Rule - May 2025 Final Rule - November 2025 | | |
| OCSPP | 1 | Revise TSCA Risk Evaluation Framework Rule | Revise TSCA Risk Evaluation Framework Rule to protect public health, increase efficiency, and follow the law | EO 14192-alleviating unnecessary regulatory burdens EO 14219-ensure consistency with statutory authority; EO 14154- ensure adherence to legislative requirements and eliminate considerations beyond requirements | | Reconsideration Announced; Awaiting court remand and timeline will be determined | TBD | | Administrator's Office, Office of Chemical Safety and Pollution Prevention, General Counsel |
| OCSPP | 1 | Revise TSCA PFAS 8(a)7 Reporting Rule | Revise the TSCA 8(a)7 reporting rule to significantly decrease the near billion dollar costs and over 11 million burden hours. The majority of this burden reduction will be realized by small businesses | EO 14192-alleviating unnecessary regulatory burdens EO 14219-ensure consistency with statutory authority; EO 14154- ensure adherence to legislative requirements and eliminate considerations beyond requirements | | Coordinate Agency-wide PFAS plan before announcing and proposing | TBD | | Administrator's Office, Office of Chemical Safety and Pollution Prevention, General Counsel |
| OCSPP | 2 | Revise TSCA New Chemicals Framework Rule | Revise the TSCA New chemicals framework rule to improve the approval process for new chemicals and to ensure that restrictions are driven by the science | EO 14192-alleviating unnecessary regulatory burdens EO 14219-ensure consistency with statutory authority; EO 14154- ensure adherence to legislative requirements and eliminate considerations beyond requirements | | CRA resolution introduced; litigation pending | TBD | | Administrator's Office, Office of Chemical Safety and Pollution Prevention, General Counsel |
| OCSPP | 1 | Revise TSCA TCE Risk Management Rule | Revise the TSCA TCE Risk Management Rule to consider all regulatory options, in lieu of a "ban-first" approach | EO 14192-alleviating unnecessary regulatory burdens EO 14219-ensure consistency with statutory authority; EO 14154- ensure adherence to legislative requirements and eliminate considerations beyond requirements | | CRA resolution introduced; litigation pending | TBD | | Administrator's Office, Office of Chemical Safety and Pollution Prevention, General Counsel |
| OCSPP | 2 | Revise TSCA Methylene Chloride Risk Management Rule | Revise the TSCA Methylene Chloride Risk Management Rule to consider all regulatory options, in lieu of a "ban-first" approach | EO 14192-alleviating unnecessary regulatory burdens EO 14219-ensure consistency with statutory authority; EO 14154- ensure adherence to legislative requirements and eliminate considerations beyond requirements | | litigation pending | TBD | | Administrator's Office, Office of Chemical Safety and Pollution Prevention, General Counsel |
| OCSPP | 2 | Revise TSCA Carbon Tetrachloride Risk Management Rule | Revise the TSCA Carbon Tetrachloride Risk Management Rule to consider all regulatory options, in lieu of a "ban-first" approach | EO 14192-alleviating unnecessary regulatory burdens EO 14219-ensure consistency with statutory authority; EO 14154- ensure adherence to legislative requirements and eliminate considerations beyond requirements | | litigation pending | TBD | | Administrator's Office, Office of Chemical Safety and Pollution Prevention, General Counsel |
| OCSPP | 2 | Revise TSCA Perchloroethylene Risk Management Rule | Revise the TSCA Perchloroethylene Risk Management Rule to consider all regulatory options, in lieu of a "ban-first" approach | EO 14192-alleviating unnecessary regulatory burdens EO 14219-ensure consistency with statutory authority; EO 14154- ensure adherence to legislative requirements and eliminate considerations beyond requirements | | litigation pending | TBD | | Administrator's Office, Office of Chemical Safety and Pollution Prevention, General Counsel |

EPA_00299723

| Office | # | Action | Rationale | EO | | Steps | Timeline | Notes | Responsible Offices |
|---|---|---|---|---|---|---|---|---|---|
| OECA | 1 | Review enforcement actions and revise enforcement policies | Refocus OECA to its core mission of law enforcement by shifting away from enforcing unlawful regulations and from seeking to create new regulation through enforcement actions toward quick, efficient enforcement that brings industry back into compliance swiftly and without excessive penalties. | EO 14154 - Unleashing American Energy<br>EO 14219 - Ensuring Lawful Governance<br>Delivering Emergency Price Relief/Cost of Living --<br>*Eliminate harmful, coercive "climate" policies* | | **1. Internal formal guidance implemented throughout OECA Headquarters to align enforcement with Executive Orders, including removing environmental justice considerations**<br><br>2. Elimination of non-statutory elements throughout all enforcement programs<br><br>3. Formal/broad enforcement discretion memoranda, target/detailed guidance and announcements rolling with area-relevant issues, and revision of enforcement policies on relief sought | **1. March 12**<br><br>2. Ongoing<br><br>3. Ongoing | N/A | DOJ, Administrator's Office, all relevant program offices (Air, Chemicals, Water, Land), OECA, General Counsel |
| OLEM | 1 | | Revise unnecessary Coal Combustion Residuals management (disposal/storage) restrictions that are creating a burden on energy providers | EO 14154 - Unleashing American Energy<br><br>Delivering Emergency Price Relief/Cost of Living --<br>*Eliminate harmful, coercive "climate" policies* | | 1. Propose revision to address waste below the water table<br><br>2. Proposed revisions to legacy/CCR Management Unit rule<br><br>3. Finalize Federal permit program to provide consistency for states<br><br>4. Expidite state permit program approvals (ND, AL, backlog)<br><br>5. Reevaluate potential for beneficial use and revisions to current uses | ongoing stakeholder discussions to determine cost-effectiveness of potential routes | | Administrator's Office, Office of Land and Emergency Mgmt, General Counsel |
| OLEM | 2 | | Reorient focus of brownfields remediation program to focus on economic development opportunities | Delivering Emergency Price Relief/Cost of Living --<br>*Lower the cost of housing and expand housing supply* | | **1. Reevaluate program guidance and eliminate direction inconsistent with Adminstration priorities**<br><br>2. Implement program guidance targeting communities and potential development opportunities | 1. Week 1<br><br>2. Mid-March | 2. Guidance on any effort to target certain communities (similar to Opportunity Zones) | Administrator's Office, Office of Land and Emergency Mgmt, General Counsel |
| OLEM | 2 | | Revise Designation of PFOA and PFOS as CERCLA Hazardous Substances | | | Consider options and downstream repercussions for liability and determine path forward | TBD | | Administrator's Office, Office of Land and Emergency Mgmt, General Counsel |
| OLEM | | Revise RMP rule (round 4) | Reconsideration will focus on reducing burdens that do not have demonstrable benefits | EO 14192-allieviating unnecessary regulatory burdens EO 14219-ensure consistency with statutory authority; EO 14154- ensure adherence to legislative requirements and eliminate considerations beyond requirements | | Draft proposed revised rule | TBD | | |
| OLEM | | Revise Facility Response Plans under the CWA sec. 311(j) | Reconsideration will focus on eliminating unnecessary duplicative burden | | | Draft proposed revised rule | TBD | | |
| OP | 1 | | Faster, Streamlined Permitting – We have streamlined the EPA NEPA/EIS review process at the EPA HQ and Regional level to ensure unnecessary climate-related considerations are not being included, which should help accelerate project approvals. | EO 14154 - Unleashing American Energy<br><br>Delivering Emergency Price Relief/Cost of Living --<br>*Lower the cost of housing and expand housing supply ; Eliminate harmful, coercive "climate" policies* | | 1. Develop a schedule and plan to revise and consolidate EPA's NEPA procedures. | 1. Submit to CEQ by March 21, 2025 | | Administrator's Office, Regional Offices, General Counsel |

EPA_00299724

| OW | 1 | | Revise/Overhaul Waters of the US (WOTUS) | Delivering Emergency Price Relief/Cost of Living -- *Lower the cost of housing and expand housing supply* | | 1. Update guidance replacing Biden EPA incorrect interpretations<br><br>2. Targeted Rulemaking - Focused on most problematic implementation elements | **1. March 12**<br><br>**2. Announced March 12**<br><br>ANPRM:<br>- Drafting (2 weeks);<br>- Public Comment Period (30 days); and<br>- Response to Comments (30 days).<br><br>Repeal – slightly offset of drafting with revision:<br>- Drafting (60 days);<br>- OMB Review (90 days – unless they agree to reduce their review time);<br>- Draft Rule out for Public Comment (60 days);<br>- Response to Comment and Finalize Rule (60-90 days);<br>- OMB Review (90 days – unless they agree to reduce their review time); and<br>- Finalize.<br><br>Revision:<br>- Drafting (60 days);<br>- OMB Review (90 days – unless they agree to reduce their review time);<br>- Draft Rule out for Public Comment (60 days);<br>- Response to Comment and Finalize Rule (60-90 days);<br>- OMB Review (90 days – unless they agree to reduce their review time); and | N/A | Administrator's Office, Water Office, General Counsel |
| OW | 1 | | Underground Injection Control Permitting – Created timing targets to expedite future EPA reviews and approvals for all the types of UIC state primacy reviews and permitting to get decision-making out of the hands of DC and into the states to support energy and water projects. | EO 14154 - Unleashing American Energy<br><br>Delivering Emergency Price Relief/Cost of Living -- *Eliminate harmful, coercive "climate" policies* | | 1. Announce EPA task force to expedite UIC state primacy approval process with new application for Texas | **Internal Launched Early March** | | Administrator's Office, Office of Water, Regional Offices, General Counsel |
| OW | 1 | | Ensuring regulations cannot be weaponized by states to stop energy and infrastructure projects resulting in the continued elevation of taxes and energy prices across the country. (CWA 401).<br><br>Revise regulations impacting and restricting energy production, generation, transportation, etc. | EO 14154 - Unleashing American Energy<br><br>Delivering Emergency Price Relief/Cost of Living -- *Eliminate harmful, coercive "climate" policies* | | 1. Targeted plan of action for individual projects currently planned to strategically navigate Biden EPA rule<br><br>2. Targeted Rulemaking - Focused on most problematic implementation elements | 1. ongoing<br><br>2. ANPRM:<br>- Drafting (30 days);<br>- Public Comment Period (30 days); and<br>- Response to Comments (30 days).<br><br>Revision:<br>- Drafting (60 days);<br>- OMB Review (90 days – unless they agree to reduce their review time);<br>- Draft Rule out for Public Comment (60 days);<br>- Response to Comment and Finalize Rule (60-90 days);<br>- OMB Review (90 days – unless they agree to reduce their review time); and | | Administrator's Office, Office of Water, Regional Offices, General Counsel |
| OW | 1 | | Revise regulations impacting and restricting energy production, generation, transportation, etc. | EO 14154 - Unleashing American Energy<br><br>Delivering Emergency Price Relief/Cost of Living -- *Eliminate harmful, coercive "climate" policies* | | Repeal of Steam Electric ELG | **1. Announced March 12**<br><br>2.<br>- Drafting (60 days);<br>- OMB Review (90 days – unless they agree to reduce their review time);<br>- Draft Rule out for Public Comment (60 days);<br>- Response to Comment and Finalize Rule (60-90 days);<br>- OMB Review (90 days – unless they agree to reduce their review time); and<br>- Finalize. | | Administrator's Office, Office of Water, General Counsel |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| OW | 2 | | Halting Unnecessary Restrictions on Water Appliances – We have halted the use of EPA's WaterSense voluntary standards for appliance established by the Biden-Harris Administration, including lavatory/kitchen faucets, sprinkler nozzles, and residential toilets. | EO 14154 - Unleashing American Energy  Delivering Emergency Price Relief/Cost of Living -- Eliminate counterproductive requirements that raise the costs of home appliances | | **1. Halted the use of EPA's WaterSense voluntary standards for appliance established by the Biden-Harris Administration, including lavatory/kitchen faucets, sprinkler nozzles, and residential toilets.**  *Implement similar action on EPA's other voluntary programs—(1) EnergyStar and (2) Safer Choice Standard for Commercial and Household Cleaning Products*  2. EnergyStar  3. Safer Choice Standard for Commercial and Household Cleaning Products | 1. 2/14/2025  2. Early March  3. Early March | 2. Private sector engagement to determine path forward | Administrator's Office, all relevant program offices (Air, Chemicals, Water), Enforcement Office, General Counsel |
| OW | 2 | | Revise the implementation timeline on the Lead and Copper Rule | Delivering Emergency Price Relief/Cost of Living -- Lower the cost of housing and expand housing supply | | 1. Evaluating Biden EPA rulemakings for modifications necessary to ensure compliance does not result in drinking water and wastewater systems passing untenable costs on to ratepayers  Determine if this will require a full rulemaking to rescind/rewrite rule, or whether we can go in with target adjustments to implementation dates and the use of technologies, rather than full replacement of physical service lines | Determination on Approach by April (waiting on full compliance costs from states and litigation posture) | | Administrator's Office, Office of Water, General Counsel |
| OW | 3 | | Increase the opportunities for water reuse in the commercial/industrial space to reduce water utilization costs and to ensure availability of domestic water supply to reduce costs to ratepayers | Delivering Emergency Price Relief/Cost of Living -- Lower the cost of housing and expand housing supply | | 1. Remove barriers to water reuse and recycling by eliminating the classification of Advanced Treated Water as a "discharge of pollutants" under the CWA | Announce – Early April  Implementation –TBD | | Administrator's Office, Office of Water, General Counsel |
| OW | 3 | | Ensuring appropriate and timely actions are taken to support drinking water and wastewater systems against robust cybersecurity attacks, thereby reducing remediation costs to ratepayers. | Delivering Emergency Price Relief/Cost of Living -- Lower the cost of housing and expand housing supply | | Continue consideration of the Water Systems Assessment Restructuring Rule, and include liability protection | TBD | | Administrator's Office, Office of Water, General Counsel |
| OW | | Revise Steam Electric ELG | Reconsideration will focus on eliminating unnecessary regulatory burden, specifically as it relates to coal fire power plants. | EO 14192-alleviating unnecessary regulatory burdens EO 14219-ensure consistency with statutory authority; EO 14154- ensure adherence to legislative requirements and eliminate considerations beyond requirements; EO 14154 - Unleashing American Energy  Delivering Emergency Price Relief/Cost of Living -- Eliminate harmful, coercive "climate" policies | Steam Electric ELG Rulemaking | Evaluation of necessary steps to address burdens related to regulation; Draft proposed rule. | 12 months | | |
| OW | | Revise Oil and Gas ELG | Reconsideration will focus on eliminating unnecessary regulatory burden, specifically as it relates to oil and gas facilities | EO 14192-alleviating unnecessary regulatory burdens EO 14219-ensure consistency with statutory authority; EO 14154- ensure adherence to legislative requirements and eliminate considerations beyond requirements; EO 14154 - Unleashing American Energy  Delivering Emergency Price Relief/Cost of Living -- Eliminate harmful, coercive "climate" policies | | Evaluation of necessary steps to address burdens related to regulation; Draft proposed rule. | 12 months | | |

Message

---

| | |
|---|---|
| **From:** | Voyles, Travis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1B106CBC235C47EFA550A831B623BF28-F26BBFA8-54] |
| **Sent:** | 3/27/2025 6:03:01 PM |
| **To:** | Kramer, Jessica L. [kramer.jessical@epa.gov]; Szabo, Aaron [Szabo.Aaron@epa.gov] |
| **Subject:** | FW: Weekly Updates |
| **Attachments:** | Weekly Update to NEDC - EPA - Week of March 24_2025-03-27.docx |

--

Travis Voyles
C: (202) 787-0595

**From:** Voyles, Travis
**Sent:** Thursday, March 27, 2025 2:03 PM
**To:** 'Deeley, Blake R. EOP/WHO' <Blake.R.Deeley2@who.eop.gov>
**Cc:** 'Underwood, Emily A. EOP/WHO' <Emily.A.Underwood@who.eop.gov>; 'Blakely, Kyser S. EOP/WHO' <Kyser.S.Blakely@who.eop.gov>; 'Doffermyre, William L. EOP/WHO' <William.L.Doffermyre@who.eop.gov>
**Subject:** RE: Weekly Updates

Attached is the EPA update.

Jess Kramer (water) and Aaron Szabo (air) will be joining for our check-in. .

--

Travis Voyles
C: (202) 787-0595

**From:** Voyles, Travis
**Sent:** Friday, March 21, 2025 12:14 PM
**To:** Deeley, Blake R. EOP/WHO <Blake.R.Deeley2@who.eop.gov>
**Cc:** Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov>; Blakely, Kyser S. EOP/WHO <Kyser.S.Blakely@who.eop.gov>; Doffermyre, William L. EOP/WHO <William.L.Doffermyre@who.eop.gov>
**Subject:** RE: Weekly Updates

Attached is the EPA update for the call today. Looking forward to it.

Jess Kramer (water) and Aaron Szabo (air) will be joining and between us three we should be able to speak to anything energy/cost of living related actions at EPA.

--

Travis Voyles
Assistant Deputy Administrator
Office of the Administrator
U.S. Environmental Protection Agency
C: (202) 787-0595

**From:** Deeley, Blake R. EOP/WHO <Blake.R.Deeley2@who.eop.gov>
**Sent:** Monday, March 17, 2025 7:59 PM

**To:** jodee_hanson@ios.doi.gov; gregory_wischer@ios.doi.gov; bbrooke@doc.gov; Voyles, Travis <voyles.travis@epa.gov>; kailee.buller@usda.gov; Scarlett, Katherine R. EOP/CEQ <Katherine.R.Scarlett@ceq.eop.gov>; alexander.fitzsimmons@hq.doe.gov; milton.w.boyd.civ@army.mil
**Cc:** Underwood, Emily A. EOP/WHO <Emily.A.Underwood@who.eop.gov>; Blakely, Kyser S. EOP/WHO <Kyser.S.Blakely@who.eop.gov>; Doffermyre, William L. EOP/WHO <William.L.Doffermyre@who.eop.gov>
**Subject:** Weekly Updates

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Good evening!

Great work so far on all your implementation efforts. Thanks to your hard work, we're making great progress toward achieving the President's agenda and unleashing American energy. Keep it up!

As implementation grows across all agencies, so does the need for NEDC to maintain clear visibility on the numerous achievements, messaging strategies, due outs, specific deregulatory efforts, and other major projects. Therefore, we've developed a comprehensive Weekly Update for each agency. *(See attached for your agency's specific Weekly Update.)*

The Weekly Update is relatively straightforward.

•       In Part I (where it says "[Description]"), please describe your agency's most significant achievements from the past week as they relate to permitting and deregulation.

•       In Part II (where it says "[Description]"), please describe your agency's upcoming public announcements related to energy projects or policy. If a date has already been set, please include it. Please also indicate the best point of contact.

•       Part III lists the EO tasks specific to your agency and the respective due date. For each task, please prove the most recent update (subpart b), the actions your agency plans to take going forward, along with a target completion date (subpart c), and the best point of contact (subpart d).

•       In Part IV, please identify and describe specific deregulatory actions your agency is taking or is planning to take, along with the best point of contact. Importantly, the deregulatory actions listed here should not duplicate any deregulatory actions already identified in Part III.

•       In Part V, please identify and describe permitting actions your agency is taking or is planning to take with respect to major projects, along with the best point of contact. Importantly, the permitting actions listed here should not duplicate any permitting actions already identified in Part III.

We understand some responses may be duplicative. In that case, you can refer to a prior response instead of copying and pasting the same material again. Please submit (via email) the completed Weekly Update by this ==Wednesday (3/19) at 10:00 am ET.== Please include Will, myself, and DCOSP team (Emily and Kyser) on that email. Also, please be on the lookout for agency-specific meetings during the back half of this week to discuss the Weekly Updates, including establishing a consistent schedule for submitting the Weekly Update.

Please let us know if you have any questions.  Happy to jump on a call with you to discuss further.

-Blake

Blake Deeley
National Energy Dominance Council
202.814.7253
Blake.r.deeley2@who.eop.gov

# ENVIRONMENTAL PROTECTION AGENCY

## Weekly Update to the National Energy Dominance Council
## Week of March 23, 2025

I.    **Most Significant Achievements (Permitting and/or Deregulatory)**

A.    *Ensuring Continued Use of Reliable Energy Facility* – EPA approved a request by the Salt River Project (SRP) in Arizona to extend a May 30th deadline (to Sept. 30, 2026) to cease placing Coal Combustion Residuals (CCR) in their unlined impoundment at Coronado Generating Station. EPA evaluated whether meeting EPA's original compliance deadline would cause the plant to close and result in grid reliability issues, in consultation with the Department of Energy. EPA's formal reliability assessment established that the temporary outage of CGS during the period needed to obtain alternative disposal capacity will have an adverse impact on grid reliability. CGS's 780 MW net capacity represents nearly 10% of SRP's peak demand in the summer months, and more than 70% of the 1,100 MW planning reserve. As shown by the submitted reliability assessment conducted by PowerGem, if CGS is forced to close for the summer of 2025, SRP would not have sufficient reserves, increasing SRP's reliability risk tenfold (i.e., would result in a LOLE of 0.36 days/year, well above the standard 0.1 LOLE target). Based on these estimates, if weather conditions for this summer are similar to those in 2020 or 2023, SRP would expect to have at least one day of insufficient operating reserves, during which SRP would need to implement rotating outages across its service territory.

B.    *Greenhouse Gas Reporting Rule* - EPA sent to the Federal Register a final rule to extend the reporting deadline under the Greenhouse Gas Reporting Rule for reporting year 2024 data from March 31, 2025, to May 30, 2025. This only changes the reporting deadline for annual greenhouse gas (GHG) reports for reporting year 2024, but is part of a larger reconsidering of the mandatory Greenhouse Gas Reporting Program (GHGRP). Unlike every other mandatory information collection by EPA under the Clean Air Act, the GHGRP is not directly related to a potential regulation nor developed with that intention. The program requires over 8,000 facilities and suppliers in the United States to calculate and submit their emissions reporting annually. It costs hundreds of millions of dollars that could be better used to improve and upgrade environmental controls or other items at these facilities to have a noticeable impact on the improvement of the environment.

C.    *Increasing Cheaper Gas and Availability with E15 Expansion* - EPA sent to the Federal Register a final rule, "Extension of Effective Date for Removal of Gasoline Volatility Waiver for Ohio and Nine Counties in South Dakota." This action extends the effective date of the removal of the 1-psi volatility waiver for gasoline in Ohio and nine counties in South Dakota, as requested by the Governors of Ohio and South Dakota. This action is part of EPA effort to ensure cheaper gas with E15 expansion. Our decision to expand year-round access to E15 fuel means more competition at the pump, lowering gas prices for millions of drivers in the Midwest.

II.     **Upcoming Public Announcements**

    A.     Week of March 31 – No Energy/Cost of Living-Related Announcements Anticipated

        1.     *POC*: Travis Voyles (AO), Molly Vaseliou (OPA)

III.    **EO Tasks**

    A.     [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/" ] (January 20, 2025)

        1.     Submit report to OMB that identifies whether and how enforcement discretion and regulations can advance American energy. (No. 129)

            a.     *Due*: February 19, 2025

                (i)     Feb. 19 – EPA has submitted a report to OMB detailing directed a shift in the EPA Office of Enforcement and Compliance Assurance (OECA) from heavy-handed enforcement, to a compliance model and working more collaboratively with states and within the EPA universe of regional and headquarters/national program offices. EPA has also been working as part of this process to assess whether enforcement discretion of authorities and regulations can be utilized. While EPA's assessment of these authorities is still ongoing, the following issue/policy areas have been identified as proprieties for applying identified enforcement discretion:

                    (1)     Oil and gas regulations (OOOOa-c)

                    (2)     Emission guidelines for EGUs

                    (3)     National Emission Standards for Hazardous Air Pollutants (NESHAP) (i.e. benzene)

                    (4)     Data center and other uses of diesel generators for emergency use

                    (5)     Tailpipe vehicle regulations

                    (6)     Coal ash residual storage requirements

                (ii)     Feb 12 – EPA announced updated enforcement discretion to allow the agency to better focus on its core mission and Powering the Great American Comeback. Specifically, he announced that EPA will immediately revise National Enforcement and Compliance Initiatives to ensure that enforcement does not discriminate based on race and socioeconomic status (as it has under environmental justice initiatives) or shut down energy production and that it focuses on the most pressing health and safety issues. This focus on EPA's

established mission will also provide predictability as EPA considers changes to regulations, thereby lowering costs for Americans and relieving the economy of potentially unnecessary bureaucratic burdens.

**(1)** [                                   HYPERLINK "https://www.epa.gov/system/files/documents/2025-03/implementingnecisconsistentlywitheosandagencypriorities.pdf" ]

**(2)** [                                   HYPERLINK "https://www.epa.gov/newsreleases/administrator-zeldin-directs-enforcement-resources-align-executive-orders-and-epas" ]

**b.** *Weekly Update*: <mark>Anticipate providing NEDC with full details on "enforcement discretion" as it applies to potential use by Dept. of Energy of the Federal Power Act Section 202(c).</mark>

**(i)** <mark>EPA Initial Review – DOE has the authority to order power generation and the *facility will not be in violation of an otherwise applicable environmental obligation*.</mark>

**(1)** <mark>Section 202 of the Federal Power Act grants the DOE authority to order power generation. Such an order waives otherwise applicable environmental requirements under a broad set of circumstances and under certain conditions, including that any such order must be tailored to minimize environmental impacts and limit time of operation to what is necessary to meet the emergency or demand deemed to be in the public interest. An order issued by DOE that creates a conflict with an existing requirement of federal, state, or local environmental law or regulation expires in 90 days but can be renewed in 90 day increments, as appropriate.</mark>

**c.** *Interim Action Items and Targeted Completion Dates*:

**(i)** Ongoing/TBD – As EPA identifies the correct approach for strategic actions to suspend, revise, or rescind the relevant agency actions as expeditiously as possible, the Agency will deploy enforcement discretion to ensure the transition to a compliance model with appropriate regulations. As any enforcement discretion is deployed, we will provide updates to NEDC/NEC/OMB.

**d.** *POC*: Travis Voyles (AO), Jeff Hall (OECA)

**2.** Review and revise all agency actions burdening domestic energy. (No. 115)

**a.** *Due*: Immediately

3

**(i)** Day 1-Ongoing – See attached *EPA Action Tracker* for full list of significant actions, including interim actions and targeted milestones for deregulatory actions

**(ii)** March 12 – EPA announced the agency will undertake 31 historic actions in the greatest and most consequential day of deregulation in U.S. history, to advance President Trump's Day One executive orders and Power the Great American Comeback. These historic actions will roll back trillions in regulatory costs and hidden "taxes" on U.S. families. As a result of these announcements, the cost of living for American families will decrease. It will be more affordable to purchase a car, heat homes, and operate a business. It will be more affordable to bring manufacturing into local communities while individuals widely benefit from the tangible economic impacts. ([ HYPERLINK "https://www.epa.gov/newsreleases/epa-launches-biggest-deregulatory-action-us-history" ])

**(A)** Reconsideration of regulations on power plants (Clean Power Plan 2.0)

**(B)** Reconsideration of regulations throttling the oil and gas industry (OOOO b/c)

**(C)** Reconsideration of Mercury and Air Toxics Standards that improperly targeted coal-fired power plants (MATS)

**(D)** Reconsideration of mandatory Greenhouse Gas Reporting Program that imposed significant costs on the American energy supply (GHG Reporting Program)

**(E)** Reconsideration of limitations, guidelines and standards (ELG) for the Steam Electric Power Generating Industry to ensure low-cost electricity while protecting water resources (Steam Electric ELG)

**(F)** Reconsideration of wastewater regulations for oil and gas development to help unleash American energy (Oil and Gas ELG)

**(G)** Reconsideration of Biden-Harris Administration Risk Management Program rule that made America's oil and natural gas refineries and chemical facilities less safe (Risk Management Program Rule)

**(H)** Reconsideration of light-duty, medium-duty, and heavy-duty vehicle regulations that provided the

4

EPA_00299733

foundation for the Biden-Harris electric vehicle mandate (Car GHG Rules)

**(I)** Reconsideration of the 2009 Endangerment Finding and regulations and actions that rely on that Finding (Endangerment Finding)

**(J)** Reconsideration of technology transition rule that forces companies to use certain technologies that increased costs on food at grocery stores and semiconductor manufacturing (Technology Transition Rule)

**(K)** Reconsideration of Particulate Matter National Ambient Air Quality Standards that shut down opportunities for American manufacturing and small businesses (PM 2.5 NAAQS)

**(L)** Reconsideration of multiple National Emission Standards for Hazardous Air Pollutants for American energy and manufacturing sectors (NESHAPs)

**(M)** Restructuring the Regional Haze Program that threatened the supply of affordable energy for American families (Regional Haze)

**(N)** Overhauling Biden-Harris Administration's "Social Cost of Carbon"

**(O)** Redirecting enforcement resources to EPA's core mission to relieve the economy of unnecessary bureaucratic burdens that drive up costs for American consumers (Enforcement Discretion)

**(P)** Terminating Biden's Environmental Justice and DEI arms of the agency (EJ/DEI)

**(Q)** Ending so-called "Good Neighbor Plan" which the Biden-Harris Administration used to expand federal rules to more states and sectors beyond the program's traditional focus and led to the rejection of nearly all State Implementation Plans

**(R)** Working with states and tribes to resolve massive backlog with State Implementation Plans and Tribal Implementation Plans that the Biden-Harris Administration refused to resolve (SIPs/TIPs)

5

**(S)** Reconsideration of exceptional events rulemaking to work with states to prioritize the allowance of prescribed fires within State and Tribal Implementation Plans (Exceptional Events)

**(T)** Reconstituting Science Advisory Board and Clean Air Scientific Advisory Committee (SAB/CASAC)

**(U)** Prioritizing coal ash program to expedite state permit reviews and update coal ash regulations (CCR Rule)

**(V)** Utilizing enforcement discretion to further North Carolina's recovery from Hurricane Helene

**b.** *Weekly Update*: Regulatory Actions Underway

**(i)** *Greenhouse Gas Reporting Rule* - EPA sent to the Federal Register a final rule to extend the reporting deadline under the Greenhouse Gas Reporting Rule for reporting year 2024 data from March 31, 2025, to May 30, 2025. This only changes the reporting deadline for annual greenhouse gas (GHG) reports for reporting year 2024, but is part of a larger reconsidering of the mandatory Greenhouse Gas Reporting Program (GHGRP). Unlike every other mandatory information collection by EPA under the Clean Air Act, the GHGRP is not directly related to a potential regulation nor developed with that intention. The program requires over 8,000 facilities and suppliers in the United States to calculate and submit their emissions reporting annually. It costs hundreds of millions of dollars that could be better used to improve and upgrade environmental controls or other items at these facilities to have a noticeable impact on the improvement of the environment.

**c.** *Interim Action Items and Targeted Completion Dates*:

**(i)** Ongoing/TBD – As EPA identifies the correct approach for strategic actions to suspend, revise, or rescind the relevant agency actions as expeditiously as possible, the Agency will implement and provide updates to NEDC/NEC/OMB.

**d.** *POC*: Travis Voyles (AO)

**3.** Eliminate all permitting delays. For example, take advantage of general permitting and permit by rule. And for essential projects, take advantage of all authorities, including emergency authorities, to expedite the permitting process. (No. 120)

**a.** *Due*: Immediately

**(i)** Feb. 19 – EPA submitted a report to OMB, CEQ, Interior, and Commerce, and while EPA is still conducting a review of potential

6

actions to facilitate the consultation process under the Endangered Species Act with emergency treatment, EPA has identified other potential short term, immediate solution for emergency authorities relevant to share with these agencies.

(ii)    Day 1-Ongoing – To date, where EPA has a role in the overall authorization/approval of energy infrastructure projects, the Agency in our oversight role (i.e. NEPA/EIS reviews) has limited our involvement to statutory-related input and ensured expedited/limited reviews. Additionally, where EPA has had a contributing permitting approval role, the Agency has expedited the consideration of those permits.

EPA has worked with DOJ to reevaluate all ongoing litigation related to enforcement actions or delegated permitting programs impacting existing permitting and operations.

(1)    An example of this is the recent news of DOJ dismissed a lawsuit against Denka Performance Elastomer LLC (Denka) concerning its manufacturing facility in LaPlace, LA, which produces neoprene, a synthetic rubber essential for products like orthopedic braces, wetsuits and automotive components. The lawsuit, originally filed by the Biden Administration in 2023, relied on the Clean Air Act's rarely invoked "Emergency Powers" provision (42 U.S.C. § 7603). That statute authorizes EPA to seek immediate restraints on pollution sources presenting "an imminent and substantial endangerment" to public health or the environment. In an effort to satisfy this standard, the Biden-era complaint alleged a marginally increased risk of harm after prolonged exposure. The complaint did not allege that emissions from Denka's LaPlace plant violated any regulatory air quality standard, but the Biden-EPA framed the case as part of its "ongoing effort to advance environmental justice in overburdened communities."

As EPA continues to identify other potential immediate solutions for strategic actions to suspend, revise, or rescind the relevant agency actions as expeditiously as possible, the Agency will explore the utilization of the following authorities to provide emergency relief to facilitate the Nation's energy supply:

(2)    Clean Water Act – No emergency authorities identified/available (i.e. CWA § 401)

(3)    Clean Air Act –

7

**(A)**   Sec. 112(i)(4) [clearest and broadest] – "The President may exempt any stationary source from compliance with any standard or limitation under this section for a period of not more than 2 years if the President determines that the technology to implement such standard is not available and that it is in the national security interests of the United States to do so. An exemption under this paragraph may be extended for 1 or more additional periods, each period not to exceed 2 years. The President shall report to Congress with respect to each exemption (or extension thereof) made under this paragraph."

**(B)**   Sec. 110(f) [permitting] – Provides for exemptions limited to 4 months and focused on fuel burning stationary sources providing energy for residential dwellings or related to high levels of unemployment in an energy emergency.

**(C)**   Sec. 118 – up to 1 year, but only applies to federal facilities

**(iii)**   March 20 – EPA Team (AO, Water, Air) met with DPC staff (Theo Merkel) to discuss permitting and emergency authorities around pharmaceutical manufacturing facilities, with similar identified emergency authorities for National Emission Standards for Hazardous Air Pollutants (NESHAP) as discussed above.

**(1)**   Follow Up Mtg. Planned w/ Army Corps to discuss Nationwide Permits and potential incorporation of pharmaceutical manufacturing facilities in a new NWP.

**(iv)**

**b.**   *Weekly Update:* No Update – To date, EPA has not received any new permit applications for major energy infrastructure projects under our primary permitting programs.

**c.**   *Interim Action Items and Targeted Completion Dates*:

**(i)**   Ongoing/TBD – As EPA identifies the correct approach for strategic actions to utilize permitting or emergency authorities for the relevant agency actions as expeditiously as possible, the Agency will implement and provide updates to NEDC/NEC/OMB

**(ii)**   Ongoing/TBD – EPA is implementing increased cooperative federalism principles and focus through permit program delegation/assumption/primacy.

8

**(1)** Reviewing EPA Standards/Guidance – Although EPA directly issues some permits, many jurisdictions (states, territories, tribal nations and municipalities) are approved to directly implement federal environmental permit programs on EPA's behalf. Where EPA has approved the delegation of permitting and regulatory responsibilities to states, EPA is returning to a focused oversight role, reducing the burden placed on these justifications and states to implement their programs in an efficient manner. In these situations, EPA is responsible for developing standards and guidance for permit programs. EPA is reviewing and updating (as needed) these standards and guidance for permit programs to ensure jurisdictions do not overstep their authorities under the authorizing statues.

**(2)** Focus Areas/Programs to Increase Delegation/Assumption/Primacy – While delegation is common in a subset of environmental statutory programs, EPA is increasing the opportunities for states to assume additional programs, completely removing the need for full federal programs and involvement beyond oversight. EPA is focusing on permitting programs (like Underground Injection Control (UIC) permitting) that have a direct impact on future energy projects.

**d.** *POC*: Travis Voyles (AO), Aaron Szabo (OAR), Jess Kramer (OW), Jeff Hall (OECA)

**4.** Ensure all agency guidance on greenhouse gas emissions are consistent with OMB Circular A-4 of September 17, 2003 (Regulatory Analysis), including domestic versus international effects, appropriate discount rates, and the value of emissions changes resulting from agency actions. Engage rule-making and regulatory or policy processes as necessary. (No. 124)

**a.** *Due*: Immediately (this is a gating item for another task assigned to EPA, which is due March 21)

**(i)** Day 1-Ongoing – EPA completed a review of all agency guidance to ensure consistency with OMB Circular A-4 and working to incorporate into all ongoing regulatory/policy reconsiderations and updates. EPA and NEDC staff have discussed two potential paths forward on the reconsideration of the social cost of greenhouse gases (SC-GHGs).

**(1)** Options – (1) Return to previous valuation used under last Trump Adminstration; or (2) completely rescind utilization of consistent valuation across federal agencies and return obligation to incorporate application of GHG emission

9

impacts to individual agencies in their applicable cost-benefit analyses.

    **b.**    *Weekly Update*: <mark>Using NEDC/DCoS feedback on SC-GHG considerations, EPA is drafting guidance to provide for review that will be a first step in providing a consistent approach and appropriate value.</mark>

    **c.**    *Interim Action Items and Targeted Completion Dates*:

        **(i)**    TBD – Announcing path forward on SC-GHG and working with other federal agencies on implementation of impacted actions and regulatory/policy reconsiderations

    **d.**    *POC*: Travis Voyles (AO)

**5.**    Pause disbursement of funds appropriated through IRA of 2022 and IIJA unless APEP and OMB approve, including funds for EV charging stations through the National Electric Vehicle Infrastructure Formula Program and the Charging and Fueling Infrastructure Discretionary Grant Program, subject to current and pending decisions. (No. 126)

    **a.**    *Due*: Immediately

        **(i)**    Day 1-Ongoing – EPA immediately initiated a funding freeze and review of all IRA/IIJA funding programs. In compliance with relevant court orders, EPA has released IIJA/IRA awarded and obligated funding.

            **(1)**    Feb. 6 – EPA initiated a review (outside of any EO/OMB directive) of all IIJA/IRA funding programs, which resulted in some additional pauses of program implementation, but focused on clearing programs from an implementation, oversight, and funding source standpoint.

            **(2)**    Current Status –

                **(A)**    Funding in 2 of the 3 programs ($20B) within the Greenhouse Gas Reduction Fund have been frozen at an outside financial agent. On March 18, EPA cancelled all of the existing grants and pending ongoing litigation is in the process of getting the remaining funding returned to the US Gov't.

                **(B)**    All environmental justice related grant programs (funded by IRA, IIJA, and base appropriations) have been halted and all active grants have been cancelled (totalling nearly $2B).

EPA_00299739

**(C)**   All IRA-funded grant programs have halted new awards, but awarded and obligated funding is continuing to flow.

**b.**   *Weekly Update*: <mark>No Update</mark>

**c.**   *Interim Action Items and Targeted Completion Dates*:

**(i)**   Ongoing/TBD – As EPA identifies the correct approach for strategic actions to suspend, revise, or rescind the relevant agency funding programs and policies as expeditiously as possible, the Agency will implement and provide updates to NEDC/NEC/OMB.

**d.**   *POC*: Travis Voyles (AO), Paige Hanson (OCFO)

**6.**   Review and adjust all processes and policies for grants, loans, contracts, and other financial disbursements for consistency with the policies of this order. (No. 126.1)

**a.**   *Due*: Immediately

**(i)**   Day 1-Ongoing – Working with DOGE, EPA a review process of all grants and contracts to ensure compliance, which has resulted in over $2B in cancellations and more anticipated.

**b.**   *Weekly Update*: <mark>No Update</mark>

**c.**   *Interim Action Items and Targeted Completion Dates*:

**(i)**   Ongoing/TBD – As EPA identifies the correct approach for strategic actions to suspend, revise, or rescind the relevant agency actions and funding policies as expeditiously as possible, the Agency will implement and provide updates to NEDC/NEC/OMB.

**d.**   *POC*: Travis Voyles (AO), Paige Hanson (OCFO)

**7.**   Identify, revise, and rescind actions unduly burdening domestic mining and processing of non-fuel minerals. (No. 132)

**a.**   *Due*: Immediately

**(i)**   Feb. 19 – More broadly, but directly impacting mining and processing, EPA submitted a report to OMB and CEQ detailing relevant agency actions to identify potential changes and agency actions to facilitate the Nation's energy supply. While EPA is still coordinating with Army Corps on potential actions to facilitate direct Corps authority to act with emergency treatment, EPA has identified a short term, immediate solution, paired with a targeted revision of the current 2023 definition of "Waters of the United States" to conform with Sackett v. EPA, 598 U.S. 651 (2023).

11

(ii) March 12 – EPA and the Army Corps announced a joint memorandum issuing guidance to field staff on implementation of "continuous surface connection" consistent with the U.S. Supreme Court's May 25, 2023, decision in the case of *Sackett v. EPA*. The agencies also announced a *Federal Register* notice publicizing a series of six listening sessions and a 30-day recommendations docket to solicit feedback on key aspects of the definition of "waters of the United States."

b.   *Weekly Update*: <mark>No Update</mark>

c.   *Interim Action Items and Targeted Completion Dates*:

(i) Ongoing - *Federal Register* notice publicizing a series of six listening sessions and a 30-day recommendations docket to solicit feedback on key aspects of the definition of "waters of the United States."

d.   *POC*: Jess Kramer (OW), Travis Voyles (AO)

8.   Issue guidance to address harms and inadequacies of "social cost of carbon" calculations, including consideration of eliminating it from any federal permitting or regulatory decision. (No. 123)

a.   *Due*: March 21, 2025

(i) Day 1-Ongoing – EPA completed a review of all agency guidance to ensure consistency with OMB Circular A-4 and working to incorporate into all ongoing regulatory/policy reconsiderations and updates. EPA and NEDC staff have discussed two potential paths forward on the reconsideration of the social cost of greenhouse gases (SC-GHGs).

(1) Options – (1) Return to previous valuation used under last Trump Adminstration; or (2) completely rescind utilization of consistent valuation across federal agencies and return obligation to incorporate application of GHG emission impacts to individual agencies in their applicable cost-benefit analyses.

b.   *Weekly Update*: Need NEDC/DCoS feedback on SC-GHG considerations.

c.   *Interim Action Items and Targeted Completion Dates*:

(i) TBD – Announcing path forward on SC-GHG and working with other federal agencies on implementation of impacted actions and regulatory/policy reconsiderations

d.   *POC*: Travis Voyles (AO)

EPA_00299741

9. Submit a report to NEC and OMB detailing findings and recommendations for aligning appropriated funds related to IRA and IIJA with the policies of this order. (No. 127)

    a. *Due*: April 20, 2025

    b. *Weekly Update*: <mark>No Update</mark>

    c. *Interim Action Items and Targeted Completion Dates*:

        (i) Ongoing – EPA is identifying funding programs into three primary categories and will provide the comprehensive report to NEC/OMB by April 20. EPA has continued to provide ongoing feedback to OMB as we have made individual decisions on programs and funding.

            (1) (1) programs to continue to implement as is; (2) programs that require updated implementation guidance or changes to implementation; and (3) programs that are not in alignment with Adminstration priorities and should not continue.

    d. *POC*: Travis Voyles (AO), Paige Hanson (OCFO)

10. Identify and eliminate all environmental considerations not required by legislation and use the most robust non-arbitrary and non-ideological methodologies for permitting adjudications and regulatory processes. (No. 122)

    a. *Due*: Ongoing

    b. *Weekly Update*: <mark>No Update</mark>

    c. *Interim Action Items and Targeted Completion Dates*:

        (i) Ongoing comprehensive review and related decisions implemented

    d. *POC*: Travis Voyles (AO)

B. [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/01/declaring-a-national-energy-emergency/" ] (January 20, 2025)

1. Consider issuing emergency fuel waivers for year-round sale of E15 gasoline. (No. 167)

    a. *Due*: Immediately

        (i) Feb. 21 – EPA announced the agency's decision to uphold the current April 28, 2025, implementation date to provide parity for E15 and E10 in Midwestern states (IL, IA, MN, MO, NE, OH, SD, WI). This action provides regulatory certainty for fuel suppliers and expands consumer access to E15 year-round in these states. At the

EPA_00299742

same time, in recognition of concerns raised by some regarding fuel supply transitions, EPA intends to consider granting requests for a one-year delay for those states seeking additional time for compliance. Along with this, EPA will still have the ability to issue emergency fuel waivers to allow the year-round sale of E15.

    **(1)**    [ HYPERLINK "https://www.epa.gov/newsreleases/ahead-summer-driving-season-epa-allows-expanded-e15-access-midwest-states-year-round" ]

**b.**    *Weekly Update*: <mark>No Update</mark>

**c.**    *Interim Action Items and Targeted Completion Dates*:

    **(i)**    Ongoing – EPA is assessing the need to issue emergency fuel waivers to allow the year-round sale of E15.

**d.**    *POC*: Aaron Szabo (OAR), Travis Voyles (AO)

**2.**    Status report on actions taken and planned actions to promote energy use consistent with this order. (No. 169)

**a.**    *Due*: March 21, 2025 (last report submitted [Insert Date])

**b.**    *Weekly Update*: <mark>No Update</mark>

**c.**    *Interim Action Items and Targeted Completion Dates*:

    **(i)**    Ongoing updates provided weekly

**d.**    *POC*: Travis Voyles (AO)

**C.**    [ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/03/immediate-expansion-of-american-timber-production/" ] (March 1, 2025)

**1.**    Eliminate all undue delays in permitting processes related to timber production, and take all steps to suspend, revise, or rescind all existing agency actions that impose an undue burden on timber production. (No. 472)

**a.**    *Due*: Immediately and ongoing

    **(i)**    Day 1-Ongoing – To date, where EPA has a role in the overall authorization/approval of timber related activities or infrastructure projects, the Agency in our oversight role (i.e. NEPA/EIS reviews) has limited our involvement to statutory-related input and ensured expedited/limited reviews. Additionally, where EPA has had a contributing permitting approval role, the Agency has expedited the consideration of those permits.

14

**(1)** EPA also may have permitting involvement in timber-related processing facilities under the Clean Air Act and Clean Water Act. As detailed on our general approach to permitting.

**(ii)** March 12 – EPA took action to decrease the risk of future catastrophic wildfires by revisiting the Obama-Biden Administration's Exceptional Events rulemaking and prioritizing the allowance of prescribed fires within State and Tribal Implementation Plans (SIPs/TIPs). When EPA reviews SIPs and TIPs, EPA will work to ensure states and other entities that work within those states can use prescribed fires to properly manage their forests, without being unfairly penalized when it comes to assessing their air quality. EPA will convene meetings with state and tribal air agencies and state, local, and federal forest managers to evaluate ways to ease unnecessary burdens that prevent prescribed fires. These unnecessary burdens are related to, but not limited to, Exceptional Events, Regional Haze, Interstate Transport, and International Transport.

**(1)** [ HYPERLINK "https://www.epa.gov/newsreleases/administrator-zeldin-takes-action-decrease-risk-future-catastrophic-wildfires" ]

**b.** *Weekly Update*: <mark>No Update</mark>

**c.** *Interim Action Items and Targeted Completion Dates*:

**(i)** Ongoing/TBD – As projects are identified, EPA will evaluate any potential role we would have and determine necessary actions.

**d.** *POC*: Travis Voyles (AO), Jess Kramer (OW), Aaron Szabo (OAR)

**2.** Maximize use of ESA emergency consultation regulations to facilitate timber production. (No. 473)

**a.** *Due*: Ongoing

**(i)** Feb. 19-Ongoing – EPA submitted a report to OMB, CEQ, Interior, and Commerce, and while EPA is still conducting a review of potential actions to facilitate the consultation process under the Endangered Species Act with emergency treatment, EPA has identified other potential short term, immediate solution for emergency authorities relevant to share with these agencies.

**b.** *Weekly Update*: <mark>No Update</mark>

**c.** *Interim Action Items and Targeted Completion Dates*:

15

EPA_00299744

**(i)**   Ongoing/TBD – As projects are identified, EPA will evaluate any potential role we would have and determine necessary actions.

**d.**   *POC*: Travis Voyles (AO), Jess Kramer (OW), Aaron Szabo (OAR)

**IV.**   **Progress Updates on Specific Deregulatory Matters (excluding those covered above)**

**A.**   See attached ***EPA Action Tracker*** for full list of significant actions, including interim actions and targeted milestones for deregulatory actions.

**1.**   *Weekly Update*: <mark>No Update</mark>

**2.**   *POC*: Travis Voyles (AO)

**V.**   **Major Project Permitting Status (excluding those covered above)**

**A.**   ***Constitution Pipeline*** (PA/NY)

**1.**   *Interim Action Items and Targeted Completion Dates*:

**a.**   Informal discussions around CWA 401 strategy if project were to become active again, focusing on FERC options on engagement with NY on 401 certification.

**2.**   *Weekly Update*: <mark>No Update</mark>

**3.**   *POC*: Travis Voyles (AO), Jess Kramer (OW)

**B.**   ***Enbridge Line 5 Project*** (WI/MI)

**1.**   *Interim Action Items and Targeted Completion Dates*:

**a.**   Reevaluating Biden EPA's finding under CWA that project may have "substantial and unacceptable" impacts, which was used throughout permitting/review process.

**2.**   *Weekly Update*: <mark>No Update</mark>

**3.**   *POC*: Travis Voyles (AO), Jess Kramer (OW)

**C.**   ***NESE Pipeline*** (PA/NY/NJ)

**1.**   *Interim Action Items and Targeted Completion Dates*:

**a.**   Informal discussions around CWA 401 strategy if project were to become active again, focusing on FERC options on engagement with NY/NJ on 401 certification.

**2.**   *Weekly Update*: <mark>No Update</mark>

16

    **3.**    *POC*: Travis Voyles (AO), Jess Kramer (OW)

**D.**    *Northern Access Pipeline* (PA/NY)

    **1.**    *Interim Action Items and Targeted Completion Dates*:

        **a.**    Informal discussions around CWA 401 strategy if project were to become active again, focusing on FERC options on engagement with NY on 401 certification.

    **2.**    *Weekly Update*: <mark>No Update</mark>

    **3.**    *POC*: Travis Voyles (AO), Jess Kramer (OW)

**E.**    *Energy Transfer* – U.S. Gov't Debarment Proceedings

    **1.**    *Interim Action Items and Targeted Completion Dates*:

        **a.**    March 10 – EPA dismissed proposed debarment proceedings from Biden Administration and then PA AG Shapiro state-level criminal CWA violations, ensuring Energy Transfer would be eligible for federal contracting opportunities (i.e. Trans-Panama Gateway Pipeline project).

    **2.**    *Weekly Update*: <mark>No Update</mark>

    **3.**    *POC*: Travis Voyles (AO)

17

Message

| | |
|---|---|
| **From:** | Voyles, Travis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1B106CBC235C47EFA550A831B623BF28-F26BBFA8-54] |
| **Sent:** | 3/7/2025 11:24:53 PM |
| **To:** | Molina, Michael [molina.michael@epa.gov] |
| **Subject:** | FW: Zeldin QFR Responses |
| **Attachments:** | 01-16-2025 Zeldin QFR Responses.pdf |

--

Travis Voyles
C: (202) 787-0595

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Friday, March 7, 2025 4:34 PM
**To:** Barja, Jaide <Barja.Jaide@epa.gov>; Barsottelli, William <Barsottelli.William@epa.gov>; Amidon, Eric <Amidon.Eric@epa.gov>; Voyles, Travis <voyles.travis@epa.gov>; Szabo, Aaron <Szabo.Aaron@epa.gov>; Tardif, Abigale (Abbie) <Tardif.Abigale@epa.gov>; Dominguez, Alexander <dominguez.alexander@epa.gov>; Donahue, Sean <donahue.sean@epa.gov>
**Subject:** FW: Zeldin QFR Responses

**From:** Tomlinson, Adam (EPW) <Adam_Tomlinson@epw.senate.gov>
**Sent:** Friday, March 7, 2025 4:30 PM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Subject:** Zeldin QFR Responses

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Attached.

Adam Tomlinson
Republican Staff Director
Chairman Shelley Moore Capito
U.S. Senate Committee on Environment and Public Works
202-228-1391

**Senate Committee on Environment and Public Works**
**Hearing Entitled, *"Hearing on the Nomination of the Honorable Lee M. Zeldin to***
***be Administrator of the Environmental Protection Agency."***
**January 16, 2025**
**Questions for the Record for The Honorable Lee M. Zeldin**

<u>**Senator Curtis:**</u>

1. The United States District Court for the Northern District of California ordered EPA in September to "engage with a regulatory response" to a citizen petition to stop community water fluoridation. This was an extremely rare instance in which a judge disagreed with a federal agency and is now forcing EPA to regulate against its wishes. What is your view of how this might affect EPA's authorities and mission more broadly?

Response: The courts play an important role in our system of government, which is ultimately defined by the separation of powers. If confirmed, I look forward to receiving a comprehensive briefing on this issue and how it impacts drinking water systems.

<u>**Senator Sullivan:**</u>

1. In 2009, the EPA declared a nonattainment area of portions of the Fairbanks North Star Borough, which failed to meet federal PM2.5 air quality standards. The state has submitted several proposals since then, but the EPA ruled that those plans were inadequate, and in December 2023, the EPA imposed sanctions. Finding a solution meant not only ensuring the safety of Alaskans but also evaluating the economic and lifestyle burdens that might be passed on to those who switch from more conventional methods of heating their homes. On January 8, the EPA made a favorable interim determination that the most recent state implementation plan (SIP) revisions satisfy outstanding Clean Air Act requirements and will remove the sanctions put in place last year. **Will you commit to upholding and supporting this favorable determination on the State of Alaska's state implementation plan (SIP) revisions for the Fairbanks North Star Borough?**

Response: While I cannot prejudge the outcome of any particular issue that I might be called on to address if I am confirmed as Administrator, this is a promising development and any state regulation that satisfies the law and protects public health should be supported.

2. The EPA has jurisdiction over permitting discharges into water and emissions into the air. Permits and authorizations, according to these authorities, often add time and regulatory requirements to business and infrastructure projects. A key concern in recent years has been the increasing amount of delays to do extended permitting application reviews and environmental challenges to issued permits. To that end, Clean Water Act Title 4 (401, 402, and 404) permits are a huge obstacle to the permitting of mining projects in Alaska. **Do you agree that EPA must find ways to more efficiently permit projects in a manner that can survive legal scrutiny and provide greater certainty to project proponents and citizens?**

Response: Yes. Congress has authorized the delegation of authority under numerous permitting

EPA_00299772

authorities. Streamlining the process for allowing states to take the reins in projects should be better promoted and encouraged.

3. Alaska has over 174 million acres of wetlands subject to federal jurisdiction – home to 63% of the waters subject to the Clean Water Act and 65% of the nation's wetlands. While the WOTUS definition is a national concern, it is particularly problematic for Alaska because so much of the State is covered by water bodies and wetlands. Alaska also has unique issues concerning the extent of infrastructure and development generally, the geographic breadth of wetlands and permafrost, and the lack of comprehensive waterbody survey data, which present challenges not encountered by most states generally or in such magnitude. **In light of the Supreme Court's decision in Sackett, do you commit to ensuring proper implementation of the law that considers Alaska's unique geography rather than adopting the broad, unworkable, ambiguous standards?**

Response: Yes.

4. I have championed bipartisan efforts to combat the global challenge of marine debris: my Save Our Seas and Save Our Seas 2.0 Acts, passed during the first Trump Administration, are being implemented by EPA through recycling grants, recycling education, and other efforts. **If confirmed do you pledge to continue Save Our Seas implementation efforts, and follow-on legislative efforts to combat this challenge?**

Response: Yes.

5. Carbon capture has been an opportunity for bipartisanship in Congress, including the 45Q tax credit, as well as historic investments and regulatory support in the Bipartisan Infrastructure Law. In the IIJA, Congress created the opportunity for states to apply for primacy to approve Class VI carbon capture wells, including EPA grant funding to help states apply. Since enactment, many states have taken advantage of that grant funding but continue to face slow, years-long approval timelines. **As Administrator, do you commit to working with Congress and state governments to use EPA's current authorities to improve the Class VI primacy application process and the overall permitting process for American energy projects?**

Response: If confirmed, I commit to working with Congress on these issues. States should take a lead role in these projects.

6. The trucking industry underwent two extremely stringent vehicle emissions regulations under the Biden EPA. Motor carriers, especially small business truckers, have expressed serious concerns about the cost and workability of both the agency's 2022 NOx emissions rule and 2024 zero-emissions vehicle requirements, which set ambitious goals for trucking electrification, yet infrastructure like EV charging stations and grid capacity is inadequate in many regions. **Will you commit to working with Congress to ensure any EPA policies related to the trucking industry are practical and aligned with infrastructure readiness, preventing undue burdens on the industry?**

Response: Yes. The concerns you identify are important and I commit to working with Congress

2

and within the authorities that Congress has delegated to the EPA.

7. Recently, the EPA granted a waiver to the state of California to enforce amendments to their Commercial Harbor Craft Regulation. These regulations will mandate expensive equipment aboard tugboats and towboats critical to domestic and international commerce. The waiver was granted despite the U.S. Coast Guard's warnings that compliance with California's regulations poses a serious risk to mariners. When similar equipment was installed on trucks and school buses, they had a history of catching fire. Tugboats—especially those that operate offshore—don't have the option of pulling over so that drivers and passengers can escape. In addition, the Coast Guard raised serious questions about the regulation's impact on vessel stability and maneuverability. As you can see, this state regulation is hazardous to the safety of the men and women who work on commercial harbor craft. **As such, could I get your commitment to review the waiver and take all necessary steps to safeguard the lives of crewmembers aboard these vessels?**

Response: If confirmed, I commit to studying this issue and appreciate the gravity of these questions. Safety is a paramount consideration in regulations.

8. The Basel Convention on the Control of Transboundary Movements of Hazardous Wastes and their Disposal is an international agreement that regulates the global movement of hazardous waste, plastic waste, and electronic waste. Because the U.S. is one of a small handful of countries not Party to the Convention, other countries can no longer freely trade these wastes with the U.S. This places U.S. recyclers at a significant disadvantage in the global recycling market. **If confirmed, will you commit to working with us to explore whether it is in the national interest for the U.S. to ratify Basel?**

Response: If confirmed, I commit to working with you to understand how EPA can improve how these waste streams move through commerce and better protect public health and the environment.

9. Alaska, like many other states, is an infrastructure-poor state when it comes to waste management. **Can you commit to working with me over your next four years as EPA Administrator to pursue commonsense opportunities to expand our domestic and, specifically, rural recycling capabilities and the necessary infrastructure?**

Response: Yes.

10. As required by statute, ozone NAAQS levels will need to be reconsidered in 2025. Lowering the ozone NAAQS below 70 parts per billion will seriously disadvantage manufacturers in the U.S. and make it significantly more difficult to make and expand investments that the U.S. will need to compete in the decades to come. **Can you commit to working with me on this NAAQS reconsideration, in order to balance the need for a clean environment and continued economic growth?**

Response: I commit to working with you and your staff.

11. This Committee has jurisdiction over both chemical and highway policies, and we are tasked with passing a highway reauthorization package, so we must ensure these vital infrastructure materials are protected and avoid unintended consequences when it comes to PFAS regulation. **As Administrator of the EPA, will you commit to work with me and this Committee to ensure we are aligned on sound policy to effectively tackle PFAS**

3

**issues, without marginalizing the critical infrastructure to maintain and expand our surface transportation network?**

Response: Yes.

### Senator Wicker:

1. What steps will you take to streamline the federal registration process and ensure that EPA remains the primary authority?

   a. What is your plan to ensure EPA policies remain grounded in sound science and promote innovation in sustainable agricultural practices?

Response: If confirmed, I commit to ensuring rulemakings are fair, deliberate, and receive the appropriate amount of public input.

2. Are you concerned about the negative impact that the proposed rule would have on our country's agriculture producers, food supply, and ultimately American consumers if finalized?

   a. If so, what would you do to address those concerns as EPA Administrator?

Response: I am uncertain which rulemaking you are referencing but I look forward to working with you to implement rulemakings consistent with the rule of law.

3. As Administrator, how will you work with the regulated community to continue to update and refine the Rodenticide Strategy and the proposed interim decisions (PIDs) for eleven rodenticides to include stakeholder input on the feasibility of mitigation measures and measurable feedback on their effectiveness at minimizing exposure to nontarget wildlife, and to endangered species and their critical habitats?

Response: If confirmed, I look forward to working with you on this issue and learning more about how it impacts your constituents.

4. In February 2024, the Biden EPA set strengthened National Ambient Air Quality Standards (NAAQS) for Particulate Matter and in 2025 the EPA will need to reconsider ozone NAAQS levels. If confirmed, do you commit to implementing specific strategies and frameworks at the EPA that balance strengthened air quality regulations with the needs of the manufacturing sector?

Response: If confirmed, I commit to using all the tools at my disposal to ensure we don't have to choose between having clean air and having a strong economy.

### Senator Boozman:

1. A company in my state owns and operates an RCRA permitted hazardous waste combustor in El Dorado, Arkansas. As a component of its waste minimization and sustainability efforts, the company began permitting a deep well in 2019. An Arkansas Department of Environmental Quality permit (ADEQ) and EPA No Migration Petition

4

approval are required to operate at the site. An ADEQ state permit application was submitted in 2019 and conditionally approved in 2020, pending approval of the EPA No Migration Petition. EPA Region 6 communicated to my constituent company that it typically takes two years for a no migration petition to be approved, and the expectation was that EPA would grant approval no later than 2022. This process has now been going on for six years, and, despite my constituent company's good faith efforts, a petition still has not been approved by Region 6. The delays by the current Region 6 leadership, and the current Administration, are unacceptable. These approval delays have also had a significant financial impact on my constituent company – more than $10 million in total expenses to date. Your leadership and the Administration's leadership are greatly needed to cut through the bureaucratic red tape at the EPA. I would be grateful for your assistance, and the assistance of your new Region 6 team once it is in place, in helping to expedite the timely approval of this no migration petition so this critical project in Arkansas can move forward. As you settle into your position, will you commit to me that petitions, like this, will continue to move forward and not experience unnecessary delays?

Response: I commit to promoting efficient decision making and improving how we deliver projects.

### Ranking Member Whitehouse:

1. During the hearing, I laid out some of the donors to American First Policy Institute (AFPI) and America First Works (AFW), but I also noted that most of these organizations' donors are not public. You are currently the Chair of AFPI's Pathway to 2025 initiative and serve as a member of the board of AFW. Please provide the Committee with a list of the top 20 donors to both the AFPI and AFW for each of the last four years.

Response: As you may understand, being a member of a board or participant in individual programs for an organization does not always mean one is involved in the making of books for an organization. As such, I will direct you to the representatives of the respective organizations to better respond to your question.

2. It's also been reported that AFW has given $4.8 million to Donors Trust,[1] an identity laundering organization. Please provide the Committee a list of the top 20 ultimate[2] recipients of money from AFW for each of the last four years.

Response: As you may understand, being a member of a board or participant in individual programs for an organization does not always mean you are involved in the making of books for an organization. As such, I will direct you to the representatives of the respective organizations to better respond to your question.

---

[1] Pro-Trump nonprofit gives millions to groups boosting his agenda, Carrie Levine, Public Integrity, Nov. 20, 2021, https://publicintegrity.org/politics/pro-trump-nonprofit-gives-millions-to-groups-boosting-his-agenda/ [2] In this instance, "ultimate" is defined to mean the recipient that benefited from the funds, not a pass-through entity such as Donors Trust.

3. If confirmed as EPA Administrator, do you commit to recuse yourself from any matters in which any of the donors to AFW and/or AFPI have a pecuniary interest?

EPA_00299776

Response: I commit to consulting counsel in all matters of ethics to promote and protect the public trust.

4. If confirmed as EPA Administrator, do you commit to not meeting with any representatives of AFW, AFPI, or any of their donors for the next two years?

Response: I commit to consulting counsel in all matters of ethics to promote and protect the public trust.

5. The homepage for AFW states, "The American Dream is being challenged by a powerful few, the "elites", who exploit their positions at the expense of the People." I agree. The largest disclosed donor to AFW appears to be the Pharmaceutical Research and Manufacturers Association of America (PhRMA), which has given AFW at least $2.5 million.[3] PhRMA is a trade association that represents large pharmaceutical companies.

a. Do you believe that giant corporations and their trade associations are part of the "elite?" Please explain why or why not.

Response: Individuals and organizations have the constitutional right to petition their government. Associations or corporations are no different. I commit to being fair and even handed in my execution of the law, if confirmed as Administrator.

b. Do you believe that giant corporations and their trade associations generally represent the interest of the American people? Please explain why or why not.

Response: The American people have the constitutional right to petition their government. The law allows them to do so through associations or corporations. I commit to being fair and even handed in my execution of the law, if I am confirmed as Administrator.

6. In economics, is it considered a subsidy to allow an industry to pollute for free? Do you agree that, in market economics, the cost of negative externalities should be built into the price of a product?

Response: I am not an economist but I look forward to working with you to better understand your question, if confirmed.

7. The International Monetary Fund (IMF) estimates that the negative externalities associated with fossil fuels cost over $700 billion per year in the U.S. alone.[4] Should polluters pay for those costs or should American taxpayers?

Response: Whether positive or negative externalities should be internalized by the company or externalized is a decision for Congress, which establishes our laws. If confirmed as Administrator, I will abide by the laws established by Congress.

8. You have been very supportive of the Fire Island to Montauk Project, or FIMP. This project has a total cost of $2.4 billion, of which roughly $1 billion has been dedicated to elevating 4400 homes to protect them from sea level rise. The remaining money is for beach replenishment and other efforts to stabilize and protect the shoreline from rising

6

seas and increasingly frequent and severe storm surges.[5] FIMP spans approximately 80 miles of coastline, from Fire Island Inlet to Montauk Point. According to NOAA, the total U.S. saltwater coastline is roughly 90,000 miles. As a rough thought exercise, let's imagine that we were to undertake similar efforts along the entire coast, understanding that some portions or our coast or more or less vulnerable to sea level rise than is the Suffolk County coast. The cost of FIMP works out to $30 million per mile. At 90,000 miles, if we were to replicate this for our entire coastline, that would work out to a total cost of $2.7 trillion. While FIMP is obviously very important to the people of Suffolk County, do you think we can afford to undertake similar efforts along our entire coastline?

Response: No, but a one-size-fits-all approach is not how we should mitigate risk. I look forward to working with communities throughout this country to protect human health and the environment.

---

3
[3] America First Works, SFOFExposed, https://sfofexposed.org/america-first-works/
[4] IMF Fossil Fuel Subsidies Data: 2023 Update, Black et al., IMF Working Paper, Aug. 24, 2023 shttps://www.imf.org/en/Publications/WP/Issues/2023/08/22/IMF-Fossil-Fuel-Subsidies-Data-2023-Update 537281
[5] Rising tides are coming for Lee Zeldin's hometown, Miranda Willson, Dec. 19, 2024, https://www.eenews.net/articles/rising-tides-are-coming-for-lee-zeldins-hometown/

9. You once defended a decision to halt work on a beach replenishment project on Fire Island so that unrelated environmental work could be done at Mar-a-Lago.[6] Was that a political or scientific decision?

Response: The Army Corps of Engineers assured my office that both projects they were involved in, one at Westhampton Beach and the other at Point O'Woods and Ocean Bay Park, would be completed before their initial deadlines of June 19th, 2020. These projects were completed on March 13th, 2020, and June 11th, 2020, respectively, both ahead of deadline.

10. On your OGE Form 278e, which is public, you list yourself as a Director of Plymouth Union Public Research based in Washington, DC. What is Plymouth Union Public Research, who comprises its leadership, and who are your fellow Board members?

Response: This is a recently formed 501(c)(6), with final details being worked on.

11. On your OGE Form 278e, you list the following entities as clients of your consulting company, Zeldin Strategies:

    a. New York Cancer and Blood Specialists;

    b. Amneal Pharmaceuticals;

    c. Americans for Transparency and Accountability;

7

EPA_00299778

d. Elections LLC;

e. RSL Management Corp;

f. Job Creators Network;

g. Softheon;

h. America First Policy Institute;

i. Richard Kurtz;

j. Building America's Future; and

k. Marwood Group.

---

[6] Dredging Up a Load of Controversy, The East Hampton Star, Feb. 27, 2020,
https://www.easthamptonstar.com/government/2020227/dredging-load-controversy

For each of these identified clients, please answer the following questions:

a. What was the nature of the work completed on behalf of the client?

Response: Consulting Services.

b. Does the client remain an active client of Zeldin Strategies?

Response: Clients a, b, h, and j for now while I am still pre-confirmation.

c. Did any of the work completed on behalf of the client include seeking to influence President-elect Donald Trump (whether before or after November 5, 2024) or his advisors?

Response: Zeldin Strategies does not participate in any lobbying.

d. Did any of the work completed on behalf of the client relate in any way to work that may be relevant to the jurisdiction of the Senate Committee on Environment and Public Works?

Response: No.

8

12. During the hearing, it was claimed that the U.S. has been the world leader in reducing global emissions of CO2 since 2005. However, when you include other greenhouse gases and consider emissions per capita, in 2022 the U.S. on a per person basis emitted more than 50% more greenhouse gasses than the UK, Japan, Germany, the EU as a whole, Indonesia, India, and China. When you consider greenhouse gas emissions per unit of GDP (i.e., emissions intensity), the U.S. fairs better but still has a significantly higher emissions intensity than the UK, Japan, Germany, and the EU.[7]

a. Would you agree that these two metrics – greenhouse gas emissions per capita and greenhouse gas emissions per unit of GDP – are better metrics for benchmarking our decarbonization progress relative to other countries?

Response: I would have to confer with the scientists, economists, and other technical experts at EPA to make a judgment on this question.

b. Moreover, since their origin has no bearing on the warming effect of greenhouse gas emissions and since a significant share of global greenhouse gas emissions is the result of the manufacturing of goods that are ultimately imported into the U.S., would you agree that the most important metric for evaluating our progress on mitigating climate change is the rate at which global greenhouse gas emissions are rising or falling?

Response: I would have to confer with the scientists, economists, and other technical experts at EPA to make a judgement on this question.

c. And since global greenhouse gas emissions continue to increase, would you agree that collectively more needs to be done to limit these emissions?

Response: It is an important goal to reduce air emissions generally. Any emissions limits imposed by EPA must be consistent with applicable law.

13. The Methane Emissions Reduction Program (MERP) is a partnership between the U.S. Department of Energy (DOE), the EPA, and the National Energy Technology Laboratory (NETL). Under the program, Congress provided $1.36 billion in financial and technical assistance to improve methane emissions monitoring and reduce methane and other greenhouse gas emissions from the oil and natural gas sector. A key to deploying technology to reduce methane emissions is knowing the source of those emissions, and

---

[7] GHG Emissions of all world countries: 2023 report, European Commission, https://edgar.jrc.ec.europa.eu/report_2023?vis=ghgpop#emissions_table

we have ground-level sensor, aerial, and satellite data that can help us pinpoint those sources. If confirmed, will you commit to ensure that both companies and communities are able to collect and access empirical emissions data and participate in monitoring methane emissions?

Response: Using technology to understand and improve environmental outcomes is important. If confirmed as Administrator, I look forward to learning more from EPA's expert staff and from my colleagues in other departments of the government about these monitoring technologies.

9

14. Methane emissions from the oil and gas sector are a large source of the greenhouse gas pollution that is driving climate change. Methane is also the main component of natural gas. Leaked, vented, and flared methane is wasted natural gas that could have been captured and sent to market. Capturing this escaped or wasted methane would therefore increase natural gas supplies and reduce the cost of natural gas.

   a. Do you believe that the oil and gas industry's practices with respect to leaked, flared, and vented methane should be unregulated?

Response: EPA, along with other agencies like the Department of the Interior and state governments, have a role in ensuring that our natural resources are developed responsibly.

   b. As a general matter, do you believe it is sound stewardship to waste a large percentage of a product?

Response: As a general matter, I do not think it is in a company's interest to waste its product when there is a better available use for that product.

15. EPA's current rules regulating methane emissions include a super-emitter program which allows third parties with access to satellite or other data to alert EPA to large methane emission events. Under the program, EPA must then alert operators to these emissions and the operators must then perform inspections and eliminate emissions sources that they find. This program will reduce greenhouse gas pollution as well as localized air pollution that harms frontline communities.

   a. Do you pledge to implement the super-emitter program if confirmed as EPA Administrator?

Response: If confirmed as Administrator, I will review this and other programs and implement them to the extent that they are authorized under the statutes that Congress has enacted, are supported by the evidence in the record, and protect the environment in a cost-effective and appropriate way.

   b. Do you pledge that EPA will rapidly process applications from third party monitors that wish to be certified under the super-emitter program?

Response: EPA should avoid unnecessary delay in carrying out any of its functions, but the Agency also cannot sacrifice quality and legitimacy.

16. Under the MERP, oil and gas companies whose methane emissions surpass certain allowable thresholds are required to pay a waste emissions charge (WEC) starting in 2025 based on 2024 emissions. Do you commit to faithfully collect this charge based on what is owed for 2024 methane emissions?

EPA_00299781

Response: If confirmed as Administrator, I will follow the laws that Congress has enacted.

17. Congress passed bipartisan legislation to phase down polluting refrigerants, known as the AIM Act, and ratified the Kigali Amendment to the Montreal Protocol to ensure that the U.S. could lead in providing the cleaner refrigerants we produce in the U.S. to the rest of the world.

    a. Will you make implementation of the AIM Act, which requires an 85% phasedown of HFCs by 2036, a top priority for EPA under your leadership?

Response: As I stated at the hearing, if confirmed it will be my duty to follow my obligations under this law and every law that Congress has duly enacted to delegate responsibilities to the Agency.

    b. In 2024, EPA undertook a number of enforcement actions against illegal importation of HFCs. Will you continue to make enforcement a priority?

Response: Ensuring compliance and enforcing where appropriate are important tools at EPA's disposal. Curbing illegal importation of these or any other substances is part of following the rule of law.

    c. Are you familiar with the next generation of refrigerant chemicals? If confirmed, will you work with the Committee to help ensure that this next generation of chemistry is developed and scaled in the U.S.?

Response: If confirmed, I look forward to working with EPA's expert staff to explore these new technologies. Ensuring that our nation has a growing industrial base, including in the latest scientific developments, is an important part of the President's agenda and of EPA's role, and I look forward to working with the Committee in this regard.

18. In June 2023, the Clean Air Scientific Advisory Committee (CASAC), a panel of independent experts, indicated that the current National Ambient Air Quality Standard (NAAQS) for ground level ozone does not adequately protect public health or the environment. The Clean Air Act mandates that EPA set primary ambient air quality standards based solely on the latest science in order to properly protect public health, including the health of sensitive and at-risk populations with an adequate margin of safety. CASAC noted that "based on the scientific evidence currently available, it is concluded that the level of the current standard [70 ppb] is not protective with an adequate margin of safety" and that a limit of 55 to 60 ppb "is more likely to be protective and to provide an adequate margin of safety."

    a. Do you commit to using the latest science in order to properly protect public health when setting the primary and secondary standards for ground-level ozone NAAQS?

11

Response: Congress in the Clean Air Act requires the Administrator to periodically review NAAQS standards and determine whether it is appropriate to revise them, taking into account CASAC's views as well as public comment. I understand that Congress has delegated to the Administrator the task of determining what are the safe concentrations of this and other pollutants of concern, informed by expert advice and guided by the public's input and the scope of the task assigned to the Administrator by Congress.

> b. Do you commit to including the health of sensitive and at-risk populations, such as children, outdoor workers, the elderly, and frontline and fenceline communities, when promulgating ground-level ozone NAAQs?

Response: If confirmed as Administrator, I will work to protect the health of all Americans, including the most vulnerable among us.

> c. What are the health effects of long-term exposure to ground-level ozone?

Response: I am aware that EPA has identified potential health risks from exposure to ground-level ozone, including respiratory symptoms, that are subject to variables such as the concentration and duration of exposure. If confirmed, I look forward to being briefed by EPA's career staff experts on the effects of ground-level ozone exposure.

> d. Do you agree that frontline and fenceline communities are more likely to be affected by ground-level ozone? Why is this so?

Response: Air quality is an issue that affects us all. If there are areas with especially poor air quality, that is a matter that requires careful study to determine the nature of the problem and what tools Congress has given the Agency to best address it.

> e. Do you commit to finalizing a stronger ground-level ozone NAAQS before the end of 2025?

Response: It would be inappropriate for me to commit to taking any particular action at this stage; I cannot prejudge the outcome of this or any other rulemaking. I will work with EPA's expert staff and follow the law and the evidence in the rulemaking record.

> 19. Do you commit not to attempt to claw back already-obligated EPA grant funding, unless concrete evidence of misuse of funds is established?

Response: I cannot prejudge outcomes, but I believe as EPA Administrator I have the responsibility to be a good steward of tax dollars.

> 20. Do you commit to upholding the memorandum of understanding signed by EPA and the Department of Labor to ensure high-road labor standards on federally funded projects?

Response: It is critical to work cooperatively with other agencies across the federal government. I have not reviewed this memorandum of understanding; however, if confirmed, I commit to reviewing it.

> 21. You stated in your opening remarks that you are a supporter of my efforts with Senator Sullivan on our Save our Seas and Save our Seas 2.0 legislation. Save Our Seas 2.0

12

included several grant programs at EPA aimed at improving domestic infrastructure to prevent marine debris. Do you commit to advocating for full funding for all grant programs within EPA jurisdiction that were created in Save Our Seas 2.0?

Response: While serving in Congress, I was proud to support the Save our Seas and Save our Seas 2.0 legislation. While funding decisions are the responsibility of Congress, I commit to being a good steward of taxpayer dollars and ensuring that funds appropriated to EPA are spent in a manner consistent with the law.

22. Do you agree that reducing virgin plastic creation is necessary to end the plastic pollution crisis?

Response: The key to reducing pollution is getting the key parties responsible for pollution to stop polluting. I look forward to working with you to identify methods for working with our international partners in reducing plastic-related pollution.

23. According to the EPA, only about 9 percent of the plastic we generate is recycled, although other groups have estimated that even 9 percent may be an optimistic figure. As EPA administrator, what are you going to do to improve this statistic?

Response: I am aware that EPA has long viewed recycling as beneficial to our environment. For example, EPA has stated that recycling efforts reduce the need to extract new natural resources, reduce greenhouse gas emissions, conserve energy, and divert waste from landfills. EPA administers a number of voluntary programs to promote recycling and the circular economy. I look forward to learning from EPA's experts on this subject about the ways that our rate of plastic recycling can be improved.

24. The Clean Water State Revolving Fund (CWSRF) and Drinking Water State Revolving Fund (DWSRF) provide crucial financial assistance for States and water utilities to protect aquatic ecosystems, meet infrastructure needs, and ensure that safe drinking water is available for all Americans. Will you commit to advocating for robust CWSRF and DWSRF funding from Congress on behalf of the agency?

Response: I am aware of the important role that the State Revolving Fund programs play in assisting states with water infrastructure needs. While funding decisions are the responsibility of Congress, I commit to being a good steward of taxpayer dollars and ensuring that funds appropriated to EPA are spent in a manner consistent with the law.

25. On November 11, 2024, you wrote on X, "It is an honor to join President Trump's Cabinet as EPA Administrator. We will restore U.S. energy dominance, revitalize our auto industry to bring back American jobs, and make the U.S. the global leader of AI. We will do so while protecting access to clean air and water."

    a. The U.S. is now the largest producer of oil and gas and is a net petroleum exporter. Given this, how would you define U.S. "energy dominance"?

Response: Energy dominance describes a circumstance in which the United States is not dependent on energy from other countries, including adversaries like Iran, Russia, and Venezuela. Energy dominance is a matter of environmental stewardship as well as national security. Imported energy may not benefit from the same degree of

13

environmental rigor that we practice in this country, it affects the price Americans pay for energy, and it increases our geopolitical vulnerability.

> b. To truly achieve dominance shouldn't we be focusing on expanding our capacities—both in terms of generation and supply chains—for energy sources where we are not currently the leader, like renewables (onshore wind, offshore wind, solar, geothermal) and nuclear (both conventional and small modular reactors)?

Response: As I stated in the hearing, I believe in an all-of-the-above energy approach.

> c. The U.S. has some of the best solar and wind resources in the world, and due to the fact that the country spans a continent and multiple time zones, solar and wind power can be generated and sent to places where the sun is not shining or the wind is not blowing. Does "energy dominance" as you define it include exploiting our solar and wind resources to their full potential?

Response: As I stated in the hearing, I believe in an all-of-the-above energy approach.

> d. You opposed the Biden administration's pause on the permitting of new LNG export terminals. Do you support a pause on the permitting of new offshore wind projects?

Response: I cannot prejudge the outcome of any particular permitting decision that may come before the Agency.

> e. Do you support a federally-imposed halt on the construction of already-permitted offshore wind projects?

Response: Many agencies regulate offshore wind projects. To the extent EPA has a role in that regulation, I commit to following the law.

26. Approximately 16 million new passenger cars and light-duty trucks were sold in the U.S. in 2024 and about 10 million were produced here. By comparison, S&P estimates that global vehicle sales reached 88.2 million in 2024, of which about 13% were EVs. They project that EV sales will continue to rise to 15.1 million units or 17% of new vehicle sales in 2025. By contrast, S&P projects that global sales of internal combustion engine vehicles will shrink by 3% this year. In China, the largest consumer market for new vehicles—as well as our largest competitor in the global autos market—nearly half the vehicles sold last year were EVs.

> a. As we work to revitalize our auto industry, shouldn't we be working to capture as much of the global market and the segments of the market that are growing as possible?

Response: I share your concern that our national policies should promote American industry.

> b. In your view, should we compete with China over this market, or should we cede dominance to them?

Response: We should never cede dominance to any other country. Nor should we necessarily

14

base our policies on imitating our competitors.

    c. And if we do choose to compete, which I believe we should, doesn't that require us and our auto manufacturers to have a comprehensive strategy for expanding EV production—most of which are currently manufactured in China and are dependent on Chinese supply chains?

Response: I share your concern that our supply chains should not be dependent on China and that we should encourage American manufacturing.

27. President-elect Trump and a number of his cabinet nominees have called for expanding U.S. oil and gas production. In several posts on X, you have called for the U.S. to become "energy independent" by increasing domestic energy production. Again, the U.S. is the largest producer of oil and gas and is a net petroleum exporter. While the U.S. continues to import crude oil, this is due largely to a mismatch between the type of oil (namely its viscosity and sulfur content) produced in the U.S. and the capacity of U.S. refiners to process that oil.

    a. How would you define "energy independence" in this context?

Response: Energy independence means reducing our reliance on foreign energy sources, which are typically produced in less environmentally friendly ways than in the United States.

    b. Why would further expanding domestic oil production unlock that independence?

Response: The more energy we produce at home, the less dependent we are on energy from abroad.

    c. Shouldn't the focus instead be on petroleum refiners to retool so that they can better process U.S. crude and thus reduce our reliance on foreign oil from countries like Saudi Arabia and Venezuela?

Response: It is important that the United States be energy independent. The refinery process is a complex issue and if confirmed as Administrator I will follow all legal requirements, including with respect to whether petroleum refineries can better process U.S. crude relative to foreign oil.

28. During the hearing, you affirmed that you would follow the law. Section 328(a)(1) of the Clean Air Act requires the EPA to control air pollution from outer continental shelf resources in order to attain and maintain ambient air quality standards. As Administrator, do you commit to following this legal requirement?

Response: If confirmed, I will follow all legal requirements.

29. Your home state of New York receives electricity from our nation's first commercially operational wind farm, South Fork Wind. President Trump has threatened to halt the offshore wind industry. According to the Federal Permitting Dashboard, seven offshore wind projects need to obtain an EPA air permit.

    a. Pursuant to your authorities under the Clean Air Act's Section 328(a)(1), will you

15

issue timely permits for these pending offshore wind projects?

Response: Reaching timely decisions on permits is a high priority for the Administration. If confirmed as Administrator, my goal is for EPA to provide timely permit decisions consistent with the legal requirements.

> b. Pursuant to your authorities under the Clean Air Act's Section 328(a)(1), will you continue to issue timely permits for future offshore wind projects?

Response: The President has made it very clear that in general reaching timely decisions on permits is a high priority. If confirmed, my goal is for EPA to provide timely permit decisions consistent with the legal requirements.

30. Over the last ten years, your home congressional district and its neighboring district received nearly $500 million in coastal resilience funding. That is just from the Army Corps of Engineers, and it does not include all of the $2.4 billion in federal funding for the Fire Island to Montauk Point project.

> a. Do you acknowledge that our coastal communities require substantial financial investments?

Response: Yes.

> b. Do you acknowledge that climate change will require more dedicated resources for our coastal communities?

Response: Yes.

> c. As the EPA Administrator, will you commit to supporting and growing programs at EPA that assist our vulnerable coastal states and constituents?

Response: If confirmed, I look forward to working with you and Congress to better understand the unique interests and goals of all our communities to ensure EPA is meeting and exceeding their needs.

> d. Will you advocate for the needs of coastal states in discussions with other Agency leads and with the Administration?

Response: If confirmed, I will ensure that EPA is meeting the needs of all communities, consistent with the law.

> e. As a long-time support of the upland and inland Land and Water Conservation Fund, would you support more dedicated funding toward its coastal sibling, the National Oceans and Coastal Security Fund?

Response: Although Congress determines funding levels, I commit to working with you on the issue.

31. Project 2025 proposes to dismantle the National Oceanographic and Atmospheric Administration which could have devastating consequences to our coastal states.

16

Regardless of whether you have read Project 2025, do you support its recommendation to dismantle NOAA?

Response: I have not read any of Project 2025's recommendations, including with regard to NOAA.  If confirmed, I commit to working with other federal agencies and departments across the executive branch, including NOAA, to achieve EPA's mission. I defer to Congress as well as the Secretary of Commerce and NOAA Administrator on questions related to the organization and structure of NOAA.

32. Project 2025 also proposes to downsize the Office of Oceanic and Atmospheric Research, which includes program offices studying sea level rise, as well as the NOAA Sea Grant Program, which you have previously supported. Regardless of whether you have read Project 2025, do you support its recommendation to downsize the OAR office?

Response: I have not read any of Project 2025's recommendations, including with regard to the Office of Oceanic and Atmospheric Research within NOAA. If confirmed, I commit to working with other federal agencies and departments across the executive branch, including NOAA, to achieve EPA's mission.  I defer to Congress, as well as the Secretary of Commerce and NOAA Administrator, on questions related to the organization and structure of NOAA.

33. You've been a long-time vocal supporter of EPA's National Estuaries Program. In fact, you co-founded the National Estuary Caucus, cosponsored a resolution to designate a National Estuaries Week, and pushed for National Estuary Program reauthorization. Given your experience with the Long Island Sound and the Peconic Estuary, you undoubtedly know how important this and other programs at EPA are to protecting our waters.

   a. What will you do to safeguard these programs at EPA?

Response: The National Estuaries Program is a non-regulatory program established by Congress under section 320 of the Clean Water Act, designed to improve the waters, habitats, and living resources of 28 estuaries across the country. If confirmed as EPA Administrator, I look forward to working closely with EPA's career professionals on administering this program and others that affect our nation's estuaries in a manner consistent with the law.

   b. Will you guarantee that the National Estuaries Program at EPA will not see a funding cut?

Response: While funding decisions are the responsibility of Congress, including as to the National Estuaries Program, I commit to being a good steward of taxpayer dollars and ensuring that funds appropriated to EPA are spent in a manner consistent with the law.

34. In a 2018 op-ed, you wrote about EPA grants that would assist your district in collecting nearly 3,000 pounds of floating trash from the Long Island Sound. We can all agree that nobody wants to see trash washing up on the shores of their state or district. The EPA has an important role in preventing plastic pollution. What will you do to safeguard the programs at EPA that improve recycling, clean up our waterways, and tackle the issue of plastic pollution?

Response: I look forward to working on this important issue if confirmed as Administrator,

EPA_00299788

including by working with EPA's State, Tribal, and local government partners.

35. Project 2025 proposes to eliminate the Office of Environmental Justice and External Civil Rights.

    a. Do you believe that there are communities that have been over-burdened?

Response: I believe that every American deserves access to clean air and water, and I commit to working hard to meet the needs of all communities, consistent with the law.

    b. Do you believe that frontline and fenceline communities deserve an office that works with them to correct those historical wrongs and give them the rights of other Americans to a clean and healthy environment?

Response: I believe all communities have a right to a clean and healthy environment.

    c. Regardless of whether you have read Project 2025, do you support its proposal to eliminate the Office of Environmental Justice?

Response: I have not read Project 2025. I cannot prejudge outcomes.

36. During the last Trump Administration, EPA Administrator Scott Pruitt altered the membership rules for serving on the EPA Science Advisory Board, resulting in a significant decrease in academic expertise and an increase in members with ties to the fossil fuel and chemical industries. Similarly, Project 2025 calls for a resetting of the EPA Science Advisory Board.

    a. Do you plan to restructure the Science Advisory Board?

Response: While I cannot speak to specifics regarding any EPA advisory committee, I can say that it is important to consider input from people with a variety of backgrounds and areas of expertise when EPA makes decisions. If I am confirmed, I look forward to being briefed on the Science Advisory Board's current composition and role.

    b. Do you recognize the need for trained expertise that is free of industry-related conflicts of interest?

Response: I recognize the importance of ensuring that government policy is insulated from any inappropriate conflict of interest.

37. Project 2025 has called for increased transparency in the data and science used by the EPA. While open science is important, there may be times when the data used for regulations cannot be publicly shared, such as protected health data (e.g., the NHANES dataset).

    a. Do you believe that the EPA should use health data to make decisions?

Response: I believe that EPA should use the best available data, and that transparency is an important principle of good government that may inform what is the best data for a particular regulatory purpose.

18

b. Do you believe that the inability to publicly share protected health data should be a barrier the use of scientific studies that rely on such data in rulemaking?

Response: Promoting public health and the environment is EPA's mission. Protecting public trust is critical to protecting the actions of the Agency. I cannot prejudge the appropriate use of scientific studies in the abstract, but if confirmed I am committed to appropriate use of scientific studies at EPA.

38. As you may know, the precautionary principle encourages caution when there is an absence of scientific knowledge or consensus about the effects of a hazard on public health or the environment. Project 2025 calls for revising risk management policies, including how the EPA makes determinations about the risk that chemicals pose on human health. Do you support using the precautionary principle when making decisions about chemicals that will be widely released into the environment and come in contact with the American public?

Response: If confirmed, I commit to ensuring that decisions regarding the potential risk of chemicals to the human health or the environment use the best available science.

39. Do you believe that chemicals should be thoroughly reviewed before being introduced to market and that, in its determinations, the EPA should prioritize the best available, science-based risk models?

Response: The Toxic Substance Control Act requires that the EPA review and determine if a new chemical substance presents an unreasonable risk of injury to human health or the environment before introduction to the market. If confirmed, I will commit to ensuring that the review uses the best available science.

40. Will you support the continued use of EPA's long-standing and peer-reviewed risk and cost assessment methods and reject proposals to adopt methods that exaggerate costs and ignore categories of harm?

Response: If confirmed, I will require that EPA use risk- and cost-assessment methods that are appropriate to the regulatory context, and I will prohibit the use of methods that inappropriately over- or under-count costs or benefits.

41. Do you believe that any updates to risk management policy should be openly and transparently reviewed by experts and subject to public comment before adoption?

Response: If confirmed, I commit to ensuring that EPA complies with all transparency requirements that apply to EPA's policies.

42. President-elect Trump shared that, as Administrator, "you will ensure fair and swift deregulatory decisions that will be enacted in a way to unleash the power of American businesses." During his last Administration, President Trump rolled back over 100 environmental regulations, many governing clean air.

a. Do you agree that poor air quality contributes to negative health effects?

Response: Yes.

19

EPA_00299790

b. Do you agree that setting strong air pollution standards is important to reduce public health risks?

Response: Yes.

c. What steps will you take as EPA Administrator to ensure that Americans are not needlessly exposed to air pollution that will exacerbate public health risks?

Response: I cannot prejudge outcomes, but if confirmed I will uphold my obligation to fulfill the important requirements of the Clean Air Act.

d. You stated at your confirmation hearing, in response to questions from both Senator Ricketts and Senator Markey about your plans for EPA's existing tailpipe emissions standards, that you could not prejudge whether you would reverse them or preserve them. Yet President Trump has promised that he (and by extension you, should you be confirmed as EPA Administrator), will reverse these standards. If reversal of these standards is not supported by the factual, scientific, technical, and economic analysis, will you reverse EPA's tailpipe emissions standards?

Response: If confirmed, I will follow the law, the facts, and the science when making and reconsidering policy decisions.

e. As a general matter, do you think more fuel efficient (and less emissive) vehicles are a positive or negative?

Response: As a general matter, we all appreciate going further on a dollar. We also all appreciate environmental protection, consumer choice, cheaper vehicles, safer vehicles, and more reliable vehicles. EPA's role is to balance all these considerations in crafting its regulations.

f. As a general matter, do you believe that the government should take steps to improve vehicle fuel efficiency and reduce emissions (both carbon dioxide and criteria air pollutants) from vehicles?

Response: As a general matter, Congress has passed laws to address these issues and those laws should be faithfully executed.

43. Modern aquatic science has demonstrated time and time again that adjacent wetlands and other non-perennial bodies of water have significant impacts on water quality and ecology of traditionally navigable waters. Given that the water quality and quantity of traditionally navigable waters depend on the status of adjacent wetlands and intermittent streams, how do you plan to leverage and protect their value to navigable waters—especially as it pertains to water bodies that cross State lines?

Response: Under the Clean Water Act, the federal and state governments each have important

20

roles to play. Regulators at all levels of government and stakeholders in all sectors of the economy have a shared interest in preserving our water resources while allowing for responsible development.

44. Roughly a third of the water workforce is within 5-10 years of retirement, and there are considerable challenges associated with recruitment, retention, and training of utility operators.

    a. Will you support allocating funding to address this major issue?

Response: If confirmed, I will ensure that the Agency follows the law concerning expenditures of money appropriated by Congress.

    b. Do you believe that this is an issue that should be prioritized by the agency?

Response: While I cannot prejudge priorities, succession planning is an appropriate action by any organization.

45. In 2015, you voted to require the EPA to develop a plan to manage risks associated with algal toxins in drinking water. Will you support continued research and action throughout the agency on this topic, including the Office of Water and the Office of Research and Development?

Response: Risk management is vital to public health. If confirmed, I look forward to working with states and drinking water systems to determine how best to address hazards posed to drinking water.

46. Will you support programs like WaterTA that provide technical assistance to utilities to help them manage water quality challenges, like algal bloom response?

Response: EPA plays a vital role in providing technical assistance to stakeholders to enhance environmental outcomes. If confirmed, I look forward to learning more about these programs from EPA's dedicated experts.

47. In 2020, you voted against reauthorizing funding for lead service line replacement projects. New York, as you may know, has nearly 500,000 lead service lines.

    a. Do you believe that replacing lead service lines should be a priority for the administration?

Response: Mitigating risk posed to public health comes in many forms. I understand that lead service line removal is one approach to reduce childhood lead exposure from drinking water.  Replacing all lead service lines may not resolve all lead contamination in this country due to things like premise plumbing. This means that a combination of solutions may be necessary. I commit to supporting local communities in identifying the best solution for their unique needs.

21

b. Do you believe that funding is needed to help water utilities and municipalities complete lead pipe replacements?

Response: I cannot prejudge funding needs.

c. If the Lead and Copper Rule Improvements (LCRI) are challenged in court, will you continue to support efforts and enforce a timeline to replace lead service lines?

Response: I am aware that EPA first issued a national primary drinking water standards for lead in 1991, and EPA during the Trump Administration's First Term updated that rule for the first time in three decades. I am also aware that EPA issued further revisions to this rule in 2021 and again in 2024. I understand that this rule is currently the subject of litigation, and EPA may have received requests from stakeholders to revisit it, as it does from time to time. It would be inappropriate for me to prejudge the outcome of any regulatory proceeding.

48. The Bipartisan Infrastructure Law allocated $15 billion to be distributed through the Drinking Water State Revolving Funds to replace lead service lines, though current estimates suggest that it will take $46 to over $90 billion to complete this effort. Will you commit to using all of the allocated money for its intended purpose?

Response: If confirmed, I commit to allocating resources provided by Congress.

49. Without sufficient funding, some utilities may increase customer rates to account for the expense of pipe replacements.

a. Do you believe that addressing the issue of water affordability is important?

Response: Yes.

b. Do you believe that all Americans should be able to afford tap water?

Response: Yes.

c. Will you commit to supporting research, technical assistance for utilities, and other agency efforts to combat water affordability issues?

Response: If confirmed, I commit to learning about EPA's role in supporting research, technical assistance, and other efforts to combat water affordability issues and acting appropriately.

50. Recent EPA surveys found that the nation must invest $630 billion in its wastewater and stormwater systems, and $625 billion in its drinking water systems, over the next twenty years just to meet existing health and environmental standards.

a. How will you work with Congress to ensure that critical federal water infrastructure programs are fully funded?

22

Response: If confirmed, I will work to ensure Congress has the information needed as funding is allocated and will execute as directed by law.

> b. What metrics will you use to evaluate whether states are investing federal water infrastructure funds effectively, and what oversight mechanisms will you use to hold them accountable for achieving those benchmarks?

Response: States are already required to submit implementation plans. If confirmed, I will work with states to ensure they have the resources to effectively serve people and deliver clean and safe water.

51. The Emerging Contaminants in Small or Disadvantaged Communities grant program is crucial to supporting access to safe drinking water in communities across America.

> a. Will you commit to ensuring that all money allocated to this program through the Bipartisan Infrastructure Law is used for its directed purpose?

Response: If confirmed, I will ensure that the Agency follows the law concerning expenditures of money appropriated by Congress.

> b. Do you believe that additional support, both financial and technical training, is needed to help small and disadvantaged communities meet regulatory standards?

Response: If confirmed, I look forward to being briefed on the issue.

> c. Do you intend for the EPA to continue to provide this support?

Response: I cannot prejudge outcomes.

52. The PFAS Action Act also required EPA to classify PFAS as hazardous substances under CERCLA. In fact, with regards to the PFAS Action Act, you are quoted as saying: "With Long Island identified as the area with the most amount of emerging contaminants in our drinking water compared to the rest of New York State, all levels of government must act with urgency to help protect local families' drinking supplies. This is the drinking water for so many Long Islanders. Failure to act is not an option, and passage of this important legislation is a critical step to ensure local families have safe and clean drinking water." Can you give this Committee your commitment that, if confirmed, you will use your position to ensure protections for all U.S. families from PFAS and ensure that PFAS polluters pay?

Response: As I mentioned during my confirmation hearing, when I represented New York's First District in Congress, I was a member of the PFAS Task Force and voted for the PFAS Action Act. I also saw PFAS issues firsthand in Suffolk County, New York. If confirmed, I will ensure that EPA is doing its part so that all communities have safe and clean drinking water.

53. Will you commit to prompt finalization of the draft human health criteria and the development, during your tenure, of Effluent Limitation Guidelines for priority industries discharging PFAS chemicals?

23

Response: It would be inappropriate for me to prejudge the outcome of either of these two potential agency actions, particularly without first having the opportunity to be briefed by EPA's career professionals on these topics.

54. As you have previously acknowledged, PFAS contamination in private wells is a concern for many Americans, and because they are unregulated, private wells have historically not benefited from public funding for testing and remediation support. In FY 2024, the Consolidated Appropriations Act updated eligible uses for emerging contaminant grants to include private drinking water wells for the first time.

    a. Will you continue to advocate for funding for private well owners dealing with contamination issues?

Response: If confirmed, I will follow the law, including the Consolidated Appropriations Act, in working to protect public health and promote the general welfare of all Americans, including those with private wells. I will ensure that the Agency follows the law concerning expenditures of money appropriated by Congress.

    b. Do you believe that continued support for private well owners is needed?

Response: If confirmed, I commit to discussing this issue with EPA's career staff and supporting clean water for all Americans.

55. In the 7th pillar of its America First Agenda, AFPI—where you serve as Chair of the Pathway to 2025 initiative and on the Board of its advocacy arm AFW—states that "Americans deserve access to affordable, reliable, and resilient energy that can handle the unexpected without dramatic disruptions or price increases." Why, then, should we continue our dependence on oil, a global commodity the price of which is in large part determined by the actions of a global cartel and geopolitical events outside of our control?

Response: As I stated at the hearing, I believe in an all-of-the-above energy approach.

56. In 2019, you were one of 12 Republicans who voted with the majority of House Democrats in favor of a ban on drilling off the Atlantic and Pacific coastlines. Do you support President Trump's promise to overturn recent actions that ban drilling in the Atlantic?

Response: I cannot prejudge outcomes if this will be part of any process that will involve EPA jurisdiction at all.

57. During your 2022 campaign for governor of New York, you stated that, if the state "would reverse the Cuomo-Hochul ban on the safe extraction of resources under many parts of the state, jobs will be created, energy costs will go down, communities will be revitalized, and our state can prosper again." The Department of Energy's recent study shows that exporting natural gas, like the gas that would be extracted from hydraulic fracturing, would increase the cost of natural gas for American consumers.

    a. If overturning fracking bans leads to lower energy costs, shouldn't we avoid

24

exporting natural gas for the same reason?

Response: I have not seen the DOE study referenced in the question. As I traveled across the state, New Yorkers sitting on the Marcelus and Utica Shales watched their communities suffer as neighboring towns just across the border in Pennsylvania were thriving by utilizing the same shales. I advocated for New York to reverse its ban on the safe extraction of natural gas to allow these communities, mostly in the Southern Tier of the state, to thrive again and allow the state to become energy independent.

> b. How can you support overturning fracking bans in the interest of supposedly decreasing consumer costs but promote its export, which has the exact opposite effect?

Response: As I traveled across the state, New Yorkers sitting on the Marcelus and Utica Shales watched their communities suffer as neighboring towns just across the border in Pennsylvania were thriving by utilizing the same shales. I advocated for New York to reverse its ban on the safe extraction of natural gas to allow these communities, mostly in the Southern Tier of the state, to thrive again and allow the state to become energy independent.

58. Project 2025 proposes to eliminate many offices within DOE, such as the Office of Energy Efficiency and Renewable Energy (EERE), Office of Clean Energy Demonstrations (OCED), the Grid Deployment Office (GDO). The rationale is that "taxpayer dollars should not be used to subsidize preferred businesses and energy resources, thereby distorting the market and undermining energy reliability."

> a. Regardless of whether you have read Project 2025, do you agree with its reasoning, namely that "taxpayer dollars should not be used to subsidize preferred businesses"?

Response: Taxpayer dollars should always and only be used to further the public interest.

> b. If you agree, do you also agree that all subsidies for fossil fuels should also be eliminated?

Response: I am not aware of the specific policies to which you refer.

59. In 2016, you said, "I have worked on securing funding as part of the ARPA-E program money for Brookfield National Lab and Stony Brook University. This type of funding allows us to be able to pursue alternative energy. Wind, solar farm—solar, water, there are so many different new and efficient ways to be able to not just cut down costs but also reduce our reliance on fossil fuels." As EPA Administrator, would you commit to continuing to support funding to research and pursue ways we can reduce our fossil fuel dependence?

Response: As I stated in the hearing, I support an all-of-the-above energy approach.

60. Do you recognize that EPA's Multi-Pollutant Emissions Standards for Model Years 2027 and Later Light-Duty and Medium-Duty Vehicles do not mandate any particular technology, and that vehicle manufacturers have multiple available methods to reduce

25

emissions? Do you agree that there is no federal "mandate" to purchase zero-emission vehicles?

Response: Maintaining consumer choice and affordability in the automobile market are important priorities for the Trump Administration. EPA's Multi-Pollutant Emissions Standards appear to be designed to increase electric vehicle penetration beyond what consumer demand would otherwise provide, and therefore may adversely impact consumer choice. For example, EPA's estimates are that the rule is anticipated to increase plug-in EV penetration to 68 percent by 2032.

61. These standards are estimated by EPA to save Americans $62 billion in fuel and maintenance costs per year.[8] Do you agree that EPA's tailpipe emissions standards should strive to save consumers money?

Response: Consideration of the costs of regulations, including the costs to consumers, is an important aspect of the rulemaking process. If confirmed, I commit to ensuring that EPA fairly and accurately considers the costs of its regulations, including its vehicle emissions standards.

62. These standards are also estimated by EPA to result in $13 billion in avoided healthcare costs per year by removing 8,700 tons of particulate matter, 36,000 tons of nitrogen oxides and 150,000 tons of volatile organic compounds from the air.[9] Do you agree that EPA's tailpipe emissions standards should strive to improve public health by reducing emissions?

Response: I agree that improving public health by regulating air quality and air emissions is the purpose of the Clean Air Act generally and the Section 202 "tailpipe" program in particular. I understand that Congress has enacted and the Courts have held that EPA's role is to balance a range of considerations when making these standards, including health, cost, choice, safety, and energy security.

63. In 2022, you said that we "needed to ramp up domestic energy production," citing high gasoline prices. In 2014, Saudi Arabia and other low-cost OPEC producers responded to the first U.S. shale oil boom by flooding the market and driving prices down to below where U.S. companies could profitably produce. A recent Forbes Magazine article[10] suggested that the Saudis may soon run this play again in response to rising production in the U.S. and other countries: "Over the next two years, more than 200 U.S. shale producers were forced into bankruptcy, creating the worst depression in the domestic oil and gas industry since the mid-1980s." The marginal cost of oil production in Saudi Arabia is approximately $10 per barrel, while the marginal cost of oil production in the U.S. varies between $50 and $70 per barrel[11] depending on the production method and basin. Given the vast Saudi advantage, why do you believe that we can produce our way to lower energy costs when we are a high-cost producer and can always be undercut by the Saudis and other low-cost producers, who, once they have put our producers out of business, will reduce their own production and sit back and reap the profits from high oil prices?

Response: Ramping up domestic energy production will help decrease our reliance on oil from foreign nations. The marginal cost of production is not the only factor that determines the cost of energy to Americans. Foreign producers have greater freedom to set prices when America is dependent on their oil.

26

64. AFPI attacks renewable energy and claims that fossil fuels are necessary in order to avoid energy poverty. Specifically, its website states: "The current administration's restrictive energy policies carry profound implications for millions of Americans and others throughout the developed world. They seek to deny the use of affordable and reliable energy, namely natural gas, and ignore the upward trend in global energy demand. For regions experiencing the realities of extreme energy poverty, the imposition of renewable-only energy systems cannot serve as the foundation of a dependable energy system or provide a reliable basis for economic growth. Any such policy is nothing short of climate colonialism."

---

8 Biden-Harris Administration finalizes strongest-ever pollution standards for cars that position U.S. companies and workers to lead the clean vehicle future, protect public health, address the climate crisis, save drivers money, U.S. Environmental Protection Agency, Mar. 20, 2024, https://www.epa.gov/newsreleases/biden-harris administration-finalizes-strongest-ever-pollution-standards-cars position#:~:text=These%20standards%20will%20avoid%20more,and%20repair%20costs%20for%20drivers 9 *Id.*
10 Saudi Strategic Shift Raises Specter of Another Oil Bust, David Blackmon, Forbes, Oct. 1, 2024, https://www.forbes.com/sites/davidblackmon/2024/10/01/saudi-strategic-shift-raises-specter-of-another-oil bust/
11 Permian producers face new headwinds, Argus Media, Oct. 14, 2024, https://www.argusmedia.com/en/news and-insights/latest-market-news/2617831-permian-producers-face-new-headwinds; Saudi Arabia's fiscal breakeven oil price is rising fast. What will the kingdom do about it?, Natasha Turak, CNBC, Sept. 5, 2024, https://www.cnbc.com/2024/09/05/saudi-arabias-fiscal-breakeven-oil-price-is-rising-fast.html

a. Do you agree with the America First Policy Institute on this point?

Response: I agree that "the [Biden] administration's restrictive energy policies carry profound implications for millions of Americans." I support an all-of-the-above energy approach.

b. Are you aware that Norway, Luxembourg, New Zealand, Austria, Denmark, Switzerland, Canada, Sweden, Portugal, and Germany all produce well more than 50 percent of their electricity from renewables? Would you characterize those countries as rich countries or poor countries?

Response: I was not aware of that, and would defer to the research of economists to characterize the wealth of each nation.

c. Are you aware that, in 2022, renewables accounted for 83 percent of new generation capacity globally?

Response: Yes. It should be noted as well, however, that the same study also states that "both the volume and share of renewables need to grow substantially." As I stated in my hearing, I support an all-of-the-above energy approach.

d. Does the cost of sunshine, wind, flowing water, or geothermal heat depend upon the production decisions of a cartel?

Response: Cartels should not dictate production decisions for energy in the United States. The cost and reliability of energy produced from any resource base is subjected to a complex interplay of market and policy factors.

e. Does the cost of sunshine, wind, flowing water, or geothermal heat depend upon

EPA_00299798

the whims of foreign dictators to invade their neighbors?

Response: The cost and reliability of energy produced from any resource base is subjected to a complex interplay of market and policy factors.

   f. Is sunshine free as a fuel source?

Response: Sunshine is free; however, this does not account for the costs of solar panels and associated infrastructure. Furthermore, no form of energy is without environmental impacts.

   g. Is wind free as a fuel source?

Response: Wind is free; however, this does not account for the costs to install wind facilities and associated infrastructure, or environmental impacts associated with their manufacturing, processing, use, and disposal. Likewise, I am aware that some have raised concerns about the impacts of windmills on wildlife such as birds and marine life. No form of energy is without environmental impacts.

   h. Is flowing water free as a fuel source?

Response: Flowing water may be free; however, this does not account for the costs to install the technologies necessary to turn flowing water into electricity. Furthermore, no form of energy is without environmental impacts.

   i. Is geothermal heat free as a fuel source?

Response: Geothermal heat is free; however, this does not account for the costs to install the technologies necessary to turn geothermal heat into electricity. Furthermore, no form of energy is without environmental impacts.

   j. What is the cost of a barrel of oil?

Response: One barrel of Brent crude oil costs around $80.

   k. What is the cost of 1,000 cubic feet of natural gas?

Response: 1,000 cubic feet could cost as much as $15.

   l. What is the cost of a ton of coal?

Response: One ton of coal costs roughly $120.

   m. Does the cost of a barrel of oil depend in part upon the production decisions of a cartel?

Response: The cost and reliability of energy produced from any resource base is subjected to a complex interplay of market and policy factors. Energy independence will reduce the pricing power of foreign producers.

   n. Does the cost of a barrel of oil depend in part upon the whims of foreign dictators

28

to invade their neighbors?

Response: The cost and reliability of energy produced from any resource base is subjected to a complex interplay of market and policy factors. Energy independence will reduce the pricing power of foreign producers.

> o. Does the domestic cost of natural gas depend in part upon foreign production and consumption patterns and the amount of LNG this country exports?

Response: The cost and reliability of energy produced from any resource base is subjected to a complex interplay of market and policy factors. Energy independence will reduce the pricing power of foreign producers.

> p. Does the cost of coal depend in part upon foreign production and consumption patterns and the amount domestic producers export?

Response: The cost and reliability of energy produced from any resource base is subjected to a complex interplay of market and policy factors.

65. While a House Member in 2019 you voted to kill an amendment to HR 3055 that would have prohibited funds from being used to implement or enforce the EPA's finding that greenhouse gasses endanger public health and welfare. You were, in fact, one of only a handful of Republicans to do so. Would you still agree that emissions of greenhouse gases pose a threat? If confirmed as EPA Administrator, will you continue to implement and enforce this endangerment finding?

Response: If confirmed, I will learn from EPA career staff about the current state of the science on greenhouse gas emissions and follow all legal requirements.

66. While a House Member in 2017 and 2019, you voted to support the military's efforts to study the risks posed to national security and military operations by climate change. Would you still agree that climate change has consequential national security implications?

Response: I have nothing new to add beyond my prior statements.

67. In your testimony at the hearing, you agreed that under the Supreme Court's rulings – in *Massachusetts v. EPA* and in three subsequent cases including *West Virginia v. EPA* – greenhouse gases such as carbon dioxide and methane emitted from vehicles, power plants, and other industrial sources are "air pollutants" under the Clean Air Act.

Response: In *Massachusetts v. EPA*, the Supreme Court held that the general definition of "air pollutant" in the Clean Air Act is broad enough to include greenhouse gases. More recent cases like *West Virginia v. EPA* have addressed EPA's authority to regulate greenhouse gases from power plants, but none of these cases have required EPA to issue any particular type of regulation as to greenhouse gases. I respect the Supreme Court's rulings. It is important to note, as I stated at the hearing, that greenhouse gases have never been recognized as a "criteria" pollutant, the focus of the NAAQS program that is the core of EPA's authority under Title I of the Clean Air Act.

29

68. You later stated that *Massachusetts* by itself "authorizes" but does not "obligate" EPA to regulate those pollutants. You appear to have recognized, however, that EPA <u>becomes</u> legally obligated to regulate GHG emissions when EPA makes an endangerment determination — a finding that their emissions contribute to air pollution that "may reasonably be anticipated to endanger public health or welfare." Do you agree?

Response: If confirmed, I commit to following the law in every respect, including the Clean Air Act and Supreme Court precedent. The Supreme Court in the Massachusetts case stated that it was not deciding whether EPA must make an endangerment finding, or whether policy concerns can inform EPA's actions in the event that it makes such a finding.

69. You also acknowledged that EPA "treats" them as pollutants which must be regulated. That, I am sure you are aware, is because in 2009 EPA made the endangerment finding.

   a. Do you acknowledge that the 2009 endangerment determination was well supported, based on a wide body of national and international scientific assessments, and adopted after extensive public comment?

Response: I acknowledge that there are many who endorse the endangerment finding and others who have concerns about it.

   b. Do you acknowledge that it was upheld by the D.C. Circuit and that the Supreme Court has rejected petitions for review of that finding?

Response: To my understanding, this is an accurate statement of the litigation that followed the endangerment finding.

70. Are you aware that EPA has reiterated the endangerment finding for multiple greenhouse gases multiple times since 2009, each time finding that the scientific evidence for endangerment had strengthened?

Response: To my understanding, this is what the Agency has previously done and said.

71. Will you commit to this Committee that this issue is settled, and that EPA will not reopen or consider reversing the endangerment determination?

Response: I am aware that EPA from time to time receives requests and petitions to revisit its prior decisions, including with regard to the endangerment finding. I am also aware that EPA during the Trump Administration's first term and the Biden administration denied certain petitions related to the endangerment finding. I cannot prejudge the outcome of any agency proceeding or decision on a pending petition before the Agency, as I stated during my hearing. I can commit, however, to always following the law and ensuring a transparent process for any actions taken by the Agency, if I am confirmed.

72. Separately, are you aware that some opponents of climate action are renewing a proposal – rejected in the first Trump administration -- to convene a "red team/blue team debate" over climate science and the endangerment finding? This would be utterly out of keeping with the scientific method and peer-review procedures. It would also be deeply disrespectful of the scientists at EPA and other federal science agencies for whom you expressed respect and admiration at the hearing. Will you commit to oppose any such red

EPA_00299801

team/blue team undertaking?

Response: I am not aware of the specifics of any such proposal.

73. Communities across the country are grappling with PFAS contamination in their air, water, soil, and other forms of environmental media. Designating PFOA/PFOS as hazardous substances under the Superfund law was a huge win for communities, as polluters will now be held responsible for cleaning up some of the most contaminated sites in the country.

   a. Will you commit to defending the PFOA and PFOS hazardous substance designations?

Response: I understand that EPA's hazardous substance listing for PFOA and PFOS is currently the subject of litigation, and EPA may have received requests from stakeholders to revisit it. Thus, it would be inappropriate for me to prejudge the outcome of any proceeding on this subject. However, I can commit to following all legal requirements and administering the Superfund program in a manner consistent with the law.

   b. How will EPA build upon these safeguards under the Superfund law with regard to other harmful PFAS chemicals?

Response: It would be inappropriate for me to prejudge the outcome of any proceeding on this subject. However, I can commit to following all legal requirements and implementing the Superfund program in a manner consistent with the law.

   c. Will EPA evaluate the risks posed by PFOA and PFOS during EPA's mandatory five-year review of Superfund site remedies?

Response: I can commit to following all legal requirements and implementing the Superfund program in a manner consistent with the law.

   d. EPA has a long history of reliable and equitable enforcement discretion. Will you commit to holding polluters accountable under this rule as outlined in EPA's policy enforcement memo?

Response: I can commit to following all legal requirements and implementing the Superfund program in a manner consistent with the law.

74. Over 200 million Americans have PFAS in their water supplies. Even at low levels, PFAS are highly toxic, and take years to break down in our bodies. EPA's recent drinking water standards seek to reduce exposure to PFAS, which is linked to an array of illnesses such as testicular cancer, kidney cancer, immune suppression, impaired fetal development, and other adverse health effects.

   a. Will you commit to maintaining the drinking water protections under the Safe Drinking Water Act that were recently adopted?

Response: I understand that EPA's national primary drinking water standards for certain PFAS chemicals are currently the subject of litigation, and EPA may have received requests from stakeholders

31

to revisit them. Thus, it would be inappropriate for me to prejudge the outcome of any proceeding on this subject. However, I can commit to following all legal requirements and implementing the Safe Drinking Water Act in a manner consistent with the law.

> b. Will you commit to defending these drinking water protections in court?

Response: I understand that EPA's national primary drinking water standards for certain PFAS chemicals are currently the subject of litigation, and thus it would be inappropriate for me to speculate about this litigation.

> c. What, specifically, will you do to build upon the drinking water standards under the Safe Drinking Water Act, to prevent further PFAS contamination in our nation's drinking water?

Response: I can commit to following all legal requirements and implementing the Safe Drinking Water Act in a manner consistent with the law.

75. There are currently no federal requirements governing the disposal of PFAS-containing waste, even though landfills and incinerators are known sources of PFAS releases. Will you commit to designating PFOA, PFOS, and other PFAS as hazardous waste under the Resource Conservation and Recovery Act?

Response: I am aware that EPA in 2024 proposed to designate a number of PFAS chemicals as hazardous constituents under the Resource Conservation and Recovery Act. I cannot prejudge the outcome of this or any other future regulatory proceeding.

76. Industrial wastewater is a huge source of PFAS discharges into lakes, rivers, and drinking water sources throughout the country. Currently, agencies are not effectively using Clean Water Act discharge permits to limit and control industrial sources of PFAS, putting communities at risk.

> a. What steps will you direct EPA to take to ensure that states and regional EPA offices adequately address PFAS discharges using the Clean Water Act discharge permitting program?

Response: While I cannot prejudge the outcome of any particular permitting decision, I agree that it is important for EPA to provide guidance and technical support to its State and Tribal partners who administer the Clean Water Act NPDES permitting program in the vast majority of the country.

> b. What specific actions will you take to finalize and implement effluent limitation guidelines for PFAS under the Clean Water Act in order to reduce community exposure?

Response: It would be inappropriate for me to prejudge the outcome of any proceeding on this subject. However, I can commit to following all legal requirements and implementing the Clean Water Act's ELG program in a manner consistent with the law.

77. While POTWs are not responsible for manufacturing PFAS, they play an important role in minimizing the spread of PFAS pollution because they receive PFAS pollution from

32

EPA_00299803

industries. The Clean Water Act gives POTWs the tools to require their industrial customers to pretreat for PFAS before the chemicals ever reach POTWs. What is EPA going to do to further encourage POTWs to use these tools to control industrial PFAS pollution and protect communities from exposure?

Response: I agree that POTWs play an important role in ensuring drinking water complies with applicable standards. If confirmed, I look forward to being briefed on tools available to POTWs under the Clean Water Act by EPA's career professionals.

78. Last April EPA adopted drinking water health standards for 6 toxic "forever chemicals," or PFAS, that the agency said would help protect up to 105 million Americans from dangerous levels of these highly hazardous contaminants. EPA concluded that adverse health effects associated with PFAS exposure include damage to the liver, kidneys, reproductive, nervous, and immune systems, problems with growth and development, interference with hormones, and increased risk of certain types of cancer. EPA also found that the rules will prevent about 30,000 illnesses and nearly 10,000 deaths. As a member of the House of Representatives, you voted twice for the "PFAS Action Act" that would have required EPA to issue drinking water standards for PFAS. Will you commit to maintain, defend, and implement EPA's PFAS drinking water health standards that would save tens of thousands of Americans from becoming ill and nearly 10,000 people from dying due to PFAS exposure from their drinking water?

Response: As I mentioned during my confirmation hearing, when I represented New York's First District in Congress, I was a member of the PFAS Task Force and, as you note, I voted for the PFAS Action Act. I also saw PFAS issues firsthand in Suffolk County, New York. I understand that EPA's national primary drinking water standards for certain PFAS chemicals are currently the subject of litigation, and EPA may have received requests from stakeholders to revisit them. Thus it would be inappropriate for me to prejudge the outcome of any proceeding on this subject. However, I can commit to following all legal requirements and implementing the Safe Drinking Water Act in a manner consistent with the law.

79. PFAS and microplastics have increasingly been identified as a major environmental and health concern. Can you outline your approach to these pollutants and if this will be a priority research area for the Agency moving forward? Considering that PFAS and microplastics can be found in air, food systems, drinking water, and of course our oceans, if confirmed, how do you plan to coordinate EPA's efforts with other agencies or international bodies to address the widespread contamination of these substances?

Response: I agree that it is important for EPA to investigate emerging contaminants in a manner consistent with its authority under the law and the funding provided by Congress. I also agree EPA must coordinate across the federal government on cross-cutting environmental issues such as these.

80. The Supreme Court's 2023 decision in *Sackett v. EPA* sharply curtailed the federal government's ability to protect wetlands and other waters from pollution and destruction. What specific steps do you intend for EPA to take to advance the Clean Water Act's goal of restoring and maintaining the integrity of the nation's waters, particularly vulnerable wetlands and streams?

33

Response: If confirmed, I will work with all stakeholders to promote the wellbeing of the nation's waters and protect them in accordance with applicable laws and regulations.

81. Administrations typically claim credit for pollution reductions that occur during their tenure as a result of standards issued by their predecessors. There's often a delay in the results because EPA standards generally allow substantial lead time for compliance. Putting aside improvements that are due to past administrations' actions and focusing on what you will do in your tenure to achieve further pollution reductions, what are the top 3 actions you intend to take as EPA Administrator that will reduce freshwater pollution?

Response: It would be inappropriate for me to identify priority actions without first being briefed by EPA's career professionals on these important questions. However, I can commit to emphasizing the importance of working cooperatively with States, Tribes, and local governments to make meaningful improvements in surface water and drinking water quality and to enhance compliance with Clean Water Act and Safe Drinking Water Act compliance.

82. In a 2017 report to Congress[12], EPA found that 55 percent of the rivers and streams assessed by states did not meet state water quality standards. How do you intend to reduce sources of freshwater pollution during your tenure as EPA Administrator?

Response: Surface water quality is an important issue, and I commit to following the law when implementing EPA's water quality standards program under the Clean Water Act in conjunction with EPA's State and Tribal partners.

83. Last year, the U.S. Fish & Wildlife Service found that wetlands loss in the continental US accelerated between 2009 and 2019, and that the nation lost approximately 670,000 acres of vegetated wetlands during that time. How do you intend to reduce wetland loss during your tenure?

Response: I am aware that EPA has a number of authorities, both regulatory and voluntary, to protect and conserve wetlands, and I will implement those authorities in a manner consistent with the law. It is also important to work cooperatively with other federal agencies, including the United States Army Corps of Engineers, as well as EPA's State and Tribal partners, on this issue.

84. Water quality projects needed to meet goals of the Clean Water Act will cost an estimated $630.1 billion nationwide over the next 20 years, according to the most recent Clean Watersheds Needs Survey. What can EPA do to close this gap?

Response: While funding decisions are the responsibility of Congress, if confirmed, I commit to carrying out EPA's water quality programs as authorized by Congress in a manner consistent with the law and in conjunction with EPA's State, Tribal, and local government partners.

85. Over 50% of our nation's surveyed surface waters are impaired for one contaminant or another. Can you outline some priority steps you intend to take to reduce that number, and get us back on track towards clean water for all?

Response: Surface water quality is an important issue, and I commit to following the law when implementing EPA's water quality standards program under the Clean Water Act in conjunction with EPA's State and Tribal partners.

EPA_00299805

86. A recent EPA analysis estimated that between and 12 and 19 million households in the U.S. lack affordable access to water and sewer services, due in part to the rising costs of building, replacing, and maintaining our nation's aging infrastructure. If confirmed, what actions will you take to ensure that all people in America have affordable water and sewer bills?

Response: Too many American families are facing numerous economic hardships. If confirmed as Administrator, I will address the issue of water and sewer affordability using the authorities provided to the Agency by Congress, in partnership with States, Tribes, and local governments.

87. Hurricanes Helene and Milton caused severe impacts to communities' water and sewer systems throughout the Southeast, including flooded treatment plants, damaged pipes, sewage spills, and extended water outages.

   a. If confirmed, what will you do to reduce the vulnerability of the nation's water infrastructure to natural disasters?

Response: I agree with the importance of ensuring that America's water infrastructure is resilient during natural disasters, and I commit to using the authority Congress has provided to EPA to support this effort in partnership with our State and Tribal partners.

   b. Do you acknowledge that rising seas and increasingly extreme precipitation events are putting more water systems at risk?

Response: Water systems may be at increased risk if exposed to precipitation levels or flood waters beyond their design capacity.

---

[12] National Water Quality Inventory: Report to Congress, U.S. Environmental Protection Agency, EPA 841-R-16- 011, Aug. 2017, https://www.epa.gov/sites/default/files/2017-12/documents/305brtc_finalowow_08302017.pdf

88. In 2024, GAO reported that EPA needed to take specific actions to help make water and wastewater utilities more secure against cyber-attacks. This is an urgent matter, as attacks continue. Most recently, in late 2024, an Iranian-backed terrorist organization called Cyber Avengers targeted Israeli-made equipment used by utilities, such as one small Pennsylvania water utility that had to temporarily halt pumping water. If confirmed, what actions will you take to address the protection of critical water infrastructure against cyber- attacks?

Response: I am aware that EPA has stated that cyber attacks against public water systems are increasing. If confirmed, I commit to carrying out the authorities that Congress has granted to EPA on this issue in a manner consistent with law.

89. The IIJA provided over $50 billion over 5 years for various water infrastructure programs.

   a. Will EPA continue to work with States to expeditiously spend this funding?

35

EPA_00299806

Response: If confirmed, I will ensure that the Agency follows the law concerning expenditures of money appropriated by Congress.

> b. What priorities will you have in implementing these programs?

Response: If confirmed, I look forward to being briefed on these programs and making an appropriate prioritization.

> c. Will you assist States and localities in using available funding to treat emerging contaminants, such as PFAS in water?

Response: If confirmed, I will work with State, Tribal, and local government partners to ensure they are aware of funding opportunities for water treatment.

90. Administrations typically claim credit for pollution reductions that occur during their tenure as a result of standards issued by their predecessors. There's often a delay in the results because EPA standards generally allow substantial lead time for compliance. Putting aside improvements that are due to past administrations' actions and focusing on what you will do in your tenure to achieve further pollution reductions, what are the top 3 actions you intend to take as EPA Administrator that will reduce drinking water contamination?

Response: It would be inappropriate for me to identify priority actions without first being briefed by EPA's career professionals on these important questions. However, I can commit to emphasizing the importance of working cooperatively with States, Tribes, and local governments to make meaningful improvements in drinking water quality and to enhance Safe Drinking Water Act compliance.

91. Congress adopted the Clean Air Act, the Clean Water Act, and the other core environmental laws because the American people were fed up with dangerous pollution in their air and water, carcinogens and neurotoxins in their drinking water, hazardous wastes in their neighborhoods, and so forth. Back then, industry complained that EPA wasn't paying attention to the cost of curbing these pollutants. So EPA and other institutions developed methods to assess costs and benefits – methods that have been peer-reviewed, subjected to rounds of public comment, and tested in the courts. These studies have consistently found that EPA standards have saved the American people from millions of deaths and illnesses and cut economic losses, such as lost work and school days, by tens of billions of dollars. The studies show that the benefits of EPA's standards have dramatically exceeded the costs. Do you agree that the health costs of lead in drinking water outweigh the cost of the recent drinking water standards?

Response: I am aware that EPA first issued national primary drinking water standards for lead in 1991, and EPA during the Trump Administration's first term updated that rule for the first time in three decades. I am also aware that EPA has concluded that there is no level of exposure to lead that is without some risk. Likewise, I understand that under the Safe Drinking Water Act, EPA sets standards based on a broad consideration of statutory and regulatory factors that include cost-effectiveness and technical feasibility.

36

92. Toxic lead contamination in drinking water has plagued many communities around the country, including in states like Rhode Island, Massachusetts, New York, West Virginia, (and many others)[13]. As you know, lead causes a host of health problems for children as well as adults – including decreased IQ, brain and nerve damage, kidney damage, and cardiovascular disease. After years of effort and after receiving hundreds of thousands of public comments, EPA recently adopted a rule under the Safe Drinking Water Act to

[13] Finding Lead Water Pipes: New NRDC Map Shows the Hot Spots in Every State, Natural Resources Defense Council, Sept. 15, 2024, https://www.nrdc.org/resources/lead-pipes-are-widespread-and-used-every-state

largely rid the nation of lead service lines within the next ten years. Getting lead pipes out will not only address this public health problem but will create tens of thousands of local jobs in the many communities that still have these pipes (an estimated 9 million across the nation). Studies show that the health and economic benefits of removing lead pipes exceed the costs by 14-fold or more.[14] Indeed, EPA said the new rule will prevent up to 1,500 premature deaths from heart disease and avoid up to 200,000 IQ points from being lost by children.[15]

a. Do you agree that lead in drinking water is a major public health problem?

Response: Lead exceedances in drinking water have declined over time; however, challenges remain. If confirmed, I commit to working with our State, Tribal, and local government partners to address this issue.

b. Do you agree that to address lead in drinking water, removing lead service lines on the expedited 10-year timeline will help dramatically reduce lead poisoning and help to avoid harming yet another generation of young children?

Response: I understand that lead service line removal is one approach to reduce childhood lead exposure from drinking water.

c. Will you commit to maintain, defend and implement the Lead and Copper Rule Improvements that will avoid hundreds of thousands of childhood IQ point losses and 1,500 premature deaths from heart disease?

Response: I am aware that EPA first issued a national primary drinking water standards for lead in 1991, and EPA during the Trump Administration's First Term updated that rule for the first time in three decades. I am also aware that EPA issued further revisions to this rule in 2021 and again in 2024. I understand that this rule is currently the subject of litigation, and EPA may have received requests from stakeholders to revisit it, as it does from time to time. Thus, it would be inappropriate for me to prejudge the outcome of any regulatory proceeding.

93. EPA has acknowledged that the Trump administration's lead and copper rule slowed down the rate of replacement of lead service lines across the country. The more recent Lead and Copper Rule Improvements would expedite lead service line removal across the country. Can you commit to ensuring your EPA wouldn't slow down lead line replacement, prolonging exposure to lead in drinking water across the country?

Response: I am aware that EPA first issued national primary drinking water standards for lead in 1991, and EPA during the Trump Administration's first term updated that rule for the first time in three decades. I am also aware that EPA issued further revisions to this rule in 2021 and again in 2024. I

37

understand that this rule is currently the subject of litigation, and EPA may have received requests from stakeholders to revisit it, as it does from time to time. Thus, it would be inappropriate for me to prejudge the outcome of any regulatory proceeding.

94. EPA finalized an updated Mercury and Air Toxics Standards (MATS) rule in May 2024, which limits emissions of toxic air pollution from power plants, including mercury that builds up in fish and puts people who eat contaminated fish at risk—especially pregnant women, babies and young children. The MATS standard has broad support from public health advocates including the American Lung Association, American Academy of Pediatrics, and American Public Health Association. If you are confirmed as Administrator, will you continue to defend these standards against attempts to roll them back?

Response: I understand that this rule is currently the subject of litigation, and EPA may have received requests from stakeholders to revisit it, as it does from time to time. Thus, it would be inappropriate for me to prejudge the outcome of any regulatory proceeding.  However, if I am confirmed, I commit to defending policies that follow the law, accord with common sense, and are supported by the evidence.

95. GAO has recommended that EPA, in consultation with state, local and federal agencies, develop and make public an air quality monitoring modernization plan to better meet the additional information needs of air quality managers, researchers, and the public. One action that EPA has taken is to use funding from the American Rescue Plan Act of 2021 and Inflation Reduction Act of 2022 to make investments in air quality monitoring to help address the information needs identified in GAO's report. Will you continue this

---

[14] Issue Brief: Getting the Lead Out, Natural Resources Defense Council, IB: 23-08-A, Oct. 2023, https://www.nrdc.org/sites/default/files/2023-10/getting-lead-out-health-benefits-ib.pdf [15] Biden-Harris Administration Issues Final Rule Requiring Replacement of Lead Pipes Within 10 Years,  Announces Funding to Provide Clean Water to Schools and Homes, U.S. Environmental Protection Agency, Oct. 8,  2024, https://www.epa.gov/newsreleases/biden-harris-administration-issues-final-rule-requiring-replacement-lead-pipes-within

work and what are your plans to address monitoring needs and to protect the public health?

Response: If confirmed, I commit to following the laws enacted by Congress.

96. Administrations typically claim credit for pollution reductions that occur during their tenure as a result of standards issued by their predecessors. There's often a delay in the results because EPA standards generally allow substantial lead time for compliance. Putting aside improvements that are due to past administrations' actions and focusing on what you will do in your tenure to achieve further pollution reductions, what are the top 3 actions you intend to take as EPA Administrator that will reduce air pollution?

Response: It would be inappropriate for me to identify priority actions without first being briefed by EPA's career professionals on these important questions. However, I can commit to working with other federal agencies as well as State, Tribal, and local governments to improve forest management and the use of prescribed fires to address wildfire risk. I also commit to working with the regulated community to improve compliance with Clean Air Act requirements.

38

97. Congress adopted the Clean Air Act, the Clean Water Act, and the other core environmental laws because the American people were fed up with dangerous pollution in their air and water, carcinogens and neurotoxins in their drinking water, hazardous wastes in their neighborhoods, and so forth. Back then, industry complained that EPA wasn't paying attention to the cost of curbing these pollutants. So EPA and other institutions developed methods to assess costs and benefits – methods that have been peer-reviewed, subjected to rounds of public comment, and tested in the courts. These studies have consistently found that EPA standards have saved the American people from millions of deaths and illnesses and cut economic losses, such as lost work and school days, by tens of billions of dollars. The studies show that the benefits of EPA's standards have (or are projected to) dramatically exceed the costs.[16] Do you agree that the health costs of soot and smog pollution exceed the costs of clean up?

Response: If confirmed, I look forward to conferring with economists and other talented technical experts on these important issues.

98. You said when nominated that you will "protect access to clean air" for Americans. According to the most recent air pollution monitoring information in the U.S., more than 131 million Americans live with unsafe levels of smog or soot air pollution, or both.[17]

 a. What are your top three measures that have not been taken already that will help deliver safe, clean air to all Americans?

Response: It would be inappropriate for me to rank actions like this without first being briefed by EPA's career professionals on these important questions. However, I can commit to working with other federal agencies as well as State, Tribal, and local governments to improve forest management and the use of prescribed fires to address wildfire risk. I also commit to working with the regulated community to improve compliance with Clean Air Act requirements.

 b. Do you commit to reducing the number of Americans that live with unsafe air?

Response: I commit to administering EPA's authorities from Congress in a manner consistent with the law with the goal of improving air quality for Americans.  I also commit to working with States, Tribes, local governments, and the regulated community to achieve positive air quality outcomes.

 c. Will you commit to take no step that increases air pollution or worsens air quality?

Response: If confirmed, I commit to protecting air quality consistent with the lawful authorities delegated to EPA by Congress and the evidence in the record.

 d. Will you commit to take no action that increases ozone/smog pollution?

Response: If confirmed as Administrator, I commit to protecting air quality consistent with the lawful authorities delegated to EPA by Congress and the evidence in the record.

 e. Will you commit to take no action that increases deadly soot pollution?

39

Response: If confirmed, I commit to protecting air quality consistent with the lawful authorities delegated to EPA by Congress and the evidence in the record.

___
[16] The Benefits and Costs of U.S. Air Pollution Regulations, Industrial Economics Incorporated, May 2020, https://www.nrdc.org/sites/default/files/iec-benefits-costs-us-air-pollution-regulations-report.pdf; Regulatory Impact Analysis for EPA Power Plant Rule and ACE Rule Repeal, EPA-HQ-OAR-2023-0072-8913, May 9, 2024, https://www.regulations.gov/document/EPA-HQ-OAR-2023-0072-8913

[17] State of the Air 2024 Report, American Lung Association, https://www.lung.org/getmedia/dabac59e-963b 4e9b-bf0f-73615b07bfd8/State-of-the-Air-2024.pdf ("despite decades of progress cleaning up air pollution, 39% of people living in America—131.2 million people—still live in places with failing grades for unhealthy levels of ozone or particle pollution").

  f. Will you commit to take no action that increases hazardous air pollution like lead, mercury, and arsenic?

Response: If confirmed, I commit to protecting air quality consistent with the lawful authorities delegated to EPA by Congress and the evidence in the record.

99. The Clean Air Act's interstate pollution program protects Americans in downwind states – including your home state of New York – from harmful air pollution coming from power plants and industries in upwind states. A 2023 EPA "Good Neighbor" rule requires 23 states to reduce 70,000 tons of smog pollution and save thousands of lives and help millions of Americans in downwind states.[18]

  a. Do you agree EPA should carry out the Clean Air Act to protect Americans in downwind states (like NY and RI) from harmful air pollution?

Response: If confirmed, I commit to protecting air quality consistent with the lawful authorities delegated to EPA by Congress and the evidence in the record.

  b. You may be aware that the Supreme Court paused that program until EPA answered one question whether the stringency of requirements would remain the same if a smaller or larger number of upwind states were included. Are you aware that the agency has since formally determined that the stringency of emission limits would not be affected by the number of states included? Will you commit to defend that finding and implement the interstate pollution rule?

Response: My understanding is that, following the Supreme Court stay of the Good Neighbor Rule, the Agency has issued subsequent analysis. This matter is currently before the courts and I cannot prejudge its outcome. If confirmed, I commit to protecting air quality consistent with the lawful authorities delegated to EPA by Congress and the evidence in the record.

  c. Project 2025 has called for rolling back interstate pollution limits. Will you commit to not rolling back clean air safeguards like these?

Response: If confirmed, I commit to protecting air quality consistent with the lawful authorities delegated to EPA by Congress and the evidence in the record.

100. In 2021, EPA's clean air science advisors agreed unanimously that the health standard for fine particle (soot) air pollution, PM2.5, did not protect Americans' health and should be lowered from 12 micrograms per cubic meter. A majority of advisors

40

EPA_00299811

recommended strengthening the standard to between 8 and 10 micrograms, after finding links between soot and premature death at or below 10.[19] Do you have any reason to believe EPA's official scientific advisors are wrong?

Response: If confirmed, I look forward to conferring with EPA's talented scientific and technical experts on these and other important issues.

101. The Clean Air Act requires EPA to set health standards for the most common air pollutants that are required to protect public health with an adequate margin of safety for vulnerable groups.

a. Do you agree that at-risk groups such as asthmatics experience larger and more serious health effects, or effects at lower levels, due to ozone pollution than

_____

[18] EPA's "Good Neighbor" Plan Cuts Ozone Pollution – Overview Fact Sheet, U.S. Environmental Protection Agency, n.d., https://www.epa.gov/system/files/documents/2023-03/Final%20Good%20Neighbor%20Rule%20Fact%20Sheet_0.pdf, *at* 4; see also *id.* ("In the year 2026, the final Good Neighbor Plan will prevent up to 1,300 premature deaths, reduce hospital and emergency room visits for thousands of people with asthma and other respiratory problems, help keep hundreds of thousands of children and adults from missing school and work due to respiratory illness, and decrease asthma symptoms for millions of Americans. For each year from 2027 through 2042, EPA estimates the benefits will be approximately as large as in 2026, although the annual benefits decline slightly over time based on EPA's projection that the health status of the population will improve over this period.")

[19] CASAC Review of the EPA's Policy Assessment for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter (External Review Draft – October 2021), Clean Air Science Advisory Council, Mar. 18. 2022, https://casac.epa.gov/ords/sab/r/sab_apex/casac/0?report_id=1094&request=APPLICATION_PROCESS%3DREPORT_DOC&session=185136633798

healthy people? If you disagree, please identify the basis for your view in any peer-reviewed medical or scientific studies.

Response: If confirmed, I look forward to conferring with EPA's talented scientific and technical experts on these and other important issues.

b. Do you agree that infants and children are at-risk groups likely to experience larger and more serious health effects than healthy adults? How about the elderly? If you disagree, please identify the basis for your view in any peer-reviewed medical or scientific studies.

Response: If confirmed, I look forward to conferring with EPA's talented scientific and technical experts on these and other important issues.

102. Do you accept the Supreme Court's unanimous decision in *Whitman v. American Trucking Associations*, 531 U.S. 457 (2001) that EPA may not consider claims about potential economic harm when reviewing or revising the level of primary and secondary national ambient air quality standards under the Clean Air Act?

Response: The Supreme Court is the highest judicial authority in our nation, and I respect its binding opinions.

103. The Clean Air Act requires EPA to regulate 189 hazardous air pollutants from industrial

41

polluters that are the most dangerous and harmful air pollutants known. These pollutants can be toxic in grams or micrograms or less and can cause cancer and kill. Do you support EPA using its full legal authority to protect Americans from these highly toxic air pollutants?

Response: If confirmed, I commit to protecting air quality consistent with the lawful authorities delegated to EPA by Congress and the evidence in the record.

104. EPA's Clean Air Scientific Advisory Committee (CASAC) supports the scientific determination of a causal association between short-term and long-term PM2.5 air pollution exposure and total mortality. Do you agree? If you disagree, explain why and the basis for your disagreement.

Response: If confirmed, I look forward to conferring with EPA's talented scientific and technical experts on these and other important issues.

105. The CASAC also supports the scientific determination of a causal association between short-term and long-term PM2.5 exposure and cardiovascular effects, including cardiovascular mortality. Do you agree? If you disagree, explain why and the basis for your disagreement.

Response: If confirmed, I look forward to conferring with EPA's talented scientific and technical experts on these and other important issues.

106. EPA has repeatedly concluded that PM2.5- related adverse health effects include premature mortality, increased hospital admissions and emergency department visits, and development of chronic respiratory disease. Do you agree? If you disagree, explain why and the basis for your disagreement.

Response: If confirmed, I look forward to conferring with  EPA's talented scientific and technical experts on these and other important issues.

107. The Health Effects Institute also has found an association between PM2.5 and mortality. Do you agree? If you disagree, explain why and the basis for your disagreement.

Response: If confirmed, I look forward to conferring with EPA's talented scientific and technical experts on these and other important issues.

108. The World Health Organization estimates ambient (outdoor) air pollution caused 4.2 million premature deaths worldwide in 2019. Do you doubt or dispute that finding? If so, explain why and the basis for your disagreement.

Response: If confirmed, I look forward to conferring with EPA's talented scientific and technical experts on these and other important issues.

109. President-elect Trump has stated that he wants to support the US automaker industry and build more automaker jobs domestically. Automakers are transitioning towards  cleaner, low- and zero-emission vehicles across the globe. Automakers and suppliers  announced almost 241,000 new jobs[20] related to electric vehicles and their components. Automakers in the United States have already invested $312 billion towards clean and

42

zero-emission vehicles to keep pace with other countries. The automakers have expressed support for EPA's most recent light-duty vehicle standards, for model years 2027 and beyond. For example, the president of the Alliance for Automotive Innovation said when these standards were announced that "the rules are mindful of the importance of choice to drivers and preserves their ability to choose the vehicle that's right for them."

    a. Do you acknowledge that automakers have multiple technological options to meet EPA's light-duty vehicle standards for 2027 and later years? That there is no "mandate" for automakers to produce or consumers to purchase electric vehicles (EVs)?

Response: Maintaining consumer choice and affordability in the automobile market are important priorities for the Trump Administration. EPA's Multi-Pollutant Emissions Standards appear to be designed to increase electric vehicle penetration beyond what consumer demand would otherwise provide, and therefore may adversely impact consumer choice. For example, EPA's estimates are that the rule is anticipated to increase plug-in EV penetration to 68 percent by 2032.

    b. Are you aware that EPA and many independent experts have found that these federal clean car rules will save car owners thousands of dollars?

Response: I am generally aware that some experts and stakeholders support these rules, just as others have serious concerns with them. If confirmed, I look forward to conferring with EPA's talented economic and technical experts on these and other important issues.

    c. EPA calculates that car owners will save $6,000 over the lifetime of new vehicles made in 2032, because of lower fuel and maintenance costs. Do you support rules that save consumers on fuel and maintenance costs?

Response: As a general matter, we all appreciate going further on a dollar and lowering our maintenance costs. We also all appreciate environmental protection, consumer choice, cheaper vehicles, safer vehicles, and more reliable vehicles. EPA's role is to balance all these considerations in crafting its regulations.

    d. Do you acknowledge that money drivers spend on gasoline is a direct monetary transfer from consumers to the oil industry?

Response: The fuel supply chain includes multiple participants including independent retailers.

    e. Are you aware that the automakers and suppliers have announced tens of billions of dollars of new investments in U.S. factories in recent years, based on these standards and the incentives in the Inflation Reduction Act – many facilities located in places represented by members of your party?

Response: I am aware that the auto industry is one of the central pillars of the American economy.

    f. Are you aware that more than 50 years ago Congress authorized California to set

43

EPA_00299814

vehicle emission standards stronger than federal ones? And that more than 40 years ago Congress authorized other states to choose between federal and California standards? This "two car" regime provides a stable arrangement for the car makers and is a model of shared federal and state authority. Do you pledge to respect the Clean Air Act and its provisions allowing California to set stronger emissions standards?

Response: If confirmed, I pledge to respect all of Congress's duly enacted statutes delegating authority to the Agency.

> g. Do you believe EPA has the legal authority to deny California waivers of preemption for standards it says it needs to meet national ambient air quality standards for dangerous smog and soot?

Response: My understanding is that the Clean Air Act provides the legal standards under which EPA is authorized or required to grant or deny California's waiver applications.

> h. Do you believe that the Clean Air Act provides for the revocation of a waiver previously granted to California?

Response: I cannot prejudge any particular issue of this nature. If confirmed, I pledge to respect all of Congress's duly enacted statutes delegating authority to the Agency.

110. Mr. Zeldin, Congress adopted the Clean Air Act, the Clean Water Act, and the other core environmental laws because the American people were fed up with dangerous pollution in their air and water, carcinogens and neurotoxins in their drinking water, hazardous wastes in their neighborhoods, and so forth. Back then, industry complained that EPA wasn't paying attention to the cost of curbing these pollutants. So EPA and other institutions developed methods to assess costs and benefits – methods that have been peer-reviewed, subjected to rounds of public comment, and tested in the courts. These studies have consistently found that EPA standards have saved the American people from millions of deaths and illnesses and cut economic losses, such as lost work and school days, by tens of billions of dollars. The studies show that the benefits of EPA's standards have dramatically exceeded the costs. Do you agree that consumers' energy savings from more efficient, less polluting vehicles, appliances, and other products outweigh the cost?

Response: As a general matter, we all appreciate going further on a dollar and lowering our maintenance costs. We also all appreciate environmental protection, consumer choice, cheaper vehicles, safer vehicles, and more reliable vehicles. EPA's role is to balance all these considerations in crafting its regulations.

111. The nation's coal- and gas-fired power plants account for 25 percent of total US greenhouse gas emissions. They are the largest industrial source of climate-disrupting pollution, second only to the transportation sector. EPA issued standards to reduce those emissions last April. The Supreme Court rejected requests to stay those standards pending lower court review, which is underway. EPA issued these standards in conformity with the Supreme Court's 2022 ruling in *West Virginia v. EPA*. There the Court told EPA what it can do, as well as what it cannot do. The Court confirmed once again that EPA has the authority and obligation to set emission standards under Clean

44

Air Act Section 111 for power plant carbon pollution. The Court ruled that EPA did not have authority to deliberately shift the generation shares of coal, gas, and other power plants, as it had done in the 2016 Clean Power Plan. But the Court confirmed EPA's authority to set technology-based standards that "caus[e] plants to operate more cleanly" and "ensur[e] the efficient pollution performance of each regulated source." These technology-based standards are within EPA's authority even though they may have the "incidental" effect of causing companies to operate some power plants more, and others less. Later in 2022, Congress enacted the Inflation Reduction Act, which did two things directly pertinent to EPA's authority. First, it provided very large tax incentives to lower the cost of power companies' adopting carbon capture and storage. And second, it directed EPA to set new standards taking into account the effect of these and other IRA incentives. That is what EPA did in the 2024 standards. The president elect has sharply criticized these standards, but neither he nor you have indicated what changes the new administration wishes to make.

    a. Do you agree that EPA has a legal obligation to issue standards for new and existing CO2-emitting power plants under Section 111 of the Clean Air Act and the Supreme Court's multiple rulings from *Massachusetts v. EPA* through *West Virginia v. EPA*?

Response: I cannot prejudge any particular issue of this nature. If confirmed, I pledge to respect all of Congress's duly enacted statutes delegating authority to the Agency and all binding precedent from the Supreme Court.

    b. Do you agree that it is not possible to stabilize and reduce CO2 levels in the atmosphere without reducing and eventually eliminating power plants' emissions of CO2?

Response: If confirmed, I look forward to conferring with EPA's talented scientific and technical experts on these and other important issues.

    c. Are you aware that the so-called Affordable Clean Energy (ACE) rule issued in the first Trump administration would have reduced power plant CO2 emissions by less than 1 percent overall?

Response: I am not familiar with the particular details of the regulatory analysis that made that conclusion.

    d. Are you aware that the ACE rule could have increased overall emissions by causing high-emitting plants to run more frequently?

Response: I am not familiar with the particular details of the regulatory analysis that resulted in that conclusion.

    e. Do you support carbon capture and storage? Do you know of any other technologies to curb power plant CO2 emissions?

Response: I support the development of all promising technologies that can offer environmental solutions.

45

f. Do you agree that EPA should take into account the cost-reducing incentives Congress provided in Section 45Q when developing power plant CO2 standards?

Response: I cannot prejudge any particular issue of this nature. If confirmed, I pledge to respect all of Congress's duly enacted statutes delegating authority to the Agency.

112. EPA recently reinstated part of the longstanding Once In, Always In policy that requires sources of cancer-causing hazardous air pollutants to monitor, report, and reduce their emissions of hazardous air pollutants (such as super toxic dioxins, mercury, and lead) regardless of if they are categorized as a "major" or "area" source of pollution (these categories have different monitoring and reporting requirements). Undoing this policy would allow for industrial "area" sources to stop monitoring and reporting the amount of hazardous air pollutants they emit, greatly increasing the risk of cancer and other life-altering health effects to communities living near one of these sources, of which there are thousands. Do you commit to keeping the Once In, Always In policy in place?

Response: I cannot prejudge any particular issue of this nature. If confirmed, I pledge to respect all of Congress's duly enacted statutes delegating authority to the Agency.

113. Despite banning lead in vehicle fuel more than 25 years ago, lead continues to be used in general aviation fuel, even though there is an existing, approved unleaded alternative fuel. Lead is a known neurotoxin that has life-altering impacts, especially on babies and young children, who may suffer from neurological impairment, developmental delays, and more even at the smallest amounts of exposure. Will you commit the EPA to ensuring the expeditious phase out of leaded aviation fuel?

Response: If confirmed, I look forward to conferring with EPA's talented scientific and technical experts on these and other important issues.

114. Coal ash is the second largest industrial waste stream in the United States, and the coal industry generates approximately 70 million tons of coal ash every year. Coal ash contains hazardous pollutants including arsenic, boron, cobalt, chromium, lead, lithium, mercury, molybdenum, radium, selenium, and other heavy metals, which have been linked to cancer, heart and thyroid disease, reproductive failure, and neurological harm. Despite the federal 2015 Coal Ash Rule, widespread industry violation of the rule is causing significant groundwater contamination across the country. Last year, EPA acknowledged industry's widespread non-compliance and made enforcement of federal coal ash safeguards an EPA priority as part of the National Enforcement and Compliance Initiative.

a. Do you believe that coal ash is a hazardous substance capable of contaminating groundwater, surface water, and air with dangerous levels of toxic chemicals?

Response: I understand that EPA regulates coal combustion residuals as solid waste under subtitle D of the Resource Conservation and Recovery Act, which governs non-hazardous solid waste. I am aware that coal combustion residuals contain constituents such as heavy metals.

b. How will you ensure utilities are complying with federal rule requirements to safely manage and dispose of coal ash?

46

Response: I commit to enforcing the law. I also commit to partnering with States and Tribes and encouraging them to seek approval from EPA for state permitting programs governing coal combustion residuals.

      c. Will you ensure that regional offices have the resources to inspect and enforce against coal plants?

Response: Funding decisions are ultimately for Congress to make, but I look forward to being briefed on this issue by EPA's career professionals if confirmed.

      d. Will you commit to taking enforcement action against utilities and operators who fail to adhere to the Coal Ash Rules?

Response: I cannot comment on any individual enforcement action the Agency has taken or may take in the future, but generally speaking, I commit to enforcing the law.

      e. Will you continue to rigorously pursue the enforcement actions initiated under the Biden administration?

Response: I cannot comment on any individual enforcement action the Agency has taken or may take in the future, but generally speaking, I commit to enforcing the law.

115. Hundreds of millions of tons of coal ash have been used as a substitute for clean soil - often referred to as "fill"- for construction and landscaping projects, such as school playgrounds, housing and recreational areas. The use of coal ash as fill has led to groundwater contamination due to the leaching of highly toxic contaminants, including carcinogens and neurotoxins. Even a small quantity of ash elevates the risk of cancer, respiratory distress, developmental delays, and other health risks – especially when the fill is uncovered. We have seen these harms play out in places like Gambrills, Maryland; Town of Pines, Indiana; Mooresville, North Carolina; and Guayama, Puerto Rico, where the levels of pollutants found in water and soil far exceeded federal health standards. Communities have been left to deal with the consequences – most of which are environmental justice communities. Despite this, there are no federal safeguards to effectively protect against the use of coal ash as fill.

      a. If confirmed, how will you direct the EPA to protect communities from contamination caused by the use of toxic coal ash used as fill?

Response: I will protect communities facing groundwater contamination in a manner consistent with EPA's statutory authorities from Congress. I am aware that EPA's solid waste regulations under subtitle D of the Resource Conservation and Recovery Act governing coal combustion residuals, first promulgated in the Obama Administration and revised during the First Term of the Trump Administration and again during the Biden Administration, continue to exclude from their scope the beneficial use of coal combustion residuals, so long as that beneficial use meets certain criteria in the regulations. I understand there are numerous environmental benefits from beneficial use of coal combustion residuals, and those should be considered when assessing the overall regulatory approach to coal combustion residuals.

47

      b. There is little information on where exactly fill was used – dating back to the 1980's. If confirmed, how will you use EPA authorities to gather data and investigate potentially dangerous fill sites?

Response: I look forward to being briefed on this issue by EPA's career professionals, if I am confirmed.

      c. If confirmed, will you commit to requiring utilities to make information that they have regarding this threat publicly available?

Response: I look forward to being briefed on this issue by EPA's career professionals, if I am confirmed.

      d. Do you agree that elevated levels of radium and arsenic in coal ash pose a danger to the public when coal ash is used as fill?

Response: I look forward to being briefed on this issue by EPA's career professionals, if I am confirmed.

116. EPA finalized its Legacy Coal Combustion Residuals Surface Impoundments rule on May 8, 2024. The new rule addresses the legacy contamination from hundreds of inactive coal ash dumps that were exempted from the EPA's 2015 rule. EPA establishes groundwater monitoring, corrective action, closure, and post closure care requirements for these dumpsites to ensure that health and the environment are protected from these legacy units. EPA found that legacy coal ash dumpsites are located disproportionately in communities of color and low-income communities.

      a. Do you commit to rigorously defending and enforcing the Legacy CCR Surface Impoundments Rule?

Response: I understand that EPA's Legacy Coal Combustion Residuals rule is currently the subject of litigation, and EPA may have received requests from stakeholders to revisit it. Thus, it would be inappropriate for me to comment on litigation positions in this matter.

      b. Will you ensure that EPA supports no further delay in the implementation of the requirements of this essential rule?

Response: I look forward to being briefed on this issue by EPA's career professionals, if I am confirmed.

117. The Water Infrastructure Improvements for the Nation Act (WIIN Act) allows states to petition EPA to administer their own coal ash programs in lieu of the federal protections. We anticipate that many states will apply for EPA approval to run their own programs. EPA has denied the State of Alabama's application to run a federally approved state permit program to manage its coal ash landfills and impoundments because Alabama's implementation of its state permit program is significantly less protective of people and waterways than federal law requires. The primary reason is because Alabama permits utilities to close ash ponds in contact with groundwater.

      a. Do you commit to standing by the decision to reject Alabama's permit program?

Response: I look forward to being briefed on this issue by EPA's career professionals, if I am confirmed. If confirmed, I commit to partnering with States and Tribes and encouraging them to seek approval from EPA for state permitting programs governing coal combustion residuals.

      B. If confirmed, will EPA continue to examine state permits prior to an authorization decision to determine whether a state program is sufficiently protective of health and the environment and compliant with federal law?

Response: If confirmed, I commit to partnering with States and Tribes and encouraging them to seek approval from EPA for state permitting programs governing coal combustion residuals, and I commit to EPA reviewing any such requests in a manner consistent with the Resource Conservation and Recovery Act and EPA's regulations.

      C. Specifically, do you agree that EPA may review state implementation of CCR rules when considering granting or denying a state program approval, including a state's permit history?

Response: If confirmed, I commit to partnering with States and Tribes and encouraging them to seek approval from EPA for state permitting programs governing coal combustion residuals, and I commit to EPA reviewing any such requests in a manner consistent with the Resource Conservation and Recovery Act and EPA's regulations.

118. GAO has identified EPA's management of toxic chemicals in need of major transformation in its biennial high-risk reports. GAO has made recommendations to improve workforce planning that can improve staff hiring and retention among other areas. What will you do to ensure the office has the people it needs to complete its new chemical reviews by the 90-day statutory deadline under TSCA?

Response: It is important for any agency to take its statutory deadlines seriously, and I commit to doing so in a manner consistent with law and resources provided to EPA by Congress.

119. During your time representing Suffolk County, you saw first-hand the harm that chemicals like 1,4-dioxane are causing to frontline communities. The amended Toxic Substances Control Act, or TSCA, requires EPA to evaluate and address chemicals' risks to those communities and other potentially exposed or susceptible groups.

      a. Will you commit to using TSCA to protect communities from toxic chemicals?

Response: I commit to following the law.

      b. Do you agree with EPA's finding that exposure to 1,4-dioxane in drinking water presents unreasonable risk?

Response: If confirmed, I will confer with EPA's talented scientific and technical experts on 1,4-dioxane in drinking water.

120. As a Member of Congress in 2016, you voted for the Frank R. Lautenberg Chemical Safety for the 21st Century Act, which provided desperately needed reforms to TSCA.

49

Fundamentally, that bill made two simple, common-sense reforms: it said EPA has to evaluate and manage the risks posed by existing toxic chemicals [like 1,4-dioxane] in a specific timeframe and EPA has to review new chemicals for safety before they can come to market. Indeed, according to a recent survey, 92% of voters agree that the government should require products be proven safe before companies are allowed to put them on the market.

    a. Is it the Trump administration's position that the American people – children, workers, consumers, communities living next to polluting facilities – should be subject to additional toxic chemical exposure?

Response: No. All communities should be equally protected from exposure to chemicals.

    b. Do you commit to implement the Lautenberg Act and oppose any efforts to reopen and weaken it?

Response: If confirmed, I commit to implementing the Lautenberg Chemical Safety Act, and any future changes to the Toxic Substance Control Act that Congress may promulgate, in a manner consistent with the law.

    c. Is it consistent with the Trump administration's Make America Healthy Again agenda to allow toxic chemicals into our air, water, and consumer products with inadequate safety reviews?

Response: If confirmed, I commit to ensuring that chemicals undergo adequate safety reviews.

121. Ethylene oxide is one of the most toxic chemicals this country regulates. It causes a range of cancers, including leukemia, breast cancer, and lymphoma. It is used in a number of applications, including currently sterilizing nearly 50% of medical devices in the US. There are over 80 facilities across the country that use ethylene oxide to sterilize medical equipment – 14 million people live within five miles of one of these facilities and over 115 million people live within 50 kilometers of one. When EPA conducted a risk review of these facilities, it found that this industry "pose[s] exceptionally high [cancer] risks that are among some of the highest" that EPA has ever seen in such a review – as high as 8,000-in-a-million, or over 8,000 times as high as the risk that we in Congress have told EPA to reduce risk to. Last year, EPA finalized a rule that will reduce ethylene oxide emissions from these facilities by an estimated 90%. It did so by using its authority to set health-protective standards. Nevertheless, the chemical industry is suing EPA over this rule and is challenging the Agency's authority to set such health-protective standards.

    a. Do you believe that EPA should use its authority to review its existing rules for air pollutants to see if additional health protective standards are necessary?

Response: I cannot prejudge any particular issue of this nature. If confirmed, I pledge to respect all of Congress's duly enacted statutes delegating authority to the Agency.

    b. Will you defend the agency's authority to set health protective standards if they are necessary to provide an ample margin of safety to the public?

50

Response: I commit to defending the Agency's authority duly delegated to it by Congress and implementing that authority in a manner that appropriately protects public health and the environment consistent with the rule of law and the evidence before the Agency.

122. EPA is scheduled to propose additional rules to protect communities from ethylene oxide emissions from hospitals this year and from storage warehouses in 2027. Will you commit to moving these rules forward and doing so on time?

Response: I cannot prejudge any particular issue of this nature.

123. One of EPA's critical functions is its oversight over toxic pesticides, to ensure that their use doesn't compromise our health or important natural resources—like clean air and clean water. Yet the agency's pesticide office has historically downplayed or ignored independent science of human health threats posed by these chemicals[21], leading to pesticide approvals that have failed to protect Americans and our environment from becoming poisoned. The agency is currently in the middle of regulatory reviews of several major pesticide chemicals, including neonicotinoids or "neonics," the nation's most widely used insecticides, and also the most frequently detected insecticides (imidacloprid) in the water supply for Long Island,[22] where you once served. At the same time, growing evidence shows that wasteful pesticide overuse pushed by large chemical corporations is harming the health of Americans. For example, a recent study finds neonic pesticides in the bodies of over 95% of pregnant women tested across the

---

[21] The Department of Yes: How Pesticide Companies Corrupted EPA and Poisoned America, The Intercept, June 30, 2021, https://theintercept.com/2021/06/30/epa-pesticides-exposure-opp/

[22] Pesticides and their degradates in groundwater reflect past use and current management strategies, Long Island, New York, USA, Fisher et al., Science of the Total Environment, 2020, https://pubs.usgs.gov/publication/70212622

country[23], with other research[24] indicating that EPA has long ignored the neurotoxic threats these chemicals pose, especially to children, including risks of birth defects of the heart and brain, hormonal irregularities, and cognitive impairment.

a. Will you commit to a full, rigorous, and transparent review of the human health risk assessments for the neonic chemicals by EPA's Scientific Advisory Panel, including opportunity for public comment?

Response: I commit to implementing the Federal Insecticide, Fungicide, and Rodenticide Act in a manner that appropriately protects public health and the environment consistent with the rule of law and the evidence before the Agency.

b. Will you commit to treat all the neonic chemicals as a cumulative assessment group[25] under the Food Quality Protection Act (FQPA)?

Response: I cannot prejudge any particular issue of this nature. If confirmed, I look forward to being briefed by EPA's talented scientific and technical experts on this subject.

c. Will you commit to account for neurotoxic risk to children exposed in the womb by retaining the FQPA's "children's health safety factor"[26] for all the neonic pesticide chemicals, which would further limit the allowable amount of these chemicals in our food?

51

Response: I cannot prejudge any particular issue of this nature. If confirmed, I look forward to being briefed by EPA's talented scientific and technical experts on this subject.

124. Recently, the U.S. Fish and Wildlife Service has found that the monarch butterfly has declined so profoundly that it requires protection under the Endangered Species Act to prevent its extinction. Exposure to pesticides was listed as one of the primary drivers of the monarch's decline. Robert F. Kennedy, Jr. has raised similar concerns, writing that the main cause of the monarch's disappearance is, and I quote, "the soaring use of the powerful weed killer glyphosate, first marketed as Roundup by biotech giant Monsanto." He said, quote "glyphosate use has risen tenfold and devastated the monarchs' milkweed habitat." He also warns that the insecticide BT is quote "putting holes in the stomach of caterpillars and may account for the disappearance of all our butterfly species."[27] Will you commit to doing everything in your power to ensure that the iconic monarch butterfly is not driven to extinction by glyphosate and other dangerous pesticides?

Response: I cannot prejudge any particular issue of this nature. If confirmed, I look forward to being briefed by EPA's talented scientific and technical experts.

---

[23] Exposure to Contemporary and Emerging Chemicals in Commerce among Pregnant Women in the United States: The Environmental influences on Child Health Outcome (ECHO) Program, Buckley et al., Ecotoxicology and Public Health, May 10, 2022, https://pubs.acs.org/doi/10.1021/acs.est.1c08942
[24] Neonicotinoid pesticides: evidence of developmental neurotoxicity from regulatory rodent studies, Sass, Donley, and Freese, Frontiers in Toxicology, Oct. 1, 2024, https://www.frontiersin.org/journals/toxicology/articles/10.3389/ftox.2024.1438890/full [25] Cumulative Assessment of Risk from Pesticides, U.S. Environmental Protection Agency, Feb. 20, 2024  https://www.epa.gov/pesticide-science-and-assessing-pesticide-risks/cumulative-assessment-risk pesticides#:~:text=A%20cumulative%20risk%20assessment%20evaluates,potential%20exposures%20across%20the%20country.
[26] Application of the Food Quality Protection Act children's health safety factor in the U.S. EPA pesticide risk assessments, Naidenko, Environmental Health, Feb. 10, 2020 https://ehjournal.biomedcentral.com/articles/10.1186/s12940-020-0571-6#:~:text=The%20Food%20Quality%20Protection%20Act%20of%201996%2C%20or%20FQPA%2C%20required,safe%20for%20infants%20and%20children.
[27] Robert F. Kennedy Jr.: The vanishing monarch butterly, The Providence Journal, Nov. 5, 2014, https://www.providencejournal.com/story/news/2014/11/06/20141106-robert-f-kennedy-jr-the-vanishing monarch-butterfly-ece/35263204007/; GMOs and Monsanto with Jeffrey Smith, RFK Jr. Podcast, June 20, 2023, https://www.podchaser.com/podcasts/rfk-jr-podcast-1987789/episodes/gmos-and-monsanto-with-jeffrey 176587124

125. Organophosphates are an acutely toxic class of pesticides. They are widely used and commonly found in our drinking water and on our produce, including leafy greens, berries, and citrus. Organophosphates make people sick with symptoms like headaches, nausea, dizziness, breathing difficulties, and at very high exposures even seizures and death. Even more troubling, children are at risk of reduced IQ, autism, and attention deficit disorders at very low levels of exposure. EPA has proposals to provide important protections from three organophosphates: acephate, malathion, and dimethoate. Will you commit to finalizing these critical protections?

Response: I cannot prejudge any particular issue of this nature. If confirmed, I look forward to being briefed by EPA's talented scientific and technical experts.

EPA_00299823

126. Many states and local governments have enacted pesticide buffer zones near schools and homes, but recent legislative proposals aim to preempt these protections. Do you support legislative efforts to eliminate communities' rights to establish localized safeguards against pesticide exposure?

Response: If confirmed, I look forward to first being briefed on this topic by EPA's talented scientific and technical experts.

127. Farmworkers face disproportionately high levels of pesticide exposure. How will you ensure stronger enforcement of workplace protections and improve the EPA's collaboration with the Department of Labor to safeguard these essential workers?

Response; If confirmed, I commit to work with EPA's scientific and technical experts and the Department of Labor to ensure that farmworkers are appropriately protected.

128. Several statutes give effect to Congress's constitutional power of the purse, reflecting its responsibility to provide appropriations to federal agencies, and its prerogative to place limitations on the availability of those appropriations, specifically, their availability as to purpose, amount, and time. Among these, the Antideficiency Act prohibits agencies from spending in advance, or in excess, of an appropriation. There is also a statutory framework for the execution – that is, the obligation and expenditure – of appropriations, as well as procedures for use when the President or executive branch disagrees with the policy embodied in an appropriation and therefore does not wish to obligate available funds.

   a. Do you believe that the president or executive branch can ignore congressional appropriation decisions and instructions?

Response: If confirmed, I pledge to respect all of Congress's duly enacted statutes.

   b. Do you pledge to respect congressional appropriation decisions and instructions and resist any efforts within the executive branch to circumvent them?

Response: Particularly as a former Member of Congress, I appreciate and respect the Congressional funding process. I commit to fully following the law.

129. The first Trump administration proposed measures to bias cost-benefit methods to produce different results, including proposals to tinker with risk assessment methods to hide or minimize health damage, proposals to raise discount rates, proposals to tinker with cost analyses to exaggerate cost estimates, and proposals to discount or ignore many harmful impacts and thus minimize the savings from regulations. Most of those proposals were rejected by courts, abandoned by the Trump administration, or reversed under President Biden.

   a. Will you commit to retain EPA's peer-reviewed and long-standing risk and cost assessment methods and reject proposals to adopt biased methods that ignore whole categories of harm and exaggerate costs?

Response: It is important that regulatory analysis be unbiased in any direction. If confirmed, I look forward to conferring with economists and other talented technical experts on these

53

EPA_00299824

important issues.

     b. Will you commit that any updates to such methods will be openly and transparently reviewed by scientific and other experts, and through public comment, before being adopted?

Response: I commit to public notice procedures where they are required or otherwise appropriate.

    130. I (and Senator Alsobrooks) asked you about plans to slash EPA's workforce and move its headquarters. You did not answer our questions directly.

     a. Yes or no, do you support moving EPA's headquarters out of the Washington, DC metropolitan area?

Response: As I stated in the hearing, "no one has expressed to me in any setting since I was announced as nominee or before that, of any plans with regard to moving the EPA headquarters out of D.C."

     b. Yes or no, do you support reducing EPA's staff by two thirds or three quarters?

Response: If confirmed, I look forward to working with the talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

     c. Yes or no, do you support "traumatizing" EPA employees or making them feel like they are "villains?"

Response: If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

     d. Will you commit, as EPA Administrator, to uphold the law passed by Congress and complete the full obligation of IRA funds?

Response: I commit to always following all laws.

    131. Administrations typically claim credit for pollution reductions that occur during their tenure as a result of standards issued by their predecessors. There's often a delay in the results because EPA standards generally allow substantial lead time for compliance. Putting aside improvements that are due to past administrations' actions and focusing on what you will do in your tenure to achieve further pollution reductions, what are the top 3 actions you intend to take as EPA Administrator that will reduce greenhouse gas emissions?

Response: It would be inappropriate for me to identify priority actions without first being briefed by EPA's career professionals on these important questions. However, I can commit to working with other federal agencies as well as State, Tribal, and local governments to improve forest management and the use of prescribed fires to address wildfire risk. I also commit to working with the regulated community to improve compliance with Clean Air Act requirements.

54

132. Do you agree that the costs of climate change outweigh potential costs associated with transitioning to a net zero-carbon economy?

Response: If confirmed, I look forward to conferring with EPA's talented scientific, economic, and technical experts on these and other important issues. I believe in an all-of-the-above energy approach.

133. Do you agree that low-, zero-, and negative-carbon technologies will be a huge source of global jobs, investment, and economic growth in the coming decades? Do you believe that EPA's regulatory regime can help incentivize the development of low-, zero-, and negative-carbon industries here in the United States?

Response: If confirmed, I look forward to conferring with EPA's talented scientific, economic, and technical experts on these and other important issues. As I stated in the hearing, I believe in an all-of-the-above energy approach.

134. The Global Change Research Act of 1990 mandates a periodic report from the federal government to make sure that policy makers and the American people are fully informed of the rising costs and mounting dangers the climate crisis is inflicting on our families, businesses, ranches and farms. The National Climate Assessment, last published in 2023, is written by the EPA and a dozen other federal agencies. It provides citizens and policymakers with the sound science, reliable metrics and essential guidance we need to respond to the impacts of rising seas, withering drought, blistering heat and the raging wildfires, storms and floods that threaten every community in this country.

   a. Do you commit to ensuring that the next National Climate Assessment is conducted and completed on time in full compliance with the Global Change Research Act?

Response: I commit to following the law.

   b. Will you support the professional scientists and other civil servants in your agency and in sister agencies that work on this report?

Response: If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

135. Nearly 20 years ago, Congress directed EPA to create a Greenhouse Gas Reporting System for emissions of climate-changing pollutants from industrial sources. Do you commit to maintaining the scope of the current GHG Reporting System?

Response: I commit to following the law.

136. The Greenhouse Gas Reduction Fund, which Congress established in the Inflation Reduction Act and which EPA administers, is a historic investment in our economy that will improve the lives of hardworking, everyday Americans. This program will unlock an unprecedented flow of public and private capital to places that have been overlooked for far too long, including rural, Tribal, energy transition, and other disadvantaged communities. By catalyzing investments in these communities, the Greenhouse Gas

55

Reduction Fund will lower energy bills for households and small businesses, create new jobs and economic opportunity, and improve public health and community resiliency. Can assure this Committee that under your leadership, EPA will not slow or hinder access to under the Fund investments that will help everyday Americans save money on energy, especially those living in rural, Tribal, energy transition, and other disadvantaged communities?

Response: I commit to following the law. I cannot prejudge particular outcomes.

137. Thanks to the Greenhouse Gas Reduction Fund, local lenders and private investors are already finalizing investments in high-impact projects across the country. In fact, by EPA's own estimates, every public dollar invested through the Greenhouse Gas Reduction Fund will leverage about seven dollars in private investment.

   a. Do you agree that private lenders and investors expect and require that contracts be honored when making investment decisions and building out their project pipelines?

Response: I commit to following the law.

   b. Do you pledge not hinder access to funds that have already been contractually obligated to awardees to deploy into projects across the country — funds that private lenders are already making investment decisions around?

Response: I commit to following the law.

138. EPA has made tremendous strides in recent years advancing its environmental justice and civil rights compliance programs, with clear Congressional approval and support. These programs are critical to ensuring that EPA achieves its mission in two important respects. First, the civil rights compliance program ensures that within the United States we follow the law – including the civil rights laws – when pursuing environmental and public health protections. And second, in pursuit of EPA's mission achievement, the environmental justice program ensures that the agency achieves the same level of protection for the environmental and public health of all communities.

   a. Do you accept that there are communities in New York and across the United States that for generations have faced levels of toxic pollution in their air, land, and water, as well as lesser access to natural resources, which result in these communities not being as protected as other communities across the United States?

Response: I believe that every American deserves access to clean air and water.

   b. Do you agree that EPA will not have achieved its mission until these communities' environmental and public health conditions have been sufficiently improved and safeguarded to levels achieved for other communities?

Response: I believe that every American deserves access to clean air and water.

   c. Are you aware that EPA's practice over many decades has been to ignore the

56

EPA_00299827

cumulative impacts of multiple sources of pollution on highly vulnerable communities?

Response: I am not aware of the details of the particular historical policies that you reference. If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

　　　d. Do you accept that continuing support for the environmental justice programs described above are needed to assure that the EPA follows the civil rights laws as well as the environmental laws?

Response: I cannot prejudge outcomes. I commit to following the law.

　　　e. Do you agree that undermining or reducing these expert staff or prohibiting the use of these tools will greatly damage EPA's ability to achieve its mission that every community and everyone in the United States should have safe air, water, and land?

Response: I cannot prejudge outcomes.

　　　f. Do you accept that supporting communities to be viable and effective partners to EPA – as well as to government agencies at all other levels – is a necessary element of identifying solutions to long-standing environmental and public health challenges?

Response: It is critical for EPA to work transparently and cooperatively with all stakeholders, including communities, States, Tribes, local governments, non-profit groups, and the regulated community.

　　　g. Do you accept that it is not only proper but necessary for EPA to continue to provide support directly to communities in the form of meaningful engagement, technical assistance, and grants, in order to build community capacity?

Response: Yes, EPA should continue to take steps to engage with all stakeholders and build community capacity in a manner consistent with the law. I understand that EPA administers numerous grant programs authorized by Congress. Likewise, I understand that EPA provides important technical assistance to States, Tribes, local governments, and other partners.

139. Rhode Island and your home state of New York have both been at the forefront of efforts to address plastic pollution, and both have passed several laws aimed at reducing plastic waste and improving recycling efforts.

　　　a. As EPA Administrator, how would you build on these state-level efforts to enhance national plastics recycling programs and address the vast amount of plastics polluting our beaches, waterways, and terrestrial environment?

Response: I am aware that EPA has long viewed recycling as beneficial to our environment. For example, EPA has stated that recycling efforts reduce the need to extract new natural resources, reduce greenhouse gas emissions, conserve energy, and divert waste from landfills. EPA administers a number of voluntary programs to promote recycling and the circular economy, and

57

I look forward to working on this important issue if confirmed as Administrator, including by working with EPA's State, Tribal, and local government partners.

>   b. Specifically, what steps will you take to improve the effectiveness of plastics recycling at a national level, ensuring that it is more economically viable and

Response: I am aware that EPA has long viewed recycling as beneficial to our environment. For example, EPA has stated that recycling efforts reduce the need to extract new natural resources, reduce greenhouse gas emissions, conserve energy, and divert waste from landfills. EPA administers a number of voluntary programs to promote recycling and the circular economy, and I look forward to continuing work on this important issue if confirmed as Administrator.

> 140. If confirmed, how will you ensure that your agency upholds and advances the federal trust responsibility to Indian tribes, and respects their rights to sovereignty and self determination in its policies, actions, and resource allocation decisions?

Response: If confirmed, I commit to following the law with respect to Tribes and tribal governments, and I will follow EPA's tribal consultation policy.

> 141. If confirmed, how will you ensure that your agency respects the federal trust responsibility to Tribes, particularly through prioritizing budget requests and federal funding allocation, staffing, and policy implementation? Additionally, how will you measure and report progress in advancing the needs of Native communities, and how will you ensure that these efforts are transparent and accountable to Congress and to the communities you serve?

Response: While it is premature to take specific positions on budget requests, funding allocation, and staffing levels before I have been fully briefed on issues pertaining to the Agency, I look forward to being briefed on these issues and taking appropriate action to uphold the Agency's commitment to Tribes.

> 142. One in three Tribal homes do not have adequate indoor plumbing or safe drinking water. What will you do to improve Tribal water infrastructure so children and families on Tribal lands have clean water to drink?

Response: I am aware that Congress has established various programs that EPA administers to provide support for water infrastructure projects to Tribes, including the Water Infrastructure Improvements for the Nation Act grant programs and Drinking Water State Revolving Fund that includes a tribal "set-aside."  If confirmed, I commit to being a good steward of taxpayer dollars and ensuring that funds appropriated to EPA are spent in a manner consistent with the law.

> 143. The Bipartisan Infrastructure Law (BIL) and the Inflation Reduction Act of 2022 provided funding for the Environmental Protection Agency to support the construction and repair of Tribal clean water infrastructure, but there isn't enough to make a dent in this problem. Will you commit to request necessary funding to implementing these historic investments in clean water infrastructure for Tribal Nations?

Response: Although funding decisions are for Congress to make, I look forward to being briefed on these issues in the pursuit of clean water across America.

58

144. The EPA defines cumulative impacts as "the totality of exposures to combinations of chemical and nonchemical stressors and their effects on health and quality-of-life outcomes." As EPA administrator, would you support incorporating the consideration of cumulative impacts on affected communities into Agency decision-making, including permitting decisions?

Response: I cannot prejudge any policy decision. If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

145. Federal agencies often assess pollutants in isolation, leaving communities in the dark about combined risks. How will you improve data collection and transparency to provide communities with a fuller picture of their cumulative health risks?

Response: Transparency and risk communication are important parts of accomplishing EPA's mission.

*For questions 146 through 159, the following definitions apply:*

· *A "foreign person" includes both (1) a natural person who is not a United States citizen or an alien lawfully admitted for permanent residence to the United States; and (2) an entity not organized under the laws of the United States or any jurisdiction within the United States.*

· *A "foreign government" includes any agency or instrumentality of such government.*

· *"Zeldin Strategies" includes the corporate entity, any employees of the corporate entity, and you individually as the CEO of Zeldin Strategies and in your personal capacity.*

146. In your OGE Form 278e, you identified your current business as Zeldin Strategies. The website of Zeldin Strategies states that it "provides clients with expert services covering strategy, public relations, acquisitions, crisis management, and much more." Since its founding, has Zeldin Strategies provided services to any of the following:

a. A foreign government? Response: No

b. An entity owned or controlled by a foreign government? Response: No

c. A foreign person? Response: No

d. An entity owned or controlled by a foreign person? Response: Yes

147. Please provide a list of each government, person, and entity covered by Question 146, including the dates of services provided to each and a detailed description of the services provided.

Response: Heritage Advisors, April 2023 – December 2023, Consulting Services not involving any lobbying or other activities requiring registration under FARA.

148. Since its founding, have you and/or Zeldin Strategies contacted or engaged with any of

59

EPA_00299830

the following on behalf of any client:

    a. A foreign government? Response: No

    b. An entity owned or controlled by a foreign government? Response: No

    c. A foreign political party? Response: No

    d. An international organization (including international treaty organizations such as the European Union)? Response: No

    e. An entity of an international organization (including international treaty organizations such as the European Union)? Response: No

149. Please provide a list of the contacts and engagements covered by Question 148, including:

    a. An identification of:

        i. Each government or entity contacted or engaged with; Response: N/A

        ii. Each applicable Zeldin Strategies client; Response: N/A

    b. The dates of each contact or engagement; and Response: N/A

    c. A description of each contact or engagement. Response: N/A

150. Since its founding, has Zeldin Strategies advised, counsel, or otherwise provided services to a client about how to contact or engage with any of the following:

    a. A foreign government? Response: No

    b. An entity owned or controlled by a foreign government? Response: No

    c. A foreign political party? Response: No

    d. An international organization (including international treaty organizations such as the European Union)? Response: No

    e. An entity of an international treaty organization (including international treaty organizations such as the European Union)? Response: No

151. Please provide a list of the clients covered by Question 150, including:

    a. An identification of the government or entity with respect to which advice, counsel, or other services was provided; Response: N/A

    b. A description of the advice, counsel, or other services provided by Zeldin Strategies; and Response: N/A

c. The dates on which the advice, counsel, or other services were provided. Response: N/A

EPA_00299831

152. Since its founding, has Zeldin Strategies contacted or engaged with any of the following on behalf of a client:

    a. An agency of the United States government? Response: No

    b. The U.S. Congress? Response: Yes

    c. A U.S.-incorporated news network, social media platform, or other source of information for the American public? Response: Yes

153. Please provide a list of the contacts and engagements covered by Question 152, including:

    a. An identification of:

      i. The entity contacted or engaged with; Response: Congress, Media

      ii. Each applicable Zeldin Strategies client; Response: New York Cancer and Blood Specialists (Congress), Building America's Future (Media), America First Policy Institute (Media)

    b. The dates of each contact or engagement; and Response: Do Not Have Dates Recorded

    c. A description of each contact or engagement. Response: Contacts re 152b were political/campaign related. Contacts re 152c were to assist with Public Relations.

154. Since its founding, has Zeldin Strategies advised, counsel, or otherwise provided services to a client about how to contact or engage with any of the following:

    a. An agency of the United States government? Response: No

    b. The U.S. Congress? Response: Yes

    c. A U.S.-incorporated news network, social media platform, or other source of information for the American public? Response: Yes

155. Please provide a list of the clients covered by Question 154, including:

    a. An identification of the government or entity with respect to which advice, counsel, or other services was provided; Response: Congress, Media

    b. A description of the advice, counsel, or other services provided by Zeldin Strategies; and Response: Strategy

    c. The dates on which the advice, counsel, or other services were provided. Response: Do Not Have Dates Recorded

156. In your OGE Form 278e, you identified Heritage Advisors, a London-based entity, as a client of Zeldin Strategies. Heritage's website describes the entity as "a privately-held

61

venture capital and investment management firm based in London. The firm is a global investor led by His Excellency Sheikh Sultan bin Jassim Al Thani of Qatar." Publicly available information establishes that Al Thani is a citizen of Qatar.

    a. Please describe in detail the services provided to Heritage Advisors and/or Al Thani.

Response: Consulting Services to Heritage Advisors not involving any lobbying or other activities requiring registration under FARA

    b. Please identify the dates of the services you provided to Heritage Advisors and/or Al Thani.

Response: April 2023 – December 2023

    c. Has Heritage Advisors and/or Al Thani personally invested in any of the following while you were providing services to them:

        i. A foreign government? Response: Unknown

    ii. An entity owned or controlled by a foreign government? Response: Unknown

        iii. A foreign person? Response: Unknown

        iv. An entity owned or controlled by a foreign person? Response: Unknown

    d. Has Zeldin Strategies contacted or engaged with any of the following on behalf Heritage Advisors and/or Al Thani personally:

        i. An agency of the United States government? Response: No

        ii. The U.S. Congress? Response: No

        iii. A U.S.-incorporated news network, social media platform, or other source of information for the American public? Response: No

    e. Has Zeldin Strategies advised, counsel, or otherwise provided services to a client about how to contact or engage with any of the following: Response: Same question as 154 above

        i. An agency of the United States government?

        ii. The U.S. Congress?

        iii. A U.S.-incorporated news network, social media platform, or other source of information for the American public?

157. If the answer is yes to any part of Question 156(c), please describe any involvement you had with respect to any investments covered by that question. Response: N/A

158. If the answer is yes to any part of Question 156(d), please provide a list of the contacts

62

and engagements covered by that question, including:

    a. An identification of:

        i. The entity contacted or engaged with; Response: N/A

        ii. Each applicable Zeldin Strategies client; Response: N/A

    b. The dates of each contact or engagement; and Response: N/A

    c. A description of each contact or engagement. Response: N/A

159. If the answer is yes to any part of Question 156(e), please provide a list of the clients covered by that question, including: Response: Same question as 155 above

    a. An identification of the government or entity with respect to which advice, counsel, or other services was provided;

    b. A description of the advice, counsel, or other services provided by Zeldin Strategies; and

    c. The dates on which the advice, counsel, or other services were provided.

**<u>Senator Sanders:</u>**

1. The EPA's Lake Champlain Geographic program is a critical and highly successful source of federal funding that helps Vermont and New York address invasive species, nutrient and toxic substance pollution, and conservation needs related to Lake Champlain. If confirmed, will you commit to working with me, and within the administration, to fight for increased funding for this program?

Response: While funding decisions are for Congress to decide, I commit to implementing EPA's Geographic Programs consistent with law. I also commit to being a good steward of taxpayer dollars and ensuring that funds appropriated to EPA are spent in a manner consistent with the law.

2. During this hearing, Senator Moran asked you questions related to the EPA's Clean Water and Drinking Water State Revolving Funds. As you know, these EPA programs are critically important for small communities in rural states like Vermont that want to repair, maintain, and upgrade their aging drinking water and wastewater systems. If confirmed, will you commit to working with me, and within the administration, to fight for increased funding for these programs?

Response: While funding decisions are for Congress to decide, I commit to implementing the State Revolving Funds consistent with law. I also commit to being a good steward of taxpayer dollars and ensuring that funds appropriated to EPA are spent in a manner consistent with the law.

3. The EPA Brownfields program is critical to ensuring that property contaminated by hazardous substances and pollution is remediated to unlock the full benefits of that

63

property's economic development. Vermont alone has 164 sites enrolled in the EPA's Brownfields program, and cleaning up these sites putting them back into productive use would protects the environment, reduce blight, and take development pressures off green spaces and working lands. If confirmed, will you commit to working with me, and within the administration, to fight for increased funding for this program?

Response: While funding decisions are for Congress to decide, I commit to implementing the Brownfields program consistent with law. I also commit to being a good steward of taxpayer dollars and ensuring that funds appropriated to EPA are spent in a manner consistent with the law.

4. Over the past four years, Congress has appropriated funding for a number of Congressionally Directed Spending projects for critical drinking water and wastewater system projects in rural communities across Vermont. If confirmed, will you commit to working with me to ensure funding for these projects is administered and disbursed in a timely manner?

Response: If confirmed, I will follow the law and work to have an effective and efficient disbursement process. I also commit to being a good steward of taxpayer dollars and ensuring that funds appropriated to EPA are spent in a manner consistent with the law.

5. During the hearing, you told Ranking Member Whitehouse that you believe in leaving science to the scientists in regard to the effects that fossil fuel combustion is having in the atmosphere. The vast majority of scientists agree that climate change is real and that it is caused by carbon emissions that are driven by the burning of fossil fuels. Given that you believe in leaving science to the scientists:

a. Do you agree with the vast majority of scientists that the burning of fossil fuels is a main cause of climate change?

Response: I understand that scientists have found that emissions released from the combustion of fossil fuels contribute to climate change.

b. Do you agree with the vast majority of scientists that human activities are responsible for almost all of the increase in greenhouse gases in the atmosphere over the last 150 years?

Response: Scientists have found that human activity is a significant contributor to climate change.

c. Do you agree with the vast majority of scientists that fossil fuels are the largest source of anthropogenic greenhouse gas emissions in the United States?

Response: I understand that scientists have found that emissions released from the combustion of fossil fuels contribute to climate change.

64

d. Do you agree with the vast majority of scientists that addressing climate change requires aggressively moving away from fossil fuels towards energy efficiency and renewable sources of power?

Response: As I stated at the hearing, I believe in an all-of-the-above energy approach.

e. Do you agree with the vast majority of scientists that climate change is making wildfires more frequent and severe?

Response: There are many causes to wildfires including the age of the forest, proper forest management, and accidents.

f. Do you agree with the vast majority of scientists that the ongoing wildfires in Los Angeles were exacerbated by climate change?

Response: I am not aware of a vast majority of scientists having researched and released studies with that conclusion regarding this recent and ongoing event.

g. Do you agree with the vast majority of scientists that climate change is exacerbating major flooding events like the ones Vermont has experienced over the past two years?

Response: As stated in my hearing, I believe that we must be addressing these issues with urgency.

6. During the hearing, you told me that climate change is an issue that we must be addressing "with urgency". If confirmed, will you commit to promulgating EPA rules and regulations that address climate change with urgency and do not weaken current any current EPA regulations related to climate change?

Response: It would not be appropriate to commit to promulgating any particular rule, or to the outcome of the review of any existing rule.

7. During the hearing, you told Senator Schiff that disaster assistance should be provided to states regardless of whether they are red states or blue states. As you may be aware, several members of Congress have proposed attaching "policy strings" to disaster aid for the ongoing Los Angeles wildfires, including requiring disaster aid to pass alongside a raise in the debt limit or requiring California to repeal state-level regulations related to climate change in exchange for receiving disaster aid. Given that you believe disaster assistance should be provided to states regardless of their political leanings, do you

65

oppose attaching "policy strings" to federal aid for disasters including the ongoing Los Angeles wildfires?

Response: We are all concerned about these fires and their impacts. I commit to using all available means to urgently address them. As a nominee for EPA Administrator, it is not appropriate for me to comment on the decision before Congress.

8. Congress appropriated $41.5 billion through the Inflation Reduction Act and $60 billion through the Infrastructure Investment and Jobs Act to the EPA for various grant programs.

a. Does the law require the EPA to obligate, administer, and disburse all funds that Congress appropriated to the EPA through the Inflation Reduction Act and the Infrastructure Investment and Jobs Act?

Response: I commit to following the law.

b. Does the law require the EPA to administer and disburse all grant funds that have been obligated by the EPA, including funds that Congress appropriated through the Inflation Reduction Act and the Infrastructure Investment and Jobs Act, in a timely manner?

Response: I commit to following the law.

c. If confirmed, will you commit to directing EPA staff to administer and disburse all grant funds that have been obligated by the EPA?

Response: I commit to following the law.

d. If you will not commit to directing EPA staff to administer and disburse all grant funds that have been obligated by the EPA, what are the specific conditions under which you might direct EPA staff to attempt to withhold grant funding that has been legally obligated by the EPA?

Response: I commit to following the law.

9. The EPA recently reinstated part of the longstanding "Once in, Always In" policy that requires most sources of cancer-causing hazardous air pollutants to monitor, report, and reduce their emissions of hazardous air pollutants regardless of their categorization as a "major" or "area" source of pollution. Undoing this policy would allow for industrial "area" sources to stop monitoring and reporting the amount of hazardous air pollutants they emit, greatly increasing the risk of cancer and other life-altering health effects for thousands of communities across the country.

66

      a. Do you believe that living near a source of significant benzene emissions is harmful to human health?

Response: I would have to confer with the scientists at EPA to make a judgment on this question. If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

      b. Do you believe that living near a source of significant arsenic emissions is harmful to human health?

Response: I would have to confer with the scientists at EPA to make a judgment on this question. If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

      c. Do you believe that living near a source of significant mercury emissions is harmful to human health?

Response: I would have to confer with the scientists at EPA to make a judgment on this question. If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

      d. When the previous Trump EPA rolled back enforcement of the "Once in, Always In" policy, about 4,000 sources of hazardous air pollutants were allowed to increase their toxic emissions. Do you believe that families living near these sources of significant hazardous air pollution deserve to breathe clean air that won't make them sick?

Response: While I am not familiar with the particular figure from this rulemaking that you cite, I believe that all Americans should have clean air to breathe. If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

      e. Do you believe that too many American communities are living near sources of hazardous air pollutants?

Response: I believe that all Americans should have clean air to breathe.

EPA_00299838

10. The National Ambient Air Quality Standards are a core part of the Clean Air Act, reducing pollution levels for critical pollutants like soot and ozone that are linked to increased rates of asthma, cardiovascular disease, and death. If confirmed, will you commit to keeping these vital public health standards in place?

Response: It would not be appropriate to prejudge the outcome of any particular rulemaking or review of any existing rule.

11. According to the Environmental Integrity Project, over 50 percent of our nation's surveyed surface waters are impaired for at least one Safe Drinking Water Act contaminant. If confirmed, will you commit to reducing the percentage of our nation's surveyed waters that are impaired for at least one current Safe Drinking Water Act contaminant?

Response: Surface water quality is an important issue, and I commit to following the law when implementing EPA's water quality standards program under the Clean Water Act in conjunction with EPA's State and Tribal partners.

12. On October 8, 2024, the EPA issued a final rule, "Lead and Copper Rule Improvements", that requires drinking water systems throughout the country to replace lead pipes within ten years. According to a public poll by Global Strategy Group, over 90 percent of Americans support this rule. If confirmed, will you commit to standing with the vast majority of people who want to see toxic lead and copper removed from their drinking water by defending and enforcing this rule?

Response: I am aware that EPA has concluded that there is no level of exposure to lead that is without some risk, and I appreciate the importance of this issue to you and your constituents. I am aware that EPA first issued a national primary drinking water standards for lead in 1991, and EPA during the Trump Administration's First Term updated that rule for the first time in three decades. I am also aware that EPA issued further revisions to this rule in 2021 and again in 2024. I understand that this rule is currently the subject of litigation, and EPA may have received requests from stakeholders to revisit it, as it does from time to time. Thus, it would be inappropriate for me to prejudge the outcome of any regulatory proceeding.

13. Communities all over the country, including in Vermont, are dealing with extraordinary levels of PFAS contamination in their drinking water, air, and soil. As Senator Capito noted during the hearing, earlier this year the EPA announced final rules on PFAS in line with legislation you supported during your time in Congress to make polluters pay for the cleanup of certain PFAS chemicals.

a. If confirmed, will you commit to aggressively pursuing polluters to force them to pay for the costs of cleaning up PFAS contamination and ensuring that cleanup costs do not fall on rural Americans?

Response: As I mentioned during my confirmation hearing, when I represented New York's First District in Congress, I was a member of the PFAS Task Force and voted for the PFAS Action

68

Act. I also saw PFAS issues firsthand in Suffolk County, New York. I commit to following the law when it comes to PFAS or any other environmental issue.

> b. If confirmed, will you commit to not rolling back any regulations that hold polluters accountable for cleaning up the PFAS contamination impacting so many of our rural communities?

Response: I understand the importance of addressing issues related to PFAS.  I also understand that a number of rules related to PFAS chemicals are currently the subject of litigation, and EPA may have received requests from stakeholders to revisit them, as it does from time to time. Thus, it would be inappropriate for me to prejudge the outcome of any regulatory proceeding.

> c. If confirmed, will you commit to reducing the number of Americans that have PFAS chemicals in their drinking water by upholding the National Primary Drinking Water Regulations?

Response: I understand the importance of addressing issues related to PFAS.  I also understand that a number of rules related to PFAS chemicals are currently the subject of litigation, and EPA may have received requests from stakeholders to revisit them, as it does from time to time. Thus, it would be inappropriate for me to prejudge the outcome of any regulatory proceeding.

14. Ethylene oxide is one of the most toxic chemicals this country regulates. It causes a range of cancers, including leukemia, breast cancer, and lymphoma. Over 80 medical facilities across the country use ethylene oxide to sterilize equipment, which drastically increases the risk of cancer for neighboring communities. Last year, the EPA finalized a rule that will reduce ethylene oxide emissions from these facilities by an estimated 90 percent. The chemical industry is suing the EPA to prevent enforcement of this rule.

> a. If confirmed, will you commit to defending this vital public health regulation?

Response: If confirmed, I commit to following the laws as established and adhering to decisions made by the courts.

15. The EPA is scheduled to propose additional rules to protect communities from ethylene oxide emissions from hospitals later this year, and from storage warehouses in 2027. If confirmed, will you commit to strengthening, not weakening, vital public health protections from ethylene oxide emissions through these scheduled rules?

Response: It would not be appropriate for me to prejudge the outcome of a rulemaking. I can commit to following the laws as established.

16. Scientific research links pesticide exposure to chronic illnesses, including cancer and neurodevelopmental disorders.

69

a. If confirmed, will you commit to strengthening monitoring and accountability requirements for pesticide-related health outcomes?

Response: I would have to confer with the scientists at EPA to make a judgment on this question. If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

b. If you will commit to strengthening monitoring and accountability requirements for pesticide-related health outcomes, what specific actions will you to take to strengthen these requirements?

Response: I would have to confer with the scientists at EPA to make a judgment on this question. If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

17. Negative health impacts from pollution tend to be clustered in certain areas, which are predominantly low-income communities, Tribal communities, and communities of color.

a. Do you believe the law gives the EPA the authority to address the disproportionate environmental impacts experienced by these communities?

Response: I believe Congress has authorized EPA to pursue environmental outcomes that benefit all Americans.

b. Do you believe the law obligates the EPA to address the disproportionate environmental impacts experienced by these communities?

Response: I believe Congress has authorized EPA to pursue environmental outcomes that benefit all Americans.

c. Do you believe the EPA should address the disproportionate environmental impacts experienced by these communities?

Response: I believe Congress has authorized EPA to pursue environmental outcomes that benefit all Americans.

d. If confirmed, will you commit to addressing the disproportionate environmental impacts experienced by these communities?

Response: I commit to engaging with all Americans.

EPA_00299841

e. If confirmed, will you commit to ensuring the EPA meaningfully engages these communities in the EPA decision-making process?

Response: I commit to pursuing environmental outcomes that benefit all Americans, consistent with Congress's direction and the rule of law.

f. Do you believe the EPA has an obligation to address the disproportionate environmental impacts experienced by these communities?

Response: I believe Congress has authorized EPA to pursue environmental outcomes that benefit all Americans.

18. On July 9, 2024, the EPA signed a collective bargaining agreement with the American Federation of Government Employees, Council 238, which represents more than 8,000 EPA employees. If confirmed, will you commit to honoring this contract, as well as any other union contracts that are currently in place between the EPA and its employees, including terms related to the preservation of scientific integrity for EPA employees?

Response: I am not familiar with the terms of the collective bargaining agreement and look forward to being briefed on this contract.

**Senator Merkley:**

1. If confirmed, how do you intend on addressing plastics, both in terms of reducing plastic in our rivers and oceans and improving access to recycling programs?

Response: I am aware that EPA has long viewed recycling as beneficial to our environment. For example, EPA has stated that recycling efforts reduce the need to extract new natural resources, reduce greenhouse gas emissions, conserve energy, and divert waste from landfills. EPA administers a number of voluntary programs to promote recycling and the circular economy, and I look forward to advancing this important issue if confirmed as Administrator.

a. What steps will you take in response to the body of science demonstrating that plastics contain endocrine-disrupting chemicals that harm human health by interfering with our hormone systems?

Response: I look forward to discussing this issue with EPA's career professionals, if confirmed, and I will act consistent with EPA's statutory authority.

2. If confirmed, what is your strategy and plan for addressing the growing threats of microplastics that negatively impact human health and the environment?

Response: If confirmed, I look forward to being briefed on the issue of microplastics and the impact to human health and the environment by the talented EPA technical and technical experts.

3. The American Chemistry Council has said that converting waste to fuels is not recycling.

71

Since 1997 it has been the Environmental Protection Agency's position that converting non-hazardous solid waste to fuels or fuel substitutes or for energy production is not recycling. Will you commit to maintaining this long-standing agency position?

Response: If confirmed, I look forward to being briefed on this important issue by EPA's career professionals.

4. If confirmed, do YOU commit to maintaining the structure of the Science Advisory Board?

Response: If confirmed, I commit to ensuring that the Science Advisory Board is balanced and transparent.

5. How will you value expertise possessed by career civil servants at the EPA and ensure decisions are made based on the science, not politics?

Response: If confirmed, I will value expertise on the part of EPA civil servants and on the part of others by listening to their views and taking account of them among other factors in making decisions under the law. Science informs policy but Congress has vested ultimate policy decision-making with the Administrator.

6. Do you agree that legacy uses and disposal of all asbestos fibers present an unreasonable risk to human and environmental health?

Response: If confirmed, I look forward to being briefed on this issue by EPA's career professionals.

7. If confirmed, do you commit to stringently regulating legacy uses and disposal of all asbestos fiber types?

Response: If confirmed, I look forward to being briefed on this issue by EPA's career professionals, and any action taken will be done so consistent with EPA's legal authority.

8. Yes or no, if confirmed will you modify any of the Biden administration's risk management rules or risk evaluations under the Toxic Substances Control Act?

Response: I understand that a number of these rules are currently the subject of litigation, and EPA may have received requests from stakeholders to revisit them, as it does from time to time. Thus it would be inappropriate for me to prejudge the outcome of any regulatory proceeding.

9. The previous Trump administration miscalculated the Toxic Substances Control Act (TSCA) user fees rule. This fee is supposed to collect funding from chemical manufacturers to offset the costs of the TSCA program. Yes or no, if confirmed will you commit to maintaining the current TSCA user fees rule?

Response: I cannot prejudge the outcome of any particular rulemaking or the review of any existing rule. To the extent that the rule complies with Congress's directions and is based on rational policy choices, I will maintain it.

72

10. When we met, you said that you believe in the mission of the Environmental Protection Agency (EPA) and that if confirmed, you want to rebuild the morale of EPA staff and foster a trusting relationship with the experts at the agency. The nominee for the Office of Management and Budget, Russell Vought has a different take, being quoted as saying, "We want the bureaucrats to be traumatically affected. When they wake up in the morning, we want them to not want to go to work because they are increasingly viewed as the villains. We want their funding to be shut down so that the EPA can't do all of the rules against our energy industry because they have no bandwidth financially to do so. We want to put them in trauma." Do you agree with the objectives stated by Mr. Vought?

Response: If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

     a. How do you expect the Environmental Protection Agency to fulfill its mission if its employees are subjected to "trauma" in the workplace?

Response: If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

     b. What will you do to protect dedicated staff at the Environmental Protection Agency, including toxicologists, epidemiologists, and other support staff, who work every day to protect our human and environmental health?

Response; If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

11. Yes or no, if confirmed, do you commit to maintaining and implementing the Environmental Protection Agency's drinking water standards for six PFAS chemicals?

Response: I understand that this rule is currently the subject of litigation. Thus it would be inappropriate for me to prejudge the outcome of any regulatory proceeding. I will follow all legal requirements regarding implementation of EPA's regulations.

12. Research has shown that pollution and its negative health impacts tend to be clustered, often in low-income communities, tribal communities, and communities of color. How will the Environmental Protection Agency address the disproportionate environmental impacts experienced by these communities and ensure meaningful community engagement in the agency's decision-making processes?

Response: I believe that every American deserves access to clean air and water, and I commit to working hard to meet the needs of all communities, consistent with the law.

13. The Environmental Protection Agency (EPA) defines cumulative impacts as "the totality of exposures to combinations of chemical and nonchemical stressors and their effects on health and quality-of-life outcomes." If confirmed, would you support incorporating the consideration of cumulative impacts on affected communities into Agency decision making, including permitting decisions?

73

EPA_00299844

Response: I cannot prejudge any policy decision. If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

14. Yes or no, do you agree with the following statement? "The Environmental Protection Agency must undergo a major reorganization, including developing a tiered-down approach to cut costs, reduce the number of full-time equivalent (FTE) positions, and eliminate programs."

Response: If confirmed, I look forward to working with the career staff at EPA to ensure there is adequate staffing and resources to fulfill the agency's mission to protect human health and the environment.

15. Yes or no, do you agree with the following statement? "The Office of Environmental Justice and External Civil Rights, the Office of Enforcement and Compliance Assistance, and the Office of Public Engagement and Environmental Education must be eliminated as a stand-alone entities."

Response: I commit to ensuring that Americans are protected. If confirmed, I look forward to working with the career staff at EPA to ensure the agency's mission to protect human health and the environment is applied equally for all Americans.

16. Yes or no, do you agree with the following statement? "The Environmental Protection Agency's mission would be better served by moving civil servants from headquarters to regional offices."

Response. As I stated in the hearing, "no one has expressed to me in any setting since I was announced as nominee or before that, of any plans with regard to moving the EPA headquarters out of D.C."

17. In April 2024, the Environmental Protection Agency finalized a rule that would designate two per- and polyfluoroalkyl substances (PFAS) as hazardous substances under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA). Yes or no, do you agree with the following statement? "The designation of PFAS chemicals as "hazardous substances" under the Comprehensive Environmental Response, Compensation, and Liability Act should be revisited."

Response: I cannot prejudge any policy decision. If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

18. The Integrated Risk Information System program is used to identify and characterize the health hazards of chemicals found in our environment. Yes or no, do you agree with the following statement? "Decision-making for human health assessments must be risk-based rather than by using hazard-based approaches like the Integrated Risk Information System program."

Response: Generally speaking, I understand that the Toxic Substances Control Act requires that EPA determine if a chemical substance presents an unreasonable risk to human health or the environment. If confirmed, I commit to ensuring that "risk" is used as the basis for the risk

74

evaluation and risk management of chemicals as required by the law.

19. When evaluating chemical exposures for workers in a risk evaluation under the Toxic Substances Control Act (TSCA), the Environmental Protection Agency (EPA) has revisited its posture on assuming that workers use personal protective equipment (PPE) properly or consistently. The EPA cites on its website that, 'data violations of PPE use suggest that assumptions that PPE is always provided to workers, and worn properly, are not justified. Continued use of this assumption could result in risk evaluations that underestimate risk, and in turn, risk management rules may not provide the needed protections." Yes or no, do you agree with the following statement? "Risk evaluations and risk management rules promulgated under the Toxic Substances Control Act should presume that workplaces are following all OSHA requirements, including requirements for personal protective equipment (PPE)."

Response: I cannot prejudge any policy decisions.  If confirmed, I look forward to working with talented EPA career staff to ensure that any decision is based on the science, available data and supports the Agency's mission to protect human health and the environment.

20. As you may know, the voluntary Safer Choice program at the Environmental Protection Agency provides an opportunity for consumers to easily identify and choose products that contain ingredients considered safer for their health and the environment. Yes or no, do you agree with the following statement? "The Safer Choice program should be transitioned to the private sector."

Response: I am aware of the benefits of the Safer Choice program, although I cannot prejudge any decisions on this issue before being briefed by EPA's career professionals on this issue.

21. In advance of your hearing, you were required to submit both a Questionnaire to the Committee as well as a Form 278e financial disclosure to the Office of Government Ethics (OGE). The OGE Form 278e is publicly available. In that disclosure you listed op eds that were not listed on the Questionnaire submitted to the Committee. Some of those op-eds were on subjects that seem pertinent to the Committee, including a FOX News op ed about New York's climate targets and a Newsday piece about environmental, social and governance policies. Why did you not list these pieces on the Committee Questionnaire?

Response: In the questionnaire, I highlighted several op-eds I published while in Congress, which highly exemplified my long-standing work on environmental issues. At the end of my list of publications, I offered to submit any additional sources into the record upon request by the committee.

22. You indicated in your hearing that you supported full transparency about the articles you had written. Will you provide this committee with the full list of op-ed articles that you have received payment for, including the subject of those op-eds that were never ultimately published?

Response: Below are links to the op-eds I received payment for:

https://www.washingtonexaminer.com/restoring-america/2908643/biden-administration-is-using-medicaid-regulations-to-target-red-states/

75

https://www.washingtontimes.com/news/2023/jul/13/bidens-financial-regulators-give-china-backed-brok/

https://nypost.com/2024/08/29/opinion/harris-housing-plan-would-inflate-costs-worsen-the-crisis/

https://www.realclearpolicy.com/articles/2023/03/03/how_congress_can_stop_the_next_ftx_885118.html

https://www.foxnews.com/opinion/new-york-targets-beef-producers-cant-meet-its-own-climate-goals

https://www.newsday.com/opinion/commentary/guest-essays/esg-investing-yte5q4zn

https://www.newsweek.com/last-thing-americans-need-another-broken-federal-retirement-program-opinion-1798123

The subjects of the op-eds that were not published were finance sector-related submissions.

> a. Who has provided you with drafts of or feedback on op-eds?

Response: LMZ Consulting worked with the firms that retained LMZ Consulting.

> b. Who hired CGCN, DCI, and CRC Advisors to commission you to draft the op-eds for which those firms paid you?

Response: Unknown

> c. Will you grant permission for the Environment and Public Works Committee to release that information publicly?

Response: I have no objection to the EPW Committee releasing my answers to Question 22A/B.

23. You reported receiving $21,675 from FOX News Network for the use of your media studio. How much of this was for use of the studio for interviews that FOX News conducted with you?

Response: $21,675, although the studio was made available for use by others.

24. You reported receiving $5,100 from Nexstar Media Group, Inc. for the use of your media studio. How much of this was for use of the studio for interviews that Nexstar Media Group, Inc. conducted with you?

Response: $5,100, although the studio was made available for use by others.

**Senator Markey:**

1. During your tenure in the House of Representatives, you voted twice for the *PFAS Action Act*, which requires the Environmental Protection Agency (EPA) to set drinking water

76

standards for per- and polyfluoroalkyl substances (PFAS). More than 100 million people will have cleaner drinking water as a result of the EPA's final maximum contaminant levels (MCL) for PFAS in drinking water. While ten states have their own PFAS drinking water standards, 40 states do not, leaving their residents with no protections if the national standard was to be eliminated. Do you agree that people should have clean water regardless of where they live?

Response: Yes

    a. If confirmed, will you ensure that the drinking water standard goes into effect in 2029?

Response: As I mentioned during my confirmation hearing, when I represented New York's First District in Congress, I was a member of the PFAS Task Force and voted for the PFAS Action Act. I also saw PFAS issues firsthand in Suffolk County, New York. I understand EPA's drinking water standards for certain PFAS are currently under review in federal court, and thus it would be inappropriate for me to prejudge the outcome of any future action that may be taken regarding these standards. I look forward to being briefed by EPA's career professionals on this issue, if confirmed.

    b. If confirmed, will you preserve, not weaken, the PFAS drinking water standard?

Response: I understand EPA's drinking water standards for certain PFAS are currently under review in federal court, and thus it would be inappropriate for me to prejudge the outcome of any future action that may be taken regarding these standards. I look forward to being briefed by EPA's career professionals on this issue, if confirmed.

    c. How will you build upon drinking water standards under the Safe Drinking Water Act to prevent additional contamination of our nation's drinking water with PFAS?

Response: It would be inappropriate for me to prejudge the outcome of any future action that may be taken regarding these standards. I look forward to being briefed by EPA's career professionals on this issue, if confirmed.

2. Following the designation of certain types of PFAS as hazardous substances under the Comprehensive Environmental Response, Compensation, and Liability Act, will EPA evaluate the risks from PFOA and PFOS during the mandatory five-year review of Superfund site remedies?

Response: If confirmed, I commit to following the law.

3. How will you work to limit industrial wastewater discharges of PFAS through effluent limitation guidelines under the Clean Water Act?

Response: If confirmed, I commit to following the law, and I look forward to being briefed by EPA's career professionals on this issue.

4. The EPA signed a memorandum of understanding with the Department of Labor to apply high-road labor standards to EPA programs funded by the Bipartisan Infrastructure Law

EPA_00299848

and Inflation Reduction Act. If confirmed, will you uphold this MOU and support high road labor standards, including prevailing wages, apprenticeship requirements, and project labor agreements?

Response: It is critical to work cooperatively with other agencies across the federal government. I have not reviewed this memorandum of understanding; however, if confirmed, I look forward to reviewing it.

5. The National Ambient Air Quality Standards are a core part of the Clean Air Act and have helped clean up America's skies since their bipartisan passage in 1970. These standards reduce pollution for a handful of critical pollutants, such as soot and ozone pollution, which are linked to increased rates of asthma, lost school and work days, cardiovascular disease, and death. Will you commit to enforcing these life-saving and economy-boosting public health standards?

Response: I commit to following the law.

6. In 2019, you voted to prevent the federal government from considering the economic costs of climate change. A 2024 study found that climate change alone will cost an average American born today nearly a million dollars over their lifetime, through a combination of cost-of-living increases, reduced earnings, increased healthcare costs, and natural disaster damages. Will you commit to ensuring the EPA factors climate-related economic impacts into its decision-making under your leadership?

Response: I commit to taking into consideration all benefits and costs as allowed by law and appropriate in the particular regulatory context.

7. The first EPA Administrator Bill Ruckelshaus—appointed by President Nixon—said "*EPA is an independent agency. It has no obligation to promote agriculture or commerce; only the critical obligation to protect and enhance the environment.*" On Fox News in November, you emphasized your commitment to rolling back regulations on day one, framing environmental protections as burdens on businesses. However, these regulations are critical to safeguarding clean air and water for Americans, as well as addressing environmental harms from climate change. While burdens to businesses can be considered during rulemakings, EPA was designed not to have an inherently economic-focused mission. Given your stated plan to roll back clean air and water protections, how will you uphold and prioritize EPA's mission to protect public health and the environment?

Response: Protecting the environment is a vital mission, but it cannot be done with disregard for the burdens that regulations can impose. The Supreme Court has held that agencies are generally required to consider the costs and benefits of their regulations, and has found in the past that EPA violated the law by refusing to do so. EPA and all agencies must act according to the law, which is the only way that their policies will be durable.

8. Coal ash contains hazardous pollutants including arsenic, boron, cobalt, chromium, lead, lithium, mercury, molybdenum, radium, selenium, and other heavy metals, which have been linked to cancer, heart and thyroid disease, reproductive failure, and neurological harm. Despite the federal 2015 Coal Ash Rule, widespread industry violation of the rule is causing significant groundwater contamination across the country. Last year, EPA

78

acknowledged industry's widespread non-compliance and made enforcement of federal coal ash safeguards an EPA priority as part of the National Enforcement and Compliance Initiative. Do you agree that hazardous pollutant levels in coal ash pose a danger to the public?

Response: I understand that EPA regulates coal combustion residuals as solid waste under subtitle D of the Resource Conservation and Recovery Act, which governs non-hazardous solid waste. I am aware that coal combustion residuals contain constituents such as heavy metals that may pose risks to human health and the environment in certain quantities and circumstances.

     a. If yes, do you agree that exposure to coal ash, including through its use as fill, should be reduced to a maximum possible extent?

Response: I will protect communities facing groundwater contamination in a manner consistent with EPA's statutory authorities from Congress. I am aware that EPA's solid waste regulations under subtitle D of the Resource Conservation and Recovery Act governing coal combustion residuals, first promulgated in the Obama Administration and revised during the First Term of the Trump Administration and again during the Biden Administration, continue to exclude from their scope the beneficial use of coal combustion residuals, so long as that beneficial use meets certain criteria in the regulations. I understand there are numerous environmental benefits from beneficial use of coal combustion residuals, and those should be considered when assessing the overall regulatory approach to coal combustion residuals.

     b. Will you ensure utilities comply with federal rule requirements to safely manage and dispose of coal ash?

Response: I commit to following the law.

     c. Will you ensure that regional offices have the resources to inspect and enforce the Coal Ash Rule to ensure clean water and healthy communities?

Response: While the Agency's budget is ultimately for Congress to determine, I understand that these are important issues and I commit to working with Congress, EPA's regional offices, and our State and Tribal partners to address them.

     d. Will you commit to using existing EPA authority to gather data on communities where coal ash has been used as fill for construction and landscaping projects, as well as protect further communities from exposure to coal ash fill?

Response: I am aware that EPA's solid waste regulations under subtitle D of the Resource Conservation and Recovery Act governing coal combustion residuals include a number of reporting and data collection obligations. I look forward to being briefed by EPA's career professionals on this issue.

    9. Given that 40 percent of all school age children today have one or more chronic health conditions, and that asthma is still the leading cause of absenteeism due to illness, would you as Administrator support and help expand EPA's Indoor Air in Schools program?

Response: I cannot prejudge any policy decision. If confirmed, I look forward to working with the talented career staff at EPA who are dedicated to the agency's mission to protect human

EPA_00299850

health and the environment.

10. Given that school facilities are often large, complex structures with layers of operating systems (roofing, plumbing, heating, cooling, building materials), rural-remote schools and those in disadvantaged communities can find it difficult to address contamination. Will you support EPA continuing to provide grants and technical assistance on remediation and removal of toxic substances in schools?

Response: As a father, the issue of a safe school environment is particularly close to my heart. While I cannot commit to outcomes prior to confirmation, please rest assured I look forward, if confirmed, to being briefed on toxic substances in American schools and finding solutions for remediation.

11. Water quality projects needed to meet goals of the Clean Water Act will cost an estimated $630.1 billion nationwide over the next 20 years, according to the most recent Clean Watersheds Needs Survey. What can EPA do to close this gap?

Response: While funding decisions are the responsibility of Congress, if confirmed, I commit to carrying out EPA's water quality programs as authorized by Congress in a manner consistent with the law and in conjunction with EPA's State, Tribal, and local government partners.

12. This past April, the EPA released its updated guidance on PFAS destruction and disposal. Can you commit that any disposal or destruction method deemed acceptable by the EPA will be verified through real-world data as effective and have continuous monitoring to ensure public safety?

Response: I appreciate the importance of this issue and look forward to being briefed on PFAS destruction and disposal by EPA's career professionals.

13. I appreciate your commitment to providing clean water for Americans. As EPA Administrator, how would you prioritize efforts to address lead contamination in drinking water, particularly in disadvantaged and overburdened communities?

Response: I commit to working on this important issue in a manner consistent with EPA's statutory authority under the Safe Drinking Water Act.

a. What specific steps would you take to ensure municipalities have the resources they need to comply with federal standards and protect public health?

Response: I commit to working on this important issue in a manner consistent with EPA's statutory authority under the Safe Drinking Water Act. I am aware that Congress has established various programs that EPA administers to provide support for water infrastructure projects to States, Tribes, and local governments, including the Water Infrastructure Improvements for the Nation Act grant programs and Drinking Water State Revolving Fund. If confirmed, I commit to being a good steward of taxpayer dollars and ensuring that funds appropriated to EPA are spent in a manner consistent with the law.

14. Will you commit to preserving EPA's Scientific Integrity Policy?

Response: I cannot prejudge the outcome of any particular policy review.

80

15. For infrastructure projects that are funded through federal financial assistance, the Build America, Buy America Act (BABA) requires that iron, steel, construction materials, and manufactured products produced in the United States. The EPA has made progress on the implementation of this requirement, as detailed in its 2024 Investing in America report. Do you support BABA requirements?

Response: I commit to following the law.

    a. Will you commit to helping EPA build its internal capacity to implement BABA requirements through internal policies and procedures?

Response: I commit to following the law.

16. More than 98 percent of Safer Choice-certified products are either headquartered in the United States or have a manufacturing site in the United States, and the Fiscal Year 2025 National Defense Authorization Act (P. L. 118-159) included a requirement to purchase cleaning products identified by the Safer Choice program or through an equivalent certification. Do you agree that the Safer Choice program provides value to both American companies and for consumer protection?

Response: I cannot prejudge any decisions on this issue. If confirmed, I will confer with the talented EPA career staff to ensure that any decision is based on the Agency's mission to protect human health and the environment.

17. Will you commit to fully continuing to implement the awarded Clean School Bus program grants and rebates?

Response: I commit to following the law. I cannot prejudge the outcome of any particular policy review.

18. EPA workers are essential to carrying out the mission of the agency. Will you honor collective bargaining agreements currently in place with EPA Unions?

Response: If confirmed, I will follow applicable legal requirements regarding EPA's employee unions.

    a. Will you ensure merit-based hiring and promotions?

Response: If confirmed, I will follow applicable legal requirements regarding EPA's employee unions. I cannot prejudge the outcome of any particular employment decision that may come before me.

    b. Do you agree to continue a robust Labor Management Forum?

Response: If confirmed, I will follow applicable legal requirements regarding EPA's employee unions. Additionally, I believe it is important for management and labor unions to have open dialogue.

**Senator Kelly:**

81

EPA_00299852

1. The State of Arizona has been collaborating with EPA, local governments, and universities across the state on the Ground Level Ozone Research project to identify ozone precursors both within and outside the Maricopa County region that are impacting ozone levels. Will you continue the research and support ozone studies and scientific discussions focused on the Maricopa County ozone nonattainment area?

Response: If confirmed, I will work with you and your staff on issues related to Maricopa County's ozone nonattainment area.

  a. What additional research will the EPA be conducting?

Response: Before making any commitments on additional research, I would need to meet with EPA staff to understand what potential gaps exist and how best to utilize taxpayer funds consistent with the authorities established by Congress.

  b. Will the EPA investigate the atmospheric chemical factors contributing to why reductions in anthropogenic ozone precursor emissions over the past seven years have not resulted in lower ozone concentrations in nonattainment areas across the west?

Response: Better understanding causes of ground-level ozone and mitigation techniques that improve air quality are important and I commit, if confirmed, to working with you on these issues.

2. Mr. Zeldin, as we discussed, Arizona needs support to ensure air emissions from Mexico are accounted for in our attainment planning process. Do you have a view on how the Agency can update its policies regarding the Clean Air Act's Section 179(b) exemption for international emissions?

Response: It's important to ensure that American communities are not penalized for pollution originating in other countries that they have no ability to control. With this principle in mind, EPA can articulate a clear standard for states to make international emission demonstrations to support state plan approvals and avoid unfair imposition of sanctions and penalties.

3. Mr. Zeldin, as we discussed, wildfire smoke is posing challenges to air quality monitoring throughout the western United States. How you would streamline the process for non-attainment areas to have exceptional events like wildfires properly considered in attainment status determinations?

Response: While I cannot prejudge the outcome of any particular attainment status determination, I agree that it is important for EPA to give due consideration to exceptional events like wildfires in a manner consistent with the Clean Air Act.

4. Mr. Zeldin, there are over 15,000 abandoned uranium mines (AUMs) across the Western United States, with 75% located on federal and tribal lands. According to U.S. EPA, AUMs pose an enormous environmental threat and "[p]otential health effects include lung cancer from inhalation of radioactive particles, as well as bone cancer and impaired kidney function from exposure to radionuclides in drinking water." In December 2023, the U.S. EPA issued its Final High-Pressure Slurry Ablation (HPSA) Treatability Study Report approving HPSA technology as "a viable technology for treatment of AUM waste." U.S.

EPA_00299853

EPA concluded that HPSA achieved "up to a 98 percent reduction in the concentration of uranium and up to a 93.5 percent reduction in the concentration of Ra 226 in the course fraction." It furthermore concluded that HPSA technology reduced leachability by up to 93 percent, original waste volume by up to 83 percent, and clean-up costs by up to 90 percent. Over the past year, U.S. EPA has been working closely with the Navajo Nation and the developer of the HPSA technology to develop a Phase 2 demonstration project at AUM sites on Navajo Nation lands. The Phase 2 demonstration project will further prove HPSA at commercial scale and is expected to be supported by funds from the Navajo Nation as well as funds from a Trust Fund previously established for the clean-up of AUMs pursuant to a legal settlement between the U.S. Government and the Navajo Nation. Will you commit to continuing to advance the U.S. EPA's partnership with the Navajo Nation and the developer of HPSA to further prove this promising technology's application to AUM clean-ups in preparation for full deployment?

Response: I acknowledge the importance of EPA partnering with Tribal governments to achieve positive environmental outcomes. While I cannot prejudge any particular policy outcome, if confirmed, I commit to working with you and stakeholders on this issue.

> a. Will you ensure ongoing negotiations of the U.S. EPA with the Navajo Nation, the developer of HPSA, the Trust Fund previously established for the clean-up of AUMs, and any other related parties regarding a HPSA Phase 2 demonstration project are able to continue when the Trump Administration takes office?

Response: I cannot prejudge any particular policy outcome. If confirmed, I commit to working with you and stakeholders on this issue.

5. For almost a century, Federal and state Miller Acts have provided protections for workers, subcontractors, and taxpayers against loss by requiring contractors to utilize payment and performance protections for the construction of public infrastructure projects. These protections help ensure projects are delivered on time and on budget, protect taxpayer revenue, and also provide meaningful safeguards for subcontractors, workers, suppliers by ensuring compensation in the event a lead contractor for an infrastructure project is unable to deliver on their obligations. However, application of the Federal and state Miller acts is not always clear on newer forms of project procurements, such as public private partnerships (P3s). Sen. Cramer and I introduced legislation last Congress, S. 2928, the Water Infrastructure Subcontractor and Taxpayer Protection Act, to address this ambiguity and ensure these commonsense protections are applied appropriately, regardless of project procurement. Would you commit to working with us as we continue to address this policy loophole?"

Response: If confirmed, I look forward to learning more about the particulars of this issue and engaging you and Senator Cramer, as appropriate.

6. One of the legacy projects my predecessor in the United States Senate, John McCain, championed in Arizona was an imitative called Rio Reimagined, which seeks to support economic development along the banks of the Salt River in Phoenix and surrounding communities. In 2020, EPA included the Rio Reimagined project within an EPA program called the Urban Waters Federal Partnership. This program seeks to support economic development alongside waterways in urban areas by facilitating brownfield and watershed cleanups along waterways. Mr. Zeldin, do you agree that EPA has a role to

83

play in supporting economic development through projects like the Rio Reimagined project?

Response: If confirmed, I look forward to being briefed by EPA's career professionals on the details of EPA's Urban Waters Federal Partnership, and to carry out the program in a manner consistent with law.

> a. Will you provide my team with feedback and technical assistance on bipartisan legislation we've introduced in prior years, called the Urban Waters Federal Partnership Act (S. 702)?

Response: Yes, I commit to working with you on this issue and to providing technical assistance from EPA as-needed.

7. Waters of the United States (WOTUS) is a term used in the Clean Water Act to identify which waters must comply with federal clean water standards. The Clean Water Act grants the Environmental Protection Agency and the United States Army Corps of Engineers the authority to define "waters of the United States" via regulations. The definition of "waters of the United States" has seen many legal challenges, leading to different definitions over the years. Most recently, the Supreme Court ruled that the Clean Water Act extends only to wetlands that have a continuous surface connection with "waters of the United States." The ruling limits the jurisdiction of EPA to regulate waters under the Clean Water Act and will require the agencies to develop a new definition of WOTUS. Given the ongoing legal and regulatory debates surrounding the definition of Waters of the United States, how do you plan to establish a clear and consistent framework that balances environmental protection with the interests of landowners and industries?

Response: As I mentioned during my confirmation hearing, it is critical that Americans have a clear understanding on which waters are subject to federal jurisdiction under the Clean Water Act. If confirmed, I commit to working with EPA's talented career professionals and the United States Army Corps of Engineers to provide needed clarity.

> a. What steps will you take to ensure that the classification of WOTUS reflects the latest scientific understanding of aquatic ecosystems and their connectivity?

Response: As I mentioned during my confirmation hearing, it is critical that Americans have a clear understanding on which waters are subject to federal jurisdiction under the Clean Water Act. If confirmed as EPA Administrator, I commit to working with EPA's talented career professionals and the United States Army Corps of Engineers to provide needed clarity.

8. States receive three core categorical grants from the federal government that support state implementation of key federal programs: air, water, and hazardous waste. Relatively stagnant funding combined with increased regulatory complexity, emerging issues, and state responsibility, compounded by significant growth in inflation, has eroded the actual level of support these programs receive and increases strain on state program budgets. Arizona and other states need increased funding to each of the three categorical grant programs to successfully carry out our responsibilities under federal law and protect public health. How do you plan to ensure that EPA is providing states with adequate funding support to implement delegated and primacy programs?

84

Response: While funding level appropriations are the responsibility of Congress, if confirmed, I commit to working with our State and Tribal partners to provide resources, information, and technical support on issues within EPA's jurisdiction.

      a. Do you anticipate any changes to the IIJA or IRA grant programs under the incoming administration?

Response: It would be inappropriate for me to prejudge the outcome of any action that EPA may take.

9. Water infrastructure is a foundational element for the economic development of communities, yet it is an area where rural and Tribal communities in Arizona and across the country have been left behind in terms of investment. This committee, the full Congress, and the EPA accomplished a lot in this area in the Bipartisan Infrastructure Law, but much more must be done. Specifically, disadvantaged communities benefit from the availability of technical assistance resources, and flexibilities being built into how funding can be used. What will EPA do under your leadership to address these challenges? Can you commit to working with the committee to ensure we're providing flexibilities and technical assistance resources that rural and Tribal communities need to improve their water infrastructure?

Response: I understand the importance of these issues to you and your constituents, and I look forward to working with the Committee on these issues if confirmed.

10. Phoenix saw a record breaking 143 days over 100 degrees Fahrenheit this summer. That's dangerous for senior and vulnerable. In your view, what is EPA's role in tackling extreme heat?

Response: I am aware that EPA has historically provided resources and information to people confronting extreme heat, in conjunction with State, Tribal, and local governments and other federal agencies including the Occupational Safety and Health Administration and the Centers for Disease Control and Prevention.

11. Federal clean energy investments from the IIJA and the IRA have spurred growth in clean manufacturing and affordable renewable energy, creating hundreds of thousands of new jobs, lowering energy costs for Americans, and cutting climate pollution. The suspension of investments like these would not only cost good paying jobs in Arizona, but potentially reverse the progress made in reducing emissions. As you review programs funded by the IRA and IIJA, will you commit to evaluate the impact to good paying manufacturing jobs, in states like Arizona, before making any changes to program implementation?

Response: Yes.

12. The Pesticide Registration Improvement Act (PRIA) was enacted to provide predictable timelines for pesticide registrants and additional funding for EPA's Office of Pesticide Programs (OPP). PRIA plays a crucial role in helping farmers access safe and effective tools by reducing delays in bringing innovative pesticide products to market while maintaining rigorous safety standards. Currently, about 62% of all pending pesticide registration actions under PRIA are late. In instances where OPP has missed PRIA

EPA_00299856

deadlines, OPP has not been clearly communicating the reasons why additional time is needed and the number of additional days needed to complete the PRIA action, as required under the statute. Other countries with equally robust regulatory reviews are approving new pesticide technologies months or years faster than EPA, leaving American farmers and applicators with fewer tools to combat disease and pest threats than those abroad. This puts the American farmer at a disadvantage and hinders American innovation. Given the importance of timely pesticide registrations for farmers and agricultural productivity, how will you, if confirmed as EPA Administrator, help ensure that the Office of Pesticide Programs adheres to PRIA timelines and allocates the necessary resources to meet the needs of farmers?

Response: If confirmed, I will work with EPA's Office of Pesticide Programs to improve its registration procedures by identifying areas for process improvements and optimization and work toward more timely pesticide registrations.

> a. Additionally, what steps will you take to enhance collaboration with agricultural stakeholders and improve the efficiency of the pesticide registration process?

Response: I cannot prejudge the steps to improve the efficiency of the registration process. If confirmed, I commit to work with EPA career staff to identify areas for process improvement and process optimization.

13. The U.S. is a global leader on sound science and risk-based regulatory approaches for agricultural pesticides. However, over the past several years the EPA has not been attending international forums, creating space for a hazard-based regulatory approach to be promoted globally. It is critical that the U.S. is not only present, but that EPA's leaders and experts actively participate in dialogues to provide technical expertise and support U.S. agriculture. If confirmed, do you commit that the EPA will once again participate and lead on the global stage to promote sound science and risk-based regulatory approaches?

Response: If confirmed, I commit to conferring with career EPA staff to ensure that the appropriate staff participate in global meetings and dialogues, in conjunction with the State Department as appropriate.

14. Mr. Zeldin, as we discussed, uranium mine cleanup on the Navajo Nation is a priority for me. Will you support applying the latest technology to promote better remediation results at CERCLA clean-up sites?

Response: Generally speaking, it is important to consider available technological developments that have been adequately demonstrated when considering potential remedies to address releases at contaminated sites. While I cannot comment on any particular cleanup effort, I commit to working with you on this priority for you and your constituents.

> a. Do you believe that CERCLA remediation efforts at abandoned uranium mines in the Navajo Nation should favor remedies that recover waste uranium and critical minerals while simultaneously reducing groundwater contamination by eliminating the leachability of the toxic materials?

Response: I am aware that EPA considers and balances a host of factors, consistent with the

86

Comprehensive Environmental Response, Compensation, and Liability Act  and EPA's implementing regulations, when determining the appropriate remedy for a contaminated site. While I cannot comment on any particular cleanup effort, I commit to working with you on this priority for you and your constituents.

> b. High-Pressure Slurry Ablation is such a remedy, and a study financed by USEPA found it to be a very promising technology for CERCLA remediation within the Navajo Nation and at other locations. However, Region 9 of USEPA has not funded any further studies. Would you support additional studies and pilot projects?

Response: While funding decisions are the responsibility of Congress, if confirmed, I look forward to working with EPA's career professionals in Region 9 on these issues.

> c. Do you support the USEPA's National Strategy to Expand Superfund Optimization Practices from Site Assessment to Site Completion, and will you apply that policy to sites on the Navajo Nation?

Response: It would be inappropriate for me to prejudge any changes to this program before having the opportunity to consider the issues and confer with EPA's career professionals on this topic, once confirmed.

> d. How will USEPA move forward engaging and collaborating with tribal leaders and tribal governments to ensure full alignment and support for on-going Superfund cleanup efforts, recognizing the unique sovereignty and cultural needs of Tribal Communities, particularly Navajo Nation?

Response: While I cannot comment on any particular cleanup effort, I commit to working with you on this priority for you and your constituents, as well as working with the appropriate State, Tribal, and local government officials in a manner consistent with EPA's regulations and policies, including EPA's policy on tribal consultation.

> e. How will USEPA secure long-term support and funding for the Navajo National Superfund Program from the USEPA Superfund Tax? Specifically, how will USEPA guarantee funding from the Superfund Tax for the new Lukachukai Mountain Mineral District, the first National Priority List site on the Navajo Nation which was added to the NPL in March 2024?

Response: While it is premature to take positions on spending priorities before I have been confirmed and fully briefed on issues pertaining to the Agency, I look forward to being briefed on this issue.

**<u>Senator Padilla:</u>**

1. The California Conservation Corps provides young adults with paid opportunities to  work on environmental conservation, natural resource management, and disaster response projects, equipping them with hands-on experience, education, and job training. Widely regarded as a successful model, the program offers pathways to careers in environmental and public service sectors while addressing critical challenges facing the state. Mr. Zeldin, if confirmed, how will the EPA work with and build on programs like the

87

California Conservation Corps to provide the next generation with opportunities to develop valuable skills and create job opportunities?

Response: If confirmed, I commit to carrying out the authorities that Congress has granted to EPA on this issue in a manner consistent with law.

2. In September, the EPA proposed to designate the former Exide Technologies site on the Superfund list, which puts the site on the path towards final designation and justice for the many Southeast Los Angeles communities who are suffering from lead and other contamination. Unfortunately, under the prior Trump Administration, the EPA proposed significant cuts to the EPA's budget overall, including to the Superfund program. We're not going to be able to move sites through the Superfund process and clear the backlog if we underfund this critical program. Mr. Zeldin, if confirmed, will you commit to working with me and Southeast Los Angeles communities affected by Exide's crimes to ensure that we get a proper clean-up?

Response: I am aware that, according to EPA, there are more than 1,100 Superfund sites currently on the National Priorities List, and 39 additional sites proposed for listing. While funding decisions are the responsibility of Congress, and while I cannot prejudge the outcome of any proposed Superfund site listing, I commit to working with you on priorities important to you and your constituents if confirmed.

a. And, will you commit to requesting sufficient funds in future EPA budget requests for the Superfund program?

Response: While funding decisions are the responsibility of Congress, I commit to working with you on priorities important to you and your constituents if confirmed.

3. As we work to bring manufacturing back to the US, we must also commit to keeping American families safe from toxic chemicals used in everyday consumer products. Currently, there is insufficient scientific data for evaluating the health effects of all potentially toxic chemicals, but advances in high performance machine learning are promising. How would the use of supercomputing and computational toxicology assist the EPA with the assessment of new chemicals under the Toxic Substances Control Act and would such a program be helpful in bolstering the use of science in EPA's decision making?

Response: If confirmed, I will confer with the talented EPA career scientists and technology experts to consider this issue.

4. As the largest agricultural state in the nation, California grows more than 400 commodities, many of which are specialty crops that are not grown anywhere else in the country. EPA has significant responsibility for ensuring the safety and efficacy of pesticides, antimicrobials, and disinfectants for human health and the environment. Yet

88

years of declining budgets and staffing at EPA's Office of Pesticide Programs has delayed and prevented innovative crop protection products from reaching the market, many of which could reduce costs, improve yield, and are more sustainable than existing technologies. How will the EPA ensure OPP has adequate resources to fulfill its responsibilities under the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA) and the Pesticide Registration Improvement Act (PRIA)?

Response: I understand the important role EPA plays in administering this program. While funding decisions are the responsibility of Congress, I commit to carrying out the authorities that Congress has granted to EPA on this issue in a manner consistent with law.

5. Tribal access to water and sanitation is often unreliable. Native American households are 19 times more likely than white households to lack indoor pipes for running water and sanitation. In addition, these water systems are almost all small, rural, and understaffed. How will the EPA ensure that Tribal systems receive the support needed to address critical system upgrades, operations and maintenance, and workforce development shortfalls?

Response: I am aware that Congress has established various programs that EPA administers to provide support for water infrastructure projects to Tribes, including the Water Infrastructure Improvements for the Nation Act grant programs and Drinking Water State Revolving Fund that includes a tribal "set-aside." If confirmed, I commit to being a good steward of taxpayer dollars and ensuring that funds appropriated to EPA are spent in a manner consistent with the law.

6. The maritime industry has increasingly pushed and set decarbonization goals to address greenhouse gas pollution. For example, Maersk and Carnival have committed to decarbonizing their operations by 2040 and 2050, respectively. As the maritime industry continues to adopt the International Maritime Organization's greenhouse gas recommendations, what role will the EPA play in incentivizing maritime decarbonization efforts to address the needs of industry and the environment?

Response: I would have to confer with the technical experts at EPA on this issue. If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

7. In 1972, the EPA banned the chemical DDT because of the risks it posed to human health, wildlife, and the environment. Before that happened, substantial amounts of DDT were dumped into the Pacific Ocean. These chemicals have been reported to make their way up the food chain – creating a toxic legacy that pollutes our precious ocean ecosystems and fisheries. How will the EPA address and work to create a long-term plan for remediation of this chemical disaster through its Superfund authority?

Response: I would have to confer with the technical experts at EPA on this issue. If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

8. Due to the ongoing wildfires in Los Angeles, the air quality in Southern California has

EPA_00299860

been drastically impacted, with several notices going out warning residents about the smoke, ash, and pollution in the air. If confirmed, will you commit to ensuring that the EPA continues to support the recovery in Los Angeles and continues to provide real-time information to Angelenos regarding the health impacts of the wildfires and subsequent destruction?

Response: We are all concerned about these fires and their impacts. I commit to using available means to urgently address them, consistent with the Agency's authority provided by Congress.

9. State and local regulators in my state have done everything they can to reduce toxic emissions for sources that they have jurisdiction over. What's left are the things that only the federal government can regulate, like the transportation sector. But I want to be clear  that the answer to our non-attainment issues is not deregulate or lower the bar for attainment. That doesn't actually do anything to improve the air quality for my constituents. Instead, we need the federal government to actually step up and do its part. If confirmed, will you commit to using EPA's regulatory authority to actually improve the air quality for my constituents, and not just let polluters off the hook by lowering environmental and public health standards?

Response: Ensuring that areas are able to attain NAAQS standards should be a top priority for States, as they are responsible for establishing plans to meet those standards. Issues related to emissions that the state or area cannot control are ones faced by many states. If confirmed, I commit to using EPA's regulatory authority pertaining to the NAAQS in a manner consistent with the law.  I also commit that EPA will work with our State and local government partners to provide technical assistance and other resources to assist with attainment efforts.

10. The Environmental Protection Agency's list of obligations and duties has been exponentially increasing as new industries, products, and processes arise as a result of American innovation. However, the EPA's budget and workforce have not seen a meaningful increase to keep pace with the demands of the Agency since 2010. What will you do, if confirmed, to ensure the agency is fully staffed and resourced to perform their duties to keep people and natural resources safe and clean?

Response: If confirmed, I will ensure that the Agency follows the law concerning expenditures of money appropriated by Congress, partnering with you to ensure that there is adequate staffing for the Agency's mission to protect human health and the environment.

11. EPA's Draft Insecticide Strategy aims to ensure pesticide impacts on listed species under the Endangered Species Act are lessened, if not neutralized. What is your plan to advance the Draft Strategy?

Response: I would have to confer with the technical experts at EPA on this issue. If confirmed, I look forward to working with the talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

EPA_00299861

12. Water quality projects needed to meet goals of the Clean Water Act will cost an estimated $630.1 billion nationwide over the next 20 years, according to the most recent Clean Watersheds Needs Survey. What can EPA do to close this gap?

Response: While funding decisions are the responsibility of Congress, if confirmed, I commit to carrying out EPA's water quality programs as authorized by Congress in a manner consistent with the law and in conjunction with EPA's State, Tribal, and local government partners.

13. PFAS is a growing public concern and has direct linkages between source water protection and public health. The states with the highest level of PFAS include California, New Jersey, Michigan, Massachusetts, New Hampshire, North Carolina, Alabama, and Pennsylvania to name a few. Whether you live in a red or blue state, we're all affected by PFAS pollution. How will EPA meet this challenge to keep harmful PFAS out of source water to protect communities and help utilities and treatment plants deal with this emerging threat?

Response: As I mentioned during my confirmation hearing, when I represented New York's First District in Congress, I was a member of the PFAS Task Force and voted for the PFAS Action Act. I also saw PFAS issues firsthand in Suffolk County, New York.  If confirmed, I commit to carrying out the authorities that Congress has granted to EPA on this issue in a manner consistent with law.

14. Given the increase in cybersecurity attacks on public water utilities in recent years, how will you as Administrator, if confirmed, support improving the water and wastewater sectors cybersecurity resiliency against threats from malicious actors?

Response: I am aware that EPA has stated that cyber attacks against public water systems are increasing. If confirmed, I commit to carrying out the authorities that Congress has granted to EPA on this issue in a manner consistent with law.

**Senator Schiff:**

1. I asked you a number of questions at your confirmation hearing on January 16, 2025. I was grateful for your willingness to answer my questions and for the number of commitments you provided, listed below, to ensure clean air, water, and more for all Californians. If confirmed, will you agree to meet with me in March to discuss the issues I raised in further detail as well as your progress on the commitments made during your public nomination hearing?

Response: If confirmed, I commit to working with you and your office on issues within EPA's authority important to you and your constituents, and commit to working with your office to schedule a meeting at a mutually convenient time.

a. As you know, the horrific fires in Los Angeles have displaced thousands of

91

people and have resulted in the loss of more than two dozen lives, destroying Californians' homes, livelihoods, and so much more. It's more important than ever that California has the full support of the federal government to recover and respond. I appreciated our discussion at the hearing about your work as State Senator in New York as a member of the State Senate Bipartisan Task Force on Hurricane Sandy recovery and EPA's close work with federal agencies and the states of New Jersey and New York to assess damage and respond to environmental concerns after the hurricane. Furthermore, I appreciate your commitment to advocating for the same strong disaster response and recovery assistance from the EPA to California after the Los Angeles fires as EPA provided to your constituency in Long Island after Hurricane Sandy.

b. I appreciate your commitment at the hearing to doing everything in your power to ensure California receives EPA assistance after the Los Angeles fires to ensure that local water supplies are tested, treated, and restored to safe drinking water standards, just as EPA stepped in to do after the horrific Maui fires.

c. I further appreciate your comments about working to ensure that Americans affected by disasters receive relief regardless of whether they are in a red state or a blue state.

d. As I discussed with you privately and during the hearing, the Tijuana River pollution crisis has brought immense industrial waste and raw sewage over the border from Mexico into California, posing serious environmental and public health challenges to San Diego and Imperial County. I appreciated your commitment to reviewing the EPA's Border Water Infrastructure program, specifically with the needs of California and the Tijuana River pollution crisis in mind. Furthermore, I was grateful to hear your commitment to reviewing the EPA's January 7, 2025 decision to deny a request to investigate the Tijuana River Valley for a potential Superfund designation and consider whether a different judgment should be reached, should you be confirmed.

e. As I raised during the hearing, the average home in South Los Angeles is over 70 years old and more likely to contain corroded lead plumbing than other regions in the state. Additionally, out of the 58 counties in the state of California, Fresno County has one of the largest numbers of children with high levels of lead in their blood. In October, the EPA announced new final regulations requiring drinking water systems across the country to identify and replace all lead pipes within 10 years. I appreciated your commitment at the hearing to ensure the EPA continues its work to provide local communities like those in Fresno and in South Los Angeles with access to safe drinking water, particularly in underserved communities.

f. As you know, the EPA administers 12 geographic programs, longstanding geographic specific programs that help protect local ecosystems and communities from climate change, habit, habitat loss, and pollution. Their efforts to add the Salton Sea in California, which is an ecological disaster, potentially paired with the Great Salt Lake, which has similar ecological and health issues, as part of EPA geographic program designation. If successful, such a designation would bring revenues that could be used to mitigate an environmental hazard in a very

EPA_00299863

neglected part of the state. I appreciated your commitment at the hearing to reviewing the ecological hazards at the Salton Sea and consider adding the Salton Sea as one of these geographic programs.

g. As I shared at the hearing, residents of Fresno in the San Joaquin Valley had just 10 days of healthy air last summer, a stark reminder of the urgency of California's air pollution issues. The EPA has long supported California's efforts to address this crisis through clean vehicle programs, regulatory actions, and strong enforcement. I was grateful for your comments to continue support for investments like those the EPA has already made in the San Joaquin Valley to improve air quality in California.

2. Will you ensure that the historically underserved communities in Altadena and across Los Angeles County receive the resources and assistance they need in recovering from the environmental damage caused by the LA fires from the EPA?

Response: We are all concerned about these fires and their impacts. If confirmed, I commit to using available means to urgently address them, consistent with the Agency's authority provided by Congress.

3. The Central Coast is a geographically and demographically diverse region of California where research has found that possible PFAS contamination from pesticides disproportionately affects communities of color. California's Central Coast Regional Water Quality Control Board approved a Voluntary Cleanup and Abatement Agreement with San Luis Obispo County and CAL FIRE to address PFAS contamination at the airport resulting from the use of firefighting equipment during training and operational activities. Will you commit to working with members of the California Congressional Delegation to ensure that airports seeking assistance under the FAA Reauthorization Act of 2024 are supported by the EPA?

Response: We are all concerned about these fires and their impacts. If confirmed, I commit to using available means to urgently address them, consistent with the Agency's authority provided by Congress.

4. The EPA's Clean School Bus Program is a national initiative that is helping communities reduce emissions from older diesel school buses. The program provides funding to replace older diesel-fueled buses with cleaner, zero-emission models and aims to improve air quality and protect the health of students and surrounding communities. California has been a leader in electric school bus manufacturing. If confirmed as EPA Administrator, do you plan to continue the EPA Clean School Bus Program?

Response: If confirmed, I will work to carry out EPA programs authorized by Congress in a manner consistent with law.

**Senator Blunt Rochester:**

93

1. In 2020, you voted in favor of an inadequate soot pollution standard that was neither backed by scientific evidence nor recommended by the agency itself. Will you commit to protecting, not weakening, the soot pollution standard and other critical environmental standards under the Clean Air Act?

Response: I will follow the law and make sure the EPA is fulfilling Congressional obligations under the Clean Air Act.

2. Water affordability keeps American families up at night. The EPA recently found that over 19 million households struggle to pay their monthly water bill. This is unacceptable.

   The Bipartisan Infrastructure Law laid the groundwork for the EPA to play a role in solving this problem by authorizing for them to administer a much-needed assistance pilot program that I helped author.

   How will your EPA address water affordability and ensure all Americans have access to this basic resource?

Response: Too many American families are facing numerous economic hardships. If confirmed as Administrator, I will address the issue of water access and affordability using the authorities provided to the Agency by Congress, in partnership with States, Tribes, and local governments.

   a. Will you commit to working with my office and the committee to fund this pilot program to help address the 19 million households in need of support lowering their water bills?

Response: While funding decisions are the responsibility of Congress, I commit to working with your office on drinking water issues.

3. As you may know, roughly a third of the workforce in the water sector is within 5-10 years of retirement and there are considerable challenges associated with recruitment, retention, and training of plumbers, water treatment plant operators, and utility operators. Do you believe that this is an issue that should be prioritized by the EPA?

Response: Water workforce resilience is an important issue facing our nation. I am aware that, in 2020, EPA under the Trump Administration issued a Water Sector Workforce Initiative to help address the challenges of recruitment, training, and retention of water sector workforce employees. If confirmed, I commit to addressing issues facing the water sector in a manner consistent with legal authorities provided to the Agency by Congress.

   a. Will you support allocating funding to address this major issue?

Response: While funding decisions are the responsibility of Congress, I commit to working with your office on drinking water issues.

4. Programs such as the Clean Ports Program, the Climate Pollution Reduction Grants, and the Greenhouse Gas Reduction Fund have helped both red and blue states, including

94

Georgia, Florida, and my home state of Delaware. However, these programs are rumored to be at risk under your potential leadership of the EPA.

Mr. Zeldin, how will your EPA ensure that these successful programs continue to be implemented to improve these states' energy infrastructure and technology?

Response: If confirmed, I will work to carry out programs established and funded by Congress.

5. Mr. Zeldin, you've been a long-time and vocal supporter of EPA's National Estuaries Program. You co-founded the National Estuary Caucus, cosponsored a resolution to designate a National Estuaries Week, and supported reauthorization of the National Estuary Program. Will you commit to supporting the National Estuaries Program at EPA and ensuring it  does not face any funding cuts?

Response: The National Estuaries Program is a non-regulatory program established by Congress under section 320 of the Clean Water Act, designed to improve the waters, habitats and living resources of 28 estuaries across the country. If confirmed as EPA Administrator, I look forward to working closely with EPA's career professionals on administering this program and others that affect our nation's estuaries in a manner consistent with the law.

6. Mr. Zeldin, small refineries in Delaware, New Jersey, and Pennsylvania have raised questions on the feasibility and effectiveness of the Renewable Fuel Standard. If confirmed, will you commit to working with me to address concerns we have. If you are confirmed, can you commit to working with me to help ensure small refineries are able to meet the requirements of the program in a way that does not put union refining jobs at risk?

Response: If confirmed, I will work with you to ensure that the Renewable Fuel Standard program is carried out consistently with the law that Congress has enacted to govern it.

**Senator Alsobrooks:**

1. When you and I met, we spoke about your efforts in Congress involving the National Flood Insurance Program—a program that is important in your home state and in mine. On a related topic, the cost of homeowners insurance is on the rise. Since 2018, homeowners insurance non-renewals have increased by 30 percent in Maryland. Major homeowners insurance providers are dropping hundreds of thousands of policyholders in response to frequent extreme weather events caused by climate change. Do you agree that the effects of climate change are driving economic hardship for American families, such as unaffordable insurance premiums?

Response: Too many American families are facing numerous economic concerns. Coming from a coastal state myself, I've seen the challenges and disappointments this issue causes. If confirmed, I will work with the tools Congress has given me to protect Americans.

a. If yes, do you believe that the Environmental Protection Agency (EPA) has an obligation to address the root causes of climate change, including reducing greenhouse gas emissions?

Response: If confirmed, I commit to following the law in every respect.

95

2. During your hearing, I asked if you supported the unofficial Department of Government Efficiency's proposal to lay off 75 percent of government workers. Specifically, I asked if you supported firing 75 percent of EPA employees. You said that you were unaware of EPA layoffs during the last Trump administration and that you were unaware of plans to fire EPA employees during this term. Would you please clarify whether you would support a significant reduction in EPA's workforce if confirmed?

Response: If confirmed, I look forward to working with the very talented career staff at EPA who are dedicated to the agency's mission to protect human health and the environment.

3. During your hearing, I asked whether you supported Project 2025's proposal to move the EPA headquarters out of Washington, D.C. You stated that you were unaware of plans to move the EPA headquarters. Would you please clarify whether you would support or oppose such a move if confirmed?

Response: As I stated in the hearing, "no one has expressed to me in any setting since I was announced as nominee or before that, of any plans with regard to moving the EPA headquarters out of D.C."

96

Message

| | |
|---|---|
| **From:** | Voyles, Travis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1B106CBC235C47EFA550A831B623BF28-F26BBFA8-54] |
| **Sent:** | 2/14/2025 5:00:13 PM |
| **To:** | Vaseliou, Molly [Vaseliou.Molly@epa.gov] |
| **CC:** | Amidon, Eric [Amidon.Eric@epa.gov] |
| **Subject:** | FW: Loving, Kathryn shared "contract_details" with you |

These are being terminated now.

--

Travis Voyles
C: (202) 787-0595

**From:** Killian, Cole <Killian.Cole@epa.gov>
**Sent:** Friday, February 14, 2025 11:48 AM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you for this update Travis.

As a note: OMS is giving input on whether they think any given contract is mission-critical, and they didn't mark any of these contracts as mission-critical.

OMS is now moving forwards with terminating these contracts.

Best,
Cole

**From:** Voyles, Travis <voyles.travis@epa.gov>
**Sent:** Thursday, February 13, 2025 10:18 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Cc:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Thank you!

And below is the test batch run that just got approved to cancel. We will go back into the spreadsheet and mark these as "Approved to Cancel".

| Date Cancellation Process Started | PIID | Terms and Conditions | Rationale | Notes from EAS Description | Recipient Name |
|---|---|---|---|---|---|

| 2/11/2025 | 68HERH24F0023 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | Technical assistance for planning, development, implementation, and reporting assistance related to the environmental climate justice program. | ENDYNA, INC. |
|---|---|---|---|---|---|
| 2/11/2025 | 68HERH23F0237 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. If we were doing this, we should insource. | The contractor will fulfill OEJECR's need for EJ and Civil Rights programming and learning material in support of implementing EJ and Civil rights considerations into EPA policies, programs, and activities. | ENDYNA, INC. |
| 2/11/2025 | 68HE0P24F0031 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing | The Suppliers are encouraged to bid on training 40 employees for 3 days of training over a 5-week training period, spread out over 5 months that is in person training. The training will focus on critical leadership skills and should include some training on Environmental Justice, Working with Communities, and Diversity Equity Inclusion and Accessibility (DEIA). | HUMAN CAPTIAL RESOURCES & CONCEPTS INC |
| 2/11/2025 | 68HERC24F0330 | No notice required. Term for convenience. FAR 52.249 | Waste: Should be in-sourced. (Training material development.) And HIA probably has a DEI angle, though it is not explicit here. | The EPA Office of Research and Development (ORD) is collaborating with Region 5 to develop Health Impact Assessment (HIA) learning objectives and training materials for new and existing EPA staff, and potentially external partners, such as states, to understand and perform HIA in an EPA context. ORD has a long history of doing HIA research and practice. Based on our experience, we are well-positioned to be a resource for the Agency as it is building capacity to do cumulative impact assessment (CIA), of which one existing methodology is Health Impact Assessment. Cumulative impact assessment is a priority by which EPA has committed to addressing environmental justice issues. | PEGASUS TECHNICAL SERVICES, INC |

| 2/11/2025 | 68HERH23F0327 | No notice required. Term for convenience. FAR 52.249 | Waste: Retreats might be wasteful, and external contractor support for a retreat is definitely wasteful. | The contractor shall provide strategic planning, facilitation and leadership support for the Office of Land and Emergency Management (OLEM), Office of Emergency Management (OEM) conferences and meetings related to OEM senior management and staff office wide retreats. Support for this task order should also include an experienced, skillful facilitator to conduct interviews with each OEM staff and manager, provide developmental training exercises and training materials, pre-retreat development of an agenda and topical discussions to include strategic planning, and provide highlights after the meeting. | GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. |
| --- | --- | --- | --- | --- | --- |
| 2/11/2025 | 68HERC23P0042 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Procure Gartner HR research and advisory services covering employee experience, diversity, equity, inclusion and accessibility, and work life integration. | GARTNER, INC. |
| 2/11/2025 | 68HERH24P0143 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A STEM AUDIENCE. TRAINING OFFERED SHOULD BE | LIGHTHOUSE STRATEGY CONSULTING LLC |
| 2/11/2025 | 68HERC23F0428 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | ICF INCORPORATED, L.L.C. |
| 2/11/2025 | 68HERH24F0409 | No notice required. Term for convenience. FAR 52.249 | EO: Ending radical and wasteful government DEI programs and preferencing. | Provides administrative support and meeting planning support to the office of environmental justice and external civil rights. | INTSCI-ENDYNA LLC |

| Public Contract Description | Base and All Options Value | Base Exercised Options Value | Total Obligation | Outstanding Value |
|---|---|---|---|---|
| BPAS 68HERH22A0018 THROUGH 68HERH22A0029. THIS IS A NEW COMPETITIVE EARTH T&M/FFP HYBRID CALL ORDER FOR OEJECR ENTITLED, "TECHNICAL ASSISTANCE FOR GRANT APPLICANTS/RECIPIENTS AND ADMINISTRATIVE SUPPORT TO EPA UNDER THE CLEAN AIR ACT SECTION | $117,931,407.48 | $70,122,340.16 | $64,668,605.16 | $53,262,802.32 |
| THIS CALL ORDER IS TO AWARD A CONTRACT FOR ENVIRONMENTAL JUSTICE AND CIVIL RIGHTS PROGRAMMING AND LEARNING. | $6,895,921.10 | $3,206,754.60 | $750,000.00 | $6,145,921.10 |
| | $228,292.84 | $43,000.00 | $43,000.00 | $185,292.84 |

| | | | |
|---|---|---|---|
| | $248,464.00 | $109,528.00 | $109,528.00 | $138,936.00 |
| TASK ORDER FOR FACILITATION, LEADERSHIP DEVELOPMENT, AND OFFICE-WIDE RETREAT SUPPORT (FOLLOW-ON TO EP-17-W-003/0013) UNDER MULTIPLE-AWARD BRIDGE CONTRACTS FOR OFFICE OF LAND AND EMERGENCY MANAGEMENT, OFFICE OF EMERGENCY MANAGEMENT. | $108,255.27 | $108,255.27 | $64,533.82 | $43,721.45 |
| | $95,922.00 | $95,922.00 | $95,922.00 | $0.00 |
| CONSULTING SERVICES TO DEVELOP A COMPREHENSIVE PLAN AND STRATEGY WHICH ADDRESSES DIVERSITY, EQUITY, INCLUSION, ACCESSIBILITY, AND STAFF ENGAGEMENT IN A WAY THAT IS MEANINGFUL, RELEVANT, AND APPROPRIATE FOR A | $180,000.00 | $180,000.00 | $180,000.00 | $0.00 |

| STEM AUDIENCE. TRAINING OFFERED SHOULD BE | | | |
|---|---|---|---|
| SUPPORT FOR EXPANDING THE ENVIRONMENTAL JUSTICE CONTENT WITHIN ACE (AMERICA'S CHILDREN AND THE ENVIRONMENT) | $985,889 | $985,889 | $985,889 | 0 |
| CONTRACTOR SUPPORT FOR OFFICE OF ENVIRONMENTAL JUSTICE AND EXTERNAL CIVIL RIGHTS, OFFICE OF POLICY, PARTNERSHIPS AND PROGRAM DEVELOPMENT, PARTNERSHIPS AND COLLABORATION DIVISION. | $257,672.10 | $257,672.10 | $257,672.10 | $0.00 |

--

Travis Voyles
C: (202) 787-0595

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Thursday, February 13, 2025 6:11 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Corlett, Thomas <Corlett.Thomas@epa.gov>; Hanson, Paige (Catherine) <hanson.catherine@epa.gov>; Killian, Cole <Killian.Cole@epa.gov>
**Subject:** RE: Loving, Kathryn shared "contract_details" with you

Hi everyone,

Keeping up the cadence today, we have added to the queue a list of 71 grants that were all signed before July 1, 2024, worth $119M (ceiling; savings will be lower once we subtract obligations). The new tab is called "Feb 13 grants to cancel".

It was great to put 5 of the "gold bars" on this list, that are signed before July 1! (The majority of those were signed after July 1.) We have marked those 5 rows in blue, because gold is too hard to read. Total award value for those 5 is $36.9M, of which $27.8M has not yet been obligated. We are calling them "gold bars" because they were awards to grant makers who plan to give subawards. 4 of the 5 are part of the Thriving communities grantmaking program that Lee cancelled part of earlier today.

Best,
Kathryn

EPA_00299913