Message

---

**From:**    Voyles, Travis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1B106CBC235C47EFA550A831B623BF28-F26BBFA8-54]
**Sent:**    2/20/2025 11:40:12 PM
**To:**      Hanson, Paige (Catherine) [hanson.catherine@epa.gov]
**Subject:** FW: thanks for taking my call!

--

Travis Voyles
C: (202) 787-0595

---

**From:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Sent:** Thursday, February 20, 2025 6:07 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Amidon, Eric <Amidon.Eric@epa.gov>; Voyles, Travis
<voyles.travis@epa.gov>
**Subject:** RE: thanks for taking my call!

The first two grants are part of the Greenhouse Gas Reduction Fund, and so is the last grant to Hope
Enterprises.

---

**From:** Vaseliou, Molly
**Sent:** Thursday, February 20, 2025 5:41 PM
**To:** Corlett, Thomas <Corlett.Thomas@epa.gov>; Amidon, Eric <Amidon.Eric@epa.gov>; Voyles, Travis
<voyles.travis@epa.gov>
**Subject:** FW: thanks for taking my call!

---

**From:** Madeleine Rowley <mrowley@thefp.com>
**Sent:** Thursday, February 20, 2025 5:39 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Cc:** Weiner, Ben <Weiner.Ben@epa.gov>; Mandy, Cora <Mandy.Cora@epa.gov>; Gall, Daniel <Gall.Daniel@epa.gov>
**Subject:** Re: thanks for taking my call!

**Caution:** This email originated from outside EPA, please exercise additional caution when
deciding whether to open attachments or click on provided links.

Hi Molly,

Thanks so much for the informative call today! I look forward to working with you on a story for The
Free Press. Here are the grants I found today that I found to be particularly interesting:

1.    $2.9 billion to Opportunity Finance Network under the Inflation Reduction Act to provide
federal funds to community lenders. Harold Pettigrew is the CEO. He was appointed by Biden to serve
on the Community Development Advisory Board of the US Department of the Treasury from 2021-
2024. Salary for the portion of the year for which he worked for OFN in 2023 was $250,000.

2.        $249 million to Inclusive Prosperity Capital under the Inflation Reduction Act. Kerry O'Neill is the CEO. She was formerly the Chair on the EPA's Environmental Financial Advisory Council.  Salary is over $300,000.

3.        $19 million granted to Young, Gifted, & Green under the Inflation Reduction Act to "THE PROJECT WILL ENCOMPASS THREE CLIMATE ACTION STRATEGIES AND THREE POLLUTION REDUCTION STRATEGIES TO UNDERTAKE COMMUNITY TRANSFORMATIONAL CHANGE IN ENVIRONMENTAL JUSTICE ACROSS THE PROJECT AREA." CEO is LaTricia Adams, who was appointed by Biden to the White House Environment Justice Advisory Council.

4.        $10 million of various grants involving water studies to The Water Research Foundation. CEO is Peter Grevatt, who spent 31 years at the EPA, and he makes over $420,000 annually.

5.        $93.7 million to Hope Enterprise Corporation under the Greenhouse Gas Reduction Fund. CEO Bill Bynum makes over $500,000 and was on the Biden-Harris transition team.

I'm continuing to comb through grants, but these have stood out so far. I'd love to know if Administrator Zeldin plans to cancel any of these/ what he plans to do regarding the billions granted via the Inflation Reduction Act. I'd also be curious to know if the EPA is aware of any "climate justice" projects that were completed using federal funds disbursed during the Biden Administration.

We aim to run a story on Tuesday or Wednesday of next week if possible. Thank you so much!

Sincerely,
Maddie Rowley

On Thu, Feb 20, 2025 at 4:42 PM Vaseliou, Molly <Vaseliou.Molly@epa.gov> wrote:

> Connecting via email. Will keep an eye out to your list and will help however possible!
>
>
> **Molly Vaseliou**
>
> Associate Administrator for Public Affairs
>
> Environmental Protection Agency

--
**Maddie Rowley**
Cell: 703-609-0570

Message

| | |
|---|---|
| **From:** | Voyles, Travis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1B106CBC235C47EFA550A831B623BF28-F26BBFA8-54] |
| **Sent:** | 2/21/2025 1:12:33 PM |
| **To:** | Amidon, Eric [Amidon.Eric@epa.gov] |
| **CC:** | Hanson, Paige (Catherine) [hanson.catherine@epa.gov]; Corlett, Thomas [Corlett.Thomas@epa.gov]; Vaseliou, Molly [Vaseliou.Molly@epa.gov] |
| **Subject:** | FW: OEJECR-Thriving Communities Grantmaker Program Information |
| **Attachments:** | 1_TCGM Regional Application data_Final.docx; 2_Grantmaker Profiles (UPDATED 02.20.25)_Final.docx; 3_Copy of Qlik Sense -TCGM Grants - February 20 2025 - Final.xlsx; Grantmaker- Final workplans for initial awards; Grantmakers-Final Grant Workplans for Subsequent Awards |

3 of these were caught in the approved grants to cancel this week. After reviewing, this entire program is 100% IRA funding and just serves as a smaller pass through like the GHG Reduction Fund model for the 2 programs at issue now.

I would like to recommend this entire suite of grants be cancelled—around $647M

--

Travis Voyles
C: (202) 787-0595

---

**From:** Park, Susan <Park.Susan@epa.gov>
**Sent:** Thursday, February 20, 2025 8:36 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>
**Cc:** Segovia, Theresa <Segovia.Theresa@epa.gov>
**Subject:** OEJECR-Thriving Communities Grantmaker Program Information

Good Evening Travis,
Attached, please find requested information re: EPA's Thriving Communities Grantmaker (GM) Program. Please note, today, 22 EJ grants were identified for termination, which included three Grantmakers from Regions 3, 5 and 10.
Region 3 GM: Green and Healthy Homes Initiatives
Region 5 GM:  Minneapolis Foundation
Region 10 GM: Philanthropy Northwest

Attachments include:
1.      Data on Subaward Applications Received (as of 2/20/2025);
2.      Grantmaker Profiles/Summaries on each Grantmaker;
3.      Qlik Sense Excel Spreadsheet detailing – Cumulative award Amount, Liquidated Amount, Unliquidated Amount, and % of Award liquidated as of 2/20/2025
4.      Final Grant Workplans for the initial awards (start-up)
5.      Final Grant Workplans for the subsequent awards (sub-grants)

Please let me know if you have any questions.

Cordially,

~Susan



**Susan Park**
Deputy Assistant Administrator
Office of Environmental Justice and External Civil Rights (OEJECR)
U.S. Environmental Protection Agency (EPA)
1200 Pennsylvania Ave, NW
Washington, DC 20460

**www.epa.gov**

February 2025

## Thriving Communities Grantmaker Program (TCGM)

**Alignment with Administrator Priorities** - The TCGM Program aligns with and promotes two of the Administrator's pillars of the *Powering the Great American Comeback* Initiative. The Grantmaking program supports Pillar 1 (Clean Air, Land, and Water for Every American) by providing support accessible to all communities seeking clean air, land, and water. The program also supports Pillar 3 (Permitting Reform, Cooperative Federalism, and Cross-Agency Partnership). Specifically, a fundamental design of the TCGM program is *cooperative administration* where Grantmaking entities closely collaborate with local partners and governments to support communities across the country. Overall, this program cuts through much of the bureaucracy and red tape of the traditional federal grantmaking process allowing the Grantmakers to provide support to communities more quickly to be more responsive to their needs as they come. This efficient grantmaking process will be critical for Grantmakers issuing subawards to communities impacted by **disasters** and emergencies whether they be wildfires, floods, hurricane, or tornadoes. Overall, the TCGM program supports EPA's mission to advance protection of human health and the environment and fulfils the agency's obligations under Clean Air Act 138, by providing accessible subawards to community-based nonprofits, Tribes, and local governments for assessment, planning, and project development activities in every EPA Region. The program is a regionally driven subaward program with tight federal oversight, funded through cooperative agreements with each Region and with Headquarters. National Grantmakers further strengthen the success and reach of the program by filling gaps in regional subawards and by supporting the capacity of Regional Grantmakers to effectively create and monitor their subaward programs.

## Regional Subaward Application Data

**The Program is Oversubscribed and Highly Popular!**

To date, Regional Grantmakers are estimated to have received well over 1,500 applications for subawards in their first round of funding, representing requests totalling more than $400 million at the start of the program. Regional Grantmakers are reviewing applications and are poised to begin issuing subawards to communities in the weeks to come. National Grantmakers will make subawards that help to fill gaps in the Regional Grantmaker subaward programs.

Themes that are appearing across the regional competitions include:

- High application rates
- High number of applications for project development / Tier 3 – from local governments and resource challenged nonprofits. Needed funding to get to 'shovel-ready' projects.
- High number of applications and nominations for $75,000 fixed amount capacity building subawards to severely capacity-constrained communities.
- Application themes include healthy and affordable food, reducing energy costs, and **workforce development**.

What we observe in every region is extremely high demand, with the need far outstripping the amount of funds obligated for subawards. Below is a snapshot of the data by region. Note that up to date information is not available from every region as regional offices have had varying instructions to project officers regarding recent communication with grantees.

February 2025

---

**Region 1 - Health Resources in Action**

Round 1 application deadline was February 14th, 2025

Round 2 application deadline is May 16th, 2025

Both rounds are for all project tiers.

*Detailed data on applications received is forthcoming…*

**Region 2 – Fordham University**

Round 1 applications closed December 31st, 2024 - 686 total received from NY, NJ, Puerto Rico, and USVI, representing approximately $120,000,000 in funding requested.

Approximately 18% of applications are from rural areas.

$75,000 fixed amount capacity building: 349
Tier 1 (up to $150,000): 80
Tier 2 (up to $250,000): 75
Tier 3 (up to $350,000): 182

**Region 3 – Green and Healthy Homes Initiative**

*Detailed data on applications received is forthcoming…*

**Region 4 – Research Triangle Institute**
*(As of 1-29)*

195 applications submitted
Foundational ($75,000 fixed amount capacity building): 98
Tier 1 ($150,000): 11
Tier 2 ($250,000): 29
Tier 3 ($350,000): 57

**Region 5 – Minneapolis Foundation**

421 total applications, representing over $100 million in subaward applications from across Minnesota, Michigan, Illinois, Ohio, Wisconsin, and Indiana. Over 20% of the requests come from rural communities, primarily from local governments, water utilities, and nonprofit organizations.

Tier 1 ( up to $150,000): 83 ($10.8 million requested)

February 2025

Tier 2 (up to $250,000): 119 ($26.9 million requested)
Tier 3 (up to $350,000): 219 ($71.6 million requested)

**Region 6 – Texas Southern University**

**Region 7 – Research Triangle Institute**
*(As of 1-29)*

32 applications submitted, 110 applications in progress
Foundational ($75,000 fixed amount): 15
Tier 1 Assessment ($150,000): 1
Tier 2 Planning ($250,000): 4
Tier 3 Project development ($350,000): 12

**Region 8 JSI**
*(as of 12/27)*
304 applications submitted, a higher volume than anticipated.
Recruiting more evaluators for scoring.

**Region 9 – Social and Environmental Entrepreneurs**

*Detailed data on applications received is forthcoming...*

**Region 10 Philanthropy Northwest**
*From 1st funding round for Tier 3 applications only, closed for applications 12-15-24*

132 applications received
Requesting a total of $43.9 million in subawards
27 applications primarily serve Tribal or indigenous communities
45 applications serve rural communities
37 applications serve 'some' rural communities

*Region 10 is currently accepting applications for all Tiers in its second round, open until 2-28-2025.*

EPA_00299920

THRIVING COMMUNITIES GRANTMAKING PROGRAM (TCGM)

Grantmaker Profiles by Geographic Region

The profiles of the winning applicants selected and awarded to be pass through entities (i.e., Grantmakers) for EPA's Thriving Communities Grantmaking Program (TCGM) are shown below. Key information has been pulled from the initial applications submitted in June of 2023, including brief descriptions of the Grantmakers' proposed goals and objectives, their location, the award amount, proposed collaborations with the Thriving Communities Technical Assistance Centers (TCTACs), as well as named partners and their locations.

Grantmakers will work with local partners to administer the program and ensure that funding supports projects that align with EPA's mission to protect human health and the environment, including clean air, land and water for every American. EPA will continue to work with the Grantmakers through the cooperative agreement with each throughout the entirety of this 3-year program to ensure successful outcomes for all communities involved.

The Grantmakers are currently making subawards available to non-profits, Native American organizations, local governments, and institutes of higher education. The EPA has provided guidance for Grantmakers and subaward applicants on cooperative administration requirements to ensure local communities' needs and priorities drive the structure and implementation of the program.

## National Grantmaker Profiles (2 Grantmakers)

National Grantmakers were selected for their capabilities to bolster the efforts of the Regional Grantmakers, providing coordination support for outreach and communications, especially in rural and remote areas, and administering and monitoring subawards, and data gathering on community needs and subgrants issued. Additionally, National Grantmakers will issue subawards to fill gaps in the Regional subaward programs, especially in rural, remote and tribal communities.

| National Grantmaker East |
|---|

**Recipient:** Institute for Sustainable Communities (ISC)
Website: https://sustain.org/program/ej-erg/
**Hub Location**: Montpelier, VT
**Applicant Type:** Nonprofit
**Award Amount:** $60,000,000
**Title:** Thriving Communities Grantmaking Program
**Regional Coverage:** Regions $1-3$
**Partners:**

- Emerald Cities Collaborative (Washington, DC)
- Groundwork USA (Yonkers, NY)
- Urban Sustainability Directors Network (Washington, DC)
- Trust for Public Lands (San Francisco, CA)
- River Network (Boulder, CO)

**Proposed Grantmaker Structure and Goals:**

Institute for Sustainable Communities, founded in 1991, is a non-profit organization with a mission to create viable solutions through collaborative partnerships that support communities. In 2023, ISC was selected as an EPA National Thriving Communities Technical Assistance Center (TCTAC). For the Grantmaker program, ISC will leverage its expertise, experience, networks, and five partner organizations to provide coordination and communications support to the regional Grantmakers. ISC developed the Eastern Regional Grantmakers website that will host a Data Visualization Hub linked to the National Evaluation and Tracking System with public-facing grantmaking information and data tracking and evaluation tools for regional Grantmakers. ISC will also fill gaps in Grantmaking subaward coverage to ensure that low capacity and hard to reach communities most impacted by environmental challenges are able to receive funding.

---

**National Grantmaker Central** *also the Region 4 Grantmaker*

**Recipient:** Research Triangle Institute
Website:
**Applicant Type:** Nonprofit
**Award Amount:** $60,000,000 as national Grantmaker (an additional $60,000,000 as the Region 4 Grantmaker; total award amount $120,000,000)
**Title:** Environmental Justice Thriving Communities Grantmaking Program
**Regional Coverage:** Regions 4 - 7

Partners:
- International City/County Management Association (Washington, DC)
- National Center for Healthy Housing (Columbia, MD)
- Southern Environmental Law Center (Charlottesville, VA)

**Proposed Grantmaker Structure and Goals:**

As a National Grantmaker, Research Triangle Institute (RTI) and its team of partners will emphasize local community outreach to accelerate grant awards to lower capacity and hard to reach communities excessively impacted by environmental hazards. To promote engagement, RTI and its partners will use a community-engaged collaboration model that promotes peer review and local capacity building, while mitigating potential conflicts of interest and ensuring effective monitoring and oversight of the subaward program.

**Data on Subgrant Applications Received to Date** - RTI will provide subawards to Region 7 in the absence of a Regional Grantmaker award for EPA Region 7. RTI has received 32 applications for subawards from Region 7 applicants, with another 110 applications in progress.

# Regional Grantmaker Profiles (9 Profiles)

---

**Region 1**

**Recipient:** Health Resources in Action (HRiA)
**Hub Location:** Boston, MA
**Applicant Type:** Nonprofit
**Award Amount:** $60,000,000
**Title:** Grantmaking to Build Sustained Capacity and Networks Across EPA Region 1

**Location:** Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont and 10 Tribal Nations
**Partners:**
- Alternatives for Community and Environment, Inc. (ACE) (Roxbury, MA)
- New England Grassroots Environment Fund, Inc. (Grassroots Fund) (Newmarket, NH)

**Proposed Grantmaker Structure and Goals:**

Health Resources in Action (HRiA), the lead applicant, is joining with two core partners, ACE and Grassroots Fund, to design and manage a comprehensive TCGM program to support community-based organizations (CBOs), nonprofit organizations, and other entities representing urban, rural, indigenous, remote, and capacity constrained communities in implementing projects to address local environmental and/or public health challenges in Region 1. The R1 Grantmaker has partnered with a community-based organization in each of the region's six states as subawardees to provide additional extensive outreach, via boots on the ground, and support prospective applicants within their respective states and tribal regions.

HRiA and its collaborative partners will ensure meaningful participation and community engagement in decision-making processes by individuals and communities most impacted by excessive environmental and public health issues. HRiA will implement a Governance Council, made up of Community representatives, to prioritize voices from urban, rural, remote, and capacity constrained communities most impacted by environmental and public health challenges, as well as identify and recruit Grant Readers and a Grantmaking Committee to serve as ambassadors and review applications. To adhere to Conflict-of-Interest policies, organizations that are interested in applying for a grant will not serve as a reader of Grantmaking Committee member, but may serve on the Governance Council.

| Region 2 |
| --- |

**Recipient:** Fordham University

Hub Location: Bronx, NY
**Applicant Type:** Private Institution of Higher Education
**Award Amount:** $60,000,000
**Title:** Flourishing in Community: Fordham in Community Environmental Justice Grantmaker Initiative
**Location:** New Jersey, New York, Puerto Rico, US Virgin Islands and eight Indian Nations.
**Partners:**
- New York Immigration Coalition (New York, NY)
- New Jersey Alliance for Immigrant Justice (Newark, NJ)
- ConPRmetidos (San Juan, PR)
- Community Foundation Virgin Islands (St. Thomas, USVI)
- Business Initiative Corporation of New York (Bronx, NY)

**Proposed Grantmaker Structure and Goals:**

The Flourishing in Community (FIC) Grantmaker Initiative, serving as the EPA Region 2 TCGM, will engage communities impacted by pollution and other environmental impacts in NY, NJ, PR, and USVI. The program leadership team will employ Fordham University's infrastructure to provide grants to qualifying organizations, local governments, institutions, and agencies, prioritizing rural, remote, coastal, and urban communities, and other communities and groups which traditionally have not had the capacity to apply for or receive federal funding for environmental projects. The FIC employs a governance structure that: 1) Fosters authentic stakeholder engagement and establishes cooperative oversight; 2) Facilitates a robust and accessible subgrant application, disbursement, monitoring, and reporting process; 3) Shares successes from the subgrantee cohort and raises the profile of initiatives; and 4) Provides technical assistance and wrap-around support to subgrantees. The FIC Grantmaker team will work closely with the Region 2 TCTACs, WE ACT and the Univeridad Interamericana de Puerto Rico, to leverage technical support to prospective applicants. To mitigate conflict of interest, no members of FIC's Grantmaker structure and management will be permitted to receive subgrant awards.

**Data on Subgrant Applications Received to Date** - The FIC Round 1 application cycle received over 680 applications, representing approximately $120 million in funding requested. Round 2 is currently open and accepting applications.

## Region 3

**Recipient:** Green & Healthy Homes Initiative Inc.
**Hub Location:** Baltimore, MD
**Applicant Type:** Nonprofit
**Award Amount:** $60,000,000
**Title:** Building Capacity to Advance Environmental Justice for Thriving Communities in Region 3
**Location:** DE, DC, MD, PA, VA, WV, and 7 federally recognized tribes
**Partners:**

- Latin American Community Center (Wilmington, DE)
- Childrens National Research Institute (Washington, DC)
- Black Millennials 4 Flint (Washington, DC)
- Block Power (Brooklyn, NY)
- Chesapeake Bay Foundation (Annapolis, MD)
- Children's National Hospital Washington, DC)
- Chisolm Legacy Project (Baltimore, MD)
- Coalition for Green Capital (Washington, DC)
- Delaware State University (Dover, DE)
- Howard University (Washington, DC)
- Invest Appalachia (Ashville, NC)
- JustFund (Oakland, CA)
- NAACP Maryland (Columbia, MD)
- New Ecology (Boston, MA)
- Savanah Barber (Tribal lands, VA)
- United Parents Against Lead (Richmond, VA)
- Women for a Healthy Environment (Pittsburgh, PA)

**Proposed Grantmaker Structure and Goals:**

As the Region 3 Grantmaker for the TCGM, The Green and Healthy Homes Initiative (GHHI) plans to use a strong cooperative administration framework to build capacity in traditionally hard to reach areas. GHHI will engage the community through a stakeholder advisory board, partnerships, and mechanisms for providing direct feedback to adapt frequently to the needs of communities, particularly those from capacity constrained areas. GHHI will be accepting applications for funding during their initial project period through a dedicated web portal; allowing optional submissions for those without reliable access to internet.

**Data on Subgrant Applications Received to Date** - To date GHHI has received 200 applications and is poised to begin issuing subawards. In alignment with the EPA requirements, applications will be accepted on a rolling basis.  Within 15 days of receiving an application, GHHI will determine if the applicant meets the basic threshold criteria. Projects that meet the threshold criteria will be fully evaluated for award within 1.5 months of receipt. Following selection, financial risk analyses and award agreements will be completed for successful applications.

## Region 4 * Also the National Grantmaker Central

**Recipient:** Research Triangle Institute
Hub Location: Research Triangle Park, NC
**Applicant Type:** Nonprofit
**Award Amount**: $60,000,000 as Region 4 Grantmaker (an additional $60,000,000 as a national Grantmaker; total award amount $120,000,000)
**Title:** Catalyzing Community-Driven Change (CCDC): TCGM Region 4

**Location:** Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee and 6 Tribes

**Partners:**
- North Carolina Central University NCCU (R4)
- Resource for Assistance and Community Training-RTI Center for Applied Research in Environmental Science – CARES (NC)
- Southern Environmental Law Center (SELC)
- University of Kentucky (UKY)
- National Center for Healthy Housing NCHH (MD)

**Proposed Grantmaker Structure and Goals:**

RTI International and its partners—North Carolina Central University (NCCU), the Southern Environmental Law Center (SELC), the University of Kentucky (UKY), and the National Center for Healthy Housing (NCHH)—have come together to form the Catalyzing Community-Driven Change–Region 4 Grantmakers team (CCDC). The team brings expertise in grant management, environmental science, and environmental research and evaluation. The CCDC Team positions community members as part of a community advisory board (CAB), and as decision makers in selecting subawardees. Their targeted outreach and recruitment strategies are available to potential applicants in various modalities (online, in person, etc), and designed to reach communities all across Region 4.

**Data on Subgrant Applications Received to Date** - RTI has received 195 applications for subawards from Region 4 applicants.

| Region 5 |
|---|

**Recipient:** The Minneapolis Foundation
**Hub Location:** Minneapolis, MN
**Applicant Type:** Nonprofit
**Award Amount:** $60,000,000
**Title:** Region 5 Community Grantmaking Program (CGM)
**Location:** (Hub Location – Minneapolis, MN) Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin and 35 Tribes
**Partners:**

- Midwest Environmental Justice Network (R5 Tribal lands (Minneapolis, MN)
- The RE-AMP Network (R5) (Madison, WI)
- NDN Collective (Rapid City, SD) (R5)

**Proposed Grantmaker Structure and Goals:**

The Minneapolis Foundation (TMF) will serve as the Regional Grantmaker along with 3 statutory partners hereafter referred to as the Collaborative. The Collaborative is committed to managing and implementing the program in a way that builds the capacity and strength of grassroots organizations that work with capacity constrained communities. The Collaborative structure includes:  a deep and broad set of

relationships with the most impacted communities that will enable co-development of the entire process from application through implementation and evaluation; expertise overseeing and monitoring all aspects of program implementation, paying particular attention to compliance with EPA and federal requirements; and knowledge and experience to construct an efficient and accessible grantmaking process that meets federal guidelines and funds the most critical environmental and public health work in Indigenous, rural, remote, and urban areas. The Collaborative will work with the Region 5 TCTACs to ensure communities with excessive environmental concerns have access to capacity building resources so that they can meaningfully engage and provide useful feedback to EPA. The Collaborative will also work with a 9–13-member Regional Community Advisory Committee (RAC) that will provide direction and oversight, support outreach and communications, and recommend the slate of sub-grants during each decision-making period.  RAC members will be asked to sign a contract that identifies expectations and agreement with a Conflict-of-Interest Policy. The Collaborative has over 100 working relationships with Tribes and Indigenous-led, rural, remote, and urban grassroots organizations across the region, and a track record for making grants to Tribes and CBOs across the six-state region and a knowledge of what works best for capacity constrained organizations in terms of their ability to deliver projects.

**Data on Subgrant Applications Received to Date** - To date, the Collaborative has received 421 applications for subawards, representing over $100 million in requests, 20% from rural areas.

| Region 6 |
| --- |

**Recipient:** Texas Southern University
**Hub Location:** Houston, TX
**Applicant Type:** Public/State Controlled Institution of Higher Education
**Award Amount:** $60,000,000
**Title:** Texas Southern University Bullard Center Thriving Communities Grant
**Location:** Arkansas, Louisiana, New Mexico, Oklahoma, Texas and with 66 tribal nations

**Partners:**
-    Achieving Community Tasks Successfully (Houston, TX)
-    HBCU-CBO Gulf Coast Equity Consortium (New Orleans, LA)
-    HBCU Climate Change Consortium (New Orleans, LA)
-    National Black Environmental Justice Network (New Orleans, LA)

**Proposed Grantmaker Structure and Goals:**

The Bullard Center at Texas Southern University (TSU)—in partnership with Achieving Community Tasks Successfully (ACTS), a community-based nonprofit organization—will serve as a Regional Grantmaker (RGM) for the purpose of working with CBOs that are addressing environmental and public health issues in low capacity and hard to reach communities. The Bullard Center RGM program builds on decades of experience, expertise and trust earned the past three decades in operating centers, consortia, and collaboratives engaged in administering grants to CBOs. The Bullard Center will reach intended organizations and work with local partners to administer the program; providing a level of technical assistance and mentorship that few other organizations would be able to provide, maximizing the impact of subrecipients' work. The Bullard Center, in collaboration with the New Mexico State University TCTAC

EPA_00299927

and Deep South Center for Environmental Justice TCTAC for New Mexico will provide technical assistance coverage and tribal support.  To ensure community-oriented planning and collaboration for the RGM program, the Bullard Center and ACTS will develop a new Advisory Committee (consisting of subject matter experts (SMEs), academic leaders, and leaders of accomplished CBOs), that will provide essential guidance and oversight for the grantmaking program's design and operation. The RGM will provide funds for research incidental to the project design, sampling, testing, monitoring, investigations, surveys and studies, public education, and other activities deemed by the Advisory Committee and/or evaluation committee.  The Advisory Committee will also establish guidelines and criteria to mitigate conflict of interest (COI), creating the list of potential reviewers where reviewers will sign a document indicating that they understand the COI plan and that they are qualified under the COI to review applications. Project evaluation will be managed by The Bullard Center, focused on capacity built among CBOs, the perception of changes achieved by subrecipients, particularly in capacity constrained and hard to reach remote communities, and successes and lessons learned.

| Region 8 |
| --- |

**Recipient:** JSI Research and Training Institute, Inc
**Hub Location:** Denver, CO 80202
**Applicant Type:** Nonprofit
**Award Amount:** $60,000,000
**Title:** Mountains and Plains Grants Hub ("MAP Grants Hub)
**Location:** (Hub Location – Denver, CO) Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming and 28 Tribal Nations
**Partners:**

-   Montana Watershed Coordination Council (Helena, MT)
-   Oglala Lakota Cultural & Economic Revitalization Initiative (Pine Ridge Indian Reservation, SD)
-   Dakota Resource Council (Bismarck, ND)
-   Wyoming Outdoor Council (Lander, WY)
-   Community Health Association of Mountains/Plains States (CHAMPS) (Denver, CO
-   Equitable funding Advisory/Training Partner: Community-Centric Fundraising (Seattle, WA)

**Proposed Grantmaker Structure and Goals:**

JSI Research and Training Institute, Inc (JSI), together with their partners, will serve as a Regional Grantmaker. The aim is to achieve measurable environmental, public health, and quality of life improvements in the most overburdened, vulnerable and capacity constrained communities by co-designing a grantmaking application and collaborative scoring process, engaging in robust and responsive outreach to communities across Region 8, implementing subgrant management that reduces the burden on subgrantees, and engaging in monitoring, evaluation, and reporting that ensures the integrity, compliance, and impact of the program.  The MAP Hub team will work with the National TCGM entity to help to avoid real or perceived conflict of interest. This RGM program activities include establishing the MAP Grants Hub, outreach/in-reach and pre-application support, as well as grants management support and evaluation.  The MAP Hub will establish workflows with the TCTAC and National TCGM.

EPA_00299928

**Data on Subgrant Applications Received to Date** - As of December 27th, JSI had received 304 applications for subawards, a higher volume than anticipated for the first round of funding.

| Region 9 |
| --- |

**Recipient:** Social and Environmental Entrepreneurs (SEE), Inc
**Hub Location:** Calabasas, CA
**Applicant Type:** Nonprofit
**Award Amount:** $60,000,000
**Title:** EPA Thriving Communities Subgrant: Grantmakers for EPA Region 9
**Location:** Arizona, California, Hawaii, Nevada, Pacific Islands, 148 Tribes

**Partners:**

- Community Foundation for Southern Arizona (CFSA) (Tuscon, AZ)
- International Community Foundation (ICF) (National City, CA)
- Liberty Hill Foundation (Liberty Hill) (Los Angeles, CA)
- Native Americans in Philanthropy (NAP) (Washington, DC)
- Resources Legacy Fund (RLF) (Sacramento, CA)
- Climate Justice Alliance (Berkeley, CA)

**Proposed Grantmaker Structure and Goals:**

Social and Environmental Entrepreneurs (SEE) and five grantmaking partners will serve as the Regional Grantmaker (RGM) for Region 9 to collaboratively design a subgrant program, leveraging each partner's existing grantmaking expertise and connections in the local communities of Region 9. With efficiency prioritized at the "top of the funnel" combined with grassroots connections and grantmaking processes and procedures, SEE's proposed grantmaking structure consists of: adaptive application process (online form, phone, previous proposals or video); extensive and intensive in-person outreach in rural and remote areas, prioritizing those where financial resources are needed to meet urgent needs; geographically and community-centered outreach plans involving local, trusted individuals; and a streamlined award process to fund projects in communities that are extremely overburdened with pollution, or experience high levels of environmental or health risks and cooperative oversight.

Led by SEE and a cohort of five grantmaking partners, the RGM for the Thriving Communities Subgrant will design competitive application in-take and evaluation processes centered on efficiently and effectively addressing urgent environmental and public health issues across the region. All grantmaking partners will engage in mapping out the landscape of stakeholders and consult with trusted community leaders, including faith leaders, tribal leaders, community-based organizations, local government officials, academics, and others to understand community dynamics, local environmental issues, and the most pressing needs. The RGM will establish criteria and procedures for the Community Advisory Panel to mitigate conflict of interest including disclosure of relationships to potential applicants and recusal mechanisms to prevent actual or apparent conflicts of interest. Grantmaker partners will rely on leaders to

point toward the projects with the ripest opportunity for impact and the community-based organization doing the most critical work.

| Region 10 |
|---|

**Recipient:** Philanthropy Northwest
**Hub Location:** Seattle, WA
**Applicant Type:** Nonprofit
**Award Amount:** $60,000,000
**Title:** Northwest Network for Environmental Justice
**Location**: Alaska, Idaho, Oregon, Washington, and 271 Tribal Nations
**Partners:**

- Alaska Conservation Foundation (Anchorage, AK)Denali Commission (Anchorage, AK)
- Rasmuson Foundation (Anchorage, AK)
- Blue Cross of Idaho Foundation for Health (Boise ID)
- Nonprofit Association of Oregon (Portland, OR)
- JustFund Us (Oakland, CA)

- Northwest Health Foundation (Portland, OR)
- Inatai Foundation (Seattle, WA)
- Russell Family Foundation Gig Harbor, WA)
- Affiliated Tribes of Northwest Indians (Portland, OR)
- Native Americans in Philanthropy (Washington, DC)

**Proposed Grantmaker Structure and Goals:**

Together with partners that hold deep community relationships across Alaska, Idaho, Oregon, Washington, and 271 Native tribes, Philanthropy Northwest's (PNW) goal is to ensure rural organizations and other lower capacity and hard to reach communities have access to EPA's Thriving Communities resources to improve environmental and community health and wellbeing. Woven throughout PNW's cooperative structure is a deliberate and intentional process to center community members in decision-making. The collective work will result in increased support to communities working on community-identified environmental and public health issues. PNW also brings a strong track record of increasing awareness of local community needs and solutions to Grantmakers who are positioned to provide support to all EPA grant applicants. During the project initiation period, PNW will establish procedures and finalize a conflict-of-interest policy. PNW's plan for EPA's Thriving Communities Grantmaking Program centers cooperative oversight and leverages the knowledge and relationships of its partners; and addresses environmental and public health issues for communities. This framework puts decision-making into the hands of communities and adds legitimacy, public accountability, and a sense of agency and control over the process and decisions affecting communities.

**Data on Subgrant Applications Received to Date** - PNW received 132 applications for subawards in its first round of funding, representing $43.9 million in funding requests, many from rural and Tribal communities.

EPA_00299931

**This document is produced in native format.**

**Original file name:**

**3_Copy of Qlik Sense -TCGM Grants - February 20 2025 - Final.xlsx**

| Message | |
|---|---|
| **From:** | Energy Law360 [news-alt@law360.com] |
| **Sent:** | 3/20/2025 9:28:02 AM |
| **To:** | Voyles, Travis [voyles.travis@epa.gov] |
| **Subject:** | Greenpeace Owes More Than $660M In Dakota Pipeline Case |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.



# Energy

**THURSDAY, MARCH 20, 2025**



## TOP NEWS

## COMPANIES IN TODAY'S NEWS

AST & Science LLC

Adobe Inc.

Alon USA Energy Inc.

American Arbitration Association

American Association for Justice

American Bar Association

American Express Co.

Ann Inc.

Aquarion Water Co. Inc.

Associated Energy Group LLC

BDO USA LLP

Brooklyn Law School

CITGO Petroleum Corp.

CRA International Inc.

Chevron Corp.

Citigroup Inc.

Cognizant Technology Solutions Corp.

Consumer Attorneys Association of Los Angeles

Consumer Attorneys of California

Copyright Alliance

Cummins Inc.

EisnerAmper LLP

Energy Transfer LP

Everyday Health Group

Exxon Mobil Corp.

Financial Industry Regulatory Authority Inc.

Google LLC

Gordon Brothers Group LLC

Great American Insurance Co.

Greenpeace Inc.

HP Inc.

Honeywell International Inc.

Illinois Trial Lawyers Association

International Centre for Dispute Resolution

JOANN Inc.

Keurig Dr Pepper Inc.

Leidos Holdings Inc.

LexisNexis Legal & Professional

Liberty Mutual Insurance Group

Ligado Networks LLC

LinkedIn Corp.

### Greenpeace Owes More Than $660M In Dakota Pipeline Case

*By Cara Salvatore*

Greenpeace said Wednesday that a jury ordered it to pay more than $660 million in a suit alleging the group falsely disparaged the Dakota Access Pipeline project amid environmental protests, a case the organization has called a threat to its future and an attack on free speech.

Read full article » | Save to favorites »

### Judge Won't Unfreeze Climate Grantees' EPA Funds

*By Juan-Carlos Rodriguez*

A Washington, D.C., federal judge said the U.S. Environmental Protection Agency hasn't provided an adequate explanation for its termination of $20 billion in grant funding for climate change projects and blocked it from taking further action — but declined to order that the money be released.

2 documents attached | Read full article » | Save to favorites »

Analysis

### FCPA Uncertainty May Lead Attys To 'Gamble' On Disclosure

*By Phillip Bantz*

The Trump administration's pullback on Foreign Corrupt Practices Act enforcement is sowing confusion in the white collar bar, as companies consider whether to voluntarily disclose potential violations of the anti-bribery law while the chances of getting a favorable resolution seem good or keep quiet until the dust settles.

Read full article » | Save to favorites »

### 4 Firms Steer Apollo's Buy Of Majority Stake In Energy Biz

*By Jade Martinez-Pogue*

Private equity giant Apollo on Wednesday announced that it has agreed to take a majority stake in offshore energy solutions business OEG Energy Group, in a $1 billion deal that was built by four law firms.

Read full article » | Save to favorites »

## EDITORIAL BOARDS

### Law360 Announces The Members Of Its 2025 Editorial Boards

Law360 is pleased to announce the formation of its 2025 Editorial Advisory Boards.

Read full article » | Save to favorites »

### Ex-Cognizant CLO Fires Paul Weiss After Trump Order

*By Carla Baranauckas*

A former Cognizant Technology Solutions Corp. executive facing a bribery trial next month has fired Paul Weiss Rifkind Wharton & Garrison LLP from his defense team following the Trump administration's revocation of the firm's security clearances, according to a withdrawal motion filed Wednesday by firm partner Roberto Finzi.

Motion attached | Read full article » | Save to favorites »

## OIL AND GAS

### Robbins Geller Escapes Sanctions In Gas Price-Fixing Suit

*By Adrian Cruz*

A California federal judge on Wednesday rejected a bid to sanction Robbins Geller Rudman & Dowd LLP attorneys in a gas price-fixing suit, determining that the firm didn't act in bad faith or unreasonably multiply proceedings in a way that unnecessarily cost Alon USA Energy millions.

Order attached | Read full article » | Save to favorites »

### Bondholders Say $2B Venezuelan Bond Contracts Are Valid

*By Joyce Hanson*

The holders of approximately $2 billion in defaulted bonds issued by Venezuela's state-owned oil company Petróleos de Venezuela SA have urged a New York federal court to enforce their contracts with PDVSA, saying the country hasn't shown how its domestic law makes the bonds invalid.

Brief attached | Read full article » | Save to favorites »

### Fed. Circ. Says Lacking License Dooms DOD Fuel Deal Protest

*By Daniel Wilson*

The Federal Circuit refused Wednesday to revive a case challenging a $134 million sole-source fuel supply contract for the U.S. military in Djibouti, saying the challenger wasn't eligible for the deal even if the Defense Logistics Agency had opened it up to competition.

Opinion attached | Read full article » | Save to favorites »

Brief

### Carrier Penalized For Historic Fuel Spill In Connecticut

*By Aaron Keller*

London Court of International Arbitration

MUFG Union Bank NA

Medtronic PLC

Meta Platforms Inc.

NASDAQ Inc.

National Association of Criminal Defense Lawyers

Natural Resources Defense Council

New York City Bar Association

Oaktree Capital Management

PG&E Corp.

Pershing Square Capital Management LP

Pinterest Inc.

RELX PLC

SVB Financial Group

Save A Lot Inc.

State Bar of California

StoneTurn Group LLP

Stretto Inc.

Telefonaktiebolaget LM Ericsson

Tesla Inc.

The Boeing Co.

The Pew Charitable Trusts

U.S. Chamber of Commerce

Uber Technologies Inc.

University of California Davis

University of Miami

Verizon Communications Inc.

Vertical Screen Inc.

Volunteers of Legal Service

Western Alliance Bancorporation

Ziff Davis Holdings Inc.

## LAW FIRMS IN TODAY'S NEWS

4 5 Gray's Inn Square

A&O Shearman

Abir Cohen

Adler & Stachenfeld

Akerman LLP

Akin Gump

Anderson Kill

Andrus Anderson

Archer & Greiner

ArentFox Schiff LLP

Soundview Transportation LLC will pay $350,000 in penalties to the state of Connecticut plus millions in private remediation costs for a tank truck accident that caused what the Connecticut attorney general's office says is the largest gasoline spill in state history.

2 documents attached | Read full article » | Save to favorites »

## UTILITIES AND POWER

### Broadband Pole Upgrades Depend On States, Pew Says

*By Nadia Dreid*

States need to make sure their pole attachment process is running smoothly, or it could be the cause for a lot of broadband deployment holdups, according to a new study released by Pew Charitable Trusts.

Read full article » | Save to favorites »

## RENEWABLES

### Plastic Recycler Gets OK For Ch. 11 Financing

*By Rick Archer*

A Delaware bankruptcy judge on Wednesday gave an Indiana plastic recycling plant permission to make an initial draw on $13 million in Chapter 11 financing as it heads toward a May sale of its assets.

Read full article » | Save to favorites »

## NUCLEAR

### Ex-Worker Says Honeywell Must Face Retooled 401(k) Suit

*By Carla Baranauckas*

A former Honeywell International Inc. worker urged a New Jersey federal judge to reject the aerospace and manufacturing company's bid to toss his amended proposed class claims targeting how the company used forfeited 401(k) funds, arguing that he plausibly pled his allegations.

Brief attached | Read full article » | Save to favorites »

## PEOPLE

### Norton Rose Continues Energy Growth With 4 Houston Attys

*By Andrea Keckley*

Norton Rose Fulbright announced the additions of four energy attorneys from Texas boutique Alvarez Stauffer Bremer PLLC on Wednesday, bringing complex commercial litigation and catastrophic incident response experience as the firm continues to build on its momentum in the energy market.

Read full article » | Save to favorites »

## EXPERT ANALYSIS

### Constitutional Foundations Of Gov't-Guaranteed Investments

For attorneys advising clients with exposure to government-backed investments, understanding the constitutional guardrails on presidential impoundment offers essential guidance for risk assessment, contract strategy and litigation planning, says Mauni Jalali at Quinn Emanuel.

Read full article » | Save to favorites »

Arnall Golden
Arnold & Porter
Axinn Veltrop
Baker & Hostetler
Baker Botts
Baker McKenzie
Barnes & Thornburg
Barnhouse Keegan
Berger Singerman
Bernstein Litowitz
Blank Rome
Block & Leviton
Bohrer PLLC
Boies Schiller
Bracewell LLP
Bradley Arant
Brann & Isaacson
BraunHagey & Borden
Bressler Amery
Brown Neri
Brownstein Hyatt
Bush Seyferth
Cadwalader Wickersham
Carlton Fields
Cassidy Levy
Chaffetz Lindsey
Chamberlain Hrdlicka
Clark Smith Villazor
Clyde & Co
Cohen & Buckmann
Cohen & Gresser
Cohen Milstein
Continental PLLC
Cooley LLP
Covington & Burling
Cozen O'Connor
Cravath Swaine
Crowell & Moring
DLA Piper
Davis Polk
Davis Wright Tremaine
Dechert LLP
Dentons
DiCello Levitt
Duane Morris
Dykema
Engstrom Lee

### 3 Del. Bankruptcy Cases Highlight US Trustee Objections

As three recent Delaware bankruptcy cases show, debtors who seek approval of a stalking horse bid protections agreement should be prepared for the U.S. Trustee Office's objections, including if the proposed classification for the bid protections is a superpriority administrative expense claim, says Kyle Arendsen at Squire Patton.

Read full article »  |  Save to favorites »

Series

### Adapting To Private Practice: From SEC To BigLaw

As I adjusted to the multifaceted workflow of a BigLaw firm after leaving the U.S. Securities and Exchange Commission, working side by side with new colleagues on complex matters proved the fastest way to build a deep rapport and demonstrate my value, says Jennifer Lee at Jenner & Block.

Read full article »  |  Save to favorites »

# LEGAL INDUSTRY

### White House Says It Will Obey Court Orders But Faults Judges

*By Courtney Bublé*

White House Press Secretary Karoline Leavitt said on Wednesday the Trump administration will comply with court orders, but continued to escalate its verbal attacks on the judiciary.

Read full article »  |  Save to favorites »

### Judge Tells DOJ To Alert All Agencies Of Perkins Coie Ruling

*By Lauren Berg*

A Washington, D.C., federal judge Wednesday directed the Trump administration to tell all federal agencies to rescind requests for disclosures about government and contractor relationships with Perkins Coie LLP, following an order last week blocking enforcement of the president's executive order against the Seattle-based law firm.

Read full article »  |  Save to favorites »

### Plaintiffs Attys Fight Arbitration, While Imposing It On Clients

*By Brandon Lowrey*

Plaintiffs attorney groups have for decades lobbied against forced arbitration, saying it strips injured consumers and aggrieved workers of their right to jury trial and hides corporate misconduct from public view. But many plaintiffs lawyers nationwide have subjected their own clients to forced arbitration in their retainer contracts — including leaders of some organizations that forbid the practice, Law360 has found.

Read full article »  |  Save to favorites »

Analysis

### DC Circ.'s Copyright Denial Of AI Art Is A Sign Of Future Fights

*By Ivan Moreno*

A computer scientist's quest to register artwork made by his artificial intelligence system hit another roadblock this week when the D.C. Circuit concluded that only human authors qualify for copyright protection, but his case foreshadows complex questions that courts and perhaps Congress will have to grapple with as the technology evolves.

Read full article »  |  Save to favorites »

Eversheds Sutherland
Faegre Drinker
Farrell & Fuller
Fenwick & West
Foley & Lardner
Foley Hoag
Freshfields
Fried Frank
Friedman Kaplan
Garland Samuel & Loeb
Genova Burns
Gibbons PC
Gibson Dunn
Goldman Ismail
Goldstein & Russell
Goodwin Procter
Grant & Eisenhofer
Greenbaum Rowe
Greenberg Traurig
Greene Broillet
HWG LLP
Halloran & Sage
Hangley Aronchick
Hartley LLP
Hecker Fink
Herrick Feinstein
Hinshaw & Culbertson
Hobbs Straus
Hogan Lovells
Holland & Knight
Holwell Shuster
Hughes Hubbard
Hunton Andrews
Hurwitz Sagarin
Husch Blackwell
Jackson Lewis PC
Jeffer Mangels
Jenner & Block
Jones Day
K&L Gates
KXT Law
Katten Muchin
Keller Postman
Kelley Drye
Kennedys Law LLP
Kilpatrick Townsend
King & Spalding

## Ohio Judge Blasts Fla. Atty In Opioid MDL For False Statements

*By Carolina Bolado*

The Ohio federal judge overseeing multidistrict opioid litigation has sanctioned a Florida attorney who represents 15 municipal subdivision plaintiffs for repeatedly stating that members of their attorney leadership team regularly engaged in improper communications with the court.

⊞ Order attached | Read full article » | Save to favorites »

## Goldstein Says Feds 'Misled' Court With Obstruction Claim

*By Phillip Bantz*

U.S. Supreme Court lawyer and SCOTUSblog publisher Tom Goldstein wants a Maryland federal judge to sanction prosecutors in his tax evasion case for a "pattern of false and misleading statements" to the court accusing him of hiding millions in cryptocurrency and bribing his former law firm manager.

⊞ 2 documents attached | Read full article » | Save to favorites »

## 'Weird' Mass Arb. Fights Have Judge Questioning FAA's Reach

*By Craig Clough*

A California federal judge who held Verizon's arbitration agreements to be unconscionable told a law forum panel Wednesday in San Diego that the rise of mass arbitration cases and companies' increasingly "creative" efforts to avoid arbitration has him finding the process "weird" and asking, "What's wrong with the courts?""

Read full article » | Save to favorites »

## Leader Of Brothel That Catered To Attys, Execs Gets 4 Years

*By Julie Manganis*

The head of a network of brothels that operated out of luxury apartments in the Boston and Washington, D.C., areas and counted lawyers, political figures and executives among its clientele was sentenced to four years in prison on Wednesday.

Read full article » | Save to favorites »

## Bradley Expands Houston Office With Bankruptcy, Corporate Trio

*By Corey Rothauser*

Bradley Arant Boult Cummings LLP said Wednesday that it has expanded its bankruptcy and corporate team in Houston with the addition of three attorneys from Chamberlain Hrdlicka White Williams & Aughtry, including the former chair of the firm's bankruptcy, restructuring and creditor rights practice.

Read full article » | Save to favorites »

## Alex Jones' Sandy Hook Atty Wants Suspension Halved

*By Brian Steele*

A Connecticut attorney suspended for two weeks over his role in the mishandling of Sandy Hook families' confidential records has asked a state court judge to credit him for a weeklong suspension he served more than two years ago and to pause the order while he appeals.

⊞ 2 documents attached | Read full article » | Save to favorites »

## Calif. Panel Probes Disbarring Eastman Over 2020 Election

*By Rachel Scharf*

Kirkland & Ellis
Klehr Harrison
Klein Thomas
Koning Rubarts
Kreindler & Kreindler
Labaton Keller
Latham & Watkins
Lauro & Singer
Law Offices of Jeremy D. Weinstein
Lieff Cabraser
Littler Mendelson
Lowenstein Sandler
Lucosky Brookman
Mac Murray & Shuster
Manatt Phelps
Mark Migdal & Hayden
Mayer Brown
McCarter & English
McDermott Will & Emery
McGuireWoods
McKool Smith
Merson Law
Milbank LLP
Miller & Chevalier
Miller Law Associates APC
Miller Nash LLP
Mintz Levin
Morgan & Morgan
Morgan Lewis
Morris Nichols
Morrison Foerster
Motley Rice
Munger Tolles
Muskat Devine
Nelson Mullins
Nguyen Lawyers ALC
Nicolaides Fink
Nixon Peabody
Norton Rose
O'Melveny & Myers
Orrick Herrington
Outten & Golden
Pachulski Stang
Parker Hudson
Parker Poe
Paul Hastings

An appeals panel appeared unlikely Wednesday to reverse a California State Bar judge's finding that John Eastman, a former attorney for President Donald Trump, engaged in misconduct when he tried to overturn the results of the 2020 election, but questioned whether disbarment is the appropriate punishment.

Read full article » | Save to favorites »

### Del. House Panel Sends Corporate Law Rework To Final Vote

*By Jeff Montgomery*

A Delaware House committee on Wednesday sent toward a possible final House vote corporation law amendments that would create new "safe harbor" protections for officers, directors and controlling stockholders, shielding them from liability if they have conflicting interests in some corporate acts.

Read full article » | Save to favorites »

Paul Weiss
Peiffer Wolf
Perkins Coie
Phelps Dunbar
Phillips Lytle
Pillsbury Winthrop
Pitt McGehee
Polsinelli PC
Potter Anderson
Quinn Emanuel
Redgrave LLP
Reed Smith
Richard & Bartlett
Richards Layton
Riley Safer
Rivkin Radler
Robbins Geller
Robbins LLP
Robins Kaplan
Robinson Bradshaw
Robinson Stewart Montgomery
Ropes & Gray
Sanford Heisler
Santos Lloyd Law Firm
Schlichter Bogard
Schulte Roth
Scott&Scott
Seck Law
Seeger Weiss
Segal Roitman
Seward & Kissel
Seyfarth Shaw
Shackelford Bowen
Sheppard Mullin
Shook Hardy
Sidley Austin
Simmons Hanly
Simpson Thacher & Bartlett LLP
Singleton Schreiber
Skadden Arps
Spangenberg Shibley
Squire Patton
Stapleton Segal
State Tax Law LLC
Steptoe LLP
Stradley Ronon
Sullivan & Cromwell

Summit Law Group

Taft Stettinius

Thompson Coburn

Thompson Hine

TorHoerman Law

Tressler LLP

Tripp Scott

Troutman

Tycko & Zavareei

Van Kampen Law

Varnum LLP

Vinson & Elkins

Weil Gotshal

Werman Salas

White & Case

White and Williams

Wiley Rein

Williams & Connolly

Willkie Farr

WilmerHale

Wilshire Law Firm

Wilson Elser

Wilson Sonsini

Winston & Strawn

Wolf Popper

Womble Bond

Yankwitt LLP

Yetter Coleman

## GOVERNMENT AGENCIES IN TODAY'S NEWS

City and County of San Francisco, California

City of New York

Connecticut Attorney General's Office

Defense Logistics Agency

Equal Employment Opportunity Commission

European Union

Federal Communications Commission

Federal Trade Commission

Internal Revenue Service

Massachusetts Gaming Commission

Morongo Band of Mission Indians

New Jersey Office of the Public
Defender

New York County District
Attorney's Office

Standing Rock Sioux Tribe

U.S. Attorney's Office for the
District of Maryland

U.S. Attorney's Office for the
District of New Jersey

U.S. Bankruptcy Court for the
District of Delaware

U.S. Copyright Office

U.S. Court of Appeals for the
Federal Circuit

U.S. Court of Appeals for the Ninth
Circuit

U.S. Department of Energy

U.S. Department of Justice

U.S. Department of State

U.S. District & Bankruptcy Courts
of Southern District of Texas

U.S. District Court for the District of
Columbia

U.S. District Court for the District of
Maryland

U.S. District Court for the District of
Massachusetts

U.S. District Court for the District of
New Jersey

U.S. District Court for the Northern
District of California

U.S. District Court for the Southern
District of California

U.S. District Court for the Southern
District of New York

U.S. Environmental Protection
Agency

U.S. Securities and Exchange
Commission

U.S. Supreme Court

US Office of Management and
Budget

United States District Court for the
District of North Dakota

United States District Court for the
Northern District of Ohio

EPA_00299948

Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 230 Park Avenue, 7th Floor, New York, NY 10169

| Message | |
|---|---|
| **From:** | Public Policy Law360 [news-alt@law360.com] |
| **Sent:** | 3/20/2025 10:38:15 AM |
| **To:** | Voyles, Travis [voyles.travis@epa.gov] |
| **Subject:** | All GOP FTC Tamps Down Dissent, Ratchets Up Legal Fights |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.



# Public Policy

**THURSDAY, MARCH 20, 2025**



**TOP NEWS**

Feature
**All GOP FTC Tamps Down Dissent, Ratchets Up Legal Fights**
*By Bryan Koenig*

Dissenting voices may become an endangered prospect at the Federal Trade Commission after President Donald Trump fired the agency's two Democrats on Tuesday, with no sign of plans to name new members.

Read full article » | Save to favorites »

Analysis

**Abortion Case May Be Just The Start For Empowered Paxton**

*By Catherine Marfin*

Texas Attorney General Ken Paxton's announcement of the first criminal charges under the state's abortion ban comes amid a political shift in which lawmakers are increasingly willing to empower the state's top legal office, potentially setting up a court battle over how much clout the AG should wield.

Read full article » | Save to favorites »

**Judge Tells DOJ To Alert All Agencies Of Perkins Coie Ruling**

*By Lauren Berg*

A Washington, D.C., federal judge Wednesday directed the Trump administration to tell all federal agencies to rescind requests for disclosures about government and contractor relationships with Perkins Coie LLP, following an order last week blocking enforcement of the president's executive order against the Seattle-based law firm.

Read full article » | Save to favorites »

**DC Judge Won't Preemptively Stop IRS Data Sharing With DHS**

*By Ali Sullivan*

A D.C. federal judge on Wednesday said two immigrant rights groups had not shown that the IRS is poised to unlawfully share noncitizen taxpayer records with immigration enforcement authorities, rejecting their bid for a court order that would preemptively block any information transfer.

Read full article » | Save to favorites »

**Judge Won't Unfreeze Climate Grantees' EPA Funds**

*By Juan-Carlos Rodriguez*

A Washington, D.C., federal judge said the U.S. Environmental Protection Agency hasn't provided an adequate explanation for its termination of $20 billion in grant funding for climate change projects and blocked it from taking further action — but declined to order that the money be released.

2 documents attached | Read full article » | Save to favorites »

## EU Accuses Google Of Breaking New Big Tech Rules

*By Matthew Perlman*

European enforcers accused Google on Wednesday of violating the bloc's new rules for digital markets by favoring its own services in search results and through restrictions in its Play Store, while also outlining steps Apple needs to take to comply.

Read full article » | Save to favorites »

## White House Says It Will Obey Court Orders But Faults Judges

*By Courtney Bublé*

White House Press Secretary Karoline Leavitt said on Wednesday the Trump administration will comply with court orders, but continued to escalate its verbal attacks on the judiciary.

Read full article » | Save to favorites »

## Mich. Judges Fret Over Danger Of Proposed Disclosure Rules

*By Danielle Ferguson*

Michigan Supreme Court justices on Wednesday heard feedback on proposed changes to judicial canons to broaden judges' financial disclosure requirements and expressed concern over the need to balance transparency and accountability with the safety of judges and their families amid a rise in threats against the judiciary.

5 documents attached | Read full article » | Save to favorites »

## Mich. Senate Asks High Court To Fast-Track Stalled Bill Case

*By Carolyn Muyskens*

The Michigan Senate has appealed directly to the Great Lakes State's highest court, saying the court's swift intervention is needed to resolve a "constitutional confrontation" that arose when the House refused to send passed legislation to the governor.

2 documents attached | Read full article » | Save to favorites »

## EDITORIAL BOARDS

### Law360 Announces The Members Of Its 2025 Editorial Boards

Law360 is pleased to announce the formation of its 2025 Editorial Advisory Boards.

Read full article » | Save to favorites »

## ELECTION FIGHTS

### Ga. Beats Another Challenge To 2021 Voting Law

*By Chart Riggall*

A Georgia federal judge ended one of a host of challenges to the state's controversial 2021 election law overhaul, ruling that the prospect of local election officials being removed by their statewide counterparts was "too remote" a possibility to establish standing.

EPA_00299954



Order attached | Read full article » | Save to favorites »

### Ga. Justices Consider Election Board's Rulemaking Authority

*By Kelcey Caulder*

Georgia's Supreme Court justices on Wednesday considered whether a trial court judge correctly blocked the enforcement of controversial State Election Board rules put in place before last year's general election, weighing arguments about whether the rulemaking aligned with the constitution's separation of powers.

Read full article » | Save to favorites »

### Calif. Panel Probes Disbarring Eastman Over 2020 Election

*By Rachel Scharf*

An appeals panel appeared unlikely Wednesday to reverse a California State Bar judge's finding that John Eastman, a former attorney for President Donald Trump, engaged in misconduct when he tried to overturn the results of the 2020 election, but questioned whether disbarment is the appropriate punishment.

Read full article » | Save to favorites »

**BANKING & SECURITIES**

### Del. House Panel Sends Corporate Law Rework To Final Vote

*By Jeff Montgomery*

A Delaware House committee on Wednesday sent toward a possible final House vote corporation law amendments that would create new "safe harbor" protections for officers, directors and controlling stockholders, shielding them from liability if they have conflicting interests in some corporate acts.

Read full article » | Save to favorites »

### 'They're Walking Away': Ripple Labs Says SEC To Drop Appeal

*By Aislinn Keely*

Ripple Labs CEO Brad Garlinghouse said Wednesday the U.S. Securities and Exchange Commission will drop its Second Circuit appeal of a summary judgment in its headline-grabbing enforcement action over Ripple's XRP token.

Read full article » | Save to favorites »

### Lenders Rally For CDFI Fund After Trump Orders Cuts

*By Jon Hill*

A broad coalition of lender trade groups is lobbying in support of a key federal program aimed at boosting Main Street investment, defending it to lawmakers after President Donald Trump ordered the program slashed as much as possible.

Letter attached | Read full article » | Save to favorites »

**ENERGY & ENVIRONMENTAL**

**Monsanto Lawyers Face Reduced Penalties Over PCB Reports**

*By Rachel Riley*

A Washington state judge has partially reconsidered a decision to personally sanction eight attorneys representing Monsanto for late disclosure of expert reports ahead of a Seattle PCB tort trial, downgrading some of the penalties while still concluding the defense team deliberately violated a court scheduling order at the company's behest.

Order attached | Read full article » | Save to favorites »

**Wash. Water Quality Regs Survive Industry Challenge**

*By Juan-Carlos Rodriguez*

A federal judge on Wednesday upheld Washington state water quality standards that were challenged by business groups after they were approved by the U.S. Environmental Protection Agency.

Order attached | Read full article » | Save to favorites »

**MEDIA & ENTERTAINMENT**

**Trade Group Sues La. Over Social Media Age Restrictions**

*By Nadia Dreid*

Tech trade group NetChoice is going after a new Louisiana law that would restrict minors' access to social media and ban companies from showing them targeted ads, saying the law blocks children's access to protected speech and is a "fiasco for free speech and online safety."

Read full article » | Save to favorites »

**TRANSPORTATION & INFRASTRUCTURE**

**NY DOT Says Feds' Bid To Kill Congestion Pricing Is 'Unlawful'**

*By Linda Chiem*

The New York State Department of Transportation told a Manhattan federal judge Wednesday that the Trump administration's efforts to kill New York City's congestion pricing program unlawfully interfere with the Empire State's authority to implement state law and protect New Yorkers' health and welfare.

Memorandum attached | Read full article » | Save to favorites »

**REAL ESTATE**

**10th Circ. Says 'Corner-Crossing' Hunters Didn't Trespass**

*By Thy Vo*

A Tenth Circuit panel has ruled that Wyoming hunters who used an A-frame ladder to cross over private property to access public lands didn't trespass, finding an 1885 American frontier law protects the public's right to "corner-cross" and access public lands that are otherwise enclosed by private property.

Opinion attached | Read full article » | Save to favorites »

**Fla. Court Affirms Boardwalk Easement, Despite Defunct Law**

*By Grace Dixon*

Florida's First District Court of Appeal confirmed Wednesday that Walton County, Florida, had a right to a public easement on a beach, finding it need not have exercised that right before the federal government repealed the law under which the land was conveyed to private owners.

Opinion attached | Read full article » | Save to favorites »

**LA City Office Claims Group Ran Illegal STR Scheme**

*By Isaac Monterose*

A group advertised and rented out illegal short-term and long-term rentals in Los Angeles and also illegally jacked up rent prices after the January wildfires occurred in LA, the LA City Attorney's Office alleged in a state court suit.

Complaint attached | Read full article » | Save to favorites »

**EMPLOYMENT & BENEFITS**

### Judge Questions Standing In DEI Executive Orders Challenge

*By Jared Foretek*

A D.C. federal judge on Wednesday questioned whether three civil rights nonprofits have standing to block the Trump administration's executive orders ending federal diversity, equity, inclusion and accessibility programs and cutting off funding for groups focused on minority populations.

Read full article » | Save to favorites »

### EEOC, DOJ Advise Workers To Look Out For DEI-Based Bias

*By Patrick Hoff*

The U.S. Equal Employment Opportunity Commission paired with the U.S. Department of Justice on Wednesday to issue guidance explaining how workers can recognize and report bias tied to diversity, equity and inclusion programs, part of the Trump administration's broader effort targeting the practices across public and private workplaces.

Read full article » | Save to favorites »

### Conn. Justices Say ALJs Can Clearly Award Disability Benefits

*By Ryan Harroff*

Reversing a lower court, the Connecticut Supreme Court has ruled that state law plainly empowers administrative law judges to award ongoing temporary disability benefits in workers' compensation cases, such as one brought by a hospital worker whose wrist was damaged restraining a patient.

6 documents attached | Read full article » | Save to favorites »

### MLM Cosmetics Co. Doesn't Pay Any Wages, Stylist Says

*By Emmy Freedman*

A multilevel marketing company illegally classifies stylists as independent contractors, thus forcing them to foot the bill for promoting the company's products, and only pays workers a commission and for recruiting more stylists, a lawsuit filed in California state court said.



Complaint attached | Read full article » | Save to favorites »

**COMPETITION**

How They Won It

### How Cleary, Simpson Thacher Went To The Mattresses With FTC

*By Bryan Koenig*

The Federal Trade Commission's attempt to block Tempur Sealy's $5 billion bid to acquire retailer Mattress Firm suffered a likely fatal blow when a Texas federal court refused to put the merger on hold.

Read full article » | Save to favorites »

### Fired FTC Dem Warns Of Billionaire Influence On Trump

*By Thy Vo*

A Democrat who was terminated by President Donald Trump from the Federal Trade Commission said Wednesday that the public should be concerned about "which billionaire has the president's ear" when the next "mega-merger" is proposed, in remarks to a Colorado legislative committee the day after his firing.

Read full article » | Save to favorites »

### DOJ Says Anthropic View Of Google Search Fix Is Now Moot

*By Jared Foretek*

The U.S. Department of Justice is urging a D.C. federal judge to dismiss Anthropic's bid to submit witness declarations in the remedies phase of the government's search antitrust case against Google, arguing that it already dropped the proposed remedy that drew Anthropic's input in the first place.

EPA_00299960

Response attached | Read full article » | Save to favorites »

**DOJ Defends Rejection Of Agri Stats Bid For Data Points**

*By Matthew Perlman*

The U.S. Department of Justice is defending a decision in Minnesota federal court denying a bid from Agri Stats Inc. to make enforcers identify specific data fields in company reports that allegedly allow chicken, pork and turkey producers to share competitively sensitive information.

Response attached | Read full article » | Save to favorites »

**CYBERSECURITY & PRIVACY**

**3rd Circ. Passes On Appeal Of NJ Judicial Privacy Law Ruling**

*By Ryan Boysen*

Data brokers cannot consolidate dozens of lawsuits in federal court that claim they violated the New Jersey data privacy statute known as Daniel's Law, after the Third Circuit declined to revisit an earlier ruling that sent the lawsuits back to state court.

EPA_00299961

4 documents attached | Read full article » | Save to favorites »

**PERSONAL INJURY & MEDICAL MALPRACTICE**

**Connecticut Jury Awards $5.7M To Murder Exoneree**

*By Aaron Keller*

A Connecticut federal jury on Wednesday handed an exonerated murder defendant $5.7 million, finding a town police officer negligent for failing to stop evidence fabrication by a state police interrogator.

Read full article » | Save to favorites »

**TAX**

**Switzerland, Zimbabwe Sign Tax Treaty**

*By Kevin Pinner*

Switzerland and Zimbabwe signed an agreement Wednesday for a treaty to avoid double taxation of income, an expansion of the Swiss treaty network in southern Africa that has been welcomed by cantons and businesses, according to Switzerland's competent authority.

1 document attached | Read full article » | Save to favorites »

**IMMIGRATION**

**NY Judge Transfers Columbia Activist's Case To NJ**

*By Madeline Lyskawa*

EPA_00299962

A Manhattan federal judge on Wednesday transferred Palestinian activist and Columbia University graduate student Mahmoud Khalil's petition seeking his release after he was arrested by Immigration and Customs Enforcement to New Jersey.

Order attached | Read full article » | Save to favorites »

## Judge Extends Feds' Deadline For Deportation Flight Info

*By Britain Eakin*

U.S. District Judge James Boasberg on Wednesday gave the Trump administration another day to provide more details about flights containing Venezuelans deported under the 1798 Alien Enemies Act, after the government said it might invoke state secrets privilege.

2 documents attached | Read full article » | Save to favorites »

**NATIVE AMERICAN**

## 8th Circuit Rejects Minn. Tribe's Jurisdiction Rehearing Bid

*By Crystal Owens*

The Eighth Circuit on Wednesday denied a Minnesota tribe's request for a panel or en banc rehearing on a decision to remand and vacate its challenge over law enforcement jurisdiction on its reservation after it told the court last month that its assessment of the case conflicts with precedent.

EPA_00299963

Order attached | Read full article » | Save to favorites »

**Judge Carves Up Arkansas Cherokee Casino License Dispute**

*By Crystal Owens*

Cherokee Nation businesses can proceed with three of their claims against Arkansas in a dispute over the revocation of a casino license, a federal court judge said, while allowing the state to nix allegations that the tribal entities were deprived of equal protection and substantive due process.

Order attached | Read full article » | Save to favorites »

**California Rancheria Can Comment On Casino Land Dispute**

*By Joyce Hanson*

A D.C. federal judge has let the Redding Rancheria file a friend of the court brief in two tribes' challenge to the U.S. government's decision to take 221 acres into trust for the rancheria's casino project, ruling it has a special interest in the litigation.

Read full article » | Save to favorites »

Brief

**Interior Department Transfers 680 Acres To North Dakota Tribe**

*By Crystal Owens*

The Spirit Lake Nation and the U.S. Department of the Interior are hailing the recently completed transfer of 680 acres back to the North Dakota tribe — land taken by the federal government in a mid-19th-century territory treaty — as a change that will benefit the tribe and that the tribe has pursued for decades.

Read full article » | Save to favorites »

EPA_00299964

**TELECOMMUNICATIONS**

**Broadband Pole Upgrades Depend On States, Pew Says**

*By Nadia Dreid*

States need to make sure their pole attachment process is running smoothly, or it could be the cause for a lot of broadband deployment holdups, according to a new study released by Pew Charitable Trusts.

Read full article » | Save to favorites »

**Broadcasters Say Next-Gen TV Could Back Up GPS**

*By Christopher Cole*

Broadcasters told federal regulators the impending transition to next-generation TV could come with an added benefit — the creation of a broadcast spectrum-based backup to the Global Positioning System.

Letter attached | Read full article » | Save to favorites »

Brief

**Republican FCC Aide Named NTIA's Acting Head**

*By Christopher Cole*

The White House has named Adam Cassady, formerly a top Republican aide at the Federal Communications Commission, as acting chief of the U.S. Department of Commerce branch in charge of federal spectrum policy.

Read full article » | Save to favorites »

**CANNABIS**

**Pot Co. Can't Upend Borough's Support For Rival Shop**

*By Mike Curley*

A New Jersey appeals panel won't let a would-be Keyport cannabis dispensary prevent the borough from granting support for a cannabis license to one of its rivals, saying the trial court was right to find that the process was not arbitrary or capricious.

Opinion attached | Read full article » | Save to favorites »

## Court Tosses Challenge To Indiana's Delta-8 THC Policy

*By Sam Reisman*

An Indiana federal judge has dismissed a challenge brought by hemp industry stakeholders against Indiana's policy to rein in hemp-derived delta-8 THC, saying the case was a matter for a state court.

Order attached | Read full article » | Save to favorites »

**EXPERT ANALYSIS**

## What's Old And New In The CFTC's Self-Reporting Advisory

Attorneys at Blank Rome analyze the U.S. Commodity Futures Trading Commission's recent advisory that aims to provide clarity on self-reporting violations of the Commodity Exchange Act, and review whether market participants should shift their thinking — or not — when it comes to cooperation with the CFTC.



1 document attached | Read full article » | Save to favorites »

**Investor Essentials For Buying Federally Owned Property**

Investors and developers can take advantage of the Trump administration's plan to sell government-owned real estate by becoming familiar with the process and eligible to bid, and should prepare to move quickly once the U.S. General Services Administration posts the list of properties for sale, say attorneys at Holland & Knight.

Read full article » | Save to favorites »

**How 2025 Is Shaping The Future Of Bank Mergers So Far**

Whether the long-anticipated great wave of consolidation in the U.S. banking industry will finally arrive in 2025 remains to be seen, but the conditions for bank mergers are more favorable now than they have been in years, say attorneys at Skadden.

Read full article » | Save to favorites »

Opinion

**Upholding Tribal Sovereignty Benefits US And Indian Country**

The Trump administration's broad moves to end diversity, equity and inclusion programs are negatively affecting many tribal programs, but supporting tribal sovereignty would serve the federal government's deregulatory goals and ensure that tribes have the resources they need, says Ellen Grover at BB&K.

Read full article » | Save to favorites »

**Constitutional Foundations Of Gov't-Guaranteed Investments**

For attorneys advising clients with exposure to government-backed investments, understanding the constitutional guardrails on presidential impoundment offers essential guidance for risk assessment, contract strategy and litigation planning, says Mauni Jalali at Quinn Emanuel.

Read full article » | Save to favorites »

Series

**Adapting To Private Practice: From SEC To BigLaw**

As I adjusted to the multifaceted workflow of a BigLaw firm after leaving the U.S. Securities and Exchange Commission, working side by side with new colleagues on complex matters proved the fastest way to build a deep rapport and demonstrate my value, says Jennifer Lee at Jenner & Block.

Read full article » | Save to favorites »



**LEGAL INDUSTRY**

**Ex-Cognizant CLO Fires Paul Weiss After Trump Order**

*By Carla Baranauckas*

A former Cognizant Technology Solutions Corp. executive facing a bribery trial next month has fired Paul Weiss Rifkind Wharton & Garrison LLP from his defense team following the Trump administration's revocation of the firm's security clearances, according to a withdrawal motion filed Wednesday by firm partner Roberto Finzi.

Motion attached | Read full article » | Save to favorites »

**Plaintiffs Attys Fight Arbitration, While Imposing It On Clients**

*By Brandon Lowrey*

Plaintiffs attorney groups have for decades lobbied against forced arbitration, saying it strips injured consumers and aggrieved workers of their right to jury trial and hides corporate misconduct from public view. But many plaintiffs lawyers nationwide have subjected their own clients to forced arbitration in their retainer contracts — including leaders of some organizations that forbid the practice, Law360 has found.

Read full article » | Save to favorites »

Analysis

**DC Circ.'s Copyright Denial Of AI Art Is A Sign Of Future Fights**

*By Ivan Moreno*

A computer scientist's quest to register artwork made by his artificial intelligence system hit another roadblock this week when the D.C. Circuit concluded that only human authors qualify for copyright protection, but his case foreshadows complex questions that courts and perhaps Congress will have to grapple with as the technology evolves.

Read full article » | Save to favorites »

**Ohio Judge Blasts Fla. Atty In Opioid MDL For False Statements**

*By Carolina Bolado*

The Ohio federal judge overseeing multidistrict opioid litigation has sanctioned a Florida attorney who represents 15 municipal subdivision plaintiffs for repeatedly stating that members of their attorney leadership team regularly engaged in improper communications with the court.

Order attached | Read full article » | Save to favorites »

### Goldstein Says Feds 'Misled' Court With Obstruction Claim

*By Phillip Bantz*

U.S. Supreme Court lawyer and SCOTUSblog publisher Tom Goldstein wants a Maryland federal judge to sanction prosecutors in his tax evasion case for a "pattern of false and misleading statements" to the court accusing him of hiding millions in cryptocurrency and bribing his former law firm manager.

2 documents attached | Read full article » | Save to favorites »

### 'Weird' Mass Arb. Fights Have Judge Questioning FAA's Reach

*By Craig Clough*

A California federal judge who held Verizon's arbitration agreements to be unconscionable told a law forum panel Wednesday in San Diego that the rise of mass arbitration cases and companies' increasingly "creative" efforts to avoid arbitration has him finding the process "weird" and asking, "What's wrong with the courts?""

Read full article » | Save to favorites »

### Robbins Geller Escapes Sanctions In Gas Price-Fixing Suit

*By Adrian Cruz*

A California federal judge on Wednesday rejected a bid to sanction Robbins Geller Rudman & Dowd LLP attorneys in a gas price-fixing suit, determining that the firm didn't act in bad faith or unreasonably multiply proceedings in a way that unnecessarily cost Alon USA Energy millions.

Order attached | Read full article » | Save to favorites »

### Leader Of Brothel That Catered To Attys, Execs Gets 4 Years

*By Julie Manganis*

The head of a network of brothels that operated out of luxury apartments in the Boston and Washington, D.C., areas and counted lawyers, political figures and executives among its clientele was sentenced to four years in prison on Wednesday.

Read full article » | Save to favorites »

**Bradley Expands Houston Office With Bankruptcy, Corporate Trio**

*By Corey Rothauser*

Bradley Arant Boult Cummings LLP said Wednesday that it has expanded its bankruptcy and corporate team in Houston with the addition of three attorneys from Chamberlain Hrdlicka White Williams & Aughtry, including the former chair of the firm's bankruptcy, restructuring and creditor rights practice.

Read full article » | Save to favorites »

**Alex Jones' Sandy Hook Atty Wants Suspension Halved**

*By Brian Steele*

A Connecticut attorney suspended for two weeks over his role in the mishandling of Sandy Hook families' confidential records has asked a state court judge to credit him for a weeklong suspension he served more than two years ago and to pause the order while he appeals.

2 documents attached | Read full article » | Save to favorites »

**LAW FIRMS IN TODAY'S NEWS**

4 5 Gray's Inn Square

A&O Shearman

Abir Cohen

Adler & Stachenfeld

Akerman LLP

Akin Gump

Anderson Kill

Andrus Anderson

Archer & Greiner

Arnall Golden

Arnold & Porter

Axinn Veltrop

Baker & Hostetler

Baker Botts

Baker McKenzie

Ballard Spahr

Barnes & Thornburg

Barnhouse Keegan

Beck Redden

Berger Singerman

Bernstein Litowitz

Best Best & Krieger

Blank Rome

Block & Leviton

Bohrer PLLC

Boies Schiller

Bose McKinney

Bracewell LLP

Bradley Arant

Brann & Isaacson

BraunHagey & Borden

Bressler Amery

Brown Neri

Brownstein Hyatt

Bruce P. Brown Law

Bryan Cave
Buchanan Ingersoll
Burr & Forman
Bush Seyferth
Cadwalader Wickersham
Carlton Fields
Cassidy Levy
Chaffetz Lindsey
Chalmers Adams Backer
Chamberlain Hrdlicka
Clark Hill
Clarkson Law Firm PC
Cleary Gottlieb
Clyde & Co
Cohen & Buckmann
Cohen & Gresser
Cohen Milstein
Consovoy McCarthy
Constangy Brooks
Continental PLLC
Cooley LLP
Corr Cronin
Covington & Burling
Cozen O'Connor
Cravath Swaine
Crowell & Moring
Crowell Law Office Tribal Advocacy Group
DLA Piper
Davis Polk
Davis Wright Tremaine
Debevoise & Plimpton
Dechert LLP
Dentons
DiCello Levitt
Dorsey & Whitney
Drummond Woodsum
Duane Morris
Dykema
Engstrom Lee
Evans Fears
Eversheds Sutherland
Faegre Drinker
Farrell & Fuller
Fenwick & West
FisherBroyles
Fogler Brar
Foley & Lardner
Foley Hoag
Fox Rothschild

Freshfields

Fried Frank

Friedman Kaplan

Friedman Rubin

Garland Samuel & Loeb

Genova Burns

Giacoma Roberts

Gibbons PC

Gibson Dunn

Goldman Ismail

Goldstein & Russell

Goodman Acker

Goodwin Procter

Gordon Rees Scully Mansukhani

Grant & Eisenhofer

Greenbaum Rowe

Greenberg Traurig

Greene Broillet

Greenspoon Marder

Gross Klein

HWG LLP

Hall Booth

Hangley Aronchick

Harrison Law

Hartley LLP

Hassett & George

Hecht Walker

Hecker Fink

Herrick Feinstein

Hinshaw & Culbertson

Hobbs Straus

Hogan Lovells

Holland & Knight

Holwell Shuster

Hudson Cook

Hughes Hubbard

Hunton Andrews

Hurwitz Sagarin

Husch Blackwell

Ichter Davis

Jackson Lewis PC

Jeffer Mangels

Jenner & Block

Jones Day

K&L Gates

KXT Law

Kanji & Katzen

Kaplan Kirsch

Kaplan Marino

Katten Muchin
Kaufman Lieb
Kean Miller
Keller Postman
Kelley Drye
Kelley Wolter
Kellogg Hansen
Kennedys Law LLP
Kilpatrick Townsend
King & Spalding
Kirkland & Ellis
Klehr Harrison
Klein Thomas
Koning Rubarts
Kreindler & Kreindler
Kressin Meador
Labaton Keller
Latham & Watkins
Lauro & Singer
Law Offices of Jeremy D. Weinstein
Lehotsky Keller
Lewis Brisbois
Lieff Cabraser
Littler Mendelson
Lockridge Grindal
Lowenstein Sandler
Lucosky Brookman
Mac Murray & Shuster
Manatt Phelps
Mandelbaum Barrett
Mark Migdal & Hayden
Martin LLP
Mayer Brown
McCarter & English
McDaniel Wolff
McDermott Will & Emery
McElroy Deutsch
McGuireWoods
McKool Smith
McManimon Scotland
Merson Law
Milbank LLP
Miller & Chevalier
Miller Law Associates APC
Miller Nash LLP
Mintz Levin
Montgomery McCracken
Morgan & Morgan
Morgan Lewis

Morris Nichols
Morrison Foerster
Motley Rice
Munger Tolles
Muskat Devine
Nelson Mullins
Nguyen Lawyers ALC
Nicolaides Fink
Nixon Peabody
Nolan Thompson
Norton Rose
O'Melveny & Myers
Orrick Herrington
Outten & Golden
Pachulski Stang
Parker Hudson
Parker Poe
Patterson Belknap
Paul Hastings
Paul Weiss
Peiffer Wolf
Pence & MacMillan
Perkins Coie
Pfau Cochran
Phelps Dunbar
Phillips Lytle
Pierson Ferdinand LLP
Pillsbury Winthrop
Pitt McGehee
Polsinelli PC
Potter Anderson
Quinn Emanuel
RKW LLC
Redgrave LLP
Reed Smith
Richard & Bartlett
Richards Layton
Riker Danzig
Riley Safer
Rivkin Radler
Robbins Geller
Robbins LLP
Robins Kaplan
Robinson Bradshaw
Robinson Stewart Montgomery
Ropes & Gray
Sanford Heisler
Santos Lloyd Law Firm
Saul Ewing

EPA_00299977

Schaerr Jaffe
Schlichter Bogard
Schulte Roth
Scott&Scott
Seck Law
Seeger Weiss
Segal Roitman
Seila Law
Seward & Kissel
Seyfarth Shaw
Shackelford Bowen
Sheppard Mullin
Shinder Cantor
Shook Hardy
Sidley Austin
Sills Cummis
Simmons Hanly
Simpson Thacher & Bartlett LLP
Singleton Schreiber
Sive Paget
Skadden Arps
Spangenberg Shibley
Spiro Harrison
Stapleton Segal
Starr Gern
State Tax Law LLC
Steptoe LLP
Stinson LLP
Stoel Rives
Stradley Ronon
Sullivan & Cromwell
Summit Law Group
Taft Stettinius
Thompson Coburn
Thompson Hine
TorHoerman Law
Tressler LLP
Tripp Scott
Troutman
Tycko & Zavareei
Van Kampen Law
Varnum LLP
Vedder Price
Weaver Johnston
Weil Gotshal
Werman Salas
White & Case
White and Williams
Wiley Rein

Williams & Connolly
Willkie Farr
WilmerHale
Wilshire Law Firm
Wilson Elser
Wilson Sonsini
Winston & Strawn
Wolf Popper
Yankwitt LLP
Yetter Coleman
Ziontz Chestnut
ZwillGen

EPA_00299979

**COMPANIES IN TODAY'S NEWS**

AIDS Foundation of Chicago

Adobe Inc.

Agri Stats Inc.

Airbnb Inc.

Albertsons Cos. Inc.

Alon USA Energy Inc.

Alphabet Inc.

Amazon.com Inc.

EPA_00299980

American Arbitration Association
American Association for Justice
American Bankers Association
American Bar Association
American Civil Liberties Union
American Express Co.
Anthropic PBC
Apple Inc.
Association of Washington Business
BDO USA LLP
Bayer AG
Blackbaud Inc.
Brooklyn Law School
CRA International Inc.
Cargill Inc.
Center for Constitutional Rights
Cherokee Nation Entertainment LLC
Chevron Corp.
Cisco Systems Inc.
Citigroup Inc.
Cognizant Technology Solutions Corp.
Conference of State Bank Supervisors
Consumer Attorneys Association of Los Angeles
Consumer Attorneys of California
Copyright Alliance
Democracy Forward Foundation
Detroit Historical Society
ESPN Inc.
EisnerAmper LLP
Everyday Health Group
Exxon Mobil Corp.
Farm Credit System
Google LLC
Great American Insurance Co.
Illinois Trial Lawyers Association
Instagram Inc.
Jane Street Group LLC
KBW, Inc.
Keurig Dr Pepper Inc.
Lambda Legal Defense & Educational Fund
Leidos Holdings Inc.
LexisNexis Legal & Professional
Liberty Mutual Insurance Group
LinkedIn Corp.
Makah Tribe
Medtronic PLC
Meta Platforms Inc.
Metropolitan Transportation Authority
Monsanto Co.

Morgan Stanley
Mortgage Bankers Association
NAACP Legal Defense & Educational Fund Inc.
NASDAQ Inc.
National Association for the Advancement of Colored People
National Association of Broadcasters
National Association of Criminal Defense Lawyers
National Fair Housing Alliance
National Urban League
Natural Resources Defense Council
New York City Bar Association
New York Civil Liberties Union
New York University
PG&E Corp.
Parabellum Capital LLC
Paypal Holdings Inc.
Pershing Square Capital Management LP
Pinterest Inc.
Public Citizen Inc.
RELX PLC
Ripple Labs Inc.
S&P Global Inc.
SVB Financial Group
Salesforce.com Inc.
Sanderson Farms Inc.
Save A Lot Inc.
Sierra Club
Spotify Technology SA
State Bar of California
StoneTurn Group LLP
Stretto Inc.
Telefonaktiebolaget LM Ericsson
Tempur Sealy International Inc.
Tesla Inc.
The Boeing Co.
The Kroger Co.
The Lawyers' Committee for Civil Rights Under Law
The Pew Charitable Trusts
Twitter Inc.
Tyson Foods Inc.
U.S. Chamber of Commerce
Uber Technologies Inc.
United Federation of Teachers
University of California Davis
University of Miami
Verizon Communications Inc.
Vertical Screen Inc.
Volunteers of Legal Service
WesBanco Inc.

Western Alliance Bancorporation
Yelp Inc.
YouTube Inc.
Ziff Davis Holdings Inc.

**GOVERNMENT AGENCIES IN TODAY'S NEWS**
Bureau of Indian Affairs
City and County of San Francisco, California
City of New York
Commodity Futures Trading Commission
Community Development Financial Institutions Fund
Congressional Research Service
Consumer Financial Protection Bureau
Equal Employment Opportunity Commission
European Commission
Executive Office of the President
Federal Communications Commission
Federal Deposit Insurance Corp.
Federal Election Commission
Federal Highway Administration
Federal Housing Finance Agency
Federal Reserve System
Federal Trade Commission
Federal Transit Administration
Fish and Wildlife Service
Florida Court of Appeal, First District
Georgia Supreme Court
Indiana Attorney General's Office
Internal Revenue Service
Los Angeles Superior Court
Louisiana Legislature
Lower Elwha Klallam Tribe
Massachusetts Gaming Commission
Michigan Supreme Court
Mille Lacs Band of Ojibwe
Morongo Band of Mission Indians
National Economic Council
National Labor Relations Board
National Telecommunications and Information Administration
New Jersey Court
New Jersey Office of the Public Defender
New York Attorney General's Office
New York County District Attorney's Office
New York State Department of Transportation
Office of the Comptroller of the Currency
Office of the Los Angeles City Attorney
Paskenta Band of Nomlaki Indians
Port Gamble S'Klallam Tribe
Puyallup Tribe of Indians

Quinault Indian Nation
Redding Rancheria
Spirit Lake Tribe
Texas State Senate
Texas Supreme Court
U.S. Attorney's Office for the District of Maryland
U.S. Attorney's Office for the District of Minnesota
U.S. Attorney's Office for the District of New Jersey
U.S. Attorney's Office for the Southern District of New York
U.S. Copyright Office
U.S. Court of Appeals for the Eighth Circuit
U.S. Court of Appeals for the Ninth Circuit
U.S. Court of Appeals for the Second Circuit
U.S. Court of Appeals for the Tenth Circuit
U.S. Court of Appeals for the Third Circuit
U.S. Department of Agriculture
U.S. Department of Commerce
U.S. Department of Health and Human Services
U.S. Department of Homeland Security
U.S. Department of Housing and Urban Development
U.S. Department of Justice
U.S. Department of Transportation
U.S. Department of the Interior
U.S. Department of the Treasury
U.S. District & Bankruptcy Courts of Southern District of Texas
U.S. District Court for the District of Columbia
U.S. District Court for the District of Connecticut
U.S. District Court for the District of Maryland
U.S. District Court for the District of Massachusetts
U.S. District Court for the District of Minnesota
U.S. District Court for the District of New Jersey
U.S. District Court for the Eastern District of Arkansas
U.S. District Court for the Middle District of Louisiana
U.S. District Court for the Northern District of California
U.S. District Court for the Northern District of Georgia
U.S. District Court for the Southern District of California
U.S. District Court for the Southern District of New York
U.S. District Court for the Western District of Louisiana
U.S. Environmental Protection Agency
U.S. General Services Administration
U.S. Immigration and Customs Enforcement
U.S. Securities and Exchange Commission
U.S. Senate
U.S. Supreme Court
US Office of Management and Budget
United States District Court for the Northern District of Ohio
United States District Court for the Southern District of Indiana
Washington Attorney General's Office

EPA_00299984



Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 230 Park Avenue, 7th Floor, New York, NY 10169

EPA_00299986

Message

---

**Sent**:        3/24/2025 5:17:26 PM
**To**:          Talmage, Sarah [Talmage.Sarah@epa.gov]; Amidon, Eric [Amidon.Eric@epa.gov]
**CC**:          Molina, Michael [molina.michael@epa.gov]
**Subject**:     RE: Grant terminations 3/10

I think there are 2 different pieces of information here that we'll need OMS to track.

1 – Public Announcements of Grant Cancellations (w/ internal freeze/hold on OMS/OCFO affiliated account)
2 – OMS Implementation to Actually Cancel Grant (some lag here because of large number to process and now litigation impacts resulting in TROs/holds)

Michael—Can you make sure OMS is tracking the two elements: (1) when we tell them to initiate a cancellation

--

Travis Voyles
C: (202) 787-0595

---

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Monday, March 24, 2025 12:16 PM
**To:** Voyles, Travis <voyles.travis@epa.gov>; Amidon, Eric <Amidon.Eric@epa.gov>
**Subject:** FW: Grant terminations 3/10

Is the below list the "4 rounds". I spoke with Molly and Dan Coogan and neither were too sure.

FYI – LZ is meeting with Sen. Murkowski tomorrow morning at 9:15 AM (this just got scheduled).

1.       February 13 – 1 grant
2.       March 3 – ~15 grants
3.       March 10 – ~450 grants
4.       March 11 – 8 grants

---

**From:** Mencher, Daniel (Appropriations) <Daniel_Mencher@appro.senate.gov>
**Sent:** Monday, March 24, 2025 10:46 AM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Cc:** Newton, Anna (Appropriations) <Anna_Newton@appro.senate.gov>
**Subject:** RE: Grant terminations 3/10

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Ok, thanks.  But to confirm these are from the fourth grant cancellation announcement? What about the grants from the previous three cancellations? We've been asking about those for 6+ weeks.

---

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Monday, March 24, 2025 9:33 AM
**To:** Mencher, Daniel (Appropriations) <Daniel_Mencher@appro.senate.gov>
**Cc:** Newton, Anna (Appropriations) <Anna_Newton@appro.senate.gov>
**Subject:** RE: Grant terminations 3/10

Hi Daniel –

I should have clarified. It will take some time to process the full 400. As such, we will send you updates on a rolling basis. Will send you updates ASAP.


Sarah Talmage
Associate Administrator
Office of Congressional and Intergovernmental Relations
U.S. Environmental Protection Agency

---

**From:** Mencher, Daniel (Appropriations) <Daniel_Mencher@appro.senate.gov>
**Sent:** Thursday, March 20, 2025 2:12 PM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Cc:** Newton, Anna (Appropriations) <Anna_Newton@appro.senate.gov>
**Subject:** RE: Grant terminations 3/10

 **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Also meant to include this article and how this list jives with the list you sent.

E&E article

---

**From:** Mencher, Daniel (Appropriations)
**Sent:** Thursday, March 20, 2025 11:30 AM
**To:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Cc:** Newton, Anna (Appropriations) <Anna_Newton@appro.senate.gov>
**Subject:** RE: Grant terminations 3/10

Sarah – Thanks for the sending this and apologies for the delayed reply.  Can you help me better understand what these reflect? EPA has announced four rounds of grant cancellations.  The latest was 400 grants totaling $1.7B per the press release.  The amounts on this list only total $6.5M.  Just trying to close the gap between what's in the press releases and what is below.  Thank you.  Daniel

---

**From:** Talmage, Sarah <Talmage.Sarah@epa.gov>
**Sent:** Tuesday, March 18, 2025 7:25 AM
**To:** Mencher, Daniel (Appropriations) <Daniel_Mencher@appro.senate.gov>
**Subject:** Grant terminations 3/10

Hi Daniel -

Below is a list grant terminations. Will make sure to update you on a rolling basis.

| Cumulative Award Amount | Project Title | Application Name | Applicant State | Assistance Listing Description |
|---|---|---|---|---|
|  |  |  |  |  |

| $877,458 | Advancing tree equity and environmental justice in Spokane County through urban forestry career development and educational programs. | Spokane Conservation District | WA | Environmental Justice Government-to-Government (EJG2G) Program |
|---|---|---|---|---|
| $500,000 | Collaborating for Tree Equity in Providence | The Nature Conservancy | VA | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| $500,000 | Reducing Childhood Asthma by Improving Indoor Air Quality in Affordable Mulifamily Housing | National Housing Trust | DC | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| $490,912 | Monitoring Air Toxics and Assessing Benefits of Reduced Air Pollution from the Delaware City Refinery. | Clean Air Council | DE | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
| $40,000 | Girl Scouts Healthy Living Champions | Girls Scouts of Black Diamond Council, Inc. | WV | Surveys, Studies, Investigations, Training and Special Purpose Activities Relating to Environmental Justice |
| $1,000,000 | Enhancing, Strengthening and Scaling Action on Environmental Justice in Philadelphia | City of Philadelphia | PA | Environmental Justice Government-to-Government (EJG2G) Program |
| $460,459 | Climate Resilience Cohort | County of Albemarle | VA | Environmental Justice Government-to-Government (EJG2G) Program |
| $1,000,000 | Community Engagement Pilot Project in Environmental Justice Communities Overburdened with PFS Contamination in Drinking Water | WV Dept of Environmental Protection | WV | Environmental Justice Government-to-Government (EJG2G) Program |
| $1,000,000 | Environmental justice collaboration to improve air quality and community resiliency for both human health and environmental well-being in South Baltimore and Maryland's Eastern Shore. | The Environment Maryland Departmetn of | MD | Environmental Justice Government-to-Government (EJG2G) Program |
| $200,000 | State Environmental Justice Cooperative Agreement Program | South Carolina Department of Environmental Services | SC | Environmental Justice Government-to-Government (EJG2G) Program |

EPA_00299989

| $199,983 | EJCPS/ARP - Climate Resiliency in Yurok and Karuk Ancestral Territories | Yurok Tribe | CA | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |
|---|---|---|---|---|
| $200,000 | Healthy Communities | Metro Community Ministries | GA | Environmental Justice Collaborative Problem-Solving Cooperative Agreement Program |

Sarah Talmage
Associate Administrator
Office of Congressional and Intergovernmental Relations
U.S. Environmental Protection Agency

| Message |
| --- |
| **From:** Environmental Law360 [news-alt@law360.com] |
| **Sent:** 3/13/2025 7:35:46 AM |
| **To:** Voyles, Travis [voyles.travis@epa.gov] |
| **Subject:** EPA Puts 'Holy Grail Of Climate Change Religion' In Crosshairs |

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.



# Environmental

**THURSDAY, MARCH 13, 2025**



## What does job satisfaction mean to you?

### Click here to take the Law360 survey

## TOP NEWS

### EPA Puts 'Holy Grail Of Climate Change Religion' In Crosshairs

*By Juan-Carlos Rodriguez*

The U.S. Environmental Protection Agency on Wednesday said it is reconsidering its 2009 finding that some greenhouse gases endanger humans' health and welfare — putting the fate of rules that sprang from that landmark conclusion into question.

2 documents attached | Read full article » | Save to favorites »

### Calif. Asks Justices To Ax Fuel Groups' Clean Air Waiver Suit

*By Lauren Berg*

California asked the U.S. Supreme Court on Wednesday to uphold the D.C. Circuit's ruling that biofuel and fossil fuel industry players don't have standing to challenge the U.S. Environmental Protection Agency's Clean Air Act waiver allowing the Golden State to set standards limiting greenhouse gas emissions for vehicles.

Brief attached | Read full article » | Save to favorites »

### Justices Face Renewed Calls To Nix Mass. Wind Farm Permits

*By Keith Goldberg*

Fishing industry groups have asked the U.S. Supreme Court to undo federal approvals of the Vineyard Wind project off the Massachusetts coast, less than two months after the justices declined to consider another legal challenge by project opponents.

2 documents attached | Read full article » | Save to favorites »

## Cancer Cause Or Red Herring? Jury Weighs Plant Bellwether

*By Thy Vo*

A medical sterilization company told a Colorado jury Wednesday that four women can't get millions in damages based on the "possibility" that emissions from a sterilization plant caused their cancer, at the close of a six-week trial in which the plaintiffs argued the company should be punished for its negligence.

Read full article » | Save to favorites »

# POLICY & REGULATION

## HUD Rejects NC City's DEI-Incorporating Disaster Relief Plan

*By Charlie Innis*

The U.S. Department of Housing and Urban Development said it rejected a draft plan submitted by Asheville, North Carolina, outlining how the city would distribute $225 million in federal relief funds for hurricane recovery due to the plan's incorporation of "DEI criteria."

Read full article » | Save to favorites »

## Arizona Lawmakers Reintroduce $5B Tribal Water Rights Act

*By Crystal Owens*

A bipartisan group of Arizona federal lawmakers reintroduced a bill to finalize a $5.1 billion water rights settlement for three Indigenous tribes in the Colorado River Basin that, if approved, will resolve one of the Grand Canyon State's longest-running water disputes.

Bill attached | Read full article » | Save to favorites »

## Insurance Pros Urge Calif. Lawmakers To Address Fire Risks

*By Eli Flesch*

Insurance experts in a committee hearing that largely summed up concerns following the Los Angeles fires urged California lawmakers on Wednesday to address rising physical risks, smoke damage complaints, and regulations meant to expand coverage access.

Read full article » | Save to favorites »

# ENFORCEMENT

## Texas Urges Court Not To Let DuPont Out Of PFAS Lawsuit

*By Jonathan Capriel*

Chemical companies DuPont and Corteva are leaning on a "fraudulent transfer scheme" in order to exit a lawsuit accusing them of making and selling forever chemicals despite knowing about their toxic nature, the state of Texas said Tuesday, urging a federal court not to give them the out.

Brief attached | Read full article » | Save to favorites »

## LAW FIRMS IN TODAY'S NEWS

Alston & Bird
Arnold & Porter
Aylstock Witkin
Boyden Gray
BrownGreer PLC
Buzbee Law Firm
Chehardy Sherman
Clark Love & Hutson
Cleary Gottlieb
Covington & Burling
Dechert LLP
Duane Morris
Edelson PC
Gibson Dunn
Gupta Wessler
Jenner & Block
Jolley Law Group
K&L Gates
Kelley Drye
King & Spalding
Kirkland & Ellis
Lanier Law Firm

EPA_00299992

# LITIGATION

## Alaska Tribal Groups' Bid To Update Fish Harvesting Rule Fails

*By Crystal Owens*

A federal judge has said the National Marine Fisheries Service didn't violate the law by relying on 2004 and 2007 environmental impact statements to determine specifications for a final groundfish harvest rule for the Bering Sea and Aleutian Islands, rejecting two Alaskan tribal organizations' bid to vacate the rule.

Order attached | Read full article » | Save to favorites »

## Ga. City Faces $35M Suit Over Recycling Plant Flip-Flop

*By Kelcey Caulder*

An Atlanta-based concrete recycling business has sued the city of Stonecrest, Georgia, its mayor and city council members in federal court Tuesday for $35 million, alleging political flip-flopping by officials is costing it and a landowner approximately $640,000 per month while its facility sits idle.

Complaint attached | Read full article » | Save to favorites »

## Second Bid For Roundup Mass Tort Launched In New Jersey

*By George Woolston*

A second application for lawsuits against Monsanto Co. and Bayer AG alleging injuries by exposure to the company's weed killer Roundup to be designated as multicounty litigation has been filed with the New Jersey Supreme Court, according to a notice to the bar.

2 documents attached | Read full article » | Save to favorites »

## EPA Says Grant Termination Moots Climate Group's Challenge

*By Madeline Lyskawa*

The U.S. Environmental Protection Agency told a D.C. federal judge Wednesday that its cancelation of $20 billion in grant funding for climate change projects renders moot Climate United Fund's claim that Citibank is illegally denying its disbursement requests.

5 documents attached | Read full article » | Save to favorites »

# PEOPLE

## Duane Morris Adds Meyers Nave Enviro Litigation Duo In LA

*By James Mills*

Duane Morris LLP is expanding its environmental team, bringing in a pair of Meyers Nave environmental litigators at its Los Angeles office.

Read full article » | Save to favorites »

# EXPERT ANALYSIS

## 6th Circ. Ruling Paves Path Out Of Loper Bright 'Twilight Zone'

The U.S. Supreme Court's Loper Bright ruling created a twilight zone between express statutory delegations that trigger agency deference and implicit ones that do not, but the Sixth Circuit's recent ruling in Moctezuma-Reyes v. Garland crafted a two-part test for resolving cases within this gray area, say attorneys at Wiley.

Read full article » | Save to favorites »

Mahaffey Pickens
Marzulla Law
Mayer Brown
McFarland Litigation Partners
Meyers Nave
Moore Hill & Westmoreland
Motley Rice
Napoli Shkolnik
Perkins Coie
Robbins Alloy
Seeger Weiss
Shook Hardy
Sohagi Law Group
Sullivan & Cromwell
Taft Stettinius
Vitale Vickrey
Weitz & Luxenberg
Wiley Rein
Williams & Connolly

## COMPANIES IN TODAY'S NEWS

3M Co.
AcumenADR LLC
Alaris Health
Alliance Defending Freedom
American Bar Association
American Civil Liberties Union
American Fuel & Petrochemical Manufacturers
American International Group Inc.
American Petroleum Institute Inc.
American Property Casualty Insurance Association
Amicus
Association of Village Council Presidents
Bar Association of the District of Columbia
Bayer AG
CDI Corporation
Chevron Corp.
China Unicom (Hong Kong) Ltd.
Citigroup Inc.
Consumer Watchdog
Corteva Inc.
Democracy Forward Foundation
DuPont de Nemours Inc.

# LEGAL INDUSTRY

Analysis

## As Perkins Coie Fights Order, How Will Other Firms Respond?

*By Cara Bayles*

Perkins Coie LLP, represented by Williams & Connolly LLP, is challenging President Donald Trump's executive order revoking its security clearance and launching investigations into its diversity efforts. But other firms have remained silent, raising questions about the order's potential effects on how firms handle public policy litigation, publicly support their right to defend all clients and pursue hiring initiatives.

Read full article » | Save to favorites »

## Judge Blocks Order Limiting Perkins Coie Government Access

*By Jared Foretek*

A D.C. federal judge on Wednesday halted enforcement of the Trump administration's executive order against law firm Perkins Coie LLP that cited issues including its representation of Hillary Clinton during her 2016 presidential run, calling the order "viewpoint discrimination, plain and simple."

Read full article » | Save to favorites »

## 3M's $6B Deal In Earplug MDL Cut Federal Caseload 14%

*By Emily Field*

A single settlement produced a 14% decrease in the number of pending cases in federal district courts over fiscal 2024, and that was 3M's $6 billion deal to end multidistrict litigation over its combat earplugs, according to a Tuesday report by the Administrative Office of the U.S. Courts.

Read full article » | Save to favorites »

## First-Time Bar Passage Rate Improved In 2024

*By Tracey Read*

Nearly 83% of first-time test takers who sat for the bar exam in 2024 passed, an increase of nearly 3 percentage points from 2023, according to statistics released on Wednesday by the American Bar Association.

Read full article » | Save to favorites »

## Tony Buzbee Accused Of Duping Another Seaman

*By Catherine Marfin*

Texas personal injury attorney Tony Buzbee and his firm have been hit with another lawsuit from a seaman who alleges that the firm misappropriated payments he received after a 2020 ship injury.

Complaint attached | Read full article » | Save to favorites »

## 7th Circ. Revives Suit By Law Professor Disciplined Over Exam

*By Lauren Berg*

The Seventh Circuit on Wednesday revived a retaliation claim from a University of a law school professor at the University of Illinois in Chicago who was disciplined for including a redacted racist slur on an exam, saying the professor has plausibly alleged that his academic speech is protected by the First Amendment.

Opinion attached | Read full article » | Save to favorites »

## Women Attys, AGs Urge Justices To Protect Provider Choice

Earthjustice
Gleason Corp.
Monsanto Co.
Ohio State University
Planned Parenthood Federation
QuinStreet Inc.
ROC Nation LLC
Tanana Chiefs Conference
Terumo Corp.
Texas Public Policy Foundation
United Policyholders
Vineyard Wind LLC
Wawanesa General Insurance Co.

# GOVERNMENT AGENCIES IN TODAY'S NEWS

Bureau of Ocean Energy Management
California Attorney General's Office
California Department of Insurance
Equal Employment Opportunity Commission
Executive Office of the President
Federal Communications Commission
Georgia Court of Appeals
Hopi Tribe
National Labor Relations Board
National Marine Fisheries Service
Navajo Nation
New Jersey Supreme Court
Ohio Supreme Court
South Carolina Department of Health and Human Services
U.S. Army
U.S. Army Corps of Engineers
U.S. Attorney's Office for the Southern District of Ohio
U.S. Court of Appeals for the Ninth Circuit
U.S. Court of Appeals for the Seventh Circuit
U.S. Court of Appeals for the Sixth Circuit
U.S. Department of Housing and Urban Development
U.S. Department of Justice
U.S. Department of State

*By Hannah Albarazi*

Women attorney groups and a group of state attorneys general urged the U.S. Supreme Court to reject South Carolina's attempt to stop Medicaid patients from seeing Planned Parenthood healthcare providers, saying in an amicus brief Wednesday that patients have a right to choose their healthcare providers and have a private right of action to enforce that right.

2 documents attached | Read full article » | Save to favorites »

### Ex-Atty Gets 3 Years In Prison For Using Fake IDs To Get Jobs

*By David Minsky*

A former attorney has been sentenced to more than three years in prison after pleading guilty to charges related to using false identification in order to obtain jobs at multiple law firms in Florida, California and elsewhere following his disbarment in Ohio, according to federal prosecutors.

Memorandum attached | Read full article » | Save to favorites »

U.S. Department of the Interior

U.S. District Court for the District of Alaska

U.S. District Court for the District of Columbia

U.S. District Court for the Northern District of Florida

U.S. District Court for the Northern District of Georgia

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Northern District of Texas

U.S. Environmental Protection Agency

U.S. House of Representatives

U.S. Senate Committee on Indian Affairs

U.S. Supreme Court

United States District Court for the District of Colorado

United States District Court for the Southern District of Ohio

Not sure if your firm subscribes? Ask your librarian.

We hope you found this message to be useful.
However, if you'd rather not receive future emails of this sort,
you may unsubscribe here.

Please DO NOT reply to this email. For customer support inquiries, please call +1-646-783-7100 or visit our Contact Us page.

Privacy Policy | Cookie Policy

Law360 | Portfolio Media, Inc, 230 Park Avenue, 7th Floor, New York, NY 10169