Message

| | |
|---|---|
| **From:** | Lentz, Rachel [Lentz.Rachel@epa.gov] |
| **Sent:** | 3/26/2025 10:45:12 AM |
| **To:** | Wise, Melissa [wise.melissa@epa.gov]; Durand, Jessica [Durand.Jessica@epa.gov] |
| **CC:** | Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Jones, Laurice [Jones.Laurice@epa.gov] |
| **Subject:** | FOR REVIEW: Revised General EPA FY25 General Terms and Conditions |
| **Attachments:** | Final FY25 Gen. Terms Conditions_March.24.2025.docx |

**Importance:**     High

Melissa,

Attached is the final word version of the revised FY25 General Terms and Conditions.

For reference, the only new changes in this version are those that have an update date of 3/25/25 as previously reviewed by Dan and Kimberly. For example, #41 with an effective date of 4/26/2025 was added back on October 29, 2024.

If there is general anxiety over the changes related to revising the termination provision, we can look at formatting it to be clear that this is the termination provision for grants awarded between October 1, 2024-March 24, 2025.

**3.     Termination**

Consistent with 2 CFR 200.340, EPA may terminate this award in part or its entirety:

**(a)**     If a recipient or subrecipient fails to comply with the terms and conditions of the award, including statutory or regulatory requirements;

**(b)**     With the consent of the recipient when both the recipient and the EPA agree upon the termination conditions, which include the effective date and, in the case of partial termination, the portion to be terminated;

**(c)**     If a recipient sends the EPA a written notification of the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated; however, if the EPA determines that the remaining portion of the Federal award will not accomplish the purposes for which the Federal award was made, the EPA may terminate the award in its entirety; or

**(d)**     Pursuant to the programmatic terms and conditions specified in the Federal award.


Rachel Lentz | Director, National Policy, Training, and Compliance Division
Office of Grants and Debarment | U.S. EPA | 202.566.2745
Call me on Teams

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 25, 2025 10:04 PM
**To:** Lentz, Rachel <Lentz.Rachel@epa.gov>; Durand, Jessica <Durand.Jessica@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Jones, Laurice <Jones.Laurice@epa.gov>
**Subject:** Re: Update to the EPA FY25 General Terms and Conditions

Hi Rachel,

It was reviewed by Dan and Kimberly but not Michael. I was waiting for any updates from OGC, if any. On Monday I recall seeing a version of the T&Cs on your screen that had comments from Jessica and Wendel, but nothing final or clean. We obviously had a misunderstanding, but nothing that can't be fixed.

I spoke with Dan and I think the T&Cs will be easily approved by Michael. Please send me a clean Word version and I will send it up tomorrow morning.

Melissa


Get Outlook for iOS

---

**From:** Lentz, Rachel <Lentz.Rachel@epa.gov>
**Sent:** Tuesday, March 25, 2025 8:05:16 PM
**To:** Wise, Melissa <wise.melissa@epa.gov>; Durand, Jessica <Durand.Jessica@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Jones, Laurice <Jones.Laurice@epa.gov>
**Subject:** Re: Update to the EPA FY25 General Terms and Conditions

Hi Melissa,

We must of had a misunderstanding. I thought we already had clearance after we discussed on Monday morning because it was what they reviewed before we sent them to OGC.

Rachel

Get Outlook for iOS

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, March 25, 2025 5:20 PM
**To:** Durand, Jessica <Durand.Jessica@epa.gov>; Lentz, Rachel <Lentz.Rachel@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Jones, Laurice <Jones.Laurice@epa.gov>
**Subject:** RE: Update to the EPA FY25 General Terms and Conditions

Please take down the updated T&C set.  And could someone please send me the revised T&C set in Word format?  Thank you.

---

**From:** Wise, Melissa
**Sent:** Tuesday, March 25, 2025 5:13 PM
**To:** Durand, Jessica <Durand.Jessica@epa.gov>; Lentz, Rachel <Lentz.Rachel@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>; Jones, Laurice <Jones.Laurice@epa.gov>
**Subject:** FW: Update to the EPA FY25 General Terms and Conditions

Hi Jessica and Rachel,

So, it looks like we moved out on the T&C updates without Michael's clearance…?  They had cleared Kimberly, but I thought we were waiting for OGC and then I would have a clean set to clear with Michael.  Please advise.

Melissa

---

**From:** EPA_Grants_Info <EPA_Grants_Info@epa.gov>
**Sent:** Tuesday, March 25, 2025 11:30 AM
**To:** EPA_Grants_Info <EPA_Grants_Info@epa.gov>
**Subject:** Update to the EPA FY25 General Terms and Conditions

BCC: OMS-OGD-Grants GMOs, OMS-OGD-Grants JROs, OMS-OGD-Grants GCRC

The Office of Grants and Debarment has updated the FY25 EPA General Terms and Conditions. The updated T&Cs are available at: https://www.epa.gov/grants/epa-general-terms-and-conditions-effective-october-1-2024-or-later. These changes are effective today, March 25, 2025, and are summarized below:

- Added a new "Federal Anti-Discrimination Laws" T&C (See T&C #54).
- Added a new termination provision to the "Termination" T&C (See T&C #3).
- Revised the "Utilization of Disadvantaged business Enterprises" T&C (See T&C #27) in accordance with the recent class exception/waiver suspending negotiation of fair share objectives, reporting, and recordkeeping requirements.
- Revised the "Establishing and Managing Subawards" T&C (See T&C #8), the "Civil Rights Obligations" T&C (See T&C # 42), and the "Resource Conservation and Recovery Act" T&C (See T&C #47) in accordance with administration priorities and Executive Orders.

Applicants and recipients will be notified of these T&C changes via our EPA Grants Update Listserv.

If you have any questions about these T&Cs, please reply to this email or send an email directly to EPA_Grants_Info@epa.gov.

Environmental Protection Agency
# General Terms and Conditions
*Effective October 1, 2024*

**Revision History:**

The Environmental Protection Agency's General Terms and Conditions **_are published and become effective October 1st at the start of the federal fiscal year._** Any additions, revisions, or changes to the terms and conditions after October 1 will be summarized below.

| T&C Number | Effective Date | Description of Changes |
|---|---|---|
| #54 | 3/25/2025 | Added new T&C on Federal anti-discrimination laws. |
| #3 | 3/25/2025 | Added a new termination provision if the award no longer effectuates the program goals or agency priorities. |
| #27 | 3/25/2025 | Updated pursuant to a class exception to subparts of 40 CFR Part 33 issued on March 17, 2025. |
| #8, 42, 47 | 3/25/2025 | Revised in accordance with administration priorities. |
| #41 | 4/26/2025 | Added a new T&C on the procurement of synthetic nucleic acids and benchtop nucleic acid synthesis equipment. |
| #15 | 3/12/2025 | The Federal Subaward Reporting System (FSRS) was decommissioned and replaced fully by the System for Award Management (SAM.gov), all references to FSRS have been replaced with SAM.gov to reflect this change. |
| #18 | 11/26/2024 | Added language on the de minimis rate for grants amended to incorporate the October 2024 Revisions to 2 CFR Part 200. |

**Table of Contents**
[ TOC \o "1-3" \h \z \u ]

**Preface**

1. **Introduction**
   (a) These terms and conditions are in addition to the assurances and certifications made as part of the award and terms, conditions, and restrictions reflected on the official assistance award document. Recipients **must** review their official award document for additional administrative and programmatic requirements. Failure to comply with the general terms and conditions

outlined below and those directly reflected on the official assistance award document may result in enforcement actions as outlined in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.339" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.340" ].

**(b)** If the EPA General Terms and Conditions have been revised, EPA will update the terms and conditions when it provides additional funding (incremental or supplemental) prior to the end of the period of performance of this agreement. The recipient must comply with the revised terms and conditions after the effective date of the EPA action that leads to the revision. Revised terms and conditions do not apply to the recipient's expenditures of EPA funds or activities the recipient carries out prior to the effective date of the EPA action. EPA will inform the recipient of revised terms and conditions in the action adding additional funds.

**2. Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards**

This award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200?toc=1" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500" ]. 2 CFR 1500.2, Adoption of 2 CFR Part 200, states the EPA adopts the Office of Management and Budget (OMB) guidance Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards to Non-Federal Entities (subparts A through F of 2 CFR Part 200), as supplemented by 2 CFR Part 1500, as the EPA policies and procedures for financial assistance administration. 2 CFR Part 1500 satisfies the requirements of [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-B/section-200.110" \l "p-200.110(a)" ] and gives regulatory effect to the OMB guidance as supplemented by 2 CFR Part 1500. This award is also subject to applicable requirements contained in EPA programmatic regulations located in 40 CFR Chapter 1 Subchapter B.

**3. Termination (Updated 3/25/2025)**

Consistent with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.340" ], EPA may terminate this award in part or its entirety:

**(a)** If a recipient or subrecipient fails to comply with the terms and conditions of the award, including statutory or regulatory requirements;

**(b)** With the consent of the recipient when both the recipient and the EPA agree upon the termination conditions, which include the effective date and, in the case of partial termination, the portion to be terminated;

**(c)** If a recipient sends the EPA a written notification of the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated; however, if the EPA determines that the remaining portion of the Federal award will not accomplish the

EPA_00317556

purposes for which the Federal award was made, the EPA may terminate the award in its entirety; or

(d) Pursuant to the programmatic terms and conditions specified in the Federal award.

(e) By the EPA or pass-through entity to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities. **This provision applies to all new awards and funding amendments (incremental and supplemental) made on or after March 25, 2025.**

<u>**Financial Information**</u>

4. **Reimbursement Limitation**

    EPA's financial obligations to the recipient are limited by the amount of federal funding awarded to date as reflected on the award document. If the recipient incurs costs in anticipation of receiving additional funds from EPA, it does so at its own risk. See [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500" \l "1500.9" \h ]

5. **Automated Standard Application Payments (ASAP) and Proper Payment Draw Down Electronic Payments.** Recipients must be enrolled or enroll in the Automated Standard Application for Payments (ASAP) system to receive payments under EPA financial assistance agreements unless:

    - EPA grants a recipient-specific exception;
    - The assistance program has received a waiver from this requirement;
    - The recipient is exempt from this requirement under [ HYPERLINK "https://www.ecfr.gov/cgi-bin/text-idx?SID=b0ad1606a19fdcd03ca8776f08ac335a&mc=true&node=pt31.2.208&rgn=div5" \h ]; or,
    - The recipient is a fellowship recipient pursuant to [ HYPERLINK "https://www.ecfr.gov/cgi-bin/text-idx?SID=b227e392f67f9a58a228820adac5c502&mc=true&tpl=/ecfrbrowse/Title40/40cfr46_main_02.tpl" \h ]

    EPA will not make payments to recipients until the ASAP enrollment is completed or if recipients fall under one of the above categories. EPA's Research Triangle Park Finance Center (RTPFC) will initiate the ASAP enrollment based on the key contact information on the grant application. The "payee" on the key contacts form will receive an email from ASAP indicating the steps required for completing the enrollment. Recipients may request exceptions using the procedures below.

    Under this payment mechanism, the recipient initiates an electronic payment request online via ASAP, which is approved or rejected based on the amount of available funds authorized by EPA in the recipient's ASAP account. Approved payments are credited to the account at the financial institution of the recipient organization set up by the recipient during the ASAP enrollment process.

    Additional information concerning ASAP and enrollment can be obtained by contacting the EPA RTPFC, at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ], or by visiting: [ HYPERLINK "https://www.fiscal.treasury.gov/asap/" \h ]

EPA_00317557

EPA will grant exceptions to the ASAP enrollment requirement only in situations in which the recipient demonstrates to EPA that receiving payment via ASAP places an undue administrative or financial management burden on the recipient or EPA determines that granting the waiver is in the public interest. Recipients may request an exception to the requirement by following the procedures specified in [ HYPERLINK "https://www.epa.gov/grants/rain-2018-g06" \h ][ HYPERLINK "https://www.epa.gov/grants/rain-2018-g06" \h ]

**Proper Payment Drawdown (for recipients other than states)**

**(a)** As required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/section-200.305" \l "p-200.305(b)" ], the recipient must draw funds from ASAP only for the minimum amounts needed for actual and immediate cash requirements to pay employees, contractors, subrecipients or to satisfy other obligations for allowable costs under this assistance agreement. The timing and amounts of the drawdowns must be as close as administratively feasible to actual disbursements of EPA funds. Disbursement within 5 business days of drawdown will comply with this requirement and the recipient agrees to meet this standard when performing this award.

**(b)** Recipients may not retain more than 5% of the amount drawn down, or $1,000 whichever is less, 5 business days after drawdown to materially comply with the standard. Any EPA funds subject to this paragraph that remain undisbursed after 5 business days must be fully disbursed within 15 business days of draw down or be returned to EPA.

**(c)** If the recipient draws down EPA funds in excess of that allowed by paragraph b., the recipient must contact [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] for instructions on whether to return the funds to EPA. The recipient  must comply with the requirements at [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.305" \l "p-200.305(b)(11)" ]  regarding depositing advances of Federal funds in interest bearing accounts.

**(d)** Returning Funds: [ HYPERLINK "https://www.pay.gov/public/home" \h ] is the preferred mechanism to return funds. It is free, secure, paperless, expedient, and does not require the recipient//vendor to create an account. Contact RTPFC-Grants at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] to obtain complete instructions. Additional information is available at the [ HYPERLINK "https://www.pay.gov/public/home" \h ]. Information on how to repay EPA via check is available at [ HYPERLINK "https://www.epa.gov/financial/makepayment" \h ] Instructions on how to return funds to EPA electronically via ASAP are available at [ HYPERLINK "https://www.fiscal.treasury.gov/asap/" \h ]

**(e)** Failure on the part of the recipient to materially comply with this condition may, in addition to EPA recovery of the un-disbursed portions of the drawn down funds, lead to changing the payment method from advance payment to a reimbursable basis. EPA may also take other remedies for noncompliance under [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-C/section-200.208" ] and/or [ HYPERLINK

EPA_00317558

"https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.339" ].

(f) If the recipient believes that there are extraordinary circumstances that prevent it from complying with the 5-business day disbursement requirement throughout the performance period of this agreement, recipients  may request an exception to the requirement by following the procedures specified in [ HYPERLINK "https://www.epa.gov/grants/rain-2018-g06-r" \h ]. EPA will grant exceptions to the 5-business day disbursement requirement only if the recipient demonstrates that compliance places an undue administrative or financial management burden or EPA determines that granting the exception is in the public interest. EPA will grant exceptions to the 5-business day disbursement requirement only if the recipient demonstrates that compliance places an undue administrative or financial management burden or EPA determines that granting the exception is in the public interest.

**Proper Payment Drawdown for State Recipients**

In accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.305" \l "p-200.305(a)" ], payments are governed by Treasury-State Cash Management Improvement Act (CMIA) agreements and default procedures codified [ HYPERLINK "https://www.ecfr.gov/current/title-31/subtitle-B/chapter-II/subchapter-A/part-205?toc=1" \h ] and [ HYPERLINK "https://tfm.fiscal.treasury.gov/v1/p4/ac200.html" \h ] [ HYPERLINK "https://tfm.fiscal.treasury.gov/v1/p4/ac200.html" \h ] unless a program specific regulation (e.g. 40 CFR 35.3160 or 40 CFR 35.3560) provides otherwise. Pursuant to 31 CFR Part 205, [ HYPERLINK "https://www.ecfr.gov/current/title-31/subtitle-B/chapter-II/subchapter-A/part-205/subpart-A?toc=1" \h ] States follow their Treasury-State CMIA Agreement for major Federal programs listed in the agreement. For those programs not listed as major in the Treasury-State agreement, the State follows the default procedures in 31 CFR Part 205, [ HYPERLINK "https://www.ecfr.gov/current/title-31/subtitle-B/chapter-II/subchapter-A/part-205/subpart-B?toc=1" \h ] [ HYPERLINK "https://www.ecfr.gov/current/title-31/subtitle-B/chapter-II/subchapter-A/part-205/subpart-B?toc=1" \h ] which directs State recipients to draw-down and disburse Federal financial assistance funds in anticipation of immediate cash needs of the State for work under the award. States must comply with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/section-200.302" \l "p-200.302(a)" \h ] [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.302" \l "p-200.302(a)" ] in reconciling costs incurred and charged to EPA financial assistance agreements at time of close out unless a program specific regulation provides otherwise.

## Selected Items of Cost

6. **Prohibition on Certain Telecommunications and Video Surveillance Service Equipment or Services**
   Prohibition on covered telecommunications and video surveillance services or equipment is effective on all obligations and expenditures of EPA financial assistance funding as of August 13, 2020, including awards made before that date.

EPA_00317559

As required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-C/section-200.216" ], EPA recipients and subrecipients, including borrowers under EPA- funded revolving loan fund programs, are prohibited from obligating or expending Federal loan or grant funds to procure or obtain covered telecommunications equipment or services; extend or renew a contract to procure or obtain covered telecommunications equipment or services; or enter into a contract (or extend or renew a contract) to procure or obtain covered telecommunications equipment or services. As described in section 889 of [ HYPERLINK "https://www.govinfo.gov/link/plaw/115/public/232?link-type=html" \h ], "covered telecommunications equipment or services" means any of the following:

1. Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities);
2. For the purpose of public safety, security of government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);
3. Telecommunications or video surveillance services provided by such entities or using such equipment;
4. Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of the National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

Pursuant to [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.216" \l "p-200.216(c)" ], "covered telecommunications equipment or services" also include systems that use covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. Consistent with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRed1f39f9b3d4e72/section-200.471" ], costs incurred for telecommunications and video surveillance services or equipment such as phones, internet, video surveillance, and cloud servers are allowable except for the following circumstances:

(a) Obligating or expending EPA funds for covered telecommunications and video surveillance services or equipment or services as described in [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.216" ] to:
   (1) Procure or obtain, extend or renew a contract to procure or obtain;
   (2) Enter into a contract (or extend or renew a contract) to procure; or
   (3) Obtain the equipment, services, or systems.

Certain prohibited equipment, systems, or services, including equipment, systems, or services produced or provided by entities identified in section 889 of [ HYPERLINK

EPA_00317560

"https://www.congress.gov/115/plaws/publ232/PLAW-115publ232.pdf" ], are recorded in the [ HYPERLINK "https://sam.gov/content/home" \h ] exclusion list.

7. **Consultant Cap**

EPA participation in the salary rate (excluding overhead) paid to individual consultants retained by recipients or by a recipient's contractors or subcontractors shall be limited to the maximum daily rate for a Level IV of the Executive Schedule, available at: [ HYPERLINK "https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/" \h ] to be adjusted annually. This limit applies to consultation services of designated individuals with specialized skills who are paid at a daily or hourly rate. This rate does not include transportation and subsistence costs for travel performed (the recipient will pay these in accordance with their normal travel reimbursement practices).

Information on how to calculate the maximum daily rate and the daily pay limitation is available at the Office Of Personnel Management's [ HYPERLINK "https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.opm.gov%2Fpolicy-data-oversight%2Fpay-leave%2Fpay-administration%2Ffact-sheets%2Fhow-to-compute-rates-of-pay%2F&data=04%7C01%7CDurand.Jessica%40epa.gov%7Cf8774e09d8cf4db7762908d92a7cdac9%7C88b37 8b367484867acf976aacbeca6a7%7C0%7C0%7C637587537990922637%7CUnknown%7CTWFpbGZsb3d8eyJW IjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=pDlsG5GkNbhnVX2 ZlufWo8LYCnpAi5QV84Ntpr4vX5c%3D&reserved=0" \h ] and [ HYPERLINK "https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.opm.gov%2Fpolicy-data-oversight%2Fpay-leave%2Fpay-administration%2Ffact-sheets%2Fexpert-and-consultant-pay%2F&data=04%7C01%7CDurand.Jessica%40epa.gov%7Cf8774e09d8cf4db7762908d92a7cdac9%7C88b37 8b367484867acf976aacbeca6a7%7C0%7C0%7C637587537990922637%7CUnknown%7CTWFpbGZsb3d8eyJW IjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=v7PB7zWO64vCbPl h%2BIZijtwKF53kHAB7HS0m8un2xho%3D&reserved=0" \h ] Specifically, to determine the maximum daily rate, follow these steps:

(1) Divide the Level IV salary by 2087 to determine the hourly rate. Rates must be rounded to the nearest cent, counting one-half cent and over as the next higher cent (e.g., round $18.845 to $18.85).

(2) Multiply the hourly rate by 8 hours. The product is the maximum daily rate.

Contracts and subcontracts with firms for services that are awarded using the procurement requirements in Subpart D of 2 CFR Part 200 are not affected by this limitation unless the terms of the contract provide the recipient with responsibility for the selection, direction and control of the individuals who will be providing services under the contract at an hourly or daily rate of compensation. See [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500/subpart-D/subject-group-ECFR91e19bb476f6a08/section-1500.10" ].

8. **Establishing and Managing Subawards (Updated 3/25/2025)**

If the recipient chooses to pass funds from this assistance agreement to other entities, the recipient must comply with applicable subaward provisions of 2 CFR Part 200 and the [ HYPERLINK

"https://www.epa.gov/grants/grants-policy-issuance-gpi-16-01-epa-subaward-policy-epa-assistance-agreement-recipients" \h ].

As a pass-through entity, the recipient agrees to:

1. Select subrecipients and conduct subaward competitions, as appropriate, using a system that properly differentiates between subrecipients and procurement contractors consistent with the differentiating characteristics explained in 2 CFR [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/part-200/subpart-D/subject-group-ECFR031321e29ac5bbd/section-200.331" ] and EPA's supplemental guidance in [ HYPERLINK "https://www.epa.gov/grants/grants-policy-issuance-gpi-16-01-epa-subaward-policy-epa-assistance-agreement-recipients" ].

2. Verify that the potential subrecipient is not excluded or disqualified in accordance with the verification methods provided in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-180/subpart-C/section-180.300" \h ], such as confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

3. Establish and follow a system that ensures all subaward agreements are in writing and contain all of the elements required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(b)" ] EPA has developed a template for subaward agreements that is available in [ HYPERLINK "https://www.epa.gov/grants/grants-policy-issuance-gpi-16-01-epa-subaward-policy-epa-assistance-agreement-recipients" ].

4. Prior to making subawards, ensure that each subrecipient has a "Unique Entity Identifier" (UEI). The UEI is required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-25" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(b)" ]. Subrecipients are not required to complete full [ HYPERLINK "http://www.sam.gov/SAM/" ] registration to obtain a UEI. Information regarding obtaining a UEI is available at the System for Award Management (SAM.gov) Internet site: [ HYPERLINK "http://www.sam.gov/SAM/" ]and in the General Condition of the pass-through entity's agreement with EPA entitled **"System for Award Management and Universal Identifier Requirements"** T&C of the pass-through entity's agreement with the EPA.

5. Ensure that subrecipients are aware of the requirements that apply to the subaward, including those that flow down from the recipient, as required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(b)" ]and monitor the activities of the subrecipient to ensure compliance with these requirements per [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(e)" ]. These requirements include, among others:

   a. Title VI of the Civil Rights Act and other Federal statutes and regulations prohibiting discrimination in Federal financial assistance programs, as applicable, including provisions protecting free speech, religious liberty, public welfare, and the environment per [ HYPERLINK

EPA_00317562

"https://www.ecfr.gov/current/title-2/part-200/section-200.300" \l "p-200.300(a)" ],
as well as regulations, including [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.300" \l "p-200.300(b)" ] prohibiting discrimination based
on sex.

b.  Reporting Subawards and Executive Compensation under Federal Funding
Accountability and Transparency Act (FFATA) set forth in the General
Condition pass-through entity's agreement with EPA entitled **"Reporting
Subawards and Executive Compensation."**

c.  Limitations on individual consultant fees as set forth in [ HYPERLINK
"https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500/subpart-D/subject-group-ECFR91e19bb476f6a08/section-1500.10" ] and the General
Condition of the pass-through entity's agreement with EPA entitled
**"Consultant Fee Cap."**

d.  EPA's prohibition on paying management fees as set forth in General
Condition of the pass-through entity's agreement with EPA entitled
**"Management Fees**."

e.  The Procurement Standards in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200?toc=1" ] including those requiring competition
when the subrecipient acquires goods and services from contractors (including
consultants) and Domestic preferences for procurements at [ HYPERLINK
"https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR45ddd4419ad436d/section-200.322" ].

f.  Other statutes, regulations and Executive Orders that may apply to subawards
are described at I[ HYPERLINK "https://www.epa.gov/grants/epa-subaward-cross-cutter-requirements" \h ]. Many Federal requirements are agreement- or
program-specific, and EPA encourages pass-through entities to review the
terms of their assistance agreement carefully and consult with their EPA
Project Officer for advice if necessary.

6.  Establish and follow a system for evaluating subrecipient fraud risk and risk of
noncompliance with a subaward to determine the appropriate monitoring described at [
HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(c)" ]
and consider whether, based on the evaluation of risk, additional monitoring tools may
be useful as described in [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(f)" ]. When evaluating a subrecipient's risk, a pass-through entity
should consider:

a.  The subrecipient's prior experience with same or similar subawards;

b.  Results of previous audits, including considering whether the subrecipient receives a
Single Audit, in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-F" \h ] and the extent to which the same or similar subawards
have been audited as a major program;

c.  Whether the subrecipient has new personnel or new or substantially change systems,

EPA_00317563

and

    **d.** The extent and results of any Federal agency monitoring (for example, if the subrecipient also receives Federal awards directly from the Federal agency).

7. Establish and follow a process for deciding whether to implement specific conditions in subawards based on risk factors, as described in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-C/section-200.208" ], and notify EPA of the specific conditions as required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(d)" ]. Examples of specific conditions, per [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-C/section-200.208" ], may include:

    **a.** Requiring payments as reimbursements rather than advance payments;

    **b.** Withholding authority to proceed to the next phase until receipt of evidence of acceptable performance;

    **c.** Requiring additional or more detailed financial reports;

    **d.** Requiring additional or project monitoring;

    **e.** Requiring the recipient or subrecipient to obtain technical or management assistance; or

    **f.** Establishing additional prior approvals.

8. Establish and follow a system for monitoring subrecipient performance that includes the elements required at [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(e)" ], such as reviewing financial and performance reports, and report the results of the monitoring in performance reports as provided in the reporting terms and conditions of this agreement.

9. Ensure that a subrecipient provides a plan for and takes corrective action on all significant developments that negatively affect the subaward. Per [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(e)(2)" ], significant developments include Single Audit findings related to the subaward, other audit findings, site visits, and written notifications from a subrecipient of adverse conditions that will impact their ability to meet the milestones or objectives of the subaward.

10. Establish and maintain an accounting system which ensures compliance with the $50,000 limitation at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ], *Modified Total Direct Costs*, if applicable, on including subaward costs in *Modified Total Direct Costs* for the purposes of distributing indirect costs. Recipients with Federally approved indirect cost rates that use a different basis for distributing indirect costs to subawards must comply with their Indirect Cost Rate Agreement.

11. Work with EPA's Project Officer to obtain the written consent of EPA's Office of International and Tribal Affairs (OITA) prior to awarding a subaward to a foreign or international organization or a subaward to be

EPA_00317564

performed in a foreign country, even if that subaward is described in a proposed scope of work.

12. Obtain prior written approval from the EPA's Award Official for any subawards or subaward activities that are not described in the approved work plan in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/section-200.308" ]. As provided in 2 CFR [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.308" \l "p-200.308(f)(6)" ], recipients must obtain prior approval to change a named subrecipient from the EPA Award Official if the pass-through entity described the original subrecipient's qualifications and/or performance history in the competitive application. Recipients must contact their Project Officer to begin the prior approval process.

13. Obtain prior written approval from the EPA's Award Official before awarding a subaward to an individual if the EPA-approved scope of work does not include a description of subawards to individuals.

14. Establish and follow written procedures under [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.302" \l "p-200.302(b)(7)" ] for determining that subaward costs are allowable in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E?toc=1" ] and the terms and conditions of this award. These procedures may provide for allowability determinations on a pre-award basis, through ongoing monitoring of costs that subrecipients incur, or a combination of both approaches provided the pass-through entity documents its determinations.

15. Verify that the subrecipient is audited, as applicable, per [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-F?toc=1" ], and establish and maintain a system under [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(g)" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-F/subject-group-ECFR4424206eaecf751/section-200.521" ] for issuing management decisions for audits of subrecipients that relate to the Federal award from the recipient. The recipient remains accountable to EPA for ensuring that unallowable subaward costs initially paid by EPA are either reimbursed or offset with allowable costs, regardless of whether the recipient recovers those costs from the subrecipient.

16. As provided in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR031321e29ac5bbd/section-200.333" ], pass-through entities must obtain EPA approval to make fixed amount subawards. Recipients should consult with their EPA Project Officer regarding how to obtain EPA approval.

By accepting this award, the recipient is certifying that it either has systems in place to comply with the requirements described in Items 1 through 16 above or will refrain from making subawards until the systems are designed and implemented.

EPA_00317565

**Subawards to Federal Agencies – Clarity on Applicable EPA Terms and Conditions:** If the subrecipient is a Federal agency, the only provisions of the EPA General Terms and Conditions implementing 2 CFR Part 200 on subawards that apply are: (1) the requirement for the Federal agency to obtain a Unique Entity Identifier (UEI) in accordance with 2 CFR Part 25 as described in Item 4 above and (2) the requirement for the recipient to report on first-tier subawards as described in EPA General Term and Condition 15.1, "Reporting of first tier subawards."

As provided within [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.101" \l "p-200.101(a)(2)" ], all other provisions of 2 CFR Part 200, Subparts A through E, do not apply to subawards with federal agencies. Transactions between the recipient and the Federal agency subrecipient will be governed by the Federal agency subrecipient's cost reimbursement agreement with the recipient.

9. **Management Fees**

   Management Fees or similar charges in excess of the direct costs and approved indirect rates are <u>not</u> allowable. The term "management fees or similar charges" refers to expenses added to the direct costs in order to accumulate and reserve funds for ongoing business expenses; unforeseen liabilities; or for other similar costs which are not allowable under this assistance agreement. Management fees or similar charges may not be used to improve or expand the project funded under this agreement, except to the extent authorized as a direct cost of carrying out the scope of work.

10. **Federal Employee Costs**

    The recipient understands that none of the funds for this project (including funds contributed by the recipient as cost sharing) may be used to pay for the travel of Federal employees or for other costs associated with Federal participation in this project unless a Federal agency will be providing services to the recipient as authorized by a Federal statute.

11. **Foreign Travel**

    **EPA policy requires that all foreign travel must be approved by its Office of International and Tribal Affairs.** The recipient agrees to obtain prior EPA approval before using funds available under this agreement for international travel unless the trip(s) are already described in the EPA approved budget for this agreement. Foreign travel includes trips to Mexico and Canada but does not include trips to Puerto Rico, the U.S. Territories or possessions. Recipients that request post-award approval to travel frequently to Mexico and Canada by motor vehicle (e.g., for sampling or meetings) may describe their proposed travel in general terms in their request for EPA approval. Requests for prior approval must be submitted to the Project Officer for this agreement.

12. **The Fly America Act and Foreign Travel**

EPA_00317566

The recipient understands that all foreign travel **funded under this assistance agreement** must comply with the Fly America Act. All travel must be on U.S. air carriers certified under 49 U.S.C. Section 40118, to the extent that service by such carriers is available even if foreign air carrier costs are less than the American air carrier.

**13. Union Organizing**

Grant funds may not be used to support or oppose union organizing, whether directly or as an offset for other funds.

**Reporting and Additional Post-Award Requirements**

**14. System for Award Management and Universal Identifier Requirements**

14.1    **Requirement for System for Award Management (SAM)** Unless exempted from this requirement under [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-25/subpart-A/section-25.110" ], the recipient must maintain current and active registrationSAM.gov. The recipient's registration must always be current and active until it submits all final reports required under this Federal award or receive the final payment, whichever is later. The recipient must review and update its information in SAM.gov at least annually from the date of its initial registration or any subsequent updates to ensure it is current, accurate, and complete. If applicable, this includes identifying the recipient's immediate and highest-level owner and subsidiaries and providing information about the recipient's predecessors that have received a Federal award or contract within the last three years.

14.2    **Requirement for Unique Entity Identifier (UEI).** If the recipient is authorized to make subawards under this award, the recipient:

**a.** Must notify potential subrecipients that no entity may receive a subaward unless the entity has provided its UEI to the recipient.

**b.** Must not make a subaward to an entity unless the entity has provided its UEI. Subrecipients are not required to complete full registration in SAM.gov to obtain a UEI.

14.3    **Definitions.** For the Purpose of this award term:

**a.** **System for Award Management (SAM.gov)** means the Federal repository into which an entity must provide the information required for the conduct of business as a recipient. Additional information about registration procedures may be found in SAM.gov (currently at: https://www.sam.gov).

**b.** **Unique Entity Identifier** means the universal identifier assigned by SAM.gov to uniquely identify an entity.

**c.** **Entity** is defined at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-25/subpart-D/section-25.400" ] and includes all of the following types as defined in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ]:

EPA_00317567

   1) Non-federal entity,
   2) Foreign organization;
   3) Foreign public entity;
   4) Domestic for-profit organization; and
   5) Federal agency.

   d. **Subaward** has the meaning given in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ]

   e. **Subrecipient** has the meaning given in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ]

## 15. Reporting Subawards and Executive Compensation (Updated 3/12/2025)

   **15.1**    **Reporting of first tier subawards.**

      a. **Applicability**. Unless the recipient is exempt as provided in paragraph 15.4. of this award term, the recipient must report each action that obligates $30,000 or more in Federal funds for a subaward to an entity or Federal agency. The recipient must also report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000.

      b. **Reporting Requirements.** (1) The entity or Federal agency must report each subaward described in paragraph 15.1.a of this award term at the [ HYPERLINK "https://sam.gov/" \t "_blank" ]. (2) For subaward information, report no later than the end of the month following the month in which the subaward was made. (For example, if the subaward was made on any date during the month of November of a given year, the obligation must be reported by no later than December 31 of that year.)

   **15.2**    **Reporting Total Compensation of Recipient Executives.**

      a. **Applicability.** The recipient must report the total compensation for each of its five most highly compensated executives for the preceding completed fiscal year, if:

      **15.2.a.1.** The total Federal funding authorized to date under this award is $30,000 or more;

      **15.2.a.2.** In the preceding fiscal year, the recipient received: (i.) 80 percent or more of their annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act); (ii.) and $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and

      **15.2.a.3.** The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the

public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at: [ HYPERLINK "https://www.sec.gov/answers/execomp.htm" ].)

**b. Reporting Requirements.** The recipient must report executive total compensation described in paragraph 15.2.a of this award term: (i.) As part of the recipient's registration profile at [ HYPERLINK "https://www.sam.gov/SAM/" \h ] (ii.) No later than the end of the month following the month in which this award is made, and annually thereafter (For example if this award was made on any date of November in a given year, the executive total compensation must be reported by no later than December 31 of that year.)

15.3    **Reporting Total Compensation of Subrecipient Executives.**

**a. Applicability.** Unless a first-tier subrecipient is exempt as provided in paragraph 15.4. of this award term, the recipient must report the executive total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if:

**15.3.a.1.** The total federal funding authorized to date under the subaward equals or exceeds $30,000; and

**15.3.a.2.** In the subrecipient's preceding fiscal year, the subrecipient received: (i.) 80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards subject to the Transparency Act; and (ii.) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal awards (and subawards) subject to the Transparency Act; and

**15.3.a.3.** The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at: [ HYPERLINK "https://www.sec.gov/answers/execomp.htm" ].)

**b. Reporting Requirements.** Subrecipients must report their executive total compensation described in paragraph 15.3.a. of this award term to the recipient. The recipient is required to submit this information to [ HYPERLINK "https://sam.gov/" \t "_blank" ] no later than the end of the month following the month in which the subaward was made. (For example, if a subaward was made on any date during the month of October of a given year, the subaward must be reported no later than November 30 of that year).

15.4    **Exemptions**

**a.** If, in the previous tax year, the recipient had gross income, from all sources, under $300,000, the recipient is exempt from the requirements to report:

EPA_00317569

**15.4.a.1.** (i) subawards, and (ii) the total compensation of the five most highly compensated executives of any subrecipient.

15.5 **Definitions.** For purposes of this award term:

a. **Entity:** includes:

(1) whether for profit or nonprofit: (i) A corporation; (ii) An association; (iii) A partnership; (iv) A limited liability company; (v) A limited liability partnership; (vi) A sole proprietorship; (vii) Any other legal business entity; (viii) Another grantee or contractor that is not excluded by subparagraph (2); and (ix) Any State or locality.
(2) It does not include: (i) An individual recipient of Federal financial assistance; or (ii) A Federal employee.

b. **Executive** means an officer, managing partner, or any other employee holding a management position.

c. **Subaward:** has the meaning given in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ]

d. **Subrecipient** has the meaning given in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ].

e. **Total compensation** means the cash and noncash dollar value an executive earns during the recipient's or subrecipient's preceding fiscal year. This includes all items of compensation as prescribed in [ HYPERLINK "https://www.ecfr.gov/current/title-17/chapter-II/part-229/subpart-229.400/section-229.402" ].

## 16. Recipient Integrity and Performance Matters – Reporting of Matters Related to Recipient Integrity and Performance

16.1 **General Reporting Requirement**

If the total value of your currently active grants, cooperative agreements, and procurement contracts from all Federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient during that period of time must maintain the currency of information reported to SAM.gov that is made available in the designated integrity and performance system (currently the responsibility/qualification information) about civil, criminal, or administrative proceedings described in paragraph 2 of this award term and condition. This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available.

16.2 **Proceedings About Which You Must Report**

Submit the information required about each proceeding that:

EPA_00317570

    **a.**  Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;

    **b.**  Reached its final disposition during the most recent five-year period; and

    **c.**  Is one of the following:

      **16.2.c.1.**  A criminal proceeding that resulted in a conviction, as defined in paragraph 5 of this award term and condition;

      **16.2.c.2.**  A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;

      **16.2.c.3.**  An administrative proceeding, as defined in paragraph 5. of this award term and condition, that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or

      **16.2.c.4.**  Any other criminal, civil, or administrative proceeding if:

        **16.2.c.4.1.**  It could have led to an outcome described in paragraph 16.2.c.1, 16.2.c.2, or 16.2.c.3 of this award term and condition;

        **16.2.c.4.2.**  It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and

        **16.2.c.4.3.**  The requirement in this award term and condition to disclose information about the proceeding does not conflict with applicable laws and regulations.

**16.3**  **Reporting Procedures**

Enter in SAM.gov Entity Management area the information that SAM.gov requires about each proceeding described in paragraph 2 of this award term and condition. You do not need to submit the information a second time under assistance awards that you received if you already provided the information through SAM.gov because you were required to do so under Federal procurement contracts that you were awarded.

**16.4**  **Reporting Frequency**

During any period of time when you are subject to the requirement in paragraph 16.1 of this award term and condition, you must report proceedings information through SAM.gov for the most recent five-year period, either to report new information about any proceeding(s) that you have not reported previously or affirm that there is no new information to report. Recipients that have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000 must disclose semiannually any information about the criminal, civil, and administrative proceedings.

**16.5**  **Definitions**

For purposes of this award term and condition:

    **a.**  Administrative proceeding means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (*e.g.,* Securities and

Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.

**b.** Conviction, for purposes of this award term and condition, means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere.

**c.** Total value of currently active grants, cooperative agreements, and procurement contracts includes –

**16.5.c.1.** Only the Federal share of the funding under any Federal award with a recipient cost share or match; and

**16.5.c.2.** The value of all expected funding increments under a Federal award and options, even if not yet exercised.

## 17. Federal Financial Reporting (FFR)

Pursuant to [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR36520e4111dce32/section-200.328" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR682eb6fbfabcde2/section-200.344" ], EPA recipients must submit the Federal Financial Report (SF-425) at least annually and no more frequently than quarterly. EPA's standard reporting frequency is annual unless an EPA Region has included an additional term and condition specifying greater reporting frequency within this award document in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-C/section-200.208" ]. EPA recipients must submit the SF-425 no later than 30 calendar days after the conclusion of each specified reporting period for quarterly and semi-annual reports and 90 calendar days for annual reports. Final reports are due no later than 120 calendar days after the conclusion of the period of performance of the award. Extension of reporting due dates may be approved by EPA when requested and justified by the recipient. The FFR form is available on the internet at: [ HYPERLINK "https://www.epa.gov/grants/sf-425-federal-financial-report" ]. All FFRs must be submitted to the Research Triangle Park Finance Center (RTPFC) via email at [ HYPERLINK "mailto:rtpfc-" ] [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] or mail it to:

US Environmental Protection Agency
RTP-Finance Center (Mail Code AA216-01)
4930 Page Rd.
Durham, NC 27703

The RTPFC will make adjustments as necessary, to obligated funds after reviewing and accepting a final Federal Financial Report. Recipients will be notified and instructed by EPA if they must complete any additional forms for the closeout of the assistance agreement.

EPA_00317572

**18. Indirect Cost Rate Agreements**

This term and condition provides requirements for recipients using EPA funds for indirect costs and applies to all EPA assistance agreements unless there are [ HYPERLINK "https://www.epa.gov/sites/production/files/2018-08/documents/statutory-restrictions-on-indirect-costs-in-epa-financial-assistance-programs.pdf" \h ] See also [ HYPERLINK "https://www.epa.gov/grants/rain-2018-g02-r" \h ] [ HYPERLINK "https://www.epa.gov/grants/rain-2018-g02-r" \h ] (IDC Policy).

In order for the assistance agreement recipient to use EPA funding for indirect costs, the IDC category of the recipient's assistance agreement award budget must include an amount for IDCs and at least one of the following must apply:

- With the exception of "exempt" agencies and Institutions of Higher Education as noted below, all recipients must have one of the following current (not expired) IDC rates, including IDC rates that have been extended by the cognizant agency:
    - Provisional
    - Final
    - Fixed rate with carry-forward
    - Predetermined
    - Grants awarded before October 1, 2024 - 10% de minimis rate of modified total direct costs authorized by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.414" \l "p-200.414(f)" ]
    - Grants awarded on or after October 1, 2024 – up to a 15% de minimis rate of modified total direct costs authorized by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.414" \l "p-200.414(f)" ]
    - Grants amended to incorporate the October 2024 Revisions to 2 CFR 200 – up to a 15% de minimis rate of modified total direct costs authorized by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.414" \l "p-200.414(f)" ], effective as of the date of the amendment and going forward, cannot be applied retroactively
    - EPA-approved use of an expired fixed rate with carry-forward on an exception basis, as detailed in section 6.4.a. of the IDC Policy
- "Exempt" state of local governmental departments or agencies are agencies that receive up to and including $35,000,000 in Federal funding per the department or agency's fiscal year and must have an IDC rate proposal developed in accordance with 2 CFR Part 200, Appendix VII, with documentation maintained and available for audit.
- Institutions of Higher Education must use the IDC rate(s) on the approved rate agreement in place at the time of award during the life of the assistance agreement (unless the rate was provisional at time of award, in which case the rate will change once it becomes final). As provided by 2 CFR Part 200, Appendix III(C)(7), the term "life of the assistance agreement", means each competitive segment of the project. If negotiated rate agreements do not extend through the life of the Federal award at the time of the initial award, then the negotiated rate for the last year of the Federal award must be extended through the end of the award. Additional information is available in the regulation.

EPA_00317573

IDCs incurred during any period of the assistance agreement that are not covered by the provisions above are not allowable costs and must not be drawn down by the recipient. Recipients may budget for IDCs if they have submitted a proposed IDC rate to their cognizant Federal agency, or requested an exception from EPA under subsection 6.4 of the IDC Policy. However, recipients may not draw down IDCs until their rate is approved, if applicable, or EPA grants an exception. IDC drawdowns must comply with the indirect rate corresponding to the period during which the costs were incurred.  If the recipient's indirect cost rate has not been finalized within one year after the period of performance ends, the EPA Grants Management Officer is authorized to close the recipient's award using their most recently negotiated rate per [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.344" \l "p-200.344(h)" ].

This term and condition does not govern indirect rates for subrecipients or recipient procurement contractors under EPA assistance agreements. Pass-through entities are required to comply with 2 CFR 200.332(b)(4)(i) and (ii) when establishing indirect cost rates for subawards.

## 19. Audit Requirements

In accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.501" \l "p-200.501(a)" ], the recipient hereby agrees to obtain a single audit from an independent auditor, if their organization expends $1,000,000 or more in total Federal funds in their fiscal year for that year.

The recipient must submit a single audit report within 9 months of the end of the recipient's fiscal year or 30 days after receiving the report from an independent auditor. The single audit report MUST be submitted using the Federal Audit Clearinghouse available at: [ HYPERLINK "https://fac.gov/" ].

For complete information on how to accomplish the single audit submissions, the recipient will need to visit the Federal Audit Clearinghouse Web site: [ HYPERLINK "https://fac.gov/" ]

## 20. Closeout Requirements

Reports required for closeout of the assistance agreement must be submitted in accordance with this agreement. Submission requirements and frequently asked questions can also be found at: [ HYPERLINK "https://www.epa.gov/grants/frequent-questions-about-closeouts" \h ]

## 21. Suspension and Debarment

Recipient shall fully comply with Subpart C of 2 C.F.R. Part 180 entitled, "Responsibilities of Participants Regarding Transactions Doing Business With Other Persons," as implemented and supplemented by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1532" ]. Recipient is responsible for ensuring that any lower tier covered transaction, as described in Subpart B of [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-180" ], entitled "Covered Transactions," and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1532/subpart-B/section-1532.220" ], includes a term or condition requiring compliance with 2 C.F.R. Part 180, Subpart C. Recipient is responsible for further requiring the inclusion of a similar term and

condition in any subsequent lower tier covered transactions. Recipient acknowledges that failing to disclose the information required under [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-180/subpart-C/subject-group-ECFRe1a8b70dfdc38be/section-180.335" ] to the EPA office that is entering into the transaction with the recipient may result in the delay or negation of this assistance agreement, or pursuance of administrative remedies, including suspension and debarment. Recipients may access the SAM.gov exclusion list at [ HYPERLINK "https://sam.gov/SAM/" \h ] to determine whether an entity or individual is presently excluded or disqualified.

22. **Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law**

This award is subject to the provisions contained in an appropriations act(s) which prohibits the Federal Government from entering into a contract, memorandum of understanding, or cooperative agreement with, make a grant to, or provide a loan or loan guarantee to any corporation having a delinquent Federal tax liability or a felony conviction under any Federal law, unless the agency has considered suspension or debarment of the corporation and has made a determination that this further action is not necessary to protect the interests of the Government. A "corporation" is a legal entity that is separate and distinct from the entities that own, manage, or control it. It is organized and incorporated under the jurisdictional authority of a governmental body, such as a State or the District of Columbia. A corporation may be a for-profit or non-profit organization.

As required by the appropriations act(s) prohibitions, the Government will not enter into a contract, memorandum of understanding, or cooperative agreement with, make a grant to, or provide a loan or loan guarantee with any corporation that — (1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or (2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

By accepting this award, the recipient represents that it is not a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and it is not a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

EPA_00317575

Alternatively, by accepting this award, the recipient represents that it disclosed unpaid Federal tax liability information and/or Federal felony conviction information to the EPA. The recipient may accept this award if the EPA Suspension and Debarment Official has considered suspension or debarment of the corporation based on tax liabilities and/or Federal felony convictions and determined that suspension or debarment is not necessary to protect the Government's interests.

If the recipient fails to comply with this term and condition, EPA will annul this agreement and may recover any funds the recipient has expended in violation of the appropriations act(s) prohibition(s). The EPA may also pursue other administrative remedies as outlined in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.339" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.340" ] and may also pursue suspension and debarment.

## 23. Disclosing Conflict of Interest

### 23.1 For Awards to Recipients, Subrecipients, and Individuals (other than states and fellowship recipients under 40 CFR Part 46)

As required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-B/section-200.112" ], EPA has established a policy (COI Policy) for disclosure of conflicts of interest (COI) that may affect EPA financial assistance awards. EPA's COI Policy is posted at [ HYPERLINK "https://www.epa.gov/grants/epas-financial-assistance-conflict-interest-policy" \h ]. The posted version of EPA's COI Policy is applicable to new funding (initial awards, supplemental and incremental funding) awarded on or after October 1, 2015.

For competitive awards, recipients must disclose any competition related COI described in section 4.0(a) of the COI Policy that are discovered after award to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of discovery of the COI. The Grant Specialist will respond to any such disclosure within 30 calendar days.

EPA's COI Policy requires that recipients have systems in place to address, resolve and disclose to EPA COIs described in sections 4.0(b), (c) and/or (d) of the COI Policy that affect any contract or subaward regardless of amount funded under this award. The recipient's COI Point of Contact for the award must disclose any COI to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of the discovery of the potential COI and their approach for resolving the COI.

EPA's COI Policy requires that subrecipients have systems in place to address, resolve and disclose COI's described in section 4.0(b)(c) and (d) of the COI Policy regardless of the amount of the transaction. Recipients who are pass-through entities as defined at 2 CFR 200.1 must require that subrecipients being considered for or receiving subawards disclose COI to the pass-through entities in a manner that, at a minimum, is in accordance with

EPA_00317576

sections 5.0(d) and 7.0(c) of EPA's COI Policy. Pass-through entities must disclose the subrecipient COI along with the approach for resolving the COI to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of receiving notification of the COI by the subrecipient.

EPA only requires that recipients and subrecipients disclose COI's that are discovered under their systems for addressing and resolving COI. If recipients or subrecipients do not discover a COI, they do not need to advise EPA or the pass-through entity of the absence of a COI.

Upon notice from the recipient of a potential COI and the approach for resolving it, the Agency will then make a determination regarding the effectiveness of these measures within 30 days of receipt of the recipient's notice unless a longer period is necessary due to the complexity of the matter. Recipients may not request payment from EPA for costs for transactions subject to the COI pending notification of EPA's determination. Failure to disclose a COI may result in cost disallowances.

Disclosure of potential COI will not necessarily result in EPA disallowing costs, with the exception of procurement contracts that the Agency determines violate [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.318" \l "p-200.318(c)" ], provided the recipient notifies EPA of measures the recipient or subrecipient has taken to eliminate, neutralize or mitigate the conflict of interest when making the disclosure.

**23.2    For Awards to States Including State Universities that are State Agencies or Instrumentalities**
As required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-B/section-200.112" ], EPA has established a policy (COI Policy) for disclosure of conflicts of interest (COI) that may affect EPA financial assistance awards. EPA's COI Policy is posted at: [ HYPERLINK "https://www.epa.gov/grants/epas-financial-assistance-conflict-interest-policy" \h ] The posted version of EPA's COI Policy is applicable to new funding (initial awards, supplemental, incremental funding) awarded on or after October 1, 2015.

For competitive awards, recipients must disclose any competition related COI described in section 4.0(a) of the COI Policy that are discovered after award to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of discovery of the COI. The Grants Specialist will respond to any such disclosure within 30 calendar days.

States including state universities that are state agencies and instrumentalities receiving funding from EPA are only required to disclose subrecipient COI as a pass-through entity as defined by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ]. Any other COI are subject to state laws, regulations, and policies. EPA's COI Policy requires that subrecipients have

EPA_00317577

systems in place to address, resolve and disclose COIs described in section 4.0(b)(c) and (d) of the COI Policy that arise after EPA made the award regardless of the amount of the transaction. States who are pass-through entities as defined at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ] must require that subrecipients being considered for or receiving subawards disclose COI to the state in a manner that, as a minimum, in accordance with sections 5.0(d) and 7.0(c) of EPA's COI Policy. States must disclose the subrecipient COI along with the approach for resolving the COI to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of receiving notification of the COI by the subrecipient.

EPA only requires that subrecipients disclose COI's to state pass-through entities that are discovered under their systems for addressing, resolving, and disclosing COI. If subrecipients do not discover a COI, they do not need to advise state pass-through entities of the absence of a COI.

Upon receiving notice of a potential COI and the approach for resolving it, the Agency will make a determination regarding the effectiveness of these measures within 30 days of receipt of the state's notice of a subrecipient COI unless a longer period is necessary due to the complexity of the matter. States may not request payment from EPA for costs for transactions subject to the COI pending notification of EPA's determination. A subrecipient's failure to disclose a COI to the state and EPA may result in cost disallowances.

Disclosure of potential subrecipient COI will not necessarily result in EPA disallowing costs, with the exception of procurement contracts that the Agency determines violate [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.318" \l "p-200.318(c)" ], provided the subrecipient has taken measures that EPA and the state agree eliminate, neutralize or mitigate the conflict of interest.

## 24. Transfer of Funds
### 24.1 Transfer of Funds
**Applicable to all assistance agreements other than Continuing Environmental Program Grants subject to 40 CFR 35.114 and 40 CFR 35.514 when EPA's share of the total award exceeds the Simplified Acquisition Threshold. Simplified Acquisition Threshold is defined at 2 CFR 200.1 and is currently set at $250,000 but the amount is subject to adjustment.**

(1) As provided at [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.308" \l "p-200.308(i)" ], the recipient must obtain prior approval from EPA's Grants Management Officer if the cumulative amount of funding transfers among direct budget categories or programs, functions and activities exceeds 10% of the total budget, as last approved by EPA, including cost share. Recipients must submit requests for prior approval to the Grant Specialist and Grants Management Officer with a copy to the Project Officer for this agreement.

EPA_00317578

**(2)** Recipients must notify EPA's Grant Specialist and Project Officer of cumulative funding transfers among direct budget categories or programs, functions and activities that do not exceed 10% of the total budget for the agreement. Prior approval by EPA's Grants Management Officer is required if the transfer involves any of the items listed in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRea20080eff2ea53/section-200.407" ] that EPA did not previously approve at time of award or in response to a previous post-award request by the recipient.

**24.2 Post-Award Changes for Continuing Environmental Program Grants**

**Applicable to Continuing Environmental Program Grants subject to 40 CFR 35.114 and 40 CFR 35.514 when EPA's share of the total project costs exceeds the Simplified Acquisition Threshold. Simplified Acquisition Threshold is defined at 2 CFR 200.1 and is currently set at $250,000 but the amount is subject to adjustment.**

To determine if a post-award change in work plan commitments is significant and requires prior written approval for the purposes of [ HYPERLINK "https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ecfr.gov%2Fcgi-bin%2Ftext-idx%3FSID%3D60bc969e865bfc8040453c0a7b67133d%26mc%3Dtrue%26node%3Dse40.1.35_1114%26rgn%3Ddiv8&data=04%7C01%7CLeon.Sandra%40epa.gov%7Cdf5f55f4d5ea41419f3708d8eee40e08%7C88b378b367484867acf976aacbeca6a7%7C0%7C0%7C637522010540571598%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=SRxgFVi7blGv19BgJnghRZSNbAT6FFShbnEg1Hxv%2FJc%3D&reserved=0" \h ] or [ HYPERLINK "https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ecfr.gov%2Fcurrent%2Ftitle-40%2Fchapter-I%2Fsubchapter-B%2Fpart-35%2Fsubpart-B%2Fsubject-group-ECFR5aeee1c862a90c9%2Fsection-35.514&data=05%7C01%7CLeon.Sandra%40epa.gov%7C651ad1defcf24eb378b008daa082fdb8%7C88b378b367484867acf976aacbeca6a7%7C0%7C0%7C637998781720979453%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=rNefC%2BOtJywlpVKcgfW1YrEL1WxQd3EU2GbZpGgFvt8%3D&reserved=0" \h ] the recipient agrees to consult the EPA Project Officer (PO) before making the change. The term work plan commitments is defined at [ HYPERLINK "https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ecfr.gov%2Fcgi-bin%2Ftext-idx%3FSID%3D0c78d228691503f8365085ee833884f0%26mc%3Dtrue%26node%3Dse40.1.35_1102%26rgn%3Ddiv8&data=04%7C01%7CLeon.Sandra%40epa.gov%7Cdf5f55f4d5ea41419f3708d8eee40e08%7C88b378b367484867acf976aacbeca6a7%7C0%7C0%7C637522010540730906%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=zvOcmfmrCcnwgq%2F03u2TooVu1w9iR%2BARCTl1hP1FoDw%3D&reserved=0" \h ] If the PO determines the change is significant, the recipient cannot make the change without prior written approval by the EPA Award Official or Grants Management Officer.

The recipient must obtain written approval from the EPA Award Official prior to transferring funds from one budget category to another if the EPA Award Official determines that such transfer significantly changes work plan commitment(s). All transfers must be reported in required performance reports. In addition, unless approved with the budget at the time of

EPA_00317579

award, Continuing Environmental Program (CEP) recipients must also obtain prior written approval from the EPA Award Official or Grants Management Officer to use EPA funds for directly charging compensation for administrative and clerical personnel under [HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.413" \l "p-200.413(c)"] and the General Provisions for Selected Items of Cost allowability at [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRed1f39f9b3d4e72/section-200.420"] through [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRed1f39f9b3d4e72/section-200.476" ] as supplemented by [ HYPERLINK "https://www.epa.gov/grants/rain-2018-g01-r" \h ] The recipient is not required to obtain prior written approval from the EPA Award Official for other items requiring prior EPA approval listed in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRea20080eff2ea53/section-200.407" ].

**25. Electronic/Digital Signatures on Financial Assistance Agreement Form(s)/Document(s)**

Throughout the life of this assistance agreement, the recipient agrees to ensure that any form(s)/document(s) required to be signed by the recipient and submitted to EPA through any means including but not limited to hard copy via U.S. mail or express mail, hand delivery or through electronic means such as e-mail are: (1) signed by the individual identified on the form/document, and (2) the signer has the authority to sign the form/document for the recipient. Submission of any signed form(s)/document(s) is subject to any provisions of law on making false statements (e.g., 18 U.S.C. 1001).

**26. Extension of Project/Budget Period Expiration Date**

EPA has not exercised the waiver option to allow automatic one-time extensions for non-research grants under [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.308" \l "p-200.308(g)(2)" ]. Therefore, if a no-cost time extension is necessary to extend the period of availability of funds, the recipient must submit a written request to the EPA at least 10 calendar days before the conclusion of the period of performance as required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.308" \l "p-200.308(f)(10)" ]. **The written request must include:** a justification describing the need for additional time, an estimated date of completion, and a revised schedule for project completion including updated milestone target dates for the approved workplan activities. In addition, if there are overdue reports required by the general, administrative, and/or programmatic terms and conditions of this assistance agreement, the recipient must ensure that they are submitted along with or prior to submitting the no-cost time extension request.

**27. Utilization of Disadvantaged Business Enterprises (Updated 3/25/2025)**
**General Compliance, 40 CFR, Part 33**

The recipient agrees to comply with the requirements of EPA's Disadvantaged Business Enterprise (DBE) Program for procurement activities under assistance agreements, contained in [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-33?toc=1" ].

EPA_00317580

The following text provides updates to 40 CFR Part 33 based upon the associated class exception or highlights a requirement.

1) **EPA MBE/WBE CERTIFICATION, 40 CFR, Part 33, Subpart B**
   The EPA no longer certifies entities as Minority-Owned Business Entities (MBEs) or Women-Owned Business Entities (WBEs) pursuant to a class exception issued in October 2019. The class exception was authorized pursuant to the authority in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500/subpart-B/section-1500.4" ].

2) **SIX GOOD FAITH EFFORTS, 40 CFR, Part 33, Subpart C**
   Pursuant to [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-33/subpart-C/section-33.301" ], the recipient agrees to make good faith efforts whenever procuring construction, equipment, services and supplies under an EPA financial assistance agreement, and to require that sub-recipients, loan recipients, and prime contractors also comply. Records documenting compliance with the six good faith efforts shall be retained. The specific six good faith efforts can be found at: [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-33/subpart-C/section-33.301" ].

   However, in EPA assistance agreements that are for the benefit of Native Americans, the recipient must solicit and recruit Native American organizations and Native American-owned economic enterprises and give them preference in the award process prior to undertaking the six good faith efforts ([ HYPERLINK "https://www.ecfr.gov/cgi-bin/text-idx?SID=f9e6fe2fa746eba6891acee1ab460eb4&mc=true&node=pt40.1.33&rgn=div5&se40.1.33_1304" \h ] [ HYPERLINK "https://www.ecfr.gov/cgi-bin/text-idx?SID=f9e6fe2fa746eba6891acee1ab460eb4&mc=true&node=pt40.1.33&rgn=div5&se40.1.33_1304" \h ]). If recruiting efforts are unsuccessful, the recipient must follow the six good faith efforts.

3) **CONTRACT ADMINISTRATION PROVISIONS, 40 CFR, Section 33.302**
   The recipient agrees to comply with the contract administration provisions of [ HYPERLINK "https://www.ecfr.gov/cgi-bin/text-idx?SID=f9e6fe2fa746eba6891acee1ab460eb4&mc=true&node=pt40.1.33&rgn=div5&se40.1.33_1302" \h ] (a)-(d) and (i).

4) **BIDDERS LIST, 40 CFR Section 33.501(b) and (c)**
   Recipients of a Continuing Environmental Program Grant or other annual reporting grant, agree to create and maintain a bidders list. Recipients of an EPA financial assistance agreement to capitalize a revolving loan fund also agree to require entities receiving identified loans to create and maintain a bidders list if the recipient of the loan is subject to, or chooses to follow, competitive bidding requirements. Please see [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-33/subpart-E/section-33.501" ] for specific requirements and exemptions.

EPA_00317581

5) **FAIR SHARE OBJECTIVES, 40 CFR, Part 33, Subpart D**
   The EPA is suspending negotiations of fair share objectives with recipients under 40 CFR Part 33, Subpart D pursuant to a class exception issued on March 17, 2025. The class exception was authorized pursuant to the authority in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500/subpart-B/section-1500.4" ].

6) **MBE/WBE REPORTING, 40 CFR, Part 33, Subpart E**
   The EPA is suspending recipient reporting requirements under 40 CFR 33.502 pursuant to a class exception issued on March 17, 2025. The class exception was authorized pursuant to the authority in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500/subpart-B/section-1500.4" ].

7) **MBE/WBE RECORDKEEPING, 40 CFR, Part 33, Subpart E**
   The EPA is suspending recipient recordkeeping requirements under 40 CFR Part 33, Subpart E pursuant to a class exception issued on March 17, 2025. The class exception was authorized pursuant to the authority in 2 CFR, Section 1500.4(b).


## Programmatic General Terms and Conditions

### 28. Sufficient Progress

EPA will measure sufficient progress by examining the performance required under the workplan in conjunction with the milestone schedule, the time remaining for performance within the project period and/or the availability of funds necessary to complete the project. EPA may terminate the assistance agreement for failure to ensure reasonable completion of the project within the project period.

### 29. Copyrighted Material and Data

In accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR8feb98c2e3e5ad2/section-200.315" ], EPA has the right to reproduce, publish, use and authorize others to reproduce, publish and use copyrighted works or other data developed under this assistance agreement for Federal purposes. This includes the right to require recipients and subrecipients to make such works available through agency-designated public access repositories.

Examples of a Federal purpose include but are not limited to: (1) Use by EPA and other Federal employees for official Government purposes; (2) Use by Federal contractors performing specific tasks for [i.e., authorized by] the Government; (3) Publication in EPA documents provided the document does not disclose trade secrets (e.g. software codes) and the work is properly attributed to the recipient through citation or otherwise; (4) Reproduction of documents for inclusion in Federal depositories; (5) Use by State, Tribal and local governments that carry out delegated Federal environmental programs as "co-regulators" or act as official partners with EPA to carry out a national environmental program within their jurisdiction and; (6) Limited use by other recipients to

EPA_00317582

carry out Federal grants provided the use is consistent with the terms of EPA's authorization to the other recipient to use the copyrighted works or other data.

Under Item 6, the recipient acknowledges that EPA may authorize another recipient(s) to use the copyrighted works or other data developed under this grant as a result of:

- The selection of another recipient by EPA to perform a project that will involve the use of the copyrighted works or other data, or
- Termination or expiration of this agreement.

In addition, EPA may authorize another recipient to use copyrighted works or other data developed with Agency funds provided under this grant to perform another grant when such use promotes efficient and effective use of Federal grant funds.

## 30. Patents and Inventions

Rights to inventions made under this assistance agreement are subject to federal patent and licensing regulations, which are codified at Title [HYPERLINK "https://www.ecfr.gov/current/title-37/chapter-IV/part-401"] and Title 35 USC Sections 200-212.

Pursuant to the Bayh-Dole Act (set forth in 35 USC 200-212), EPA retains the right to a worldwide, nonexclusive, nontransferable, irrevocable, paid-up license to practice the invention owned by the assistance agreement holder, as defined in the Act. To streamline the invention reporting process and to facilitate compliance with the Bayh-Dole Act, the recipient must utilize the Interagency Edison extramural invention reporting system at [ HYPERLINK "https://www.nist.gov/iedison" \h ] Annual utilization reports must be submitted through the system. The recipient is required to notify the Project Officer identified on the award document when an invention report, patent report, or utilization report is filed at [ HYPERLINK "https://www.nist.gov/iedison" \h ] EPA elects not to require the recipient to provide a report prior to the close-out of a funding agreement listing all subject inventions or stating that there were none.

In accordance with Executive Order 12591, as amended, government owned and operated laboratories can enter into cooperative research and development agreements with other federal laboratories, state and local governments, universities, and the private sector, and license, assign, or waive rights to intellectual property "developed by the laboratory either under such cooperative research or development agreements and from within individual laboratories."

## 31. Acknowledgement Requirements for Non-ORD Assistance Agreements

The recipient agrees that any reports, documents, publications, or other materials developed for public distribution supported by this assistance agreement shall contain the following statement: "This project has been funded wholly or in part by the United States Environmental Protection Agency under assistance agreement (number) to (recipient). The contents of this document do not

EPA_00317583

necessarily reflect the views and policies of the Environmental Protection Agency, nor does the Environmental Protection Agency endorse trade names or recommend the use of commercial products mentioned in this document, as well as any images, video, text, or other content created by generative artificial intelligence tools, nor does any such content necessarily reflect the views and policies of the Environmental Protection Agency."

Recipients of EPA Office of Research Development (ORD) research awards must follow the acknowledgement requirements outlined in the research T&Cs available at: [ HYPERLINK "https://www.nsf.gov/awards/managing/rtc.jsp" \h ]. In accordance with the [ HYPERLINK "https://www.nsf.gov/bfa/dias/policy/fedrtc/rtcoverlay_nov20.pdf" ], recipients of EPA ORD research must abide by the research T&Cs.

## 32. Electronic and Information Technology Accessibility

Recipients are subject to the program accessibility provisions of Section 504 of the Rehabilitation Act, codified in [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-A/part-7"], which includes an obligation to provide individuals with disabilities reasonable accommodations and an equal and effective opportunity to benefit from or participate in a program, including those offered through electronic and information technology ("EIT"). In compliance with Section 504, EIT systems or products funded by this award must be designed to meet the diverse needs of users (e.g., U.S. public, recipient personnel) without barriers or diminished function or quality. Systems shall include usability features or functions that accommodate the needs of persons with disabilities, including those who use assistive technology. At this time, the EPA will consider a recipient's websites, interactive tools, and other EIT as being in compliance with Section 504 if such technologies meet standards established under Section 508 of the Rehabilitation Act, codified at [HYPERLINK "https://www.ecfr.gov/current/title-36/chapter-XI/part-1194"]. While Section 508 does not apply directly to grant recipients, we encourage recipients to follow either the 508 guidelines or other comparable guidelines that concern accessibility to EIT for individuals with disabilities.

Recipients may wish to consult the latest Section 508 guidelines issued by the U.S. Access Board or W3C's Web Content Accessibility Guidelines (WCAG) 2.0 (see [ HYPERLINK "https://www.access-board.gov/about/policy/accessibility.html" \h ] [ HYPERLINK "https://www.access-board.gov/about/policy/accessibility.html" \h ]).

## 33. Human Subjects

Human subjects research is any activity that meets the regulatory definitions of both research AND human subject. Research is a systematic investigation, including research development, testing and evaluation, designed to develop or contribute to generalizable knowledge. Human subject means a living individual about whom an investigator (whether professional or student) conducting research: (i) Obtains information or biospecimens through intervention or interaction with the individual, and uses, studies, or analyzes the information or biospecimens; or (ii) Obtains, uses, studies, analyzes, or

EPA_00317584

generates identifiable private information or identifiable biospecimens [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-A/part-26/subpart-A/section.26.102" ].

No research involving human subjects shall be conducted under this agreement without prior written approval of the EPA Human Subject Research Review Official (HSRRO) to proceed with that research. If engaged in human subjects' research as part of this agreement, the recipient agrees to comply with all applicable provisions of EPA Regulation 40 CFR 26 (Protection of Human Subjects). This includes, at Subpart A, the Basic Federal Policy for the Protection of Human Research Subjects, also known as the Common Rule. It also includes, at Subparts B, C, and D, prohibitions and additional protections for children, nursing women, pregnant women, and fetuses in research conducted or supported by EPA.

The recipient further agrees to comply with EPA's procedures for oversight of the recipient's compliance with 40 CFR 26, as given in EPA Order 1000.17A (Policy and Procedures on Protection of Human Research Subjects in EPA Conducted or Supported Research). As per this order, no human subject may be involved in any research conducted under this assistance agreement, including recruitment, until the research has been approved or determined to be exempt by the EPA HSRRO after review of the approval or exemption determination of the Institutional Review Board(s) (IRB(s)) with jurisdiction over the research under 40 CFR 26.

For HSRRO approval, the recipient must forward to the Project Officer: (1) copies of all documents upon which the IRB(s) with jurisdiction based their approval(s) or exemption determination(s), (2) copies of the IRB approval or exemption determination letter(s), (3) copy of the IRB-approved consent forms and subject recruitment materials, if applicable, and (4) copies of all supplementary IRB correspondence.

Following the initial approvals indicated above, the recipient must, as part of the annual report(s), provide evidence of continuing review and approval of the research by the IRB(s) with jurisdiction, as required by [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-A/part-26/subpart-A/section-26.109" ]. Materials submitted to the IRB(s) for their continuing review and approval are to be provided to the EPA HSRRO via the Project Officer upon IRB approval. During the course of the research, investigators must promptly report any unanticipated problems involving risk to subjects or others according to requirements set forth by the IRB. In addition, any event that is significant enough to result in the removal of the subject from the study should also be reported to the EPA HSRRO via the Project Officer, even if the event is not reportable to the IRB of record.

## 34. Animal Subjects

The recipient agrees to comply with the Animal Welfare Act of 1966 (P.L. 89-544), as amended, 7 USC 2131- 2156. Recipient also agrees to abide by the "U.S. Government Principles for the Utilization and Care of Vertebrate Animals used in Testing, Research, and Training." (Federal Register 50(97): 20864-20865. May 20,1985). The nine principles can be viewed at [ HYPERLINK

EPA_00317585

"https://olaw.nih.gov/policies-laws/phs-policy.htm" \h ]. For additional information about the Principles, the recipient should consult the [ HYPERLINK "https://pubmed.ncbi.nlm.nih.gov/21595115/" \h ] [ HYPERLINK "https://pubmed.ncbi.nlm.nih.gov/21595115/" \h ] prepared by the Institute of Laboratory Animal Resources, National Research Council.

## 35. Light Refreshments and/or Meals

(a) **APPLICABLE TO ALL AGREEMENTS EXCEPT STATE CONTINUING ENVIRONMENTAL PROGRAMS (AS DESCRIBED BELOW):**

Unless the event(s) and all of its components are described in the approved workplan, the recipient agrees to obtain prior approval from EPA for the use of grant funds for light refreshments and/or meals served at meetings, conferences, training workshops and outreach activities (events). The recipient must send requests for approval to the EPA Project Officer and include:

(1) An estimated budget and description for the light refreshments, meals, and/or beverages to be served at the event(s)

(2) A description of the purpose, agenda, location, length, and timing for the event, and

(3) An estimated number of participants in the event and a description of their roles

Costs for light refreshments and meals for recipient staff meetings and similar day-to-day activities are not allowable under EPA assistance agreements.

Recipients may address questions about whether costs for light refreshments, and meals for events may be allowable to the recipient's EPA Project Officer; however, the Agency Award Official or Grant Management Officer will make final determinations on allowability. Agency policy prohibits the use of EPA funds for receptions, banquets and similar activities that take place after normal business hours unless the recipient has provided a justification that has been expressly approved by EPA's Award Official or Grants Management Officer.

EPA funding for meals, light refreshments, and space rental may not be used for any discrete portion of an event or meeting, such as a reception, banquet, or another similar entertainment-oriented activity, where alcohol is served, purchased, or otherwise available as part of the discrete portion of the event or meeting, even if EPA funds are not used to purchase the alcohol. This restriction does not prohibit a recipient from using its own funds, private donations, or separate fees charged to the meeting attendees (that are not program income) for discrete portions of events or meetings, such as receptions, banquets, or another similar entertainment-oriented activity where alcohol is served.

Note: U.S. General Services Administration regulations define light refreshments for morning, afternoon, or evening breaks to include, but not be limited to, coffee, tea, milk, juice, soft drinks, donuts, bagels, fruit, pretzels, cookies, chips, or muffins. ([HYPERLINK "https://www.ecfr.gov/current/title-41/subtitle-F/chapter-301/subchapter-D/part-301-74/subpart-A/section-301-74.7"])

EPA_00317586

**(b) FOR STATE CONTINUING ENVIROMENTAL PROGRAM GRANT RECIPIENTS EXCLUDING STATE UNIVERSITIES:**

If the state maintains systems capable of complying with federal grant regulations at [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRed1f39f9b3d4e72/section-200.432"] and [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRed1f39f9b3d4e72/section-200.438"], EPA has waived the prior approval requirements for the use of EPA funds for light refreshments and/or meals served at meetings, conferences, and training, as described in paragraph (a) above. The state may follow its own procedures without requesting prior approval from EPA. However, notwithstanding state policies, EPA funds may not be used for (1) Meetings (e.g. routine staff meetings) that do not meet the definition of "Conference" in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRed1f39f9b3d4e72/section-200.432" ], (2) evening receptions, or (2) other evening events (with the exception of working meetings). Examples of working meetings include those evening events in which small groups discuss technical subjects on the basis of a structured agenda or there are presentations being conducted by experts. EPA funds for meals, light refreshments, and space rental may not be used for any portion of an event (including evening working meetings) where alcohol is served, purchased, or otherwise available as part of the event or meeting, even if EPA funds are not used to purchase the alcohol.

By accepting this award, the state is certifying that it has systems in place (including internal controls) to comply with the requirements described above.

## 36. Tangible Personal Property

### 36.1 Reporting

Pursuant to [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR8feb98c2e3e5ad2/section-200.312"] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR8feb98c2e3e5ad2/section-200.314" ], property reports, if applicable, are required for Federally-owned property in the custody of a recipient or subrecipient upon completion of the Federal award or when the property is no longer needed. Additionally, upon termination or completion of the project, residual unused supplies with a total aggregate fair market value exceeding $10,000 not needed for any other Federally-funded programs or projects must be reported. For Superfund awards under Subpart O, refer to [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-35/subpart-O/subject-group-ECFRde50d352b12a592/section-35.6340"] and [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-35/subpart-O/subject-group-ECFRbdfab940a28f830/section-35.6660" ] for property reporting requirements. Recipients should utilize the Tangible Personal Property Report form series (SF-428) to report tangible personal property.

### 36.2 Disposition

EPA_00317587

**36.2.1.  Most Recipients or Subrecipients.** Consistent with [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR8feb98c2e3e5ad2/section-200.313"], unless instructed otherwise on the official award document, this award term, or at closeout, the recipient or subrecipient, including a subrecipient of a State or an Indian Tribe, may keep the equipment and continue to use it on the project originally funded through this assistance agreement or on other federally funded projects whether or not the project or program continues to be supported by Federal funds.

**36.2.2.  State Agencies.** Per [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.313" \l "p-200.313(b)" ], recipients that are State agencies must manage and dispose of equipment acquired under this assistance agreement in accordance with state laws and procedures.

**36.2.3.  Indian Tribes.** Per [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.313" \l "p-200.313(b)" ], recipients that are Indian Tribes must manage and dispose of equipment acquired under this assistance agreement in accordance with tribal laws and procedures. If such laws and procedures do not exist, Indian Tribes, unless instructed otherwise on the official award document or at closeout, may keep the equipment and continue to use it on the project originally funded through this assistance agreement or on other federally funded projects whether or not the project or program continues to be supported by Federal funds.

**36.2.4.  Superfund Recipients.** Equipment purchased for Superfund projects under Subpart O is subject to specific disposal options in accordance with [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-35/subpart-O/subject-group-ECFRde50d352b12a592/section-35.6345"].

## 37. Dual Use Research of Concern (DURC)

The recipient agrees to conduct all life science research[*] in compliance with[ HYPERLINK "https://www.epa.gov/research/epa-order-100019-policy-and-procedures-managing-dual-use-research-concern" \h ] [ HYPERLINK "https://www.epa.gov/research/epa-order-100019-policy-and-procedures-managing-dual-use-research-concern" \h ] (EPA DURC Order) and[ HYPERLINK "http://www.phe.gov/s3/dualuse/Documents/durc-policy.pdf" \h ] [ HYPERLINK "http://www.phe.gov/s3/dualuse/Documents/durc-policy.pdf" \h ] *(iDURC Policy)*. If the recipient is an institution within the United States that receives funding through this agreement, or from any other source, the recipient agrees to comply with the iDURC Policy if they conduct or sponsor research involving any of the agents or toxins identified in Section 6.2.1 of the iDURC Policy. If the institution is outside the United States and receives funding through this agreement to conduct or sponsor research involving any of those same agents or toxins, the recipient agrees to comply with the iDURC Policy. The recipient agrees to provide any additional information that may be requested by EPA regarding DURC and iDURC. The recipient agrees to immediately notify the EPA Project Officer should the project use or introduce use of any of the agents or toxins identified in the iDURC Policy. The recipient's Institution/Organization must also comply with USG iDURC policy and EPA DURC Order and will inform the appropriate government agency if funded by such agency of research with

EPA_00317588

the agents or toxins identified in Section 6.2.1 of the iDURC Policy. If privately funded the recipient agrees to notify the National Institutes of Health at [ HYPERLINK "mailto:DURC@od.nih.gov" \h ]

* *"Life Sciences Research,"* for purposes of the EPA DURC Order, and based on the definition of research in [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-A/part-26/subpart-A/section-26.102" \l "p-26.102(d)" ], is a systematic investigation designed to develop or contribute to generalizable knowledge involving living organisms (e.g., microbes, human beings, animals, and plants) and their products. EPA does not consider the following activities to be research: routine product testing, quality control, mapping, collection of general-purpose statistics, routine monitoring and evaluation of an operational program, observational studies, and the training of scientific and technical personnel. [Note: This is consistent with Office of Management and Budget Circular A-11.]

## 38. Research Misconduct

In accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR36520e4111dce32/section-200.329" ], the recipient and subrecipient agree to notify the EPA Project Officer in writing about research misconduct involving research activities that are supported in whole or in part with EPA funds under this project. EPA defines research misconduct as fabrication, falsification, or plagiarism in proposing, performing, or reviewing research, or in reporting research results [65 FR 76262. I], or ordering, advising or suggesting that subordinates engage in research misconduct. The recipient agrees to:

(1) Immediately notify the EPA Project Officer who will then inform the EPA Office of Inspector General (OIG) if, at any time, an allegation of research misconduct falls into one of the categories listed below:

    A. Public health of safety is at risk

    B. Agency resources or interests are threatened

    C. Circumstances where research activities should be suspended

    D. There is a reasonable indication of possible violations of civil or criminal law

    E. Federal action is required to protect the interests of those involved in the investigation

    F. The research entity believes that the inquiry or investigation may be made public prematurely so that appropriate steps can be taken to safeguard evidence and protect the rights of those involved

    G. Circumstances where the research community or public should be informed. [65 FR 76263.III]

(2) Report other allegations to the OIG when they have conducted an inquiry and determined that there is sufficient evidence to proceed with an investigation. [65 FR 76263. III]

## 39. Scientific Integrity Terms and Conditions

The recipient agrees to comply with [ HYPERLINK "https://www.epa.gov/osa/policy-epa-scientific-integrity" \h ] when conducting, supervising, and communicating science and when using or applying the results of science. For purposes of this award condition scientific activities include, but are not

EPA_00317589

limited to, computer modelling, economic analysis, field sampling, laboratory experimentation, demonstrating new technology, statistical analysis, and writing a review article on a scientific issue. The recipient agrees to:

**39.1 Scientific Products**

**39.1.1.**  Produce scientific products of the highest quality, rigor, and objectivity, by adhering to applicable EPA [ HYPERLINK "https://www.epa.gov/quality/frequent-questions-about-epas-quality-system" \l "tab-11" \h ], [ HYPERLINK "https://www.epa.gov/irmpoli8/environmental-information-quality-policy" \h ], and peer review policy.

**39.1.2.**  Prohibit all recipient employees, contractors, and program participants, including scientists, managers, and other recipient leadership, from suppressing, altering, or otherwise impeding the timely release of scientific findings or conclusions.

**39.1.3.**  Adhere to [ HYPERLINK "https://www.epa.gov/osa/peer-review-handbook-4th-edition-2015" \h ] for the peer review of scientific and technical work products generated through EPA grants or cooperative agreements which, by definition, are not primarily for EPA's direct use or benefit.

**39.2 Scientific Findings**

**39.2.1.**  Require that reviews regarding the content of a scientific product that are conducted by the project manager and other recipient managers and the broader management chain be based only on scientific quality considerations, e.g., the methods used are clear and appropriate, the presentation of results and conclusions is impartial.

**39.2.2.**  Ensure scientific findings are generated and disseminated in a timely and transparent manner, including scientific research performed by employees, contractors, and program participants, who assist with developing or applying the results of scientific activities.

**39.2.3.**  Include, when communicating scientific findings, an explication of underlying assumptions, accurate contextualization of uncertainties, and a description of the probabilities associated with both optimistic and pessimistic projections, if applicable.

**39.2.4.**  Document the use of independent validation of scientific methods.

**39.2.5.**  Document any independent review of the recipient's scientific facilities and testing activities, as occurs with accreditation by a nationally or internationally recognized sanctioning body.

**39.2.6.**  Make scientific information available online in open formats in a timely manner, including access to data and non-proprietary models.

**39.3 Scientific Misconduct**

**39.3.1.**  Prohibit intimidation or coercion of scientists to alter scientific data, findings, or professional opinions or non-scientific influence of scientific advisory boards. In addition, recipient employees, contractors, and program participants, including scientists, managers, and other leadership, shall not knowingly misrepresent, exaggerate, or downplay areas of scientific uncertainty.

**39.3.2.**  Prohibit retaliation or other punitive actions toward recipient employees who uncover or report allegations of scientific and research misconduct, or who express a differing scientific opinion. Employees who have allegedly engaged in scientific or research misconduct shall be afforded the due process protections provided by law, regulation, and applicable collective

EPA_00317590

bargaining agreements, prior to any action. Recipients shall ensure that all employees and contractors of the recipient shall be familiar with these protections and avoid the appearance of retaliatory actions.

**39.3.3.** Require all recipient employees, contractors, and program participants to act honestly and refrain from acts of research misconduct, including publication or reporting, as described in [ HYPERLINK "https://www.epa.gov/osa/epa-order-policy-and-procedures-addressing-research-misconduct" \h ], Section 9.C. Research misconduct does not include honest error or differences of opinion. While EPA retains the ultimate oversight authority for EPA-supported research, grant recipients conducting research bear primary responsibility for prevention and detection of research misconduct and for the inquiry, investigation, and adjudication of research misconduct alleged to have occurred in association with their own institution.

**39.3.4.** Take the actions required on the part of the recipient described in the EPA's Policy and Procedures for Addressing Research Misconduct, Sections 6 through 9, when research misconduct is suspected or found.

### 39.4 Additional Resources

For more information about the Scientific Integrity Policy, an introductory video can be accessed at: [ HYPERLINK "https://youtu.be/FQJCy8BXXq8" \h ] A training video is available at: [ HYPERLINK "https://youtu.be/Zc0T7fooot8" \h ]

## 40. Post-Award Disclosure of Current and Pending Support on Research Grants

The recipient is required to notify EPA if there has been a change in support for senior/key persons since submission of its application or the last reporting period in the performance report. If there has been a change, the recipient must report the change within 30 calendar days to the EPA Project Officer. The information should also be included in the next due performance report. If there has been a change, submit a revised current and pending support form (see 'EPA Current and Pending Support'). Senior/key persons must certify that the information contained in the updated current and pending support form is current, accurate, and complete. For additional details on what information needs to be disclosed, please see NSTC Pre-award and Post-award disclosures Relating to the Biographical Sketch and Current and Pending (Other) Support at [ HYPERLINK "https://www.nsf.gov/bfa/dias/policy/nstc_disclosure.jsp" ].

EPA may consult with the Lead/Contact PI and the Authorized Organization Representative (AOR), if necessary, to determine the impact of the new information on the EPA-funded research grant and, where necessary, take appropriate action.

If the recipient discovers that a senior/key person on an active EPA grant failed to disclose current and pending support information or provided inaccurate information as part of the proposal submission process, it must submit a revised current and pending support form (see 'EPA Current and Pending Support') to the EPA Project Officer within 30 calendar days of the identification of the undisclosed or inaccurate current and pending information.

EPA_00317591

**41. Procurement of Synthetic Nucleic Acids and Benchtop Nucleic Acid Synthesis Equipment**

Beginning on April 26, 2025, the recipient must procure synthetic nucleic acids and benchtop nucleic acid synthesis equipment, as defined in the [ HYPERLINK "https://www.whitehouse.gov/wp-content/uploads/2024/04/Nucleic-Acid_Synthesis_Screening_Framework.pdf" ], from providers or manufacturers that attest to adhering to the Framework. The attestation may be posted on a public website or provided directly to the recipient upon request. The recipient must include this requirement in all lower tier agreements (for example subrecipients or subcontractors).

**Public Policy Requirements**

**42. Civil Rights Obligations (Updated 3/25/2025)**

This term and condition incorporates by reference the signed assurance provided by the recipient's authorized representative on: 1) EPA Form 4700-4, "Preaward Compliance Review Report for All Applicants and Recipients Requesting EPA Financial Assistance"; and 2) Certifications and Representations in SAM.gov or Standard Form 424D, as applicable.

These assurances and this term and condition obligate the recipient to comply fully with applicable civil rights statutes and implementing federal and EPA regulations.

**(a) Statutory Requirements**

   i.  In carrying out this agreement, the recipient must comply with:

      **1)** Title VI of the Civil Rights Act of 1964, which prohibits discrimination based on race, color, and national origin, by entities receiving Federal financial assistance.

      **2)** Section 504 of the Rehabilitation Act of 1973, which prohibits discrimination against persons with disabilities by entities receiving Federal financial assistance; and

      **3)** The Age Discrimination Act of 1975, which prohibits age discrimination by entities receiving Federal financial assistance.

   ii. If the recipient is an education program or activity (e.g., school, college, or university) or if the recipient is conducting an education program or activity under this agreement, it must also comply with:

      **1)** Title IX of the Education Amendments of 1972, which prohibits discrimination on the basis of sex in education programs and activities operated by entities receiving Federal financial assistance. For further information about your compliance obligations regarding Title IX, see [ HYPERLINK "https://www.justice.gov/crt/title-ix" \h ]

   iii. If this agreement is funded with financial assistance under the Clean Water Act (CWA), the recipient must also comply with:

      **1)** Section 13 of the Federal Water Pollution Control Act Amendments of 1972, which prohibits discrimination on the basis of sex in CWA-funded programs or activities.

**(b) Regulatory Requirements**

   i.  The recipient agrees to comply with all applicable EPA civil rights regulations, including:

      **1)** For Title IX obligations, 40 C.F.R. Part 5; and

2) For Title VI, Section 504, Age Discrimination Act, and Section 13 obligations, [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-A/part-7"]. **Note that for financial assistance awarded to any entity, including any subrecipient, in the State of Louisiana,** pursuant to a permanent injunction issued by the U.S. District Court for the Western District of Louisiana, EPA will not impose any disparate-impact or cumulative-impact-analysis requirements under Title VI of the Civil Rights Act of 1964 in any pre-award assurances or terms and conditions accompanying the application for and receipt of this grant award.

3) The statutory and national policy requirements at [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.300" \l "p-200.300(a)" ].

4) For Federal awards that are subject to a Federal statute prohibiting discrimination based on sex, the Federal agency or pass-through entity must ensure that the award is administered in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/section-200.300" \l "p-200.300(a)" ].

5) As noted on the EPA Form 4700-4 signed by the recipient's authorized representative, these regulations establish specific requirements as applicable, including, but not limited to collecting, maintaining, and providing upon request compliance information, establishing grievance procedures, designating a Civil Rights Coordinator, and providing notices of non-discrimination.

(c) **Title VI – Limited English Proficiency (LEP), Public Participation and Affirmative Compliance Obligation**

i. As a recipient of EPA financial assistance, you are required by Title VI of the Civil Rights Act to take reasonable steps to provide meaningful access to LEP individuals. In implementing that requirement, the recipient may refer to the EPA document entitled "Guidance for Environmental Protection Agency Financial Assistance Recipients Regarding Title VI Prohibition Against National Origin Discrimination Affecting Limited English Proficient Persons." The Guidance can be found at: [ HYPERLINK "https://www.federalregister.gov/documents/2004/06/25/04-14464/guidance-to-environmental-protection-agency-financial-assistance-recipients-regarding-title-vi" \h ] [ HYPERLINK "https://www.federalregister.gov/documents/2004/06/25/04-14464/guidance-to-environmental-protection-agency-financial-assistance-recipients-regarding-title-vi" \h ].

ii. If the recipient is administering permitting programs under this agreement, the recipient may refer to EPA's "Title VI Public Involvement Guidance for EPA Assistance Recipients Administering Environmental Permitting Programs." The Guidance can be found at: [ HYPERLINK "https://www.govinfo.gov/content/pkg/FR-2006-03-21/pdf/06-2691.pdf" \h ].

iii. In accepting this assistance agreement, the recipient acknowledges it has an affirmative obligation to implement effective federal civil rights compliance programs, as required by EPA's nondiscrimination regulations at 40 C.F.R. Parts 5 and 7, and ensure that it does not discriminate in its programs and activities in violation of federal civil rights laws and regulations. The recipient must be prepared to demonstrate to EPA that such compliance programs exist and are being implemented, or to otherwise demonstrate how it is meeting

EPA_00317593

its federal civil rights obligations. For further assistance on civil rights compliance, the recipient may refer to the EPA document entitled, "Civil Rights Guidance on Procedural Safeguards: Requirements and Best Practices." The Guidance can be found at: [ HYPERLINK "https://www.epa.gov/external-civil-rights/civil-rights-guidance-procedural-safeguards" ][ HYPERLINK "http://www.epa.gov/system/files/documents/2024-08/civil-rights-guidance-on-procedural-safeguards-august-2024.pdf" ].

## 43. Drug-Free Workplace

The recipient organization of this EPA assistance agreement must make an ongoing, good faith effort to maintain a drug-free workplace pursuant to the specific requirements set forth in Title [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1536/subpart-B" ]. Additionally, in accordance with these regulations, the recipient organization must identify all known workplaces under its federal awards and keep this information on file during the performance of the award.

Those recipients who are individuals must comply with the drug-free provisions set forth in Title [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1536/subpart-C"].

The consequences for violating this condition are detailed under Title [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1536/subpart-E?toc=1" \h ] Recipients can access the Code of Federal Regulations (CFR) Title 2 Part 1536 at [ HYPERLINK "http://www.ecfr.gov/" \h ]

## 44. Hotel-Motel Fire Safety

Pursuant to U.S.C. 2225a, the recipient agrees to ensure that all space for conferences, meetings, conventions, or training seminars funded in whole or in part with federal funds complies with the protection and control guidelines of the Hotel and Motel Fire Safety Act (PL 101-391, as amended). Recipients may search the Hotel-Motel National Master List at [ HYPERLINK "https://apps.usfa.fema.gov/hotel/" \h ] to see if a property is in compliance, or to find other information about the Act.

## 45. Lobbying Restrictions

a) **This assistance agreement is subject to lobbying restrictions as described below. Applicable to all assistance agreements:**

   i. The chief executive officer of this recipient agency shall ensure that no grant funds awarded under this assistance agreement are used to engage in lobbying of the Federal Government or in litigation against the U.S. unless authorized under existing law. The recipient shall abide by the Cost Principles available at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200?toc=1" ] which generally prohibits the use of federal grant funds for litigation against the U.S. or for lobbying or other political activities.

EPA_00317594

ii.   The recipient agrees to comply with Title [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-34"], New Restrictions on Lobbying. The recipient shall include the language of this provision in award documents for all subawards exceeding $100,000 and require that subrecipients submit certification and disclosure forms accordingly.

iii.  In accordance with the Byrd Anti-Lobbying Amendment, any recipient who makes a prohibited expenditure under Title 40 CFR Part 34 or fails to file the required certification or lobbying forms shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such expenditure.

iv.   Contracts awarded by a recipient shall contain, when applicable, the anti-lobbying provision as stipulated in the contract provisions provided in  [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/appendix-Appendix%20II%20to%20Part%20200" ].

v.    By accepting this award, the recipient affirms that it is not a nonprofit organization described in Section 501(c)(4) of the Internal Revenue Code of 1986 as required by Section 18 of the Lobbying Disclosure Act; or that it is a nonprofit organization described in Section 501(c)(4) of the Code but does not and will not engage in lobbying activities as defined in Section 3 of the Lobbying Disclosure Act. Nonprofit organizations exempt from taxation under section 501(c)(4) of the Internal Revenue Code that engage in lobbying activities are ineligible for EPA subawards.

b)  **Applicable to assistance agreements when the amount of the award is over $100,000:**

i.    By accepting this award, the recipient certifies, to the best of its knowledge and belief that:

1)  No Federal appropriated funds have been or will be paid, by or on behalf of the recipient, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

2)  If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, or any employee of a Member of Congress in connection with this Federal grant or cooperative agreement, the recipient shall complete and submit the linked [ HYPERLINK "https://www.epa.gov/grants/epa-grantee-forms" \h ] [ HYPERLINK "https://www.epa.gov/grants/epa-grantee-forms" \h ]" in accordance with its instructions.

3)  The recipient shall require that the language of this certification be included in the award documents for all subawards exceeding $100,000 at all tiers (including

EPA_00317595

subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

ii. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each failure.

## 46. Recycled Paper

When directed to provide paper documents, the recipient agrees to use recycled paper and double-sided printing for all reports which are prepared as a part of this agreement and delivered to EPA. This requirement does not apply to reports prepared on forms supplied by EPA.

## 47. Resource Conservation and Recovery Act (Updated 3/25/2025)

Consistent with goals of section 6002 of RCRA (42 U.S.C. 6962), State and local institutions of higher education, hospitals and non-profit organization recipients agree to give preference in procurement programs to the purchase of specific products containing recycled materials, as identified in [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-I/part-247"].

a) Consistent with section 6002 of RCRA (42 U.S.C. 6962) and [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR45ddd4419ad436d/section-200.323"], the recipient or subrecipient that is a State agency or agency of a political subdivision of a State and its contractors are required to purchase certain items made from recycled materials, as identified in 40 CFR Part 247, when the purchase price exceeds $10,000 during the course of a fiscal year or where the quantity of such items acquired in the course of the preceding fiscal year was $10,000 or more. Pursuant to [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-I/part-247/subpart-A/section-247.2" ], the recipient or subrecipient may decide not to procure such items if they are not reasonably available in a reasonable period of time; fail to meet reasonable performance standards; or are only available at an unreasonable price.

## 48. Trafficking in Persons

a) **Provisions applicable to a recipient that is a private entity receiving funds under the award.**

i. The recipient, the recipient's employees, subrecipients under this award, and subrecipients' employees may not engage in:

1) Severe forms of trafficking in persons
2) The procurement of a commercial sex act during the period of time that this award or any subaward is in effect;
3) The use forced labor in the performance of this award or any subaward; or
4) Acts that directly support or advance trafficking in persons, including the following acts:

EPA_00317596

     **i.** Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

     **ii.** Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

        **A.** Exempted from the requirement to provide or pay for such return transportation by the Federal department or agency providing or entering into the grant or cooperative agreements; or

        **B.** The employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

     **iii.** Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

     **iv.** Charging recruited employees a placement or recruitment fee; or

     **v.** Providing or arranging housing that fails to meet the host country's housing and safety standards.

  **ii.** EPA may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if any private entity under this award:

     **1)** Is determined to have violated a prohibition in paragraph 47.a.i. of this award term; or

     **2)** Has an employee that is determined by the agency official authorized to terminate the award to have violated a prohibition in paragraph 47.a.i. of this award term through conduct that is either:

       **i.** Associated with the performance under this award; or

       **ii.** Imputed to the recipient or subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-180"], ''OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Non- procurement),'' as implemented by EPA at [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1532"].

**b)** **Provision applicable to a recipient other than a private entity.** EPA may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if a subrecipient that is a private entity under this award:

  **i.** Is determined to have violated an applicable prohibition in paragraph 48.a.i. of this award term; or

  **ii.** Has an employee that is determined to have violated a prohibition in paragraph 48.a.i. of this award term through conduct that is either:

     **1)** Associated with the performance under this award; or

EPA_00317597

      **2)** Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR Part 180, ''OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement),'' as implemented by EPA at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1532" ].

**c) Provisions applicable to any recipient**

    **i.** The recipient must inform the EPA and the EPA's Office of Inspector General immediately of any information received from any source alleging a violation of a prohibition in paragraph 48.a.i. of this award term.

    **ii.** The EPA's right to terminate unilaterally that is described in paragraphs 48.a. and 48.b.:

      **1)** Implements the requirements of 22 U.S.C. Chapter 78, and

      **2)** Is in addition to all other remedies for noncompliance that are available to the EPA under this award.

    **iii.** The recipient must include the requirements of paragraph 48.a.1. of this award term in any subaward made to a private entity.

    **iv.** If applicable, the recipient must also comply with the compliance plan and certification requirements in [ HYPERLINK "https://www.ecfr.gov/current/title-21/chapter-I/subchapter-B/part-175/subpart-B/section-175.105" ].

**d) Definitions.** For purposes of this award term:

    **i.** "Employee" means either:

      **1)** An individual employed by you or a subrecipient who is engaged in the performance of the project or program under this award; or

      **2)** Another person engaged in the performance of the project or program under this award and not compensated by the recipient including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing requirements.

    **ii.** "Private Entity" means any entity, including for-profit organizations, nonprofit organizations, institutions of higher education, and hospitals. The term does not include foreign public entities, Indian Tribes, local governments, or states as defined in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ]

    **iii.** The terms "severe forms of trafficking in persons," ''commercial sex act,'' "sex trafficking," "Abuse or threatened abuse of law or legal process," ''coercion,'' "debt bondage," and involuntary servitude" have the meanings given at section 103 of the Trafficking Victims Protection Act of 2000, as amended (22 U.S.C. 7102).

**49. Build America, Buy America – Required Use of American Iron, Steel, Manufactured Products, and Construction Materials (effective October 23, 2023, and forward)**

EPA_00317598

***Buy America Preference.*** Recipients of an award of Federal financial assistance from a program for infrastructure are hereby notified that none of the funds provided under this award may be used for an infrastructure project unless:

**(1)** All iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States;

**(2)** All manufactured products used in the project are produced in the United States— this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard that meets or exceeds this standard has been established under applicable law or regulation for determining the minimum amount of domestic content of the manufactured product; and

**(3)** All construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. The construction material standards are listed below.

***Incorporation into an infrastructure project.*** The Buy America Preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America Preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project, but are not an integral part of the structure or permanently affixed to the infrastructure project.

***Categorization of articles, materials, and supplies.*** An article, material, or supply should only be classified into one of the following categories: (i) Iron or steel products; (ii) Manufactured products; (iii) Construction materials; or (iv) Section 70917(c) materials. An article, material, or supply should not be considered to fall into multiple categories. In some cases, an article, material, or supply may not fall under any of the categories listed in this paragraph. The classification of an article, material, or supply as falling into one of the categories listed in this paragraph must be made based on its status at the time it is brought to the work site for incorporation into an infrastructure project. In general, the work site is the location of the infrastructure project at which the iron, steel, manufactured products, and construction materials will be incorporated.

***Application of the Buy America Preference by category.*** An article, material, or supply incorporated into an infrastructure project must meet the Buy America Preference for only the single category in which it is classified.

EPA_00317599

***Determining the cost of components for manufactured products***. In determining whether the cost of components for manufactured products is greater than 55 percent of the total cost of all components, use the following instructions:

**(a)** For components purchased by the manufacturer, the acquisition cost, including transportation costs to the place of incorporation into the manufactured product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

**(b)** For components manufactured by the manufacturer, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (a), plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the manufactured product.

***Construction material standards.*** The Buy America Preference applies to the following construction materials incorporated into infrastructure projects. Each construction material is followed by a standard for the material to be considered "produced in the United States." Except as specifically provided, only a single standard should be applied to a single construction material.

**(1)** Non-ferrous metals. All manufacturing processes, from initial smelting or melting through final shaping, coating, and assembly, occurred in the United States.

**(2)** Plastic and polymer-based products. All manufacturing processes, from initial combination of constituent plastic or polymer-based inputs, or, where applicable, constituent composite materials, until the item is in its final form, occurred in the United States.

**(3)** Glass. All manufacturing processes, from initial batching and melting of raw materials through annealing, cooling, and cutting, occurred in the United States.

**(4)** Fiber optic cable (including drop cable). All manufacturing processes, from the initial ribboning (if applicable), through buffering, fiber stranding and jacketing, occurred in the United States. All manufacturing processes also include the standards for glass and optical fiber, but not for non-ferrous metals, plastic and polymer-based products, or any others.

**(5)** Optical fiber. All manufacturing processes, from the initial preform fabrication stage through the completion of the draw, occurred in the United States.

**(6)** Lumber. All manufacturing processes, from initial debarking through treatment and planing, occurred in the United States.

**(7)** Drywall. All manufacturing processes, from initial blending of mined or synthetic gypsum plaster and additives through cutting and drying of sandwiched panels, occurred in the United States.

**(8)** Engineered wood. All manufacturing processes from the initial combination of constituent materials until the wood product is in its final form, occurred in the United States.

***Waivers.*** When supported by rationale provided in IIJA §70914, the recipient may submit a waiver request in writing to EPA. Recipients should request guidance on the submission instructions of an EPA waiver request from the EPA Project Officer for this agreement. A list of approved EPA waivers

(general applicability and project specific) is available on the [ HYPERLINK "https://www.epa.gov/cwsrf/build-america-buy-america-baba" ].

EPA may waive the application of the Buy America Preference when it has determined that one of the following exceptions applies:

    **(1)** applying the Buy America Preference would be inconsistent with the public interest;
    **(2)** the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or
    **(3)** the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent.

For questions regarding the Build America, Buy America Act requirements for this assistance agreement or to determine if there is an approved waiver in place, please contact the EPA Project Officer for this agreement.

***Definitions.*** For legal definitions and sourcing requirements, the recipient must consult the [ HYPERLINK "https://www.epa.gov/cwsrf/build-america-buy-america-baba" ], [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-184?toc=1" ], and the [ HYPERLINK "https://www.whitehouse.gov/wp-content/uploads/2023/10/M-24-02-Buy-America-Implementation-Guidance-Update.pdf" ].

## 50. Required Certifications and Consequences of Fraud

Per [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.415" \l "p-200.415(a)" ], financial reports must include a certification that must be signed by an official who is authorized to legally bind the recipient which reads as follows:

"By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate, and the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the Federal award. I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729-3730 and 3801-3812)."

As outlined in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRd93f2a98b1f6455/section-200.415" ], subrecipients of all tiers under the Federal award must certify to the pass-through entity whenever applying for funds, requesting payment, and submitting financial reports as follows:

"I certify to the best of my knowledge and belief that the information provided herein is true, complete, and accurate. I am aware that the provision of false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil, or administrative

EPA_00317601

consequences including, but not limited to violations of U.S. Code Title 18, Sections 2, 1001, 1343 and Title 31, Sections 3729-3730 and 3801-3812."

The certifications must be maintained in accordance with the record retention requirements at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR4acc10e7e3b676f/section-200.334" ].

## 51. Reporting Waste, Fraud and Abuse

Consistent with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-B/section-200.113" ], the recipient and any subrecipients of this award must promptly report in writing whenever there is credible evidence of the commission of a violation  of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the United States Code or a violation of the civil False Claims Act (31 U.S.C. 3729-3733) to the EPA Project Officer, the pass-through entity (if applicable), and the [ HYPERLINK "https://www.epa.gov/office-inspector-general/epa-oig-hotline-information" \h ]. The methods to contact the EPA OIG are (1) online submission via the [ HYPERLINK "https://www.epa.gov/office-inspector-general/forms/epa-oig-hotline-complaint-form" \h ]; (2) email to [ HYPERLINK "mailto:OIG_Hotline@epa.gov" \h ]; (3) phone 1-888-546-8740; or (4) mail directed to Environmental Protection Agency, Office of Inspector General, 1200 Pennsylvania Avenue, N.W. (2410T), Washington, DC 20460.

To support awareness of the OIG hotline, recipients and/or subrecipients receiving an EPA award or subaward of $1,000,000 or more must display EPA OIG Hotline posters in facilities where the work is performed under the grant. EPA OIG Hotline posters may be [ HYPERLINK "https://www.epa.gov/office-inspector-general/poster-report-fraud-waste-and-abuse-epa-oig-hotline" \h ] or may be obtained by contacting the OIG at 1- 888-546-8740. Recipients and subrecipients need not comply with this requirement if they have established a mechanism, such as a hotline, by which employees may report suspected instances of improper conduct and have provided instructions that encourage employees to make such reports.

Recipients and subrecipients are also required to report matters related to recipient integrity and performance in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/appendix-Appendix%20XII%20to%20Part%20200" ].

## 52. Whistleblower Protections

This award is subject is to whistleblower protections, including the protections established at 41 U.S.C. 4712 and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-C/section-200.217" ] providing that an employee of the recipient or subrecipient may not be discharged, demoted, or otherwise discriminated against as a reprisal for disclosing to a person or body described in paragraph (a)(2) of 41 U.S.C. 4712 information that the employee reasonably believes is evidence of gross mismanagement of a Federal contract or grant, a gross waste of Federal funds, an abuse of authority relating to a Federal contract, grant, or subaward, a substantial

EPA_00317602

and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract), grant. These covered persons or bodies include:

   a.  A member of Congress or representative of a committee of Congress.
   b.  An Inspector General.
   c.  The Government Accountability Office.
   d.  A Federal employee responsible for contract or grant oversight or management at the relevant agency.
   e.  An authorized official of the Department of Justice or other law enforcement agency.
   f.  A court of grand jury.
   g.  A management official or other employee of the contractor, subcontractor, or grantee who has the responsibility to investigate, discover, or address misconduct.

Consistent with 41 U.S.C. 4712(d), the recipient and subrecipients must inform their employees in writing, in the predominant language of the workforce or organization, of employee whistleblower rights and protections under 41 U.S.C. 4712. Additional information about whistleblower protections, including protections for such employees may be found at the [ HYPERLINK "https://www.epa.gov/office-inspector-general/whistleblower-protection" \h ]

### 53. Access to Records

In accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.337" \h ] EPA, the pass-through entity, the EPA Office of Inspector General (OIG), and the Comptroller General of the United States have the right to access any records of the recipient and subrecipient pertinent to this award, to perform audits, execute site visits, or for any other official use. This right of access also includes timely and reasonable access to the recipient and subrecipient's personnel for the purpose of interview and discussion related to such documents or the Federal award in general. This right of access shall continue as long as the records are retained.

### 54. Federal Anti-Discrimination Laws (Added 3/25/2025)

By accepting this EPA financial assistance agreement, (A) the recipient agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code; and (B) the recipient certifies that it does not operate any programs promoting Diversity, Equity and Inclusion that violate any applicable Federal anti-discrimination laws.

EPA_00317603

Message

---

| | |
|---|---|
| **From:** | Lentz, Rachel [Lentz.Rachel@epa.gov] |
| **Sent:** | 3/26/2025 1:54:26 PM |
| **To:** | Wise, Melissa [wise.melissa@epa.gov] |
| **CC:** | Sylvester, Kenneth [Sylvester.Kenneth@epa.gov]; Durand, Jessica [Durand.Jessica@epa.gov] |
| **Subject:** | Redline version and powerpoint attached RE: Update to the EPA FY25 General Terms and Conditions |
| **Attachments:** | 2025.03.20 redline wOGC review FY25 Gen. Terms Conditions_March.2025.docx; FY25 T&C changes March 2025.pptx |

Melissa,

Attached is the redline version and a PowerPoint explaining the changes and explaining which EO they relate to. Please let us know if you have any questions or need any additional information. Thank you.

Rachel Lentz | Director, National Policy, Training, and Compliance Division
Office of Grants and Debarment | U.S. EPA | 202.566.2745
Call me on Teams

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Wednesday, March 26, 2025 9:25 AM
**To:** Lentz, Rachel <Lentz.Rachel@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** RE: Update to the EPA FY25 General Terms and Conditions

Wonderful.  Thank you, Rachel!

Melissa

**From:** Lentz, Rachel <Lentz.Rachel@epa.gov>
**Sent:** Wednesday, March 26, 2025 9:11 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** RE: Update to the EPA FY25 General Terms and Conditions

Hi Melissa,

I'll work with Jessica to get this to you today. The redline version will be easy and then we'll put together some slides.

Rachel Lentz | Director, National Policy, Training, and Compliance Division
Office of Grants and Debarment | U.S. EPA | 202.566.2745
Call me on Teams

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Wednesday, March 26, 2025 9:06 AM
**To:** Lentz, Rachel <Lentz.Rachel@epa.gov>
**Cc:** Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** FW: Update to the EPA FY25 General Terms and Conditions

Hi Rachel,

I've been asked to brief Michael.  Please see the two items listed below.  Can you or someone on your team please provide the redlined version that speaks to the changes summarized in the bullets?  And then I'll need some help today putting together a slide deck that summarizes the changes.

Thank you!
Melissa

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Wednesday, March 26, 2025 8:55 AM
**To:** Wise, Melissa <wise.melissa@epa.gov>
**Subject:** RE: Update to the EPA FY25 General Terms and Conditions

Okay—great. Two requests for the Michael briefing;

1.      Can we provide a track change version of this so he can clearly see the edits?
2.      Can we pull together a few slides that summarize below so we can walk him through the changes in advance of his review?

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Wednesday, March 26, 2025 8:45 AM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: Update to the EPA FY25 General Terms and Conditions
**Importance:** High

Hi Dan,

Here is the final T&C update.  The changes are summarized below:

•      Added a new "Federal Anti-Discrimination Laws" T&C (See T&C #54).
•      Added a new termination provision to the "Termination" T&C (See T&C #3).
•      Revised the "Utilization of Disadvantaged business Enterprises" T&C (See T&C #27) in accordance with the recent class exception/waiver suspending negotiation of fair share objectives, reporting, and recordkeeping requirements.
•      Revised the "Establishing and Managing Subawards" T&C (See T&C #8), the "Civil Rights Obligations" T&C (See T&C # 42), and the "Resource Conservation and Recovery Act" T&C (See T&C #47) in accordance with administration priorities and Executive Orders.

As a gentle reminder, this version incorporates Kimberly small edit to remove recording keeping for MB/WBE, and I have received confirmation from Rachel that this version has been approved by OGC.  If Michael would like to see any changes, we will take down this version and replace it.

Thank you,
Melissa

Environmental Protection Agency
# General Terms and Conditions
*Effective October 1, 2024*

**Revision History:**

The Environmental Protection Agency's General Terms and Conditions ***are published and become effective October 1st at the start of the federal fiscal year.*** Any additions, revisions, or changes to the terms and conditions after October 1 will be summarized below.

| T&C Number | Effective Date | Description of Changes |
|---|---|---|
| #54 | 3/25/2025 | Added new T&C on Federal anti-discrimination laws. |
| #3 | 3/25/2025 | Added a new termination provision if the award no longer effectuates the program goals or agency priorities. |
| #27 | 3/25/2025 | Updated pursuant to a class exception to subparts of 40 CFR Part 33 issued on March 17, 2025. |
| #8, 42, 47 | 3/25/2025 | Revised in accordance with administration priorities. |
| #41 | 4/26/2025 | Added a new T&C on the procurement of synthetic nucleic acids and benchtop nucleic acid synthesis equipment. |
| #15 | 3/12/2025 | The Federal Subaward Reporting System (FSRS) was decommissioned and replaced fully by the System for Award Management (SAM.gov), all references to FSRS have been replaced with SAM.gov to reflect this change. |
| #18 | 11/26/2024 | Added language on the de minimis rate for grants amended to incorporate the October 2024 Revisions to 2 CFR Part 200. |

**Table of Contents**

[ TOC \o "1-3" \h \z \u ]

**Preface**

1. **Introduction**

(a) These terms and conditions are in addition to the assurances and certifications made as part of the award and terms, conditions, and restrictions reflected on the official assistance award document. Recipients **must** review their official award document for additional administrative and programmatic requirements. Failure to comply with the general terms and conditions outlined below and those directly reflected on the official assistance award document may result in enforcement actions as outlined in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.339" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.340" ].

(b) If the EPA General Terms and Conditions have been revised, EPA will update the terms and conditions when it provides additional funding (incremental or supplemental) prior to the end of the period of performance of this agreement. The recipient must comply with the revised terms and conditions after the effective date of the EPA action that leads to the revision. Revised terms and conditions do not apply to the recipient's expenditures of EPA funds or activities the recipient carries out prior to the effective date of the EPA action. EPA will inform the recipient of revised terms and conditions in the action adding additional funds.

2. **Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards**

This award is subject to the requirements of the Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards; Title [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200?toc=1" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500" ]. 2 CFR 1500.2, Adoption of 2 CFR Part 200, states the EPA adopts the Office of Management and Budget (OMB) guidance Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards to Non-Federal Entities (subparts A through F of 2 CFR Part 200), as supplemented by 2 CFR Part 1500, as the EPA policies and procedures for financial assistance administration. 2 CFR Part 1500 satisfies the requirements of [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-B/section-200.110" \l "p-200.110(a)" ] and gives regulatory effect to the OMB guidance as supplemented by 2 CFR Part 1500. This award is also subject to applicable requirements contained in EPA programmatic regulations located in 40 CFR Chapter 1 Subchapter B.

3. **Termination**

Consistent with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.340" ], EPA may terminate this award in part or its entirety:

(a) If a recipient or subrecipient fails to comply with the terms and conditions of the award, including statutory or regulatory requirements;

(b) With the consent of the recipient when both the recipient and the EPA agree upon the termination conditions, which include the effective date and, in the case of partial termination, the portion to be terminated;

**(c)** If a recipient sends the EPA a written notification of the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated; however, if the EPA determines that the remaining portion of the Federal award will not accomplish the purposes for which the Federal award was made, the EPA may terminate the award in its entirety; or

**(d)** Pursuant to the programmatic terms and conditions specified in the Federal award.

**(d)(e)** By the EPA or pass-through entity to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities. **This provision applies to all new awards and funding amendments (incremental and supplemental) made on or after** <MONTH> <DAY>, 2025.

> **Commented [RL1]:** Added March 25, 2025

**Financial Information**

4. **Reimbursement Limitation**
   EPA's financial obligations to the recipient are limited by the amount of federal funding awarded to date as reflected on the award document. If the recipient incurs costs in anticipation of receiving additional funds from EPA, it does so at its own risk. See [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500" \l "1500.9" \h ]

5. **Automated Standard Application Payments (ASAP) and Proper Payment Draw Down**
   **Electronic Payments.** Recipients must be enrolled or enroll in the Automated Standard Application for Payments (ASAP) system to receive payments under EPA financial assistance agreements unless:
   - EPA grants a recipient-specific exception;
   - The assistance program has received a waiver from this requirement;
   - The recipient is exempt from this requirement under [ HYPERLINK "https://www.ecfr.gov/cgi-bin/text-idx?SID=b0ad1606a19fdcd03ca8776f08ac335a&mc=true&node=pt31.2.208&rgn=div5" \h ]; or,
   - The recipient is a fellowship recipient pursuant to [ HYPERLINK "https://www.ecfr.gov/cgi-bin/text-idx?SID=b227e392f67f9a58a228820adac5c502&mc=true&tpl=/ecfrbrowse/Title40/40cfr46_main_02.tpl" \h ]

   EPA will not make payments to recipients until the ASAP enrollment is completed or if recipients fall under one of the above categories. EPA's Research Triangle Park Finance Center (RTPFC) will initiate the ASAP enrollment based on the key contact information on the grant application. The "payee" on the key contacts form will receive an email from ASAP indicating the steps required for completing the enrollment. Recipients may request exceptions using the procedures below.

   Under this payment mechanism, the recipient initiates an electronic payment request online via ASAP, which is approved or rejected based on the amount of available funds authorized by EPA in the recipient's ASAP account. Approved payments are credited to the account at the financial institution of the recipient organization set up by the recipient during the ASAP enrollment process.

EPA_00317608

Additional information concerning ASAP and enrollment can be obtained by contacting the EPA RTPFC, at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ], or by visiting: [ HYPERLINK "https://www.fiscal.treasury.gov/asap/" \h ]

EPA will grant exceptions to the ASAP enrollment requirement only in situations in which the recipient demonstrates to EPA that receiving payment via ASAP places an undue administrative or financial management burden on the recipient or EPA determines that granting the waiver is in the public interest. Recipients may request an exception to the requirement by following the procedures specified in [ HYPERLINK "https://www.epa.gov/grants/rain-2018-g06" \h ][ HYPERLINK "https://www.epa.gov/grants/rain-2018-g06" \h ]

**Proper Payment Drawdown (for recipients other than states)**

**(a)** As required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/section-200.305" \l "p-200.305(b)" ], the recipient must draw funds from ASAP only for the minimum amounts needed for actual and immediate cash requirements to pay employees, contractors, subrecipients or to satisfy other obligations for allowable costs under this assistance agreement. The timing and amounts of the drawdowns must be as close as administratively feasible to actual disbursements of EPA funds. Disbursement within 5 business days of drawdown will comply with this requirement and the recipient agrees to meet this standard when performing this award.

**(b)** Recipients may not retain more than 5% of the amount drawn down, or $1,000 whichever is less, 5 business days after drawdown to materially comply with the standard. Any EPA funds subject to this paragraph that remain undisbursed after 5 business days must be fully disbursed within 15 business days of draw down or be returned to EPA.

**(c)** If the recipient draws down EPA funds in excess of that allowed by paragraph b., the recipient must contact [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] for instructions on whether to return the funds to EPA. The recipient  must comply with the requirements at [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.305" \l "p-200.305(b)(11)" ]  regarding depositing advances of Federal funds in interest bearing accounts.

**(d)** Returning Funds: [ HYPERLINK "https://www.pay.gov/public/home" \h ] is the preferred mechanism to return funds. It is free, secure, paperless, expedient, and does not require the recipient//vendor to create an account. Contact RTPFC-Grants at [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] to obtain complete instructions. Additional information is available at the [ HYPERLINK "https://www.pay.gov/public/home" \h ]. Information on how to repay EPA via check is available at [ HYPERLINK "https://www.epa.gov/financial/makepayment" \h ] Instructions on how to return funds to EPA electronically via ASAP are available at [ HYPERLINK "https://www.fiscal.treasury.gov/asap/" \h ]

**(e)** Failure on the part of the recipient to materially comply with this condition may, in addition to EPA recovery of the un-disbursed portions of the drawn down funds, lead to changing the payment method from advance payment to a reimbursable basis. EPA may also take other remedies for noncompliance under [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-

EPA_00317609

A/chapter-II/part-200/subpart-C/section-200.208" ] and/or [ HYPERLINK
"https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-
ECFR86b76dde0e1e9dc/section-200.339" ].

**(f)** If the recipient believes that there are extraordinary circumstances that prevent it from
complying with the 5-business day disbursement requirement throughout the performance
period of this agreement, recipients  may request an exception to the requirement by following
the procedures specified in [ HYPERLINK "https://www.epa.gov/grants/rain-2018-g06-r" \h ]. EPA will
grant exceptions to the 5-business day disbursement requirement only if the recipient
demonstrates that compliance places an undue administrative or financial management burden
or EPA determines that granting the exception is in the public interest. EPA will grant exceptions
to the 5-business day disbursement requirement only if the recipient demonstrates that
compliance places an undue administrative or financial management burden or EPA determines
that granting the exception is in the public interest.

**Proper Payment Drawdown for State Recipients**

In accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.305" \l "p-
200.305(a)" ], payments are governed by Treasury-State Cash Management Improvement Act (CMIA)
agreements and default procedures codified [ HYPERLINK "https://www.ecfr.gov/current/title-
31/subtitle-B/chapter-II/subchapter-A/part-205?toc=1" \h ] and [ HYPERLINK
"https://tfm.fiscal.treasury.gov/v1/p4/ac200.html" \h ] [ HYPERLINK
"https://tfm.fiscal.treasury.gov/v1/p4/ac200.html" \h ] unless a program specific regulation (e.g. 40 CFR
35.3160 or 40 CFR 35.3560) provides otherwise. Pursuant to 31 CFR Part 205, [ HYPERLINK
"https://www.ecfr.gov/current/title-31/subtitle-B/chapter-II/subchapter-A/part-205/subpart-A?toc=1" \h ]
States follow their Treasury-State CMIA Agreement for major Federal programs listed in the
agreement. For those programs not listed as major in the Treasury-State agreement, the State
follows the default procedures in 31 CFR Part 205, [ HYPERLINK "https://www.ecfr.gov/current/title-
31/subtitle-B/chapter-II/subchapter-A/part-205/subpart-B?toc=1" \h ] [ HYPERLINK
"https://www.ecfr.gov/current/title-31/subtitle-B/chapter-II/subchapter-A/part-205/subpart-B?toc=1" \h ]
which directs State recipients to draw-down and disburse Federal financial assistance funds in
anticipation of immediate cash needs of the State for work under the award. States must comply
with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/section-
200.302" \l "p-200.302(a)" \h ] [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-
200.302" \l "p-200.302(a)" ] in reconciling costs incurred and charged to EPA financial assistance
agreements at time of close out unless a program specific regulation provides otherwise.

**Selected Items of Cost**

6. **Prohibition on Certain Telecommunications and Video Surveillance Service Equipment or Services**
   Prohibition on covered telecommunications and video surveillance services or equipment is
   effective on all obligations and expenditures of EPA financial assistance funding as of August 13,
   2020, including awards made before that date.

EPA_00317610

As required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-C/section-200.216" ], EPA recipients and subrecipients, including borrowers under EPA- funded revolving loan fund programs, are prohibited from obligating or expending Federal loan or grant funds to procure or obtain covered telecommunications equipment or services; extend or renew a contract to procure or obtain covered telecommunications equipment or services; or enter into a contract (or extend or renew a contract) to procure or obtain covered telecommunications equipment or services. As described in section 889 of [ HYPERLINK "https://www.govinfo.gov/link/plaw/115/public/232?link-type=html" \h ], "covered telecommunications equipment or services" means any of the following:

1. Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities);
2. For the purpose of public safety, security of government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);
3. Telecommunications or video surveillance services provided by such entities or using such equipment;
4. Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of the National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

Pursuant to [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.216" \l "p-200.216(c)" ], "covered telecommunications equipment or services" also include systems that use covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. Consistent with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRed1f39f9b3d4e72/section-200.471" ], costs incurred for telecommunications and video surveillance services or equipment such as phones, internet, video surveillance, and cloud servers are allowable except for the following circumstances:

(a) Obligating or expending EPA funds for covered telecommunications and video surveillance services or equipment or services as described in [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.216" ] to:
   (1) Procure or obtain, extend or renew a contract to procure or obtain;
   (2) Enter into a contract (or extend or renew a contract) to procure; or
   (3) Obtain the equipment, services, or systems.

Certain prohibited equipment, systems, or services, including equipment, systems, or services produced or provided by entities identified in section 889 of [ HYPERLINK

EPA_00317611

"https://www.congress.gov/115/plaws/publ232/PLAW-115publ232.pdf" ], are recorded in the [ HYPERLINK "https://sam.gov/content/home" \h ] exclusion list.

7. **Consultant Cap**

EPA participation in the salary rate (excluding overhead) paid to individual consultants retained by recipients or by a recipient's contractors or subcontractors shall be limited to the maximum daily rate for a Level IV of the Executive Schedule, available at: [ HYPERLINK "https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/" \h ] to be adjusted annually. This limit applies to consultation services of designated individuals with specialized skills who are paid at a daily or hourly rate. This rate does not include transportation and subsistence costs for travel performed (the recipient will pay these in accordance with their normal travel reimbursement practices).

Information on how to calculate the maximum daily rate and the daily pay limitation is available at the Office Of Personnel Management's [ HYPERLINK "https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.opm.gov%2Fpolicy-data-oversight%2Fpay-leave%2Fpay-administration%2Ffact-sheets%2Fhow-to-compute-rates-of-pay%2F&data=04%7C01%7CDurand.Jessica%40epa.gov%7Cf8774e09d8cf4db7762908d92a7cdac9%7C88b37 8b367484867acf976aacbeca6a7%7C0%7C0%7C637587537990922637%7CUnknown%7CTWFpbGZsb3d8eyJW IjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=pDlsG5GkNbhnVX2 ZlufWo8LYCnpAi5QV84Ntpr4vX5c%3D&reserved=0" \h ] and [ HYPERLINK "https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.opm.gov%2Fpolicy-data-oversight%2Fpay-leave%2Fpay-administration%2Ffact-sheets%2Fexpert-and-consultant-pay%2F&data=04%7C01%7CDurand.Jessica%40epa.gov%7Cf8774e09d8cf4db7762908d92a7cdac9%7C88b37 8b367484867acf976aacbeca6a7%7C0%7C0%7C637587537990922637%7CUnknown%7CTWFpbGZsb3d8eyJW IjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=v7PB7zWO64vCbPl h%2BIZijtwKF53kHAB7HS0m8un2xho%3D&reserved=0" \h ] Specifically, to determine the maximum daily rate, follow these steps:

    **(1)** Divide the Level IV salary by 2087 to determine the hourly rate. Rates must be rounded to the nearest cent, counting one-half cent and over as the next higher cent (e.g., round $18.845 to $18.85).

    **(2)** Multiply the hourly rate by 8 hours. The product is the maximum daily rate.

Contracts and subcontracts with firms for services that are awarded using the procurement requirements in Subpart D of 2 CFR Part 200 are not affected by this limitation unless the terms of the contract provide the recipient with responsibility for the selection, direction and control of the individuals who will be providing services under the contract at an hourly or daily rate of compensation. See [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500/subpart-D/subject-group-ECFR91e19bb476f6a08/section-1500.10" ].

8. **Establishing and Managing Subawards**

If the recipient chooses to pass funds from this assistance agreement to other entities, the recipient must comply with applicable subaward provisions of 2 CFR Part 200 and the [ HYPERLINK

EPA_00317612

"https://www.epa.gov/grants/grants-policy-issuance-gpi-16-01-epa-subaward-policy-epa-assistance-agreement-recipients" \h ].

As a pass-through entity, the recipient agrees to:

1. Select subrecipients and conduct subaward competitions, as appropriate, using a system that properly differentiates between subrecipients and procurement contractors consistent with the differentiating characteristics explained in 2 CFR [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR031321e29ac5bbd/section-200.331" ] and EPA's supplemental guidance in [ HYPERLINK "https://www.epa.gov/grants/grants-policy-issuance-gpi-16-01-epa-subaward-policy-epa-assistance-agreement-recipients" ].

2. Verify that the potential subrecipient is not excluded or disqualified in accordance with the verification methods provided in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-180/subpart-C/section-180.300" \h ], such as confirming in SAM.gov that a potential subrecipient is not suspended, debarred, or otherwise excluded from receiving Federal funds.

3. Establish and follow a system that ensures all subaward agreements are in writing and contain all of the elements required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(b)" ] EPA has developed a template for subaward agreements that is available in [ HYPERLINK "https://www.epa.gov/grants/grants-policy-issuance-gpi-16-01-epa-subaward-policy-epa-assistance-agreement-recipients" ].

4. Prior to making subawards, ensure that each subrecipient has a "Unique Entity Identifier" (UEI). The UEI is required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-25" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(b)" ]. Subrecipients are not required to complete full [ HYPERLINK "http://www.sam.gov/SAM/" ] registration to obtain a UEI. Information regarding obtaining a UEI is available at the System for Award Management (SAM.gov) Internet site: [ HYPERLINK "http://www.sam.gov/SAM/" ] and in the General Condition of the pass-through entity's agreement with EPA entitled **"System for Award Management and Universal Identifier Requirements"** T&C of the pass-through entity's agreement with the EPA.

5. Ensure that subrecipients are aware of the requirements that apply to the subaward, including those that flow down from the recipient, as required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(b)" ] and monitor the activities of the subrecipient to ensure compliance with these requirements per [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(e)" ]. These requirements include, among others:

    a. Title VI of the Civil Rights Act and other Federal statutes and regulations prohibiting discrimination in Federal financial assistance programs, as applicable, including provisions protecting free speech, religious liberty, public welfare, and the environment per [ HYPERLINK

EPA_00317613

"https://www.ecfr.gov/current/title-2/part-200/section-200.300" \l "p-200.300(a)" ], ==as well as regulations, including== [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.300" \l "p-200.300(b)" ] ==prohibiting discriminaton based on sex==~~, sexual orientation, or gender identity.~~

b. Reporting Subawards and Executive Compensation under Federal Funding Accountability and Transparency Act (FFATA) set forth in the General Condition pass-through entity's agreement with EPA entitled **"Reporting Subawards and Executive Compensation."**

c. Limitations on individual consultant fees as set forth in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500/subpart-D/subject-group-ECFR91e19bb476f6a08/section-1500.10" ] and the General Condition of the pass-through entity's agreement with EPA entitled **"Consultant Fee Cap."**

d. EPA's prohibition on paying management fees as set forth in General Condition of the pass-through entity's agreement with EPA entitled **"Management Fees."**

e. The Procurement Standards in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200?toc=1" ] including those requiring competition when the subrecipient acquires goods and services from contractors (including consultants) and Domestic preferences for procurements at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR45ddd4419ad436d/section-200.322" ].

f. Other statutes, regulations and Executive Orders that may apply to subawards are described at ]| HYPERLINK "https://www.epa.gov/grants/epa-subaward-cross-cutter-requirements" \h ]. Many Federal requirements are agreement- or program-specific, and EPA encourages pass-through entities to review the terms of their assistance agreement carefully and consult with their EPA Project Officer for advice if necessary.

6. Establish and follow a system for evaluating subrecipient fraud risk and risk of noncompliance with a subaward to determine the appropriate monitoring described at [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(c)" ] and consider whether, based on the evaluation of risk, additional monitoring tools may be useful as described in [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(f)" ]. When evaluating a subrecipient's risk, a pass-through entity should consider:

a. The subrecipient's prior experience with same or similar subawards;

b. Results of previous audits, including considering whether the subrecipient receives a Single Audit, in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-F" \h ] and the extent to which the same or similar subawards have been audited as a major program;

c. Whether the subrecipient has new personnel or new or substantially change systems,

EPA_00317614

and
d. The extent and results of any Federal agency monitoring (for example, if the subrecipient also receives Federal awards directly from the Federal agency).

7. Establish and follow a process for deciding whether to implement specific conditions in subawards based on risk factors, as described in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-C/section-200.208" ], and notify EPA of the specific conditions as required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(d)" ]. Examples of specific conditions, per [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-C/section-200.208" ], may include:
   a. Requiring payments as reimbursements rather than advance payments;
   b. Withholding authority to proceed to the next phase until receipt of evidence of acceptable performance;
   c. Requiring additional or more detailed financial reports;
   d. Requiring additional or project monitoring;
   e. Requiring the recipient or subrecipient to obtain technical or management assistance; or
   f. Establishing additional prior approvals.

8. Establish and follow a system for monitoring subrecipient performance that includes the elements required at [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(e)" ], such as reviewing financial and performance reports, and report the results of the monitoring in performance reports as provided in the reporting terms and conditions of this agreement.

9. Ensure that a subrecipient provides a plan for and takes corrective action on all significant developments that negatively affect the subaward. Per [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(e)(2)" ], significant developments include Single Audit findings related to the subaward, other audit findings, site visits, and written notifications from a subrecipient of adverse conditions that will impact their ability to meet the milestones or objectives of the subaward.

10. Establish and maintain an accounting system which ensures compliance with the $50,000 limitation at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ], *Modified Total Direct Costs*, if applicable, on including subaward costs in *Modified Total Direct Costs* for the purposes of distributing indirect costs. Recipients with Federally approved indirect cost rates that use a different basis for distributing indirect costs to subawards must comply with their Indirect Cost Rate Agreement.

11. Work with EPA's Project Officer to obtain the written consent of EPA's Office of International and Tribal Affairs (OITA) prior to awarding a subaward to a foreign or international organization or a subaward to be

Page 10 of 51

performed in a foreign country, even if that subaward is described in a proposed scope of work.

12. Obtain prior written approval from the EPA's Award Official for any subawards or subaward activities that are not described in the approved work plan in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/section-200.308" ]. As provided in 2 CFR [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.308" \l "p-200.308(f)(6)" ], recipients must obtain prior approval to change a named subrecipient from the EPA Award Official if the pass-through entity described the original subrecipient's qualifications and/or performance history in the competitive application. Recipients must contact their Project Officer to begin the prior approval process.

13. Obtain prior written approval from the EPA's Award Official before awarding a subaward to an individual if the EPA-approved scope of work does not include a description of subawards to individuals.

14. Establish and follow written procedures under [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.302" \l "p-200.302(b)(7)" ] for determining that subaward costs are allowable in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E?toc=1" ] and the terms and conditions of this award. These procedures may provide for allowability determinations on a pre-award basis, through ongoing monitoring of costs that subrecipients incur, or a combination of both approaches provided the pass-through entity documents its determinations.

15. Verify that the subrecipient is audited, as applicable, per [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-F?toc=1" ], and establish and maintain a system under [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.332" \l "p-200.332(g)" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-F/subject-group-ECFR4424206eaecf751/section-200.521" ] for issuing management decisions for audits of subrecipients that relate to the Federal award from the recipient. The recipient remains accountable to EPA for ensuring that unallowable subaward costs initially paid by EPA are either reimbursed or offset with allowable costs, regardless of whether the recipient recovers those costs from the subrecipient.

16. As provided in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR031321e29ac5bbd/section-200.333" ], pass-through entities must obtain EPA approval to make fixed amount subawards. Recipients should consult with their EPA Project Officer regarding how to obtain EPA approval.

By accepting this award, the recipient is certifying that it either has systems in place to comply with the requirements described in Items 1 through 16 above or will refrain from making subawards until the systems are designed and implemented.

EPA_00317616

**Subawards to Federal Agencies – Clarity on Applicable EPA Terms and Conditions:** If the subrecipient is a Federal agency, the only provisions of the EPA General Terms and Conditions implementing 2 CFR Part 200 on subawards that apply are: (1) the requirement for the Federal agency to obtain a Unique Entity Identifier (UEI) in accordance with 2 CFR Part 25 as described in Item 4 above and (2) the requirement for the recipient to report on first-tier subawards as described in EPA General Term and Condition 15.1, "Reporting of first tier subawards."

As provided within [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.101" \l "p-200.101(a)(2)" ], all other provisions of 2 CFR Part 200, Subparts A through E, do not apply to subawards with federal agencies. Transactions between the recipient and the Federal agency subrecipient will be governed by the Federal agency subrecipient's cost reimbursement agreement with the recipient.

9. **Management Fees**
    Management Fees or similar charges in excess of the direct costs and approved indirect rates are <u>not</u> allowable. The term "management fees or similar charges" refers to expenses added to the direct costs in order to accumulate and reserve funds for ongoing business expenses; unforeseen liabilities; or for other similar costs which are not allowable under this assistance agreement. Management fees or similar charges may not be used to improve or expand the project funded under this agreement, except to the extent authorized as a direct cost of carrying out the scope of work.

10. **Federal Employee Costs**
    The recipient understands that none of the funds for this project (including funds contributed by the recipient as cost sharing) may be used to pay for the travel of Federal employees or for other costs associated with Federal participation in this project unless a Federal agency will be providing services to the recipient as authorized by a Federal statute.

11. **Foreign Travel**
    **EPA policy requires that all foreign travel must be approved by its Office of International and Tribal Affairs.** The recipient agrees to obtain prior EPA approval before using funds available under this agreement for international travel unless the trip(s) are already described in the EPA approved budget for this agreement. Foreign travel includes trips to Mexico and Canada but does not include trips to Puerto Rico, the U.S. Territories or possessions. Recipients that request post-award approval to travel frequently to Mexico and Canada by motor vehicle (e.g., for sampling or meetings) may describe their proposed travel in general terms in their request for EPA approval. Requests for prior approval must be submitted to the Project Officer for this agreement.

12. **The Fly America Act and Foreign Travel**
    The recipient understands that all foreign travel **funded under this assistance agreement** must comply with the Fly America Act. All travel must be on U.S. air carriers certified under 49 U.S.C.

EPA_00317617

Section 40118, to the extent that service by such carriers is available even if foreign air carrier costs are less than the American air carrier.

**13. Union Organizing**

Grant funds may not be used to support or oppose union organizing, whether directly or as an offset for other funds.

**Reporting and Additional Post-Award Requirements**

**14. System for Award Management and Universal Identifier Requirements**

   14.1    **Requirement for System for Award Management (SAM)** Unless exempted from this requirement under [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-25/subpart-A/section-25.110" ], the recipient must maintain current and active registrationSAM.gov. The recipient's registration must always be current and active until it submits all final reports required under this Federal award or receive the final payment, whichever is later. The recipient must review and update its information in SAM.gov at least annually from the date of its initial registration or any subsequent updates to ensure it is current, accurate, and complete. If applicable, this includes identifying the recipient's immediate and highest-level owner and subsidiaries and providing information about the recipient's predecessors that have received a Federal award or contract within the last three years.

   14.2    **Requirement for Unique Entity Identifier (UEI).** If the recipient is authorized to make subawards under this award, the recipient:

      **a.** Must notify potential subrecipients that no entity may receive a subaward unless the entity has provided its UEI to the recipient.

      **b.** Must not make a subaward to an entity unless the entity has provided its UEI. Subrecipients are not required to complete full registration in SAM.gov to obtain a UEI.

   14.3    **Definitions.** For the Purpose of this award term:

      **a.** **System for Award Management (SAM.gov)** means the Federal repository into which an entity must provide the information required for the conduct of business as a recipient. Additional information about registration procedures may be found in SAM.gov (currently at: https://www.sam.gov).

      **b.** **Unique Entity Identifier** means the universal identifier assigned by SAM.gov to uniquely identify an entity.

      **c.** **Entity** is defined at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/part-25/subpart-D/section-25.400" ] and includes all of the following types as defined in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ]:

         **1)** Non-federal entity,

         **2)** Foreign organization;

EPA_00317618

    **3)** Foreign public entity;

    **4)** Domestic for-profit organization; and

    **5)** Federal agency.

  **d.** **Subaward** has the meaning given in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ]

  **e.** **Subrecipient** has the meaning given in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ]

**15. Reporting Subawards and Executive Compensation**

  **15.1**   **Reporting of first tier subawards.**

    **a.** **Applicability**. Unless the recipient is exempt as provided in paragraph 15.4. of this award term, the recipient must report each action that obligates $30,000 or more in Federal funds for a subaward to an entity or Federal agency. The recipient must also report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000.

    **b.** **Reporting Requirements.** (1) The entity or Federal agency must report each subaward described in paragraph 15.1.a of this award term at the [ HYPERLINK "https://sam.gov/" \t "_blank" ]. (2) For subaward information, report no later than the end of the month following the month in which the subaward was made. (For example, if the subaward was made on any date during the month of November of a given year, the obligation must be reported by no later than December 31 of that year.)

  **15.2**   **Reporting Total Compensation of Recipient Executives.**

    **a.** **Applicability.** The recipient must report the total compensation for each of its five most highly compensated executives for the preceding completed fiscal year, if:

    **15.2.a.1.** The total Federal funding authorized to date under this award is $30,000 or more;

    **15.2.a.2.** In the preceding fiscal year, the recipient received: (i.) 80 percent or more of their annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act); (ii.) and $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and

    **15.2.a.3.** The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at:

EPA_00317619

[ HYPERLINK "https://www.sec.gov/answers/execomp.htm" ].)

**b.  Reporting Requirements.** The recipient must report executive total compensation described in paragraph 15.2.a of this award term: (i.) As part of the recipient's registration profile at [ HYPERLINK "https://www.sam.gov/SAM/" \h ] (ii.) No later than the end of the month following the month in which this award is made, and annually thereafter (For example if this award was made on any date of November in a given year, the executive total compensation must be reported by no later than December 31 of that year.)

**15.3    Reporting Total Compensation of Subrecipient Executives.**

**a.  Applicability**. Unless a first-tier subrecipient is exempt as provided in paragraph 15.4. of this award term, the recipient must report the executive total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if:

**15.3.a.1.**  The total federal funding authorized to date under the subaward equals or exceeds $30,000; and

**15.3.a.2.** In the subrecipient's preceding fiscal year, the subrecipient received: (i.) 80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards subject to the Transparency Act; and (ii.) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal awards (and subawards) subject to the Transparency Act; and

**15.3.a.3.**  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at: [ HYPERLINK "https://www.sec.gov/answers/execomp.htm" ].)

**b.  Reporting Requirements.** Subrecipients must report their executive total compensation described in paragraph 15.3.a. of this award term to the recipient. The recipient is required to submit this information to [ HYPERLINK "https://sam.gov/" \t "_blank" ] no later than the end of the month following the month in which the subaward was made. (For example, if a subaward was made on any date during the month of October of a given year, the subaward must be reported no later than November 30 of that year).

**15.4    Exemptions**

**a.**  If, in the previous tax year, the recipient had gross income, from all sources, under $300,000, the recipient is exempt from the requirements to report:

**15.4.a.1.** (i) subawards, and (ii) the total compensation of the five most highly compensated executives of any subrecipient.

**15.5    Definitions.** For purposes of this award term:

EPA_00317620

    **a.** **Entity:** includes:
       (1) whether for profit or nonprofit: (i) A corporation; (ii) An association; (iii) A partnership; (iv) A limited liability company; (v) A limited liability partnership; (vi) A sole proprietorship; (vii) Any other legal business entity; (viii) Another grantee or contractor that is not excluded by subparagraph (2); and (ix) Any State or locality. (2) It does not include: (i) An individual recipient of Federal financial assistance; or (ii) A Federal employee.
    **b.** **Executive** means an officer, managing partner, or any other employee holding a management position.
    **c.** **Subaward:** has the meaning given in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ]
    **d.** **Subrecipient** has the meaning given in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ].
    **e.** **Total compensation** means the cash and noncash dollar value an executive earns during the recipient's or subrecipient's preceding fiscal year. This includes all items of compensation as prescribed in [ HYPERLINK "https://www.ecfr.gov/current/title-17/chapter-II/part-229/subpart-229.400/section-229.402" ].

**16. Recipient Integrity and Performance Matters – Reporting of Matters Related to Recipient Integrity and Performance**
    **16.1**    **General Reporting Requirement**
          If the total value of your currently active grants, cooperative agreements, and procurement contracts from all Federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient during that period of time must maintain the currency of information reported to SAM.gov that is made available in the designated integrity and performance system (currently the responsibility/qualification information) about civil, criminal, or administrative proceedings described in paragraph 2 of this award term and condition. This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available.
    **16.2**    **Proceedings About Which You Must Report**
          Submit the information required about each proceeding that:
       **a.** Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;
       **b.** Reached its final disposition during the most recent five-year period; and
       **c.** Is one of the following:

EPA_00317621

**16.2.c.1.** A criminal proceeding that resulted in a conviction, as defined in paragraph 5 of this award term and condition;

**16.2.c.2.** A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;

**16.2.c.3.** An administrative proceeding, as defined in paragraph 5. of this award term and condition, that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or

**16.2.c.4.** Any other criminal, civil, or administrative proceeding if:

    **16.2.c.4.1.** It could have led to an outcome described in paragraph 16.2.c.1, 16.2.c.2, or 16.2.c.3 of this award term and condition;

    **16.2.c.4.2.** It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and

    **16.2.c.4.3.** The requirement in this award term and condition to disclose information about the proceeding does not conflict with applicable laws and regulations.

**16.3**    **Reporting Procedures**

Enter in SAM.gov Entity Management area the information that SAM.gov requires about each proceeding described in paragraph 2 of this award term and condition. You do not need to submit the information a second time under assistance awards that you received if you already provided the information through SAM.gov because you were required to do so under Federal procurement contracts that you were awarded.

**16.4**    **Reporting Frequency**

During any period of time when you are subject to the requirement in paragraph 16.1 of this award term and condition, you must report proceedings information through SAM.gov for the most recent five-year period, either to report new information about any proceeding(s) that you have not reported previously or affirm that there is no new information to report. Recipients that have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000 must disclose semiannually any information about the criminal, civil, and administrative proceedings.

**16.5**    **Definitions**

For purposes of this award term and condition:

a.    Administrative proceeding means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (*e.g.,* Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with

performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.

    **b.** Conviction, for purposes of this award term and condition, means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere.

    **c.** Total value of currently active grants, cooperative agreements, and procurement contracts includes –

        **16.5.c.1.** Only the Federal share of the funding under any Federal award with a recipient cost share or match; and

        **16.5.c.2.** The value of all expected funding increments under a Federal award and options, even if not yet exercised.

**17. Federal Financial Reporting (FFR)**

Pursuant to [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR36520e4111dce32/section-200.328" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR682eb6fbfabcde2/section-200.344" ], EPA recipients must submit the Federal Financial Report (SF-425) at least annually and no more frequently than quarterly. EPA's standard reporting frequency is annual unless an EPA Region has included an additional term and condition specifying greater reporting frequency within this award document in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-C/section-200.208" ]. EPA recipients must submit the SF-425 no later than 30 calendar days after the conclusion of each specified reporting period for quarterly and semi-annual reports and 90 calendar days for annual reports. Final reports are due no later than 120 calendar days after the conclusion of the period of performance of the award. Extension of reporting due dates may be approved by EPA when requested and justified by the recipient. The FFR form is available on the internet at: [ HYPERLINK "https://www.epa.gov/grants/sf-425-federal-financial-report" ]. All FFRs must be submitted to the Research Triangle Park Finance Center (RTPFC) via email at [ HYPERLINK "mailto:rtpfc-" ] [ HYPERLINK "mailto:rtpfc-grants@epa.gov" \h ] or mail it to:

US Environmental Protection Agency
RTP-Finance Center (Mail Code AA216-01)
4930 Page Rd.
Durham, NC 27703

The RTPFC will make adjustments as necessary, to obligated funds after reviewing and accepting a final Federal Financial Report. Recipients will be notified and instructed by EPA if they must complete any additional forms for the closeout of the assistance agreement.

**18. Indirect Cost Rate Agreements**

EPA_00317623

This term and condition provides requirements for recipients using EPA funds for indirect costs and applies to all EPA assistance agreements unless there are [ HYPERLINK "https://www.epa.gov/sites/production/files/2018-08/documents/statutory-restrictions-on-indirect-costs-in-epa-financial-assistance-programs.pdf" \h ] See also [ HYPERLINK "https://www.epa.gov/grants/rain-2018-g02-r" \h ] [ HYPERLINK "https://www.epa.gov/grants/rain-2018-g02-r" \h ] (IDC Policy).

In order for the assistance agreement recipient to use EPA funding for indirect costs, the IDC category of the recipient's assistance agreement award budget must include an amount for IDCs and at least one of the following must apply:

- With the exception of "exempt" agencies and Institutions of Higher Education as noted below, all recipients must have one of the following current (not expired) IDC rates, including IDC rates that have been extended by the cognizant agency:
  - Provisional
  - Final
  - Fixed rate with carry-forward
  - Predetermined
  - Grants awarded before October 1, 2024 - 10% de minimis rate of modified total direct costs authorized by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.414" \l "p-200.414(f)" ]
  - Grants awarded on or after October 1, 2024 – up to a 15% de minimis rate of modified total direct costs authorized by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.414" \l "p-200.414(f)" ]
  - Grants amended to incorporate the October 2024 Revisions to 2 CFR 200 – up to a 15% de minimis rate of modified total direct costs authorized by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.414" \l "p-200.414(f)" ], effective as of the date of the amendment and going forward, cannot be applied retroactively
  - EPA-approved use of an expired fixed rate with carry-forward on an exception basis, as detailed in section 6.4.a. of the IDC Policy
- "Exempt" state of local governmental departments or agencies are agencies that receive up to and including $35,000,000 in Federal funding per the department or agency's fiscal year and must have an IDC rate proposal developed in accordance with 2 CFR Part 200, Appendix VII, with documentation maintained and available for audit.
- Institutions of Higher Education must use the IDC rate(s) on the approved rate agreement in place at the time of award during the life of the assistance agreement (unless the rate was provisional at time of award, in which case the rate will change once it becomes final). As provided by 2 CFR Part 200, Appendix III(C)(7), the term "life of the assistance agreement", means each competitive segment of the project. If negotiated rate agreements do not extend through the life of the Federal award at the time of the initial award, then the negotiated rate for the last year of the Federal award must be extended through the end of the award. Additional information is available in the regulation.

IDCs incurred during any period of the assistance agreement that are not covered by the provisions above are not allowable costs and must not be drawn down by the recipient. Recipients may budget for IDCs if they have submitted a proposed IDC rate to their cognizant Federal agency, or requested

an exception from EPA under subsection 6.4 of the IDC Policy. However, recipients may not draw down IDCs until their rate is approved, if applicable, or EPA grants an exception. IDC drawdowns must comply with the indirect rate corresponding to the period during which the costs were incurred.  If the recipient's indirect cost rate has not been finalized within one year after the period of performance ends, the EPA Grants Management Officer is authorized to close the recipient's award using their most recently negotiated rate per [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.344" \l "p-200.344(h)" ].

This term and condition does not govern indirect rates for subrecipients or recipient procurement contractors under EPA assistance agreements. Pass-through entities are required to comply with 2 CFR 200.332(b)(4)(i) and (ii) when establishing indirect cost rates for subawards.

### 19. Audit Requirements

In accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.501" \l "p-200.501(a)" ], the recipient hereby agrees to obtain a single audit from an independent auditor, if their organization expends $1,000,000 or more in total Federal funds in their fiscal year for that year.

The recipient must submit a single audit report within 9 months of the end of the recipient's fiscal year or 30 days after receiving the report from an independent auditor. The single audit report MUST be submitted using the Federal Audit Clearinghouse available at: [ HYPERLINK "https://fac.gov/" ].

For complete information on how to accomplish the single audit submissions, the recipient will need to visit the Federal Audit Clearinghouse Web site: [ HYPERLINK "https://fac.gov/" ]

### 20. Closeout Requirements

Reports required for closeout of the assistance agreement must be submitted in accordance with this agreement. Submission requirements and frequently asked questions can also be found at: [ HYPERLINK "https://www.epa.gov/grants/frequent-questions-about-closeouts" \h ]

### 21. Suspension and Debarment

Recipient shall fully comply with Subpart C of 2 C.F.R. Part 180 entitled, "Responsibilities of Participants Regarding Transactions Doing Business With Other Persons," as implemented and supplemented by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1532" ]. Recipient is responsible for ensuring that any lower tier covered transaction, as described in Subpart B of [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-180" ], entitled "Covered Transactions," and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1532/subpart-B/section-1532.220" ], includes a term or condition requiring compliance with 2 C.F.R. Part 180, Subpart C. Recipient is responsible for further requiring the inclusion of a similar term and condition in any subsequent lower tier covered transactions. Recipient acknowledges that failing to disclose the information required under [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-180/subpart-C/subject-group-ECFRe1a8b70dfdc38be/section-180.335" ] to the EPA office

EPA_00317625

that is entering into the transaction with the recipient may result in the delay or negation of this assistance agreement, or pursuance of administrative remedies, including suspension and debarment. Recipients may access the SAM.gov exclusion list at [ HYPERLINK "https://sam.gov/SAM/" \h ] to determine whether an entity or individual is presently excluded or disqualified.

**22. Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law**
This award is subject to the provisions contained in an appropriations act(s) which prohibits the Federal Government from entering into a contract, memorandum of understanding, or cooperative agreement with, make a grant to, or provide a loan or loan guarantee to any corporation having a delinquent Federal tax liability or a felony conviction under any Federal law, unless the agency has considered suspension or debarment of the corporation and has made a determination that this further action is not necessary to protect the interests of the Government. A "corporation" is a legal entity that is separate and distinct from the entities that own, manage, or control it. It is organized and incorporated under the jurisdictional authority of a governmental body, such as a State or the District of Columbia. A corporation may be a for-profit or non-profit organization.

As required by the appropriations act(s) prohibitions, the Government will not enter into a contract, memorandum of understanding, or cooperative agreement with, make a grant to, or provide a loan or loan guarantee with any corporation that — (1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or (2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

By accepting this award, the recipient represents that it is not a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and it is not a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

Alternatively, by accepting this award, the recipient represents that it disclosed unpaid Federal tax liability information and/or Federal felony conviction information to the EPA. The recipient may accept this award if the EPA Suspension and Debarment Official has considered suspension or

EPA_00317626

debarment of the corporation based on tax liabilities and/or Federal felony convictions and determined that suspension or debarment is not necessary to protect the Government's interests.

If the recipient fails to comply with this term and condition, EPA will annul this agreement and may recover any funds the recipient has expended in violation of the appropriations act(s) prohibition(s). The EPA may also pursue other administrative remedies as outlined in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.339" ] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.340" ] and may also pursue suspension and debarment.

## 23. Disclosing Conflict of Interest

### 23.1 For Awards to Recipients, Subrecipients, and Individuals (other than states and fellowship recipients under 40 CFR Part 46)

As required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-B/section-200.112" ], EPA has established a policy (COI Policy) for disclosure of conflicts of interest (COI) that may affect EPA financial assistance awards. EPA's COI Policy is posted at [ HYPERLINK "https://www.epa.gov/grants/epas-financial-assistance-conflict-interest-policy" \h ]. The posted version of EPA's COI Policy is applicable to new funding (initial awards, supplemental and incremental funding) awarded on or after October 1, 2015.

For competitive awards, recipients must disclose any competition related COI described in section 4.0(a) of the COI Policy that are discovered after award to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of discovery of the COI. The Grant Specialist will respond to any such disclosure within 30 calendar days.

EPA's COI Policy requires that recipients have systems in place to address, resolve and disclose to EPA COIs described in sections 4.0(b), (c) and/or (d) of the COI Policy that affect any contract or subaward regardless of amount funded under this award. The recipient's COI Point of Contact for the award must disclose any COI to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of the discovery of the potential COI and their approach for resolving the COI.

EPA's COI Policy requires that subrecipients have systems in place to address, resolve and disclose COI's described in section 4.0(b)(c) and (d) of the COI Policy regardless of the amount of the transaction. Recipients who are pass-through entities as defined at 2 CFR 200.1 must require that subrecipients being considered for or receiving subawards disclose COI to the pass-through entities in a manner that, at a minimum, is in accordance with sections 5.0(d) and 7.0(c) of EPA's COI Policy. Pass-through entities must disclose the subrecipient COI along with the approach for resolving the COI to the EPA Grants Specialist

EPA_00317627

listed on the Assistance Agreement/Amendment within 30 calendar days of receiving notification of the COI by the subrecipient.

EPA only requires that recipients and subrecipients disclose COI's that are discovered under their systems for addressing and resolving COI. If recipients or subrecipients do not discover a COI, they do not need to advise EPA or the pass-through entity of the absence of a COI.

Upon notice from the recipient of a potential COI and the approach for resolving it, the Agency will then make a determination regarding the effectiveness of these measures within 30 days of receipt of the recipient's notice unless a longer period is necessary due to the complexity of the matter. Recipients may not request payment from EPA for costs for transactions subject to the COI pending notification of EPA's determination. Failure to disclose a COI may result in cost disallowances.

Disclosure of potential COI will not necessarily result in EPA disallowing costs, with the exception of procurement contracts that the Agency determines violate [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.318" \l "p-200.318(c)" ], provided the recipient notifies EPA of measures the recipient or subrecipient has taken to eliminate, neutralize or mitigate the conflict of interest when making the disclosure.

**23.2    For Awards to States Including State Universities that are State Agencies or Instrumentalities**
As required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-B/section-200.112" ], EPA has established a policy (COI Policy) for disclosure of conflicts of interest (COI) that may affect EPA financial assistance awards. EPA's COI Policy is posted at: [ HYPERLINK "https://www.epa.gov/grants/epas-financial-assistance-conflict-interest-policy" \h ] The posted version of EPA's COI Policy is applicable to new funding (initial awards, supplemental, incremental funding) awarded on or after October 1, 2015.

For competitive awards, recipients must disclose any competition related COI described in section 4.0(a) of the COI Policy that are discovered after award to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of discovery of the COI. The Grants Specialist will respond to any such disclosure within 30 calendar days.

States including state universities that are state agencies and instrumentalities receiving funding from EPA are only required to disclose subrecipient COI as a pass-through entity as defined by [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ]. Any other COI are subject to state laws, regulations, and policies. EPA's COI Policy requires that subrecipients have systems in place to address, resolve and disclose COIs described in section 4.0(b)(c) and (d) of the COI Policy that arise after EPA made the award regardless of the amount of the

EPA_00317628

transaction. States who are pass-through entities as defined at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ] must require that subrecipients being considered for or receiving subawards disclose COI to the state in a manner that, as a minimum, in accordance with sections 5.0(d) and 7.0(c) of EPA's COI Policy. States must disclose the subrecipient COI along with the approach for resolving the COI to the EPA Grants Specialist listed on the Assistance Agreement/Amendment within 30 calendar days of receiving notification of the COI by the subrecipient.

EPA only requires that subrecipients disclose COI's to state pass-through entities that are discovered under their systems for addressing, resolving, and disclosing COI. If subrecipients do not discover a COI, they do not need to advise state pass-through entities of the absence of a COI.

Upon receiving notice of a potential COI and the approach for resolving it, the Agency will make a determination regarding the effectiveness of these measures within 30 days of receipt of the state's notice of a subrecipient COI unless a longer period is necessary due to the complexity of the matter. States may not request payment from EPA for costs for transactions subject to the COI pending notification of EPA's determination. A subrecipient's failure to disclose a COI to the state and EPA may result in cost disallowances.

Disclosure of potential subrecipient COI will not necessarily result in EPA disallowing costs, with the exception of procurement contracts that the Agency determines violate [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.318" \l "p-200.318(c)" ], provided the subrecipient has taken measures that EPA and the state agree eliminate, neutralize or mitigate the conflict of interest.

## 24. Transfer of Funds

### 24.1 Transfer of Funds

**Applicable to all assistance agreements other than Continuing Environmental Program Grants subject to 40 CFR 35.114 and 40 CFR 35.514 when EPA's share of the total award exceeds the Simplified Acquisition Threshold. Simplified Acquisition Threshold is defined at 2 CFR 200.1 and is currently set at $250,000 but the amount is subject to adjustment.**

(1) As provided at [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.308" \l "p-200.308(i)" ], the recipient must obtain prior approval from EPA's Grants Management Officer if the cumulative amount of funding transfers among direct budget categories or programs, functions and activities exceeds 10% of the total budget, as last approved by EPA, including cost share. Recipients must submit requests for prior approval to the Grant Specialist and Grants Management Officer with a copy to the Project Officer for this agreement.

(2) Recipients must notify EPA's Grant Specialist and Project Officer of cumulative funding transfers among direct budget categories or programs, functions and activities that do not

EPA_00317629

exceed 10% of the total budget for the agreement. Prior approval by EPA's Grants Management Officer is required if the transfer involves any of the items listed in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRea20080eff2ea53/section-200.407" ] that EPA did not previously approve at time of award or in response to a previous post-award request by the recipient.

**24.2 Post-Award Changes for Continuing Environmental Program Grants**

**Applicable to Continuing Environmental Program Grants subject to 40 CFR 35.114 and 40 CFR 35.514 when EPA's share of the total project costs exceeds the Simplified Acquisition Threshold. Simplified Acquisition Threshold is defined at 2 CFR 200.1 and is currently set at $250,000 but the amount is subject to adjustment.**

To determine if a post-award change in work plan commitments is significant and requires prior written approval for the purposes of [ HYPERLINK "https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ecfr.gov%2Fcgi-bin%2Ftext-idx%3FSID%3D60bc969e865bfc8040453c0a7b67133d%26mc%3Dtrue%26node%3Dse40.1.35_1114%26r gn%3Ddiv8&data=04%7C01%7CLeon.Sandra%40epa.gov%7Cdf5f55f4d5ea41419f3708d8eee40e08%7C8 8b378b367484867acf976aacbeca6a7%7C0%7C0%7C637522201054057159 8%7CUnknown%7CTWFpbGZsb 3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=SRxgF Vi7blGv19BgJnghRZSNbAT6FFShbnEg1Hxv%2FJc%3D&reserved=0" \h ] or [ HYPERLINK "https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ecfr.gov%2Fcurrent%2Ftitle -40%2Fchapter-I%2Fsubchapter-B%2Fpart-35%2Fsubpart-B%2Fsubject-group-ECFR5aeee1c862a90c9%2Fsection-35.514&data=05%7C01%7CLeon.Sandra%40epa.gov%7C651ad1defcf24eb378b008daa082fdb8%7C88b37 8b367484867acf976aacbeca6a7%7C0%7C0%7C637998781720979453%7CUnknown%7CTWFpbGZsb3d8e yJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdat a=rNefC%2BOtJywlpVKcgfW1YrEL1WxQd3EU2GbZpGgFvt8%3D&reserved=0" \h ] the recipient agrees to consult the EPA Project Officer (PO) before making the change. The term work plan commitments is defined at [ HYPERLINK "https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ecfr.gov%2Fcgi-bin%2Ftext-idx%3FSID%3D0c78d228691503f8365085ee833884f0%26mc%3Dtrue%26node%3Dse40.1.35_1102%26rg n%3Ddiv8&data=04%7C01%7CLeon.Sandra%40epa.gov%7Cdf5f55f4d5ea41419f3708d8eee40e08%7C88 b378b367484867acf976aacbeca6a7%7C0%7C0%7C637522201054073090 6%7CUnknown%7CTWFpbGZsb3 d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=zvOcm fmrCcnwgq%2F03u2TooVu1w9iR%2BARCTl1hP1foDw%3D&reserved=0" \h ] If the PO determines the change is significant, the recipient cannot make the change without prior written approval by the EPA Award Official or Grants Management Officer.

The recipient must obtain written approval from the EPA Award Official prior to transferring funds from one budget category to another if the EPA Award Official determines that such transfer significantly changes work plan commitment(s). All transfers must be reported in required performance reports. In addition, unless approved with the budget at the time of award, Continuing Environmental Program (CEP) recipients must also obtain prior written approval from the EPA Award Official or Grants Management Officer to use EPA funds for

EPA_00317630

directly charging compensation for administrative and clerical personnel under [HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.413" \l "p-200.413(c)"] and the General Provisions for Selected Items of Cost allowability at [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRed1f39f9b3d4e72/section-200.420"] through [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRed1f39f9b3d4e72/section-200.476" ] as supplemented by [ HYPERLINK "https://www.epa.gov/grants/rain-2018-g01-r" \h ] The recipient is not required to obtain prior written approval from the EPA Award Official for other items requiring prior EPA approval listed in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRea20080eff2ea53/section-200.407" ].

**25. Electronic/Digital Signatures on Financial Assistance Agreement Form(s)/Document(s)**
Throughout the life of this assistance agreement, the recipient agrees to ensure that any form(s)/document(s) required to be signed by the recipient and submitted to EPA through any means including but not limited to hard copy via U.S. mail or express mail, hand delivery or through electronic means such as e-mail are: (1) signed by the individual identified on the form/document, and (2) the signer has the authority to sign the form/document for the recipient. Submission of any signed form(s)/document(s) is subject to any provisions of law on making false statements (e.g., 18 U.S.C. 1001).

**26. Extension of Project/Budget Period Expiration Date**
EPA has not exercised the waiver option to allow automatic one-time extensions for non-research grants under [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.308" \l "p-200.308(g)(2)" ]. Therefore, if a no-cost time extension is necessary to extend the period of availability of funds, the recipient must submit a written request to the EPA at least 10 calendar days before the conclusion of the period of performance as required by [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.308" \l "p-200.308(f)(10)" ]. **The written request must include:** a justification describing the need for additional time, an estimated date of completion, and a revised schedule for project completion including updated milestone target dates for the approved workplan activities. In addition, if there are overdue reports required by the general, administrative, and/or programmatic terms and conditions of this assistance agreement, the recipient must ensure that they are submitted along with or prior to submitting the no-cost time extension request.

**27. Utilization of Disadvantaged Business Enterprises**
**General Compliance, 40 CFR, Part 33**
The recipient agrees to comply with the requirements of EPA's Disadvantaged Business Enterprise (DBE) Program for procurement activities under assistance agreements, contained in [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-33?toc=1" ].

EPA_00317631

The following text provides updates to 40 CFR Part 33 based upon the associated class exception or highlights a requirement.

1) **EPA MBE/WBE CERTIFICATION, 40 CFR, Part 33, Subpart B**

    The EPA no longer certifies entities as Minority-Owned Business Entities (MBEs) or Women-Owned Business Entities (WBEs) pursuant to a class exception issued in October 2019. The class exception was authorized pursuant to the authority in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500/subpart-B/section-1500.4" ].

2) **SIX GOOD FAITH EFFORTS, 40 CFR, Part 33, Subpart C**

    Pursuant to [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-33/subpart-C/section-33.301" ], the recipient agrees to make good faith efforts whenever procuring construction, equipment, services and supplies under an EPA assistance agreement, and to require that sub-recipients, loan recipients, and prime contractors also comply. Records documenting compliance with the six good faith efforts shall be retained. The specific six good faith efforts can be found at: [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-33/subpart-C/section-33.301" ].

    However, in EPA assistance agreements that are for the benefit of Native Americans, the recipient must solicit and recruit Native American organizations and Native American-owned economic enterprises and give them preference in the award process prior to undertaking the six good faith efforts ([ HYPERLINK "https://www.ecfr.gov/cgi-bin/text-idx?SID=f9e6fe2fa746eba6891acee1ab460eb4&mc=true&node=pt40.1.33&rgn=div5&se40.1.33_130 4" \h ] [ HYPERLINK "https://www.ecfr.gov/cgi-bin/text-idx?SID=f9e6fe2fa746eba6891acee1ab460eb4&mc=true&node=pt40.1.33&rgn=div5&se40.1.33_130 4" \h ]). If recruiting efforts are unsuccessful, the recipient must follow the six good faith efforts.

3) **CONTRACT ADMINISTRATION PROVISIONS, 40 CFR, Section 33.302**

    The recipient agrees to comply with the contract administration provisions of [ HYPERLINK "https://www.ecfr.gov/cgi-bin/text-idx?SID=f9e6fe2fa746eba6891acee1ab460eb4&mc=true&node=pt40.1.33&rgn=div5&se40.1.33_130 2" \h ] (a)-(d) and (i).

4) **BIDDERS LIST, 40 CFR Section 33.501(b) and (c)**

    Recipients of a Continuing Environmental Program Grant or other annual reporting grant, agree to create and maintain a bidders list. Recipients of an EPA financial assistance agreement to capitalize a revolving loan fund also agree to require entities receiving identified loans to create and maintain a bidders list if the recipient of the loan is subject to, or chooses to follow, competitive bidding requirements. Please see [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-33/subpart-E/section-33.501" ] for specific requirements and exemptions.

5) **FAIR SHARE OBJECTIVES, 40 CFR, Part 33, Subpart D**

    The EPA is suspending negotiations of fair share objectives with recipients under 40 CFR Part 33, Subpart D pursuant to a class exception issued on <MONTH> <DAY>, 2025. The class

EPA_00317632

exception was authorized pursuant to the authority in [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500/subpart-B/section-1500.4"].

Recipients must negotiate with the appropriate EPA Award Official, or their designee, fair share objectives/goals for MBE and WBE participation in procurement under financial assistance agreements. The recipient is exempted if this agreement meets one or more of the exemptions outlined in [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-33/subpart-D/section-33.411"].

Applicability of Fair Share Objectives:
If the total dollar amount of the agreement or all the recipient's EPA agreements in a fiscal year is $250,000 or more.
The applicable MBE/WBE fair share objectives/goals are those negotiated with EPA for the State-lead environmental entity where the majority of the procurement activity will occur. This applies unless the recipient has been specially identified, to the year in which the procurement activity occurred.

The negotiated fair share objectives/goals are located at: [HYPERLINK "https://www.epa.gov/grants/fair-share-objectives"]
By accepting this financial assistance agreement, the recipient is accepting the fair share objectives/goals negotiated with the State-lead environmental entity and attests to the fact that they are purchasing the same or similar construction, supplies, services, and equipment, in the same or similar relevant geographic buying market.
Negotiating Fair Share Objectives/Goals, 40 CFR, Section 33.404
The recipient has the option to negotiate their own MBE/WBE fair share objectives/goals. If the recipient elects to negotiate their own MBE/WBE fair share objectives/goals, the recipient agrees to submit the proposed MBE/WBE fair share objectives/goals with the supporting availability analysis or disparity study, of qualified MBEs and WBEs in their relevant geographic buying market for construction, services, supplies, and equipment, to the Regional MBE/WBE Coordinator within 120 days of their acceptance of the assistance agreement. EPA will respond to the proposed fair share objective/goals within 30 days of receiving the submission. Failure to respond within this time frame may be considered an agreement by EPA to the fair share objectives/goals submitted by the recipient. MBE and WBE fair share objectives/goals must be agreed upon by the recipient and EPA before funds may be expended for procurement under the recipient's assistance agreement.

In accordance with 40 CFR, Part 33, Subpart D, established fair share objectives/goals remain in effect for three fiscal years unless there are significant changes to the data supporting the fair share objectives. The recipient is required to follow requirements as outlined in 40 CFR Part 33, Subpart D when renegotiating the fair share objectives/goals.
Fair Share Objectives/Goals of Loan Recipients

As a recipient of an EPA financial assistance agreement to capitalize revolving loan funds, the recipient agrees to either apply their fair share objectives/goals negotiated with EPA to identified loans using a substantially similar relevant geographic market or negotiate separate fair share objectives with their identified loan recipients. These separate fair share objectives/goals must be based on demonstrable evidence of the availability of MBEs and WBEs in accordance with 40 CFR, Part 33, Subpart D.

The recipient agrees that if procurements will occur over more than one year, the recipient may choose to apply the fair share objectives/goals in place either for the year in which the identified loan is awarded or for the year in which the procurement action occurs. The recipient must specify this choice in the financial assistance agreement or incorporate it by reference therein.

The recipient is not required to apply the fair share objectives requirements to an entity receiving an identified loan of $250,000 or less or to an entity receiving more than one identified loan with a combined total of $250,000 or less in any one fiscal year.

6) **MBE/WBE REPORTING, 40 CFR, Part 33, Subpart E**

The EPA is suspending recipient reporting requirements under 40 CFR 33.502 pursuant to a class exception issued on <MONTH> <DAY>, 2025. The class exception was authorized pursuant to the authority in [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1500/subpart-B/section-1500.4"].

When required, the recipient agrees to complete and submit a "MBE/WBE Utilization Under Federal Grants and Cooperative Agreements" report (EPA Form 5700-52A) on an annual basis. The current EPA Form 5700-52A can be found at the EPA Grantee Forms Page at [HYPERLINK "https://www.epa.gov/system/files/documents/2021-08/epa_form_5700_52a.pdf" \h].

Reporting is required for assistance agreements where funds are budgeted for procuring construction, equipment, services and supplies (including funds budgeted for direct procurement by the recipient or procurement under subawards or loans in the "Other" category) with a cumulative total that exceed the Simplified Acquisition Threshold (SAT) (currently, $250,000 however the threshold will be automatically revised whenever the SAT is adjusted; See 2 CFR Section 200.1), including amendments and/or modifications. When reporting is required, all procurement actions are reportable, not just the portion which exceeds the SAT.

Annual reports are due by October 30th of each year. Final reports are due 120 days after the conclusion of the period of performance.

This provision represents an approved exception from the MBE/WBE reporting requirements as described in [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-33/subpart-E/section-33.502"].

7) **MBE/WBE RECORDKEEPING, 40 CFR, Part 33, Subpart E**

~~The EPA is suspending recipient recordkeeping requirements under 40 CFR Part 33, Subpart E pursuant to a class exception issued on <MONTH> <DAY>, 2025. The class exception was authorized pursuant to the authority in 2 CFR, Section 1500.4(b).~~

~~The recipient agrees to comply with all recordkeeping requirements as stipulated [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-33/subpart-E/section-33.502"] including creating and maintain a bidders list, when required. Any document created as a record to demonstrate compliance with any requirements of 40 CFR Part 33 must be maintained pursuant to the requirements stated in this Subpart.~~

## Programmatic General Terms and Conditions

**28. Sufficient Progress**

EPA will measure sufficient progress by examining the performance required under the workplan in conjunction with the milestone schedule, the time remaining for performance within the project period and/or the availability of funds necessary to complete the project. EPA may terminate the assistance agreement for failure to ensure reasonable completion of the project within the project period.

**29. Copyrighted Material and Data**

In accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR8feb98c2e3e5ad2/section-200.315" ], EPA has the right to reproduce, publish, use and authorize others to reproduce, publish and use copyrighted works or other data developed under this assistance agreement for Federal purposes. This includes the right to require recipients and subrecipients to make such works available through agency-designated public access repositories.

Examples of a Federal purpose include but are not limited to: (1) Use by EPA and other Federal employees for official Government purposes; (2) Use by Federal contractors performing specific tasks for [i.e., authorized by] the Government; (3) Publication in EPA documents provided the document does not disclose trade secrets (e.g. software codes) and the work is properly attributed to the recipient through citation or otherwise; (4) Reproduction of documents for inclusion in Federal depositories; (5) Use by State, Tribal and local governments that carry out delegated Federal environmental programs as "co-regulators" or act as official partners with EPA to carry out a national environmental program within their jurisdiction and; (6) Limited use by other recipients to carry out Federal grants provided the use is consistent with the terms of EPA's authorization to the other recipient to use the copyrighted works or other data.

Under Item 6, the recipient acknowledges that EPA may authorize another recipient(s) to use the copyrighted works or other data developed under this grant as a result of:

EPA_00317635

- The selection of another recipient by EPA to perform a project that will involve the use of the copyrighted works or other data, or
- Termination or expiration of this agreement.

In addition, EPA may authorize another recipient to use copyrighted works or other data developed with Agency funds provided under this grant to perform another grant when such use promotes efficient and effective use of Federal grant funds.

**30. Patents and Inventions**

Rights to inventions made under this assistance agreement are subject to federal patent and licensing regulations, which are codified at Title [HYPERLINK "https://www.ecfr.gov/current/title-37/chapter-IV/part-401"] and Title 35 USC Sections 200-212.

Pursuant to the Bayh-Dole Act (set forth in 35 USC 200-212), EPA retains the right to a worldwide, nonexclusive, nontransferable, irrevocable, paid-up license to practice the invention owned by the assistance agreement holder, as defined in the Act. To streamline the invention reporting process and to facilitate compliance with the Bayh-Dole Act, the recipient must utilize the Interagency Edison extramural invention reporting system at [ HYPERLINK "https://www.nist.gov/iedison" \h ] Annual utilization reports must be submitted through the system. The recipient is required to notify the Project Officer identified on the award document when an invention report, patent report, or utilization report is filed at [ HYPERLINK "https://www.nist.gov/iedison" \h ] EPA elects not to require the recipient to provide a report prior to the close-out of a funding agreement listing all subject inventions or stating that there were none.

In accordance with Executive Order 12591, as amended, government owned and operated laboratories can enter into cooperative research and development agreements with other federal laboratories, state and local governments, universities, and the private sector, and license, assign, or waive rights to intellectual property "developed by the laboratory either under such cooperative research or development agreements and from within individual laboratories."

**31. Acknowledgement Requirements for Non-ORD Assistance Agreements**

The recipient agrees that any reports, documents, publications, or other materials developed for public distribution supported by this assistance agreement shall contain the following statement: "This project has been funded wholly or in part by the United States Environmental Protection Agency under assistance agreement (number) to (recipient). The contents of this document do not necessarily reflect the views and policies of the Environmental Protection Agency, nor does the Environmental Protection Agency endorse trade names or recommend the use of commercial products mentioned in this document, as well as any images, video, text, or other content created by generative artificial intelligence tools, nor does any such content necessarily reflect the views and policies of the Environmental Protection Agency."

EPA_00317636

Recipients of EPA Office of Research Development (ORD) research awards must follow the acknowledgement requirements outlined in the research T&Cs available at: [ HYPERLINK "https://www.nsf.gov/awards/managing/rtc.jsp" \h ]. In accordance with the [ HYPERLINK "https://www.nsf.gov/bfa/dias/policy/fedrtc/rtcoverlay_nov20.pdf" ], recipients of EPA ORD research must abide by the research T&Cs.

**32. Electronic and Information Technology Accessibility**

Recipients are subject to the program accessibility provisions of Section 504 of the Rehabilitation Act, codified in [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-A/part-7"], which includes an obligation to provide individuals with disabilities reasonable accommodations and an equal and effective opportunity to benefit from or participate in a program, including those offered through electronic and information technology ("EIT"). In compliance with Section 504, EIT systems or products funded by this award must be designed to meet the diverse needs of users (e.g., U.S. public, recipient personnel) without barriers or diminished function or quality. Systems shall include usability features or functions that accommodate the needs of persons with disabilities, including those who use assistive technology. At this time, the EPA will consider a recipient's websites, interactive tools, and other EIT as being in compliance with Section 504 if such technologies meet standards established under Section 508 of the Rehabilitation Act, codified at [HYPERLINK "https://www.ecfr.gov/current/title-36/chapter-XI/part-1194"]. While Section 508 does not apply directly to grant recipients, we encourage recipients to follow either the 508 guidelines or other comparable guidelines that concern accessibility to EIT for individuals with disabilities.

Recipients may wish to consult the latest Section 508 guidelines issued by the U.S. Access Board or W3C's Web Content Accessibility Guidelines (WCAG) 2.0 (see [ HYPERLINK "https://www.access-board.gov/about/policy/accessibility.html" \h ] [ HYPERLINK "https://www.access-board.gov/about/policy/accessibility.html" \h ]).

**33. Human Subjects**

Human subjects research is any activity that meets the regulatory definitions of both research AND human subject. Research is a systematic investigation, including research development, testing and evaluation, designed to develop or contribute to generalizable knowledge. Human subject means a living individual about whom an investigator (whether professional or student) conducting research: (i) Obtains information or biospecimens through intervention or interaction with the individual, and uses, studies, or analyzes the information or biospecimens; or (ii) Obtains, uses, studies, analyzes, or generates identifiable private information or identifiable biospecimens [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-A/part-26/subpart-A/section-26.102" ].

No research involving human subjects shall be conducted under this agreement without prior written approval of the EPA Human Subject Research Review Official (HSRRO) to proceed with that research. If engaged in human subjects' research as part of this agreement, the recipient agrees to comply with all applicable provisions of EPA Regulation 40 CFR 26 (Protection of Human Subjects).

EPA_00317637

This includes, at Subpart A, the Basic Federal Policy for the Protection of Human Research Subjects, also known as the Common Rule. It also includes, at Subparts B, C, and D, prohibitions and additional protections for children, nursing women, pregnant women, and fetuses in research conducted or supported by EPA.

The recipient further agrees to comply with EPA's procedures for oversight of the recipient's compliance with 40 CFR 26, as given in EPA Order 1000.17A (Policy and Procedures on Protection of Human Research Subjects in EPA Conducted or Supported Research). As per this order, no human subject may be involved in any research conducted under this assistance agreement, including recruitment, until the research has been approved or determined to be exempt by the EPA HSRRO after review of the approval or exemption determination of the Institutional Review Board(s) (IRB(s)) with jurisdiction over the research under 40 CFR 26.

For HSRRO approval, the recipient must forward to the Project Officer: (1) copies of all documents upon which the IRB(s) with jurisdiction based their approval(s) or exemption determination(s), (2) copies of the IRB approval or exemption determination letter(s), (3) copy of the IRB-approved consent forms and subject recruitment materials, if applicable, and (4) copies of all supplementary IRB correspondence.

Following the initial approvals indicated above, the recipient must, as part of the annual report(s), provide evidence of continuing review and approval of the research by the IRB(s) with jurisdiction, as required by [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-A/part-26/subpart-A/section-26.109" ]. Materials submitted to the IRB(s) for their continuing review and approval are to be provided to the EPA HSRRO via the Project Officer upon IRB approval. During the course of the research, investigators must promptly report any unanticipated problems involving risk to subjects or others according to requirements set forth by the IRB. In addition, any event that is significant enough to result in the removal of the subject from the study should also be reported to the EPA HSRRO via the Project Officer, even if the event is not reportable to the IRB of record.

**34. Animal Subjects**
The recipient agrees to comply with the Animal Welfare Act of 1966 (P.L. 89-544), as amended, 7 USC 2131- 2156. Recipient also agrees to abide by the "U.S. Government Principles for the Utilization and Care of Vertebrate Animals used in Testing, Research, and Training." (Federal Register 50(97): 20864-20865. May 20,1985). The nine principles can be viewed at [ HYPERLINK "https://olaw.nih.gov/policies-laws/phs-policy.htm" \h ]. For additional information about the Principles, the recipient should consult the [ HYPERLINK "https://pubmed.ncbi.nlm.nih.gov/21595115/" \h ] [ HYPERLINK "https://pubmed.ncbi.nlm.nih.gov/21595115/" \h ] prepared by the Institute of Laboratory Animal Resources, National Research Council.

**35. Light Refreshments and/or Meals**

EPA_00317638

**(a) APPLICABLE TO ALL AGREEMENTS EXCEPT STATE CONTINUING ENVIRONMENTAL PROGRAMS (AS DESCRIBED BELOW):**

Unless the event(s) and all of its components are described in the approved workplan, the recipient agrees to obtain prior approval from EPA for the use of grant funds for light refreshments and/or meals served at meetings, conferences, training workshops and outreach activities (events). The recipient must send requests for approval to the EPA Project Officer and include:

   **(1)** An estimated budget and description for the light refreshments, meals, and/or beverages to be served at the event(s)
   **(2)** A description of the purpose, agenda, location, length, and timing for the event, and
   **(3)** An estimated number of participants in the event and a description of their roles

Costs for light refreshments and meals for recipient staff meetings and similar day-to-day activities are not allowable under EPA assistance agreements.

Recipients may address questions about whether costs for light refreshments, and meals for events may be allowable to the recipient's EPA Project Officer; however, the Agency Award Official or Grant Management Officer will make final determinations on allowability. Agency policy prohibits the use of EPA funds for receptions, banquets and similar activities that take place after normal business hours unless the recipient has provided a justification that has been expressly approved by EPA's Award Official or Grants Management Officer.

EPA funding for meals, light refreshments, and space rental may not be used for any discrete portion of an event or meeting, such as a reception, banquet, or another similar entertainment-oriented activity, where alcohol is served, purchased, or otherwise available as part of the discrete portion of the event or meeting, even if EPA funds are not used to purchase the alcohol. This restriction does not prohibit a recipient from using its own funds, private donations, or separate fees charged to the meeting attendees (that are not program income) for discrete portions of events or meetings, such as receptions, banquets, or another similar entertainment-oriented activity where alcohol is served.

Note: U.S. General Services Administration regulations define light refreshments for morning, afternoon, or evening breaks to include, but not be limited to, coffee, tea, milk, juice, soft drinks, donuts, bagels, fruit, pretzels, cookies, chips, or muffins. ([HYPERLINK "https://www.ecfr.gov/current/title-41/subtitle-F/chapter-301/subchapter-D/part-301-74/subpart-A/section-301-74.7"])

**(b) FOR STATE CONTINUING ENVIROMENTAL PROGRAM GRANT RECIPIENTS EXCLUDING STATE UNIVERSITIES:**

If the state maintains systems capable of complying with federal grant regulations at [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRed1f39f9b3d4e72/section-200.432"] and [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRed1f39f9b3d4e72/section-200.438"],

EPA_00317639

EPA has waived the prior approval requirements for the use of EPA funds for light refreshments and/or meals served at meetings, conferences, and training, as described in paragraph (a) above. The state may follow its own procedures without requesting prior approval from EPA. However, notwithstanding state policies, EPA funds may not be used for (1) Meetings (e.g. routine staff meetings) that do not meet the definition of "Conference" in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRed1f39f9b3d4e72/section-200.432" ], (2) evening receptions, or (2) other evening events (with the exception of working meetings). Examples of working meetings include those evening events in which small groups discuss technical subjects on the basis of a structured agenda or there are presentations being conducted by experts. EPA funds for meals, light refreshments, and space rental may not be used for any portion of an event (including evening working meetings) where alcohol is served, purchased, or otherwise available as part of the event or meeting, even if EPA funds are not used to purchase the alcohol.

By accepting this award, the state is certifying that it has systems in place (including internal controls) to comply with the requirements described above.

## 36. Tangible Personal Property

### 36.1 Reporting

Pursuant to [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR8feb98c2e3e5ad2/section-200.312"] and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR8feb98c2e3e5ad2/section-200.314" ], property reports, if applicable, are required for Federally-owned property in the custody of a recipient or subrecipient upon completion of the Federal award or when the property is no longer needed. Additionally, upon termination or completion of the project, residual unused supplies with a total aggregate fair market value exceeding $10,000 not needed for any other Federally-funded programs or projects must be reported. For Superfund awards under Subpart O, refer to [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-35/subpart-O/subject-group-ECFRde50d352b12a592/section-35.6340"] and [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-35/subpart-O/subject-group-ECFRbdfab940a28f830/section-35.6660" ] for property reporting requirements. Recipients should utilize the Tangible Personal Property Report form series (SF-428) to report tangible personal property.

### 36.2 Disposition

**36.2.1. Most Recipients or Subrecipients.** Consistent with [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR8feb98c2e3e5ad2/section-200.313"], unless instructed otherwise on the official award document, this award term, or at closeout, the recipient or subrecipient, including a subrecipient of a State or an Indian Tribe, may keep the equipment and continue to use it on the project originally funded through this assistance agreement or on other federally funded projects whether or not the project or program continues to be supported by Federal funds.

EPA_00317640

**36.2.2.  State Agencies.** Per [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.313" \l "p-200.313(b)" ], recipients that are State agencies must manage and dispose of equipment acquired under this assistance agreement in accordance with state laws and procedures.

**36.2.3.  Indian Tribes.** Per [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.313" \l "p-200.313(b)" ], recipients that are Indian Tribes must manage and dispose of equipment acquired under this assistance agreement in accordance with tribal laws and procedures. If such laws and procedures do not exist, Indian Tribes, unless instructed otherwise on the official award document or at closeout, may keep the equipment and continue to use it on the project originally funded through this assistance agreement or on other federally funded projects whether or not the project or program continues to be supported by Federal funds.

**36.2.4.  Superfund Recipients.** Equipment purchased for Superfund projects under Subpart O is subject to specific disposal options in accordance with [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-35/subpart-O/subject-group-ECFRde50d352b12a592/section-35.6345"].

## 37. Dual Use Research of Concern (DURC)

The recipient agrees to conduct all life science research\* in compliance with[ HYPERLINK "https://www.epa.gov/research/epa-order-100019-policy-and-procedures-managing-dual-use-research-concern" \h ] [ HYPERLINK "https://www.epa.gov/research/epa-order-100019-policy-and-procedures-managing-dual-use-research-concern" \h ] (EPA DURC Order) and[ HYPERLINK "http://www.phe.gov/s3/dualuse/Documents/durc-policy.pdf" \h ] [ HYPERLINK "http://www.phe.gov/s3/dualuse/Documents/durc-policy.pdf" \h ] *(iDURC Policy)*. If the recipient is an institution within the United States that receives funding through this agreement, or from any other source, the recipient agrees to comply with the iDURC Policy if they conduct or sponsor research involving any of the agents or toxins identified in Section 6.2.1 of the iDURC Policy. If the institution is outside the United States and receives funding through this agreement to conduct or sponsor research involving any of those same agents or toxins, the recipient agrees to comply with the iDURC Policy. The recipient agrees to provide any additional information that may be requested by EPA regarding DURC and iDURC. The recipient agrees to immediately notify the EPA Project Officer should the project use or introduce use of any of the agents or toxins identified in the iDURC Policy. The recipient's Institution/Organization must also comply with USG iDURC policy and EPA DURC Order and will inform the appropriate government agency if funded by such agency of research with the agents or toxins identified in Section 6.2.1 of the iDURC Policy. If privately funded the recipient agrees to notify the National Institutes of Health at [ HYPERLINK "mailto:DURC@od.nih.gov" \h ]

\* *"Life Sciences Research,"* for purposes of the EPA DURC Order, and based on the definition of research in [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-A/part-26/subpart-A/section-26.102" \l "p-26.102(d)" ], is a systematic investigation designed to develop or contribute to generalizable knowledge involving living organisms (e.g., microbes, human beings, animals, and plants) and their products. EPA does not consider the following activities to be research: routine

EPA_00317641

product testing, quality control, mapping, collection of general-purpose statistics, routine monitoring and evaluation of an operational program, observational studies, and the training of scientific and technical personnel. [Note: This is consistent with Office of Management and Budget Circular A-11.]

**38. Research Misconduct**

In accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR36520e4111dce32/section-200.329" ], the recipient and subrecipient agree to notify the EPA Project Officer in writing about research misconduct involving research activities that are supported in whole or in part with EPA funds under this project. EPA defines research misconduct as fabrication, falsification, or plagiarism in proposing, performing, or reviewing research, or in reporting research results [65 FR 76262. I], or ordering, advising or suggesting that subordinates engage in research misconduct. The recipient agrees to:

**(1)** Immediately notify the EPA Project Officer who will then inform the EPA Office of Inspector General (OIG) if, at any time, an allegation of research misconduct falls into one of the categories listed below:

  **A.** Public health of safety is at risk
  **B.** Agency resources or interests are threatened
  **C.** Circumstances where research activities should be suspended
  **D.** There is a reasonable indication of possible violations of civil or criminal law
  **E.** Federal action is required to protect the interests of those involved in the investigation
  **F.** The research entity believes that the inquiry or investigation may be made public prematurely so that appropriate steps can be taken to safeguard evidence and protect the rights of those involved
  **G.** Circumstances where the research community or public should be informed. [65 FR 76263.III]

**(2)** Report other allegations to the OIG when they have conducted an inquiry and determined that there is sufficient evidence to proceed with an investigation. [65 FR 76263. III]

**39. Scientific Integrity Terms and Conditions**

The recipient agrees to comply with [ HYPERLINK "https://www.epa.gov/osa/policy-epa-scientific-integrity" \h ] when conducting, supervising, and communicating science and when using or applying the results of science. For purposes of this award condition scientific activities include, but are not limited to, computer modelling, economic analysis, field sampling, laboratory experimentation, demonstrating new technology, statistical analysis, and writing a review article on a scientific issue. The recipient agrees to:

**39.1 Scientific Products**

  **39.1.1.** Produce scientific products of the highest quality, rigor, and objectivity, by adhering to applicable EPA [ HYPERLINK "https://www.epa.gov/quality/frequent-questions-about-epas-quality-system" \l "tab-11" \h ], [ HYPERLINK "https://www.epa.gov/irmpoli8/environmental-information-quality-policy" \h ], and peer review policy.

EPA_00317642

**39.1.2.** Prohibit all recipient employees, contractors, and program participants, including scientists, managers, and other recipient leadership, from suppressing, altering, or otherwise impeding the timely release of scientific findings or conclusions.

**39.1.3.** Adhere to [ HYPERLINK "https://www.epa.gov/osa/peer-review-handbook-4th-edition-2015" \h ] for the peer review of scientific and technical work products generated through EPA grants or cooperative agreements which, by definition, are not primarily for EPA's direct use or benefit.

**39.2 Scientific Findings**

**39.2.1.** Require that reviews regarding the content of a scientific product that are conducted by the project manager and other recipient managers and the broader management chain be based only on scientific quality considerations, e.g., the methods used are clear and appropriate, the presentation of results and conclusions is impartial.

**39.2.2.** Ensure scientific findings are generated and disseminated in a timely and transparent manner, including scientific research performed by employees, contractors, and program participants, who assist with developing or applying the results of scientific activities.

**39.2.3.** Include, when communicating scientific findings, an explication of underlying assumptions, accurate contextualization of uncertainties, and a description of the probabilities associated with both optimistic and pessimistic projections, if applicable.

**39.2.4.** Document the use of independent validation of scientific methods.

**39.2.5.** Document any independent review of the recipient's scientific facilities and testing activities, as occurs with accreditation by a nationally or internationally recognized sanctioning body.

**39.2.6.** Make scientific information available online in open formats in a timely manner, including access to data and non-proprietary models.

**39.3 Scientific Misconduct**

**39.3.1.** Prohibit intimidation or coercion of scientists to alter scientific data, findings, or professional opinions or non-scientific influence of scientific advisory boards. In addition, recipient employees, contractors, and program participants, including scientists, managers, and other leadership, shall not knowingly misrepresent, exaggerate, or downplay areas of scientific uncertainty.

**39.3.2.** Prohibit retaliation or other punitive actions toward recipient employees who uncover or report allegations of scientific and research misconduct, or who express a differing scientific opinion. Employees who have allegedly engaged in scientific or research misconduct shall be afforded the due process protections provided by law, regulation, and applicable collective bargaining agreements, prior to any action. Recipients shall ensure that all employees and contractors of the recipient shall be familiar with these protections and avoid the appearance of retaliatory actions.

**39.3.3.** Require all recipient employees, contractors, and program participants to act honestly and refrain from acts of research misconduct, including publication or reporting, as described in [ HYPERLINK "https://www.epa.gov/osa/epa-order-policy-and-procedures-addressing-research-misconduct" \h ], Section 9.C. Research misconduct does not include honest error or differences of opinion. While EPA retains the ultimate oversight authority for EPA-supported research, grant

EPA_00317643

recipients conducting research bear primary responsibility for prevention and detection of research misconduct and for the inquiry, investigation, and adjudication of research misconduct alleged to have occurred in association with their own institution.

**39.3.4.** Take the actions required on the part of the recipient described in the EPA's Policy and Procedures for Addressing Research Misconduct, Sections 6 through 9, when research misconduct is suspected or found.

**39.4 Additional Resources**

For more information about the Scientific Integrity Policy, an introductory video can be accessed at: [ HYPERLINK "https://youtu.be/FQJCy8BXXq8" \h ] A training video is available at: [ HYPERLINK "https://youtu.be/Zc0T7foootB" \h ]

**40. Post-Award Disclosure of Current and Pending Support on Research Grants**

The recipient is required to notify EPA if there has been a change in support for senior/key persons since submission of its application or the last reporting period in the performance report. If there has been a change, the recipient must report the change within 30 calendar days to the EPA Project Officer. The information should also be included in the next due performance report. If there has been a change, submit a revised current and pending support form (see 'EPA Current and Pending Support'). Senior/key persons must certify that the information contained in the updated current and pending support form is current, accurate, and complete. For additional details on what information needs to be disclosed, please see NSTC Pre-award and Post-award disclosures Relating to the Biographical Sketch and Current and Pending (Other) Support at [ HYPERLINK "https://www.nsf.gov/bfa/dias/policy/nstc_disclosure.jsp" ].

EPA may consult with the Lead/Contact PI and the Authorized Organization Representative (AOR), if necessary, to determine the impact of the new information on the EPA-funded research grant and, where necessary, take appropriate action.

If the recipient discovers that a senior/key person on an active EPA grant failed to disclose current and pending support information or provided inaccurate information as part of the proposal submission process, it must submit a revised current and pending support form (see 'EPA Current and Pending Support') to the EPA Project Officer within 30 calendar days of the identification of the undisclosed or inaccurate current and pending information.

**41. Procurement of Synthetic Nucleic Acids and Benchtop Nucleic Acid Synthesis Equipment**

Beginning on April 26, 2025, the recipient must procure synthetic nucleic acids and benchtop nucleic acid synthesis equipment, as defined in the [ HYPERLINK "https://www.whitehouse.gov/wp-content/uploads/2024/04/Nucleic-Acid_Synthesis_Screening_Framework.pdf" ], from providers or manufacturers that attest to adhering to the Framework. The attestation may be posted on a public website or provided directly to the recipient upon request. The recipient must include this requirement in all lower tier agreements (for example subrecipients or subcontractors).

EPA_00317644

**Public Policy Requirements**

**42. Civil Rights Obligations**

This term and condition incorporates by reference the signed assurance provided by the recipient's authorized representative on: 1) EPA Form 4700-4, "Preaward Compliance Review Report for All Applicants and Recipients Requesting EPA Financial Assistance"; and 2) Certifications and Representations in SAM.gov or Standard Form 424D, as applicable.

These assurances and this term and condition obligate the recipient to comply fully with applicable civil rights statutes and implementing federal and EPA regulations.

**(a) Statutory Requirements**

    **i.** In carrying out this agreement, the recipient must comply with:

        **1)** Title VI of the Civil Rights Act of 1964, which prohibits discrimination based on race, color, and national origin, by entities receiving Federal financial assistance.

        **2)** Section 504 of the Rehabilitation Act of 1973, which prohibits discrimination against persons with disabilities by entities receiving Federal financial assistance; and

        **3)** The Age Discrimination Act of 1975, which prohibits age discrimination by entities receiving Federal financial assistance.

    **ii.** If the recipient is an education program or activity (e.g., school, college, or university) or if the recipient is conducting an education program or activity under this agreement, it must also comply with:

        **1)** Title IX of the Education Amendments of 1972, which prohibits discrimination on the basis of sex in education programs and activities operated by entities receiving Federal financial assistance. For further information about your compliance obligations regarding Title IX, see [ HYPERLINK "https://www.justice.gov/crt/title-ix" \h ]

    **iii.** If this agreement is funded with financial assistance under the Clean Water Act (CWA), the recipient must also comply with:

        **1)** Section 13 of the Federal Water Pollution Control Act Amendments of 1972, which prohibits discrimination on the basis of sex in CWA-funded programs or activities.

**(b) Regulatory Requirements**

    **i.** The recipient agrees to comply with all applicable EPA civil rights regulations, including:

        **1)** For Title IX obligations, 40 C.F.R. Part 5; and

        **2)** For Title VI, Section 504, Age Discrimination Act, and Section 13 obligations, [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-A/part-7"].

        **Note that for financial assistance awarded to any entity, including any subrecipient, in the State of Louisiana,** pursuant to a permanent injunction issued by the U.S. District Court for the Western District of Louisiana, EPA will not impose any disparate-impact or cumulative-impact-analysis requirements under Title VI of the Civil Rights Act of 1964 in any pre-award assurances or terms and conditions accompanying the application for and receipt of this grant award.

EPA_00317645

3)  The statutory and national policy requirements at [ HYPERLINK
    "https://www.ecfr.gov/current/title-2/part-200/section-200.300" \l "p-200.300(a)" ].

4)  For Federal awards that are subject to a Federal statute prohibiting discrimination based
    on sex, the Federal agency or pass-through entity must ensure that the award is
    administered ~~in a way that does not unlawfully discriminate based on sexual orientation
    or gender identity consistent with the Supreme Court's reasoning in *Bostock v Clayton
    County*, 140 S. Ct. 1731 (2020),~~ in accordance with [ HYPERLINK
    "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/section-
    200.300" \l "p-200.300(a)" ].

5)  As noted on the EPA Form 4700-4 signed by the recipient's authorized representative,
    these regulations establish specific requirements as applicable, including, but not limited
    to collecting, maintaining, and providing upon request compliance information,
    establishing grievance procedures, designating a Civil Rights Coordinator, and providing
    notices of non-discrimination.

(c) **Title VI – Limited English Proficiency (LEP), Public Participation and Affirmative Compliance
    Obligation**

i.   As a recipient of EPA financial assistance, you are required by Title VI of the Civil Rights Act to
     take reasonable steps to provide meaningful access to LEP individuals. In implementing that
     requirement, the recipient may refer to the EPA document entitled "Guidance to
     Environmental Protection Agency Financial Assistance Recipients Regarding Title VI
     Prohibition Against National Origin Discrimination Affecting Limited English Proficient
     Persons." The Guidance can be found at: [ HYPERLINK
     "https://www.federalregister.gov/documents/2004/06/25/04-14464/guidance-to-environmental-
     protection-agency-financial-assistance-recipients-regarding-title-vi" \h ] [ HYPERLINK
     "https://www.federalregister.gov/documents/2004/06/25/04-14464/guidance-to-environmental-
     protection-agency-financial-assistance-recipients-regarding-title-vi" \h ].

ii.  If the recipient is administering permitting programs under this agreement, the recipient
     may refer to EPA's "Title VI Public Involvement Guidance for EPA Assistance Recipients
     Administering Environmental Permitting Programs." The Guidance can be found at: [
     HYPERLINK "https://www.govinfo.gov/content/pkg/FR-2006-03-21/pdf/06-2691.pdf" \h ].

iii. In accepting this assistance agreement, the recipient acknowledges it has an affirmative
     obligation to implement effective federal civil rights compliance programs, as required by
     EPA's nondiscrimination regulations at 40 C.F.R. Parts 5 and 7, and ensure that it does not
     discriminate in its programs and activities in violation of federal civil rights laws and
     regulations. The recipient must be prepared to demonstrate to EPA that such compliance
     programs exist and are being implemented, or to otherwise demonstrate how it is meeting
     its federal civil rights obligations. For further assistance on civil rights compliance, the
     recipient may refer to the EPA document entitled, "Civil Rights Guidance on Procedural
     Safeguards: Requirements and Best Practices." The Guidance can be found at: [ HYPERLINK
     "https://www.epa.gov/external-civil-rights/civil-rights-guidance-procedural-safeguards" ][ HYPERLINK

EPA_00317646

"http://www.epa.gov/system/files/documents/2024-08/civil-rights-guidance-on-procedural-safeguards-august-2024.pdf" ].

**43. Drug-Free Workplace**

The recipient organization of this EPA assistance agreement must make an ongoing, good faith effort to maintain a drug-free workplace pursuant to the specific requirements set forth in Title [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1536/subpart-B" ]. Additionally, in accordance with these regulations, the recipient organization must identify all known workplaces under its federal awards and keep this information on file during the performance of the award.

Those recipients who are individuals must comply with the drug-free provisions set forth in Title [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1536/subpart-C"].

The consequences for violating this condition are detailed under Title [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1536/subpart-E?toc=1" \h ] Recipients can access the Code of Federal Regulations (CFR) Title 2 Part 1536 at [ HYPERLINK "http://www.ecfr.gov/" \h ]

**44. Hotel-Motel Fire Safety**

Pursuant to U.S.C. 2225a, the recipient agrees to ensure that all space for conferences, meetings, conventions, or training seminars funded in whole or in part with federal funds complies with the protection and control guidelines of the Hotel and Motel Fire Safety Act (PL 101-391, as amended). Recipients may search the Hotel-Motel National Master List at [ HYPERLINK "https://apps.usfa.fema.gov/hotel/" \h ] to see if a property is in compliance, or to find other information about the Act.

**45. Lobbying Restrictions**

a) **This assistance agreement is subject to lobbying restrictions as described below. Applicable to all assistance agreements:**

    i.   The chief executive officer of this recipient agency shall ensure that no grant funds awarded under this assistance agreement are used to engage in lobbying of the Federal Government or in litigation against the U.S. unless authorized under existing law. The recipient shall abide by the Cost Principles available at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200?toc=1" ] which generally prohibits the use of federal grant funds for litigation against the U.S. or for lobbying or other political activities.

    ii.  The recipient agrees to comply with Title [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-B/part-34"], New Restrictions on Lobbying. The recipient shall include the language of this provision in award documents for all subawards exceeding $100,000 and require that subrecipients submit certification and disclosure forms accordingly.

EPA_00317647

iii. In accordance with the Byrd Anti-Lobbying Amendment, any recipient who makes a prohibited expenditure under Title 40 CFR Part 34 or fails to file the required certification or lobbying forms shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such expenditure.

iv. Contracts awarded by a recipient shall contain, when applicable, the anti-lobbying provision as stipulated in the contract provisions provided in  [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/appendix-Appendix%20II%20to%20Part%20200" ].

v. By accepting this award, the recipient affirms that it is not a nonprofit organization described in Section 501(c)(4) of the Internal Revenue Code of 1986 as required by Section 18 of the Lobbying Disclosure Act; or that it is a nonprofit organization described in Section 501(c)(4) of the Code but does not and will not engage in lobbying activities as defined in Section 3 of the Lobbying Disclosure Act. Nonprofit organizations exempt from taxation under section 501(c)(4) of the Internal Revenue Code that engage in lobbying activities are ineligible for EPA subawards.

**b) Applicable to assistance agreements when the amount of the award is over $100,000:**

i. By accepting this award, the recipient certifies, to the best of its knowledge and belief that:

1) No Federal appropriated funds have been or will be paid, by or on behalf of the recipient, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, or any employee of a Member of Congress in connection with this Federal grant or cooperative agreement, the recipient shall complete and submit the linked [ HYPERLINK "https://www.epa.gov/grants/epa-grantee-forms" \h ] [ HYPERLINK "https://www.epa.gov/grants/epa-grantee-forms" \h ]" in accordance with its instructions.

3) The recipient shall require that the language of this certification be included in the award documents for all subawards exceeding $100,000 at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

ii. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title

EPA_00317648

31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each failure.

**46. Recycled Paper**

When directed to provide paper documents, the recipient agrees to use recycled paper and double-sided printing for all reports which are prepared as a part of this agreement and delivered to EPA. This requirement does not apply to reports prepared on forms supplied by EPA.

**47. Resource Conservation and Recovery Act**

Consistent with goals of section 6002 of RCRA (42 U.S.C. 6962), State and local institutions of higher education, hospitals and non-profit organization recipients agree to give preference in procurement programs to the purchase of specific products containing recycled materials, as identified in [HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-I/part-247"].

    a)   Consistent with section 6002 of RCRA (42 U.S.C. 6962) and [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR45ddd4419ad436d/section-200.323"], the recipient or subrecipient that is a State agency or agency of a political subdivision of a State and its contractors are required to purchase certain items made from recycled materials, as identified in 40 CFR Part 247, when the purchase price exceeds $10,000 during the course of a fiscal year or where the quantity of such items acquired in the course of the preceding fiscal year was $10,000 or more. Pursuant to [ HYPERLINK "https://www.ecfr.gov/current/title-40/chapter-I/subchapter-I/part-247/subpart-A/section-247.2" ], the recipient or subrecipient may decide not to procure such items if they are not reasonably available in a reasonable period of time; fail to meet reasonable performance standards; or are only available at an unreasonable price.

    b)   ~~The recipient or subrecipient should, to the greatest extent practicable and consistent with law, purchase, acquire, or use products and services that can be reused, refurbished, or recycled; contain recycled content, are biobased, or are energy and water efficient; and are sustainable. This may include purchasing compostable items and other products and services that reduce the use of single-use plastic products per Executive Order 14057, section 101. Policy.~~

**48. Trafficking in Persons**

    a)  **Provisions applicable to a recipient that is a private entity receiving funds under the award.**

        i.   The recipient, the recipient's employees, subrecipients under this award, and subrecipients' employees may not engage in:

            1)  Severe forms of trafficking in persons

            2)  The procurement of a commercial sex act during the period of time that this award or any subaward is in effect;

            3)  The use forced labor in the performance of this award or any subaward; or

EPA_00317649

4) Acts that directly support or advance trafficking in persons, including the following acts:

   i. Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;

   ii. Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:

      A. Exempted from the requirement to provide or pay for such return transportation by the Federal department or agency providing or entering into the grant or cooperative agreements; or

      B. The employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;

   iii. Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;

   iv. Charging recruited employees a placement or recruitment fee; or

   v. Providing or arranging housing that fails to meet the host country's housing and safety standards.

ii. EPA may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if any private entity under this award:

   1) Is determined to have violated a prohibition in paragraph 47.a.i. of this award term; or

   2) Has an employee that is determined by the agency official authorized to terminate the award to have violated a prohibition in paragraph 47.a.i. of this award term through conduct that is either:

      i. Associated with the performance under this award; or

      ii. Imputed to the recipient or subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-180"], ''OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Non- procurement),'' as implemented by EPA at [HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1532"].

b) **Provision applicable to a recipient other than a private entity.** EPA may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C. 7104b(c), without penalty, if a subrecipient that is a private entity under this award:

   i. Is determined to have violated an applicable prohibition in paragraph 48.a.i. of this award term; or

   ii. Has an employee that is determined to have violated a prohibition in paragraph 48.a.i. of this award term through conduct that is either:

EPA_00317650

      **1)** Associated with the performance under this award; or

      **2)** Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR Part 180, ''OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement),'' as implemented by EPA at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-B/chapter-XV/part-1532" ].

**c)** **Provisions applicable to any recipient**

    **i.** The recipient must inform the EPA and the EPA's Office of Inspector General immediately of any information received from any source alleging a violation of a prohibition in paragraph 48.a.i. of this award term.

    **ii.** The EPA's right to terminate unilaterally that is described in paragraphs 48.a. and 48.b.:

      **1)** Implements the requirements of 22 U.S.C. Chapter 78, and

      **2)** Is in addition to all other remedies for noncompliance that are available to the EPA under this award.

    **iii.** The recipient must include the requirements of paragraph 48.a.1. of this award term in any subaward made to a private entity.

    **iv.** If applicable, the recipient must also comply with the compliance plan and certification requirements in [ HYPERLINK "https://www.ecfr.gov/current/title-21/chapter-I/subchapter-B/part-175/subpart-B/section-175.105" ].

**d)** **Definitions.** For purposes of this award term:

    **i.** "Employee" means either:

      **1)** An individual employed by you or a subrecipient who is engaged in the performance of the project or program under this award; or

      **2)** Another person engaged in the performance of the project or program under this award and not compensated by the recipient including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing requirements.

    **ii.** "Private Entity" means any entity, including for-profit organizations, nonprofit organizations, institutions of higher education, and hospitals. The term does not include foreign public entities, Indian Tribes, local governments, or states as defined in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-A/subject-group-ECFR2a6a0087862fd2c/section-200.1" ]

    **iii.** The terms "severe forms of trafficking in persons," "commercial sex act," "sex trafficking," "Abuse or threatened abuse of law or legal process," "coercion," "debt bondage," and involuntary servitude" have the meanings given at section 103 of the Trafficking Victims Protection Act of 2000, as amended (22 U.S.C. 7102).

**49. Build America, Buy America – Required Use of American Iron, Steel, Manufactured Products, and Construction Materials (effective October 23, 2023, and forward)**

EPA_00317651

***Buy America Preference.*** Recipients of an award of Federal financial assistance from a program for infrastructure are hereby notified that none of the funds provided under this award may be used for an infrastructure project unless:

**(1)** All iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States;

**(2)** All manufactured products used in the project are produced in the United States— this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard that meets or exceeds this standard has been established under applicable law or regulation for determining the minimum amount of domestic content of the manufactured product; and

**(3)** All construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. The construction material standards are listed below.

***Incorporation into an infrastructure project.*** The Buy America Preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America Preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project, but are not an integral part of the structure or permanently affixed to the infrastructure project.

***Categorization of articles, materials, and supplies.*** An article, material, or supply should only be classified into one of the following categories: (i) Iron or steel products; (ii) Manufactured products; (iii) Construction materials; or (iv) Section 70917(c) materials. An article, material, or supply should not be considered to fall into multiple categories. In some cases, an article, material, or supply may not fall under any of the categories listed in this paragraph. The classification of an article, material, or supply as falling into one of the categories listed in this paragraph must be made based on its status at the time it is brought to the work site for incorporation into an infrastructure project. In general, the work site is the location of the infrastructure project at which the iron, steel, manufactured products, and construction materials will be incorporated.

***Application of the Buy America Preference by category.*** An article, material, or supply incorporated into an infrastructure project must meet the Buy America Preference for only the single category in which it is classified.

Page 47 of 51

***Determining the cost of components for manufactured products***. In determining whether the cost of components for manufactured products is greater than 55 percent of the total cost of all components, use the following instructions:

   **(a)** For components purchased by the manufacturer, the acquisition cost, including transportation costs to the place of incorporation into the manufactured product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

   **(b)** For components manufactured by the manufacturer, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (a), plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the manufactured product.

***Construction material standards.*** The Buy America Preference applies to the following construction materials incorporated into infrastructure projects. Each construction material is followed by a standard for the material to be considered "produced in the United States." Except as specifically provided, only a single standard should be applied to a single construction material.

   **(1)** Non-ferrous metals. All manufacturing processes, from initial smelting or melting through final shaping, coating, and assembly, occurred in the United States.

   **(2)** Plastic and polymer-based products. All manufacturing processes, from initial combination of constituent plastic or polymer-based inputs, or, where applicable, constituent composite materials, until the item is in its final form, occurred in the United States.

   **(3)** Glass. All manufacturing processes, from initial batching and melting of raw materials through annealing, cooling, and cutting, occurred in the United States.

   **(4)** Fiber optic cable (including drop cable). All manufacturing processes, from the initial ribbning (if applicable), through buffering, fiber stranding and jacketing, occurred in the United States. All manufacturing processes also include the standards for glass and optical fiber, but not for non-ferrous metals, plastic and polymer-based products, or any others.

   **(5)** Optical fiber. All manufacturing processes, from the initial preform fabrication stage through the completion of the draw, occurred in the United States.

   **(6)** Lumber. All manufacturing processes, from initial debarking through treatment and planing, occurred in the United States.

   **(7)** Drywall. All manufacturing processes, from initial blending of mined or synthetic gypsum plaster and additives through cutting and drying of sandwiched panels, occurred in the United States.

   **(8)** Engineered wood. All manufacturing processes from the initial combination of constituent materials until the wood product is in its final form, occurred in the United States.

***Waivers.*** When supported by rationale provided in IIJA §70914, the recipient may submit a waiver request in writing to EPA. Recipients should request guidance on the submission instructions of an EPA waiver request from the EPA Project Officer for this agreement. A list of approved EPA waivers

EPA_00317653

(general applicability and project specific) is available on the [ HYPERLINK "https://www.epa.gov/cwsrf/build-america-buy-america-baba" ].

EPA may waive the application of the Buy America Preference when it has determined that one of the following exceptions applies:
> **(1)** applying the Buy America Preference would be inconsistent with the public interest;
> **(2)** the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or
> **(3)** the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent.

For questions regarding the Build America, Buy America Act requirements for this assistance agreement or to determine if there is an approved waiver in place, please contact the EPA Project Officer for this agreement.

*Definitions.* For legal definitions and sourcing requirements, the recipient must consult the [ HYPERLINK "https://www.epa.gov/cwsrf/build-america-buy-america-baba" ], [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-I/part-184?toc=1" ], and the [ HYPERLINK "https://www.whitehouse.gov/wp-content/uploads/2023/10/M-24-02-Buy-America-Implementation-Guidance-Update.pdf" ].

**50. Required Certifications and Consequences of Fraud**
Per [ HYPERLINK "https://www.ecfr.gov/current/title-2/part-200/section-200.415" \l "p-200.415(a)" ], financial reports must include a certification that must be signed by an official who is authorized to legally bind the recipient which reads as follows:

"By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate, and the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the Federal award. I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729-3730 and 3801-3812)."

As outlined in [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-E/subject-group-ECFRd93f2a98b1f6455/section-200.415" ], subrecipients of all tiers under the Federal award must certify to the pass-through entity whenever applying for funds, requesting payment, and submitting financial reports as follows:

"I certify to the best of my knowledge and belief that the information provided herein is true, complete, and accurate. I am aware that the provision of false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil, or administrative

EPA_00317654

consequences including, but not limited to violations of U.S. Code Title 18, Sections 2, 1001, 1343 and Title 31, Sections 3729-3730 and 3801-3812."

The certifications must be maintained in accordance with the record retention requirements at [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR4acc10e7e3b676f/section-200.334" ].

**51. Reporting Waste, Fraud and Abuse**
Consistent with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-B/section-200.113" ], the recipient and any subrecipients of this award must promptly report in writing whenever there is credible evidence of the commission of a violation  of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the United States Code or a violation of the civil False Claims Act (31 U.S.C. 3729-3733) to the EPA Project Officer, the pass-through entity (if applicable), and the [ HYPERLINK "https://www.epa.gov/office-inspector-general/epa-oig-hotline-information" \h ]. The methods to contact the EPA OIG are (1) online submission via the [ HYPERLINK "https://www.epa.gov/office-inspector-general/forms/epa-oig-hotline-complaint-form" \h ]; (2) email to [ HYPERLINK "mailto:OIG_Hotline@epa.gov" \h ]; (3) phone 1-888-546-8740; or (4) mail directed to Environmental Protection Agency, Office of Inspector General, 1200 Pennsylvania Avenue, N.W. (2410T), Washington, DC 20460.

To support awareness of the OIG hotline, recipients and/or subrecipients receiving an EPA award or subaward of $1,000,000 or more must display EPA OIG Hotline posters in facilities where the work is performed under the grant. EPA OIG Hotline posters may be [ HYPERLINK "https://www.epa.gov/office-inspector-general/poster-report-fraud-waste-and-abuse-epa-oig-hotline" \h ] or may be obtained by contacting the OIG at 1- 888-546-8740. Recipients and subrecipients need not comply with this requirement if they have established a mechanism, such as a hotline, by which employees may report suspected instances of improper conduct and have provided instructions that encourage employees to make such reports.

Recipients and subrecipients are also required to report matters related to recipient integrity and performance in accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/appendix-Appendix%20XII%20to%20Part%20200" ].

**52. Whistleblower Protections**
This award is subject is to whistleblower protections, including the protections established at 41 U.S.C. 4712 and [ HYPERLINK "https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-C/section-200.217" ] providing that an employee of the recipient or subrecipient may not be discharged, demoted, or otherwise discriminated against as a reprisal for disclosing to a person or body described in paragraph (a)(2) of 41 U.S.C. 4712 information that the employee reasonably believes is evidence of gross mismanagement of a Federal contract or grant, a gross waste of Federal funds, an abuse of authority relating to a Federal contract, grant, or subaward, a substantial

EPA_00317655

and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract), grant. These covered persons or bodies include:

   a.  A member of Congress or representative of a committee of Congress.
   b.  An Inspector General.
   c.  The Government Accountability Office.
   d.  A Federal employee responsible for contract or grant oversight or management at the relevant agency.
   e.  An authorized official of the Department of Justice or other law enforcement agency.
   f.  A court of grand jury.
   g.  A management official or other employee of the contractor, subcontractor, or grantee who has the responsibility to investigate, discover, or address misconduct.

Consistent with 41 U.S.C. 4712(d), the recipient and subrecipients must inform their employees in writing, in the predominant language of the workforce or organization, of employee whistleblower rights and protections under 41 U.S.C. 4712. Additional information about whistleblower protections, including protections for such employees may be found at the [ HYPERLINK "https://www.epa.gov/office-inspector-general/whistleblower-protection" \h ]

### 53. Access to Records

In accordance with [ HYPERLINK "https://www.ecfr.gov/current/title-2/section-200.337" \h ] EPA, the pass-through entity, the EPA Office of Inspector General (OIG), and the Comptroller General of the United States have the right to access any records of the recipient and subrecipient pertinent to this award, to perform audits, execute site visits, or for any other official use. This right of access also includes timely and reasonable access to the recipient and subrecipient's personnel for the purpose of interview and discussion related to such documents or the Federal award in general. This right of access shall continue as long as the records are retained.

### 54. Federal Anti-Discrimination Laws (Added XX/XX/2025)

By accepting this EPA financial assistance agreement, (A) the recipient agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code; and (B) the recipient certifies that it does not operate any programs promoting Diversity, Equity and Inclusion that violate any applicable Federal anti-discrimination laws.

> **Commented [JD2]:** Preliminary injunction issued 2/21/2025 impacting T&C.
>
> **Commented [JD3R2]:** On March 14, the Fourth Circuit granted the government's request to stay the preliminary injunction pending appeal. The government's opening brief is due by April 8 and the plaintiffs' response brief is due by May 8.

EPA_00317656