**U.S. Department of Justice**
United States Attorney
*District of South Carolina*

151 Meeting Street, Suite 200
Charleston, SC 29401

Official Business

CLERK, CHARLESTON, SC

2025 APR 21  PM 4: 36

# FOR HAND DELIVERY TO THE HONORABLE RICHARD M. GERGEL DISTRICT COURT CLERK'S OFFICE

**SEALED AND EX PARTE**
**FOR IN CAMERA REVIEW**
2:25-cv-2152-RMG

April 21, 2025