# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute, et al., | ) Civil Action Number:   2:25-cv-02152-RMG |
| Plaintiffs, | ) |
| vs. | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | ) |
| Defendants. | ) |

### DEFENDANTS' RESPONSE TO ORDER (ECF No. 93)

Defendants provide the following information in response to the Court's April 21, 2025 Order (ECF No. 93):

**1.     The status of Defendants' efforts to resume "processing, disbursement, and payment" of grants subject to the *Woonasquatucket River Watershed Council* injunction:**

Undersigned counsel is informed that the agencies' compliance with the injunctive relief issued in *Woonasquatucket* is ongoing. The defendants in *Woonasquatucket* filed a status report on April 16, 2025. *See* 1:25-cv-00097-MSM-PAS, ECF No. 47 (D.R.I.). On April 21, 2025, the Rhode Island District Court held a status conference with the parties. *Id.* (Minute Entry Dated 4/21/25). The Rhode Island District Court has directed the parties to submit status reports by 12:00 PM on Wednesday, April 23, 2025. *Id.* If needed, the Rhode Island District Court will hold a follow-up status conference at 4:00 PM on Wednesday, April 23, 2025. *Id.* Defendants respectfully refer the Court to the forthcoming April 23, 2025 filing regarding Defendants' compliance with the *Woonasquatucket* injunction.

Subject to the forthcoming status report, Defendants understand the following:

- DOE has advised that it does not have any pauses for IRA/IIJA funding that have already

been awarded and to which the recipient is entitled to access the funds.

- USDA has advised that its leadership has instructed that awarded IRA and IIJA funds should be unfrozen, and grant management teams are working on implementation. There may be some funds that remain frozen for issues unrelated to the issues in the case.

- EPA has advised that it is disbursing some IRA/IIJA funds, but some IRA/IIJA-funded grants may still be paused for independent, individualized terminations.

- DOT is not a party to the *Woonasquatucket* case.

**2.     The specific status of the grants set forth at Dkt. No. 25-1 at 14-20, indicating whether the grant funds for each grant are presently paused, accessible to grantees, or terminated:**

Please see spreadsheet attached hereto as **Exhibit A**.

        Respectfully submitted,

        BROOK B. ANDREWS
        ACTING UNITED STATES ATTORNEY

By:   *s/Lee E. Berlinsky*
        Lee E. Berlinsky (#05443)
        Assistant United States Attorney
        151 Meeting Street, Suite 200
        Charleston, SC 29401
        Tel: (843) 266-1679
        Lee.Berlinsky@usdoj.gov

        Todd Timmons (#11254)
        Assistant United States Attorney
        1441 Main Street, Suite 500
        Columbia, South Carolina 29201
        Tel: (803) 237-9265

April 22, 2025        Todd.Timmons@usdoj.gov