| | |
|---|---|
| **From:** | Berlinsky, Lee (USASC) |
| **To:** | Ben Grillot |
| **Cc:** | McMillan, Terri (USASC); Timmons, Todd (USASC); Candice Jones; Kym Meyer; Irena Como; Nick Torrey; Carl Brzorad; Elaine Poon; graham@publicrightsproject.org; Jonathan Miller |
| **Subject:** | RE: Sustainability Institute et v Trump et al |
| **Date:** | Thursday, April 24, 2025 4:13:30 PM |

Greetings Ben:

Respectfully, we are not able to produce the agency documents from our ECF filings onto USAFx.

Lee

**From:** Ben Grillot <bgrillot@selc.org>
**Sent:** Thursday, April 24, 2025 9:33 AM
**To:** Berlinsky, Lee (USASC) <Lee.Berlinsky@usdoj.gov>
**Cc:** McMillan, Terri (USASC) <Terri.McMillan2@usdoj.gov>; Timmons, Todd (USASC) <Todd.Timmons@usdoj.gov>; Candice Jones <cjones@selc.org>; Kym Meyer <kmeyer@selc.org>; Irena Como <icomo@selc.org>; Nick Torrey <ntorrey@selc.org>; Carl Brzorad <cbrzorad@selc.org>; Elaine Poon <elaine@publicrightsproject.org>; graham@publicrightsproject.org; Jonathan Miller <jon@publicrightsproject.org>
**Subject:** [EXTERNAL] RE: Sustainability Institute et v Trump et al

Good morning, Lee –

It was good to meet you at the hearing yesterday.

Regarding the documents you've produced on ECF, are you able to provide us with a traditional production (including a load file, metadata, etc.) on your Share File site?   If you'd like to discuss, please let me know.

Thank you –

Ben

**Ben Grillot**
Senior Attorney

Southern Environmental Law Center
122 C Street NW – Suite 325
Washington, DC 20001

Office (202) 828-8382
Direct (202) 963-1141
www.southernenvironment.org

**From:** Berlinsky, Lee (USASC) <Lee.Berlinsky@usdoj.gov>
**Sent:** Monday, April 21, 2025 6:45 PM
**To:** Carl Brzorad <cbrzorad@selc.org>
**Cc:** McMillan, Terri (USASC) <Terri.McMillan2@usdoj.gov>; Candice Jones <cjones@selc.org>; Kym Meyer <kmeyer@selc.org>; Ben Grillot <bgrillot@selc.org>; Irena Como <icomo@selc.org>; Nick Torrey <ntorrey@selc.org>; Elaine Poon <elaine@publicrightsproject.org>; graham@publicrightsproject.org; Jonathan Miller <jon@publicrightsproject.org>
**Subject:** RE: Sustainability Institute et v Trump et al

So the short answer is the documents we are uploading today have some crossover with what we began to file Friday. However, on Friday we did not get very far before the problem became obvious. We re-loaded everything from new today. (We will probably ask the Clerk of Court to remove ECF No's 80-91 as duplicates of what we filed today.) I hope that makes sense. If not, I can talk by phone to clarify.
(843) 266-1679

**From:** Carl Brzorad <cbrzorad@selc.org>
**Sent:** Monday, April 21, 2025 6:36 PM
**To:** Berlinsky, Lee (USASC) <Lee.Berlinsky@usdoj.gov>
**Cc:** McMillan, Terri (USASC) <Terri.McMillan2@usdoj.gov>; Candice Jones <cjones@selc.org>; Kym Meyer <kmeyer@selc.org>; Ben Grillot <bgrillot@selc.org>; Irena Como <icomo@selc.org>; Nick Torrey <ntorrey@selc.org>; Elaine Poon <elaine@publicrightsproject.org>; graham@publicrightsproject.org; Jonathan Miller <jon@publicrightsproject.org>
**Subject:** [EXTERNAL] Re: Sustainability Institute et v Trump et al

Lee,

Could you please let us know if the EPA documents filed today are the same as those filed last week (but in a different format) or are different documents—and whether they overlap with the native file documents shared separately today?

Thanks,
Carl

**From:** Berlinsky, Lee (USASC) <Lee.Berlinsky@usdoj.gov>
**Sent:** Monday, April 21, 2025 10:48 AM
**To:** Kym Meyer <kmeyer@selc.org>; Carl Brzorad <cbrzorad@selc.org>; Ben Grillot <bgrillot@selc.org>; Irena Como <icomo@selc.org>; Nick Torrey <ntorrey@selc.org>; graham@publicrightsproject.org <graham@publicrightsproject.org>; Jonathan Miller <jon@publicrightsproject.org>; Elaine Poon <elaine@publicrightsproject.org>
**Cc:** McMillan, Terri (USASC) <Terri.McMillan2@usdoj.gov>; Candice Jones <cjones@selc.org>

**Subject:** RE: Sustainability Institute et v Trump et al

I will ask out team?

---

**From:** Kym Meyer <kmeyer@selc.org>
**Sent:** Monday, April 21, 2025 10:42 AM
**To:** Berlinsky, Lee (USASC) <Lee.Berlinsky@usdoj.gov>; Carl Brzorad <cbrzorad@selc.org>; Ben Grillot <bgrillot@selc.org>; Irena Como <icomo@selc.org>; Nick Torrey <ntorrey@selc.org>; graham@publicrightsproject.org; Jonathan Miller <jon@publicrightsproject.org>; Elaine Poon <elaine@publicrightsproject.org>
**Cc:** McMillan, Terri (USASC) <Terri.McMillan2@usdoj.gov>; Candice Jones <cjones@selc.org>
**Subject:** [EXTERNAL] RE: Sustainability Institute et v Trump et al

Everyone if it is isn't too much hassle.

---

**From:** Berlinsky, Lee (USASC) <Lee.Berlinsky@usdoj.gov>
**Sent:** Monday, April 21, 2025 10:42 AM
**To:** Kym Meyer <kmeyer@selc.org>; Carl Brzorad <cbrzorad@selc.org>; Ben Grillot <bgrillot@selc.org>; Irena Como <icomo@selc.org>; Nick Torrey <ntorrey@selc.org>; graham@publicrightsproject.org; Jonathan Miller <jon@publicrightsproject.org>; Elaine Poon <elaine@publicrightsproject.org>
**Cc:** McMillan, Terri (USASC) <Terri.McMillan2@usdoj.gov>; Candice Jones <cjones@selc.org>
**Subject:** RE: Sustainability Institute et v Trump et al

Thank you. Who of the above listed attorneys want file share access?
Lee

---

**From:** Kym Meyer <kmeyer@selc.org>
**Sent:** Monday, April 21, 2025 10:18 AM
**To:** Berlinsky, Lee (USASC) <Lee.Berlinsky@usdoj.gov>; Carl Brzorad <cbrzorad@selc.org>; Ben Grillot <bgrillot@selc.org>; Irena Como <icomo@selc.org>; Nick Torrey <ntorrey@selc.org>; graham@publicrightsproject.org; Jonathan Miller <jon@publicrightsproject.org>; Elaine Poon <elaine@publicrightsproject.org>
**Cc:** McMillan, Terri (USASC) <Terri.McMillan2@usdoj.gov>; Candice Jones <cjones@selc.org>
**Subject:** [EXTERNAL] RE: Sustainability Institute et v Trump et al

Hi Lee,

I'm adding a few more members of our team into the loop here.  It is fine with me.

Thanks,
Kym

**From:** Berlinsky, Lee (USASC) <Lee.Berlinsky@usdoj.gov>
**Sent:** Monday, April 21, 2025 10:11 AM
**To:** Kym Meyer <kmeyer@selc.org>; Carl Brzorad <cbrzorad@selc.org>
**Cc:** McMillan, Terri (USASC) <Terri.McMillan2@usdoj.gov>
**Subject:** Sustainability Institute et v Trump et al

Greetings Kym and Carl:
As you can tell from our letter to the Court last night, the EPA files have not been completely produced yet. This is due mainly to the size of the files and the fact that native excel spreadsheets were converted to pdf, rendering the documents as unusable. We are re-filing the non-privileged documents today, asap, and have separated out the spreadsheets in their native format. This should solve the ECF filing problems we ran into. Since Excel documents can't be loaded into ECF, we would like to set up and invite you to a USAFx file share for the production of the spreadsheets for what I am told is the easiest remedy. I am cc'ing Terri McMillan, our Legal Administrative Specialist, who will be setting that the file share up with you. If you would like to discuss this particular issue, please let me know.
Lee

Lee E. Berlinsky
Assistant United States Attorney
District of South Carolina-Charleston Office
Civil Division
U.S. Attorney's Office Digital Asset Coordinator
(843) 266-1679