# Logikcull production requirements

☐   Document database volume must be zipped.

☐   Data volume typically includes a **DATA** folder containing the load files, **IMAGES** folder. If providing native files (files in their original format) or text files, they must be contained in folders titled **NATIVES** and **TEXT** respectively.



☐   **DATA** file should include a metadata load file (**DAT** or **CSV**) and an image load file (**OPT** or **LFP**). Logikcull accepts the following encoding formats for these load files:
  - UTF-8
  - ISO-8859-1 (Latin 1 - also sometimes referred to as Western European)

☐   **IMAGES** folder must include images and they must be in one of the following supported formats:
  - Single page black and white TIFF and color JPEG
  - Multi-page black and white TIFF
  - Multi-page PDF (black and white or color)

☐   Metadata load file must have a header row with unique field names so that they can be mapped properly into Logikcull.



☐   Metadata load file must be in delimited text format, but you can choose which delimiters to use in the load file. Metadata load file makes use of three (3) main delimiters:
  - Column/Field delimiter: Denotes the separation between column/fields
  - Quote/Text Qualifier: Used to separate actual field data from the delimiters around it (especially useful when your field delimiter is a common character such as a comma)
  - Newline: Code to denote a newline within the data encompassed by your quote delimiter (most often seen in extracted text fields or other long text fields)

We recommend these characters by default:
  - Column (separates load file columns) - ASCII 020
  - Quote (marks the beginning and end of each load file field) - ASCII 254
  - Newline (marks the end of a line in any extracted or long text field) - ASCII 174

☐   For OPT image load file, paths to images needs to be in relative path and correspond to the volume folder structure.

☐   Metadata load file must include at least the "Begin Doc" and "End Doc" fields. You can provide any additional fields in the load file. Fields that Logikcull does not have will be imported as new fields. Here is a list of Logikcull fields:
  - Begin Doc
  - End Doc
  - Begin Family (required to establish family relationship)
  - End Family (required to establish family relationship)
  - File Name
  - File Path



- Native Link
- Text Link
- Full Text
- Document Date
- File Size
- Email From
- Email To
- Email CC
- Email BCC
- Email Subject
- Email Sent Date
- Email Sent Time
- Email Received Date
- Email Received Time
- File Author
- Last Saved By
- File Company
- File Keywords
- File Title
- File Comments
- File Subject
- File Revision Number
- File Created Date
- File Created Time
- File Modified Date
- File Modified Time

"Begin Family" and "End Family" Logikcull fields are utilized to re-establish family relationship and can only be accomplished during initial upload so include these fields if applicable. Logikcull requires beginning bates of the family group and end bates of the family group.

| Begin Doc | End Doc | Begin Family | End Family |
|---|---|---|---|
| PDF000001757 | PDF000001757 | PDF000001757 | PDF000001867 |
| PDF000001758 | PDF000001760 | PDF000001757 | PDF000001867 |
| PDF000001761 | PDF000001764 | PDF000001757 | PDF000001867 |
| PDF000001765 | PDF000001771 | PDF000001757 | PDF000001867 |
| PDF000001772 | PDF000001867 | PDF000001757 | PDF000001867 |

☐    Date and time fields in the metadata load file must be formatted as such:
- Date: mm/dd/yyyy
- Time: hh:mm:ss [AM|PM] (You may use military time as well and exclude "AM|PM")

Months(mm), days(dd), and hours (hh) may all be denoted by a single digit. You may also use military notation for the time and can exclude the AM/PM designation.

☐    For Concordance delimited or other metadata DAT load files:
- Paths to native and text files needs to be in relative path and correspond to the volume folder structure
- Order of documents from DAT file should be the same order with OPT image load file

☐    If the zipped document database volume is password-protected, the password must removed.

