UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, in his official capacity as President of the United States, *et al.* <br><br> Defendants, | C.A. No. 2:25-2152-RMG |

### DECLARATION OF PATRICIA KOVACS

I, Patricia Kovacs, declare under penalty of perjury the following:

1. My name is Patricia Kovacs. I make this declaration based upon the knowledge that I have acquired through the performance of my official duties.

2. I am the Deputy Administrator for the Transportation and Marketing Program, within the United States Department of Agriculture's Agricultural Marketing Service (AMS), and I am stationed in Washington, D.C. As the Deputy Administrator, my duties include, among other things, managing and overseeing the administration of grant and agreement programs providing federal financial assistance.

3. The award to the Pennsylvania Association for Sustainable Agriculture (Pasa), entitled "Collaborative Farm Worker and Meatpacking Worker 14-State COVID Relief Fund

1

**Exhibit 2**

Project," award number AM22FFWPA0013, is part of the Agricultural Worker Pandemic Relief and Protection Program, and is also known as the Farm and Food Worker Relief Grant program. The award was issued on October 20, 2022.

4. The period of performance for the original award was October 4, 2022, to October 4, 2024. On October 3, 2024, the period of performance was extended to March 31, 2025. *See* Exhibit A. The award is currently past its period of performance. Ten other awards under this program, which are not subject to this litigation, also expired on that date and are past their period of performance. Only two awards under the program remain within their period of performance.

5. On April 25, 2025, I was authorized to begin the closeout process for awards whose period of performance has ended under this program and to unfreeze funds for purposes of making payments for allowable costs incurred for activities conducted before the project ended, along with any closeout costs. USDA intends to reimburse all costs properly incurred pursuant to the terms and conditions of the award and consistent with applicable regulations once recipients submit final invoices as part of the grant close-out process detailed in 2 CFR § 200.344.

6. AMS will immediately contact Pasa and begin the closeout process for this award.

7. I make the statements herein on the basis of my own personal knowledge, my review of agency records, and my discussions with colleagues familiar with the facts at issue in this case.

Executed on the 6th day of May 2025.

*[signature]*

Patricia Kovacs
Deputy Administrator, Transportation and Marketing Program
USDA Agricultural Marketing Service

2

# USDA
**United States Department of Agriculture**
**Agricultural Marketing Service**

**Notice of Award**

Award# AM22FFWPA0013-03
FAIN# AM22FFWPA0013
Federal Award Date: 10/03/2024

## Recipient Information

1. **Recipient Name**
   PENNSYLVANIA ASSOCIATION FOR SUSTAINABLE AGRICULTURE
   1007 N Front St
   Harrisburg, PA 17102-3320

2. **Congressional District of Recipient**
   10
3. **Payment System Identifier (ID)**
   1251685497A2
4. **Employer Identification Number (EIN)**
   251685497
5. **Data Universal Numbering System (DUNS)**
   956743405
6. **Recipient's Unique Entity Identifier (UEI)**
   V1BXZMX9JD25
7. **Project Director or Principal Investigator**
   Christina Kostelecky
   grantsteam@pasafarming.org
   8143499856

8. **Authorized Official**
   Christina Kostelecky
   grantsteam@pasafarming.org
   8143499856

**Federal Agency Information**
Agricultural Marketing Service (USDA-AMS)

9. **Awarding Agency Contact Information**
   Susan Searle
   Grants Management Specialist
   susan.g.searle@usda.gov
   802-855-0183

10. **Program Official Contact Information**
    Emily West
    Grants Management Specialist
    emily.west@usda.gov
    585-353-9360

## Federal Award Information

11. **Award Number**
    AM22FFWPA0013-03
12. **Unique Federal Award Identification Number (FAIN)**
    AM22FFWPA0013
13. **Statutory Authority**
    FFWR-Title VII, subtitle B, sec. 751 of the Consolidated Appropriations Act of 2021 (Pub. L. No. 116-260)

14. **Federal Award Project Title**
    Collaborative Farm Worker and Meatpacking Worker 14-State COVID Relief Fund Project

15. **Assistance Listing Number**
    10.181
16. **Assistance Listing Program Title**
    Agricultural Worker Pandemic Relief and Protection Program

17. **Award Action Type**
    Extension Without Funds
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | |
|---|---|
| 19. Budget Period Start Date   10/04/2022 - End Date   03/31/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $34,637,242.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $34,637,242.00 |
| 26. Period of Performance Start Date   10/04/2022 - End Date   03/31/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $34,637,242.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Ventana Harding
    Grants Management Officer

## 30. Remarks
No cost extension amendment

**Exhibit A**

Page 1

# USDA United States Department of Agriculture
## Agricultural Marketing Service

**Notice of Award**

Award# AM22FFWPA0013-03
FAIN# AM22FFWPA0013
Federal Award Date: 10/03/2024

## Recipient Information

**Recipient Name**
PENNSYLVANIA ASSOCIATION FOR SUSTAINABLE AGRICULTURE
1007 N Front St
Harrisburg, PA 17102-3320

**Congressional District of Recipient**
10

**Payment Account Number and Type**
1251685497A2

**Employer Identification Number (EIN)**
251685497

**Data Universal Numbering System (DUNS)**
956743405

**Recipient's Unique Entity Identifier (UEI)**
V1BXZMX9JD25

**31. Assistance Type**
Block Grant

**32. Type of Award**
Other

## 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | Salaries and Wages | $2,423,942.00 |
| b. | Fringe Benefits | $799,900.00 |
| | c. Total Personnel Costs | $3,223,842.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $235,166.00 |
| f. | Travel | $230,100.00 |
| g. | Construction | $0.00 |
| h. | Other | $29,230,000.00 |
| i. | Contractual | $1,206,823.00 |
| j. | **TOTAL DIRECT COSTS** | $34,125,931.00 |
| k. | **INDIRECT COSTS** | $511,311.00 |
| l. | **TOTAL APPROVED BUDGET** | $34,637,242.00 |
| m. | Federal Share | $34,637,242.00 |
| n. | Non-Federal Share | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---:|---|
| FMW_FFW_FY22_AM27FMW000000000 | AM22FFWPA0013 | TM | 4110 | $0.00 | |