| | Granting Agency | Grant Number | Project Name / Notes | Grant Program | Grant Recipient | Decl. Cite | Grant agreement under review; Presently Paused; Accessible to Grantees; Terminated (As of 4/22/2025) | Relief Requested |
|---|---|---|---|---|---|---|---|---|
| 1 | DOE | DE-SE0001546 | Assistance for Latest and Zero Building Energy Code Adoption | Assistance for Adoption of the Latest and Zero Building Energy Codes | City of Baltimore | Baltimore Decl., Ex. 14-C | Award No. DE-SE0001546 is a conditional award. Therefore, the grant funds have never been - and are not presently - accessible to the grantee. Per the terms of the award, "the availability of funds to the Recipient for payment of costs incurred by the Recipient is conditioned upon the Grants Officer's review and approval of the Recipient's application and the completion of negotiations." | This Court should direct DOE to finalize Baltimore's grant process, including the Statement of Project Objectives, and release its hold on the grant funding. |
| 2 | EPA | 5F-03D33625-0 | Youth Empowerment Strategies 4 Environmental Justice | Environmental and Climate Justice Block Grant – Community Change Grant | Earth Island Institute | Earth Island Decl., Ex. 8-D | Termination in Progress* | If the grant is slated for termination, it should remain active.<br><br>If the grant has since been terminated, it should be reinstated. |
| 3 | EPA | 3D30824 | Community Change Grant | Environmental and Climate Justice Block Grant - Community Change Grant | Sustainability Institute | Sustainability Institute Decl., Ex. 1-B | Termination in Progress* | If the grant is slated for termination, it should remain active.<br><br>If the grant has since been terminated, it should be reinstated. |
| 4 | EPA | 97T28301 | Inflation Reduction Act - Environmental and Climate Justice | Environmental and Climate Justice Block Grant - Community Change Grant | Leadership Counsel for Justice and Accountability | Leadership Counsel Decl., Ex. 9-A | Termination in Progress* | If the grant is slated for termination, it should remain active.<br><br>If the grant has since been terminated, it should be reinstated. |
| 5 | EPA | 96272300 | Uplifting Bronx Voices for Climate Change Resilience | Environmental and Climate Justice Block Grant - Community Change Grant | Bronx River Alliance | Bronx River Decl., Ex. 5-B | Termination in Progress* | If the grant is slated for termination, it should remain active.<br><br>If the grant has since been terminated, it should be reinstated. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | EPA | 97T28901 | Huliau o Wai'anae: Turning Points for a Sustainable Future. | Environmental and Climate Justice Block Grant - Community Change Grant | Earth Island Institute | Earth Island Decl., Ex. 8- B | Termination in Progress* | If the grant is slated for termination, it should remain active.<br><br>If the grant has since been terminated, it should be reinstated. |
| 7 | EPA | 00A01479 | Elm City Climate Collaborative | Environmental and Climate Justice Block Grant - Community Change Grant | City of New Haven | New Haven Decl., Ex. 18-C | Termination in Progress* | If the grant is slated for termination, it should remain active.<br><br>If the grant has since been terminated, it should be reinstated. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | EPA | 0E+00000 | Climate Resilience Starts at Home: Growing Energy Efficiency, Indoor Air Quality, and Green Jobs in Madison and Fitchburg, Wisconsin | Environmental and Climate Justice Block Grant - Community Change Grant | City of Madison | Madison Decl., Ex. 16-A | Closed | If the grant is slated for termination, it should remain active.<br><br>If the grant has since been terminated, it should be reinstated. |
| 9 | EPA | 00A01441 | Electrify New Haven | Environmental and Climate Justice Block Grant - Government to Government Grant | City of New Haven | New Haven Decl., Ex. 18-A | Terminated | Reinstate grant. |
| 10 | EPA | 95336801 | DPW YH20+ Expansion II | Environmental and Climate Justice Block Grant - Government to Government Grant | City of Baltimore | Baltimore Decl., Exs. 14-C, 14-D | Terminated | Reinstate grant. |
| 11 | EPA | 03D03424 | North Mecklenburg Air Monitoring Network | Environmental Justice Collaborative Problem-Solving | CleanAIRE NC | CleanAIRE NC Decl., Ex. 6-B | Terminated | Reinstate grant. |
| 12 | EPA | 96229424 | Partnership for Urban Waterways in Bronx and Lower Westchester Counties, New York | Environmental Justice Collaborative Problem-Solving | Bronx River Alliance | Bronx River Decl., Ex. 5- D | Terminated | Reinstate grant. |

| # | Agency | Number | Project | Program | Recipient | Declaration | Status | Relief |
|---|--------|--------|---------|---------|-----------|-------------|--------|--------|
| 13 | EPA | 00A01475 | Union Station Area Thermal Energy Network | Climate Pollution Reduction Grant Program | City of New Haven | New Haven Decl., Ex. 18-B | Accessible to grantees | Continue to prevent Defendants from freezing, disrupting or terminating grant. |
| 14 | EPA | 95335901 | Bowley's Lane Composing Facility | Solid Waste Infrastructure for Recycling Grant Program | City of Baltimore | Baltimore Decl., Ex. 14-A | Accessible to grantees | Continue to prevent Defendants from freezing, disrupting or terminating grant. |
| 15 | EPA / NFWF | 0602.24.082555 | Accelerating Clean Water and Conservation Outcomes in Shenandoah Valley (VA) | Innovative Nutrient and Sediment Reduction Grants Program | Alliance for the Shenandoah Valley | Alliance for the Shenandoah Decl., Ex. 4- E | Accessible to grantees | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |
| 16 | USDA | AM22FFWPA0013 | Collaborative Farm Worker and Meatpacking Worker 14-State COVID Relief Fund Project | Agricultural Marketing Service Farm and Food Worker Relief | Pasa | Pasa Decl., Ex. 12-B | Presently paused because previously identified on DEIA list. Payments made through Jan. 19, 2025. | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |
| 17 | USDA | 2022-70416-37195 | Subaward with National Young Farmers Coalition | American Rescue Plan Technical Assistance Investment Program | RAFI-USA | RAFI-USA Decl., Ex. 13-H | Accessible to Grantees | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |
| 18 | USDA | NR225F48 XXXXC002 | Organic Technical Staffing Assistance | Conservation Stewardship Program: Organic Technical Assistance Grant | Marbleseed | Marbleseed Decl., Ex. 10-C | Accessible to Grantees. Most recent payment completed on 4/11/25. | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |
| 19 | USDA | NR223A750003C062 | Subaward with RAFI-USA | Conservation Technical Assistance Cooperative Agreement | Alliance for Agriculture | Alliance for Agriculture Decl., Ex. 3- D | Agreement closeout completed. Award no longer active as of 11/14/24. | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |
| 20 | USDA | FSA24CPT0014403 | Distressed Borrower Technical Assistance | Distressed Borrower Assistance Network Program | RAFI-USA | RAFI-USA, Decl. Ex. 13- D | Payment was paused due to IRA funding, but was released on Friday pursuant to *Woonasquatucket* injunction and the payments are in process. There are corrections that are pending on the payment requests. | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | USDA | NR242D37XXXX G002 | In Pennsylvania to help improve grazing success and associated economic, environmental, and social co-benefits, including animal health, soil health, carbon sequestration, cost savings, water quality | Environmental Quality Incentives Program – Conservation Innovation Grants | Pasa | Pasa Decl., Ex. 12-D | Accessible to Grantees. Payment completed 4/14 | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |
| 22 | USDA | NR243A750003C 062 | Expanding RAFI-USA's Conservation Resources for Resilient Farms Project | Equity in Conservation Outreach Cooperative Agreement | RAFI-USA | RAFI-USA Decl. Ex. 13- B | Presently paused because previously identified on DEIA list. Payments made through Jan. 19, 2025. | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |
| 23 | USDA | NR243A750003 C045 | Deliver outreach and education programming to increase awareness of and participation in NRCS programs, services and leadership opportunities in agriculture and natural resource conservation in Kentucky. | Equity in Conservation Outreach Cooperative Agreement | Organic Association of Kentucky (OAK) | OAK Decl., Ex. 11-B | Presently paused because previously identified on DEIA list. Payments made through Jan. 19, 2025. | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |
| 24 | USDA | FSA24GRA00115 86 | Increase Land, Capital, and Market Access for Underserved Farmers on a Mid-size National Landscape using New Model, Agrarian Commons | Increasing Land, Capital, and Market Access Program | Agrarian Trust | Agrarian Trust Decl., Ex. 2-A | Payment was paused due to IRA funding, but was released on Friday pursuant to Woonasquatucket injunction and the payments are in process. There are corrections that are pending on the payment requests. | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |
| 25 | USDA | FSA24CPT00137 06 | Gaining New Ground | Increasing Land, Capital, and Market Access Program | RAFI-USA | RAFI-USA Decl, Ex. 13- F | Payment was paused due to IRA funding, but was released on Friday pursuant to Woonasquatucket injunction and the payments are in process. There are corrections that are pending on the payment requests. | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 26 | USDA | FSA23CPT0013706 | Gaining New Ground - Subaward with RAFI-USA | Increasing Land, Capital, and Market Access Program | Alliance for Agriculture | Alliance for Agriculture Decl., Ex. 3- B. | Payment was paused due to IRA funding, but was released on Friday pursuant to Woonasquatucket injunction and the payments are in process. There are corrections that are pending on the payment requests. | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |
| 27 | USDA | NR233A750004G045 | Expands markets for climate-smart dairy, beef and poultry industry in DE, NC, NJ, NY, MD, OH, PA, SC, TN, VA and WV and supports the implementation and monitoring of climatesmart practices. | Partnerships for Climate-Smart Commodities Program | Conservation Innovation Fund | Cons. Innovation Fund Decl., Ex. 7-A | Recipient notified award will be terminated. Payment will be processed for expenses up through the date of notice. | Reinstate grant. |
| 28 | USDA | NR233A750004G045 | Subaward with Conservation Innovation Fund | Partnerships for Climate-Smart Commodities Program | Alliance for the Shenandoah Valley | Alliance for the Shenandoah Decl., Exs. 4-A, 4-B | Recipient notified award will be terminated. Payment will be processed for expenses up through the date of notice. | Reinstate grant. |
| 29 | USDA | NR243A750004G010 | Expands climate-smart wheat, grain, specialty and organic crop markets in IA, IL, IN, KS, KY, MI, MN, MO, ND, NE, OH, SD, TN, WI and supports farmer CS practice implementation and monitoring. | Partnerships for Climate-Smart Commodities Program | Marbleseed | Marbleseed Decl., Ex. 10-B | Recipient notified award will be terminated. Payment will be processed for expenses up through the date of notice. | Reinstate grant. |
| 30 | USDA | NR233A750004G025 | Expands markets in the Eastern US for climate-smart dairy, grain, livestock, organic and specialty crops; supports farmer and rancher climate-smart practice implementation and monitoring | Partnerships for Climate-Smart Commodities Program | Pasa | Pasa Decl., Ex. 12-A | Recipient notified award will be terminated. Payment will be processed for expenses up through the date of notice. | Reinstate grant. |
| 31 | USDA | NR233A750004G092 | Expand markets for climate-Smart grass-fed lamb, grass fed beef, corn, soybeans, small grains, produce, dairy, agroforestry and hemp in Kentucky; supports socially disadvantaged farmers | Partnerships for Climate-Smart Commodities Program | Organic Association of Kentucky (OAK) | OAK Decl., Ex.11-D | Recipient notified award will be terminated. Payment will be processed for expenses up through the date of notice. | Reinstate grant. |
| 32 | USDA | NR233A750004G080 | Subaward with A Greener World (AGW) | Partnerships for Climate-Smart Commodities Program | RAFI-USA | RAFI Decl., Ex. 13-J | Recipient notified award will be terminated. Payment will be processed for expenses up through the date of notice. | Reinstate grant. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 33 | USDA | FSA23CPT0013667 | Resources for Resilient Farms | Rural Development Policy Cooperative Agreement | RAFI-USA | RAFI-USA Decl, Ex. | Grant manager working with program manager on process for unfreezing the award. | Continue to prevent Defendants from freezing, disrupting, or terminating grant |
| 34 | USDA | FSA23CPT0012856 | Collaborative Approaches for Impact for Philadelphia Urban and Innovative Agriculture | Urban Agriculture and Innovative Production Grant | Pasa | Pasa Decl., Ex. 12-C | Accessible to Grantees. Payment submitted on 4/7/25 and staff are reviewing/processing. | Continue to prevent Defendants from freezing, disrupting, or terminating grant |
| 35 | USDA | 24-DG-11052021-228 | Ready, Set, Grow San Diego | Urban and Community Forestry Grant | City of San Diego | San Diego Decl., Ex. 20-A | Accessible to Grantees. | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |
| 36 | USDA | 23-DG-11094200-363 | Subaward of Ohio Department of Natural Resources | Urban and Community Forestry Grant | City of Columbus | Columbus Decl., Ex. 15-A | Accessible to Grantees. | Continue to prevent Defendants from freezing, disrupting, or terminating grant. |
| 37 | USDOT | N/A | East Nashville Spokes | Active Transportation Infrastructure Investment Program | City of Nashville | Nashville Decl , Ex. 17 | No grant agreement completed. Grant agreement under review. | Continue finalizing the grant agreement and continue the grant process. |
| 38 | USDOT | N/A | Electrify Music City | Charging and Fueling Infrastructure Grant Program | City of Nashville | Nashville Decl , Ex. 17 | No grant agreement completed. Grant agreement under review. | Continue finalizing the grant agreement and continue the grant process. |