```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA
                   CHARLESTON DIVISION


THE SUSTAINABILITY INSTITUTE, )
et al,                        )
              Plaintiffs,     )      April 23, 2025
                              )
         -versus-             )      2:25-2152
                              )
                              )      Charleston, SC
DONALD J. TRUMP,              )
et al,                        )
              Defendants.     )


                TRANSCRIPT OF MOTION HEARING

        BEFORE THE HONORABLE RICHARD M. GERGEL
         UNITED STATES DISTRICT JUDGE, presiding


A P P E A R A N C E S:

For the Plaintiffs:   KIMBERLY C. HUNTER, ESQ.
                      Southern Environmental Law Center
                      136 East Rosemary Street, Suite 500
                      Chapel Hill, NC 27514

                      JONATHAN B. MILLER, ESQ.
                      Public Rights Project
                      490 43rd Street, Unit 115
                      Oakland, CA 94609

For the Defendants:   TODD S. TIMMONS, AUSA
                      LEE E. BERLINSKY, AUSA
                      US Attorney's Office
                      PO Box 978
                      Charleston, SC 29402

Court Reporter:       KAREN E. MARTIN, RMR, CRR
                      PO Box 835
                      Charleston, SC 29402


     Proceedings reported by stenographic court reporter.
     Transcript produced with computer-aided transcription
                        software.
```

1    **THE COURT:**  Okay.  So other than that,

2    Ms. Hunter, it appears that there are a number of your

3    clients who have had their grants restored; is that

4    correct?

5    **MS. HUNTER:**  Well, these clients have had their

6    grants turned on, turned off, turned on, turned off.

7    **THE COURT:**  I'm going to enter an order, by the

8    way, that orders none of those be frozen again or

9    terminated without further order of this Court.  So we're

10   going to stop this yo-yo situation.

11   **MS. HUNTER:**  Thank you, Your Honor.  So yes, as

12   the current status as far as I can tell as of 9 a.m. this

13   morning, otherwise I think this is accurate.

14   **THE COURT:**  Moving target here.

15   Okay.  Mr. Timmons, let me ask you first about

16   these terminated cases, Number 9 through 12.  Let me ask

17   you about those, first.  And we'll start with the City of

18   New Haven.  Why is that -- why is that -- why was that

19   grant terminated?

20   **MR. TIMMONS:**  It's not consistent with agency

21   priorities.

22   **THE COURT:**  Was it originally frozen like the

23   others?

24   **MR. TIMMONS:**  I don't have that information in

25   front of me.

1    priority of this administration?

2              MR. TIMMONS:  I don't have that information in

3    front of me.  So I would have to rest on the decisions

4    that the agency determined.

5              THE COURT:  No, I'm not going to do that.  I

6    asked -- you know, I asked for all documents relating to

7    freezing.

8              MR. TIMMONS:  Right.

9              THE COURT:  And I got an ocean of documents.

10   Thousands.  And I can't say I have personally examined

11   every one of them.  Have you examined every one of them?

12             MR. TIMMONS:  No, Your Honor.

13             THE COURT:  I don't know of anyone who could.

14   But my clerks have been very diligent.  They spent a lot

15   of time this week looking at them.  We couldn't find one

16   referring to any individual grantee.  Did I miss

17   something?

18             MR. TIMMONS:  I'm sure you didn't, Your Honor.

19             THE COURT:  So that tends to suggest this was an

20   en masse freeze without individual consideration of the

21   grants.  Does that seem like a fair reason?

22             MR. TIMMONS:  I would say that at the pause was,

23   as you said, it was a broad pause base on funding.  I do

24   think the terminations were done based on a review of the

25   grants.

1      THE COURT:  And I think that's -- I think that's

2  fine.  But you haven't given me any documents to show me

3  that, have you?

4      MR. TIMMONS:  I don't have all the documents

5  that we would intend to present in this case.

6      THE COURT:  I'm going to give you a chance to

7  present them because I'm going to have you present them in

8  the next week to me on every one of these grants which

9  have been terminated and which have been -- are

10  terminations in progress.  I want to see the underlying

11  reasoning.  You understand there's a problem if the action

12  is based on post hac reasoning.  Do you understand that?

13      MR. TIMMONS:  I do.

14      THE COURT:  So I want to see what was the

15  reasoning behind it.  What was the -- what was the stated

16  purpose.  And you're telling me they made an individual

17  determination of why that grant should be terminated?

18  They've made an individualized determination, are you

19  telling me that?

20      MR. TIMMONS:  I think the decision making in

21  this case is always going to be it's inconsistent with

22  priorities, and that it -- it's going to be -- it's going

23  to be the same reason for all of them, yes, Your Honor.  I

24  mean, it's not going to be --

25      THE COURT:  But that's not -- and what reason is

1          **MR. TIMMONS:**  Yes, Your Honor.

2          **THE COURT:**  I don't think plaintiffs would

3    disagree with that.  That would be completely within the

4    discretion.  But your letter -- and did I miss something?

5    I think they are a form letter, aren't they?  I mean, all

6    of the four got exactly the same letter, did they not?

7          **MR. TIMMONS:**  Like I said, Your Honor, the

8    termination reasons are going to be similar for all of

9    these cases.

10         **THE COURT:**  Well, but I don't understand the

11   reason.  To say it's a different priority does not answer

12   the question.

13         **MR. TIMMONS:**  That is the explanation that the

14   agency gave.  I can't offer you a different --

15         **THE COURT:**  I'm going to give you another chance

16   to go back and get specific documents to show what that

17   means because that's not good enough.  That is not good

18   enough.  And I know they put you, Mr. Timmons, in a

19   difficult situation.  They haven't given you that

20   information.  And I don't want to give you a hard time

21   because you only got what you got, right?

22         **THE CLERK:**  You're fine, Your Honor.  I'm doing

23   just fine.

24         **THE COURT:**  Good.  Mr. Berlinsky is my friend

25   here.  I don't want to pick on him too much either.  But,

1    clarify.  I think we have -- you know, we have the

2    deadline accelerated to Friday.  I was wondering if we

3    could make both of our assignments due --

4         THE COURT:  Yeah, actually I had overlooked

5    telling you that I was going to extend everything out

6    seven days to give you more time on the privilege logs.

7         MR. TIMMONS:  Thank you, Your Honor.

8         What's that?  Well, then you ask him, Lee.

9         THE COURT:  You're Gergel's buddy.  You say it.

10        MR. BERLINSKY:  I don't want to stand up just

11   for this one small detail, Your Honor.  But we would

12   certainly ask for ten days rather than seven if we could

13   get it.  You know, the daunting task that we had to

14   produce this many documents in --

15        THE COURT:  I wouldn't think there are many

16   documents on these limited number of -- you know, I think

17   y'all overread my request.  I asked you on specific

18   grants, tell me the grantees, you know, and tell me why

19   you froze them.  And I can get a document.  I got zero.

20   Nobody gave me -- the only documents I have seen with a

21   grantee's name is a termination letter the plaintiffs gave

22   me.  Y'all have produced to me 9,000 documents without

23   mentioning one grantee.  That's odd.  Okay?  So now, it

24   kind of proves the point the plaintiffs made about mass

25   freezes, which frankly, Mr. Timmons candidly acknowledged