Phillip Schindel
Chief, Business Operations Branch
US EPA Grants Management & Business Operations Division
202-564-5293
Schindel.Phillip@epa.gov

---

**From:** Wise, Melissa <wise.melissa@epa.gov>
**Sent:** Tuesday, January 21, 2025 10:11 AM
**To:** Tsing-Choy, Kathy (she/her/hers) <Tsing-Choy.Kathy@epa.gov>
**Cc:** Schindel, Phillip <Schindel.Phillip@epa.gov>; Sylvester, Kenneth <Sylvester.Kenneth@epa.gov>
**Subject:** Data Call
**Importance:** High

Hi Kat,

Can you please help me respond to these as your time permits?

**OGD Actions**
1.      Please identify all OEJECR grant awards by CFDA. Please include award amount, amount obligated, and amount expended.
2.      Please do a search in NGGS if there are any awards outside of those in OEJECR that include the words "Environmental Justice".
3.      Please do a search in NGGS if there are any awards that include the words "Diversity, Equity and Inclusion" or "DEIA".

**OGD Actions**
1.      Please identify all IRA grant programs by CFDA. Please include award amount, amount obligated, amount expended, recipient name, project description, and if it is split-funded (with non-IRA/ IIJA funding).

Thanks,

*Melissa Wise*
Director, Office of Grants and Debarment
Office of Mission Support
U.S. Environmental Protection Agency
1300 Pennsylvania Ave., NW
Washington, D.C. 20460
(202) 924-9911

*My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.*

