| Message | |
|---|---|
| **From**: | Mandy, Cora [Mandy.Cora@epa.gov] |
| **Sent**: | 2/24/2025 10:24:28 PM |
| **To**: | Loving, Kathryn [Loving.Kathryn@epa.gov]; Vaseliou, Molly [Vaseliou.Molly@epa.gov]; Coogan, Daniel [Coogan.Daniel@epa.gov] |
| **Subject**: | RE: List of Grant Terminations - February 20 |

This is super helpful. Thank you, Kathryn!

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Monday, February 24, 2025 5:21 PM
**To:** Mandy, Cora <Mandy.Cora@epa.gov>; Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: List of Grant Terminations - February 20

Usaspending.gov says that only the larger amount has been outlayed: **$2,006,774.22**
GRANT to INSTITUTE FOR SUSTAINABLE COMMUNITIES | USAspending

For a total savings of **$5,993,225.78** for that grant.

I'm not sure what is the source of that second outlay row, but it doesn't seem to match up with any transaction data that I can see in usaspending.gov. So it might just be a typo…

Kathryn

**From:** Mandy, Cora <Mandy.Cora@epa.gov>
**Sent:** Monday, February 24, 2025 4:41 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Loving, Kathryn <Loving.Kathryn@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: List of Grant Terminations - February 20

Hi Kathryn,

I just want to make sure I'm getting this right. I've pasted the duplicate below, but outlayed and remaining amounts are different. If they disbursed both the outlayed amounts listed from that $8M, there would be 4,429,152.81 remaining of that grant. So total taxpayer savings would be $62,965,311.50.

Let me know if I'm misunderstanding—I just want to make sure we have the right #s reflected in the release. Thank you!

| Financial Account Identifier Number (FAIN) | Award Amount | Total Outlayed Amount (Estimate) | Remaining Amount (Estimate) | Recipient Name |
|---|---|---|---|---|
| | | | | |

| 84061101 | $8,000,000 | $1,564,072.97 | $6,435,927.03 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |
|---|---|---|---|---|
| 84061101 | $8,000,000 | $2,006,774.22 | $5,993,225.78 | INSTITUTE FOR SUSTAINABLE COMMUNITIES |

**From:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Sent:** Monday, February 24, 2025 4:33 PM
**To:** Loving, Kathryn <Loving.Kathryn@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Mandy, Cora <Mandy.Cora@epa.gov>
**Subject:** RE: List of Grant Terminations - February 20

Adding Cora. She was looking into this.

**Molly Vaseliou**
Associate Administrator for Public Affairs
Environmental Protection Agency

**From:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Sent:** Monday, February 24, 2025 3:52 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>
**Subject:** RE: List of Grant Terminations - February 20

Just want to flag so you both are aware, there's a duplicate below, FAIN 84061101, so I think the sum total of potential savings here is only $61M, not $67M. I know press on this already went out, but I'm going to just report the shorter list to WH unless you are aware of a missing one that's not on this list!

**From:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>
**Sent:** Saturday, February 22, 2025 2:17 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** Re: List of Grant Terminations - February 20

Great! It published this morning.

https://nypost.com/2025/02/22/us-news/doge-cuts-67-m-in-epa-grants-for-environmental-justice-groups/

Get Outlook for iOS

**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Saturday, February 22, 2025 2:14:22 PM
**To:** Vaseliou, Molly <Vaseliou.Molly@epa.gov>

EPA_00042795