Message

| | |
|---|---|
| **From:** | Loving, Kathryn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=700D20D45E284246BB2737BA4B9CF5CF-DBDFCC38-89] |
| **Sent:** | 2/24/2025 3:06:43 PM |
| **To:** | Vaseliou, Molly [Vaseliou.Molly@epa.gov] |
| **CC:** | Jehling, Erica [Jehling.Erica@epa.gov] |
| **Subject:** | Another X post about contracts? |
| **Attachments:** | Contract_Terminations_withAmounts_2025-02-21.xlsx |

Good morning Molly – I wanted to run this list by you before I report to the DOGE team.

I think we actually already tweeted about $45M of the cancelled contracts included in this list, so to avoid re-reporting old news, I think the statement here would be
"EPA has terminated 24 more contracts, helping the American taxpayer avoid another $77M in costs". Do you/Lee want to post this or should DOGE do it?

Kathryn


**From:** Coogan, Daniel <Coogan.Daniel@epa.gov>
**Sent:** Friday, February 21, 2025 2:11 PM
**To:** Jehling, Erica <Jehling.Erica@epa.gov>
**Cc:** Loving, Kathryn <Loving.Kathryn@epa.gov>
**Subject:** FW: Contract Terminations Daily Report with amounts 2025-02-21

Take a look and let me know if you are good with this report. This is what I was thinking as final for the daily contracts report and will facilitate WH reporting.

W/r/t to reporting "savings"/ "cost avoidance", I recommend using unobligated balances.

A social media worthy bite based on today's report might be: "In less than two weeks, EPA DOGE has terminated 29 contracts, helping the American taxpayer avoid over $121M in costs." (Deferring to the media folks on editiorializing with "wasteful" et al adjectives.)

**From:** OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov <OMS-ARM-OAS-OfficeofAcquisitionSolutions@epa.gov>
**Sent:** Friday, February 21, 2025 2:02 PM
**To:** Coogan, Daniel <Coogan.Daniel@epa.gov>; Hublar, Jennifer <Hublar.Jennifer@epa.gov>
**Cc:** Legare, Pamela <Legare.Pamela@epa.gov>; Rogers, JoanB <Rogers.JoanB@epa.gov>; Burnett-Bakr, Robbin <Burnett-Bakr.Robbin@epa.gov>
**Subject:** Contract Terminations Daily Report with amounts 2025-02-21

Attached is the Daily Contract Terminations Report with award ceiling 2025-02-21, Total obligated amount, and unobligated amount (Award Ceiling - Total Obligated Amount).

EPA_00036962