**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| THE SUSTAINABILITY INSTITUTE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 2:25-cv-2152-RMG <br><br> **SUPPLEMENTAL DECLARATION OF BRYAN CORDELL, THE SUSTAINABILITY INSTITUTE** |

1. I, Bryan Cordell, Executive Director of the Sustainability Institute, submit this declaration to notify the Court of developments that have occurred since I submitted my original declaration (Dkt. No. 24-2) in support Plaintiffs' Motion for Preliminary Injunction.

2. On March 28, 2025, I had a meeting with our EPA project officer to discuss the Sustainability Institute's Community Change Grant. EPA awarded this grant to my organization under the Inflation Reduction Act's Environmental and Climate Justice Block Grants program. The grant funds our work to restore and revitalize Union Heights—a historically Black community in North Charleston bisected and disrupted by the construction of Highway 26—by building energy-efficient affordable housing and home upgrades.

3. During the March 28 meeting, our EPA project officer informed me that the Sustainability Institute had, for the time being, dodged the wave of grant terminations for environmental justice and climate change-related projects. The officer stated that we would have to "sanitize" the work plan for our grant to avoid certain words and ideas that the Administration disfavors if we wanted to avoid termination. I was told that we would need to re-write our work plan to remove terms like "Environmental and Climate Justice,"

"disadvantaged," "predominantly Black neighborhood," "greenhouse gas," "equitable," and references to laws passed by Congress ("IRA" and "IIJA"). I was not asked to change any of the substantive work in the plan, I was just asked to speak about it differently.

4. The "Sanitized Workplan," "Decision Tree," and target "Keywords" submitted into the record (Dkt. No. 35-5) are true and accurate copies of what I received from, and was told to avoid by, my EPA project officer at the March 28 meeting and in follow-up emails.

5. EPA made clear in the March 28 meeting that our Community Change Grant was in jeopardy of being terminated if we did not change the way we talk about our work to avoid concepts disfavored by the Administration. EPA did not request or suggest that Sustainability Institute change any of the work itself—EPA's main focus was on the contents of our speech.

6. The purpose of the Environmental and Climate Justice Block Grants program created by Congress is to help address and mitigate the effects of climate change in disadvantaged communities. That purpose drove our grant proposal and work in Union Heights, a coastal community affected by historical discrimination in transportation policy[1] and facing risks as a result of sea level rise caused by climate change. Our work makes no sense without this context and purpose—yet expressing it has put a target on our back.

7. Despite all this, EPA instructed us to revise our work to deemphasize climate and focus on job creation and increasing the tax base, which goes against our project's goal of creating affordable housing and reflects a fundamental misunderstanding of the project itself.

8. In the March 28 meeting, our EPA project officer also instructed me to "clean up" Sustainability Institute's website to remove words and concepts disfavored by the

---

[1] For background, see Deborah N. Archer, *'White Men's Roads Through Black Men's Homes': Advancing Racial Equity Through Highway Reconstruction*, 73 Vand. L. Rev. 1259 (2020).

Administration—whether or not those words pertain to our federally-funded work. We understood from this call, and from conversations with other federal grantees, that grants are being targeted for cancellation if grantees have expressed disfavored speech online and that our grants would likely be terminated if we didn't remove words from our website.

9. Out of fear that EPA would terminate our grants or deprive us of future grant opportunities because of our disfavored speech, I made the difficult decision to remove most references to "climate change" from the Sustainability Institute's website and emphasize "resilience" instead, and to remove the term "equitable" from our online mission statement. Our old mission statement—"Advancing sustainable, equitable and resilient communities while building the next generation of conservation leaders"—was the product of a thorough process by our board and staff to identify and reflect our organization's goals and values, central to which is equity. We had used these words not only to describe our work but also to express our sincerely-held beliefs. Out of fear of reprisals by the Administration, we have self-censored terms that are central to our mission and values.

10. However, I have not agreed to EPA's demand that we "sanitize" our grant workplan. Our project makes no sense if we can't discuss the history and lingering effects of racism on the Union Heights Community and the threats of climate change to this low-lying neighborhood. It would also be disrespectful to the community if we "sanitize" the truth. In addition, the City of North Charleston is our statutory partner in this project and helped create the workplan; sanitizing the work plan would gloss over their work and contributions to the project, causing confusion about our shared goals and potentially harming our working relationship. It would also erode our hard-earned trust in the community and among project

partners if we gloss over the history and challenges faced by this community when discussing our work.

11. In late April, I was informed about court filings from the government that list our Community Change Grant as: "Termination in Progress" (Dkt. No. 136-1 at 1). That came as dire news to the Sustainability Institute, the communities we serve, and to me personally.

12. Our grant had been frozen since March 9.[2] On April 9, our project officer wrote that "Sustainability Institute has been an exemplary grantee," making "all milestones indicated in the work plan" with no "ill findings related to the grant that would prompt such a sudden suspension." Ex. 1. On April 24, after our pending termination was disclosed, our project officer wrote that he does "not have any knowledge of EPA terminating the grants for . . . Sustainability Institute," reiterating that we have been an "exemplary grantee" and are in full compliance. *Id*. That remains true today; we have fully complied with our grant's terms.

13. Given this, I can only conclude that our grant was frozen and is now set to be terminated because the Administration disfavors our speech and our work furthering Congress's objectives. This will harm our organization, our mission, and the local communities we serve.

14. A court order that stops the government from interfering with our grant would redress these harms and allow my colleagues and I to speak freely about our work, our mission, and our beliefs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

---

[2] Our grant was unfrozen without explanation on April 28. As I understand it, this was the result of a court in Rhode Island ordering that environmental justice grants slated for termination had to be unfrozen until the grants were actually terminated. We expect that funds will be frozen again when we receive our termination letter.

Executed this the 8th day of May, 2025.

_____
Bryan Cordell

Scanned with CamScanner

# Exhibit 1

**Akbar Buchanan, Ferry**                                                 Wed, Apr 9, 10:17 AM

to me, Rebekah@sustainabilityinstitutesc.org, mike_watershedconsults.com

Good morning Sustainability Institute,

Please find below a written email documentation from myself to voluntarily provide my insight on your grant suspension status.

I, Ferry Akbar Buchanan, am serving as the Project Officer to the organization, Sustainability Institute, in support of their Community Change Grant agreement, project titled "Advancing Environmental and Climate Justice in Union Heights" (5B-03D30824). While their selection was made in October 2024, I had first contact and began working with the organization on March 26, 2025. I began my work with Sustainability Institute (mainly Bryan Cordell, Rebekah Cordell, and Mike McCauley) throughout the post-award phase after the restructuring of our Community Health and Environmental Review Division due to significant staff turnovers in early February 2025.

Sustainability Institute has continued to promptly fulfill all requirements and any requests on or before due dates. Acceptable progress was made for all milestones indicated in the work plan based on the last few monthly check-ins between EPA and Sustainability Institute.

Further, I was not consulted in any manner, about the status, progress, success, etc. of the grant, and did not provide any input before their ASAP (Automated Standard Application for Payments) account was suddenly suspended on March 7, 2025. By my account, Sustainability Institute has been an exemplary grantee, and I am not aware of any ill findings related to the grant that would prompt such sudden suspension.

I am prepared to expand on any actions related to Sustainability Institute's assistance agreement.

Sincerely,
Ferry Akbar Buchanan

Ferry Akbar Buchanan
Environmental Protection Specialist
U.S. EPA Region 4
Work Phone: (404) 964-0640
Office Phone: (404) 562-9482
Email: akbarbuchanan.ferry@epa.gov

**Akbar Buchanan, Ferry**
to me, Rebekah@sustainabilityinstitutesc.org, Brian

Thu, Apr 24, 10:24 AM

Good morning Sustainability Institute,

Please find below a written email documentation from myself to voluntarily provide my insight on your grant suspension status.

I, Ferry Akbar Buchanan, am serving as the Project Officer to the organization, Sustainability Institute, in support of their Community Change Grant agreement, project titled "Advancing Environmental and Climate Justice in Union Heights" (5B-03D30824). While their selection was made in October 2024, I had first contact and began working with the organization on March 26, 2025. I began my work with Sustainability Institute (mainly Bryan Cordell, Rebekah Cordell, and Mike McCauley) throughout the post-award phase after the restructuring of our Community Health and Environmental Review Division due to significant staff turnovers in early February 2025.

As of April 24, 2025, I do not have any knowledge of EPA terminating the grants for all Community Change Grants program including Sustainability Institute. By my account, Sustainability Institute has been an exemplary grantee, and I am not aware of any ill findings related to their ASAP Suspension that began in March as well as any information related to a grant termination, if any. Sustainability Institute has continued to promptly fulfill all requirements and any requests on or before due dates. Acceptable progress was made for all milestones indicated in the work plan based on the last few monthly check-ins between EPA and Sustainability Institute.

I am prepared to expand on any actions related to Sustainability Institute's assistance agreement.

Sincerely,
Ferry Akbar Buchanan

Ferry Akbar Buchanan
Environmental Protection Specialist
U.S. EPA Region 4
Work Phone: (404) 964-0640
Office Phone: (404) 562-9482
Email: akbarbuchanan.ferry@epa.gov

**Akbar Buchanan, Ferry** <AkbarBuchanan.Ferry@epa.gov>   Mon, May 5, 2025 at 3:17 PM
To: Rebekah Cordell <Rebekah@sustainabilityinstitutesc.org>
Cc: Bryan Cordell <director@sustainabilityinstitutesc.org>

Hi Rebekah,

Confirmed that I received the report and Sustainability Institute is still in compliance. No questions or concerns about the report, looks great! Would love to see photos from the community meetings next time rather than the engineering plan.

Thanks,

Ferry

Ferry Akbar Buchanan
Environmental Protection Specialist
U.S. EPA Region 4
Work Phone: (404) 964-0640
Office Phone: (404) 562-9482
Email: akbarbuchanan.ferry@epa.gov