

# EPA Starts Process For Staff Firings In EJ Office, Amid Broader RIF Fears

April 22, 2025                                                                                                                    Post

EPA has formally notified the agency's civil rights office, as well as regional environmental justice (EJ) divisions, of agency plans to conduct a "reduction in force" (RIF) of agency staff, justifying the move as in line with Trump administration executive orders targeting diversity programs and directing workforce "optimization."

While the notification, in the form of **an April 21 memorandum**, offers confirmation of widely expected efforts to target EJ-related activities, a former EPA official tells *Inside EPA* the effort could also signal plans for broader staff firings across the agency.

"This notice is to inform you that [EPA] will be conducting a [RIF] in accordance with the Office of Personnel Management [OPM] Workforce Reshaping Handbook and Title 5 of the Code of Federal Regulations governing RIF procedures," says the memo from EPA Assistant Deputy Administrator Travis Voyles.

The memo, addressed to the agency's EJ office and the agency's regional EJ divisions, states that the RIF "will take effect on July 31, 2025, with formal notices being issued to affected employees at least 30 days prior to the effective date."

This timeline is allowed by federal regulations as well as an approval by the OPM of an exemption from a 60-day notice requirement that would otherwise apply for EPA staff "selected for release" under a RIF, according to Voyles.

The memo frames the planned RIFs as in line with two Trump executive orders: EO 14151, which targets "wasteful [Diversity, Equity and Inclusion (DEI)] programs"; and EO 14210, which outlines implementation of the administration's Department of Government Efficiency (DOGE) workforce optimization initiative.

"This action is necessary to align our workforce with the Agency's current and future needs and to ensure the efficient and effective operation of our programs," Voyles writes. "With this action, EPA is delivering organizational improvements to the personnel structure that will directly benefit the American people and better advance the Agency's core mission of protecting human health and the environment."

The action was expected after EPA and other agencies were required to **submit reorganizations plans** to the Office of Management & Budget by mid-April -- though such plans have not yet been made public.

Voyles' memo states that the planned RIF will be conducted "within defined competitive areas and levels" according to federal regulations. "Employees will be ranked on a retention register based on tenure, veterans' preference, length of service and performance ratings," as outlined in federal rules.

### 'Not Just' A RIF

The RIF notification, however, is already drawing fire from former agency staff, labor unions and environmentalists. "Despite its stated justification, the last thing that this RIF will do is 'ensure the effective and efficient operation' of EPA programs," nor will it "directly benefit the American people . . ." former EPA enforcement official Gary Jonesi, now director of the nonprofit CREEDemocracy, tells *Inside EPA*.

"Instead, it will further endanger those in red and blue states alike."

"This is not just a 'reduction in force.' This is a reduction in our ability to keep Americans safe," Joyce Howell, executive vice president of AFGE Council 238, which represents over 8,400 EPA workers, said in a statement.

"Many Americans who are impacted most by environmental dangers live in lower-income areas, where they face higher exposure to air pollution and environmental contaminants. Eliminating jobs that ensure these communities get the same access to clean air and clean drinking water afforded to others goes to show this administration has no interest in protecting the American people."

And Sierra Club in an April 21 press release says, "All of us deserve to have clean air to breathe, safe water to drink, and be protected from toxic pollution. Instead, the Trump administration is selling us out to corporate polluters by actively working to slash clean air and water protections and laying off critical environmental justice staff."

The group adds, "the people that Donald Trump is putting out of work are hardworking, dedicated civil servants who have devoted their careers to protecting our clean air and water and securing a livable future for us all. The only people who will benefit from their firings are corporate polluters." -- *Doug Obey* (dobey@iwpnews.com)

250025

## RELATED NEWS

- ECOS Urges EPA To Maintain 'Robust' Research As ORD Faces Uncertain Fate
- Fired EPA EJ Staffers Bring Class-Action Complaint To Special Counsel
- 4th Circuit Allows Probationary Staff Firings To Temporarily Resume At EPA
- Warning Of 'Formal Discipline,' EPA Enforces Return-To-Work Mandates
- Judge Allows EPA Probationary Worker Firings To Resume In GOP States

Inside EPA is a subscription-fee-based daily digital news service from Inside Washington Publishers.

### SITE LICENSES

Economical site license packages are available to fit any size organization, from a few people at one location to company-wide access. For more information on how you can get greater access to Inside EPA.com for your office, contact Online Customer Service at 703-416-8505 or **iepa@iwpnews.com**.

### STAY CONNECTED

   

© 2025. Inside Washington Publishers | **Contact Us**