

# OFFICE OF THE ADMINISTRATOR
WASHINGTON, D.C. 20460

April 21, 2025

**MEMORANDUM**

**SUBJECT:**   Notice of Intent to Conduct a Reduction in Force

**FROM:**   Travis Voyles, Assistant Deputy Administrator   TRAVIS VOYLES  *Digitally signed by TRAVIS VOYLES Date: 2025.04.21 16:05:19 -04'00'*

**TO:**   Office of Environmental Justice and External Civil Rights
Regional Environmental Justice Divisions

This notice is to inform you that the U.S. Environmental Protection Agency will be conducting a Reduction in Force in accordance with the Office of Personnel Management Workforce Reshaping Handbook and Title 5 of the Code of Federal Regulations governing RIF procedures.

The decision to conduct a RIF has been made pursuant to Executive Order 14151, *Ending Radical and Wasteful Government DEI Programs and Preferencing* and Executive Order 14210, *Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative*, which "commence[d] a critical transformation of the Federal bureaucracy" and directed agencies to "eliminat[e] waste, bloat, and insularity" in order to "empower American families, workers, taxpayers, and our system of Government itself."

This action is necessary to align our workforce with the Agency's current and future needs and to ensure the efficient and effective operation of our programs. With this action, EPA is delivering organizational improvements to the personnel structure that will directly benefit the American people and better advance the Agency's core mission of protecting human health and the environment.

**Effective Date**
The RIF will take effect on July 31, 2025, with formal notices being issued to affected employees at least 30 days prior to the effective date, as required under Title 5 CFR and allowed by OPM approval of EPA's request for an exception to the 60-day notice period provided to employees selected for release through a RIF.

**Employee Rights and Support**
We understand that this announcement may cause concern and uncertainty. Please be assured that we are committed to supporting all affected employees throughout this process. Below are key points regarding your rights and the support available to you:

1. **Competitive Areas and Levels**
   The RIF will be conducted within defined competitive areas and levels, in accordance with Title 5 CFR §§351.402 and 351.403.

2. **Retention Standing**
   Employees will be ranked on a retention register based on tenure, veterans' preference, length of service and performance ratings, as outlined in Title 5 CFR §351.501.

3. **Appeal Rights**
   Employees who receive a RIF notice have the right to appeal the decision to the Merit Systems Protection Board or file a grievance under any applicable negotiated grievance procedure.

4. **Placement Assistance**
   We will provide information on how you can receive career transition assistance, including resume workshops, career counseling and job search resources. Additionally, we will coordinate with other Federal agencies to explore placement opportunities.

**Next Steps**
Our priority is to ensure a fair and transparent process while providing the necessary support to those affected. You will be invited to attend informational meetings to gain further details about the RIF process, benefits and state-specific career transition assistance.

EPA provides employees with an Employee Assistance Program. EAP provides confidential counseling and referral services to assist employees in resolving personal or work-related problems. Participation is voluntary, and the program is strictly confidential. If you believe these services would be appropriate for your situation or would like more information on EAP services, you may visit https://intranet.epa.gov/ohr/benefits/eap/index.htm. The website and mobile app password is **usepa**. If you are not able to access the EPA intranet, you may call 1 (888) 635-3202, visit the [Acentra Health](Acentra Health) website or download the Acentra Health app from Apple Store or Google Play. The website and mobile app password is **usepa**.

President Trump was elected with a mandate from the American people. Part of this mandate includes the issuance of an Executive Order that directs the critical transformation of the Federal bureaucracy to empower American families, workers, taxpayers and our system of government itself. Under the Trump Administration, EPA is affirming our commitment to serve every American and advance the Agency's core mission of protecting human health and the environment.

Thank you for your understanding and cooperation during this time.