**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| |
|---|
| THE SUSTAINABILITY INSTITUTE, et al., |
| Plaintiffs, |
| v. |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., |
| Defendants. |

Case No. 2:25-cv-2152-RMG

**SUPPLEMENTAL DECLARATION OF GERALD BABAO,**
**CLEANAIRE NC**

1.      I, Gerald L. Babao, Deputy Director of CleanAIRE NC, submit this declaration to notify the Court of developments that have occurred since I submitted my original declaration (Dkt. No. 24-6) in support of Plaintiffs' Motion for Preliminary Injunction.

2.      On March 27, 2025, I met with our EPA project officer to discuss CleanAIRE's Environmental Justice Collaborative Problem Solving Grant. EPA awarded this grant to my organization under the Inflation Reduction Act's Environmental and Climate Justice Block Grants program to support our work to reduce air pollution through the collection of air quality data in four North Mecklenburg communities in North Carolina.

3.      During that meeting, our EPA project officer informed CleanAIRE that our grant was at risk of termination unless we revised our project narrative to remove references to concepts the Administration disfavors. We were told to remove terms like "environmental justice," "climate change," "Black communities," "disparities," and "racial equity." We scheduled a follow-up meeting for the next day, March 28, to finalize the revision process and avoid termination of our grant.

4.      EPA made it clear that our Environmental Justice Collaborative Problem Solving Grant – a grant specifically created to address environmental and climate change issues in disadvantaged communities –was at risk of being terminated because of how we describe the issues the grant was designed to address. This made no sense. We wrote our grant to address the chronic disease health impacts associated with air pollution and climate change, recognizing that environmental justice communities experience higher mortality rates from chronic health conditions, with climate change acting as a threat multiplier for health disparities in low-income communities of color. Removing references to climate change and environmental justice, which are integral to understanding and addressing the disproportionate health burdens these particular North Carolina communities face, would make our work ineffective and disconnected from the root causes of the problems we seek to solve. Talking about our work differently would also be harmful to our mission and harm our relationships with partners and the communities we serve across North Carolina.

5.      EPA staff did not show up for our scheduled meeting on March 28, 2025 at 10:30 am. Later that same day, we received notice that our grant had been terminated.

6.      On April 26, 2025, Brian Holtzclaw, EPA Region 4 Section Manager for the Community Health and Environmental Review Division, who I understood to be serving as our Project Officer, emailed me an "Original Workplan with EPA Comments for EO# 14151 Compliance Document; April 2025" which was CleanAIRE's original workplan but marked up with edits for compliance with Executive Order 14151. Mr. Holtzclaw also included an "NSF Decision Tree and Keywords" flowchart and keyword list used by EPA to review work plans and grant documents, including grant title, abstract, project summary and description for compliance with the Executive Order related to DEI language. The document noted that

2

the keyword list was expanded to include terms like "climate change" and environmental

justice", and that when screening workplans for "forbidden words" in the context of EO

14151 related to DEI, EPA staff would take a "cautious approach".  The list of keywords

included many words associated with CleanAIRE's work such as: advocacy, equity, race and

ethnicity, minorities, inclusion, marginalized, underrepresented, underserved, racial justice,

systemic, and so on. I understood that EPA staff used the list to decide whether a grant

complied with the Executive Order 1415 related DEI, and made decisions about freezing or

terminating grants accordingly. I also understood that our grant was terminated because it

included too many "forbidden words" from the keyword list that were associated with DEI.

7.     EPA's attached document highlighted dozens of terms for removal or replacement

in CleanAIRE's grant materials such as "Environmental Justice," "climate change,"

"communities of color," "Latinx community," "historic Black communities," "disparities,"

"Black," "segregation and fair housing," "Racial Equity," "social injustices," and

"underserved and diverse communities." Additionally, the EPA suggested replacement words

for the terms "advocate," "advocacy," "disadvantaged," "disparities," "minorities," "EPA

EJSCREEN Index," "environmental justice," "disproportionate," "historical exclusion,"

"social injustices," and "underserved."  The EPA document noted that 65 out of

approximately 8297 words/expressions were related to DEI, comprising 0.8% of the

document.

8.     The attached "CleanAIRE Workplan with EPA Comments" and "NSF Decision

Tree and Keywords" documents are true and accurate copies of what I received from EPA on

April 26, 2025. (Ex. 1).

9.      Our grant has been frozen since March 28, 2025, except for a few days in April when we had brief access to grant funds. I can only conclude that our grant was frozen and then terminated because the Administration disfavors our speech and how we describe our work furthering Congress's objectives. The grant freeze and subsequent termination harm our organization, our mission, and the communities we serve.

10.     A court order that stops the government from interfering with our grant would redress these harms and allow my colleagues and me to speak freely about our work, our mission, and our commitment to environmental justice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Executed this 8th day of May, 2025.

_____
                        Gerald L. Babao

**From:** **Holtzclaw, Brian** holtzclaw.brian@epa.gov  
**Subject:** Standard Information as Requested
**Date:** April 26, 2025 at 11:47
**To:** Gerald Babao gerald@cleanairenc.org

*Brian L. Holtzclaw | Section Manager |  Community Health and Environmental Review Division*
*US EPA Region 4 |*
*61 Forsyth Street SW, Atlanta GA 30303*
*Office: 404-562-8684 | Cell: 404-821-0697 | holtzclaw.brian@epa.gov*

EO Compliance -- CleanAIRE North Carolina work plan sg... 

NSF Decision Tree and Keywords with Note.docx
121 KB 

**Project Narrative | North Mecklenburg Air Monitoring Network**

**Original Workplan with EPA Comments for EO # 14151 Compliance; April 2025**

**1.0 PROGRAM OBJECTIVES**
**A. Project Summary Page**
**Project Title:** North Mecklenburg Air Monitoring Network
**Project Location:** Huntington Green, Huntersville, NC 28078; Pottstown, Huntersville, NC 28078; Smithville, Cornelius, NC 28031 and West Davidson, Davidson, NC 28036
**Applicant Organization:** CleanAIRE North Carolina (CANC)
**Address:** 933 Louise Avenue, Suite 499, Charlotte, NC 28204
**Primary contact:** Kerstan Ryan, 704.307.9528, Ext. 110, Kerstan@CleanAIREnc.org
**Brief Description of Applicant Organization:** Our mission is to champion advocate for the health of all North Carolinians by pursuing equitable and collaborative solutions that address climate change and air pollution. We recognize health impacts from air pollution and climate change disproportionately affect low-income and communities of color and contribute to existing health disparities. We fight for a cleaner North Carolina through policy promotion advocacy, litigation, education, community organizing, and innovative partnerships. Our programs include Community Science AirKeepers, Health Champions Advocates, Environmental Protection Justice, and the NC Climate Ambassadors Program.
**Are you applying for the Small CBO Set Aside Track for $150,000 projects**? No
**Project Abstract:** CleanAIRE NC, in partnership with North Mecklenburg community-based nonprofit Letha's 1Stop Shop and North Mecklenburg Economic Mobility Collaborative, will establish an Air Monitoring Cluster Network in four impacted communities across North Mecklenburg to address health impacts associated with air pollution. Our work will be focused on the communities of Huntington Green (Huntersville, NC), Pottstown (Huntersville, NC), Smithville (Cornelius, NC), and West Davidson (Davidson, NC). Residents will collect air quality data through the cluster network and partake in CleanAIRE NC's AirKeeper Academy, engaging in the Healthy Air Education Series, Clean Air Advocacy Training, and Maps and Apps session. CleanAIRE NC will also work with local CBOs, Atrium Health, and the Mecklenburg County Health Department to train Community Health Workers as lead AirKeepers and conduct a Health Impact Assessment with Lake Norman Community Health Clinic, Mecklenburg County Health Department, Atrium Health and North Carolina State University. A major goal of the Health Impact Assessment will be the Mecklenburg County Health Department's inclusion of environmental protection justice parameters in its 2027 Community Health Assessment Survey.
**Project Type(s):** Air Monitoring, Public Health, and Climate Education
**Special Considerations:** Climate Change/Disaster Resiliency and Health Impact Assessments
**Environmental Issue:** Air Quality
**List of Project Partners:** Letha's 1Stop Shop (CBO); Pottstown Heritage Group (CBO); Smithville Community Coalition (CBO); North Mecklenburg Economic Mobility Collaborative (CBO); Atrium Health (Healthcare); Lake Norman Community Health Clinic (Healthcare); North Carolina State University (Academic); Caterpillar Ministries (Faith-Based); Mecklenburg County Health Department (Local Government); Mecklenburg County Air Quality (Local Government); Town of Davidson (Local Government)
**Will you need to develop a QAPP for your project?** Yes.

1

**Project Narrative | North Mecklenburg Air Monitoring Network**

**B. Environmental and Public Health Information of the Underserved Community**
In 2014, a Harvard study found the Charlotte-Mecklenburg metropolitan area to have the lowest upward mobility rate of the 50 largest urban areas in the country. Concerned citizens in the four municipalities in North Mecklenburg County recognized that they faced distinct challenges but were outside the geographic focus of proposed interventions identified by County initiatives.

The tri-municipality region of North Mecklenburg involves the towns of Davidson, Cornelius, and Huntersville, categorized as "small municipality and metropolitan, suburban" community types. Below are the characteristics of the population in the region and our target communities:

|  | Tri-Municipality Region | Target Communities |
|---|---|---|
| **Population** | 107,894 | 10,391 |
| **Age: <18/19-64/Over 65** | 25%/61%/14% | 25%/61%/14% |
| **Sex M/F** | 51%/49% | 50%/50% |
| **Race/Ethnicity W/B/H** | 81%/10%/7% | 60%/19%/17% (DELETE) |
| **Economically Challenged disadvantaged** (Household median income<$50K) | 6.7% | 36% |

Aging housing stock, high energy burdens, inadequate transportation, elevated rates of illness, poverty, and other factors mean residents in the target communities are especially vulnerable to the effects of air pollution and climate change. The four impacted communities bearing the burden of climate and health inequities challenges in North Mecklenburg are Huntington Green, a primarily Latinx community; Pottstown, a historic Black community created post-slavery; and the communities of West Davidson and Smithville, which are also historic Black communities.

Further exacerbating health and environmental differences disparities in the community is COVID-19. A 2020 study from Harvard University showed that people living in places with high fine particulate matter air pollution are 15 percent more likely to die from COVID-19 than those living elsewhere. Among deaths not connected to outbreaks at long-term care facilities in Mecklenburg County are some populations. nearly 3 in 4 were non-White, with 40 percent being non-Hispanic Black. These disparities differences in levels of outcomes are primarily driven by higher rates of underlying chronic conditions that increase the risk of severe complications due to COVID-19 infection among these communities.

**What are the environmental/public health issue(s) that the project seeks to address?**
Our project aims to address the chronic disease health impacts associated with air pollution and climate change. The top five leading causes of death in North Carolina are cancer, heart disease, accidents, COVID-19, and stroke. Diabetes is ranked seventh, and studies have linked air pollution, particularly PM2.5, to all causes except accidents. PM2.5 invisible particles travel through the respiratory tract into the lungs and move through the cardiovascular system, causing many health effects. Studies have shown PM2.5 also affects neurological conditions like dementia and Alzheimer's and maternal and child health outcomes like preterm birth. Pollution sources locally are from transportation, industrial facilities, landfills, and an asbestos Brownfield site. According to the Mecklenburg County Health Department, the mortality rate for heart disease for some local populations in minorities is 1.4 times higher than others.

2

**Project Narrative | North Mecklenburg Air Monitoring Network**

times higher than for Whites. The mortality rate for diabetes in some local populations minorities is 3.0 times higher than other populations than for Whites.

Climate change is a threat multiplier exacerbating health disparities, specifically in low-income communities of color. Extreme heat increases the effects of the urban heat island, causing increased cases of heat-related illnesses among children, the elderly, and outdoor workers. Higher temperatures can also contribute to an increase in ground-level ozone. Reducing air pollution in these neighborhoods will also reduce carbon emissions.

Using an on-line mapping screening the EPA EJScreen Index tool, we calculated the percentile of North Mecklenburg residents exposed to higher-than-average levels of PM2.5, Ozone, NATA Diesel PM, NATA Cancer Risk, NATA Respiratory HI, Traffic Proximity, Lead Paint Indicator, Superfund Proximity, Hazardous Waste Proximity. On average, the impacted North Mecklenburg areas have higher exposure across all EJ metrics than more affluent surrounding areas in the Tri-Municipality communities (Figure 1).



Figure 1. EJScreen 2023 On-line map of census blocks that include the communities of Pottstown, Huntington Green, Smithville, and West Davidson, indicating high (displayed in red) percentiles of PM2.5 exposure.

Residents in the North Mecklenburg Environmental Justice (EJ) communities have vastly different experiences than the surrounding affluent area, which results in higher exposure to pollutants and more significant impacts on their health (Figure 1).

**What are the environmental/public health results the project seeks to achieve, and how will the underserved community benefit from those results?**
The environmental/public health results we expect to achieve are improved air quality and a reduction in resident exposure to air pollution and climate change effects. Collaboration with residents and other stakeholders will result in a heightened community awareness in which residents

3

**Project Narrative | North Mecklenburg Air Monitoring Network**

understand the challenges that air pollution and climate change represent and are empowered to advocate champion for policies and initiatives that address the needs of their community. Through the AirKeeper Academy, residents of the four communities will learn from local health experts in the Healthy Air Education Series about how air pollution and climate change affect chronic diseases, including a community-requested session on mental health. Through this education series, residents will be better informed to make decisions that protect their health.

A second educational component of the AirKeeper Academy is the Clean Air Advocacy Training. This training includes an Environmental Justice Tour, which will provide information about the location of pollution sources and tools residents can use to increase their engagement in air permitting and zoning decisions. The goal of clean air advocacy is to reduce emissions from existing sources and decrease the number of permitted facilities to minimize cumulative impacts. In addition, learning how to use community benefits agreements to negotiate reductions in air pollution with businesses will empower residents to take control of environmental justice issues affecting their neighborhoods. Ultimately, our goal for this project is to improve health outcomes and increase residents' understanding of the health harms of air pollution.

The third component of the AirKeeper Academy is called "Maps and Apps." This session will focus on how individuals and organizations can use innovative mapping tools and applications to collect environmental health data to advance health and equity solutions. Participants will learn about major web tools such as the national on-line mapping screening tools, EPA EJScreen, and the CDC EJ Index, and the Council on Environmental Quality's Climate and Economic Justice Screening Tool. Importantly, CANC is currently funded (Windward EJ DataFund, as listed in Section 5) to create a customized data dashboard for North Carolina, with the intent that all air monitoring data from this EPA CPS proposal will be accessible through what will be called the CANC "AirKeeper Dashboard." The AirKeeper Dashboard will be a repository of historical time-based and real-time measurements of PM2.5 (in North Carolina) and will provide communities, nonprofits, and regulatory agencies a tool to access, understand, and communicate environmental data alongside geographic data such as the proximity of an EJ a community to nearby stationary sources of air pollution, proximity to roadways, and other features such as the number of homes and schools in the vicinity of any sensor. The AirKeeper Dashboard is expected to be completed by the end of 2024.

As part of this project, CANC will conduct a Health Impact Assessment (HIA). The HIA seeks to encourage the Mecklenburg County Health Department's inclusion of environmental justice parameters in its 2027 Community Health Assessment Survey (CHAS). The CHAS is a published public health report that identifies environmental justice impacts and priority areas that will reduce health disparities in environmental justice communities. CleanAIRE NC's HIA assesses how creating a hyperlocal cluster network of air monitors in impacted communities can inform, support, and advance public health programming efforts to promote environmental protection. justice. The four communities, Huntington Green, Pottstown, Smithville, and Cornelius, are low-income communities of color with a higher burden of chronic diseases due to social and environmental determinants of health, such as air pollution. By collaborating with multidisciplinary partners, this HIA will produce a final recommendations report to support public health and advocacy actions in EJ communities.

**C. Organization's Historical Connection to Underserved Community**
In 2016, CleanAIRE NC launched our AirKeepers program to educate and train residents in the Historic West End of Charlotte, a former red-lined community surrounded by two interstates and industrial sources. Between 2017 and 2022, the AirKeeper Program spread statewide as we deployed PurpleAir sensors in rural and urban areas collecting PM2.5 data for community use and scientific

**Project Narrative | North Mecklenburg Air Monitoring Network**

research and informing stakeholders. Based on a comprehensive analysis of that network by Eastern Research Group in 2021, CANC made a strategic shift to concentrate larger networks of monitors in counties with environmental justice communities suffering from cumulative impacts of air pollution. Since PM2.5 can be localized or travel long distances, the concentration of multiple monitors will allow impacted communities and our partners to identify trends of higher weighting of disproportionate exposure in environmental justice communities and provide solutions for reducing the impacts on human health. We have also expanded our AirKeeper engagement and training programs to involve residents in clean air advocacy and to build local groups' capacity through our AirKeeper Academy.

Since 2022, CANC has partnered with the North Mecklenburg community of Pottstown to better understand and digest local readings of particulate matter due to community concerns about local polluting sources, such as asbestos and particulate matter. This includes stationary and permanent monitoring sites within the community and mobile monitoring where community residents could take CANC's Community Science Manager throughout the neighborhood to identify potential areas of hotspot pollution. Our Community Science Manager has also attended community meetings to learn from residents about air pollution concerns, as well as the health, viability, and future of the Pottstown neighborhood, in the context of the future development of "Pottstown Park," the 31 acres now owned by Mecklenburg County. CANC continues to work with Pottstown to educate and engage with elected officials and other key stakeholders in discussions about the future of the Pottstown Community.

In early 2023, CANC connected with the North Mecklenburg Economic Mobility Collaborative (NMEMC) through our work with Carolina Advocates for Climate, Health, and Equity (CACHE). CACHE was formerly CANC's Medical Advocates for Healthy Air (MAHA) initiative, launched as an independent clinician-led organization in 2021. NMEMC was interested in working with CANC as part of their Healthy People Healthy Carolinas grant from The Duke Endowment. Specifically, NMEMC was interested in having CHWs trained as AirKeepers.

**Community Driven Participation,**
Three of the four impacted North Mecklenburg Communities are historic Black neighborhoods that have existed since the late 1800s and have organized periodically to face community challenges such as segregation and fair housing. All four communities are located in a relatively wealthy region of Mecklenburg County. Therefore, they face unique pressures associated with encroaching development and relatively high living costs, especially housing. Recent community organizing has focused on revitalizing neighborhoods to address these challenges head-on, preserve their communities and champion advocate for themselves effectively. In particular, the Smithville community has successfully implemented a revitalization plan that has received substantial American Rescue Plan Act funding from Mecklenburg County and philanthropic foundations to support their efforts spurring the recent formation of the Lake Norman Community Development Corporation.

Buoyed and inspired by the success of Smithville, Pottstown has successfully advocated for the preservation of the Waymer Center, a +50 year old historic school, to receive county funding for a park on that site. Members of the West Davidson Community actively participate in town citizen boards addressing Racial Equity, Affordable Housing, and Sustainability. They have organized to raise concerns over a Brownfield site in their community located on the grounds of a former asbestos plant. Huntington Green, as a Latinx community, faces the additional challenge of undocumented residents but has formed a cohesive community served by Caterpillar Ministries. Primarily in recognition of the hard work these communities have done to organize and champion their locality,

5

**Project Narrative | North Mecklenburg Air Monitoring Network**

advocate, the communities and organizations that serve them have received grants from the United Way and The Duke Endowment in recent years. These resource partners have stressed the importance of community-led collaborations and community capacity building. These collaborations have stimulated the communities to seek opportunities to build upon their foundation.

In this spirit, the communities approached CANC to seek EPA EJCPS funding to bolster their community-led collaborations with resources to address environmental challenges injustices. They recognize the increased resiliency and synergy resulting from diverse a variety of resources employed within a collaborative framework. The EPA EJCPS collaborative framework will foster the sharing of strategy and resources within these four communities necessary to successfully take on complex challenges that could overwhelm any of the communities alone. The community-led approach will harness this strength in numbers with shared resources to address the particular challenges faced by each community, building structures, capabilities, and capacities required to address more challenges in the future.

### D. EJCPS Model
Our project in North Mecklenburg County will focus on five of the seven EJ Collaborative Problem-Solving Model Elements:

**Issue Identification, Visioning, and Strategic Goal-Setting**
This element was completed before the grant when the four communities identified that air quality and climate change are issues impacting resident health. The communities' vision to monitor air quality was established alongside other faith, government, and healthcare stakeholders. By coordinating 11 stakeholders, strategic goal-setting was enacted to create a cluster monitoring network (15-20) monitors across the four EJ neighborhoods in North Mecklenburg. In addition to the monitoring network, residents requested clean air education and advocacy training that they and locally-based CHW will complete through the AirKeeper Academy.

**Community Capacity-Building and Leadership Development**
Parts of this element have been started, and the rest will be accomplished during Year 1 of the grant. After identifying the issue of poor air quality, community members and relevant stakeholders have taken steps to educate themselves and research the connection between health outcomes and exposure to pollution. During Year 1, the focus will be on Community Engagement to source community concerns. This also includes working with technical expert CleanAIRE NC to determine the best locations to place air sensors to measure PM2.5 levels. In the latter half of Year 1, community members and CHWs will enroll in the AirKeeper Academy educational sessions to become AirKeepers.

**Development of Multi-Stakeholder Partnerships and Leveraging of Resources**
This element has been cultivated as the four impacted CBOs have established working relationships with all the CPS partners. During the grant, stakeholders will work together to develop a comprehensive plan where each partner understands their role and responsibilities clearly, including one another's strengths, and where they can leverage resources to address project needs. Working collaboratively on this plan will ensure clarity of common vision, goals, objectives, strategies, and actions among the partnership.

**Constructive Engagement with Other Stakeholders**
This element will be accomplished during the grant. With eleven partners, several stakeholder groups are represented. Three are government entities. One is a municipality (Town of Davidson), and the others are county agencies (Mecklenburg County Air Quality and Mecklenburg County Health

**Project Narrative | North Mecklenburg Air Monitoring Network**

Department). We will leverage their technical assistance, information, and organizational capacity and raise EJ concerns for long-term solutions and eventual policy change. Our academic partner (North Carolina State University) will contribute to research and Healthcare, faith-based, and partners will assist with elements of the planned HIA. The remaining CBOs will leverage community relationships and engage residents in the grant project activities.

**Evaluation, Lessons Learned, Replication of Best Practices**
Due to the nature of the element, this step will be conducted during the grant cycle. After every grant activity, stakeholders will convene to evaluate project progress and suggest improvements to ensure grant objectives are being met and community needs are being served. Stakeholders will be encouraged to give real-time feedback, but a SWOT analysis will also be conducted to capture information. At the end of the grant, an air quality monitoring report and an HIA report with recommendations will be created.

**E. Project Linkages**
The North Mecklenburg Air Monitoring Network supports EPA Strategic Plan Goals. 2, Objective 2.1 (Promote Environmental Justice and Civil Rights at the Federal, Tribal, State, and Local Levels) by It bringsbringing together several impacted communities and other essential stakeholders to address long-term EJ concerns. These concerns have directly impacted residents' quality of life and economic mobility due to their historical long-time exclusion from federal, state, and local initiatives. This project allows those communities to interface with government entities and share their concerns and solutions to the problems that will uphold and honor the Civil Rights Act of 1964's protections and agreements.
Partner CBOs will work with the Town of Davidson to inform their Climate Action Plan. This will also provide CBOs with a framework to approach Huntersville and Cornelius, NC, municipalities to address air quality and environmental concerns.

This project will initiate operations at a local level, leveraging pre-existing relationships between the impacted communities and the community-based organizations and local governments that serve them. Local partners have linkages with statewide networks positioned to expand impact by replicating successful approaches. In addition to CANC, statewide climate and health networks such as the North Carolina Community Health Worker Association, CACHE, and the North Carolina Area Health Education Centers have the capability to disseminate successful local EJ approaches. Additionally, the North Mecklenburg Air Monitoring Network program is intrinsically tied to key NC Executive Orders like EO 271, EO 246, and EO 80. By implementing the Advance Clean Truck initiative, covering medium/heavy duty trucks; increasing the percentage of zero-emission vehicles to 30% sold by 2030 and 100% by 2050; and a general focus on increasing zero-emission vehicles like cars and pick-up trucks should improve overall air quality and reduce health impacts.

**F. Partner and Collaborate**
This grant proposal provides a strong network for building capacity and working toward environmental community change. This project is directed and informed by the four impacted communities that have historically been excluded from decision-making for their neighborhoods, for decades and decades. By leveraging the resources and expertise of the eleven stakeholders from academia, healthcare, local government agencies/ municipalities, and faith-based organizations, we have secured the necessary collaboration to ensure community concerns are heard and solutions are set in motion for long-time positive results. We are confident that our goal to collect hyper-local air quality data and educate residents on the impacts of pollution and climate change will inform public health policy changes to improve community health outcomes.

**Project Narrative | North Mecklenburg Air Monitoring Network**

**Letha's 1Stop Shop (CBO)**
Letha's 1Stop Shop will manage the community engagement activities, recruit community scientists, known as AirKeepers, and facilitate residents' participation in CANC's AirKeeper Academy. Letha's 1Stop Shop will serve as the community voice for this initiative connecting residents with local and state agencies, elected officials, health professionals, and other faith-based communities. Letha Smith runs Letha's 1Stop Shop single-handedly, serving her community by helping her neighbors overcome hardships, poverty, and social injustices negative outcomes by connecting them with necessary resources. Letha researches and identifies available resources and has built partnerships with local nonprofits, faith-based organizations, and academia to tackle larger issues such as food shortages, healthcare access, and homelessness. As a resident of West Davidson, Letha is committed to improving the quality of life of her neighbors and ensuring everyone in her community has access to equal and equitable resources. To maintain and sustain this relationship in the future, CANC will work with Letha's 1Stop Shop to ensure all North Mecklenburg residents interested in air quality monitoring have the opportunity to learn more about the issues and become AirKeepers. As lead community partner Letha's 1Stop Shop will receive a sub-grant for her community organizing work and qualifies for funding due to her CBO status.

**Pottstown Heritage Group (CBO) and Smithville Community Coalition (CBO)**
Representing two impacted communities, Pottstown Heritage Group, and Smithville Community Coalition, bring people power and community organization to this grant. They will contribute to this project by recruiting AirKeepers from their community to host low-sensor air monitors and encourage residents to engage in education and advocacy trainings through the AirKeeper Academy. These partners are vested in the project because their communities are impacted by poor air quality and higher rates of chronic disease. They are committed to funding solutions to improve their communities quality of life. CleanAIRE NC plans continued engagement with these communities and to serve as a resource for not only community science and health but also a chamption an advocate for advocacy and policy changes. Each of these communities will receive a $15,000 subaward stipend for their work to organize community residents and service as key stakeholders. As CBOs, they are compliant with the funding requirements for this grant.

**North Mecklenburg Economic Mobility Collaborative (CBO)**
NMEMC is a locally based organization with experience developing and managing multi-stakeholder collaborations and leveraging resources to address complex local challenges. Recognizing that economic immobility is a multideterminant problem, NMEMC has organized its efforts as a backbone organization as described by Stanford's Center for Social Information and has developed a health-centered community of practice that can be leveraged to engage in building community capacity to address environmental challenges injustice. NMEMC is a community-led volunteer organization.
Within NMEMC's health community of practice are members with backgrounds in clinical medicine, health systems strengthening, community, and public health. These members will participate in this project, providing locally informed subject matter expertise. NMEMC participates in various local, multi-stakeholder collaborations and recognizes that success in addressing complex challenges requires a holistic, inter-collaboration perspective to realize synergies and economies of scale. As such, the success of each collaboration hinges on cooperation and coordination. As complex challenges wax and wane, the local multi-stakeholder relationships required to address these challenges have the potential to strengthen over time. Employing collaboration-based problem-solving is an important relationship-strengthening strategy. When stakeholders experience constructive engagement in problem-solving, they are likely to learn from this experience and bring their lessons to address new or different complex challenges. NMEMC will receive a sub-award for assisting with Element 4 of the EPA EJCPS model.

8

**Project Narrative | North Mecklenburg Air Monitoring Network**

**Atrium Health (Healthcare)**
Atrium Health is one of the largest vertically integrated health systems in the U.S. and the largest healthcare provider in Mecklenburg County. As part of this project, Atrium Health will provide data support and incorporate project metrics in ongoing Community Health Impact Assessment work for the four impacted communities utilizing hyper-local air quality data collected during this program. Atrium Health is vested in this project because it complements existing initiatives they spearhead in North Mecklenburg. Atrium Health is an established partner of CANC through their support of the annual health conference. With Atrium's recent expansion across the state of NC and commitment to social and environmental health outcomes, we envision new collaborations in the future.

**Lake Norman Community Health Clinic (Healthcare)**
LNCHC will support and engage in the grant, specifically the assessment and recommendations section for the HIA. They will share depersonalized clinical data to support public health processes, including efforts to reduce health differences disparities and identify gaps in health programming. LNCHC is vested in this work because they provide clinical services to uninsured and low-wealth families, primarily from Huntington Green, for chronic disease prevention and maintenance. CANC's Health Program plans on continued partnership with LNCHC to engage clinicians in advocacy promotion efforts and build healthy air initiatives for Huntington Green.

**North Carolina State University (Academia)**
Dr. Zhen Qu, an Assistant Professor at North Carolina State University, specializes in understanding sources of greenhouse gas (methane) and air pollutants. She will contribute technical assistance to this grant, specifically with the HIA. Dr. Qu's research focuses on outcomes and emission understanding through modeling. She will apply an atmospheric sensitivity model to quantify how emissions from each surrounding region and specific human activities (e.g., power plants, on-road transportation, industry, etc.) lead to air pollution-associated premature death and adverse health impacts in the North Mecklenburg community. Dr. Qu is interested in this partnership because she can connect directly with EJ communities and learn about their concerns. As the state's lead air quality advocacy organization, CANC will maintain a relationship with Dr. Qu through our Community Science program.

**Mecklenburg County Health Department (Local Government)**
MCHD is the local public health organization for Mecklenburg residents. For this project, they will continue their involvement in the Healthy Air Education Series leading course sessions. They will also engage their Community Health Worker Initiative in grant activities by promoting the series and CleanAIRE NC's AirKeeper Academy. Additionally, they will support CleanAIRE NC's Health Impact Assessment by sharing population health metrics to inform, support, and promote public health efforts in impacted North Mecklenburg communities. MCHD is vested in this work because, at this time, they offer few interventions for North Mecklenburg residents as it is not deemed a priority health area. MCHD will also benefit from HIA research providing the necessary data to include environmental justice parameters in their 2027 Community Health Assessment. CANC will maintain a long-lasting relationship with MCHD as we expand the AirKeeper Academy to other priority health communities across Mecklenburg and champion for a special advocate for an EJ section in the County health assessment.

**Mecklenburg County Air Quality (Local Government)**
MCAQ serves as the county's regulatory agency for air quality. MCAQ will serve as a resource and partner in elevating potential regulatory programs based on data outcomes to reduce emissions. MCAQ will contribute to regulatory agency education around permitting, zoning, and other

**Project Narrative | North Mecklenburg Air Monitoring Network**

regulatory processes and be a contact point for community members regarding these processes. MCAQ has partnered with CleanAIRE NC since 2017 to address health impacts in underserved communities in other areas of Mecklenburg County, specifically Charlotte's Historic West End. This partnership established a permanent fine particulate matter EPA regulatory sensor after community monitoring data was collected and shared with the agency. CleanAIRE NC will continue to work with MCAQ to establish future cluster monitoring networks across the county. MCAQ will not receive a sub-award from this grant.

**Town of Davidson (Local Government)**
The Town of Davidson will support and engage in the grant specifically with EJCPS Element 4: Multi-Stakeholder partnerships and Leveraging of Resources as one of the stakeholders. They aim to integrate this effort with plans to develop a Climate Action Plan and, in their work seeking certification in the LEED for Cities and Communities program. They will also support the local CBOs in navigating the complexities of local government and the best ways to make meaningful changes at the local level. CleanAIRE NC will continue to work with the Town of Davidson, specifically its Sustainability team, as they navigate climate action in NC.

**Caterpillar Ministries (Faith-Based Organization)**
Caterpillar Ministries is a grass-roots nonprofit/non-denominational Christian organization that serves the North Mecklenburg community of Huntington Green in Huntersville, NC. Caterpillar Ministries will support and engage in the grant, specifically with Element 4: Multi-Stakeholder partnerships and Leveraging of Resources. They will assist local community-based organizations with AirKeeper recruitment and community engagement in the AirKeeper Academy courses for the Huntington Green Community. CANC looks forward to a stronger partnership with Caterpillar Ministries in our work with this project and other initiatives, including our Greening Our Faith Communities Summit. This summit is an opportunity to unite the voices of faith in the calling for climate solutions and a low-carbon future. In lieu of Huntington Green having an established CBO, Caterpillar Ministries will receive a sub-award from this grant to support residents from the community.

**2.0 Project Activities / Milestone Schedule / Detailed Budget Narrative**
**A. Project Activities**
**Community Engagement:** To fully engage interested residents during this 3-year project, we will work with Letha's 1Stop Shop, Pottstown Heritage Group, Smithville Community Coalition, and Caterpillar Ministries (Huntington Green) to source community concerns. CANC will administer the grant and has requested a full-time employee in the budget to assist current CANC Program Managers and Letha's 1Stop Shop with grant activities. The CANC Project Coordinator will support Letha's 1 Stop Shop with all aspects of community engagement and will work with her and the other communities to develop a community engagement plan. Initial engagement activities include organizing orientation sessions to hear from residents about local air pollution concerns and related health impacts. 20 AirKeepers will be recruited from the impacted communities via the orientation sessions, with the intent that they will be responsible for maintaining air monitoring for the duration of the project. Residents interested in joining the new Community Air Monitoring Advisory Council will be identified throughout this process, including scientists and other relevant community stakeholders. The Project Coordinator will support the deployment of the PurpleAir monitors and assist Letha's 1Stop Shop with scheduling monthly meetings for AirKeepers during the first 16 months of the project. AirKeepers will hear from scientists, health professionals, and other resources at monthly meetings to advance learning. The AirKeeper Academy courses are key components that

10

**Project Narrative | North Mecklenburg Air Monitoring Network**

will be implemented to build the capacity of Huntington Green, Pottstown, Smithville, and West Davidson AirKeepers and residents.

**Air Monitoring, Data Collection, and Analysis (PurpleAir, Modulair, AirBeams):** PurpleAir's PA-Flex sensors are deployed to a specific location and are powered via a wall outlet. The data are uploaded via wifi to an open-access server maintained by PurpleAir. The PA-Flex reports real-time PM2.5 concentrations and Volatile Organic Compound (VOC) gas concentrations. PurpleAir PM2.5 data has been repeatedly vetted by scientists as a reliable, low-cost measurement, and CleanAIRE NC has collaborated with academic and government scientists on these verification projects. The PurpleAir VOC measurements are experimental and new, so they do not yet have a deep verification process.

QuantAQ's Modulair sensors are deployed to a specific location and are powered via solar. The data are uploaded via cellular data to an open-access server maintained by QuantAQ. The Modulair-PM reports real-time PM1, PM2.5, and PM10 concentrations for particles between 0.35 µm and 40 µm in size. Modulair reports the same as Modulair-PM but also includes measurements of the gas concentrations of Carbon Monoxide, Nitrogen Oxide, Nitrogen Dioxide, Ozone, and Carbon Dioxide. There is strong evidence that Modulair data provides a very reliable measurement of PM1, PM2.5, and PM10, but the price of the Modulair sensors is about 10x the price of PA-Flex.

HabitatMap's low-cost AirBeam3 is a portable, hand-held sensor designed to connect real-time measurements of PM2.5 concentration with the immediate vicinity of the individual user. The PM2.5 data is transmitted from the AirBeam3 to the mobile AirCasting App, which displays a map of the real-time PM2.5 on, for example, a smartphone. Because the AirBeam3 reports PM2.5 in an individual's immediate space, the devices can interactively pinpoint PM2.5 hotspots by literally walking a path with the AirBeam3 from one location to another.

Fixed location air monitoring with the PA-Flex and Modulair devices will be conducted starting in Year 1 after six months of initial community engagement activities and after deployment locations are identified. Data from the PA-Flex sensors will be immediately available through the PurpleAir online mapping system and from the Modulair sensors via the QuantAQ online mapping system. CANC is currently funded (Windward EJ DataFund, as listed in Section 5) to create a customized data dashboard for North Carolina, and the intent is that all PA-Flex and Modulair data from this EPA CPS proposal will be accessible through the CANC "AirKeeper Dashboard" when it is finalized in 2024.

AirBeam3 mobile monitors will be used in Year 3. CANC will establish an AirBeam3 Lending Library to engage K-12 students in the four EJ communities. Students will work in teams using the AirBeam3 to collect air pollution data and then study the results via the AirCasting App. Topics of investigation include experiments related to local pollution sources like idling school buses and more general air quality and weather projects in the classroom. Throughout this process, and in tandem with both the PA-Flex and Modulair data and the on-going CANC creation of the AirKeeper Dashboard, the CANC Community Science Program team will work with the teams and individuals on data interpretation.

Before collecting data, CANC will work with US EPA Region 4 staff to develop an approved Work Plan and Quality Assurance Project Plan (QAPP) for all monitoring activities. The plans will be shared with all partners.

**Project Narrative | North Mecklenburg Air Monitoring Network**

**AirKeeper Academy:** this hybrid educational and advocacy program includes three session topics that will be held for residents in year two of the grant period. All AirKeeper Academy Training will be held in English and Spanish.

The Healthy Air Education Series will feature public health classes customized for North Mecklenburg residents. Courses will include COVID-19 and Chronic Diseases, Maternal and Child Health, and Pollution and Mental Health. We will work with partners from Mecklenburg County Health Department, Lake Norman Community Health Clinic, Mecklenburg County Air Quality, and Letha's 1Stop Shop to develop workshop materials and recruit participants. Local physicians serving the community will lead the Healthy Air Education sessions. The education series will increase participants' knowledge about air quality's impact on specific health issues. The classes will also increase understanding of air pollution in North Mecklenburg, increase enthusiasm for reducing emissions, and encourage participants to take action to protect their health.

The Clean Air Advocacy Training and EJ Tour will cover topics for residents interested in learning how to advocate effectively for a cleaner environment and better health. Training topics include Air Quality 101, a history of air quality monitoring in Mecklenburg County, and a primer on permits and zoning taught by county staff. Each session will cover tools residents can use to determine the location of pollution sources in their community and resources to increase engagement in air permitting and zoning decisions. Participants will also learn how community benefits agreements can be used to negotiate reductions in air pollution with local polluting entities. The EJ Community Tour will show residents sources of pollution in the community.

The Maps and Apps Training will teach participants how to use the AirKeeper Dashboard and existing on-line mapping tools such as the EPA EJScreen, EJ Index, and Climate and Economic Justice Screening Tool to advocate to champion for stronger environmental and public health protections. Participants will also learn how to find and understand data on exposure, access data on pollution from both regulatory and personal sensors, and how local air monitoring around their homes can lead to stronger policies and programs around air quality.

**Health Impact Assessment:** The HIA will be ongoing for all three years of the grant. Year 1 will consist of reviewing secondary data sources, including the Mecklenburg County Health Department Community Health Assessment Surveys (2019/2023) to confirm baseline health data that may support comparison activities in and between communities. This will provide a clear Health Profile of North Mecklenburg. In Year 2, Lake Norman Community Health Clinic and Atrium Health will provide supplemental data, including depersonalized clinical health indicators, to assess and evaluate health behaviors and outcomes changes for patients who completed the AirKeeper Academy training in Year 1. In year 3, we will incorporate all data from hyper-local air monitoring, AirKeeper Academy training, and Dr. Qu to prepare a final analysis and recommendation report that evaluates improvements to patient health and disease management.

**Community Health Worker (CHW) Training:** One CHW will be recruited (four in total) from Huntington Green, Pottstown, Smithville, and West Davidson. The four CHWs will complete the AirKeeper Academy in Year 1. After completing the Academy, CHWs will be deployed in their respective communities as Lead AirKeepers, where they will provide solutions for the educational, promotion, advocacy, and connectivity needs of the communities in which they live. CHWs are lay members of the community who often work with health professionals to reduce health disparities in underserved vulnerable communities. CHWs are currently employed by health systems in Mecklenburg County and local CBOs and clinics. MCHD provides workforce development services and funding resources through

## Project Narrative | North Mecklenburg Air Monitoring Network

its Community Health Worker Initiative and Stakeholder Advisory Committee. CHWs are increasingly recognized as essential healthcare workforce members and can improve health outcomes and quality of life for people in poor, underserved, and diverse vulnerable communities. We will train additional CHWs through the MCHD CHW Initiative and Atrium Health in Year 2.

### B. Milestone Schedule

| Activities/Milestones | Year 1 | Year 2 | Year 3 | Key Groups Responsible |
|---|:---:|:---:|:---:|---|
| Community Engagement | X | | | CleanAIRE NC, Project Stakeholders (CBOs, Government, Faith-Based, Healthcare) |
| AirKeeper Academy Healthy Air Education Series | X | X | | CleanAIRE NC, MCHD |
| AirKeeper Academy Clean Air Advocacy Training | X | X | | CleanAIRE NC, MCAQ |
| AirKeeper Academy Maps and Apps Training | X | X | | CleanAIRE NC, MCAQ |
| Air Monitoring/ Data Collection PurpleAir PA-Flex (fixed location) | X | X | X | CleanAIRE NC |
| Air Monitoring/ Data Collection QuantAQ Modulair (fixed location) | X | X | X | CleanAIRE NC |
| Air Monitoring/ Data Collection AirBeam3 Monitoring (mobile monitoring) | | | X | CleanAIRE NC, 20 AirKeepers from the Communities |
| Health Impact Assessment | X | X | X | CleanAIRE NC, NC State, Lake Norman Community Health Clinic, Atrium Health, MCHD |
| Community Health Worker Training | X | X | | CleanAIRE NC, Letha's 1 Stop Shop, Caterpillar Ministries, Atrium Health, MCHD CHWI |

**C. Itemized Budget Sheet / Budget Narrative**: Submitted as an Attachment

**3.0 Environmental Results – Outputs, Outcomes, and Performance Measures (Logic Model)**

13

**Project Narrative | North Mecklenburg Air Monitoring Network**

**A. <u>Environmental Results (Logic Model)</u>:** Submitted as an Attachment

**B. Performance Measurement Plan**

In addition to yearly quarterly check-in meetings with all stakeholders, CANC Staff will evaluate the effectiveness of program activities by assessing participant learning and assessing participant engagement through qualitative (informal and formal interviews) and quantitative (number of registrants, pre/post-session surveys, number of installations) metrics detailed in the table below.

| Output/Outcome | Measurement Strategy | Timeframe |
|---|---|---|
| Engaged participants in the AirKeeper Academy | Number of registrants and attendees | Attendance during Year 1 and 2 sessions |
| Health Air Education Series: Increased knowledge about air quality's health impact, interest in reducing emissions, protecting health | Survey to determine change in knowledge | Pre/post-session |
| Clean Air Advocacy Increased knowledge of city zoning and county air permitting processes | Survey to determine change in knowledge | Pre/post-session |
| Maps and Apps: Increased usage of mapping tools for personal health decisions | Follow-up survey | 3-month post-session |
| Engaged participants in the AirKeeper Academy | Number of registrants and attendees | Attendance during Year 2 sessions |
| A better understanding of North Mecklenburg air pollution sources | Installation and data analysis of Purple Air Monitors in North Mecklenburg | Monthly data summary reports |
| Increased enthusiasm, interest, and engagement in protecting air quality and public health in North Mecklenburg | Informal interviews with session participants | Conducted throughout the sessions |
| HIA Increased patient self-efficacy regarding the management of their chronic health condition, increased knowledge of the connection between air pollution and their health; Change in health behavior (using AQI data to inform health behavior decisions);<br><br>Changes in Clinical Health Indicators (blood pressure, blood sugar, asthma | Pre-Survey and Post-Survey to measure changes in knowledge, attitude/self-efficacy, and health behaviors<br><br>Depersonalized Electronic Health Records (Epic EHS) | Conducted before and after completion of the Healthy Air Education Series |

**Project Narrative | North Mecklenburg Air Monitoring Network**

| hospitalization) | | |
|---|---|---|
| Data from HIA will be used to inform Mecklenburg County Health Department's 2027 Community Health Assessment Survey | Community survey responses & Hyperlocal Air Monitoring Data | Conclusion of grant cycle |

## C. Sustainability Plan and Community Vision

Many initiatives in North Mecklenburg address singular issues such as affordable housing, food deserts, transportation, and healthcare access. With increasing climate change impacts the expectation that air pollution will increase due to transportation emissions, the North Mecklenburg Air Monitoring Network provides an opportunity to address these issues through an environmental health lens and implement sustainable solutions that lead to various co-benefits. This project is taking place alongside other important work in the four communities, including a Revitalization Plan in Smithville, creating a multi-acre green space in Pottstown, and funding for community-led projects from The Duke Endowment Healthy People Healthy Carolinas and the United Way Staying in place grants already underway. Developing a cluster air monitoring network aligns with these and other planning initiatives to promote inclusive and equitable economic development, affordable housing, and job creation. By investing in local community members to become AirKeepers and supporting community health workers in these communities with environmental health and justice capabilities, the impact of this program will extend long beyond the 3 years of funding. The sustainability of this program is inextricably tied to community capacity and ownership, both intentionally strengthened through the North Mecklenburg Air Monitoring Network's approach. The project stakeholders engaged in this project will champion advocate for sustainable solutions to improve public health with the Health Impact Assessment's goal of having the Mecklenburg County Health Department include justice indicators in the next Community Health Assessment for 2027. CleanAIRE NC is thrilled that the North Mecklenburg Air Monitoring Network is expanding the existing cluster monitoring network model already established in Charlotte's Historic West End and soon-to-be Sampson County through funding from the EPA.

## 4.0 Programmatic Capability
### A. Organizational Experience

Founded in 2002 by a group of passionate Charlotte volunteers determined to improve the region's air quality, which was in non-attainment for ground-level ozone, CANC expanded statewide in 2010 and has earned a reputation as the leading North Carolina air quality advocacy organization. Our team of twelve is driven to advance our mission to advocate push for the health of all North Carolinians by pursuing equitable and collaborative solutions that address climate change and air pollution.

We view all program work and policy initiatives through the lens of health as it's impacted by air pollution, climate change, and environmental impacts justice. Our staff has specialized experience in public health, air quality and energy policymaking, community science, education, and organizing. In addition to our team, we have a dedicated Board of Directors, including health and science professionals committed to advancing equitable solutions to environmental challenges injustices. Our Health and Community Science programs have Advisory Boards comprising university health and science professors and researchers, practicing and retired clinicians, and state and national citizen science leaders. Our main office is in Charlotte, where we have worked for 20 years to develop strong relationships with local government, the nonprofit sector, and underserved vulnerable communities.

**Project Narrative | North Mecklenburg Air Monitoring Network**

**B. Staff Experience / Qualifications of Project Manager (PM)**

Daisha Wall is the Community Science Manager at CANC and will serve as Project Manager. Daisha has a rich community science, environmental experiences justice, and community engagement background. She was also CANC's first Environmental Justice Manager, where she established the foundation for the program and worked with the Historic West in Charlotte to create their Green District. In her current role, she manages a statewide network of volunteer air quality monitoring hosts, including recently established cluster air monitoring networks in EJ communities. She provides technical resources and support for researchers, policymakers, health professionals, and educators to advance CANC's mission. Daisha holds a Master of Science in Environmental Policy from Johns Hopkins University and a Bachelor of Science in Sustainable Development from Appalachian State. Daisha has also obtained a graduate certificate in Geographic Information Sciences (GIS); she uses the skills learned to reach communities further and identify patterns of ongoing challenges inequity.

Amanda Strawderman is CANC's Environmental Justice Manager. They developed a passion for environmental justice challenges through working with impacted communities facing threats to drinking water from various polluting industries. Amanda will lead the Clean Air Advocacy session and the Environmental Justice tour for this grant. They will also provide expertise and content for the Maps and Apps session in the AirKeeper Academy. Amanda holds a Bachelor of Science in Geography (GIS and Environmental Studies) from James Madison University and a Master of Science in Sustainability from Lenoir-Rhyne University-Asheville.

CANC's Health Manager, Emily Wolfe, manages strong partnerships with health professionals through the Health Program and signature conference, NC BREATHE. The CANC Health Program has engaged with North Mecklenburg communities to advise on health education, and this position will be leading the Health Impact Assessment research for this grant. She will also lead the Healthy Air Education Series, using community-based health education about environmental linkages to chronic disease. Emily is a Licensed Clinical Social Worker; holds a Bachelor of Fine Arts from The University of North Carolina at Greensboro and received her master of Clinical Social Work from The University of North Carolina at Chapel Hill with a concentration in adult mental health.

CANC's Project Coordinator (to be hired with funding from this grant) will play a prominent role in this project serving as a resource for community liaison Letha's 1Stop Shop, assisting with all project activities, including community engagement, air monitoring, AirKeeper Academy training, and project management for the Health Impact Assessment.

**C. Expenditure of Awarded Grant Funds**

CleanAIRE NC's Accounting and Financial Policies and Procedures manual outlines the organization's expenditure control guidelines. The policies and procedures included in the accounting and finance manual follow GAAP standards and have been vetted and approved by an external auditor. Should we be awarded this grant, CANC will maintain a separate bank account to house the funds and ensure timely and efficient payments to sub-recipients and vendors. Our approach to dispersing grants funds will follow the calendar below:

**Year 1:** $231,080 dispersed to CANC for EJCPS personnel ($20,000), Letha's 1Stop Shop, travel ($4,000), and fringe benefits ($6,667). CANC will receive funds for personnel ($60,000), travel ($1,000), and indirect costs ($16,333) and will purchase all PurpleAir, QuantAQ, HabitatMap, and iPad equipment ($63,160) along with supplies ($3,920) for AirKeeper Academy materials.

16

**Project Narrative | North Mecklenburg Air Monitoring Network**

Sub-awards for Lake Norman Community Health ($1,000) will be released for transport assistance. The first year of contractual stipends will be released ($55,000).

**Year 2:** $143,920 dispersed to CANC for EJCPS personnel ($20,000), Letha's 1Stop Shop, travel ($4,000), and fringe benefits ($6,667). CANC will receive funds for personnel ($60,000), travel ($1,000), and indirect costs ($16,333). Supplies will be purchased ($3,920) for AirKeeper Academy materials. Sub-awards for Lake Norman Community Health ($1,000) will be released for transport assistance. The second year of contractual stipends will also be released ($31,000).

**Year 3:** $125,000 dispersed to CANC for EJCPS personnel; ($20,000) Letha's 1Stop Shop, travel ($4,000), and fringe benefits ($6,667). CANC will receive funds for personnel ($60,000), travel ($1,000), and indirect costs ($16,333). Sub-awards for Lake Norman Community Health ($1,000) will be released for transport assistance. The final year of contractual stipends will also be released ($16,000).

**5.0 Past Performance**
Below is a list of five grants CleanAIRE NC has received in the last three years:

1. **2022:** EPA Enhanced Air Quality Monitoring Competitive Grant: CleanAIRE NC has not yet received funding for this grant but has been in regular communication with our Project Officer and Technical Officer to finalize the work plan. We anticipated funding in May 2023 for this 36-month project.
2. **2022:** Windward Foundation Environmental Justice Data Fund: Reporting for this grant is due at the end of the 24-month project period, which is 12/31/2024.
3. **2022:** Z. Smith Reynolds Foundation: As part of the grant award agreement, the requirements for Z. Smith Reynolds funding are to complete reports at mid-year and the end-of-grant cycle. The information we provided included our progress on the project's expected outcomes, outputs, and grant successes.
4. **2022:** Harold M. and Adeline S. Morrison Family Foundation: CleanAIRE NC prepares a mid-year and end-of-year report outlining project goals, outcomes, and successes. We also present annually to "The Collective" representatives who are Foundation members.
5. **2021:** EPA EJ Small Grant: CleanAIRE NC received funding from the EPA for this grant in July 2022. Since the award was granted, we have completed all monthly grant meetings with our Program Officer and submitted a mid-year report in March 2023. A final report is due in August 2023.

**6.0 Quality Assurance Project Plan (QAPP) Information (If applicable)**
We will need to develop a Quality Assurance Project Plan as we will collect data from low-cost sensors to develop the North Mecklenburg Air Monitoring Network. We use PurpleAir monitors to collect and share data about PM2.5/VOC concentrations and Modulair sensors. We will use PurpleAir's existing open-source database integrated through our AirKeeper Dashboard. We will also use the information collected to make recommendations on public health and environmental policy decisions through the proposed Health Impact Assessment.

**EPA R4 Staff analysis:  65/8297 approximate words/expressions are related to DEI = 0.8 %**

17

**Decision Tree**



**Keywords  - EPA used this NSF list, since EPA HQs did not furnish one.  Added climate <mark>change</mark>, environmental <mark>justice</mark>.  Often played the cautious approach, when screening workplans for 'forbidden' words un the context of EO 14151 (DEI).**

activism
activists
advocacy
advocate
advocates
barrier
barriers
biased
biased toward
biases
biases towards
bipoc
black and latinx
community diversity
community equity
cultural differences
cultural heritage
culturally responsive
disabilities
disability
discriminated
discrimination
discriminatory
diverse backgrounds
diverse communities
diverse community
diverse group
diverse groups
diversified
diversify
diversifying
diversity and inclusion
diversity equity
enhance the diversity
enhancing diversity
equal opportunity
equality
equitable
equity
ethnicity
excluded
female
females
fostering inclusivity
gender
gender diversity

genders
hate speech
excluded
female
females
fostering inclusivity
gender
gender diversity
genders
hate speech
hispanic minority
historically
implicit bias
implicit biases
inclusion
inclusive
inclusiveness
inclusivity
increase diversity
increase the diversity
indigenous community
inequalities
inequality
inequitable
inequities
institutional
lgbt
marginalize
marginalized
minorities
minority
multicultural
polarization
political
prejudice
privileges
promoting diversity
race and ethnicity
racial
racial diversity
racial inequality
racial justice
racially
racism
sense of belonging
sexual preferences

social justice
sociocultural
socioeconomic
status
stereotypes
systemic
trauma
under appreciated
under represented
under served
underrepresentation
underrepresented
underserved
undervalued
victim
women
women and
underrepresented