IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute, Agrarian Trust, Alliance for Agriculture, Alliance for the Shenandoah Valley, Bronx River Alliance, CleanAire NC, Conservation Innovation Fund, Earth Island Institute, Leadership Counsel for Justice and Accountability, Marbleseed, Organic Association of Kentucky, Pennsylvania Association for Sustainable Agriculture and Rural Advancement Foundation International-USA, and Mayor and City Council of Baltimore, City of Columbus City of Madison, Metropolitan Government of Nashville and Davidson County, City of New Haven, City of San Diego,<br><br>     Plaintiffs,<br><br>  vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; KEVIN HASSETT, in his official capacity as Assistant to the President for Economic Policy and Director of the National Economic Council; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency; UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS in her official capacity as Secretary of Agriculture; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of the United States Department of Transportation; | Civil Action Number:   2:25-cv-02152-RMG |

| | |
|---|---|
| UNITED STATES DEPARTMENT OF GOVERNMENTAL EFFICIENCY SERVICE; AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service; ELON MUSK in his official capacity as Senior Advisor of the United States DOGE Service, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' AMENDED NOTICE OF APPEAL

Defendants hereby give notice of appeal to the United States Court of Appeals for the Fourth Circuit the Order entered on April 29, 2025 [ECF No. 146] and the Order entered on May 20, 2025 [ECF No. 157] by the Honorable Richard M. Gergel, United States District Judge.

                                          Respectfully submitted,

                                        BRYAN P. STIRLING
                                        UNITED STATES ATTORNEY

By:   *s/Lee E. Berlinsky*
        Lee E. Berlinsky (#05443)
        Assistant United States Attorney
        151 Meeting Street, Suite 200
        Charleston, SC 29401
        Tel: 843-266-1679
        Lee.Berlinsky@usdoj.gov

        Todd Timmons (#11254)
        Assistant United States Attorney
        1441 Main Street, Suite 500
        Columbia, SC 29201
        Tel: (803) 237-9265
        Todd.Timmons@usdoj.gov

May 21, 2025