UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J. Trump, in his official capacity as President of the United States, *et al.*<br><br>Defendants, | Case No. 2:25-cv-2152-RMG |

## CERTIFICATION OF BROOKE L. ROLLINS

I, Brooke L. Rollins, in my official capacity as Secretary of the United States Department of Agriculture (USDA), certify the following:

1.  Plaintiffs have access to funding for Grants 17-18, 20-26, and 33-36, as numbered on Docket Entry Number 157-1.

2.  The period of performance for Grant 16, award number AM22FFWPA0013, expired on March 31, 2025. The award is in the closeout process, and funding is available for that purpose. USDA will reimburse all costs properly incurred pursuant to the terms and conditions of the award and consistent with applicable regulations, including costs incurred during the period funding was frozen for the grant, as part of the close-out process detailed in 2 CFR § 200.344.

1

**Exhibit 2**

3. Grant 19, award number NR223A750003C062, completed the close-out process as of November 14, 2024.

4. USDA and its agencies will not freeze, terminate, or otherwise interfere with the funding of Grants 16-26 and 33-36 without written authorization from the Court.

Based on the foregoing, I certify that I and USDA are in compliance with the Court's order dated May 20, 2025.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of May 2025 in Washington, D.C.

_____
Brooke L. Rollins
Secretary
U.S. Department of Agriculture