# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>Donald J. Trump, in his official capacity as President of the United States, *et al.*<br><br>　　　　Defendants. | Case No. 2:25-cv-2152-RMG<br><br>**ORDER** |

　　　　Defendants have moved to dismiss this action after filing a notice of appeal regarding the Court's grant of a preliminary injunction. (Dkt. Nos. 159, 164). Plaintiffs have opposed the motion and the Defendants have replied. (Dkt. Nos. 167, 168). A panel of the Fourth Circuit issued a stay of the Court's grant of a preliminary injunction on June 5, 2025. (Dkt. No. 166). The parties have been advised that oral argument will be conducted in the Fourth Circuit in October 2025. In light of these recent developments, the Court hereby stays this action until the appeal pending in the Fourth Circuit is completed. The parties are to advise the Court promptly of any significant developments in the Fourth Circuit appeal.

　　**AND IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　_s/ Richard Mark Gergel_
　　　　　　　　　　　　　　　　　　　　　　　　Richard Mark Gergel
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

August 19, 2025
Charleston, South Carolina