IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 2:25-cv-02152-RMG<br><br>**NOTICE OF RECENT DEVELOPMENTS** |

　　　　Plaintiffs submit this Notice of Recent Developments pursuant to this Court's request on August 19, 2025 to "advise the Court promptly of any significant developments in the Fourth Circuit appeal." Dkt. 172.

　　　　On August 29, 2025, Plaintiffs filed a 28(j) letter with the United States Court of Appeals for the Fourth Circuit notifying the Court of the Supreme Court's recent order in *National Institutes of Health v. American Public Health Association*, No. 25A103 (Aug. 21, 2025). A copy of the letter is attached here as Exhibit A. The case is currently scheduled for Oral Argument in the Fourth Circuit on October 23, 2025 at 9:30 a.m.

　　　　Respectfully submitted, this 2nd day of September,

/s/ Carl T. Brzorad
Carl T. Brzorad (S.C. Bar No. 105413)
SOUTHERN ENVIRONMENTAL LAW
CENTER
525 East Bay Street, Suite 200
Charleston, SC 29403
Telephone: (843) 720-5270
Facsimile: (843) 414-7039
cbrzorad@selc.org

/s/ Kimberley Hunter
Kimberley Hunter (N.C. Bar No. 41333)
Irena Como (N.C. Bar No. 51812)
Nicholas S. Torrey (N.C. Bar No. 43382)
SOUTHERN ENVIRONMENTAL LAW
CENTER
136 East Rosemary Street, Suite 500
Chapel Hill, NC 27514
Telephone: (919) 967-1450
Facsimile: (919) 929-9421
kmeyer@selc.org

icomo@selc.org
ntorrey@selc.org

*Counsel for Plaintiffs The Sustainability Institute, Agrarian Trust, Alliance for Agriculture, Alliance for the Shenandoah Valley, Bronx River Alliance, CleanAIRE NC, Conservation Innovation Fund, Earth Island Institute, Leadership Counsel for Justice and Accountability, Marbleseed, Organic Association of Kentucky, Pennsylvania Association of Sustainable Agriculture, and Rural Advancement Foundation International - USA*

/s/ Graham Provost
Graham Provost (DC Bar No. 1780222)
(Pro Hac Vice pending)
Elaine Poon (VA Bar No. 91963)
(Pro Hac Vice pending)
Jon Miller (MA Bar No. 663012)
(Pro Hac Vice pending)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
graham@publicrightsproject.org

*Counsel for Plaintiffs Baltimore, Maryland; Columbus, Ohio; Madison, Wisconsin; Nashville, Tennessee; New Haven, Connecticut; and San Diego, California*

/s/ Mark Ankcorn
Mark Ankcorn, Senior Chief Deputy City Attorney
(CA Bar No. 166871)
(Pro Hac Vice pending)
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
(619) 533-5800
mankcorn@sandiego.gov

*Counsel for Plaintiff City of San Diego*

## CERTIFICATE OF SERVICE

  I certify that on September 2, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system.

                <u>/s/ Carl T. Brzorad</u>
                Carl T. Brzorad (S.C. Bar No. 105413)
                SOUTHERN ENVIRONMENTAL LAW CENTER
                525 East Bay Street, Suite 200
                Charleston, SC 29403
                Telephone: (843) 720-5270
                Facsimile: (843) 414-7039
                cbrzorad@selc.org