**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| The Sustainability Institute, et al., | ) Civil Action Number: 2:25-cv-02152-RMG |
| Plaintiffs, | ) |
| vs. | ) |
| Donald J. Trump, in his official capacity as President of the United States, et al., | ) |
| Defendants. | ) |

**MOTION TO STAY CASE IN LIGHT
OF LAPSE IN APPROPRIATIONS**

The United States of America hereby moves for a stay of the above-captioned case. In support of this motion, the United States provides the following information:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the

lapse in appropriations (i.e., each deadline would be extended by the total number of days of the lapse in appropriations).

5. The undersigned counsel conferred with opposing counsel by email prior to filing this motion. On short notice, opposing counsel was unable to consent to the terms of this Motion and may file a response.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

        Respectfully submitted,

        BRYAN P. STIRLING
        UNITED STATES ATTORNEY

By:   */s/ Todd Timmons*
        Todd Timmons (#11254)
        Assistant United States Attorney
        1441 Main Street, Suite 500
        Columbia, South Carolina 29201
        Tel: (803) 237-9265
        Todd.Timmons@usdoj.gov

        Lee E. Berlinsky (#05443)
        Assistant United States Attorney
        151 Meeting Street, Suite 200
        Charleston, SC 29401
        Tel:  843-266-1679
        Lee.Berlinsky@usdoj,gov

October 1, 2025