# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute, et al., | Case No. 2:25-cv-02152-RMG |
| Plaintiffs, | |
| v. | **ORDER** |
| Donald J. Trump, in his official capacity as President of the United States, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Stay. (Dkt. No. 175). On October 1, 2025, appropriations for funding the Department of Justice and other Federal Government operations lapsed. Because the Department of Justice is prohibited from engaging in its duties—including litigation activities—without appropriations, it seeks a stay of this action. *See* 31 U.S.C. § 1342. The Court has reviewed the Motion to Stay and, upon good cause shown in light of the lapse of appropriations, hereby **GRANTS** the Motion. (Dkt. No. 175). The deadline for Defendants' response to the Motion for Injunction Pending Appeal (Dkt. No. 174) is stayed until Congress has appropriated funds for the Department of Justice. **IT IS FURTHER ORDERED** that Defendants must respond to the Motion for Injunction Pending Appeal (Dkt. No. 174) no later than thirteen (13) days after Congress has appropriated funds for the Department of Justice.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 1, 2025
Charleston, South Carolina