UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(CHARLESTON DIVISION)

| | |
|---|---|
| The Sustainability Institute, et al., )<br>Plaintiffs, )<br>)<br>v. )<br>Donald J. Trump, in his official capacity as President )<br>of the United States, et al., )<br>Defendants. )<br>) | Case No. 2:25-cv-02152-RMG<br><br>**Motion**<br><br>**in Support of**<br>***Pro Hac Vice* Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Julie Rau be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    [X] Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; [X] does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    _____
    _____

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Southern Environmental Law Center<br>Firm Name<br>525 East Bay Street, Suite 200<br>Street Address or Post Office Box<br>Charleston, South Carolina 29403<br>City, State, Zip Code<br>(843) 720-5270<br>Telephone Number<br>cbrzorad@selc.org<br>E-Mail Address | Carl T. Brzorad<br>Name of Local Counsel<br>/s/ Carl T. Brzorad<br>Signature of Local Counsel<br>Local Counsel for the Plaintiffs<br><br>District of South Carolina<br>Federal Bar Number 13648<br><br>revised 09/19/05 |