**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**(CHARLESTON DIVISION)**

| | |
|---|---|
| The Sustainability Institute, et al., ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> Donald J. Trump, in his official capacity as ) <br> President of the United States, et al. ) <br> Defendants. ) <br> ) | **Case No. 2:25-cv-02152-RMG** <br><br> **Application/Affidavit for** <br> ***Pro Hac Vice* Admission** |

(1)  Name.   Julie _____   Rau___
              First        Middle              Last

(2)  Residence. I reside in the following state: California
     If a South Carolina resident, indicate months/years of residence: _____

(3)  Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

   Firm name: Office of the San Diego City Attorney
   Mailing address: 1200 Third Avenue, Suite 1100         City/State/Zip: San Diego, CA 92101
   Telephone number: (619) 533-5800
   Facsimile number: (619) 533-5856
   E-mail address: jrau@sandiego.gov
   (Application will not be considered without an e-mail address to receive electronic notification.)

(4)  Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina. I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)  Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia or the **State of California**   where I regularly practice law. **Attached is my certificate of good standing.**

(6)  Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1] This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing |
|---|---|---|
| California Supreme Court | December 5, 2017 | X Yes ☐ No |
| USDC Southern District of California | February 9, 2021 | X Yes ☐ No |
| USDC Northern District of California | November 4, 2025 | X Yes ☐ No |
| US Court of Appeals, Ninth Circuit | August 16, 2024 | X Yes ☐ No |
| Massachusetts Supreme Judicial Court | November 18, 2016 | X Yes ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   X No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes   X No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes   X No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes   X No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes   X No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

Attorney Name:                        Carl T. Brzorad
Firm Name:                            Southern Environmental Law Center
Street Address or Post Office Box:    525 East Bay Street, Suite 200
City, State, and Zip Code:            Charleston, South Carolina 29403
Telephone Number:                     (843) 720-5270
E-Mail Address:                       cbrzorad@selc.org

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with applicable rules of procedure. Local counsel of record may attend discovery proceedings.

(13)  Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

Kimberley Hunter
Irena Como
Nicholas S. Torrey
Benjamin Grillot
SOUTHERN ENVIRONMENTAL LAW CENTER
136 East Rosemary St., Ste. 500, Chapel Hill, NC 27514
Telephone: (919) 967-1450; Facsimile: (919) 929-9421
E-Mails: kmeyer@selc.org; icomo@selc.org; ntorrey@selc.org; bgrillot@selc.org

Graham Provost
Elaine Poon
Jonathan Miller
Cassandra Crawford
Public Rights Project
490 43rd St., Unit #115, Oakland, CA 94609
Telephone: (510) 738-6788
E-Mail: graham@publicrightsproject.org; elaine@publicrightsproject.org; jon@publicrightsproject.org; cassandra@publicrightsproject.org

(14)  Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with the Local Rules of the United States District Court for the District of South Carolina or paid herewith.

(15)  Electronic Notification. By submitting this application, I consent to electronic notification.

(16)  Represented Party/Parties. I seek to represent the following party/parties:
City of San Diego

(17)  I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_____
Signature of Applicant

**Sworn to and subscribed before me**
this 7th day of January, 20 26.

Alina Taylor  Alina Taylor
A Notary Public
of the State of California

My Commission expires: 3/1/2027

[Notary seal: ALINA TAYLOR, COMM. # 2439868, NOTARY PUBLIC - CALIFORNIA, SAN DIEGO COUNTY, MY COMM. EXP. MAR. 1, 2027]