UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| The Sustainability Institute, et al. | ) | CA: 2:25-cv-02152-RMG |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Donald J. Trump, in his official capacity as | ) | |
| President of the United States, et al. | ) | |
| Defendant(s). | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Julie Rau who represents City of San Diego

☐ Be **granted** admission *pro hac vice* in this case.

☐ Be **denied** admission *pro hac vice* in this case.

_____          _____
Date                                                                   United States District/Magistrate Judge