# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| The Sustainability Institute, *et al.*, <br><br>      Plaintiffs, <br>  v. <br><br>Donald J. Trump, in his official capacity as President of the United States, *et al.*, <br><br>      Defendants. | Case No. 2:25-cv-2152-RMG <br><br><br>**ORDER** |

      By order dated January 21, 2026, the Fourth Circuit Court of Appeals vacated this Court's Order granting judgment to the Plaintiffs on their Administrative Procedures Act (APA) and nonstatutory review claims and remanded to the Court certain issues to address. *Sustainability Institute v. Trump*, 2026 WL 157120 (4th Cir. 2026). These included (1) whether jurisdiction exists under the APA for Plaintiffs to challenge the Executive Orders and agency directives relating to the termination of Plaintiffs' grants and, if so, the appropriate remedy if there is a violation under the APA, *id.* at *8 n.8 (*citing National Institutes of Health v. American Public Health Association*, 145 S.Ct. 2658, 2660-62 (2026) (Barret, J., concurring in partial grant of application of a stay)); and (2) whether there is a factual and legal basis to challenge the Defendants' actions as an ultra vires act under a "program cancellation" theory. *Id*. at *12.

      The Court directs Plaintiffs to advise the Court within 30 days of this Order whether they seek to litigate on remand either or both of these issues. If so, Plaintiffs are directed to set forth in a memorandum the legal and factual basis upon which such claims are based. Defendants may file a response to any memorandum submitted by Plaintiffs within 30 days thereafter. Plaintiffs may, if they wish, file a reply to any response submitted by Defendants within 15 days of receipt.

      **AND IT IS SO ORDERED**.

1

                                                      <u>s/ Richard Mark Gergel</u>
                                                      Richard Mark Gergel
                                                      United States District Judge

February 4, 2026
Charleston, South Carolina