SUSTAINABILITY INSTITUTE, ET AL v. TRUMP

2:25-CV-02152-RMG

# EXHIBIT 2

# Earth Island Institute Supplemental Declaration

**SUPPLEMENTAL DECLARATION OF SARAH DIEFENDORF,**
**EARTH INSLAND INSTITUTE, INC.**

1.      I, Sarah Diefendorf, Executive Director of the Earth Island Institute, submit this declaration to notify the Court of developments that have occurred since I submitted my original declaration in support of Plaintiffs' Motion for Preliminary Injunction. (Dkt. No. 24-09).

2.      In December 2024, Earth Island Institute was awarded a $3,073,914 Environmental and Climate Justice Community Change Grant under the Inflation Reduction Act ("IRA") for a project titled "Huliau o Wai'anae: Turning Points for a Sustainable Future." This initiative aims to integrate traditional knowledge with modern technology to promote intergenerational learning and collaborative problem-solving within the Wai'anae community in Hawaii. The three-year project period for this grant began January 1, 2025.

3.      Our Community Change Grant was initially frozen in February 2025; the grant was restored after this court's May 20, 2025 order. During the period following this court's May 20 order, Earth Island was able to make drawdowns to reimburse expenses for work we had completed totaling $200,000. We have an outstanding reimbursement totaling $40,000.

4.      On July 24, 2025, we received a termination notice from EPA. This notice outlined the 120-day closeout process required by 2 C.F.R. § 200.344. Ex. 1. On August 5, 2025, Earth Island Institute submitted the dispute of termination. EPA dismissed the dispute on August 29, 2025. We were initially notified that our 120-day closeout date was January 31, 2026. On March 31, 2025, however, EPA extended our close-out date to April 1, 2026.

5.      Due to the Community Change Grant Program disruptions, we've only been able to complete minimal program work. For example, one of our programs would create a

structure to educate, train and equip a Kānaka 'Ōiwi Advisory Hui (a Native Hawaiian Environmental Advisory Team) with the tools necessary to inform county, state and federal decision-making. We were able to train 4-5 members of the Wai'anae community; however, we initially planned to train at least 10 people, but we had to scale back significantly due to the loss of funding. The downsized cohort concluded its work in December 2025, and all future cohorts have been cancelled. If the program is restored, we plan to re-initiate the Kānaka 'Ōiwi Advisory Hui program.

6.      Earth Island Institute has also experienced reputational challenges because of the disruption to the Community Change Grant Program. For example, we had commenced a large health assessment in partnership with the University of Hawaii, which had already started work, but as a result of the termination, we had to cancel the project. We are seeking new opportunities to follow through on our promises to the Wai'anae community in Hawaii, and hopefully, rebuild trust and strengthen our relationships with our partners.

7.      Earth Island Institute continues to seek completion of its grant projects and would move forward with its intended work if EPA were to restore its award.

8.      If this Court orders EPA to reinstate the Environmental and Climate Justice Block Grant Program and EPA decides to reopen the application process for grants rather than restoring prior awards, Earth Island Institute will apply for another grant under the program.

9.      A court order that reinstates the Environmental and Climate Justice Block Grant Program would redress the injury to Earth Island Institute and its interests.


Executed this ___27___ day of ____February_____ 2026.

_____
Sarah Diefendorf