SUSTAINABILITY INSTITUTE, ET AL v. TRUMP

2:25-CV-02152-RMG

# EXHIBIT 4

# Baltimore, Maryland Supplemental Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

THE SUSTAINABILITY INSTITUTE, et al.,

                    Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

                    Defendants.

Case No. 2:25-cv-02152-RMG

## DECLARATION OF FAITH P. LEACH (CITY OF BALTIMORE, MARYLAND)

I, Faith P. Leach, hereby declare as follows:

1. I submit this declaration on behalf of the Mayor and City Council of Baltimore, Maryland ("Baltimore" or "the City"), to notify the Court of developments that have occurred since I submitted my original declaration (Dkt. No. 24-15) in support of Plaintiffs' Motion for Preliminary Injunction.

2. I am the Chief Administrative Officer of the City of Baltimore. I was appointed by Mayor Brandon Scott to serve as Baltimore's first woman Chief Administrative Officer. On March 13, 2023, the Baltimore City Council unanimously confirmed my appointment. In my role, I manage the day-to-day governmental operations across the entire City enterprise, ensuring the effective, efficient, and equitable delivery of City services.

3. In my role, I oversee and supervise all staff who administer grants from the federal government. This includes the staff who oversee Baltimore's federal grants described in

1

this declaration. I am personally familiar with these grants and the City programs the grants are meant to fund.

4.     Baltimore is a municipal corporation organized pursuant to Articles XI and XI-A of the Maryland Constitution, entrusted with all the powers of local self-government and home rule afforded by those articles.

<strong>Environmental and Climate Justice Block Grant Program</strong>

5.     Baltimore received two Environmental Justice Government-to-Government ("EJG2G") grants from EPA totaling $524,000 through the EPA's Environmental and Climate Justice Block Grant Program to fund Baltimore's innovative and award-winning YH2O+ Career Training Program, which prepares young adults for jobs in the water and solid waste industries. One award for $200,000 was completed and ultimately spent down. The second award, for $324,000, was to be an additional expansion of the YH2O+ program, with a performance period through September 30, 2025.

6.     Our active EJG2G award was initially frozen in February 2025, and then terminated on March 26, 2025.  The award was initially restored after this Court's May 20, 2025 order.

7.     The grant funds continued to be available until EPA emailed us a letter and amendment purporting to terminate the grants on July 30, 2025. The letter stated that the "objectives of the award are no longer consistent with EPA funding priorities." We timely appealed this decision through EPA's administrative process, in accordance with 2 C.F.R. § 200.342. EPA responded on October 21, 2025, stating that EPA was dismissing the appeal and claiming (incorrectly) that any dispute was moot. Baltimore petitioned for reconsideration of

2

EPA's decision. On November 20, EPA responded and stated that our request for reconsideration was denied.

8.      EPA's actions to attempt to terminate our EJG2G grants required us to cancel both the 2025 spring and fall YH2O+ program session. The structure of the program was for the first time to include both technical and social-emotional programming, including mental health services. The program managers had created relationships with specific vendors to support the program, and were unable to proceed, which was a huge loss for City residents. Ultimately, the program was important enough to the City that we worked to secure internal funding so the program could recently restart; but we had to use our own resources and divert funds that could be used elsewhere.

9.      Baltimore continues to seek completion of its grant projects and would move forward with its intended work if EPA were to restore its award.

10.     If this Court orders EPA to reinstate the Environmental and Climate Justice Block Grant Program and EPA decides to reopen the application process for grants rather than restoring prior awards, Baltimore will apply for another grant under the program. DPW strives to obtain as much grant funding as possible.

11.     A court order that reinstates the Environmental and Climate Justice Block Grant Program would redress the injury to Baltimore and its interests.

**Energy Codes Program**

12.     Baltimore was awarded a $10 million grant from the U.S. Department of Energy ("DOE") to fund a grant under the IRA's Assistance for the Adoption of the Latest and Zero Building Energy Codes program (the "Energy Codes grant"). The IRA Energy Codes program is

3

meant to provide funds for states and local governments to adopt and implement the latest building energy codes. These codes support the decarbonization of new and existing residential and commercial buildings.

13.     The Energy Codes grant was memorialized in an Assistance Agreement signed by a DOE grants officer on December 18, 2024. *See* Dkt. 24-15 at 68-71. The effective date is January 1,2025, and the performance period is January 1, 2025 through December 31, 2025. *Id.* The grant program was intended to run for nine years, with the $10 million allocated across that time period.

14.     The money is meant to pay for staff workforce training related to building inspections in the City, to fund evaluation of energy code compliance and enforcement in new and existing buildings in Baltimore, and to develop and adopt a Building Performance Standard for the City to complement the State of Maryland's stricter standard. The funds would help Baltimore adopt International Code Council ("ICC") and International Energy Conservation Code ("IECC") construction standards, now required by the State of Maryland.

15.     This initiative is intended to contribute to the City's greenhouse gas emissions reduction goals and provide an opportunity for workforce training. The project includes benchmarking and stepwise actions towards the City's goal of carbon neutrality by 2045.

16.     Although Baltimore has the signed $10 million grant agreement, the City has been awaiting DOE's review and approval of the Statement of Project Objectives ("SOPO") for the City's project since January 2025. The funding opportunity announcement for the award stated that negotiations take approximately 60 days.

4

17.    I previously detailed the negotiations between the City and DOE, including the City's attempts to finalize the Statement of Project Objectives ("SOPO") with DOE through mid-March 2025. *See* Dkt. 24-15 ¶¶ 43-44.

18.    The City emailed again on April 1, 2025 and received no timely response from DOE. *See* Email Thread between Jason Mathias and Christian Philipsen at 2, attached here as Exhibit 1.

19.    This Court entered its preliminary injunction on May 20, 2025.

20.    DOE finally responded to the City on May 23, 2025 and provided a revised SOPO for continued negotiations. The City asked a couple of clarifying questions, and the DOE Project Officer responded on May 28, 2025. *See* Exhibit 1.

21.    On June 5, 2025, the Fourth Circuit stayed this Court's injunction. On June 10, 2025, the City expressed that it was "generally fine with the changes" DOE had proposed, and sent a revised SOPO back to DOE for its review and approval. *See* Exhibit 1.

22.    DOE has never responded to that email and has not continued to negotiate the SOPO.

23.    The only correspondence the City has received about the Energy Codes grant since then is a January 8, 2026 email from Geoffrey Walker to what appears to be a mailing list named "IRACodes" with the subject line "Department of Energy IRA Codes Awards." *See* Geoffrey Walker email, attached here as Exhibit 2. This email states: "The Department of Energy (DOE) is aware that the period of performance listed on your conditional award is ending this month. At this time your award is still in the Portfolio Review Process (PRP) for Administration priorities. DOE will reach out again with any updates to your award."

24.    For 2025, Baltimore planned to use the federal funding to hire new staff—

5

including educators, project managers, and consultants—and to audit buildings' compliance with ICC and IECC standards. Without the funds, the City is not able to hire those employees and cannot begin its work of training staff, education, and outreach to building owners and local organizations and non-profits. The funding loss affects Baltimore's ability to educate the community and enforce new stricter building codes in the City.

25.     The City owns many buildings in Baltimore, so losing the Building Codes grant funding also negatively affects the City's own real estate. Without the training and education which this Building Codes grant would provide, the City's buildings will lose out on the benefits of additional attention paid to building code compliance for its buildings. The grant funding would help Baltimore comply with new stricter building code regulations from the State of Maryland, and without compliance Baltimore could be fined by the State. For new City-owned buildings, the grant funding would help ensure compliance during construction to avoid building code violations and fines. Also, losing this funding will affect Baltimore's ability to meet its goals and requirements for compliance with green energy standards and addressing the harms of climate change.

26.     Baltimore continues to desire to participate in the IRA Energy Codes award program. If it is given the opportunity to continue negotiations with DOE, it will do so in good faith. If it is given the opportunity to finalize the SOPO and move forward with the award, it will do so.

27.     Even if DOE does not restore prior awards, Baltimore will apply for another grant under the Energy Codes program.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct. Executed this __4 th__ day of March, 2026 in Baltimore, Maryland.

_Faith P. L_
_____
FAITH P. LEACH
Chief Administrative Officer
City of Baltimore, Maryland

7

# Exhibit 1

**Wednesday, February 25, 2026 at 11:18:05 AM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Re: Request for revised documents for Baltimore SE0001546 |
| **Date:** | Tuesday, June 10, 2025 at 4:40:39 PM Eastern Daylight Time |
| **From:** | Mathias, Jason (DGS) |
| **To:** | Philipsen, Christian, Potter, Cora (DGS), Fabie, Adam (DGS) |
| **CC:** | IRACodes, Beddingfield, Erin |
| **Attachments:** | image001.png, 1546 - Baltimore - SOPO 06.10.25.docx |

Hey Christian,

Thanks again for your work on the SOPO. Generally, we're fine with the changes. Looking at the earliest years my primary concern in the uncertainty around bringing in support to help us complete this work between National Labs, Contractual or hiring staff. The hope is still the Labs for a good chunk of it based on our last conversations, but I added two sentence to note that their availability may create cascading effects to budget and timeline if we're miss predicting at this stage. Happy to set up a call around this.

Otherwise, recognizing some of the changes in out years, such as increased cohorts, with the timeline we'd either be running shorter trainings (able to cover less material or would require greater starting knowledge so would likely have less applicants we'd be able to accept) or trying to do them concurrently (increasing costs). But, happy to define these aspects more in future years as we go.

Happy to hop on a quick call, let me know if worthwhile. Thanks,

Jason

**From:** Philipsen, Christian <christian.philipsen@hq.doe.gov>
**Date:** Wednesday, May 28, 2025 at 1:44 PM
**To:** Mathias, Jason (DGS) <Jason.Mathias@baltimorecity.gov>, Potter, Cora (DGS) <cora.potter@baltimorecity.gov>, Fabie, Adam (DGS) <adam.fabie@baltimorecity.gov>
**Cc:** IRACodes <iracodes@hq.doe.gov>, Beddingfield, Erin <erin.beddingfield@hq.doe.gov>
**Subject:** RE: Request for revised documents for Baltimore SE0001546

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems. **Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Good afternoon Jason,

Thank you for initiating the review of the revised SOPO. We'd like to see your response to the SOPO with any changes tracked by COB 6/10. Feel free to revise the budget and resubmit it with the revised SOPO. As you review and revise , please let me know if you encounter any specific issue that may require additional time to address.

Christian

---

**From:** Mathias, Jason (DGS) <Jason.Mathias@baltimorecity.gov>
**Sent:** Tuesday, May 27, 2025 2:43 PM
**To:** Philipsen, Christian <christian.philipsen@hq.doe.gov>; Potter, Cora (DGS) <cora.potter@baltimorecity.gov>; Fabie, Adam (DGS) <adam.fabie@baltimorecity.gov>
**Cc:** IRACodes <iracodes@hq.doe.gov>; Beddingfield, Erin <erin.beddingfield@hq.doe.gov>
**Subject:** [EXTERNAL] Re: Request for revised documents for Baltimore SE0001546

Hi Christian,

I'm glad to see an email from you. We've already begun review. A few questions, do you have a timeline we should be working on for return, and some of the changes will have implications to the budget, are we ok tweaking that at the same time to align? We'll make changes in both with track changes.

Thanks, hope you're well!

Jason

---

**From:** Philipsen, Christian <christian.philipsen@hq.doe.gov>
**Date:** Friday, May 23, 2025 at 4:47 PM
**To:** Mathias, Jason (DGS) <Jason.Mathias@baltimorecity.gov>, Potter, Cora (DGS) <cora.potter@baltimorecity.gov>, Fabie, Adam (DGS) <adam.fabie@baltimorecity.gov>
**Cc:** IRACodes <iracodes@hq.doe.gov>, Beddingfield, Erin <erin.beddingfield@hq.doe.gov>
**Subject:** RE: Request for revised documents for Baltimore SE0001546

**CAUTION:  This email originated from outside of Baltimore City IT Network Systems. Reminder:  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov**

Good afternoon Jason,

In alignment with the priorities of the Department and consistent with statutory authority, we are providing the revised Statement Of Project Objectives (SOPO).  We look forward to continuing negotiations based on this revised SOPO.

Christian

---

**From:** Mathias, Jason (DGS) <Jason.Mathias@baltimorecity.gov>
**Sent:** Tuesday, April 1, 2025 2:49 PM
**To:** Philipsen, Christian <christian.philipsen@hq.doe.gov>; Potter, Cora (DGS) <cora.potter@baltimorecity.gov>; Fabie, Adam (DGS) <adam.fabie@baltimorecity.gov>

2 of 9

**Cc:** Bouza, Antonio <antonio.bouza@hq.doe.gov>; IRACodes <iracodes@hq.doe.gov>
**Subject:** [EXTERNAL] Re: Request for revised documents for Baltimore SE0001546

Hi Christian,

Just checking in here again? Thanks,

Jason

---

**From:** Philipsen, Christian <christian.philipsen@hq.doe.gov>
**Date:** Friday, March 14, 2025 at 10:10 AM
**To:** Mathias, Jason (DGS) <Jason.Mathias@baltimorecity.gov>, Potter, Cora (DGS) <cora.potter@baltimorecity.gov>, Fabie, Adam (DGS) <adam.fabie@baltimorecity.gov>
**Cc:** Bouza, Antonio <antonio.bouza@hq.doe.gov>, IRACodes <iracodes@hq.doe.gov>
**Subject:** Re: Request for revised documents for Baltimore SE0001546

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems. **Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Good morning Jason, I'll respond as soon as possible. Thank you,

Christian

---

**From:** Mathias, Jason (DGS) <Jason.Mathias@baltimorecity.gov>
**Sent:** Thursday, March 13, 2025 11:48:53 AM
**To:** Philipsen, Christian <christian.philipsen@hq.doe.gov>; Potter, Cora (DGS) <cora.potter@baltimorecity.gov>; Fabie, Adam (DGS) <adam.fabie@baltimorecity.gov>
**Cc:** Bouza, Antonio <antonio.bouza@hq.doe.gov>; IRACodes <iracodes@hq.doe.gov>
**Subject:** [EXTERNAL] Re: Request for revised documents for Baltimore SE0001546

Hey Tony and Christian,

Hope you're staying sane in these busy times! I wanted to see if we can request a chat to understand how the SOPO and contract should be updated so we can get started here?

Thanks,

Jason

---

**From:** Mathias, Jason (DGS) <Jason.Mathias@baltimorecity.gov>
**Date:** Tuesday, January 14, 2025 at 2:43 PM
**To:** Philipsen, Christian <christian.philipsen@hq.doe.gov>, Potter, Cora (DGS)

<cora.potter@baltimorecity.gov>, Fabie, Adam (DGS) <adam.fabie@baltimorecity.gov>
**Cc:** Bouza, Antonio <antonio.bouza@hq.doe.gov>, IRACodes <iracodes@hq.doe.gov>
**Subject:** Re: Request for revised documents for Baltimore SE0001546

Hey Christian,

Thanks for checking in here and approving the SOPO changes. The budget's been going through internal fiscal partners (frankly mostly of the grants we've received end up being used for consultants or construction rather than internal personnel and are small enough we haven't gone after indirect support). So, trying to make sure we have everything accurate, but happy to share how it stands.

The attached Fringe Benefits matches the rate agreement from the City's Health Department and has calculations for each position. These are used in the budget justification in place of a standard percentage. This caused a few changes throughout to make align with the $10M. Additionally we added task numbers to each item, for ease removed the travel, and changed supply costs.

For the Pre-award, I'm ok making the requested changes in B3 and B4, based on intent of using the national labs. I do fear if we go a consultant route for any support they'll have proprietary modeling, but we'll deal with that if it comes. And included the project team with expectations of one person month per year.

If by chance someone going through fiscal wants to change anything on the budget, I'll reach out. If not, these should be good enough for review or at least start any conversations on remaining questions. Thanks, always happy to chat,

Jason

---

**From:** Philipsen, Christian <christian.philipsen@hq.doe.gov>
**Sent:** Tuesday, January 14, 2025 12:51 PM
**To:** Mathias, Jason (DGS) <Jason.Mathias@baltimorecity.gov>; Potter, Cora (DGS) <cora.potter@baltimorecity.gov>; Fabie, Adam (DGS) <adam.fabie@baltimorecity.gov>
**Cc:** Bouza, Antonio <antonio.bouza@hq.doe.gov>; IRACodes <iracodes@hq.doe.gov>
**Subject:** RE: Request for revised documents for Baltimore SE0001546

CAUTION:  This email originated from outside of Baltimore City IT Network Systems. Reminder:  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Good afternoon Team Baltimore,

Getting back to the email thread below...

The DOE has reviewed the proposed SOPO and found the changes acceptable.  We've attached a

clean and marked up version of the SOPO for your reference.

With that said We've brought the budget and pre-award information sheet questions back to the top of this discussion as we're under the impression Baltimore was waiting for DOE concurrence on the SOPO before addressing these questions (with the exception of the SF424 which was addressed). Please let me know if I'm missing something, otherwise I'll look forward to Baltimore's response. Thank you,

Christian

**Budget Justification:**
- **Personnel**
  - SOPO task numbers need to be filled in (Column A)
- **Fringe**
  - Baltimore indicated that they have a negotiated fringe rate, the Rate Agreement (attached) states the following:

    TREATMENT OF FRINGE BENEFITS:
    The fringe benefits are specifically identified to each employee and are charged individually as direct
    costs. The directly claimed fringe benefits are listed below.

    TREATMENT OF PAID ABSENCES:
    Vacation, holiday, sick leave pay and other paid absences are included in salaries and wages and are
    claimed on grants, contracts and other agreements as part of the normal cost for salaries and wages.
    Separate claims are not made for the cost of these paid absences.
    The fringe benefits listed below are treated as direct costs:
    Workers' Compensation; Unemployment Compensation; FICA; Medical, Drug, Vision & Dental Insurance;
    Retirement and Survivors' Benefits.

  - Why is Baltimore using 10%? If Baltimore's actual fringe costs are not 10% please account for the actual fringe costs in the budget justification as described in the rate agreement above.
- **Travel**
  - Please complete the SOPO Task number, Depart from, Destination and Basis for estimating costs fields (how are you arriving at the cost estimate?)
  - Please confirm that travel to any conference is necessary for the award and will solely benefit the award.
  - Please be aware of the attached travel regulations
- **Supplies**
  - Please provide: SOPO task #s, and Justification of need. Please review and be aware of 2 CFR 200.421 Advertising and Public Relations.
  - Please clarify why these costs are not categorized as other direct costs as opposed to supplies?
  - Are the supplies being provided inhouse, or from a 3rd party?

==SF-424==
- ==Please revise to reflect:==
- ==Award end date of 12/31/33 in field 17.==
- ==Please revise field 18 to reflect award amount of $10M==
- ==Sign the bottom==

**Pre-Award Info Sheet (PAIS)**
- **Section B.3:** Baltimore indicated that they want restricted computer software and limited data rights. This would only be needed if the project had to actually use or review the proprietary software or the data, which under these circumstances seems unlikely. Please review and verify if Baltimore will or will not need proprietary software or information. If not, these requests can be removed from the PAIS.
- **Section B.4:** If no work will be done that produces intellectual property, the PAIS should be amended to remove Option 1 under Data Management Plan and Baltimore should select non-R&D.
- **Section D.3:** PARTICIPANTS AND COLLABORATING ORGANIZATIONS –
  - Please include information for the other Key Personnel listed in the Technical Volume: Alice Kennedy and Berke Attila
  - Please provide the attachment as a separate document.

---

**From:** Mathias, Jason (DGS) <Jason.Mathias@baltimorecity.gov>
**Sent:** Tuesday, December 17, 2024 11:36 PM
**To:** Philipsen, Christian <christian.philipsen@hq.doe.gov>; Potter, Cora (DGS) <cora.potter@baltimorecity.gov>; Fabie, Adam (DGS) <adam.fabie@baltimorecity.gov>
**Cc:** Bouza, Antonio <antonio.bouza@hq.doe.gov>; IRACodes <iracodes@hq.doe.gov>
**Subject:** [EXTERNAL] Re: Request for revised documents for Baltimore SE0001546

Hey Christian,

I had left a message for you last week, but did chat with Tony yesterday. I questioned if while making these changes, we should change the SOPO to reflect the related grant that has changed. Our Energy Future Grant award has an indefinite delay (the email is attached for the DOE program as a whole). This affects some of the earlier outreach/feedback requests relating to BPS. Mihir noted this should be the primary effort for Justice 40 as well for our Code Grant. As such, and per Tony's recommendation, altered the SOPO to reflect Energy Future Grant either not happening or not happening on a useful timescale to the Code grant. So the Energy Future Grant is removed and added a replacement outreach effort in as milestones, but trying to minimize overall changes to the SOPO. These are in track changes, attached.

If you have any issues or questions with this let me know. We're working through the fringe and indirect pieces and should have the remaining documents your way tomorrow. Thanks,

Jason

**From:** Philipsen, Christian <christian.philipsen@hq.doe.gov>
**Date:** Tuesday, December 17, 2024 at 4:04 PM
**To:** Mathias, Jason (DGS) <Jason.Mathias@baltimorecity.gov>, Potter, Cora (DGS) <cora.potter@baltimorecity.gov>, Fabie, Adam (DGS) <adam.fabie@baltimorecity.gov>
**Cc:** Bouza, Antonio <antonio.bouza@hq.doe.gov>, IRACodes <iracodes@hq.doe.gov>
**Subject:** RE: Request for revised documents for Baltimore SE0001546

CAUTION:  This email originated from outside of Baltimore City IT Network Systems.  Reminder:  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Good afternoon Team Baltimore, I just wanted to follow up and see if you got the request below.  Let me know if you need to talk through any of these requests.

I've been advised that the SF424 has increased urgency.  If you can provide that soon I'd appreciate it (highlighted below).  Thank you,

Christian

**From:** Philipsen, Christian
**Sent:** Thursday, December 12, 2024 3:06 PM
**To:** 'jason.mathias@baltimorecity.gov' <Jason.Mathias@baltimorecity.gov>; Potter, Cora (DGS) <cora.potter@baltimorecity.gov>; Fabie, Adam (DGS) <adam.fabie@baltimorecity.gov>
**Cc:** Bouza, Antonio <antonio.bouza@hq.doe.gov>; IRACodes <iracodes@hq.doe.gov>
**Subject:** Request for revised documents for Baltimore SE0001546

Good afternoon team Baltimore,

I've gotten feedback from our procurement office about the award package we submitted, and they have the following requests.  Please try to turn this around ASAP, and let me know if you have any questions.

Christian

**Budget Justification:**
- **Personnel**
  - SOPO task numbers need to be filled in (Column A)
- **Fringe**
  - Baltimore indicated that they have a negotiated fringe rate, the Rate Agreement (attached) states the following:

    TREATMENT OF FRINGE BENEFITS:
    The fringe benefits are specifically identified to each employee and are charged individually as direct
    costs. The directly claimed fringe benefits are listed below.

TREATMENT OF PAID ABSENCES:

Vacation, holiday, sick leave pay and other paid absences are included in salaries and wages and are

claimed on grants, contracts and other agreements as part of the normal cost for salaries and wages.

Separate claims are not made for the cost of these paid absences.

The fringe benefits listed below are treated as direct costs:

Workers' Compensation; Unemployment Compensation; FICA; Medical, Drug, Vision & Dental Insurance;

Retirement and Survivors' Benefits.

- ○ Why is Baltimore using 10%?  If Baltimore's actual fringe costs are not 10% please account for the actual fringe costs in the budget justification as described in the rate agreement above.
- **Travel**
  - ○ Please complete the SOPO Task number, Depart from, Destination and Basis for estimating costs fields (how are you arriving at the cost estimate?)
  - ○ Please confirm that travel to any conference is necessary for the award and will solely benefit the award.
  - ○ Please be aware of the attached travel regulations
- **Supplies**
  - ○ Please provide: SOPO task #s, and Justification of need.  Please review and be aware of 2 CFR 200.421 Advertising and Public Relations.
  - ○ Please clarify why these costs are not categorized as other direct costs as opposed to supplies?
  - ○ Are the supplies being provided inhouse, or from a 3rd party?

**SF-424**
- Please revise to reflect:
- Award end date of 12/31/33 in field 17.
- Please revise field 18 to reflect award amount of $10M
- Sign the bottom

**Pre-Award Info Sheet (PAIS)**
- **Section B.3:**  Baltimore indicated that they want restricted computer software and limited data rights.  This would only be needed if the project had to actually use or review the proprietary software or the data, which under these circumstances seems unlikely.  Please review and verify if Baltimore will or will not need proprietary software or information.  If not, these requests can be removed from the PAIS.
- **Section B.4:**  If no work will be done that produces intellectual property, the PAIS should be amended to remove Option 1 under Data Management Plan and Baltimore should select non-R&D.
- **Section D.3:** PARTICIPANTS AND COLLABORATING ORGANIZATIONS –
  - ○ Please include information for the other Key Personnel listed in the Technical Volume: Alice Kennedy and Berke Attila
  - ○ Please provide the attachment as a separate document.

**Christian Philipsen**
*Project Officer*
Office of State & Community Energy Programs (SCEP)
U.S. Department of Energy
christian.philipsen@hq.doe.gov
(240)474-8562



```
******************************************************************
```
This message does not originate from a known Department of Energy email system.
Use caution if this message contains attachments, links or requests for information.

```
******************************************************************
******************************************************************
```
This message does not originate from a known Department of Energy email system.
Use caution if this message contains attachments, links or requests for information.

```
******************************************************************
******************************************************************
```
This message does not originate from a known Department of Energy email system.
Use caution if this message contains attachments, links or requests for information.

```
******************************************************************
******************************************************************
```
This message does not originate from a known Department of Energy email system.
Use caution if this message contains attachments, links or requests for information.

```
******************************************************************
```

# Exhibit 2

## Kalloz, Julia (DGS)

| | |
|---|---|
| **From:** | Walker, Geoffrey <geoffrey.walker@ee.doe.gov> |
| **Sent:** | Thursday, January 8, 2026 2:33 PM |
| **To:** | Walker, Geoffrey |
| **Cc:** | IRACodes |
| **Subject:** | Department of Energy IRA Codes Awards |

**CAUTION:**  This email originated from outside of Baltimore City IT Network Systems.
**Reminder:**  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

To whom it may concern:

The Department of Energy (DOE) is aware that the period of performance listed on your conditional award is ending this month. At this time your award is still in the Portfolio Review Process (PRP) for Administration priorities. DOE will reach out again with any updates to your award.

Thanks,
Geoffrey I. Walker

**Geoffrey Walker, Division Director, Contracting Officer**
Financial Assistance Office | State and Community Energy Program (SCEP)
U.S. Department of Energy
cell: 720-951-2547 |e-mail: geoffrey.walker@ee.doe.gov

1