SUSTAINABILITY INSTITUTE, ET AL v. TRUMP

2:25-CV-02152-RMG

# EXHIBIT 9

# Bronx River Alliance Supplemental Declaration

**SUPPLEMENTAL DECLARATION OF SIDDHARTHA SANCHEZ,
BRONX RIVER ALLIANCE**

1.    I, Siddhartha Sanchez, Executive Director of the Bronx River Alliance, submit this declaration to notify the Court of developments that have occurred since I submitted my original declaration. (Dkt. No. 24-6).

2.    Bronx River Alliance is a recipient of the Environmental Protection Agency's ("EPA") Environmental Justice Collaborative Problem Solving Program ("EJCPS") Cooperative Agreement Program. On October 3, 2023, Bronx River Alliance was awarded $500,000 for a project titled "Partnership for Urban Waterways in Bronx and Lower Westchester Counties, New York" (Grant No. 5B-96229424). The grant agreement project period runs from February 1, 2024, through January 31, 2027.

3.    Bronx River Alliance is also a recipient of the EPA's Community Change Grant through the Environmental and Climate Justice Block Grant Program. On July 19, 2024, Bronx River Alliance was awarded $997,040 for a project titled "Uplifting Bronx Voices for Climate Change Resilience, NY" (Grant No. 5F-96272300). This award was increased to $1,047,647 on December 13, 2024. The grant agreement project period runs from November 1, 2024, through October 31, 2027.

4.    Both EPA awards were initially frozen in February 2025 and then suspended on March 10, 2025. The grants were restored after this Court's May 20, 2025 order.

5.    After this Court's May 20 order, Bronx River Alliance was reimbursed for work completed totaling $30,854.67 under the EJCPS Program and $25,833.54 under the Community Change Grant Program.

6.     The EJCPS grant funds continued to be available until EPA emailed us a letter and amendment purporting to terminate the grant on March 28, 2025. The letter stated that the "EPA Assistance Agreement is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities." Ex. 1.

7.     We submitted several appeals contesting this decision. We submitted a timely dispute on August 18, 2025, in accordance with 2 C.F.R. § 200.342. EPA responded on August 29, 2025, in a letter stating that our dispute was dismissed. On December 10, 2025, we responded to EPA's decision dismissing our dispute and petitioned for reconsideration of EPA's decision.

8.     Similarly, the Community Change Grant funds continued to be available until EPA emailed us a letter and amendment purporting to terminate the grant on August 1, 2025. The letter stated that "This EPA Assistance Agreement is terminated in its entirety effective immediately on the grounds that the award no longer effectuates the program goals or agency priorities. The objectives of the award are no longer consistent with EPA funding priorities." Ex. 2.

9.     We submitted a timely dispute on August 27, 2025, in accordance with 2 C.F.R. § 200.342. EPA responded on January 8, 2026, in a letter stating that our dispute was dismissed. On February 12, 2026, EPA emailed stating that our organization must submit required closeout documentation for the Community Change Grant before April 1, 2026, or the agency would proceed to close out the assistance agreement itself.

10.     As of the date of this declaration, Bronx River Alliance has refused close-out on the EJCPS Program and the Community Change Grant.

11.    Bronx River Alliance continues to seek completion of its grant projects and would move forward with its intended work if EPA were to restore its award.

12.    If this Court orders EPA to reinstate the Environmental Justice Collaborative Problem Solving Program and/or the Environmental and Climate Justice Block Grant Program and EPA decides to reopen the application process for grants rather than restoring prior awards, Bronx River Alliance will apply for grants under these programs.

13.    A court order that reinstates the Environmental Justice Collaborative Problem Solving Program and the Environmental and Climate Justice Block Grant Program would redress the injury to Bronx River Alliance and its interests.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Executed this __2nd__ day of __March__ 2026.

Siddhartha Sanchez