IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| The Sustainability Institute, *et al.*, | ) | Civil Action Number: 2:25-cv-02152-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald J. Trump, in his official capacity | ) | |
| as President of the United States, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE TO PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

As Plaintiffs note, Defendants do not oppose Plaintiffs' request for leave to file a supplemental complaint. However, Defendants oppose Plaintiffs' proposal that "the Court order Defendants to file a responsive pleading within 30 days of this motion, which aligns the deadline for any response to Plaintiff's concurrently filed memorandum." Dkt No. 190 at 6. Plaintiffs' counsel did not confer with the undersigned counsel about this proposal, which seeks an order requiring Defendants to file a responsive pleading within a certain timeframe. *See* Local Civil Rule 7.02.

The Court has afforded Defendants 30 days to respond to Plaintiff's Memorandum and Plaintiffs the opportunity to file a reply. *See* Dkt. No. 184. After that briefing is complete, and if the Court grants leave to file a supplemental complaint, Defendants recognize the Court should order a responsive pleading within a specified time. Fed. R. Civ. P. 15(d); *see also* Dkt. No. 185 (denying Defendants' prior Motion to Dismiss as moot). Defendants respectfully request that the Court set that deadline as 30 days from Plaintiff's deadline to file its reply, *see* Dkt. No. 184, or the date the Court issues an order granting Plaintiffs' Motion, whichever is later. This would allow

adequate time for the government to review the operative complaint and prepare the appropriate responsive pleading in a case that involves many issues and parties.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:     *s/Todd Timmons*
Todd Timmons (#11254)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel: (803) 237-9265
Todd.Timmons@usdoj.gov

Lee E. Berlinsky (#05443)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Lee.Berlinsky@usdoj,gov

March 13, 2026

2