**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| The Sustainability Institute, *et al.*,<br><br>       Plaintiffs,<br>   v.<br><br>Donald J. Trump, in his official capacity as President of the United States, *et al.*,<br><br>       Defendants. | Case No. 2:25-2152-RMG<br><br><br>**ORDER** |

Plaintiffs have moved, with the consent of Defendants, to file an amended complaint in this matter. (Dkt. Nos. 190, 191). For good cause shown, the motion to amend (Dkt. No. 190) is granted.

Plaintiffs have informed the Court that they intend to file a motion for partial summary judgment regarding the Environmental and Climate Justice Block Grant program as soon as the Court rules on their motion to amend. (Dkt. No. 201 at 2). Since time may be of the essence in addressing the issues raised in Plaintiffs' planned motion for partial summary judgment, no extensions will be granted beyond the 14 days provided for responses to pending motions under Local Rule 7.06 (D.S.C.). Further, Plaintiffs need not await Defendants' answer to the amended complaint before filing their motion for partial summary judgment. It is clear to the Court that Defendants have a fully developed defense, (Dkt. No. 200 at 1-2), making any additional delay unnecessary in addressing the merits of Plaintiffs' motion for partial summary judgment.

Defendants have requested 30 additional days to produce the administrative record relating to the Department of Energy's Energy Codes program and the Department of Transportation's

Charging and Fueling Infrastructure program. (Dkt. No. 200 at 3).  Plaintiffs do not oppose this request. (Dkt. No. 201 at 2).  For good cause shown, Defendants' motion for 30 additional days to prepare the administrative record for these programs is granted.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

April 21, 2026
Charleston, South Carolina