# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| The Sustainability Institute, *et al.*, | Case No. 2:25-cv-02152-RMG |
| Plaintiffs, | **DECLARATION OF MARK ABBOTT IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

## <u>DECLARATION OF MARK ABBOTT</u>

1.     I, Mark Abbott, hereby declare that the following statements are true and correct to the best of my knowledge, and are based on my personal knowledge; information acquired by me in the course of performing my duties; information contained in the records of the Agricultural Marketing Service ("AMS" or "Agency") in the United States Department of Agriculture ("USDA"); and information supplied to me by AMS and USDA employees, including employees under my direction. This declaration is filed in support of Defendants' Partial Motion to Dismiss, or in the Alternative, for Summary Judgment.

2.     I am the Branch Chief for the Producer and Processing Support Branch in the AMS Transportation and Marketing Program. I have held this position since May 22, 2022. In this position, I am responsible for managing activities of certain AMS grant programs, including the Farm and Food Worker Relief Program.

3.     The period of performance for award number AM22FFWPA0013 to Pennsylvania Association for Sustainable Agriculture (PASA) under the Farm and Food Worker Relief Program ended on March 31, 2025.  All eligible invoices submitted to the Agency have been paid, and there are no pending requests for payment.  The most recent payment was made to the award recipient on May 23,

DECL. OF MARK ABBOTT IN SUPPORT OF DEFENDANT'S PARTIAL MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT
2:25-cv-02152-RMG        1

2025, in the amount of $778,832.09.  PASA submitted its final financial report (SF-425) on July 26, 2025.  It was reviewed and approved by AMS on October 9, 2025.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

MARK
ABBOTT

Digitally signed by MARK ABBOTT
Date: 2026.05.04 15:41:07 -04'00'

Mark Abbott

DECL. OF MARK ABBOTT IN SUPPORT OF DEFENDANT'S PARTIAL MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT
2:25-cv-02152-RMG     2