**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| THE SUSTAINABILITY INSTITUTE, et al., | |
| Plaintiffs, | Case No. 2:25-cv-02152-RMG |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**JOINT STIPULATION TO DISMISS CLAIMS**
**WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), the parties hereby jointly stipulate to voluntary dismissal without prejudice of all claims brought by the following plaintiffs: Alliance for Agriculture, Alliance for the Shenandoah Valley, Conservation Innovation Fund, Rural Advancement Foundation International-USA, Pennsylvania Association for Sustainable Agriculture, Agrarian Trust, Marbleseed, and Organic Association of Kentucky. Pursuant to Fed. R. Civ. Pro. 21, the Court may now, by its own motion, dismiss the affected plaintiffs from the case.

Respectfully submitted, this 12th day of May, 2026.

/s/ Carl T. Brzorad
Carl T. Brzorad (S.C. Bar No. 105413)
SOUTHERN ENVIRONMENTAL LAW
CENTER
525 East Bay Street, Suite 200
Charleston, SC 29403
Telephone: (843) 720-5270
Facsimile: (843) 414-7039
cbrzorad@selc.org


 /s/ Kimberley Hunter
Kimberley Hunter (N.C. Bar No. 41333)
Irena Como (N.C. Bar No. 51812)
Nicholas S. Torrey (N.C. Bar No. 43382)
Ben Grillot (D.C. Bar. No. 982114)
Spencer Gall (VA Bar No. 95376)
SOUTHERN ENVIRONMENTAL LAW
CENTER
136 East Rosemary Street, Suite 500
Chapel Hill, NC 27514
Telephone: (919) 967-1450
Facsimile: (919) 929-9421
kmeyer@selc.org
icomo@selc.org
ntorrey@selc.org
sgall@selc.org

*Counsel for Plaintiffs The Sustainability
Institute, Agrarian Trust, Alliance for
Agriculture, Alliance for the Shenandoah
Valley, Bronx River Alliance, CleanAIRE
NC, Conservation Innovation Fund, Earth
Island Institute, Leadership Counsel for
Justice and Accountability, Marbleseed,
Organic Association of Kentucky,
Pennsylvania Association of Sustainable
Agriculture, and Rural Advancement
Foundation International - USA*

/s/ Graham Provost
Graham Provost (DC Bar No. 1780222)
Elaine Poon (VA Bar No. 91963)
Jon Miller (MA Bar No. 663012)
Cassie Crawford (NC Bar No. 45396)

Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
graham@publicrightsproject.org

*Counsel for Plaintiffs Baltimore, Maryland;
Columbus, Ohio; Madison, Wisconsin;
Nashville, Tennessee; New Haven,
Connecticut; and San Diego, California*

/s/ Julie Rau
Julie Rau, Lead Deputy City Attorney
(CA Bar No. 317658)
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
jrau@sandiego.gov

*Counsel for Plaintiff City of San Diego*


/s/ Joanna B. Stroud
Joanna B. Stroud (#11245)
U.S. Department of Justice
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Telephone: (843) 266-1676
Joanna.Stroud@usdoj.gov

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I certify that on May 12, 2026, I electronically filed the foregoing with the Clerk of the

Court by using the Court's CM/ECF system.

/s/ Carl T. Brzorad
Carl T. Brzorad (S.C. Bar No. 105413)
SOUTHERN ENVIRONMENTAL LAW CENTER
525 East Bay Street, Suite 200
Charleston, SC 29403
Telephone: (843) 720-5270
Facsimile: (843) 414-7039
cbrzorad@selc.org