**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| The Sustainability Institute, *et al.*, | ) | Civil Action Number: 2:25-cv-02152-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald J. Trump, in his official capacity | ) | |
| as President of the United States, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES

Pursuant to Local District Court Rule 6.02, the undersigned requests protection from trial or other appearances in this action from **June 1-8, 2026,** for approved leave from their duties as Assistant United States Attorneys. This protection will not cause any foreseeable delays in the current Scheduling Orders milestones.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:     *s/Beth C. Warren*
Beth C. Warren (#11360)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Telephone: (803) 929-3000
Email: Beth.C.Warren@usdoj.gov

May 26, 2026