**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| THE SUSTAINABILITY INSTITUTE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No.: 2:25-cv-02152-RMG |

**JOINT STIPULATION TO DISMISS CLAIMS WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby jointly stipulate to voluntary dismissal without prejudice as to the following claims:

- Claims relating to the City of New Haven's Union Station Area Thermal Energy Network award with EPA. (*See* Dkt. No. 157-1, Line # 13).

- Claims relating to the City of Baltimore's Solid Waste Infrastructure award with EPA. (*See* Dkt. No. 157-1, Line # 14).

- Claims relating to the City of San Diego's Urban and Community Forestry Grant with USDA. (*See* Dkt. No. 157-1, Line # 35).

- Claims relating to the City of Columbus' Urban and Community Forestry Grant with USDA. (*See* Dkt. No. 157-1, Line # 36).

The City of San Diego and the City of Columbus may be severed from the case without prejudice pursuant to Fed. R. Civ. P. 21. The City of New Haven and the City of Baltimore each also brought claims regarding EPA's Environmental and Climate Justice Block Grant Program, which is the subject of the Court's most recent order. (Dkt. No. 217). In addition, the City of

Baltimore still has claims relating to the Department of Energy's Energy Codes Program. (*See* Dkt. No. 189 at 17).

Respectfully submitted, this 30th day of June 2026,

/s/ Carl T. Brzorad
Carl T. Brzorad (S.C. Bar No. 105413)
SOUTHERN ENVIRONMENTAL LAW CENTER
525 East Bay Street, Suite 200
Charleston, SC 29403
Telephone: (843) 720-5270
Facsimile: (843) 414-7039
cbrzorad@selc.org

/s/ Kimberley Hunter
Kimberley Hunter (N.C. Bar No. 41333)
Irena Como (N.C. Bar No. 51812)
Nicholas S. Torrey (N.C. Bar No. 43382)
Ben Grillot (D.C. Bar No. 982114)
Spencer Gall (VA Bar No. 95376)
SOUTHERN ENVIRONMENTAL LAW CENTER
136 East Rosemary Street, Suite 500
Chapel Hill, NC 27514
Telephone: (919) 967-1450
Facsimile: (919) 929-9421
kmeyer@selc.org
icomo@selc.org
ntorrey@selc.org
bgrillot@selc.org
sgall@selc.org

*Counsel for Plaintiffs The Sustainability Institute, Bronx River Alliance, CleanAIRE NC, Earth Island Institute, and Leadership Counsel for Justice and Accountability*

/s/ Graham Provost
Graham Provost (DC Bar No. 1780222)
Elaine Poon (VA Bar No. 91963)
Jon Miller (MA Bar No. 663012)
Cassie Crawford (NC Bar No. 45396)
Public Rights Project

490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
graham@publicrightsproject.org

*Counsel for Plaintiffs Baltimore, Maryland; Columbus, Ohio; Madison, Wisconsin; Nashville, Tennessee; New Haven, Connecticut; and San Diego, California*

/s/ Julie Rau
Julie Rau, Lead Deputy City Attorney
(CA Bar No. 371658)
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
(619) 533-5800
jrau@sandiego.gov

*Counsel for Plaintiff City of San Diego*

2

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: *s/Joanna B. Stroud*
Joanna B. Stroud (#11245)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Telephone:  (843) 266-1676
Email:  Joanna.Stroud@usdoj.gov

*s/Beth C. Warren*
Beth C. Warren (#11360)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Telephone: (803) 929-3000
Email: Beth.C.Warren@usdoj.gov

Counsel for Defendants

3

**CERTIFICATE OF SERVICE**

I certify that on June 30, 2026, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system.

/s/ Carl T. Brzorad
Carl T. Brzorad (S.C. Bar No. 105413)
SOUTHERN ENVIRONMENTAL LAW CENTER
525 East Bay Street, Suite 200
Charleston, SC 29403
Telephone: (843) 720-5270
Facsimile: (843) 414-7039
cbrzorad@selc.org

4