IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| The Sustainability Institute, *et al.*, | ) | Civil Action Number: 2:25-cv-02152-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald J. Trump, in his official capacity as President of the United States, *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES

Pursuant to Local Civ. Rule 6.02 (D.S.C.), the undersigned requests protection from trial or other appearances in this action from **July 20 – 24, 2026** given longstanding out-of-state travel plans. This protection will not cause any foreseeable delays in this matter.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:  *s/Joanna B. Stroud*
Joanna B. Stroud (#11245)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Telephone:  (843) 266-1676
Email: Joanna.Stroud@usdoj.gov

July 17, 2026