**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| The Sustainability Institute, *et al.*,      ) | Civil Action Number: 2:25-cv-02152-RMG |
| ) | |
| Plaintiffs,    ) | |
| ) | |
| vs.     ) | |
| ) | |
| Donald J. Trump, in his official capacity   ) | |
| as President of the United States, *et al.*   ) | |
| ) | |
| Defendants.    ) | |

**DEFENDANTS' NOTICE OF APPEAL**

Defendants hereby give notice of appeal to the United States Court of Appeals for the Fourth Circuit the Order entered on June 11, 2026 [Dkt. No. 217] and the Order entered on July 22, 2026 [Dkt. No. 227] by the Honorable Richard M. Gergel, United States District Judge.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:*s/Joanna B. Stroud*
Joanna B. Stroud (#11245)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Telephone:  (843) 266-1676
Email: Joanna.Stroud@usdoj.gov

July 31, 2026