**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| The Sustainability Institute, et al.*,*<br><br>             Plaintiffs,<br>      v.<br><br>Donald J. Trump, in his official capacity as President of the United States, et al.,<br><br>             Defendants. | Case No. 2:25-2152-RMG<br><br><br>**ORDER** |

Before the Court is Defendants' emergency motion for stay pending appeal. (Dkt. No. 232).

The standard for granting a stay requires (1) "a strong showing" that the party requesting the stay will succeed on the merits; (2) the presence of irreparable injury by the party seeking the stay; (3) whether the stay will substantially injure other parties to the litigation; and (4) whether the public interest is served by the grant of the stay. *Nken v.* Holder, 556 U.S. 418, 434 (2009).

The Court **denies** Defendants' motion. Defendants have not made a strong showing that they will succeed on the merits, repeating arguments the Court has already considered and carefully rejected. (Dkt. No. 217); *see also* (Dkt. No. 227). In turn, Defendants cannot show irreparable injury. Rather, the stay will injure Plaintiffs, who cannot access the relief the Court ordered Defendants provide. *See* (Dkt. No. 217 at 11) (noting that "[v]acatur alone [of EPA's decision to terminate the ECJ Program] should be sufficient to implement the ECJ Program"); (Dkt. No. 227 at 2) ("[T]he Court clarifies that the EPA must comply with its statutory obligations to administer the ECJ Program through September 30, 2026."). Further, for those reasons, the public interest would not be served by granting the stay.

1

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

August 3, 2026
Charleston, South Carolina