**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| The Sustainability Institute, et al.,<br><br>Plaintiffs,<br>v.<br><br>Donald J. Trump, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 2:25-2152-RMG<br><br>**ORDER** |

Before the Court is Plaintiffs' motion to toll the expiration of the ECJ Program pending appeal. (Dkt. No. 238). The Court denies the motion because it lacks jurisdiction to entertain Plaintiff's request.

Namely, Defendants appealed to the Fourth Circuit the Court's June 11, 2026, and July 22, 2026, Orders, granting Plaintiff partial summary judgment and clarifying said grant. (Dkt. No. 231). The Fourth Circuit then granted Defendants' motion to stay the July 22, 2026, Order pending appeal. (Dkt. No. 236) ("Upon consideration of appellants' motion for a stay pending appeal, the court grants the motion. The district court's order of July 22, 2026, is hereby stayed pending resolution of this appeal."); (Dkt. No. 240) (denying petition for rehearing en banc). Plaintiff contends that because the Fourth Circuit did not explicitly stay the June Order, this Court can grant the relief requested. (Dkt. No. 238 at 2). But this reasoning disregards the content of the July Order, which clarified and directed Defendants' compliance with the June Order. In other words, the July Order only has meaning in light of its relation to and incorporation of the June Order. All matters pertaining to these two orders are on appeal before the Fourth Circuit. Thus, the Court **DENIES**

Plaintiff's motion. *Doe v. Pub. Citizen*, 749 F.3d 246, 258 (4th Cir. 2014) ("Generally, a timely filed notice of appeal transfers jurisdiction of a case to the court of appeals and strips a district court of jurisdiction to rule on any matters involved in the appeal.").

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

September 24, 2026
Charleston, South Carolina